# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| United States of America | * | |
| **Plaintiff,** | | |
| | * | |
| **v.** | | **Case No.** 1:22-cr-00007-LKG |
| | * | |
| Marilyn J. Mosby | | |
| **Defendant.** | * | |

## MOTION FOR ADMISSION PRO HAC VICE

I, Daniel Z. Herbst , am a member in good standing of the bar of this

Court.   I am moving the admission of Kelley C. Miller

to appear pro hac vice in this case as counsel for Marilyn J. Mosby .

We certify that:

1.  The proposed admittee is not a member of the Maryland bar and does not maintain any law office in Maryland

2.  The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| State Court & Date of Admission | U.S. Court & Date of Admission |
|---|---|
| New Jersey, 2007 | |
| District of Columbia, 2016 | |
| | |
| | |

3.  During the twelve months immediately preceding this motion, the proposed admittee has been admitted pro hac vice in this Court 0 time(s).

4.  The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction.   (NOTE:  If the proposed admittee has been disbarred, suspended, or denied admission to practice law in any jurisdiction, then he/she must submit a statement fully explaining all relevant facts.)

5.  The proposed admittee is familiar with the Maryland Attorneys' Rules of Professional Conduct, the Federal Rules of Civil Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure, and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

6.  The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

7.  Either the undersigned movant or _____, is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

8.  **The $100.00 fee for admission pro hac vice accompanies this motion.**

9.  We hereby certify under penalties of perjury that the foregoing statements are true and correct.

MOVANT

_____ /s/ Daniel Z. Herbst _____
Signature

Daniel Z. Herbst, 17510
_____
Printed name and bar number

Reed Smith LLP
_____
Office name

1301 K Street, N.W., Ste. 1000, W.D.C. 20005
_____
Address

202-414-9200
_____
Telephone number

202-414-9299
_____
Fax Number

dherbst@reedsmith.com
_____
Email Address

PROPOSED ADMITTEE

/s/ Kelley C. Miller (signed by D. Herbst with permission of Kelley C. Miller)
_____
Signature

Kelley C. Miller
_____
Printed name

Reed Smith LLP
_____
Office name

1301 K Street, N.W., Ste. 1000, W.D.C. 20005
_____
Address

215-851-8855
_____
Telephone number

215-851-1420
_____
Fax Number

kmiller@reedsmith.com
_____
Email Address