# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| v. | ) Criminal Case No. 22-cr-00007-LKG |
| MARILYN J. MOSBY, | ) |
| Defendant. | ) |

## ORDER

The parties shall participate in an initial scheduling conference to be held on **Wednesday, February 23, 2022, at 11:00 a.m. Eastern Time**. The initial scheduling conference will be held *via* AT&T Teleconferencing. The Court will provide the parties *via* email with a call-in number, an access code, and a security code. Participating on the call will be counsel of record for each party.

For Government:   **Leo Joseph Wise**
Office of the United States Attorney
36 S Charles St Fourth Fl
Baltimore, MD 21201
410-209-4909
Email: Leo.Wise@usdoj.gov

**Aaron Simcha Jon Zelinsky**
US Attorney's Office
District of Maryland
36 S Charles St
Baltimore, MD 21201
410-209-4928
Email: Aaron.Zelinsky@USDOJ.gov

**Sean R Delaney**
US Attorney's Office
36 S Charles St., 4th Fl
Baltimore, MD 21201
410-209-4913
Email: Sean.Delaney@usdoj.gov

For Defendant:   **Daniel Zev Herbst**
Reed Smith LLP
1301 K St NW, Suite 1100 East Tower
Washington, DC 20005
202-414-9200
Email: dherbst@reedsmith.com

**Alan Scott Bolden**
Reed Smith LLP
1301 K St NW, Suite 1100 East Tower
Washington, DC 20005
202-414-9200
 Email: abolden@reedsmith.com
*PRO HAC VICE*

**Rizwan A. Qureshi**
Reed Smith LLP
1301 K St NW, Suite 1100 East Tower
Washington, DC 20005
202-414-9200
 Email: rqureshi@reedsmith.com
*PRO HAC VICE*

**Kelley C. Miller**
Reed Smith LLP
1301 K St NW, Suite 1100 East Tower
Washington, DC 20005
215-851-8855
Email: kmiller@reedsmith.com
*PRO HAC VICE*

**Anthony R. Todd**
Reed Smith LLP
10 S. Wacker Drive, 40th Fl.
Chicago, IL  60606
312-207-1000
Email: atodd@reedsmith.com
*PRO HAC VICE*

In preparation for the initial scheduling conference, the parties shall **FILE** a joint status report, **on or before February 18, 2022**, stating their respective views on the following issues:

1. The status of the parties' exchange of information pursuant to Fed. R. Crim. P. 16, and whether any discovery has yet to be completed.

2. Whether the parties are prepared to proceed to trial, and if so, a proposed trial date, the approximate length of trial, number of witnesses for each side, and any unique issues related to the trial.

3. Whether either party intends to file a pre-trial motion; and if so, the nature of the motion and a proposed schedule for the briefing of the motion.

4. Whether either party intends to file a motion *in limine*.

**IT IS SO ORDERED.**

Dated: February 4, 2022      s/ Lydia Kay Griggsby
                             LYDIA KAY GRIGGSBY
                             United States District Judge