IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**MARILYN J. MOSBY,**<br><br>                        **Defendant** | **Criminal No. JKB-22-7** |

## JOINT STATUS REPORT

As directed by the Court's February 4, 2022 Order, ECF No. 13, the undersigned parties respectfully submit this joint status report and offer the following responses to the questions posed by the Court in its Order.

1. ***The status of the parties' exchange of information pursuant to Fed. R. Crim. P. 16, and whether any discovery has yet to be completed.***

    a. **Government's Response**

    The Defendant first made a discovery request on the United States on February 8, 2022. The United States made a discovery production pursuant to Fed. R. Crim. P. 16 on February 17, 2022. This production completes the United States obligations pursuant to Rule 16. In the event the United States obtains additional material that it believes is discoverable pursuant to Rule 16 it will make it available to the Defendant on a rolling basis.

    b. **Defendant's Response**

    The Government produced discovery to State's Attorney Mosby's counsel on February 17, 2022, pursuant to a Rule 16 letter that State's Attorney Mosby's counsel provided to the Government.

Counsel for State's Attorney Mosby is evaluating that discovery at this time, and will determine whether any future requests or discovery motions are necessary.

2. ***Whether the parties are prepared to proceed to trial, and if so, a proposed trial date, the approximate length of trial, number of witnesses for each side, and any unique issues related to the trial.***

   a. **Government's Response**

   The United States is prepared to proceed to trial. The United States is available for trial the weeks of April 11, 18, and 25, 2022, and after those weeks. The United States anticipates the trial will last four (4) days. The United States may call approximately 15 witnesses. The United States does not anticipate any unique issues related to the trial.

   b. **Defendant's Response**

   The Defendant requests that this Court issue a scheduling order and set a speedy trial date for this matter. The Defendant, pursuant to State's Attorney Mosby's speedy trial rights and due to State's Attorney Mosby's upcoming election, request that the trial be as early as possible, but no later than the month of April, 2022. The Defendant does not have an estimate as to the length of the trial, but may call up to 5 to 10 witnesses.

   With regard to unique issues, if the subject indictment is not dismissed, the defense certainly intends to present as part of its defense evidence of the government's animus, bad faith, unfair targeting, verifiable conflicts of interests, and the overall inappropriate and unethical conduct that the government has exhibited in their dogged pursuit of the Defendant.

3. ***Whether either party intends to file a pre-trial motion; and if so, the nature of the motion and a proposed schedule for the briefing of the motion.***

   a. **Government's Response**

   The United States does not intend to file a pre-trial motion.

### b. Defendant's Response

Contemporaneously with the filing of this Joint Status Report, State's Attorney Mosby will be filing a Motion to Dismiss the Indictment, a Motion for a Bill of Particulars, and a Motion to Disqualify Government Counsel.

The parties request that this Court set a briefing schedule on those motions as follows:

- Government's Responses to be due on March 4, 2022
- Defendant's Replies to be due on March 18, 2022.

4. ***Whether either party intends to file a motion in limine.***

### a. Government's Response

The United States intends to file a motion in limine to preclude personal attacks on Government counsel.

### b. Defendant's Response

Given that discovery was only recently produced by the government, the Defendant may file a motion in limine, but believes that it is premature at this time to determine what motions in may be filed.


Respectfully submitted,

EREK L. BARRON
UNITED STATES ATTORNEY

By:_____/s/_____
      Leo J. Wise
      Sean R. Delaney
      Aaron Zelinsky
      Assistant United States Attorneys

Respectfully Submitted,

*/s/ A. Scott Bolden*_____
A. Scott Bolden

A. Scott Bolden (SBN 428758 admitted pro hac vice)
Rizwan A. Qureshi (SBN 1024603 admitted pro hac vice)
Daniel Z. Herbst (SBN 501161)
RQureshi@ReedSmith.com
ABolden@ReedSmith.com
DHerbst@ReedSmith.com
1301 K Street, N.W.
Suite 1000 - East Tower
Washington, D.C.  20005-3373
Telephone: +1 202 414 9200
Facsimile: +1 202 414 9299

Kelley Miller (SBN 985346 (admitted pro hac vice)
KMiller@ReedSmith.com
7900 Tysons One Place, Suite 500
McLean, Virginia 22102
Telephone: + 1 703 641 4200
Facsimile: +1 703 641 4340

Anthony R. Todd (SBN 6317101 admitted pro hac vice)
ATodd@ReedSmith.com
10 South Wacker Drive
40th Floor
Chicago, IL  60606-7507
Telephone: + 312.207.1000
Facsimile: + 312.207.6400

Counsel for Defendant Marilyn J. Mosby.