# EXHIBIT C

| Receiving Committee | Filing Period | Contribution Date | Contributor Name | Contributor Address | Contributor Type | Contribution Type | Contribution Amount | Employer Name | Employer Occupation | Office | Fundtype |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Vignarajah, Thiru for Baltimore | 2018 Annual | 1/10/2018 | Wise, Leo | 305 Thornhill Road, Baltimore, MD 21212 | Individual | Credit Card | 100.0000 | U.S.Deprtment of Justice | Legal | State's Attorney (Baltimore City) | Electoral |
| Bates, Ivan Friends of | 2018 Gubernatorial Pre-General1 Report | 6/14/2018 | Wise, Leo | 305 Thornhill Rd, Baltimore, MD 21212 | Individual | Credit Card | 100.0000 | | | State's Attorney (Baltimore City) | Electoral |