# EXHIBIT D

| | |
|---|---|
| **From:** | Schenning, Stephen (USAMD) <Stephen.Schenning@usdoj.gov> |
| **Sent:** | Thursday, October 28, 2021 11:45 AM |
| **To:** | Bolden, A. Scott |
| **Cc:** | Barron, Erek (USAMD); Selden, Philip (USAMD); Wise, Leo (USAMD); Qureshi, Rizwan A. |
| **Subject:** | Re: [EXTERNAL] RE: Confidential |

==EXTERNAL E-MAIL - From Stephen.Schenning@usdoj.gov==

Erek:  Some quick observations.  It is still premature given the pendency of DOJ Tax's decision. Bolden in the meeting at DOJ Tax floated the idea of "Queen for a Day" meeting. (His characterization, not mine.). He is again suggesting MM's appearance before GJ.  I doubt if he would follow through on that.

   Also, basing racial animus on the fact Leo made modest contributions to Thiru whose parents are Sri Lankan and Ivan Bates, an African American, is a wild stretch.


Sent from my iPhone




> On Oct 28, 2021, at 11:20 AM, Bolden, A. Scott <ABolden@reedsmith.com> wrote:
>
>
> Erek,
>
> I don't believe we have met before, but have heard many great things about you.
>
> For all the reasons listed in the defense memos and attached docs we have sent you, the investigation of Marilyn Mosby should be terminated.  If this is not the right time, there could be no better time.
>
> To be sure, this is a bad faith prosecution.  The lead prosecutor in this matter has demonstrated political and personal animus towards my client, has contributed to two different political opponents of my client; recommended that my client be indicted, but has refused to provide us any substantive information regarding the basis for his recommendation; he has refused to provide us with a reverse proffer; refused to identify the statement for the proposed charge of perjury in the case; proposed charging my client with criminal tax violations for Tax Year 2020—<u>before</u> my client even filed her Tax Year 2020 tax returns (the 2019 tax year alleged exposure is a mere $4000); and even has refused to confirm whether the exculpatory evidence we have provided him will be presented to the grand jury.  We also know with one grand jury witness, he refused to introduce the exculpatory evidence negating her guilt, which was sent to him by me and the witness before the witness appeared in the proceeding.
>
> Indeed, if your office insists on moving forward with the proposed charges, my client is very interested in appearing before the grand jury.  Here again, Mr. Wise will not even discuss the status of our

1

exculpatory evidence, and has refused to respond to our consideration of Ms. Mosby appearing before the grand jury.

These are facts that are supported by documents and the related foregoing representations—not defense arguments—and they are not going away, regardless of how your office wishes to proceed.

With so little cooperation from your office and the lead prosecutor, it only begs the question, as to whether Mr. Wise and his team bear some racial animus, as well, against my client.  Only an investigation by your office will determine the results of that question and other questions raised by our defense team.

 As a result, we have requested that your office do a full and complete internal investigation with respect to the handling of the Mosby matter and the origins of the investigation with respect to the Trump administration and the Maryland State Bar Association.  Why is it, that an otherwise routine civil tax audit matter, pending before a federal grand jury in Maryland?

Moreover, we are less than eight (8) months from her re-election effort and this tainted investigation certainly should not, and cannot further taint her ability to get re-elected under the DOJ rules.  As state election that Leo Wise is sure to contribute again to her political opponents.

Please at least advise us as to whether such an internal investigation is under way; whether you have had the opportunity to review our defense materials; whether Leo Wise will be removed from the case, and whether the investigation will be terminated.

Here again, if not now, please advise when we can further discuss.  Many thanks again for considering our concerns.

**A. Scott Bolden**
**Managing Partner**
**Washington, D.C. Office**
*Pronouns: He/Him/His*
**Full Bio**

ReedSmith LLP

1301 K Street, N.W., Suite 1000 – East Tower, Washington, DC 20005
Direct +1 202 414 9266 | Mobile +1 202 236 4166 | Fax +1 202 414 9299
abolden@reedsmith.com
<image001.png>

ABU DHABI • ATHENS • BEIJING • CENTURY CITY • CHICAGO • DALLAS • DUBAI • FRANKFURT • HONG KONG • HOUSTON • KAZAKHSTAN • LONDON • LOS ANGELES • MIAMI • MUNICH • NEW YORK • PARIS • PHILADELPHIA • PITTSBURGH • PRINCETON • RICHMOND • SAN FRANCISCO • SHANGHAI • SILICON VALLEY • SINGAPORE • TYSONS • WASHINGTON, D.C. • WILMINGTON

**From:** Barron, Erek (USAMD) <Erek.Barron@usdoj.gov>
**Sent:** Tuesday, October 26, 2021 4:55 PM
**To:** Qureshi, Rizwan A. <RQureshi@reedsmith.com>
**Cc:** Bolden, A. Scott <ABolden@ReedSmith.com>; Schenning, Stephen (USAMD) <Stephen.Schenning@usdoj.gov>; Selden, Philip (USAMD) <Philip.Selden@usdoj.gov>; Wise, Leo (USAMD) <Leo.Wise@usdoj.gov>
**Subject:** Re: [EXTERNAL] RE: Confidential

EXTERNAL E-MAIL - From Erek.Barron@usdoj.gov

Gentlemen,

Thank you for following up, and please forgive my delayed response. At this stage, a meeting would be premature but we'll be in touch should there be a more appropriate time.

Thank you,
Erek

Sent from my iPhone

> On Oct 26, 2021, at 12:10 PM, Qureshi, Rizwan A. <RQureshi@reedsmith.com> wrote:
>
> Mr. Barron,
>
> I hope you are well.  We write in follow-up to our email and letter of October 12, 2021.  Please let us know if you are available for a meeting with us regarding our client, Baltimore City State's Attorney Marilyn Mosby.
>
> Thanks and have a great day.
>
> Best
> Rizzy Qureshi
>
> **Rizwan (Rizzy) Qureshi, Esq.**
> rqureshi@reedsmith.com
>
> **Reed Smith** LLP
> 1301 K Street, N.W.
> Suite 1000 - East Tower
> Washington, D.C. 20005-3373
> Phone: 202-414-9218
> Mobile: 202-893-6160
> Fax: 202-414-9299
>
>> **From:** Qureshi, Rizwan A.
>> **Sent:** Tuesday, October 12, 2021 5:41 PM
>> **To:** 'erek.barron@usdoj.gov' <erek.barron@usdoj.gov>
>> **Cc:** Bolden, A. Scott <ABolden@ReedSmith.com>; Qureshi, Rizwan A. <RQureshi@reedsmith.com>

3

**Subject:** Confidential
**Importance:** High

Dear Mr. Barron,

I hope this email reaches you well. Reed Smith LLP represents Baltimore City State's Attorney Marilyn Mosby. I write to provide you the attached letter with exhibits on behalf of my partner, A. Scott Bolden.

Please let us know if you have any questions and when you are available to discuss.

Best,
Rizzy Qureshi

**Rizwan (Rizzy) Qureshi, Esq.**
rqureshi@reedsmith.com

**Reed Smith** LLP
1301 K Street, N.W.
Suite 1000 - East Tower
Washington, D.C. 20005-3373
Phone: 202-414-9218
Mobile: 202-893-6160
Fax: 202-414-9299

\* \* \*

This E-mail, along with any attachments, is considered confidential and may well be legally privileged. If you have received it in error, you are on notice of its status. Please notify us immediately by reply e-mail and then delete this message from your system. Please do not copy it or use it for any purposes, or disclose its contents to any other person. Thank you for your cooperation.
                                        Disclaimer Version RS.US.201.407.01