# EXHIBIT E

Case 1:22-cr-00007-LKG   Document 17-5   Filed 02/18/22   Page 1 of 3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| UNITED STATES OF AMERICA<br><br>v.<br><br>MARILYN J. MOSBY,<br><br>Defendant | Criminal No. 22-cr-00007-LKG<br><br>(Perjury, 18 U.S.C. § 1621; False Statement on a Loan Application, 18 U.S.C. § 1014) |
|---|---|

**DECLARATION OF SHEANIQUA A. THOMPSON IN SUPPORT OF MARILYN J. MOSBY'S MOTION TO DISMISS INDICTMENT**

I, Sheaniqua A. Thompson, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am an attorney and am admitted to practice in Georgia (inactive). I submit this Declaration in support of Marilyn J. Mosby's Motion to Dismiss Indictment (the "Motion"). I have personal knowledge of the facts set forth herein and could and would testify competently thereto if called upon as a witness.

2. From approximately November of 2017 to April of 2019, I was a Senior Policy Advocate at the Job Opportunities Task Force.

3. During that time, I worked on crafting and advocating for legislation. In the spring of 2019, I was working with then-assemblyman Erek Barron ("Mr. Barron") to pass various pieces of criminal justice reform, including a bill allowing for the vacateur of marijuana-related crimes.

4. One day during this time period, I was standing outside of a committee room talking with Mr. Barron. State's Attorney Marilyn J. Mosby ("State's Attorney Mosby") walked past, and I expressed admiration for her.

5. He responded first by discussing rumors about State's Attorney Mosby's sex life, and then commented "I don't understand all the hype around her, I don't get it. She was my intern and I don't get how she got where she is." My recollection of this comment is not precisely

verbatim, but this is an approximation.

6. During other subsequent interactions while working on the legislation, Mr. Barron would tell me how much he disliked working with State's Attorney Mosby, and how he didn't like her style and approach. He made these sorts of comments regularly.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on the 4th day of February, in Washington, DC.

*/s/ Sheaniqua A. Thompson*
Sheaniqua A. Thompson
