# EXHIBIT F

**ATTORNEY GRIEVANCE COMMISSION OF MARYLAND**
**OFFICE OF BAR COUNSEL**

200 HARRY S. TRUMAN PARKWAY
SUITE 300

ANNAPOLIS, MARYLAND  21401-7479
(410) 514-7051

LYDIA E. LAWLESS
BAR COUNSEL

RAYMOND A. HEIN
DEPUTY BAR COUNSEL

ERIN A. RISCH
DEPUTY BAR COUNSEL

November 30, 2020

**PRIVATE AND CONFIDENTIAL**

VIA EMAIL ONLY (wbrennan@brennanmckenna.com)

William C. Brennan, Jr., Esquire
Brennan, McKenna & Lawlor
6305 Ivy Lane, Suite 700
Greenbelt, MD 20770

   Re: BC Docket No. 2020-1450
      Respondent: Marilyn J. Mosby
      Complainant: Bar Counsel

Dear Mr. Brennan:

  Thank you for providing copies of Ms. Mosby's state and federal income tax returns for tax years 2014-2019 as well as copies of her tax transcripts for tax years 2014-2018.  Please provide the additional information and documentation no later than **December 18, 2020**:

1. Copies of all documents, including but not limited to notices, payment plans, and correspondence, sent to or received from Ms. Mosby and the Internal Revenue Service regarding tax years 2014-2019 (as requested in my letter of October 19, 2019);

2. Copies of all documents, including but not limited to notices, payment plans, and correspondence, sent to or received from Ms. Mosby and the Maryland Comptroller regarding tax years 2014-2019 (as requested in my letter of October 19, 2019);

3. Copies of all documents, including but not limited to notices, payment plans, and correspondence, sent to or received from Nick Mosby and the Internal Revenue Service regarding tax years 2014-2018 (as requested in my letter of October 19, 2019);

4. Copies of all documents, including but not limited to notices, payment plans, and correspondence, sent to or received from Nick Mosby and the Maryland Comptroller regarding tax years 2014-2019 (as requested in my letter of October 19, 2019).

5. For each payment made towards any payment plan or installment agreement as reflected on the 2014 tax transcripts, please provide evidence of the payment including any cancelled checks and bank statements;

6. Please provide a complete explanation for Ms. Mosby's failure to timely pay income taxes owed for tax years 2014 and 2015;

7. On October 9, 2017, the IRS assessed a penalty in the amount of $2,708 and assessed additional taxes owed in the amount of $13,542. It appears that this is for underreporting income for tax year 2014. Please provide a complete explanation for this penalty/assessment and all associated documentation;

8. On April 15, 2019, the IRS assessed a penalty in the amount of $618 and assessed additional taxes owed in the amount of $5,816. It appears that this is for underreporting income for tax year 2016. Please provide a complete explanation for this penalty/assessment and all associated documentation;

9. Ms. Mosby claimed deductions based on charitable gifts in the following amounts:

    2014  $11,089
    2015  $21,581
    2016  $25,568
    2017  $15,957
    2018  $16,954
    2019  $18,730

    Please provide evidence to substantiate these deductions including, but not limited to, any cancelled checks, credit card statements, or receipts;

10. In tax year 2017, Ms. Mosby reported $3,600 for gross income and $9,900 in expenses associated with Monumental Squared, LLC. In tax year 2018, Ms. Mosby reported $49,227 for gross income and $52,371 in expenses associated with Monumental Squared, LLC. Please provide all supporting documentation for Schedule C for each tax year including, but not limited, bank statements, cancelled checks, deposit items, credit card statements, receipts, paid invoices, and mileage charts;

11. In tax year 2019, Ms. Mosby reported $0 for gross income and $5,000 in expenses for Mahogany Elite Enterprises, LLC on Schedule C. Please provide all supporting documentation for Schedule C including, but not limited, bank statements,

      cancelled checks, deposit items, credit card statements, receipts, paid invoices, and mileage charts;

12. Mahogany Elite Enterprises, LLC is described on the tax return as a "traveling and consulting" business. Please explain, in detail, all business-related activities Mahogany engaged in during tax year 2019; and

13. In tax year 2019, Ms. Mosby filed a Form 2106 claiming $7,033 in expenses. Please provide all supporting documentation for Form 2106 including, but not limited, bank statements, cancelled checks, deposit items, credit card statements, receipts, paid invoices, and mileage charts.

Thank you in advance and do not hesitate to be in touch if you have any questions.

      Very truly yours,

      /s/ Lydia E. Lawless

      Lydia E. Lawless
      Bar Counsel