# EXHIBIT I

| | |
|---|---|
| **From:** | Wise, Leo (USAMD) <Leo.Wise@usdoj.gov> |
| **Sent:** | Monday, June 28, 2021 12:19 PM |
| **To:** | Bolden, A. Scott |
| **Cc:** | Qureshi, Rizwan A.; Delaney, Sean (USAMD); Zelinsky, Aaron (USAMD); Schenning, Stephen (USAMD); Hanlon, Michael (USAMD) |
| **Subject:** | RE: Marilyn Mosby GJ Investigation. |

==EXTERNAL E-MAIL - From Leo.Wise@usdoj.gov==

Scott,

Our position hasn't changed.

Leo J. Wise
Assistant United States Attorney
Chief, Fraud and Public Corruption Section
United States Attorney's Office for the District of Maryland
36 South Charles Street
Baltimore, MD 21201
(410) 209-4909 (desk)
(410) 725-6725 (cell)

---

**From:** Bolden, A. Scott <ABolden@ReedSmith.com>
**Sent:** Friday, June 18, 2021 11:00 AM
**To:** Wise, Leo (USAMD) <lwise@usa.doj.gov>
**Cc:** Qureshi, Rizwan A. <RQureshi@reedsmith.com>; Delaney, Sean (USAMD) <SDelaney2@usa.doj.gov>; Zelinsky, Aaron (USAMD) <AZelinsky@usa.doj.gov>; Schenning, Stephen (USAMD) <SSchenning@usa.doj.gov>; Hanlon, Michael (USAMD) <MHanlon@usa.doj.gov>; Bolden, A. Scott <ABolden@ReedSmith.com>
**Subject:** Marilyn Mosby GJ Investigation.

Leo,

Just checking in with you regarding the MM grand jury investigation.  I has been a number of weeks since my last communication with your office.  To be sure, I am writing to reiterate our interest in further discussing your investigation and the issues you are looking into, and perhaps even assisting in answering any questions you may have regarding my client.  Having a dialogue on the issues you are investigating can only assist both sides making sure that there is clarity and accuracy in what and why your office is reviewing it, and our ability to  address or explain any concerns you may have about my client.

1

Unfortunately, it is difficult at best to do so, if you are still unwilling to share more information with us, or even the origins of your investigation, the necessary internal approvals, nor even agreeing to a meeting before any possible negative actions are taken against my client by your office.  I strongly believe we are entitled to this information and/or a meeting under the DOJ Criminal Tax Division rules.  In the alternative, please consider the fact that my client is a duly elected Baltimore State's Attorney who is under federal investigation, and it would seem at a minimum, she would be entitled to know the basis, origin and what and why she is being investigated.

Here again, I reiterate our readiness to further discuss these issues, but without further information from your office, it would hardly be a fruitful discussion for either side.  Accordingly, please let me know whether you will reconsider your prior position, and share with us the information we have been requesting for weeks, as well as, the assurance that me and my client receive a meeting to discuss and/or defend any allegations against her, before any charges are brought against her.

Thanks/asb.

**A. Scott Bolden**
**Managing Partner**
**Washington, D.C. Office**
*Pronouns: He/Him/His*
**Full Bio**

ReedSmith LLP
1301 K Street, N.W., Suite 1000 – East Tower, Washington, DC 20005
Direct +1 202 414 9266 | Mobile +1 202 236 4166 | Fax +1 202 414 9299
abolden@reedsmith.com



ABU DHABI • ATHENS • BEIJING • CENTURY CITY • CHICAGO • DALLAS • DUBAI • FRANKFURT • HONG KONG • HOUSTON • KAZAKHSTAN • LONDON • LOS ANGELES • MIAMI • MUNICH • NEW YORK • PARIS • PHILADELPHIA • PITTSBURGH • PRINCETON • RICHMOND • SAN FRANCISCO • SHANGHAI • SILICON VALLEY • SINGAPORE • TYSONS • WASHINGTON, D.C. • WILMINGTON

* * *

This E-mail, along with any attachments, is considered confidential and may well be legally privileged. If you have received it in error, you are on notice of its status. Please notify us immediately by reply e-mail and then delete this message from your system. Please do not copy it or use it for any purposes, or disclose its contents to any other person. Thank you for your cooperation.

Disclaimer Version RS.US.201.407.01