# EXHIBIT J

| | |
|---|---|
| **From:** | Barron, Erek (USAMD) <Erek.Barron@usdoj.gov> |
| **Sent:** | Tuesday, October 26, 2021 4:55 PM |
| **To:** | Qureshi, Rizwan A. |
| **Cc:** | Bolden, A. Scott; Schenning, Stephen (USAMD); Selden, Philip (USAMD); Wise, Leo (USAMD) |
| **Subject:** | Re: [EXTERNAL] RE: Confidential |

EXTERNAL E-MAIL - From Erek.Barron@usdoj.gov

Gentlemen,

Thank you for following up, and please forgive my delayed response. At this stage, a meeting would be premature but we'll be in touch should there be a more appropriate time.

Thank you,
Erek

Sent from my iPhone

> On Oct 26, 2021, at 12:10 PM, Qureshi, Rizwan A. <RQureshi@reedsmith.com> wrote:
>
> Mr. Barron,
>
> I hope you are well.  We write in follow-up to our email and letter of October 12, 2021.  Please let us know if you are available for a meeting with us regarding our client, Baltimore City State's Attorney Marilyn Mosby.
>
> Thanks and have a great day.
>
> Best
> Rizzy Qureshi
>
> **Rizwan (Rizzy) Qureshi, Esq.**
> rqureshi@reedsmith.com
>
> **Reed Smith** LLP
> 1301 K Street, N.W.
> Suite 1000 - East Tower
> Washington, D.C. 20005-3373
> Phone: 202-414-9218
> Mobile: 202-893-6160

1

Fax: 202-414-9299

**From:** Qureshi, Rizwan A.
**Sent:** Tuesday, October 12, 2021 5:41 PM
**To:** 'erek.barron@usdoj.gov' <erek.barron@usdoj.gov>
**Cc:** Bolden, A. Scott <ABolden@ReedSmith.com>; Qureshi, Rizwan A. <RQureshi@reedsmith.com>
**Subject:** Confidential
**Importance:** High

Dear Mr. Barron,

I hope this email reaches you well.  Reed Smith LLP represents Baltimore City State's Attorney Marilyn Mosby.  I write to provide you the attached letter with exhibits on behalf of my partner, A. Scott Bolden.

Please let us know if you have any questions and when you are available to discuss.

Best,
Rizzy Qureshi

**Rizwan (Rizzy) Qureshi, Esq.**
rqureshi@reedsmith.com

**Reed Smith** LLP
1301 K Street, N.W.
Suite 1000 - East Tower
Washington, D.C. 20005-3373
Phone: 202-414-9218
Mobile: 202-893-6160
Fax: 202-414-9299

* * *

This E-mail, along with any attachments, is considered confidential and may well be legally privileged. If you have received it in error, you are on notice of its status. Please notify us immediately by reply e-mail and then delete this message from your system. Please do not copy it or use it for any purposes, or disclose its contents to any other person. Thank you for your cooperation.
Disclaimer Version RS.US.201.407.01