# EXHIBIT K

| | |
|---|---|
| **From:** | Schenning, Stephen (USAMD) <Stephen.Schenning@usdoj.gov> |
| **Sent:** | Thursday, October 28, 2021 11:50 AM |
| **To:** | Bolden, A. Scott |
| **Cc:** | Barron, Erek (USAMD); Selden, Philip (USAMD); Wise, Leo (USAMD); Qureshi, Rizwan A. |
| **Subject:** | Recall: [EXTERNAL] RE: Confidential |

==EXTERNAL E-MAIL - From Stephen.Schenning@usdoj.gov==

Schenning, Stephen (USAMD) would like to recall the message, "[EXTERNAL] RE: Confidential".