# EXHIBIT M

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**MARILYN J. MOSBY,**<br><br>**Defendant** | **Criminal No. 22-cr-00007-LKG-1**<br><br>**(Perjury, 18 U.S.C. § 1621; False Statement on a Loan Application, 18 U.S.C. § 1014)** |

## DECLARATION OF CARLTON SAUNDERS

I, Carlton Saunders, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I served as treasurer for Marilyn J. Mosby's campaign from the date that her campaign launched until approximately 2018.

2. I submit this Declaration to be used as an exhibit to Marilyn J. Mosby's Motion to Dismiss Indictment (the "Motion"). I have personal knowledge of the facts set forth herein and could and would testify competently thereto if called upon as a witness.

3. On August 26, 2021, I received a subpoena to produce documents to the Grand Jury in the District of Maryland.

4. In response to that subpoena, I produced documents to the government. These documents included materials regarding certain alleged campaign finance irregularities, wherein State's Attorney Mosby had received reimbursement from her campaign funds. The documents that I provided showed that the reimbursements were for campaign-related expenses that State's Attorney Mosby had paid for on her personal credit cards.

5. On August 26, 2021, I received a subpoena to testify before the Grand Jury in the District of Maryland. As I understood it, the basis of the subpoena was to inquire about an $11,000 check that State's Attorney Mosby had written to herself from the campaign's account.

- 2 -

6. I was scheduled to testify before the Grand Jury on September 2, 2021.

7. When I was testifying before the Grand Jury, Mr. Wise had a large number of documents with him at the podium.  These documents included the documents that I had produced to the government, which I believed explained the legitimacy of the reimbursements to State's Attorney Mosby.  Mr. Wise never presented these documents to the Grand Jury, though I mentioned them several times in my testimony.

8. I am not aware that Mr. Wise presented the documents, which I believe to be exculpatory, to the Grand Jury during the proceeding in which I took part.

9. I asked that the additional documents that I had produced about other expenses be shown to the Grand Jury.  Mr. Wise declined to do so and moved on.

10. I found it to be unusual that Mr. Wise declined to show the Grand Jury all of the exculpatory evidence that I had provided with respect to the legitimacy of State's Attorney Mosby's campaign expenses.

Executed on the 18th day of February, in Maryland.

/s/ *Carlton Saunders*
Carlton Saunders