# EXHIBIT N



**A. Scott Bolden**
Direct Phone:  +1 202 414 9266
Email:  abolden@reedsmith.com

Reed Smith LLP
1301 K Street, N.W.
Suite 1000 - East Tower
Washington, D.C. 20005-3373
+1 202 414 9200
Fax +1 202 414 9299
reedsmith.com

September 1, 2021

**Confidential**

**Via Email**

Leo Wise
Assistant United States Attorney
United States Attorney, District of Maryland
36 S. Charles Street, Suite 400
Baltimore, M.D. 21201-3119

**Re: Investigation into State's Attorney Marilyn Mosby**

Dear Mr. Wise:

As you know, Reed Smith LLP ("Reed Smith") represents Ms. Marilyn Mosby, State's Attorney for Baltimore City ("State's Attorney Mosby").  It is my understanding that your office may be investigating my client for certain campaign finance violations.  In the spirit of cooperation, I write to provide a document production on behalf of State's Attorney Mosby in connection with your office's investigation into allegations related to funds reimbursed to State's Attorney Mosby by her campaign.

Contemporaneous with this letter, you should receive an FTP link to download a production of documents.  These materials have been bates labeled MOS0000001 - MOS0000070.  These documents consist of various receipts and records that support the campaign expenses for which State's Attorney Mosby was reimbursed.  The amount of the reimbursement totaled $11,722, and the supporting documents consist of the following:

- September 2014 American Express Statement (MOS0000009-17)
- October 2014 Chase Freedom Card Statement containing $1004.88 expense from Grove Printing for campaign literature (MOS00000018-21)
- October 2014 American Express Statement (MOS0000048-54)
- November 2014 American Express Statement (MOS0000055-66)
- December 2014 American Express Statement (MOS0000030-40)
- March 2016 American Express Statement containing $407.18 expense from FatCow for campaign web hosting (MOS0000041-47)
- March 2018 American Express Statement containing $3899.84 expense from Big Daddy for sign printing (MOS0000067-70)
- May 2018 Chase Freedom Card Statement containing $975.20 expense from Grove Printing for campaign literature (MOS00000026-29)
- June 2018 Chase Freedom Card Statement containing $3292.00 expense from Grove Printing for campaign literature (MOS00000022-25)

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG
HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI ♦ MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON
RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

US_ACTIVE-162234401.1-ARTODD 09/01/2021 5:00 PM

Leo Wise
September 1, 2021
Page 2



In addition, these statements contain $1132.76 in various charges related to a fundraiser in Atlanta, GA; $710.42 in various charges related to a fundraiser in Chicago, IL and $200 in charges from Google to maintain the campaign's email accounts. The total of these charges is $11,722.29.

Further, I also include in the production a bank statement (MOS0000001-09) showing a check deposit on September 24, 2018 into State's Attorney Mosby's Bank of America Account in the amount of $11,722.

Given this evidence that these were legitimate campaign expenses and reimbursement was appropriate, we are troubled by the fact that you are investigating State's Attorney Mosby. As such, we request a meeting to discuss the status of your investigation, and whether we can provide your office with any other additional information to resolve this matter(s). Please let me know what date or time works best for your schedule.

I look forward to working with you to resolve any of your concerns.


Sincerely, I am,


*/s/ A. Scott Bolden*
A. Scott Bolden

AB:ml

Enclosures

cc:     Charlton T. Howard, Maryland State Prosecutor