# EXHIBIT O

| | |
|---|---|
| **From:** | Wise, Leo (USAMD) <Leo.Wise@usdoj.gov> |
| **Sent:** | Thursday, September 30, 2021 1:46 PM |
| **To:** | Bolden, A. Scott |
| **Cc:** | Catriola.M.Coppler@tax.usdoj.gov; Delaney, Sean (USAMD); Hanlon, Michael (USAMD); Schenning, Stephen (USAMD); Rachel.Solomon@ci.irs.gov; Zelinsky, Aaron (USAMD); Qureshi, Rizwan A.; Miller, Kelley C.; Siskind, Melissa S. (TAX) |
| **Subject:** | RE: Marilyn Mosby Investigation. |

==EXTERNAL E-MAIL - From Leo.Wise@usdoj.gov==

Scott,

As we have said repeatedly, we cannot disclose matters occurring before the grand jury to you.

Leo J. Wise
Assistant United States Attorney
Chief, Fraud and Public Corruption Section
United States Attorney's Office for the District of Maryland
36 South Charles Street
Baltimore, MD 21201
(410) 209-4909 (desk)
(410) 725-6725 (cell)

**From:** Bolden, A. Scott <ABolden@ReedSmith.com>
**Sent:** Tuesday, September 21, 2021 4:35 PM
**To:** Wise, Leo (USAMD) <lwise@usa.doj.gov>
**Cc:** Catriola.M.Coppler@tax.usdoj.gov; Delaney, Sean (USAMD) <SDelaney2@usa.doj.gov>; Gupta, Vanita (OASG) <Vanita.Gupta19@usdoj.gov>; Lisa.Monaco@usdoj.gov; Hanlon, Michael (USAMD) <MHanlon@usa.doj.gov>; Stuart.Goldberg@usdoj.gov; Schenning, Stephen (USAMD) <SSchenning@usa.doj.gov>; Rachel.Solomon@ci.irs.gov; Zelinsky, Aaron (USAMD) <AZelinsky@usa.doj.gov>; Qureshi, Rizwan A. <RQureshi@reedsmith.com>; Miller, Kelley C. <KMiller@ReedSmith.com>; Bolden, A. Scott <ABolden@ReedSmith.com>; Siskind, Melissa S. (TAX) <Melissa.S.Siskind@tax.USDOJ.gov>
**Subject:** [EXTERNAL] Marilyn Mosby Investigation.

Leo,

As you know, Reed Smith LLP represents Ms. Marilyn Mosby, State's Attorney for Baltimore City. I write in follow-up to my letter of September 1, 2021 regarding your office's purported investigation into my client for certain campaign finance violations (the "September 1st Letter"). In this regard, contemporaneous with the September 1st Letter, your office was provided several documents, totaling 70 pages, that provided appropriate support for reimbursements

received by State's Attorney Mosby from her campaign for the total amount of $11,722.00 (this production together with the September 1st Letter, hereinafter referred to as the "Brady Evidence").

It is our understanding that the Brady Evidence was provided to you in advance of the scheduled grand jury testimony of Mr. Carlton Saunders. You eventually acknowledged receipt of the Brady Evidence, but upon information and belief, you failed to present the Brady Evidence during Mr. Saunders' testimony before the grand jury. It was only after I sent an email to Melissa Siskind of DOJ Tax on September 7, 2021, noting that "Mr. Wise has not even acknowledged my email, dated 9/1/2021, containing exculpatory evidence in connection to a campaign finance issue" that you **finally** acknowledged receipt of the Brady Evidence on September 9, 2021.

In that same regard, on September 15, 2021, you were copied on an email transmission from me to Melissa Siskind, along with several other DOJ officials, including Senior Counsel Stuart Goldberg, Associate Attorney General Vanita Gupta and Deputy Attorney General Lisa Monaco. Attached to that email was a fifteen (15) page letter along with 8 exhibits (Exhibit A through H), which sets forth State's Attorney Mosby's various defenses which clearly negate her guilt as it relates to the charges being considered by the DOJ Tax Division (the September 15, 2021 email with attachments, the "Tax Division Submission"). To date, you have not acknowledged receipt of the Tax Division Submission.

Under Section 9-11.233 of the DOJ Manual, "[i]t is the policy of the Department of Justice . . . that when a prosecutor conducting a grand jury inquiry is personally aware of substantial evidence that directly negates the guilt of a subject of the investigation, **the prosecutor must present or otherwise disclose such evidence** to the grand jury before seeking an indictment against such a person." On September 1, 2021 and September 15, 2021 – whether you acknowledged receipt of the Brady Evidence and the Tax Division Submission or not – you became "personally aware" that there is "substantial evidence" that directly negates the guilt of State's Attorney Mosby.

Given the above, please confirm that you presented the relevant contents of the Brady Evidence and the Tax Division Submission to the grand jury. If not, please advise whether you intend to submit this exculpatory evidence to the grand jury and when. Additionally, and consistent with Section 9-11.233, we must require that you immediately terminate the pending grand jury investigation, as we remain confident that the Brady Evidence and Tax Division Submission, coupled with State's Attorney Mosby's lawful and ethical dealings with her campaign and her taxes, do not warrant an inquiry, let alone the resources of a grand jury investigation.

Should you require additional information from State's Attorney Mosby on this issue, we will make ourselves, and if appropriate, Ms. Mosby available as necessary or appropriate.

Please let me know if you have any questions or would like to discuss further.

Thanks/asb

*A. Scott Bolden*
**Managing Partner**
**Washington, D.C. Office**
*Pronouns: He/Him/His*
*Full Bio*

ReedSmith LLP
1301 K Street, N.W., Suite 1000 – East Tower, Washington, DC 20005
Direct +1 202 414 9266 | Mobile +1 202 236 4166 | Fax +1 202 414 9299
abolden@reedsmith.com



ABU DHABI • ATHENS • BEIJING • CENTURY CITY • CHICAGO • DALLAS • DUBAI • FRANKFURT • HONG KONG • HOUSTON • KAZAKHSTAN • LONDON • LOS ANGELES • MIAMI • MUNICH • NEW YORK • PARIS • PHILADELPHIA • PITTSBURGH • PRINCETON • RICHMOND • SAN FRANCISCO • SHANGHAI • SILICON VALLEY • SINGAPORE • TYSONS • WASHINGTON, D.C. • WILMINGTON

**From:** Siskind, Melissa S. (TAX) <Melissa.S.Siskind@usdoj.gov>
**Sent:** Friday, September 17, 2021 9:10 AM
**To:** Bolden, A. Scott <ABolden@ReedSmith.com>
**Cc:** Catriola.M.Coppler@tax.usdoj.gov; Delaney, Sean (USAMD) <Sean.Delaney@usdoj.gov>; Gupta, Vanita (OASG) <Vanita.Gupta19@usdoj.gov>; Lisa.Monaco@usdoj.gov; Hanlon, Michael (USAMD) <Michael.Hanlon@usdoj.gov>; Stuart.Goldberg@usdoj.gov; Schenning, Stephen (USAMD) <Stephen.Schenning@usdoj.gov>; Rachel.Solomon@ci.irs.gov; Wise, Leo (USAMD) <Leo.Wise@usdoj.gov>; Zelinsky, Aaron (USAMD) <Aaron.Zelinsky@usdoj.gov>; Qureshi, Rizwan A. <RQureshi@reedsmith.com>; Miller, Kelley C. <KMiller@ReedSmith.com>
**Subject:** RE: Marilyn Mosby Investigation

EXTERNAL E-MAIL - From Melissa.S.Siskind@usdoj.gov

Good morning,

I am confirming receipt of your letter and the exhibits. I will pass on your request for a conference with Acting Deputy Assistant Attorney General Goldberg, who will make the ultimate decision whether to authorize charges in this matter.

Thank you,

Melissa S. Siskind
Trial Attorney
Department of Justice Tax Division
Northern Criminal Enforcement Section
(202) 598-7822




External Signed

**From:** Bolden, A. Scott <ABolden@ReedSmith.com>
**Sent:** Wednesday, September 15, 2021 10:58 PM
**To:** Siskind, Melissa S. (TAX) <Melissa.S.Siskind@tax.USDOJ.gov>
**Cc:** Catriola.M.Coppler@tax.usdoj.gov; Delaney, Sean (USAMD) <SDelaney2@usa.doj.gov>; Gupta, Vanita (OASG) <Vanita.Gupta19@usdoj.gov>; Lisa.Monaco@usdoj.gov; Hanlon, Michael (USAMD) <MHanlon@usa.doj.gov>; Stuart.Goldberg@usdoj.gov; Schenning, Stephen (USAMD) <SSchenning@usa.doj.gov>; Rachel.Solomon@ci.irs.gov; Wise, Leo (USAMD) <lwise@usa.doj.gov>; Zelinsky, Aaron (USAMD) <AZelinsky@usa.doj.gov>; Qureshi, Rizwan A. <RQureshi@reedsmith.com>; Miller, Kelley C. <KMiller@ReedSmith.com>
**Subject:** [EXTERNAL] Marilyn Mosby Investigation

Dear Attorney Siskind:

Per our discussion last Friday, September 10, 2021, attached is our position to date for why the Department of Justice should decline any recommendation by AUSA Wise and his team, and the IRS to prosecute any and all current, proposed charges against our client, Baltimore State's Attorney Marilyn Mosby.

Given the nature of the issues at stake here, and the scrutiny that any decision to prosecute this case will understandably (and rightly) attract, we must demand that if you do agree to prosecute any of the current proposed charges that we receive a conference to present our objections to your decision, and to generally discuss all of the implications of the same, with Senior Counselor Stuart Goldberg, Associate Attorney General Vanita Gupta and/or Deputy Attorney General Lisa Monaco.

Please contact me to discuss any questions regarding the attached letter.

Thanks/asb

**A. Scott Bolden**
**Managing Partner**
**Washington, D.C. Office**
*Pronouns: He/Him/His*
**Full Bio**

ReedSmith LLP
1301 K Street, N.W., Suite 1000 – East Tower, Washington, DC 20005
Direct +1 202 414 9266 | Mobile +1 202 236 4166 | Fax +1 202 414 9299
abolden@reedsmith.com



ABU DHABI • ATHENS • BEIJING • CENTURY CITY • CHICAGO • DALLAS • DUBAI • FRANKFURT • HONG KONG • HOUSTON • KAZAKHSTAN • LONDON • LOS ANGELES • MIAMI • MUNICH • NEW YORK • PARIS • PHILADELPHIA • PITTSBURGH • PRINCETON • RICHMOND • SAN FRANCISCO • SHANGHAI • SILICON VALLEY • SINGAPORE • TYSONS • WASHINGTON, D.C. • WILMINGTON

* * *

This E-mail, along with any attachments, is considered confidential and may well be legally privileged. If you have received it in error, you are on notice of its status. Please notify us immediately by reply e-mail and then delete this message from your system. Please do not copy it or use it for any purposes, or disclose its contents to any other person. Thank you for your cooperation.

Disclaimer Version RS.US.201.407.01