# EXHIBIT P

| | |
|---|---|
| **From:** | Barron, Erek (USAMD) <Erek.Barron@usdoj.gov> |
| **Sent:** | Wednesday, January 12, 2022 9:59 AM |
| **To:** | Bolden, A. Scott |
| **Cc:** | Qureshi, Rizwan A.; Wise, Leo (USAMD); Schenning, Stephen (USAMD); Selden, Philip (USAMD) |
| **Subject:** | RE: MM Investigation. |

==EXTERNAL E-MAIL - From Erek.Barron@usdoj.gov==

Happy New Year! I hope that you and your family are staying safe and healthy.

Thank you for your email, I will definitely contact you if a meeting will be helpful.

Sincerely,
Erek

---

**From:** Bolden, A. Scott <ABolden@ReedSmith.com>
**Sent:** Tuesday, January 11, 2022 9:40 AM
**To:** Barron, Erek (USAMD) <EBarron@usa.doj.gov>
**Cc:** Qureshi, Rizwan A. <RQureshi@reedsmith.com>; Bolden, A. Scott <ABolden@ReedSmith.com>; Wise, Leo (USAMD) <lwise@usa.doj.gov>; Schenning, Stephen (USAMD) <SSchenning@usa.doj.gov>; Selden, Philip (USAMD) <PSelden@usa.doj.gov>
**Subject:** [EXTERNAL] MM Investigation.
**Importance:** High

Dear U.S. Attorney Barron,

Happy New Year.

Since your last email of October 26, 2021 below, much time has passed and we have not heard anything from your office. Although I again reiterate my request for a meeting, given the passage of time and the fact that my client is in the middle of campaigning for her next election, I respectfully request that your office immediately issue a declination as it relates to Ms. Mosby.

We believe a declination in this case is warranted for several reasons.

First, the immense weight of exculpatory evidence as delineated in my letter of September 15, 2021 indicates that State's Attorney Mosby had absolutely no intent to commit any crime, and her prosecution would be difficult to prove beyond a reasonable doubt. To date, and after several requests with no response, your office and the prosecutors assigned to this matter have not confirmed that Ms. Mosby would be permitted to appear before the grand jury, nor that they have presented every piece of exculpatory evidence, we have shared with them. To be sure, our discussions with at least one grand jury witness, Carlton Saunders, confirms that your office failed to present exculpatory evidence

1

to the grand jury, or inquire of the witness on the exculpatory evidence he provided to your office, or the exculpatory evidence we provided your office. This is troubling and unethical and merits a full internal investigation by your office. Another request made by me that has gone unanswered by your office.

Second, the miniscule amount of the alleged tax loss involved – as confirmed by the DOJ Tax Division both before and during the September 10, 2021 taxpayer conference – does not warrant prosecution under the DOJ's own policies.

Third, as laid out in both our September 15, 2021 correspondence and our subsequent October 12, 2021 request for an ethical review, we believe that this investigation is politically-motivated and driven, at least in part, by personal animus, and even racial animus, on the part of one or more of the assigned prosecutors, Leo Wise and Stephen Shenning.

Finally, as the election for the State's Attorney for Baltimore City is approaching rapidly, a failure to resolve this investigation into State's Attorney Mosby constitutes improper interference in an upcoming election. As noted in my correspondence dated September 15, 2021, as a result of the reckless investigative tactics of the investigation team, the investigation into State's Attorney Mosby is a matter of public record, despite your office's obligations to maintain the secrecy of grand jury investigations under Rule 6(e) of the Federal Rules of Criminal Procedure.

The fact that the investigation team recklessly alerted members of the public of this investigation, coupled with the weakness of the evidence in light of the substantial exculpatory evidence, I am deeply concerned about your office's direct role in impacting the outcome of the upcoming election. See Lynch Memo on Election Year Sensitivities, dated April 11, 2016 ("Law enforcement officers and prosecutors may never select the timing of investigative steps or criminal charges for the purpose of affecting any election, or for the purpose of giving an advantage or disadvantage to any candidate or political party.") Inappropriate public announcements of a similar nature about pending investigations had a significant impact on the 2016 U.S. Presidential election, and I would respectfully advise that your office affirmatively refrain from interfering with the upcoming Baltimore City State's Attorney election.

For these foregoing reasons, on behalf of State's Attorney Marilyn Mosby, I am requesting a formal declination of charges by your office and the DOJ Tax Division.

In the interim, if you believe a meeting or presentation of our exculpatory evidence would be helpful in reaching a determination to decline the prosecution of Marilyn Mosby, please let me know.

Sincerely, I am,

*A. Scott Bolden*

**Managing Partner**
**Washington, D.C. Office**
*Pronouns: He/Him/His*
*Full Bio*

ReedSmith LLP
1301 K Street, N.W., Suite 1000 – East Tower, Washington, DC 20005
Direct +1 202 414 9266 | Mobile +1 202 236 4166 | Fax +1 202 414 9299
abolden@reedsmith.com



ABU DHABI • ATHENS • BEIJING • CENTURY CITY • CHICAGO • DALLAS • DUBAI • FRANKFURT • HONG KONG • HOUSTON • KAZAKHSTAN • LONDON • LOS ANGELES • MIAMI • MUNICH • NEW YORK •

PARIS • PHILADELPHIA • PITTSBURGH • PRINCETON • RICHMOND • SAN FRANCISCO • SHANGHAI • SILICON VALLEY • SINGAPORE • TYSONS • WASHINGTON, D.C. • WILMINGTON

* * *

This E-mail, along with any attachments, is considered confidential and may well be legally privileged. If you have received it in error, you are on notice of its status. Please notify us immediately by reply e-mail and then delete this message from your system. Please do not copy it or use it for any purposes, or disclose its contents to any other person. Thank you for your cooperation.

Disclaimer Version RS.US.201.407.01