# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

|  |  |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> v. ) <br> ) <br> MARILYN J. MOSBY, ) <br> ) <br> Defendant. ) <br> ) | Criminal Case No. 22-cr-00007-LKG <br><br> Dated:  February 23, 2022 |

## SCHEDULING ORDER

On February 23, 2022, the parties participated in an initial scheduling conference in the above-captioned criminal matter.  The Court, with the assistance of the parties, enters the following schedule for pre-trial proceedings and trial:

| | |
|---|---|
| Consolidated response to defendant's motion to dismiss; defendant's motion for a bill of particulars; and defendant's motion to disqualify counsel. | **March 11, 2022** |
| Consolidated reply in support of defendant's motion to dismiss; defendant's motion for a bill of particulars; and defendant's motion to disqualify counsel. | **March 25, 2022** |
| Any motion(s) *in limine*; proposed voir dire; proposed jury instructions; and a proposed jury verdict form.  In preparing proposed voir dire, proposed jury instructions, and a proposed jury verdict form, counsel shall meet and confer and, to the fullest extent possible, make a joint submission.  Counsel shall identify any matters of disagreement through supplemental filings. | **April 4, 2022** |
| Hearing on pre-trial motions and first pre-trial status conference. | **April 14, 2022, at 2 p.m., in Courtroom 5C of the Edward A. Garmatz Building, 101 West Lombard Street, Baltimore, Maryland 21201**. |

| | |
|---|---|
| Response(s) to motion(s) *in limine*. | **April 18, 2022** |
| Final pre-trial status conference and hearing on motion(s) *in limine*. | **April 27, 2022, at 2 p.m., in Courtroom 5C of the Edward A. Garmatz Building, 101 West Lombard Street, Baltimore, Maryland 21201**. |
| Jury trial. | **May 2, 2022, at 9:30 a.m., in Courtroom 5C of the Edward A. Garmatz Building, 101 West Lombard Street, Baltimore, Maryland 21201**. |

    The Court will not modify the pre-trial schedule absent good cause shown. And so, if any party wishes to modify the pre-trial schedule, that party shall **FILE** a motion with the Court explaining the basis for any requested modification.

    In addition, the Court strongly encourages the Government to produce any *Jencks* material no later than two weeks before trial is scheduled to commence. The government is **DIRECTED** to monitor the speedy trial date and to **FILE** any motions to exclude time from speedy trial computations, as necessary.

    **IT IS SO ORDERED.**

                                                             s/ Lydia Kay Griggsby
                                                            LYDIA KAY GRIGGSBY
                                                            United States District Judge