IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**MARILYN J. MOSBY,**<br><br>**Defendant** | **Criminal No. JKB-22-7** |

### UNITED STATES' POSITION ON JUROR QUESTIONNAIRE

As directed by the Court, the United States has reviewed the draft juror questionnaire provided by the Court on March 1, 2022. The United States objects to draft question number 1 and has submitted requested revisions to the Court.

    Respectfully submitted,

    EREK L. BARRON
    UNITED STATES ATTORNEY


By:_____/s/_____
    Leo J. Wise
    Sean R. Delaney
    Aaron Zelinsky
    Assistant United States Attorneys


### CERTIFICATE OF SERVICE

I hereby certify that this filing was served on defense counsel via ECF electronic filing.

___/s/_____
Leo J. Wise
Assistant United States Attorney