# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MARILYN J. MOSBY,<br><br>Defendant | Criminal No. 22-cr-00007-LKG-1<br><br>(Perjury, 18 U.S.C. § 1621; False Statement on a Loan Application, 18 U.S.C. § 1014) |

**DEFENDANT'S NOTICE OF OBJECTIONS TO PROPOSED JURY QUESTIONNAIRE**

Defendant State's Attorney Marilyn J. Mosby ("State's Attorney Mosby"), by and through her undersigned counsel, hereby notifies the Court that she objects to certain aspects of the Court's proposed jury questionnaire. In support of those objections, State's Attorney Mosby will submit proposed revisions to the jury questionnaire to the Court via e-mail.

Dated: March 4, 2022

Respectfully submitted,

*/s/ A. Scott Bolden*

A. Scott Bolden (SBN 428758 admitted *pro hac vice*)
Rizwan A. Qureshi (SBN 1024603 admitted *pro hac vice*)
Daniel Z. Herbst (SBN 501161)
RQureshi@ReedSmith.com
ABolden@ReedSmith.com
DHerbst@ReedSmith.com
1301 K Street, N.W.
Suite 1000 - East Tower
Washington, D.C. 20005-3373
Telephone: +1 202 414 9200
Facsimile: +1 202 414 9299

Kelley Miller (SBN 985346 *admitted pro hac vice*)
KMiller@ReedSmith.com
7900 Tysons One Place, Suite 500
McLean, Virginia 22102
Telephone: + 1 703 641 4200
Facsimile: +1 703 641 4340

Anthony R. Todd (SBN 6317101 *admitted pro hac vice*)
ATodd@ReedSmith.com
10 South Wacker Drive
40th Floor

Chicago, IL  60606-7507
Telephone: + 312.207.1000
Facsimile: + 312.207.6400

Counsel for Defendant Marilyn J. Mosby.

## CERTIFICATE OF SERVICE

I certify that, on March 4, 2022, this document was electronically filed with the Clerk of Court using the Court's CM/ECF system, which will then serve a notification of the filing to the registered parties of record.

/s/ *A. Scott Bolden*
A. Scott Bolden