Case 1:22-cr-00007-LKG   Document 26-2   Filed 03/11/22   Page 1 of 8

# THE BALTIMORE SUN

Puzzles & Games
Play Now

 Baltimore State's attorney candidate Roya Hanna to drop out of Democratic…

 After her son went missing, Baltimore mom held out hope — until he was found…

 After teen shot to death by Baltimore police, family questions officer tactics: 'Hi…

Mike be in Lama

ADVERTISEMENT

SCROLL DOWN FOR CONTENT

[x] CLOSE

SCROLL DOWN FOR CONTENT

### CRIME

# Attorney for Baltimore officials Nick and Marilyn Mosby accuses federal prosecutors of misconduct, seeks suspension of investigation

By McKenna Oxenden
Baltimore Sun • Mar 23, 2021 at 6:00 am

Get our most popular newsletter delivered to your inbox    Sign up now

3/8/22, 7:59 PM    Attorney for Baltimore officials Nick and Marilyn Mosby accuses federal prosecutors of misconduct, seeks suspension of investigati…

Case 1:22-cr-00007-LKG   Document 26-2   Filed 03/11/22   Page 2 of 8

TODAY'S TOP VIDEOS

Top Videos: Gas tops $6 a gallon at some California stations



Listen to this article

A lawyer for Baltimore City Council President Nick Mosby and State's Attorney Marilyn Mosby is alleging misconduct by federal prosecutors and is seeking a suspension of a federal criminal investigation into the couple.

A. Scott Bolden singled out prosecutors Stephen M. Schenning and Leo J. Wise in his letter to the Justice Department's Office of Professional Responsibility.

"There is no question that the investigation against my clients is frivolous, politically-motivated, and arises from the animus both Mr. Schenning and Mr. Wise have against State's Attorney Mosby," Bolden said in the letter, first published Monday evening by The Washington Post.

The letter alleges that Schenning and Wise carry a grudge against Marilyn Mosby dating back to alleged leaks from her office in 2017 during the federal investigation of the Baltimore Police Department's corrupt Gun Trace Task Force. Bolden says the two should have recused themselves from the case and claims they purposefully leaked secret grand jury proceedings to the media to "harass, degrade and embarrass" the Mosbys.

PAID POST                                         What's This?




FEEDBACK

Get our most popular newsletter delivered to your inbox        Sign up now

3/8/22, 7:59 PM    Attorney for Baltimore officials Nick and Marilyn Mosby accuses federal prosecutors of misconduct, seeks suspension of investigati…

Case 1:22-cr-00007-LKG   Document 26-2   Filed 03/11/22   Page 3 of 8

Digital and Making it Big in China

A message from The Hill

SEE MORE

Marcia Murphy, a spokeswoman for the U.S. attorney's office in Baltimore, did not immediately respond Monday evening to a request for comment.

[ *Marilyn Mosby bought two Florida homes for more than $1M combined, property records show* ]







Federal investigators have subpoenaed a wide range of records and organizations related to the Mosbys, including from churches, asking for records of charitable donations made by Nick Mosby. The Baltimore Sun, which was the first outlet to report on the investigation, obtained a federal grand jury subpoena through a Maryland Public Information Act request sent to state election officials: Marilyn Mosby's campaign treasurer had forwarded the subpoena to state elections officials along with an email about the use of campaign funds for legal fees.

On Monday, a business associate of Nick Mosby confirmed he received a federal grand jury subpoena for business records.

Last month, a report from Baltimore City Inspector General Isabel Mercedes Cumming found that Mosby spent 144 days away from her office in 2018 and 2019; Mosby's office has disputed the number of days. Cumming opened an investigation of the state's attorney's travels and private business at Marilyn Mosby's request.

In response to Cumming's report, Mosby's attorneys issued a nine-page rebuttal demanding Cumming correct what they call "misstatements and inaccuracies." They attached to their letter a photo of the inspector general herself at a work trip last year in Atlanta.

Bolden's letter, inexplicably dated May 19, is another salvo in the Mosbys' counteroffensive against the federal investigation.

On Friday, the attorney appeared on journalist Roland Martin's daily show, #RolandMartinUnfiltered, calling the federal investigation into the couple "laughable" and "unheard of."

On Monday, a small group of Mosby supporters gathered in front of City Hall, interrupting an unrelated news conference held by Democratic Councilwoman Odette Ramos. Demonstrator Kellie Vaughan called the probe a "witch hunt," echoing the characterization by Bolden.



Bolden said in the letter that FBI agents tried to serve Nick Mosby the subpoena during a Baltimore City Board of Estimates meeting instead of leaving the investigation out of the "scope of the public view."

To spectators observing via livestream, there was no apparent interruption of this meeting and no indication that subpoena service was occurring. The meeting was recorded on video

The letter also accuses the prosecutors of releasing information prematurely to news organizations.



Get our most popular newsletter delivered to your inbox    Sign up now

Case 1:22-cr-00007-LKG   Document 26-2   Filed 03/11/22   Page 4 of 8

"Attorney Mosby and Council President Mosby are high-profile public servants that fight everyday against systems of injustice, inequality, and racism," Bolden wrote. "Although they have not been charged with a criminal offense, Mr. Schenning and Mr. Wise have already led them to be tried and convicted in the court of public opinion.



### Breaking News Alerts
As it happens

Get updates on the coronavirus pandemic and other news as it happens with our free breaking news email alerts.

ENTER YOUR EMAIL ADDRESS    >

"Their prolonged smear campaign demonstrates a conflict of interest between them and State's Attorney Mosby or, at the very least, an appearance of a loss of impartiality," he wrote.

Bolden's letter said Schenning's and Wise's animus against the Mosbys dates back to 2017, when Marilyn Mosby's office was accused of tipping off corrupt members of the Gun Trace Task Force to a federal investigation.

Anna Mantegna was later fired by the Baltimore State's Attorney's Office for the potential leak, but the veteran drug prosecutor claims she never leaked sensitive information and was instead made a scapegoat.

"For more than a year, State's Attorney Mosby engaged in dialogue with Mr. Schenning and Mr. Wise about their rationale for implicating her office in what was determined to be unsubstantiated accusations that were motivated simply to cast aspersions on her office," Bolden wrote.

Bolden did not respond Monday evening to inquiries from The Sun.

*Baltimore Sun reporters Emily Opilo and Tim Prudente contributed to this article.*

### Meet JFK's Only Grandson Who Looks Identical To His Late Uncle JFK Jr.
Trading Blvd | Sponsored

### Most Hated TV Shows of All Time
Stacker | Sponsored

### 40 Dated Décor Trends That Scream 'Senior'
Beach Raider | Sponsored

FEEDBACK

Get our most popular newsletter delivered to your inbox    Sign up now

3/8/22, 7:59 PM                     Attorney for Baltimore officials Nick and Marilyn Mosby accuses federal prosecutors of misconduct, seeks suspension of investigati…

Case 1:22-cr-00007-LKG   Document 26-2   Filed 03/11/22   Page 5 of 8

### This Game is So Beautiful. If You Have a Computer it's a Must-Have.
Raid: Shadow Legends | Free Download | *Sponsored*      Click Here

### The All-Time Greatest Guitarists In The World
Travel Sent | *Sponsored*

### 20 People Who Starred In My 600-Lb Life, Today
HealthyGem | *Sponsored*

ADVERTISEMENT

ADVERTISEMENT


**Inspirational Photo Frames**
SPONSORED BY P. GRAHAM DUNN

ADVERTISEMENT


Get our most popular newsletter delivered to your inbox     Sign up now

3/8/22, 7:59 PM	Attorney for Baltimore officials Nick and Marilyn Mosby accuses federal prosecutors of misconduct, seeks suspension of investigati…

Case 1:22-cr-00007-LKG   Document 26-2   Filed 03/11/22   Page 6 of 8









## LATEST

### POLITICS

Anne Arundel human rights groups want Police Accountability Board proposal to include more investigatory powers

16m



### HIGH SCHOOL SPORTS

State Class 1A boys basketball semifinals: Lake Clifton vs. Cambridge | PHOTOS

32m



### CRIME

After teen shot to death by Baltimore police, family questions officer tactics: 'His story needs to be heard'

52m



Get our most popular newsletter delivered to your inbox    Sign up now

Case 1:22-cr-00007-LKG   Document 26-2   Filed 03/11/22   Page 7 of 8

ADVERTISEMENT






## You May Like

**Sponsored Links by Taboola**

### Blast from the Past 30 Celebrities Hang out with Their Younger Selves
Beach Raider

### The Top-Rated College Basketball Players In History
Gameday News

### Net Worth's Of Americas Wealthiest Women Released
Factable

### The 15 Most Beautiful Fox News Anchors, Ranked
Novelodge

FEEDBACK

ADVERTISEMENT

Get our most popular newsletter delivered to your inbox        Sign up now

3/8/22, 7:59 PM  Attorney for Baltimore officials Nick and Marilyn Mosby accuses federal prosecutors of misconduct, seeks suspension of investigati…

Case 1:22-cr-00007-LKG   Document 26-2   Filed 03/11/22   Page 8 of 8

Copyright © 2021, Baltimore Sun