IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**MARILYN J. MOSBY,**<br><br>**Defendant** | **Criminal No. JKB-22-7** |

### DECLARATION OF THIRUVENDRAN "THIRU" VIGNARAJAH, ESQ.

I, Thiru Vignarajah, pursuant to 18 U.S.C. § 1746, declare as follows:

1. As a candidate in the Democratic primary for State's Attorney for Baltimore City in 2018, I solicited campaign contributions from former colleagues with whom I had served at the U.S. Attorney's Office for the District of Maryland, the State's Attorney's Office for Baltimore City, the Maryland Attorney General's Office, the United States Supreme Court, and the law firms where I had practiced in Washington, DC and Baltimore, MD.

2. During the reporting period ending January 10, 2018, over 50 former colleagues made individual contributions to our campaign, ranging from $50 to $6,000.

3. A number of these contributions were from active federal prosecutors with whom I had worked, including Assistant U.S. Attorney Leo Wise, who donated $100.

4. I solicited this contribution from Mr. Wise shortly before the January 2018 reporting deadline, and he made his $100 contribution on January 10, 2018.

I declare under penalty of perjury the foregoing to be true and correct.

Executed on this 8th day of March 2022, in Baltimore, Maryland.

_____
Thiruvendran Vignarajah, Esq.