## Transactions Continued

| Transaction Date | Posting Date | Description | Reference Number | Account Number | Amount | Total |
|---|---|---|---|---|---|---|
|  |  | **Purchases and Adjustments** |  |  |  |  |
| 01/02 | 01/04 | PAUL PELLETIER FOR CONGR 2025051657   DC | 0021 | 8863 | 100.00 |  |