| 111TH CONGRESS *1st Session* | " | HOUSE OF REPRESENTATIVES | ! | REVIEW NO. 09–2121 |
|---|---|---|---|---|

# OFFICE OF CONGRESSIONAL ETHICS UNITED STATES HOUSE OF REPRESENTATIVES

———

# Report and Findings

Transmitted to the
Committee on Standards of Official Conduct
on August 6, 2009
and released publicly pursuant to H. Res. 895 of the
110th Congress as amended



August 2009

———

U.S. GOVERNMENT PRINTING OFFICE

75–659                    WASHINGTON : 2009

OFFICE OF

CONGRESSIONAL ETHICS

BOARD

UNITED STATES HOUSE OF REPRESENTATIVES
ONE HUNDRED ELEVENTH CONGRESS

DAVID SKAGGS, *Chair*
PORTER GOSS, *Co-Chair*
YVONNE  BURKE
KAREN ENGLISH
ALLISON  HAYWARD
JAY EAGEN
WILLIAM  FRENZEL
ABNER  MIKVA

———————

Leo J. Wise, *Chief Counsel & Staff Director*
Omar Ashmawy, *Investigative Counsel*