2020R00605 - 002

# CERTIFICATION UNDER FEDERAL RULES OF EVIDENCE
## 803(6) AND 902(11)

I HEREBY CERTIFY that I, _Carol Mitchell_, am the Custodian of Records for _Municipal Employee Credit Union_ (NAME OF BUSINESS*)[1]. I further certify that:

1. The attached record, consisting of _650_ pages, is a true and correct copy / original record of _M. E. C. U._ (NAME OF BUSINESS), hereafter "the business", which is maintained by me or under my supervision;

2. It is the regular practice of the business to make and maintain such records;

3. The records were made at or near the time of the occurrence(s) reflected thereon;

4. The records were made by a person or persons with knowledge, or from information transmitted by a person with knowledge of the matters contained thereon.

5. I declare under penalty of perjury that the foregoing is true and correct.

Executed on _9/3/20_     _Carol Mitchell_
            Date              Signature

                            _Carol Mitchell_
                            Name (Typed or Printed)

                            _Legal Service Rep_
                            Title

---

[1] The term "business" includes business, institution, association, profession, occupation and calling of every kind, whether or not conducted for profit.