**From:** Siskind, Melissa S. (TAX)
**Sent:** Monday, August 23, 2021 8:53 AM
**To:** Miller, Kelley C. <KMiller@ReedSmith.com>; Bolden, A. Scott <ABolden@ReedSmith.com>
**Cc:** Qureshi, Rizwan A. <RQureshi@reedsmith.com>
**Subject:** RE: Marilyn Mosby - Taxpayer Conference

EXTERNAL E-MAIL - From Melissa.S.Siskind

Good morning Kelley,

The Tax Division is considering the following charges with respect to your client:
- 26 USC 7201 (evasion of assessment; 2 counts; 2019 and 2020)
- 26 USC 7206(1) (1 count; 2019)
- 18 USC 1014 (1 count)
- 18 USC 1621 / 28 USC 1746 (2 counts)

The IRS calculated the tax loss as follows:
- 2019: $4,841
- 2020: $13,355

The IRS's calculations are not binding on the Tax Division, and the Tax Division may authorize charges that are different than those presently under consideration.

Please let me know in the next few days when you would like to schedule the conference.

Thank you,

Melissa

Melissa S. Siskind
Trial Attorney
Department of Justice Tax Division
Northern Criminal Enforcement Section


**From:** Miller, Kelley C. <KMiller@ReedSmith.com>
**Sent:** Thursday, August 19, 2021 1:05 PM
**To:** Siskind, Melissa S. (TAX)                                            ; Bolden, A. Scott <ABolden@ReedSmith.com>
**Cc:** Qureshi, Rizwan A. <RQureshi@reedsmith.com>
**Subject:** RE: Marilyn Mosby - Taxpayer Conference

Dear Melissa:

Thank you for your email.  Our partner, A. Scott Bolden, is presently out of the office due to the passing of his father last evening.  Would you please allow us a day or so to confirm the date for our conference?  Many thanks.

In the interim, and to enable us to prepare for the same, would you please confirm (a) the tax years at issue, (b) the proposed tax loss, and (c) the proposed charges?  Thank you again for your consideration.  We will reach out to confirm a conference date with you as soon as possible.

Best regards,
Kelley Miller


**From:** Siskind, Melissa S. (TAX)
**Sent:** Wednesday, August 18, 2021 10:01 AM
**To:** Bolden, A. Scott <ABolden@ReedSmith.com>
**Cc:** Miller, Kelley C. <KMiller@ReedSmith.com>
**Subject:** Marilyn Mosby - Taxpayer Conference

EXTERNAL E-MAIL - From Melissa.S.Siskind

Good morning Mr. Bolden,

The Tax Division is in receipt of your letter dated April 2, 2021 requesting a conference in this matter in the event the IRS referred your client for criminal prosecution.  The Tax Division has received a referral from the IRS, and therefore I am writing to schedule the taxpayer conference.  The conference will occur via WebEx and will be attended by myself, another attorney from the Tax Division, and one or more of the AUSAs assigned to this investigation.

The following dates are available: August 31 (after 2:00pm), September 2, September 3, September 9 (after 2:00 pm), and September 10 (after 10:00 am).  Please indicate which date(s) you prefer.

Please let me know if you have any questions.

Thank you,

Melissa S. Siskind
Trial Attorney
Department of Justice Tax Division
Northern Criminal Enforcement Section

\* \* \*

This E-mail, along with any attachments, is considered confidential and may well be legally privileged. If you have received it in error, you are on notice of its status. Please notify us immediately by reply e-mail and then delete this message from your system. Please do not copy it or use it for any purposes, or disclose its contents to any other person. Thank you for your cooperation.