-----Original Appointment-----
**From:** Siskind, Melissa S. (TAX)
**Sent:** Monday, August 23, 2021 4:10 PM
**To:** Siskind, Melissa S. (TAX); ABolden@ReedSmith.com; Qureshi, Rizwan A.; Miller, Kelley C.; Delaney, Sean (USAMD); Zelinsky, Aaron (USAMD); Wise, Leo (USAMD); Coppler, Catriona M. (TAX); Schenning, Stephen (USAMD); Hanlon, Michael (USAMD); Rachel.Solomon
**Cc:** WDC Deskside Support; Dofat, Mark A.; Todd, Anthony R.
**Subject:** Marilyn Mosby Taxpayer Conference
**When:** Friday, September 10, 2021 1:00 PM-2:30 PM (UTC-05:00) Eastern Time (US & Canada).
**Where:** Webex

UPDATE 8/23/21: Time changed to 1:00 pm.

\*\*\*
Good afternoon,

Below please find the WebEx link for the taxpayer conference on September 10 at 12:30pm.

Thank you,

Melissa

Melissa S. Siskind
Trial Attorney
Department of Justice Tax Division
Northern Criminal Enforcement Section