From: Bolden, A. Scott <ABolden@ReedSmith.com>
Sent: Wednesday, September 15, 2021 10:58 PM
To: Siskind, Melissa S. (TAX) <Melissa.S.Siskind                >
Cc: Catriola.M.Coppler@             ; Delaney, Sean (USAMD) <SDelaney2@usa.doj.gov>; Gupta, Vanita (OASG)                          ; Lisa.Monaco@          ; Hanlon, Michael (USAMD) <MHanlon@usa.doj.gov>; Stuart.Goldberg@           ; Schenning, Stephen (USAMD) <SSchenning@usa.doj.gov>; Rachel.Solomon@           ; Wise, Leo (USAMD) <lwise@usa.doj.gov>; Zelinsky, Aaron (USAMD) <AZelinsky@usa.doj.gov>; Qureshi, Rizwan A. <RQureshi@reedsmith.com>; Miller, Kelley C. <KMiller@ReedSmith.com>
Subject: [EXTERNAL] Marilyn Mosby Investigation

Dear Attorney Siskind:

Per our discussion last Friday, September 10, 2021, attached is our position to date for why the Department of Justice should decline any recommendation by AUSA Wise and his team, and the IRS to prosecute any and all current, proposed charges against our client, Baltimore State's Attorney Marilyn Mosby.

Given the nature of the issues at stake here, and the scrutiny that any decision to prosecute this case will understandably (and rightly) attract, we must demand that if you do agree to prosecute any of the current proposed charges that we receive a conference to present our objections to your decision, and to generally discuss all of the implications of the same, with Senior Counselor Stuart Goldberg, Associate Attorney General Vanita Gupta and/or Deputy Attorney General Lisa Monaco.

Please contact me to discuss any questions regarding the attached letter.

Thanks/asb

*A. Scott Bolden*

**Managing Partner**
**Washington, D.C. Office**
*Pronouns: He/Him/His*
[Full Bio](Full Bio)

ReedSmith LLP

1301 K Street, N.W., Suite 1000 – East Tower, Washington, DC 20005
Direct +1 202 414 9266 | Mobile +1 202 236 4166 | Fax +1 202 414 9299
abolden@reedsmith.com



ABU DHABI • ATHENS • BEIJING • CENTURY CITY • CHICAGO • DALLAS • DUBAI • FRANKFURT • HONG KONG • HOUSTON • KAZAKHSTAN • LONDON • LOS ANGELES • MIAMI • MUNICH • NEW YORK • PARIS • PHILADELPHIA • PITTSBURGH • PRINCETON • RICHMOND • SAN FRANCISCO • SHANGHAI • SILICON VALLEY • SINGAPORE • TYSONS • WASHINGTON, D.C. • WILMINGTON

\* \* \*

This E-mail, along with any attachments, is considered confidential and may well be legally privileged. If you have received it in error, you are on notice of its status. Please notify us immediately by reply e-mail and then delete this message from your system. Please do not copy it or use it for any purposes, or disclose its contents to any other person. Thank you for your cooperation.