**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

United States

Plaintiff,

v.

Marilyn J. Mosby

Defendant.

\*

\*

\*

\*

\*

Case No. 22-cr-00007-LKG

### NOTICE OF FILING OF DOCUMENT UNDER SEAL

**Check one.**

☒   Exhibits 1-4 which are an attachment to Defendant's Correspondence Requesting Status Conference

will be electronically filed under seal within 24 hours of the filing of this Notice.

☐   _____
(title of document)

will be electronically filed under seal within 24 hours of the filing of this Notice.

I certify that at the same time I am filing this Notice, I will serve copies of the document identified above by E-Mail to Counsel of Record.

03/23/2022
Date

/s/ A. Scott Bolden
Signature

A. Scott Bolden (Admitted pro hac vice)
Printed Name and Bar Number

1301 K Street NW, Washington DC 20005
Address

abolden@reedsmith.com
Email Address

202-414-9200
Telephone Number

202-414-9299
Fax Number