IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MARILYN J. MOSBY,<br><br>Defendant | Case No. 22-cr-00007-LKG-1 |

### DEFENDANT'S MOTION TO SEAL EXHIBITS

Defendant State's Attorney Marilyn J. Mosby ("State's Attorney Mosby"), by and through her undersigned counsel, hereby moves the Court for leave to file under seal Exhibits 1 – 4 attached to State's Attorney Mosby's correspondence to the Court requesting a status conference. The basis of this request is that the exhibits include confidential correspondence between the parties.

WHEREFORE, State's Attorney Mosby requests that this Court grant this motion and place Exhibits 1 – 4 under seal.

Dated: March 23, 2022            Respectfully submitted,

/s/ A. Scott Bolden

A. Scott Bolden (admitted *pro hac vice*)
Rizwan A. Qureshi (admitted *pro hac vice*)
Daniel Z. Herbst (SBN 17510)
RQureshi@ReedSmith.com
ABolden@ReedSmith.com
DHerbst@ReedSmith.com
1301 K Street, N.W.
Suite 1000 - East Tower
Washington, D.C.  20005-3373
Telephone: +1 202 414 9200
Facsimile: +1 202 414 9299

Kelley Miller (*admitted pro hac vice*)
KMiller@ReedSmith.com
7900 Tysons One Place, Suite 500
McLean, Virginia 22102

Telephone: + 1 703 641 4200
Facsimile: +1 703 641 4340

Anthony R. Todd (*admitted pro hac vice*)
ATodd@ReedSmith.com
10 South Wacker Drive
40th Floor
Chicago, IL  60606-7507
Telephone: + 312.207.1000
Facsimile: + 312.207.6400

Counsel for Defendant Marilyn J. Mosby.

## CERTIFICATE OF SERVICE

I certify that, on March 23, 2022, this document was electronically filed with the Clerk of Court using the Court's CM/ECF system, which will then serve a notification of the filing to the registered parties of record. I further certify that a copy of Exhibits 1 – 4 were emailed to counsel of record.

/s/ *A. Scott Bolden*
A. Scott Bolden
