# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**MARILYN J. MOSBY,**<br><br>**Defendant** | **Case No. 22-cr-00007-LKG-1** |

## ORDER

Upon consideration of the Defendant's Motion to Seal Exhibits, and good cause having been shown, it is this ___ day of March, 2022, hereby:

**ORDERED** that the Motion is **GRANTED**; and it is further

**ORDERED** that the Clerk is directed to place the Defendant's Exhibits 1-4 under seal.

_____
Hon. Lydia Kay Griggsby
United States District Judge