# Exhibit 2

# Filed Under Seal



**U.S. Department of Justice**

*United States Attorney*
*District of Maryland*

| | | |
|---|---|---|
| Leo Wise | Suite 400 | DIRECT: 410-209-4909 |
| Assistant United States Attorney | 36 S. Charles Street | MAIN: 410-209-4800 |
| Leo.Wise@usdoj.gov | Baltimore, MD 21201-3119 | |

February 17, 2022

A. Scott Bolden
Reed Smith LLP
1301 K Street, N.W.
Suite 1000 - East Tower
Washington, D.C. 20005-3373

      Re:    *United States v. Marilyn Mosby*
             Criminal No. LKG-22-0007
             Discovery Production 1 – USAfx

Dear Counsel:

      Pursuant to Rules 16 and 16.1 of the Federal Rules of Criminal Procedure, and Local Standing Order 2020-01, the United States is providing initial discovery in the above-referenced matter. You have been added to a folder on our file sharing site, USAfx. Please download the materials off of the site and on to a hard drive or computer as the files will expire in the future. The government will continue to provide additional discovery on a rolling basis.

- Documents (717) , **USA-000001 - 016060**
    - 'Manifest' listing the type and description of each document (.csv file)
- Recordings
    - Nick Mosby Interview
    - Nationwide Calls
- Subpoena Responses (Native)
    - 013 Mr Cooper GJ Subpoena Response 12-21-20
    - 054 Sharif Small GJ Subpoena Response 3-16-21
    - 054 Sharif Small GJ Subpoena Response 4-12-21
    - 140 Council President Office GJ Subpoena Response 4-8-21
    - 142 Department of Finance GJ Subpoena Response 4-8-21

      Please note that the discovery materials we are providing are of a private nature and contain personal information that the government and the defendants have a responsibility to protect from unneeded disclosure. As we have discussed, these particular materials relate only to the defendant, and therefore we do not object to you sharing them with your client. However, additional materials may contain information related to other individuals, and we will notify you if there is a need to keep those materials in your possession and not provide copies to the Defendant. In addition, you agree that the enclosed materials are provided on the condition that all discovery "may be used only in connection with the defense of this case and may not be provided to any other person except by agreement of the Government or order of the Court," with the exception of expert witnesses and other persons directly involved in the defense. Standing Order 2020-01, ¶ 2.c.

**I.     DISCOVERY ENCLOSED**

A description of the items within this production, organized according to the provisions of Rule 16, may be found below.

**Rule 16(a)(1)(A), (B) - Defendant's Oral & Written Statements**

- Nationwide Recordings (produced in native format)
- USA-001255 through USA-001268
- USA-005781 through USA-005986
- USA-010954 through USA-010988

**Rule 16(a)(1)(D) - Defendant's Prior Record**

- n/a

**Rule 16(a)(1)(E) - Documents & Objects**

- All other records contained in this discovery production.
- If you wish to review any physical evidence in person, please contact me and we will see if arrangements can be made for an evidence inspection.

**Rule 16(a)(1)(F) - Reports of Examinations & Tests**

- n/a

**Rule 16(a)(1)(G) – Expert Witnesses**

- Expert disclosures will be made at a later date.

**II.    REQUEST FOR DISCLOSURE OF EVIDENCE BY THE DEFENDANT**

The United States hereby requests disclosure, pursuant to Federal Rule 16(b) of the Federal Rules of Criminal Procedure and Standing Order 2020-001 ¶ 3, of the following:

Pursuant to Rule 16(b)(1)(A), we request disclosure of any and all books, papers, documents, data, photographs, tangible objects, or copies or portions thereof, which are in the possession, custody, or control of the defendant and which the defendant intends to introduce as evidence in her case-in-chief.

Pursuant to Rule 16(b)(1)(B), we request disclosure of any and all reports or results of physical or mental examinations and of scientific tests or experiments made in connection with the above-captioned case, or copies thereof, which are within the possession, custody, or control of the defendant and either the defendant intends to introduce as evidence or which were prepared by a witness whom the defendant intends to call when the results of the reports relate to the witness' testimony.

  Pursuant to Rule 16(b)(1)(C), and in light of your request for disclosures pursuant to Rule 16(a)(1)(G) the United States requests a summary of any testimony that the defense intends to use under Rule 702, 703, or 705 of the Federal Rules of Evidence.

  Please do not hesitate to contact me should you have any questions regarding any of these matters.

                Sincerely,

                Erek L. Barron
                United States Attorney

                _____/s/_____
                Leo Wise
                Sean Delaney
                Aaron Zelinsky
                Assistant United States Attorneys

Encl.

CC:

Daniel Zev Herbst
Reed Smith LLP
1301 K St NW Ste 1100 East Tower
Washington, DC 20005

Anthony R Todd
Reed Smith LLP
10 South Wacker Drive 40th Floor
Chicago, IL 60606

Kelley C Miller
Reed Smith LLP
7900 Tysons One Place Ste 500
McLean, VA 22102

Rizwan Qureshi
Reed Smith LLP
1301 K St. NW Ste. 1000 East Tower
Washington, DC 20005