# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) ) | |
| v. | ) ) | Criminal Case No. 22-cr-00007-LKG |
| MARILYN J. MOSBY, | ) ) | Dated:  March 23, 2022 |
| Defendant. | ) ) ) | |

## ORDER

The parties shall participate in a telephone status conference to be held on **Wednesday, March 30, 2022, at 2:00 p.m. Eastern Time**.

The telephone status conference will be held *via* AT&T Teleconferencing. The Court will provide the parties *via* email with a call-in number, an access code, and a security code. Participating on the call will be counsel of record for each party.

|  |  |
|---|---|
| For Government: | **Leo Joseph Wise** |
| | Office of the United States Attorney |
| | 36 S Charles St Fourth Fl |
| | Baltimore, MD 21201 |
| | 410-209-4909 |
| | Email: Leo.Wise@usdoj.gov |
| | |
| | **Aaron Simcha Jon Zelinsky** |
| | US Attorney's Office |
| | District of Maryland |
| | 36 S Charles St |
| | Baltimore, MD 21201 |
| | 410-209-4928 |
| | Email: Aaron.Zelinsky@USDOJ.gov |
| | |
| | **Sean R Delaney** |
| | US Attorney's Office |
| | 36 S Charles St., 4th Fl |
| | Baltimore, MD 21201 |
| | 410-209-4913 |
| | Email: Sean.Delaney@usdoj.gov |

|  |  |
|---|---|
| For Defendant: | **Daniel Zev Herbst**<br>Reed Smith LLP<br>1301 K St NW, Suite 1100 East Tower<br>Washington, DC 20005<br>202-414-9200<br>Email: dherbst@reedsmith.com |

**Alan Scott Bolden**
Reed Smith LLP
1301 K St NW, Suite 1100 East Tower
Washington, DC 20005
202-414-9200
 Email: abolden@reedsmith.com
*PRO HAC VICE*

**Rizwan A. Qureshi**
Reed Smith LLP
1301 K St NW, Suite 1100 East Tower
Washington, DC 20005
202-414-9200
 Email: rqureshi@reedsmith.com
*PRO HAC VICE*

**Kelley C. Miller**
Reed Smith LLP
1301 K St NW, Suite 1100 East Tower
Washington, DC 20005
215-851-8855
Email: kmiller@reedsmith.com
*PRO HAC VICE*

**Anthony R. Todd**
Reed Smith LLP
10 S. Wacker Drive, 40th Fl.
Chicago, IL  60606
312-207-1000
Email: atodd@reedsmith.com
*PRO HAC VICE*

**IT IS SO ORDERED.**

s/ Lydia Kay Griggsby
LYDIA KAY GRIGGSBY
United States District Judge

2