# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Criminal Case No. 22-cr-00007-LKG |
| | ) | |
| MARILYN J. MOSBY, | ) | Dated:  March 30, 2022 |
| | ) | |
| Defendant. | ) | |

## ORDER PROHIBITING THE USE OF ELECTRONIC DEVICES

The Court will hold a hearing on defendant's pre-trial motions on Thursday, April 14, 2022, at 2 p.m., in Courtroom 5C of the Edward A. Garmatz Building, 101 West Lombard Street, Baltimore, Maryland 21201.  During the hearing, no person may possess or transport into Courtrooms 5C and/or 1A any electronic devices, including cellular telephones, cameras, recording devices of any type, "smart" watches and "smart" pens, computers, laptops, and/or tablets, without the express permission of the Presiding Judge.  All persons subject to this Order are strongly encouraged not to bring any such electronic devices to the courthouse.

Exceptions:  The prohibition on the use of electronic devices shall not apply to employees of the United States District Court for the District of Maryland, the United States Marshal or his Deputies, Court Security Officers, counsel of record in this case, employees of state and federal law enforcement agencies, and/or investigators and employees of counsel representing parties in the case, provided that those investigators and employees of counsel are identified to the Court in advance.  In addition, credentialed members of the news media may use electronic devices in Courtroom 1A.  *Pursuant to Local Rule 506.1, the recording (both audio and video) and/or photographing of the proceedings in this matter is strictly prohibited.*

The United States Marshal, his Deputies, and the Court Security Officers shall enforce this Order.

**IT IS SO ORDERED.**

s/ Lydia Kay Griggsby<br>
LYDIA KAY GRIGGSBY<br>
United States District Judge