# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

|  |  |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>v.  )<br>  )<br>MARILYN J. MOSBY,  )<br>  )<br>Defendant.  )<br>  ) | Criminal Case No. 22-cr-00007-LKG<br><br>Dated: March 30, 2022 |

## AMENDED SCHEDULING ORDER

On March 30, 2022, the parties participated in a telephonic status conference to discuss the schedule for pre-trial proceedings in this matter. For good cause shown, the Court, with the assistance of the parties, **MODIFIES** the Scheduling Order, dated February 23, 2022, as follows:

| | |
|---|---|
| Consolidated response to defendant's motion to dismiss; defendant's motion for a bill of particulars; and defendant's motion to disqualify counsel. | **March 11, 2022** |
| Consolidated reply in support of defendant's motion to dismiss; defendant's motion for a bill of particulars; and defendant's motion to disqualify counsel. | **March 25, 2022** |
| Defendant's expert disclosures. | **April 4, 2022, on or before Noon, Eastern Standard Time**. |
| Any motion(s) *in limine*; proposed voir dire; proposed jury instructions; and a proposed jury verdict form. In preparing proposed voir dire, proposed jury instructions, and a proposed jury verdict form, counsel shall meet and confer and, to the fullest extent possible, make a joint submission. Counsel shall identify any matters of disagreement through supplemental filings. | **April 4, 2022** |
| Government's motion(s) to exclude. | **April 6, 2022** |

| | |
|---|---|
| Hearing on pre-trial motions and first pre-trial status conference. | **April 14, 2022, at 2 p.m., in Courtroom 5C of the Edward A. Garmatz Building, 101 West Lombard Street, Baltimore, Maryland 21201**. |
| Response(s) to motion(s) *in limine* and any motion(s) to exclude. | **April 18, 2022** |
| Final pre-trial status conference and hearing on motion(s) *in limine* and any motion(s) to exclude. | **April 27, 2022, at 2 p.m., in Courtroom 5C of the Edward A. Garmatz Building, 101 West Lombard Street, Baltimore, Maryland 21201.** |
| Jury trial. | **May 2, 2022, at 9:30 a.m., in Courtroom 5C of the Edward A. Garmatz Building, 101 West Lombard Street, Baltimore, Maryland 21201.** |

**IT IS SO ORDERED.**

s/ Lydia Kay Griggsby
LYDIA KAY GRIGGSBY
United States District Judge

2