## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>MARILYN J. MOSBY,<br><br>        **Defendant** | Case No. 22-cr-00007-LKG-1 |

### ORDER

PREMESIS CONSIDERED:

For good cause shown, the Court **MODIFIES** the Amended Scheduling Order of March 30, 2002 as follows:

It is hereby **ORDERED** that trial in this matter, currently scheduled for May 2, 2022 be and is hereby continued until the _____ day of September, 2022 at 9:30 in the a.m.

It is further **ORDERED** that the deadline for Defendant to file her expert disclosures and motion(s) *in limine*, detailed in Dkt. No 37 are hereby vacated. The Court will set a new Scheduling Order following the hearing on pre-trial motions on April 14, 2022 at 2 p.m.

    **IT IS SO ORDERED**

 

                                                                                                                                _____
                                                                                                                       LYDIA K. GRIGGSBY
                                                                                                                       United States District Judge