**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Criminal Case No. 22-cr-00007-LKG |
| | ) | |
| MARILYN J. MOSBY, | ) | Dated: April 1, 2022 |
| | ) | |
| Defendant. | ) | |
| | ) | |

## ORDER

The parties shall participate in a telephonic status conference to be held on **Tuesday, April 5, 2022, at 10:00 a.m. Eastern Time**, to discuss the Defendant's motion for continuance and the schedule for pre-trial proceedings. Pending the April 5, 2022, status conference, the Court **STAYS** the deadlines under the Court's Amended Scheduling Order, dated March 30, 2022, for Defendant's expert disclosures; any motions *in limine*; proposed voir dire questions, jury instructions and jury verdict form; and any motions to exclude. The remainder of the Court's Amended Scheduling Order shall remain in effect.

The telephone status conference will be held *via* AT&T Teleconferencing. The Court will provide the parties *via* email with a call-in number, an access code, and a security code. Participating on the call will be counsel of record for each party.

For Government:   **Aaron Simcha Jon Zelinsky**
US Attorney's Office
District of Maryland
36 S Charles St
Baltimore, MD 21201
410-209-4928
Email: Aaron.Zelinsky@USDOJ.gov

**Sean R Delaney**
US Attorney's Office
36 S Charles St., 4th Fl
Baltimore, MD 21201
410-209-4913
Email: Sean.Delaney@usdoj.gov

For Defendant:     **Daniel Zev Herbst**
Reed Smith LLP
1301 K St NW, Suite 1100 East Tower
Washington, DC 20005
202-414-9200
Email: dherbst@reedsmith.com

**Alan Scott Bolden**
Reed Smith LLP
1301 K St NW, Suite 1100 East Tower
Washington, DC 20005
202-414-9200
 Email: abolden@reedsmith.com
*PRO HAC VICE*

**Rizwan A. Qureshi**
Reed Smith LLP
1301 K St NW, Suite 1100 East Tower
Washington, DC 20005
202-414-9200
 Email: rqureshi@reedsmith.com
*PRO HAC VICE*

**Kelley C. Miller**
Reed Smith LLP
1301 K St NW, Suite 1100 East Tower
Washington, DC 20005
215-851-8855
Email: kmiller@reedsmith.com
*PRO HAC VICE*

**Anthony R. Todd**
Reed Smith LLP
10 S. Wacker Drive, 40th Fl.
Chicago, IL  60606
312-207-1000
Email: atodd@reedsmith.com
*PRO HAC VICE*

**IT IS SO ORDERED.**

s/ Lydia Kay Griggsby
LYDIA KAY GRIGGSBY
United States District Judge