# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

|  |  |
|---|---|
| UNITED STATES OF AMERICA,   )<br>)<br>v.   )<br>)   Criminal Case No. 22-cr-00007-LKG<br>MARILYN J. MOSBY,   )<br>)   Dated:  April 4, 2022<br>Defendant.   )<br>) | |

## ORDER

The Court has scheduled a hearing on Defendant's pre-trial motions in the above-captioned matter, to be held on **April 14, 2022, at 2:00 p.m. Eastern Time**, **in Courtroom 5C of the Edward A. Garmatz Building, 101 West Lombard Street, Baltimore, Maryland 21201**. The parties shall adhere to the following time allocations for their oral arguments:

1. Opening arguments, **20** minutes each for the Government and Defense;

2. Responses, **15** minutes each for the Government and Defense; and

3. Rebuttal, **10** minutes each for the Government and Defense.

**IT IS SO ORDERED.**

s/ Lydia Kay Griggsby
LYDIA KAY GRIGGSBY
United States District Judge