**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

|  |  |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> v. ) <br> ) <br> MARILYN J. MOSBY, ) <br> ) <br> Defendant. ) <br> ) | Criminal Case No. 22-cr-00007-LKG <br><br> Dated:  April 5, 2022 |

### AMENDED SCHEDULING ORDER

On April 5, 2022, the parties participated in a telephonic status conference to discuss the Defendant's motion to continue trial, defense expert disclosures and motions *in limine*, dated April 1, 2022, and the schedule for trial and pre-trial proceedings in this matter.  At the request of the Defense, and for good cause shown, the Court **GRANTS** the Defendant's motion and **MODIFIES** the Scheduling Order, dated March 30, 2022, as follows:

| | |
|---|---|
| Consolidated response to defendant's motion to dismiss; defendant's motion for a bill of particulars; and defendant's motion to disqualify counsel. | **March 11, 2022** |
| Consolidated reply in support of defendant's motion to dismiss; defendant's motion for a bill of particulars; and defendant's motion to disqualify counsel. | **March 25, 2022** |
| Hearing on pre-trial motions and first pre-trial status conference. | **April 14, 2022, at 2 p.m., in Courtroom 5C of the Edward A. Garmatz Building, 101 West Lombard Street, Baltimore, Maryland 21201.** |
| Final pre-trial status conference. | **September 14, 2022, at 2 p.m., in Courtroom 5C of the Edward A. Garmatz Building, 101 West Lombard Street, Baltimore, Maryland 21201.** |

| | |
|---|---|
| Jury trial. | **September 19, 2022, at 9:30 a.m., in Courtroom 5C of the Edward A. Garmatz Building, 101 West Lombard Street, Baltimore, Maryland 21201.** |

In addition, the Court **STAYS** the remaining pre-trial deadlines pending the pre-trial status conference to be held on April 14, 2022. The parties shall be prepared to discuss the deadlines for the remaining pre-trial proceedings in this matter during the April 14, 2022, pre-trial status conference.

**IT IS SO ORDERED.**

s/ Lydia Kay Griggsby
LYDIA KAY GRIGGSBY
United States District Judge

2