IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Crim. No. LKG-22-7 |
| | ) | |
| MARILYN J. MOSBY, | ) | |
| | ) | |
| Defendant | ) | |

*******

**ORDER**

Having considered the grounds advanced in the Government's Motion to Exclude Time Under the Speedy Trial Act, and good cause having been shown in support of the relief requested by this motion, the Court, on this ____ day of April, 2022, hereby makes the following findings of fact: the Court finds that the ends of justice served by granting the requested continuance in this matter outweigh the best interest of the public and the defendant in a speedy trial, inasmuch as the Defendant needs a longer period than is normally afforded under the federal Speedy Trial Act for pre-trial preparation.

THEREFORE, IT IS HEREBY ORDERED that the requested motion is GRANTED; and it is further ORDERED that for the reasons set forth in the government's motion, all time between April 8, 2022 and September 19, 2022, shall be excluded from calculations of the amount of time that has expired under the Speedy Trial Act, 18 U.S.C. § 3161, in this case.

_____
Lydia K. Griggsby
United States District Judge