IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|  |  |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> v. ) <br> ) <br> MARILYN J. MOSBY, ) <br> ) <br> Defendant. ) <br> ) | Criminal Case No. 22-cr-00007-LKG <br><br> Dated: April 14, 2022 |

## ORDER

This Order addresses the procedures for resolving motions to seal pleadings, motions, exhibits, or other documents filed in the above-captioned criminal matter.[1]

The United States Court of Appeals for the Fourth Circuit has held that, in determining whether materials should be filed under seal, the Court must: (1) give the public adequate notice that the sealing of documents may be ordered and (2) provide interested persons an opportunity to object to the requests before the Court makes its decision. *See In re Washington Post Co.*, 807 F.2d 383, 390-91 (4th Cir. 1986). If the Court decides to seal documents, it must state its reasons on the record, supported by specific findings, and state its reasons for rejecting less restrictive alternatives. *See id.* at 391.

In light of the foregoing, the Court adopts the following procedures for the sealing of pleadings, motions, exhibits, or other documents in this matter:

1. Within 14 days after any motion to seal is filed, an interested party may file an objection on the public docket for this case.
2. The party seeking leave to file material under seal may file a response to any objections to the motion to seal within 14 days after the objection is filed.

Pursuant to these procedures, the Court:

---

[1] Local Rule 105.11 provides that the Court shall not rule upon "motion[s] seeking the sealing of pleadings, motions, exhibits, or other documents . . . until at least fourteen (14) days after [the motion] is entered on the public docket to permit the filing of objections by interested parties." L.R. 105.11 (D. Md. 2021). But, Local Rule 105.11 does not apply to criminal matters. *See* L.R. 207 (D. Md. 2021) (exempting L.R. 105.11 from criminal proceedings).

1. **VACATES** its Orders dated March 23, 2022 (ECF No. 30), and April 4, 2022 (ECF No. 45) granting the Defense's motions to seal, dated March 23, 2022, and April 4, 2022 (ECF Nos. 28 and 42);

2. The materials that are the subject of these motions (ECF Nos. 28, 42, and 44) shall remain **TEMPORARILY SEALED** pending a ruling from the Court;

3. Any objections to the motions to seal from interested parties shall be **FILED** within 14 days of this Order, **on or before April 28, 2022**; and

4. Any responses by the parties to this action to an objection shall be **FILED on or before May 12, 2022.**

In addition, the parties may **FILE** any proposed modifications to this Order **on or before April 21, 2022**.

**IT IS SO ORDERED.**

                                  s/ Lydia Kay Griggsby
                                  LYDIA KAY GRIGGSBY
                                  United States District Judge