# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) ) | |
| v. | ) ) | Criminal Case No. 22-cr-00007-LKG |
| MARILYN J. MOSBY, | ) ) | Dated: April 29, 2022 |
| Defendant. | ) ) | |

## ORDER

On April 28, 2022, certain interested parties filed objections to defendant's motions to seal, dated March 23, 2022 (ECF No. 29), and April 4, 2022 (ECF No. 42). *See* ECF No. 54. Pursuant to the Court's April 14, 2022, Order, defendant is directed to respond to the interested parties' objections, on or before **May 12, 2022**.

**IT IS SO ORDERED.**

s/ Lydia Kay Griggsby
LYDIA KAY GRIGGSBY
United States District Judge