# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>MARILYN J. MOSBY,<br><br>Defendant. | )<br>)<br>)<br>)<br>) Criminal Case No. 22-cr-00007-LKG<br>)<br>) Dated:  May 6, 2022<br>)<br>) |

## ORDER

On April 14, 2022, the parties participated in a hearing on the Defense's pre-trial motions and a pre-trial status conference in the above-captioned matter.  ECF No. 51.  During those proceedings, the parties informed the Court that they were conferring about a proposed schedule for pre-trial proceedings and that the parties would submit a proposed schedule to the Court shortly thereafter.  To date, the parties have not filed a proposed schedule for pre-trial proceedings.

In light of the foregoing, the parties **SHALL FILE** a joint status report proposing a schedule for pre-trial proceedings on or before **May 27, 2022**.

**IT IS SO ORDERED.**

s/ Lydia Kay Griggsby
LYDIA KAY GRIGGSBY
United States District Judge
