IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**MARILYN J. MOSBY,**<br><br>            **Defendant** | **Case No. 22-cr-00007-LKG-1** |

### ORDER

Upon consideration of the Interested Parties' Motion to Unseal, Defendant's Response thereto, and good cause having been shown, it is this _____ day of _____, 2022, hereby:

**ORDERED** that the Motion is **GRANTED**, in part, and **DENIED**, in part; and it is further

**ORDERED** that the Clerk is directed to unseal ECF No. 29 (with appropriate redactions, if necessary); and it is further

**ORDERED** that the Clerk shall retain ECF No. 44 under seal.

**IT IS SO ORDERED**

_____
Hon. Lydia Kay Griggsby
United States District Judge