IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| UNITED STATES OF AMERICA<br><br>v.<br><br>MARILYN J. MOSBY,<br><br>Defendant | Case No. 22-cr-00007-LKG-1 |
|---|---|

## JOINT STATUS REPORT

Pursuant to the Court's May 6, 2022 Order (Dkt. 56) the undersigned parties respectfully submit this joint status report. In its order, the Court requested a proposal for a schedule for pre-trial proceedings. On April 14, 2022, in advance of the motions hearing, the defense provided the government its proposed schedule for pre-trial proceedings. On that same date, counsel for Defendant and the government briefly conferred on the proposed schedule. Following the motions hearing, on April 27, 2022, the defense provided the government its new proposed schedule for pre-trial proceedings. On May 2, 2022, the government responded with its counter-proposal. On May 6, 2022 and May 12, 2022, the parties met and conferred on the proposed schedule for pre-trial proceedings, among other issues, and have been unable to reach agreement. For these reasons, each party submits its proposed schedule for pre-trial proceedings below.

I.      **Marilyn J. Mosby**

Defendant Marilyn J. Mosby proposes the following schedule:

June 1, 2022: Deadline to file pre-trial motions

June 15, 2022: Deadline to file responses to pre-trial motions

June 29, 2022: Deadline to file replies to pre-trial motions

Week of July 11, 2022: Hearing on pre-trial motions

August 1, 2022: Deadline to serve expert disclosures

August 8, 2022: Deadline to file motions in limine (including motions to exclude experts), proposed voir dire and jury instructions

August 15, 2022: Deadline to file responses to motions in limine

August 22, 2022: Deadline to file replies in support of motions in limine

Week of August 22nd: Possible dates for pretrial hearing on motions in limine

September 15-16: Jury Selection

September 19, 2022: Jury Trial

## II.  United States of America

The Government proposes the following schedule:

June 1, 2022: Deadline for expert disclosures

June 15, 2022: Deadline for motions in limine, to include any motions regarding experts

June 29, 2022: Deadline for responses to motions in limine and motions regarding experts

July 6, 2022: Deadline for replies to motions in limine and motions regarding experts

The parties respectfully request that this Court set a telephonic status hearing to discuss this issue and set a final schedule for pre-trial proceedings.

Dated: May 16, 2022     Respectfully submitted,

EREK L. BARRON
UNITED STATES ATTORNEY

*/s/ Sean R. Delaney*
Leo J. Wise
Sean R. Delaney
Aaron S.J. Zelinsky
Assistant United States Attorneys

/s/ A. Scott Bolden

A. Scott Bolden (admitted *pro hac vice*)
Rizwan A. Qureshi (admitted *pro hac vice*)
Daniel Z. Herbst (SBN 17510)
RQureshi@ReedSmith.com
ABolden@ReedSmith.com
DHerbst@ReedSmith.com
1301 K Street, N.W.
Suite 1000 - East Tower
Washington, D.C.  20005-3373
Telephone: +1 202 414 9200
Facsimile: +1 202 414 9299

Kelley Miller (*admitted pro hac vice*)
KMiller@ReedSmith.com
7900 Tysons One Place, Suite 500
McLean, Virginia 22102
Telephone: + 1 703 641 4200
Facsimile: +1 703 641 4340

Anthony R. Todd (*admitted pro hac vice*)
ATodd@ReedSmith.com
10 South Wacker Drive
40th Floor
Chicago, IL  60606-7507
Telephone: + 312.207.1000
Facsimile: + 312.207.6400

Counsel for Defendant Marilyn J. Mosby.

## CERTIFICATE OF SERVICE

I certify that, on May 16, 2022, this document was electronically filed under seal with the Clerk of Court using the Court's CM/ECF system. Other counsel of record will not receive notice of this filing.

/s/ *Sean R. Delaney*
Sean R. Delaney
