# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| v. | ) | Criminal Case No. 22-cr-00007-LKG |
| MARILYN J. MOSBY, | ) | Dated: May 17, 2022 |
| Defendant. | ) | |

## ORDER

The parties shall participate in a telephone status conference to be held on **Monday, May 23, 2022, at 2:00 p.m. Eastern Time**, to discuss the parties' joint status report (ECF No. 58).

The telephone status conference will be held *via* AT&T Teleconferencing. The Court will provide the parties *via* email with a call-in number, an access code, and a security code. Members of the public may dial into this proceeding. Public access line information may be found on the Court's public calendar. Participating on the call will be counsel of record for each party.

    For Government:    **Leo Joseph Wise**
Office of the United States Attorney
36 S Charles St Fourth Fl
Baltimore, MD 21201
410-209-4909
Email: Leo.Wise@usdoj.gov

**Aaron Simcha Jon Zelinsky**
US Attorney's Office
District of Maryland
36 S Charles St
Baltimore, MD 21201
410-209-4928
Email: Aaron.Zelinsky@USDOJ.gov

**Sean R Delaney**
US Attorney's Office
36 S Charles St., 4th Fl
Baltimore, MD 21201
410-209-4913
Email: Sean.Delaney@usdoj.gov

| | |
|---|---|
| For Defendant: | **Daniel Zev Herbst**<br>Reed Smith LLP<br>1301 K St NW, Suite 1100 East Tower<br>Washington, DC 20005<br>202-414-9200<br>Email: dherbst@reedsmith.com<br><br>**Alan Scott Bolden**<br>Reed Smith LLP<br>1301 K St NW, Suite 1100 East Tower<br>Washington, DC 20005<br>202-414-9200<br>Email: abolden@reedsmith.com<br>*PRO HAC VICE*<br><br>**Rizwan A. Qureshi**<br>Reed Smith LLP<br>1301 K St NW, Suite 1100 East Tower<br>Washington, DC 20005<br>202-414-9200<br>Email: rqureshi@reedsmith.com<br>*PRO HAC VICE*<br><br>**Kelley C. Miller**<br>Reed Smith LLP<br>1301 K St NW, Suite 1100 East Tower<br>Washington, DC 20005<br>215-851-8855<br>Email: kmiller@reedsmith.com<br>*PRO HAC VICE*<br><br>**Anthony R. Todd**<br>Reed Smith LLP<br>10 S. Wacker Drive, 40th Fl.<br>Chicago, IL 60606<br>312-207-1000<br>Email: atodd@reedsmith.com<br>*PRO HAC VICE* |

**IT IS SO ORDERED.**

                                              <u>s/ Lydia Kay Griggsby</u>
                                              LYDIA KAY GRIGGSBY
                                              United States District Judge