# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| v. ) | Criminal Case No. 22-cr-00007-LKG |
| MARILYN J. MOSBY, ) | Dated: May 23, 2022 |
| Defendant. ) | |

## AMENDED SCHEDULING ORDER

On May 23, 2022, the parties participated in a telephonic status conference to discuss the schedule for pre-trial proceedings in this matter. The Court, with the assistance of the parties, **MODIFIES** the Scheduling Order, dated April 5, 2022, as follows:

| | |
|---|---|
| Consolidated response to defendant's motion to dismiss; defendant's motion for a bill of particulars; and defendant's motion to disqualify counsel. | **March 11, 2022** |
| Consolidated reply in support of defendant's motion to dismiss; defendant's motion for a bill of particulars; and defendant's motion to disqualify counsel. | **March 25, 2022** |
| Hearing on pre-trial motions and first pre-trial status conference. | **April 14, 2022, at 2 p.m., in Courtroom 5C of the Edward A. Garmatz Building, 101 West Lombard Street, Baltimore, Maryland 21201**. |
| Defendant's motion for leave to file pre-trial motion(s). | **June 1, 2022** |
| Defendant's expert disclosures. | **July 1, 2022** |
| Government's motion(s) to exclude, any motion(s) *in limine*; proposed voir dire; proposed jury instructions; and a proposed jury | |

| | |
|---|---|
| verdict form. In preparing proposed voir dire, proposed jury instructions, and a proposed jury verdict form, counsel shall meet and confer and, to the fullest extent possible, make a joint submission. Counsel shall identify any matters of disagreement through supplemental filings. | **July 15, 2022** |
| Response(s) to motion(s) *in limine* and any motion(s) to exclude. | **July 29, 2022** |
| Replies in support of motion(s) *in limine* and any motion(s) to exclude. | **August 5, 2022** |
| Final pre-trial status conference and hearing on motion(s) *in limine* and any motion(s) to exclude. | **September 14, 2022, at 2 p.m., in Courtroom 5C of the Edward A. Garmatz Building, 101 West Lombard Street, Baltimore, Maryland 21201.** |
| Jury trial. | **September 19, 2022, at 9:30 a.m., in Courtroom 5C of the Edward A. Garmatz Building, 101 West Lombard Street, Baltimore, Maryland 21201.** |

**IT IS SO ORDERED.**


                                            s/ Lydia Kay Griggsby
                                            LYDIA KAY GRIGGSBY
                                            United States District Judge