IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES** | * | |
| | * | |
| v. | * | **Case No.: 1:22-007-LKG** |
| | * | |
| **MARILYN J. MOSBY** | * | |

### ENTRY OF APPEARANCE

Please enter the appearance of Gary E. Proctor as *pro bono* counsel for the Defendant in the above-captioned case.

Respectfully,

_____/s/_____

Gary E. Proctor
Bar Roll Number 27936
Law Offices of Gary E. Proctor, LLC
8 E. Mulberry Street
Baltimore, Maryland 21202
Tel:   410.444.1500
Fax:   443.836.9162

## CERTIFICATE OF SERVICE

I hereby certify that on this day, June 1, 2022, a copy of the foregoing was served on all parties via ECF.

_____/s/_____
Gary E. Proctor