**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| **v.** | * | **Criminal No.  22-cr-00007-LKG** |
| **MARILYN J. MOSBY** | * | |

\* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF APPEARANCE

To the Clerk of the Court and all parties of record:

Please enter my appearance as counsel for Marilyn J. Mosby in this case.  I certify that I am admitted to practice in this Court.  I have been retained by Ms. Mosby to provide representation on a *pro bono* basis.

Respectfully submitted,

-----------/s/-------------

Lucius T. Outlaw III (#20677)
Outlaw PLLC
loutlaw3@outlawpllc.com
1351 Juniper St. NW
Washington, DC 20012
(202) 997-3452

## CERTIFICATE OF SERVICE

I certify that on June 1, 2022, notice of this appearance filing was provided to all counsel of record via ECF, and true and correct copies of the filing are available to all parties through ECF/Pacer.

------------/s/-------------

Lucius T. Outlaw III