IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MARILYN J. MOSBY,<br><br>Defendant | Case No. 22-cr-00007-LKG-1 |

## MOTION TO WITHDRAWAL AS COUNSEL

COMES NOW Daniel Z. Herbst, Esq. of Reed Smith LLP, counsel for Defendant State's Attorney Marilyn J. Mosby ("State's Attorney Mosby"), and pursuant to Local Rule 201.3, and hereby moves for entry of an order granting his withdrawal as counsel. State's Attorney Mosby will continue to be represented by A. Scott Bolden, Rizwan A. Qureshi, Kelley Miller, and Anthony R. Todd of Reed Smith LLP. Further, attorney Gary E. Proctor and attorney Lucius Outlaw have entered their appearances to serve as local counsel for State's Attorney Mosby. The withdrawal of the undersigned counsel will not adversely affect Defendant.

WHEREFORE, State's Attorney Mosby requests that this Court grant Mr. Herbst's withdrawal as counsel.

Dated: June 1, 2022                    Respectfully submitted,

                                                            */s/ Daniel Z. Herbst*

                                                            Daniel Z. Herbst (SBN 17510)
                                                            dherbst@ReedSmith.com
                                                            1301 K Street, N.W.
                                                            Suite 1000 - East Tower
                                                            Washington, D.C.  20005-3373
                                                            Telephone: +1 202 414 9200
                                                            Facsimile: +1 202 414 9299

                                                            Counsel for Defendant Marilyn J. Mosby.

## CERTIFICATE OF SERVICE

I certify that, on June 1, 2022, this document was electronically filed with the Clerk of Court using the Court's CM/ECF system, which will then serve a notification of the filing to the registered parties of record.

/s/ *Daniel Z. Herbst*
Daniel Z. Herbst