IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MARILYN J. MOSBY,<br><br>Defendant | Case No. 22-cr-00007-LKG-1 |

## ORDER

Upon consideration of the Motion to Withdrawal as Counsel, and good cause having been shown, it is this ___ day of June, 2022, hereby:

**ORDERED** that the Motion is **GRANTED**; and it is further

**ORDERED** that the Clerk is directed to withdrawal the appearance of attorney Daniel Z. Herbst.

_____
Hon. Lydia Kay Griggsby
United States District Judge