# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) ) | |
| v. | ) ) | Criminal Case No. 22-cr-00007-LKG |
| MARILYN J. MOSBY, | ) ) | Dated: June 16, 2022 |
| Defendant. | ) ) | |

## ORDER

On June 1, 2022, Defendant filed a motion for leave to file a motion to dismiss Counts 1 and 3 of the superseding indictment, with a proposed motion to dismiss attached thereto. ECF No. 67. The government has taken no position on Defendant's motion for leave.

For good cause shown, the Court **GRANTS** Defendant's motion for leave. Defendant's motion to dismiss shall be **FILED** by leave of the Court. The Court sets the following schedule for the briefing of Defendant's motion to dismiss:

| | |
|---|---|
| Government's response to Defendant's motion to dismiss. | **June 30, 2022** |
| Defendant's reply. | **July 8, 2022** |

The remainder of the Court's Scheduling Order dated February 23, 2022, shall remain in effect.

**IT IS SO ORDERED.**

                                                s/ Lydia Kay Griggsby
                                                LYDIA KAY GRIGGSBY
                                                United States District Judge