# EXHIBIT 2



# Nationwide Retirement Solutions
## 457 Unforeseeable Emergency Distribution Form

| Personal Information |  |
|---|---|
| Plan Name: | |
| Participant Name: | SSN #: |
| Mailing Address: | Date of Birth: |
| City, State, & Zip Code: | Phone Number: |
| Email Address: | |
| How would you like to be contacted if additional information is required?  ☐ Telephone   ☐ Email | |

## Unforeseeable Emergency Details (Required)

Was the severe financial hardship a result of some unforeseeable circumstance arising as a result of events beyond the control of you, your spouse, dependent or primary beneficiary?
☐ Yes        ☐ No        If no, **STOP**, do not submit your request. it does not qualify as an unforeseeable emergency.

If yes, please provide a detailed explanation of the unforeseeable emergency that has caused you, your spouse, your dependent or your primary beneficiary a severe and unforeseeable financial hardship. Please be as detailed as you can, including names and dates.

Attach extra sheets if needed.

Date(s) unforeseeable emergency occurred _____

**NOTE:** Circumstances over 12 months from the date of application will not be considered for unforeseeable emergency distributions.

|  |
|---|
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |

## Financial Position Acknowledgement

THIS ACKNOWLEDGEMENT IS REQUIRED TO BEGIN THE REVIEW PROCESS

I attest that the unforeseeable emergency has caused a severe and unforeseeable financial hardship to me, my spouse, dependent, or primary beneficiary that cannot be met through any other means, including the following:
1. The reasonable liquidation of funds in checking and/or savings accounts, provided the liquidation would not itself cause an immediate and heavy financial need,

2. The reasonable liquidation of funds in investment accounts, IRA's, and/or insurance policy cash values, provided the liquidation would not itself cause an immediate and heavy financial need,

3. The reasonable liquidation of nonessential assets (i.e. rental/vacation properties, RV's, boats, or other), provided the liquidation would not itself cause an immediate and heavy financial need,

4. The cancellation of elective deferrals under the 457 Deferred Compensation Plan,

5. Other currently available distributions or nontaxable loans from other plans maintained by my employer or any other employer,

6. Borrowing from commercial sources on reasonable commercial terms in an amount sufficient to satisfy the need.

I certify that all of the information provided in this application is true, complete and accurate.

| Print Name: | |
|---|---|
| Signature: | Date: |

## Distribution Amount

Distributions due to unforeseeable emergencies are only permitted in the amount necessary to satisfy the financial need after reimbursement by insurance or other sources. Please attach required documentation to support the requested amount. This distribution may be taxable.

Amount Requested $_____     **OR**     ☐     Maximum Amount Allowed

Stopping your deferrals may help alleviate your financial need. If you would like to stop your deferrals please contact customer service at 1-877-677-3678.

Selecting to stop contributions will require the completion of a new participation agreement to restart your contributions to the deferred compensation plan.

## Payment Method

☐ Send check by first class mail to my address of record. Allow 5 to 10 business days from process date for delivery. (Default option, if no other option is selected)

☐ Send check overnight at my expense to my address of record. I understand there is an additional $25.00 fee that will be deducted from my account. P.O. Box addresses are not eligible for overnight delivery and Saturday delivery may not be available in your area. Allow 2 to 4 business days from process date for delivery.

☐ ACH Instructions on File – Send funds to my bank account that NRS has on file.

☐ Direct Deposit by ACH:  Check only one option:  ☐ Checking Account  ☐ Savings Account

_____
Bank/Credit Union Name

(_____)_____
Bank/Credit Union Phone Number

_____
ABA (Routing) Number* (first nine digits only)

_____
Account Number

**Note**: Direct Deposit is only offered through members of the Automatic Clearing House (ACH). We cannot accept a deposit slip for banking numbers. If ACH information is not completed correctly a check will be sent to your address on file.

Is this account associated with a brokerage firm or other investment firm?    ☐ Yes   ☐ No

If yes, have you confirmed that the ABA and account numbers are correct?    ☐ Yes   ☐ No

I hereby authorize NRS to initiate automatic deposits to my account at the financial institution named above. In the event an error is made, I authorize NRS to make a withdrawal from this account. Further, I agree not to hold NRS responsible for any delay or loss of funds due to incorrect or incomplete information supplied by me or by my financial institution or due to an error on the part of my financial institution in depositing funds to my account. This agreement will remain in effect until NRS receives a written notice of cancellation from me or my financial institution, or until I submit a new direct deposit authorization form to NRS. In the event this direct deposit authorization form is incomplete or contains incorrect information, I understand a check will be issued to my address of record.

## Tax Withholding

**Federal Tax:** Please select one option, if no option is selected, NRS will use a default rate of 10% federal tax withholding.

☐ Increases the distribution amount to accommodate federal tax withholding on the taxable portion on my distribution. I will receive the approved amount of my request (by check or direct deposit), and the total distribution amount will be increased to include federal tax withholdings. NRS will use a default withholding rate of 10%. If account balance is insufficient to accommodate federal taxes, 100% of the account balance will be processed an 10% federal taxes will be withheld. The remaining balance will be sent (by check or direct deposit) to the member.

☐ Do not withhold federal tax from my distribution. I will be liable for all federal taxes that may result from this distribution.

**State Tax:** State taxes will be automatically withheld if you are a resident in a state that mandates state income tax withholding. If you would like to adjust your state taxes, please complete and attach a state tax withholding form. These forms can be obtained from the State web site, NRS does not supply these forms.

## Certification

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me), and

2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding, and

3. I am a U.S. citizen or other U.S. person.

4. The FATCA code entered on this form (if any) indicating that the payee is exempt from FATCA reporting is correct.

## Authorization

I consent to a distribution as elected above. I understand that the terms of the Plan document will control the amount and timing of any payment from the plan. I further acknowledge that this distribution is not eligible for rollover to another retirement plan or IRA.

As required by law, and under the penalty of perjury, I certify the Social Security Number (Taxpayer Identification Number) and information I have provided is correct. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding, and I am a U.S. citizen or other U.S. person.

| **Print Name:** | |
|---|---|
| **Signature:** | **Date:** |

## Form Return

By mail: Nationwide Retirement Solutions
PO Box 182797
Columbus, OH 43218-2797

By fax: 877-677-4329

**OR**

Express mail address:
Nationwide Retirement Solutions
3400 Southpark Place, Suite A
DSPF-F2
Grove City, OH 43123-4856