# EXHIBIT 4



# City of Baltimore Retirement Savings and Deferred Compensation Plans
## 457(b) Coronavirus-Related Distribution Request

Page 1 of 3

This form is to be used for a distribution made available under the Coronavirus Aid, Relief, and Economic Security (CARES) Act. Available for participants only.

## Participant Information

Name: **Marilyn J. Mosby**
Date of Birth: ▮▮▮▮▮▮   SSN or Account Number: ▮▮▮▮▮▮
Street Address: ▮▮▮▮▮▮
City: **Baltimore**   State[1]: **MD**   ZIP: **21217**
Phone[2]: ▮▮▮▮▮▮   Email: ▮▮▮▮▮▮

How would you like to be contacted if additional information is required?  ☐ Phone  ☑ Email

[1] NRS will use the State provided in your mailing address as your State of residency for tax purposes.
[2] Nationwide strives to provide excellent customer service to our Members. By providing your telephone number, you authorize the Nationwide Family of Companies to contact you via telephone using automated technology to assist you with your account.

## Payment Amount

☐ Total Account Balance   OR   ☑ Other Amount: $ **40,000**

**NOTE:** An amount must be provided and cannot exceed the lesser of 100% of the vested balance or $100,000 total across all plans maintained by the Employer.

## Distribution Direction (select one)

If an option is not selected, your assets will be distributed from all money sources and investment funds (pro-rata). If you indicate a percentage, you must use whole percents only.

☐ **1. Proportionately** from all sources and funds (pro-rata)

☐ **2. From Specific Sources** (indicate all that apply)

| _____ | $_____ | or ____% |
| _____ | $_____ | or ____% |
| _____ | $_____ | or ____% |
| _____ | $_____ | or ____% |
| _____ | $_____ | or ____% |

☐ **3. From Specific Funds** (please list funds)

| _____ | $_____ | or ____% |
| _____ | $_____ | or ____% |
| _____ | $_____ | or ____% |
| _____ | $_____ | or ____% |
| _____ | $_____ | or ____% |

## Important Information

**Money Sources**
Funds will be withdrawn equally across all money sources and investment options for each requested distribution unless instructed otherwise.

**Self-Directed Brokerage Account**
If you have money in the Self-Directed Brokerage Account and the requested amount exceeds your core account balance, you will need to transfer funds back to the core account before your request can be processed.

## Payment Method (select one)

- ☐ **ACH Instructions on File** – Send funds to my bank account that Nationwide has on file.
- ☐ **Send check by first class mail to my address of record**. Allow 5 to 10 business days from process date for delivery. (Default option, if no other option is selected)
- ☑ **New Direct Deposit ACH** (complete information below)

**Financial Institution Information:**

▮▮▮▮▮▮▮▮▮▮
Financial Institution Name

Account Type:  ☑ Checking   ☐ Savings
If account type is not selected, checking will be used.

▮▮▮▮▮▮▮▮
Transit/ABA routing Number

▮▮▮▮▮▮▮▮
Account Number

John Doe                                                              1492
123 Main Street  Ph. (916) 555-1212
Hometown, CA 98765                      Date _____

PAY TO THE
ORDER OF _____  $ _____
_____ DOLLARS

Money Bank, Inc.
321 Main Street
Hometown, CA 98765

MEMO _____

VOID

⑆ 123456789 ⑆   000123456789 ⑈   1492

9-digit ABA routing number   Checking Account Number   Check Number

**Account Verification:** The following documents are required to verify ownership of the account provided:
- **Checking Accounts:** Please include a pre-printed voided check with this authorization.
- **Savings Accounts:** Please include a letter from the bank, signed by a bank representative, which indicates the ABA routing number, the account number and the account holder's name for verification.

**NOTE:** Direct Deposit is only offered through members of the Automatic Clearing House (ACH). We cannot accept a deposit slip or starter check for banking numbers.

Is this account associated with a brokerage firm or other investment firm?   ☐ Yes   ☑ No
If yes, have you confirmed that the ABA and account numbers are correct?   ☐ Yes   ☐ No

I hereby authorize Nationwide to initiate automatic deposits to my account at the financial institution named above. In the event an error is made, I authorize Nationwide to make a corrective reversal from this account. Further, I agree not to hold Nationwide responsible for any delay or loss of funds due to incorrect or incomplete information supplied by me or by my financial institution or due to an error on the part of my financial institution in depositing funds to my account. This agreement will remain in effect until Nationwide receives a written notice of cancellation from me or my financial institution, or until I submit a new direct deposit authorization form to Nationwide. **In the event this direct deposit authorization form is incomplete or contains incorrect information, I understand a check will be issued to my address of record.**

## Income Tax Withholding

**Federal Income Tax Withholding:** A 10% income tax will be withheld unless you elect otherwise below.

☐ No Withholding    ☐ Other Withholding Amount: _____%

**State Income Tax Withholding:** State taxes will be automatically withheld if you are a resident in a State that mandates State income tax withholding. If you would like to adjust your State taxes, please complete and attach a State tax withholding form. These forms can be obtained from the State website; Nationwide does not supply these forms.

## Tax ID Certification

I certify that under penalties of perjury that:
1. The Taxpayer Identification Number or Social Security Number listed on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me), and
2. I am not subject to backup withholding because:
   a. I am exempt from backup withholding, or
   b. I have not been notified that I am subject to backup withholding as a result of a failure to report all interest or dividends, or
   c. The Internal Revenue Service has notified me that I am no longer subject to backup withholding, and
3. I am a U.S. citizen or other U.S. person, and
4. The FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.
   (FATCA does not apply as this is a U.S. account)

You must cross out item (2) if you have been notified by the IRS that you are currently subject to backup withholding because of failure to report interest or dividends on your tax return.

## Participant Coronavirus Certification and Distribution Authorization

The Coronavirus Aid, Relief and Economic Security Act of 2020 ("CARES Act") was signed into law on March 27, 2020. The CARES Act permits qualifying members to receive a coronavirus-related distribution. I understand that I may receive a distribution of up to $100,000 if I am a qualified individual. By making this request, I acknowledge that the amount of coronavirus-related distribution(s) which I may obtain from The City of Baltimore Deferred Compensation Plan is limited to the amount of $100,000 and that I am not exceeding this limit. I further acknowledge that the City of Baltimore Deferred Compensation Plan is relying on my certifications in determining that I qualify for a coronavirus-related distribution and that I will not exceed the applicable limit.

By signing this form, I certify that I meet at least one of the qualifications for a distribution as defined under the CARES Act Section 2202(a)(4)(A) summarized below: (check one)

- ☐ I have been diagnosed with the virus SARS-CoV-2 or with coronavirus disease 2019 (COVID-19) by a test approved by the Centers for Disease Control and Prevention; or
- ☐ I have a spouse or dependents diagnosed with such virus or disease by such a test; or
- ☒ I have experienced adverse financial consequences stemming from such virus or disease as a result of:
  - Being quarantined, furloughed or laid off
  - Having reduced work hours
  - Being unable to work due to lack of child care
  - The closing or reduction of hours of a business I own or operate

### Additional Acknowledgments

I acknowledge that this distribution is subject to ordinary income taxes and any State or Federal income taxes withheld will be reported on a form 1099-R. As listed in the Income Tax Withholding section on page 2 of this form, I understand that 10% will be withheld for Federal Income Tax unless I elected otherwise. To the extent otherwise applicable, I understand that the CARES Act waives the 10% early withdrawal penalty for coronavirus-related distributions. The CARES Act also permits the Federal tax on the distribution to be apportioned over a three-year period. The City of Baltimore Deferred Compensation Plan has advised me to talk with my personal tax consultant about how this distribution will affect my individual taxes and what repayment rights I have under the CARES Act.

I consent to a distribution as elected above and affirm under the penalties for perjury the statements and acknowledgments made in this request. I understand that the terms of the plan document will control the amount and timing of any payment from the plan.

The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.

**Signature (required):** _[signature]_         **Date:** 5/26/20

NOTE: Adobe Signature is not permitted.

**NOTE:** The full text of the CARES Act can be found at https://www.congress.gov/bill/116th-congress/house-bill/748/text

## Form Return

**By mail:** Nationwide Retirement Solutions
PO Box 182797
Columbus, OH 43218-2797

**By email:** rpublic@nationwide.com

**By fax:** 877-677-4329