# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

|  |  |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | |
| ) | Criminal Case No. 22-cr-00007-LKG |
| MARILYN J. MOSBY, ) | |
| ) | Dated: July 13, 2022 |
| Defendant. ) | |
| ) | |

## ORDER

On July 13, 2022, the Court issued an Order under seal, pursuant to the Criminal Justice Act, 18 U.S.C. § 3006A(e)(1), and the Criminal Justice Act Plan for the District of Maryland, in the above-captioned matter. The Court has determined that the Defendant's interest in a fair trial, as guaranteed by the Sixth Amendment, would be harmed if the Order were to be made public at this time.[1] And so, the Order will be **TEMPORARILY SEALED** pending the resolution of this matter.

**IT IS SO ORDERED.**

s/ Lydia Kay Griggsby
LYDIA KAY GRIGGSBY
United States District Judge

---

[1] The United States Court of Appeals for the Fourth Circuit has recognized that this Court must balance the need for confidentiality in certain cases with the public's right to access judicial proceedings and records. *In re Time Inc.*, 182 F.3d 270, 271 (4th Cir. 1999). In this regard, the Sixth Amendment guarantees that "[i]n all criminal prosecutions, the accused shall enjoy the right to a speedy and public trial, by an impartial jury." *See* U.S. Const. amend. VI. And so, at times, the right to a fair trial that is guaranteed by the Sixth Amendment is served by withholding certain information from the public, from which the jury will be drawn. *See In re The Wall Street Journal*, 601 F. App'x 215, 218 (4th Cir. 2015).