

**Driving progress**
through partnership

**A. Scott Bolden**
Direct Phone: +1 202 414 9266
Email: abolden@reedsmith.com

Reed Smith LLP
1301 K Street, N.W.
Suite 1000 - East Tower
Washington, D.C. 20005-3373
+1 202 414 9200
Fax +1 202 414 9299
reedsmith.com

July 1, 2022

**Confidential**

**By Electronic Mail**

Leo Wise
Assistant United States Attorney
36 S. Charles Street, Suite 400
Baltimore, MD 21201-3119

**Re: United States v. Mosby, Criminal Case No. 22-cr-00007-LKG**

Counsel,

Pursuant to Federal Rule of Criminal Procedure 16(b)(1)(C), Federal Rule of Evidence 702, and the Amended Scheduling Order (Dkt. 61), attached to this correspondence is State's Attorney Marilyn J. Mosby's Expert Disclosure.

Attachments A-1 and A-2 relate to Mr. Eric Forster, attachments B-1 and B-2 relate to Mr. Jerome Schmitt and attachments C-1 and C-2 (collectively, "the Attachments), relate to Ms. Marcia Wagner, Esq.

Defendant Marilyn J. Mosby intends to qualify each of the foregoing persons as expert witnesses under Federal Rule of Evidence 702. Each of these proposed expert witnesses shall offer both background information on a particular issue as well as their opinion. A summary of each proposed expert's testimony is enclosed in the aforementioned Attachments.

If you have any questions or need any further information on any of Ms. Mosby's proposed experts, please contact me.

Sincerely, I am,

A. Scott Bolden

CC:    Rizwan A. Qureshi, Esq.
       Kelley C. Miller, Esq.
       Anthony R. Todd, Esq.
       Lucius T. Outlaw, Esq.
       Gary E. Proctor, Esq

**ATTACHMENT A-1**

**ERIC FORSTER**

1.      Eric Forster is a consultant, author and arbiter on all aspects of mortgage applications, real estate loans, real estate and mortgage fraud, brokerage standards and practices, RESPA, TILA and HOEPA violations, as well as escrow practices. Mr. Forster is a Certified Master Analyst in Financial Forensics (NACVA, MAFF), with a specialty in commercial real estate damages and lost profits.  Mr. Forster has served as the Co-Chair of the Real Estate Experts subcommittee of the American Bar Association (2009-12), and at present serves on the real estate mediation panels of the Los Angeles County Superior Court and the American Arbitration Association. Mr. Forster is the author of *The Mortgage Applicant's Bible* (ISBN: 0595091717), as well as numerous trade articles.

2.      Mr. Forster bases his opinions on his review of the Defendant's mortgage applications for years 2020 and 2021, all documents related to the same including (but not limited to) mortgage applications and underwriting decisions, all applicable loan documents, his experience as a participant in hundreds of real estate closings, as well as his over 35 years of experience in the field of real estate and mortgage transactions and the qualifications described in his *curriculum vitae,* which is attached.

3.      Mr. Forster will offer expert testimony on various matters involving the standards and practices in the mortgage industry, including:

   a.   Mr. Forster will offer expert testimony on the residential mortgage lending and mortgage application process, from the pre-approval stage of financing through and including the closing, including the obligations of the borrower and lender.

   b.   Mr. Forster will also offer expert testimony on the industry standards and best practices as it relates to the role of the mortgage broker and the lender and their respective duties and obligations to the borrower through the mortgage application process.

   c.   Mr. Forster will also offer expert testimony about what information is considered by the lender as it relates to the borrower during the underwriting process, including, but not limited to, the borrower's creditworthiness and their debt-to-income ratio.

   d.   Mr. Forster will also offer expert testimony about the differences in the lending and underwriting requirements as it relates to the purchase of a primary residence as compared to the purchase of a second home or investment residential property.

   e.   Mr. Forster will also offer expert testimony about the use of the "Second Home Rider" as described in Count Two, Paragraph 18 of the Superseding Indictment, the

intended purpose of such riders, the role the rider plays in lending decisions, and the duties and obligations created thereunder.

f.   Mr. Forster will also offer expert testimony about the use gift letters during the mortgage application process, their intended purpose and, among other things, the impact of gift letters on the lender and the overall underwriting process.

g.   Mr. Forster will also offer expert testimony on the standards and practices lenders use when evaluating mortgage applications including, all relevant aspects of the mortgagee/applicant.

h.   Mr. Forster will also offer expert testimony on the use of property management agreements and the relationship between such agreements and the standards and practices used to evaluate a mortgage application in light of the same.

i.   Mr. Forster will also offer expert testimony  that based on his review of all relevant documents including, Ms. Mosby's mortgage applications, all materials relevant thereto, and based on all facts and circumstances, it was reasonable for Ms. Mosby to believe that she could use the residential real estate as described in the Superseding Indictment as investment/income-producing property. Mr. Forster will also offer expert testimony  that both lenders failed to act with reasonable care and prudence in their processing of Ms. Mosby's mortgage applications.

**ATTACHMENT A-2**
**CURRICULUM VITAE OF ERIC FORSTER**

**Forster Realty Advisors**
9350 Wilshire Blvd.  Suite 203
Beverly Hills, CA.  90212
424.284.1800      forsteradvisors@gmail.com

**ERIC G. FORSTER**  REAL ESTATE / FINANCE ADVISORS

<u>Summary</u>

Eric Forster is a national real estate consultant who provides expert counsel for companies involved in litigation, economic losses or regulation disputes in the real estate/mortgages arena. His primary areas of expertise include risk management, market analysis, damage calculations, and brokers' standards of care and practices. Eric has extensive experience in providing testimony at regulatory proceedings, trials, and depositions. Over the course of his career, he has presented expert testimony in legal matters involving lending institutions, real estate firms and numerous federal cases involving TILA and RESPA violations.



Eric Forster has served as Principal of Forster Realty Advisors since 1997, following a career in the mortgage/real estate industry. His tenure in the consulting industry includes providing consultation to clients on realty standards and practices, customer standards of care and market analysis. His training in forensic economics has been used in bankruptcy cases, as well as the determination of damages in commercial and residential real estate losses. He has held a California real estate license since 1981 and a Freddie Mac Underwriter registration since 1994.

He holds an LLM (Hons.) degree from the University of London. In addition, Eric holds an MBA from Pepperdine University in Los Angeles, which has been augmented by a certificate in economics from Cornell University's Johnson Graduate School of Business, and by a certification (MAFF) in financial forensics. Eric holds a professional certificate from the MIT Department of Urban Studies & Planning in real estate development. Undergraduate work was taken through the joint program of Columbia University (NY) and the Albert List College of the Jewish Theological Seminary, where he majored in History.

Affiliated with a number of professional organizations, Eric Forster has chaired various subcommittees of the American Bar Association and is a past member of a regulatory committee of the State Bar of California.

**Forster Realty Advisors**
9350 Wilshire Blvd.  Suite 203
Beverly Hills, CA.  90212
424.284.1800      forsteradvisors@gmail.com

In addition to his book, **The Mortgage Applicant's Bible,** Mr. Forster wrote a real estate finance column for Thomson Reuters for more than 17 years (2000-17).

**EXPERIENCE**

**Forster Realty Advisors, a DBA of Eric Forster Inc.** (Principal) Beverly Hills, CA   1997-present

> *Consulting in the commercial/industrial/residential areas of:*

- Mortgages and real estate finance.
- Leases – commercial and residential.
- Real Estate industry standards and practices.
- Lenders/Borrowers standards and practices.
- Plaintiff and Defense strategies concerning breach of contract and/or fraud.
- Mortgage fraud litigation.
- Credit underwriting (commercial & residential loans)
- Brokers' malpractice issues; conflicts of interest
- Title insurance coverage, exclusions and claims
- Escrow standards and practices
- Commission compensation issues
- Fannie Mae/Freddie Mac credit score & automated underwriting issues.
- Real estate damage calculations.
- Property analysis for bankruptcies

*Eric Forster Inc.*  *1993-2015* All aspects covered by the California Real Estate Broker's license: Property sales,Residential property management and leasing, as well as Production, processing and underwriting mortgage loans for residential,commercial and industrial properties. Ensuring compliance with investor guidelines (FNMA, FHLMC, portfolio). Instituting Quality Assurance procedures and full compliance with HUD and DRE regulations, including title, escrow and appraisal compliance. Training and supervising loan officers.

*Great Western Bank* (Loan Officer) 1990-1993

*Home Savings* (Loan Officer) 1986-1990

**Bankers Group (Partner) 1983-1986:** Production, processing and underwriting mortgage loans for residential, commercial and industrial properties. Ensuring compliance with investor guidelines (FNMA, FHLMC, portfolio). Instituting Quality Assurance procedures and full compliance with HUD and DRE regulations, including title, escrow and appraisal compliance. Training and supervising loan officers.

**J.D. Kelleher Realty** (Branch Manager) Pacific Beach, CA. *1981-1982*

Managing and supervising realty sales staff. Training agents in standards, procedures and compliance with regulations.

**Forster Realty Advisors**
9350 Wilshire Blvd.  Suite 203
Beverly Hills, CA.  90212
424.284.1800      forsteradvisors@gmail.com

**American Arbitration Association**      2009-present
Arbitrating and mediating commercial and real estate claims.

**FINRA (Financial Industry Regulatory Authority)**    2009-present
Arbitrating securities and employment-related claims.

**NFA (**National Futures Association**)**    2009-present
Arbitrating commodities claims.

**Nevada Supreme Court** Judicial arbitrator, Eighth Judicial District (Las Vegas),  2017-present

**State Bar of California**      2011-present
Arbitrating fee disputes between attorneys and clients.

***Superior Court of California for Santa Barbara County*** *(Special Master)  2009-2010*
Tasked with asset dissolution and with providing restitution to the victims of a major real estate Ponzi scheme, involving 147 felony counts, including selling a security under a misrepresentation, grand theft and forgery.

**Expert Witness Court Qualifications***:*
Qualified in state courts in AZ, CA, CO, CT, DC, FL, ID, IL, MD, NJ, NV, NY, TN, TX and WA
Federal courts in CA, MS, IL, KY and AL. US bankruptcy court, California

**EDUCATION**

- University of London, City School of Law, LLM (Cum Laude)
-     (International business law, with emphasis on arbitration)
- Pepperdine University Graziano Graduate School of Business, MBA
-    (Thesis: The economics of enterprise IT conversion)
- List College/Columbia Joint Program, diploma

**EXECUTIVE ED / PROFESSIONAL DEVELOPMENT**

- MIT Department of Urban Studies & Planning (Professional Certificate)
- Cornell University Johnson Graduate School of Management
-    (Graduate Certificate in Economics and business strategies)
- Wharton: Certificate in Business analytics and risk modeling

**CERTIFICATIONS:**

- MAFF - Certified Master Analyst in Financial Forensics (NACVA)



**Forster Realty Advisors**
9350 Wilshire Blvd.  Suite 203
Beverly Hills, CA.  90212
424.284.1800      forsteradvisors@gmail.com

**ADR:**

- Graduate Theological Foundation, D.Med  in dispute resolution
- Harvard Law School (PON), Advanced training in negotiations 2009
- American Arbitration Association, Arbitration I and II 2009-10
- UCLA , Advanced mediation training 2008
- LA City Attorney, Basic mediation training 2007-8

## Recognition & Honors

California State Senate
Los Angeles City Attorney
Los Angeles County Superior Court

**MEMBER**

American Bar Association (Chair, Real Estate Experts Subcommittee 2009-2012,    Co-Chair, ADR/Securities Subcommittee 2013-2014)
State Bar of California (Public Member, Committee on Mandatory Fee Arbitration 2011-2013)
California Lawyers Association, Member, Diversity, Equity and Inclusion Committee
California Lawyers Association (Real Property section)
American Academy of Economic and Financial Experts
American Arbitration Association (Real Estate panel)
Board of Arbitrators, Financial Industry Regulatory Authority (Arbitrator No. A55740)
Board of Arbitrators, National Futures Association (Arbitrator No. 0412838)
Mediation panel, Los Angeles County Superior Court (Neutral No. AD0679) Inactive
The National Association of Certified Valuation Analysts.

**LICENSES & REGISTRATIONS**

CA BRE Broker License No. 00827388
Federal NMLS Reg. No. 354426 (inactive)
Freddie Mac Underwriter & Seller No. 121555
California Insurance broker (inactive)

## Publications by Eric Forster

## Books

*The Mortgage Applicants Bible* (2000 edition. ISBN 0-595-09171-7)

## Blog

Mortgage Forensics (2006-2016)  available at
http://web.archive.org/web/*/mortgageforensics.wordpress.com



**Forster Realty Advisors**
9350 Wilshire Blvd.  Suite 203
Beverly Hills, CA.  90212
424.284.1800     forsteradvisors@gmail.com

**Articles**

Israel Shelanu/Shalom L.A. *Real Estate advice column* 1988-2007. Approx. 650 articles.
For Real Estate Today (National Association of Realtors publication):
*Are ARM Borrowers Overpaying?* Real Estate Today 9/92
*Chart a Course to Smart Real Estate Investing* Real Estate Today 9/93

For AOL O'Reilly Publishing Personal Finance Center  *Buying a Home* series:

Buying a Home: *Buy v. Rent Considerations*  5/95
Buying a Home: *Meet Your Realtor*  5/95
Buying a Home: *Financing Available*  6/95
Buying a Home: *Who Are The Lenders?*  7/95
Buying a Home: *Qualifying for the Loan*  7/95
Buying a Home: *Your Credit*  8/95
Buying a Home: *Appraisal Considerations* 9/95
*Shopping for Rates in a Fixed Market*  1/96

**For Thomson-Reuters financial website:**

Real Estate / Finance Q&A  Articles  2000- 2017.  Approx. 200 articles.

---

**RECENT TESTIMONIES** (P: for Plaintiff,   D: for Defendant)

***Lender's Liability***

Prayitno v. Nextep Funding LLC (deposition) Chicago (D)  17-CV-4310  Class action concerning claims that Defendant has violated the Truth in Lending Act (TILA).

McCroskey v. Pinetree Financial (declaration) Denver (P)  Case # 2017CV33802. Classifying a residential loan as a business loan to circumvent making the proper TILA disclosures.

Miley v. Heidelberg (trial testimony) Santa Monica (D) Case # SC 124905   Predatory lending.

Wells Fargo Bank v. Deutsche Bank (trial declaration) New York (D) Case # 17321/2010. Non-disclosure by WF.

Gordenstein v. Solomon Foundation et al. (trial testimony) Dedham, MA (D) Case # 1982CV0069. Lender's obligations concerning a 9/11 VCF trust.

***Mortgage Fraud***

Cashera Plaza v. Bian (trial testimony) Hanford (P) Case No. 19C0195. Borrower defrauded by fund control agent.

People v. Albito (trial testimony) San Diego (D) Case # 37-2011-00079327.  Defrauding a federal lender.

---

**Forster Realty Advisors**
9350 Wilshire Blvd.  Suite 203
Beverly Hills, CA. 90212
424.284.1800      forsteradvisors@gmail.com

*Licensing*

Spina v. REO Group (declaration) Marin County (P) Case # CIV1701342. Lending activities by unlicensed brokers

Tohme v. The Estate of Michael Jackson (deposition) Los Angeles (P) Case # SC 115988  Whether the introduction of a Lender to a borrower requires a proper license.

Hage v. Gotmortgage (deposition) San Diego (D) Case No. 37-2016-00003885.  Unlicensed lender.

Scott et al. v. VanDyk Mortgage (deposition) Marin County (D) Case # CIV 1301303. Unlicensed activities by a net branch.

Marvin Scott v. VanDyk Mortgage Co. (deposition) San Francisco (D) Case # 1301303 Unlicensed activities by a net branch.

*Escrow/Title Violations*

Cashera Plaza v. Bian (trial testimony) Hanford (P) Case No. 19C0195. Borrower defrauded by fund control agent.

California Escrow Services v. Kay Kyong Hui Chang (trial testimony) Los Angeles (D) Escrow violations.

Tozi Properties LLC v. Chicago Title Ins. Co. (trial rebuttal testimony) Los Angeles (P) Case # BC 578024. Plaintiff alleges that title company re-conveyed a trust deed without proof of payment.

Tozi Properties LLC v. Chicago Title Ins. Co. (trial testimony) Los Angeles (P)  Case # BC 578024 Plaintiff alleges that the title company re-conveyed a trust deed without proof of payment.

Dixon v. Bushman et al. (trial testimony) Santa Ana (P) Case # 30-2013-00686803. Conflicting title claims.

Tagalicod v. OneWest Bank (declaration) Santa Ana (P) Case # 30-201300624983 Dual tracking.

*Easements*

Bloom v. James (declaration) San Diego (P) Case # 37-2017-00034807  Creation of easement by prescription.

*RESPA Violations*

Kolenko v. Servis 1 (declaration) Pittsburgh (P) case 21926267.  Class action concerning RESPA violations.

*Standards and Practices*

Booker v. Rodeo Realty (deposition) Los Angeles (P) Case # BC658049. Broker standards and practices.

**Forster Realty Advisors**
9350 Wilshire Blvd.  Suite 203
Beverly Hills, CA.  90212
424.284.1800      forsteradvisors@gmail.com

S. Paul v. United Security Funding (arbitration testimony) (P) AAA Arbitration. Case # SC125958. Mortgage broker standards of care.

Zook v. Superior Loan Servicing (trial testimony) Van Nuys (D) Case # LC 102418
The responsibilities and duties of the printer of loan documents.
.

***Breach of Contract***

YMI Jeans v. Ambulnz (trial testimony) Los Angeles (D) Case # 20STCV28063 Breach of commercial lease due to Covid lockdown.

Lucey v. Tavitian (trial testimony) Los Angeles (D) Case # BC653083. A defaulting tenant exercises an option to purchase.

Sehremelis v. Sehremelis (trial testimony) Santa Ana (D) CASE NO. 30-2016-00875465. Monetizing a personal guarantee on a loan.

River Arch LLC v. Sehremelis (arbitration declaration) Los Angeles (P) Case # BC 660967. A limited partner refuses to make a capital contribution.

Tohme v. The Estate of Michael Jackson (deposition) Los Angeles (P) Case # SC 115988  Whether the introduction of a Lender to a borrower requires a proper license.

***Divorce (Valuation of Assets)***

Tannenbaum v. Tannenbaum (Declaration)  Alameda County (P)  Case # HF15761290
Hidden assets (value of a mortgage net branch) during divorce negotiations.

Lewis v. Lewis (declaration)  Alameda County (P) Case # HF-13702452
Hidden assets (value of a mortgage net branch) during divorce negotiations.

***Short sale violations***

Swartz v. Kimm Caragio et al. (trial testimony) Los Angeles (D) Case # BC664551 Seller sues realtor for not cooperating in short sale violations.

***Challenges to Forster's testimony***

1. **Barnes v. Morales** *Court of Appeals of California, Second Appellate District, Division Three, Case B214360 (2010).* One of Forster's opinions, not offered in deposition, excluded by court.

2. **Prayitno v. Nextep Funding LLC** *Northern District of Illinois, Case 1:2017cv04310 (2019) Class Action.* Plaintiff's Daubert challenge to Forster's testimony denied by court.

**ATTACHMENT B-1**

**JEROME B. SCHMITT**

1.   Jerome B. ("Jeb") Schmitt, Jr. is the Managing Director of Gleason and Associates. Mr. Schmitt is a Certified Public Accountant in Pennsylvania and is accredited in Business Valuation and certified in Financial Forensics, and is a Certified Fraud Examiner.

2.   Mr. Schmitt bases his opinions on his review of the evidence including, all records appurtenant and relevant to State's Attorney Mosby's income, expenses, debts, assets and net worth, as well as his over 20 years of experience as a Certified Public Accountant as well as the qualifications described in his *curriculum vitae*, which is attached.

3.   Mr. Schmitt will offer expert testimony on various matters involving the State's Attorney Mosby's income, expenses, debt and net worth, including:

   a.   Mr. Schmitt will offer expert testimony as to State's Attorney Mosby's income, expenses, assets, debts, and net worth.

   b.   Mr. Schmitt will offer expert testimony as to the State's Attorney Mosby's expenses and debts from prior to March 2020 until present.

   c.   Mr. Schmitt will offer expert testimony as to the State's Attorney Mosby's income and assets from prior to March 2020 until present.

   d.   Mr. Schmitt will offer expert testimony about Ms. Mosby's financial circumstances, net worth and expenses during the years 2017 through 2021 and, in particular, will describe and discuss the impact of various events and circumstances on Ms. Mosby's finances and net worth.

   e.   Mr. Schmitt will also offer expert testimony about the condition of Ms. Mosby's finances at specific points in time, including the effect of the COVID-19 pandemic on Ms. Mosby's financial condition beginning in the Spring of 2020 through the present.

   f.   Mr. Schmitt will also offer expert testimony as to the impact that the COVID-19 pandemic had on Ms. Mosby's finances after March 2020 and, specifically, at the times that Ms. Mosby requested withdrawals from her 457(b) plan.

**ATTACHMENT B-2**
**CURRICULUM VITAE OF JEROME B. SCHMITT**

# Jerome B. Schmitt, Jr., CPA/ABV/CFF, CFE
Curriculum Vitae

## Professional History

### *Gleason & Associates – Managing Director*                      *2003 to Present*

As a Managing Director at Gleason & Associates, P.C., Mr. Schmitt has more than 22 years of experience in the areas of accounting, finance, economics, valuation, financial restructuring, litigation support, and forensic investigations. Mr. Schmitt is Accredited in Business Valuation (ABV) and has substantial experience in researching, analyzing and assessing businesses and financial statements in the context of business valuation.

Mr. Schmitt has considerable expertise both in the dispute setting, such providing expert witness testimony and consulting with counsel to provide forensic accounting analyses, preliminary damage assessments and valuations, and outside the dispute setting, such as performing valuations of businesses and assets for public companies, closely held companies, and individuals. Mr. Schmitt also has experience in forensic accounting investigations and financial reorganization consulting including due diligence analysis, preparation and evaluation of financial forecasts and business plans, and evaluation of financial reports and forecasts.

### *Grant Thornton – Senior Financial Statement Auditor*
### *Arthur Andersen – Senior Financial Statement Auditor*              *2000 - 2003*

As a Financial Statement Auditor for both Grant Thornton and Arthur Andersen, Mr. Schmitt worked with the Assurance and Advisory Services department.  During this time with Grant Thornton and Arthur Andersen, Mr. Schmitt served numerous clients in various industries ranging in size from small, privately held companies to large multi-national companies.

## Education and Certification

Master of Business Administration, *John Carroll University*, 2001
Bachelor of Science in Business Administration, *John Carroll University*, 2000
Certified Public Accountant, Ohio 2001
Certified Public Accountant, Pennsylvania 2003
Accredited in Business Valuation, 2005
Certified Fraud Examiner, 2010
Certified in Financial Forensics, 2012

## Professional and Business Affiliations

American Institute of Certified Public Accountants
Association of Certified Fraud Examiners

# ATTACHMENT C-1

## MARCIA S. WAGNER

1. Marcia S. Wagner is an attorney, founder and Managing Partner of The Wagner Law Group, a consultant on ERISA and employee benefits matters including, qualified and non-qualified retirement plans, as well as the intersection of retirement plan disbursements and the Coronavirus Aid, Relief, and Economic Security Act ("CARES Act") of 2020, and is the author of numerous treatises on retirement plans.

2. Ms. Wagner bases her opinions on her review of the Defendant's 457(b) plan documents, a review of the CARES Act, its legislative history and scholarly or industry articles regarding the same, as well as her over 35 years of experience in employee benefits and retirement plans, which includes having personally authored hundreds of 457(b) plans.

3. Ms. Wagner will offer expert testimony on various matters involving the following:

    a.  Ms. Wagner will offer expert testimony on 457(b) plans and the standards and practices that apply to withdrawals from the same.

    b.  Ms. Wagner will offer expert testimony on the CARES Act, including testimony as to the provisions within the CARES Act applicable to early withdrawals from retirement plans including 457(b) plans.

    c.  Ms. Wagner will offer expert testimony on the legislative history of allowance for withdrawals from retirement plans generally, as well as the specific factors applicable to recent national disasters such as Hurricane Katrina and the COVID-19 pandemic.

    d.  Ms. Wagner will offer expert testimony about the factors considered by the 457(b) Plan Administrator in approving withdrawals.  Specifically, Ms. Wagner will opine about the decision-making authority of Nationwide and similarly-situated 457(b) plan administrators in connection with withdrawal requests.

    e.  Ms. Wagner will offer expert testimony about the role and resulting impact, if any, of the 457(b) withdrawal request form on the 457(b) plan administrator in its decision to approve the withdrawal.

    f.  Ms. Wagner will offer expert testimony about the exceptions created by the CARES Act as it relates to 457(b) withdrawals and the intended purpose, based on a review of legislative history and related scholarly or industry articles.

g.  Ms. Wagner will offer expert testimony about the tax implications of early withdrawals from a 457(b) plan both prior to and since the passage of the CARES Act, and specifically, the application of the 10% penalty.

h.  Ms. Wagner will offer expert testimony that: (a) the plan administrator had a responsibility to inform Ms. Mosby of the requirements necessary to make early withdrawal(s) from her 457(b) plans; and (b) that the plan administrator failed to appropriately and properly inform and advise Ms. Mosby of the requirements necessary to make early withdrawal(s) from her 457(b) plan.

i.  Ms. Wagner will offer expert testimony that there is no limitation on how withdrawn 457(b) funds are used. Ms. Wagner will also offer expert testimony that the questions asked by Ms. Mosby of the plan administrator, including that she planned to use the 457(b) funds to purchase a second home or investment property, should have resulted in the plan administrator providing Ms. Mosby with additional guidance about the eligibility requirements for a 457(b) withdrawal.

**ATTACHMENT C-2**
**CURRICULUM VITAE OF MARCIA S. WAGNER**

# MARCIA S. WAGNER, ESQ.
_____

## *PROFESSIONAL EXPERIENCE*

**The Wagner Law Group, A Professional Corporation, formerly known as**
  **Marcia S. Wagner, Esq. & Associates, P.C.,** Managing Director, Specializing in
  ERISA/Employee Benefits Law (August 1996 – Present)

**K&L Gates,** formerly known as Warner & Stackpole, Partner, Specializing in ERISA/Employee
  Benefits Law; Head of ERISA/Employee Benefits Practice Group (July 1995 – August
  1996)

**Powers & Hall,** Of Counsel, Specializing in ERISA/Employee Benefits Law; Head of
  ERISA/Employee Benefits Practice Group (July 1993 – July 1995)

**Choate, Hall & Stewart,** Associate, ERISA/Employee Benefits
  (January 1989 - June 1993)

**Bingham, Dana & Gould,** Associate, Corporate Taxation/ERISA/Employee Benefits
  (September 1987 - January 1989)

**Harvard Law School,** Teaching Assistant, Legal Writing Course
  (December 1986 - February 1987)

**Harvard College,** Economics Teaching Fellow
  (August 1985 - June 1986)

**Cornell University,** Teaching Assistant, Government Course (graduate level)
  (August 1983 - June 1984)

## *EDUCATION*

**Harvard Law School,** Juris Doctorate, 1987

|          |                                                                                 |
|----------|---------------------------------------------------------------------------------|
| Honors:  | John M. Olin Law and Economics Research Fellowship, Who's Who Among American Law Students, Economics Teaching Fellowship at Harvard College |

**Cornell University,** Bachelor of Arts, 1984

|           |                                                                                 |
|-----------|---------------------------------------------------------------------------------|
| Courses:  | Double major in Economics and Government                                         |
| Honors:   | Summa cum laude, dean's list every semester, distinction in all subjects, honor societies: Phi Beta Kappa, Phi Kappa Phi, Alpha Lambda Delta |

**London School of Economics and Political Science,** General Course Degree, 1983

<u>Courses</u>:  Graduate level Economics
<u>Honors</u>:  Class One Distinction, top 5% of all foreign students

## *PROFESSIONAL ACTIVITIES*

**Bar Admissions**  Massachusetts, November 1987
District of Columbia, December 1987

**Appointments
and Committee
Memberships**  IRS Advisory Committee on Tax Exempt and Government Entities (June 2007 – June 2010; 2010 Employee Benefits Subcommittee Chair) – Advice and consultation to the IRS on pension matters:

> 2010 – Analysis and Recommendations Regarding the IRS's Determination Letter Program

> 2009 – International Pension Issues in a Global Economy:  A Survey and Assessment of IRS' Role in Breaking Down the Barriers

> 2008 – Improving the Employee Plans Compliance Resolution System:  A Roadmap for Greater Compliance

Legg Mason Retirement Advisory Council (March 2010 -    )

Fellow, American College of Employee Benefits Counsel, September 2008

Harvard Law School, 10th, 15th, 20th, 25th and 30th Reunion Committee

Membership to the National Association of Professional Women (2007 -   )

Advisory Board on Compensation Planning for Tax Management, Inc. (1993 -   )

Advisory Council for Foundation for Fiduciary Studies, Joseph M. Katz School of Business, University of Pittsburgh (2004-     )

Advisory Board for Pension Assistance Project of Gerontology Institute of UMass Boston (1993 - 1997)

American Arbitration Association, Council of Arbitrators (Focus areas:  ERISA/employee benefits law) (1993 - 1995)

Commonwealth Institute – Million Dollar Circle Member (2005 -   )

Editorial Advisory Committee for Profit Sharing/401(k) Council of America (2005 -   )

Editorial Board for Law Firm Partnership & Benefits Report (1999 -   )

Employee Benefits Committee, American Bar Association Tax Section (1990 -   )

ERISA/Employee Benefits Law Committee, Boston Bar Association (1990 -   )

Pension Liaison Committee, IRS Key District Office, Brooklyn, NY (1992 -   )

Tax Section Council, Massachusetts Bar Association (1992 -      )

**Books Published**

Mandated Benefits 2020 Compliance Guide – Co-authors Katherine A. Brustowicz, Dannae L. Delano, David G. Gabor, Barry L. Salkin, and Roberta Casper Watson, Wolters Kluwer, December 2019

Exploring Advice: What You Need to Know About Good Financial Advice, a Quality Financial Plan and the Role of a Fiduciary, Kevin Knull, CFP (Marcia S. Wagner, contributing author)

Quick Reference to HIPAA Compliance, Aspen Publishers, 2016-2017 edition

The Advisor's Guide to the DOL Fiduciary Rule - The National Underwriter Company, a division of ALM Media, LLC, 2016

Financial Aspects of Divorce in Massachusetts, MCLE New England, 2016

Quick Reference to HIPAA Compliance, Aspen Publishers, 2015-2016 edition

Quick Reference to HIPAA Compliance, Aspen Publishers, 2014-2015 edition

BNA Tax Management Portfolio:  "EPCRS - Plan Correction and Disqualification", 2014

Advising Small Businesses:  "Qualified Retirement Plans", West Services, Inc. 2007-2014 editions

BNA Tax Management Portfolio:  "ERISA-Litigation, Procedure, Preemption and Other Title I Issues", 2013

Quick Reference to HIPAA Compliance, Aspen Publishers, 2013-2014 edition

Quick Reference to HIPAA Compliance, Aspen Publishers, 2012-2013 edition

Health Care Reform Tool Kit, editor, WorldatWork.org, 2012

The ERISA Fiduciary Compliance Guide, The National Underwriter Company, 2012

BNA Tax Management Portfolio:  "ERISA-Litigation, Procedure, Preemption and Other Title I Issues", 2005 and 2012 editions

Quick Reference to HIPAA Compliance, Aspen Publishers, 2011-2012 edition

Quick Reference to HIPAA Compliance, Aspen Publishers, 2010-2011 edition

BNA Tax Management Portfolio:  "EPCRS - Plan Correction and Disqualification", 2010

Quick Reference to HIPAA Compliance, Aspen Publishers, 2004-2010 editions

Bender's Federal Income Taxation of Retirement Plans, (Chapter 1: Introduction to Retirement Legislation and Guide to Application:  From ERISA to Pension Protection Act) and (Chapter 11:  Controlled Groups and Affiliated Service Groups) 2008 edition

BNA Tax Management Portfolio:  "EPCRS – Plan Correction and Disqualification", 2004 and 2009 editions

BNA Tax Management Portfolio:  "Plan Disqualification and ERISA Litigation" (1993); update 1999

Labor and Employment Law:  Compliance and Litigation, Contributor for ERISA/employee benefits chapters, Clark, Boardman, Callaghan, 1997

**Courses Taught**

"Controlled Group, Affiliated Service Group, Leased Employee and Independent Contractor Issues," Continuing Professional Education for Internal Revenue Service Employee Plans Audit Agents, Northeast Division of Internal Revenue Service (2005)

"Federal Employment Rights," Guest Lecturer for ERISA Portion of Course, Massachusetts School of Law, Fall 2001

"Pension Law," Bentley College, fall 1999 and Fall 2000

**Commendation/ Honors**

2022 Best Lawyers "Women in the Law" for Employee Benefits (ERISA) Law", Best Lawyers Business Edition, Spring 2022

2022 Woman Leader in The Law

Fellow, Litigation Counsel of America, The Trial Lawyer Honorary Society 2021

"2021 Best Lawyers "Women in Law" for Employee Benefits (ERISA) Law", <u>Best Lawyers Business Edition</u>, Spring 2021

New England's Top Rated Lawyers, <u>The National Law Journal</u>, July/August 2021

Top Women Attorneys in Massachusetts, <u>Boston Magazine</u>, April 2021

<u>American Lawyer & National Law Journal Magazines</u> 2021 Woman Leader in the Law

Best Lawyers in New England 2021

Top Attorneys in Massachusetts, <u>Boston Magazine</u>, 2020

Best Lawyers in America for Employee Benefits (ERISA) Law 1999-2022

Super Lawyers 2005-2021 (Massachusetts, New England)

Inducted by Massachusetts Lawyers Weekly in Top Women of Law Circle of Excellence 2019

Top 50:  Women Massachusetts Super Lawyers List:  2019, 2015, 2014, 2010, 2009, 2008, 2007, 2006

Top 100:  Massachusetts Super Lawyers List:  2008

Top 100:  New England Super Lawyers List:  2008

Top 50:  Women New England Super Lawyers List:  2019, 2009, 2008, 2007

Top Rated Lawyer by <u>New England's Legal Leaders Magazine,</u> 2013 – 2016

100 Most Influential People in The 401(k) Industry for 2015, 2014, 2013, 2012, 2011, 2010, 2009 <u>401(k) Wire</u> (Ms. Wagner is No. 15, 21, 21, 27, 40, 76, and 73, respectively)

Top Women of Law, <u>Massachusetts Lawyers Weekly</u>, 2011

"Top ERISA Attorney", <u>Fiduciary News,</u> June 2011

Top 25 attorneys in the inaugural issue of <u>Boston Business Journal's</u> Who's Who of Attorneys in New England, 2011

Commissioner's Award, IRS Tax Exempt & Government Entities Division, 2010

Boston's Best Lawyers, <u>The Boston Globe and Boston.com</u>, 2010

Top 50 Female Attorneys in Massachusetts and New England, <u>Law and Politics Magazine,</u> 2009 and 2010

Top 10 Corporate Lawyers, <u>Boston Women's Business Journal</u> and <u>The Boston Herald,</u> January 2009

Who's Who Among Executive and Professional Women – Honors Edition, Representing Boston, MA, <u>Biltmore Who's Who,</u> January 2007

International Biographical Centre Lifetime Achievement Award, International Biographical Centre, Cambridge, England January 2007

A Great Mind of the 21st Century:  ERISA/Employee Benefits, American Biographical Institute, October 2006

Best Lawyers:  Employee Benefits, <u>Corporate Counsel</u>, October 2006

Who's Who Among Executive and Professional Women – Honors Edition, Representing Boston, MA, <u>Empire Who's Who</u>, July 2005

Who's Who Among Executive and Professional Women – Honors Edition, <u>Manchester's Who's Who</u>, July 2005

AV Peer Review Rating, Very High to Preeminent Legal Ability and Integrity, LexisNexis Martindale-Hubbell, June 2005 – present

Delegate, Harvard Law School, 2003 – present

New England Employee Benefits Council Best Practices Award, 2002

Distinguished Author, presented by Bureau of National Affairs, Tax Management, Inc., 1994

Life Member of the National Registry of Who's Who, 1999

**Articles**
**Published**

"Alternative Investments in Participant Directed Individual Account Plans:  The Treatment of Private Equity Sleeves", Co-author, Barry L. Salkin, <u>Bloomberg Tax Management Compensation Journal</u>, March, 2022

"Year End Reminders for Retirement Plans 2021 Edition", <u>401(k) Advisor</u>, January 2022

"The DOL's New Cybersecurity Audits and Informal Guidance", <u>401(k) Advisor</u>, November/December 2021

"Pooled Employer Plans", <u>401(k) Advisor</u>, October 2021

"IRS Updates Guidance Regarding Correction of Tax-Qualified Plan Errors Under the Employee Plans Compliance Resolution System (EPCRS)", <u>401(k) Advisor,</u> September 2021

"Pooled Employer Plans", <u>NSCP Currents,</u> August 2021

"Do You Have Questions About How to Comply with the New DOL Fiduciary 'Investment Advice' Prohibited Transaction Exemption?", (Part 2) <u>401(k) Advisor,</u> August 2021

"Do You Have Questions About How to Comply with the New DOL Fiduciary 'Investment Advice' Prohibited Transaction Exemption?", (Part 1) <u>401(k) Advisor,</u> July 2021

"Liability-Driven Investing and Other De-risking Strategies for Pension Plans", Co-author, Barry L. Salkin, <u>Lexis Practical Guidance,</u> June 2021

"Important Benefit Plan Provisions of the American Rescue Plan Act of 2021", <u>401(k) Advisor,</u> June 2021

"Liability-Driven Investing and Other De-risking Strategies for Pension Plans", Co-author, Barry L. Salkin, <u>Lexis Practical Guidance,</u> June 2021

"Does the Recently Amended Investment Duties Regulation Change How Fiduciaries Are Expected to Make Investment Decisions for Employee Benefit Plans?", <u>401(k) Advisor,</u> March/April 2021

"Disclosure to Welfare Plan Participants:  A Fiduciary Duty", <u>Tax Management Compensation Planning Journal,</u> March 5, 2021

"Withdrawals and Loans from Defined Contribution Retirement Plans", <u>rethinking65.com,</u> March 3, 2021

"IRS New Guidance on State Unclaimed Property Laws and IRS Helpful Reminders on Missing Participants", <u>401(k) Advisor,</u> February 2021

"PEPs Will be Up and Running by January 2021", <u>401(k) Advisor,</u> January 2021

"ERISA Fiduciary Responsibility and Economic Efficiency", <u>Bloomberg Tax Management Compensation Journal,</u> December 31, 2020

"IRS and PBGC Provide Guidance on CARES Act Relief for Funding of Single Employer Defined Benefit Plans", <u>401(k) Advisor,</u> November, 2020

"Proposed Changes to DOL Fiduciary Investment Regulation:  What You Should Know and How The Wagner Law Group Responded", 401(k) Advisor, October, 2020

"The DOL's Final Regulations on E-Disclosure of Retirement Plan Documents Become Effective Soon – Are You Ready?", 401(k) Advisor, September, 2020

"DOL Offers Guidance to Fiduciaries Considering Private Equity Investments in Defined Contribution Plans", 401(k) Advisor, August, 2020

"Cybersecurity and Retirement Plans: What Plan Sponsors Should Do", 401(k) Advisor, July, 2020

"Withdrawals and Loans from Defined Contribution Retirement Plans", 401(k) Advisor, June, 2020

"Let's Finish What We Started… ERISA and Fiduciary Process Have Evolved…Have You?", 401(k) Advisor, May, 2020

"Application of Dudenhoeffer in Private Company Setting", 401(k) Advisor, April, 2020

"A Brave New Fiduciary World", planadviser.com, April 7, 2020

"ERISA's Fiduciary Standard for Investment Portfolios", Plan Consultant magazine, (an official publication of ASPPA), Spring 2020

"Massachusetts Advances Regulations Imposing Fiduciary Duty on Broker-Dealers", 401(k) Advisor, February, 2020

"Investment Manager Obligations", 401(k) Advisor, January, 2020

"Duty to Monitor", 401(k) Advisor, December, 2019

"The Extent of Obligation", Planadviser, November-December, 2019

"Fiduciary Obligations of a New Committee Member", 401(k) Advisor, November, 2019

"A Standing Issue in Class Action Lawsuits", 401(k) Advisor, October, 2019

"Class Certification Lite", 401(k) Advisor, September, 2019

"ERISA Bonds", 401(k) Advisor, August, 2019

"Major Ruling in 'Plan Sponsor as Fiduciary' Lawsuit", 401kspecialistmag.com, August 8, 2019

"Forum Selection Clauses", 401(k) Advisor, July, 2019

"Substantial Compliance", 401(k) Advisor, June, 2019

"Concerned About Reg BI? Here's Marcia Wagner's Breakdown for Broker-Dealers", 401kspecialistmag.com, June 7, 2019

"Denial of Benefits – How the DOL Views Disability Claims", Planadviser, May-June, 2019

"Importance of Process", 401(k) Advisor, May, 2019

"Investment Policy Statement", 401(k) Advisor, April, 2019

"An IPS Is Not Required – But There's No Good Reason For A Plan Not to Have One", Planadviser, March-April, 2019

"Respondeat Superior in ERISA Context", 401(k) Advisor, March, 2019

"The Need to Investigate Collective Trusts", 401(k) Advisor, February, 2019

"7 Situations When HSA Contributions Can Be Returned: IRS", 401kspecialistmag.com, February 13, 2019

"How the Government Shutdown is Affecting Retirement and Benefit Plans", 401(k)specialistmag.com, January 24, 2019

"Open Question Regarding "Eye Single" Duty of Loyalty, 401(k) Advisor, January, 2019

"ERISA Section 409(b)", 401(k) Advisor, December, 2018

"ERISA Section 409(b)", Planadviser, November-December, 2018

"Everything to Know About Retirement Plan Provisions in Latest Tax Bill", 401(k)specialistmag.com, November 29, 2018

"Actual Knowledge Requirement", 401(k) Advisor, November, 2018

"Aggressive Enforcement of Five-Factor Test", 401(k) Advisor, October, 2018

"Appropriate Benchmarking", PlanAdviser, September-October, 2018

"Duty of Loyalty", 401(k) Advisor, September, 2018

"Alternative Ways of Becoming a Fiduciary" , 401(k) Advisor, August, 2018

"Statute of Limitations", <u>Planadviser</u>, July-August, 2018

"Nexus Requirement for Fiduciary Breach", <u>401(k) Advisor</u>, July, 2018

"Robo-Advisors", <u>401(k) Advisor</u>, June, 2018

"Limited Liability of a Trustee", <u>Planadviser</u>, May-June, 2018

"IRAs and Prohibited Transactions", <u>401(k) Advisor</u>, May, 2018

"Share Class Selection Disclosure Initiative", <u>401(k) Advisor</u>, April, 2018

"Views SEC Proposes 'Best Interest' Guidance Under Dodd-Frank", <u>employeebenefitadviser.com</u>, April 26, 2018

"What a Court Decision Teaches 401(k) Advisers About Choosing Stable-Value Funds", <u>investmentnews.com</u>, April 19, 2018

"Duty to Investigate", <u>401(k) Advisor</u>, March 2018

"Tax Reform Will Have Limited Effect on 401(k) Plans", <u>401(k) Advisor</u>, February 2018

"The Duty to Monitor", <u>401(k) Advisor</u>, January, 2018

"Modern Portfolio Theory and Efficient Markets", <u>401(k) Advisor</u>, December, 2017

"Recent Cases and IRS Guidance with Respect to Loan Administration Under 401(k) Plans", <u>401(k) Advisor</u>, November, 2017

"Excessive-Fee Litigation in Retirement Plan Market Moving Downstream", <u>investmentnews.com</u>, November 22, 2017

"BICE and Related Exemptions: Limiting Liability Before Implementation", <u>Pension Plan Fix It Handbook Volume 25, No. 4</u>, November 2017

"The Courts Differ on Vicarious Liability", <u>planadviser.com</u>, September/October 2017

"Fiduciary Liability Defenses under ERISA", <u>401(k) Advisor</u>, October, 2017

"Burden of Proof in A Fiduciary Breach Claim", <u>401(k) Advisor</u>, September, 2017

"Back to Basics: Who is A Fiduciary under ERISA?", <u>401(k) Advisor</u>, August, 2017

"Proprietary Funds", planadviser.com, July/August 2017

"Appointing and Monitoring a 401(k) Investment Manager Under ERISA", investmentnews.com, July 13, 2017

"Plan Assets and Prohibited Transactions; Determining What are Plan Assets is Not as Easy as it Seems", planadviser.com, May/June 2017

"Trump Order and Employee Benefits", planadviser.com, March/April 2017

"Advisers Should Heed Fiduciary Principles in Ongoing Tibble 401(k) Suit", investmentnews.com, April 11, 2017

"Constitutional Standing; A Plaintiff Must Establish a Traceable Injury in Order to Bring Legal Action", PlanSponsor, March 2017

"Don't Get Burned:  Marcia Wagner's Top 401k Regulatory Risks", 401kspecialistmag.com, February 26, 2017

"DOL Issues Final Regulations Regarding Claims Procedures for Disability Benefits", 401(k) Advisor, February, 2017

"DOL's Final Rule on Disability Benefits", PlanAdviser, January/February 2017

"Trump Executive Order May Prevent Guidance on Employee Benefits Issues", investmentnews.com, February 7, 2017

"2017 Plan Litigation", 401(k) Advisor, January 2017

"Process Remains Critical Factor in ERISA 401(k) Plan Litigation" 401(k) Advisor, December 2016

"Burden of Proof", PlanAdviser, November/December 2016

"Why it Would be a Mistake For Advisers to Stop Implementing the DOL Fiduciary Rule", investmentnews.com, December 1, 2016

"Plan Reflection: Satisfying Nondiscrimination Testing at Closed DC Plans", PlanSponsor, November, 2016

"Managed Accounts and the Conflicts of Interest Rule", 401(k) Advisor, November, 2016

"What The DOL's Final Fiduciary Rule Means for Plan Committees", 401(k) Advisor, October, 2016

"IRS Restricts Salary Deferrals for NQDC Plans", <u>PlanAdviser</u>, September-October, 2016

"IRS Proposal to Modify Rules for Deferred Compensation Plans of Governmental and Tax-Exempt Plans", <u>401(k) Advisor</u>, September, 2016

"Governmental Plans Will Receive Face-Lift", <u>PlanSponsor</u>, July-August, 2016

"Level Fee Fiduciaries and the BICE", <u>401(k) Advisor</u>, August, 2016

"Impact of New Fiduciary Rules on an Excess Fee Lawsuit", <u>401(k) Advisor</u> July, 2016

"What the DOL's Final Fiduciary Rule Means for 401(k) Plans", <u>401(k) Advisor</u> June, 2016

"The Fiduciary Status of Investment Platform Providers", <u>401(k) Advisor</u>, May 2016

"Ethical Considerations - Understanding The Limitations With Which Advisers Operate", <u>PlanSponsor</u>, May 2016

"Mid-Year Amendments to Safe Harbor 401(k) Plans Made Easier", <u>401(k) Advisor</u>, April 2016

"Fiduciary Fitness:  Expanding Coverage", <u>PlanAdviser,</u> March-April 2016

"The Evolution of ERISA Fiduciary Best Practices", <u>IMCA Investments & Wealth Monitor</u>, March/April 2016

"Supreme Court's <u>Amgen</u> Decision Clarifies Treatment of Inside Information in Stock Drop Cases", <u>401(k) Advisor</u>, March 2016

"They Are Back:  New Theories from the Plaintiffs' Bar in 401(k) Litigation", <u>401(k) Advisor</u>, February 2016

"De-Risking Strategies", <u>PlanSponsor</u>, February 2016

"Raising the Plaintiffs' Bar", <u>PlanAdviser</u>, January-February 2016

"Intel Class Action Opens New Frontier in 401(k) Litigation", <u>401(k) Advisor</u>, January 2016

"Politics and Economically Targeted Investments", <u>401(k) Advisor,</u> December 2015

"Fiduciary Standards for ESG Funds", <u>PlanAdviser</u>, November/December 2015

"DOL Amicus Brief Preserves Sinking Float Guidance", <u>401(k) Advisor</u>, November 2015

"The New Fiduciary Rule and Annuities", <u>PlanAdviser</u>, September-October 2015

"New Fiduciary Rule Affects IRA Rollovers", <u>401(k) Advisor</u>, October 2015

"Impact of Platform Provider Carve-Out on 401(k) Plans Remains Unclear", <u>401(k) Advisor</u>, September 2015

"The Great Divide:  The Different Effect of the DOL's Fiduciary Proposal on Large and Small Plans", <u>401(k) Advisor</u>, August 2015

"Same-Sex Marriage Ruling", <u>PlanAdviser</u>, July/August 2015

"Supreme Court Issues <u>Tibble</u> Decision, but the Case Drags On", <u>401(k) Advisor</u>, July 2015

"Proposed New Fiduciary Rule for 401(k) Advisers", <u>401(k) Advisor</u>, June 2015

"EPCRS's Makeover", <u>PlanAdviser</u>, May/June 2015

"Whither Float?", <u>401(k) Advisor</u>, May 2015

"ERISA Reins in PBGC", <u>PlanAdviser</u>, March-April, 2015

"Promoting Lifetime Plan Participation", <u>401(k) Advisor</u>, March 2015

"DOL Issues New Guidance on Locating Missing Participants", <u>Confero</u> (quarterly publication of Westminster Consulting), Winter Issue 2015

"Continuing Violation", <u>PlanAdviser</u>, January-February 2015

"Nationwide Settlement: One for the Books?", <u>401(k) Advisor</u>, February 2015

"Mortality Table Updates", <u>PlanSponsor</u>, January 2015

"Tussey v. ABB, Inc.: What's Next?", <u>401(k) Advisor</u>, January 2015

"Clouds on the Horizon as ERISA Turns 40", <u>Tax Management Compensation Planning Journal</u>, January 2015

"Using Target Date Funds to Provide Lifetime Income", <u>401(k) Advisor</u>, December 2014

"When ERISA Applies to HSAs", <u>PlanAdviser</u>, November-December, 2014

"Impending Changes to Private Retirement Plans", <u>The Politics of Retirement</u>, November/December 2014

"A Road Less Travelled: Including Alternative Investments in a 401(k) Plan", <u>401(k) Advisor</u>, November 2014

"Offering Longevity Annuities in 401(k) Plans", <u>401(k) Advisor</u>, October 2014

"Fiduciary Considerations – The Post-Dudenhoeffer Era", <u>PlanAdviser</u>, September/October 2014

"Will ERISA Be Balkanized?", <u>401(k) Advisor</u>, September 2014

"Fund Revenue Equalization", <u>PlanAdviser</u>, July-August 2014

"ERISA Accounts and Fiduciary Duties", <u>401(k) Advisor</u>, August 2014

"Fiduciary Status for Service Providers", <u>401(k) Advisor</u>, July 2014

"Please Respond to This RFP", <u>PlanAdviser</u>, May-June 2014

"Expert Q&A on the Effects of Health Care Reform on Retirement Plans", <u>Practical Law The Journal</u>, June 2014

"How Tax for Retirement Plans Can Affect Risk and Compliance", <u>Practical Compliance & Risk Management for the Securities Industry</u>, May-June 2014

"ABB: Affirmed, Reversed, and Vacated", <u>401(k) Advisor</u>, June 2014

"Compliance Refresher:  Fee Disclosures and Comparative Charts", <u>401(k) Advisor</u>, May 2014

"How Tax Reform for Retirement Plans Can Affect Risk and Compliance", <u>Practical Compliance & Risk Management for the Securities Industry</u>, May-June 2014

"Supreme Court to Hear Stock-Drop Case", <u>401(k) Advisor</u>, April 2014

"The Tax Reform Act of 2014", <u>PlanAdviser</u>, March-April 2014

"Expert Q&A on the Effects of Health Care Reform on Retirement Plans", <u>uspracticallaw.com</u>, April 2014

"ERISA Fee Disclosures:  Best Practices for Fiduciaries", Journal of Pension Benefits, April 2014

"Another Regulator Heard from on Capturing Rollovers", 401(k) Advisor, March 2014

"Regulation of CIFs - The Advantages of Collective Investment Funds", PlanAdvisor, January-February 2014

"Another Regulator Heard from on Capturing Rollovers", 401(k) Advisor, February 2014

"IRS Creates Level Playing Field for Suspensions of 401(k) Safe Harbor Contributions", 401(k) Advisor, January 2014

"Back to a Classic - Revisiting Collective Investment Funds", PlanAdviser, November-December 2013

"ERISA Compliance Policies and Procedures:  Where Are Yours?", 401(k) Advisor, December 2013

"Administrators Come In Many Flavors", 401(k) Advisor, November 2013

"IRS Comes Out with Same-Sex Guidance", 401(k) Advisor, October 2013

"Revenue-Sharing Tasks – Meeting DOL Fiduciary Requirements", PlanAdvisor, September-October, 2013

"ERISA Accounts Meet Plan Asset Rules in New DOL Guidance", 401(k) Advisor, September 2013

"DOL Offers Tips on TDFs", PlanAdviser, July-August 2013

"Lifetime Income Illustrations Come of Age", 401(k) Advisor, July 2013

"Buyer Beware:  Choosing A 3(16) Fiduciary", Plan Consultant magazine, Summer 2013

"How to Be a Functional Fiduciary without Doing Anything – The Seventh Circuit Rejects DOL Theory", 401(k) Advisor, June 2013

"Tibble v. Edison Affirmed, But Plaintiffs May Not Be Celebrating", 401(k) Advisor, May 2013

"DOL Offers Tips on TDFs", 401(k) Advisor, April 2013

"In-Roth Conversions Expanded Under Fiscal Cliff Tax Law", 401(k) Advisor, March 2013

"Fixing 403(b) Plans", <u>PlanAdviser</u>, March-April 2013

"More on Moench", <u>401(k) Advisor</u>, February 2013

"Class Action Litigation Settlements and ERISA:  What Does PTE 2003-39 Really Require?", <u>Tax Management Compensation Planning Journal,</u> February 1, 2013

"Fee Information Has Been Delivered – Now What", <u>PlanAdviser</u>, January-February 2013

"Standing and Statute of Limitations Issues in New Proprietary Funds Case", <u>401(k) Advisor</u>, January 2013

"Giveth and Taketh", <u>PlanAdviser</u>, November-December 2012

"Implications of 408(b)(2) Regulations for Plan Sponsors", <u>401(k) Advisor</u>, December 2012

"The Fiduciary Duty to Recover Securities Class Action Settlement Awards Under ERISA", <u>Tax Management Compensation Planning Journal,</u> December 7, 2012

"Explaining the USI Settlement", <u>401(k) Advisor</u>, November 2012

"Bidwell Confirms That QDIA Safe Harbor Applies to Re-Enrollments", <u>401(k) Advisor</u>, October 2012

"Disclosure Obligations Could Be Broader Than DOL Regulations", Plan Consultant Magazine, (an official publication of ASPPA), Fall 2012

"My Experience Starting a Business in the Retirement Plan Industry", Women In Pension Network the <u>WiPN Newsletter</u>/Fall 2012

"Giveth and Taketh", <u>PlanAdviser</u>, September-October 2012

"DOL Shifts Stance on Brokerage Windows but Questions Remain", <u>401(k) Advisor</u>, September 2012

"Update on DOL Guidance Regarding Disclosure Rules", <u>401(k) Advisor</u>, August 2012

"DOL Advisory Opinions Only A Speed Bump for Open MEPs?", <u>401(k) Advisor</u>, July 2012

"ABB Blockbuster", <u>401(k) Advisor</u>, June 2012

"Attention to Details Government Debuts Lifetime Income Initiatives", <u>PlanAdviser</u>, May-June 2012

"Encouraging Annuitization", <u>PlanAdviser</u>, March-April 2012

"Tax Guidance on Lifetime Income Options", <u>401(k) Advisor</u>, March 2012

"Understanding the Rules for Electronic Disclosure of Fee Information", <u>PlanAdviser</u>, January-February 2012

"The Fiduciary Duty to Investigate Plan Investments", <u>401(k) Advisor</u>, February 2012

"Capitalizing on Fee Disclosure Rules", <u>DC Edge Magazine</u>, Quarter 1, 2012

"DOL Issues Final Regulations on ERISA 408(b)(2)", <u>Market Watch</u>, February 6, 2012

"SEC Gives Participant-Level Disclosure a Pass", <u>401(k) Advisor</u>, January 2012

"The Savings Crisis of Working Americans:  The Retirement Industry Call to Action", <u>Legg Mason Retirement Advisory Council</u>, January 3, 2012

"Class Certification Requirements in 401(k) Fee Litigation", <u>401(k) Advisor</u>, December 2011

"Consequences of Tax Reform Proposals Relating to 401(k) Plan Contributions", <u>PlanAdviser</u>, November-December 2011

"Future Investment Advice Regulation", <u>401(k) Advisor</u>, November 2011

"Asserting the Attorney-Client Privilege in ERISA Cases", <u>Law Firm Partnership & Benefits Report</u>, October 2011

"Pyrrhic Victory for Plaintiffs in Tibble v. Edison", <u>401(k) Advisor</u>, September 2011

"Investing with Confidence", <u>PlanAdviser</u>, September-October 2011

"Review of DOL Amicus Filings", <u>401(k) Advisor</u>, August 2011

"Cause and Effect the Influence of 401(k) Fee Litigation", <u>PlanAdviser</u>, July-August 2011

"Case Suggests that RFPs May be Necessary to Fulfill Fiduciary Duties", <u>401(k) Advisor</u>, July 2011

"New Puerto Rico Tax Code Requires Big Changes to Retirement Plans for Puerto Rico Employees", <u>401(k) Advisor</u>, June 2011

"Public Pension Plans and the Retirement Gap:  Understanding the Crisis and Possible Solutions", <u>Pension & Benefits Daily</u>, June 7, 2011

" 'In Plan' Roth Conversions and New Electronic Deposit Rules for Payment of Retirement Plan Withholding Taxes", <u>401(k) Advisor</u>, May 2011

"Education Nation", <u>PlanAdviser</u>, March-April 2011

"Tools Help Fiduciaries Evaluate Plan Fees", <u>401(k) Advisor</u>, February 2011

"DOL Issues Final Regulations on Mandatory Fee Disclosures", <u>Law Firm Partnership & Benefits Report</u>, February 2011

"Brace for Impact", <u>PlanAdviser</u>, January-February 2011

"Partial Plan Terminations of Qualified Plans", <u>The ASPPA Journal</u>, Winter 2011

"Constitutional Challenges to the Patient Protection and Affordable Care Act", <u>New York University Review of Employee Benefits and Executive Compensation</u>, 2010

"Re-Defining Moment DOL Proposes Broadening the Definition of Fiduciary", <u>Planadviser</u>, December 2010

"Voluntary Correction Program for Nonqualified Deferred Compensation Document Failures", <u>401(k) Advisor</u>, December 2010

"Health Care Reform Overview" <u>healthcarereformmagazine.com</u>, December 6, 2010

"Court Ruling on Mutual Fund Fees to 401(k) Plans", <u>401(k) Advisor</u>, November 2010

"Exercising Fiduciary Authority and Control Over the Investment Menu in §403(b) Plans Subject to ERISA", <u>Tax Management Compensation Planning Journal</u>, November 5, 2010

"FBAR Rules for Employee Benefit Plans", <u>Law Firm Partnership & Benefits Report</u>, October 2010

"Selecting Benchmarking Services to Help Meet Fiduciary Requirements", <u>Compensation & Benefits Review</u>, October 2010

"IRS Determination Letter Program for Tax-Qualified Retirement Plans", 401(k) Advisor, October 2010

"Conflict of Interest", Planadviser.com, October 2010

"Plan Sponsor's Duty to Avoid Conflicts of Interest", Journal of Pension Benefits, October 2010

"Partial Plan Liability", 401(k) Advisor, September 2010

"Lifetime Income Options", 401(k) Advisor, August 2010

"Exercising Fiduciary Authority and Control over the Investment Menu in ERISA 403(b) Plans", PlanSponsor.com, August 3, 2010

"Benchmarking Services:  A Potential Solution to Every 401(k) Plan Fiduciary's Problem", BNA Tax Management Memorandum, Vol. 51, No. 16, August 2, 2010

"How to Deal With the DOL's Campaign Against Cross-Selling", Plan adviser.com, August 2010

"Best Practices Evolving from 401(k) Fee Litigation", Planadviser.com, August 2010

"Taxation of Deferred Compensation:  Overview of 409A and 457", Compensation and Benefits Review, July/August 2010

"Avoiding Conflicts of Interest as Your Business Grows", 401(k) Advisor, July 2010

"Health Care Reform:  An Overview of Health Care Reform with Recommended Action Steps to Take", BNA Insights, July 29, 2010

"Tactical Asset Allocation Under ERISA," 401(k) Advisor, June 28, 2010

"Investment Advice Regulations Update," 401(k) Advisor, May 2010

"DOL Proposes New Regulations for Investment Advice," 401(k) Advisor, April 2010

"A Plan Sponsor's Fiduciary Duties Under ERISA:  With Great Responsibility Comes Great Potential Liability," 401(k) Advisor, March 2010

"Best Practices Evolving From 401(k) Fee Litigation," 401(k) Advisor, February 2010

"Is It Now Time for Managed Accounts?" <u>New York University Review of Employee Benefits and Executive Compensation</u>, 2009

"Partial Plan Terminations," <u>Law Firm Partnership & Benefits Report</u>, Vol. 15, No. 5, July 2009

"A Meditation on the Definition of Plan Assets," <u>The ASPPA Journal</u>, Vol. 39, No. 1, Winter 2009

"Proposed DOL Rules On 401(k) Fee Disclosures," <u>Law Firm Partnership & Benefits Report</u>, June, 2008

"Criminal Issues Regarding Title I Investment Breaches," <u>Tax Management Compensation Planning Journal</u>, March, 2008

"The Senate Tax Patent Bill, Even Worse that the House Provision," <u>Tax Management Compensation Planning Journal</u>, February, 2008

"Where Fiduciary & Preemption Issues are Headed in 2008," <u>ERISA Litigation Update for CFDD</u>, February 21, 2008

"Commentary on the Patent Reform Act of 2007 Issued Patents and Patent Applications," <u>Tax Management Compensation Planning Journal</u>, November, 2007

"Fiduciary Issues Associated with Default Investment Alternatives Under Participant Directed Individual Account Plans," <u>NYU Employee Benefits and Executive Compensation Review</u>, August 2007

"Will ERISA Preemption Derail Massachusetts Health Care Reform?" <u>NYU Employee Benefits and Executive Compensation Review</u>, August 2007

"MA Health Care Reform Law," <u>Law Firm Partnership & Benefits Report</u>, July 2007

"Will ERISA Preemption Derail Massachusetts Health Care Reform?" <u>Compensation Planning Journal</u>, June 2007

"Preserve ERISA Plans with Proactive, Voluntary Changes," <u>Business Insurance</u>, February 2007

"Learn to Uncover Hidden 401(k) Fees," <u>Boston Women's Business Journal</u>, February 2007

"Fiduciary Issues Associated with Default Investment Alternatives Under Participant-Directed Individual Account Plans," <u>Compensation Planning Journal</u>, January 2007

"Is Medical Tourism the Right Option?" <u>Boston Women's Business Journal</u>, November 2006

"ERISA Plan Corrections:  An Attractive Alternative to Hefty Penalties," <u>New England In-House</u>, October 2006

"Medical Tourism:  What are Your Options?" <u>Employee Benefits News</u>, October 2006

"Medical Tourism and Group Health Plans," <u>Journal of Compensation and Benefits</u>, September/October 2006

"Employee Benefits Bankruptcy Issues That Law Firms Need to Know," <u>Law Firm Partnership & Benefits Report</u>, May 2006

"What Is the Uniformed Services Employment and Reemployment Rights Act of 1994?" <u>Law Firm Partnership & Benefits Report</u>, July 2005

"Fiduciary Issues Associated with Life Cycle Funds in Individual Account Plans," <u>Tax Management Compensation Planning Journal</u>, May 2005

"An Update on USERRA as it Affects Plans," <u>401(k) Advisor</u>, March 2005

"The Mutual Fund Scandals:  What's A Plan Sponsor To Do?" <u>Law Firm Partnership and Benefits Report</u>, October 2004

"Same Sex Spouses in Massachusetts: The Affect on Employee Benefits," <u>Law</u> <u>Firm Partnership and Benefits Report</u>, February 2004

"Managed Accounts:  Still the Best, Least Risky Solution Yet Developed," <u>Tax Management Compensation Planning Journal</u>, November 2003

"Paying Expenses from Plan Assets," <u>401(k) Advisor</u>, October 2003

"Managed Accounts:  Are They the Answer?," <u>Tax Management Compensation Planning Journal</u>, August 2003

"HIPAA Health Data Privacy Rules:  Final Regs. Issued," <u>Law Firm Partnership & Benefits Report</u>, February 2003

"Understanding Split-Dollar Arrangement Rules," <u>Law Firm Partnership & Benefits Report</u>, May 2002

"Qualified State Tuition Programs: Differentiating Among the Two Types," <u>Law Firm Partnership & Benefits Report</u>, August 2001

"Department of Labor Establishes New Fiduciary Self-Correction Program," <u>Law Firm Partnership & Benefits Report</u>, January 2001

"Friend or Foe?  The Pros and Cons of the New Department of Labor Voluntary Fiduciary Correction Program," University of Denver College of Law, Preventive Law Reporter, Summer 2000

"Friend or Foe? The Pros and Cons of the New Department of Labor Voluntary Fiduciary Correction Program," BNA Tax Management Memorandum, June 2000

"Participant Self Direction of Account Balances:  Investment Advice or Investment Education", Villanova Journal of Law and Investment Management, Vol. 1, Issue 1, Winter 1999

"Correcting Plan Defects," Massachusetts Bar Association Taxation Section Newsletter, October 1999

"IRS Consolidates Employer Options for Correcting Pension Plan Defects," Law Firm Partnership and Benefits Report, June 1999

"ERISA, Employee Benefits and Employment Update", Massachusetts Society of Certified Public Accountants On-Line, March 1999

"Changes to IRS Correction Programs", Massachusetts Bar Association Section Review, December 1998

"Law Firm Tax-Qualified Pension Plans: A Case Study," Law Firm Partnership and Benefits Report, December 1998

"Eliminating Preretirement Distributions to Employees", Massachusetts Bar Association Section Review, December 1998

"The Provision of Investment Advice Under PTE 97-60", Trust & Investments, September/October 1998

"The Provision of Investment Advice Under Prohibited Transaction Exemption 97-60," American Bankers Association, September 1998

"The Provision of Investment Advice Under Prohibited Transaction Exemption 97-60," American Bar Association, Taxation Section Employee Benefits Committee meeting materials, January 1998

"The Provision of Investment Advice Under Prohibited Transaction Exemption 97-60," Tax Management Compensation Planning Journal, January 1998

"Tax-Qualified Retirement and Annuity Plans May Self-Correct Operational Violations," MBA Section of Taxation Newsletter, February 1997

"Pension Simplification Highlights," MBA Section of Taxation Newsletter, November 1996

"Alternatives to Plan Disqualification, Including Discussion of 403(b) Plans," New York University Fifty-Third Institute on Federal Taxation (Matthew Bender), October 1995

"The Department of Labor Delinquent Filer Voluntary Compliance Program," MBA Section of Taxation Newsletter, October 1995

"Crime and Punishment - The Theory, Evolution and Future of Alternatives to Plan Disqualification," Tax Management Compensation Planning Journal (Special ERISA 20th Anniversary Issue), December 1994

"A General Introduction to Employee Benefit Plans," The Best of MCLE Journal, February 1994

"Qualified Plans With Disqualifying Defects:  The Changing Face of Enforcement," MBA Section of Taxation Newsletter, September 1993; reprinted in Massachusetts Bar Association's Best of the Sections 1993-1994

"New Direct Transfer and Tax Withholding Rules for Benefit Plan Distributions," MBA Section of Taxation Newsletter, October 1992; reprinted in Massachusetts Bar Association's Best of the Sections 1992-1993

**Television Appearances**

"How COVID-19 is Affecting Pensions and Benefits Plans", Marcia Wagner interviewed on Radio Entrepreneurs, April 2020

Marcia Wagner interviewed on Radio Entrepreneurs, April 2018

"How the Fiduciary Rule Could Change Your Relationship With Your Adviser", MarketWatch, December 10, 2016

"A Conversation with Marcia Wagner at IMCA 2014", WealthManagement.com, May 6, 2014

"Changes May be on the Horizon for 401(k) Plan Advisors - What You Need to Know", IMCA.org, May 5, 2014

Al Jazeera TV, 401(k) Plan Fees, September 1, 2013

Fox Business News, Pension Problems, May 17, 2011

News Room, CNN Last-Minute Tax Tips, April 9, 2011

Squawk on the Street, CNBC, Managing Problems With Your 401(k), March 17, 2011

9News.com, NBC News, Flexible Spending Account: Use it or Lose it, December 28, 2010

The Strategy Room with Tracy Byrnes, Fox News, New 401(k) Rules: What You Need to Know, November 19, 2010

The Strategy Room with Tracy Byrnes, Fox News, State Pensions, October 22, 2010

The Strategy Room with Tracy Byrnes, Fox News, Pension Plan Liabilities to PBGC, October 11, 2010

KRON 4 - San Francisco, Auto IRA Act and How this Affects Retirement Plans, October 9, 2010

The Willis Report, Fox Business Network, U.S. Wants to Help You Save For Retirement, September 13, 2010

NECN, Poor Man's Pension, August 4, 2010

The Street, Pension Plans: Not Dead Yet?, June 30, 2010

Washington Journal, C-SPAN, Economy and Retirement Security, June 5, 2010

Bloomberg Today with Kathleen Hays, Bloomberg Television, State Street Subprime Damages May Reach 12 Times Reserve Amount, May 2008

Nite Beat with Barry Nolan, CN8, Pension Legislative Proposals, October 2004

Nite Beat with Barry Nolan, CN8, The Crisis with Pension Plans, September 2004

**Governmental Testimony**

"Analysis and Recommendations Regarding the IRS's Determination Letter Program", Internal Revenue Service, June 5, 2010

"Proposed Investment Advice Exemption", Department of Labor, October 21, 2008

"Proposed Regulations on Tax Treatment of Payments for Medical or Accidental Insurance", Internal Revenue Service, December 4, 2007

**Journals and Periodicals Quoting Ms. Wagner**

"COVID-19 Long-Haulers May Have Tough Time Getting Long-Term Disability Benefits", SHRM, February 11, 2022

"Supreme Court Ruling Could Curtail High-Cost Retirement Plan Options", Barrons.com, February 4, 2022

"Hughes v. Northwestern Bottom Line:  Hard to Dismiss Cases",

401(k) Specialist, February 1, 2022

"Supreme Court Rulings Puts 401(k) Fiduciaries on Guard", SHRM, January 28, 2022

"Massachusetts Investigating Sales of Target Date Funds to Retail Investors After Word of Surprise Tax Bills", Financial Planning, January 26, 2022

"After Supreme Court Ruling, Are TDFs A Ticking Time Bomb of Fiduciary Liability?", FiduciaryNews, January 25, 2022

"Who's Watching The Money?", Chicago Business Journal, Janaury 4, 2022

"EBSA will Continue to Prioritize Finding Missing Participants", Pensions & Investments, December 13, 2021

"Opinion:  Hoping to Use Your IRA to Start Your Own Business?  Think Again, Says New Bill", marketwatch.com, September 23, 2021

"Small Companies' Options for Offering a Retirement Plan Are Growing", plansponsor.com, August 24, 2021

"Target Date Funds:  A 'Time Bomb' in a Retirement Tool for the Masses?", thinkadvisor.com, June 8, 2021

"The CAA: A Fiduciary Guiding Light for 401k and Benefits Advisors", 401kspecialistmag.com, May 28, 2021

"MetLife Says Labor Department is Overstepping Authority in Probe", lifeannuityspecialist.com, May 10, 2021

"The Rules for Flexible Spending Accounts are More Generous (for now). Here's What to Know", cnbc.com, March 12, 2021

"The IRS Is Coming for Federal Tax on DFS Entries, Just Like Sports Betting", Sportshandle.com, October 28, 2020

"PSNC 2020:  Retirement Plan Cybersecurity", plansponsor.com, September 28, 2020

"DOL Scrutinizing RIAs' Use of ESG Investments in Retirement Plans", benefitspro.com, August 18, 2020

"DOL Scrutinizing RIAs' Use of ESG Investments in Retirement Plans", thinkadvisor.com, August 13, 2020

"DOL's ESG Proposal Blasted in Public Comments", thinkadvisor.com, August 7, 2020

"401(k) Arbitration Agreements Still Not Mandatory", investmentnews.com, July 14, 2020

"A Big Wince as Trump's DOL Presses Efforts to Erase Obama-Era ESG Guidance, with Tough New Rule to Curb Do-Good Funds in ERISA Accounts; Critics Cry 'Politics' ", riabiz.com, July 1, 2020

"Here's What Happens to Your 401(k) loan if You Are Laid Off", cnbc.com, June 4, 2020

"New 'anti-regulatory' DOL Fiduciary Rule Figures to Keep $10-trillion IRA Market Under the IRS, Allow Some Conflicted Advice; Does Rule's Revival From Dead Presage Joe Biden Presidency?", riabiz.com, June 4, 2020

"Plan Sponsor Due Diligence in a Demanding Time for Recordkeepers", plansponsor.com, April 30, 2020

"What to do With a 401(k) Leaving a Job", wsj.com, April 19, 2020

"Employers May Drop 401(K) Matches as Companies Look to Cut Expenses", Newsmax, April 5, 2020

"Employers Could Drop 401(k) Matches as Companies Look to Save Money", blackenterprise.com, April 3, 2020

"Tenet Halts 401(k) Matches as it Navigates COVID-19 Crisis", beckershospitalreview.com, April 1, 2020

"Employers May Drop 401(k) Matches as Companies Look to Cut Expenses", CNBC.com, March 31, 2020

"401(k) Lawsuits Keep Coming, Despite COVID-19", investmentnews.com, March 19, 2020

"FAs and Clients Rush to Prepare Wills, Trusts, Estate Plans", financialadvisoriq.com, March 17, 2020

"401(k) 'Kickback' Suit Against Fidelity Booted from Court", investmentnews.com, February 21, 2020

"Regulators Crack Down on Teacher Pension Plans Rife with Conflicts", investmentnews.com, January 16, 2020

"DOL Advances Its Proxy Voting Rule for Retirement Plans", ThinkAdvisor, December 3, 2019

"What is a 401(k) Investment Policy Statement (IPS)?", fiduciarynews.com, November 26, 2019

"Are 401(k) Plans in Danger of Not Being Green Enough?",
investmentnews.com, November 15, 2019

"Full Court Press?", National Association of Plan Advisors (NAPA),
October 28, 2019

"Plan Members Can Sue for Benefits Before Exhausting Appeals, Judge
Says", Life Annuity Specialist, October 25, 2019

"Ken Fisher Fallout:  Which Pension Plans Have Pulled Out and Which
Have Stayed", cnbc.com, October 18, 2019

"SEC Probing Compensation, Sales Practices in 403(b) Plans for School
Districts", investmentnews.com, October 8, 2019

"Faith in a 'Hidden Paycheck' That Could Vanish for Good"; nytimes.com,
September 12, 2019

"Cross-Selling Gaining Prominence in Retirement-Plan Lawsuits",
investmentnews.com, August 12, 2019

"Marcia Wagner is Not Tom Clark, Judge Rules", National Association of
Plan Advisors (NAPA), July 26, 2019

"Northrop Grumman Expert May Testify in 401(k) Fee Class Action",
Bloomberg, July 25, 2019

"Relief For Multiple Employer Plans May Not Spur Their Growth",
Law360, July 25, 2019

"Northrop Grumman Workers Can't DQ Expert In ERISA Suit", Law360
July 25, 2019

"Fidelity at Center of New Strategy for ERISA Breach Lawsuits",
pionline.com, July 22, 2019

"How to Manage Your Roth 401(k) at Work", TheStreet, July 16, 2019

"Acosta's Resignation Over Jeffrey Epstein Threatens Timing of New DOL
Fiduciary Rule", financialadvisoriq.com, July 15, 2019

"The Long, Uncertain Road to Implement Reg BI", thinkadvisor.com, July
9, 2019

"Waving the Flag of 'Capital Formation,' SEC Promises to Let the Genie Out
of the Bottle, Allowing Private Funds in 401(k) Plans; DOL Silent",
riabiz.com, July 3, 2019

"Renowned ERISA Law Firm Now Offers Legislative, Regulatory and Policy Services", uspolitics.einnews.com, July 1, 2019

"Supreme Court Takes on Intel Case About 'Actual Knowledge' ", plansponsor.com, June 13, 2019

"Will the SEC's Reg BI Be Challenged in Court?", napa-net.org, June 10, 2019

"Concerned About Reg BI? Here's Marcia Wagner's Breakdown for Broker-Dealers", 401kspecialistmag.com, June 7, 2019

"Did Northrup Grumman Squander ERISA Pension Money?", LawyersandSettlements.com, June 5, 2019

"Supreme Court to Hear 401(k) Stock-Drop Case", investmentnews.com, June 3, 2019

"Supreme Court Denies Chevron Stable Value ERISA Litigation Review", plansponsor.com, May 29, 2019

"Supreme Court Sees Four Appeals of ERISA Cases", plansponsor.com, May 24, 2019

"Schlichter Seeks to Disqualify Wagner as Expert Witness - Marcia Wagner, Tom Clark", National Association of Plan Advisors, May 21, 2019

"Northrop Grumman Fights To Keep Expert In ERISA Fee Suit - Marcia Wagner, Law360, May 21, 2019

"Northrop Grumman Defends Expert in 401(k) Fee Class Action - Marcia Wagner," Bloomberg Law, May 21, 2019

"More Turning to Supreme Court for ERISA Relief", pionline.com, April 29, 2019

"Fidelity Sales Tactics Called Out In Settlement Of Retirement Plan Lawsuit", investmentnews.com, April 23, 2019

"Ask Bob: Changes to Employer's 401(k) Match", Retirement Daily, March 29, 2019

"You're Invited:  Will You Have Enough Money to Retire", TheStreet, Inc., March 21, 2019

"Fidelity's 2016 'Hidden' Fee Fix For 'Broken' 401(k) Business Model May Spark Fresh State and Federal 401(k) Crackdown on Heels of Investor Civil Suit", riabiz.com, March 18, 2019

"Maryland Introduces Fiduciary Rule as Part of Broader Consumer Bill", ThinkAdvisor, February 8, 2019

"DB Suits Claim Companies Use Faulty Data to Figure Benefits", pionline.com, February 4, 2019

"Retirement Industry People Moves", plansponsor.com, January 25, 2019

"More States Advance Their Own Fiduciary Rules", thinkadvisor.com, January 23, 2019

"Aon Hewitt Says SEC Looking at Marketing Materials", pionline.com, December 10, 2018

"Experts Optimistic Over Auto-Portability Proposal", pionline.com, December 10, 2018

"DOL Proposes Rule to Reduce Leakage in 401(k) Plans", investmentnews.com, November 8, 2018

"New Jersey Solicits Comments on Its Preliminary Fiduciary Rule", thinkadvisor.com, October 25, 2018

"As SEC's 'Zero Tolerance' ERA for IRAs Commences Post-DOL, a Regulatory Law Firm Makes Anticipatory-Hires", riabiz.com, October 16, 2018

"IRS Saves Trees, Goes Paperless for 401k Filing Correction Program", 401kspecialistmag.com, October 4, 2018

"New Jersey Plans Fiduciary Rule for Broker-Dealers", thinkadvisor.com, September 27, 2018

"What Rise and Fall of the Fiduciary Rule Means for US Advisers", ft.com, September 27, 2018

"Wagner Law Group Launches Adviser Search Support Service", plansponsor.com, September 10, 2018

"KPAs, an ERISA Legal Eagle Is Searching For You", 401kwire.com, September 5, 2018

"New Service Will Aid in 401k Fiduciary Advisor Search", 401kspecialistmag.com, September 5, 2018

"Trump Executive Order Could Hurt Rollover Efforts But Gives Rias Way to Scale 401(k) Servicing and Dodge Bad Apples", riabiz.com, August 31, 2018

"DOL Fiduciary Rule Death Leaves 401(k) Advisers in Legal 'Grey Area' with Rollovers", investmentnews.com, August 9, 2018

"NYU Defeats Employees in Retirement Plan Lawsuit", nyunews.com, August 6, 2018

"Another University Prevails in 401k Fiduciary Lawsuit", 401(k)specialistmag.com, August 1, 2018

"Leading Attorney Marcia Wagner's Testimony Cited by Court as Crucial in Dismissal of ERISA Case Against New York University", August 1, 2018

- Street Insider
- Markets Insider
- AP News
- Investors Place
- Street Insider
- Townhall Finance
- MarketPlace
- Fat Pitch Financials
- Great American Advisors
- Value Investing News
- EuroInvestor
- Stock News Feed
- CompuServe
- Silicon Investor
- West
- BenefitsLink
- USA Breaking News
- Bakersfield
- Owler
- Benzinga

"The DOL Rule Is Dead: What's That Mean For Annuities?", fa-mag.com, July 5, 2018

"Top Ten Retirement Plan Administration Mistakes?", Podcast, 401(k) Fridays, June 7, 2018

"California Created a Savings Program For Workers Without Retirement Benefits. a Group is Suing to Kill It", latimes.com, May 31, 2018

"Northwestern University Beats Jerry Schlichter 403(b) Lawsuit", investmentnews.com, May 29, 2018

"Supreme Court Decision Likely to Prevent Brokers from Filing Class-Action Lawsuits"; investmentnews.com, May 22, 2018

"SEC Finds 'Lots of Problems' With Rollover Advice", thomson.com/financial, May 14, 2018

"6 Big Questions About the SEC Advice Rule", investmentnews.com, May 6, 2018

"Next Hot ETF Theme & How Fee Wars Can End", etf.com, May 3, 2018

"SEC's Clayton:  One Rule to Rule Them All", barrons.com, May 3, 2018

"Legal Experts See Long Road Ahead for SEC Proposals", asppa-net.org, April 29, 2018

"Legal Experts See Long Road Ahead for SEC Proposals", napa-net.org, April 24, 2018

"Here's What Labor Dept. Might Do Next With the Fiduciary Rule", Bloomberg BNA, March 27, 2018

"Marcia Wagner:  How To Avoid 401k 'Share-Class Chaos' ", 401(k) Specialist, March 22, 2018

"Caught in the Crosshairs of TCJA and Conflict of Interest:  Meals and Entertainment", NAPA Net, March 21, 2018

"Court Ruling Means Retirement Savers Could Lose an Obama-Era Protection", cnbc.com, March 16, 2018

"Wells Fargo Advisors Now Under Investigation by Galvin", investmentnews.com, March 8, 2018

"What's the Right Number of Funds in a 401(k) plan?", investmentnews.com, February 16, 2018

"The Rule That Protects Your Retirement Savings May Be On The Ropes", CNBC, January 29, 2018

"Retirement Industry People Moves", Plan Sponsor, January 5, 2018

"Settlement Agreement May Conclude Allianz Self-Dealing Challenge", Plan Sponsor, December 29, 2017

"Tax Reform Leaves 401(k) Battles Unfinished", 401(k) Wire, December 20, 2017

"You Protected the 401(k) Piggy Bank From the Robbers!", 401(k) Wire, December 20, 2017

"Tax Reform Still Mostly Leaves 401(k)s Alone", 401(k) Wire, December 4, 2017

"Despite Delays, DOL Rule Becoming Law Of The Land, Expert Argues", Financial Advisor Magazine, December 1, 2017

"DOL Fiduciary Rule's Debut is Officially Postponed by 18 Months", Prospect News - Structured Products Daily, November 29, 2017

"Pro-DOL Rule Forces Sharpen Knives Now That DOL Rules 18-Month Delay is Carved in Stone", RIA Biz, November 28, 2017

"Excessive-Fee Litigation in Retirement Plan Market Moving Downstream," Investment News, November 22, 2017

"Tax Revamp Helps Fund Managers But Leaves Their Investors to Pay", Bloomberg, November 20, 2017

"Experts To Tackle Reg Ridiculousness In 401k Space: New England Wealth & Retirement Conference", 401(k) Specialist, November 8, 2017

"Marcia Wagner's 10-Minute Take on Trump Tax Plan", 401kspecialistmag.com, November 7, 2017

"Experts to Tackle Reg Ridiculousness in 401k Space:  New England Wealth & Retirement Conference", 401kspecialistmag.com, November 1, 2017

"ERISA Lawyer's Gamble in Starting Firm Paid Off", Bloomberg BNA, October 30, 2017

"401(k) lawsuit attacks excessive advisory fees paid to UBS", investmentnews.com, September 26, 2017

"Jerry Schlichter's Fee Lawsuits have Left an Indelible Mark on the 401(k) Industry", investmentnews.com, September 23, 2017

"SEC Is 'Where Fiduciary Ideas Go to Die' ", financialadvisoriq.com, September 12, 2017

"Trump Administration Targets Class-Action Right in DOL Fiduciary Rule, But Other Legal Avenues Could Remain for Investors", investmentnews.com, August 31, 2017

"Tibble v. Edison 401(k) Fee-Case Decision Offers 3 Lessons", investmentnews.com, August 22, 2017

"DOL to Postpone Fiduciary Rule Until July 2019; Lawyer Expects 'Major Surgery' With Time", The Prospect News, Structured Products Daily, August 11, 2017

"Scotiabank's Capped Notes Tied to EAFE Show "Tiny" Geared Buffer, Double-Digit Potential Gain", The Prospect News, August 11, 2017

"B-Ds Mum On DOL Rule Delay", fa-mag.com, August 10, 2017

"DOL Fiduciary Rule Comments Unearth Deep Unease", financialadvisoriq.com, August 7, 2017

"DOL Fiduciary Rule Causing DC-Plan Record Keepers to Change Business With Insurance Agents", investmentnews.com, July 24, 2017

"Why High 401(k) Fees are Likely to Stick Around", cnbc.com, July 17, 2017

"DOL Rule Assault Comes From All Quarters", financialadvisoriq.com, July 14, 2017

"PBGC's Early Warning Program - Marcia Wagner, Founder of The Wagner Law Group, Discusses How the Early Warning Program Works and What Will Trigger It", Plansponsor.com, June 28, 2017

"SEC, DOL Team Up on Fiduciary Rule As States Ponder Their Own", FinancialAdvisoriq.com, June 28, 2017

"Are More State Fiduciary Laws on the Way?", Barrons.com, June 27, 2017

"Other States Considering Their Own 'Fiduciary Rules' After Nevada's Becomes Law", WealthManagement.com, June 26, 2017

"Is The Department Of Labor Fiduciary Rule Staying?", Legal Broadcast Network, June 24, 2017

"3 Reasons DOL Fiduciary Rule Will Stay Intact:  ERISA Attorney Wagner", Think Advisor, June 21, 2017

"Redhawk Brings ERISA Fiduciary Services to IRA Space", Plan Adviser, June 21, 2017

"Redhawk Introduces FiduciaryShield™ for Advisors to Acquire More Clients", PR Web, June 21, 2017

"This New Rule Will Upend Your 401(k), IRA and Your Relationship With Your Advisor", CNB C.com, June 9, 2017

"This New Rule Makes It Harder for Your Broker to Take Advantage of You. Here's What You Should Know", Time.com, June 7, 2017

"This Map Shows the Real Cost of Conflicted Financial Advice", Time.com, May 31, 2017

"Wells Fargo, in 'Atypical' Outcome, Wins 401(k) Lawsuit", investmentnews.com, May 30, 2017

"In Music City, Fiduciary Takes Center Stage", 401(k) Specialist, May 22, 2017

"The GOP is Trying to Kill California's New Private-Sector Retirement Plan. State Officials Vow to Push Ahead", Los Angeles Times, May 10, 2017

"Morgan Stanley Dumped Vanguard Due to DOL Rule?", Financial Advisor IQ, May 10, 2017

"Morgan Stanley's Decision to Cut Vanguard Funds Likely Due to DOL Fiduciary Rule", Investment News, May 8, 2017

"Bill Aimed at Repealing DOL Fiduciary Rule passes House Panel, Leaving Lawyers Skeptical", The Prospect News, May 8, 2017

"Despite Fiduciary Rule's Delay, DOL's Measure Has Spurred Changes", The National Law Journal, May 1, 2017

"Despite Fiduciary Rule's Delay, DOL's Measure Has Spurred Changes", BenefitsPro, May 1, 2017

"Investors Can Go After 'Fiduciary' Advisers Even if DOL Doesn't", bna.com, April 13, 2017

"DOL Extends Applicability of Fiduciary Rule to June 9 Bringing Relief to Firms, Sellsiders", The Prospect News, April 7, 2017

"At Trump's Direction, Investor Protection Rule is Delayed", CNBC, April 6, 2017

"Merrill Lynch and Morgan Stanley:  A Tale of Two Fiduciary 401(k) Business Models", Investment News, March 24, 2017

"Merrill Lynch and Morgan Stanley:  A Tale of Two Fiduciary 401(k) Business Models", Pensions & Investments, March 24, 2017

"Legal Q&A: What to Consider When Fiduciary Rule Hits San Antonio", Business Journal, March 20, 2017

"Despite Uncertainty, Department of Labor Fiduciary Rule Upends 401(k) Biz", Investment News, March 19, 2017

"Forget About 60 Days, Firms Push for Six-Month Delay in DOL Rule", advisorhub.com, March 15, 2017

"Wagner Law Group on the Hill", 401(k) Wire, March 14, 2017

"IRS Can't Do It Anymore, So Law Firms Will", Bloomberg BNA, March 10, 2017

"How to Put The Brakes On 401k Ambulance Chasers", 401(k) Specialist, March 2, 2017

"IRS Guidance on 401(k) Hardship Withdrawals Clarifies Uncertain Terrain", Investment News, March 1, 2017

"Empower Telling 401(k) Clients it Won't be a Fiduciary When DOL Rule Kicks in", Investment News, February 28, 2017

"Don't Get Burned: Marcia Wagner's Top 401k Regulatory Risks", 401(k) Specialist, February 26, 2017

"Dodd-Frank Repeal Battle Parallels Fiduciary Fight", Plan Adviser, February 22, 2017

"DOL Rule-Killers Now on Defense as Legal Failures Add Up, Reinforcements Don't Make it to Washington and the Clock Ticks Down", RIA Biz, February 15, 2017

"Donald Trump's Complicated Relationship With Wall Street, in One Photo", YAHOO! Finance, February 10, 2017

"Congressmen Push to Block State-Run Retirement Accounts", CNBC, February 9, 2017

"Wall Street's Efforts to Stay the DOL Rule in Court Get Stayed After Forum-Shopped Texas Judge Refuses to Play Along", RIA Biz, February 9, 2017

"Dallas Judge Upholds DOL Fiduciary Rule", Investment News, February 8, 2017

"Minus DOL Rule, Fiduciary Momentum Still Hard to Stop", <u>Financial Advisor IQ (A Financial Times service)</u>, February 8, 2017

"Fiduciary Rule Double-Take Leaves Retirement Industry Perplexed", <u>Plan Adviser</u>, February 6, 2017

"Trump Team Bungles Fiduciary Duty Rule Edict", <u>Market Muse</u>, February 6, 2017

"ActiveAllocator Receives Legal Opinion Confirming Fiduciary Standard Compliance", <u>YAHOO! Finance</u>, February 6, 2017

"Trump's Directives Could Undo Fiduciary Rule and Dodd Frank Regulations", <u>SHRM</u>, February 6, 2017

"What's Next For You and the Investor Protection Rule", <u>CNBC,</u> February 6, 2017

"Trump Pulls Back on Delay for Investor Protection Rule, Raising New Questions About Regulation", <u>CNBC</u>, February 6, 2017

"DOL Rule, Not Actually Delayed, Could Survive in Some Form", <u>IGNITES</u>, February 6, 2017

"Trump's Lightning-Quick Backtrack on Executive Order Relating to DOL Rule Sows Chaos in Financial Advice Industry", <u>RIA Biz</u>, February 3, 2017

"Trump Issues Fiduciary Rule 'Executive Memorandum,' Sparking Confusion", <u>401(k) Specialist</u>, February 3, 2017

"Trump Delaying Rule Giving Savers Greater Protections", <u>CNBC</u>, February 3, 2017

"Benefits Industry Snapshot, End of January 2017", <u>BenefitsPro</u>, January 30, 2017

"Colorado's 'Strong Arm' Muscling Into 401(k)-Fee Litigation", <u>IGNITES</u>, January 25, 2017

"Wall Street Women Pile into Buses and Cars, Head South on I-95 to Protest Trump", <u>RIA Biz</u>, January 20, 2017

"Who's Afraid of Virginia Foxx and Friends?  Maybe pro-DOL Forces Should Be But No Panic Yet - Peeling off Democrats", <u>RIA Biz</u>, January 12, 2017

"People Are Worried That Trump Will Roll Back a Rule Meant to Protect Americans' retirement money from Wall Street", <u>Business Insider</u>, January 6, 2017

"J.C. Penney Agrees to Pay $4.5 million to Settle Stock-Drop Suit", <u>Pensions & Investments</u>, January 6, 2017

"Morningstar Announces Agenda for Annual Institutional Conference March 9-10 in San Antonio", <u>PR Newswire</u>, January 5, 2017

"Obama Administration Shows More Support for Annuities in 401(k) Plans", <u>investmentnews.com</u>, January 3, 2017

"Wagner Law Group to Open Washington Office", <u>Think Advisor</u>, December 21, 2016

"2016 HR Trends: The 3 Rs", <u>benefitspro.com</u>, December 20, 2016

"Mum on DOL Rule, Labor Chief Appointee Andy Puzder's 'Check-the-Box' 401(k) Plan at CKE Restaurants Speaks Volumes", <u>RIA Biz</u>, December 13, 2016

"How the Fiduciary Rule Could Change Your Relationship with Your Adviser", <u>MarketWatch</u>, December 10, 2016

"Wealth Adviser Daily Briefing Practice Management Tip, Fiduciary Chat (With Continuing-Ed Credit for CFPs)", <u>Wall Street Journal</u>, December 9, 2016

"Commonwealth Financial Will Reverse Course on Commissions if DOL Gets Reversed", <u>RIA Biz</u>, November 18, 2016

"DOL Fiduciary Rule Prompts Chase to Stop Charging IRA Commissions", <u>Ground Report</u>, November 18, 2016

"Under Trump, Retirement Benefits to Be Tweaked, Not Transformed", <u>SHRM</u>, November 15, 2016

"The DOL Rule is DOA -- and That's Just the Beginning, Says RIA Champion Brian Hamburger, Law School Chum of Reince Priebus", <u>RIA Biz</u>, November 11, 2016

"A President Trump Likely Won't Mess With the Fiduciary Rule", <u>MarketWatch</u>, November 9, 2016

"Fiduciary Rule for Advisors Up in the Air After Trump's Victory", <u>CNBC</u>, November 9, 2016

"Biz Groups Gear up for Court Fight Over Financial Adviser Rule", The Hill, November 8, 2016

"Administration Wins First Battle Over Financial Adviser Rule", The Hill, November 7, 2016

"Axing Commissions 'No Panacea' DOL FAQs Show", IGNITES/Financial Times, October 28, 2016

"What Happens When There's a Mistake in Your 401(k)", The Wall Street Journal, October 23, 2016

"DOL Fiduciary Rule Won't Help Some 403(b) Retirement Plans", Investment News, October 21, 2016

"Think Your Retirement Plan Is Bad?  Talk to a Teacher", The New York Times, October 21, 2016

"How the New 'fiduciary' Rule Will Actually Affect You", CNBC, October 13, 2016

"Game Over for Broker Commissions", The Wall Street Journal, October 7, 2016

"Merrill's Move to End Commission IRAs a 'Tectonic Shift' for Brokerage Industry", Investment News, October 7, 2016

"Report:  DOL Rule Could Freeze IRA Rollovers", InsuranceNewsNet, October 3, 2016

"DOL and Discretion - Case Restated", Nancy Lininger's CompliancE-News, September 29, 2016

"What the New Fiduciary Rule Means for Plan Committees", NAPA Net, September 6, 2016

"In New Wrinkle, ERISA Complaint of Edward Jones Employees Centers on Failure to Offer Yield-Chasing Money Market Alternative", RIA Biz, September 6, 2016

"Chevron 401(k) Suit Dismissal Seen as 'big loss' for Plaintiffs' Bar", Investment News, September 2, 2016

"Expert Opinions on the DOL Fiduciary Regulation – Part 4," NAPA Net, September 2, 2016

"Expert Opinions on the DOL Fiduciary Regulation – Part 3", <u>NAPA Net</u>, September 1, 2016

"Expert Opinions on the DOL Fiduciary Regulation – Part 2", <u>NAPA Net</u>, August 31, 2016

"Expert Opinions on the DOL Fiduciary Regulation – Part 1", <u>NAPA Net</u>, August 30, 2016

"Where Are They Now?  The DOL Fiduciary Rule's Stakeholders", <u>Business 2 Community</u>, August 30, 2016

"Feds Ease Rules on State-Run Retirement Accounts", <u>CNBC</u>, August 26, 2016

"What Advisors May Not Know About the DOL Fiduciary Rule", August 26, 2016

"Edward Jones Faces Proposed Class Action Lawsuit Over Excessive 401(k) Fees", <u>InvestmentNews.com</u>, August 22, 2016

"Why This Brokerage Won't Let Investors Buy Funds and ETFs in Their IRAs", <u>Time Magazine</u>, August 22, 2016

"PPA:  A Real Boon for Defined Contribution", <u>Pensions & Investments</u>, August 8, 2016

"Alternative Forms of the DOL Fiduciary Rule's BIC Exemption that Apply to Advisory, Brokerage, and Insurance Firms", <u>BenefitsPro.com</u>, August 1, 2016

"Government Plans Will Receive Face-Lift", <u>planadviser.com</u>, July/August 2016

"DOL Fiduciary Rule's 'Grandfathering' Exemption May be Lost by Changing Firms", <u>Investment News</u>, July 26, 2016

"Big Firms May Miss DOL's 2017 Fiduciary Rule Deadline", <u>Financial Advisor IQ</u>, July 25, 2016

"PIEtech℠, Inc. Releases Best Interest Scout™ – the First Tool Available to Help Firms Meet the DOL/Best Interest Standard Requirements", <u>pressreleaserocket.net</u>, July 21, 2016

"Money Managers With In-House 401(k) Plan Options at Risk of Employee Lawsuits:  Lawyers", <u>Investment News</u>, July 20, 2016

"DOL Tweaks Fiduciary Rule; Plan Sponsors Struggle to Comply", <u>BNA Pension and Benefits Blog</u>, July 15, 2016

"Call It A Trend: Lawyers Go After 401(k) Fees", <u>Pension360</u>, July 11, 2016

"Lawyers Target 401(k) Fees", <u>Yahoo! Finance</u>, July 11, 2016

"Your 401(k) Fees are Attracting More Attention – From Lawyers", <u>St. Louis Post-Dispatch</u>, July 9, 2016

"401(k) Fees are Attracting More Attention – From Lawyers", <u>Employee Benefit Adviser</u>, July 8, 2016

"Your 401(k) Fees Are Attracting More Attention – From Lawyers", <u>Bloomberg Financial</u>, July 8, 2016

"Dismissal of Small 401(k) Plan Excessive-Fee Lawsuit 'Highly Atypical' ", <u>Investment News</u>, July 1, 2016

"PIEtech[SM] , Inc., Creators of MoneyGuidePro®, Share DOL Opinion Letter from Expert Law Firm to Help Advisors", <u>PR Web</u>, June 29, 2016

"DOL Fiduciary Rule Will Nudge 401(k) Advisers to Zero-Revenue-Share Fund Lineups", <u>Investment News</u>, June 28, 2016

"Fidelity 401(k) Lawsuit Could up Ante for Plan Advisers", <u>investmentnews.com</u>, June 6, 2016

"Lawsuit Against DOL Fiduciary Rule Seen as "Weak" by Some Observers", <u>investmentnews.com</u>, June 2, 2016

"The New Fiduciary Rule", <u>planadviser.com</u>, May/June 2016

"Marcia Wagner Explains the DOL Rule", <u>Retirement Income Journal</u>, May 26, 2016

"401(k) Plan Sponsors Are Focused on Fees", <u>shrm.org</u>, May 25, 2016

"Fiduciary Rule's Grandfather Provision:  Friend or Foe?", <u>financialadvisoriq.com</u>, May 24, 2016

"Retirement Won't be Comfortable for Many Retirees", <u>marketplace.org</u>, May 23, 2016

"Excessive-Fee Suit Targeting $9 million 401(k) Plan Could be 'Harbinger' for Industry", <u>investmentnews.com</u>, May 23, 2016

"Don't Let the DOL Fiduciary Rule's Grandfathering Provision Trip You Up", <u>Investment News</u>, May 20, 2016

"Planning Ahead", <u>Financial Advisor</u>, May 2016

"How the DOL Brought the IRS Wolf to the RIA Door with its 'Rule' - Think IRAs, <u>RIABiz</u>, May 13, 2016

"Ethical Considerations; Understanding the Limitations With Which Advisers Operate", <u>PlanSponsor</u>, May 2016

"Understanding The Fiduciary Rule's Best Interest Contract Exemption", <u>fa-mag.com</u>, May 6, 2016

"Lousy 401(k) Plans May Spark More Lawsuits", <u>Cnbc.com</u>, April 2016

"Cooley:  Fiduciary Rule Better Protects Investor Interests", <u>Morningstar</u>, April 26, 2016

"Final DOL Fiduciary Rule is More Workable but Still Burdensome, Lawyers Say", <u>Structured Products Daily (The Prospect News)</u>, April 11, 2016

"Department of Labor Retirement 'Fiduciary' Rule", <u>Waltonian</u>, April 10, 2016

"KPAs and the Fiduciary Reg:  Three Warnings and Three Wins", <u>The 401k Wire</u>, April 8, 2016

"The Final Fiduciary Rule: What do Plan Sponsors Need to Know", <u>Bloomberg BNA Pension and Benefits Blog</u>, April 8, 2016

"Don't be an April 401(k) Fool", <u>The 401k Wire</u>, April 8, 2016

"How 401(k) Plan Advisers Win Under the Final DOL Fiduciary Rule", <u>Investment News</u>, April 7, 2016

"DOL Rule Gets (Initially) Warm Reception", <u>Ignites.com</u>, April 7, 2016

"Don't Be an April 401(k) Fool", <u>401kwire.com</u>, March 31, 2016

"RIAs: The DOL Is Coming for You, Too", <u>WealthManagement.com</u>, March 29, 2016

"Deutsche Bank May Lose Key Power to Run Pension Assets", <u>Barron's</u>, March 5, 2016

"How to Pay School Loans and Save for Retirement at the Same Time", <u>Bloomberg Business</u>, March 2, 2016

"Grandfathering of Assets Under DOL Fiduciary Proposal, Explained", <u>wealthmanagement.com</u>, February 24, 2016

"Words of Advice:  The Various Roles of an Adviser", <u>PlanSponsor</u>, February 2016

"Saving for Retirement? What to watch out for in 2016", <u>Yahoo! Finance</u> (Canada*)*, January 19, 2016

"Saving for Retirement? What to Watch Out for in 2016", <u>Market Watch</u>, January 18, 2016

"Washington Update:  New DOL and Governmental Initiatives - Financial Advisor IQ", <u>Financial Times</u>, January 12, 2016

"Lawsuit Alleges Anthem 401(k) Plan Exposed Participants to Higher Fees", <u>The Wall Street Journal</u>, January 8, 2016

"New 401(k) Suit Targets Vanguard Fund Fees", <u>Investment News</u>, January 5, 2016

"Does the Intel Retirement Plans Case Have Merit?", <u>plansponsor.com</u>, November 6, 2015

"Boeing Settles 401(k) Suit for Near-Record $57 Million", <u>Investment News</u>, November 5, 2015

"A New Lawsuit Over Fund Fees - Will this one work?", <u>Morningstar.com</u>, October 20, 2015

"Stealing the FPA Show 'Rock Star' Marcia Wagner Sounds Four-Alarm Fire Drill on DOL's Onrushing Fiduciary Rule", <u>RIA Biz Magazine</u>, October 2, 2015

"PANC 2015:  Participant Advice", <u>planadviser.com</u>, October 2, 2015

"Boeing Settlement Underscores Advisers' 401(k) Responsibility", <u>Investment News</u>, August 27, 2015

"Addressing Retirement Plan Data Security", <u>plansponsor.com</u>, June 25, 2015

"Is Your Advisor a Fiduciary? Chances Are, You Have No Idea", <u>CNBC</u>, June 17, 2015

"IRS Clarifies ACA Reporting Requirements for Large Employers", <u>benefitnews.com</u>, June 9, 2015

"U.S. Solicitor General's Recommendation Doesn't Spell End to RJR Suit", <u>Pensions & Investments</u>, June 9, 2015

"Are Automatic 401(k) Plan Features Violating Patents?", <u>The Wall Street Journal</u>, June 9, 2015

"PSNC 2015: The Regulatory Environment", <u>plansponsor.com</u>, June 2, 2015

"403(b) Lawsuit Shows Opportunity for Recordkeepers", <u>Ignites</u>, June 1, 2015

"Reported Wells Fargo-Financial Engines Deal May Ease Rollover Harvest - For Now, Say Experts", <u>Investment News</u>, May 28, 2015

"ERISA Experts Weigh in on Tibble Victory", <u>BenefitsPro</u>, May 22, 2015

"Lessons for Advisers from Supreme Court's Decision on 401(k) Excessive Fees Lawsuit", <u>Investment News</u>, May 20, 2015

"Supreme Court Focusing on Retirement Responsibility", <u>Insurance News Net</u>, May 19, 2015

"Supreme Court: Employers Must Monitor 401(k) Plans", <u>marketplace.org</u>, May 19, 2015

"Supreme Court Hands 401(k) Investors a Victory", <u>forbes.com</u>, May 19, 2015

"Court Makes it Easier to Sue Over 401(k) Retirement Plans", <u>USA Today</u>, May 18, 2015

"Supreme Court Hands Down Decision in Key 401(k) Lawsuit", <u>Investment News</u>, May 18, 2015

"ERISA Lawyers Mull Same-Sex Marriage Case; Plan Sponsors Hoping for Uniformity, Clarity", <u>Bloomberg BNA Pension and Benefits Blog</u>, May 1, 2015

"New Fiduciary Rule Could Cover Insurance Agents", <u>insurancenewsnet.com</u>, April 21, 2015

"Here's How the DOL's New Fiduciary Rule Could Impact Insurance Agents", <u>ibamag.com</u>, April 20, 2015

"Face Squeezed Margins, More Litigation From DOL Fiduciary Rule", <u>fundaction.com</u>, April 20, 2015

"Expect Tumult for Broker-Dealers if DOL Fiduciary Plan Goes Through", <u>Investment News</u>, April 15, 2015

"Preparing for Changes", <u>Investment News</u>, March 23, 2015

"Excessive-fee Lawsuit to Result in Major Changes", <u>Investment News</u>, March 2, 2015

"Flood of 401(k) suits expected if Tibble Prevails", BenefitsPro, February 23, 2015

"We're Living Longer — Get Ready to Pay for It", ThinkAdvisor.com, February 9, 2015

"What Should You Be Afraid Of In Obama's Budget?", 401kWire.com, February 6, 2015

"Financial Planning Issues Wrapped into Government Spending Bill?", Investment News, December 8, 2014

"Rollovers of 401(k)s into Pension Plans Gets Government Agency Backing", Investment News,  November 26, 2014

"A Multitude of Threats to Retirement System", BenefitsPro, October 16, 2014

"Supreme Court Decision on Landmark 401(k) Fee Case Could Have Domino Effect", Investment News, October 6, 2014

"Berkshire Hathaway Sued Over Cuts to 401(k) Match", Ignites.com, September 9, 2014

"Patent Troll Sues Financial Engines", 401(k) Wire, August 11, 2014

"Lawsuit against Financial Engines a Red Flag for Plan Sponsors", Investment News, August 11, 2014

"Retained Asset Accounts Under ERISA Allowed", Massachusetts Lawyers Weekly, July 16, 2014

"How Tax Reform Could Affect Retirement Plans", PlanAdviser.com, July 15, 2014

"How Tax Reform Could Affect Retirement Plans", PlanSponsor.com, July 15, 2014

"Retained Asset Accounts Under ERISA Allowed", Massachusetts Lawyers Weekly, July 24, 2014

"End of Prudence Presumption Raising Employer Stock Questions", Pensions & Investments, July 7, 2014

"The Supreme Court Just Saved Investors from Themselves", time.com, June 25, 2014

"Advisors Vexed On Annuities' Fiduciary Risk", <u>Financial Advisor</u>, June 2, 2014

"Old, Fired at IBM:  Trendsetter Offers Workers Arbitration", <u>Bloomberg.com</u>, May 12, 2014

"Time is On Your Side.  Yes it Is", <u>Plansponsor</u> magazine, Year in Review 2013 edition

"Open Letter to DOL:  Fix Fee Disclosure Faux Pas Now", <u>benefitspro.com</u>, December 18, 2013

"Exclusive Interview:  Omnipresent Marcia Wagner on All Things ERISA", <u>fiduciarynews.com</u>, December 17, 2013

"DOL:  Aggressive as ever under Perez", <u>benefitsPro.com</u>, November 5, 2013

"Wagner Warns of a 401(k) Inflection Point", <u>401(k)Wire.com</u>, October 7, 2013

"1st Circuit:  ERISA Case Subject to De Novo Review", <u>Massachusetts Lawyers Weekly</u>, September 2, 2013

"Hutcheson's Tumble Offers Lessons", <u>Investment News</u>, August 11, 2013

"Letter to 6,000 401(k) Sponsors Has Advisers Doing Damage Control", <u>Investment News</u>, July 18, 2013

"Health Care Reform:  Procrastinate No More", <u>Entrepreneur.com</u>, July 17, 2013

"Wagner Law Names Welfare Benefits Head", <u>Planadviser.com</u>, July 9, 2013

"Marcia Wagner Welcomes Nationally Recognized Roberta Casper Watson to The Wagner Law Group", <u>The Wall Street Journal</u>, July 1, 2013

"Fiduciary Matters", <u>Financial Advisor</u>, May 2013

"Wagner Law Group Welcomes Senior Counsel Guy B. Maxfield", <u>The Wall Street Journal</u>, April 23, 2013

"DOL Smacks 401k Adviser for 12b-1 Fiduciary Breach.  Plan Sponsors Next?", <u>FiduciaryNews</u>, March 26, 2013

"Regulatory and Legal DC Issues for 2013", <u>NewsDash</u>, March 7, 2013

"Footnote Offers Toehold in to Rollover Business, But Snares Abound", InvestmentNews, March 5, 2013

"Legal Eagle Wagner Predicts an Auto-IRA Push if Obama Wins", The 401(k) Wire, October 26, 2012

"DOL Does Turnaround, Backs off Controversial Borkerage Window Provisions", InvestmentNews, July 30, 2012

"Labor Department Drops Brokerage Window Provisions", Pension&Investments, July 30, 2012

"The Next Opponent for Wall Street Banks?  Their Own Employees", InvestNews.com, July 10, 2012

"New Deadline Looms for Retirement Plan Fee Disclosure", InvestNews.com, July 2, 2012

"DC Industry Frets Over Brokerage Issue, Claims It's a Rule in Disguise", Pension & Investments, June 11, 2012

"The DOL Speaks and MEPsters Hope For More", The401kwire, May 31, 2012

"Hutcheson Case Highlights Risks for Advisers", InvestmentNews.com, April 22, 2012

"In an Apparent First, a Public Pension Plan Files for Bankruptcy", InvestmentNews.com, April 19, 2012

"Retirement Fund Fees Squeezed By Disclosure Rules", Bloomberg.com, January 5, 2012

"Retirement Plan Brokers Outsource Fiduciary Duties", InvestmentNews.com, January 3, 2012

"State Struggle to Meet Demand of Public Pensions", TexasInsider.org, December 21, 2011

"Probe of High-Profile 401(k) Fiduciary Advocate Could Cost Advisers Business", InvestmentNews.com, November 10, 2011

"Déjà vu:  The Advice Regs Are Here, Now What?", The 401kWire, October 25, 2011

"Government:  401k Fee Disclosures May be Electronic", BismarckTribune.com, September 13, 2011

"Great-west, Lincoln Trust Jump on Plan and Participant Fee Disclosures", InvestmentNews.com, August 15, 2011

"Phyllis Borzi:  Protecting the Everyman's Benefits", InvestmentNews.com, June 12, 2011

"More Workers Borrowing Against Their Future, Threatening Retirement Security With 401(k) Loans", therepublic.com, June 7, 2011

"How Do I Pay Thee?  Let Me Count the Ways", porticowealth.com, May 17, 2011

"3 Myths About 401(k) Plans; Fidelity Reports All-Time High", foxbusiness.com, May 12, 2011

"The State of Pensions", cnbc.com, May 5, 2011

"States Increasingly Turn to 401(k)s to Replace Pension Plans", FoxNews.com, April 5, 2011

"Higher Taxes Loom for 401(k) Savers", The Wall Street Journal, March 28, 2011

"Nuns Take O'Malley to Court Over Pensions", The Boston Globe, March 21, 2011

"New Jersey Asks IRS for a Look at Pension Funds", nj.com, March 20, 2011

"Wish You Had a Pension", Forbes.com, March 8, 2011

"State Street Sec-Lending Revenue Drops, Lawsuits Percolate", ignites.com, March 1, 2011

"Retirement Advice:  What You Get for Free", smartmoney.com, February 16, 2011

"Hotel Health Care Compliance, One Step at a Time", hotelnewsnow.com, February 11, 2011

"DOL Pension Proposal Could Rock Fund Firms", InvestmentNews.com, February 7, 2011

"The Mixed Riches of Retirement Plans", Reuters Wealth Management, February 2, 2011

"The Economy in 2010:  Stories You May Have Missed", pbs.org/newshour, December 30, 2010

"Industry Execs Laud Latest Target-Date Proposal", Pension & Investments, December 8, 2010

"Labor Department Proposes Target Date 401(k) Rules", cnbc.com and abcnews.com, November 29, 2010

"PlanAdviser National Conference 2010:  Keeping Up With D.C.", PlanAdviser.com, October 4, 2010

"I'll Work Till I Die:  Older Workers Say No to Retirement", CNNMoney.com, September 28, 2010

"Worker Contributions to U.S. Health Premiums Jump 14%, Kaiser Survey Says", Bloomberg.com, September 2, 2010

"Target Date Turnover Troubles Big Firms", InvestmentNews.com, August 29, 2010

"Legislation Could Limit Use of Swaps", Employee Benefit News, August 1, 2010

"Employee Suits Alleging Excessive 401(k) Fees Gain Ground", Los Angeles Times, July 28, 2010

"Overall Response to Fee Rule Positive, Unbundling Requirement Biggest Challenge", BNA Pension and Benefits Reporter, July 21, 2010

"Lawsuits Over 401(k) Fees Driving Costs Down", Associated Press, July 20, 2010

"Retirement Plan Providers to Disclose Compensation", Dow Jones Newswires, July 14, 2010

"IRS Advisory Committee Recommends Changes to Determination Letter Process", CCH Pension, July 9, 2010

"Avoid Big 401(k) Changes as Stocks Swing", TheStreet.com, June 28, 2010

"Target Fund Rules May Mean 401(k) Changes", InvestmentNews, June 27, 2010

"States Struggle to Meet Demand of Public Pensions", The Fiscal Times, June 22, 2010

"Target Date Fund Disclosure Plan Falls Short of the Mark, Say Critics", InvestmentNews, June 17, 2010

"Advisory Panel Recommends Retirement Plan Changes", Tax Notes, June 14, 2010

"Expert:  New FedEx Policy on Benefits for Same-Sex Partners Passes Legal Tests", The Commercial Appeal, May 25, 2010

"401(k) Providers Brace for New Fee Disclosure Regs", InvestmentNews, May 19, 2010

"Labor Department Takes First Step in Regulation of Target Date Funds", InvestmentNews, May 7, 2010

"Health Care Reform Will Impact Most Employers", IAPP, May 3, 2010

"Labor Department Inches Closer to Providing Target Date Guidance", InvestmentNews, April 28, 2010

"Health Reform Changes for Employees Could Start Immediately", IFAwebnews.com, April 13, 2010

"Judge Boots Sec Lending Case Against State Street", Ignites, March 29, 2010
"Rep or Fiduciary?  Labor Department Says, 'Choose'", InvestmentNews, March 15, 2010

"Practice Management:  New Rules Likely To Shake Up IRA Advice", DowJones Newswires, March 3, 2010

"Industry Eyes Lawsuits Over Pension Investment", FT.com, January 12, 2010

"ERISA Litigation Affects Plan Administration:  An Interview With Marcia S. Wagner, Esq.", 401(k) Advisor, December 2009

"He Gets Riled About Risk", InvestmentNews, December 14, 2009

"U.S. Labor Department Further Extends Effective Date of Rules on Investment Advice", U.S. Department of Labor News Release, November 23, 2009

"Senate to Address Conflicts in Proprietary Target Funds", Investmentnews.com, October 27, 2009

"No Changes Needed to ERISA", Fundaction.com, October 12, 2009

"Practice Management:  Retirement Plan Rules Help Independents", Dow Jones Newswires, September 16, 2009

"Labor Department Drops Bush Administration Proposed Retirement Advice Rule", Dow Jones Newswires, September 14, 2009

"Practice Management:  Bills Could Shake Up Retirement Industry", Dow Jones Newswires, June 16, 2009

"Compliance Watch:  Watch What You Say About Retirement", <u>Dow Jones Newswires</u>, April 21, 2009

"Target-Date Funds Could Fall Under ERISA", <u>Pension & Investments</u>, April 20, 2009

"Fiduciary Responsibility:  DOL's Advice Rule Would Devastate 401(k) Plan Savings", <u>Pension & Benefits Daily</u>, March 12, 2009

"Seen and Heard:  Rollovers and Reptiles Take Center Stage at CFDD", <u>The401kWire.com</u>, October 20, 2008

"Crucial Court Case May Spur 401(k) Lawsuits", <u>InvestmentNews</u>, October 14, 2008

"Putnam Event Draws Golden DC Advisors, Thought Leaders", <u>The401kWire.com</u>, June 17, 2008

"State Street Subprime Damages May Reach 12 Times Reserve Amount", <u>Bloomberg.com</u>, May 8, 2008

"Fiduciary Principles Should Apply In Selecting and Monitoring Target Funds", <u>Pension & Benefits Daily</u>, March 17, 2008

"Speakers Oppose Proposed Changes to Treatment of Insurance in Deferred Compensation", <u>Tax Analysts</u>, December 7, 2007

"Proposal Undercuts Retirement Savings of the Disabled, Speakers Tell IRS Panel", <u>Pension & Benefits Daily</u>, December 7, 2007

"Practitioners to Tell IRS Proposed Rule is Adverse to Retirement Income of Disabled", <u>Pension & Benefits Daily</u>, December 5, 2007

"Providers Said to Weigh QDIA-Only Platform", <u>Defined Contribution & Savings Plan Alert</u>, November 12, 2007

"Understanding Exposure Changing Roles, Lawsuits May Point to Increase in Liability for Advisers", <u>InvestmentNews</u>, November 12, 2007

"Going the Distance for Health Savings", <u>HR Magazine</u>, March 2007

"Morgan Execs Back Off Plan to Switch Out of Own Fund", <u>Pensions and Investments</u>, April 5, 2004

"The Shame of Mutual Funds", <u>Newsweek</u>, September 29, 2003

"Institutions Ready to Pull the Plug if Claims are True", <u>Pensions and Investments</u>, September 15, 2003

"Attorney Claims Combs Changed Mind on Fiduciary Restrictions", <u>Pensions and Investments</u>, September 1, 2003

"Advice and Dissent", <u>Institutional Investor</u>, March 2002

"Attorneys Can Put More Money Tax-Free into Retirement Plans", <u>Lawyers Weekly USA</u>, July 2001

"Law Firms, Other Businesses Must Revise Retirement Plans", <u>Lawyers Weekly USA</u>, May 2001

"Counsel Fees in ERISA Case Denied by Judge", <u>Massachusetts Lawyers Weekly</u>, October 25, 1999

"Keogh Panic", <u>Forbes</u>, August 10, 1998

"TCW Wins Approval to Advise 401(k) Clients", <u>The New York Times</u>, November 2, 1997

"TCW Gets Permission from Labor Department to Give 401(k) Advice", <u>Bloomberg, L.P.</u>, October 1997

**Seminars and Presented Papers**

"Catching Up On Cryptocurrency", Practising Law Institute's ERISA Plan Investments in Financial Markets 2022: The Fundamentals Program (Marcia presented virtually) March 22, 2022

2022 TE/GE Council Employee Plans Annual Meeting (Marcia presented virtually) February 24, 2022

"Cybersecurity Guidance from DOL" (Marcia presented virtually) Webinar for HUB International, October 20, 2021

"Tidbits for Employment Lawyers", (Marcia presented virtually) NELA/NY Fall Virtual Conference on Representing Employees, October 1, 2021

"Institutional Investor's Retirement Plan Advisors Summit", (Marcia presented virtually) September 23, 2021

"2021 Fiduciary Excellence Forum", (Marcia participated virtually and was on a panel with other individuals) March 24, 2021

"Qualified Domestic Relations Orders", Massachusetts Continuing Legal Education (MCLE) Seminar: Pensions & QDROs, December 9, 2020 (Boston, MA)

"COBRA Notice Litigation", ACI's 18th Annual ERISA Litigation Conference, November 19, 2020 (New York, New York)

"Anti-Assignment", American Conference Institute (ACI) ERISA Litigation Conference, November 22, 2019 (New York, NY)

"ERISA Litigation Affecting Defined Benefit Plans", 2019 Annual Enrolled Actuaries Meeting, April 7 - 10, 2019 (Washington, D.C.)

"Legislative and Regulatory Update – Find Out What You Don't Know?", Pensions & Investments Conference, April 4, 2019 (Dallas, Texas)

"Do You Know What You Don't Know?", Pension & Investments DC Investment Lineup, April 4, 2019 (Dallas, Texas)

"IRS Audits of Employee Benefit Plans: Audit CAP", Strafford CLE Webinar, November 14, 2018

"The Future of the Retirement Industry", Webinar, September 7, 2018

"Common Audit Issues and What Do Benefits Professionals Need to Know About Tax Reform?", ASPPA Benefits Council (ABC) of New England, September 6, 2018 (Waltham, MA)

"Benefits Legislation – Existing and Proposed", Millennium Partners Client Appreciation Event, August 23, 2018 (Newport, Rhode Island)

"Top Ten Retirement Plan Administration Mistakes? What They Are, Why They Happen & How To Fix Them!", Podcast for 401(k)fridays.com, June 2018

"What Do Benefits Professionals Need to Know About Tax Reform?", 2018 BPAS Partner Conference, June 13, 2018 (Philadelphia, Pennsylvania)

"Common Audit Issues", Society of Financial Services Professionals of New York City Chapter Lunch & Learn Event, May 23, 2018 (New York, NY)

Raymond James Retirement Plan Advisory Council Meeting, January 19, 2018 (St. Petersburg, Florida)

"ERISA Considerations for Employment Attorneys", MCLE: 20th Annual Employment Law Conference 2017, December 8, 2018 (Boston, MA)

"Legal Issues and Improvement Opportunities in Retirement Plans", Webinar for SNL Knowledge Center, a Division of S&P Global Market Intelligence, October 31, 2017

"Washington Update", Co-Speaker at the 2017 PLANADVISER National Conference, October 11-13, 2017 (Orlando, Florida)

"DOL Fiduciary Rule: Impact on Retirement Plan Sponsors, Plan Advisers and Service Providers", Webinar for Strafford, September 28, 2017

"IA Watch's "Commitment to Compliance" Conference", September 18, 2017 (Boston, MA)

"The Impact of the New Fiduciary Rule", Webinar for Retirement Experts Network, August 08, 2017

"ERISA Revenue Sharing Arrangements:  Avoiding Plan Asset Status, Complying With Due Diligence Requirements," Webinar for Stafford Live CLE Webinars, July 18, 2017

"Boston Business Women's 2017 BE BOLD Conference", The Wagner Law Group, sponsor, and Marcia S. Wagner, speaker, May 17, 2017, (Boston, MA)

"The New Fiduciary Rule:  What Do You Need to Know and Do Know?", Morningstar Institutional Conference, March 9, 2017 (San Antonio, Texas)

"The New Fiduciary Rules:  What Do You Need to Know and Do Know?", Webinar for IMCA International, January 31, 2017

"DOL Fiduciary Rule – "Real Life Impacts to Your Practice", GRP Advisor Alliance National Conference, January 28, 2017 (Phoenix, AZ)

"Regulation, Legislation and Litigation Concerning the Retirement Plan Industry:  The Legal and Political Arena for 2017", The DCIO Leadership Summit, January 24, 2017 (Boston, Massachusetts)

"The New DOL Fiduciary Rules: What Do You Need to Know and Do Now?", Webinar for AI Insight, January 12, 2017

"DOL Fiduciary Rule Presentation – 2016 BDC Closed-End Fund and Private Equity Due Diligence Meeting", sponsored by Snyder Kearney LLC, December 13, 2016, (Miami Beach, FL)

Fiduciary Facebook Live – Marcia Wagner interviewed live on Facebook along with Department of Labor Assistant Secretary Timothy Hauser, sponsored by MarketWatch, December 8, 2016

"CSC SNL 401(k) Webinar", Webinar for Commerce Street Capital, October 13, 2016

"The New Fiduciary Rules:  What Do You Need to Know and Do Now?", 2016 Envestnet Alliance Executive Summit, September 29, 2016 (Charleston, South Carolina)

"IRA Rollovers:  Aggregate, Segregate, Document, Communicate, and Education", Envestnet Retirement Symposium, September 28, 2016 (Chicago, Illinois)

"DOL Landscape:  Challenges and Opportunities", Envestnet Retirement Symposium, September 27, 2016 (Chicago, Illinois)

"The New Fiduciary Rule:  What Do You Need to Know and Do Now?", ADISA 2016 Annual Conference & Trade Show, September 26, 2016 (Las Vegas, Nevada)

"Fiduciary Developments Affecting 403(b) Plans – What Do You Need to Know?", Webinar for Heffernan Retirement Services, September 23, 2016

"The New Fiduciary Rules:  What Do You Need to Know and Do Now?", Vestmark Client Summit, September 23, 2016 (Boston, MA)

"The New Fiduciary Rules:  What Do You Need to Know and Do Now?", New Orleans Estate Planning Council Meeting, September 19, 2016 (New Orleans, Louisiana)

"The New DOL Fiduciary Rule and Government Initiatives", 2016 FPA Fall Annual Conference, September 16, 2016 (Baltimore, Maryland)

"The New Fiduciary Rules:  What Do You Need to Know and Do Now?", Think Advisor/The National Underwriter Company Webinar, August 24, 2016

"The New Fiduciary Rules:  What Do You Need to Know and Do Now?", Strafford New DOL Fiduciary Rule Webinar, August 23, 2016

"The Household Balance Sheet$^{SM}$ View and the New DOL Fiduciary Rule", RIIA Summer Conference, July 19, 2016 (Salem, MA)

"The Department of Labor's New Fiduciary Duty Rule:  How Your Business Must Change – Beyond the BICE", July 18, 2016 (New York, NY)

"So You Think You Know the Fiduciary Rule?" LIMRA Virtual Town Hall Webinar, July 12, 2016

"Survival – With Marcia Wagner of The Wagner Law Group", Podcast for LeftFoot, June 23, 2016

"The New Fiduciary Rules:  What Do You Need to Know and Do Now?", Webinar for BayState Financial, May 31, 2016

"The New Fiduciary Rules:  What Do You Need to Know and Do Now?", Webinar for MoneyGuidePro, May 25, 2016

"The New Fiduciary Rules:  What Do You Need To Know?", Webinar for Association of Corporate Counsel, May 25, 2016

"The New Fiduciary Rules:  What Do You Need to Know and Do Now?", 2016 PIE Symposium, May 12, 2016 (Charleston, South Carolina)

"The New Fiduciary Rules:  What Do TPAs Need to Know and Do Now?", Webinar for National Institute of Pension Administrators (NIPA), May 10, 2016

"The New Fiduciary Rules:  What Do You Need to Know and Do Now?", Webinar for Principal, May 4, 2016

"The New Fiduciary Rules:  What Do You Need to Know and Do Now?", 2016 LIMRA LOMA Secure Retirement Institute DOL Fiduciary Rule Symposium, May 3, 2016 (Boston, MA)

"The New Fiduciary Rules:  What Do You Need to Know and Do Now?", Webinar, April 20, 2016

"The New Fiduciary Rules:  What Do You Need to Know and Do Now?", Webinar with Kevin Knull, CFP, MoneyGuide Pro, April 19, 2016

Spoke at Conference of Consulting Actuaries, April 12, 2016 (Washington, DC)

"The Fiduciary Rule:  What Are the Practical Implications, What Should You Have Done Yesterday and What Should You Do Now?", Webinar with Kevin Knull, CFP, MoneyGuide Pro, March 24, 2016

"Your ERISA Attorney Isn't Going Anywhere Anytime Soon", Pensions & Investments 2016 East Coast Defined Contribution Conference, March 8, 2016 (Miami, Florida)

"Washington Update:  New DOL and Governmental Initiatives", AXA 401(k) Producer Summit, March 7, 2016 (Santa Monica, California)

"Avoiding A Fiduciary Trap in Your Call Center", Webinar, February 25, 2016

"Washington Update:  New DOL and Governmental Initiatives", DCIO Best Practices Summit (Financial Research Associates), January 28, 2016 (Boston, Massachusetts)

"How Will Washington DC Affect Your Plans? A Regulatory Update From the Hill", Northern Trust - Boston DC Investor Event, January 27, 2016 (Boston, Massachusetts)

"Washington Update:  New DOL and Governmental Initiatives", 2016 AXA Western Pension Conference, January 26, 2016 (Las Vegas, Nevada)

"Washington Update:  New DOL and Governmental Initiatives", Financial Planning Association of Central Florida Symposium, January 25, 2016 (Lake Mary, Florida)

"401(k) Plan Nondiscrimination Testing:  Guidance for Employee Benefits Counsel", ERISA Webinar for Strafford Publications, Inc., January 13, 2016

"Washington Update: New DOL and Governmental Initiatives" WisdomTree Asset Management Meeting, January 5, 2016 (Miami, Florida)

"Washington Update: New DOL and Governmental Initiatives", The MarketCounsel Summit 2015, December 9, 2015 (Miami, Florida)

"Pension Benefits Considerations for Multinational Companies: Cross-Border Issues in the Global Economy", 2015 HLB North American Tax Conference and U.S Audit Group Meeting, December 4, 2015 (Coral Gables, Florida)

"Washington Update: New DOL and Governmental Initiatives", 401(k) Coach Big Idea Focus Group, December 3, 2015 (New Orleans, Louisiana)

"Thinking Outside The Box:  Is It Dangerous For You & Your Plan?", Defined Contribution Summit, November 17, 2015 (New York, New York)

"(Almost) Everything You Need to Know About PEOs", 2015 ASPPA Annual Conference, October 20, 2015 (National Harbor, Maryland)

"DOL's Fiduciary Rule & Rollovers", 2015 PlanAdviser National Conference, September 29, 2015 (Orlando, Florida)

"Washington Update:  New DOL and Governmental Initiatives", National Association for Financial Planners Conference, September 28, 2015 (Boston, Massachusetts)

"Newly Proposed DOL Fiduciary Rule:  Moving to a Universal Fiduciary Standard", Webinar for 401(k) Coach, August 25, 2015

"Newly Proposed DOL Fiduciary Rule:  Moving to a Universal Fiduciary Standard", Center for Retirement Research at Boston College, July 27, 2015 (Boston, Massachusetts)

"Newly Proposed DOL Fiduciary Rule:  Moving to a Universal Fiduciary Standard", LPL Financial Focus 2015 Conference, July, 26, 2015 (Boston, Massachusetts)

"Real Success – In Business and Life", "My Experience Starting A Business in the Retirement Plan Industry" and "Presentation to ASPPA Women Business Leaders Forum", ASPPA Women Business Leaders Forum, June 8, 2015 (Charleston, South Carolina)

"Talking Points", Plan Sponsor National Conference, June 2, 2015 (Chicago, Illinois)

"Customized Models for 3(16) Fiduciaries", 2015 TPA Partners Conference, May 13, 2015 (Tucson, Arizona)

"Newly Proposed DOL Fiduciary Rule:  Webinar for Moving to a Universal Fiduciary Standard", ERISA & Investment Management Law, April 29, 2015

"ERISA Revenue Sharing Arrangements:  Avoiding Plan Asset Status, Complying With Due Diligence Requirements", Webinar for Stafford Publications, Inc., March 11, 2015

"Clouds on the Horizon as ERISA Turns 40", BNA/Bloomberg Tax Advisory Meeting, November 20, 2014 (Washington, DC)

"Important Pension Changes – Washington & Regulatory Update", Charles Schwab Impact 2014 Conference, November 5, 2014 (Denver, Colorado)

"ERISA Compliance & Errors:  Top Ten Mistakes from an Auditor/CPA Perspective", 2014 CFDD Conference, October 17, 2014 (San Antonio, Texas)

"Transformation of Active Management in DC Plans New Active Investment Solutions", 2014 CFDD Conference, October 16, 2014 (San Antonio, Texas)

"Participant Advice & The Brokerage Window", 2014 CFDD Conference, October 16, 2014 (San Antonio, Texas)

"State & Federal Threats to the Private Retirement System", 2014 CFDD Conference, October 16, 2014 (San Antonio, Texas)

"HSAs & Retirement Plan Advisors:  A Legal, Fiduciary & Best Practices Perspective", 2014 CFDD Conference, October 14, 2014 (San Antonio, Texas)

"ERISA Landscape - Plan Sponsor Issues Caring for Participants", Envestnet Retirement Symposium, September 24, 2014 (Chicago, IL)

"Recent ERISA Litigation and Related Title I Issues", Webinar for Bloomberg BNA, August 26, 2014

"Enhanced Service Opportunities Related to ERISA Plans", HA&W Wealth Management LLC, August 5, 2014 (Atlanta, Georgia)

"Critical Pension Changes from D.C. – What Do You Need to Know?",
Retirement Alliance Annual Summit, July 16, 2014 (Meredith, New
Hampshire)

"Critical Pension Changes from D.C. – What Do You Need to Know?",
Janney Montgomery Retirement Meeting, June 26, 2014 (Baltimore,
Maryland)

"Critical Pension Changes from D.C. – What Do You Need to Know",
Presentations for John Hancock Financial Services, June 16, 2014
(Salt Lake City, Utah)

"Retirement Plan Game Changers:  What Advisors Need To Know",
Commonwealth Retirement Symposium, June 3, 2014 (Boston, MA)

"ERISA Compliance and Errors – Top Ten Mistakes", CTCPA Employee
Benefit Plans Conference, May 20, 2014 (Rocky Hill, Connecticut)

"Critical Pension Changes from D.C. – What Do You Need to Know?",
Strategic Pension Services, LLC Advanced Advisor Symposium, May 8,
2014 (Poughkeepsie, New York)

"What the Next Few Years Hold for 401(k) Plans and Retirement Savings
and What It Means for Advisors and Their Clients", ICMAs 2014 Annual
Conference, May 5, 2014 (Boston, MA)

Workshop 1:  "Longevity Planning in Retirement Plans";
"General Session 2: Legal Panel" (panel discussion), 2014 NAPA 401(k)
SummitNew, March 23, 2014, (New Orleans, Louisiana)

"The Do's, Don'ts and Best Practices for 3(16), 3(21) and 3(38) Fiduciaries",
Webinar - Part 2-3(16), 3(21) and 3(38) for TransAmerica Retirement
Solutions, March 18, 2014

"ERISA Revenue-Sharing Arrangements: Due Diligence Process and
Alternative Pricing Models", Webinar for Strafford Publications, Inc., March
11, 2014

"ERISA Compliance and Errors – Top Ten Mistakes", 2013 AICPA
Employee Benefit Plans Accounting, December 12, 2013 (Washington DC)

"Advantages of Micro Defined Benefit Plans", Webinar for Dedicated
Defined Benefit Services, November 15, 2013

"Important Pension Changes from D.C. – Regulatory Update", Presentation
for Retirement Plan Administrators, LLC, November 14, 2013 (Atlanta,
Georgia)

"Legislative Update:  Year-End Review of Legal Changes Affecting Benefits Plans", Presentation for Legislative Update for Worldwide Employee Benefits, November 14, 2013(Atlanta, Georgia)

"Delivering Value in a Target-Date Dominated World", Webinar for PLANADVISER/Blackrock, November 13, 2013

"Important Pension Changes from D.C. – What Do You Need To Know?", Speaking Engagements for John Hancock Retirement Services (Sponsored by Legg Mason), November 13, 2013 (Boston, MA, Providence, RI and Newton, MA)

"Important Pension Changes from D.C. – What Do You Need To Know?", Speaking event for John Hancock Financial Services, October 15, 2013 (Charlotte, North Carolina)

"The Politics of Retirement – A Washington Update", Speaking event for Eaton Vance, October 10, 2013 (San Diego and Irvine, California)

"How Washington's Policy Initiatives Could Impact The Retirement Plans Industry" and "Custom Solutions: Legal, Compliance and Disclosure", 2013 CFDD Conference, October 7, 2013 (San Antonio, Texas)

"What Trustees In Bankruptcy Need To Know About Pension Plans", Webinar for PenChecks 2013 Expert Series, September 18, 2013

"Tax and Benefit Reform Proposals", PlanAdviser National Conference 2013, September 9, 2013 (Orlando, Florida)

"The Politics of Retirement – A Washington Update", Sii Investments National Sales Conference Friday, August 16, 2013 (Las Vegas, Nevada)

"ERISA Law Update", Retirement Alliance, Inc. 2013 Advisor Summit, July 22, 2013 (Meredith, NH)

"Complying With PPACA",Webinar, June 25, 2013

The New England Broker Dealer/Investment Adviser Association, Inc. (NEBDIAA) Panel Discussion, June 20, 2013 (Boston, MA)

"The Different Roles and Responsibilities of 3(16), 3(21) and 3(38) Fiduciaries", Webinar for Transamerica Speakers Bureau, June 18, 2013

"The Changing DC Landscape:  How Regulation Is Changing The Face Of The DC Plan", Inside Indexing Second Annual Conference 2013, June 17, 2013 (Boston, MA)

"A Plan Sponsor's Fiduciary Calling:  Improving the Retirement Readiness of Plan Participants", Webinar for LPL Financial, June 4, 2013

"Promoting and Evaluating The Success of Your Plan", Webinar for Legg Mason, May 30, 2013

"Important Pension Changes from D.C. – What Do You Need To Know?", Speaking Event for The Robertson Group, May 29, 2013 (Columbus and Dublin, Ohio)

"Important Pension Changes from D.C. – What Do You Need To Know?", Power Speaking Events for John Hancock Financial Network, May 28, 2013 (Troy & Bloomfield Hills, Michigan)

"Complying with PPACA", Webinar for SourceMedia, May 22, 2013

Black Rock DC Leaders Circle, May 20, 2013 (New York, New York)

"Target Date Funds and Plan Sponsor Responsibilities", Webinar for ByAllAccounts, May 16, 2013

Black Rock DC Leaders Circle, May 9, 2013 (San Francisco, California)

"The Politics of Retirement – A Washington Update", Precept Advisory Group, LLC, May 8, 2013 (Santa Clara, California)

"Target Date Funds and Plan Sponsor Responsibilities", Seminar for New England Employee Benefits Council, April 26, 2013 (Waltham, MA)

"Lifetime Income – Prudent Production Selection and Monitoring for Strong Outcomes", TIAA-CREF Client Forum 2013, April 24, 2013 (Marco Island, Florida)

"Important Pension Changes from D.C. – What Do You Need To Know?", John Hancock Financial Network, April 18, 2013 (Indianapolis, Indiana and Cincinnati, Ohio)

"Transferring the Margins on Retirement Plan Investments", Webinar for BPAS, April 9, 2013

"What do Corporate Counsel Need to Know about ERISA/Employee Benefits Matters?", Harvard Law School Association of Massachusetts and In-House Counsel Network, Harvard Law School, April 5, 2013 (Cambridge, MA)

"Best Practices for Producing and Managing Rollover Business – The Fiduciary Advisor's Rollover Toolkit", Webinar for 401(k) Coach Program, March 27, 2013

"Important Pension Changes from D.C. – What Do You Need To Know?", John Hancock Financial Network, March 20-21, 2013 (Chicago, Illinois)

"How Can You Accept Rollover Business From A 401(k) Plan" and "Legal Eagles", NAPA/ASPPA 401(k) Summit, March 4, 2013 (Las Vegas, Nevada)

"The Evolving ERISA Fiduciary Standard – What Do You Need To Know?", Webinar for ByAllAccounts, February 28, 2013

"Default Investments – Target Date Funds", Financial Research Associates, LLC 7th Annual Target-Date Funds Forum, February 26, 2013 (Boston, MA)

"Getting Ready for Fee Disclosures, DOL Audits and Other ERISA Issues", Workplace Benefits Renaissance Conference, February 12, 2013 (Atlantic City, New Jersey)

"Practitioner Viewpoint:  Turning the Tables – Practitioner Issues for DOL Consideration", Joint Meeting of the IRS TE/GE Councils, February 7, 2013 (Baltimore, Maryland)

"Important Pension Changes from D.C. – What Do You Need To Know?" and "The Politics of Retirement – A Washington Update", Two Presentations at UBS Fiduciary Forum, February 1, 2013 (Atlanta, GA)

"The Politics of Retirement – A Washington Update", Webinar for Eaton Vance, January 31, 2013

"Overview of ERISA" A Perspective on 401(k) Issues and Pitfalls for 2013", Webinar for One Capital Management, January 30, 2013

"The Politics of Retirement – A Washington Update", Financial Research Associates 6th Annual Profit-Driven Strategies in the DCIO Market, January 28, 2013 (Boston, MA)

"Retirement Plans – Current Developments & Common Myths", ASPPA Benefits Council New England, November 15, 2012 (Nashua, NH)

"Qualified Domestic Relations Orders", MCLE Program - Employment Compensation in Divorce Cases, November 12, 2012

"The Politics of Retirement – A Washington Update", Presentation for Eaton Vance, November 6, 2012 (Westlake, TX)

"The Politics of Retirement – A Washington Update", CFDD 2012 Advisor Conference, October 24, 2012 (Chicago, IL)

"Important Pension Changes from D.C. – What Do You Need To Know?", John Hancock Mixer Meetings, October 11, 2012 (Denver, CO)

"Round Table Discussion with Q&A", BlackRock DC Masters Circle, October 10, 2012 (New York, NY)

"The Fiduciary Adviser's Rollover Toolkit", Webinar for 401(k) Coach, October 9, 2012

"The Politics of Retirement – A Washington Update", Presentations for Eaton Vance, October 4, 2012 (San Jose and San Francisco, CA)

"The Politics of Retirement – A Washington Update", Presentations for Eaton Vance, October 3, 2012 (Denver, CO)

"Important Pension Changes from D.C. – What Do You Need To Know?", National Pension Consultants Study Group, September 28, 2012 (Charlestown, MA)

"Important Pension Changes from DC – What Do You Need To Know?", EANE Compensation & Benefits Conference, September 12, 2012 (Sturbridge, MA)

"The Politics of Retirement – A Washington Update", 2012 PLANADVISER National Conference, September 10, 2012 (Orlando, FL)

"The Politics of Retirement – A Washington Update", Presentations for Eaton Vance, August 28 and 29, 2012 (Atlanta, Georgia)

"The Politics of Retirement – A Washington Update", 2012 Raymond James Advanced Retirement Plan Symposium, August 16, 2012 (Boston, MA)

"The Politics of Retirement – A Washington Update", 2012 Retirement Alliance Advisor Summit, July 25, 2012 (Meredith, NH)

"Analyzing Emerging Fiduciary Law and Anticipating Its Impact on Investment Strategy", 2012 U.S. Pensions Summit, July 24, 2012 (Chicago, IL)

"Important Pension Changes from D.C. – What Do You Need To Know?", John Hancock Mixer Meetings, July 17, 2012 (Columbus, OH and Dayton, OH)

"Fee Disclosure", Webinar for Employers Association of the NorthEast, July 13, 2012

"The Politics of Retirement – A Washington Update", The Politics of Retirement, June 19, 2012 (Boston, MA)

"Guidance on Deferred Compensation:  IRC 409A and IRC 457", Massachusetts Continuing Legal Education (MCLE) Seminar ~ Executive Compensation Law, June 19, 2012 (Boston, MA)

"The Politics of Retirement – A Washington Update", UBS Defined Contribution Advisor Forum, June 15, 2012 (Boston, MA)

"Important Pension Changes from D.C. – What Do You Need To Know?", Janney Montgomery Scott, LLP:  Advanced 401(k) Seminar, June 7, 2012 (Baltimore, MD)

"408(b)(2) Disclosures – What Do You Need To Know?", Webinar for Williams Financial Advisor Group, May 30 and 31, 2012

"Important Pension Changes from D.C. – What Do You Need To Know?", Annual Planning Meeting of The Retirement Advisor Council, May 24, 2012 (Hartford, CT)

"Pension Plans:  Everything You Need To Know, But Were Afraid To Ask", CEBS Boston Chapter, Retirement Plan Fundamentals Session, May 23, 2012 (Norwood, MA)

"The Politics of Retirement – A Washington Update", 2012 Chicago Fiduciary Summit, May 16, 2012 (Rosemont, IL)

"Important Pension Changes from D.C. – What Do You Need To Know?", BlackRock DC Leaders Circle Conference, May 15, 2012 (New York, NY)

"Important Pension Changes from D.C. – What Do You Need To Know?", BlackRock DC Leaders Circle Conference, May 8, 2012 (San Francisco, CA)

"Integrating ERISA Into Your Compliance Systems", 2012 NSCP Regional Meeting, May 7, 2012 (New York, NY)

"Important Pension Changes from D.C. – What Do You Need To Know?", ProEquities National Business Builder's Conference, May 2, 2012 (Hollywood, FL)

"Moving Beyond 401(k):  Developing a Defined Benefit Advisory Practice", 2012 fi360 Conference, April 26, 2012 (Chicago, IL)

"Important Pension Changes from D.C. – What Do You Need To Know?", John Hancock 2012 Spring Masters Meeting, April 25, 2012 (Chicago, IL)

"Integrating ERISA Into Your Compliance Systems", 2012 NSCP Regional Meeting, April 2, 2012 (Boston, MA)

"The Politics of Retirement – A Washington Update", Presented for MassMutual, Sponsored by Eaton Vance, March 28, 2012 (New York, NY, Short Hills, NJ and Wayne, PA)

"The Year of Disclosure:  New Retirement Plan Regulations Impacting 401(k) and 403(b) Plans", New England Employee Benefits Council Seminar, March 9, 2012 (Waltham, MA)

"Important Pension Changes from D.C. – What Do You Need To Know?", John Hancock Mixer Meetings, February 8, 2012 (Pittsburgh, PA)

"Important Pension Changes from D.C. – What Do You Need To Know?", TD AmeriTrade Institutional/2012 National Conference, February 3, 2012 (Orlando, FL)

"New Opportunities in the DCIO Market", Financial Research Associates, LLC 5th Annual New Opportunities in the DCIO Market, January 23, 2012 (Boston, MA)

"Tackling The DOL's New Rules in 2012 – What You Need to Know to Stay Ahead", Webinar for BlackRock and PlanAdviser, December 1, 2011

"Important Pension Changes from D.C. – What Do You Need To Know?", Broadridge 2011 Annual Regional Meeting Series, November 30, 2011 (Boston, MA)

"Important Pension Changes from D.C. – What Do You Need To Know?", John Hancock Mixer Meeting, November 15, 2011 (Memphis, TN)

"Plan Fees and Fiduciary Responsibilities – Preparing for the New Rules", 1st Global's National Conference 2011, November 14, 2011 (Salt Lake City, UT)

"Navigating the New Realities of 401(k) Participant Education", Webinar for Legg Mason, October 20, 2011

"Techniques To Help Advisors Consult To The Fastest Growing DC Plan Market"; "Prospecting The 403(b) Market For Companion DB Plan Business", CFDD 2011 Advisor Conference, October 18, 2011 (Chicago, IL)

"Basics of ERISA", 2011 NSCP National Meeting, October 17, 2011 (Baltimore, MD)

"Important Pension Changes from D.C. – What Do You Need To Know?", John Hancock Mixer Meeting, October 13, 2011 (Walnut Creek, CA)

"Important Pension Changes from D.C.  – What Do You Need To Know?", John Hancock Mixer Meeting, October 12, 2011 (San Mateo, CA)

"Guidance on Deferred Compensation:  IRC 409A and IRC 457", Toscano & Ardito, CPA, October 11, 2011 (North Andover, MA)

"Important Pension Changes from D.C. – What Do You Need To Know?", John Hancock 2011 Retirement Plan Networking Mixer, September 22, 2011 (West Conshohocken, PA and King of Prussia, PA)

"Washington Update:  Fiduciary Definition and Retirement Income", 2011 PlanAdviser National Conference, September 14, 2011 (Orlando, FL)

"How Women and Diversity Add Value to Your Practice", Broadridge Women's Leadership Forum 2011 Matrix "Get Connected" Conference, August 22, 2011 (Keystone, CO)

"Important Pension Changes from D.C. – What Do You Need To Know?", 2011 Matrix "Get Connected" Conference, August 21, 2011 (Keystone, CO)

"Important Pension Changes from D.C. – What Do You Need To Know?", John Hancock Mixer Meeting, August 11, 2011 (Beachwood, OH)

"Important Pension Changes from D.C. – What Do You Need To Know?", Navigator 401(k) Symposium, on behalf of Clark Capital Management Group, Inc., August 4, 2011 (Philadelphia, PA)

"Overview of ERISA Fiduciary Responsibility and Liability and Best Practices", Retirement Alliance 2011 Advisor Summit, July 27, 2011 (Meredith, NH)

"Plotting the Points and Staying the Course:  Analyzing Emerging Financial Regulations and Anticipating its Impact on Investment Strategy", U.S. Pensions Summit 2011, July 20, 2011 (Chicago, IL)

"BlackRock 2011 Defined Contribution Survey Results Shifting Focus: From Retirement Savings to Retirement Income", Webinar for BlackRock, Inc., June 28, 2011

"Washington Update: The Changing Face of 401(k) Plan Regulation", Webinar for Women in Pensions Network, June 23, 2011

"Guidance on Deferred Compensation:  IRC 409A and IRC 457", Webinar for The 401k Coach Program Year One, Session 3, June 22, 2011

"Important Pension Changes from D.C. – What Do You Need To Know?", Commonwealth Financial Network Symposium, June 21, 2011 (Boston, MA)

"Important Pension Changes:  What Do You Need To Know?", Janney Montgomery Scott, LLP:  Advanced 401(k) Seminar, June 16, 2011 (Baltimore, Maryland)

"Evolving Best Practices for 403(b) Plan Fiduciaries", Fiduciary Investment Advisors - 2011 Client Conference, June 15, 2011 (Westbrook, Connecticut)

"Overview of ERISA Fiduciary Responsibility and Liability and Best Practices", Seminar for TD AmeriTrade Trust Company, June 9, 2011 (San Francisco, CA)

"Washington Update:  What Do You Need To Know?", Washington Legal Update for MassMutual, sponsored by Eaton Vance, June 7 and June 8, 2011 (Stamford, CT, New York City, Wayne, Pennsylvania and West Orange, New Jersey)

"Best Practices:  Compliance with Retirement Issues", 2011 NSCP East Coast Regional Meeting, June 6, 2011 (New York, New York)

"Overview of ERISA Fiduciary Responsibility and Liability and Best Practices", Seminar for TD AmeriTrade Trust Company, June 1, 2011 (Philadelphia, Pennsylvania)

"Guidance on Deferred Compensation:  IRC 409A and IRC 457", 2011 FICPA Employee Benefit Plans Conference, May 26, 2011 (Orlando, Florida)

"Lifetime Income Options", DC Plan Participants Attitudes and Behavior Panel Discussion for BlackRock, May 18, 2011 (New York, New York)

"Fiduciary Liability Insurance, Bonding, Service Agreements and Warranties", 2011 fi360 Conference, May 5, 2011 (San Antonio, Texas)

"Important Pension Changes from D.C. - What Do You Need To Know?", Allianz Retirement Summit, May 3, 2011 (Dallas, Texas)

"Important Pension Changes from D.C. - What Do You Need To Know?", John Hancock 2011 Retirement Plan Networking Mixer, April 28, 2011 (Cleveland, Ohio)

"Important Pension Changes from D.C. - What Do You Need To Know?", John Hancock 2011 Retirement Plan Networking Mixer, April 27, 2011 (Indianapolis, Indiana)

"Washington Update:  The Changing Face of 401(k) Plan Regulation", Webinar for Legg Mason, April 26, 2011

"Important Pension Changes from D.C. - What Do You Need To Know?", Wilmington Trust Partners for Success Conference, April 14, 2011 (Scottsdale, Arizona)

"Important Pension Changes from D.C. - What Do You Need To Know?", John Hancock Financial Network - 401(k) Masters Program, April 13, 2011 (Boston, MA)

"Significant Department of Labor Regulatory Changes", Lockton Financial Advisors/Investment Advisors Conference, April 12, 2011 (Dallas, Texas)

"Important Pension Changes from D.C. - What Do You Need To Know?", LPL April Symposium, April 11, 2011 (Scottsdale, Arizona)

"Important Pension Changes from D.C. - What Do You Need To Know?", Bank of America Merrill Lynch's Inaugural Defined Contribution Designated Financial Advisor Event, April 5, 2011 (Orlando, FL)

"Overview of Fiduciary Responsibilities and Best Practices", Conference for UBS Institutional Consulting, presented by The Vierra Group, March 30, 2011 (Quincy, MA)

"Important Pension Changes from D.C. - What Do You Need To Know?", 2011 Newport Advisor Conference, March 24, 2011 (Naples, FL)

"ERISA Litigation and Trends Update", UBS Retirement Roundtable Meeting Western Division, March 22, 2011 (Coronado, CA)

"ERISA Litigation and Trends Update", UBS Retirement Roundtable Meeting Eastern Division, March 15, 2011 (Naples, Florida)

"Retirement - Laws as They Pertain to the Employer & Worker", SHRM Employment Law and Legislative Conference, March 14, 2011 (Washington, DC)

"Important Pension Changes from D.C. – What Do You Need To Know?", John Hancock Retirement Plan Services Networking Mixer, February 22 and 23, 2011 (Kansas City, Missouri and Omaha, Nebraska)

"ERISA for Employment Lawyers", MCLE Seminar, February 15, 2011 (Boston, Massachusetts)

"What You Need To Know About Healthcare Reform Compliance", Hospitality Law Conference, February 10, 2011 (Houston, Texas)

"Important Pension Changes from D.C. – What Do You Need To Know?", Webinar for PIMCO Corporate Executive Board's Retirement Services, January 31, 2011

"Fee Transparency and Best Practices for Plan Sponsors", Webinar for Legg Mason, December 14, 2010

"What is New in DC:  The Most Critical Items to the Obama Administration", Webinar for John Hancock Retirement Services' "Ask the Expert", December 7, 2010

"What is New in DC:  The Most Critical Items to the Obama Administration", 1st Global Conference, November 15, 2010 (San Antonio, Texas)

"What is New in DC:  The Most Critical Items to the Obama Administration", NRP 2010 Annual Conference, November 6, 2010 (Palm Springs, California)

"Congressional and Regulatory Changes to Target Date Funds", Webinar for BNA, October 27, 2010

"Pension Plans:  Everything You Need To Know, But Were Afraid To Ask", Greater Boston Chapter of International CEBS Society, October 21, 2010 (Norwood, MA)

"What is New in DC:  The Most Critical Items to the Obama Administration", Webinar for ByAllAccounts, October 19, 2010

"What to Do to Protect Yourself as an Advisor or Plan Sponsor"; "401(k) Industry Update", iShares 401(k) Experience, October 14 and 15, 2010 (San Francisco, California)

"What is New in DC:  The Most Critical Items to the Obama Administration", John Hancock Mixer Meeting, October 12, 2010 (Houston, Texas)

"What is New in DC:  The Most Critical Items to the Obama Administration", iShares 401(k) Experience, October 8, 2010 (San Francisco, California)

"ERISA Litigation and Trends Update"; "Protection of Plan Fiduciaries Through Insurance, Contractually and With Warranties"; "The March to Socialism:  What it Means for the Pension Industry", CFDD 2010 Advisor Conference, October 6 and 7, 2010 (Chicago, Illinois)

"A Fiduciary Guide for Target Date Funds", Webinar for Legg Mason, September 28, 2010

"Pension Plans:  Everything You Need to Know, But Were Afraid to Ask", The AAO-HNSF 2010 Annual Meeting and OTO Expo, September 27, 2010 (Boston, Massachusetts)

"What You Need to Know About Health Care Reform Compliance", National Health Care Reform Conference, September 22, 2010 (Los Angeles, California)

"Keeping Up With DC", PlanAdviser National Conference", September 21, 2010 (Orlando, Florida)

"What You Need to Know About Health Care Reform Compliance", Webinar for HighRoads, September 16, 2010

"What is New in DC:  The Most Critical Items to the Obama Administration", Seminar Sponsored by Putnam Investments for National Retirement Partners, July 29, 2010 (Boston, Massachusetts)

"Interim Final 408(b)(2) Regulations", Webinar for Putnam Investments, July 28, 2010

"Health Care Reform Overview", Webinar for HighRoads, July 21, 2010

"What is New in DC:  The Most Critical Items to the Obama Administration", 401(k) Coach Program Year 1 Session 3 Webinar, July 14, 2010

"Advisory Committee on Tax Exempt and Government Entities (ACT)", ASPPA 2010 Northeast Area Benefits Conference, July 13, 2010 (New York, New York)

"Advisory Committee on Tax Exempt and Government Entities (ACT)", ASPPA 2010 Northeast Area Benefits Conference, July 12, 2010 (Boston, Massachusetts)

"The Top 5 'Hot Fiduciary Topics' Every Financial Advisor Needs to Know", Webinar Sponsored by iShares in 401(k), June 22, 2010

"What's Up in Washington, Effects on You and Your Clients", Webinar for the Women in Pensions Network, June 17, 2010

"Presentation Regarding Report of Employee Benefits Subcommittee of Advisory Committee on Tax Exempt and Government Entities", 23rd Annual Cincinnati Employee Benefits Conference, June 11, 2010 (Cincinnati, Ohio)

"Analysis and Recommendations Regarding the IRS's Determination Letter Program", IRS Advisory Committee on Tax Exempt and Government Entities, June 9, 2010 (IRS National Office, Washington, DC)

"Benchmarking Services:  A Potential Solution to Every 401(k) Plan Fiduciary's Problem", May 20, 2010, Tax Management Compensation Planning Advisory Board Meeting (New York, New York)

"What's Up in Washington, Effects on You and Your Clients", May 19, 2010, John Hancock Sales Acceleration Meeting (Boston, Massachusetts)

"Advisory Committee on Tax Exempt and Government Entities (ACT) - Analysis and Recommendations of the Employee Benefits Subcommittee Regarding the IRS's Determination Letter Program", May 18, 2010, Marcia

made this presentation on behalf of the Internal Revenue Service at the Employee Plans Rulings and Agreements Continuing Professional Education Conference (Indianapolis, Indiana)

"What's Up in Washington, Effects on You and Your Clients", May 6, 2010, John Hancock Educational and Networking Mixer (Seattle, Washington)

"What's Up in Washington, Effects on You and Your Clients", May 5, 2010, John Hancock Educational and Networking Mixer (Portland, Oregon)

"What's Up in Washington, Effects on You and Your Clients", April 29, 2010, John Hancock Scaling New Heights Meeting (Chicago, Illinois)

"Benchmarking Services - A Potential Solutions to Every 401(k) Plan Fiduciary's Problem", April 29, 2010, National Retirement Partners (NRP) 401(k) Plan Benchmarking Webinar

"Best Practices Evolving From ERISA Litigation", April 26, 2010, Oppenheimer Funds, Inc. Retirement Plan Strategic Partner Conference (New York, New York)

"New Form 5500 Requirements, and Benchmarking Your Retirement Plan- What Every Plan Sponsor Needs to Know", April 21, 2010, ING Mid- Market Due Diligence Symposium (Tucson, Arizona)

"Recent Development for 401(k) Plans and Plan Participants:  Target Date Funds, DC Plan Annuitization and Financial Literacy", April 16, 2010, New England Employee Benefit's Council Strategic Connection Series "Helping Retirement Plan Participants Reach Their Goals" (Waltham, Massachusetts)

"New 5500 Form Requirements What Every Plan Sponsor Needs to Know", April 9, 2010, Cafaro Greenleaf Webinar (Boston, Massachusetts)

"Avoiding Conflicts of Interest as You Grow Your Business:  Cross-Selling Practices and Conflicts Under ERISA", April 6, 2010, ASPPA Benefits Council of New England (Waltham, Massachusetts)

"Taxation of Deferred Compensation:  Overview of 409A, 457(b) and 457(f)", February 3, 2010, MCLE Seminar:  Executive Compensation Law, (Boston, Massachusetts)

"ERISA Litigation Matters and Evolving Best Practices", January 21, 2010, Raymond James Financial, Inc. – 2010 Retirement Plan Advisory Council (St. Petersburg, Florida)

"ERISA Litigation Matters and Evolving Best Practices", January 15, 2010, LPL Financial Symposium (San Diego, California)

"Talking Points Podcast Regarding Caterpillar Litigation:  Interview with Marcia Wagner", December 11, 2009, PlanSponsor.com

"Retirement Plans:  Legislative, Regulatory, Judicial Developments", December 4, 2009, Financial Telesis, Inc. Webinar

"Podcast:  A Primer on Fiduciary Liability Insurance and Bonding", November 23, 2009, The 401(k) Coach

"ERISA Litigation Matters and Evolving Best Practices", October 29, 2009, LPL/Legg Mason Retirement Summit (New York, New York)

"ERISA Litigation Matters and Evolving Best Practices", October 21, 2009, The 401(k) Coach Program Webcast

"ERISA Litigation Matters and Evolving Best Practices", John Hancock Retirement Services Event at the New York Stock Exchange, October 20, 2009 (New York, New York)

"Standard Terminations:  Process and Timelines"; "ERISA Litigation Matters and Evolving Best Practices", October 5, 2009, CFDD Advisor Conference (Scottsdale, Arizona)

"ERISA Litigation Matters and Evolving Best Practices", October 2, 2009, IMCA 2009 Fall Professional Development Conference (Atlanta, Georgia)

"Keeping Up With the DOL 401(k) Fee Disclosure, Litigation, Evolving Best Practices", September 25, 2009, Planadviser National Conference (Orlando, Florida)

"ERISA Litigation Matters and Evolving Best Practices", August 17, 2009, The 401(k) Coach Master Program (Tabernash, Colorado)

"ERISA Litigation Matters and Evolving Best Practices", July 24, 2009, 1st Global 2009 Qualified Retirement Plan Summit (Dallas, TX)

"ERISA Litigation Matters and Evolving Best Practices", May 27, 2009, The 401(k) Coach Program Webcast

"Final Regulations Under Section 403(b) of the Internal Revenue Code", May 19, 2009, 403(b) Plan Seminar Presented by SageView Advisory Group, The Wagner Law Group and McGladrey & Pullen, LLP (Burlington, MA)

"ERISA Litigation Matters and Evolving Best Practices", May 18, 2009, ING Advisor/401(k) Coach Bootcamp (Foxboro, MA)

"Ramifications of the Current Economic and Market Turmoil on Asset Allocation:  Is it Now Time for Managed Accounts?"; "ERISA Litigation Matters and Evolving Best Practices"; Participant Level Advice:  Current

Legal and Regulatory Environment", May 6-8, 2009, fi360 National Conference (Scottsdale, AZ)

"ERISA Litigation Matters and Evolving Best Practices", March 26, 2009, Newport Advisor Conference (Orlando, Florida)

"ERISA Fiduciaries and 401(k) Fee Litigation", March 23, 2009, The ASPPA 401(k) Summit (San Diego, California)

"ERISA Litigation Matters and Evolving Best Practices", March 12, 2009, John Hancock Retirement Plan Services (King of Prussia, Pennsylvania)

"ERISA Litigation Matters and Evolving Best Practices", March 11, 2009, John Hancock Retirement Plan Services (Pittsburgh, Pennsylvania)

"ERISA Litigation Matters and Evolving Best Practices", March 10, 2009, John Hancock Retirement Plan Services (Downers Grove, Illinois)

"ERISA Fiduciaries, 401(k) Fee Litigation, Rollover Matters and Other Litigation", January 16, 2009, 2009 Raymond James Institute of Finance Advanced Retirement Institute Retirement Plan Advisory Council (St. Petersburg, Florida)

"Best Practices for Operation and Oversight of Pensions and Employee Benefit Plans", January 15, 2009, Annual Massachusetts Society of Certified Public Accountants Nonprofit Conference (Framingham, MA)

"ERISA Section 408(b)(2) Fee Disclosures:  Impact on Broker-Dealers", December 19, 2008, John Hancock Financial Services (Boston, MA)

"ERISA Fiduciaries, 401(k) Fee Litigation and Other Significant ERISA Cases", October 30, 2008, MA CPA Forum Meeting (Braintree, MA)

"DB Investment Summit Washington Update Panel Discussion", October 29, 2008, PlanSponors 3rd Annual DB Investment Summit (Ryebrook, NY)

"IRS Getting Involved with Governmental Plans", October 14, 2008, NPCERS 2008 Public Safety Employees Pension & Benefits Conference (Palm Springs, CA)

"ERISA Section 408(b)(2) Fee Disclosures:  Impact on Broker Dealers"; "ERISA Fiduciaries:  401(k) Fee Litigation, Rollover Matters and Other Litigation", October 13, 2008, CFDD 2008 Advisor Conference (Scottsdale, AZ)

"ERISA Fiduciaries, 401(k) Fee Litigation, Rollover Matters and Other Litigation", October 7, 2008, Presentation for MassMutual (Springfield, MA)

"The Entrepreneurial Leader:  Launching Your Own Law Firm", September 20, 2008, The Women's Leadership Summit, Harvard Law School Alumni Relations (Cambridge, MA)

"ERISA Fiduciaries, 401(k) Fee Litigation, and Other Significant ERISA Cases", September 17, 2008, Planadvisers Second Annual National Conference (Orlando, FL)

"ERISA Section 408(b)(2) Fee Disclosures:  Impact on Broker-Dealers", August 14, 2008, The 6th Annual Retirement Alliance Sales Summit (Meredith, NH)

"ERISA Litigation:  The Evolving Landscape and the Fiduciary Quagmire", July 23, 2008, MCLE Conference Center (Boston, MA)

"The Top 5 ERISA Issues For 2008", June 16 and 17, 2008, Putnam Conference 401(k) Golden Scale Council (Boston, MA)

"Current Issues Under Title I of ERISA", June 12 and 13, 2008, 2008 Northeast Area Benefits Conference (Boston, MA and New York, NY)

"Retirement Planning Programs:  The Essential Elements", June 6, 2008, New England Employee Benefits Council (Waltham, MA)

"ERISA Section 408(b)(2) Fee Disclosures:  Impact on Broker-Dealers", May 13, 2008, John Hancock Retirement Plan Services Broker Dealer Executive Roundtable (Boston, MA)

"Who is a Fiduciary", February 24-27, 2008, The Trust Advisors Forum (Pinehurst, North Carolina)

"Fiduciary Issues in a Changing Legal Landscape", February 4, 2008, 2008 IMCA New York Consultants Conference (New York, NY)

"Final Regulations Under Section 403(b) of the Internal Revenue Code", December 14, 2007, National Webcast Seminar

"Criminal Issues Regarding Title I Investment Breaches", November 15, 2007, BNA Tax Management Portfolio Meeting (Boston, MA)

"Fiduciary Issues in an Evolving Landscape:  401(k) Fees and Best Practices, and a Discussion of Section 409A", October 24, 2007, Wachovia Retirement Services' Advisory Council Meeting (Miami, Florida)

"Fiduciary Liability Insurance, Bonding, and Service Agreements for Sponsors"; "Evaluation of Plan Advisors by Plan Sponsors"; "Fiduciary Issues & Status in Ever Changing Legal Landscape:  Things You Need to Know", September 30 – October 3, 2007, CFDD Advisor Conference (Scottsdale, Arizona)

"Final Regulations Under Section 403(b) of the Internal Revenue Code",
September 20, 2007, SageView Advisory Group (Boston, MA)

"401(k) Fees-Litigation and Best Practices; Disclosure to Plan Participants",
September 11, 2007, Pension Group East (New York, NY)

"Staying Ahead of the Curve:  Fiduciary Issues, 401(k) Fees and Practices, and
New 403(b) Regulations", September 6, 2007, Advantage 2007 Schwab Plan
Administrator Services National Conference (San Francisco, CA)

"Nonqualified Deferred Compensation:  IRS Requires Action in 2007", July
2007, Benefits Group Worldwide Associates Teleconference

"Things Your Consultant Might be Reluctant to Discuss", June 2007, Putnam
Investments (Boston, MA)

"Massachusetts Health Care Reform Act", June 2007, Yozell Associates
(Cambridge, MA)

"Default Investments and Investment Advice Under PPA", June 2007, IOMA
Audio Conference

"Significant Recent Changes in Title I of ERISA and Overview of
Massachusetts Health Care Law", June 2007, IRS/ASPPA Northeast Benefits
Conference (Boston, MA and New York, NY)

"Hidden 401(k) Plan Fees and Expenses and Massachusetts Health Care Law",
May 2007, MA CPA South Shore Breakfast Forum Meeting (Braintree, MA)

"Recent ERISA Litigation and Related Matters", May 2007, ASPPA
Litigation and Retirement Programs Session (Tampa, Florida)

"Things Your Consultant Might be Reluctant to Discuss", May 2007, National
Retirement Partners (White Plains, NY)

"Properly Documenting Welfare Plans", March 30, 2007, North Shore Human
Resources Support Group Meeting (North Andover, MA)

"Putting the Pension Protection Act to Work for Your Organization", February
2007, New England Employee Benefits Council (John Hancock Center,
Boston, MA)

"Select Issues Under ERISA:  Fiduciary Responsibility, Hidden 401(k) Plan
Fees and Highlights of Pension Protection Act of 2006", October 2006,
CMEA, The Employers' Association (Worcester, MA)

"Highlights of Changes in ERISA Law and Best Practices", September 2006, Council of Engineering and Scientific Society Executives, Finance & Administration Committee (Woods Hole, MA)

"Health Reimbursement Arrangements, Health Savings Accounts, Section 125 Cafeteria Plans and COBRA", Lorman Seminar, July 2006, Topics:  Overview of HSAs and Health FSAs and HIPAA Privacy and Security (Boston, MA)

"ALI-ABA – Current Pension and Employee Benefits Law and Practice", July 2006 Topic:  What Type of Plan is Preferable for Your Client? (Boston, MA)

"DOL Issues and Initiatives:  What You Don't Know Can Hurt You", June 2006, Joint Conference Sponsored by Northeast Key District Office of the Internal Revenue Service and American Society of Pension Actuaries (Boston, MA and Tarrytown, NY)

"Select Issues In ERISA and Employee Benefits", April 2006, MA CPA South Shore Breakfast Forum Meeting (Braintree, MA)

"Employee Benefit Plan Hidden Traps and How to Avoid Them", January 2006, Teleconference Lorman Seminar (Moderator and Speaker)

"33rd Annual Robert Fuchs Labor Law Conference", October 2005, DOL Panel on ERISA (Suffolk Law School, Boston, MA)

"ALI-ABA – Understanding Current Pension and Employee Benefits Law and Practice", August 2005 Topics:  Health Savings Account Alternatives, Cafeteria Plans; Rollover and Rollbacks (Boston, MA)

"DOL Issues and Initiatives", June 2005, Joint Conference Sponsored by Northeast Key District Office of the Internal Revenue Service and American Society of Pension Actuaries (Boston, MA and White Plains, NY)

"Annual Labor Law Update", May 2005, The Merrimack Valley Chamber of Commerce, Wyndham Hotel (Andover, MA)

"Update:  ERISA Recent Changes Affecting Federal Benefits Plans and Executive Compensation Arrangements", April 2005, Fourth Annual Labor and Employment Law Update, NH Bar (Manchester, NH)

"How to Uncover and Evaluate 401(k) Fees, Expenses and Revenue Sharing Arrangements", February 2005, New England Employee Benefits Council (Boston, MA)

"How to Be Prepared For and Survive a Department of Labor ERISA Audit" December 2004, Foundation for Fiduciary Studies, Joseph M. Katz School of Business, University of Pittsburgh (Burlington, MA)

"Health Savings Accounts and Health Reimbursement Accounts – Client Seminar", November 2004, Fred C. Church Insurance Agency (Chelmsford, MA)

"Prudent Practices for Fiduciaries", October 2004, Wachovia Retirement Services (Boston, MA and New York, New York)

"Roundtable of Current ERISA Issues", September 2004, Profit Sharing Council of America (New Orleans, LA)

"Fiduciary Updates", September 2004, Eastern Massachusetts Conference of IMA Chapters

"ALI-ABA – Advanced Law of Pensions, Welfare Plans, and Deferred Compensation", July 2004 Topics:  Selected Issues in Plan Terminations; Selected Issues regarding Contingent Workers (Boston, MA)

"Title I of ERISA – Fiduciary Concerns", June 2004, Joint Conference Sponsored by Northeast Key District Office of the Internal Revenue Service and American Society of Pension Actuaries (Boston, MA and White Plains, NY)

"Overcoming 401(k) Inertia with Managed Accounts", March 2004, IOMA (a Division of the Bureau of National Affairs) Audio Conference

"Insider Trading and Market Timing in the Mutual Fund Industry – What is a Fiduciary to Do?", December 2003, Pension Group East (NY, NY)

"ALI-ABA – Basic Law of Pensions, Welfare Plans and Deferred Compensation", July 2003, Topics: Participants' Rights for Administrative Claims Procedures and Implementing the Rollover Rules (Boston, MA)

"DOL and Title I Issues", June 2003, Joint Conference Sponsored by Northeast Key District Office of the Internal Revenue Service and American Society of Pension Actuaries (Boston, MA and White Plains, NY)

"Fiduciary Responsibilities and Liabilities", March 2003, Society of Enrolled Actuaries (Washington, D.C.)

"ERISA Issues in Mergers and Acquisitions", February 2003, William Gallagher Associates (Waltham, MA)

"HIPAA Privacy Rules", January 2003, Medical Claims Services (Newton, MA)

"ERISA:  Pension Plan Development and Administration in Massachusetts", November 2002, Lorman Education Services (Peabody, MA) (Chairperson)

"Flash Points, Red Flags and Interesting Issues in Maintaining ERISA Plans", October 2002, Presentation to Biotechnology Industry Organization (Seattle, WA)

"Advising Your Clients Regarding Small Business Retirement Plans", October 2002, Massachusetts Bar Association (Boston, MA)

"Nuts and Bolts of 401(k) Plans", July 2002, Lorman Business Center (Melville, NY)

"ALI-ABA – Advanced Law of Pensions, Welfare Plans, and Deferred Compensation", July 2002 Topics:  Statutes of Limitations:  Plans and IRAs; Cutbacks (Good and Bad); Who is an Employee?  For What Purposes? (Boston, MA)

"Issues Facing Plan Fiduciaries", June 2002, Joint Conference Sponsored by Northeast Key District Office of the Internal Revenue Service and American Society of Pension Actuaries (Natick, MA and White Plains, NY)

"Legal Perspectives – Advice, Communications and Education", June 2002, Pension Group East (New York, NY)

"Protecting Employees' 401(k) Investments – Handling Investment Advice and Blackout Periods", May 2002, National Institute of Pension Administrators, Inc. (Newton, MA)

"ERISA Issues to be Aware of Pre-IPO", November 2001, Massachusetts Biotechnology Council (Boston, MA)

"ALI-ABA - Basic Law of Pensions, Welfare Plans and Deferred Compensation", July 2001 Topics:  Participants' Rights for Administrative Claims Procedures and Implementing the Rollover Rules (Boston, MA)

"IRS and DOL Voluntary Compliance Programs", June 2001, Joint Conference sponsored by Northeast Key District Office of the Internal Revenue Service and American Society of Pension Actuaries, (Natick, MA and White Plains, NY)

"Fiduciary Responsibility and Liability in the Age of Web Based Technology", May 2001, Institute for International Research, (New York, NY)

"Employee Discharge and Documentation", March 2001, Lorman Business Center (Bedford, NH)

"ALI-ABA - Basic Law of Pensions, Welfare Plans and Deferred Compensation", August 2000 Topics:  Participants' Rights for Administrative Claims Procedures and Implementing the Rollover Rules (San Francisco, CA)

"Investment Advice vs. Investment Education: Legal Risks, Opportunities & Dilemmas – How the Law is Evolving", June 2000, Pension Group East (New York, NY)

"Friend or Foe? The Pros and Cons of the New Department of Labor Voluntary Fiduciary Correction Program", May 2000, Tax Management Memorandum Presentation (New York, NY)

"Employee Discharge and Documentation", March 2000, Lorman Business Center (Bedford, NH)

"Investment Advice v. Investment Education", November 1999, 29th Annual Pension Trust and Employee Benefits Seminar at University of South Carolina, (Columbia, SC)

"The Next Generation of Client Retention – Enhancing Retention Through Partnership Management", Institute for International Research, (New York, NY) November 1999

"Cash Balance Pension Plans: New Directions?  New Dangers?", November 1999, Jewish Labor Committee

"Recordkeeping and Reporting under ERISA", October 1999, Lorman Business Center, Inc. (Bedford, NH)

"ALI-ABA - Basic Law of Pensions, Welfare Plans and Deferred Compensation", July 1999 (Boston, MA).  Topics:  Participants' Rights for Administrative Claims Procedures and Implementing the Rollover Rules

"Investment Advice vs. Investment Education:  Legal Risks, Opportunities & Dilemmas – How the Law is Evolving", May 1999 and June 1999, Investment Management Institute & Institute of Management & Administration, Inc. (Pasadena, California and New York, New York)

"Retirement Plan Basics", May 1999 and June 1999, International Foundation of Employee Benefit Plans-Certificate Series; (Towers Perrin, Voorhees, N.J. and Employee Benefits Certificate Credit Course, New York, NY)

"Client Symposium: Education vs. Advice for Retirement Plans", May 1999, Wachovia Investment Bank Institutional Trust and Retirement Services Client Conference (Williamsburg, Virginia)

"Employee Discharge and Documentation", March 1999, Lorman Business Center, Inc. (Manchester, NH)

"The 1999 Congress on Defined Contribution Plans", March 1999, Institute for International Research, Institutional Retirement and Savings Plan Series, (New Orleans, LA)

"What Constitutes 'Education'?…  What Constitutes 'Advice'? - The Final Word", December 1998, International Business Communications (New York, NY)

"Fiduciary Issues for Plan Sponsors and Providers", November 1998, Institute for International Research (Atlanta, Georgia)

"Changes in Required Minimum Distribution Rules", October 1998, (Boston, MA).  Conference of Consulting Actuaries Annual Meeting

"ALI-ABA - Basic Law of Pensions, Welfare Plans and Deferred Compensation", July 1998 (Palo Alto, CA).  Topics:  Participants' Rights for Administrative Claims Procedures and Implementing the Rollover Rules

"Recordkeeping and Reporting Under ERISA", June 1998, Lorman Business Center, Inc. (Lexington, MA)

"Advising Small Businesses", June 1998, Massachusetts Continuing Legal Education, Inc.

"Benefits Upon Termination", March 1998, Lorman Business Centers, Inc. (Nashua, NH)

"The Provision of Investment Advice Under Prohibited Transaction Exemption 97-60", February 1998, the Association of the Bar of the City of New York - Committee on Employee Benefits (New York, NY)

"Effects of Plan Disqualification", January 1998, National CLE Conference by Law Education Institute, Inc. (Vail, Colorado)

"Investment Advice Under New Prohibited Transaction Exemption", November 1997, Advisory Board of Tax Management, Inc. (New York, NY)

"Recordkeeping and Reporting Under ERISA", August 1997, Lorman Business Center, Inc. (Manchester, NH)

"ALI-ABA - Basic Law of Pensions, Welfare Plans and Deferred Compensation", July 1997 (Boston, MA).  Topics:  Participants' Rights for Administrative Claims Procedures and Implementing the Rollover Rules

"Employee Benefits Conference - Plan Corrections Programs", May 1997, Joint Conference sponsored by Northeast Key District Office of Internal Revenue Service and American Society of Pension Actuaries (White Plains, NY)

"Advising Small Businesses", May 1997, Massachusetts Continuing Legal Education, Inc.

"Employee Discharge and Documentation", March 1997, Lorman Business Centers, Inc. (Nashua, NH)

"ERISA Update", March 1997, Boston Bar Association

"Flash Points and Red Flags in ERISA That Can Make - or Lose - Money for Your Company", December 1996, New England Corporate Counsel Association

"Pension Law:  What's New, What's Not", November 1996, Massachusetts Bar Association (Chairperson)

"ERISA and Employee Benefits Law After the Recent Legislation", November 1996, CPA and Business EXPO, Massachusetts Society of Certified Public Accountants

"Federal Tax Legislative Update", November 1996, Massachusetts Bar Association

"Seminar on 1996 Tax Legislation", October 1996, Massachusetts Bar Association

"Advising Small Businesses", June 1996, Massachusetts Continuing Legal Education, Inc.

"Plan Terminations:  How to File a Determination Letter Request", May 1996, American Institute of Certified Public Accountants, 1996 Employee Benefits Conference (Baltimore, Maryland)

"Plan Disqualification Issues", September 1995, 1995 Midwest Pension Conference (Kansas City, Missouri)

"Advising Small Businesses", June 1995, Massachusetts Continuing Legal Education, Inc.

"Developing a 401(k) Investment Education Program", May 1995, The Philadelphia Institute

"Correcting Plan Defects:  From VCR to CAP", May 1995, New York University Institute on Federal Taxation

"Fiduciary Responsibility Under ERISA and the Role of ERISA Section 404(c)", March 1995, Guest Speaker at Harvard Kennedy School Symposium for Prudential Securities

"Common ERISA Problems for Employment Lawyers", March 1995, Massachusetts Bar Association (Co-Panelist with Department of Labor Representatives)

"Update Regarding Brooklyn IRS Key District Office Pension Liaison Issues", February 1995, Open Meeting of Massachusetts Bar Association Section of Taxation

"Section 403(b) Compliance:  What are the Issues and Alternatives?", November 1994, Guest Speaker at Estate and Business Planning Council of Worcester County

"Plan Disqualification Issues", September 1994, Guest Speaker at Annual Meeting of the Boston Society of Actuaries

"Advising Small Businesses", May 1994, Massachusetts Continuing Legal Education, Inc.

Lecturer at Employee Plans Practitioner Series, sponsored by Brooklyn Key District and District's Pension Liaison Group, March 1994

"Plan Disqualification and Correction", Lecture and Workshop, February 1994, Tax Management Educational Institute Compensation Planning '94 (Scottsdale, Arizona)

"Employee Benefits for the Nonspecialist", October 1993, Massachusetts Continuing Legal Education, Inc.

"The Clinton Deficit Reduction Tax Legislation", September 1993, Massachusetts Bar Association

"ERISA Basics:  Part II", May 1993, Massachusetts Bar Association (Chairperson)

"Advising Small Businesses", January 1993, Massachusetts Continuing Legal Education, Inc.

"ERISA Basics:  Part I", December 1992, Massachusetts Bar Association (Chairperson)

"Employee Benefits:  Form 5500 Workshop", November 1992, The Foundation for Continuing Education, Inc.

"Disqualification:  Questions, Answers and Solutions", November 1992, Boston Bar Association

"Employee Benefits Update '92", February 1992, Massachusetts Continuing Legal Education, Inc.

"Understanding Pension Plans", June 1991, The American Tax Planning Center

"How the New Nondiscrimination Rules Affect the Structure and Operation of Qualified Plans", October 1990, Massachusetts Continuing Legal Education, Inc.

"New Section 401(a)(4) Regulations Package", October 1990, Boston Bar Association

**Select Whitepapers**

"The Impact of Next Generation' IRAs: myRA Accounts, EZ IRA and State-Mandated IRAs", Legg Mason, April 2016

"What Bankruptcy Trustees Need to Know About Pension Plans", Penchecks Trust Expert Series, 2013

"Minimizing an Employer's Fiduciary Risk Through the Retirement Plan Exchange", Transamerica Retirement Solutions, September 2013

"Tactical Asset Allocation & ERISA Plans:  Best Practices for Finding the Right Strategy for Plan Participants", The Center For Due Diligence, August 19, 2013

"Overcoming Fiduciary Fears:  Understanding the Real Risks of Liability for Small Plan Sponsors", June 2013

"Promoting and Evaluating the Success of Your Plan", Legg Mason, May 2013

"Separating Fact from Fiction: The Potential Risks and Rewards of Hiring 3(16) Fiduciaries", Sentinel Benefits & Financial Group, April 29, 2013

"Broader "Fiduciary" Definition": Legal Update", byallaccounts, February 2013

"Fiduciary Guidebook for Target Date Funds", Legg Mason, February 2013

"A Plan Sponsor's Fiduciary Calling to Improve the Retirement Readiness of Plan Participants", LPL Financial, February 2013

"Through the ERISA Lens:  Principles of DC Fund Selection", Legg Mason, December 2012

"404a-5 Disclosures to Participants: Best Practices for Plan Sponsors", Legg Mason, August 2012

"Fee Disclosures Under ERISA Section 408(b)(2)", Eaton Vance, June 2012

"Putting 408(b)(2) Disclosure Rules Into Practice: A Guide for PlanSponsors", Legg Mason, June 2012

"The Savings Crisis of Working Americans: The Retirement Industry Call to Action", <u>Legg Mason Retirement Advisory Council</u>, January 2012

"Navigating the New Realities of 401(k) Participant Education", <u>Legg Mason</u>, June 2012

"Washington Update:  The Changing Face of 401(k) Plan Regulations", <u>Legg Mason</u>, June 2012

"Are Investment Providers Finally Stepping Up to The Plate as Plan Fiduciaries?", <u>Thornburg Investments</u>, September 2011

"Navigating the New Realities of 401(k) Participant Education", <u>Legg Mason</u>, August 2011

"Washington Update:  The Changing Face of 401(k) Plan Regulations", <u>Legg Mason</u>, February 2011

"Fee Transparency and Best Practices for Plan Sponsors", <u>Legg Mason</u>, October 2010

"Fiduciary Guidebook for Target Date Funds", <u>Legg Mason</u>, August 2010

"Are Your 401(k) Plan Assets Safe?", <u>Thornburg Investments</u>, March 2009

**Directorships**    Boston University Hillel (August 2020 -    )

Global Tracheostomy Collaborative Board (January 2019 -    )

Legg Mason Retirement Advisory Council (2010 -    )

Jewish National Fund (2005 -    )

Standard & Poor's Retirement Planning Services Advisory Board (1999-2000)

Board of Directors - Boston Modern Orchestra Project (1998-2000)

**Cases in which Marcia S. Wagner, Esq. has Previously Testified
or Submitted an Expert Report**

<u>Leonid Falberg v. The Goldman Sachs Group, Inc., et. als.</u>
**(Served as an Expert Witness for the Plaintiff)**
**United States District Court for the Southern District of New York**
**2021**

Ms. Wagner was retained by counsel (Nichols Kaster, LLP) for the Plaintiff, as an expert on the standard of conduct and practices of fiduciaries that manage retirement plan assets, to evaluate whether the fiduciaries of The Goldman Sachs 401(k) Plan managed the Plan and certain of the Plan's investment option that were proprietary to The Goldman Sachs Group, Inc. and its affiliates, in a manner that was consistent with the typical and customary standard of care that she has observed and recommended in the course of her practice advising other retirement plan fiduciaries.  In particular, counsel for Plaintiff has asked me to determine whether The Goldman Sachs 401(k) Plan Retirement Committee, one of the Plan's named fiduciaries, met this standard of care with respect to its process for selecting and monitoring the GSAM Funds appearing on the Plan's menu during the proposed class period. Counsel for Plaintiff has also asked Ms. Wagner to opine on whether the Defendants with responsibility for monitoring the Retirement Committee, namely the Board of Directors for Goldman Sachs and the Management Committee adequately monitored the Retirement Committee with respect to its management of the Plan's GSAM Funds.

<u>Travel Nurse Across America, LLC v. Floyd Edwards Holdings, Inc., et. al.</u>
**(Served at Expert Witness for the Defendants)**
**Supreme Court of the State of New York**
**2021**

Ms. Wagner was retained by counsel (Koley Jessen P.C., L.L.O.) for the Defendants, as an expert on evaluating whether Trinity Healthcare Staffing Group, LLC's policies for reimbursing its temporary healthcare professionals on away-from-home assignments were sufficient to satisfy the *per diem* tax rules.  In particular, Counsel have asked Ms. Wagner to opine on whether during the time period from January 2015 through January 11, 2017, Trinity's policies for reimbursing its TOAs for their *per diem* expenses while on temporary away-from-home assignments were compliant with prevailing industry standards.  Counsel have further asked Ms. Wagner to opine on the correction methodology required to correct any *per diem* payments that Trinity may have paid to its TOAs during the relevant period, that did not comply with its internal tax policies concerning *per diem* payments.

**In re:  Customs and Tax Administration of the Kingdom of Denmark (Skatteforvaltningen)**
**Tax Refund Scheme Litigation**
**(Served at Expert Witness for the Plaintiff)**
**United States District Court for the District of New York**
**2021**

Counsel for the Plaintiff (the Customs and Tax Administration of the Kingdom of Denmark, or "SKAT") requested my expert opinion on the standards applicable to the qualification and administration of 401(k) retirement plans, and on whether the 193 plans at issue in the matter (the "Plans") met those standards.  Counsel also requested that I provide my opinion on the professional standards that applied to the defendant Michael Ben-Jacob ("Ben-Jacob"), a New York lawyer and partner at Kaye Scholer LLP, in connection with certain of the Plans, and on whether Mr. Ben-Jacob's conduct in the matter departed from applicable professional standards.

**Albert et al. v. The Retirement Board of The Denver Employees' Retirement Plan, et. al.**
**(Served as Expert Witness for the Plaintiffs)**
**District Court, City and County of Denver, State of Colorado**
**2021**

Ms. Wagner was retained by counsel (McNamara & Schechter LLP) for the Plaintiffs, as an expert on the fiduciaries that manage the administration of tax-qualified retirement plans, to evaluate whether the Defendants' process for managing a defined benefit pension plan (i.e., the DERP Plan) was consistent with the prevailing standards of care a prudent fiduciary acting in the best interest of the DERP Plan's participants and beneficiaries would use.  In particular, counsel for Plaintiffs have asked me to determine whether it was consistent with the applicable standard of care for the Defendants to disregard the terms of the DERP Plan in administering the Plaintiffs' retirement benefits, and to assess the Defendants' conduct in: (i) calculating the amount of retirement benefits to which the Plaintiffs were entitled to receive under the terms of the DERP Plan; (ii) effectuating the payment of the Plaintiffs' retirement benefits from the DERP Plan; (iii) communicating with the Plaintiffs about their retirement benefits; and (iv) monitoring the amount of retirement benefits paid to the Plaintiffs from the DERP Plan to ensure compliance with applicable laws.

**Mass and Graf et al. v. Board of Regents of the University of California et al.**
**(Served as Expert Witness for the Plaintiffs)**
**Superior Court of the State of California, County of Alameda**
**2021**

Ms. Wagner was retained by counsel (Nichols Kaster, LLP) for the Plaintiffs, as an expert on the standards of conduct and practices of fiduciaries charged with responsibility for the administration of a retirement plan, to: (i) offer analysis regarding the Defendants' administration and disclosures for the defined benefit pension plan; and (ii) evaluate whether Defendants' processes for disclosing the material terms of the plan were consistent with the prevailing standard of care that a fiduciary acting solely in the interest of the plan's participants and beneficiaries would use.  In particular, counsel for the Plaintiffs requested that Ms. Wagner

evaluate whether the Defendants met the applicable standard of care for disclosing to plan members the consequences of delaying making a claim for retirement benefits past age 60.

**Pizarro et al. v. The Home Depot, Inc. et al.**
**(Served as Expert Witness for the Defendants)**
**United States District Court for the Northern District Georgia, Atlanta Division**
**2021**

Ms. Wagner was retained by counsel (King & Spalding LLP) for the Defendant employer and its plan committees to produce an expert report and to testify as an expert with respect whether the Defendants followed a prudent process as to: (i) monitoring, reviewing and retaining the 401(k) plan's investment advisory service providers, including the fees charged by those providers; and (ii) selecting, monitoring and management of certain investments made available as options on the 401(k) plan's investment menu.

**Reetz et al. v. Lowe's Companies, Inc. et al.**
**(Served as Expert Witness for the Plaintiffs)**
**United States District Court for the Western District North Carolina**
**2020**

Ms. Wagner was retained by counsel (Nichols Kaster, LLP) for the Plaintiffs, as an expert on the standards of conduct and practices for fiduciaries that manage retirement plan assets, to evaluate whether Defendants' processes for managing a 401(k) plan (the "Plan") was consistent with the prevailing standard of care that a prudent fiduciary acting solely in the interest of the Plan's participants and beneficiaries would use. In particular, counsel for the Plaintiffs requested that Ms. Wagner: (i) evaluate whether the Plan's fiduciaries met the applicable standard of care with respect to their process for restructuring the Plan's investment lineup, which included removing certain investment options and replacing them with a Growth Fund established and maintained by the Plan's 3(38) investment manager; and (ii) to assess the Defendants' conduct in retaining and monitoring the Growth Fund in the Plan's lineup. In addition, Ms. Wagner evaluated whether the fiduciaries with responsibility for overseeing the Defendants adequately monitored the Defendants' management of the Plan.

**Nelsen et al. v. Principal Global Investors Trust Company et al.**
**(Served as Expert Witness for the Plaintiffs)**
**United States District Court for the Southern District of Iowa, Central Division**
**2020**

Ms. Wagner was retained by counsel (Nichols Kaster, LLP) for the Plaintiffs, as an expert on the standards of conduct and practices for fiduciaries that manage retirement plan assets, to evaluate whether Defendants' processes for managing a target date collective investment trust ("CIT") was consistent with the prevailing standard of care that a prudent fiduciary acting solely in the interest of the CIT's retirement plan investors would use. In particular, counsel for Plaintiffs asked Ms. Wagner to: (i) determine whether the Defendants' process for selecting and monitoring the CIT's underlying investments was consistent with the applicable standard of care; and (ii) to assess the Defendants' conduct in retaining and

monitoring certain proprietary investments as underlying investments for the CIT. Further, Ms. Wagner evaluated whether the fiduciaries with responsibility for overseeing the Defendants adequately monitored the Defendants' management of the CIT's underlying investments.

**Baird et al. v. BlackRock Institutional Trust Company, N.A.**
**(Served as Expert Witness for the Plaintiffs)**
**United States District Court for the Northern District of California, Oakland Division**
**2020**

Ms. Wagner was retained by counsel (Cohen Milstein Sellers & Toll PLLC) for the Plaintiffs, as an expert on the standards of conduct and practices for fiduciaries that manage retirement plan assets, to evaluate whether Defendants' processes for managing a 401(k) plan (the "Plan") was consistent with the prevailing standard of care that a prudent fiduciary acting solely in the interest of the Plan's participants and beneficiaries would use. In particular, counsel for the Plaintiffs requested that Ms. Wagner evaluate whether the Defendants met the applicable standards of care with respect to their processes for: (i) selecting and monitoring the Plan's investment options; (ii) evaluating the fees and risks attributable to certain proprietary Plan investment options that engaged in the practice of securities lending; (iii) selecting and monitoring the Plan's securities lending agent; (v) disclosing the securities lending fees charged to Plan participants in view of the prevailing standards for fee disclosures made by ERISA plan fiduciaries. In addition, Ms. Wagner reviewed whether the Plan fiduciaries with oversight responsibility for Defendants sufficiently monitored the Defendants' management the Plan.

**Payne v. DST Systems, Inc., et al.**
**(Served as Expert Witness for the Claimant)**
**American Arbitration Association**
**2020**

Ms. Wagner was retained by counsel (Humphrey, Farrington & McClain, P.C.) for the Plaintiff, as an expert on the standards of conduct and practices of fiduciaries that manage retirement plan assets, to evaluate whether Defendants' process for managing the profit sharing component of a 401(k) plan (the "Plan") was consistent with the prevailing standard of care that a prudent fiduciary acting in the best interest of the Plan's participants and beneficiaries would use. In particular, counsel for the Plaintiff requested that Ms. Wagner review and determine: (i) whether the Defendants prudently and effectively monitored the Plan's 3(38) investment manager and its compliance with the Duty of Diversification under the Employee Retirement Income Security Act of 1974 ("ERISA"), and (ii) whether the Defendants took timely and effective remedial action once it became clear that the securities for a single business enterprise had increased in value to become more than 25% of the assets comprising the Plan's profit sharing component.

**New York State Nurses Association Pension Plan v. White Oaks Global Advisors, LLC**
**(Served as Expert for the Plaintiffs)**
**American Arbitration Association – New York Regional Office (New York)**
**2019**

Ms. Wagner was retained by counsel (Covington & Burling LLP) for the Plaintiff, i.e., the trustees for a union-sponsored pension plan, as an expert in connection with matters relating to the standard of conduct and practices of 3(38) fiduciaries that manage retirement plan assets. In particular, Ms. Wagner has been engaged to evaluate whether the Defendant registered investment adviser violated the Employee Retirement Income Security Act of 1974 and breached a related Investment Management Agreement.

**Turner et al. v. Northern Montana Hospital, et al.**
**(Served as Expert for the Defendants)**
**United States District Court for the District of Montana, Great Falls Division**
**2019**

Ms. Wagner was retained by counsel (Strong & Hanni, PC) for one of the defendant-hospitals to produce an expert report to evaluate whether the actions taken by the defendant in connection with its health insurance plan were consistent with the requirements of Title I of ERISA.  In particular, counsel for the defendant requested that Ms. Wagner review and determine whether the defendant's implementation of its agreement with an insurer satisfied the requirements of Title I of ERISA.  Specifically, Ms. Wagner's report included a review of the plan's compliance with ERISA's trust requirements, whether certain amounts were in fact plan assets under ERISA and whether the allocation of payments between plan participants and the defendant complied with ERISA.

**Gopher et al. v. Wells Fargo Bank, N.A., et al.**
**(Served as Expert for the Plaintiffs)**
**Circuit Court for Broward County, Florida**
**2019**

Ms. Wagner was retained by counsel (Conrad & Scherer LLP) for the plaintiffs to produce an expert report and to testify as an expert in rebuttal to a claim that the criteria to establish a rabbi trust under the Internal Revenue Code of 1986 applied to the terms and conditions of the Seminole Tribe of Florida Minors' Per Capita Trust Agreement and that such trust operated as a rabbi trust.

**Jacobs et al. v. Verizon Communications Inc., et al.**
**(Served as Expert for the Defendants)**
**United States District Court for the Southern District of New York**
**2019**

Ms. Wagner was retained by counsel (DLA Piper) on behalf of the defendant-plan sponsor to produce an expert report and to testify with respect to the standards of conduct imposed on plan fiduciaries under the ERISA.  In particular, the report provided an evaluation of

the plan sponsor's adherence to these fiduciary standards with respect to its selection and monitoring of an alternative investment option as an investment option in its 401(k) plan investment lineup.

**Beach et al. v. JPMorgan Chase Bank, et al.**
**(Served as Expert for the Plaintiffs)**
**United States District Court for the Southern District of New York**
**2019**

      Ms. Wagner was retained by counsel (Kessler, Topaz, Meltzer & Check, LLP) for the Plaintiffs as an expert on the standards of conduct and practices of fiduciaries that manage retirement plan assets, to evaluate whether Defendants' process for managing a 401(k) plan (the "Plan") was consistent with the prevailing standard of care that a prudent fiduciary acting in the best interest of the Plan's participants and beneficiaries would use.  In particular, counsel for the Plaintiffs requested that Ms. Wagner review and determine whether the Defendants: (i) met the applicable standards of care with respect to their process for selecting and monitoring the Plan's investment options; and (ii) adequately monitored the Plan fiduciaries appointed to manage the Plan's investment options.

**Great-West Life & Annuity Insurance Company and FASCore LLC v. Perry Christie and Voya Financial, Inc.**
**(Served as Expert for the Plaintiffs)**
**District Court, Arapahoe County, Colorado**
**2019**

      Ms. Wagner was retained by counsel (Davis, Graham & Stubbs LLP) for the Plaintiffs (Great-West) as an expert on the standards of conduct and practices for administrative service providers, including recordkeeping service providers such as the Plaintiffs and Defendants in the matter.  In particular, counsel for the Plaintiffs requested that Ms. Wagner review and determine whether the Defendants' conduct was consistent with the standards of conduct and ethics established within the retirement plan industry.

**Moitoso et al. v. FMR LLC, et al.**
**(Served as Expert for the Plaintiffs)**
**United States District Court for the District of Massachusetts**
**2019**

      Ms. Wagner was retained by counsel (Nichols Kaster, LLP) for the Plaintiffs as an expert with respect to whether Defendants' process for managing a 401(k) plan (the "Plan") was consistent with the prevailing standard of care that a prudent fiduciary acting in the best interest of the Plan's participants and beneficiaries would use.  In particular, counsel for Plaintiffs asked Ms. Wagner to determine whether it was consistent with the applicable standard of care for the Defendants to disregard all fiduciary norms in selecting and monitoring all but two of the Plan's hundreds of investment options, and to assess the Defendant committees' conduct in: (i)

retaining certain proprietary investments as Plan investment options, and (ii) monitoring the performance and expenses attributable to these Plan investments.

**Charles Dennis, M.D., v. Deborah Heart and Lung Center**
**(Served as Expert for the Defendant)**
**Superior Court of New Jersey – Chancery Division**
**2019**

       Ms. Wagner was retained by counsel (Epstein, Becker & Green, P.C.) for the Defendant, as an expert in matters arising under Title I of ERISA, including evaluating whether an arrangement qualifies as an employee benefit plan under Section 3(3) of ERISA, and whether a certain variable life insurance policy purchased by the Plaintiff pursuant to a salary reduction agreement with Defendant was a plan covered by ERISA.

**Ology Bioservices, Inc. v. Goodwin Procter, LLP**
**(Served as Expert for the Claimant)**
**American Arbitration Association – Southeast Case Management Center (Atlanta)**
**2019**

       Ms. Wagner was retained by counsel for the claimant corporation to produce an expert report with respect whether the Defendants committed legal malpractice and breached their fiduciary duties owed to the corporation by providing negligent legal advice in connection with the claimant's issuance of stock option awards. Among other things, the Defendants were accused of rendering incorrect legal advice concerning the underlying stock valuations and related tax issues under Internal Revenue Code Section 409A.

**Culinary Academy of Las Vegas v. Fava et al.**
**(Served as Expert for the Plaintiff)**
**United States District Court, District of Nevada**
**2019**

       Ms. Wagner produced an expert report on behalf of the board of trustees for an  Apprenticeship and Training Plan ("ATP") evaluating whether the Defendants had breached their fiduciary duties owed to the ATP under ERISA by failing to act prudently and solely in the interest of the ATP's participants and beneficiaries, and to exercise the skill, care, prudence and diligence in administering the ATP and its assets.  Among other things, the Defendants were accused of causing the ATP to engage in costly operations that were beyond the scope of its stated non-profit purpose (i.e., to provide education and training opportunities in the Las Vegas hospitality industry).

**Marshall, et. al. v. Northrop Grumman Corporation, et. al.**
**(Served as Expert for Defendant)**
**United States District Court, Central District of California**
**2018**

Ms. Wagner was retained by counsel (Mayer Brown) for the Defendant employer and its plan committees to produce an expert report and to testify as an expert with respect whether the Defendants followed a prudent process in overseeing reimbursements made from a 401(k) plan to the employer for expenses the employer incurred (_e.g._, salaries and fringe benefits) in providing certain administrative and investment-related services to the 401(k) plan.

**Marilyn Johnson, et. al v. City of Memphis**
**(Served as Expert for Plaintiff)**
**United States District Court, Western District of Tennessee, Western Division**
**2018**

Ms. Wagner provided an expert opinion on behalf of the Plaintiff with respect to the application of Internal Revenue Code Section 415 to governmental plans and long service police officers, and the relationship of the Code Section 415 limitations to a plan's benefit formula.

**Quatrone, et. al. v. Gannett Co., Inc. et. al.**
**(Served as Expert for Plaintiff)**
**United States District Court, Eastern District of Virginia Alexandria Division**
**2018**

Ms. Wagner provided an expert report on behalf of participants in a 401(k) plan.  The report evaluated whether the plan sponsor followed a prudent process in monitoring and continuing to offer the former plan sponsor's common stock as a plan investment option following its spinoff from the current plan sponsor in 2015.

**TI Group Automotive Systems, LLC v. Vollmar, et. al.**
**(Served as Expert for Defendant)**
**Delaware Superior Court**
**2018**

Ms. Wagner delivered an expert report in a case involving a dispute over certain representations and warranties made under a stock purchase agreement concerning the administration of the company's ERISA-governed defined contribution retirement plan.  In particular, Ms. Wagner's report included a review of the plan's compliance with the Internal Revenue Code's nondiscrimination requirements in order to maintain its tax-qualified status thereunder.

**Barrett, et. al. v. Pioneer Natural Resources USA, Inc., et. al.**
**(Served as Expert for Plaintiff)**
**District of Colorado**
**2018**

Ms. Wagner prepared an expert report on behalf of participants in a 401(k) plan.  The report evaluated the plan sponsor's adherence to the standards of conduct imposed on plan fiduciaries under the Internal Revenue Code and ERISA with respect to the selection, monitoring and retention of the plan's recordkeeper and certain investment options appearing on the plan's platform.

**Spires et al. v. Schools et al**
**(Served as Expert for the Plaintiff)**
**United States District Court, District of South Carolina Charleston Division**
**2018**

Ms. Wagner prepared an expert report on behalf of participants in an employee stock ownership plan ("ESOP") that evaluated whether the Defendants breached their fiduciary duties owed to the Plaintiffs under ERISA by failing to act prudently and solely in the interest of the Plan's participants and beneficiaries, and to exercise the skill, care, prudence and diligence in administering the Plan and its assets during the Class Period.

**Novant Health, Inc. v. Federal Insurance Company, Inc. and Travelers Casualty and Surety Company of America**
**(Serve as Expert for Defendant)**
**United States District Court, District of South Carolina Charleston Division**
**2018**

Ms. Wagner prepared an expert report on behalf of two insurance companies that had issued primary and excess fiduciary liability insurance policies to Novant.  Ms. Wagner's report evaluated whether $32 million was a reasonable amount for Novant to settle a matter involving certain breach of fiduciary claims brought against the fiduciaries for several of its defined contribution plans.  Ms. Wagner's report included an analysis of whether the investment management fees, recordkeeping fees, and investment consulting fees paid by Novant's defined contribution plans were reasonable.

**Sacerdote et al. v. New York University**
**(Served as Expert for Defendant)**
**United States District Court, Southern District of New York**
**2017**

Ms. Wagner prepared an expert report on behalf of a plan sponsor for two defined contribution retirement plans relating to the standards of conduct imposed on plan fiduciaries under the Internal Revenue Code and ERISA.   In particular, the report provided an evaluation of

the plan sponsor's adherence to these fiduciary standards with respect its: (i) retention of the plans' recordkeepers; and (ii) selection and monitoring of the plans' investment options.

**Moreno et al. v. Deutsche Bank Matched Savings Plan Investment Committee, et al.**
**(Served as Expert for Plaintiff)**
**United States District Court, Southern District of New York**
**2017**

　　Ms. Wagner provided an expert report on behalf of participants in a 401(k) plan concluding that the Defendants had failed to adhere to a prudent process regarding the selection and monitoring of investment options for the plan's investment menu by favoring proprietary investments issued by the plan sponsor and disregarding the plan's investment policy statement in the selection and monitoring process.

**Urakhchin et al. v. Allianz Asset Mgmt. of America, L.P. et al.**
**(Served as Expert for Plaintiff)**
**United States District Court, Central District of California**
**2017**

　　Ms. Wagner produced an expert report on behalf of participants in a 401(k) plan relating to the duties owed to them by Allianz Asset Management of America, L.P. ("Allianz") with respect to its role as the plan's sponsor and fiduciary for the plan.  In particular, the report provided an evaluation of: (i) whether it was consistent with the applicable standard of care and the best interests of participants and beneficiaries to maintain a plan investment menu consisting  entirely of investments affiliated with Allianz; (ii) whether Allianz prudently and objectively evaluated and monitored the investments in the plan's investment menu; (iii) whether Allianz' conduct in approving the addition of certain proprietary funds and a new default investment option to the plan's investment menu was consistent with fiduciary standards and the best interests of participants and beneficiaries; and (iv) whether Allianz adequately addressed potential conflicts-of-interest.

**Austin v. Union Bond & Trust Company**
**(Served as Expert for Plaintiff)**
**United States District Court, District of Oregon, Portland Division**
**2017**

　　Ms. Wagner produced an expert report on behalf of participants in an employee stock ownership plan ("ESOP") relating to the duties owed by Union Bond & Trust Company ("Union") and Morley Capital Management, Inc. ("Morley") with respect to their roles as fiduciaries for a collective investment trust that was an investment option under the ESOP.  The report discussed the duties of prudence and loyalty and whether Union and Morley had breached these duties by imprudently managing the fund, thereby resulting in significantly lower investment returns than those of its peers.

**Bentley et al. v. Equity Trust Company**
**(Served as Expert for Defendant)**
**Court of Common Pleas, Lorain County Ohio**
**2017**

Ms. Wagner produced an expert report on behalf of a custodian for certain self-directed individual retirement accounts ("IRA"s), relating to the standards of conduct imposed on custodians under the Internal Revenue Code and ERISA and how such standards relate to custodians holding IRA assets.  In addition, the report discussed what level of monitoring can be expected from providers of custodial services, particularly in the context of fraudulent activity by third parties rendering investment advice to IRA owners and providing plan investments to their IRAs.

**Main et al. v. American Airlines, Inc. et al.**
**(Served as Expert for Plaintiff)**
**Texas Northern District Court**
**2017**

Ms. Wagner produced an expert report on behalf of participants in an employer-sponsored defined contribution plan relating to the duties owed to them by American Airlines, Inc. ("American") with respect to its role as the plan's sponsor and fiduciary for the plan.  The report discussed the duties of prudence and loyalty and whether American violated these duties with its decision to continue to offer mutual funds issued by a controlled-group member investment advisory firm as designated investment alternatives for plan participants.  In addition, the report evaluated an independent fiduciary's process for determining whether it was prudent and in the interest of the plan to retain the controlled-group member as the plan's investment manager responsible for selecting and monitoring the plan's designated investment alternatives. Finally, the report appraised the process used by American's benefit plan committees for addressing potential conflicts of interest and whether those processes were adequate.

**Sgroi v. Edward D. Jones and Company, L.P.**
**(Served as Expert for the Plaintiff)**
**2015**

Ms. Wagner produced an expert report on behalf of a participant in a simplified employee pension plan ("SEP"), as defined under Section 408(k) of the Internal Revenue Code, relating to the duties owed by Edward D. Jones and Company in recommending the establishment of the SEP to the participant's Wyoming governmental employer where adoption of such a plan by a Wyoming governmental entity was prohibited by state law.  The report discussed an adviser's duty of prudence with respect to recommendations relating to the selection of a viable retirement benefits plan.

**DeLollis et al. v. Investment Performance Services, LLC**
**(Served as Expert for the Defendant)**
**United States District Court, Eastern District of New York**
**2014**

Ms. Wagner prepared an expert report and on behalf of a national investment consulting firm on investment allocation practices by Taft-Hartley plans seeking recovery of funds lost as a result of investment in Madoff feeder funds. The case entails issues of adherence to investment policy guidelines with respect to alternative investments and following appropriate steps to comply with ERISA standards of procedural prudence.

**Dunkin' Brands, Inc. v. Pernod Ricard USA, LLC**
**(Served as Expert for the Defendant)**
**2013**

Ms. Wagner delivered an expert report in a case involving a dispute over the allocation of plan expenses between formerly affiliated plan sponsors under an administrative cost sharing agreement. The report included a review of plan expenses, discussion of those expenses properly paid from plan assets and an explanation of required procedures for reimbursement of expenses paid by an employer.

**Tax Deferred Services Group v. Cetera Advisors Network, LLC**
**(Served as Expert for the Defendant)**
**Arbitration Matter**
**2013**

Ms. Wagner furnished an expert report and was engaged as an expert witness in arbitration proceedings contesting a third party administrator's putative authority to exercise signature authority on behalf of a plan sponsor and, pursuant to such purported authority, to transfer 457(b) plan accounts to investment providers selected by the administrator. Ms. Wagner concluded that such an assumption of fiduciary authority would violate the exclusive benefit and prudence standards of ERISA and California law. Moreover, based on Ms. Wagner's experience, it would have exceeded the authority of the typical administrator so that a specific delegation of fiduciary authority (not mere signatory authority) would have been required to move funds.

**Spaz Beverage Co. Defined Benefit Pension Plan v. 1st Global Advisors**
**(Served as Expert for the Defendant)**
**Arbitration Matter**
**2012**

Ms. Wagner was retained by Defendants to provide an expert report and to testify in arbitration proceedings as an expert in rebuttal to a claim that ERISA fiduciary standards require liquidation of defined benefit pension plan assets within a precise period of time following notice of the plan's impending termination. The plan in question suffered severe losses in the financial downturn of 2008 - 2009 as a result of its equity investments which were liquidated by the plan without the concurrence of the Defendant investment advisor.

**Harris et al. v. Koenig et al.**
**(Served as Expert for the Plaintiff)**
**United States District Court, District of Columbia**
**2011**

Ms. Wagner was asked by Plaintiffs to evaluate the conduct of State Street Bank and Trust Company, as plan trustee, in settling securities law claims held by the Waste Management Retirement Savings Plan against the plan sponsor. Ms. Wagner concluded that State Street's actions and omissions in responding to the offer of settlement violated the standard of care applicable to fiduciaries settling and releasing claims, as prescribed by statute as well administrative guidance, such as Prohibited Transaction Exemption 2003-39. These duties are premised on the assumption that a claim for fiduciary breach is an asset of the plan and that a fiduciary's decision whether to opt out of a class action settlement must include an evaluation of the dollar value of the claim to be relinquished and whether the terms of the release are too broad and might be modified to preserve ERISA claims.

**Shirk v. Fifth Third Bancorp**
**(Served as Expert for the Plaintiff)**
**United States District Court for the Southern District of Ohio, Western Division**
**2008**

Shirk was a stock drop-case in which participants in a 401(k) plan that also qualified as an ESOP incurred losses due to the decline in value of the plan's investment in employer stock. Ms. Wagner was requested by Plaintiffs to render an opinion on the fiduciary standards that applied to the plan fiduciary's decision to continue the plan's investment in employer stock in light of the employer's deteriorating financial condition. Ms. Wagner concluded that, given the plan's structure and the facts applicable to the employer, the plan fiduciaries could and should have exercised their fiduciary duty to terminate the investment in employer stock.

**Walker et al. v. Monsanto Company Pension Plan and Monsanto Company**
**(Served as Expert for the Plaintiff)**
**United States District Court for the Southern District of Illinois**
**2008**

Monsanto involved a cash balance plan where the plan sponsor had discontinued making interest credits on behalf of participants after the attainment of age 55. Ms. Wagner rendered an expert opinion on behalf of the Plaintiffs that this practice failed to meet statutory requirements prohibiting age discrimination.

**Abbott et al. v. Lockheed Martin Corporation**
**(Served as Expert for the Plaintiff)**
**United States District Court for the Southern District of Illinois**
**2008**

Ms. Wagner was retained by Plaintiffs to render an expert opinion as to the operational procedures employed by Lockheed Martin with respect to its 401(k) plans for the purpose of

meeting the requirements of section 404(c) of ERISA.  That provision relieves ERISA fiduciaries of liability where investment losses result from a plan participant's exercise of discretion and control with respect to the investment of his or her plan account, provided the plan sponsor furnishes participants with sufficient investment information and discloses certain material facts about the plan and its administration.   Ms. Wagner concluded that Lockheed Martin's actions during a specified period consistently fell short of what was required to obtain this relief from fiduciary responsibility.



# Consultative Trial and Expert Services

## For Complex Litigation

## Position Yourself to Win with IMS

The most influential attorneys and firms rely on IMS Consulting & Expert Services. We partner with high-performing litigators to tell clear, persuasive stories that educate jurors and lead to optimal outcomes. When the stakes are high and critical matters are entrusted to you, we become a valuable extension of your trial team and help position you to win.

Through every stage of your case, IMS offers consulting and expert services that deliver the five essential tools lawyers need to win:

- A well-developed integrated strategy
- Expert witnesses who clarify
- Rigorous research to test and validate the integrated strategy
- Powerful visual advocacy to engage and educate
- Flawlessly delivered courtroom presentations and technology

Together, these elements form a powerful combination.
**Together, we win.**



**INTEGRATED STRATEGY**
that tells a great story—yours.



**EXPERT WITNESS**
to inform the decision makers.



**JURY CONSULTING**
to validate your strategy, story, and witnesses.



**TRIAL GRAPHICS**
that teach and persuade.



**TRIAL PRESENTATION**
delivered flawlessly.



**IMS Consulting & Expert Services** delivers award-winning consultative trial and expert services for the most influential global firms through every stage of litigation. Combining the perspectives and proprietary methods developed over 30 years and more than 2,000 trials, IMS provides attorneys with the essential services they need to win: integrated strategy, expert witness placement, jury consulting, trial graphics, and trial presentation. With strategic locations in major U.S. markets, the IMS team is primed to support in-person and remote litigation needs from coast-to-coast. More at expertservices.com.






*Our searches produce the best results when you provide us prompt feedback, positive or negative, on the experts we present. Please contact your client manager if you wish to interview this candidate, give feedback, or seek additional information about our consultative trial and expert witness services.*