# EXHIBIT C

**Vanderhyden, Ray**

| | |
|---|---|
| **From:** | Delaney, Sean (USAMD) <Sean.Delaney@usdoj.gov> |
| **Sent:** | Tuesday, April 12, 2022 3:00 PM |
| **To:** | Qureshi, Rizwan A.; Millie Graves |
| **Cc:** | Bolden, A. Scott; Miller, Kelley C.; Todd, Anthony R.; Wise, Leo (USAMD); Zelinsky, Aaron (USAMD) |
| **Subject:** | RE: U.S. v. Marilyn J. Mosby, 22-cr-00007-LKG: Anticipated Attendees for Thursday's Hearing |

EXTERNAL E-MAIL - From Sean.Delaney@usdoj.gov

Good afternoon,

The following people will be attending Thursday's hearing on behalf of the Government:

- AUSA Leo J. Wise
- AUSA Sean R. Delaney
- AUSA Aaron S.J. Zelinsky
- FBI Special Agent Christine Parr
- FBI Forensic Analyst Jenna Bender
- IRS Special Agent Rachel Solomon

Please let me know if you need anything further.  Thank you very much.

Sean Delaney

---

**From:** Qureshi, Rizwan A. <RQureshi@reedsmith.com>
**Sent:** Tuesday, April 12, 2022 11:53 AM
**To:** Millie Graves <Mildred_Graves@mdd.uscourts.gov>
**Cc:** Bolden, A. Scott <ABolden@ReedSmith.com>; Qureshi, Rizwan A. <RQureshi@reedsmith.com>; Miller, Kelley C. <KMiller@ReedSmith.com>; Todd, Anthony R. <ATodd@ReedSmith.com>; Wise, Leo (USAMD) <lwise@usa.doj.gov>; Zelinsky, Aaron (USAMD) <AZelinsky@usa.doj.gov>; Delaney, Sean (USAMD) <SDelaney2@usa.doj.gov>
**Subject:** [EXTERNAL] U.S. v. Marilyn J. Mosby, 22-cr-00007-LKG: Anticipated Attendees for Thursday's Hearing

Dear Chambers of the Honorable Lydia K. Griggsby,

In anticipation of the motions hearing scheduled for April 14, 2022, per the Court's instructions at the April 5th hearing, we write to advise the Court of the anticipated attendees on behalf of State's Attorney Marilyn Mosby.  The following individuals will be present on behalf of the defense:

Counsel:      A. Scott Bolden (counsel of record)
              Rizwan A. Qureshi (counsel of record)

    Kelley C. Miller (counsel of record)
    Anthony Todd (counsel of record)
    Paola Nunez-Henry (Reed Smith LLP associate and member of the legal team)
    Raymond Vanderhyden (Reed Smith LLP associate and member of the legal team)

In addition, State's Attorney Marilyn Mosby and her husband, Councilman Nick Mosby, will also be present.

In total, the defense respectfully requests that the Court permit each of eight (8) aforementioned individuals to be present in Courtroom 1A during Thursday's scheduled motions hearing. In addition, the defense respectfully requests that because Ms. Nunez-Henry and Mr. Vanderhyden are "employees of counsel representing parties in the case" (*See* Dkt. No. 50), that they be permitted to possess electronic devices during the duration of the motions hearing.

Please let me know if you have any questions or if you require any additional information.

Best,
Rizzy Qureshi

**Rizwan (Rizzy) Qureshi, Esq.**
rqureshi@reedsmith.com

**Reed Smith** LLP
1301 K Street, N.W.
Suite 1000 - East Tower
Washington, D.C. 20005-3373
Phone: 202-414-9218
Mobile: 202-893-6160
Fax: 202-414-9299

\* \* \*

This E-mail, along with any attachments, is considered confidential and may well be legally privileged. If you have received it in error, you are on notice of its status. Please notify us immediately by reply e-mail and then delete this message from your system. Please do not copy it or use it for any purposes, or disclose its contents to any other person. Thank you for your cooperation.

Disclaimer Version RS.US.201.407.01