# EXHIBIT D

# JENNA N. BENDER, CPA, CFE
# CURRICULUM VITAE

**PROFESSIONAL HISTORY:**

**FEDERAL BUREAU OF INVESTIGATION**

Forensic Accountant, 2015 to present

Perform duties and investigate complex financial crimes involving public corruption, insurance fraud, mortgage fraud, bank fraud, investment fraud, campaign fraud, wire fraud, money laundering, non-profit fraud, Ponzi schemes and embezzlements.

**Weyrich, Cronin & Sorra, Chartered**

Forensic and Valuation Services Manager, 2006 to 2015

Performed duties related to civil settlements and litigation, including preparation of financial reports and issuance of expert opinions. Performed and supervised forensic investigations, settlement designs, discovery requests, document management, historical spending analyses, budgets, statements of net worth, and court financial statements.

**Weyrich, Cronin & Sorra, Chartered**

Controller, 2003 to 2006

Completed all aspects of the monthly and yearly financial transactions to include preparation of financial statements, billing, tax planning, tax returns, and operating budgets.

**EDUCATION:**

Master of Science in Forensic Accounting, Stevenson University, 2007
Bachelor of Science in Accounting, Stevenson University, 2003

**PROFESSIONAL CERTIFICATIONS:**

Certified Public Accountant, licensed to practice in Maryland since 2013
Certified Fraud Examiner, certified by the ACFE since 2007

**PROFESSIONAL AFFILIATIONS:**

Association of Certified Fraud Examiners

**QUALIFICATIONS:**

Qualified Expert Witness, Forensic Accounting, in Baltimore County, Carroll County, Frederick County, Howard County, Montgomery County, and Prince George's County, Maryland

Case 1:22-cr-00007-LKG   Document 80-4   Filed 07/15/22   Page 3 of 3

PAGE 2

**TESTIMONY EXPERIENCE**

 United States Federal Court, Greenbelt Maryland, Trial Testimony – *United States v. Dawn Bennett* – October 2018

 Circuit Court for Carroll County, Maryland, Trial Testimony – *Reed v. Reed* – October 2015

 Circuit Court for Howard County, Maryland, Trial Testimony – *Salkini v. Salkini* – June 2015

 Circuit Court for Frederick County, Maryland, Trial Testimony – *Rosenberg-Forgett v. Forgett* – June 2014

 Circuit Court for Montgomery County, Maryland, Trial Testimony – *Guttmann v. Lasater* – March 2014

 Circuit Court for Montgomery County, Maryland, Deposition Testimony – *Guttmann v. Lasater* – October 2013

 Circuit Court for Carroll County County, Maryland, Trial Testimony – *Rosen v. Rosen* – October 2012

 Circuit Court for Prince George's County, Maryland, Trial Testimony – *Odoi-Atsem v. Odoi-Atsem* – March 2012

 Circuit Court for Howard County, Maryland, Trial Testimony – *Davis v. Davis* – February 2012

 Circuit Court for Baltimore County, Maryland, Deposition Testimony – *Rhodes v. Rhodes* – January 2012

 Circuit Court for Prince George's County, Maryland, Trial Testimony – *Odoi-Atsem v. Odoi-Atsem* – July 2011

 Circuit Court for Baltimore County, Maryland, Trial Testimony – *Pisano v. Pisano* – June 2011

 Circuit Court for Baltimore County, Maryland, Trial Testimony – *Younis v. Younis* – January 2008