# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**MARILYN J. MOSBY,**<br><br>**Defendant** | Case No. 22-cr-00007-LKG-1 |

## ORDER

Upon consideration of Defendant's Motion in Limine No. 1 to Preclude the Government's Forensic Expert From Testifying at Trial, and good cause having been shown, it is this ___ day of _____, 2022 hereby:

**ORDERED** that the motion is **GRANTED**; and it is

**FURTHER ORDERED** that the opinions and testimony of Jenna Bender are hereby excluded from trial.

_____
Hon. Lydia Kay Griggsby
United States District Judge