IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MARILYN J. MOSBY,<br><br>Defendant | Case No. 22-cr-00007-LKG-1 |

## ORDER

Upon consideration of Defendant's Motion in Limine No. 2 to Preclude the Government's IRS Expert From Testifying at Trial, and good cause having been shown, it is this ___ day of _____, 2022 hereby:

**ORDERED** that the motion is **GRANTED**; and it is

**FURTHER ORDERED** that the opinions and testimony of Matthew Lopes, are hereby excluded from trial.

_____
Hon. Lydia Kay Griggsby
United States District Judge