IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MARILYN J. MOSBY,<br><br>Defendant | Case No. 22-cr-00007-LKG-1 |

### ORDER

Upon consideration of Defendant's Motion in Limine No. 4 to Exclude Evidence of How Her Withdrawn 457(b) Funds Were Used, and good cause having been shown, it is this ___ day of _____, 2022 hereby:

**ORDERED** that the motion is **GRANTED**; and it is

**FURTHER ORDERED** that the government is precluded from presenting evidence or argument at trial regarding how State's Attorney Mosby spent the withdrawn 457(b) funds.

_____
Hon. Lydia Kay Griggsby
United States District Judge