IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MARILYN J. MOSBY,<br><br>Defendant | Case No. 22-cr-00007-LKG-1 |

## ORDER

Upon consideration of the Defendant's Motion in Limine No. 5 to Exclude Evidence that Defendant Has Previously Been The Subject of an OIG and a State Bar Investigation, and good cause having been shown, it is this _____ day of July, 2022, hereby:

**ORDERED** that the Motion is **GRANTED**; and it is further

**ORDERED** that the government is precluded from introducing evidence or argument regarding any prior investigations of Defendant Marilyn Mosby, including but not limited to the OIG and State Bar investigations.

_____
Hon. Lydia Kay Griggsby
United States District Judge