UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| UNITED STATES OF AMERICA | |
|---|---|
| v. | CRIMINAL NO. LKG-22-7 |
| MARILYN J. MOSBY | |
| Defendant. | |

**VERDICT FORM**

How do you find the defendant, **MARILYN J. MOSBY**, as to COUNT ONE of the Indictment?

Guilty _____          Not Guilty _____

How do you find the defendant, **MARILYN J. MOSBY**, as to COUNT TWO of the Indictment?

Guilty _____          Not Guilty _____

How do you find the defendant, **MARILYN J. MOSBY**, as to COUNT THREE of the Indictment?

Guilty _____          Not Guilty _____

How do you find the defendant, **MARILYN J. MOSBY**, as to COUNT FOUR of the Indictment?

Guilty _____          Not Guilty _____

The foregoing constitutes the unanimous verdict of the jury.

_____                    _____
FOREPERSON                                         DATE