```
 1                IN THE UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF MARYLAND
 2                        SOUTHERN DIVISION

 3
     UNITED STATES OF AMERICA        )
 4                                   )
          Plaintiff,                 )
 5                                   ) CRIMINAL CASE NO. PX-17-0472
                vs.                  )
 6                                   ) DAY 6
     DAWN J. BENNETT,                )
 7                                   )
                Defendant.           )
 8   _____)

 9
                  TRANSCRIPT OF PROCEEDINGS - JURY TRIAL
10                BEFORE THE HONORABLE PAULA XINIS
                     UNITED STATES DISTRICT JUDGE
11                WEDNESDAY, OCTOBER 10th, 2018; 9:00 A.M.
                          GREENBELT, MARYLAND
12
                         A P P E A R A N C E S
13
     FOR THE PLAINTIFF:
14
          OFFICE OF THE UNITED STATES ATTORNEY
15             BY:  ERIN PULICE, THOMAS WINDOM, GREGORY BERNSTEIN
               6500 CHERRYWOOD LANE, SUITE 200
16             GREENBELT, MARYLAND 20770
               (301) 344-0217
17
     FOR THE DEFENDANT:
18
          WHITEFORD, TAYLOR & PRESTON
19             BY:  DENNIS BOYLE, BLERINA JASARI, ADRIAN SNEAD
               1800 M. Street, N.W., Suite 450N
20             WASHINGTON, DC 20036
               (202) 659-6800
21
          *** Proceedings Recorded By Mechanical Stenography***
22             Produced By Computer-Aided Transcription
   _____
23
                  MARLENE MARTIN-KERR, RPR, RMR, CRR, FCRR
24                  FEDERAL OFFICIAL COURT REPORTER
                    6500 CHERRYWOOD LANE, STE 200
25                    GREENBELT, MARYLAND 20770
                          (301)344-3499
```

                        P R O C E E D I N G S

1

2          (Call to Order of the Court.)

3          (Open Court - Jury Not Present.)

4          THE DEPUTY CLERK:  All rise.

5          The United States District Court for the District of

6   Maryland is now in session, the Honorable Paula Xinis

7   presiding.

8              THE COURT:  Good morning, everyone.

9          Government, call the case.

10             MS. PULICE:  This is United States versus Dawn J.

11  Bennett.  This is Criminal No. PX-17-472.

12         Erin Pulice, Thomas Windom, and Greg Bernstein for the

13  United States, and we're joined by Special Agent Keith Custer

14  from the FBI.

15             THE COURT:  Okay, good morning.

16             MR. BOYLE:  Good morning, your Honor.  Dennis Boyle

17  and Blerina Jasari on behalf of the defendant, Dawn Bennett.

18             THE COURT:  Okay, good morning.  All right, you all

19  can have a seat.

20         Does anybody have any preliminary matters before we bring

21  the jury in?

22             MR. BOYLE:  None from the defense, your Honor.

23             MS. PULICE:  Your Honor, I just wanted to briefly

24  review the lineup for today with the Court.

25             THE COURT:  Okay.

1          MS. PULICE:  We have two victims testifying this

2    morning.  That's Ms. Barney and Mrs. Thur.  And then after

3    that, depending on timing, we would intend to read some

4    stipulations into the record and admit bank records.  And then

5    we have a witness from EagleBank, Len Rann.  And then, again

6    depending on timing, we'll either have Mr. Boyle's witness or a

7    witness who is traveling in today whose flight arrives at 2:30

8    into BWI, Ms. Zeck.  And we also have Jenna Bender, the FBI

9    forensic accountant.  And we can take those in any particular

10   order, just depending on today's schedule.

11         THE COURT:  Okay.  And you say Ms. Zeck is coming in

12   at 2:30?  Her flight lands at 2:30?

13         MS. PULICE:  2:45 into BWI, and she's coming directly

14   to the courthouse.  So we hope to --

15         THE COURT:  Okay.  Is she a short witness?

16         MS. PULICE:  She is a short witness.

17         THE COURT:  Okay.  So the plan is to get her on and

18   off today so she can get back?

19         MS. PULICE:  That would be our hope, although her

20   ticket is not out -- her ticket out is Friday morning.  So

21   she'll be able to stay through tomorrow if necessary.

22         THE COURT:  Okay, but aspirationally, we're trying to

23   get this all done today so that tomorrow can be a dark day for

24   the jury, and we can deal with instructions and the expert

25   issue?

1            MR. BOYLE:  Yes, Your Honor.

2        Also, we have Kumar Bala coming in today to testify out of

3    order.

4            THE COURT:  Any estimated length of testimony for

5    him?

6            MR. BOYLE:  I would imagine 45 minutes, half hour to

7    45 minutes, Your Honor.

8            THE COURT:  Okay.

9            MR. BOYLE:  It sounds like it could be a full day.

10           THE COURT:  Yes, I would anticipate it would be.  Do

11   you know when Mr. Bala will be here?

12           MR. BOYLE:  We've asked him to be here at 2 o'clock.

13           THE COURT:  Okay.  All right, and I have a hard stop

14   for lunch at 1:00.  So we'll just try to get in as much as we

15   can until then.  Okay?  Great.

16       Let's get the jury.

17           THE DEPUTY CLERK:  All rise for the jury.

18       (Open Court - Jury Present.)

19           THE COURT:  All right.  Good morning, everyone.  I

20   hope you all had a restful evening.

21       We're going to start back up with the government.  Would

22   you call your next witness?

23           MR. BERNSTEIN:  The government calls Joan Barney,

24   Your Honor.

25           THE DEPUTY CLERK:  Please raise your right hand.

1        (Witness complied.)

2             THE DEPUTY CLERK:  You do solemnly swear, or affirm,

3    under the penalties of perjury that the information and

4    evidence you're about to give to the Court and jury in the

5    matter now pending before them shall be the truth, the whole

6    truth, and nothing but the truth?

7             THE WITNESS:  Yes, I do.

8             THE DEPUTY CLERK:  Thank you.  You may be seated.

9        (The Witness is Sworn.)

10            THE DEPUTY CLERK:  Please speak loudly and clearly

11   into the microphone.  State your full name for the record, and

12   spell both your first and last name.

13            THE WITNESS:  Joan Marie Barney, J-o-a-n,

14   B-a-r-n-e-y.

15            THE DEPUTY CLERK:  Thank you.

16        JOAN MARIE BARNEY, GOVERNMENT'S WITNESS, SWORN

17                    DIRECT EXAMINATION

18   BY MR. BERNSTEIN:

19   Q.   Good morning, Ms. Barney.

20   A.   Good morning.

21   Q.   Where do you currently live?

22   A.   Florida.

23   Q.   Are you married?

24   A.   Yes, I am.

25   Q.   Who do you live with?

1    A.    By myself.

2    Q.    Where does your husband currently reside?

3    A.    He is in an assisted living facility.

4    Q.    How long have you been married?

5    A.    Thirty-one years.

6    Q.    What do you do?

7    A.    I'm retired.

8    Q.    And before you were retired what did you do then?

9    A.    I was a travel agent and also I was a CPA and I worked for

10   Corporate Health Resources.

11   Q.    What's that?

12   A.    That was a company that did drug testing for other

13   companies for new hires.

14   Q.    What did you do for them?

15   A.    I was the office manager and human resource person.

16   Q.    Do you know Dawn Bennett?

17   A.    Yes, I do.

18   Q.    How long have you known Dawn Bennett for?

19   A.    Over 25 years.

20   Q.    How did you first meet Ms. Bennett?

21   A.    I met Dawn when I was working for Omega World Travel.  I

22   was the Chief Financial Officer there, and they had decided to

23   implement a 401K plan, so they hired Dawn; and as the CFO, I

24   was to work with her to implement the plan and inform all of

25   the employees as to how to invest their money with the plan.

```
 1   Q.   And did there come a time when you and your husband also
 2   gave your retirement money to Ms. Bennett to manage?
 3   A.   Yes.
 4   Q.   When was that?
 5   A.   Well, when I left Omega and I took the money out of the
 6   401K, I invested it with Dawn in various stocks.
 7   Q.   And about what time was that?  How long ago?
 8   A.   That was probably about 1998, '99.
 9   Q.   Have you heard of a company called DJB Holdings, LLC?
10   A.   Yes.
11   Q.   When was the first time you heard about DJB Holdings?
12   A.   When Dawn Bennett called me to talk to me about the new
13   company she was starting up.
14   Q.   And what did Ms. Bennett say that the company was going to
15   do?
16   A.   They would be selling luxury sports equipment.
17   Q.   Did she say whether it was a brick and mortar or online
18   store?
19   A.   I'm sorry?
20   Q.   Did she say whether this was a brick and mortar business
21   or online?
22   A.   Online.
23   Q.   And did there come a time when Ms. Bennett asked you to
24   put money into the company?
25   A.   Yes.
```

1  Q.   And did you do that?

2  A.   Yes, I did.

3  Q.   I'm showing you Exhibit iCHART-23.

4       MR. BOYLE:  We have no objection if that's what

5  you're waiting for.

6  BY MR. BERNSTEIN:

7  Q.   Ms. Barney, do you have iCHART-23 in front of you?

8  A.   Yes.

9  Q.   And have you seen this chart before today?

10 A.   Yes.

11 Q.   Have you reviewed this chart using the underlying bank

12 records?

13 A.   Yes.

14 Q.   Is this chart an accurate summary of money you put into

15 DJBennett.com and the money you got back?

16 A.   Yes, it is.

17 Q.   And the money you put in, that's the inflows, and the

18 money you got back is the repayments?

19 A.   That was interest.  That was not repayment of the

20 principal.  Those were interest payments.

21 Q.   Okay, but it was payment of money you got back from DJB

22 Holdings?

23 A.   Yes.

24 Q.   Now, with the benefit of this chart, when was the first

25 time, the first date you put money into DJB Holdings?

1    A.    April 23, 2015.

2    Q.    And how much money did you put into the company?

3    A.    $100,000.

4    Q.    Before you made this investment, did you discuss with

5    Ms. Bennett the terms of the investment?

6    A.    Yes.

7    Q.    And did Ms. Bennett discuss with you the interest rate?

8    A.    Yes.

9    Q.    How did she describe the interest rate?

10   A.    It was 15 percent on a promissory note.

11   Q.    Did you discuss with Ms. Bennett the risk of the

12   investment?

13   A.    Yes.

14   Q.    And did you discuss with Ms. Bennett what you were looking

15   for in terms of your, let's say, risk tolerance?

16   A.    Dawn knew that this was the only money that I had to care

17   for my husband and his illness, and I was always guaranteed, no

18   matter what, that my principal would always be safe, and I

19   would be able to always get my principal back at any time.

20   Q.    When you say your husband's illness, what are you

21   referring to?

22   A.    My husband currently has Parkinson's disease, and he's had

23   it for about 16 years now, and he has dementia with it.  And

24   since I was no longer able to care for him, he is now in an

25   assisted living facility.

1   Q.   Is Parkinson's a disease that progressively gets worse?

2   A.   Yes, it is.

3   Q.   Before your husband went to an assisted living facility,

4   did you communicate to Ms. Bennett that you thought that might

5   be a possibility in the future?

6   A.   Yes.

7   Q.   And how did that relate to the -- if it did at all, how

8   did that relate to the investment in DJBennett.com?

9   A.   It related in the fact that I told Dawn unequivocally that

10  I could not lose one single dime of my money, that that was all

11  I had to care for my husband.  He's had Parkinson's for

12  16 years, and he could go for many, many more years, as it is a

13  slowly degenerative disease, plus the dementia part of it.

14  Q.   Did you discuss with Ms. Bennett what you were looking for

15  in terms of liquidity?

16  A.   Yes, that it would always be liquid to me.  At any time

17  that I asked for the money, she would make sure that I would

18  get my money.

19  Q.   Ms. Barney, I'm going to show you Exhibit Joan-1.  This

20  appears to be an email from Ms. Bennett to you dated April 16,

21  2015?

22  A.   Yes.

23  Q.   And the email address, Joan@ptstravel.com, whose email is

24  that?

25  A.   That's correct.  That's my email.

 1   Q.   What about the subject line of the email?  What does that

 2   say?

 3   A.   That's correct.

 4   Q.   And ma'am, what does the subject line say?

 5   A.   Oh, I'm sorry.  "Convertible note term sheet and offering

 6   documents."

 7   Q.   And Ms. Barney, there appears to be a number of

 8   attachments?

 9   A.   Yes.

10   Q.   I'm showing one of those attachments, Joan-1(a).

11   Ms. Barney, do you recognize this document?

12   A.   Yes, that was the business plan.

13   Q.   And do you remember the business plan including a profit

14   and loss statement?

15   A.   Yes.  It was 19 pages long, and there was a profit and

16   loss statement, yes.

17   Q.   I'm taking you to page 17.  First, Ms. Barney, what's the

18   time period or the ending period for this profit and loss

19   statement?

20   A.   November 30, 2014.

21   Q.   And going to the net income -- the net income, it reflects

22   $219,630?

23   A.   Correct.

24   Q.   Do you remember noticing this net income figure?

25   A.   Absolutely.

1    Q.    And what stood out to you about the net income?

2    A.    That the company was profitable.

3    Q.    I'm showing you Joan-3.  Ms. Barney, does this appear to

4    be an email from Ms. Bennett to you on June 16, 2015?

5    A.    Yes.

6    Q.    And does it also appear to be addressed to someone named

7    Don?

8    A.    Yes.

9    Q.    And who is Don?

10   A.    My husband.

11   Q.    And can you read the text of the email?

12   A.    "I thought you would like to see the revenue progress

13   report for DJBennett.com.  Hope all is well.  Speak with you

14   soon."

15   Q.    I'm showing you Joan-3(a), page two.  Does this appear to

16   be the revenue progress report that Ms. Bennett sent you?

17   A.    Yes.

18   Q.    And it reflects that from December 2014 to May 2015, the

19   total revenue was what?

20   A.    $4,862,794.63.

21   Q.    I'm showing you Joan-4.  That day, Ms. Barney, do you

22   appear to respond to Ms. Bennett?

23   A.    Yes.

24   Q.    And can you read the text of your response to Ms. Bennett?

25   A.    "That is truly amazing.  Thanks for giving us the

1    opportunity to be a part of it."

2    Q.    And going up a page to Ms. Bennett's response to you on

3    the same day, can you read what Ms. Bennett responds to you?

4    A.    "We are so excited.  Let me know if you are interested in

5    putting in more.  At the very least, it is 15 percent for one

6    year, highly liquid if you need it earlier.  If you don't, turn

7    it into an equity potential.  Let me know.  All the best and

8    stay strong."

9    Q.    Then June 16, 2015, going back to iCHART-23, how does that

10   compare to the date of your second investment in DJBennett.com?

11   A.    That's accurate.  June 18, 2015, I put in an additional

12   $50,000.

13   Q.    So that would be two days after that email conversation we

14   just saw?

15   A.    Yes.

16   Q.    Showing you Joan-6, do you see at the top it says from

17   Brad Mascho to you, Ms. Bennett -- or Ms. Barney?

18   A.    Yes.

19   Q.    And it's June 19, 2015?

20   A.    Yes.

21   Q.    Can you read the text of Mr. Mascho's email to you?

22   A.    "Good morning and thank you for your time this morning.  I

23   received the final draft of the note and had it updated for

24   yesterday's addition.  Please review it to make sure the amount

25   is correct, 150,000.  All I need you and Don to is sign it and

1  email back.  Thank you again."

2  Q.    Ms. Barney, who is Brad Mascho?

3  A.    He was working with Dawn Bennett.

4  Q.    Ms. Barney, going to the top of Exhibit Joan-6, do you see

5  your response to Mr. Mascho that day?

6  A.    Right.

7  Q.    Can you read the text of that response?

8  A.    "Thank you so much for all your patience and

9  understanding.  I am sorry to be such a pain.  Obviously the

10 stress of everything has overwhelmed me.  I know deep down that

11 this is a very good investment of us."

12 Q.    I'm showing you Joan-7.  Ms. Barney, do you see that this

13 is an email from you to Ms. Bennett on November 20, 2015?

14 A.    Right.

15 Q.    And what's the subject line of the email?

16 A.    "Don's surgeries."

17 Q.    Do you remember writing this email?

18 A.    Yes, I did.

19 Q.    And do you see it's several paragraphs?

20 A.    Yes.

21 Q.    Without -- without reading the text of the email verbatim,

22 can you just summarize what you communicated to Ms. Bennett in

23 this email?

24 A.    My husband was supposed to have had a very simple gall

25 bladder surgery, and it did not go well.  It was botched.  And

1  he was in surgery for over three hours, and the doctor actually

2  nicked the bowel duct, which made him very ill.  He was

3  transferred the next day to another hospital in Tampa where

4  they had to open him up and do major surgery to repair the

5  bowel duct, and he was in the hospital five days.

6      So two days with back to back surgeries of over three

7  hours each was devastating.  He's never been the same since.

8  His Parkinson's was aggravated.

9  Q.   Okay.  And that's all -- those are all things you

10  communicated to Ms. Bennett in this email?  And going to -- and

11  the date of the email is November 20, 2015?

12  A.   I'm sorry -- yes.

13  Q.   Going to iCHART-23.  After that date, November of 2016,

14  did you make one additional investment in DJBennett.com?

15  A.   Yes, I did.

16  Q.   I want to show you Exhibit Joan-10.  Ms. Barney, do you

17  see this is an email from you to Ms. Bennett?

18  A.   Uh-huh.

19  Q.   Is that a yes, Ms. Barney?

20  A.   Yes.

21  Q.   Thank you.

22      And it's November 27, 2015?

23  A.   Yes.

24  Q.   And the subject line is "Affidavit"?

25  A.   Yes.

1  Q.    And what does the attachment say?

2  A.    "Dawn Bennett affidavit.  Here it is.  Hope this solves

3  your problems.  If there is anything else that I can do, just

4  let me know.  Take care, Joan."

5  Q.    And showing you the attachment, Joan-10(a), Ms. Barney, is

6  that your signature?

7  A.    Yes, it is.

8  Q.    And the date, 11-27-2015?

9  A.    That's correct.

10  Q.    Did you write that, Ms. Barney?

11  A.    Yes.

12  Q.    And at the top it says, "Affidavit of Joan Barney"?

13  A.    Yes.

14  Q.    I want to look at paragraph five.  "At my insistence, I

15  approached Dawn Bennett on unsolicited basis to be part of

16  DJBennett.com"?

17  A.    Yes.

18  Q.    Is that true?

19  A.    No.

20  Q.    What's not true about that?

21  A.    I did not approach Dawn Bennett.  I knew nothing about the

22  company until she approached me and asked me to invest in it.

23  Q.    Was there a reason you, nonetheless, signed the affidavit?

24  A.    I trusted Dawn.

25  Q.    I'm going to show you Joan-11.  Ms. Barney, do you see an

1  email from you to Ms. Bennett on January 15, 2016?

2  A.    Right.

3  Q.    And can you read the first sentence of the email that you

4  write to Ms. Bennett?

5  A.    "Thank you for talking to me and reassuring me that my

6  investment is safe.  With the uncertainty of Don's health, I

7  have to know that my funds will be available to me if needed

8  for his healthcare."

9  Q.    Okay.  And at the top, do you see that Ms. Bennett writes

10  back to you the same --

11  A.    "Let's keep talking so that we find a way to achieve all

12  your goals."

13  Q.    I'm going to show you Joan-12.  Ms. Barney, do you see an

14  email from yourself to Ms. Bennett on January 16, 2016?

15  A.    Yes.

16  Q.    And can you read the first paragraph of the email that you

17  wrote to Ms. Bennett?

18  A.    "As you know, this investment situation has been a

19  somewhat stressful one for me facing Don's health issues.  I

20  was awake most of the last two nights thinking about what is

21  best for us, and I have come to this final decision."

22  Q.    Can you all read the portion of the second paragraph that

23  I highlighted?

24  A.    "Although the opportunity that you present is an excellent

25  long-term investment, it really does not work for me."

1    Q.    Now, this email is on January 16, 2016?

2    A.    Yes.

3    Q.    Looking at iCHART-23, the chart of your investments, did

4    you make an additional investment in DJBennett.com after

5    sending that email?

6    A.    Yes, I did.

7    Q.    And so did something change your mind about putting more

8    money into the company?

9    A.    I was at that time very overwhelmed, stressed, sleep

10   deprived.  I remember when Dawn called me and asked me to put

11   more money in the company.  She said, "We would like to get

12   your investment up to 250,000."  And I said, "I don't have that

13   much money."  I really did not want to invest anymore money,

14   but Dawn caught me at a vulnerable moment and I gave in and I

15   did the additional investment.

16   Q.    Ms. Barney, the 200,000 you invested in the company, what

17   percentage of your savings did that represent?

18   A.    A hundred percent.

19   Q.    And based on iCHART-23, and your own memory, how much were

20   you repaid in interest?

21   A.    Total interest paid was $37,500.

22   Q.    And how much were you repaid in principal?

23   A.    Zero.

24            MR. BERNSTEIN:  No further questions, Your Honor.

25            THE COURT:  Mr. Boyle.

CROSS-EXAMINATION

BY MR. BOYLE:

Q.   Now, Ms. Barney, the money you put into DJBennett.com, did you understand that to be a loan?

A.   Yes, it was -- in the beginning, it was -- it could be a convertible loan to actually then become an investment in the company.

Q.   Okay.  Did you ever want to become an investor in the company?

A.   No.

Q.   So from your standpoint, it was always a loan?

A.   Yes.

Q.   And your interest -- and what you wanted was really the 15 percent interest?

A.   Yes.

Q.   And a safe principal?

A.   Yes.

Q.   Okay.

     MR. BOYLE:  Now, can I ask THE government to put up 10(a)?

BY MR. BOYLE:

Q.   Now, ma'am, you were shown this affidavit before, correct?

A.   Yes.

Q.   When you got this affidavit, did you read it?

A.   Obviously not as carefully as I should have.

1    Q.    Okay.  Is the first paragraph correct?

2    A.    Yes.

3    Q.    Second paragraph, "Since 1999, I have been and presently

4    am a longstanding friend and client of Dawn Bennett"?

5    A.    It was probably a little closer to 1993 but that's

6    correct.

7    Q.    Okay.  The third paragraph, "A while back I approached

8    Dawn and shared with her my intention to remove my money from

9    JP Morgan account due to the weakness of the global markets."

10   Is that true?

11   A.    Yes.

12   Q.    Number four, "Dawn proposed other investment strategies in

13   order to help me understand other options available for my

14   brokerage account, but I decided against them."  Was that true?

15   A.    Yes.  We had money in the CSX Corporation, and we decided

16   to keep it there because it was doing well.

17   Q.    Okay.  The fifth paragraph is the one the government asked

18   you about.  Was that an oversight on your --

19   A.    Yes, it was.  I -- I just trusted Dawn that everything was

20   going to be fine and I signed it.  But that is incorrect.  I

21   did not approach Dawn at all.  I couldn't have.  I didn't know

22   anything about the company until she told me about it.

23   Q.    The next paragraph, six, "I engaged in a short-term

24   promissory note with Dawn Bennett which was backed by DJ

25   Bennett's assets."  Was that true?

1    A.    Yes.

2    Q.    Number seven, did Dawn explain the risk of the loan in a

3    private startup?

4    A.    Yes, she did, but because of our friendship and her

5    knowing about my husband's illness and the stress and

6    everything that I was going through, she repeatedly promised me

7    every single penny of the money I invested with her would you

8    be returned.

9    Q.    And I understand that, but you understood -- you did

10   understand this was a startup?

11   A.    Yes.

12   Q.    And you understood it was an Internet startup?

13   A.    Yes.

14   Q.    And you understood there was some risk associated with

15   that?

16   A.    Yes.

17   Q.    But you trusted Dawn?

18   A.    Yes.

19   Q.    And Dawn had been your friend for a long time?

20   A.    Yes.

21   Q.    She had always been trustworthy with you?

22   A.    Yes.

23   Q.    And she had apparently done good things for you over that

24   period of time, I imagine?

25   A.    Yes.

 1   Q.   So you had every reason to trust her and believe her?

 2   A.   Yes.

 3   Q.   Was she enthusiastic about the company when she talked

 4   about it?

 5   A.   Over enthusiastic.

 6   Q.   Did she tell you -- over enthusiastic?  Would you -- what

 7   does that mean?

 8   A.   Any time I asked Dawn how the company was doing, the

 9   profits were always high, and annual sales were always higher

10   than the year before.

11   Q.   Did she talk to you about the metrics, the number of

12   website visits, and that sort of thing?

13   A.   Not that I remember.

14   Q.   Did she talk to you about the products that they were

15   selling?

16   A.   Yes.

17   Q.   And the quality of the products they were selling?

18   A.   Yes.

19   Q.   Did you know anything about that industry at all?

20   A.   No.

21   Q.   Did you ever visit the website?

22   A.   Yes.

23   Q.   Did you have any reaction to what you saw on the website?

24   A.   It looked pretty good.

25   Q.   Okay, so it was an impressive website?

1   A.   Yes.

2   Q.   Had real products that were being sold?

3   A.   I'm sorry?

4   Q.   It had real products listed?

5   A.   I looked like they were real products.

6   Q.   Okay.

7        MR. BOYLE:  Now, can I ask the government to put up

8   Exhibit 11?

9   BY MR. BOYLE:

10  Q.   Okay, Ms. Barney --

11       MR. BOYLE:  I apologize.  I meant Exhibit 12, not

12  Exhibit 11.

13  BY MR. BOYLE:

14  Q.   Do you see the second full paragraph there?

15  A.   Yes.

16  Q.   It begins, although -- it says in the second sentence,

17  "I've already lost $30,000 in the last nine months."  What was

18  that related to?

19  A.   That was related to when I sold all of my stock, the

20  penalties and the taxes that I had to pay on them.

21  Q.   Okay.  Thank you.

22       MR. BOYLE:  I have no further questions, Your Honor.

23       THE COURT:  Any redirect, Mr. Bernstein?

24       MR. BERNSTEIN:  No, Your Honor.

25       THE COURT:  Okay.

 1          Ms. Barney, that concludes your testimony.  You may step

 2     down.  You're free to leave.  Have a good day.

 3                THE WITNESS:  Thank you.

 4          (Witness excused.)

 5                THE COURT:  Government?

 6                MS. PULICE:  Your Honor, the United States calls

 7     Margaret Thur.

 8                THE DEPUTY CLERK:  Please raise your right hand.

 9          (Witness complied.)

10                THE DEPUTY CLERK:  You do solemnly swear, or affirm,

11     under the penalties of perjury that the information and

12     evidence you're about to give to the Court and jury in the

13     matter now pending before them shall be the truth, the whole

14     truth, and nothing but the truth?

15                THE WITNESS:  I do.

16                THE DEPUTY CLERK:  Thank you.  Please be seated.

17                THE WITNESS:  Thank you.

18          (The Witness is Sworn.)

19                THE DEPUTY CLERK:  Please speak loudly and clearly

20     into the microphone.  State your full name for the record, and

21     spell both your first and last name.

22                THE WITNESS:  Margaret Thur.  Margaret,

23     M-a-r-g-a-r-e-t, Thur, T-h-u-r.

24                THE DEPUTY CLERK:  Thank you.

25

```
 1              MARGARET THUR, GOVERNMENT'S WITNESS, SWORN
 2                         DIRECT EXAMINATION
 3   BY MS. PULICE:
 4   Q.   Good morning, Ms. Thur.
 5   A.   Good morning, Erin.
 6   Q.   Now, you said your name is Margaret Thur.  Do you go by
 7   any other names?
 8   A.   I do, Peggy.
 9   Q.   And where are you currently living?
10   A.   In Linden, Virginia.
11   Q.   How far is Linden, Virginia from here?
12   A.   Approximately 60 to 70 miles from here.
13   Q.   And how long have you lived in Linden, Virginia?
14   A.   Just over two years.
15   Q.   Before you lived in Linden, where did you live?
16   A.   In Fairfax, Virginia.
17   Q.   How long did you live in Fairfax?
18   A.   For 35 years.
19   Q.   Does anyone else live with you?
20   A.   My husband.
21   Q.   What's your husband's name?
22   A.   James A. Thur.
23   Q.   How long have you been married?
24   A.   Fifty-one years.
25   Q.   Are you retired?
```

1    A.    I am.

2    Q.    Where did you retire from?

3    A.    I retired from Macy's Department Store in approximately

4    2004.

5    Q.    What did you do at Macy's Department Store?

6    A.    I was a bridal consultant.  That was my last job there.

7    Q.    Is your husband also retired?

8    A.    He is.

9    Q.    What did he do before he retired?

10   A.    He worked for Fairfax County for 27, 28, 29 years, and

11   then he went to work for the State of Virginia, the Department

12   of Veterans Affairs, and he retired from there.  He worked for

13   Fairfax County, and 11 days later he began employment with the

14   Department of Veterans Affairs and retired from that position

15   in 2014.

16   Q.    And Ms. Thur, do you have an email address?

17   A.    I do.

18   Q.    What is your email address?

19   A.    Mrose.m411@gmail.com.

20   Q.    Does your husband have an email address?

21   A.    He does.

22   Q.    And what's your husband's email address?

23   A.    Novavet, n-o-v-a-v-e-t, 819@gmail.com.

24   Q.    Now, if you -- are there times when you and your husband

25   would send an email from the two of you?

 1  A.    Yes.

 2  Q.    And when that happens, whose email address would you use?

 3  A.    My husband's.

 4  Q.    And are there times that you would receive an email

 5  addressed to the two of you?

 6  A.    My husband usually received it and then we would read it

 7  together.

 8  Q.    And prior to your husband's using his novavet819 email

 9  address, did he have a different email address?

10  A.    He did.

11  Q.    And what email address was that?

12  A.    I believe it was Thur11@verizon.net.

13  Q.    Now, are you familiar with someone named Dawn Bennett?

14  A.    I am.

15  Q.    How did you first learn about Dawn Bennett?

16  A.    We probably accidentally had the radio on one Sunday

17  morning and heard her radio show, Financial Myth Busting from

18  11 a.m. to 12 noon.

19  Q.    And did there come a time when you met Ms. Bennett?

20  A.    There did.

21  Q.    What happened?

22  A.    I believe that was in July of 2014.

23  Q.    And where did you meet Ms. Bennett?

24  A.    At her office.

25  Q.    Where was her office located?

1    A.    In Bethesda.  I believe it was on Wisconsin Avenue.

2    Q.    Was this a weekday or a weekend?

3    A.    No, it was during the week.

4    Q.    And who else was with you?

5    A.    My husband.

6    Q.    And who was that -- who did you meet when you got to the

7    office?

8    A.    I believe Mark was at the front door, and I know we met

9    Brad because Dawn was busy -- I believe she was on the phone or

10   in another meeting.

11   Q.    Who is Mark?

12   A.    The receptionist, I presumed.

13   Q.    He was at the front desk area?

14   A.    Correct.

15   Q.    And who is Brad?

16   A.    Brad was Dawn's assistant.

17   Q.    Now, what happened when you got to the office?  Where did

18   you go?

19   A.    Brad took us into the conference room.

20   Q.    And what happened when you got to the conference room?

21   A.    Well, he offered us water and welcomed us, was very

22   pleasant.

23   Q.    Did you meet with Ms. Bennett?

24   A.    We did.  We did.

25   Q.    What did you talk about at that meeting?

1   A.   Well, first of all, having listened to her radio program

2   for well over a year, maybe even a year and a half or longer,

3   it was like meeting an old friend because listening to her

4   ideas about investment was very interesting.  She was not real

5   radical in her decisions, you know, her investments.  She

6   seemed to have a world of knowledge about investing.  Some of

7   the guests she had on were not only nationally but

8   internationally-known economists or investors.

9   Q.   Now, during this conversation, did you discuss with

10  Ms. Bennett your investment goals?

11  A.   I inherited some money when my mother passed away, and --

12  but that was, you know, like many years before, and I had

13  preserved it.  I was always very watchful of it.  Jim and I

14  didn't need it, you know, raising our four children.  And we

15  never, you know, did anything frivolously with money.

16       But that money grew.  It more than doubled from what I

17  inherited, and as I said, I preserved it, protected it because

18  that money was meant for our grandchildren or our children if a

19  need should arise.  That was meant for their education.

20  Q.   Did you tell that to Ms. Bennett?

21  A.   I believe I did.

22  Q.   And did she offer you some investment advice at that time?

23  A.   She assured us that she would, you know, consider putting

24  it -- preparing a portfolio for us where we -- you know, things

25  would increase in size since it had from the time I received

1    it; but at that time also is the reason why we decided to call

2    and make an appointment to see her, because the economy had

3    slowed down and our investments were pretty much stagnant.

4    Q.   Now, you said that meeting was July 2014.  Fast-forwarding

5    to the fall of 2015, did you receive a call from Ms. Bennett?

6    A.   Yes.  She was very excited about a business she had

7    started recently, aside from the investment part of her

8    business.

9    Q.   So a new business?

10   A.   Correct.

11   Q.   And what did she tell you about this new business?

12   A.   Well, that was one thing that I found very appealing,

13   Ms. Bennett's enthusiasm, her honesty, her frankness, her

14   direct, you know, contact with us.  She told us that the

15   business was related to sportswear and exercise equipment.

16   Q.   Did she tell you how that business was doing, how the

17   sportswear --

18   A.   She said it was doing very well.  Like any new business,

19   it would take, you know, a short time for it to be really

20   profitable, but she was willing to share the financial

21   statement with us.  She actually sent it to Jim and I as an

22   attachment on an email.

23   Q.   And did you review that financial statement?

24   A.   We did.

25   Q.   How did it look to you?

1    A.    It looked very sound.  It looked very sound.

2    Q.    And did she give you the opportunity to invest in this

3    sportswear business?

4    A.    To invest in it?

5    Q.    Yes.

6    A.    Yes.

7    Q.    And what were the terms of that investment?

8    A.    She told us that she felt that we could easily get a

9    15 percent return on our investment per year.

10   Q.    Did she tell you anything about liquidity and whether you

11   could get your money back?

12   A.    Well, I asked that question.  That was in 2014.  We were

13   getting closer to Jim retiring the first time, and you know, we

14   had planned to either move to the shore or move to the

15   mountains or some place,mand I did ask that question

16   specifically, how quickly anything could be liquidated.  And

17   she assured me in a very short time, a couple of hours, a day,

18   yes.

19   Q.    Now, ultimately, did you decide to make this investment

20   into this sportswear company?

21   A.    Yes, we did.

22   Q.    About how much money did you invest?

23   A.    $250,000.

24   Q.    And where did this money come from?

25   A.    That was my inheritance from my parents.

1  Q.   Ms. Thur, let me show you Government's Exhibit FRB-1(e).

2  Do you see it in front of you on the screen there?

3  A.   Yes.

4  Q.   Do you see your name there, Ms. Thur?

5  A.   Yes, I do.

6  Q.   And was that your address in Fairfax?

7  A.   Correct.

8  Q.   And do you see a date, a wire date of November 3, 2015?

9  A.   I do.

10  Q.   And do you see a beneficiary of DJB Holdings?

11  A.   Correct, yes.

12  Q.   What was this a payment for?

13  A.   Pardon?

14  Q.   This money, was this your investment into DJB Holdings?

15  A.   Yes.

16  Q.   Now, let me show you Government's Exhibit MT-2.  Ms. Thur,

17  is this an email from Dawn Bennett?  And is that your husband's

18  email address?

19  A.   It is.

20  Q.   And do you see the date November 20, 2015?

21  A.   I do.

22  Q.   And the subject line there, can you read that, please?

23  A.   Yes.  "We just got our scan up and running.  As per your

24  request.  Dawn."

25  Q.   And is there an attachment there?

 1   A.   There is.

 2   Q.   Looking at the second page there --

 3   A.   Uh-huh.

 4   Q.   -- whose signature is that at the bottom there?

 5   A.   That is mine, Margaret Thur.

 6   Q.   And is this a promissory note?

 7   A.   It is, yes.

 8   Q.   And is this for a loan of $250,000?

 9   A.   Yes.

10   Q.   And the term here, is this nine months?

11   A.   Yes.

12   Q.   And can you just read the sentence at the bottom there?

13   A.   Yes.  "This is a personal note guaranteed by DJBennett.com

14   and company's assets and account receivables."

15   Q.   Looking at Government's Exhibit MT-4, Ms. Thur, is this an

16   email from Ms. Bennett to your husband Jim on Friday -- on

17   Monday, February 22, 2016?

18   A.   Yes.

19   Q.   And are there some attachments here?

20   A.   There are.

21   Q.   And scrolling down here, do you see where it says, "Dear

22   Peggy and Jim"?

23   A.   Yes.

24   Q.   Is this an email that went to you as well?

25   A.   Yes.

1    Q.    Looking at page 14 -- sorry, page 13, is this a profit --

2    a DJB Holdings, LLC profit and loss statement?

3    A.    Yes.

4    Q.    And does it show sales of over $4.7 million?

5    A.    Yes.

6    Q.    And gross profit of $2.5 million?

7    A.    Yes.

8    Q.    Looking at the next page there, does it show a net income

9    of over $1.1 million?

10   A.    Yes.

11   Q.    And was this -- did you receive this after you invested

12   your money?  Looking at the front page again.

13   A.    Yes.

14   Q.    Now, following your initial investment, did you have any

15   other communications with Ms. Bennett about her company?

16   A.    Not a lot of communication.  But I remember in 2015, I

17   believe, when she called to see if we wanted to invest more

18   capital into the company.

19   Q.    And what was going on in your lives at that point?

20   A.    Well, in 2015 we were -- we had decided to put our house

21   on the market within a year, so, you know, we began downsizing

22   and taking care of that plan; but as time went on, my husband

23   has had a very bad ankle.  He had fractured it in college and

24   was told just put an Ace bandage on it, so, as a result, and

25   being a naval officer, being on his feet a lot, it really got

1  bad to a point where he could barely walk.  He wore a brace on

2  his leg probably for fifteen years.

3      And so he went to a doctor who had been trying to

4  encourage him to have reconstruction done on his ankle, and

5  finally, he decided -- the bad news was that he -- they

6  scheduled the surgery for June 26th of 2016, and our house was

7  on the market, sold in 11 days, and the closing was June 21st.

8      So besides moving out and going to closing and Jim having

9  the surgery, which part of his recuperation he was in a

10  wheelchair or a transport chair for over four months.

11  Q.   And was this information, these things that were going on

12  in your life, is that something that you told Ms. Bennett?

13  A.   I know that we shared with her that we were going to move,

14  and we were putting our house on the market, yes.

15  Q.   And let me show you MT-7.  Starting at the bottom here, is

16  this an email from Ms. Bennett --

17  A.   Yes.

18  Q.   -- to your husband dated July 20, 2016?

19  A.   Correct.

20  Q.   And do you see the subject line, "Jim and Peggy, please

21  give me a call"?

22  A.   Yes.

23  Q.   And looking at the top here, is this a response the next

24  day from, it looks like -- is that your name at the bottom

25  there?

1   A.    Yes.

2   Q.    Using your husband's email address?

3   A.    It is.  But he was really incapacitated.  We were living

4   with our son and daughter-in-law, and the house was being built

5   across the street, so it was trying to manage taking care of

6   him and his needs and dealing with the contractor on the house.

7   So I did.  I did send that back because I barely had room to

8   breath at that point.

9   Q.    And what did Ms. Bennett talk to you about when she called

10   you in July?

11   A.    I believe -- no, I know she asked if we wanted to invest

12   more money in her business.

13   Q.    Did you decide to invest more money in her business?

14   A.    No, we did not.

15   Q.    Showing you Government's Exhibit MT-2 again, page two.

16   Now, Ms. Thur, I see this promissory note that we looked at

17   earlier lists a date here.  The original amount borrowed of

18   250,000, plus the additional $28,125 in interest will be

19   returned no later than August 29, 2016?

20   A.    Right.

21   Q.    Now, at the end of August, did you get your -- did you get

22   any money back?

23   A.    No.

24   Q.    Did you have a conversation with Ms. Bennett about that?

25   A.    No.

```
 1  Q.   And --
 2  A.   I believe -- my husband may have.  I doubt it.  During
 3  2016, it was a very busy year.  I don't think he did, but I did
 4  not.
 5  Q.   Now, to date, have you received any of your $250,000 back?
 6  A.   No.
 7            MS. PULICE:  Nothing further.
 8            THE COURT:  Mr. Boyle.
 9                       CROSS-EXAMINATION
10  BY MR. BOYLE:
11  Q.   Good morning, Ms. Thur.
12  A.   Good morning.
13  Q.   Now, throughout your dealings with Ms. Bennett, did you
14  handle most of the details of the investing, or did your
15  husband?
16  A.   Details?
17  Q.   Yes.
18  A.   A detail would be to have the money electronically
19  transferred, period.
20  Q.   I mean when you were getting involved in the investments
21  and talking to Ms. Bennett --
22  A.   We did it jointly.
23  Q.   -- pardon?
24  A.   We did it jointly.
25  Q.   Okay.  And did you --
```

1  A.   As I answered the question previously, the emails were

2  sent to my husband's email address, and when he would receive

3  them, he would tell me.  We would read them together.  Any

4  decisions were made jointly.

5  Q.   Did you talk to Ms. Bennett on the phone at all?

6  A.   Over a period of two and a half years, yes.

7  Q.   Did your husband talk to Ms. Bennett on the phone?

8  A.   Yes, we did.

9  Q.   Did you talk jointly, or did you talk separately on the

10 phone?

11 A.   No, we talked jointly.

12 Q.   Okay.

13 A.   We do most things jointly.

14 Q.   Okay.  And did you ever talk to Mr. Mascho on the phone?

15 A.   Mister?

16 Q.   Brad Mascho.

17 A.   Perhaps once.

18 Q.   Now, were you interested in the 15 percent -- did you

19 understand this to be a loan, or did you understand this to be

20 something else?

21 A.   No.  It was a loan.

22 Q.   Okay.  And you thought you would get the 15 percent

23 interest back?

24 A.   Correct.

25 Q.   That's --

1   A.   That's what Ms. Bennett assured us, yes.

2   Q.   And that's what it said in the loan document?

3   A.   Correct.

4   Q.   Okay.  And that's why you loaned the money was to get the

5   15 percent interest?

6   A.   I can't hear you, sir.

7   Q.   The reason why you loaned the money was to get the

8   15 percent interest?

9   A.   Well, yes.  Investments are for the purpose of gaining

10  something, yes.

11  Q.   And your purpose was to get a 15 percent return?

12  A.   Correct.

13  Q.   Okay.

14       Did you understand that this was a loan from an Internet

15  startup company?

16  A.   I understood -- yes.

17            MR. BOYLE:  I have no further questions, Your Honor.

18            THE COURT:  Okay.  Any redirect?

19            MS. PULICE:  No, Your Honor.

20            THE COURT:  All right.

21       Thank you, Ms. Thur.

22            THE WITNESS:  Thank you.

23            THE COURT:  That ends your testimony.  You are free

24  to leave.  Have a great day.

25            THE WITNESS:  Thank you.

```
1        (Witness excused.)

2             MS. PULICE:  The United States calls Len Rann.

3             THE DEPUTY CLERK:  Please raise your right hand.

4        (Witness complied.)

5             THE DEPUTY CLERK:  You do solemnly swear, or affirm,

6    under the penalties of perjury that the information and

7    evidence you're about to give to the Court and jury, in the

8    matter now pending before them shall be the truth, the whole

9    truth, and nothing but the truth?

10            THE WITNESS:  I do.

11            THE DEPUTY CLERK:  Thank you.  Please be seated.

12       (The Witness is Sworn.)

13            THE DEPUTY CLERK:  Please speak loudly and clearly

14   into the microphone.  State your full name for the record, and

15   spell both your first and last name.

16            THE WITNESS:  My full name is Leonard Rann, Leonard;

17   last name is Rann, R-a-n-n.

18            THE DEPUTY CLERK:  Can you spell that but a little

19   bit slower this time.

20            THE WITNESS:  Last name is Rann, R-a-n-n.

21            THE DEPUTY CLERK:  And the first name.

22            THE WITNESS:  Leonard, L-e-o-n-a-r-d.

23            THE DEPUTY CLERK:  Thank you.

24

25
```

```
 1                LEONARD RANN, GOVERNMENT'S WITNESS, SWORN
 2                        DIRECT EXAMINATION
 3    BY MS. PULICE:
 4    Q.    Good morning, sir.  What do you do for a living?
 5    A.    I'm a banker.
 6    Q.    Where are you a banker?
 7    A.    I'm a banker with EagleBank.
 8    Q.    With EagleBank?
 9    A.    Yes.
10    Q.    And where is EagleBank located?
11    A.    It is headquartered in Bethesda, Maryland.  My office
12    happens to be in Washington, D.C.
13    Q.    And that's where your office is currently located?
14    A.    Yes.
15    Q.    How long have you been in Washington, D.C.?
16    A.    It's going to be eight years this winter.
17    Q.    And you said you're a banker.  Is there -- can you
18    describe what sort of things you do as a banker for EagleBank?
19    A.    Primarily my function is to assist clients in their
20    commercial needs, provide them with commercial loans,
21    commercial lines, and whatnot, and establish a relationship.
22    Q.    And you side commercial loans?
23    A.    Yes.
24    Q.    What's a commercial loan?
25    A.    So when there is a business that needs assistance
```

1    financing for either inventory, support of accounts

2    receivables, acquisitions, whatnot, a commercial loan serves

3    that purpose.

4    Q.    And what sorts of things do you do with respect to those

5    commercial loans?

6    A.    If there is a request for a commercial loan, I acquire the

7    financial information.  I review it.  I analyze it, make

8    decisions based on information provided to say "yes" or "no" to

9    the request, and then go through the motions of extending the

10   funds.

11   Q.    As part of your regular duties, are you corresponding with

12   potential loan applicants?

13   A.    Yes.

14   Q.    And how is it that you communicate with them?

15   A.    Either by email, telephone.

16   Q.    Do you have a work email address?

17   A.    I do have a work email address, yes.

18   Q.    What's your work email address?

19   A.    It would be lrann@eaglebankcorp.com.

20   Q.    Was that your email address as far back as 2015 as well?

21   A.    Yes, it was.

22   Q.    And were you in the same position working with commercial

23   loans in 2015?

24   A.    Yes.

25   Q.    Can you generally explain the process that it takes to

1    obtain a business loan from EagleBank?

2    A.    If the client or a prospect come in and say we need

3    financial support, I acquire information about their business;

4    such information as financial statements for the organization,

5    tax returns, supporting documents such as accounts receivable,

6    aging reports, inventory, and whatnot.

7    Q.    Hold on.  Let me stop you there for a minute.  So you

8    request certain documents; is that right?

9    A.    Yes.

10   Q.    And what do you do with those documents?

11   A.    We analyze them.  We spread the numbers.  We look for the

12   trends that are within those numbers for the business.

13   Q.    And when you say certain documents, specifically what kind

14   of documents are they?

15   A.    For the business, I would request tax returns if they are

16   available.  I would request financial statements.  I would

17   request reports such as inventory reports, receivable reports.

18   Q.    Now, do you rely on the accuracy of those documents?

19   A.    Yes, absolutely.

20   Q.    Do you do any additional investigation on your own to

21   confirm the accuracy of those documents?

22   A.    That which is available to me is what I have to rely upon.

23   Q.    And does that information come from the prospective loan

24   applicants?

25   A.    That information does come from the loan applicants.

1  Q.   Now, what sort -- once you have this information compiled,
2  what do you do with it?
3  A.   So, in addition to that information, I look at what is the
4  collateral and who are my guarantors, and I try to obtain
5  information as much as I can about that aspect.
6  Q.   And what do you mean by collateral?
7  A.   So if I'm going to rely, in the event of default, that my
8  security will be, let's say, accounts receivables, inventory, a
9  building, whatnot, I have to analyze that particular collateral
10 which supports that loan request.
11      In the event of guarantors, I would request their
12 financial information.  I would request their personal
13 financial information and analyze that in detail to determine
14 the viability of that guarantor.
15 Q.   Okay, so let's hold right there for one minute.
16      You said "collateral."  What happens with the collateral?
17 Why is the collateral important to you?
18 A.   So if for some reason the payments begin to come slow or
19 we have an issue with the loan, we can rely on the fact that we
20 can go into this particular business and recapture that
21 collateral and probably do something with it to repay
22 ourselves.
23 Q.   And you mentioned a guarantor.  What's a guarantor?
24 A.   A guarantor is an individual that stands behind the
25 request for the loan.

1  Q.    And you mentioned that there are some things that you do

2  with respect to the guarantor.  What sorts of things do you do?

3  A.    Similar with the business.  I would obtain their

4  financials, such as, in the case of a guarantor, would be tax

5  returns for the last couple of years, something called a

6  personal financial statement.  We would run a credit bureau

7  check, and we analyze all of that to determine the viability of

8  that particular guarantor.

9  Q.    And after you have all of this information together, what

10  do you do?

11  A.    I compile all of this data.  We think about it and make a

12  decision.  Should we proceed with this loan as requested?

13  Should we decline this loan?  Should we present something

14  different than the client wanted?  And so forth.

15  Q.    If you decide to proceed with the loan, what happens?

16  A.    Then it goes into what's called a loan documentation

17  process where the bank has a department that creates loan

18  documents which the client there will sign and which obligates

19  the client to make repayments, provides the terms, the

20  conditions of this particular loan, and whatnot.

21  Q.    And what happens after that?

22  A.    So once the loan has been approved and the loan documents

23  have been created, the client and I would go over these loan

24  documents.  The client would sign the loan documents, and

25  thereafter, what's called the loan is booked.  It's in our

1   system.  And after that, we expect to extend funds, and the

2   client would be hopefully repaying us in a timely manner.

3   Q.    Now, are you familiar with someone named Dawn Bennett?

4   A.    Yes, I am.

5   Q.    How are you familiar with her?

6   A.    Dawn was a client who came to the bank requesting a loan

7   from the bank.

8   Q.    And are you familiar with DJB Holdings, LLC?

9   A.    That was the entity, client that requested the loan.

10  Q.    Let me show you EagleBank-2(a)(1).  Do you see that on

11  your screen, Mr. Rann?

12  A.    I do.  If it is possible -- thank you.

13  Q.    What is this?

14  A.    This is a promissory note.  It's part of the loan

15  documents that are signed by the client to -- that obligates

16  them.  Within this document they promise to repay this loan.

17  And certain rules.

18  Q.    Do you see where borrower is listed?

19  A.    Uh-huh.

20  Q.    And who is listed there?

21  A.    DJB Holdings, located in 6610 Wisconsin, Washington, D.C.

22  Q.    Is there a lender listed?

23  A.    Yes.

24  Q.    Who is the lender?

25  A.    EagleBank.

```
 1   Q.    What's the address for EagleBank?

 2   A.    7815 Woodmont Avenue, Bethesda, Maryland, which is the

 3   main branch at that point.

 4   Q.    I see it says principal $750,000?

 5   A.    Do you see that?

 6   A.    Yes.

 7   Q.    What does that mean?

 8   A.    That means the loan is up to $750,000, the limit of the

 9   loan.

10   Q.    And I see a loan date.

11   A.    5-19-2015.

12   Q.    And a maturity date.

13   A.    5-19-2016.

14   Q.    What is the term of this loan?

15   A.    So this would be a revolving line of credit where every

16   year we would be reviewing this loan and re-approve it, renew

17   it.

18   Q.    Looking at the last page of this document, do you see the

19   name right below the signature line here?

20   A.    Uh-huh.

21   Q.    What does that say?

22   A.    Dawn J. Bennett, manager of DJB Holdings, LLC.

23   Q.    And I see some handwriting on the bottom line there.  Do

24   you see that?

25   A.    Yes.
```

1   Q.   Can you read that, please?

2   A.   It says "witnessed by Len Rann, lender."

3   Q.   Is that you?

4   A.   I am Len Rann, the lender, yes.

5   Q.   Going back to page two of this document, now, what happens

6   if the borrower is late?

7   A.   If the borrower is late, we engage in communications with

8   the borrow trying to ascertain why the borrower is late.

9   What's going on?  Is there a particular reason?  Is it an

10  accidental late?  And we work with the borrower to expedite the

11  payment, to collect the payment.

12  Q.   And I see, looking at the terms -- looking at this

13  promissory note here --

14  A.   Uh-huh.

15  Q.   -- there is a section called "default."  Do you see that?

16  A.   Yes.

17  Q.   Now, without reading that, what's default mean?

18  A.   The default is the condition under which the payments or

19  whatever else the obligor is supposed to do is not being done.

20  Either the payments don't come in, they are not providing some

21  information that they are supposed to, or whatnot.

22  Q.   And what happens upon default?

23  A.   If the default, again, is taking place, then we have a

24  couple of options.  We can accelerate the note.  We can request

25  and demand the payment in full.  We can try to work with the

1  client to determine what has led to this default.  Is there

2  anything we can do to help them to recognize the situation or

3  they rectify it with us?

4  Q.   Now, are all of these terms set out in this promissory

5  note?

6  A.   They should be, yes.

7  Q.   Okay.

8       Now, were you the lending officer for this particular

9  loan?

10 A.   Yes.

11 Q.   And what sorts of things did you do before this promissory

12 note was signed?

13 A.   Again, I obtained a whole bunch of financial information

14 about the entity, the LLC.  I obtained information about what

15 potential collateral there could be, and I obtained a lot of

16 information on the guarantor, who would stand behind this note.

17 Q.   And how did you obtain most of that information?

18 A.   That information would have been either provided to me in

19 person, or it would have been emailed to me.  Most of the time

20 that's the case.

21 Q.   Did you have other people working with you at EagleBank as

22 well?

23 A.   On this particular transaction?

24 Q.   Yes.

25 A.   I probably had an analyst who helped me spread the

1   numbers, and that loan probably would have been sought to have

2   a co-approval.  In other words, I would approve the loan, and

3   somebody else would look it over and say "yes" or something.

4   Q.    Are you familiar with someone named John Richardson?

5   A.    Yes.

6   Q.    Who is John Richardson?

7   A.    At that time he was my immediate superior.  He was my

8   boss.

9   Q.    Was he involved in this particular process as well?

10  A.    He was and he would be my co-approver in this case.

11  Q.    And did you review some of his emails as part of your

12  duties in determining whether or not to approve this loan?

13  A.    Did I do what with his emails?

14  Q.    Review some of his emails.

15  A.    We exchanged emails, of course.

16  Q.    Let me show you EagleBank-3(d).  Looking at the bottom --

17  let's see.  Starting with the bottom here, do you see -- is

18  this an email from Brad Mascho to you and Dawn Bennett?

19  A.    Uh-huh.

20  Q.    Cc-ing John Richardson?

21  A.    Uh-huh.

22  Q.    And is the date April 22, 2015?

23  A.    Uh-huh.

24          THE COURT:  Sir, when you are indicating "yes," you

25  have to say "yes" for the court reporter so that she knows how

1    to write it down.  So were your last answers indicating a

2    "yes"?

3              THE WITNESS:  Yes, they were.

4              THE COURT:  Okay.

5              MS. PULICE:  Thank you, Judge.

6              THE COURT:  Thank you.

7    BY MS. PULICE:

8    Q.    So Brad Mascho, do you know who Brad Mascho is?

9    A.    Brad was at that point I believe the assistant and the CFO

10   of the company.

11   Q.    And can you please -- and whose assistant was he?

12   A.    Dawn.

13   Q.    And can you read this email, please?

14   A.    "Len and John, thanks again for your time today.  I have

15   attached the 2011 and 2012 Schedule C as requested.  Let me

16   know if you need anything else regarding the 15 million capital

17   contribution."

18   Q.    And did you respond to that email?

19   A.    Yes.  It says, "Thanks."  I don't know if I need to read

20   it.

21   Q.    You can read it, sir.  Thank you.

22   A.    It says, "Thanks.  Attached is EagleBank PFS that John

23   spoke on the phone.  The signature page four allows us to pull

24   the credit and so on.  Please also provide verification of

25   liquid assets.  As we spoke, this can be as simple as the last

1  brokerage statement, bank statement, et cetera.  Thanks.  And

2  do look forward to speaking again soon."

3  Q.    Okay.  And do you see a response here from Brad Mascho?

4  A.    Yes, I do.

5  Q.    And let's see.  Is there an attachment there?

6  A.    It appears that there was an attachment.

7  Q.    Going to page seven of this exhibit, do you recognize this

8  form, Mr. Rann?

9  A.    This would be page four of the personal financial

10 statement.

11 Q.    And I see it's not filled in.  Why is it not filled in?

12 A.    I do not know why it was not filled in at that point.

13 Maybe we received the financial statement in a different

14 format, but we still needed the signature to correlate with the

15 provided information.

16 Q.    Does there appear to be a signature there?

17 A.    There is a signature.

18 Q.    And the date?

19 A.    4-27-15.

20 Q.    Scrolling down in this attachment, what is this, Mr. Rann?

21 A.    That says Western International Securities, Inc.

22 Q.    It' a consolidated account summary?

23 A.    Uh-huh.

24 Q.    Whose account is this?

25 A.    Dawn J. Bennett.

1    Q.    And what is the period, the statement period?

2    A.    February 28 through March 31, 2015.

3    Q.    And what is the total value in the account for this

4    period?

5    A.    It appears to be $4,246,057.

6    Q.    I'm going to put that document on your -- keep it on your

7    screen there and go to 3(d), page nine.  And on the right side

8    of your screen, I'm going to put Government's Exhibit WIS-1(d).

9          Now, Mr. Rann, I just want you to look on your right -- on

10   the right side of your screen for a minute.

11   A.    Uh-huh -- yes.

12   Q.    Do you see the statement date there?

13   A.    It appears to be February 28 through March 31, 2015.

14   Q.    And how does that date on Government's Exhibit Western

15   International 1(d) compare to the statement that you received

16   on the left side of your screen?

17   A.    It appears to be the same.

18   Q.    And looking at the name on this account, how does the name

19   on this account on the right side of your screen, on the

20   Western International statement compare to the name on the

21   account for the Western International statement that you

22   received?

23   A.    It appears to be the same.

24   Q.    Now, the total value for this period -- on the Western

25   International statement how does the total value in the account

1    from Western International for Dawn Bennett compare to the

2    total value in the account statement that you received for Dawn

3    Bennett?

4    A.    This summary presents total value to be $250, which is

5    significantly lower than 4 million some dollars.

6    Q.    How much lower is it?

7    A.    Approximately 4,245,700 some.

8    Q.    Now, prior to your testimony today, have you seen this

9    statement for Dawn Bennett's account at Western International

10   Securities on the right side of your screen, Government's

11   Exhibit WIS-1(d)?

12   A.    I don't recall seeing this particular statement, no.

13   Q.    Looking at Government's Exhibit Eagle 2(a)(3), what is

14   this document here, Mr. Rann?

15   A.    This document is a loan request memorandum.  Part of our

16   process is to consolidate all of the terms and conditions of a

17   request into this form, what's called a loan request

18   memorandum, where we identify anything and everything that is

19   pertinent to this particular request and the conditions upon

20   which we are either approving or not approving it.

21   Q.    Do you see your name here listed as the relationship

22   manager?

23   A.    Yes.

24   Q.    And is there a date there?

25   A.    It is dated 5-9-15.

1  Q.   Do you see the name of the borrower?

2  A.   DJB Holdings, LLC.

3  Q.   And industry?

4  A.   The industry is retail.

5  Q.   And the loan amount under the request section?

6  A.   $750,000.

7  Q.   And do you see what the purpose of the loan is?

8  A.   Short-term working capital needs.

9  Q.   What's short-term working capital?

10  A.   These are the needs of the business to support working

11  capital, support the liquidity needs on ongoing day-to-day

12  operations.

13  Q.   Looking at page two of this document, conditions of

14  approval, what is this section for?

15  A.   So, again, these are the conditions under which we believe

16  we should extend this loan and get it approved.

17  Q.   And I see there are certain boxes checked; is that right?

18  A.   Yes.

19  Q.   And why are those boxes checked?

20  A.   It indicates that these are the documents which we will be

21  seeking on a periodic basis from the borrower and/or guarantor.

22  Q.   And is there an initial there?

23  A.   There is.

24  Q.   Whose initials are those?

25  A.   It is my initial.

1    Q.    Now, what happens if you do not receive these documents?

2    A.    If we do not receive these documents in a timely manner,

3    we remind the client that these are documents that they are

4    obligated to provide to us and seek to get them.

5    Q.    And I see on this last line here -- can you read that,

6    please?

7    A.    Verification of liquid assets of individual guarantor.  In

8    this case, Dawn Bennett.

9    Q.    What does that mean?

10   A.    That means that I will be looking for supporting

11   documentation of the liquid assets of the borrower, of the

12   guarantor, bank statements, brokerage statements, whatnot.

13   Q.    Going to page four of this document, do you see your

14   signature there, sir?

15   A.    Yes, ma'am.

16   Q.    And the date there?

17   A.    5-11-15.

18   Q.    And I see some handwriting at the bottom where it says

19   "approval comments, slash, conditions."  Do you see that?

20   A.    Uh-huh.

21   Q.    Can you read that, please?

22   A.    "Confirm no material contingent obligations."

23   Q.    And what does that mean?

24   A.    So we needed to make sure, as part of the approval, that

25   there are no other obligations that we're unaware of that the

1    borrower and/or guarantor have.  Contingent meaning outside of

2    this loan request.

3    Q.    What do you mean "other obligations"?

4    A.    Are there other monies that they owe to some other parties

5    that we are unaware of.

6    Q.    And when you say the borrower or the guarantor, who are

7    you talking about in this context?

8    A.    The borrower in this case would be the LLC, and the

9    guarantor would be Dawn.

10   Q.    Dawn Bennett?

11   A.    Dawn Bennett.

12   Q.    And the LLC is DJB Holdings?

13   A.    Yes.

14   Q.    Looking at Government's Exhibit Eagle-3(g), starting at

15   the bottom of your screen there, is this an email from

16   Ms. Bennett to you and Brad Mascho dated May 21, 2015?

17   A.    It is.

18   Q.    Can you read that, please?

19   A.    Len, will I hear from you today on the advance of the

20   remaining part of the credit line?

21   Q.    What is this -- what is -- where it says "the remaining

22   part of the credit line," what is that in reference to?

23   A.    So it appears that we have advanced funds prior to this

24   email but not all of the funds that were, perhaps, requested;

25   and with this email, the borrower is requesting the remaining

 1   funds.

 2   Q.   And the borrower is Ms. Bennett?

 3   A.   The borrower would be the LLC and Ms. Bennett, yes.

 4   Q.   And looking at the next email; is this your response?

 5   A.   Yes, it is.

 6   Q.   And what do you say?

 7   A.   "Sorry, I was in a meeting.  Yes, I am working on this.

 8   Need to get approval for the exception.  Recall we already have

 9   one by allowing advance prior to audit.  Will reach out soon."

10   Q.   Does Ms. Bennett respond?

11   A.   Appears to, yes.

12   Q.   And what does she say to you?

13   A.   "Honestly, they should have advanced entire 750,000 the

14   moment I signed the personal guarantee.  My personal guarantee

15   greatly supersedes the inventory and is highly liquid, unlike

16   the inventory."

17   Q.   Looking at Government's Exhibit Eagle-3(i), is this an

18   email from Ms. Bennett to you and Brad Mascho dated May 22,

19   2015?

20   A.   Uh-huh -- yes.

21   Q.   Can you read that, please?

22   A.   Len, I have missed Brad's two attempts to call me, as I

23   was in meetings.  I think you, slash, me are just going to have

24   to wait until Tuesday morning for the statements, as I need to

25   go to a meeting with a client outside the office, and I need to

1    leave now in order to get there in time, which means I will

2    miss Brad's call with how to access his secured files.  Len, I

3    can't thank you enough for your continued support.  You are a

4    great banker and American patriot.  Have a wonderful Memorial

5    Day weekend.  Dawn Bennett."

6    Q.    I'll show you Government's Exhibit Eagle-3(h).  Is this an

7    email from Brad Mascho to you dated May 26, 2015; and the

8    subject is Request of Statement?

9    A.    Yes.

10   Q.    And is there an attachment there?

11   A.    Appears to have been an attachment, yes.

12   Q.    Can you read this, please?

13   A.    The highlighted portion, "Dawn asked me to send you her

14   most recent complete brokerage account statement, which is

15   March 31, 2015.  The next statement will be June 30, 2015."

16   Q.    And is there an attachment there?

17   A.    Appears to have been, yes.

18   Q.    And is there a brokerage statement from Western

19   International Securities?

20   A.    Yes.

21   Q.    And is this for Dawn Bennett?

22   A.    Yes.

23   Q.    Is this for February 28th through March 31, 2015?

24   A.    Yes.

25   Q.    And do you see an account number listed there?

1    A.    Yes.

2    Q.    And an address listed there?

3    A.    Yes.

4    Q.    Do you see where it says "net equity this period"?

5    A.    I do.

6    Q.    What is the net equity this period, according to this

7    statement?

8    A.    $4,209,742.

9    Q.    We're going to put that on the left side of your screen

10   there, and we're going to put WIS-1(d), page three.  All right,

11   so on the top of your screen there, Mr. Rann, that's

12   Government's Exhibit Eagle-3(h) that we just looked at.  And on

13   the bottom of your screen there, that's Government's Exhibit

14   WIS-1(d), page three.

15        Now, can you please compare the names on Government's

16   Exhibit Eagle-3(h) that we just looked at and -- that was

17   included in that email from Brad Mascho, with this document on

18   the bottom, Government's Exhibit WIS-1(d)?

19   A.    The name seems to be identical.

20   Q.    How about the statement period?

21   A.    The same.

22   Q.    How about the account numbers?

23   A.    The same.

24   Q.    Now, the top of your screen, Government's Exhibit

25   Eagle-3(h), do you see where it says "net equity this period"?

1   A.   Yes.

2   Q.   And what amount is listed there?

3   A.   $4,209,742.

4   Q.   And on the bottom of your screen, Government's Exhibit

5   WIS-1(d)?

6   A.   It lists $35.

7   Q.   And how do those two figures compare?

8   A.   They are significantly different.  The bottom is

9   significantly lower.

10  Q.   How much lower?

11  A.   By approximately $4,209,730 bucks -- $15 it looks like.

12  Q.   And let's look at Government's Exhibit Eagle-2(a)(5).  Do

13  you recognize this, Mr. Rann?

14  A.   This is notice of default and demand for payment.

15  Q.   Who is listed as the borrower?

16  A.   DJB Holdings, LLC.

17  Q.   And who is listed as the guarantor?

18  A.   Dawn J. Bennett.

19  Q.   And what's the date here?

20  A.   It is dated August 20, 2015.

21  Q.   Now, what is the purpose of this letter?

22  A.   This is to notify the borrower that they are in default of

23  certain material aspects that are required by the loan

24  agreement.

25  Q.   And let's see, Eagle-3(j).  Starting at the bottom of your

1  screen there, is that an email from you to Ms. Bennett cc'ing

2  Brad Mascho and John Richardson?

3  A.    Yes.

4  Q.    And can you read that, please?

5  A.    "Good afternoon, Dawn.  Hope you are well.  We have not

6  heard from you, but by now you should have had an opportunity

7  to review the letters you received last week regarding the loan

8  default status.  As you know, absent curing of the situation,

9  the default rate of interest will begin soon.  I'm not sure

10 what steps are being taken by you to remedy the situation, so I

11 wanted to reach out and see if you wanted to discuss it.

12 Please let me know if you want to arrange a meeting or get on

13 the phone to talk about this issue."

14 Q.    And what is the default rate of interest?

15 A.    I would not recall exactly what the default rate of

16 interest would have been in this case, but it would have been

17 significantly higher than the one agreed upon.

18 Q.    And do you see a response here from Brad Mascho to you

19 dated September 2, 2015?

20 A.    Yes.

21 Q.    And can you read that, please?

22 A.    "Len, good afternoon, and I hope all is well with you.

23 Dawn has been in China for the four weeks and while she is

24 there, she does not login to her emails to prevent a possible

25 hacking of our email system.  I received your letters, and we

1  are almost done setting up the new inventory system, and I

2  should have you so" -- "and I should have you so of the

3  requirements next week.  The same goes for the landlord letter

4  from the building.  Thank you and I will keep you updated as we

5  finish this up.  Have a great long weekend."

6  Q.   And now, I see this email is dated September 2, 2015?

7  A.   Yes.

8  Q.   I'll pull up Eagle-3(k).  Starting at the bottom, is that

9  an email from you to Brad Mascho dated October 14, 2015?

10  A.   Yes.

11  Q.   And what does that say?

12  A.   The highlighted part says "most recent financials, the P&L

13  and balance sheet.  I think the last one you would have is

14  August 31st."

15  Q.   Are those items you're requesting from Mr. Mascho?

16  A.   Yes, I'm asking him to forward these to me.

17  Q.   Scrolling up here, is that another email dated October 16,

18  2015, from you to Mr. Mascho?

19  A.   Yes, ma'am.

20  Q.   And what are you asking?

21  A.   "Good morning, Brad.  Can you advise on below highlighted,

22  please.  Thanks."

23  Q.   And at the top of your screen, is this an email dated

24  October 17, 2015, from Mr. Mascho to you?

25  A.   Yes.

1    Q.    And can you read that, please?

2    A.    "Len, I am back from a short business trip, and I will get

3    you the data on Monday.  Dawn is in China again and will be

4    back the first week of December."

5    Q.    Can -- all right.  And let's pull up Government's Exhibit

6    Eagle-3(l).  Is this an email from Brad Mascho to you dated

7    October 22, 2015?

8    A.    Yes.

9    Q.    And are there some attachments here?

10   A.    Appears to be.

11   Q.    I'm going to go to page 23.  What is this that's attached

12   there?

13   A.    This is the DJB Holdings, LLC profit and loss statement

14   for the period of January through August 31, 2015.

15   Q.    And do you see a gross profit listed?

16   A.    Yes.  The total income for this period appears to be

17   $3,550,000.

18   Q.    How about gross profit?

19   A.    I'm sorry?  Oh, the gross profit happens to be $1,833,466.

20   Q.    Okay.  I'm going to leave this on the left side of your

21   screen here, and on the right side of your screen we're going

22   to pull up Government's Exhibit BL-7.  Now, on the left side of

23   your screen, that's Government's Exhibit Eagle 3L; and on the

24   right side of your screen, that's Government's Exhibit BL-7

25   that's already in evidence.  Do you see that, Mr. Rann?

1    A.    Yes, I do.

2    Q.    On the left side of your screen, Government's Exhibit

3    Eagle-3(l), what time period does this profit and loss

4    statement cover?

5    A.    January through August 31st of 2015.

6    Q.    And on the right side of your screen, do you see where it

7    says December 31, 2015, P&L?

8    A.    Yes.

9    Q.    And what time period does that appear to cover?

10   A.    It covers January through December of 2015.

11   Q.    And on the left side of your screen, do you see where it

12   says "total income"?

13   A.    Yes, ma'am.

14   Q.    And what's listed as total income?

15   A.    $3,550,457.

16   Q.    And do you see where it says "sales"?

17   A.    Yes.

18   Q.    And how much is listed for sales?

19   A.    Same amount, $3,550,457.

20   Q.    And on the right side of your screen, do you see where it

21   says 'total sales'?

22   A.    Yes.

23   Q.    And in this Government's Exhibit BL-7?

24   A.    That amount is listed as $515,965.

25   Q.    And in Government's Exhibit BL-7, how do the total sales

1  for the full year of 2015 compare to the sales listed in the

2  profit and loss statement for January through August 2015?

3  A.    They are significantly lower by approximately $3 million.

4  Q.    And the gross profit section, looking on the left side of

5  your screen, Government's Exhibit Eagle-3(l), do you see a

6  gross profit figure?

7  A.    Yes.

8  Q.    And how does that figure compare to the gross profit

9  listed in Government's Exhibit BL-7 for the full year of 2015

10  for the profit and loss statement of DJB Holdings?

11  A.    Again, they are significantly lower by approximately

12  $1,833,000.

13  Q.    Looking at Government's Exhibit Eagle-2(a)(8), is this an

14  email dated November 18, 2015?

15  A.    Yes.

16  Q.    And is this from you to Brad Mascho, cc'ing Ms. Bennett

17  and John Richardson?

18  A.    Yes.

19  Q.    And without reading this entire email, what is this email

20  about?

21  A.    It appears that we are -- we had a conversation earlier

22  today, and we're requesting additional information.  The

23  highlighted part states, "You stated that you would provide a

24  copy of the most recent statement on the brokerage account that

25  DJB Holdings, LLC owns, which is held at JP Morgan.  You

1  mentioned you would be willing to provide this account as a

2  collateral for the outstanding loan.  Further, you stated that

3  the account has no encumbrances or liens.  We will look forward

4  to -- we will for a copy of that statement today to begin the

5  process."

6  Q.   Going to Eagle-3(p), is this an email from Ms. Bennett to

7  you dated January 19, 2016?

8  A.   Yes.

9  Q.   And are there some attachments to this email?

10 A.   There appears to be.

11 Q.   And can you read what that attachment appears to be?

12 A.   DJB profit and loss Pdf, DJB balance sheet 002 Pdf.

13 Q.   Going to page five here, does this appear to list some

14 sales?

15 A.   Yes.

16 Q.   And for the year end there, does it list sales of over

17 $4.7 million?

18 A.   Yes, it does.

19 Q.   And on page seven, do you see where it lists net ordinary

20 income?

21 A.   Yes.

22 Q.   Does it list net ordinary income for the year of over

23 $1.1 million?

24 A.   Yes, 1.17.

25 Q.   Looking at BL-7, how does that sales figure that we just

1  looked at for the year end compare to the sales figure that we

2  see here in Government's Exhibit BL-7?  Let me ask you first

3  what is the sales figure listed in Government's Exhibit BL-7?

4  A.    The figure is listed at $515,000.

5  Q.    And looking back at Government's Exhibit Eagle-3(p), page

6  seven -- page six, what amount of sales are listed here?

7  A.    $4,755,000.

8  Q.    Looking at Government's Exhibit Eagle-2(a)(11), is this a

9  notice of default dated February 18, 2016?

10 A.    Yes.

11 Q.    And does that have a borrower listed of DJB Holdings with

12 a guarantor of Dawn Bennett?

13 A.    Yes.

14 Q.    And looking at Government's Exhibit Eagle-2(a)(12), is

15 this a notice of judgment?

16 A.    Yes.

17 Q.    And what is a notice of judgment?

18 A.    It believes to be a judgment in this case -- a judgment in

19 the case that was presented by the bank, and it is a judgment

20 in favor of plaintiff, which is EagleBank.

21 Q.    Is this dated March 29, 2016?

22 A.    Yes, it is.

23 Q.    And was this loan eventually repaid in full?

24 A.    This loan was paid in full.

25 Q.    And was it after this judgment?

1    A.    I believe so, yes.

2            MS. PULICE:  Your Honor, I believe this might be a

3    good time for our break.

4            THE COURT:  Okay, that's fine.  I'll have to take a

5    longer than usual break then.  So we're going to break until a

6    little after 11:30 and we'll resume then.

7            THE DEPUTY CLERK:  All rise.

8        (Open Court - Jury Not Present.)

9            THE COURT:  Okay, sir, you, too, get a break.  I'll

10   just remind you that you are under oath, so please don't talk

11   to anybody about your testimony, and we'll see you back here

12   right at 11:30.

13       Counsel, do you need me for anything?

14           MS. PULICE:  No, Your Honor.  Thank you.

15           THE COURT:  All right.  See you in a little bit.

16           THE DEPUTY CLERK:  All rise.

17       This Honorable Court now stands in recess.

18       (Recess taken, 11:05 A.M. - 11:33 A.M.)

19           THE DEPUTY CLERK:  All rise.

20       This Honorable Court now resumes in session.

21           THE COURT:  Okay, ladies and gentlemen, are we ready

22   for the jury?

23           MR. BOYLE:  I think so.  I mean, we will have an

24   objection to one of the exhibits with the next witness.

25           THE COURT:  Is it Mr. Rann?

1          MR. BOYLE:   Not Mr. Rann.

2          THE COURT:  Do you want to talk about it now or after

3   Mr. Rann?

4          MS. PULICE:  Whatever the Court would like, Your

5   Honor.

6          THE COURT:  Well, how much longer do you anticipate

7   with Mr. Rann?

8          MS. PULICE:  Your Honor, I'm ready to pass the

9   witness at this point.

10         THE COURT:  Okay.  Then why don't we talk about it

11  now so -- because it will be the following witness after

12  Mr. Rann.  Okay, so what's the issue?

13         MR. BOYLE:  The objection, Your Honor, is there is a

14  summary chart that the government intends to use that lists

15  victims or purported victims that we do not believe have been

16  identified.

17         THE COURT:  I'm sorry, I can't hear you.

18         MR. BOYLE:  The government seeks to use this summary

19  chart.

20         THE COURT:  Okay.

21         MR. BOYLE:  And we don't believe that all of these

22  individuals have been identified.  We don't believe the

23  foundation has been laid for this exhibit.

24         THE COURT:  What specifically do you -- because, one,

25  I know I set milestone dates for this all to be produced to you

1    in advance so that you have the opportunity to look at them and

2    object, not when the witness is about to testify.  So I need a

3    more specific proffer as to what is unreliable in that chart.

4           MR. BOYLE:  Well, what's unreliable, Your Honor, is I

5    don't think there has been any evidence concerning Valley

6    Bennett, Bennett Felt (phonetic), Inc., Barry Stritton, Billy

7    Moores, Stephen Early, Patrick Bang.

8           THE COURT:  Well, some of these names I know I

9    haven't heard yet and some I have.  Ms. Pulice, what's the

10   government's intention with respect to the individuals on the

11   list for which we haven't heard yet anything about?

12          MS. PULICE:  Your Honor, well, this is a summary of

13   bank records, essentially.

14          THE COURT:  Okay.

15          MS. PULICE:  So this is going to come in through our

16   financial analyst, and what she did was she looked at the Dawn

17   Bennett DJB Holdings accounts, looked at the money going into

18   that account from the individuals who are listed here, and she

19   basically tallied those numbers and then took the repayments,

20   the money that she saw going out to them, and she compared

21   these names in both the email search warrant records, as well

22   as from the physical search warrant records to see if they were

23   promissory notes; and she saw indication that these people were

24   investors and they stayed on the list.

25          So in other words, the bank records alone, there were more

1  people than just appear on this list.  And then she narrowed

2  that list down based on her review of the emails and the search

3  warrant items.

4            THE COURT:  Okay, so all of the individual here have

5  a promissory note in this timeframe, January 2012; is that

6  right?

7            MS. PULICE:  So the date is January 2012 through

8  September 2017, because that's the date of the bank records

9  that she reviewed.

10           THE COURT:  Okay.

11           MS. PULICE:  So there is either, for the individuals

12 listed here, she either saw emails or promissory notes for all

13 of these people listed.

14           THE COURT:  When you say "emails," what do you mean?

15           MS. PULICE:  Emails between these particular people

16 regarding some sort of investment document between these people

17 and Dawn Bennett, or she saw promissory notes in the search

18 warrant items.

19           THE COURT:  And the purpose of this document is what?

20           MS. PULICE:  This is to show the total number of

21 investors.  At least that's going to be our argument in

22 closing, that this represents the entirety of the scheme here.

23           THE COURT:  Have you provided to Mr. Boyle the

24 underlying documents that reflect the individuals from whom we

25 haven't heard anything, directly or indirectly, to show that

1    they either have correspondence suggesting an investment or a

2    promissory note?

3              MS. PULICE:  Yes, Your Honor.  Mr. Boyle has all of

4    the promissory notes that have been entered into evidence that

5    were obtained during the course of the search warrant of the

6    business, and he also has the emails that were part of the

7    email search warrant in this case.

8              THE COURT:  Are you going to introduce those same

9    documents as evidence?

10             MS. PULICE:  Your Honor, the promissory notes from

11   the search warrant are already in evidence.

12             THE COURT:  Okay.

13             MS. PULICE:  There are emails from nearly all of the

14   people who are listed here.  If the Court would like us to

15   introduce emails from additional people who we have not --

16   there might be three or four individuals here.  So, for

17   instance, some of Ms. Bennett's family members where we did not

18   introduce their emails, but we have those available if the

19   Court would like us to introduce those as well.

20             THE COURT:  Okay.  So with that proffer, Mr. Boyle,

21   any of these that you disagree with the government's

22   representation, that there is some underlying evidence of

23   either a promissory note or correspondence regarding an

24   investment for the timeframe involved to DJB Holdings, not to

25   another --

1          MR. BOYLE:  Your Honor, I agree that there are

2     promissory notes that have been provided to us, and they have

3     been admitted into evidence.  My -- and I'm confident I have

4     the emails as well.

5          My objection, though, is there has been no testimony.

6     They are just promissory notes.  We don't know what the context

7     of those are or anything else.

8          THE COURT:  Well, I mean, we've had several days of

9     testimony that this alleged scheme was furthered in the

10    following way:  Promissory notes for a loan and/or a piece of

11    the company to a company that didn't pay back in full or in

12    part.

13         MR. BOYLE:  That's correct, Your Honor.

14         THE COURT:  Okay.  So again, what's the particular

15    objection?  Is it you don't have the foundation for the summary

16    chart?  Is it it's not relevant?  What is it that is the

17    problem with this chart?

18         MR. BOYLE:  It's that it's not relevant and it's

19    misleading in that, you know, it shows all of these people

20    being purported victims.  We don't know if they believe they

21    are or not, because we haven't heard from their testimony.

22         THE COURT:  Sure, but that doesn't matter.  I mean,

23    whether a person believes they are a victim or not doesn't

24    necessary -- they may not even know that their money was taken.

25    I mean, in their state of mind, an individual alleged victim's

1 | state of mind doesn't advance the analysis.

2 |       MR. BOYLE:  Your Honor, I believe I've argued this

3 | point as far as I can.

4 |       THE COURT:  Okay.  So if the question is relevance,

5 | what's the government's proffer on that, on a 401, slash, 403

6 | analysis?

7 |       MS. PULICE:  Your Honor, we've heard from a number of

8 | individuals listed here who have testified that they are, in

9 | fact, investors in this particular company, DJB Holdings.  We

10 | saw money that was deposited into both the DJB Holdings bank

11 | account and Dawn Bennett, and we saw emails in relation to many

12 | of those deposits.

13 |       THE COURT:  I'm sorry, do you have this

14 | electronically so I can look at it?

15 |       MS. PULICE:  We do, Your Honor, yes.

16 |       THE COURT:  Okay.  What's the --

17 |       MS. PULICE:  I can pull it up on the monitor as well.

18 | It's Chart 6(d).

19 |       THE COURT:  Chart 60?

20 |       MS. PULICE:  6(d), as in dog.

21 |       THE COURT:  Okay.

22 |       MS. PULICE:  So there are a number of people where we

23 | have already seen emails where Ms. Bennett was emailing them

24 | business plans and various financials relating to DJB Holdings,

25 | and then we had testimony from a number of these people who

 1   testified that they invested money in this particular business,

 2   DJB Holdings.  We heard about some of the repayments from many

 3   of these people --

 4            THE COURT:  I don't have any doubt about that.

 5   Here's a couple of concerns I have.  One is the indictment

 6   period is 2015 to 2017; am I right?

 7            MS. PULICE:  Uh-huh.

 8            THE COURT:  With representations made about the

 9   health of the company or lack thereof in 2014.  This chart

10   indicates January 2012, which I find to be confusing and

11   outside the scope.  So then I go down, and I don't know whether

12   that January 2012 indicates promissory notes that were issued

13   during that year or investment correspondence issued during

14   that year; and I believe the testimony -- correct me if I'm

15   wrong.  The testimony is that the current DJB Holdings that's

16   at issue really wasn't formed in 2012.  So that's one issue

17   I've got.

18        And then the second is I just don't know yet how this

19   information is coming in.  So with that concern, who among

20   these individuals might fall outside the timeframe of the

21   indictment, and then how is it relevant and not 404(b) and

22   that's a different analysis?

23            MS. PULICE:  Your Honor, we actually have additional

24   charts that detail -- basically that's a schedule of exactly

25   what investments this -- that is summarized by this particular

1  chart, and the time period ranges back to 2012 because that's

2  the time period which the financial analyst reviewed as far as

3  the business records.

4          THE COURT:  I know but that doesn't make it relevant.

5          MS. PULICE:  And we can change the title, and I don't

6  think that is going to change the numbers at all because, as we

7  heard the testimony, most of the investments did not come until

8  early 2015.

9          THE COURT:  Okay, but can you give me the assurance

10 that every name on this list has to do with the indictment

11 period and not some period falling outside of it?

12         MS. PULICE:  It does, Your Honor.

13         THE COURT:  Okay.  Do you dispute that, Mr. Boyle?

14 And if you do, you have to point me to something specific.

15         MR. BOYLE:  I don't have any information to dispute

16 that at this time, Your Honor.

17         THE COURT:  All right.

18         MS. PULICE:  And I can blow up --

19         THE COURT:  If I wanted to take a look at the

20 underlying evidence, where would I find it?

21         MS. PULICE:  I was just about to pull that up for the

22 Court.

23         THE COURT:  Okay.

24         MR. BOYLE:  Your Honor, I'm told that some of these

25 were before 2014, Janet Rogers in particular.

1          MS. PULICE:  So this is the entire detail, Your

2    Honor.  So this includes -- this list here, Chart-6(c), this is

3    inclusive.  So this is everyone including people who were

4    omitted.  So for instance --

5          THE COURT:  All right.  Okay, I hear you, but I

6    don't -- oh, there are the dates.  Awesome.  Okay.  So you can

7    take a look, Mr. Boyle.

8          MS. PULICE:  And that's in chronological order.

9          THE COURT:  It doesn't look like any of the

10   individuals -- there is Michael Mason, I see, is a 2013.

11         MS. PULICE:  And Michael Mason has been omitted

12   from --

13         THE COURT:  Is not on the list, right?

14         MS. PULICE:  That's correct.

15         MR. BOYLE:  I believe that is correct, Your Honor.

16         THE COURT:  Okay, so he's out.  Everybody else --

17   take a look at this with your client.  Everyone else appears to

18   be based on monies coming in or going out during the indictment

19   period.

20         MR. BOYLE:  That would appear to be the case, Your

21   Honor.

22         THE COURT:  So this is what we'll do.  Between now

23   and when the witness testifies, Mr. Boyle, if there is anyone

24   specific that you wish for me to consider the underlying

25   information, let me know who it is, and then I'll ask the

1   government for further proffer as to the foundation, because

2   right now what I'm hearing is that these individuals are in the

3   indictment period, promissory notes of the same type of

4   investment vehicle or something quite similar --

5          MR. BOYLE:  And --

6          THE COURT:  -- to DJB Holdings.

7          MR. BOYLE:  And I understand the Court's point.  My

8   point only is that there has been no testimony from a number of

9   these individuals.

10          THE COURT:  So it's a foundation question then, and I

11   do believe a summary chart can be admitted with adequate

12   foundation.  The government is proffering to lay that

13   foundation.  So without more -- and again, I'll give you the

14   opportunity you give me the individuals names you wish for me

15   to look at, and I'm happy to do that.

16          MR. BOYLE:  Okay.  I've stated my point, Your Honor.

17          THE COURT:  All right.  So let's get the jury.

18          MS. PULICE:  Your Honor, I would also add that to the

19   extent Mr. Boyle has any concern, we can conditionally admit

20   this exhibit and then we can recall Special Agent Sarah Derrane

21   and introduce additional emails if that's something that would

22   appease the defendant.

23          THE COURT:  And that's fine.  I'll leave that to you

24   all, because I'm expecting if there isn't more specific proffer

25   as to individuals that the defense has an issue with, that I'll

1    hear that, and we can take it from there.  And, of course,

2    conditional admission always runs the risk that there might be

3    a limiting instruction down the road if individuals are proven

4    not to be properly on this summary chart.

5         But I'm happy to do it that way if the government wishes

6    to proceed in that fashion.

7         Now, you will change the date.

8              MS. PULICE:  I can change the date, Your Honor,

9    that's fine.

10             THE COURT:  Okay, because it is -- it is confusing

11   and doesn't match up with 6(c).

12        All right, with that can we get the jury?

13             MS. PULICE:  Yes, Your Honor.  Thank you.

14             THE DEPUTY CLERK:  All rise for the jury.

15        (Open Court - Jury Present.)

16             THE COURT:  Okay, ladies and gentlemen.

17        Government, for Mr. Rann, any additional questions?

18             MS. PULICE:  No further questions, Your Honor.  Thank

19   you.

20             THE COURT:  Okay.

21        Mr. Rann, you can have a seat.  You are still under oath.

22   Mr. Boyle may have some questions for you.

23                       CROSS-EXAMINATION

24   BY MR. BOYLE:

25   Q.   Now, Mr. Rann, you were Vice President at EagleBank?

1  A.   At this point I'm a Senior Vice President at EagleBank,
2  yes.
3  Q.   At the time of this loan, were you a Vice President or
4  Senior Vice President?
5  A.   Again?
6  Q.   At the time you dealt with Ms. Bennett, were you a Vice
7  President?
8  A.   I believe I was still Vice President.
9  Q.   Okay.  And how was it that you came in contact with
10  Ms. Bennett?
11  A.   I believe the referral came through John Richardson, who
12  is my superior, who asked me to look into this transaction and
13  take it over.
14  Q.   And so you met with Ms. Bennett to talk about the
15  possibility of a loan?
16  A.   Yes.
17  Q.   $750,000, was that a number that Ms. Bennett came up with?
18  A.   I believe -- I don't recall who came up with that number,
19  but it was a number that was agreed upon, yes.
20  Q.   Okay.  And now, you went through the process of talking
21  about how a loan is approved and the things you look at,
22  correct?
23  A.   Yes.
24  Q.   And one of the things you looked at is the inventory?
25  A.   Yes.

1    Q.   Did you actually -- was there actually an evaluation of

2    the inventory done?

3    A.   There was an attempt to do a valuation of the inventory.

4    We have -- we came to the business.  We looked around.  We saw

5    there was something, but there was supposed to be an audit that

6    was going to take place.

7    Q.   And who was supposed to do the audit?

8    A.   A third party auditors.

9    Q.   Did that audit ever occur?

10   A.   I don't recall it to be, no.

11   Q.   Okay.  But the loan was issued even though there was not

12   an audit done?

13   A.   The loan was issued with an objective to have the audit

14   done.

15   Q.   Okay.  But you didn't require the audit to be done before

16   the loan was issued?

17   A.   No.  I don't think so, no.

18   Q.   Okay.  Now, did you -- you checked Ms. Bennett's credit

19   score?

20   A.   We did.

21   Q.   And her credit score was good?

22   A.   I don't recall exactly what her credit score was at the

23   time.

24   Q.   Do you recall putting the No. 727 on the loan documents?

25   A.   If that was the credit score at the time, then that's the

1    credit score they put on the loan documents.

2    Q.    Would that be a good credit score?

3    A.    It would be a pretty decent credit score, yes.

4    Q.    Okay.  So as far as you know, Ms. Bennett had good credit

5    when she applied for this loan?

6    A.    Yes, she had a good credit score.

7    Q.    And did you look at her real estate at all?

8    A.    I did not look at her real estate, no.

9    Q.    Okay.  Did her real estate have any value, do you know?

10   A.    I believe that -- again, I'm just going by recollection.

11   At the time when we looked at her personal financial statement,

12   there was real estate listed.  Whether we had any equity to

13   cling on, I do not recall it to be, no.

14   Q.    Okay.  Do you recall preparing a credit memo?

15   A.    Yes, I would have had to create.

16   Q.    And would the real estate have been mentioned in that

17   credit memo?

18   A.    As far as my collateral, if I was to use real estate, yes.

19   If I wasn't to use the real estate, I may have mentioned

20   briefly, but not as part of my collateral pool, no.

21   Q.    Okay.  Did you want to use real estate as collateral on

22   this loan?

23   A.    Would I have wanted to?

24   Q.    Yes.

25   A.    If it was available to me, yes.

1  Q.    Okay.  You knew that she had listed a couple of -- her

2  residence on Wisconsin Avenue, correct?  You don't recall?

3  A.    I don't recall if she listed that particular residence,

4  no.

5  Q.    Do you recall looking at her personal property at all to

6  see what it was worth?

7  A.    I was looking at her personal financial statements and the

8  statements provided with it, yes.

9  Q.    Okay.  You're aware that she had paintings that were

10  valuable?

11  A.    I don't recall paintings that were valuable.

12  Q.    Okay.

13        Now, when you requested records from DJBennett.com, those

14  records were sent to you by Brad Mascho, for the most part?

15  A.    I think so.

16  Q.    And Mr. Mascho was the Chief Financial Officer?

17  A.    I believe that to be the case, yes.

18  Q.    And did you follow up with Mr. Mascho when you required

19  more information?

20  A.    Yes, both Mr. Mascho and DJBennett, yes.

21  Q.    And it was Mr. Mascho who sent you the information that

22  you needed when you followed up?

23  A.    I don't recall if it was exactly only him, then both her.

24  I don't remember exactly what the sequence of emails were.

25  Q.    Okay.

1    A.    Or from whom.

2    Q.    And I guess the bottom line is the loan was paid in full,

3    correct?

4    A.    The loan was eventually paid in full, correct.

5    Q.    Okay.

6            MR. BOYLE:  Thank you.  I have no further questions,

7    Your Honor.

8            THE COURT:  Any redirect?

9            MS. PULICE:  Court's indulgence.

10    (Brief pause.)

11                        REDIRECT EXAMINATION

12    BY MS. PULICE:

13    Q.    Mr. Rann?

14    A.    Yes, ma'am.

15    Q.    Mr. Boyle just asked you who it was who was providing you

16    with Ms. Bennett's financial information.  Do you remember

17    that?

18    A.    Yes.

19    Q.    I'll show you Government's Exhibit Eagle-3(p).  Is this an

20    email from Ms. Bennett?

21    A.    It is.

22    Q.    To you?

23    A.    Yes, it is.

24    Q.    Is anyone else cc'd here?

25    A.    No.

1  Q.    And are there some attachments here?

2  A.    There appear to be, yes.

3  Q.    Is one of them DJB profit and loss?

4  A.    Yes.

5  Q.    And a balance sheet?

6  A.    Yes.

7  Q.    Going to page five here, is that a profit and loss

8  statement?

9  A.    Yes.

10          MS. PULICE:  Nothing further.

11          THE COURT:  Any redirect [sic]?

12                    RECROSS-EXAMINATION

13  BY MR. BOYLE:

14  Q.    Just one question.  That document was provided to you

15  after the loan was issued, correct?

16  A.    I don't recall when this document was provided to me.

17          MR. BOYLE:  Can we pull up the date of that document

18  one more time.

19  BY MR. BOYLE:

20  Q.    Do you see that document in front of you?

21  A.    Yes.  January 19, 2016.

22  Q.    When was the loan issued?

23  A.    The loan has been disbursed by that point, yes.

24  Q.    So this came after the loan had already been granted?

25  A.    It appears to be, yes.

1   Q.    Thank you.

2            MR. BOYLE:  I have no further questions, Your Honor.

3            THE COURT:  Mr. Rann, that concludes your testimony.

4   You are free to leave.  Have a great day.

5            THE WITNESS:  Thank you so much.

6       (Witness excused.)

7            MS. PULICE:  The United States calls Jenna Bender.

8            THE DEPUTY CLERK:  Please raise your right hand.

9       (Witness complied.)

10           THE DEPUTY CLERK:  You do solemnly swear, or affirm,

11  under the penalties of perjury that the information and

12  evidence you're about to give to the Court and jury in the

13  matter now pending before them shall be the truth, the whole

14  truth, and nothing but the truth?

15           THE WITNESS:  Yes.

16           THE DEPUTY CLERK:  Thank you.  Please be seated.

17      (The Witness is Sworn.)

18           THE DEPUTY CLERK:  Please speak loudly and clearly

19  into the microphone.  State your full name for the record, and

20  spell both your first and last name.

21           THE WITNESS:  Jenna Bender, J-e-n-n-a, B-e-n-d-e-r.

22           THE DEPUTY CLERK:  Thank you.

23

24

25

1          JENNA BENDER, GOVERNMENT'S WITNESS, SWORN

2                    DIRECT EXAMINATION

3     BY MS. PULICE:

4     Q.    Good afternoon, Ms. Bender.

5     A.    Good afternoon.

6     Q.    Where are you employed?

7     A.    I'm employed with the Federal Bureau of Investigation.

8     Q.    What do you do for the FBI?

9     A.    I'm a forensic accountant.

10    Q.    How long have you worked there?

11    A.    I've worked there for almost three years.

12    Q.    Are you assigned to a particular unit?

13    A.    Yes, I am.

14    Q.    What unit are you assigned to?

15    A.    I'm assigned to the Forensic Accounting Squad.

16    Q.    What are your responsibilities in the Forensic Accounting

17    Squad?

18    A.    I am responsible for analyzing and investigating financial

19    records for a variety of cases.

20    Q.    And how far did you go in school?

21    A.    I received my Master's Degree in forensic accounting.

22    Q.    Are you familiar with the Dawn Bennett investigation?

23    A.    Yes, I am.

24    Q.    Have you assisted in that investigation?

25    A.    Yes, I have.

1    Q.    What sorts of things did you do?

2    A.    I analyzed financial records.  I analyzed various records,

3    such as emails, bank documents, credit card statements, et

4    cetera.

5    Q.    And have you reviewed these records?

6    A.    Yes, I have.

7    Q.    About how many pages of financial records have you

8    reviewed?

9    A.    Tens of thousands.

10   Q.    Have you also reviewed some additional records that were

11   part of this investigation?

12   A.    Yes, I have.

13   Q.    What sort of records were those?

14   A.    They would include emails, loan documents, subpoena

15   responses that would include responses from vendors, et cetera.

16   Q.    Did that also include records obtained during the course

17   of a search warrant?

18   A.    Yes.

19          MS. PULICE:  Your Honor, at this time we move to

20   admit a number of financial records.

21          THE COURT:  A number of financial records.

22          MR. BOYLE:  Your Honor, we have reviewed the records

23   and have no objection to them.

24          THE COURT:  Okay.  Are they marked as an exhibit?

25          MS. PULICE:  They are marked as exhibits, and I'm

1   going to read the exhibit numbers as soon as the Court is

2   ready.

3           THE COURT:  Okay, thank you.

4           MS. PULICE:  So the government moves to admit

5   Government's Exhibit MF-1, MF-1(a), Barclays-1, Citi-1,

6   Eagle-1(a), Eagle 1(b), Eagle 1(b.1), Eagle-1(c), Eagle-1(d),

7   Eagle-1(d.1), Eagle-1(d.2), Eagle-1(e), Eagle-1(f), FRB-1(a),

8   FRB-1(b), FRB-1(b.1), FRB-1(b.2), FRB-1(b.3), FRB-1(c),

9   FRB-1(d), FRB-1(e), FRB-1(e.1), FRB-1(f), FRB-1(g), FRB-1(h),

10  FRB-2(a), FRB-2(b), FRB-2(c), FRB-2(d), FRB-2(e), FRB-3(a),

11  FRB-3(b), FRB-3(c), FRB-3(d), FRB-3(e), FRB-4(a), FRB-4(b),

12  FRB-4(c), FRB-4(d), FRB-5(a), FRB-5(b), FRB-5(c), FRB-5(d),

13  FRB-6, Revere-1(a), Revere-1(b), Revere-1(c), Revere-1(d),

14  Revere-1(e), Revere-2(a), Revere-2(b), Revere-2(c),

15  Revere-2(d), Revere-2(e), Revere-2(f), Revere-2(g),

16  Revere-2(h), Revere-2(i), Revere-2(j), Revere-3(a),

17  Revere-4(a), Revere-4(b), Revere-4(c), Revere-4(d),

18  Revere-5(a), Revere-5(a.1), Revere-5(b), Revere-6, Sun-1,

19  Sun-2, Sun-3, Sun-4, Sun-5, United-1(a)A, United-1(b)

20  United-1(c), United-1(d), United-1(f), United-1(g),

21  United-1(h), United-2(a), United-2(b), United-2(c),

22  United-2(d), United-2(e), United-3(a), United-3(b),

23  United-4(a), United-4(b), United-4(c), United-4(d),

24  United-4(e), United-5(a), United-5(b), United-5(c),

25  United-5(d), United-5(e), United-6(a), United-6(b),

1    United-6(c), United-7(a), United-7(b), United-7(c),

2    United-8(a), United-8(b), United-8(c), United-8(d),

3    United-8(e), United-8(f), United-8(g), United-9(a),

4    United-9(b), United-9(c), United-9(d), United-11, UNL-1, UNL-2,

5    UNL-3, UNL-4, UNL-5, UNL-6, UNL-7, UNL-8, UNL-9, UNL-10,

6    WIS-1(a) --

7             THE DEPUTY CLERK:  Can you repeat that?

8             MS. PULICE:  WIS-1(a), WIS-1(b), WIS-1(c), WIS-1(d),

9    which I believe is already in evidence, WIS-2(a), WIS-2(b),

10   WIS-2(c), WIS-3(a), WIS-3(b), WIS-4(a), and WIS-4(b), and

11   Credit Cards-1.

12            THE COURT:  Okay, so admitted.

13   BY MS. PULICE:

14   Q.    Now, Ms. Bender, as part of your assistance in this case,

15   did you create a number of charts?

16   A.    Yes.

17   Q.    And just very generally, what are those charts

18   summarizing?

19   A.    Those are summarizing the financial activity in the DJB

20   Holdings bank accounts, in Ms. Bennett's personal bank

21   accounts, as well as credit cards and various loan documents.

22   Q.    And Ms. Bender, the charts that you prepared, are those

23   charts accurate based on the records that you reviewed?

24   A.    Yes.

25   Q.    And are they summaries of the bank records that you were

1    discussing previously?

2    A.   Yes.

3    Q.   And were those prepared in conjunction with your review of

4    other records, like the search warrant records and the email

5    records?

6    A.   Yes, they were.

7          MS. PULICE:  Your Honor, at this time we move to

8    admit a number of summary charts.  Those are Chart-1(a),

9    Chart-3(a), Chart-6(d), Chart-7, Chart-8, Chart-10, Eagle

10   Chart-1, Eagle Chart-2, FRB Chart-1, Loan Chart-1 page five --

11         THE DEPUTY CLERK:  Can you repeat that prefix?

12         MS. PULICE:  Loan Chart-1, Loan Chart-2, Monument

13   Chart-1, Monument Chart-2, NSFC-1, Tax Chart-2, Tracing

14   Chart-1, and WIS-5.

15         MR. BOYLE:  Your Honor, subject to our previous

16   discussion, I have no further objections.

17         THE COURT:  Can I get the exhibit number with respect

18   to our previous discussion so the exception will be taken for

19   that exhibit?

20         MS. PULICE:  Your Honor, that's Chart-6(d).

21         THE COURT:  And, otherwise, no objection; is that

22   right?

23         MR. BOYLE:  Otherwise, no objection.

24         THE COURT:  Okay, thank you.

25

1   BY MS. PULICE:

2   Q.   Ms. Bender, turning to your screen there, I'm showing you

3   Government's Exhibit Chart-3(a).  What is this a chart of,

4   Ms. Bender?

5   A.   This is a summary chart that outlines the total charges by

6   vendor or payee for Ms. Bennett's personal credit cards,

7   American Express, Citi cards and Barclays cards for the time

8   period of January 2015 through September of 2017.

9   Q.   And I see it says Account Summary By Vendor.  And then

10  there is a column for "vendor".  What do you mean by "vendor"?

11  A.   That's the company that actually charged the amount onto

12  the credit card or the payee.

13  Q.   And I see you have in the title "net charges exceeding

14  $20,000."  What does that mean?

15  A.   That means that for the time period of January of 2015

16  through September of 2017, it's the total charges by the payee

17  that would have exceeded $20,000 in totality.

18  Q.   So is this all of the payees that you saw in the credit

19  card records?

20  A.   No.

21  Q.   And which payees are listed here?

22  A.   So those are the payees for the total charges as mentioned

23  on the combined credit cards of Ms. Bennett, personal credit

24  cards that exceeded $20,000 in sum.

25  Q.   And I see in this vendor column there are a number of

1  payees or vendors listed.

2  A.    Yes.

3  Q.    Are they listed in any particular order?

4  A.    They are listed in the order of largest amount of total

5  charges.

6  Q.    And I see that there is a column for "total charges."

7  What does that mean?

8  A.    That's the amount, the total amount that was charged on

9  the credit cards for that time period.

10 Q.    And I see the next column over says "total returns or

11 payments," what is that?

12 A.    Those would be any refunds that were issued to the credit

13 card for those vendors in particular.

14 Q.    And then there is a column called "net charges."  What

15 does that indicate?

16 A.    So that would be the total charges that were charged, less

17 any returns that were charged back to the credit card.  It

18 would be the net charges.

19 Q.    Can you just take us through this first line here?

20 A.    Yes.  So this vendor was puja.net.  There was a total

21 amount charged to the credit cards for January of 2015 through

22 September of 2017 in the approximate amount of $813,000.  And

23 there were total refunds to the same credit card of

24 approximately $4,400 for a net charge of approximately

25 $809,000.

1   Q.    And can you take us through the second line there?

2   A.    Yes.  This vendor was Astrological Gem, and for the same

3   time period the total charges were approximately $142,000.

4   There were no returns refunded to the credit card in question,

5   and the net charges were, again, the same amount, approximately

6   $142,000.

7   Q.    And moving down the line here, do you see an entry there

8   called Washington Institute of Dermatology?

9   A.    Yes.

10  Q.    Can you walk us through that, please?

11  A.    Yes.  Again, the name on the vendor was Washington

12  Institute of Dermatology.  The total charges on the credit

13  cards were approximately $57,000, with no refunds to the credit

14  cards in question, for net charges of approximately $57,000.

15  Q.    And what time period does this cover?

16  A.    This covers the time period of January of 2015 through

17  September of 2017.

18  Q.    Now, did you also look at how Ms. Bennett's credit cards

19  were being paid?

20  A.    Yes.

21  Q.    Do you see the bar chart at the bottom of your screen

22  there?

23  A.    Yes.

24  Q.    Now, the vertical axis on the left-hand side, do you see

25  some numbers there?

1   A.    I do.

2   Q.    What does that represent?

3   A.    That represents the amount of the payments in totality.

4   Q.    Payments to what?

5   A.    To Ms. Bennett's personal credit cards.

6   Q.    And on the horizontal axis, I see some names.  Are those

7   account numbers listed?

8   A.    Yes.  Those are the last four digits of account numbers.

9   Q.    So looking at the -- this column here, how much money came

10  from Dawn Bennett's United 2054 bank account to pay Dawn

11  Bennett's credit cards for this time period?

12  A.    Approximately $61,000.

13  Q.    And how much money came from this DJB Holdings Monument

14  Bank account to pay Ms. Bennett's credit cards?

15  A.    Approximately $1,010,000.

16  Q.    And how much money came from this DJB Holdings EagleBank

17  account during this time period to pay Ms. Bennett's credit

18  cards?

19  A.    Approximately $697,000.

20  Q.    And how much money came from this DJB Holdings First

21  Republic account during this time period to pay Ms. Bennett's

22  credit cards?

23  A.    Approximately $528,000.

24  Q.    How much money came from this Providence of the Dragon

25  account at SunTrust to pay Ms. Bennett's credit cards?

1  A.    Approximately $212,000.

2  Q.    Looking at Government's Exhibit Chart-1(a), page six, do

3  you recognize this, Ms. Bender?

4  A.    Yes, I do.

5  Q.    And what is this?

6  A.    This is a summary chart which outlines the net inflows or

7  the net money that came into DJB Holdings, LLC bank accounts

8  from Ms. Bennett, compared to the net money that came in from

9  individuals into DJB Holdings, LLC banks accounts for the

10  period of January of 2012 through September of 2017.

11  Q.    So I see the top it says "DJB Holdings, LLC"; is that

12  right?

13  A.    Yes.

14  Q.    Which bank accounts did you analyze here?

15  A.    This includes the DJB Holdings bank accounts at First

16  Republic Bank, account ending in 2861; Monument Bank, account

17  ending in 2678; EagleBank, account ending in 2656; and SunTrust

18  Bank, account ending in 9526.

19  Q.    And I see the time period that it covers is January 2012

20  through September 2017; is that right?

21  A.    Yes.

22  Q.    And is that time period reflected on the horizontal axis

23  here as well?

24  A.    Yes, it is.

25  Q.    And I see the title says "Net Inflows From Dawn Bennett."

1    What do you mean by net inflows from Dawn Bennett?

2    A.    So that would be the amount of money that came into the

3    DJB Holdings bank account, less any money that went back out to

4    Ms. Bennett during that same time period.  So I added the money

5    that came in, and I subtracted the money that went back out to

6    come up with the net amount of money.

7    Q.    And I see that there is a blue line on this graph here.

8    What does that blue line represent?

9    A.    That represents Ms. Bennett's net inflows.  And for the

10   amounts that go under the zero axis in 2016 and 2017, that

11   would represent a net outflow.

12   Q.    What do you mean by the "zero axis"?

13   A.    So along the bottom there is a zero dollar sign.  That's

14   the axis right there.

15   Q.    And you said something about a net outflow?

16   A.    Right.  So anything that dipped below that line that's

17   negative in red in 2016 and January through September of 2017,

18   that was actually a net outflow to Ms. Bennett during that time

19   period.

20   Q.    Do you notice any particular trend with respect to that

21   blue line that represents Ms. Bennett's inflows to DJB

22   Holdings?

23   A.    Yes, it decreases.

24   Q.    Now, the title here says "Net Inflows From Dawn Bennett

25   Compared to Net Inflows From Individuals."  When you say net

1  inflows from individuals, what do you mean by that?

2  A.   I mean any money that came in from individuals with

3  promissory notes during that same time period, less any amount

4  of money that was repaid back to those individuals during the

5  same time period.  So, again, I added the money that came in,

6  and I subtracted the money that was repaid back out during that

7  same time period to come up with a net inflow or, in the

8  instance of January through September of 2017, a net outflow.

9  Q.   And when you say "individuals," what information did you

10  rely on to determine whether this was money coming in from

11  individuals?

12  A.   I relied on the bank statements.  I relied on the wire

13  transfer slips.  I relied on deposit images.  I also relied on

14  the promissory notes that were obtained during the search

15  warrant.

16  Q.   Did you review emails as well?

17  A.   Yes, I did.

18  Q.   And did that help you make your determination as to which

19  individuals to rely upon here, which individual's net inflows

20  to rely on?

21  A.   Yes, it did.

22  Q.   And looking at your chart here, did you notice any

23  particular trend with respect to individual inflows?

24  A.   Yes.  It began -- the first inflow began in 2014, and it

25  continuously increased and spiked in 2016 and then decreased in

1    2017.

2    Q.    Is there a particular year where the net inflows from the

3    individuals exceeds the net inflows from Ms. Bennett?

4    A.    Yes, there is.

5    Q.    Which year or years?

6    A.    The year 2015 and 2016.

7    Q.    And focusing on the inflows from Ms. Bennett, what

8    happened in 2016?

9    A.    In 2016 it was actually a net outflow to Ms. Bennett of

10   approximately $535,000.

11   Q.    What does that mean?

12   A.    That means that Ms. Bennett received more money from DJB

13   Holdings, LLC bank accounts than she had put into those bank

14   accounts during that time period.

15   Q.    How about in 2017?

16   A.    In 2017 Ms. Bennett had a net outflow of approximately

17   $450,000.  Again, that means that she had -- Ms. Bennett had

18   received more money from DJB Holdings bank accounts than she

19   had put into those same bank accounts for that time period.

20   Q.    And to be clear, in -- what time period are we talking

21   about when we're talking about 2017?

22   A.    We are talking about January through September of 2017.

23   Q.    Now, focusing on 2014 for a minute here, let's pull up

24   Government's Exhibit Chart-10.  What is this, Ms. Bender?

25   A.    This is a summary chart which outlines the deposits from

1   Western International Securities, Inc. that went into the bank

2   accounts for Bennett Group Financial Services, LLC for the time

3   period of January of 2012 through September of 2017.

4   Q.    Do you notice any particular trend here?

5   A.    Yes, the deposits decrease.

6   Q.    And what are the deposits in 2015?

7   A.    The deposits totaled approximately $118,000.

8   Q.    How about in 2016?

9   A.    Zero.

10  Q.    How about between January and September of 2017?

11  A.    Zero.

12  Q.    And let's put this on the left side of your screen,

13  Chart-10; and on the right side of your screen, let's do

14  Chart-1(a), page six.  Now, the trends that you were just

15  discussing in Chart-10, how does that compare to Ms. Bennett's

16  inflows into DJB Holdings for this same time period in

17  Chart-1(a)?

18  A.    They are both decreasing from 2012 through September of

19  2017.

20  Q.    Now, as part of your assistance in this case, did you also

21  have the chance to review tax records?

22  A.    Yes.

23  Q.    Showing you Government's Exhibit Chart-7.  Now, what is

24  this a chart of?  Let's start with the title, Ms. Bender.

25  A.    This is a chart that shows the revenue reported to

1    individuals compared to actual inflows from Amazon, PayPal,

2    buy.com, et cetera, for the time period of December of 2014

3    through May of 2015.

4    Q.    And let's start at the bottom here.  I see there are a

5    number of months listed from December 2014 through May 2015.

6    Do you see that?

7    A.    Yes, I do.

8    Q.    And I see you have a column called "Revenue Reported to

9    Individuals"?

10   A.    Yes.

11   Q.    Where did that information come from?

12   A.    That information came from a financial brochure that was

13   emailed to certain individuals from Ms. Bennett's email

14   account.

15   Q.    So if we put this Chart-7 on the right side of your

16   screen, and let's pull up what's already been admitted as

17   Government's Exhibit RD-6, is this an email from Ms. Bennett to

18   an R DeAgazio dated June 15, 2015, on the right side of your

19   screen there?

20   A.    Yes.

21   Q.    With an attachment called DJBennett 2015 revenue?

22   A.    Yes.

23   Q.    If we go to the third page here, do you recognize this

24   document in Government's Exhibit RD-6, Ms. Bender?

25   A.    Yes, I do.

1   Q.   And what is this?

2   A.   This is the attachment, one of the pages of the attachment

3   that was sent from Ms. Bennett's email account.

4   Q.   And do you see months listed here?

5   A.   Yes.

6   Q.   And how do these months compare to the months in your

7   chart?

8   A.   They are the same months.

9   Q.   And the revenue figures here, how does the -- where do the

10  revenue figures in your chart come from?

11  A.   I used the revenue figures that are displayed on the

12  right-hand side of the screen from the page of Ms. Bennett's

13  email.

14  Q.   Now, the next part of your chart, you see there is a

15  column that says ""actual inflows from Amazon, PayPal,

16  buy.com," et cetera, do you see that?

17  A.   Yes, I do.

18  Q.   And then I see some numbers listed there; is that right?

19  A.   Yes.

20  Q.   I'm going to pull up Government's Exhibit BL-6.  Do you

21  see where it says "sales"?

22  A.   Yes.

23  Q.   Amazon Sales, Amazon Refunds, Buy.Com Sales, PayPal Sales,

24  Sales Other?

25  A.   Yes, I do.

1   Q.    And in your chart, I see you say "Actual Inflows From

2   Amazon, PayPal, Buy.Com," et cetera; is that right?

3   A.    Yes.

4   Q.    Now, how do -- how does your description in Government's

5   Exhibit Chart-7 compare to what's been previously admitted as

6   Government's Exhibit BL-6 where it says "sales"?

7   A.    It's very similar.

8   Q.    And looking at Government's Exhibit BL-7, in Government's

9   Exhibit BL-7, do you see some sales listed?

10  A.    I do.

11  Q.    And do you see where it says "Amazon Sales, PayPal Sales,

12  Sales Other"?

13  A.    Yes.

14  Q.    And how do those descriptions compare to what's in your

15  chart for actual inflows?

16  A.    Very similar.

17  Q.    And did you review Government's Exhibit BL-6 and BL-7 when

18  you were preparing this chart, when you were preparing Chart-7?

19  A.    I reviewed BL-6.  I don't believe I reviewed BL-7.

20  Q.    Okay.  Now turning to the top portion of Government's

21  Exhibit Chart-7, what does the red line represent here?

22  A.    That represents the actual inflows from Amazon, PayPal,

23  Buy.com, et cetera.

24  Q.    And where did that information come from?

25  A.    That came from the bank statements of DJB Holdings, LLC

1  that I compiled.

2  Q.   And did you add numbers?

3  A.   Yes, I did.

4  Q.   What numbers did you add?

5  A.   I added all of the deposits that were reflected on the

6  bank statements for the months shown on the summary sheet here

7  that were received into the DJB Holdings bank accounts from the

8  Amazon, PayPal, Buy.com, American Express, Merchant Services,

9  et cetera.

10 Q.   And how did those numbers compare to the revenue that was

11 reported to individuals during the same time period?

12 A.   They were much smaller.

13         MS. PULICE:  Your Honor, at this time I'm going to

14 ask the witness to step off the stand with the easel.

15         THE COURT:  Okay.

16     (Witness complied.)

17         MR. BOYLE:  Your Honor, may I move around to see?

18         THE COURT:  You absolutely may.

19         MS. PULICE:  I may need a microphone as well, Your

20 Honor.

21 BY MS. PULICE:

22 Q.   All right, Ms. Bender, do you recognize this here?

23 A.   Yes, I do.

24 Q.   And what is this?

25 A.   This is a summary chart that I prepared which shows the

1    profit and loss reported to the individuals compared to the tax

2    return of DJB Holdings, LLC for the time period of January

3    through December of 2015.

4    Q.    And I see the first column there says "profit and loss to

5    individuals."  Do you see that?

6    A.    Yes, I do.

7    Q.    And where does this information come from here where it

8    says "revenue"?

9    A.    This information comes directly from a profit and loss

10   statement or an income statement that was sent to individuals

11   from Ms. Bennett's email account.

12   Q.    And on the screen, can we please pull up Government's

13   Exhibit AG-25.  Ms. Bender, is this an email from Ms. Bennett

14   to Alan Grimaldi dated February 24, 2016?

15   A.    Yes.

16   Q.    And is there an attachment that says "plus balance sheet

17   for 2015"?

18   A.    Yes.

19   Q.    And if we go to page four of that exhibit, is that a DJB

20   Holdings, LLC profit and loss statement for the year ending

21   January -- sorry --December 21st -- December 31st, 2015?

22   A.    Yes.  This is a profit and loss statement for DJB

23   Holdings, LLC for the period ending December 31, 2015.

24   Q.    And do you see total income listed there?

25   A.    Yes, I do.

1    Q.    And is that figure over $4.7 million reflected on your

2    chart?

3    A.    Yes, it is.

4    Q.    And where is that reflected?

5    A.    Reflected right here in the revenue line under profit and

6    loss to individuals.

7    Q.    And then I see the next row down is total cost of goods

8    sold and expenses.

9    A.    Yes.

10   Q.    What does that mean?

11   A.    That would be the total cost of goods sold, which is

12   reflected on the profit and loss statement, of approximately

13   $2,188,000, plus the remaining expenses which are also shown on

14   the profit and loss statement.  I added those two amounts

15   together to come up with the sum of approximately $3,578,000.

16   Q.    So is all of the information in this column, profit and

17   loss to individuals, is that information that comes right off

18   this document that we see there?

19   A.    Yes.

20   Q.    Okay.

21         Now, the next column over says "tax return."  Is that

22   right?

23   A.    Yes.

24   Q.    And what does that mean?

25   A.    This is the tax return for Ms. Bennett for 2015, and these

1    numbers are reflected on the Schedule C for DJB Holdings, LLC.

2    Q.    And can we please pull up Government's Exhibit BL-3, page

3    14.  Do you recognize this, Ms. Bender?

4    A.    Yes, I do.

5    Q.    And what is this?

6    A.    This is the Schedule C in Ms. Bennett's 2015 tax return.

7    Q.    And I see this figure of $907,692 listed as revenue.

8    Where does that information come from?

9    A.    That comes from line one of the Schedule C of the 2015 tax

10   return for Ms. Bennett, which states gross receipts or sales.

11   Q.    And then the next line down, total cost of goods sold and

12   expenses, where does that information come from?

13   A.    That comes from the line four of Ms. Bennett's 2015 tax

14   return, plus the remaining total expenses, line 28, which would

15   equal the line 29 -- I'm sorry -- so it's those two numbers,

16   the cost of goods sold from line four, plus line 28, which are

17   the total remaining expenses on the Schedule C of the 2015

18   taxes.

19   Q.    And why did you add the total cost of goods sold and

20   expenses together?

21   A.    Because essentially that's an expense.  That's just how

22   it's categorized to offset the different purchases and such for

23   inventory.

24   Q.    So are we talking about -- with respect to the profit and

25   loss statement that was sent to individuals and the tax return

1  here, are they both for the same time period?

2  A.    Yes, they are.

3  Q.    And did you notice any discrepancies between them?

4  A.    I did.

5  Q.    And with respect to revenue, what was the discrepancy?

6  A.    The discrepancy is that the revenue per the profit and

7  loss statement sent to individuals was overstated by

8  approximately $3,848,000, as compared to the revenue reported

9  on the 2015 tax return.

10 Q.    How about with respect to the total costs of goods sold

11 and expenses?  Is there any difference between what was sent to

12 individuals versus what was reported on the tax return?

13 A.    Yes.

14 Q.    What was the difference?

15 A.    The difference is that the total costs of goods sold and

16 expenses as shown on the profit and loss to individuals was

17 understated by approximately $3,989,000, as compared to the

18 total expenses of costs of goods sold as reported on the 2015

19 Schedule C of Ms. Bennett's tax return.

20 Q.    And I see that the last line here is net income or loss.

21 What does that mean?

22 A.    That means it's the revenue less any expenses would equal

23 the net income or loss for that same time period.

24 Q.    And was there any difference between the net income or

25 loss that went out to individuals versus what was reported on

1   Ms. Bennett's Schedule C tax return?

2   A.   Yes.

3   Q.   What was the difference?

4   A.   The difference is that the net income, based on the profit

5   and loss sent to individuals, was overstated by approximately

6   $7,838,000.

7   Q.   All right.  And we're going to stay standing for just a

8   minute.

9        Can we please pull up Government's Exhibit NSFC-1.

10  Ms. Bender, what is this?

11  A.   This is a summary chart that I prepared which outlines the

12  summary of the insufficient fund fees and overdraft fees that

13  occurred in DJB Holdings, LLC bank accounts for the time period

14  shown; 2014, 2015, and 2016.

15  Q.   And I see -- you say summary of insufficient funds,

16  overdraft fees.  What do you mean by insufficient funds and

17  overdraft fees?

18  A.   So these are charges that the bank typically charges the

19  bank account when a check is bounced due to not having enough

20  funds in the account to cover the check, or if there is a

21  withdrawal or ATM purchase, et cetera.  And, again, the balance

22  is not sufficient enough to cover those withdraws that are

23  presented to the bank.

24  Q.   Now, for the time period -- actually, there are three --

25  four columns.  There is a date column and then the next column

1   over says "total NSF, slash, OD fees charged."  What does that
2   mean?
3   A.   That would be the total amount of the insufficient fund
4   fees or overdraft fees that were actually charged to the DJB
5   Holdings, LLC bank account for those time periods.
6   Q.   And the next column says "total NSF, slash, OD fees
7   refunded."  What does that mean?
8   A.   That means some of the charges were refunded by the bank.
9   So they were added back to the bank after they were charged,
10  and those are the totals for those time periods.
11  Q.   And the next column says "total number of fees charged."
12  What does that mean?
13  A.   Those are the total number of occurrences of the fees for
14  the years in question.
15  Q.   So for 2014, how many insufficient funds or overdraft fees
16  were there?
17  A.   There were 228.
18  Q.   How about in 2015?
19  A.   There were 229.
20  Q.   How about in 2016?
21  A.   There were 140.
22  Q.   And in total, what was the total amount of insufficient
23  funds or overdraft fees charged?
24  A.   597.
25  Q.   Okay.  And what was the total amount of insufficient funds

1  or overdraft fees charged?

2  A.   The total amount charged to the bank statements was

3  approximately $18,000 less approximately 780 that were refunded

4  back.

5  Q.   All right.

6      And at this time I would like to pull up the next poster

7  here, which is Government's Exhibit Loan Chart-1.  Do you

8  recognize this exhibit, Ms. Bender?

9  A.   I do.

10 Q.   What is this?

11 A.   This is a summary of the loans that were originated during

12 the time period of January 2012 through September 2017 for

13 Ms. Bennett and related entities.

14 Q.   And I see -- let's see.  There are a few columns here.

15 The first column is "Loan Date."  Where does that information

16 come from?

17 A.   That comes directly from the promissory note of each of

18 those corresponding loans.

19 Q.   And the -- there is a reference to "Exhibit Number."  What

20 does that reference?

21 A.   That represents the exhibit number for the promissory

22 notes for each of these different loans.

23 Q.   And when it says "Name on Loan," where does that

24 information come from?

25 A.   Again, that comes from the page of the promissory note.

1   Q.   How about "Lending Institution"?

2   A.   That should be shown on the promissory note as well.

3   Q.   And "Loan Amount and Maturity Date"?

4   A.   Same.  They should also be shown on the promissory note.

5   Q.   Now, the first loan here I see is November 28, 2012, for

6   Cinnamon Stick Street, LLC, from United Bank in the amount of

7   $1 million; is that right?

8   A.   Yes.

9   Q.   Can we please pull up Government's Exhibit UNL-1.  And if

10  we go to the third full paragraph there, let's start there,

11  what is the -- do you see a name there?

12  A.   Yes.

13  Q.   The guarantor?

14  A.   Yes.

15  Q.   And who is that?

16  A.   That is Dawn J. Bennett.

17  Q.   And do you see Cinnamon Stick Street, LLC?

18  A.   I do.

19  Q.   Candy Cane Lane, LLC?

20  A.   Yes.

21  Q.   And if we go to the third full paragraph of that loan, do

22  you see an address listed there, 5610 Wisconsin Avenue?

23  A.   Yes.

24  Q.   Penthouse 21D in Chevy Chase, Maryland?

25  A.   Yes.

1   Q.   Are you familiar with that address?

2   A.   Yes.

3   Q.   How are you familiar with that address?

4   A.   That is one of the personal residences of Ms. Bennett.

5   Q.   All right.

6        Now, looking back at this loan summary, Ms. Bender, does

7   this summary include any short-term financing?

8   A.   It does not include the short-term high interest rate

9   financing that was presented or taken out for DJB Holdings,

10  LLC.

11  Q.   Does this include any money that DJB Holdings owed to any

12  individuals?

13  A.   No, it does not.

14  Q.   Now, I see that there is a loan listed for DCP Artifex.

15  Do you see that?

16  A.   I do.

17  Q.   And what's the name on that loan?

18  A.   DJB Holdings, LLC.

19  Q.   And is that for March 9, 2017?

20  A.   Yes.

21  Q.   In the amount of $4.3 million?

22  A.   Yes.

23  Q.   And can we please play -- let's see -- Government's

24  Exhibit JL-43.

25        (The audio recording was played to the jury.)

1

2    BY MS. PULICE:

3    Q.    Did you hear Ms. Bennett say "we're not leveraged"?

4    A.    Yes.

5    Q.    Now, as of April 2017, did DJB Holdings take out any loans

6    within two months of that call?

7    A.    Yes.

8    Q.    And which loan is that?

9    A.    March 9th of 2017, DJB Holdings, LLC took out a

10   $4.3 million loan through DCP Artifex, LLC.

11   Q.    Now, I see here there is a loan listed on May 19, 2015,

12   for DJB Holdings, LLC from EagleBank.  Do you see that?

13   A.    I do.

14   Q.    What was that loan amount?

15   A.    That loan was in the amount of $750,000.

16   Q.    And is that maturity date May 19, 2016?

17   A.    Yes, it is.

18   Q.    And can we please pull up Government's Exhibit WIS-5.  And

19   what is this, Ms. Bender?

20   A.    This is a chart that I prepared which compares the actual

21   statements from of Western International account held in the

22   name of Dawn Bennett and related entities, compared to the

23   actual Western International account statement that was

24   provided to EagleBank.

25   Q.    And when you say the statement that was provided to

1  EagleBank, which statement are you talking about?

2  A.  I'm talking about the statement dated March 31, 2015, from

3  Account No. 82734.

4  Q.  And how much was listed as -- in the account balance in

5  the statement that went to EagleBank?

6  A.  Approximately $4,210,000.

7  Q.  Now, I see that there are four columns listed there with

8  other accounts.  Where did that information come from?

9  A.  Those came from the actual statements that I received

10  through subpoena responses directly from Western International.

11  Q.  And what are the names on those statements?

12  A.  The names are Dawn J. Bennett, Dawn J. Bennett IRA, R/O,

13  JPM CC, CUST period, Bennett Group Financial Services, SCCS,

14  401K plan FBO Dawn J. Bennett, and DJB Holdings, LLC.

15  Q.  And for that same time period, the statement date of

16  March 31, 2015, how much money was in the Dawn Bennett account

17  ending in 82734?

18  A.  Approximately $35.

19  Q.  How much money was in the Dawn Bennett IRA account for

20  March 31, 2015, for that same time period?

21  A.  Approximately $166.

22  Q.  And how much money was in the Bennett Group Financial

23  Services 401K for that same time period?

24  A.  Approximately $49.

25  Q.  Now, I noticed that there are some other dates.  You have

1    statement dates of between December 31, 2014 and December 31,

2    2015 on there; is that right?

3    A.    Yes.

4    Q.    And why is that?

5    A.    I wanted to take a look at the statements for the months

6    before and the months after that statement, just to see what

7    the activity was like in those accounts and make sure that

8    there wasn't an inflow of an abundant amount of money that

9    would approximately match $4.2 million that happened to be

10   there before or after, and that's why I looked at those time

11   periods in question.

12            MS. PULICE:  Your Honor, this might be a natural

13   stopping point.

14            THE COURT:  Okay, we can do that.

15       Ladies and gentlemen, we will take our break from now

16   until ten after 2:00.  So enjoy your lunch, and we'll see you

17   back here at 2:10.

18            THE DEPUTY CLERK:  All rise.

19       (Open Court - Jury Not Present.)

20            THE COURT:  Okay, ladies and gentlemen, do you need

21   anything from me?

22            MS. PULICE:  No, Your Honor.  I think we were just

23   briefly discussing scheduling.  I know the defense witness will

24   be here at 2:00.  So I don't know if it would make sense to put

25   him on after lunch rather than continue with Ms. Bender's

1  testimony.

2          THE COURT:  Which do you prefer, Mr. Boyle?  Does

3  your witness have to get a flight out or something?

4          MR. BOYLE:  My witness has heart surgery tomorrow.

5  So I would like to get him in and out as easily as possible if

6  it's okay with everyone else.

7          THE COURT:  Well, then if the government doesn't have

8  any problem with it, we can break Ms. Bender's testimony, put

9  your witness on, conclude your witness, and then pick back up

10  with Ms. Bender.

11          MR. BOYLE:  Okay.  And will Your Honor explain to the

12  jury what's happening?

13          THE COURT:  Yes, absolutely.  I may not reference his

14  medical condition but just that there may be a need to get this

15  witness taken today and out of order, so that's why we're doing

16  it.  Okay?

17          MR. BOYLE:  Okay.

18          THE COURT:  All right.

19          MS. PULICE:  Just one more scheduling note, Your

20  Honor.  We had intended to call Ms. Zeck today, the witness who

21  was going to be making a quick departure from BWI in order to

22  get here; and, unfortunately, she missed her flight.  So she

23  may be testifying on Friday.

24          THE COURT:  Okay.

25          MS. PULICE:  Or tomorrow, depending on how things

1    shake out.

2           THE COURT:  Well, do you have anything else for today

3    then after Ms. Bender?

4           MS. PULICE:  We do not, Your Honor.

5           THE COURT:  We were not planning on calling the jury

6    tomorrow.

7           MS. PULICE:  We were not and we could -- we can talk

8    with Mr. Boyle about scheduling, but it would be fine.  I

9    believe it would be fine to put her on --

10          MR. BOYLE:  I believe we can finish everything on

11   Friday, Your Honor, in terms of testimony.

12          THE COURT:  Okay.

13          MR. BOYLE:  I prefer not to argue on Friday if we

14   could avoid it.

15          THE COURT:  Sure.  That's what I was thinking.  I was

16   thinking we would go dark tomorrow.  I hate to bring the jury

17   in for one witness.  Go dark tomorrow.  Do what we were

18   planning to do.  Wrap up testimony on Friday, if need be

19   Tuesday, and then you all argue but you wouldn't be arguing --

20   you wouldn't be closing on Friday.  I think that's tough for

21   everybody.

22          MR. BOYLE:  Okay.

23          THE COURT:  Okay?  Does that work for you all?

24          MS. PULICE:  That works, Your Honor.  We're just

25   checking on flights with Ms. Zeck, and to the extent that it

```
 1   doesn't work out, we may be able to work out a stipulation with
 2   Mr. Boyle.
 3             THE COURT:  Okay.  So then we'll take the afternoon
 4   with your witness, Mr. Boyle.  We'll finish with Ms. Bender,
 5   and then we're done for the day.
 6             MR. BOYLE:  Yeah, my witness will only take a half
 7   hour, Your Honor.  It's not going to be an extensive witness.
 8             THE COURT:  Okay.  All right, then tell me if there
 9   is any risk in explaining to the jury that we're ahead of
10   schedule.  That's why we can go dark tomorrow.  And that we
11   anticipate this case getting to them some time in the beginning
12   of the week.  That way they can plan, because they were, you
13   know, thinking they would be here three or four weeks, and
14   that's been significantly curtailed because you all have been
15   marching through.  I would rather let them know so they can get
16   back to their lives.
17             MS. PULICE:  The government is on board with that,
18   Your Honor.
19             MR. BOYLE:  We are as well, Your Honor.
20             THE COURT:  Okay.  So at the end of the day, I'll
21   couch it so that if something changes and we need some extra
22   time next week, we have it.  Just so they know this isn't going
23   to go until the end of October.  Okay, good.  Thank you all.
24             THE DEPUTY CLERK:  All rise.
25        This Honorable Court stands in recess.
```

```
 1              (Recess taken, 12:54 P.M. - 2:17 P.M.)

 2              THE DEPUTY CLERK:  All rise.

 3        This Honorable Court now resumes in session.

 4              THE COURT:  Okay, Counsel, you can all have a seat.

 5  Are we ready for the jury?

 6              MS. PULICE:  We are, Your Honor.

 7              THE COURT:  Okay.  And, Mr. Boyle, are you ready with

 8  your witness?

 9              MR. BOYLE:  I am.  Mr. Kumar is in the back of the

10  courtroom, Your Honor.

11              THE COURT:  Okay.  All right, I will explain to the

12  jury that we're taking the witness out of order, and then you

13  can call your witness.

14              MR. BOYLE:  Okay, thank you, Your Honor.

15              MR. WINDOM:  Your Honor, while Mr. Ulander is getting

16  the jury, just to let you know, I filed something on the lunch

17  break.  It's a supplemental motion to exclude the expert

18  witnesses.  This morning we received a supplemental expert

19  report while we were in court.  We got it -- I got it on the

20  break so I just attached it to a boilerplate motion to exclude

21  so that you had it.

22              THE COURT:  And this is for Mr. Van Zandt?

23              MR. WINDOM:  For Mr. Van Zandt.

24              MR. BOYLE:  For Mr. Van Zandt.  We are not calling

25  the other expert.
```

1          THE COURT:  Okay, so I'll focus on Mr. Van Zandt.

2          MR. BOYLE:  Solely Mr. Van Zandt.

3          THE COURT:  All right, thank you.  I appreciate that.

4          THE DEPUTY CLERK:  All rise for the jury.

5      (Open Court - Jury Present.)

6          THE COURT:  Okay, ladies and gentlemen, I hope you

7   had a good lunch.  Sometimes in a case, for logistical reasons,

8   the parties have to call witnesses out of order.  So we're

9   going to take a break from the government's case to allow

10  Ms. Bennett the opportunity to call a witness in their case

11  because of these logistical issues.

12      So I'll turn to you, Mr. Boyle.

13          MR. BOYLE:  Thank you, Your Honor.  Your Honor, the

14  defense calls Kumar Bala to the witness stand.

15          THE DEPUTY CLERK:  Please raise your right hand.

16  Please stand and raise your right hand.

17      (Witness complied.)

18          THE DEPUTY CLERK:  You do solemnly swear, or affirm,

19  under the penalties of perjury that the information and

20  evidence you're about to give to the Court and jury in the

21  matter now pending before them shall be the truth, the whole

22  truth, and nothing but the truth?

23          THE WITNESS:  Yes, I do.

24          THE DEPUTY CLERK:  Thank you.  Please be seated.

25      (The Witness is Sworn.)

```
1              THE DEPUTY CLERK:  Please speak loudly and clearly
2     into the microphone.  State your full name for the record, and
3     spell both your first and last name.
4              THE WITNESS:  My name is Srikumar Bala.  First name
5     is Srikumar, S-r-i-k-u-m-a-r; last name Bala, B-a-l-a.
6              THE DEPUTY CLERK:  Thank you.
7            SRIKUMAR BALA, DEFENDANT'S WITNESS, SWORN
8                      DIRECT EXAMINATION
9     BY MR. BOYLE:
10    Q.   Mr. Bala, where do you currently live?
11    A.   I live in Maken, Virginia.
12    Q.   And are you married?
13    A.   Yes, I am.
14    Q.   Do you have children?
15    A.   Yes, I have two daughters.
16    Q.   And what is your profession?
17    A.   I'm an IT program manager.
18    Q.   And by whom are you currently employed?
19    A.   I'm working with a large consulting company.
20    Q.   And I'm going to ask you to speak a little bit slower.
21    I'm having trouble following you.  Maybe somebody else in the
22    courtroom is.
23    A.   Sure.
24    Q.   By whom are you currently employed?
25    A.   I work for an IT consulting company called Cognizant.
```

1  Q.    And where is that company located at?

2  A.    The headquarters is in New Jersey.

3  Q.    And what do you do as an IT consultant?

4  A.    I manage a very large $125 million account, and my clients

5  are like -- I have multiple clients throughout the United

6  States so I manage really large IT programs, and I have people

7  working for the clients both from in the United States, as well

8  as outside the country.

9  Q.    And when did you first become involved in the field of IT?

10 A.    It's almost like 15 plus years, from 1995 onwards.

11 Q.    And where did you first start working when you became

12 involved in the field of IT?

13 A.    My first work was in AT&T, in Virginia.

14 Q.    And what did you do there?

15 A.    I was an architect, IT architect.

16 Q.    Okay.  And can you explain some of the other companies

17 you've worked for during the course of your career?

18 A.    I have worked for AT&T, then MCI, then I worked for NASD,

19 which is the FINRA.  And then I worked for Citi Bank,

20 Washington Apple Technology and -- which is an insurance

21 company, and I have like briefly worked for Sony, and that's a

22 lot of companies.

23 Q.    Okay.  And did there come a time when you worked for

24 DJBennett.com?

25 A.    I started working somewhere around the 2012.

1  Q.   And how long did you work for DJBennett.com?

2  A.   Almost until the end of last year, which was 2017.

3  Q.   And what was your position there beginning in 2012?

4  A.   Like I started as -- my title was CTU, but I was like the

5  main IT guy around doing all of the work related to IT, like

6  maintaining the websites, working with the IT professionals on

7  the back-end office system called Magento, working with the

8  email systems, like mailers to the companies.

9         THE DEPUTY CLERK:  Sir, could you slow down, please?

10 Could you slow down a little bit?

11        THE WITNESS:  Sorry.

12        MR. BOYLE:  I'll ask shorter questions.

13        THE WITNESS:  Sure.  Mostly like that, with the

14 exception of the network and the infrastructure.  I did most of

15 the IT work for DJBennett.

16 BY MR. BOYLE:

17 Q.   Okay.  And what was your title there, the Chief Technology

18 Officer?

19 A.   Yes, CTO.

20 Q.   And as the Chief Technology Officer, did you -- were you

21 responsible for the creation of the DJBennett.com website?

22 A.   The website was initially there before I came in, but once

23 I came in, I made lots of changes to it.  I made lots of

24 improvements to it over the course of the years.

25 Q.   And did you work with contractors in India to upgrade the

1  website?

2  A.   Yes, I did.

3  Q.   And what did they do to the website?

4  A.   Not only with the contractors in India, there was also

5  additional forums located in the United States.  They provided

6  -- the companies in the United States provided images, videos.

7  But the folks back in India put together the website, the

8  functioning website back in India.

9  Q.   Okay.  And so in terms of putting up pictures, items on

10  the website, design, did the company in India do that?

11  A.   Yes, they assisted us.

12  Q.   Under your supervision?

13  A.   Yes.

14  Q.   Now, were their models hired by DJBennett.com to model the

15  equipment?

16  A.   Can you repeat the question, please?

17  Q.   Were there people that were hired by DJ.com to have their

18  pictures taken to be put on the website?

19  A.   Yes.

20  Q.   Okay.

21  A.   But it was done by a different group of people.

22  Q.   It was a different group of people?

23  A.   Yeah.

24  Q.   Okay.  You weren't responsible for the pictures being

25  taken?

1   A.    No.
2   Q.    You were only responsible to see that they were put on the
3   website?
4   A.    Yes.
5   Q.    And you mentioned a front office or a back office
6   interaction with the website.  Does that deal with the
7   accounting function of the website?
8   A.    Yes.
9   Q.    The order function of the website?
10  A.    Yes.
11  Q.    And can you explain very briefly how that worked?
12  A.    So when a customer visited the website and like any normal
13  website, he liked any of the products, they can select the
14  products and place an order.  Once they are happy with the
15  products that they have selected, they can complete the order
16  by providing their address, their contact details, as well as
17  credit card or payment method; and it will complete the order.
18        And also, like we used to have this back-end system
19  connected to the Amazon solicitor.  So we used to get orders
20  from the Amazon, too.
21  Q.    I'll talk about the Amazon orders in a second.
22  A.    Okay.
23  Q.    How many people worked at DJBennett.com when you were
24  there?
25  A.    At any given time there were like minimum five different

1    people who worked for DJ Bennett in different capacities.

2    Q.    Could you give us some names of some of those five people?

3    A.    Sure.    There was Anderson McNeill.    He was the hired

4    merchandise officer.    Then there was Bonnie Pressman who was

5    mainly in charge of procurement of the products.    Then there

6    was Debra Pogofsky who was like the customer contact, the main

7    person for the warehouse.    And there was Derrick Ashton who was

8    also part of the warehouse.    And then there was a graphics

9    person by the name of Christen Aria (phonetic).    These were

10   some of the people who were working the final stages of the DJ

11   Bennett.    Before that there were like lots of other people who

12   have been working there.

13   Q.    Okay.    Now, if I use the term "website metrics," does that

14   have meaning to you as an IT professional?

15   A.    Yes, it does.

16   Q.    Okay.    Just briefly, what are website metrics?

17   A.    The metrics is the number of people who are coming to the

18   website, taking a look at the different products within the

19   website, as well as how those site visits get converted to a

20   sale.    There is some other metrics.    And also, we also take a

21   look at how much there are repeat customers, what attracts them

22   or to what pages they visit, and also like from which part of

23   the world they are coming in from.

24   Q.    Okay.

25          MR. BOYLE:    Could I bring up Defense Exhibit 70.

1

2    BY MR. BOYLE:

3    Q.    Now, Mr. Kumar, are you familiar with that exhibit in

4    front of you?

5    A.    Yes, I am.

6    Q.    What is that?

7    A.    It basically shows the visitors coming to the DJ Bennett

8    site, as well as how many times they have been visiting the DJ

9    Bennett site, as well as the finish.com site.

10   Q.    And how is this document prepared?

11   A.    It is basically pulled out from Google Analytics, and we

12   had different metrics running on the site.  So we are pulling

13   it from them.

14   Q.    Okay.  And is that an accurate number that was pulled from

15   Google?

16   A.    I would say so, yes.

17   Q.    Okay.

18            MR. BOYLE:  Could I see Exhibit 71.

19   BY MR. BOYLE:

20   Q.    I believe this is another analytics document.  Can you

21   explain what this document means?

22   A.    It's basically related to the site visits or the user

23   visit to DJBennett.com during the year 2012.  It is collected

24   as part of the Google that we had, and this is done by a small

25   snippet of IT code within the website.  And whenever a user

1  comes to the website, it sends that particular metrics to the

2  Google, and Google collects these analytics.

3  Q.   Now, where it says 255,803 sessions, what does that mean?

4  A.   It's the number of times a particular -- it's total amount

5  of times people have visited the site.

6  Q.   And the average session duration, what does that mean?

7  A.   It's basically how much time they spend in the site.

8  Q.   And the number of users, what is that?

9  A.   It's basically the people who visit the site.  They can be

10 unique users, meaning new users or some of them may be repeat

11 users.

12 Q.   Now, it seems like before January or April of 2012, the

13 line was flat.  Why would that be?

14 A.   The reason being is there was not much promotion.  It was

15 the time duration when the site was being tested with a smaller

16 audience or the small user base.  So after April, like, we

17 started promoting it, and I think there was an additional

18 advertisement and all those things which were promoting people

19 to reach those sites.

20 Q.   Okay.  Now, if I can ask you to look at -- if I can pull

21 up Exhibit 72, what is the time period for this document?

22 A.   It's January 1st, 2013, to the last date of December 2013.

23 Q.   And what were the number of pages used that year?

24 A.   Number of pages?

25 Q.   Yes, number of pages that were viewed.

1   A.    It's basically like each and every time a user comes, and

2   averages they saw six pages.

3   Q.    Would the number be 2,196,000?

4   A.    Yes.  That is the total number of -- yeah.

5   Q.    Now, is there a relationship between pages viewed and

6   products sold, if you know?

7   A.    There were certain criteria which always converted into a

8   sale when the visitors came to the site.

9   Q.    Okay.  Could I show you Exhibit No. 73?  And what is that

10  document?

11  A.    It basically shows the same data for the year 2014.

12  Q.    Okay.  And the previews or pages viewed that year was

13  1.2 million and something?

14  A.    Yes.

15  Q.    And what percentage, if you can tell from that document,

16  what percentage of pages viewed were from new customers that

17  year?

18  A.    It's roughly like 64 percent.

19  Q.    And from returning visitors would be the rest?

20  A.    Yes.

21  Q.    Okay.  The next exhibit I believe is 74.  And for what

22  time period is this?

23  A.    For the year 2015.

24  Q.    Okay.  75, if I can pull that up.  Now, what is this

25  document?

1   A.   This is number of orders.  It's related to the orders that

2   come out of the Amazon Seller Central, or orders that are being

3   placed through Amazon Seller Center that float into the DJ

4   Bennett back-end system.

5   Q.   Okay.  Now, when a company is listed with Amazon, are

6   there products that appear on Amazon's website?

7   A.   Yes.

8   Q.   As though somebody shopping on Amazon would see them

9   together with Amazon products?

10  A.   Yes, they do.

11  Q.   And are orders made then through the Amazon website?

12  A.   Yes, it is.

13  Q.   And those orders then come to the company, in this case DJ

14  Bennett that has them listed there?

15  A.   Yes.

16  Q.   Does this page have anything to do with that?

17  A.   Yes, it does.

18  Q.   Okay.  And is this -- and does this show the number of

19  orders, units that were ordered through Amazon during those

20  periods of time?

21  A.   Yes, it is, but for the year 2014.

22  Q.   For the year 2014?

23       MR. BOYLE:  Can we see the next exhibit, 75, I

24  believe?

25  BY MR. BOYLE:

1  Q.   And what is this?

2  A.   It is for the year 2015 from Amazon Seller Central.

3  Q.   And that shows the number of --

4  A.   Units sold.

5  Q.   Units ordered?

6       And the buy box percentage, what is that, if you know?

7  A.   It's basically the amount of order that has been converted

8  from taking a look into it, what has been converted into an

9  order.

10 Q.   Okay.  So that's the percentage of people who look at it

11 and then order?

12 A.   Yes.

13 Q.   Is that correct?

14 A.   Yes, that's right.

15      MR. BOYLE:  Can I see Exhibit 76?  77, I'm sorry.

16 BY MR. BOYLE:

17 Q.   And what is this document?

18 A.   This is, again, from the Google Analytics.  It's

19 basically, again, the site visited by the users from different

20 time zone.

21 Q.   Now, as the Chief Technology Officer, were you

22 continuously taking steps to improve the website presence?

23 A.   Yes.  I was like work with Anderson to make sure the site

24 visits are increased, people are attracted to come and visit

25 the DJ Bennett site, and make an order.

1    Q.    And how were the Amazon reviews for DJBennett.com?

2    A.    They were excellent.  At any given time, Bennett makes

3    sure that the customers get the best experience, meaning that

4    all of the orders were fulfilled in time.  They made sure that

5    the orders were representing the luxury brand, which they are

6    place the order, and it was excellent always the review from

7    Amazon.  We make a very high presentation, meaning like we were

8    in the high 90s as far as the review for DJ Bennett for order

9    fulfillment.

10   Q.    Now, could I show you Defense Exhibit 21?  Now, Mr. Bala,

11   these documents were a number of invoices from Amazon?

12   A.    Yes.  These were Amazon invoices, but from the back-end,

13   Magento, which is a back-end system for DJBennett.

14   Q.    Okay.  What do you mean by that?

15   A.    The orders would come from Amazon Seller Central into

16   DJBennett's system.  The presentation is from the DJBennett

17   system about an Amazon order.

18   Q.    Okay.  So these are documents from the DJBennett system

19   reflecting the Amazon orders?

20   A.    Yes, that's correct.

21   Q.    Okay.  Could you take a look at the first page of the

22   document?

23   A.    Yes.

24   Q.    Can you blow up the top part of that, about the top

25   quarter.  Now, does this show where the order came from?

1   A.   Yes, it shows.

2   Q.   Okay.  And it -- and the email address, is that the

3   email -- does it have the customer's name and email address on

4   there?

5   A.   No.  Amazon will never share the customer email with

6   DJBennett.

7   Q.   Okay.  The customer name and email that's there, what is

8   that?

9   A.   The customer name is the customer name, but the email is

10  auto generated by Amazon to reflect their order.

11  Q.   Okay.  Could you go down the invoice?  And does that show

12  the items that were ordered?

13  A.   Yes, that's right.

14  Q.   Okay.  Can we go to the next page of the exhibit?  I see

15  that was sent to Canada?

16  A.   Yes.

17  Q.   And the next page, the third page, I believe, would you

18  pull that up, the top part of it?  Same thing, does this show

19  the person ordering it?

20  A.   Yes.

21  Q.   And the email is an auto generated email?

22  A.   Yes.

23  Q.   And, again, go down to the items ordered.  And the

24  invoices in this package are all Amazon invoices?  You've

25  looked at them?

1   A.    Yes.

2   Q.    Okay.  Now, did you, yourself, ever make any purchases

3   from DJBennett.com?

4   A.    Yes.  I made like close to like at least ten orders, the

5   magnitude of ten orders throughout the time I stayed with

6   DJBennett.  One of the reasons is like Bennett used to package

7   all of the products in a nice wooden case, and the experience

8   to open the wooden case is similar to what you get from opening

9   an iPhone.  Sometimes like I used to tell my coworkers, she's

10  trying to mimic Steve Jobs.

11        She took care of the customer's portion.  So she was very

12  focused on the customer experience.  She wanted to make sure

13  that these -- any customer who buys a product understands it is

14  truly from a luxury shop, like shopping expense gift.  And my

15  wife and my kids still have those boxes.  It's almost like a

16  collectors item kind of thing.  The box is so good or the

17  packaging is so good.

18        MR. BOYLE:  Your Honor, can I have just a second to

19  confer with Counsel?

20        THE COURT:  Sure.

21     (Brief pause.)

22        MR. BOYLE:  I have no further questions.

23  Cross-examination.  The government may have some questions for

24  you.

25        THE COURT:  Any questions?

1                      CROSS-EXAMINATION

2    BY MR. BERNSTEIN:

3    Q.    Good afternoon, Mr. Bala.

4    A.    Hi.

5    Q.    When did you start working with DJBennett.com?

6    A.    2012, roughly around that timeframe.

7    Q.    And up said in 2012, when you came in, you made a lot of

8    changes to the website?

9    A.    Yes.

10   Q.    Is that to say that you noticed a lot of issues with the

11   website?

12   A.    It's not issues.  It is like basically like improvements.

13   It's not just issues, but as the technology improved, we make

14   changes to mimic what is happening in the technology field.

15   Q.    And where did you spend most of your time, in the offices

16   or offsite?

17   A.    I was at that point in time part-time.  So like I used to

18   be in and out of office.

19   Q.    I'm sorry, what was that?

20   A.    I used to be in and out of office.

21   Q.    Okay.  And as the Chief Technology Officer, did you have

22   any role doing the finances for the company?

23   A.    Not really, no.

24   Q.    So the time you worked there, you said you left in late

25   2017?

1   A.   Yes, that's right.

2   Q.   So from 2012 to 2017, do you know what the company's

3   revenue was?

4   A.   Initially, like it was --

5   Q.   I'm sorry, sir.  That's just a yes or no question.

6   A.   Excuse me?

7   Q.   That's just a yes or no question, sir.

8   A.   Yes.

9   Q.   Okay.  And did you get a feel for what the company's

10  expenses were in that time?

11  A.   No.

12  Q.   What about the company's overall net income, the bottom

13  line; do you know how much it was?

14  A.   No.

15  Q.   What about the company's -- the total value of assets in

16  any given year?  Did you know what the company's assets were?

17  A.   No.

18  Q.   And what about the company's liabilities?  Do you know

19  what they were?

20  A.   No.

21  Q.   What about 2015, do you know if the company took on any

22  debt that year?

23  A.   No.  I don't know about the financial side of it.  Mostly

24  I know only about the IT side of the functions.

25          MR. BERNSTEIN:  Can you pull up Defense Exhibit 72?

1    BY MR. BERNSTEIN:

2    Q.   Now, Mr. Bala, you testified that this session number --

3    the session number, that's the number of people who visited

4    DJBennett.com between January 1, 2013, and the end of the year?

5    A.   It's not the number of -- number of users, but it is the

6    number of sites that has been -- pages that has been visited.

7    The users are next.

8    Q.   Sure, sorry.  That's the number of times that somebody

9    went to DJBennett.com?

10   A.   Yes.

11   Q.   And --

12   A.   Yes.

13   Q.   Can you tell from that number, for example, how many

14   T-shirts the company sold?

15   A.   No.

16   Q.   Can you tell how much revenue it brought in, period, from

17   that number?

18   A.   No, not from this page, but there were other pages which

19   tells you about the conversion rate.

20   Q.   Can we bring up -- and this is just for now.  This is for

21   2013.  The website was visited 366,000 times and change?

22   A.   Yes.

23   Q.   Can we bring up the next Defense Exhibit 73?  What about

24   in 2014, how many times was the website visited that year?

25   A.   243K.

1    Q.    Is that more or less than the year before?

2    A.    Less.

3    Q.    Is that about a one-third decrease?

4    A.    Yeah, it is a decrease.

5    Q.    It went from 366,000 down to 243,000?

6    A.    Yes.

7    Q.    May we bring up the next exhibit, Defense Exhibit 74?

8          All right, this is the number of times that DJBennett.com

9    was visited between January 1, 2015, and the end of the year?

10   A.    Yes.

11   Q.    What about sessions?  What happens to the number of

12   sessions?

13   A.    It decreased.

14   Q.    In 2015, what happens to the number of sessions?

15   A.    It has gone down.

16   Q.    And it goes down to below 200,000?

17   A.    Yes, that's right.

18   Q.    So the trend between 2013 and 2015 is that the number of

19   times people have visited the site has been decreased by

20   roughly 50 percent?

21   A.    That's correct.  But there is a factor to it, because the

22   sales was starting going up in Amazon.  So in visiting the

23   site --

24   Q.    I'm sorry, sir.  It was just a simple yes or no question.

25   A.    Oh, okay.

1   Q.   Can we bring up Exhibit 76, Defense Exhibit 76?  Okay,

2   this is the -- you testified that this was the number of orders

3   on Amazon in 2015?

4   A.   Yes.

5   Q.   And the total number of orders is at the bottom there, the

6   portion that I circled?

7   A.   Yes, that's right.

8   Q.   Or the total number of units ordered, like a tee shirt or

9   something?

10  A.   Yes.

11  Q.   And if somebody placed an order and they also ordered a

12  pair of gloves, that would be another unit?

13  A.   Yes.

14  Q.   And so that's for the entire year, 4,200?

15  A.   Yes.

16  Q.   And that's about 11 and a half units order per day?

17  A.   Yes.

18  Q.   From Amazon?

19  A.   Yes, that's right.

20  Q.   And just simple arithmetic, even if each one of those

21  units, whatever each unit was, cost $100, that would only get

22  you about 400 plus thousand dollars?

23  A.   Yes.

24  Q.   Can we bring up Defense Exhibit 21?  Mr. Bala, you

25  testified about Defense Exhibit 21.  It's the company's Amazon

1    invoices for January 4th and January 5th of 2015?

2    A.   Yes, that's right.

3          MR. BERNSTEIN:  Your Honor, may I approach with this

4    exhibit?

5          THE COURT:  Sure.

6    BY MR. BERNSTEIN:

7    Q.   I'm sorry.  January 4th, 2018.

8          MR. BOYLE:  Can I see what the witness is being

9    shown?

10         MR. BERNSTEIN:  It's 21.

11         MR. BOYLE:  Oh, okay.

12   BY MR. BERNSTEIN:

13   Q.   Now, Mr. Bala, you have Defense Exhibit 21 in front of

14   you?

15   A.   Yes, that's right.

16   Q.   And the first page is the invoice, and you see the

17   subtotal of 427,000 -- or $427?

18   A.   Yes, that's right.

19   Q.   And can you go to the next page of this exhibit?

20   Mr. Bala, is this an order verification that goes with the

21   invoice that we just saw on the first page?

22   A.   Yes.

23   Q.   And this is filled out by hand?

24   A.   Yes.

25   Q.   And so all of the order verifications, every time somebody

1    placed an order on Amazon, the company, DJBennett, would fill
2    one of these out by hand?
3    A.    Yes.
4    Q.    Can we go to the next page?  And then the exhibit in
5    general, Defense Exhibit 21, it follows this pattern?  It goes
6    invoice and then order verification and then invoice and then
7    order verification?
8    A.    Yes.
9    Q.    Can you quickly count the number of invoices that you have
10   in front of you?
11   A.    Maybe I should say roughly 50?  Or you want me to count it
12   one by one?
13   Q.    Roughly 50?  Does 18 sound correct?  If you want time to
14   count, you can count.
15   A.    Yeah.
16   Q.    There are 18 orders in front of you?
17   A.    Yes.
18   Q.    And that's for January 4th and January 5th of 2018?
19   A.    Okay, yes.
20   Q.    So for those two days, that's an average of nine orders
21   per day?
22   A.    Yes, that's right.
23   Q.    And, incidentally, by early January 2018, you had left
24   DJBennett.com?
25   A.    Yes.  Around that timeframe, because like we were still --

 1              MR. BERNSTEIN:  Sorry, sir.  That's all the questions

 2    I have.

 3              THE WITNESS:  Okay.

 4              MR. BERNSTEIN:  Thank you.

 5              THE COURT:  Mr. Boyle, any redirect?

 6              MR. BOYLE:  Just a couple, Your Honor.

 7                         REDIRECT EXAMINATION

 8    BY MR. BOYLE:

 9    Q.    Could you pull up Exhibit 75, please?

10          Now, Mr. Bala, you started to explain something about as

11    the Google Analytics went down, the Amazon Analytics were going

12    up.

13    A.    Yes.

14    Q.    Could you please explain that to the jury?

15    A.    Yeah, like when we started putting the products in the

16    Amazon, we started noticing that Amazon was the biggest puller

17    or the main source of the orders for DJBennett.  And so we

18    started promoting more and more on the Amazon site, as compared

19    to the -- as compared to the regular website.

20          And also, like we started noticing a pattern when the

21    amount of customers that come directly to the website has

22    decreased, because people who were like -- Amazon started

23    coming to the site, being directed to the DJ website.

24    Q.    Looking at this exhibit, how many pages viewed were there

25    on Amazon in 2014?

1    A.    Can you repeat that?

2    Q.    Looking at this exhibit, how many page views were there on

3    Amazon in 2014?

4    A.    A million seven hundred plus.

5    Q.    Okay.  Now, can I show you Exhibit 76?  How many pages

6    were viewed that year?

7    A.    1.9 million.

8    Q.    About 200,000 more?

9    A.    Yes, roughly.

10          MR. BOYLE:  Thank you.  I have no further questions,

11   Your Honor.

12          THE COURT:  Any recross?

13          MR. BERNSTEIN:  Just two questions, Your Honor.

14                      RECROSS-EXAMINATION

15   BY MR. BERNSTEIN:

16   Q.    So you just testified that as time went on, by 2015,

17   Amazon became the biggest source of revenue for DJBennett.com?

18   A.    Yes.

19   Q.    And that's --

20          MR. BERNSTEIN:  Could you pull that exhibit back up?

21   BY MR. BERNSTEIN:

22   Q.    This is Amazon up here?

23   A.    Yes.

24   Q.    So that's the company that DJBennett.com got 4,200 orders

25   from in 2015?

1   A.   Yes.

2          MR. BERNSTEIN:  No further questions, Your Honor.

3          THE COURT:  Okay.

4      Thank you, sir.  That concludes your testimony.  You're

5   free to leave.  Have a good day.

6          THE WITNESS:  Thank you.

7      (Witness excused.)

8          THE COURT:  Okay, Ms. Pulice, are you going to recall

9   your witness?

10         MS. PULICE:  Yes, Your Honor.

11         THE COURT:  Okay.

12         MS. PULICE:  The United States recalls Jenna Bender.

13  And, Your Honor, we're also going to ask for the easel and the

14  microphone as well.

15         MR. BOYLE:  And, Your Honor, may I move as well?

16         THE COURT:  Yes, of course.

17      JENNA BENDER, GOVERNMENT'S WITNESS, PREVIOUSLY SWORN

18                      DIRECT EXAMINATION

19                         (Continued)

20  BY MS. PULICE:

21  Q.   Good afternoon, Ms. Bender.

22  A.   Good afternoon.

23  Q.   Let me bring back up Loan Chart-1.  Turning back to the

24  loan summary for the period January 2012 through September 30,

25  2017, did you -- looking at this loan from DCP Artifex, did you

1   do an analysis about how this loan was repaid?

2   A.   I did an analysis of how the money was subsequently spent

3   from the account.

4   Q.   That's what I meant.

5          MS. PULICE:   And can we please bring up Government's

6   Exhibit Loan C-1, page five?

7   BY MS. PULICE:

8   Q.   And do you see the title there?

9   A.   Yes, I do.

10  Q.   And what is that?

11  A.   It is DCP Artifex loan advance, March 9, 2017.  The cash

12  inflow total is approximately $3,137,000, and this is a detail

13  of allocation of how that money was subsequently spent from

14  maybe DJB Holdings EagleBank account over $60,000.

15  Q.   When you say detail allocation over $60,000, what does

16  that mean?

17  A.   So that's the money that subsequently came out of the DJB

18  Holdings bank account that totaled more than $60,000.  I kept

19  the expenses off of the schedule because otherwise it would

20  have appeared too cluttered and hard to follow.

21  Q.   And the DCP Artifex loan --

22         MS. PULICE:   Can we please pull up DCP-1, page two --

23  start with DCP-1.  And let's go to page two.  And the top --

24  can we just pull up the top paragraph there?

25  BY MS. PULICE:

1    Q.    Can you read the first sentence there?

2    A.    "The proceeds of the loan shall be used by borrower solely

3    for commercial and business purposes and solely for, one, the

4    acquisition of all of the stock and/or assets of the company

5    that makes the VAPUR branded water container products.  Two,

6    funding the tax lien reserve as hereinafter defined in the

7    amount of the federal tax lien currently outstanding against

8    the guarantor in the amount of 350,000, the tax lien; and

9    three, the payment of fees, costs, and expenses in connection

10   with the closing of the loan."

11   Q.    And we go back to Loan Chart-1, page five, and,

12   Ms. Bender, can you walk us through how this approximately

13   $3 million was spent?  What happened to it?

14   A.    So on March 9, 2017, DCP Artifex loan advance money came

15   in from the DCP Artifex loan into DJB Holdings, LLC EagleBank

16   Account No. 2656 in the amount of approximately $3,137,000.

17   Q.    And I see you have a beginning balance labeled there?

18   A.    Yes.

19   Q.    What was the beginning balance in the EagleBank Account

20   2656?

21   A.    It was $606, approximately.

22   Q.    And what happened after that approximately $3 million came

23   in, $3 million in loan proceeds came in?

24   A.    Shortly thereafter, on March 9th and March 10th of 2017,

25   there were several repayments to individuals with promissory

1  notes, and that totalled approximately $1,493,000.

2  Q.   And when you say it's individual repayments -- and there

3  is a little letter A.  If we go to the bottom of this chart,

4  you see there is a notation there.  And what is that in

5  reference to?

6  A.   So that is in reference to the individuals who had

7  received money on March 9th and March 10th of 2017.  So those

8  totals -- Robert Connolly, for example, received a repayment in

9  the amount of 170,000.  Susan Pesner and Steven Elliott

10 received a repayment in the amount of $80,812.  Jeffrey Lazzuri

11 received a payment in the amount of $1,062,500.  And Charles

12 Eccleston received a payment in the amount of $179,550.  So

13 those four repayments are payments to these individuals, sum to

14 the total that I have above.

15 Q.   And based on your work in this case, do you recognize

16 those names?

17 A.   Yes, I do.

18 Q.   How do you recognize those names?

19 A.   Those are individuals who had promissory notes related to

20 them in the files that I reviewed.

21 Q.   And when you say the files you reviewed, which files are

22 you talking about?

23 A.   The files that were returned with the search warrant.

24 Q.   Now, looking at the next flow there, I see $175,000 went

25 towards financing repayments.  Do you see that?

1    A.    Yes, I do.

2    Q.    What do you mean by financing repayments?

3    A.    So the financing repayments is a reference to the

4    short-term high interest rate loans that the company had

5    received money from, and so these financing repayments in

6    particular consist of money going to a company called GMA USA

7    and RAM, R-A-M, Capital, and they totaled $175,000.

8    Q.    How do you know that these were short-term high interest

9    loans?

10   A.    I reviewed the amounts and other documents, and I was able

11   to locate emails that had GMA USA, LLC referenced in them

12   asking for repayments and other terms, and the same with RAM

13   Capital.

14   Q.    Now, did you also see any evidence of these being

15   short-term high interest loans in the bank records that you

16   reviewed?

17   A.    Yes.  So anything that I classified as financing

18   repayments I would typically have seen the money coming into

19   the bank account, and then shortly thereafter daily payments

20   being repaid back, which is typical of a short-term high

21   interest rate loan.

22   Q.    Looking at the next flow out, I see there is approximately

23   $226,000 going to Dawn Bennett credit cards?

24   A.    Yes.

25   Q.    What do you mean by Dawn Bennett credit cards?

1    A.    So these were payments that went to the credit cards that

2    I had discussed previously, which were the American Express

3    personal credit card, the Citi card, and the Barclays card.  So

4    the next few days after the loan proceeds came into the

5    EagleBank account, there were several payments that went out.

6    These are the aggregates of those payments over the next few

7    days.

8    Q.    And are you referencing the credit card that we saw in

9    Government's Chart- 3(a)?

10   A.    Yes, I am.

11   Q.    And the next outflow I see $70,000 to business credit

12   cards?

13   A.    Yes.

14   Q.    What do you mean by business credit cards?

15   A.    So there was an American Express credit card also in the

16   name of DJB Holdings, LLC.  So I classified that payment -- or

17   it might have been one or two payments that went out

18   subsequently after that money came in that went out to pay the

19   DJB Holdings, LLC American Express credit card.

20   Q.    And I see there is another outflow on March 10, 2017, in

21   the amount of $350,000?

22   A.    Yes.

23   Q.    And that's to CLPF CC Pavilion.  What is CLPF CC Pavilion?

24   A.    That's the landlord for the suite that DJBennett Holdings,

25   LLC utilized.

1    Q.   And I see there is another payment on March 10, 2017, an

2    outflow in the amount of $200,000 to Dawn Bennett's United 2054

3    account?

4    A.   Yes.

5    Q.   And how does that date compare to the date that the money

6    came in from DCP Artifex loan proceeds?

7    A.   That was the day after the cash inflow came in from the

8    DCP Artifex loan.

9    Q.   Now, turning back to our loan summary here, Loan Chart-1,

10   looking at this EagleBank loan, $750,000 loan in May of 2015,

11   did you do an analysis of how that loan was repaid?

12   A.   Yes, I did.

13   Q.   Okay.  And can we -- on the screen can we bring up

14   Government's Exhibit Loan Chart-2?  What is this, Ms. Bender?

15   A.   This is the EagleBank loan payment that occurred on

16   June 30, 2016, in the amount of $199,000.

17   Q.   And I see that there is an inflow coming into the DJB

18   Holdings Monument Bank account on June 29, 2016, in the amount

19   of $775 -- sorry, $775,000.  Where did that money come from?

20   A.   That came from Leslie Miller.

21   Q.   And are you familiar with the name Leslie Miller?

22   A.   Yes, I am.

23   Q.   How are you familiar with that name?

24   A.   Leslie Miller had a promissory note associated with him.

25            MS. PULICE:  Can we bring up Government's Exhibit

1   Search Warrant-6031?

2   BY MS. PULICE:

3   Q.   Is this one of the search warrant exhibits that you

4   reviewed, Ms. Bender?

5   A.   Yes.

6   Q.   If we go to page three of this exhibit, do you see the

7   name -- does this appear to be a promissory note?

8   A.   Yes.

9   Q.   And is that in the amount of $775,000?

10  A.   Yes.

11  Q.   And does the name at the bottom say Les Miller?

12  A.   Yes.

13  Q.   Going back to Loan Chart-2, what happened after this

14  $775,000 came in from Les Miller?

15  A.   So after the $775,000 came into DJB Holdings Monument Bank

16  account ending in 2678 on June 29th of 2016, there was then a

17  transfer out of the DJB Holdings Monument bank account the next

18  day on June 30, 2016, in the amount of $200,000.

19  Q.   Now, at the time the money came into that DJB Holdings

20  Monument bank account, what was the balance in that account?

21  A.   The beginning balance was approximately $13,300.

22  Q.   And where did that $200,000 then go?

23  A.   That $200,000 was transferred out of the DJB Holdings

24  Monument bank account, and it went into the DJB Holdings

25  EagleBank account ending in 2656.

1   Q.   Now, at the time that $200,000 was deposited into that DJB

2   Holdings EagleBank account, what was the balance in that

3   EagleBank account?

4   A.   The beginning balance was negative $136.

5   Q.   And where did the money go from there?

6   A.   From there it went out to repay a portion of the EagleBank

7   loan Account No. 9268.  That is the $750,000 loan that

8   originated on May 19th of 2015.

9   Q.   And what time period is this chart covering here?

10  A.   This is covering the time period of June 29th of 2016

11  through June 30, 2016.

12  Q.   Can we go to page three of this chart, please?  Was this a

13  second repayment to that EagleBank loan?

14  A.   Yes.

15  Q.   And when was the date of this payment?

16  A.   This payment was made on September 14th of 2016 to

17  EagleBank loan Account No. 9268 in the amount of $300,000.

18  Q.   Starting on September 13, 2016, was there a large inflow?

19  A.   Yes.  So there was an inflow from Rosemarie Hesterberg on

20  September 13, 2016.  That money went into Ms. Bennett's

21  personal Monument Bank Account No. 2660.

22  Q.   What was the balance in Ms. Bennett's personal bank

23  account at the time that money was deposited from Rosemarie

24  Hesterberg?

25  A.   There was a beginning balance of approximately $1,500.

1    Q.    What happened after that?

2    A.    The next day, on September 14th of 2016, there was a

3    $300,000 transfer out of Ms. Bennett's Monument Bank Account

4    No. 2660, and that money went into DJB Holdings, LLC Monument

5    Bank account ending in 2678.

6    Q.    And where did the money go from there?

7    A.    That same day there was another transfer out of DJB

8    Holdings, LLC Monument Bank account and that money went into

9    DJB Holdings, LLC EagleBank Account No. 2656.

10   Q.    And was that to be paid by EagleBank -- sorry.

11         What happened after that?

12   A.    After that, that money then went from DJB Holdings

13   EagleBank Account No. 2656 and was used to repay a portion of

14   the EagleBank loan Account No. 9268, which, again, was the

15   $750,000 loan that originated on May 19th of 2015.

16   Q.    Now, the beginning balances in those DJB Holdings bank

17   account and Monument Bank and EagleBank, were they

18   significantly less than $300,000?

19   A.    Yes.

20   Q.    I am going to pull up Government's Exhibit Chart-6(d) on

21   the board over here.  Do you recognize this exhibit,

22   Ms. Bender?

23   A.    Yes, I do.

24   Q.    And what is this?

25   A.    This is a summary of the money that came into and was paid

1  out of the DJB Holdings, LLC bank accounts and Ms. Bennett's
2  personal bank accounts for the time period of January 2015
3  through September 2017.
4  Q.    And I see there is a column that says "individual."  Where
5  did these names come from?
6  A.    So these names came from bank documents that I had
7  reviewed.  So any money that came in or was repaid back out to
8  these individuals were shown on either ACH transactions, shown
9  on the bank statements or wire transfer records or deposit
10 images.  I then checked those names against the promissory
11 notes that we obtained during the search warrant to make sure
12 that there were promissory notes associated with each
13 individual.
14 Q.    And were there promissory notes associated with all of
15 these people?
16 A.    Yes.
17 Q.    Well, did you also review emails?
18 A.    I did.
19 Q.    And did you confirm -- what did you confirm through the
20 emails?
21 A.    I confirmed that there were correspondence relating to
22 money that had come in and was owed back to these individuals,
23 and I also confirmed that down here there is Bennett Health
24 Inc.  I confirmed that that's associated with -- that was used
25 interchangeably, and it was the same wire information.

1  Q.   And how did you confirm that?

2  A.   I reviewed emails, and I also had a text message which

3  stated that information, and I reviewed wire slips that matched

4  up with the banking information.

5  Q.   Now, how many individuals are listed in the individual

6  column?

7  A.   There are 46 individuals listed.

8  Q.   And I see there is a column that says "inflows."  Where

9  did that information come from?

10 A.   That information came from my analysis of the banking

11 records.

12 Q.   And then there is a column here that says "repayments."

13 Where did that information come from?

14 A.   That information also came from my analysis of the

15 financial records in this case.

16 Q.   So if we see a dollar figure in red, what does that mean?

17 A.   That means that that money went out of either DJB

18 Holdings, LLC bank accounts or Dawn Bennett's -- Ms. Bennett's

19 personal bank account back to that individual.

20 Q.   And this column that says "net amount," what does that

21 indicate?

22 A.   That's simply -- take Jeff Lazzuri, for instance.  That's

23 simply the inflow and the money that came into the account that

24 totaled $4.1 million, less the money that went back out to

25 Mr. Lazzuri would equal that net amount.

1   Q.   So can you just -- so Mr. Lazzuri, what did you discover

2   about Mr. Lazzuri?

3   A.   So in totality, from January 2015 through September 2017,

4   there was a net inflow of $4.1 million.  There was money that

5   went back out to Mr. Lazzuri of approximately $1,064,000.  So

6   there is a net amount that is due to Mr. Lazzuri of $3,035,530.

7   Q.   How about Inez and Alan Grimaldi?

8   A.   There is a net inflow of $1.9 million that came in.  There

9   were payments that went back out of approximately $569,000.  So

10  there is a net amount due of $1,875,000, approximately.

11  Q.   And now, there are a number of individuals listed here.

12  Of the individuals listed here, how many were repaid in full?

13  A.   Eleven.

14  Q.   And at the bottom here, what is the grand total inflows?

15  What does that number represent?

16  A.   The grand total is just the sum of all of the inflows for

17  the 46 individuals listed, and that total is approximately

18  $29,407,000.

19  Q.   And is that how much money went into Dawn Bennett's bank

20  account between January 2015 and September 2017?

21  A.   Yes.  And I actually think that one of these deposits was

22  in December of 2014, just to be clear about that, but most of

23  these were January 2015 and on.  But yes, that would be

24  correct.

25  Q.   And the net amount, what's the grand total net amount?

1   A.   The net amount totals down to approximately $14,307,000.

2   Q.   What does that figure represent?

3   A.   That represented the amounts that are still due to these

4   individuals.

5        MS. PULICE:  Your Honor, at this time I would like to

6   ask the witness to resume her seat on the witness stand.

7        THE COURT:  Okay.

8        (Witness complied.)

9   BY MS. PULICE:

10  Q.   All right, Ms. Bender, let me bring up Government's

11  Exhibit FRBC-1 that is already in evidence.  Do you recognize

12  this?

13  A.   Yes, I do.

14  Q.   And what is this?

15  A.   This is a summary chart that I had prepared which shows

16  individual money coming into the DJB Holdings, LLC First

17  Republic Bank account ending in 2861 via wire transfer, and

18  that has subsequent wire transfers back out that exceed $15,000

19  within the next three hours of the money coming in.

20  Q.   Now, what time period does this cover?

21  A.   This covers January through December of 2015.

22  Q.   And I see there is a "Date" column and a "Payee" or

23  "Payor" column, a "Wire Time" column and an "Inflow" or

24  "Outflow" column.  Where does the information in those columns

25  come from?

1  A.    They came from the bank records that I reviewed.

2  Q.    And I see that there is a column called First Republic

3  Beginning Balance.  Where does the information in that column

4  come from?

5  A.    That information comes from the beginning balance of the

6  First Republic Bank account.  What I did in this instance, some

7  bank statements don't have beginning balances or daily balances

8  on them.  So I analyzed the data in Excel in the spreadsheet

9  and I sorted the dates chronologically, and I kept a running

10  balance of the bank account every single day for every single

11  transaction.  So I used the ending balance of the day before as

12  the beginning balance for that day.

13  Q.    I see the next column over says "Combined Beginning

14  Balance."  Where did that information come from?

15  A.    That information comes from -- in the same fashion, I did

16  the same analysis, but I included all of the active DJB

17  Holdings bank accounts that were active and ongoing at that

18  time.

19  Q.    All right.  And looking on your screen there, do you see a

20  transaction listed for Rose F. Bartz on August 25, 2015?

21  A.    Yes, I do.

22  Q.    And what was the amount of the inflow there?

23  A.    The inflow or the money that came into the account was

24  $253,000.

25  Q.    What was the combined beginning balance at the time of

1    that inflow?

2    A.    It was approximately $42,000.

3    Q.    And what happened after that?

4    A.    Shortly thereafter, almost less than an hour after that

5    money had come into the DJB Holdings bank accounts, there was

6    an outgoing wire transfer to DCP Fulton Street in the amount of

7    approximately $202,000.

8    Q.    And are you familiar with DCP Fulton Street?

9    A.    Yes, I am.

10   Q.    And what is that a payment for?

11   A.    It's a loan.

12   Q.    And looking at Government's Exhibit Monument Chart-2, what

13   is this, Ms. Bender?

14   A.    This is the summary sheet that I had prepared which

15   outlines the inflows or the money that came in from individuals

16   into Monument Bank Account No. 2678 for DJB Holdings that had

17   wire transfers, outgoing wire transfers exceeding $15,000

18   within three hours after that money had come in for January

19   through December of 2016.

20   Q.    And let's look at -- can you walk us through this

21   transaction here?

22   A.    Yes.  On April 13th of 2016, there was money that came in

23   from Michael J. And Jean A. Fox at approximately 1:53 P.M. on

24   the wire slip in the amount of $175,000.  Shortly thereafter,

25   on April 13th of 2016, there was an outgoing wire transfer to

1  CLPF CC Pavilion LP at 2:15 p.m. based on the wire slip in the

2  amount of $175,000.

3  Q.  And what was the combined balance at the time that wire

4  came in from Michael and Jean Fox?

5  A.  It was approximately $24,700.

6  Q.  And looking at this next transaction on August 8, 2016, do

7  you see that?

8  A.  Yes, I do.

9  Q.  Can you walk us through that transaction?

10  A.  Yes.  On August 8th of 2016, there was $150,000 that came

11  into DJB Holdings, LLC Monument Bank account ending in 2678 at

12  11:48 p.m. on the wire slip in the amount of $150,000.  Shortly

13  thereafter, at 12:25 p.m., there was a wire that went out to

14  Cowboys Stadium LP in the amount of 50,000.

15  Q.  When you say "shortly thereafter," about how much time are

16  we talking about there?

17  A.  Thirty minutes, forty minutes.

18  Q.  Now, looking at this transaction on June 29, 2016, I see

19  there is an asterisk right next to where it says Dawn Bennett

20  Monument 2660.

21  A.  Yes.

22  Q.  Why is there an asterisk there?

23  A.  There is an asterisk there because that wasn't based --

24  the time of 9:50 a.m. was not based on a wire transfer slip.

25  This was actually an ACH transfer that occurred between two

1    Monument bank accounts, Monument Bank Account No. 2678, which

2    is the DJB Holdings bank account, and the Monument Bank account

3    ending in 2660, which is Ms. Bennett's personal account.  And I

4    reviewed emails from the bank records that we received, and

5    there were emails -- email requests from Ms. Bennett's email

6    account to a banking representative at Monument Bank requesting

7    that that transfer occur.  So those times are based on when

8    that email was sent.

9    Q.   And can you walk us through this -- after this -- this

10   transaction on June 29, 2016?

11   A.   Yes.  On June 29, 2016, there was money that was received

12   into DJB Holdings, LLC Monument Bank account ending in 2678 in

13   the amount of $775,000 at 8:27 a.m. per the wire slip.  Shortly

14   thereafter, there was an outgoing wire to Janet E. Rogers at

15   9:06 a.m. per the wire slip in the amount of approximately

16   $311,000.  Shortly thereafter, there was an email request sent

17   at 9:50 a.m., based on the email, in the amount of $40,000 that

18   was requested to be transferred.

19   Q.   And what was the combined beginning balance at the time

20   this money came in from Leslie Miller?

21   A.   It was approximately $13,500.

22   Q.   Bringing up Monument Chart-1, page two -- this is Monument

23   Chart-1.  What is this?

24   A.   This is a summary chart that I had prepared which shows

25   $1 million coming into DJB Holdings Monument Bank Account

1   No. 2678 on July 29, 2016, and the outflows that occurred from

2   that same bank account shortly thereafter.

3   Q.   So after the $1 million came in to the DJB Holdings

4   Monument Bank account on July 29, 2016, what happened to it?

5   A.   On August 1, 2016, there was a $700,000 outflow to DCP

6   Fulton Street lender.  On August 1, 2016, there was a $60,000

7   outflow or money going out to Dawn Bennett's Monument Bank

8   Account No. 2660.  On August 1, 2016, there was approximately

9   $27,000 that went to pay Ms. Bennett's American Express Account

10  No. 97002.  On August 1, 2016, there was a payment of

11  approximately $18,676 that went to pay DJB Holdings, LLC

12  American Express Account No. 57002.  On August 1, 2016, there

13  was an outflow or money that was used to pay Harry Jordan in

14  the amount of approximately $36,600.  And on August 2nd of

15  2016, there was money that went out to Patrick D. Bang in the

16  amount of approximately $103,000.

17  Q.   And are you familiar with the names Jeff Lazzuri and

18  Patrick Bang?

19  A.   Yes, I am.

20  Q.   And how are you familiar with those names?

21  A.   I've seen promissory notes and other correspondence that

22  had been associated with these individuals.

23  Q.   Looking at the next page of this chart, can you walk us

24  through this chart, please, Ms. Bender?

25  A.   Yes, I can.  This chart represents an inflow or money that

1    came in to DJB Holdings, LLC Monument Bank Account No. 2678 in

2    the amount of $900,000 from Jeffrey Lazzuri on August 25th of

3    2016, and the outflows that occurred subsequently.

4    Q.    Now, what was the beginning balance in this DJB Holdings

5    account at the time this $900,000 came in from Jeffrey Lazzuri?

6    A.    It was approximately $148,000.

7    Q.    And what happened to the money after it was deposited into

8    this DJB Holdings account?

9    A.    On August 26, 2016, there was money that was paid out to

10   Rosemarie Hesterberg.  On August 26th of 2017 -- I'm sorry, for

11   Rosemarie Hesterberg, the amount totalled approximately

12   $358,000 that was paid back out to Ms. Hesterberg.

13        On August 26th of 2016, there was a payment of $400,000

14   that was paid out to Leslie Miller.  On August 26th of 2016,

15   there was a payment in the amount of $51,875 that was paid out

16   to Riley Murphy.  And on August 26th of 2016, there was a

17   $100,000 payment that was paid out to Cowboys Stadium, LP.

18   Q.    And what time period is this covering here?

19   A.    This covers the time period of August 25th of 2016 through

20   August 26th of 2016.

21   Q.    Going to Government's Exhibit Tracing Chart-1, what is

22   this, Ms. Bender?

23   A.    This is a summary chart that I prepared for an $80,000

24   inflow or money that came in from Diane Keefe on November 8th

25   of 2016, and what happened to those funds shortly thereafter.

1  Q.   The time this money came in from Diane Keefe on

2  November 8, 2016, what was the beginning balance in Dawn

3  Bennett's bank account?

4  A.   So the beginning balance was approximately $951.

5  Q.   What happened to the money after that?

6  A.   So the money, $80,000, came in from Diane Keefe and went

7  into Ms. Bennett's personal bank account, Monument Bank account

8  ending in 2660.  That same day, on November 8th of 2016, there

9  was a $60,000 transfer or money that went out from

10 Ms. Bennett's Monument Bank account ending in 2660, and that

11 went into DJB Holdings, LLC Monument Bank Account No. 2678.

12      Also, that same day, on November 8th of 2016, there was a

13 $15,500 payment or money that went out to the Bank of

14 Georgetown.

15 Q.   And I see there are three icons here for the Bank of

16 Georgetown, and there are addresses listed.  Are you familiar

17 with those addresses?

18 A.   Yes, I am.

19 Q.   How are you familiar with those addresses?

20 A.   I'm familiar with those based on documents that I reviewed

21 in the case, and they are the addresses of Ms. Bennett's

22 personal residences.

23 Q.   Government's Exhibit Eagle Chart-2.  Can you walk us

24 through this transaction, please, Ms. Bender?

25 A.   Yes.  This is a summary chart that I prepared which

1  outlines the money that came in, in the amount of $1 million

2  from Jeffrey Lazzuri on December 22nd of 2016, and the outflows

3  that occurred shortly thereafter.

4  Q.   Now, at the time this $1 million from Mr. Lazzuri came in

5  on December 22, 2016, what was the balance in the DJB Holdings

6  bank account?

7  A.   The beginning balance was approximately $591.

8  Q.   And where did the money go from there?

9  A.   From there, on December 23rd of 2016, there was a $363,000

10  payment to Rosemarie Hesterberg.  On December 23, 2016, there

11  was $301,950 that went to pay for financing repayments,

12  specifically High Speed Capital, RAM Capital, and GMA USA.

13  Q.   Now, financing repayments, is this what you were talking

14  about earlier?

15  A.   Yes.  These are the short-term high interest rate loans.

16  Q.   And what happened on December 23, 2016, with respect to

17  this EagleBank loan?

18  A.   On December 23, 2016, there was a payment in the amount of

19  approximately $35,000 that went to repay a portion of the

20  EagleBank loan Account No. 9268.

21  Q.   And can you walk us through the rest of this?

22  A.   Sure.  On December 27th of 2016, there was a payment in

23  the amount of approximately $93,000 that went to pay

24  Ms. Bennett's American Express Account No. 98000.  On

25  December 27th of 2016, there was a $25,005 payment that went to

1    pay DJB Holdings, LLC American Express Account No. 57002.  On

2    December 28, 2016, there was a payment in the amount of $20,118

3    that went to pay Morvillo, LLP.  On December 28, 2016, there

4    was a $25,000 payment that went to pay Harry Jordan.  On

5    December 28, 2016, there was a $10,095 payment that went to pay

6    Mayer, Brown LLP.  And on December 30th of 2016, there was a

7    $100,000 payment that went to the Cowboys Stadium, LP.

8    Q.   Going to the third page of this chart, can you walk us

9    through this, please?

10   A.   Yes.  This is a summary chart that I prepared which shows

11   $101,575 coming in to DJB Holdings, LLC EagleBank Account 2656

12   from Diane Keefe on July 3, 2017.

13   Q.   And what was the beginning balance in this DJB Holdings

14   bank account at the time the money came in from Ms. Keefe on

15   July 3, 2017?

16   A.   The beginning balance was approximately $3,286.

17   Q.   Where did the money go from there?

18   A.   From there, on July 3, 2017, there was a $50,000 payment

19   to Cowboys Stadium, LP.  On July 3, 2017, there was a $36,896

20   payment to Charles Eccleston.  On July 3, 2017, there was an

21   $8,000 payment or money that went out to Ms. Bennett's United

22   Bank Account No. 2054.  And on July 3, 2017, there was a $6,296

23   payment to Mark Collins.

24        MS. PULICE:  Can we pull up Government's Exhibit

25   Eagle C-1?

```
1
2    BY MS. PULICE:
3    Q.    And what is this a summary of, Ms. Bender?
4    A.    This is a summary chart that I prepared which shows
5    individual money that came in, so money that came in from
6    individuals into EagleBank Account No. 2656, which is a DJB
7    Holdings bank account that had subsequent wire transfers that
8    exceeded $15,000 within three hours for the time period of
9    January through September 30th of 2017.
10   Q.    Can you walk us through the first grouping here?
11   A.    Sure.  On June 21, 2017, there was $58,500 that came into
12   EagleBank Account No. 2656 from Diane Keefe.  The wire slip
13   stated that the time was 10:06 a.m.  Shortly thereafter, there
14   was a wire that went out from EagleBank 2656 to Ms. Bennett's
15   United Bank Account No. 2054 in the amount of $35,000.
16   Q.    And when you say "shortly thereafter," about how much time
17   after Ms. Keefe's wire came in did money go out to
18   Ms. Bennett's 2054 account?
19   A.    About 50 minutes.
20   Q.    And what was the balance at the time Ms. Keefe's wire came
21   in?
22   A.    Approximately $517.
23   Q.    And what was the combined beginning balance?
24   A.    It was the same, approximately $517.
25   Q.    I'm going to put this chart on the left side of your
```

1   screen, and on the right side of your screen I'm going to pull

2   up Government's Exhibit that's already in evidence Fidelity 2.

3   Do you see the date there, Ms. Bender, on the right side of

4   your screen in Government's Exhibit Fidelity 2?

5   A.   I do.

6   Q.   And how does that date compare to the date of Ms. Keefe's

7   wire, the transaction that we just talked about in Government's

8   Exhibit Eagle Chart-1?

9   A.   The date is -- they are both June 21, 2017.

10  Q.   And looking at the second transaction here, the second

11  grouping of transaction in Government's Exhibit Eagle Chart-2,

12  can you walk us through that transaction?

13  A.   Yes.  On June 28th of 2017, there was money that came in

14  to DJB Holdings, LLC EagleBank account ending in 2656 in the

15  amount of $395,476 from Diane Keefe.  The wire slip stated a

16  time of 4:59 p.m.

17       On June 28, 2017, there was a wire transfer out to Allen

18  Overy at approximately 5:39 p.m., according to the wire slip.

19       On June 28, 2017, there was a wire transfer out to

20  Morvillo, LLP at approximately 5:39 p.m.

21       And on June 28, 2017, there was a wire transfer out in the

22  amount of $25,000 to Harry J. Jordan.

23  Q.   What was -- at the time Ms. Keefe's $395,000 wire came in

24  to this DJB Holdings bank account, what was the beginning

25  balance?

1   A.    It was approximately $823.

2   Q.    What was the combined beginning balance?

3   A.    It was approximately $823.

4   Q.    And on the right side of your screen, pulling up

5   Government's Exhibit Fidelity-7, which is already in evidence,

6   can you see the date there?

7   A.    Yes.

8   Q.    And how does the date there compare to the date on your

9   chart in Government's Exhibit Eagle C-1?

10  A.    It is -- this date on the screen capture says June 27th,

11  and my date says June 28th of 2017.

12  Q.    Looking at Government's Exhibit Chart-8(a), do you

13  recognize this chart, Ms. Bender?

14  A.    Yes, I do.

15  Q.    And what is this?

16  A.    This is a summary chart that I put together which shows

17  the source of funds or what money was used to repay or make the

18  payments back to individuals for the time period of

19  January 2012 through September of 2017, and the sources that I

20  used were DJB Holdings, LLC bank accounts and Dawn Bennett

21  personal bank accounts.

22  Q.    And how did you put this chart together?

23  A.    I looked through my analysis, and I used the last in,

24  first out method.  So the last money that had come into the

25  bank accounts was the first money that was used to repay any of

1    the payments that went back out.  And so, for instance, if

2    there was money that came in from an individual in the amount

3    of $200,000 and there was a subsequent payment to an individual

4    in the amount of $100,000, I categorized that as money coming

5    or originated from individuals.

6         And so I summed those payments by categories and I created

7    this chart.

8    Q.   And can you walk us through your categories?

9    A.   Yes.  So money that was used to repay individuals that

10   came from other individuals was approximately 59.7 percent.

11   Money that came from DCP Artifex loan that was used then to

12   repay other individuals was approximately 27.5 percent.  Money

13   that came from EagleBank loan proceeds that was then used to

14   repay other individuals totaled approximately 2.9 percent.  And

15   the financing which, again, is the short-term high interest

16   rate financing, so any money that came in from that and then

17   was used to repay individuals totaled approximately 5 percent?

18   Q.   And I see there is a category at the top here that says

19   "other."

20   A.   Yes.

21   Q.   And then in parentheses "Amazon, PayPal, Buy.com, et

22   cetera," what is that?

23   A.   So that would be the money that came into the bank account

24   for DJB Holdings, LLC from Amazon, PayPal, Buy.com, et cetera

25   that was used to then repay individuals, and that totaled

1    approximately .2 percent.

2    Q.    And showing you -- now, that category "other," what

3    information did you use for that category, or what information

4    did you rely on?

5    A.    I relied on the bank statements and other supporting

6    documentation.  So if I saw deposits that came in from Amazon,

7    I classified that as Amazon.  If I saw payments that came in

8    from PayPal, I classified that as PayPal.  Amazon Merchant --

9    American Express Merchant Services, for instance, I classified

10   that, and I put that in my "other inflows" category.

11   Q.    Okay.  And so looking at Government's Exhibit BL-6, did

12   you also look at Government's Exhibit BL-6?

13   A.    Yes.

14   Q.    And where it says "sales, Amazon sales, Amazon refunds,

15   Buy.com sales, PayPal sales, sales other" --

16   A.    Yes.

17   Q.    How does that compare to your "other" category?

18   A.    So they are very similar to my "other" category.

19   Q.    Going back to Government's Exhibit Chart-8(a), now, where

20   did most of the money come from to repay individuals?

21   A.    It came from other individuals.

22         MS. PULICE:  Nothing further.

23         THE COURT:  Mr. Boyle.

24

25

1                        CROSS-EXAMINATION

2    BY MR. BOYLE:

3    Q.   Ms. Bender, were the banking accounts you looked at

4    strictly American banking accounts?

5    A.   Yes.

6    Q.   Did you look at any Chinese banking accounts or foreign

7    bank accounts?

8    A.   We did have some records from the -- for the Singapore,

9    DJB Holding Singapore account.

10   Q.   Yes.

11   A.   I did review those.  There was minimal activity in those

12   accounts.

13   Q.   Did you review any from China?

14   A.   No, we did not receive any from China.

15   Q.   Okay.

16            MR. BOYLE:  Now, could I see Chart-1(a), please?

17   BY MR. BOYLE:

18   Q.   Okay.  Now, see, I wanted you to focus here on this --

19   this -- I shouldn't have done that.

20        Now, Ms. Bender, this $4,520,000 number is a number that

21   came from Ms. Bennett?

22   A.   No, this inflowed into DJB Holdings, LLC from

23   Ms. Bennett's bank accounts, yes.

24   Q.   Okay.  Now, these numbers are cumulative as you go by

25   year, are they not?

1   A.   No.  So $4.5 million occurred in 2012.

2   Q.   Okay.  And then another 2.289 million in 2013?

3   A.   Yes, sir.

4   Q.   And another 1.219 million in '14?

5   A.   Yes.

6   Q.   $222,000 in '15?

7   A.   Yes, sir.

8   Q.   So all tolled close to $8 million at that point?

9   A.   Yes.

10  Q.   So Ms. Bennett put more money into the company than any

11  other noteholder; is that correct?

12  A.   On an individual basis, yes.

13  Q.   Okay.  Now, this loss or this negative number in 2016,

14  5 -- is that $534,000?

15  A.   Approximately yes.

16  Q.   What does that number include?

17  A.   So that would include any transfers that went out from DJB

18  Holdings, LLC that went directly into Ms. Bennett's personal

19  bank accounts.

20  Q.   Okay.

21  A.   And that includes also -- I'm sorry.  That includes --

22  so if there were any inflows that came in, that would be

23  aggregated together for that time period.  So if there were

24  inflows -- so I did inflows or money that came in, less money

25  that went back out.  So there was a net amount that went back

1  out.

2  Q.   Now, you --

3        MR. BOYLE:  Can I see Chart-10?

4  BY MR. BOYLE:

5  Q.   And I suppose there is a correlation between these two

6  accounts, is there not?  This would be Bennett Financial Group

7  LLC's deposits with Western International Securities.  This is

8  a securities account that Ms. Bennett had?

9  A.   No.

10  Q.   What was this?

11  A.   So this was two bank accounts with First Republic Bank,

12  and they were ending in 6482 and 7427.  And they were in the

13  name of Bennett Group Financial Services, LLC.  So these were

14  deposits that came into those two bank accounts from Western

15  International Securities, Inc.

16  Q.   Okay.  So these were monies essentially earned by Bennett

17  Financial Group?

18  A.   Yes.

19  Q.   Okay.  So 2012, that would have been 8 and a half million,

20  roughly?

21  A.   Approximately.

22  Q.   About 3.7 million in '13?

23  A.   Approximately, yes.

24  Q.   One and a half million in '14?

25  A.   Yes.

1    Q.   Was this money put into DJBennett.com, if you know?

2    A.   I didn't do a full tracing of that, so I can't answer that

3    question.

4    Q.   Okay.  But it would be reasonable to believe that money --

5    that this would have been money that Ms. Bennett was entitled

6    to, correct?

7    A.   I can't fully answer that question either.  I didn't do a

8    full tracing.  I'm assuming, you know, she would have gotten a

9    portion of this money, yes.

10   Q.   Okay.  Now, the -- you mentioned a loan from DCP Artifex,

11   LLC for, I believe, $4.3 million?

12   A.   Yes.

13   Q.   Are you aware that that loan was paid off?

14   A.   I'm aware that it was paid off I believe in 2018.

15   Q.   November of 2017?

16   A.   '17.  I haven't seen records for it but --

17   Q.   Okay.  Do you know how that loan was paid off?

18   A.   I've heard -- I haven't seen any documentation on it.

19   I've just heard that artwork may have been used.

20   Q.   Okay.  Personal artwork of Ms. Bennett?

21   A.   I haven't seen any documentation.  I can't testify to

22   that.

23   Q.   Well, if it were personal artwork of Ms. Bennett that were

24   used to pay off a debt of DJB Holding company, that would count

25   as a cash infusion, would it not?

1   A.   It would depend on how that artwork was then purchased.

2 If business funds were used to purchase that artwork, I didn't

3 do a full tracing of the artwork and how it was originally

4 purchased.

5   Q.   Okay.  So -- but you do know that loan was paid off?

6   A.   I have heard.  I have not seen documentation on how or

7 when it was paid off.

8   Q.   I understand.  You're saying you don't know where the

9 money to buy the artwork came from, whether it was business or

10 personal money?

11   A.   Correct.  Right.  I didn't do any tracing of artwork.

12   Q.   Okay.

13       Now, DJB Holdings, LLC was a disregarded entity, was it

14 not?

15   A.   I don't know.  I can't testify --

16   Q.   You reviewed the tax returns of Ms. Bennett, did you not?

17   A.   Through 2015.

18   Q.   And did you review the Schedule C's on those tax returns?

19   A.   Yes.

20   Q.   You did not notice that it was a disregarded entity?

21   A.   No.

22   Q.   Do you know if Ms. Bennett owned 100 percent of DJB

23 Holdings, LLC?

24   A.   I believe she was the sole shareholder.

25   Q.   Okay.  So your -- and when you did your tracing, you did a

1    last in, first out tracing?

2    A.    For the last summary chart that you saw, the pie chart, I

3    did a last in, first out to categorize the source of funds that

4    were used to repay.

5    Q.    Did you use other methods in other charts?

6    A.    No, typically not.  I would look at the money that had

7    come in, and then immediately after, what that money was used

8    to pay for.  So, again, last in, first out.

9    Q.    Okay.  And you just traced those particular transactions,

10   correct?

11   A.    I took a look at most of the transactions.

12   Q.    Okay.  Did you -- did you trace the money that Ms. Bennett

13   had put into the company?

14   A.    I didn't specifically trace that money.  It's included in

15   my overall analysis of the bank records.

16   Q.    You did not -- you did or did not specifically trace it?

17   A.    I didn't specifically trace exactly what happened to those

18   inflows from Ms. Bennett, no.

19   Q.    Okay.  But you know that that amount of money did go in

20   from Ms. Bennett?

21   A.    Yes, I saw that money go in.

22   Q.    Okay.  And why did you stop in September of '17?

23   A.    That's when our records ended, our production, our

24   subpoena responses.

25   Q.    Okay.  So inflows into DJBennett.com after that or DJB

1   Holdings you wouldn't know anything about?

2   A.    I would not, no.

3            MR. BOYLE:  I have no further questions, Your Honor.

4            THE COURT:  Any redirect, Ms. Pulice?

5            MS. PULICE:  Nothing further, Your Honor.

6            THE COURT:  Okay.

7        Ms. Bender, that concludes your testimony.  You may step

8   down.  You're free to leave.  Have a great day.

9            THE WITNESS:  Thank you.

10       (Witness excused.)

11           THE COURT:  And would Counsel approach?

12       (Bench conference on the record:

13           THE COURT:  Am I correct we're done with witnesses?

14           MS. PULICE:  We are done with witnesses, Your Honor.

15  We do have some exciting stipulations to read for the jury.

16           THE COURT:  Okay.  So I'm going to at this point let

17  the jury know that after stipulations, they will be done for

18  the day, dark tomorrow, concluding in the earlier part of next

19  week.  Good?

20           MR. BOYLE:  Your Honor, can I make a request about

21  tomorrow?  Can we start at 10:30?

22           THE COURT:  I was actually going to discuss that with

23  you all.  I was thinking more like noon, unless you think we're

24  going to take five solid hours of jury instructions and

25  witnesses.

```
 1              MR. BOYLE:  I thought two or three hours.

 2              THE COURT:  I thought you all might appreciate the

 3   morning.

 4              MR. BOYLE:  I would, Your Honor.

 5              THE COURT:  Okay.)

 6         (The bench conference was concluded.)

 7              THE COURT:  Okay, ladies and gentlemen, there are a

 8   couple of stipulations that the government will be reading into

 9   the record.  Same instruction with respect to stipulations

10   applies.  They are to be taken as true.  What weight you give

11   them is up to you.

12         We are going to conclude for the day, and I'll tell you

13   generally we are moving at a faster pace than we originally

14   thought.  So tomorrow you will have the day free.  We will do

15   lawyer things tomorrow, and then we'll resume for a full day of

16   testimony on Friday.  This case is likely to wrap up some time

17   in the beginning of next week.  I don't know precisely when but

18   that it should be to you in the earlier part of next week.  So

19   hopefully that gives you a little bit of foresight for

20   planning.  Okay?

21         All right, and with that, no talking, no texting, no

22   tweeting, no internetting, no blogging, no research about this

23   case whatsoever, and we'll see you in the morning -- oh,

24   stipulations.  I know.  I'm so excited to hear the

25   stipulations, I'm just dismissing the jury early.  Wait one
```

 1    second.

 2        Mr. Windom.

 3            MR. WINDOM:  So no pressure.

 4            THE COURT:  No pressure.

 5            MR. WINDOM:  Three stipulations.  Stip-5, Exhibit

 6    Stip-5.  Payments to law firms.  The parties agree and

 7    stipulate as follows:  On the dates in the chart below, the

 8    following payments were drawn from DJB Holdings, LLC bank

 9    accounts to pay the following law firms in connection with the

10    matters described in the chart below.

11        The payments in the chart below were not for legal

12    services provided to DJB Holdings, LLC, doing business as

13    DJBennett.com, Province of the Dragon, or Dawn Bennett in her

14    capacity as the CEO of DJB Holdings, LLC.

15        There are about three or four pages of chart that I'm not

16    going to read, but I want to just point out the headers and go

17    through just the law firm names here.

18        The column here:  Law Firm Recipient of Payment.  There is

19    a column for Date of Payment, Amount of Payment, Client

20    Recipient of Legal Services, and general nature of the work.

21        The law firms are:  Kaufmann, Gildin, and Robbins, LLP;

22    WilmerHale, Greenberg Traurig.

23        And the clients on the first page are:  Dawn Bennett and

24    Bennett Group Financial Services and Bradley Mascho among the

25    three rows.  And the general nature of the work is either FINRA

1    or SEC.

2        Page two follows the same script.  There are some

3    additional law firms here:  Jones Day, Williams & Connolly,

4    LLP; Morvillo, LLP; James S. Williford, Jr.; Shearman &

5    Sterling, LLP.

6        The third page of the chart has the same, and I don't

7    believe that there are any new law firms on this page.

8        And there are some additional descriptions of the general

9    nature of the work as well.

10       Page four.  The new law firms that were not on the other

11   pages are:  Allen & Overy, and Coffey Burlington, PL.  The

12   total amounts of the funds paid by DJB Holdings, LLC bank

13   accounts on this chart were $1,386,878.

14       Paragraph three.  On other occasions, the following law

15   firms also provided legal services to DJB Holdings, LLC, doing

16   business as DJBennett.com, Province of the Dragon, or Dawn

17   Bennett in her capacity as the CEO of DJB Holdings, LLC:  Allen

18   & Overy, Kaufmann Gildin and Robbins, LLP; Jones Day, and

19   Morvillo, LLP.  However, payments for those legal services are

20   not reflected in the chart above.

21       And then this stipulation, Stipulation-5 has been signed

22   by counsel for the government, defense counsel, and

23   Ms. Bennett.

24       Stipulation 3.  Interstate wires.  The parties agree and

25   stipulate that the following funds were transmitted by means of

1    wire communication in interstate or foreign commerce and used

2    or caused to be used means or instruments of transportation or

3    communication in interstate commerce.

4        Same thing.  I'm not going to read all of this.  There are

5    a few columns for Date, Letter Associated With Individual

6    Payer, and Description of Wire Communication, and the General

7    Descriptions on the column on the right show wire communication

8    caused by wire transfers or deposits in various amounts for

9    various individuals.

10       Page two.  The chart continues with the same pattern, and

11   this stip, Stip-3, has also been signed by counsel for the

12   government, defense counsel, and Ms. Bennett.

13       Stipulation 4 --

14           THE COURT:  And just to remind you, ladies and

15   gentlemen, when the exhibits go back with you, so will these

16   stipulations.  So you need not worry about getting every word

17   as it's being flashed on the screen.  You'll have them.

18           MR. WINDOM:  Thank you, Your Honor.

19       Stipulation-4, Stipulation IRS Documents.  The parties

20   agree and stipulate as follows:  On February 1, 2017,

21   defendant, Dawn Bennett, sent an email to her tax attorney.  To

22   that email, Ms. Bennett attached the document marked as Exhibit

23   IRS-7.

24       On March 28, 2017, in connection with Ms. Bennett's

25   individual tax returns and the tax returns for DJB Holdings,

1    LLC, Ms. Bennett's tax attorney, acting at Ms. Bennett's

2    direction and in his capacity as Ms. Bennett's agent,

3    transmitted the exhibits marked as IRS-4, IRS-5, IRS-7 to the

4    Internal Revenue Service, IRS.

5         On April 3, 2017, the IRS received the documents marked as

6    Exhibits IRS-5 and IRS-7.

7         This stipulation, too, has been signed by counsel for the

8    government, defense counsel, and Ms. Bennett.

9         I'm now going to show and read parts of the three exhibits

10   that are referenced in this stipulation, beginning with IRS-7.

11   That is a profit and loss statement for DJB Holding, LLC for

12   January through December of 2015.

13        IRS-5.  IRS-5 reads:  Ms. Bennett is not issued a pay stub

14   or earnings statement and has not received one since 2015.  She

15   has no investment of retirement accounts.  She has no income

16   from pensions, et cetera.  She has no social security, rental

17   income, interest, or dividend statements, does not pay child

18   support, alimony, or rent subsidies.

19        And then numbers five and six reference bank statements or

20   loan statements.

21        IRS-4 is the last exhibit that is referenced in

22   Stipulation-4.  The first page begins with Taxpayer Dawn

23   Bennett, and there is a stamp that says "Received IRS April 3,

24   2017."

25        The second and third pages of the documents are blank.

1          The fourth page of the document has text at the bottom.

2     "Ms. Bennett is heavily encumbered with tax debt.  She has

3     other debt, as well as potential contingent liabilities, such

4     as to the SEC in the amount of almost $4 million.  She lives in

5     and owns a heavily mortgaged apartment in Chevy Chase,

6     Maryland.  Her apartment is close to her current office, which

7     is a good thing, as she frequently works 60 to 70 hours per

8     week.  She owns two cats -- cars.  She owns two cars, each with

9     over 150,000 miles and each more than 10 years old.  She has

10    virtually no money in her personal bank accounts."

11         Continuing on the top of page five:  "Has no life

12    insurance, and owes over $160,000 in credit card debt.  She has

13    virtually no retirement or other savings or investments, and

14    she has only a few personal assets."

15         Continuing to page six:  "The notice of federal tax lien

16    filed against her by the IRS filed is crippling her new

17    business because it affects her credit and ability to borrow.

18    Just a few years ago, she was in excellent financial condition.

19    That is no longer the case.  She has gone through her assets as

20    a result of defending herself and her companies, not being able

21    to practice her profession as a financial advisor, and failed

22    businesses.  Her current financial condition is precarious, at

23    best."

24         Page seven is blank.

25         Page eight has a verification section.  Verification:

```
 1    "The foregoing facts are based on information provided to the
 2    undersigned attorney by the client.  The undersigned does not
 3    have firsthand knowledge of the facts.  Very truly yours."  A
 4    signature and then Steven Gremminger, Gremminger Law Firm.  And
 5    then in the bottom left, cc'd to Dawn Bennett.
 6         That is the three stipulations we have, Your Honor.
 7              THE COURT:  Okay.
 8         And with that, ladies and gentlemen, you are free to
 9    leave.  See you back here Friday at 8:55, and we will have a
10    full day of testimony.  Thank you.
11              THE DEPUTY CLERK:  All rise.
12         (Open Court - Jury Not Present.)
13              THE COURT:  Okay.  So starting at noon tomorrow works
14    for everybody?
15              MR. BOYLE:  Works for me, Your Honor.
16              MS. PULICE:  It works for us as well, Your Honor.
17    Thank you.
18              THE COURT:  I think we'll begin with the motions to
19    exclude and jury instructions.  Okay?
20         And thank you in advance.  I really do appreciate you all
21    getting the jury instructions to me in such a clean fashion.
22    They are very -- I looked at them, you know, briefly this
23    morning.  They were very easy to understand.  I think I get the
24    one substantive issue that you all have.  So I believe we'll be
25    able to knock this all out in the afternoon.
```

1    Anything else that you need from me between now and then?

2    MR. BOYLE:  No, Your Honor.

3    MS. PULICE:  I don't think so, Your Honor.  Just to

4    review the schedule for -- we can review the schedule for

5    Friday as well if the Court would like.

6    THE COURT:  Sure.

7    MS. PULICE:  We have three witnesses for Friday.

8    That would include Lynn Zeck, assuming her flights work out, a

9    witness from Strategic Funding, and then John Boyle.  So that

10   might be, in total, I would say an hour of testimony, maybe an

11   hour and a half.

12   THE COURT:  Really?

13   MS. PULICE:  They are all relatively short witnesses.

14   THE COURT:  All right.  And then the government's

15   case -- the government will rest?

16   MS. PULICE:  Yes, Your Honor.  That's the plan.

17   THE COURT:  We know we've got to discuss the expert

18   tomorrow.  I will have you voir dire Ms. Bennett tomorrow,

19   because it looks like you will be beginning your defense case

20   Friday.  And then do you anticipate any other witnesses?

21   MR. BOYLE:  No, Your Honor.

22   THE COURT:  Okay.  So we may be done -- oh, well.  I

23   mentioned to the jury a full day.  We may not have a full day.

24   I'm just going to leave it alone.

25   All right, well, then we will see each other tomorrow at

```
 1  noon.  Anything else?
 2              MR. BOYLE:  No, Your Honor.
 3              MS. PULICE:  Your Honor, we just were wondering is
 4  the Court planning to instruct the jury on Friday and then
 5  begin closings first thing Tuesday morning?
 6              THE COURT:  My inclination is to keep it all
 7  together.  I don't think it's -- jury instructions are hard
 8  enough to pay attention and then to expect retention over a
 9  long weekend doesn't make a lot of sense to me.  So I was just
10  going to instruct, and you all will roll right into close.
11       Good question, though, is how long, if you can, roughly
12  anticipate your closing so I know how much time?
13              MR. BOYLE:  I haven't prepared it yet.  I would
14  anticipate maybe 40, 45 minutes.
15              MR. BERNSTEIN:  Probably somewhere hour and fifteen
16  to hour and a half range.
17              THE COURT:  Okay.  So we will likely be able to get
18  this all done before lunch.  That's what I'm hoping.  Okay,
19  then we'll keep it all together.  Okay?
20       All right, anything else?
21              MS. PULICE:  Not from the government.  Thank you,
22  Your Honor.
23              MR. BOYLE:  Nor from the defense.
24              THE COURT:  All right, thank you, everyone.  See you
25  all tomorrow at noon.
```

1          THE DEPUTY CLERK:  All rise.

2      This Honorable Court now stands in recess.

3      (Recess taken, 4:06 P.M.)

4

5      I, Marlene Martin-Kerr, FCRR, RPR, CRR, RMR, certify that

6  the foregoing is a correct transcript of the stenographic

7  record of proceedings in the above-entitled matter.

8

9                      Dated this 6th day of March, 2019.

10

11                         _____
                                      /s/
                             Marlene Martin-Kerr
12                        Federal Official Court Reporter

13

14

15

16

17

18

19

20

21

22

23

24

25

1                              INDEX

2                   OCTOBER 10, 2018 - DAY 6

3          UNITED STATES OF AMERICA vs. DAWN J. BENNETT

4

5                                                          PAGE

6  COMMENCEMENT OF PROCEEDINGS.............................. 2

7  WITNESSES FOR THE GOVERNMENT:

8  JOAN BARNEY
        Sworn................................................. 5
9        Direct Examination by Mr. Bernstein.................. 5
        Cross-Examination by Mr. Boyle....................... 19
10       Witness Excused...................................... 24

11 MARGARET THUR
        Sworn................................................ 24
12       Direct Examination by Ms. Pulice..................... 25
        Cross-Examination by Mr. Boyle....................... 37
13       Witness Excused...................................... 40

14 LEN RANN
        Sworn................................................ 40
15       Direct Examination by Ms. Pulice..................... 41
        Cross-Examination by Mr. Boyle....................... 80
16       Redirect Examination by Ms. Pulice................... 85
        Recross-Examination by Mr. Boyle..................... 86
17       Witness Excused...................................... 87

18 JENNA BENDER
        Sworn................................................ 87
19       Direct Examination by Ms. Pulice..................... 88

20 WITNESSES FOR THE DEFENSE:

21 SRIKUMAR BALA
        Sworn................................................ 122
22       Direct Examination by Mr. Boyle...................... 123
        Cross-Examination by Mr. Bernstein................... 137
23       Redirect Examination by Mr. Boyle.................... 144
        Recross-Examination by Mr. Bernstein................. 145
24       Witness Excused...................................... 146

25

WITNESSES FOR <u>THE GOVERNMENT</u>

JENNA BENDER
      Direct Examination (cont) by Ms. Pulice.............. 146
      Cross-Examination by Mr. Boyle...................... 174
      Witness Excused................................... 180

STIPULATION......................................... 182

PROCEEDINGS RECESSED................................ 190

CERTIFICATE PAGE.................................... 190

## $

**$1,010,000** [1] - 96:15
**$1,062,500** [1] - 149:11
**$1,064,000** [1] - 158:5
**$1,386,878** [1] - 183:13
**$1,493,000** [1] - 149:1
**$1,500** [1] - 154:25
**$1,833,000** [1] - 66:12
**$1,833,466** [1] - 64:19
**$1,875,000** [1] - 158:10
**$10,095** [1] - 168:5
**$100** [1] - 141:21
**$100,000** [4] - 9:3, 165:17, 168:7, 172:4
**$101,575** [1] - 168:11
**$103,000** [1] - 164:16
**$118,000** [1] - 101:7
**$125** [1] - 124:4
**$13,300** [1] - 153:21
**$13,500** [1] - 163:21
**$136** [1] - 154:4
**$14,307,000** [1] - 159:1
**$142,000** [2] - 95:3, 95:6
**$148,000** [1] - 165:6
**$15** [1] - 61:11
**$15,000** [3] - 159:18, 161:17, 169:8
**$15,500** [1] - 166:13
**$150,000** [2] - 162:10, 162:12
**$160,000** [1] - 186:12
**$166** [1] - 116:21
**$175,000** [4] - 149:24, 150:7, 161:24, 162:2
**$179,550** [1] - 149:12
**$18,000** [1] - 112:3
**$18,676** [1] - 164:11
**$199,000** [1] - 152:16
**$2,188,000** [1] - 107:13
**$20,000** [3] - 93:14, 93:17, 93:24
**$20,118** [1] - 168:2
**$200,000** [6] - 152:2, 153:18, 153:22, 153:23, 154:1, 172:3
**$202,000** [1] - 161:7
**$212,000** [1] - 97:1
**$219,630** [1] - 11:22
**$222,000** [1] - 175:6
**$226,000** [1] - 150:23
**$24,700** [1] - 162:5
**$25,000** [1] - 168:4,

**170:22**
**$25,005** [1] - 167:25
**$250** [1] - 54:4
**$250,000** [3] - 31:23, 33:8, 37:5
**$253,000** [1] - 160:24
**$27,000** [1] - 164:9
**$28,125** [1] - 36:18
**$29,407,000** [1] - 158:18
**$3,035,530** [1] - 158:6
**$3,137,000** [2] - 147:12, 148:16
**$3,286** [1] - 168:16
**$3,550,000** [1] - 64:17
**$3,550,457** [2] - 65:15, 65:19
**$3,578,000** [1] - 107:15
**$3,848,000** [1] - 109:8
**$3,989,000** [1] - 109:17
**$30,000** [1] - 23:17
**$300,000** [3] - 154:17, 155:3, 155:18
**$301,950** [1] - 167:11
**$311,000** [1] - 163:16
**$35** [2] - 61:6, 116:18
**$35,000** [2] - 167:19, 169:15
**$350,000** [1] - 151:21
**$358,000** [1] - 165:12
**$36,600** [1] - 164:14
**$36,896** [1] - 168:19
**$363,000** [1] - 167:9
**$37,500** [1] - 18:21
**$395,000** [1] - 170:23
**$395,476** [1] - 170:15
**$4,209,730** [1] - 61:11
**$4,209,742** [2] - 60:8, 61:3
**$4,210,000** [1] - 116:6
**$4,246,057** [1] - 53:5
**$4,400** [1] - 94:24
**$4,520,000** [1] - 174:20
**$4,755,000** [1] - 68:7
**$4,862,794.63** [1] - 12:20
**$40,000** [1] - 163:17
**$400,000** [1] - 165:13
**$42,000** [1] - 161:2
**$427** [1] - 142:17
**$450,000** [1] - 100:17
**$49** [1] - 116:24
**$50,000** [2] - 13:12, 168:18
**$51,875** [1] - 165:15
**$515,000** [1] - 68:4

**$515,965** [1] - 65:24
**$517** [2] - 169:22, 169:24
**$528,000** [1] - 96:23
**$534,000** [1] - 175:14
**$535,000** [1] - 100:10
**$569,000** [1] - 158:9
**$57,000** [2] - 95:13, 95:14
**$58,500** [1] - 169:11
**$591** [1] - 167:7
**$6,296** [1] - 168:22
**$60,000** [5] - 147:14, 147:15, 147:18, 164:6, 166:9
**$606** [1] - 148:21
**$61,000** [1] - 96:12
**$697,000** [1] - 96:19
**$7,838,000** [1] - 110:6
**$70,000** [1] - 151:11
**$700,000** [1] - 94:23
**$750,000** [8] - 47:4, 47:8, 55:6, 81:17, 115:15, 152:10, 154:7, 155:15
**$775** [1] - 152:19
**$775,000** [5] - 152:19, 153:9, 153:14, 153:15, 163:13
**$8,000** [1] - 168:21
**$80,000** [2] - 165:23, 166:6
**$80,812** [1] - 149:10
**$809,000** [1] - 94:25
**$813,000** [1] - 94:22
**$823** [2] - 171:1, 171:3
**$900,000** [2] - 165:2, 165:5
**$907,692** [1] - 108:7
**$93,000** [1] - 167:23
**$951** [1] - 166:4

## '

**'13** [1] - 176:22
**'14** [2] - 175:4, 176:24
**'15** [1] - 175:6
**'17** [2] - 177:16, 179:22
**'99** [1] - 7:8
**'total** [1] - 65:21

## /

**/s** [1] - 190:10

## 0

**002** [1] - 67:12

## 1

**1** [13] - 113:7, 139:4, 140:9, 163:25, 164:3, 164:5, 164:6, 164:8, 164:10, 164:12, 167:1, 167:4, 184:20
**1(b** [1] - 90:6
**1(b.1** [1] - 90:6
**1(d** [1] - 53:15
**1.1** [2] - 34:9, 67:23
**1.17** [1] - 67:24
**1.2** [1] - 131:13
**1.219** [1] - 175:4
**1.9** [2] - 145:7, 158:8
**10** [4] - 151:20, 152:1, 186:9, 191:2
**10(a** [1] - 19:20
**100** [1] - 178:22
**10:06** [1] - 169:13
**10:30** [1] - 180:21
**10th** [3] - 1:11, 148:24, 149:7
**11** [6] - 23:8, 23:12, 26:13, 27:18, 35:7, 141:16
**11-27-2015** [1] - 16:8
**11:05** [1] - 69:18
**11:30** [2] - 69:6, 69:12
**11:33** [1] - 69:18
**11:48** [1] - 162:12
**12** [2] - 23:11, 27:18
**122** [1] - 191:21
**123** [1] - 191:22
**12:25** [1] - 162:13
**12:54** [1] - 121:1
**13** [3] - 34:1, 154:18, 154:20
**137** [1] - 191:22
**13th** [2] - 161:22, 161:25
**14** [3] - 34:1, 63:9, 108:3
**140** [1] - 111:21
**144** [1] - 191:23
**145** [1] - 191:23
**146** [2] - 191:24, 192:2
**14th** [2] - 154:16, 155:2
**15** [13] - 9:10, 13:5, 17:1, 19:14, 31:9, 38:18, 38:22, 39:5, 39:8, 39:11, 51:16, 102:18, 124:10
**150,000** [2] - 13:25, 186:9
**16** [8] - 9:23, 10:12, 10:20, 12:4, 13:9,

**17:14**, 18:1, 63:17
**17** [2] - 11:17, 63:24
**170,000** [1] - 149:9
**174** [1] - 192:3
**18** [5] - 13:11, 66:14, 68:9, 143:13, 143:16
**180** [1] - 192:3
**1800** [1] - 1:19
**182** [1] - 192:4
**19** [7] - 11:15, 13:19, 67:7, 86:21, 115:11, 115:16, 191:9
**190** [2] - 192:5, 192:6
**1993** [1] - 20:5
**1995** [1] - 124:10
**1998** [1] - 7:8
**1999** [1] - 20:3
**19th** [2] - 154:8, 155:15
**1:00** [1] - 4:14
**1:53** [1] - 161:23
**1st** [1] - 130:22

## 2

**2** [7] - 4:12, 62:19, 63:6, 170:2, 170:4, 173:1, 191:6
**2(a)(3** [1] - 54:13
**2,196,000** [1] - 131:3
**2.289** [1] - 175:2
**2.5** [1] - 34:6
**2.9** [1] - 172:14
**20** [5] - 14:13, 15:11, 32:20, 35:18, 61:20
**200** [2] - 1:15, 1:24
**200,000** [3] - 18:16, 140:16, 145:8
**20036** [1] - 1:20
**2004** [1] - 26:4
**2011** [1] - 51:15
**2012** [24] - 51:15, 72:5, 72:7, 76:10, 76:12, 76:16, 77:1, 97:10, 97:19, 101:3, 101:18, 112:12, 113:5, 124:25, 125:3, 129:23, 130:12, 137:6, 137:7, 138:2, 146:24, 171:19, 175:1, 176:19
**2013** [7] - 78:10, 130:22, 139:4, 139:21, 140:18, 175:2
**2014** [22] - 11:20, 12:18, 26:15, 27:22, 30:4, 31:12, 76:9, 77:25, 99:24,

100:23, 102:2, 102:5, 110:14, 111:15, 117:1, 131:11, 132:21, 132:22, 139:24, 144:25, 145:3, 158:22

**2015** [93] - 9:1, 10:21, 12:4, 12:18, 13:9, 13:11, 13:19, 14:13, 15:11, 15:22, 30:5, 32:8, 32:20, 34:16, 34:20, 42:20, 42:23, 50:22, 53:2, 53:13, 57:16, 58:19, 59:7, 59:15, 59:23, 61:20, 62:19, 63:6, 63:9, 63:18, 63:24, 64:7, 64:14, 65:5, 65:7, 65:10, 66:1, 66:2, 66:9, 66:14, 76:6, 77:8, 93:8, 93:15, 94:21, 95:16, 100:6, 101:6, 102:3, 102:5, 102:18, 102:21, 106:3, 106:17, 106:21, 106:23, 107:25, 108:6, 108:9, 108:13, 108:17, 109:9, 109:18, 110:14, 111:18, 115:11, 116:2, 116:16, 116:20, 117:2, 131:23, 133:2, 138:21, 140:9, 140:14, 140:18, 141:3, 142:1, 145:16, 145:25, 152:10, 154:8, 155:15, 156:2, 158:3, 158:20, 158:23, 159:21, 160:20, 178:17, 185:12, 185:14

**2016** [74] - 15:13, 17:1, 17:14, 18:1, 33:17, 35:6, 35:18, 36:19, 37:3, 67:7, 68:9, 68:21, 86:21, 98:10, 98:17, 99:25, 100:6, 100:8, 100:9, 101:8, 106:14, 110:14, 111:20, 115:16, 152:16, 152:18, 153:16, 153:18, 154:10, 154:11, 154:16, 154:18, 154:20, 155:2, 161:19, 161:22, 161:25, 162:6,

162:10, 162:18, 163:10, 163:11, 164:1, 164:4, 164:5, 164:6, 164:8, 164:10, 164:12, 164:15, 165:3, 165:9, 165:13, 165:14, 165:16, 165:19, 165:20, 165:25, 166:2, 166:8, 166:12, 167:2, 167:5, 167:9, 167:10, 167:16, 167:18, 167:22, 167:25, 168:2, 168:3, 168:5, 168:6, 175:13

**2017** [57] - 72:8, 76:6, 93:8, 93:16, 94:22, 95:17, 97:10, 97:20, 98:10, 98:17, 99:8, 100:1, 100:15, 100:16, 100:21, 100:22, 101:3, 101:10, 101:19, 112:12, 114:19, 115:5, 115:9, 125:2, 137:25, 138:2, 146:25, 147:11, 148:14, 148:24, 149:7, 151:20, 152:1, 156:3, 158:3, 158:20, 165:10, 168:12, 168:15, 168:18, 168:19, 168:20, 168:22, 169:9, 169:11, 170:9, 170:13, 170:17, 170:19, 170:21, 171:11, 171:19, 177:15, 184:20, 184:24, 185:5, 185:24

**2018** [6] - 1:11, 142:7, 143:18, 143:23, 177:14, 191:2

**2019** [1] - 190:9

**202** [1] - 1:20

**2054** [5] - 96:10, 152:2, 168:22, 169:15, 169:18

**20770** [2] - 1:16, 1:25

**21** [9] - 57:16, 134:10, 141:24, 141:25, 142:10, 142:13, 143:5, 169:11, 170:9

**21D** [1] - 113:24

**21st** [2] - 35:7, 106:21

**22** [5] - 33:17, 50:22, 58:18, 64:7, 167:5

**228** [1] - 111:17

**229** [1] - 111:19

**22nd** [1] - 167:2

**23** [5] - 9:1, 64:11, 167:10, 167:16, 167:18

**23rd** [1] - 167:9

**24** [3] - 106:14, 191:10, 191:11

**243,000** [1] - 140:5

**243K** [1] - 139:25

**25** [3] - 6:19, 160:20, 191:12

**250,000** [2] - 18:12, 36:18

**255,803** [1] - 130:3

**25th** [2] - 165:2, 165:19

**26** [2] - 59:7, 165:9

**2656** [11] - 97:17, 148:16, 148:20, 153:25, 155:9, 155:13, 168:11, 169:6, 169:12, 169:14, 170:14

**2660** [7] - 154:21, 155:4, 162:20, 163:3, 164:8, 166:8, 166:10

**2678** [10] - 97:17, 153:16, 155:5, 161:16, 162:11, 163:1, 163:12, 164:1, 165:1, 166:11

**26th** [6] - 35:6, 165:10, 165:13, 165:14, 165:16, 165:20

**27** [2] - 15:22, 26:10

**27.5** [1] - 172:12

**27th** [3] - 167:22, 167:25, 171:10

**28** [13] - 26:10, 53:2, 53:13, 108:14, 108:16, 113:5, 168:2, 168:3, 168:5, 170:17, 170:19, 170:21, 184:24

**2861** [2] - 97:16, 159:17

**28th** [2] - 59:23, 170:13, 171:11

**29** [10] - 26:10, 36:19, 68:21, 108:15, 152:18, 162:18, 163:10, 163:11, 164:1, 164:4

**29th** [2] - 153:16, 154:10

**2:00** [2] - 117:16, 117:24

**2:10** [1] - 117:17

**2:15** [1] - 162:1

**2:17** [1] - 121:1

**2:30** [3] - 3:7, 3:12

**2:45** [1] - 3:13

**2nd** [1] - 164:14

---

**3**

**3** [14] - 32:8, 66:3, 148:13, 148:22, 148:23, 168:12, 168:15, 168:18, 168:19, 168:20, 168:22, 183:24, 185:5, 185:23

**3(a** [1] - 151:9

**3(d** [1] - 53:7

**3.7** [1] - 176:22

**30** [6] - 11:20, 59:15, 146:24, 152:16, 153:18, 154:11

**301** [1] - 1:16

**301)344-3499** [1] - 1:25

**30th** [2] - 168:6, 169:9

**31** [12] - 53:2, 53:13, 59:15, 59:23, 64:14, 65:7, 106:23, 116:2, 116:16, 116:20, 117:1

**31st** [3] - 63:14, 65:5, 106:21

**344-0217** [1] - 1:16

**35** [1] - 25:18

**350,000** [1] - 148:8

**366,000** [2] - 139:21, 140:5

**37** [1] - 191:12

**3L** [1] - 64:23

---

**4**

**4** [3] - 54:5, 184:13, 186:4

**4,200** [2] - 141:14, 145:24

**4,245,700** [1] - 54:7

**4-27-15** [1] - 52:19

**4.1** [2] - 157:24, 158:4

**4.2** [1] - 117:9

**4.3** [3] - 114:21, 115:10, 177:11

**4.5** [1] - 175:1

**4.7** [3] - 34:4, 67:17, 107:1

**40** [3] - 189:14, 191:13, 191:14

**400** [1] - 141:22

**401** [1] - 75:5

**401K** [4] - 6:23, 7:6, 116:14, 116:23

**403** [1] - 75:5

**404(b** [1] - 76:21

**41** [1] - 191:15

**427,000** [1] - 142:17

**45** [3] - 4:6, 4:7, 189:14

**450N** [1] - 1:19

**46** [2] - 157:7, 158:17

**4:06** [1] - 190:3

**4:59** [1] - 170:16

**4th** [3] - 142:1, 142:7, 143:18

---

**5**

**5** [4] - 172:17, 175:14, 191:8, 191:9

**5-11-15** [1] - 56:17

**5-19-2015** [1] - 47:11

**5-19-2016** [1] - 47:13

**5-9-15** [1] - 54:25

**50** [4] - 140:20, 143:11, 143:13, 169:19

**50,000** [2] - 162:14

**5610** [1] - 113:22

**57002** [2] - 164:12, 168:1

**59.7** [1] - 172:10

**597** [1] - 111:24

**5:39** [2] - 170:18, 170:20

**5th** [2] - 142:1, 143:18

---

**6**

**6** [2] - 1:6, 191:2

**6(c)** [1] - 80:11

**6(d** [1] - 75:20

**6(d)** [1] - 75:18

**60** [3] - 25:12, 75:19, 186:7

**64** [1] - 131:18

**6482** [1] - 176:12

**6500** [2] - 1:15, 1:24

**659-6800** [1] - 1:20

**6610** [1] - 46:21

**6th** [1] - 190:9

---

**7**

**70** [3] - 25:12, 128:25, 186:7

**71** [1] - 129:18

**72** [2] - 130:21, 138:25

**727** [1] - 82:24

**73** [2] - 131:9, 139:23
**74** [2] - 131:21, 140:7
**7427** [1] - 176:12
**75** [3] - 131:24, 132:23, 144:9
**750,000** [1] - 58:13
**76** [4] - 133:15, 141:1, 145:5
**77** [1] - 133:15
**780** [1] - 112:3
**7815** [1] - 47:2

**8**

**8** [4] - 162:6, 166:2, 175:8, 176:19
**80** [1] - 191:15
**819@gmail.com** [1] - 26:23
**82734** [2] - 116:3, 116:17
**85** [1] - 191:16
**86** [1] - 191:16
**87** [2] - 191:17, 191:18
**88** [1] - 191:19
**8:27** [1] - 163:13
**8:55** [1] - 187:9
**8th** [4] - 162:10, 165:24, 166:8, 166:12

**9**

**9** [3] - 114:19, 147:11, 148:14
**90s** [1] - 134:8
**9268** [4] - 154:7, 154:17, 155:14, 167:20
**9526** [1] - 97:18
**97002** [1] - 164:10
**98000** [1] - 167:24
**9:00** [1] - 1:11
**9:06** [1] - 163:15
**9:50** [2] - 162:24, 163:17
**9th** [3] - 115:9, 148:24, 149:7

**A**

**a.m** [6] - 27:18, 162:24, 163:13, 163:15, 163:17, 169:13
**A.M** [3] - 1:11, 69:18
**ability** [1] - 186:17
**able** [8] - 3:21, 9:19, 9:24, 120:1, 150:10,

186:20, 187:25, 189:17
**above-entitled** [1] - 190:7
**absent** [1] - 62:8
**absolutely** [4] - 11:25, 43:19, 105:18, 118:13
**abundant** [1] - 117:8
**accelerate** [1] - 48:24
**access** [1] - 59:2
**accidental** [1] - 48:10
**accidentally** [1] - 27:16
**according** [2] - 60:6, 170:18
**account** [93] - 20:9, 20:14, 33:14, 52:22, 52:24, 53:3, 53:18, 53:19, 53:21, 53:25, 54:2, 54:9, 59:14, 59:25, 60:22, 66:24, 67:1, 67:3, 71:18, 75:11, 96:7, 96:8, 96:10, 96:14, 96:17, 96:21, 96:25, 97:16, 97:17, 97:18, 98:3, 102:14, 103:3, 106:11, 110:19, 110:20, 111:5, 115:21, 115:23, 116:4, 116:16, 116:19, 124:4, 147:3, 147:14, 147:18, 150:19, 151:5, 152:3, 152:18, 153:16, 153:17, 153:20, 153:24, 153:25, 154:2, 154:3, 154:23, 155:5, 155:8, 155:17, 157:19, 157:23, 158:20, 159:17, 160:6, 160:10, 160:23, 162:11, 163:2, 163:3, 163:6, 163:12, 164:2, 164:4, 165:5, 165:8, 166:3, 166:7, 166:10, 167:6, 168:14, 169:7, 169:18, 170:14, 170:24, 172:23, 174:9, 176:8
**Account** [27] - 93:9, 116:3, 148:16, 148:19, 154:7, 154:17, 154:21, 155:3, 155:9,

155:13, 155:14, 161:16, 163:1, 163:25, 164:8, 164:9, 164:12, 165:1, 166:11, 167:20, 167:24, 168:1, 168:11, 168:22, 169:6, 169:12, 169:15
**accountant** [2] - 3:9, 88:9
**Accounting** [2] - 88:15, 88:16
**accounting** [2] - 88:21, 127:7
**accounts** [42] - 42:1, 43:5, 44:8, 71:17, 91:20, 91:21, 97:7, 97:9, 97:14, 97:15, 100:13, 100:14, 100:18, 100:19, 101:2, 105:7, 110:13, 116:8, 117:7, 156:1, 156:2, 157:18, 160:17, 161:5, 163:1, 171:20, 171:21, 171:25, 174:3, 174:4, 174:6, 174:7, 174:12, 174:23, 175:19, 176:6, 176:11, 176:14, 182:9, 183:13, 185:15, 186:10
**accuracy** [2] - 43:18, 43:21
**accurate** [4] - 8:14, 13:11, 91:23, 129:14
**Ace** [1] - 34:24
**ACH** [2] - 156:8, 162:25
**achieve** [1] - 17:11
**acquire** [2] - 42:6, 43:3
**acquisition** [1] - 148:4
**acquisitions** [1] - 42:2
**acting** [1] - 185:1
**active** [2] - 160:16, 160:17
**activity** [3] - 91:19, 117:7, 174:11
**actual** [7] - 102:1, 103:15, 104:15, 104:22, 115:20, 115:23, 116:9
**Actual** [1] - 104:1
**add** [4] - 79:18, 105:2, 105:4, 108:19
**added** [5] - 98:4, 99:5, 105:5, 107:14, 111:9

**addition** [2] - 13:24, 44:3
**additional** [12] - 13:11, 15:14, 18:4, 18:15, 36:18, 43:20, 66:22, 73:15, 76:23, 79:21, 80:17, 89:10, 126:5, 130:17, 183:3, 183:8
**address** [25] - 10:23, 26:16, 26:18, 26:20, 26:22, 27:2, 27:9, 27:11, 32:6, 32:18, 36:2, 38:2, 42:16, 42:17, 42:18, 42:20, 47:1, 60:2, 113:22, 114:1, 114:3, 127:16, 135:2, 135:3
**addressed** [2] - 12:6, 27:5
**addresses** [4] - 166:16, 166:17, 166:19, 166:21
**adequate** [1] - 79:11
**admission** [1] - 80:2
**admit** [5] - 3:4, 79:19, 89:20, 90:4, 92:8
**admitted** [5] - 74:3, 79:11, 91:12, 102:16, 104:5
**ADRIAN** [1] - 1:19
**advance** [7] - 57:19, 58:9, 71:1, 75:1, 147:11, 148:14, 187:20
**advanced** [2] - 57:23, 58:13
**advertisement** [1] - 130:18
**advice** [1] - 29:22
**advise** [1] - 63:21
**advisor** [1] - 186:21
**Affairs** [2] - 26:12, 26:14
**affects** [1] - 186:17
**Affidavit** [2] - 15:24, 16:12
**affidavit** [4] - 16:2, 16:23, 19:22, 19:24
**affirm** [5] - 5:2, 24:10, 40:5, 87:10, 122:18
**afternoon** [9] - 62:5, 62:22, 88:4, 88:5, 120:3, 137:3, 146:21, 146:22, 187:25
**AG-25** [1] - 106:13
**agent** [2] - 6:9, 185:2
**Agent** [2] - 2:13, 79:20
**aggravated** [1] - 15:8

**aggregated** [1] - 175:23
**aggregates** [1] - 151:6
**aging** [1] - 43:6
**ago** [2] - 7:7, 186:18
**agree** [4] - 74:1, 182:6, 183:24, 184:20
**agreed** [2] - 62:17, 81:19
**agreement** [1] - 61:24
**ahead** [1] - 120:9
**Aided** [1] - 1:22
**Alan** [2] - 106:14, 158:7
**alimony** [1] - 185:18
**alleged** [2] - 74:9, 74:25
**Allen** [3] - 170:17, 183:11, 183:17
**allocation** [2] - 147:13, 147:15
**allow** [1] - 122:9
**allowing** [1] - 58:9
**allows** [1] - 51:23
**almost** [7] - 63:1, 88:11, 124:10, 125:2, 136:15, 161:4, 186:4
**alone** [2] - 71:25, 188:24
**amazing** [1] - 12:25
**Amazon** [50] - 102:1, 103:15, 103:23, 104:2, 104:11, 104:22, 105:8, 127:19, 127:20, 127:21, 132:2, 132:3, 132:5, 132:8, 132:9, 132:11, 132:19, 133:2, 134:1, 134:7, 134:11, 134:12, 134:15, 134:17, 134:19, 135:5, 135:10, 135:24, 140:22, 141:3, 141:18, 141:25, 143:1, 144:11, 144:18, 144:22, 144:25, 145:3, 145:17, 145:22, 172:21, 172:24, 173:6, 173:7, 173:8, 173:14
**Amazon's** [1] - 132:6
**AMERICA** [2] - 1:3, 191:3
**American** [12] - 59:4, 93:7, 105:8, 151:2,

151:15, 151:19, 164:9, 164:12, 167:24, 168:1, 173:9, 174:4
**amount** [77] - 13:24, 36:17, 55:5, 61:2, 65:19, 65:24, 68:6, 93:11, 94:4, 94:8, 94:21, 94:22, 95:5, 96:3, 98:2, 98:6, 99:3, 111:3, 111:22, 111:25, 112:2, 113:6, 114:21, 115:14, 115:15, 117:8, 130:4, 133:7, 144:21, 148:7, 148:8, 148:16, 149:9, 149:10, 149:11, 149:12, 151:21, 152:2, 152:16, 152:18, 153:9, 153:18, 154:17, 157:20, 157:25, 158:6, 158:10, 158:25, 159:1, 160:22, 161:6, 161:24, 162:2, 162:12, 162:14, 163:13, 163:15, 163:17, 164:14, 164:16, 165:2, 165:11, 165:15, 167:1, 167:18, 167:23, 168:2, 169:15, 170:15, 170:22, 172:2, 172:4, 175:25, 179:19, 186:4
**Amount** [2] - 113:3, 182:19
**amounts** [6] - 98:10, 107:14, 150:10, 159:3, 183:12, 184:8
**analysis** [11] - 75:1, 75:6, 76:22, 147:1, 147:2, 152:11, 157:10, 157:14, 160:16, 171:23, 179:15
**analyst** [3] - 49:25, 71:16, 77:2
**Analytics** [4] - 129:11, 133:18, 144:11
**analytics** [2] - 129:20, 130:2
**analyze** [6] - 42:7, 43:11, 44:9, 44:13, 45:7, 97:14
**analyzed** [3] - 89:2,

160:8
**analyzing** [1] - 88:18
**Anderson** [2] - 128:3, 133:23
**ankle** [2] - 34:23, 35:4
**annual** [1] - 22:9
**answer** [2] - 177:2, 177:7
**answered** [1] - 38:1
**answers** [1] - 51:1
**anticipate** [6] - 4:10, 70:6, 120:11, 188:20, 189:12, 189:14
**apartment** [2] - 186:5, 186:6
**apologize** [1] - 23:11
**appealing** [1] - 30:12
**appear** [12] - 12:3, 12:6, 12:15, 12:22, 52:16, 65:9, 67:13, 72:1, 78:20, 86:2, 132:6, 153:7
**appeared** [1] - 147:20
**appease** [1] - 79:22
**Apple** [1] - 124:20
**applicants** [3] - 42:12, 43:24, 43:25
**applied** [1] - 83:5
**applies** [1] - 181:10
**appointment** [1] - 30:2
**appreciate** [3] - 122:3, 181:2, 187:20
**approach** [4] - 16:21, 20:21, 142:3, 180:11
**approached** [3] - 16:15, 16:22, 20:7
**approval** [5] - 50:2, 55:14, 56:19, 56:24, 58:8
**approve** [3] - 47:16, 50:2, 50:12
**approved** [3] - 45:22, 55:16, 81:21
**approver** [1] - 50:10
**approving** [2] - 54:20
**approximate** [1] - 94:22
**April** [10] - 9:1, 10:20, 50:22, 115:5, 130:12, 130:16, 161:22, 161:25, 185:5, 185:23
**architect** [2] - 124:15
**area** [1] - 28:13
**argue** [2] - 119:13, 119:19
**argued** [1] - 75:2
**arguing** [1] - 119:19

**argument** [1] - 72:21
**Aria** [1] - 128:9
**arise** [1] - 29:19
**arithmetic** [1] - 141:20
**arrange** [1] - 62:12
**arrives** [1] - 3:7
**Artifex** [11] - 114:14, 115:10, 146:25, 147:11, 147:21, 148:14, 148:15, 152:6, 152:8, 172:11, 177:10
**artwork** [8] - 177:19, 177:20, 177:23, 178:1, 178:2, 178:3, 178:9, 178:11
**ascertain** [1] - 48:8
**Ashton** [1] - 128:7
**aside** [1] - 30:7
**aspect** [1] - 44:5
**aspects** [1] - 61:23
**aspirationally** [1] - 3:22
**assets** [10] - 20:25, 33:14, 51:25, 56:7, 56:11, 138:15, 138:16, 148:4, 186:14, 186:19
**assigned** [3] - 88:12, 88:14, 88:15
**assist** [1] - 41:19
**assistance** [3] - 41:25, 91:14, 101:20
**assistant** [3] - 28:16, 51:9, 51:11
**assisted** [5] - 6:3, 9:25, 10:3, 88:24, 126:11
**Associated** [1] - 184:5
**associated** [6] - 21:14, 152:24, 156:12, 156:14, 156:24, 164:22
**assuming** [2] - 177:8, 188:8
**assurance** [1] - 77:9
**assured** [3] - 29:23, 31:17, 39:1
**asterisk** [3] - 162:19, 162:22, 162:23
**Astrological** [1] - 95:2
**AT&T** [2] - 124:13, 124:18
**ATM** [1] - 110:21
**attached** [5] - 51:15, 51:22, 64:11, 121:20, 184:22
**attachment** [15] - 16:1, 16:5, 30:22, 32:25, 52:5, 52:6,

52:20, 59:10, 59:11, 59:16, 67:11, 102:21, 103:2, 106:16
**attachments** [6] - 11:8, 11:10, 33:19, 64:9, 67:9, 86:1
**attempt** [1] - 82:3
**attempts** [1] - 58:22
**attention** [1] - 189:8
**ATTORNEY** [1] - 1:14
**attorney** [3] - 184:21, 185:1, 187:2
**attracted** [1] - 133:24
**attracts** [1] - 128:21
**audience** [1] - 130:16
**audio** [1] - 114:25
**audit** [7] - 58:9, 82:5, 82:7, 82:9, 82:12, 82:13, 82:15
**auditors** [1] - 82:8
**August** [24] - 36:19, 36:21, 61:20, 63:14, 64:14, 65:5, 66:2, 160:20, 162:6, 162:10, 164:5, 164:6, 164:8, 164:10, 164:12, 164:14, 165:2, 165:9, 165:10, 165:13, 165:14, 165:16, 165:19, 165:20
**auto** [2] - 135:10, 135:21
**available** [6] - 17:7, 20:13, 43:16, 43:22, 73:18, 83:25
**Avenue** [4] - 28:1, 47:2, 84:2, 113:22
**average** [2] - 130:6, 143:20
**averages** [1] - 131:2
**avoid** [1] - 119:14
**awake** [1] - 17:20
**aware** [3] - 84:9, 177:13, 177:14
**awesome** [1] - 78:6
**axis** [6] - 95:24, 96:6, 97:22, 98:10, 98:12, 98:14

---

B

---

**B-a-l-a** [1] - 123:5
**B-a-r-n-e-y** [1] - 5:14
**B-e-n-d-e-r** [1] - 87:21
**back-end** [5] - 125:7, 127:18, 132:4, 134:12, 134:13

**backed** [1] - 20:24
**bad** [3] - 34:23, 35:1, 35:5
**Bala** [13] - 4:2, 4:11, 122:14, 123:4, 123:5, 123:10, 134:10, 137:3, 139:2, 141:24, 142:13, 142:20, 144:10
**BALA** [2] - 123:7, 191:21
**balance** [32] - 63:13, 67:12, 86:5, 106:16, 110:21, 116:4, 148:17, 148:19, 153:20, 153:21, 154:2, 154:4, 154:22, 154:25, 160:5, 160:10, 160:11, 160:12, 160:25, 162:3, 163:19, 165:4, 166:2, 166:4, 167:5, 167:7, 168:13, 168:16, 169:20, 169:23, 170:25, 171:2
**Balance** [2] - 160:3, 160:14
**balances** [3] - 155:16, 160:7
**bandage** [1] - 34:24
**Bang** [3] - 71:7, 164:15, 164:18
**bank** [83] - 3:4, 8:11, 45:17, 46:6, 46:7, 52:1, 56:12, 68:19, 71:13, 71:25, 72:8, 75:10, 89:3, 91:20, 91:25, 96:10, 97:7, 97:14, 97:15, 98:3, 99:12, 100:13, 100:18, 100:19, 101:1, 104:25, 105:6, 105:7, 110:13, 110:18, 110:19, 110:23, 111:5, 111:8, 111:9, 112:2, 147:18, 150:15, 150:19, 153:17, 153:20, 153:24, 154:22, 155:16, 156:1, 156:2, 156:6, 156:9, 157:18, 157:19, 158:19, 160:1, 160:7, 160:10, 160:17, 161:5, 163:1, 163:2, 163:4,

164:2, 166:3, 166:7, 167:6, 168:14, 169:7, 170:24, 171:20, 171:21, 171:25, 172:23, 173:5, 174:7, 174:23, 175:19, 176:11, 176:14, 179:15, 182:8, 183:12, 185:19, 186:10
**Bank** [33] - 96:14, 97:16, 97:18, 113:6, 124:19, 152:18, 153:15, 154:21, 155:3, 155:5, 155:8, 155:17, 159:17, 160:6, 161:16, 162:11, 163:1, 163:2, 163:6, 163:12, 163:25, 164:4, 164:7, 165:1, 166:7, 166:10, 166:11, 166:13, 166:15, 168:22, 169:15, 176:11
**banker** [6] - 41:5, 41:6, 41:7, 41:17, 41:18, 59:4
**banking** [6] - 157:4, 157:10, 163:6, 174:3, 174:4, 174:6
**banks** [1] - 97:9
**bar** [1] - 95:21
**Barclays** [2] - 93:7, 151:3
**Barclays-1** [1] - 90:5
**barely** [2] - 35:1, 36:7
**BARNEY** [2] - 5:16, 191:8
**Barney** [26] - 3:2, 4:23, 5:13, 5:19, 8:7, 10:19, 11:7, 11:11, 11:17, 12:3, 12:21, 13:17, 14:2, 14:4, 14:12, 15:16, 15:19, 16:5, 16:10, 16:12, 16:25, 17:13, 18:16, 19:3, 23:10, 24:1
**Barry** [1] - 71:6
**Bartz** [1] - 160:20
**base** [1] - 130:16
**based** [14] - 18:19, 42:8, 72:2, 78:18, 91:23, 110:4, 149:15, 162:1, 162:23, 162:24, 163:7, 163:17, 166:20, 187:1
**basis** [3] - 16:15,

55:21, 175:12
**became** [2] - 124:11, 145:17
**become** [3] - 19:6, 19:8, 124:9
**BEFORE** [1] - 1:10
**began** [4] - 26:13, 34:21, 99:24
**begin** [5] - 44:18, 62:9, 67:4, 187:18, 189:5
**Beginning** [2] - 160:3, 160:13
**beginning** [26] - 19:5, 120:11, 125:3, 148:17, 148:19, 153:21, 154:4, 154:25, 155:16, 160:5, 160:7, 160:12, 160:25, 163:19, 165:4, 166:2, 166:4, 167:7, 168:13, 168:16, 169:23, 170:24, 171:2, 181:17, 185:10, 188:19
**begins** [2] - 23:16, 185:22
**behalf** [1] - 2:17
**behind** [2] - 44:24, 49:16
**believes** [2] - 68:18, 74:23
**below** [7] - 47:19, 63:21, 98:16, 140:16, 182:7, 182:10, 182:11
**Bench** [1] - 180:12
**bench** [1] - 181:6
**Bender** [39] - 3:8, 87:7, 87:21, 88:4, 91:14, 91:22, 93:2, 93:4, 97:3, 100:24, 101:24, 102:24, 105:22, 106:13, 108:3, 110:10, 112:8, 114:6, 115:19, 118:10, 119:3, 120:4, 146:12, 146:21, 148:12, 152:14, 153:4, 155:22, 159:10, 161:13, 164:24, 165:22, 166:24, 169:3, 170:3, 171:13, 174:3, 174:20, 180:7
**BENDER** [4] - 88:1, 146:17, 191:18, 192:2

**Bender's** [2] - 117:25, 118:8
**beneficiary** [1] - 32:10
**benefit** [1] - 8:24
**Bennett** [165] - 2:11, 2:17, 6:16, 6:18, 6:20, 7:2, 7:12, 7:14, 7:23, 9:5, 9:7, 9:11, 9:14, 10:4, 10:14, 10:20, 12:4, 12:16, 12:22, 12:24, 13:3, 13:17, 14:3, 14:13, 14:22, 15:10, 15:17, 16:2, 16:15, 16:21, 17:1, 17:4, 17:9, 17:14, 17:17, 20:4, 20:24, 27:13, 27:15, 27:19, 27:23, 28:23, 29:10, 29:20, 30:5, 32:17, 33:16, 34:15, 35:12, 35:16, 36:9, 36:24, 37:13, 37:21, 38:5, 38:7, 39:1, 46:3, 47:22, 50:18, 52:25, 54:1, 54:3, 56:8, 57:10, 57:11, 57:16, 58:2, 58:3, 58:10, 58:18, 59:5, 59:21, 61:18, 62:1, 66:16, 67:6, 68:12, 71:6, 71:17, 72:17, 75:11, 75:23, 81:6, 81:10, 81:14, 81:17, 83:4, 85:20, 88:22, 93:23, 97:8, 97:25, 98:1, 98:4, 98:18, 98:24, 100:3, 100:7, 100:9, 100:12, 100:16, 100:17, 101:2, 102:17, 106:13, 107:25, 108:10, 112:13, 113:16, 114:4, 115:3, 115:22, 116:12, 116:13, 116:14, 116:16, 116:19, 116:22, 122:10, 128:1, 128:11, 129:7, 129:9, 132:4, 132:14, 133:25, 134:2, 134:8, 136:6, 150:23, 150:25, 156:23, 162:19, 171:20, 174:21, 175:10, 176:6, 176:8, 176:13, 176:16, 177:5, 177:20, 177:23, 178:16, 178:22, 179:12, 179:18,

179:20, 182:13, 182:23, 182:24, 183:17, 183:23, 184:12, 184:21, 184:22, 185:8, 185:13, 185:23, 186:2, 187:5, 188:18
**BENNETT** [2] - 1:6, 191:3
**Bennett's** [54] - 13:2, 20:25, 30:13, 54:9, 73:17, 82:18, 85:16, 91:20, 93:6, 95:18, 96:5, 96:10, 96:11, 96:14, 96:17, 96:21, 96:25, 98:9, 98:21, 101:15, 102:13, 103:3, 103:12, 106:11, 108:6, 108:13, 109:19, 110:1, 152:2, 154:20, 154:22, 155:3, 156:1, 157:18, 158:19, 163:3, 163:5, 164:7, 164:9, 166:3, 166:7, 166:10, 166:21, 167:24, 168:21, 169:14, 169:18, 174:23, 175:18, 184:24, 185:1, 185:2
**BERNSTEIN** [21] - 1:15, 4:23, 5:18, 8:6, 18:24, 23:24, 137:2, 138:25, 139:1, 142:3, 142:6, 142:10, 142:12, 144:1, 144:4, 145:13, 145:15, 145:20, 145:21, 146:2, 189:15
**Bernstein** [2] - 2:12, 23:23
**Bernstein.................**
[1] - 191:23
**Bernstein.................**
[1] - 191:9
**Bernstein.................**
. [1] - 191:22
**best** [4] - 13:7, 17:21, 134:3, 186:23
**Bethesda** [3] - 28:1, 41:11, 47:2
**between** [16] - 72:15, 72:16, 78:22, 101:10, 109:3, 109:11, 109:24, 117:1, 131:5, 139:4, 140:9, 140:18, 158:20, 162:25,

176:5, 188:1
**biggest** [2] - 144:16, 145:17
**Billy** [1] - 71:6
**bit** [5] - 40:19, 69:15, 123:20, 125:10, 181:19
**BL-3** [1] - 108:2
**BL-6** [6] - 103:20, 104:6, 104:17, 104:19, 173:11, 173:12
**BL-7** [12] - 64:22, 64:24, 65:23, 65:25, 66:9, 67:25, 68:2, 68:3, 104:8, 104:9, 104:17, 104:19
**bladder** [1] - 14:25
**blank** [2] - 185:25, 186:24
**BLERINA** [1] - 1:19
**Blerina** [1] - 2:17
**blogging** [1] - 181:22
**blow** [3] - 77:18, 134:24
**blue** [3] - 98:7, 98:8, 98:21
**board** [2] - 120:17, 155:21
**boilerplate** [1] - 121:20
**Bonnie** [1] - 128:4
**booked** [1] - 45:25
**borrow** [2] - 48:8, 186:17
**borrowed** [1] - 36:17
**borrower** [18] - 46:18, 48:6, 48:7, 48:8, 48:10, 55:1, 55:21, 56:11, 57:1, 57:6, 57:8, 57:25, 58:2, 58:3, 61:15, 61:22, 68:11, 148:2
**boss** [1] - 50:8
**botched** [1] - 14:25
**bottom** [26] - 33:4, 33:12, 35:15, 35:24, 47:23, 50:16, 50:17, 56:18, 57:15, 60:13, 60:18, 61:4, 61:8, 61:25, 63:8, 85:2, 95:21, 98:13, 102:4, 138:12, 141:5, 149:3, 153:11, 158:14, 186:1, 187:5
**bounced** [1] - 110:19
**bowel** [2] - 15:2, 15:5
**box** [2] - 133:6, 136:16
**boxes** [3] - 55:17, 55:19, 136:15

**Boyle** [21] - 2:16,
18:25, 37:8, 72:23,
73:3, 73:20, 77:13,
78:7, 78:23, 79:19,
80:22, 85:15, 118:2,
119:8, 120:2, 120:4,
121:7, 122:12,
144:5, 173:23, 188:9
**BOYLE** [92] - 1:19,
2:16, 2:22, 4:1, 4:6,
4:9, 4:12, 8:4, 19:2,
19:19, 19:21, 23:7,
23:9, 23:11, 23:13,
23:22, 37:10, 39:17,
69:23, 70:1, 70:13,
70:18, 70:21, 71:4,
74:1, 74:13, 74:18,
75:2, 77:15, 77:24,
78:15, 78:20, 79:5,
79:7, 79:16, 80:24,
85:6, 86:13, 86:17,
86:19, 87:2, 89:22,
92:15, 92:23,
105:17, 118:4,
118:11, 118:17,
119:10, 119:13,
119:22, 120:6,
120:19, 121:9,
121:14, 121:24,
122:2, 122:13,
123:9, 125:12,
125:16, 128:25,
129:2, 129:18,
129:19, 132:23,
132:25, 133:15,
133:16, 136:18,
136:22, 142:8,
142:11, 144:6,
144:8, 145:10,
146:15, 174:2,
174:16, 174:17,
176:3, 176:4, 180:3,
180:20, 181:1,
181:4, 187:15,
188:2, 188:21,
189:2, 189:13,
189:23
**Boyle's** [1] - 3:6
**Boyle.................** [1]
- 191:23
**Boyle.................** [1]
- 191:16
**Boyle.................**
[1] - 191:22
**Boyle.................**
[4] - 191:9, 191:12,
191:15, 192:3
**brace** [1] - 35:1
**Brad** [23] - 13:17,
14:2, 28:9, 28:15,

28:16, 28:19, 38:16,
50:18, 51:8, 51:9,
52:3, 57:16, 58:18,
59:7, 60:17, 62:2,
62:18, 63:9, 63:21,
64:6, 66:16, 84:14
**Brad's** [2] - 58:22,
59:2
**Bradley** [1] - 182:24
**branch** [1] - 47:3
**brand** [1] - 134:5
**branded** [1] - 148:5
**break** [9] - 69:3, 69:5,
69:9, 117:15, 118:8,
121:17, 121:20,
122:9
**breath** [1] - 36:8
**brick** [2] - 7:17, 7:20
**bridal** [1] - 26:6
**brief** [1] - 85:10
**Brief** [1] - 136:21
**briefly** [7] - 2:23,
83:20, 117:23,
124:21, 127:11,
128:16, 187:22
**bring** [13] - 2:20,
119:16, 128:25,
139:20, 139:23,
140:7, 141:1,
141:24, 146:23,
147:5, 152:13,
152:25, 159:10
**bringing** [1] - 163:22
**brochure** [1] - 102:12
**brokerage** [6] - 20:14,
52:1, 56:12, 59:14,
59:18, 66:24
**brought** [1] - 139:16
**Brown** [1] - 168:6
**bucks** [1] - 61:11
**building** [2] - 44:9,
63:4
**built** [1] - 36:4
**bunch** [1] - 49:13
**bureau** [1] - 45:6
**Bureau** [1] - 88:7
**Burlington** [1] -
183:11
**business** [35] - 7:20,
11:12, 11:13, 30:6,
30:8, 30:9, 30:11,
30:15, 30:16, 30:18,
31:3, 36:12, 36:13,
41:25, 43:1, 43:3,
43:12, 43:15, 44:20,
45:3, 55:10, 64:2,
73:6, 75:24, 76:1,
77:3, 82:4, 148:3,
151:11, 151:14,
178:2, 178:9,

182:12, 183:16,
186:17
**businesses** [1] -
186:22
**Busting** [1] - 27:17
**busy** [2] - 28:9, 37:3
**buy** [2] - 133:6, 178:9
**buy.com** [2] - 102:2,
103:16
**Buy.com** [1] - 103:23,
104:2, 104:23,
105:8, 172:21,
172:24, 173:15
**buys** [1] - 136:13
**BWI** [3] - 3:8, 3:13,
118:21
**BY** [43] - 1:15, 1:19,
5:18, 8:6, 19:2,
19:21, 23:9, 23:13,
25:3, 37:10, 41:3,
51:7, 80:24, 85:12,
86:13, 86:19, 88:3,
91:13, 93:1, 105:21,
115:2, 123:9,
125:16, 129:2,
129:19, 132:25,
133:16, 137:2,
139:1, 142:6,
142:12, 144:8,
145:15, 145:21,
146:20, 147:7,
147:25, 153:2,
159:9, 169:2, 174:2,
174:17, 176:4

## C

**C's** [1] - 178:18
**C-1** [3] - 147:6,
168:25, 171:9
**Canada** [1] - 135:15
**Candy** [1] - 113:19
**Cane** [1] - 113:19
**capacities** [1] - 128:1
**capacity** [3] - 182:14,
183:17, 185:2
**Capital** [4] - 150:7,
150:13, 167:12
**capital** [5] - 34:18,
51:16, 55:8, 55:9,
55:11
**capture** [1] - 171:10
**card** [15] - 89:3, 93:12,
93:19, 94:13, 94:17,
94:23, 95:4, 127:17,
151:3, 151:8,
151:15, 151:19,
186:12
**cards** [22] - 91:21,
93:6, 93:7, 93:23,

93:24, 94:9, 94:21,
95:13, 95:14, 95:18,
96:5, 96:11, 96:14,
96:18, 96:22, 96:25,
150:23, 150:25,
151:1, 151:12,
151:14
**Cards-1** [1] - 91:11
**care** [7] - 9:16, 9:24,
10:11, 16:4, 34:22,
36:5, 136:11
**career** [1] - 124:17
**carefully** [1] - 19:25
**cars** [2] - 186:8
**case** [29] - 2:9, 45:4,
49:20, 50:10, 56:8,
57:8, 62:16, 68:18,
68:19, 73:7, 78:20,
84:17, 91:14,
101:20, 120:11,
122:7, 122:9,
122:10, 132:13,
136:7, 136:8,
149:15, 157:15,
166:21, 181:16,
181:23, 186:19,
188:15, 188:19
**CASE** [1] - 1:5
**cases** [1] - 88:19
**cash** [3] - 147:11,
152:7, 177:25
**categories** [2] - 172:6,
172:8
**categorize** [1] - 179:3
**categorized** [2] -
108:22, 172:4
**category** [6] - 172:18,
173:2, 173:3,
173:10, 173:17,
173:18
**cats** [1] - 186:8
**caught** [1] - 18:14
**caused** [2] - 184:2,
184:8
**cc** [1] - 50:20
**CC** [4] - 116:13,
151:23, 162:1
**cc'd** [2] - 85:24, 187:5
**cc'ing** [2] - 62:1, 66:16
**cc-ing** [1] - 50:20
**Center** [1] - 132:3
**Central** [3] - 132:2,
133:2, 134:15
**CEO** [2] - 182:14,
183:17
**certain** [7] - 43:8,
43:13, 46:17, 55:17,
61:23, 102:13, 131:7
**CERTIFICATE** [1] -
192:6

**certify** [1] - 190:5
**cetera** [12] - 52:1,
89:4, 89:15, 102:2,
103:16, 104:2,
104:23, 105:9,
110:21, 172:22,
172:24, 185:16
**CFO** [2] - 6:23, 51:9
**chair** [1] - 35:10
**chance** [1] - 101:21
**change** [6] - 18:7,
77:5, 77:6, 80:7,
80:8, 139:21
**changes** [4] - 120:21,
125:23, 137:8,
137:14
**charge** [2] - 94:24,
128:5
**charged** [12] - 93:11,
94:8, 94:16, 94:17,
94:21, 111:1, 111:4,
111:9, 111:11,
111:23, 112:1, 112:2
**charges** [16] - 93:5,
93:13, 93:16, 93:22,
94:5, 94:6, 94:14,
94:16, 94:18, 95:3,
95:5, 95:12, 95:14,
110:18, 111:8
**Charles** [2] - 149:11,
168:20
**chart** [62] - 8:9, 8:11,
8:14, 8:24, 18:3,
70:14, 70:19, 71:3,
74:16, 74:17, 75:19,
76:9, 77:1, 79:11,
80:4, 93:3, 93:5,
95:21, 97:6, 99:22,
100:25, 101:24,
101:25, 103:7,
103:10, 103:14,
104:1, 104:15,
104:18, 105:25,
107:2, 110:11,
115:20, 149:3,
154:9, 154:12,
159:15, 163:24,
164:23, 164:24,
164:25, 165:23,
166:25, 168:8,
168:10, 169:4,
169:25, 171:9,
171:13, 171:16,
171:22, 172:7,
179:2, 182:7,
182:10, 182:11,
182:15, 183:6,
183:13, 183:20,
184:10
**Chart** [2] - 75:18,

151:9

**Chart-1** [14] - 92:10, 92:12, 92:13, 92:14, 112:7, 146:23, 148:11, 152:9, 163:22, 163:23, 165:21, 170:8

**Chart-1(a** [5] - 92:8, 97:2, 101:14, 101:17, 174:16

**Chart-10** [5] - 92:9, 100:24, 101:13, 101:15, 176:3

**Chart-2** [9] - 92:10, 92:12, 92:13, 152:14, 153:13, 161:12, 166:23, 170:11

**Chart-3(a** [1] - 92:9

**Chart-3(a)** [1] - 93:3

**Chart-6(c** [1] - 78:2

**Chart-6(d** [2] - 92:9, 155:20

**Chart-6(d)** [1] - 92:20

**Chart-7** [6] - 92:9, 101:23, 102:15, 104:5, 104:18, 104:21

**Chart-8** [1] - 92:9

**Chart-8(a** [2] - 171:12, 173:19

**charts** [7] - 76:24, 91:15, 91:17, 91:22, 91:23, 92:8, 179:5

**Chase** [2] - 113:24, 186:5

**check** [3] - 45:7, 110:19, 110:20

**checked** [4] - 55:17, 55:19, 82:18, 156:10

**checking** [1] - 119:25

**CHERRYWOOD** [2] - 1:15, 1:24

**Chevy** [2] - 113:24, 186:5

**Chief** [6] - 6:22, 84:16, 125:17, 125:20, 133:21, 137:21

**child** [1] - 185:17

**children** [3] - 29:14, 29:18, 123:14

**China** [4] - 62:23, 64:3, 174:13, 174:14

**Chinese** [1] - 174:6

**Christen** [1] - 128:9

**chronological** [1] - 78:8

**chronologically** [1] - 160:9

**Cinnamon** [2] - 113:6,

113:17

**circled** [1] - 141:6

**Citi** [3] - 93:7, 124:19, 151:3

**Citi-1** [1] - 90:5

**classified** [5] - 150:17, 151:16, 173:7, 173:8, 173:9

**clean** [1] - 187:21

**clear** [2] - 100:20, 158:22

**clearly** [5] - 5:10, 24:19, 40:13, 87:18, 123:1

**CLERK** [42] - 2:4, 4:17, 4:25, 5:2, 5:8, 5:10, 5:15, 24:8, 24:10, 24:16, 24:19, 24:24, 40:3, 40:5, 40:11, 40:13, 40:18, 40:21, 40:23, 69:7, 69:16, 69:19, 80:14, 87:8, 87:10, 87:16, 87:18, 87:22, 91:7, 92:11, 117:18, 120:24, 121:2, 122:4, 122:15, 122:18, 122:24, 123:1, 123:6, 125:9, 187:11, 190:1

**Client** [1] - 182:19

**client** [16] - 20:4, 43:2, 45:14, 45:18, 45:19, 45:23, 45:24, 46:2, 46:6, 46:9, 46:15, 49:1, 56:3, 58:25, 78:17, 187:2

**clients** [5] - 41:19, 124:4, 124:5, 124:7, 182:23

**cling** [1] - 83:13

**close** [4] - 136:4, 175:8, 186:6, 189:10

**closer** [2] - 20:5, 31:13

**closing** [6] - 35:7, 35:8, 72:22, 119:20, 148:10, 189:12

**closings** [1] - 189:5

**CLPF** [3] - 151:23, 162:1

**cluttered** [1] - 147:20

**co** [2] - 50:2, 50:10

**co-approval** [1] - 50:2

**co-approver** [1] - 50:10

**code** [1] - 129:25

**Coffey** [1] - 183:11

**Cognizant** [1] - 123:25

**collateral** [12] - 44:4,

44:6, 44:9, 44:16, 44:17, 44:21, 49:15, 67:2, 83:18, 83:20, 83:21

**collect** [1] - 48:11

**collected** [1] - 129:23

**collectors** [1] - 136:16

**collects** [1] - 130:2

**college** [1] - 34:23

**Collins** [1] - 168:23

**column** [31] - 93:10, 93:25, 94:6, 94:10, 94:14, 96:9, 102:8, 103:15, 106:4, 107:16, 107:21, 110:25, 111:6, 111:11, 112:15, 156:4, 157:6, 157:8, 157:12, 157:20, 159:22, 159:23, 159:24, 160:2, 160:3, 160:13, 182:18, 182:19, 184:7

**columns** [5] - 110:25, 112:14, 116:7, 159:24, 184:5

**Combined** [1] - 160:13

**combined** [6] - 93:23, 160:25, 162:3, 163:19, 169:23, 171:2

**coming** [17] - 3:11, 3:13, 4:2, 76:19, 78:18, 99:10, 128:17, 128:23, 129:7, 144:23, 150:18, 152:17, 159:16, 159:19, 163:25, 168:11, 172:4

**COMMENCEMENT** [1] - 191:6

**comments** [1] - 56:19

**commerce** [2] - 184:1, 184:3

**commercial** [10] - 41:20, 41:21, 41:22, 41:24, 42:2, 42:5, 42:6, 42:22, 148:3

**communicate** [2] - 10:4, 42:14

**communicated** [2] - 14:22, 15:10

**Communication** [1] - 184:6

**communication** [4] - 34:16, 184:1, 184:3, 184:7

**communications** [2] - 34:15, 48:7

**companies** [6] - 6:13, 124:16, 124:22, 125:8, 126:6, 186:20

**company** [4] - 6:12, 7:9, 7:13, 7:14, 7:24, 9:2, 12:2, 16:22, 18:8, 18:11, 18:16, 19:7, 19:9, 20:22, 22:3, 22:8, 31:20, 34:15, 34:18, 39:15, 51:10, 74:11, 75:9, 76:9, 93:11, 123:19, 123:25, 124:1, 124:21, 126:10, 132:5, 132:13, 137:22, 138:21, 139:14, 143:1, 145:24, 148:4, 150:4, 150:6, 175:10, 177:24, 179:13

**company's** [8] - 33:14, 138:2, 138:9, 138:12, 138:15, 138:16, 138:18, 141:25

**compare** [18] - 13:10, 53:15, 53:20, 54:1, 60:15, 61:7, 66:1, 66:8, 68:1, 101:15, 103:6, 104:5, 104:14, 105:10, 152:5, 170:6, 171:8, 173:17

**compared** [9] - 71:20, 97:8, 102:1, 106:1, 109:8, 109:17, 115:22, 144:18, 144:19

**Compared** [1] - 98:25

**compares** [1] - 115:20

**compile** [1] - 45:11

**compiled** [2] - 44:1, 105:1

**complete** [3] - 59:14, 127:15, 127:17

**complied** [7] - 5:1, 24:9, 40:4, 87:9, 105:16, 122:17, 159:8

**Computer** [1] - 1:22

**Computer-Aided** [1] - 1:22

**concern** [2] - 76:19, 79:19

**concerning** [1] - 71:5

**concerns** [1] - 76:5

**conclude** [1] - 118:9,

181:12

**concluded** [1] - 181:6

**concludes** [4] - 24:1, 87:3, 146:4, 180:7

**concluding** [1] - 180:18

**condition** [4] - 48:18, 118:14, 186:18, 186:22

**conditional** [1] - 80:2

**conditionally** [1] - 79:19

**conditions** [6] - 45:20, 54:16, 54:19, 55:13, 55:15, 56:19

**confer** [1] - 136:19

**conference** [4] - 28:19, 28:20, 180:12, 181:6

**confident** [1] - 74:3

**confirm** [5] - 43:21, 56:22, 156:19, 157:1

**confirmed** [3] - 156:21, 156:23, 156:24

**confusing** [2] - 76:10, 80:10

**conjunction** [1] - 92:3

**connected** [1] - 127:19

**connection** [3] - 148:9, 182:9, 184:24

**Connolly** [2] - 149:8, 183:3

**consider** [2] - 29:23, 78:24

**consist** [1] - 150:6

**consolidate** [1] - 54:16

**consolidated** [1] - 52:22

**consultant** [2] - 26:6, 124:3

**consulting** [2] - 123:19, 123:25

**cont** [1] - 192:2

**contact** [4] - 30:14, 81:9, 127:16, 128:6

**container** [1] - 148:5

**context** [2] - 57:7, 74:6

**contingent** [3] - 56:22, 57:1, 186:3

**continue** [1] - 117:25

**continued** [2] - 59:3, 146:19

**continues** [1] - 184:10

**continuing** [2] - 186:11, 186:15

**continuously** [2] -

99:25, 133:22
**contractor** [1] - 36:6
**contractors** [2] -
125:25, 126:4
**contribution** [1] -
51:17
**conversation** [4] -
13:13, 29:9, 36:24,
66:21
**conversion** [1] -
139:19
**converted** [4] -
128:19, 131:7,
133:7, 133:8
**convertible** [2] - 11:5,
19:6
**copy** [2] - 66:24, 67:4
**Corporate** [1] - 6:10
**Corporation** [1] -
20:15
**correct** [36] - 10:25,
11:3, 11:23, 13:25,
16:9, 19:22, 20:1,
20:6, 28:14, 30:10,
32:7, 32:11, 35:19,
38:24, 39:3, 39:12,
74:13, 76:14, 78:14,
78:15, 81:22, 84:2,
85:3, 85:4, 86:15,
133:13, 134:20,
140:21, 143:13,
158:24, 175:11,
177:6, 178:11,
179:10, 180:13,
190:6
**correlate** [1] - 52:14
**correlation** [1] - 176:5
**correspondence** [5] -
73:1, 73:23, 76:13,
156:21, 164:21
**corresponding** [2] -
42:11, 112:18
**cost** [6] - 107:7,
107:11, 108:11,
108:16, 108:19,
141:21
**costs** [4] - 109:10,
109:15, 109:18,
148:9
**couch** [1] - 120:21
**counsel** [7] - 69:13,
183:22, 184:11,
184:12, 185:7, 185:8
**Counsel** [3] - 121:4,
136:19, 180:11
**count** [5] - 143:9,
143:11, 143:14,
177:24
**country** [1] - 124:8
**County** [2] - 26:10,

26:13
**couple** [7] - 31:17,
45:5, 48:24, 76:5,
84:1, 144:6, 181:8
**course** [7] - 50:15,
73:5, 80:1, 89:16,
124:17, 125:24,
146:16
**Court** [28] - 2:2, 2:3,
2:5, 2:24, 4:18, 5:4,
24:12, 40:7, 69:8,
69:17, 69:20, 70:4,
73:14, 73:19, 77:22,
80:15, 87:12, 90:1,
117:19, 120:25,
121:3, 122:5,
122:20, 187:12,
188:5, 189:4, 190:2,
190:11
**COURT** [142] - 1:1,
1:24, 2:8, 2:15, 2:18,
2:25, 3:11, 3:15,
3:17, 3:22, 4:4, 4:8,
4:10, 4:13, 4:19,
18:25, 23:23, 23:25,
24:5, 37:8, 39:18,
39:20, 39:23, 50:24,
51:4, 51:6, 69:4,
69:9, 69:15, 69:21,
69:25, 70:2, 70:6,
70:10, 70:17, 70:20,
70:24, 71:8, 71:14,
72:4, 72:10, 72:14,
72:19, 72:23, 73:8,
73:12, 73:20, 74:8,
74:14, 74:22, 75:4,
75:13, 75:16, 75:19,
75:21, 76:4, 76:8,
77:4, 77:9, 77:13,
77:17, 77:19, 77:23,
78:5, 78:9, 78:13,
78:16, 78:22, 79:6,
79:10, 79:17, 79:23,
80:10, 80:16, 80:20,
85:8, 86:11, 87:3,
89:21, 89:24, 90:3,
91:12, 92:17, 92:21,
92:24, 105:15,
105:18, 117:14,
117:20, 118:2,
118:7, 118:13,
118:18, 118:24,
119:2, 119:5,
119:12, 119:15,
119:23, 120:3,
120:8, 120:20,
121:4, 121:7,
121:11, 121:22,
122:1, 122:3, 122:6,
136:20, 136:25,
142:5, 144:5,

145:12, 146:3,
146:8, 146:11,
146:16, 159:7,
173:23, 180:4,
180:6, 180:11,
180:13, 180:16,
180:22, 181:2,
181:5, 181:7, 182:4,
184:14, 187:7,
187:13, 187:18,
188:6, 188:12,
188:14, 188:17,
188:22, 189:6,
189:17, 189:24
**court** [2] - 50:25,
121:19
**court's** [1] - 85:9
**Court's** [1] - 79:7
**courthouse** [1] - 3:14
**courtroom** [2] -
121:10, 123:22
**cover** [6] - 65:4, 65:9,
95:15, 110:20,
110:22, 159:20
**covering** [3] - 154:9,
154:10, 165:18
**covers** [1] - 65:10,
95:16, 97:19,
159:21, 165:19
**Cowboys** [4] - 162:14,
165:17, 168:7,
168:19
**coworkers** [1] - 136:9
**CPA** [1] - 6:9
**create** [2] - 83:15,
91:15
**created** [2] - 45:23,
172:6
**creates** [1] - 45:17
**creation** [1] - 125:21
**Credit** [1] - 91:11
**credit** [50] - 45:6,
47:15, 51:24, 57:20,
57:22, 82:18, 82:21,
82:22, 82:25, 83:1,
83:2, 83:3, 83:4,
83:6, 83:14, 83:17,
89:3, 91:21, 93:6,
93:12, 93:18, 93:23,
94:9, 94:12, 94:17,
94:21, 94:23, 95:4,
95:12, 95:13, 95:18,
96:5, 96:11, 96:14,
96:17, 96:22, 96:25,
127:17, 150:23,
150:25, 151:1,
151:3, 151:8,
151:11, 151:14,
151:15, 151:19,
186:12, 186:17

**CRIMINAL** [1] - 1:5
**Criminal** [1] - 2:11
**crippling** [1] - 186:16
**criteria** [1] - 131:7
**Cross** [5] - 191:9,
191:12, 191:15,
191:22, 192:3
**CROSS** [5] - 19:1,
37:9, 80:23, 137:1,
174:1
**cross** [1] - 136:23
**Cross-Examination**
[5] - 191:9, 191:12,
191:15, 191:22,
192:3
**CROSS-**
**EXAMINATION** [5] -
19:1, 37:9, 80:23,
137:1, 174:1
**cross-examination** [1]
- 136:23
**CRR** [2] - 1:23, 190:5
**CSX** [1] - 20:15
**CTO** [1] - 125:19
**CTU** [1] - 125:4
**cumulative** [1] -
174:24
**curing** [1] - 62:8
**current** [3] - 76:15,
186:6, 186:22
**curtailed** [1] - 120:14
**CUST** [1] - 116:13
**Custer** [1] - 2:13
**customer** [8] - 127:12,
128:6, 135:5, 135:7,
135:9, 136:12,
136:13
**customer's** [2] -
135:3, 136:11
**customers** [4] -
128:21, 131:16,
134:3, 144:21

## D

**D.C** [3] - 41:12, 41:15,
46:21
**daily** [2] - 150:19,
160:7
**dark** [5] - 3:23,
119:16, 119:17,
120:10, 180:18
**data** [4] - 45:11, 64:3,
131:11, 160:8
**Date** [5] - 112:15,
113:3, 159:22,
182:19, 184:5
**date** [40] - 8:25, 13:10,
15:11, 15:13, 16:8,
32:8, 32:20, 36:17,

37:5, 47:10, 47:12,
50:22, 52:18, 53:12,
53:14, 54:24, 56:16,
61:19, 72:7, 72:8,
80:7, 80:8, 86:17,
110:25, 115:16,
116:15, 130:22,
152:5, 154:15,
170:3, 170:6, 170:9,
171:6, 171:8,
171:10, 171:11
**dated** [20] - 10:20,
35:18, 54:25, 57:16,
58:18, 59:7, 61:20,
62:19, 63:6, 63:9,
63:17, 63:23, 64:6,
66:14, 67:7, 68:9,
68:21, 102:18,
106:14, 116:2
**Dated** [1] - 190:9
**dates** [6] - 70:25, 78:6,
116:25, 117:1,
160:9, 182:7
**daughter** [1] - 36:4
**daughter-in-law** [1] -
36:4
**daughters** [1] - 123:15
**DAWN** [2] - 1:6, 191:3
**Dawn** [84] - 2:10, 2:17,
6:16, 6:18, 6:21,
6:23, 7:6, 7:12, 9:16,
10:9, 14:3, 16:2,
16:15, 16:21, 16:24,
18:10, 18:14, 20:4,
20:8, 20:12, 20:19,
20:21, 20:24, 21:2,
21:17, 21:19, 22:8,
27:13, 27:15, 28:9,
32:17, 32:24, 46:3,
46:6, 47:22, 50:18,
51:12, 52:25, 54:1,
54:2, 54:9, 56:8,
57:9, 57:10, 57:11,
59:5, 59:13, 59:21,
61:18, 62:5, 62:23,
64:3, 68:12, 71:16,
72:17, 75:11, 88:22,
96:10, 97:25, 98:1,
98:24, 113:16,
115:22, 116:12,
116:14, 116:16,
116:19, 150:23,
150:25, 152:2,
157:18, 158:19,
162:19, 164:7,
166:2, 171:20,
182:13, 182:23,
183:16, 184:21,
185:22, 187:5
**Dawn's** [1] - 28:16

**DAY** [2] - 1:6, 191:2
**day-to-day** [1] - 55:11
**days** [9] - 13:13, 15:5, 15:6, 26:13, 35:7, 74:8, 143:20, 151:4, 151:7
**DC** [1] - 1:20
**DCP** [14] - 114:14, 115:10, 146:25, 147:11, 147:21, 148:14, 148:15, 152:6, 152:8, 161:6, 161:8, 164:5, 172:11, 177:10
**DCP-1** [2] - 147:22, 147:23
**DeAgazio** [1] - 102:18
**deal** [2] - 3:24, 127:6
**dealing** [1] - 36:6
**dealings** [1] - 37:13
**dealt** [1] - 81:6
**Dear** [1] - 33:21
**Debra** [1] - 124:6
**debt** [5] - 138:22, 177:24, 186:2, 186:3, 186:12
**December** [29] - 12:18, 64:4, 65:7, 65:10, 102:2, 102:5, 106:3, 106:21, 106:23, 117:1, 130:22, 158:22, 159:21, 161:19, 167:2, 167:5, 167:9, 167:10, 167:16, 167:18, 167:22, 167:25, 168:2, 168:3, 168:5, 168:6, 185:12
**decent** [1] - 83:3
**decide** [3] - 31:19, 36:13, 45:15
**decided** [6] - 6:22, 20:14, 20:15, 30:1, 34:20, 35:5
**decision** [2] - 17:21, 45:12
**decisions** [3] - 29:5, 38:4, 42:8
**decline** [1] - 45:13
**decrease** [3] - 101:5, 140:3, 140:4
**decreased** [4] - 99:25, 140:13, 140:19, 144:22
**decreases** [1] - 98:23
**decreasing** [1] - 101:18
**deep** [1] - 14:10
**default** [14] - 44:7,

48:15, 48:17, 48:18, 48:22, 48:23, 49:1, 61:14, 61:22, 62:8, 62:9, 62:14, 62:15, 68:9
**defendant** [3] - 2:17, 79:22, 184:21
**Defendant** [1] - 1:7
**DEFENDANT** [1] - 1:17
**DEFENDANT'S** [1] - 123:7
**defending** [1] - 186:20
**DEFENSE** [1] - 191:20
**Defense** [10] - 128:25, 134:10, 138:25, 139:23, 140:7, 141:1, 141:24, 141:25, 142:13, 143:5
**defense** [9] - 2:22, 79:25, 117:23, 122:14, 183:22, 184:12, 185:8, 188:19, 189:23
**defined** [1] - 148:6
**degenerative** [1] - 10:13
**Degree** [1] - 88:21
**demand** [2] - 48:25, 61:14
**dementia** [2] - 9:23, 10:13
**DENNIS** [1] - 1:19
**Dennis** [1] - 2:16
**department** [1] - 45:17
**Department** [4] - 26:3, 26:5, 26:11, 26:14
**departure** [1] - 118:21
**deposit** [2] - 99:13, 156:9
**deposited** [4] - 75:10, 154:1, 154:23, 165:7
**deposits** [11] - 75:12, 100:25, 101:5, 101:6, 101:7, 105:5, 158:21, 173:6, 176:7, 176:14, 184:8
**deprived** [1] - 18:10
**DEPUTY** [42] - 2:4, 4:17, 4:25, 5:2, 5:8, 5:10, 5:15, 24:8, 24:10, 24:16, 24:19, 24:24, 40:3, 40:5, 40:11, 40:13, 40:18, 40:21, 40:23, 69:7, 69:16, 69:19, 80:14, 87:8, 87:10, 87:16, 87:18, 87:22, 91:7, 92:11, 117:18,

120:24, 121:2, 122:4, 122:15, 122:18, 122:24, 123:1, 123:6, 125:9, 187:11, 190:1
**Dermatology** [2] - 95:8, 95:12
**Derrane** [1] - 79:20
**Derrick** [1] - 128:7
**describe** [2] - 9:9, 41:18
**described** [1] - 182:10
**description** [1] - 104:4
**Description** [1] - 184:6
**descriptions** [2] - 104:14, 183:8
**Descriptions** [1] - 184:7
**design** [1] - 126:10
**desk** [1] - 28:13
**detail** [6] - 37:18, 44:13, 76:24, 78:1, 147:12, 147:15
**details** [3] - 37:14, 37:16, 127:16
**determination** [1] - 99:18
**determine** [4] - 44:13, 45:7, 49:1, 99:10
**determining** [1] - 50:12
**devastating** [1] - 15:7
**Diane** [6] - 165:24, 166:1, 166:6, 168:12, 169:12, 170:15
**difference** [6] - 109:11, 109:14, 109:15, 109:24, 110:3, 110:4
**different** [11] - 27:9, 45:14, 52:13, 61:8, 76:22, 108:22, 112:22, 126:21, 126:22, 127:25, 128:1, 128:18, 129:12, 133:19
**digits** [1] - 96:8
**dime** [1] - 10:10
**dipped** [1] - 98:16
**dire** [1] - 188:18
**direct** [1] - 30:14
**DIRECT** [6] - 5:17, 25:2, 41:2, 88:2, 123:8, 146:18
**Direct** [6] - 191:9, 191:12, 191:15, 191:19, 191:22, 192:2

**directed** [1] - 144:23
**direction** [1] - 185:2
**directly** [7] - 3:13, 72:25, 106:9, 112:17, 116:10, 144:21, 175:18
**disagree** [1] - 73:21
**disbursed** [1] - 86:23
**discover** [1] - 158:1
**discrepancies** [1] - 109:3
**discrepancy** [2] - 109:5, 109:6
**discuss** [9] - 9:4, 9:7, 9:11, 9:14, 10:14, 29:6, 62:11, 180:22, 188:17
**discussed** [1] - 151:2
**discussing** [3] - 92:1, 101:15, 117:23
**discussion** [2] - 92:16, 92:18
**disease** [3] - 9:22, 10:1, 10:13
**dismissing** [1] - 181:25
**displayed** [1] - 103:11
**dispute** [2] - 77:13, 77:15
**disregarded** [2] - 178:13, 178:20
**DISTRICT** [3] - 1:1, 1:1, 1:10
**District** [2] - 2:5
**dividend** [1] - 185:17
**DIVISION** [1] - 1:2
**DJ** [10] - 20:24, 128:1, 128:10, 129:7, 129:8, 132:3, 132:13, 133:25, 134:8, 144:23
**DJ.com** [1] - 126:17
**DJB** [113] - 7:9, 7:11, 8:21, 8:25, 32:10, 32:14, 34:2, 46:8, 46:21, 47:22, 55:2, 57:12, 61:16, 64:13, 66:10, 66:25, 67:12, 68:11, 71:17, 73:24, 75:9, 75:10, 75:24, 76:2, 76:15, 79:6, 86:3, 91:19, 96:13, 96:16, 96:20, 97:7, 97:9, 97:11, 97:15, 98:3, 98:21, 100:12, 100:18, 101:16, 104:25, 105:7, 106:2, 106:19, 106:22, 108:1, 110:13, 111:4,

114:9, 114:11, 114:18, 115:5, 115:9, 115:12, 116:14, 147:14, 147:17, 148:15, 151:16, 151:19, 152:17, 153:15, 153:17, 153:19, 153:23, 153:24, 154:1, 155:4, 155:7, 155:9, 155:12, 155:16, 156:1, 157:17, 159:16, 160:16, 161:5, 161:16, 162:11, 163:2, 163:12, 163:25, 164:3, 164:11, 165:1, 165:4, 165:8, 166:11, 167:5, 168:1, 168:11, 168:13, 169:6, 170:14, 170:24, 171:20, 172:24, 174:9, 174:22, 175:17, 177:24, 178:13, 178:22, 179:25, 182:8, 182:12, 182:14, 183:12, 183:15, 183:17, 184:25, 185:11
**DJBennett** [11] - 84:20, 102:21, 125:15, 134:13, 134:16, 134:18, 135:6, 136:6, 143:1, 144:17, 151:24
**DJBennett's** [1] - 134:16
**DJBennett.com** [29] - 8:15, 10:8, 12:13, 13:10, 15:14, 16:16, 18:4, 19:3, 33:13, 84:13, 124:24, 125:1, 125:21, 126:14, 127:23, 129:23, 134:1, 136:3, 137:5, 139:4, 139:9, 140:8, 143:24, 145:17, 145:24, 177:1, 179:25, 182:13, 183:16
**doctor** [2] - 15:1, 35:3
**document** [30] - 11:11, 39:2, 46:16, 47:18, 48:5, 53:6, 54:14, 54:15, 55:13, 56:13, 60:17, 72:16,

72:19, 86:14, 86:16, 86:17, 86:20, 102:24, 107:18, 129:10, 129:20, 129:21, 130:21, 131:10, 131:15, 131:25, 133:17, 134:22, 184:22, 186:1

**documentation** [6] - 45:16, 56:11, 173:6, 177:18, 177:21, 178:6

**documents** [31] - 11:6, 43:5, 43:8, 43:10, 43:13, 43:14, 43:18, 43:21, 45:18, 45:22, 45:24, 46:15, 55:20, 56:1, 56:2, 56:3, 72:24, 73:9, 82:24, 83:1, 89:3, 89:14, 91:21, 134:11, 134:18, 150:10, 156:6, 166:20, 185:5, 185:25

**Documents** [1] - 184:19

**dog** [1] - 75:20

**dollar** [2] - 98:13, 157:16

**dollars** [2] - 54:5, 141:22

**Don** [3] - 12:7, 12:9, 13:25

**Don's** [3] - 14:16, 17:6, 17:19

**done** [18] - 3:23, 21:23, 35:4, 48:19, 63:1, 82:2, 82:12, 82:14, 82:15, 120:5, 126:21, 129:24, 174:19, 180:13, 180:14, 180:17, 188:22, 189:18

**door** [1] - 28:8

**doubled** [1] - 29:16

**doubt** [2] - 37:2, 76:4

**down** [23] - 14:10, 24:2, 30:3, 33:21, 51:1, 52:20, 72:2, 76:11, 80:3, 95:7, 107:7, 108:11, 125:9, 125:10, 135:11, 135:23, 140:5, 140:15, 140:16, 144:11, 156:23, 159:1, 180:8

**downsizing** [1] - 34:21

**draft** [1] - 13:23

**Dragon** [3] - 96:24, 182:13, 183:16

**drawn** [1] - 182:8

**drug** [1] - 6:12

**duct** [2] - 15:2, 15:5

**due** [5] - 20:9, 110:19, 158:6, 158:10, 159:3

**duration** [2] - 130:6, 130:15

**during** [23] - 28:3, 29:9, 37:2, 73:5, 76:13, 78:18, 89:16, 96:17, 96:21, 98:4, 98:18, 99:3, 99:4, 99:6, 99:14, 100:14, 105:11, 112:11, 124:17, 129:23, 132:19, 156:11

**duties** [2] - 42:11, 50:12

### E

**Eagle** [11] - 54:13, 64:23, 90:6, 92:9, 92:10, 166:23, 168:25, 170:8, 170:11, 171:9

**Eagle-1(a** [1] - 90:6

**Eagle-1(c** [1] - 90:6

**Eagle-1(d** [1] - 90:6

**Eagle-1(d.1** [1] - 90:7

**Eagle-1(d.2** [1] - 90:7

**Eagle-1(e** [1] - 90:7

**Eagle-1(f** [1] - 90:7

**Eagle-2(a)(11** [1] - 68:8

**Eagle-2(a)(12** [1] - 68:14

**Eagle-2(a)(5)** [1] - 61:12

**Eagle-2(a)(8** [1] - 66:13

**Eagle-3(g** [1] - 57:14

**Eagle-3(h** [3] - 60:12, 60:16, 60:25

**Eagle-3(h)** [1] - 59:6

**Eagle-3(i** [1] - 58:17

**Eagle-3(j)** [1] - 61:25

**Eagle-3(k)** [1] - 63:8

**Eagle-3(l** [2] - 65:3, 66:5

**Eagle-3(l)** [1] - 64:6

**Eagle-3(p** [2] - 67:6, 68:5

**Eagle-3(p)** [1] - 85:19

**EagleBank** [44] - 3:5, 41:7, 41:8, 41:10, 41:18, 43:1, 46:25,

47:1, 49:21, 51:22, 68:20, 80:25, 81:1, 96:16, 97:17, 115:12, 115:24, 116:1, 116:5, 147:14, 148:15, 148:19, 151:5, 152:10, 152:15, 153:25, 154:2, 154:3, 154:6, 154:13, 154:17, 155:9, 155:10, 155:13, 155:14, 155:17, 167:17, 167:20, 168:11, 169:6, 169:12, 169:14, 170:14, 172:13

**EagleBank-2(a)(1)** [1] - 46:10

**EagleBank-3(d)** [1] - 50:16

**early** [3] - 77:8, 143:23, 181:25

**Early** [1] - 71:7

**earned** [1] - 176:16

**earnings** [1] - 185:14

**easel** [2] - 105:14, 146:13

**easily** [2] - 31:8, 118:5

**easy** [1] - 187:23

**Eccleston** [2] - 149:12, 168:20

**economists** [1] - 29:8

**economy** [1] - 30:2

**education** [1] - 29:19

**eight** [2] - 41:16, 186:25

**either** [15] - 3:6, 31:14, 42:1, 42:15, 48:20, 49:18, 54:20, 72:11, 72:12, 73:1, 73:23, 156:8, 157:17, 177:7, 182:25

**electronically** [2] - 37:18, 75:14

**Eleven** [1] - 158:13

**Elliott** [1] - 149:9

**email** [95] - 10:20, 10:23, 10:25, 11:1, 12:4, 12:11, 13:13, 13:21, 14:1, 14:13, 14:15, 14:17, 14:21, 14:23, 15:10, 15:11, 15:17, 17:1, 17:3, 17:14, 17:16, 18:1, 18:5, 26:16, 26:18, 26:20, 26:22, 26:25, 27:2, 27:4, 27:8, 27:9, 27:11, 30:22,

32:17, 32:18, 33:16, 33:24, 35:16, 36:2, 38:2, 42:15, 42:16, 42:17, 42:18, 42:20, 50:18, 51:13, 51:18, 57:15, 57:24, 57:25, 58:4, 58:18, 59:7, 60:17, 62:1, 62:25, 63:6, 63:9, 63:17, 63:23, 64:6, 66:14, 66:19, 67:6, 67:9, 71:21, 73:7, 85:20, 92:4, 102:13, 102:17, 103:3, 103:13, 106:11, 106:13, 125:8, 135:2, 135:3, 135:5, 135:9, 135:21, 163:5, 163:8, 163:16, 163:17, 184:21, 184:22

**emailed** [2] - 49:19, 102:13

**emailing** [1] - 75:23

**emails** [28] - 38:1, 50:11, 50:13, 50:14, 50:15, 62:24, 72:2, 72:12, 72:14, 72:15, 73:6, 73:13, 73:15, 73:18, 74:4, 75:11, 75:23, 79:21, 84:24, 89:3, 89:14, 99:16, 150:11, 156:17, 156:20, 157:2, 163:4, 163:5

**employed** [4] - 88:6, 88:7, 123:18, 123:24

**employees** [1] - 6:25

**employment** [1] - 26:13

**encourage** [1] - 35:4

**encumbered** [1] - 186:2

**encumbrances** [1] - 67:3

**end** [13] - 36:21, 67:16, 68:1, 120:20, 120:23, 125:2, 125:7, 127:18, 132:4, 134:12, 134:13, 139:4, 140:9

**ended** [1] - 179:23

**ending** [20] - 11:18, 97:16, 97:17, 97:18, 106:20, 106:23, 116:17, 153:16, 153:25, 155:5, 159:17, 160:11, 162:11, 163:3,

163:12, 166:8, 166:10, 170:14, 176:12

**ends** [1] - 39:23

**engage** [1] - 48:7

**engaged** [1] - 20:23

**enjoy** [1] - 117:16

**entered** [1] - 73:4

**enthusiasm** [1] - 30:13

**enthusiastic** [3] - 22:3, 22:5, 22:6

**entire** [4] - 58:13, 66:19, 78:1, 141:14

**entirety** [1] - 72:22

**entities** [2] - 112:13, 115:22

**entitled** [2] - 177:5, 190:7

**entity** [4] - 46:9, 49:14, 178:13, 178:20

**entry** [1] - 95:7

**equal** [2] - 108:15, 109:22, 157:25

**equipment** [3] - 7:16, 30:15, 126:15

**equity** [5] - 13:7, 60:4, 60:6, 60:25, 83:12

**ERIN** [1] - 1:15

**Erin** [2] - 2:12, 25:5

**essentially** [3] - 71:13, 108:21, 176:16

**establish** [1] - 41:21

**estate** [8] - 83:7, 83:8, 83:9, 83:12, 83:16, 83:18, 83:19, 83:21

**estimated** [1] - 4:4

**et** [12] - 52:1, 89:3, 89:15, 102:2, 103:16, 104:2, 104:23, 105:9, 110:21, 172:21, 172:24, 185:16

**evaluation** [1] - 82:1

**evening** [1] - 4:20

**event** [2] - 44:7, 44:11

**eventually** [2] - 68:23, 85:4

**evidence** [18] - 5:4, 24:12, 40:7, 64:25, 71:5, 73:4, 73:9, 73:11, 73:22, 74:3, 77:20, 87:12, 91:9, 122:20, 150:14, 159:11, 170:2, 171:5

**exactly** [6] - 62:15, 76:24, 82:22, 84:23, 84:24, 179:17

**examination** [1] - 136:23

**EXAMINATION** [15] - 5:17, 19:1, 25:2, 37:9, 41:2, 80:23, 85:11, 86:12, 88:2, 123:8, 137:1, 144:7, 145:14, 146:18, 174:1

**Examination** [15] - 191:9, 191:9, 191:12, 191:12, 191:15, 191:15, 191:16, 191:16, 191:19, 191:22, 191:22, 191:23, 191:23, 192:2, 192:3

**example** [2] - 139:13, 149:8

**exceed** [1] - 159:18

**exceeded** [3] - 93:17, 93:24, 169:8

**exceeding** [2] - 93:13, 161:17

**exceeds** [1] - 100:3

**Excel** [1] - 160:8

**excellent** [4] - 17:24, 134:2, 134:6, 186:18

**exception** [3] - 58:8, 92:18, 125:14

**exchanged** [1] - 50:15

**excited** [3] - 13:4, 30:6, 181:24

**exciting** [1] - 180:15

**exclude** [3] - 121:17, 121:20, 187:19

**excuse** [1] - 138:6

**excused** [5] - 24:4, 40:1, 87:6, 146:7, 180:10

**Excused....................
..................** [5] - 191:10, 191:13, 191:17, 191:24, 192:3

**exercise** [1] - 30:15

**Exhibit** [101] - 8:3, 10:19, 14:4, 15:16, 23:8, 23:11, 23:12, 32:1, 32:16, 33:15, 36:15, 53:8, 53:14, 54:11, 54:13, 57:14, 58:17, 59:6, 60:12, 60:13, 60:16, 60:18, 60:24, 61:4, 61:12, 64:5, 64:22, 64:23, 64:24, 65:2, 65:23, 65:25, 66:5, 66:9, 66:13, 68:2, 68:3, 68:5, 68:8, 68:14, 85:19, 90:5, 93:3, 97:2, 100:24,

101:23, 102:17, 102:24, 103:20, 104:5, 104:6, 104:8, 104:9, 104:17, 104:21, 106:13, 108:2, 110:9, 112:7, 112:19, 113:9, 114:24, 115:18, 128:25, 129:18, 130:21, 131:9, 133:15, 134:10, 138:25, 139:23, 140:7, 141:1, 141:24, 141:25, 142:13, 143:5, 144:9, 145:5, 147:6, 152:14, 152:25, 155:20, 159:11, 161:12, 165:21, 166:23, 168:24, 170:2, 170:4, 170:8, 170:11, 171:5, 171:9, 171:12, 173:11, 173:12, 173:19, 182:5, 184:22

**exhibit** [24] - 52:7, 70:23, 79:20, 89:24, 90:1, 92:17, 92:19, 106:19, 112:8, 112:21, 129:3, 131:21, 132:23, 135:14, 140:7, 142:4, 142:19, 143:4, 144:24, 145:2, 145:20, 153:6, 155:21, 185:21

**exhibits** [6] - 69:24, 89:25, 153:3, 184:15, 185:3, 185:9

**Exhibits** [1] - 185:6

**expect** [2] - 46:1, 189:8

**expecting** [1] - 79:24

**expedite** [1] - 48:10

**expense** [2] - 108:21, 136:14

**expenses** [13] - 107:8, 107:13, 108:12, 108:14, 108:17, 108:20, 109:11, 109:16, 109:18, 109:22, 138:10, 147:19, 148:9

**experience** [3] - 134:3, 136:7, 136:12

**expert** [5] - 3:24, 121:17, 121:18, 121:25, 188:17

**explain** [9] - 21:2, 42:25, 118:11, 121:11, 124:16, 127:11, 129:21, 144:10, 144:14

**explaining** [1] - 120:9

**Express** [10] - 93:7, 105:8, 151:2, 151:15, 151:19, 164:9, 164:12, 167:24, 168:1, 173:9

**extend** [2] - 46:1, 55:16

**extending** [1] - 42:9

**extensive** [1] - 120:7

**extent** [2] - 79:19, 119:25

**extra** [1] - 120:21

### F

**facility** [3] - 6:3, 9:25, 10:3

**facing** [1] - 17:19

**fact** [3] - 10:9, 44:19, 75:9

**factor** [1] - 140:21

**facts** [2] - 187:1, 187:3

**failed** [1] - 186:21

**Fairfax** [5] - 25:16, 25:17, 26:10, 26:13, 32:6

**fall** [2] - 30:5, 76:20

**falling** [1] - 77:11

**familiar** [17] - 27:13, 46:3, 46:5, 46:8, 50:4, 88:22, 114:1, 114:3, 129:3, 152:21, 152:23, 161:8, 164:17, 164:20, 166:16, 166:19, 166:20

**family** [1] - 73:17

**far** [8] - 25:11, 42:20, 75:3, 77:2, 83:4, 83:18, 88:20, 134:8

**fashion** [3] - 80:6, 81:17, 187:21

**fast** [1] - 30:4

**fast-forwarding** [1] - 30:4

**faster** [1] - 181:13

**favor** [1] - 68:20

**FBI** [3] - 2:14, 3:8, 88:8

**FBO** [1] - 116:14

**FCRR** [2] - 1:23, 190:5

**February** [7] - 33:17, 53:2, 53:13, 59:23, 68:9, 106:14, 184:20

**Federal** [2] - 88:7, 190:11

**FEDERAL** [1] - 1:24

**federal** [2] - 148:7, 186:15

**fees** [14] - 110:12, 110:16, 110:17, 111:1, 111:4, 111:6, 111:11, 111:13, 111:15, 111:23, 112:1, 148:9

**feet** [1] - 34:25

**felt** [1] - 31:8

**Felt** [1] - 71:6

**few** [6] - 112:14, 151:4, 151:6, 184:5, 186:14, 186:18

**Fidelity** [2] - 170:2, 170:4

**Fidelity-7** [1] - 171:5

**field** [3] - 124:9, 124:12, 137:14

**fifteen** [2] - 35:2, 189:15

**fifth** [1] - 20:17

**Fifty** [1] - 25:24

**Fifty-one** [1] - 25:24

**figure** [11] - 11:24, 66:6, 66:8, 67:25, 68:1, 68:3, 68:4, 107:1, 108:7, 157:16, 159:2

**figures** [4] - 61:7, 103:9, 103:10, 103:11

**filed** [3] - 121:16, 186:16

**files** [5] - 59:2, 149:20, 149:21, 149:23

**fill** [1] - 143:1

**filled** [4] - 52:11, 52:12, 142:23

**final** [3] - 13:23, 17:21, 128:10

**finally** [1] - 35:5

**finances** [1] - 137:22

**Financial** [10] - 6:22, 27:17, 84:16, 101:2, 116:13, 116:22, 176:6, 176:13, 176:17, 182:24

**financial** [29] - 30:20, 30:23, 42:7, 43:3, 43:4, 43:16, 44:12, 44:13, 45:6, 49:13, 52:9, 52:13, 71:16, 77:2, 83:11, 84:7, 85:16, 88:18, 89:2, 89:7, 89:20, 89:21, 91:19, 102:12,

138:23, 157:15, 186:18, 186:21, 186:22

**financials** [3] - 45:4, 63:12, 75:24

**financing** [12] - 42:1, 114:7, 114:9, 149:25, 150:2, 150:3, 150:5, 150:17, 167:11, 167:13, 172:15, 172:16

**fine** [6] - 20:20, 69:4, 79:23, 80:9, 119:8, 119:9

**finish** [3] - 63:5, 119:10, 120:4

**finish.com** [1] - 129:9

**FINRA** [2] - 124:19, 182:25

**firm** [1] - 182:17

**Firm** [2] - 182:18, 187:4

**firms** [7] - 182:6, 182:9, 182:21, 183:3, 183:7, 183:10, 183:15

**first** [41] - 5:12, 6:20, 7:11, 8:24, 8:25, 11:17, 17:3, 17:16, 20:1, 24:21, 27:15, 29:1, 31:13, 40:15, 40:21, 64:4, 68:2, 87:20, 94:19, 99:24, 106:4, 112:15, 113:5, 123:3, 123:4, 124:9, 124:11, 124:13, 134:21, 142:16, 142:21, 148:1, 169:10, 171:24, 171:25, 179:1, 179:3, 179:8, 182:23, 185:22, 189:5

**First** [6] - 96:20, 97:15, 159:16, 160:2, 160:6, 176:11

**firsthand** [1] - 187:3

**five** [12] - 15:5, 16:14, 67:13, 86:7, 92:10, 127:25, 128:2, 147:6, 148:11, 180:24, 185:19, 186:11

**flashed** [1] - 184:17

**flat** [1] - 130:13

**flight** [4] - 3:7, 3:12, 118:3, 118:22

**flights** [2] - 119:25, 188:8

**float** [1] - 132:3
**Florida** [1] - 5:22
**flow** [2] - 149:24, 150:22
**focus** [2] - 122:1, 174:18
**focused** [1] - 136:12
**focusing** [2] - 100:7, 100:23
**folks** [1] - 126:7
**follow** [2] - 84:18, 147:20
**followed** [1] - 84:22
**following** [8] - 34:14, 70:11, 74:10, 123:21, 182:8, 182:9, 183:14, 183:25
**follows** [4] - 143:5, 182:7, 183:2, 184:20
**FOR** [6] - 1:1, 1:13, 1:17, 191:7, 191:20, 192:1
**foregoing** [2] - 187:1, 190:6
**foreign** [2] - 174:6, 184:1
**Forensic** [2] - 88:15, 88:16
**forensic** [3] - 3:9, 88:9, 88:21
**foresight** [1] - 181:19
**form** [2] - 52:8, 54:17
**format** [1] - 52:14
**formed** [1] - 76:16
**forth** [1] - 45:14
**forty** [1] - 162:17
**forums** [1] - 126:5
**forward** [3] - 52:2, 63:16, 67:3
**forwarding** [1] - 30:4
**foundation** [6] - 70:23, 74:15, 79:1, 79:10, 79:12, 79:13
**four** [18] - 20:12, 29:14, 35:10, 51:23, 52:9, 56:13, 62:23, 73:16, 96:8, 106:19, 108:13, 108:16, 110:25, 116:7, 120:13, 149:13, 182:15, 183:10
**fourth** [1] - 186:1
**Fox** [2] - 161:23, 162:4
**fractured** [1] - 34:23
**frankness** [1] - 30:13
**FRB** [1] - 92:10
**FRB-1(a** [1] - 90:7
**FRB-1(b** [1] - 90:8
**FRB-1(b.1** [1] - 90:8

**FRB-1(b.2** [1] - 90:8
**FRB-1(b.3** [1] - 90:8
**FRB-1(c** [1] - 90:8
**FRB-1(d** [1] - 90:9
**FRB-1(e** [1] - 90:9
**FRB-1(e)** [1] - 32:1
**FRB-1(e.1** [1] - 90:9
**FRB-1(f** [1] - 90:9
**FRB-1(g** [1] - 90:9
**FRB-1(h** [1] - 90:9
**FRB-2(a** [1] - 90:10
**FRB-2(b** [1] - 90:10
**FRB-2(c** [1] - 90:10
**FRB-2(d** [1] - 90:10
**FRB-2(e** [1] - 90:10
**FRB-3(a** [1] - 90:10
**FRB-3(b** [1] - 90:11
**FRB-3(c** [1] - 90:11
**FRB-3(d** [1] - 90:11
**FRB-3(e** [1] - 90:11
**FRB-4(a** [1] - 90:11
**FRB-4(b** [1] - 90:11
**FRB-4(c** [1] - 90:12
**FRB-4(d** [1] - 90:12
**FRB-5(a** [1] - 90:12
**FRB-5(b** [1] - 90:12
**FRB-5(c** [1] - 90:12
**FRB-5(d** [1] - 90:12
**FRB-6** [1] - 90:13
**FRBC-1** [1] - 159:11
**free** [7] - 24:2, 39:23, 87:4, 146:5, 180:8, 181:14, 187:8
**frequently** [1] - 186:7
**Friday** [13] - 3:20, 33:16, 118:23, 119:11, 119:13, 119:18, 119:20, 181:16, 187:9, 188:5, 188:7, 188:20, 189:4
**friend** [3] - 20:4, 21:19, 29:3
**friendship** [1] - 21:4
**frivolously** [1] - 29:15
**front** [11] - 8:7, 28:8, 28:13, 32:2, 34:12, 86:20, 127:5, 129:4, 142:13, 143:10, 143:16
**fulfilled** [1] - 134:4
**fulfillment** [1] - 134:9
**full** [26] - 4:9, 5:11, 23:14, 24:20, 40:14, 40:16, 48:25, 66:1, 66:9, 68:23, 68:24, 74:11, 85:2, 85:4, 87:19, 113:10, 113:21, 123:2, 158:12, 177:2,

177:8, 178:3, 181:15, 187:10, 188:23
**fully** [1] - 177:7
**Fulton** [3] - 161:6, 161:8, 164:6
**function** [3] - 41:19, 127:7, 127:9
**functioning** [1] - 126:8
**functions** [1] - 138:24
**fund** [2] - 110:12, 111:3
**Funding** [1] - 188:9
**funding** [1] - 148:6
**funds** [18] - 17:7, 42:10, 46:1, 57:23, 57:24, 58:1, 110:15, 110:16, 110:20, 111:15, 111:23, 111:25, 165:25, 171:17, 178:2, 179:3, 183:12, 183:25
**furthered** [1] - 74:9
**future** [1] - 10:5

**G**

**gaining** [1] - 39:9
**gall** [1] - 14:24
**Gem** [1] - 95:2
**general** [4] - 143:5, 182:20, 182:25, 183:8
**General** [1] - 184:6
**generally** [3] - 42:25, 91:17, 181:13
**generated** [2] - 135:10, 135:21
**gentlemen** [8] - 69:21, 80:16, 117:15, 117:20, 122:6, 181:7, 184:15, 187:8
**Georgetown** [2] - 166:14, 166:16
**gift** [1] - 136:14
**Gildin** [2] - 182:21, 183:18
**given** [3] - 127:25, 134:2, 138:16
**global** [1] - 20:9
**gloves** [1] - 141:12
**GMA** [3] - 150:6, 150:11, 167:12
**goals** [2] - 17:12, 29:10
**goods** [8] - 107:7, 107:11, 108:11, 108:16, 108:19,

109:10, 109:15, 109:18
**Google** [7] - 129:11, 129:15, 129:24, 130:2, 133:18, 144:11
**government** [23] - 2:9, 4:21, 4:23, 19:19, 20:17, 23:7, 24:5, 70:14, 70:18, 79:1, 79:12, 80:5, 80:17, 90:4, 118:7, 120:17, 136:23, 181:8, 183:22, 184:12, 185:8, 188:15, 189:21
**GOVERNMENT** [2] - 191:7, 192:1
**government's** [5] - 71:10, 73:21, 75:5, 122:9, 188:14
**Government's** [75] - 32:1, 32:16, 33:15, 36:15, 53:8, 53:14, 54:10, 54:13, 57:14, 58:17, 59:6, 60:12, 60:13, 60:15, 60:18, 60:24, 61:4, 61:12, 64:5, 64:22, 64:23, 64:24, 65:2, 65:23, 65:25, 66:5, 66:9, 66:13, 68:2, 68:3, 68:5, 68:8, 68:14, 85:19, 90:5, 93:3, 97:2, 100:24, 101:23, 102:17, 102:24, 103:20, 104:4, 104:6, 104:8, 104:17, 104:20, 106:12, 108:2, 110:9, 112:7, 113:9, 114:23, 115:18, 147:5, 151:9, 152:14, 152:25, 155:20, 159:10, 161:12, 165:21, 166:23, 168:24, 170:2, 170:4, 170:7, 170:11, 171:5, 171:9, 171:12, 173:11, 173:12, 173:19
**GOVERNMENT'S** [5] - 5:16, 25:1, 41:1, 88:1, 146:17
**grand** [2] - 158:14, 158:16, 158:25
**grandchildren** [1] - 29:18
**granted** [1] - 86:24

**graph** [1] - 98:7
**graphics** [1] - 128:8
**great** [6] - 4:15, 39:24, 59:4, 63:5, 87:4, 180:8
**greatly** [1] - 58:15
**GREENBELT** [3] - 1:11, 1:16, 1:25
**Greenberg** [1] - 182:22
**Greg** [1] - 2:12
**GREGORY** [1] - 1:15
**Gremminger** [2] - 187:4
**grew** [1] - 29:16
**Grimaldi** [2] - 106:14, 158:7
**gross** [8] - 34:6, 64:15, 64:18, 64:19, 66:4, 66:6, 66:8, 108:10
**group** [2] - 126:21, 126:22
**Group** [7] - 101:2, 116:13, 116:22, 176:6, 176:13, 176:17, 182:24
**grouping** [2] - 169:10, 170:11
**guarantee** [2] - 58:14
**guaranteed** [2] - 9:17, 33:13
**guarantor** [18] - 44:14, 44:23, 44:24, 45:2, 45:4, 45:8, 49:16, 55:21, 56:7, 56:12, 57:1, 57:6, 57:9, 61:17, 68:12, 113:13, 148:8
**guarantors** [2] - 44:4, 44:11
**guess** [1] - 85:2
**guests** [1] - 29:7
**guy** [1] - 125:5

**H**

**hacking** [1] - 62:25
**half** [9] - 4:6, 29:2, 38:6, 120:6, 141:16, 176:19, 176:24, 188:11, 189:16
**hand** [10] - 4:25, 24:8, 40:3, 87:8, 95:24, 103:12, 122:15, 122:16, 142:23, 143:2
**handle** [1] - 37:14
**handwriting** [1] - 47:23, 56:18

**happy** [3] - 79:15, 80:5, 127:14
**hard** [3] - 4:13, 147:20, 189:7
**Harry** [3] - 164:13, 168:4, 170:22
**hate** [1] - 119:16
**headers** [1] - 182:16
**headquartered** [1] - 41:11
**headquarters** [1] - 124:2
**Health** [2] - 6:10, 156:23
**health** [3] - 17:6, 17:19, 76:9
**healthcare** [1] - 17:8
**hear** [7] - 39:6, 57:19, 70:17, 78:5, 80:1, 115:3, 181:24
**heard** [14] - 7:9, 7:11, 27:17, 62:6, 71:9, 71:11, 72:25, 74:21, 75:7, 76:2, 77:7, 177:18, 177:19, 178:6
**hearing** [1] - 79:2
**heart** [1] - 118:4
**heavily** [2] - 186:2, 186:5
**held** [2] - 66:25, 115:21
**help** [3] - 20:13, 49:2, 99:18
**helped** [1] - 49:25
**hereinafter** [1] - 148:6
**herself** [1] - 186:20
**Hesterberg** [6] - 154:19, 154:24, 165:10, 165:11, 165:12, 167:10
**hi** [1] - 137:4
**high** [10] - 22:9, 114:8, 134:7, 134:8, 150:4, 150:8, 150:15, 150:20, 167:15, 172:15
**High** [1] - 167:12
**higher** [2] - 22:9, 62:17
**highlighted** [5] - 17:23, 59:13, 63:12, 63:21, 66:23
**highly** [2] - 13:6, 58:15
**hired** [4] - 6:23, 126:14, 126:17, 128:3
**hires** [1] - 6:13
**hold** [2] - 43:7, 44:15

**Holding** [3] - 174:9, 177:24, 185:11
**Holdings** [108] - 7:9, 7:11, 8:22, 8:25, 32:10, 32:14, 34:2, 46:8, 46:21, 47:22, 55:2, 57:12, 61:16, 64:13, 66:10, 66:25, 68:11, 71:17, 73:24, 75:9, 75:10, 75:24, 76:2, 76:15, 79:6, 91:20, 96:13, 96:16, 96:20, 97:7, 97:9, 97:11, 97:15, 98:3, 98:22, 100:13, 100:18, 101:16, 104:25, 105:7, 106:2, 106:20, 106:23, 108:1, 110:13, 111:5, 114:9, 114:11, 114:18, 115:5, 115:9, 115:12, 116:14, 147:14, 147:18, 148:15, 151:16, 151:19, 151:24, 152:18, 153:15, 153:17, 153:19, 153:23, 153:24, 154:2, 155:4, 155:8, 155:9, 155:12, 155:16, 156:1, 157:18, 159:16, 160:17, 161:5, 161:16, 162:11, 163:2, 163:12, 163:25, 164:3, 164:11, 165:1, 165:4, 165:8, 166:11, 167:5, 168:1, 168:11, 168:13, 169:7, 170:14, 170:24, 171:20, 172:24, 174:22, 175:18, 178:13, 178:23, 180:1, 182:8, 182:12, 182:14, 183:12, 183:15, 183:17, 184:25
**honestly** [1] - 58:13
**honesty** [1] - 30:13
**Honor** [90] - 2:16, 2:22, 2:23, 4:1, 4:7, 4:24, 18:24, 23:22, 23:24, 24:6, 39:17, 39:19, 69:2, 69:14, 70:5, 70:8, 70:13, 71:4, 71:12, 73:3, 73:10, 74:1, 74:13,

75:2, 75:7, 75:15, 76:23, 77:12, 77:16, 77:24, 78:2, 78:15, 78:21, 79:16, 79:18, 80:8, 80:13, 80:18, 85:7, 87:2, 89:19, 89:22, 92:7, 92:15, 92:20, 105:13, 105:17, 105:20, 117:12, 117:22, 118:11, 118:20, 119:4, 119:11, 119:24, 120:7, 120:18, 120:19, 121:6, 121:10, 121:14, 121:15, 122:13, 136:18, 142:3, 144:6, 145:11, 145:13, 146:2, 146:10, 146:13, 146:15, 159:5, 180:3, 180:5, 180:14, 180:20, 181:4, 184:18, 187:6, 187:15, 187:16, 188:2, 188:3, 188:16, 188:21, 189:2, 189:3, 189:22
**HONORABLE** [1] - 1:10
**Honorable** [6] - 2:6, 69:17, 69:20, 120:25, 121:3, 190:2
**hope** [8] - 3:14, 3:19, 4:20, 12:13, 16:2, 62:5, 62:22, 122:6
**hopefully** [2] - 46:2, 181:19
**hoping** [1] - 189:18
**horizontal** [2] - 96:6, 97:22
**hospital** [2] - 15:3, 15:5
**hour** [7] - 4:6, 120:7, 161:4, 188:10, 188:11, 189:15, 189:16
**hours** [9] - 15:1, 15:7, 31:17, 159:19, 161:18, 169:8, 180:24, 181:1, 186:7
**house** [5] - 34:20, 35:6, 35:14, 36:4, 36:6
**human** [1] - 6:15
**hundred** [2] - 18:18, 145:4
**husband** [20] - 6:2, 7:1, 9:17, 9:22, 10:3,

10:11, 12:10, 14:24, 25:20, 26:7, 26:20, 26:24, 27:6, 28:5, 33:16, 34:22, 35:18, 37:2, 37:15, 38:7
**husband's** [9] - 9:20, 21:5, 25:21, 26:22, 27:3, 27:8, 32:17, 36:2, 38:2

## I

**iCHART-23** [6] - 8:3, 8:7, 13:9, 15:13, 18:3, 18:19
**icons** [1] - 166:15
**ideas** [1] - 29:4
**identical** [1] - 60:19
**identified** [2] - 70:16, 70:22
**identify** [1] - 54:18
**ill** [1] - 15:2
**illness** [3] - 9:17, 9:20, 21:5
**images** [3] - 99:13, 126:6, 156:10
**imagine** [2] - 4:6, 21:24
**immediate** [1] - 50:7
**immediately** [1] - 179:7
**implement** [2] - 6:23, 6:24
**important** [1] - 44:17
**impressive** [1] - 22:25
**improve** [1] - 133:22
**improved** [1] - 137:13
**improvements** [2] - 125:24, 137:12
**IN** [1] - 1:1
**Inc** [5] - 52:21, 71:6, 101:1, 156:24, 176:15
**incapacitated** [1] - 36:3
**incidentally** [1] - 143:23
**inclination** [1] - 189:6
**include** [9] - 89:14, 89:15, 89:16, 114:7, 114:8, 114:11, 175:16, 175:17, 188:8
**included** [3] - 60:17, 160:16, 179:14
**includes** [2] - 78:2, 97:15, 175:21
**including** [2] - 11:13, 78:3
**inclusive** [1] - 78:3

**income** [19] - 11:21, 11:24, 12:1, 34:8, 64:16, 65:12, 65:14, 67:20, 67:22, 106:10, 106:24, 109:20, 109:23, 109:24, 110:4, 138:12, 185:15, 185:17
**incorrect** [1] - 20:20
**increase** [1] - 29:25
**increased** [2] - 99:25, 133:24
**INDEX** [1] - 191:1
**India** [5] - 125:25, 126:4, 126:7, 126:8, 126:10
**indicate** [2] - 94:15, 157:21
**indicates** [3] - 55:20, 76:10, 76:12
**indicating** [2] - 50:24, 51:1
**indication** [1] - 71:23
**indictment** [5] - 76:5, 76:21, 77:10, 78:18, 79:3
**indirectly** [1] - 72:25
**Individual** [1] - 184:5
**individual** [16] - 44:24, 56:7, 72:4, 74:25, 99:23, 149:2, 156:4, 156:13, 157:5, 157:19, 159:16, 169:5, 172:2, 172:3, 175:12, 184:25
**individual's** [1] - 99:19
**individuals** [63] - 70:22, 71:10, 71:18, 72:11, 72:24, 73:16, 75:8, 76:20, 78:10, 79:2, 79:9, 79:14, 79:25, 80:3, 97:9, 99:1, 99:2, 99:4, 99:9, 99:11, 99:19, 100:3, 102:1, 102:13, 105:11, 106:1, 106:5, 106:10, 107:6, 107:17, 108:25, 109:7, 109:12, 109:16, 109:25, 110:5, 114:12, 148:25, 149:6, 149:13, 149:19, 156:8, 156:22, 157:5, 157:7, 158:11, 158:12, 158:17, 159:4,

161:15, 164:22, 169:6, 171:18, 172:5, 172:9, 172:10, 172:12, 172:14, 172:17, 172:25, 173:20, 173:21, 184:9
**Individuals** [2] - 98:25, 102:9
**indulgence** [1] - 85:9
**industry** [3] - 22:19, 55:3, 55:4
**Inez** [1] - 158:7
**Inflow** [1] - 159:23
**inflow** [16] - 99:7, 99:24, 117:8, 147:12, 152:7, 152:17, 154:18, 154:19, 157:23, 158:4, 158:8, 160:22, 160:23, 161:1, 164:25, 165:24
**inflowed** [1] - 174:22
**inflows** [26] - 8:17, 97:6, 98:1, 98:9, 98:21, 99:1, 99:19, 99:23, 100:2, 100:3, 100:7, 101:16, 102:1, 103:15, 104:15, 104:22, 157:8, 158:14, 158:16, 161:15, 173:10, 175:22, 175:24, 179:18, 179:25
**Inflows** [4] - 97:25, 98:24, 98:25, 104:1
**inform** [1] - 6:24
**information** [60] - 5:3, 24:11, 35:11, 40:6, 42:7, 42:8, 43:3, 43:4, 43:23, 43:25, 44:1, 44:3, 44:5, 44:12, 44:13, 45:9, 48:21, 49:13, 49:14, 49:16, 49:17, 49:18, 52:15, 66:22, 76:19, 77:15, 78:25, 84:19, 84:21, 85:16, 87:11, 99:9, 102:11, 102:12, 104:24, 106:7, 106:9, 107:16, 107:17, 108:8, 108:12, 112:15, 112:24, 116:8, 122:19, 156:25, 157:3, 157:4, 157:9, 157:10, 157:13,

157:14, 159:24, 160:3, 160:5, 160:14, 160:15, 173:3, 187:1
**infrastructure** [1] - 125:14
**infusion** [1] - 177:25
**ing** [1] - 50:20
**inheritance** [1] - 31:25
**inherited** [2] - 29:11, 29:17
**initial** [3] - 34:14, 55:22, 55:25
**initials** [1] - 55:24
**insistence** [1] - 16:14
**instance** [7] - 73:17, 78:4, 99:8, 157:22, 160:6, 172:1, 173:9
**Institute** [2] - 95:8, 95:12
**Institution** [1] - 113:1
**instruct** [2] - 189:4, 189:10
**instruction** [2] - 80:3, 181:9
**instructions** [5] - 3:24, 180:24, 187:19, 187:21, 189:7
**instruments** [1] - 184:2
**insufficient** [7] - 110:12, 110:15, 110:16, 111:3, 111:15, 111:22, 111:25
**insurance** [2] - 124:20, 186:12
**intend** [1] - 3:3
**intended** [1] - 118:20
**intends** [1] - 70:14
**intention** [2] - 20:8, 71:10
**interaction** [1] - 127:6
**interchangeably** [1] - 156:25
**interest** [23] - 8:19, 8:20, 9:7, 9:9, 18:20, 18:21, 19:13, 19:14, 36:18, 38:23, 39:5, 39:8, 62:9, 62:14, 62:16, 114:8, 150:4, 150:8, 150:15, 150:21, 167:15, 172:15, 185:17
**interested** [2] - 13:4, 38:18
**interesting** [1] - 29:4
**Internal** [1] - 185:4
**International** [14] -

52:21, 53:15, 53:20, 53:21, 53:25, 54:1, 54:9, 59:19, 101:1, 115:21, 115:23, 116:10, 176:7, 176:15
**internationally** [1] - 29:8
**internationally-known** [1] - 29:8
**Internet** [2] - 21:12, 39:14
**internetting** [1] - 181:22
**interstate** [3] - 183:24, 184:1, 184:3
**introduce** [5] - 73:8, 73:15, 73:18, 73:19, 79:21
**inventory** [11] - 42:1, 43:6, 43:17, 44:8, 58:15, 58:16, 63:1, 81:24, 82:2, 82:3, 108:23
**invest** [9] - 6:25, 16:22, 18:13, 31:2, 31:4, 31:22, 34:17, 36:11, 36:13
**invested** [5] - 7:6, 18:16, 21:7, 34:11, 76:1
**investigating** [1] - 88:18
**investigation** [4] - 43:20, 88:22, 88:24, 89:11
**Investigation** [1] - 88:7
**investing** [2] - 29:6, 37:14
**investment** [30] - 9:4, 9:5, 9:12, 10:8, 13:10, 14:11, 15:14, 17:6, 17:18, 17:25, 18:4, 18:12, 18:15, 19:6, 20:12, 29:4, 29:10, 29:22, 30:7, 31:7, 31:9, 31:19, 32:14, 34:14, 72:16, 73:1, 73:24, 76:13, 79:4, 185:15
**investments** [8] - 18:3, 29:5, 30:3, 37:20, 39:9, 76:25, 77:7, 186:13
**investor** [1] - 19:8
**investors** [4] - 29:8, 71:24, 72:21, 76:9
**invoice** [5] - 135:11, 142:16, 142:21,

143:6
**invoices** [6] - 134:11, 134:12, 135:24, 142:1, 143:9
**involved** [5] - 37:20, 50:9, 73:24, 124:9, 124:12
**iPhone** [1] - 136:9
**IRA** [2] - 116:12, 116:19
**IRS** [5] - 184:19, 185:4, 185:5, 185:23, 186:16
**IRS-4** [2] - 185:3, 185:21
**IRS-5** [4] - 185:3, 185:6, 185:13
**IRS-7** [4] - 184:23, 185:3, 185:6, 185:10
**issue** [8] - 3:25, 44:19, 62:13, 70:12, 76:16, 79:25, 187:24
**issued** [9] - 76:12, 76:13, 82:11, 82:13, 82:16, 86:15, 86:22, 94:12, 185:13
**issues** [5] - 17:19, 122:11, 137:10, 137:12, 137:13
**IT** [14] - 123:17, 123:25, 124:3, 124:6, 124:9, 124:12, 124:15, 125:5, 125:6, 125:15, 128:14, 129:25, 138:24
**it'** [1] - 52:22
**item** [1] - 136:16
**items** [6] - 63:15, 72:3, 72:18, 126:9, 135:12, 135:23

---

**J**

**James** [2] - 25:22, 183:4
**Janet** [2] - 77:25, 163:14
**January** [47] - 17:1, 17:14, 18:1, 64:14, 65:5, 65:10, 66:2, 67:7, 72:5, 72:7, 76:10, 76:12, 86:21, 93:8, 93:15, 94:21, 95:16, 97:10, 97:19, 98:17, 99:8, 100:22, 101:3, 101:10, 106:2, 106:21, 112:12, 130:12, 130:22, 139:4,

140:9, 142:1, 142:7, 143:18, 143:23, 146:24, 156:2, 158:3, 158:20, 158:23, 159:21, 161:18, 169:9, 171:19, 185:12
**JASARI** [1] - 1:19
**Jasari** [1] - 2:17
**Jean** [2] - 161:23, 162:4
**Jeff** [2] - 157:22, 164:17
**Jeffrey** [4] - 149:10, 165:2, 165:5, 167:2
**Jenna** [4] - 3:8, 87:7, 87:21, 146:12
**JENNA** [5] - 87:21, 88:1, 146:17, 191:18, 192:2
**Jersey** [1] - 124:2
**Jim** [7] - 29:13, 30:21, 31:13, 33:16, 33:22, 35:8, 35:20
**JL-43** [1] - 114:24
**JOAN** [3] - 5:13, 5:16, 191:8
**Joan** [4] - 4:23, 5:13, 16:4, 16:12
**Joan-1** [1] - 10:19
**Joan-1(a)** [1] - 11:10
**Joan-10** [1] - 15:16
**Joan-10(a** [1] - 16:5
**Joan-11** [1] - 16:25
**Joan-12** [1] - 17:13
**Joan-3** [1] - 12:3
**Joan-3(a** [1] - 12:15
**Joan-4** [1] - 12:21
**Joan-6** [2] - 13:16, 14:4
**Joan-7** [1] - 14:12
**Joan@ptstravel.com** [1] - 10:23
**job** [1] - 26:6
**Jobs** [1] - 136:10
**John** [9] - 50:4, 50:6, 50:20, 51:14, 51:22, 62:2, 66:17, 81:11, 188:9
**joined** [1] - 2:13
**jointly** [6] - 37:22, 37:24, 38:4, 38:9, 38:11, 38:13
**Jones** [2] - 183:3, 183:18
**Jordan** [3] - 164:13, 168:4, 170:22
**JP** [2] - 20:9, 66:25
**JPM** [1] - 116:13
**Jr** [1] - 183:4

**JUDGE** [1] - 1:10
**Judge** [1] - 51:5
**judgment** [6] - 68:15, 68:17, 68:18, 68:19, 68:25
**July** [12] - 27:22, 30:4, 35:18, 36:10, 164:1, 164:4, 168:12, 168:15, 168:18, 168:19, 168:20, 168:22
**June** [25] - 12:4, 13:9, 13:11, 13:19, 35:6, 35:7, 59:15, 102:18, 152:16, 152:18, 153:16, 153:18, 154:10, 154:11, 162:18, 163:10, 163:11, 169:11, 170:9, 170:13, 170:17, 170:19, 170:21, 171:10, 171:11
**jury** [32] - 2:21, 3:24, 4:16, 4:17, 5:4, 24:12, 40:7, 69:22, 79:17, 80:12, 80:14, 87:12, 114:25, 118:12, 119:5, 119:16, 120:9, 121:5, 121:12, 121:16, 122:4, 122:20, 144:14, 180:15, 180:17, 180:24, 181:25, 187:19, 187:21, 188:23, 189:4, 189:7
**JURY** [1] - 1:9
**Jury** [7] - 2:3, 4:18, 69:8, 80:15, 117:19, 122:5, 187:12

### K

**Kaufmann** [2] - 182:21, 183:18
**Keefe** [7] - 165:24, 166:1, 166:6, 168:12, 168:14, 169:12, 170:15
**Keefe's** [4] - 169:17, 169:20, 170:6, 170:23
**keep** [6] - 17:11, 20:16, 53:6, 63:4, 189:6, 189:19
**Keith** [1] - 2:13
**kept** [2] - 147:18, 160:9
**Kerr** [2] - 190:5,

190:11
**KERR** [1] - 1:23
**kids** [1] - 136:15
**kind** [2] - 43:13, 136:16
**knock** [1] - 187:25
**knowing** [1] - 21:5
**knowledge** [2] - 29:6, 187:3
**known** [2] - 6:18, 29:8
**knows** [1] - 50:25
**Kumar** [4] - 4:2, 121:9, 122:14, 129:3

### L

**L-e-o-n-a-r-d** [1] - 40:22
**labeled** [1] - 148:17
**lack** [1] - 76:9
**ladies** [8] - 69:21, 80:16, 117:15, 117:20, 122:6, 181:7, 184:14, 187:8
**laid** [1] - 70:23
**landlord** [2] - 63:3, 151:24
**lands** [1] - 3:12
**Lane** [1] - 113:19
**LANE** [2] - 1:15, 1:24
**large** [4] - 123:19, 124:4, 124:6, 154:18
**largest** [1] - 94:4
**last** [29] - 5:12, 17:20, 23:17, 24:21, 26:6, 40:15, 40:17, 40:20, 45:5, 47:18, 51:1, 51:25, 56:5, 62:7, 63:13, 87:20, 96:8, 109:20, 123:3, 123:5, 125:2, 130:22, 171:23, 171:24, 179:1, 179:2, 179:3, 179:8, 185:21
**late** [5] - 48:6, 48:7, 48:8, 48:10, 137:24
**Law** [2] - 182:18, 187:4
**law** [9] - 36:4, 182:6, 182:9, 182:17, 182:21, 183:3, 183:7, 183:10, 183:14
**lawyer** [1] - 181:15
**lay** [1] - 79:12
**Lazzuri** [12] - 149:10, 157:22, 157:25, 158:1, 158:2, 158:5, 158:6, 164:17,

165:2, 165:5, 167:2, 167:4
**learn** [1] - 27:15
**least** [3] - 13:5, 72:21, 136:4
**leave** [10] - 24:2, 39:24, 59:1, 64:20, 79:23, 87:4, 146:5, 180:8, 187:9, 188:24
**led** [1] - 49:1
**left** [14] - 7:5, 53:16, 60:9, 64:20, 64:22, 65:2, 65:11, 66:4, 95:24, 101:12, 137:24, 143:23, 169:25, 187:5
**left-hand** [1] - 95:24
**leg** [1] - 35:2
**legal** [3] - 182:11, 183:15, 183:19
**Legal** [1] - 182:20
**Len** [10] - 3:5, 40:2, 48:2, 48:4, 51:14, 57:19, 58:22, 59:2, 62:22, 64:2
**LEN** [1] - 191:14
**lender** [5] - 46:22, 46:24, 48:2, 48:4, 164:6
**Lending** [1] - 113:1
**lending** [1] - 49:8
**length** [1] - 4:4
**Leonard** [3] - 40:16, 40:22
**LEONARD** [1] - 41:1
**Les** [2] - 153:11, 153:14
**Leslie** [5] - 152:20, 152:21, 152:24, 163:20, 165:14
**less** [11] - 94:16, 98:3, 99:3, 109:22, 112:3, 140:1, 140:2, 155:18, 157:24, 161:4, 175:24
**letter** [3] - 61:21, 63:3, 149:3
**Letter** [1] - 184:5
**letters** [2] - 62:7, 62:25
**leveraged** [1] - 115:3
**liabilities** [2] - 138:18, 186:3
**lien** [4] - 148:6, 148:7, 148:8, 186:15
**liens** [1] - 67:3
**life** [2] - 35:12, 186:11
**likely** [3] - 181:16, 189:17
**limit** [1] - 47:8

**limiting** [1] - 80:3
**Linden** [4] - 25:10, 25:11, 25:13, 25:15
**line** [32] - 11:1, 11:4, 14:15, 15:24, 32:22, 35:20, 47:15, 47:19, 47:23, 56:5, 57:20, 57:22, 85:2, 94:19, 95:1, 95:7, 98:7, 98:8, 98:16, 98:21, 104:21, 107:5, 108:9, 108:11, 108:13, 108:14, 108:15, 108:16, 109:20, 130:13, 138:13
**lines** [1] - 41:21
**lineup** [1] - 2:24
**liquid** [6] - 10:16, 13:6, 51:25, 56:7, 56:11, 58:15
**liquidated** [1] - 31:16
**liquidity** [2] - 10:15, 31:10, 55:11
**list** [10] - 67:13, 67:16, 67:22, 71:11, 71:24, 72:1, 72:2, 77:10, 78:2, 78:13
**listed** [53] - 23:4, 46:18, 46:20, 46:22, 54:21, 59:25, 60:2, 61:2, 61:15, 61:17, 64:15, 65:14, 65:18, 65:24, 66:1, 66:9, 68:3, 68:4, 68:6, 68:11, 71:18, 72:12, 72:13, 73:14, 75:8, 83:12, 84:1, 84:3, 93:21, 94:1, 94:3, 94:4, 96:7, 102:5, 103:4, 103:18, 104:9, 106:24, 108:7, 113:22, 114:14, 115:11, 116:4, 116:7, 132:5, 132:14, 157:5, 157:7, 158:11, 158:12, 158:17, 160:20, 166:16
**listened** [1] - 29:1
**listening** [1] - 29:3
**lists** [4] - 36:17, 61:6, 67:19, 70:14
**live** [7] - 5:21, 5:25, 25:15, 25:17, 25:19, 123:10, 123:11
**lived** [2] - 25:13, 25:15
**lives** [3] - 34:19, 120:16, 186:4
**living** [6] - 6:3, 9:25,

10:3, 25:9, 36:3, 41:4
**LLC** [68] - 7:9, 34:2, 46:8, 47:22, 49:14, 55:2, 57:8, 57:12, 58:3, 61:16, 64:13, 66:25, 97:7, 97:9, 97:11, 100:13, 101:2, 104:25, 106:2, 106:20, 106:23, 108:1, 110:13, 111:5, 113:6, 113:17, 113:19, 114:10, 114:18, 115:9, 115:10, 115:12, 116:14, 148:15, 150:11, 151:16, 151:19, 151:25, 155:4, 155:8, 155:9, 156:1, 157:18, 159:16, 162:11, 163:12, 164:11, 165:1, 166:11, 168:1, 168:11, 170:14, 171:20, 172:24, 174:22, 175:18, 176:13, 177:11, 178:13, 178:23, 182:8, 182:12, 182:14, 183:12, 183:15, 183:17, 185:1, 185:11
**LLC's** [1] - 176:7
**LLP** [9] - 168:3, 168:6, 170:20, 182:21, 183:4, 183:5, 183:18, 183:19
**Loan** [12] - 92:10, 92:12, 112:7, 112:15, 112:23, 113:3, 146:23, 147:6, 148:11, 152:9, 152:14, 153:13
**loan** [119] - 19:4, 19:6, 19:11, 21:2, 33:8, 38:19, 38:21, 39:2, 39:14, 41:24, 42:2, 42:6, 42:12, 43:1, 43:23, 43:25, 44:10, 44:19, 44:25, 45:12, 45:13, 45:15, 45:16, 45:17, 45:20, 45:22, 45:23, 45:24, 45:25, 46:6, 46:9, 46:14, 46:16, 47:8, 47:9, 47:10, 47:14, 47:16, 49:9, 50:1, 50:2,

50:12, 54:15, 54:17, 55:5, 55:7, 55:16, 57:2, 61:23, 62:7, 67:2, 68:23, 68:24, 74:10, 81:3, 81:15, 81:21, 82:11, 82:13, 82:16, 82:24, 83:1, 83:5, 83:22, 85:2, 85:4, 86:15, 86:22, 86:23, 86:24, 89:14, 91:21, 92:12, 113:5, 113:21, 114:6, 114:14, 114:17, 115:8, 115:10, 115:11, 115:14, 115:15, 146:24, 146:25, 147:1, 147:11, 147:21, 148:2, 148:10, 148:14, 148:15, 148:23, 150:21, 151:4, 152:6, 152:8, 152:9, 152:10, 152:11, 152:15, 154:7, 154:13, 154:17, 155:14, 155:15, 161:11, 167:17, 167:20, 172:11, 172:13, 177:10, 177:13, 177:17, 178:5, 185:20
**loaned** [2] - 39:4, 39:7
**loans** [12] - 41:20, 41:22, 42:5, 42:23, 112:11, 112:18, 112:22, 115:5, 150:4, 150:9, 150:15, 167:15
**locate** [1] - 150:11
**located** [6] - 27:25, 41:10, 41:13, 46:21, 124:1, 126:5
**login** [1] - 62:24
**logistical** [2] - 122:7, 122:11
**long-term** [1] - 17:25
**longstanding** [1] - 20:4
**look** [33] - 16:14, 30:25, 43:11, 44:3, 50:3, 52:2, 53:9, 61:12, 67:3, 71:1, 75:14, 77:19, 78:7, 78:9, 78:17, 79:15, 81:12, 81:21, 83:7, 83:8, 95:18, 117:5, 128:18, 128:21, 130:20, 133:8, 133:10, 134:21,

161:20, 173:12, 174:6, 179:6, 179:11
**looked** [18] - 22:24, 23:5, 31:1, 36:16, 60:12, 60:16, 68:1, 71:16, 71:17, 81:24, 82:4, 83:11, 117:10, 135:25, 171:23, 174:3, 187:22
**looking** [47] - 9:14, 10:14, 18:3, 33:2, 33:15, 34:1, 34:8, 34:12, 35:23, 47:18, 48:12, 50:16, 53:18, 54:13, 55:13, 56:10, 57:14, 58:4, 58:17, 66:4, 66:13, 67:25, 68:5, 68:8, 68:14, 84:5, 84:7, 96:9, 97:2, 99:22, 104:8, 114:6, 144:24, 145:2, 146:25, 149:24, 150:22, 152:10, 160:19, 161:12, 162:6, 162:18, 164:23, 170:10, 171:12, 173:11
**looks** [3] - 35:24, 61:11, 188:19
**lose** [1] - 10:10
**loss** [29] - 11:14, 11:16, 11:18, 34:2, 64:13, 65:3, 66:2, 66:10, 67:12, 86:3, 86:7, 106:1, 106:4, 106:9, 106:20, 106:22, 107:6, 107:12, 107:14, 107:17, 108:25, 109:7, 109:16, 109:20, 109:23, 109:25, 110:5, 175:13, 185:11
**lost** [1] - 23:17
**loudly** [5] - 5:10, 24:19, 40:13, 87:18, 123:1
**lower** [6] - 54:5, 54:6, 61:9, 61:10, 66:3, 66:11
**LP** [5] - 162:1, 162:14, 165:17, 168:7, 168:19
**lrann@ eaglebankcorp. com** [1] - 42:19
**lunch** [4] - 4:14, 117:16, 117:25, 121:16, 122:7,

189:18
**luxury** [3] - 7:16, 134:5, 136:14
**Lynn** [1] - 188:8

## M

**ma'am** [6] - 11:4, 19:22, 56:15, 63:19, 65:13, 85:14
**Macy's** [2] - 26:3, 26:5
**Magento** [2] - 125:7, 134:13
**magnitude** [1] - 136:5
**mailers** [1] - 125:8
**main** [4] - 47:3, 125:5, 128:6, 144:17
**maintaining** [1] - 125:6
**major** [1] - 15:4
**Maken** [1] - 123:11
**manage** [4] - 7:2, 36:5, 124:4, 124:6
**manager** [4] - 6:15, 47:22, 54:22, 123:17
**manner** [2] - 46:2, 56:2
**March** [20] - 53:2, 53:13, 59:15, 59:23, 68:21, 114:19, 115:9, 116:2, 116:16, 116:20, 147:11, 148:14, 148:24, 149:7, 151:20, 152:1, 184:24, 190:9
**marching** [1] - 120:15
**Margaret** [2] - 24:7, 24:22, 25:6, 33:5
**MARGARET** [3] - 24:23, 25:1, 191:11
**Marie** [1] - 5:13
**MARIE** [1] - 5:16
**Mark** [3] - 28:8, 28:11, 168:23
**marked** [5] - 89:24, 89:25, 184:22, 185:3, 185:5
**market** [3] - 34:21, 35:7, 35:14
**markets** [1] - 20:9
**MARLENE** [1] - 1:23
**Marlene** [2] - 190:5, 190:11
**married** [4] - 5:23, 6:4, 25:23, 123:12
**MARTIN** [1] - 1:23
**Martin** [2] - 190:5, 190:11
**MARTIN-KERR** [1] -

1:23
**Martin-Kerr** [2] - 190:5, 190:11
**MARYLAND** [4] - 1:1, 1:11, 1:16, 1:25
**Maryland** [5] - 2:6, 41:11, 47:2, 113:24, 186:6
**Mascho** [27] - 13:17, 14:2, 14:5, 38:14, 38:16, 50:18, 51:8, 52:3, 57:16, 58:18, 59:7, 60:17, 62:2, 62:18, 63:9, 63:15, 63:18, 63:24, 64:6, 66:16, 84:14, 84:16, 84:18, 84:20, 84:21, 182:24
**Mascho's** [1] - 13:21
**Mason** [2] - 78:10, 78:11
**Master's** [1] - 88:21
**match** [2] - 80:11, 117:9
**matched** [1] - 157:3
**material** [2] - 56:22, 61:23
**matter** [8] - 5:5, 9:18, 24:13, 40:8, 74:22, 87:13, 122:21, 190:7
**matters** [2] - 2:20, 182:10
**maturity** [2] - 47:12, 115:16
**Maturity** [1] - 113:3
**Mayer** [1] - 168:6
**MCI** [1] - 124:18
**McNeill** [1] - 128:3
**mean** [36] - 22:7, 37:20, 44:6, 47:7, 48:17, 56:9, 56:23, 57:3, 69:23, 72:14, 74:8, 74:22, 74:25, 93:10, 93:14, 94:7, 98:1, 98:12, 99:1, 99:2, 100:11, 107:10, 107:24, 109:21, 110:16, 111:2, 111:7, 111:12, 130:3, 130:6, 134:14, 147:16, 150:2, 150:25, 151:14, 157:16
**meaning** [5] - 57:1, 128:14, 130:10, 134:3, 134:7
**means** [12] - 47:8, 56:10, 59:1, 93:15, 100:12, 100:17,

109:22, 111:8, 129:21, 157:17, 183:25, 184:2
**meant** [4] - 23:11, 29:18, 29:19, 147:4
**Mechanical** [1] - 1:21
**medical** [1] - 118:14
**meet** [4] - 6:20, 27:23, 28:6, 28:23
**meeting** [7] - 28:10, 28:25, 29:3, 30:4, 58:7, 58:25, 62:12
**meetings** [1] - 58:23
**members** [1] - 73:17
**memo** [2] - 83:14, 83:17
**memorandum** [2] - 54:15, 54:18
**Memorial** [1] - 59:4
**memory** [1] - 18:19
**mentioned** [9] - 44:23, 45:1, 67:1, 83:16, 83:19, 93:22, 127:5, 177:10, 188:23
**merchandise** [1] - 128:4
**Merchant** [3] - 105:8, 173:8, 173:9
**message** [1] - 157:2
**met** [4] - 6:21, 27:19, 28:8, 81:14
**method** [1] - 127:17, 171:24
**methods** [1] - 179:5
**metrics** [7] - 22:11, 128:13, 128:16, 128:17, 128:20, 129:12, 130:1
**MF-1** [1] - 90:5
**MF-1(a** [1] - 90:5
**Michael** [4] - 78:10, 78:11, 161:23, 162:4
**microphone** [7] - 5:11, 24:20, 40:14, 87:19, 105:19, 123:2, 146:14
**might** [9] - 10:4, 69:2, 73:16, 76:20, 80:2, 117:12, 151:17, 181:2, 188:10
**miles** [2] - 25:12, 186:9
**milestone** [1] - 70:25
**Miller** [7] - 152:20, 152:21, 152:24, 153:11, 153:14, 163:20, 165:14
**million** [36] - 34:4, 34:6, 34:9, 51:16, 54:5, 66:3, 67:17,

67:23, 107:1, 113:7, 114:21, 115:10, 117:9, 124:4, 131:13, 145:4, 145:7, 148:13, 148:22, 148:23, 157:24, 158:4, 158:8, 163:25, 164:3, 167:1, 167:4, 175:1, 175:2, 175:4, 175:8, 176:19, 176:22, 176:24, 177:11, 186:4

**mimic** [2] - 136:10, 137:14

**mind** [3] - 18:7, 74:25, 75:1

**mine** [1] - 33:5

**minimal** [1] - 174:11

**minimum** [1] - 127:25

**minute** [5] - 43:7, 44:15, 53:10, 100:23, 110:8

**minutes** [6] - 4:6, 4:7, 162:17, 169:19, 189:14

**misleading** [1] - 74:19

**miss** [1] - 59:2

**missed** [2] - 58:22, 118:22

**Mister** [1] - 38:15

**model** [1] - 126:14

**models** [1] - 126:14

**moment** [2] - 18:14, 58:14

**Monday** [2] - 33:17, 64:3

**Money** [1] - 172:11

**money** [150] - 6:25, 7:2, 7:5, 7:24, 8:14, 8:15, 8:17, 8:18, 8:21, 8:25, 9:2, 9:16, 10:10, 10:17, 10:18, 18:8, 18:11, 18:13, 19:3, 20:8, 20:15, 21:7, 29:11, 29:15, 29:16, 29:18, 31:11, 31:22, 31:24, 32:14, 34:12, 36:12, 36:13, 36:22, 37:18, 39:4, 39:7, 71:17, 71:20, 74:24, 75:10, 76:1, 96:9, 96:13, 96:16, 96:20, 96:24, 97:7, 97:8, 98:2, 98:3, 98:4, 98:5, 98:6, 99:2, 99:4, 99:5, 99:6, 99:10, 100:12, 100:18, 114:11, 116:16, 116:19,

116:22, 117:8, 147:2, 147:13, 147:17, 148:14, 149:7, 150:5, 150:6, 150:18, 151:18, 152:5, 152:19, 153:19, 154:5, 154:20, 154:23, 155:4, 155:6, 155:8, 155:12, 155:25, 156:7, 156:22, 157:17, 157:23, 157:24, 158:4, 158:19, 159:16, 159:19, 160:23, 161:5, 161:15, 161:18, 161:22, 163:11, 163:20, 164:7, 164:13, 164:15, 164:25, 165:7, 165:9, 165:24, 166:1, 166:5, 166:6, 166:9, 166:13, 167:1, 167:8, 168:14, 168:17, 168:21, 169:5, 169:17, 170:13, 171:17, 171:24, 171:25, 172:2, 172:4, 172:9, 172:12, 172:16, 172:23, 173:20, 175:10, 175:24, 177:1, 177:4, 177:5, 177:9, 178:9, 178:10, 179:6, 179:7, 179:12, 179:14, 179:19, 179:21, 186:10

**monies** [3] - 57:4, 78:18, 176:16

**monitor** [1] - 75:17

**months** [12] - 23:17, 33:10, 35:10, 102:5, 103:4, 103:6, 103:8, 105:6, 115:6, 117:5, 117:6

**Monument** [32] - 92:12, 92:13, 96:13, 97:16, 152:18, 153:15, 153:17, 153:20, 153:24, 154:21, 155:3, 155:4, 155:8, 155:17, 161:12, 161:16, 162:11, 162:20, 163:1, 163:2, 163:6, 163:12, 163:22, 163:25, 164:4, 164:7, 165:1, 166:7,

166:10, 166:11

**Moores** [1] - 71:7

**Morgan** [2] - 20:9, 66:25

**morning** [24] - 2:8, 2:15, 2:16, 2:18, 3:2, 3:20, 4:19, 5:19, 5:20, 13:22, 25:4, 25:5, 27:17, 37:11, 37:12, 41:4, 58:24, 63:21, 121:18, 181:3, 181:23, 187:23, 189:5

**mortar** [2] - 7:17, 7:20

**mortgaged** [1] - 186:5

**Morvillo** [4] - 168:3, 170:20, 183:4, 183:19

**most** [15] - 17:20, 37:14, 38:13, 49:17, 49:19, 59:14, 63:12, 66:24, 77:7, 84:14, 125:14, 137:15, 158:22, 173:20, 179:11

**mostly** [2] - 125:13, 138:23

**mother** [1] - 29:11

**motion** [2] - 121:17, 121:20

**motions** [2] - 42:9, 187:18

**mountains** [1] - 31:15

**move** [7] - 31:14, 35:13, 89:19, 92:7, 105:17, 146:15

**moves** [1] - 90:4

**moving** [3] - 35:8, 95:7, 181:13

**MR** [116] - 2:16, 2:22, 4:1, 4:6, 4:9, 4:12, 4:23, 5:18, 8:4, 8:6, 18:24, 19:2, 19:19, 19:21, 23:7, 23:9, 23:11, 23:13, 23:22, 23:24, 37:10, 39:17, 69:23, 70:1, 70:13, 70:18, 70:21, 71:4, 74:1, 74:13, 74:18, 75:2, 77:15, 77:24, 78:15, 78:20, 79:5, 79:7, 79:16, 80:24, 85:6, 86:13, 86:17, 86:19, 87:2, 89:22, 92:15, 92:23, 105:17, 118:4, 118:11, 118:17, 119:10, 119:13, 119:22, 120:6, 120:19, 121:9,

121:14, 121:15, 121:23, 121:24, 122:2, 122:13, 123:9, 125:12, 125:16, 128:25, 129:2, 129:18, 129:19, 132:23, 132:25, 133:15, 133:16, 136:18, 136:22, 137:2, 138:25, 139:1, 142:3, 142:6, 142:8, 142:10, 142:11, 142:12, 144:1, 144:4, 144:6, 144:8, 145:10, 145:13, 145:15, 145:20, 145:21, 146:2, 146:15, 174:2, 174:16, 174:17, 176:3, 176:4, 180:3, 180:20, 181:1, 181:4, 182:3, 182:5, 184:18, 187:15, 188:2, 188:21, 189:2, 189:13, 189:15, 189:23

mrose.m411@gmail.com [1] - 26:19

**MS** [96] - 2:10, 2:23, 3:1, 3:13, 3:16, 3:19, 24:6, 25:3, 37:7, 39:19, 40:2, 41:3, 51:5, 51:7, 69:2, 69:14, 70:4, 70:8, 71:12, 71:15, 72:7, 72:11, 72:15, 72:20, 73:3, 73:10, 73:13, 75:7, 75:15, 75:17, 75:20, 75:22, 76:7, 76:23, 77:5, 77:12, 77:18, 77:21, 78:1, 78:8, 78:11, 78:14, 79:18, 80:8, 80:13, 80:18, 85:9, 85:12, 86:10, 87:7, 88:3, 89:19, 89:25, 90:4, 91:8, 91:13, 92:7, 92:12, 92:20, 93:1, 105:13, 105:19, 105:21, 115:2, 117:12, 117:22, 118:19, 118:25, 119:4, 119:7, 119:24, 120:17, 121:6, 146:10, 146:12, 146:20, 147:5, 147:7, 147:22, 147:25, 152:25, 153:2, 159:5, 159:9,

168:24, 169:2, 173:22, 180:5, 180:14, 187:16, 188:3, 188:7, 188:13, 188:16, 189:3, 189:21

**MT-2** [2] - 32:16, 36:15

**MT-4** [1] - 33:15

**MT-7** [1] - 35:15

**multiple** [1] - 124:5

**Murphy** [1] - 165:16

**Myth** [1] - 27:17

---

**N**

**N.W** [1] - 1:19

**Name** [1] - 112:23

**name** [44] - 5:11, 5:12, 24:20, 24:21, 25:6, 25:21, 32:4, 35:24, 40:14, 40:15, 40:16, 40:17, 40:20, 40:21, 47:19, 53:18, 53:20, 54:21, 55:1, 60:19, 77:10, 87:19, 87:20, 95:11, 113:11, 114:17, 115:22, 123:2, 123:3, 123:4, 123:5, 128:9, 135:3, 135:7, 135:9, 151:16, 152:21, 152:23, 153:7, 153:11, 176:13

**named** [4] - 12:6, 27:13, 46:3, 50:4

**names** [17] - 25:7, 60:15, 71:8, 71:21, 79:14, 96:6, 116:11, 116:12, 128:2, 149:16, 149:18, 156:5, 156:6, 156:10, 164:17, 164:20, 182:17

**narrowed** [1] - 72:1

**NASD** [1] - 124:18

**nationally** [1] - 29:7

**natural** [1] - 117:12

**nature** [3] - 182:20, 182:25, 183:9

**naval** [1] - 34:25

**nearly** [1] - 73:13

**necessary** [2] - 3:21, 74:24

**need** [19] - 13:6, 13:25, 29:14, 29:19, 43:2, 51:16, 51:19, 58:8, 58:24, 58:25, 69:13, 71:2, 105:19, 117:20, 118:14, 119:18, 120:21,

184:16, 188:1
**needed** [4] - 17:7,
52:14, 56:24, 84:22
**needs** [6] - 36:6,
41:20, 41:25, 55:8,
55:10, 55:11
**negative** [3] - 98:17,
154:4, 175:13
**net** [48] - 11:21, 11:24,
12:1, 34:8, 60:4,
60:6, 60:25, 67:19,
67:22, 93:13, 94:14,
94:18, 94:24, 95:5,
95:14, 97:6, 97:7,
97:8, 98:1, 98:6,
98:9, 98:11, 98:15,
98:18, 98:25, 99:7,
99:8, 99:19, 100:2,
100:3, 100:9,
100:16, 109:20,
109:23, 109:24,
110:4, 138:12,
157:20, 157:25,
158:4, 158:6, 158:8,
158:10, 158:25,
159:1, 175:25
**Net** [3] - 97:25, 98:24,
98:25
**network** [1] - 125:14
**never** [3] - 15:7, 29:15,
135:5
**new** [11] - 6:13, 7:12,
30:9, 30:11, 30:18,
63:1, 130:10,
131:16, 183:7,
183:10, 186:16
**New** [1] - 124:2
**news** [1] - 35:5
**next** [43] - 4:22, 15:3,
20:23, 34:8, 35:23,
58:4, 59:15, 63:3,
69:24, 94:10,
103:14, 107:7,
107:21, 108:11,
110:25, 111:6,
111:11, 112:6,
120:22, 131:21,
132:23, 135:14,
135:17, 139:7,
139:23, 140:7,
142:19, 143:4,
149:24, 150:22,
151:4, 151:6,
151:11, 153:17,
155:2, 159:19,
160:13, 162:6,
162:19, 164:23,
180:18, 181:17,
181:18
**nice** [1] - 136:7

**nicked** [1] - 15:2
**nights** [1] - 17:20
**nine** [4] - 23:17, 33:10,
53:7, 143:20
**NO** [1] - 1:5
**none** [1] - 2:22
**nonetheless** [1] -
16:23
**noon** [5] - 27:18,
180:23, 187:13,
189:1, 189:25
**normal** [1] - 127:12
**notation** [1] - 149:4
**note** [23] - 9:10, 11:5,
13:23, 20:24, 33:6,
33:13, 36:16, 46:14,
48:13, 48:24, 49:5,
49:12, 49:16, 72:5,
73:2, 73:23, 112:17,
112:25, 113:2,
113:4, 118:19,
152:24, 153:7
**noteholder** [1] -
175:11
**notes** [19] - 71:23,
72:12, 72:17, 73:4,
73:10, 74:2, 74:6,
74:10, 76:12, 79:3,
99:3, 99:14, 112:22,
149:1, 149:19,
156:11, 156:12,
156:14, 164:21
**nothing** [10] - 5:6,
16:21, 24:14, 37:7,
40:9, 86:10, 87:14,
122:22, 173:22,
180:5
**notice** [10] - 61:14,
68:9, 68:15, 68:17,
98:20, 99:22, 101:4,
109:3, 178:20,
186:15
**noticed** [2] - 116:25,
137:10
**noticing** [3] - 11:24,
144:16, 144:20
**notify** [1] - 61:22
**Novavet** [1] - 26:23
**NOVAVET** [1] - 26:23
**novavet819** [1] - 27:8
**November** [14] -
11:20, 14:13, 15:11,
15:13, 15:22, 32:8,
32:20, 66:14, 113:5,
165:24, 166:2,
166:8, 166:12,
177:15
**NSF** [2] - 111:1, 111:6
**NSFC-1** [2] - 92:13,
110:9

**Number** [1] - 112:19
**number** [59] - 11:7,
20:12, 21:2, 22:11,
59:25, 72:20, 75:7,
75:22, 75:25, 79:8,
81:17, 81:18, 81:19,
89:20, 89:21, 91:15,
92:8, 92:17, 93:25,
102:5, 111:11,
111:13, 112:21,
128:17, 129:14,
130:4, 130:8,
130:23, 130:24,
130:25, 131:3,
131:4, 132:1,
132:18, 133:3,
134:11, 139:2,
139:3, 139:5, 139:6,
139:8, 139:13,
139:17, 140:8,
140:11, 140:14,
140:18, 141:2,
141:5, 141:8, 143:9,
158:11, 158:15,
174:20, 175:13,
175:16
**numbers** [18] - 43:11,
43:12, 50:1, 60:22,
71:19, 77:6, 90:1,
95:25, 96:7, 96:8,
103:18, 105:2,
105:4, 105:10,
108:1, 108:15,
174:24, 185:19

## 0

**o'clock** [1] - 4:12
**oath** [2] - 69:10, 80:21
**object** [1] - 71:2
**objection** [8] - 8:4,
69:24, 70:13, 74:5,
74:15, 89:23, 92:21,
92:23
**objections** [1] - 92:16
**objective** [1] - 82:13
**obligated** [1] - 56:4
**obligates** [2] - 45:18,
46:15
**obligations** [3] -
56:22, 56:25, 57:3
**obligor** [1] - 48:19
**obtain** [4] - 43:1, 44:4,
45:3, 49:17
**obtained** [7] - 49:13,
49:14, 49:15, 73:5,
89:16, 99:14, 156:11
**obviously** [2] - 14:9,
19:25
**occasions** [1] -

183:14
**occur** [2] - 82:9, 163:7
**occurred** [7] - 110:13,
152:15, 162:25,
164:1, 165:3, 167:3,
175:1
**occurrences** [1] -
111:13
**October** [5] - 63:9,
63:17, 63:24, 64:7,
120:23
**OCTOBER** [2] - 1:11,
191:2
**OD** [2] - 111:1, 111:6
**OF** [6] - 1:1, 1:3, 1:9,
1:14, 191:3, 191:6
**offer** [1] - 29:22
**offered** [1] - 28:21
**offering** [1] - 11:5
**OFFICE** [1] - 1:14
**office** [6] - 6:15,
27:24, 27:25, 28:7,
28:17, 41:11, 41:13,
58:25, 125:7, 127:5,
137:18, 137:20,
186:6
**officer** [3] - 34:25,
49:8, 128:4
**Officer** [6] - 6:22,
84:16, 125:18,
125:20, 133:21,
137:21
**offices** [1] - 137:15
**OFFICIAL** [1] - 1:24
**Official** [1] - 190:11
**offset** [1] - 108:22
**offsite** [1] - 137:16
**old** [2] - 29:3, 186:9
**Omega** [2] - 6:21, 7:5
**omitted** [2] - 78:4,
78:11
**once** [5] - 38:17, 44:1,
45:22, 125:22,
127:14
**One** [1] - 176:24
**one** [40] - 6:5, 10:10,
11:10, 13:5, 15:14,
17:19, 20:17, 25:24,
27:16, 30:12, 44:15,
58:9, 62:17, 63:13,
69:24, 70:24, 76:5,
76:16, 81:24, 86:3,
86:14, 86:18, 103:2,
108:9, 114:4,
118:19, 119:17,
136:6, 140:3,
141:20, 143:2,
143:12, 148:3,
151:17, 153:3,
158:21, 181:25,

185:14, 187:24
**one-third** [1] - 140:3
**ongoing** [2] - 55:11,
160:17
**online** [3] - 7:17, 7:21,
7:22
**onwards** [1] - 124:10
**open** [9] - 2:3, 4:18,
15:4, 69:8, 80:15,
117:19, 122:5,
136:8, 187:12
**opening** [1] - 136:8
**operations** [1] - 55:12
**opportunity** [7] - 13:1,
17:24, 31:2, 62:6,
71:1, 79:14, 122:10
**options** [2] - 20:13,
48:24
**Order** [1] - 2:2
**order** [31] - 3:10, 4:3,
20:13, 59:1, 78:8,
94:3, 94:4, 118:15,
118:21, 121:12,
122:8, 127:9,
127:14, 127:15,
127:17, 133:7,
133:9, 133:11,
133:25, 134:6,
134:8, 134:17,
134:25, 135:10,
141:11, 141:16,
142:20, 142:25,
143:1, 143:6, 143:7
**ordered** [6] - 132:19,
133:5, 135:12,
135:23, 141:8,
141:11
**ordering** [1] - 135:19
**orders** [20] - 127:19,
127:21, 132:1,
132:2, 132:11,
132:13, 132:19,
134:4, 134:5,
134:15, 134:19,
136:4, 136:5, 141:2,
141:5, 143:16,
143:20, 144:17,
145:24
**ordinary** [2] - 67:19,
67:22
**organization** [1] - 43:4
**original** [1] - 36:17
**originally** [2] - 178:3,
181:13
**originated** [4] -
112:11, 154:8,
155:15, 172:5
**otherwise** [3] - 92:21,
92:23, 147:19
**ourselves** [1] - 44:22

**Outflow** [1] - 159:24
**outflow** [12] - 98:11,
98:15, 98:18, 99:8,
100:9, 100:16,
151:11, 151:20,
152:2, 164:5, 164:7,
164:13
**outflows** [3] - 164:1,
165:3, 167:2
**outgoing** [4] - 161:6,
161:17, 161:25,
163:14
**outlines** [6] - 93:5,
97:6, 100:25,
110:11, 161:15,
167:1
**outside** [6] - 57:1,
58:25, 76:11, 76:20,
77:11, 124:8
**outstanding** [2] -
67:2, 148:7
**overall** [2] - 138:12,
179:15
**overdraft** [7] - 110:12,
110:16, 110:17,
111:4, 111:15,
111:23, 112:1
**oversight** [1] - 20:18
**overstated** [2] - 109:7,
110:5
**overwhelmed** [2] -
14:10, 18:9
**Overy** [3] - 170:18,
183:11, 183:18
**owe** [1] - 57:4
**owed** [2] - 114:11,
156:22
**owes** [1] - 186:12
**own** [2] - 18:19, 43:20
**owned** [1] - 178:22
**owns** [4] - 66:25,
186:5, 186:8

**P**

**P&L** [2] - 63:12, 65:7
**P.M** [4] - 121:1,
161:23, 190:3
**p.m** [6] - 162:1,
162:12, 162:13,
170:16, 170:18,
170:20
**pace** [1] - 181:13
**package** [2] - 135:24,
136:6
**packaging** [1] -
136:17
**page** [65] - 11:17,
12:15, 13:2, 33:2,
34:1, 34:8, 34:12,

36:15, 47:18, 48:5,
51:23, 52:7, 52:9,
53:7, 55:13, 56:13,
60:10, 60:14, 64:11,
67:13, 67:19, 68:5,
68:6, 86:7, 92:10,
97:2, 101:14,
102:23, 103:12,
106:19, 108:2,
112:25, 132:16,
134:21, 135:14,
135:17, 139:18,
142:16, 142:19,
142:21, 143:4,
145:2, 147:6,
147:22, 147:23,
148:11, 153:6,
154:12, 163:22,
164:23, 168:8,
182:23, 183:2,
183:6, 183:7,
183:10, 184:10,
185:22, 186:1,
186:11, 186:15,
186:24, 186:25
**PAGE** [1] - 191:5
**PAGE.......................
..................** [1] -
192:6
**pages** [18] - 11:15,
89:7, 103:2, 128:22,
130:23, 130:24,
130:25, 131:2,
131:5, 131:12,
131:16, 139:6,
139:18, 144:24,
145:5, 182:15,
183:11, 185:25
**paid** [18] - 18:21,
68:24, 85:2, 85:4,
95:19, 155:10,
155:25, 165:9,
165:12, 165:14,
165:15, 165:17,
177:13, 177:14,
177:17, 178:5,
178:7, 183:12
**pain** [1] - 14:9
**paintings** [2] - 84:9,
84:11
**pair** [1] - 141:12
**paragraph** [13] -
16:14, 17:16, 17:22,
20:1, 20:3, 20:7,
20:17, 20:23, 23:14,
113:10, 113:21,
147:24, 183:14
**paragraphs** [1] - 14:19
**pardon** [2] - 32:13,
37:23

**parentheses** [1] -
172:21
**parents** [1] - 31:25
**Parkinson's** [4] - 9:22,
10:1, 10:11, 15:8
**part** [30] - 10:13, 13:1,
16:15, 30:7, 35:9,
42:11, 46:14, 50:11,
54:15, 56:24, 57:20,
57:22, 63:12, 66:23,
73:6, 74:12, 83:20,
84:14, 89:11, 91:14,
101:20, 103:14,
128:8, 128:22,
129:24, 134:24,
135:18, 137:17,
180:18, 181:18
**part-time** [1] - 137:17
**particular** [29] - 3:9,
44:9, 44:20, 45:8,
45:20, 48:9, 49:8,
49:23, 50:9, 54:12,
54:19, 72:15, 74:14,
75:9, 76:1, 76:25,
77:25, 84:3, 88:12,
94:3, 94:13, 98:20,
99:23, 100:2, 101:4,
130:1, 130:4, 150:6,
179:9
**parties** [5] - 57:4,
122:8, 182:6,
183:24, 184:19
**parts** [1] - 185:9
**party** [1] - 82:8
**pass** [1] - 70:8
**passed** [1] - 29:11
**patience** [1] - 14:8
**Patrick** [3] - 71:7,
164:15, 164:18
**patriot** [1] - 59:4
**pattern** [1] - 143:5,
144:20, 184:10
**Paula** [1] - 2:6
**PAULA** [1] - 1:10
**pause** [2] - 85:10,
136:21
**Pavilion** [3] - 151:23,
162:1
**pay** [23] - 23:20,
74:11, 96:10, 96:14,
96:17, 96:21, 96:25,
151:18, 164:9,
164:11, 164:13,
167:11, 167:23,
168:1, 168:3, 168:4,
168:5, 177:24,
179:8, 182:9,
185:13, 185:17,
189:8
**Payee** [1] - 159:22

**payee** [3] - 93:6,
93:12, 93:16
**payees** [4] - 93:18,
93:21, 93:22, 94:1
**Payer** [1] - 184:6
**payment** [34] - 8:21,
32:12, 48:11, 48:25,
61:14, 127:17,
148:9, 149:11,
149:12, 151:16,
152:1, 152:15,
154:15, 154:16,
161:10, 164:10,
165:13, 165:15,
165:17, 166:13,
167:10, 167:18,
167:22, 167:25,
168:2, 168:4, 168:5,
168:7, 168:18,
168:20, 168:21,
168:23, 172:3
**Payment** [3] - 182:18,
182:19
**payments** [22] - 8:20,
44:18, 48:18, 48:20,
94:11, 96:3, 96:4,
149:13, 150:19,
151:1, 151:5, 151:6,
151:17, 158:9,
171:18, 172:1,
172:6, 173:7, 182:6,
182:8, 182:11,
183:19
**Payor** [1] - 159:23
**PayPal** [12] - 102:1,
103:15, 103:23,
104:2, 104:11,
104:22, 105:8,
172:21, 172:24,
173:8, 173:15
**Pdf** [2] - 67:12
**Peggy** [3] - 25:8,
33:22, 35:20
**penalties** [6] - 5:3,
23:20, 24:11, 40:6,
87:11, 122:19
**pending** [5] - 5:5,
24:13, 40:8, 87:13,
122:21
**penny** [1] - 21:7
**pensions** [1] - 185:16
**penthouse** [1] -
113:24
**people** [32] - 49:21,
71:23, 72:1, 72:13,
72:15, 72:16, 73:14,
73:15, 74:19, 75:22,
75:25, 76:3, 78:3,
124:6, 126:17,
126:21, 126:22,

127:23, 128:1,
128:2, 128:10,
128:12, 128:17,
130:5, 130:9,
130:18, 133:10,
133:24, 139:3,
140:19, 144:22,
156:15
**per** [8] - 31:9, 32:23,
109:6, 141:16,
143:21, 163:13,
163:15, 186:7
**percent** [18] - 9:10,
13:5, 18:18, 19:14,
31:9, 38:18, 38:22,
39:5, 39:8, 39:11,
131:18, 140:20,
172:10, 172:12,
172:14, 172:17,
173:1, 178:22
**percentage** [5] -
18:17, 131:15,
131:16, 133:6,
133:10
**perhaps** [2] - 38:17,
57:24
**period** [72] - 11:18,
21:24, 37:19, 38:6,
53:1, 53:4, 53:24,
60:4, 60:6, 60:20,
60:25, 64:14, 64:16,
65:3, 65:9, 76:6,
77:1, 77:2, 77:11,
78:19, 79:3, 93:8,
93:15, 94:9, 95:3,
95:15, 95:16, 96:11,
96:17, 96:21, 97:10,
97:19, 97:22, 98:4,
98:19, 99:3, 99:5,
99:7, 100:14,
100:19, 100:20,
101:3, 101:16,
102:2, 105:11,
106:2, 106:23,
109:1, 109:23,
110:13, 110:24,
112:12, 116:13,
116:15, 116:20,
116:23, 130:21,
131:22, 139:16,
146:24, 154:9,
154:10, 156:2,
159:20, 165:18,
165:19, 169:8,
171:18, 175:23
**periodic** [1] - 55:21
**periods** [4] - 111:5,
111:10, 117:11,
132:20
**perjury** [5] - 5:3,

24:11, 40:6, 87:11, 122:19
**person** [6] - 6:15, 49:19, 74:23, 128:7, 128:9, 135:19
**personal** [29] - 33:13, 44:12, 45:6, 52:9, 58:14, 83:11, 84:5, 84:7, 91:20, 93:6, 93:23, 96:5, 114:4, 151:3, 154:21, 154:22, 156:2, 157:19, 163:3, 166:7, 166:22, 171:21, 175:18, 177:20, 177:23, 178:10, 186:10, 186:14
**pertinent** [1] - 54:19
**Pesner** [1] - 149:9
**PFS** [1] - 51:22
**phone** [7] - 28:9, 38:5, 38:7, 38:10, 38:14, 51:23, 62:13
**phonetic** [1] - 71:6
**phonetic)** [1] - 128:9
**physical** [1] - 71:22
**pick** [1] - 118:9
**pictures** [3] - 126:9, 126:18, 126:24
**pie** [1] - 179:2
**piece** [1] - 74:10
**PL** [1] - 183:11
**place** [4] - 48:23, 82:6, 127:14, 134:6
**place,mand** [1] - 31:15
**placed** [3] - 132:3, 141:11, 143:1
**Plaintiff** [1] - 1:4
**plaintiff** [1] - 68:20
**PLAINTIFF** [1] - 1:13
**plan** [10] - 3:17, 6:23, 6:24, 6:25, 11:12, 11:13, 34:22, 116:14, 120:12, 188:16
**planned** [1] - 31:14
**planning** [4] - 119:5, 119:18, 181:20, 189:4
**plans** [1] - 75:24
**play** [1] - 114:23
**played** [1] - 114:25
**pleasant** [1] - 28:22
**plus** [9] - 10:13, 36:18, 106:16, 107:13, 108:14, 108:16, 124:10, 141:22, 145:4

**Pogofsky** [1] - 128:6
**point** [19] - 34:19, 35:1, 36:8, 47:3, 51:9, 52:12, 70:9, 75:3, 77:14, 79:7, 79:8, 79:16, 81:1, 86:23, 117:13, 137:17, 175:8, 180:16, 182:16
**pool** [1] - 83:20
**portfolio** [1] - 29:24
**portion** [9] - 17:22, 59:13, 104:20, 136:11, 141:6, 154:6, 155:13, 167:19, 177:9
**position** [3] - 26:14, 42:22, 125:3
**possibility** [2] - 10:5, 81:15
**possible** [3] - 46:12, 62:24, 118:5
**poster** [1] - 112:6
**potential** [4] - 13:7, 42:12, 49:15, 186:3
**practice** [1] - 186:21
**precarious** [1] - 186:22
**precisely** [1] - 181:17
**prefer** [2] - 118:2, 119:13
**prefix** [1] - 92:11
**preliminary** [1] - 2:20
**prepared** [14] - 91:22, 92:3, 105:25, 110:11, 115:20, 129:10, 159:15, 161:14, 163:24, 165:23, 166:25, 168:10, 169:4, 189:13
**preparing** [4] - 29:24, 83:14, 104:18
**presence** [1] - 133:22
**Present** [7] - 2:3, 4:18, 69:8, 80:15, 117:19, 122:5, 187:12
**present** [2] - 17:24, 45:13
**presentation** [2] - 134:7, 134:16
**presented** [3] - 68:19, 110:23, 114:9
**presently** [1] - 20:3
**presents** [1] - 54:4
**preserved** [2] - 29:13, 29:17
**President** [6] - 80:25, 81:1, 81:3, 81:4, 81:7, 81:8

**presiding** [1] - 2:7
**Pressman** [1] - 128:4
**pressure** [2] - 182:3, 182:4
**PRESTON** [1] - 1:18
**presumed** [1] - 28:12
**pretty** [3] - 22:24, 30:3, 83:3
**prevent** [1] - 62:24
**previews** [1] - 131:12
**previous** [2] - 92:15, 92:18
**previously** [4] - 38:1, 92:1, 104:5, 151:2
**PREVIOUSLY** [1] - 146:17
**primarily** [1] - 41:19
**principal** [6] - 8:20, 9:18, 9:19, 18:22, 19:16, 47:4
**private** [1] - 21:3
**problem** [2] - 74:17, 118:8
**problems** [1] - 16:3
**proceed** [3] - 45:12, 45:15, 80:6
**proceedings** [1] - 190:7
**Proceedings** [1] - 1:21
**PROCEEDINGS** [2] - 1:9, 192:5
**PROCEEDINGS........ ....................** [1] - 191:6
**proceeds** [5] - 148:2, 148:23, 151:4, 152:6, 172:13
**process** [6] - 42:25, 45:17, 50:9, 54:16, 67:5, 81:20
**procurement** [1] - 128:5
**produced** [1] - 70:25
**Produced** [1] - 1:22
**product** [1] - 136:13
**production** [1] - 179:23
**products** [16] - 22:14, 22:17, 23:2, 23:4, 23:5, 127:13, 127:14, 127:15, 128:5, 128:18, 131:6, 132:6, 132:9, 136:7, 144:15, 148:5
**profession** [2] - 123:16, 186:21
**professional** [1] - 128:14
**professionals** [1] -

125:6
**proffer** [5] - 71:3, 73:20, 75:5, 79:1, 79:24
**proffering** [1] - 79:12
**profit** [33] - 11:13, 11:15, 11:18, 34:1, 34:2, 34:6, 64:13, 64:15, 64:18, 64:19, 65:3, 66:2, 66:4, 66:6, 66:8, 66:10, 67:12, 86:3, 86:7, 106:1, 106:4, 106:9, 106:20, 106:22, 107:5, 107:12, 107:14, 107:16, 108:24, 109:6, 109:16, 110:4, 185:11
**profitable** [2] - 12:2, 30:20
**profits** [1] - 22:9
**program** [2] - 29:1, 123:17
**programs** [1] - 124:6
**progress** [2] - 12:12, 12:16
**progressively** [1] - 10:1
**promise** [1] - 46:16
**promised** [1] - 21:6
**promissory** [36] - 9:10, 20:24, 33:6, 36:16, 46:14, 48:13, 49:4, 49:11, 71:23, 72:5, 72:12, 72:17, 73:2, 73:4, 73:10, 73:23, 74:2, 74:6, 74:10, 76:12, 79:3, 99:3, 99:14, 112:17, 112:21, 112:25, 113:2, 113:4, 148:25, 149:19, 152:24, 153:7, 156:10, 156:12, 156:14, 164:21
**promoting** [3] - 130:17, 130:18, 144:18
**promotion** [1] - 130:14
**properly** [1] - 80:4
**property** [1] - 84:5
**proposed** [1] - 20:12
**prospect** [1] - 43:2
**prospective** [1] - 43:23
**protected** [1] - 29:17
**proven** [1] - 80:3
**provide** [5] - 41:20,

51:24, 56:4, 66:23, 67:1
**provided** [15] - 42:8, 49:18, 52:15, 72:23, 74:2, 84:8, 86:14, 86:16, 115:24, 115:25, 126:5, 126:6, 182:12, 183:15, 187:1
**Providence** [1] - 96:24
**provides** [1] - 45:19
**providing** [3] - 48:20, 85:15, 127:16
**Province** [2] - 182:13, 183:16
**puja.net** [1] - 94:20
**Pulice** [4] - 2:12, 71:9, 146:8, 180:4
**PULICE** [97] - 1:15, 2:10, 2:23, 3:1, 3:13, 3:16, 3:19, 24:6, 25:3, 37:7, 39:19, 40:2, 41:3, 51:5, 51:7, 69:2, 69:14, 70:4, 70:8, 71:12, 71:15, 72:7, 72:11, 72:15, 72:20, 73:3, 73:10, 73:13, 75:7, 75:15, 75:17, 75:20, 75:22, 76:7, 76:23, 77:5, 77:12, 77:18, 77:21, 78:1, 78:8, 78:11, 78:14, 79:18, 80:8, 80:13, 80:18, 85:9, 85:12, 86:10, 87:7, 88:3, 89:19, 89:25, 90:4, 91:8, 91:13, 92:7, 92:12, 92:20, 93:1, 105:13, 105:19, 105:21, 115:2, 117:12, 117:22, 118:19, 118:25, 119:4, 119:7, 119:24, 120:17, 121:6, 146:10, 146:12, 146:20, 147:5, 147:7, 147:22, 147:25, 152:25, 153:2, 159:5, 159:9, 168:24, 169:2, 173:22, 180:5, 180:14, 187:16, 188:3, 188:7, 188:13, 188:16, 189:3, 189:21
**Pulice.............** [1] - 192:2
**Pulice..................** [1] - 191:16

**Pulice**.................... [3] - 191:12, 191:15, 191:19
**pull** [27] - 51:23, 63:8, 64:5, 64:22, 75:17, 77:21, 86:17, 100:23, 102:16, 103:20, 106:12, 108:2, 110:9, 112:6, 113:9, 115:18, 130:20, 131:24, 135:18, 138:25, 144:9, 145:20, 147:22, 147:24, 155:20, 168:24, 170:1
**pulled** [2] - 129:11, 129:14
**puller** [1] - 144:16
**pulling** [2] - 129:12, 171:4
**purchase** [2] - 110:21, 178:2
**purchased** [2] - 178:1, 178:4
**purchases** [2] - 108:22, 136:2
**purported** [2] - 70:15, 74:20
**purpose** [6] - 39:9, 39:11, 42:3, 55:7, 61:21, 72:19
**purposes** [1] - 148:3
**put** [34] - 7:24, 8:14, 8:17, 8:25, 9:2, 13:11, 18:10, 19:3, 19:19, 23:7, 34:20, 34:24, 53:6, 53:8, 60:9, 60:10, 83:1, 100:13, 100:19, 101:12, 102:15, 117:24, 118:8, 119:9, 126:7, 126:18, 127:2, 169:25, 171:16, 171:22, 173:10, 175:10, 177:1, 179:13
**putting** [7] - 13:5, 18:7, 29:23, 35:14, 82:24, 126:9, 144:15
**PX-17-0472** [1] - 1:5
**PX-17-472** [1] - 2:11

---

**Q**

**quality** [1] - 22:17
**quarter** [1] - 134:25
**questions** [17] - 18:24, 23:22, 39:17, 80:17,

---

80:18, 80:22, 85:6, 87:2, 125:12, 136:22, 136:23, 136:25, 144:1, 145:10, 145:13, 146:2, 180:3
**quick** [1] - 118:21
**quickly** [2] - 31:16, 143:9
**quite** [1] - 79:4

---

**R**

**R-a-n-n** [2] - 40:17, 40:20
**R/O** [1] - 116:12
**radical** [1] - 29:5
**radio** [3] - 27:16, 27:17, 29:1
**raise** [6] - 4:25, 24:8, 40:3, 87:8, 122:15, 122:16
**raising** [1] - 29:14
**RAM** [4] - 150:7, 150:12, 167:12
**range** [1] - 189:16
**ranges** [1] - 77:1
**RANN** [2] - 41:1, 191:14
**Rann** [25] - 3:5, 40:2, 40:16, 40:17, 40:20, 46:11, 48:2, 48:4, 52:8, 52:20, 53:9, 54:14, 60:11, 61:13, 64:25, 69:25, 70:1, 70:3, 70:7, 70:12, 80:17, 80:21, 80:25, 85:13, 87:3
**rate** [11] - 9:7, 9:9, 62:9, 62:14, 62:15, 114:8, 139:19, 150:4, 150:21, 167:15, 172:16
**rather** [2] - 117:25, 120:15
**RD-6** [2] - 102:17, 102:24
**re** [1] - 47:16
**re-approve** [1] - 47:16
**reach** [2] - 58:9, 62:11, 130:19
**reaction** [1] - 22:23
**read** [33] - 3:3, 12:11, 12:24, 13:3, 13:21, 14:7, 17:3, 17:16, 17:22, 19:24, 27:6, 32:22, 33:12, 38:3, 48:1, 51:13, 51:19, 51:21, 56:5, 56:21, 57:18, 58:21, 59:12,

---

62:4, 62:21, 64:1, 67:11, 90:1, 148:1, 180:15, 182:16, 184:4, 185:9
**reading** [4] - 14:21, 48:17, 66:19, 181:8
**reads** [1] - 185:13
**ready** [5] - 69:21, 70:8, 90:2, 121:5, 121:7
**real** [12] - 23:2, 23:4, 23:5, 29:4, 83:7, 83:8, 83:9, 83:12, 83:16, 83:18, 83:19, 83:21
**really** [11] - 17:25, 18:13, 19:13, 30:19, 34:25, 36:3, 76:16, 124:6, 137:23, 187:20, 188:12
**reason** [7] - 16:23, 22:1, 30:1, 39:7, 44:18, 48:9, 130:14
**reasonable** [1] - 177:4
**reasons** [2] - 122:7, 136:6
**reassuring** [1] - 17:5
**recapture** [1] - 44:20
**receipts** [1] - 108:10
**receivable** [2] - 43:5, 43:17
**receivables** [3] - 33:14, 42:2, 44:8
**receive** [7] - 27:4, 30:5, 34:11, 38:2, 56:1, 56:2, 174:14
**Received** [1] - 185:23
**received** [26] - 13:23, 27:6, 29:25, 37:5, 52:13, 53:15, 53:22, 54:2, 62:7, 62:25, 88:21, 100:12, 100:18, 105:7, 116:9, 121:18, 149:7, 149:8, 149:10, 149:11, 149:12, 150:5, 163:4, 163:11, 185:5, 185:14
**recent** [3] - 59:14, 63:12, 66:24
**recently** [1] - 30:7
**receptionist** [1] - 28:12
**recess** [3] - 69:17, 120:25, 190:2
**Recess** [3] - 69:18, 121:1, 190:3
**RECESSED**..............
........................ [1] - 192:5

---

**Recipient** [2] - 182:18, 182:20
**recognize** [14] - 11:11, 49:2, 52:7, 61:13, 97:3, 102:23, 105:22, 108:3, 112:8, 149:15, 149:18, 155:21, 159:11, 171:13
**recollection** [1] - 83:10
**reconstruction** [1] - 35:4
**record** [9] - 3:4, 5:11, 14:20, 40:14, 87:19, 123:2, 180:12, 181:9, 190:7
**Recorded** [1] - 1:21
**recording** [1] - 114:25
**records** [38] - 3:4, 8:12, 71:13, 71:21, 71:22, 71:25, 72:8, 77:3, 84:13, 84:14, 88:19, 89:2, 89:5, 89:7, 89:10, 89:13, 89:16, 89:20, 89:21, 89:22, 91:23, 91:25, 92:4, 92:5, 93:19, 101:21, 150:15, 156:9, 157:11, 157:15, 160:1, 163:4, 174:8, 177:16, 179:15, 179:23
**recross** [1] - 145:12
**RECROSS** [2] - 86:12, 145:14
**Recross** [2] - 191:16, 191:23
**RECROSS-EXAMINATION** [2] - 86:12, 145:14
**Recross-Examination** [2] - 191:16, 191:23
**rectify** [1] - 49:3
**recuperation** [1] - 35:9
**red** [3] - 98:17, 104:21, 157:16
**Redirect** [2] - 191:16, 191:23
**REDIRECT** [2] - 85:11, 144:7
**redirect** [6] - 23:23, 39:18, 85:8, 86:11, 144:5, 180:4
**reference** [8] - 57:22, 112:19, 112:20, 118:13, 149:5,

---

149:6, 150:3, 185:19
**referenced** [3] - 150:11, 185:10, 185:21
**referencing** [1] - 151:8
**referral** [1] - 81:11
**referring** [1] - 9:21
**reflect** [2] - 72:24, 135:10
**reflected** [8] - 97:22, 105:5, 107:1, 107:4, 107:5, 107:12, 108:1, 183:20
**reflecting** [1] - 134:19
**reflects** [2] - 11:21, 12:18
**refunded** [4] - 95:4, 111:7, 111:8, 112:3
**refunds** [4] - 94:12, 94:23, 95:13, 173:14
**Refunds** [1] - 103:23
**regarding** [4] - 51:16, 62:7, 72:16, 73:23
**regular** [2] - 42:11, 144:19
**relate** [2] - 10:7, 10:8
**related** [10] - 10:9, 23:18, 23:19, 30:15, 112:13, 115:22, 125:5, 129:22, 132:1, 149:19
**relating** [2] - 75:24, 156:21
**relation** [1] - 75:11
**relationship** [3] - 41:21, 54:21, 131:5
**relatively** [1] - 188:13
**relevance** [1] - 75:4
**relevant** [4] - 74:16, 74:18, 76:21, 77:4
**relied** [5] - 99:12, 99:13, 173:5
**rely** [8] - 43:18, 43:22, 44:7, 44:19, 99:10, 99:19, 99:20, 173:4
**remaining** [6] - 57:20, 57:21, 57:25, 107:13, 108:14, 108:17
**remedy** [1] - 62:10
**remember** [8] - 11:13, 11:24, 14:17, 18:10, 22:13, 34:16, 84:24, 85:16
**remind** [3] - 56:3, 69:10, 184:14
**remove** [1] - 20:8
**renew** [1] - 47:16
**rent** [1] - 185:18
**rental** [1] - 185:16

**repaid** [10] - 18:20, 18:22, 68:23, 99:4, 99:6, 147:1, 150:20, 152:11, 156:7, 158:12
**repair** [1] - 15:4
**repay** [14] - 44:21, 46:16, 154:6, 155:13, 167:19, 171:17, 171:25, 172:9, 172:12, 172:14, 172:17, 172:25, 173:20, 179:4
**repaying** [1] - 46:2
**repayment** [4] - 8:19, 149:8, 149:10, 154:13
**repayments** [16] - 8:18, 45:19, 71:19, 76:2, 148:25, 149:2, 149:13, 149:25, 150:2, 150:3, 150:5, 150:12, 150:18, 157:12, 167:11, 167:13
**repeat** [6] - 91:7, 92:11, 126:16, 128:21, 130:10, 145:1
**repeatedly** [1] - 21:6
**report** [3] - 12:13, 12:16, 121:19
**reported** [7] - 101:25, 105:11, 106:1, 109:8, 109:12, 109:18, 109:25
**Reported** [1] - 102:8
**Reporter** [1] - 190:11
**REPORTER** [1] - 1:24
**reporter** [1] - 50:25
**reports** [4] - 43:6, 43:17
**represent** [7] - 18:17, 96:2, 98:8, 98:11, 104:21, 158:15, 159:2
**representation** [1] - 73:22
**representations** [1] - 76:8
**representative** [1] - 163:6
**represented** [1] - 159:3
**representing** [1] - 134:5
**represents** [7] - 72:22, 96:3, 98:9, 98:21, 104:22, 112:21,

164:25
**Republic** [6] - 96:21, 97:16, 159:17, 160:2, 160:6, 176:11
**request** [20] - 32:24, 42:6, 42:9, 43:8, 43:15, 43:16, 43:17, 44:10, 44:11, 44:12, 44:25, 48:24, 54:15, 54:17, 54:19, 55:5, 57:2, 163:16, 180:20
**Request** [1] - 59:8
**requested** [6] - 45:12, 46:9, 51:15, 57:24, 84:13, 163:18
**requesting** [5] - 46:6, 57:25, 63:15, 66:22, 163:6
**requests** [1] - 163:5
**require** [1] - 82:15
**required** [2] - 61:23, 84:18
**requirements** [1] - 63:3
**research** [1] - 181:22
**reserve** [1] - 148:6
**reside** [1] - 6:2
**residence** [2] - 84:2, 84:3
**residences** [2] - 114:4, 166:22
**resource** [1] - 6:15
**Resources** [1] - 6:10
**respect** [11] - 42:4, 45:2, 71:10, 92:17, 98:20, 99:23, 108:24, 109:5, 109:10, 167:16, 181:9
**respond** [3] - 12:22, 51:18, 58:10
**responds** [1] - 13:3
**response** [8] - 12:24, 13:2, 14:5, 14:7, 35:23, 52:3, 58:4, 62:18
**responses** [4] - 89:15, 116:10, 179:24
**responsibilities** [1] - 88:16
**responsible** [4] - 88:18, 125:21, 126:24, 127:2
**rest** [3] - 131:19, 167:21, 188:15
**restful** [1] - 4:20
**result** [2] - 34:24, 186:20
**resume** [3] - 69:6, 159:6, 181:15

**resumes** [2] - 69:20, 121:3
**retail** [1] - 55:4
**retention** [1] - 189:8
**retire** [1] - 26:2
**retired** [8] - 6:7, 6:8, 25:25, 26:3, 26:7, 26:9, 26:12, 26:14
**retirement** [3] - 7:2, 185:15, 186:13
**retiring** [1] - 31:13
**return** [13] - 31:9, 39:11, 106:2, 107:21, 107:25, 108:6, 108:10, 108:14, 108:25, 108:9, 109:12, 109:19, 110:1
**returned** [3] - 21:8, 36:19, 149:23
**returning** [1] - 131:19
**returns** [10] - 43:5, 43:15, 45:5, 94:10, 94:17, 95:4, 178:16, 178:18, 184:25
**revenue** [19] - 12:12, 12:16, 12:19, 101:25, 102:21, 103:9, 103:10, 103:11, 105:10, 106:8, 107:5, 108:7, 109:5, 109:6, 109:8, 109:22, 138:3, 139:16, 145:17
**Revenue** [2] - 102:8, 185:4
**Revere-1a** [1] - 90:13
**Revere-1b** [1] - 90:13
**Revere-1c** [1] - 90:13
**Revere-1d** [1] - 90:13
**Revere-1e** [1] - 90:14
**Revere-2a** [1] - 90:14
**Revere-2b** [1] - 90:14
**Revere-2c** [1] - 90:14
**Revere-2d** [1] - 90:15
**Revere-2e** [1] - 90:15
**Revere-2f** [1] - 90:15
**Revere-2g** [1] - 90:15
**Revere-2h** [1] - 90:16
**Revere-2i** [1] - 90:16
**Revere-2j** [1] - 90:16
**Revere-3a** [1] - 90:16
**Revere-4a** [1] - 90:17
**Revere-4b** [1] - 90:17
**Revere-4c** [1] - 90:17
**Revere-4d** [1] - 90:17
**Revere-5a** [1] - 90:18
**Revere-5(a.1** [1] - 90:18
**Revere-5(b** [1] - 90:18

**Revere-6** [1] - 90:18
**review** [20] - 2:24, 13:24, 30:23, 42:7, 50:11, 50:14, 62:7, 72:2, 92:3, 99:16, 101:21, 104:17, 134:6, 134:8, 156:17, 174:11, 174:13, 178:18, 188:4
**reviewed** [22] - 8:11, 72:9, 77:2, 89:5, 89:8, 89:10, 89:22, 91:23, 104:19, 149:20, 149:21, 150:10, 150:16, 153:4, 156:7, 157:2, 157:3, 160:1, 163:4, 166:20, 178:16
**reviewing** [1] - 47:16
**reviews** [1] - 134:1
**revolving** [1] - 47:15
**Richardson** [6] - 50:4, 50:6, 50:20, 62:2, 66:17, 81:11
**right-hand** [1] - 103:12
**Riley** [1] - 165:16
**rise** [12] - 2:4, 4:17, 69:7, 69:16, 69:19, 80:14, 117:18, 120:24, 121:2, 122:4, 187:11, 190:1
**risk** [6] - 9:11, 9:15, 21:2, 21:14, 80:2, 120:9
**RMR** [2] - 1:23, 190:5
**road** [1] - 80:3
**Robbins** [2] - 182:21, 183:18
**Robert** [1] - 149:8
**Rogers** [2] - 77:25, 163:14
**role** [1] - 137:22
**roll** [1] - 189:10
**room** [3] - 28:19, 28:20, 36:7
**Rose** [1] - 160:20
**Rosemarie** [5] - 154:19, 154:23, 165:10, 165:11, 167:10
**roughly** [8] - 131:18, 137:6, 140:20, 143:11, 143:13, 145:9, 176:20, 189:11
**row** [1] - 107:7
**rows** [1] - 182:25
**RPR** [2] - 1:23, 190:5

**rules** [1] - 46:17
**run** [1] - 45:6
**running** [3] - 32:23, 129:12, 160:9
**runs** [1] - 80:2

### S

**safe** [3] - 9:18, 17:6, 19:16
**sale** [2] - 128:20, 131:8
**sales** [22] - 22:9, 34:4, 65:16, 65:18, 65:25, 66:1, 67:14, 67:16, 67:25, 68:1, 68:3, 68:6, 103:21, 104:6, 104:9, 108:10, 140:22, 173:14, 173:15
**Sales** [7] - 103:23, 103:24, 104:11, 104:12
**sales'** [1] - 65:21
**Sarah** [1] - 79:20
**savings** [2] - 18:17, 186:13
**saw** [17] - 13:14, 22:23, 71:20, 71:23, 72:12, 72:17, 75:10, 75:11, 82:4, 93:18, 131:2, 142:21, 151:8, 173:6, 173:7, 179:2, 179:21
**scan** [1] - 32:23
**SCCS** [1] - 116:13
**schedule** [6] - 3:10, 76:24, 120:10, 147:19, 188:4
**Schedule** [8] - 51:15, 108:1, 108:6, 108:9, 108:17, 109:19, 110:1, 178:18
**scheduled** [1] - 35:6
**scheduling** [3] - 117:23, 118:19, 119:8
**scheme** [2] - 72:22, 74:9
**school** [1] - 88:20
**scope** [1] - 76:11
**score** [8] - 82:19, 82:21, 82:22, 82:25, 83:1, 83:2, 83:3, 83:6
**screen** [41] - 32:2, 46:11, 53:7, 53:8, 53:10, 53:16, 53:19, 54:10, 57:15, 60:9, 60:11, 60:13, 60:24,

61:4, 62:1, 63:23, 64:21, 64:23, 64:24, 65:2, 65:6, 65:11, 65:20, 66:5, 93:2, 95:21, 101:12, 101:13, 102:16, 102:19, 103:12, 106:12, 152:13, 160:19, 170:1, 170:4, 171:4, 171:10, 184:17
**script** [1] - 183:2
**scrolling** [3] - 33:21, 52:20, 63:17
**Search** [1] - 153:1
**search** [13] - 71:21, 71:22, 72:2, 72:17, 73:5, 73:7, 73:11, 89:17, 92:4, 99:14, 149:23, 153:3, 156:11
**seat** [4] - 2:19, 80:21, 121:4, 159:6
**seated** [5] - 5:8, 24:16, 40:11, 87:16, 122:24
**SEC** [2] - 183:1, 186:4
**second** [15] - 13:10, 17:22, 20:3, 23:14, 23:16, 33:2, 76:18, 95:1, 127:21, 136:18, 154:13, 170:10, 182:1, 185:25
**section** [5] - 48:15, 55:5, 55:14, 66:4, 186:25
**secured** [1] - 59:2
**Securities** [6] - 52:21, 54:10, 59:19, 101:1, 176:7, 176:15
**securities** [1] - 176:8
**security** [2] - 44:8, 185:16
**see** [153] - 12:12, 13:16, 14:4, 14:12, 14:19, 15:17, 16:25, 17:9, 17:13, 23:14, 30:2, 32:2, 32:4, 32:8, 32:10, 32:20, 33:21, 34:17, 35:20, 36:16, 46:10, 46:18, 47:4, 47:5, 47:10, 47:18, 47:23, 47:24, 48:12, 48:15, 50:17, 52:3, 52:5, 52:11, 53:12, 54:21, 55:1, 55:7, 55:17, 56:5, 56:13, 56:18, 56:19, 59:25, 60:4, 60:25, 61:25, 62:11, 62:18,

63:6, 64:15, 64:25, 65:6, 65:11, 65:16, 65:20, 66:5, 67:19, 68:2, 69:11, 69:15, 71:22, 78:10, 84:6, 86:20, 93:9, 93:13, 93:25, 94:6, 94:10, 95:7, 95:21, 95:24, 96:6, 97:11, 97:19, 97:25, 98:7, 102:4, 102:6, 102:8, 103:4, 103:14, 103:16, 103:18, 103:21, 104:1, 104:9, 104:11, 105:17, 106:4, 106:5, 106:24, 107:7, 107:18, 108:7, 109:20, 110:15, 112:14, 113:5, 113:11, 113:17, 113:22, 114:14, 114:15, 114:23, 115:11, 115:12, 116:7, 117:6, 117:16, 127:2, 129:18, 132:8, 132:23, 133:15, 135:14, 142:8, 142:16, 147:8, 148:17, 149:4, 149:24, 149:25, 150:14, 150:22, 151:11, 151:20, 152:1, 152:17, 153:6, 156:4, 157:8, 157:16, 159:22, 160:2, 160:13, 160:19, 162:7, 162:18, 166:15, 170:3, 171:6, 172:18, 174:16, 174:18, 176:3, 181:23, 187:9, 188:25, 189:24
**seeing** [1] - 54:12
**seek** [1] - 56:4
**seeking** [1] - 55:21
**seeks** [1] - 70:18
**select** [1] - 127:13
**selected** [1] - 127:15
**Seller** [4] - 132:2, 132:3, 133:2, 134:15
**selling** [3] - 7:16, 22:15, 22:17
**send** [3] - 26:25, 36:7, 59:13
**sending** [1] - 18:5
**sends** [1] - 130:1
**Senior** [2] - 81:1, 81:4

**sense** [2] - 117:24, 189:9
**sent** [15] - 12:16, 30:21, 38:2, 84:14, 84:21, 103:3, 106:10, 108:25, 109:7, 109:11, 110:5, 135:15, 163:8, 163:16, 184:21
**sentence** [4] - 17:3, 23:16, 33:12, 148:1
**separately** [1] - 38:9
**September** [27] - 62:19, 63:6, 72:8, 93:8, 93:16, 94:22, 95:17, 97:10, 97:20, 98:17, 99:8, 100:22, 101:3, 101:10, 101:18, 112:12, 146:24, 154:16, 154:18, 154:20, 155:2, 156:3, 158:3, 158:20, 169:9, 171:19, 179:22
**sequence** [1] - 84:24
**serves** [1] - 42:2
**Service** [1] - 185:4
**Services** [8] - 101:2, 105:8, 116:13, 116:23, 173:9, 176:13, 182:20, 182:24
**services** [3] - 182:12, 183:15, 183:19
**session** [6] - 2:6, 69:20, 121:3, 130:6, 139:2, 139:3
**sessions** [4] - 130:3, 140:11, 140:12, 140:14
**set** [2] - 49:4, 70:25
**setting** [1] - 63:1
**seven** [6] - 21:2, 52:7, 67:19, 68:6, 145:4, 186:24
**several** [4] - 14:19, 74:8, 148:25, 151:5
**shake** [1] - 119:1
**shall** [6] - 5:5, 24:13, 40:8, 87:13, 122:21, 148:2
**share** [2] - 30:20, 135:5
**shared** [2] - 20:8, 35:13
**shareholder** [1] - 178:24
**Shearman** [1] - 183:4
**sheet** [7] - 11:5, 63:13,

67:12, 86:5, 105:6, 106:16, 161:14
**shirt** [1] - 141:8
**shirts** [1] - 139:14
**shop** [1] - 136:14
**shopping** [2] - 132:8, 136:14
**shore** [1] - 31:14
**short** [17] - 3:15, 3:16, 20:23, 30:19, 31:17, 55:8, 55:9, 64:2, 114:7, 114:8, 150:4, 150:8, 150:15, 150:20, 167:15, 172:15, 188:13
**short-term** [11] - 20:23, 55:8, 55:9, 114:7, 114:8, 150:4, 150:8, 150:15, 150:20, 167:15, 172:15
**shorter** [1] - 125:12
**shortly** [13] - 148:24, 150:19, 161:4, 161:24, 162:12, 162:15, 163:13, 163:16, 164:2, 165:25, 167:3, 169:13, 169:16
**show** [25] - 10:19, 15:16, 16:25, 17:13, 27:17, 32:1, 32:16, 34:4, 34:8, 35:15, 46:10, 50:16, 59:6, 72:20, 72:25, 85:19, 131:9, 132:18, 134:10, 134:25, 135:11, 135:18, 145:5, 184:7, 185:9
**showing** [12] - 8:3, 11:10, 12:3, 12:15, 12:21, 13:16, 14:12, 16:5, 36:15, 93:2, 101:23, 173:2
**shown** [10] - 19:22, 105:6, 107:13, 109:16, 110:14, 113:2, 113:4, 142:9, 156:8
**shows** [12] - 74:19, 101:25, 105:25, 129:7, 131:11, 133:3, 135:1, 159:15, 163:24, 168:10, 169:4, 171:16
**sic** [1] - 86:11
**side** [28] - 41:22, 53:7, 53:10, 53:16, 53:19, 54:10, 60:9, 64:20,

64:21, 64:22, 64:24, 65:2, 65:6, 65:11, 65:20, 66:4, 95:24, 101:12, 101:13, 102:15, 102:18, 103:12, 138:23, 138:24, 169:25, 170:1, 170:3, 171:4
**sign** [4] - 13:25, 45:18, 45:24, 98:13
**signature** [9] - 16:6, 33:4, 47:19, 51:23, 52:14, 52:16, 52:17, 56:14, 187:4
**signed** [8] - 16:23, 20:20, 46:15, 49:12, 58:14, 183:21, 184:11, 185:7
**significantly** [8] - 54:5, 61:8, 61:9, 62:17, 66:3, 66:11, 120:14, 155:18
**similar** [6] - 45:3, 79:4, 104:7, 104:16, 136:8, 173:18
**simple** [4] - 14:24, 51:25, 140:24, 141:20
**simply** [2] - 157:22, 157:23
**Singapore** [2] - 174:8, 174:9
**single** [4] - 10:10, 21:7, 160:10
**site** [18] - 128:19, 129:8, 129:9, 129:12, 129:22, 130:5, 130:7, 130:9, 130:15, 131:8, 133:19, 133:23, 133:25, 140:19, 140:23, 144:18, 144:23
**sites** [2] - 130:19, 139:6
**situation** [4] - 17:18, 49:2, 62:8, 62:10
**six** [7] - 20:23, 68:6, 97:2, 101:14, 131:2, 185:19, 186:15
**size** [1] - 29:25
**slash** [5] - 56:19, 58:23, 75:5, 111:1, 111:6
**sleep** [1] - 18:9
**slip** [9] - 161:24, 162:1, 162:12, 162:24, 163:13, 163:15, 169:12, 170:15, 170:18

**slips** [2] - 99:13, 157:3
**slow** [3] - 44:18, 125:9, 125:10
**slowed** [1] - 30:3
**slower** [2] - 40:19, 123:20
**slowly** [1] - 10:13
**small** [2] - 129:24, 130:16
**smaller** [2] - 105:12, 130:15
**SNEAD** [1] - 1:19
**snippet** [1] - 129:25
**social** [1] - 185:16
**sold** [14] - 23:2, 23:19, 35:7, 107:8, 107:11, 108:11, 108:16, 108:19, 109:10, 109:15, 109:18, 131:6, 133:4, 139:14
**sole** [1] - 178:24
**Solely** [1] - 122:2
**solely** [2] - 148:2, 148:3
**solemnly** [5] - 5:2, 24:10, 40:5, 87:10, 122:18
**solicitor** [1] - 127:19
**solid** [1] - 180:24
**solves** [1] - 16:2
**someone** [4] - 12:6, 27:13, 46:3, 50:4
**sometimes** [2] - 122:7, 136:9
**somewhat** [1] - 17:19
**somewhere** [2] - 124:25, 189:15
**son** [1] - 36:4
**Sony** [1] - 124:21
**soon** [5] - 12:14, 52:2, 58:9, 62:9, 90:1
**sorry** [24] - 7:19, 11:5, 14:9, 15:12, 23:3, 34:1, 58:7, 64:19, 70:17, 75:13, 106:21, 108:15, 125:11, 133:15, 137:19, 138:5, 139:8, 140:24, 142:7, 144:1, 152:19, 155:10, 165:10, 175:21
**sort** [5] - 22:12, 41:18, 44:1, 72:16, 89:13
**sorted** [1] - 160:9
**sorts** [4] - 42:4, 45:2, 49:11, 89:1
**sought** [1] - 50:1
**sound** [3] - 31:1, 143:13

**sounds** [1] - 4:9
**source** [4] - 144:17, 145:17, 171:17, 179:3
**sources** [1] - 171:19
**SOUTHERN** [1] - 1:2
**speaking** [1] - 52:2
**Special** [2] - 2:13, 79:20
**specific** [4] - 71:3, 77:14, 78:24, 79:24
**specifically** [7] - 31:16, 43:13, 70:24, 167:12, 179:14, 179:16, 179:17
**Speed** [1] - 167:12
**spell** [6] - 5:12, 24:21, 40:15, 40:18, 87:20, 123:3
**spend** [2] - 130:7, 137:15
**spent** [3] - 147:2, 147:13, 148:13
**spiked** [1] - 99:25
**sports** [1] - 7:16
**sportswear** [4] - 30:15, 30:17, 31:3, 31:20
**spread** [2] - 43:11, 49:25
**spreadsheet** [1] - 160:8
**Squad** [2] - 88:15, 88:17
**Srikuman** [2] - 123:4, 123:5
**SRIKUMAR** [3] - 123:5, 123:7, 191:21
**Stadium** [4] - 162:14, 165:17, 168:7, 168:19
**stages** [1] - 128:10
**stagnant** [1] - 30:3
**stamp** [1] - 185:23
**stand** [5] - 49:16, 105:14, 122:14, 122:16, 159:6
**standing** [1] - 110:7
**standpoint** [1] - 19:11
**stands** [4] - 44:24, 69:17, 120:25, 190:2
**start** [8] - 4:21, 101:24, 102:4, 113:10, 124:11, 137:5, 147:23, 180:21
**started** [10] - 30:7, 124:25, 125:4, 130:17, 144:10, 144:15, 144:16,

144:18, 144:20, 144:22
**starting** [9] - 7:13, 35:15, 50:17, 57:14, 61:25, 63:8, 140:22, 154:18, 187:13
**startup** [4] - 21:3, 21:10, 21:12, 39:15
**State** [1] - 26:11
**state** [7] - 5:11, 24:20, 40:14, 74:25, 75:1, 87:19, 123:2
**statement** [51] - 11:14, 11:16, 11:19, 30:21, 30:23, 34:2, 45:6, 52:1, 52:10, 52:13, 53:1, 53:12, 53:15, 53:20, 53:21, 53:25, 54:2, 54:9, 54:12, 59:14, 59:15, 59:18, 60:7, 60:20, 64:13, 65:4, 66:2, 66:10, 66:24, 67:4, 83:11, 86:8, 106:10, 106:20, 106:22, 107:12, 107:14, 108:25, 109:7, 115:23, 115:25, 116:1, 116:2, 116:5, 116:15, 117:1, 117:6, 185:11, 185:14
**Statement** [1] - 59:8
**statements** [22] - 43:4, 43:16, 56:12, 58:24, 84:7, 84:8, 89:3, 99:12, 104:25, 105:6, 112:2, 115:21, 116:9, 116:11, 117:5, 156:9, 160:7, 173:5, 185:17, 185:19, 185:20
**STATES** [5] - 1:1, 1:3, 1:10, 1:14, 191:3
**states** [2] - 66:23, 108:10
**States** [11] - 2:5, 2:10, 2:13, 24:6, 40:2, 87:7, 124:6, 124:7, 126:5, 126:6, 146:12
**status** [1] - 62:8
**stay** [3] - 3:21, 13:8, 110:7
**stayed** [2] - 71:24, 136:5
**STE** [1] - 1:24
**stenographic** [1] - 190:6
**Stenography** [1] -

1:21
**step** [3] - 24:1, 105:14, 180:7
**Stephen** [1] - 71:7
**steps** [2] - 62:10, 133:22
**Sterling** [1] - 183:5
**Steve** [1] - 136:10
**Steven** [2] - 149:9, 187:4
**Stick** [2] - 113:6, 113:17
**still** [6] - 52:14, 80:21, 81:8, 136:15, 143:25, 159:3
**stip** [1] - 184:11
**Stip-3** [1] - 184:11
**stip-5** [1] - 182:5
**Stip-5** [1] - 182:6
**stipulate** [3] - 182:7, 183:25, 184:20
**Stipulation** [1] - 184:19
**stipulation** [6] - 120:1, 183:21, 183:24, 184:13, 185:7, 185:10
**stipulation-4** [1] - 184:19
**Stipulation-4** [1] - 185:22
**Stipulation-5** [1] - 183:21
**STIPULATION..........** ..... [1] - 192:4
**stipulations** [10] - 3:4, 180:15, 180:17, 181:8, 181:9, 181:24, 181:25, 182:5, 184:16, 187:6
**stock** [2] - 23:19, 148:4
**stocks** [1] - 7:6
**stood** [1] - 12:1
**stop** [4] - 4:13, 43:7, 179:22
**stopping** [1] - 117:13
**store** [1] - 7:18
**Store** [2] - 26:3, 26:5
**Strategic** [1] - 188:9
**strategies** [1] - 20:12
**Street** [6] - 1:19, 113:6, 113:17, 161:6, 161:8, 164:6
**street** [1] - 36:5
**stress** [2] - 14:10, 21:5
**stressed** [1] - 18:9
**stressful** [1] - 17:19
**strictly** [1] - 174:4

**Stritton** [1] - 71:6
**strong** [1] - 13:8
**stub** [1] - 185:13
**subject** [8] - 11:1, 11:4, 14:15, 15:24, 32:22, 35:20, 59:8, 92:15
**subpoena** [3] - 89:14, 116:10, 179:24
**subsequent** [3] - 159:18, 169:7, 172:3
**subsequently** [5] - 147:2, 147:13, 147:17, 151:18, 165:3
**subsidies** [1] - 185:18
**substantive** [1] - 187:24
**subtotal** [1] - 142:17
**subtracted** [2] - 98:5, 99:6
**sufficient** [1] - 110:22
**suggesting** [1] - 73:1
**Suite** [1] - 1:19
**SUITE** [1] - 1:15
**suite** [1] - 151:24
**sum** [4] - 93:24, 107:15, 149:13, 158:16
**summaries** [1] - 91:25
**summarize** [1] - 14:22
**summarized** [1] - 76:25
**summarizing** [2] - 91:18, 91:19
**summary** [34] - 8:14, 52:22, 54:4, 70:14, 70:18, 71:12, 74:15, 79:11, 80:4, 92:8, 93:5, 97:6, 100:25, 105:6, 105:25, 110:11, 110:12, 110:15, 112:11, 114:6, 114:7, 146:24, 152:9, 155:25, 159:15, 161:14, 163:24, 165:23, 166:25, 168:10, 169:3, 169:4, 171:16, 179:2
**Summary** [1] - 93:9
**summed** [1] - 172:6
**Sun** [1] - 90:18
**Sun-2** [1] - 90:19
**Sun-3** [1] - 90:19
**Sun-4** [1] - 90:19
**Sun-5** [1] - 90:19
**Sunday** [1] - 27:16
**SunTrust** [2] - 96:25, 97:17

**superior** [2] - 50:7, 81:12
**supersedes** [1] - 58:15
**supervision** [1] - 126:12
**supplemental** [2] - 121:17, 121:18
**support** [6] - 42:1, 43:3, 55:10, 55:11, 59:3, 185:18
**supporting** [3] - 43:5, 56:10, 173:5
**supports** [1] - 44:10
**suppose** [1] - 176:5
**supposed** [5] - 14:24, 48:19, 48:21, 82:5, 82:7
**surgeries** [2] - 14:16, 15:6
**surgery** [6] - 14:25, 15:1, 15:4, 35:6, 35:9, 118:4
**Susan** [1] - 149:9
**swear** [5] - 5:2, 24:10, 40:5, 87:10, 122:18
**Sworn** [5] - 5:9, 24:18, 40:12, 87:17, 122:25
**SWORN** [6] - 5:16, 25:1, 41:1, 88:1, 123:7, 146:17
**Sworn**........................
........................ [5] -
191:8, 191:11, 191:14, 191:18, 191:21
**system** [10] - 46:1, 62:25, 63:1, 125:7, 127:18, 132:4, 134:13, 134:16, 134:17, 134:18
**systems** [1] - 125:8

**T**

**T-h-u-r** [1] - 24:23
**T-shirts** [1] - 139:14
**tallied** [1] - 71:19
**Tampa** [1] - 15:3
**Tax** [1] - 92:13
**tax** [26] - 43:5, 43:15, 45:4, 101:21, 106:1, 107:21, 107:25, 108:6, 108:9, 108:13, 108:25, 109:9, 109:12, 109:19, 110:1, 148:6, 148:7, 148:8, 178:16, 178:18, 184:21, 184:25,

185:1, 186:2, 186:15
**taxes** [2] - 23:20, 108:18
**Taxpayer** [1] - 185:22
**TAYLOR** [1] - 1:18
**technology** [2] - 137:13, 137:14
**Technology** [5] - 124:20, 125:17, 125:20, 133:21, 137:21
**tee** [1] - 141:8
**telephone** [1] - 42:15
**ten** [3] - 117:16, 136:4, 136:5
**tens** [1] - 89:9
**term** [16] - 11:5, 17:25, 20:23, 33:10, 47:14, 55:8, 55:9, 114:7, 114:8, 128:13, 150:4, 150:8, 150:15, 150:20, 167:15, 172:15
**terms** [11] - 9:5, 9:15, 10:15, 31:7, 45:19, 48:12, 49:4, 54:16, 119:11, 126:9, 150:12
**tested** [1] - 130:15
**testified** [6] - 75:8, 76:1, 139:2, 141:2, 141:25, 145:16
**testifies** [1] - 78:23
**testify** [4] - 4:2, 71:2, 177:21, 178:15
**testifying** [2] - 3:1, 118:23
**testimony** [23] - 4:4, 24:1, 39:23, 54:8, 69:11, 74:5, 74:9, 74:21, 75:25, 76:14, 76:15, 77:7, 79:8, 87:3, 118:1, 118:8, 119:11, 119:18, 146:4, 180:7, 181:16, 187:10, 188:10
**testing** [1] - 6:12
**text** [7] - 12:11, 12:24, 13:21, 14:7, 14:21, 157:2, 186:1
**texting** [1] - 181:21
**THE** [215] - 1:1, 1:1, 1:10, 1:13, 1:14, 1:17, 2:4, 2:8, 2:15, 2:18, 2:25, 3:11, 3:15, 3:17, 3:22, 4:4, 4:8, 4:10, 4:13, 4:17, 4:19, 4:25, 5:2, 5:7, 5:8, 5:10, 5:13, 5:15,

18:25, 19:19, 23:23, 23:25, 24:3, 24:5, 24:8, 24:10, 24:15, 24:16, 24:17, 24:19, 24:22, 24:24, 37:8, 39:18, 39:20, 39:22, 39:23, 39:25, 40:3, 40:5, 40:10, 40:11, 40:13, 40:16, 40:18, 40:20, 40:21, 40:22, 40:23, 50:24, 51:3, 51:4, 51:6, 69:4, 69:7, 69:9, 69:15, 69:16, 69:19, 69:21, 69:25, 70:2, 70:6, 70:10, 70:17, 70:20, 70:24, 71:8, 71:14, 72:4, 72:10, 72:14, 72:19, 72:23, 73:8, 73:12, 73:20, 74:8, 74:14, 74:22, 75:4, 75:13, 75:16, 75:19, 75:21, 76:4, 76:8, 77:4, 77:9, 77:13, 77:17, 77:19, 77:23, 78:5, 78:9, 78:13, 78:16, 78:22, 79:6, 79:10, 79:17, 79:23, 80:10, 80:14, 80:16, 80:20, 85:8, 86:11, 87:3, 87:5, 87:8, 87:10, 87:15, 87:16, 87:18, 87:21, 87:22, 89:21, 89:24, 90:3, 91:7, 91:12, 92:11, 92:17, 92:21, 92:24, 105:15, 105:18, 117:14, 117:18, 117:20, 118:2, 118:7, 118:13, 118:18, 118:24, 119:2, 119:5, 119:12, 119:15, 119:23, 120:3, 120:8, 120:20, 120:24, 121:2, 121:4, 121:7, 121:11, 121:22, 122:1, 122:3, 122:4, 122:6, 122:15, 122:18, 122:23, 122:24, 123:1, 123:4, 123:6, 125:9, 125:11, 125:13, 136:20, 136:25, 142:5, 144:3, 144:5, 145:12, 146:3, 146:6, 146:8, 146:11, 146:16, 159:7, 173:23, 180:4, 180:6, 180:9,

180:11, 180:13, 180:16, 180:22, 181:2, 181:5, 181:7, 182:4, 184:14, 187:7, 187:11, 187:13, 187:18, 188:6, 188:12, 188:14, 188:17, 188:22, 189:6, 189:17, 189:24, 190:1, 191:7, 191:20, 192:1
**thereafter** [14] - 45:25, 148:24, 150:19, 161:4, 161:24, 162:13, 162:15, 163:14, 163:16, 164:2, 165:25, 167:3, 169:13, 169:16
**thereof** [1] - 76:9
**thinking** [5] - 17:20, 119:15, 119:16, 120:13, 180:23
**third** [10] - 20:7, 82:8, 102:23, 113:10, 113:21, 135:17, 140:3, 168:8, 183:6, 185:25
**Thirty** [2] - 6:5, 162:17
**Thirty-one** [1] - 6:5
**Thomas** [1] - 2:12
**THOMAS** [1] - 1:15
**thousand** [1] - 141:22
**thousands** [1] - 89:9
**three** [23] - 15:1, 15:6, 60:10, 60:14, 73:16, 88:11, 110:24, 120:13, 148:9, 153:6, 154:12, 159:19, 161:18, 166:15, 169:8, 181:1, 182:5, 182:15, 182:25, 183:14, 185:9, 187:6, 188:7
**throughout** [3] - 37:13, 124:5, 136:5
**THUR** [2] - 25:1, 191:11
**Thur** [16] - 3:2, 24:7, 24:22, 24:23, 25:4, 25:6, 25:22, 26:16, 32:1, 32:4, 32:16, 33:5, 33:15, 36:16, 37:11, 39:21
**Thur11@verizon.net** [1] - 27:12
**ticket** [2] - 3:20
**timeframe** [5] - 72:5,

73:24, 76:20, 137:6, 143:25
**timely** [2] - 46:2, 56:2
**timing** [2] - 3:3, 3:6
**title** [8] - 77:5, 93:13, 97:25, 98:24, 101:24, 125:4, 125:17, 147:8
**today** [14] - 2:24, 3:7, 3:18, 3:23, 4:2, 8:9, 51:14, 54:8, 57:19, 66:22, 67:4, 118:15, 118:20, 119:2
**today's** [1] - 3:10
**together** [12] - 27:7, 38:3, 45:9, 107:15, 108:20, 126:7, 132:9, 171:16, 171:22, 175:23, 189:7, 189:19
**tolerance** [1] - 9:15
**tolled** [1] - 175:8
**tomorrow** [17] - 3:21, 3:23, 118:4, 118:25, 119:6, 119:16, 119:17, 120:10, 180:18, 180:21, 181:14, 181:15, 187:13, 188:18, 188:25, 189:25
**took** [7] - 7:5, 28:19, 71:19, 115:9, 136:11, 138:21, 179:11
**top** [17] - 13:16, 14:4, 16:12, 17:9, 35:23, 60:11, 60:24, 63:23, 97:11, 104:20, 134:24, 135:18, 147:23, 147:24, 172:18, 186:11
**total** [56] - 12:19, 18:21, 53:3, 53:24, 53:25, 54:2, 54:4, 64:16, 65:12, 65:14, 65:25, 72:20, 93:5, 93:16, 93:22, 94:4, 94:6, 94:8, 94:10, 94:16, 94:20, 94:23, 95:3, 95:12, 106:24, 107:7, 107:11, 108:11, 108:14, 108:17, 108:19, 109:10, 109:15, 109:18, 111:1, 111:3, 111:6, 111:11, 111:13, 111:22, 111:25, 112:2, 130:4, 131:4, 138:15, 141:5,

141:8, 147:12, 149:14, 158:14, 158:16, 158:17, 158:25, 183:12, 188:10
**totaled** [7] - 101:7, 147:18, 150:7, 157:24, 172:14, 172:17, 172:25
**totality** [3] - 93:17, 96:3, 158:3
**totalled** [2] - 149:1, 165:11
**totals** [3] - 111:10, 149:8, 159:1
**tough** [1] - 119:20
**towards** [1] - 149:25
**trace** [4] - 179:12, 179:14, 179:16, 179:17
**traced** [1] - 179:9
**Tracing** [2] - 92:13, 165:21
**tracing** [6] - 177:2, 177:8, 178:3, 178:11, 178:25, 179:1
**transaction** [14] - 49:23, 81:12, 160:11, 160:20, 161:21, 162:6, 162:9, 162:18, 163:10, 166:24, 170:7, 170:10, 170:11, 170:12
**transactions** [3] - 156:8, 179:9, 179:11
**TRANSCRIPT** [1] - 1:9
**transcript** [1] - 190:6
**Transcription** [1] - 1:22
**transfer** [15] - 99:13, 153:17, 155:3, 155:7, 156:9, 159:17, 161:6, 161:25, 162:24, 162:25, 163:7, 166:9, 170:17, 170:19, 170:21
**transferred** [4] - 15:3, 37:19, 153:23, 163:18
**transfers** [6] - 159:18, 161:17, 169:7, 175:17, 184:8
**transmitted** [2] - 183:25, 185:3
**transport** [1] - 35:10
**transportation** [1] - 184:2

**Traurig** [1] - 182:22
**travel** [1] - 6:9
**Travel** [1] - 6:21
**traveling** [1] - 3:7
**trend** [4] - 98:20, 99:23, 101:4, 140:18
**trends** [2] - 43:12, 101:14
**TRIAL** [1] - 1:9
**trip** [1] - 64:2
**trouble** [1] - 123:21
**true** [6] - 16:18, 16:20, 20:10, 20:14, 20:25, 181:10
**truly** [3] - 12:25, 136:14, 187:3
**trust** [1] - 22:1
**trusted** [3] - 16:24, 20:19, 21:17
**trustworthy** [1] - 21:21
**truth** [15] - 5:5, 5:6, 24:13, 24:14, 40:8, 40:9, 87:13, 87:14, 122:21, 122:22
**try** [4] - 4:14, 44:4, 48:25
**trying** [5] - 3:22, 35:3, 36:5, 48:8, 136:10
**Tuesday** [3] - 58:24, 119:19, 189:5
**turn** [2] - 13:6, 122:12
**turning** [4] - 93:2, 104:20, 146:23, 152:9
**tweeting** [1] - 181:22
**two** [34] - 3:1, 12:15, 13:13, 15:6, 17:20, 25:14, 26:25, 27:5, 36:15, 38:6, 48:5, 55:13, 58:22, 61:7, 107:14, 108:15, 115:6, 123:15, 143:20, 145:13, 147:22, 147:23, 148:5, 151:17, 162:25, 163:22, 176:5, 176:11, 176:14, 181:1, 183:2, 184:10, 186:8
**type** [1] - 79:3
**typical** [1] - 150:20
**typically** [2] - 110:18, 150:18, 179:6

**U**

**Ulander** [1] - 121:15
**ultimately** [1] - 31:19
**unaware** [2] - 56:25,

57:5
**uncertainty** [1] - 17:6
**under** [13] - 5:3, 24:11, 40:6, 48:18, 55:5, 55:15, 69:10, 80:21, 87:11, 98:10, 107:5, 122:19, 126:12
**underlying** [5] - 8:11, 72:24, 73:22, 77:20, 78:24
**undersigned** [2] - 187:2
**understated** [1] - 109:17
**understood** [4] - 21:9, 21:12, 21:14, 39:16
**unequivocally** [1] - 10:9
**unfortunately** [1] - 118:22
**unique** [1] - 130:10
**unit** [4] - 88:12, 88:14, 141:12, 141:21
**UNITED** [5] - 1:1, 1:3, 1:10, 1:14, 191:3
**United** [16] - 2:5, 2:10, 2:13, 24:6, 40:2, 87:7, 96:10, 113:6, 124:5, 124:7, 126:5, 126:6, 146:12, 152:2, 168:21, 169:15
**United-1(a)A** [1] - 90:19
**United-1(b** [1] - 90:19
**United-1(c** [1] - 90:20
**United-1(d** [1] - 90:20
**United-1(f** [1] - 90:20
**United-1(g** [1] - 90:20
**United-1(h** [1] - 90:21
**United-11** [1] - 91:4
**United-2(a** [1] - 90:21
**United-2(b** [1] - 90:21
**United-2(c** [1] - 90:21
**United-2(d** [1] - 90:22
**United-2(e** [1] - 90:22
**United-3(a** [1] - 90:22
**United-3(b** [1] - 90:22
**United-4(a** [1] - 90:23
**United-4(b** [1] - 90:23
**United-4(c** [1] - 90:23
**United-4(d** [1] - 90:23
**United-4(e** [1] - 90:24
**United-5(a** [1] - 90:24
**United-5(b** [1] - 90:24
**United-5(c** [1] - 90:24
**United-5(d** [1] - 90:25
**United-5(e** [1] - 90:25
**United-6(a** [1] - 90:25
**United-6(b** [1] - 90:25

**United-6(c** [1] - 91:1
**United-7(a** [1] - 91:1
**United-7(b** [1] - 91:1
**United-7(c** [1] - 91:1
**United-8(a** [1] - 91:2
**United-8(b** [1] - 91:2
**United-8(c** [1] - 91:2
**United-8(d** [1] - 91:2
**United-8(e** [1] - 91:3
**United-8(f** [1] - 91:3
**United-8(g** [1] - 91:3
**United-9(a** [1] - 91:3
**United-9(b** [1] - 91:4
**United-9(c** [1] - 91:4
**United-9(d** [1] - 91:4
**units** [6] - 132:19, 133:4, 133:5, 141:8, 141:16, 141:21
**UNL-1** [2] - 91:4, 113:9
**UNL-10** [1] - 91:5
**UNL-2** [1] - 91:4
**UNL-3** [1] - 91:5
**UNL-4** [1] - 91:5
**UNL-5** [1] - 91:5
**UNL-6** [1] - 91:5
**UNL-7** [1] - 91:5
**UNL-8** [1] - 91:5
**UNL-9** [1] - 91:5
**unless** [1] - 180:23
**unlike** [1] - 58:15
**unreliable** [2] - 71:3, 71:4
**unsolicited** [1] - 16:15
**up** [57] - 4:21, 7:13, 13:2, 15:4, 18:12, 19:19, 23:7, 32:23, 47:8, 63:1, 63:5, 63:8, 63:17, 64:5, 64:22, 75:17, 77:18, 77:21, 80:11, 81:17, 81:18, 84:18, 84:22, 86:17, 98:6, 99:7, 100:23, 102:16, 103:20, 106:12, 107:15, 108:2, 110:9, 112:6, 113:9, 115:18, 118:9, 119:18, 126:9, 128:25, 130:21, 131:24, 134:24, 135:18, 137:7, 138:25, 139:20, 139:23, 140:7, 140:22, 141:1, 141:24, 144:9, 144:12, 145:20, 145:22, 146:23, 147:5, 147:22, 147:24, 152:13,

152:25, 155:20, 157:4, 159:10, 163:22, 168:24, 170:2, 171:4, 181:11, 181:16
**updated** [2] - 13:23, 63:4
**upgrade** [1] - 125:25
**USA** [3] - 150:6, 150:11, 167:12
**user** [4] - 129:22, 129:25, 130:16, 131:1
**users** [7] - 130:8, 130:10, 130:11, 133:19, 139:5, 139:7
**usual** [1] - 69:5
**utilized** [1] - 151:25

**V**

**Valley** [1] - 71:5
**valuable** [2] - 84:10, 84:11
**valuation** [1] - 82:3
**value** [7] - 53:3, 53:24, 53:25, 54:2, 54:4, 83:9, 138:15
**van** [2] - 121:22, 122:1
**Van** [3] - 121:23, 121:24, 122:2
**VAPUR** [1] - 148:5
**variety** [1] - 88:19
**various** [7] - 7:6, 75:24, 89:2, 91:21, 184:8, 184:9
**vehicle** [1] - 79:4
**vendor** [6] - 93:6, 93:10, 93:25, 94:20, 95:2, 95:11
**Vendor** [1] - 93:9
**vendor"** [1] - 93:10
**vendors** [3] - 89:15, 94:1, 94:13
**verbatim** [1] - 14:21
**verification** [7] - 51:24, 56:7, 142:20, 143:6, 143:7, 186:25
**verifications** [1] - 142:25
**versus** [3] - 2:10, 109:12, 109:25
**vertical** [1] - 95:24
**Veterans** [2] - 26:12, 26:14
**via** [1] - 159:17
**viability** [2] - 44:14, 45:7
**Vice** [6] - 80:25, 81:1, 81:3, 81:4, 81:6,

81:8
**victim** [1] - 74:23
**victim's** [1] - 74:25
**victims** [4] - 3:1,
70:15, 74:20
**videos** [1] - 126:6
**viewed** [6] - 130:25,
131:5, 131:12,
131:16, 144:24,
145:6
**views** [1] - 145:2
**Virginia** [7] - 25:10,
25:11, 25:13, 25:16,
26:11, 123:11,
124:13
**virtually** [2] - 186:10,
186:13
**visit** [5] - 22:21,
128:22, 129:23,
130:9, 133:24
**visited** [9] - 127:12,
130:5, 133:19,
139:3, 139:6,
139:21, 139:24,
140:9, 140:19
**visiting** [2] - 129:8,
140:22
**visitors** [3] - 129:7,
131:8, 131:19
**visits** [4] - 22:12,
128:19, 129:22,
133:24
**voir** [1] - 188:18
**vs** [2] - 1:5, 191:3
**vulnerable** [1] - 18:14

---

**W**

**wait** [2] - 58:24,
181:25
**waiting** [1] - 8:5
**walk** [13] - 35:1, 95:10,
148:12, 161:20,
162:9, 163:9,
164:23, 166:23,
167:21, 168:8,
169:10, 170:12,
172:8
**warehouse** [2] -
128:7, 128:8
**warrant** [13] - 71:21,
71:22, 72:3, 72:18,
73:5, 73:7, 73:11,
89:17, 92:4, 99:15,
149:23, 153:3,
156:11
**Warrant-6031** [1] -
153:1
**WASHINGTON** [1] -
1:20

---

**Washington** [6] -
41:12, 41:15, 46:21,
95:8, 95:11, 124:20
**watchful** [1] - 29:13
**water** [2] - 28:21,
148:5
**weakness** [1] - 20:9
**website** [44] - 22:12,
22:21, 22:23, 22:25,
125:21, 125:22,
126:1, 126:3, 126:7,
126:8, 126:10,
126:18, 127:3,
127:6, 127:7, 127:9,
127:12, 127:13,
128:13, 128:16,
128:18, 128:19,
129:25, 130:1,
132:6, 132:11,
133:22, 137:8,
137:11, 139:21,
139:24, 144:19,
144:21, 144:23
**websites** [1] - 125:6
**WEDNESDAY** [1] -
1:11
**week** [10] - 28:3, 62:7,
63:3, 64:4, 120:12,
120:22, 180:19,
181:17, 181:18,
186:8
**weekday** [1] - 28:2
**weekend** [4] - 28:2,
59:5, 63:5, 189:9
**weeks** [2] - 62:23,
120:13
**weight** [1] - 181:10
**welcomed** [1] - 28:21
**Western** [14] - 52:21,
53:14, 53:20, 53:21,
53:24, 54:1, 54:9,
59:18, 101:1,
115:21, 115:23,
116:10, 176:7,
176:14
**whatnot** [7] - 41:21,
42:2, 43:6, 44:9,
45:20, 48:21, 56:12
**whatsoever** [1] -
181:23
**wheelchair** [1] - 35:10
**WHITEFORD** [1] -
1:18
**whole** [6] - 5:5, 24:13,
40:8, 49:13, 87:13,
122:21
**wife** [1] - 136:15
**Williams** [1] - 183:3
**Williford** [1] - 183:4
**willing** [1] - 30:20,

---

67:1
**WilmerHale** [1] -
182:22
**Windom** [2] - 2:12,
182:2
**WINDOM** [6] - 1:15,
121:15, 121:23,
182:3, 182:5, 184:18
**winter** [1] - 41:16
**Wire** [2] - 159:23,
184:6
**wire** [35] - 32:8, 99:12,
156:9, 156:25,
157:3, 159:17,
159:18, 161:6,
161:17, 161:24,
161:25, 162:1,
162:3, 162:12,
162:13, 162:24,
163:13, 163:14,
163:15, 169:7,
169:12, 169:14,
169:17, 169:20,
170:7, 170:15,
170:17, 170:18,
170:19, 170:21,
170:23, 184:1,
184:7, 184:8
**wires** [1] - 183:24
**WIS-1(a** [2] - 91:6,
91:8
**WIS-1(b** [1] - 91:8
**WIS-1(c** [1] - 91:8
**WIS-1(d** [6] - 54:11,
60:10, 60:14, 60:18,
61:5, 91:8
**WIS-1(d)** [1] - 53:8
**WIS-2(a** [1] - 91:9
**WIS-2(b** [1] - 91:9
**WIS-2(c** [1] - 91:10
**WIS-3(a** [1] - 91:10
**WIS-3(b** [1] - 91:10
**WIS-4(a** [1] - 91:10
**WIS-4(b** [1] - 91:10
**WIS-5** [2] - 92:14,
115:18
**Wisconsin** [4] - 28:1,
46:21, 84:2, 113:22
**wish** [2] - 78:24, 79:14
**wishes** [1] - 80:5
**withdrawal** [1] -
110:21
**withdraws** [1] -
110:22
**Witness** [21] - 5:1, 5:9,
24:4, 24:9, 24:18,
40:1, 40:4, 40:12,
87:6, 87:9, 87:17,
105:16, 122:17,
122:25, 146:7,

---

180:10, 191:10,
191:13, 191:17,
191:24, 192:3
**WITNESS** [29] - 5:7,
5:13, 5:16, 24:3,
24:15, 24:17, 24:22,
25:1, 39:22, 39:25,
40:10, 40:16, 40:20,
40:22, 41:1, 51:3,
87:5, 87:15, 87:21,
88:1, 122:23, 123:4,
123:7, 125:11,
125:13, 144:3,
146:6, 146:17, 180:9
**witness** [34] - 3:5, 3:6,
3:7, 3:15, 3:16, 4:22,
69:24, 70:9, 70:11,
71:2, 78:23, 105:14,
117:23, 118:3,
118:4, 118:9,
118:15, 118:20,
119:17, 120:4,
120:6, 120:7, 121:8,
121:12, 121:13,
122:10, 122:14,
142:8, 146:9, 159:6,
159:8, 188:9
**witnessed** [1] - 48:2
**witnesses** [8] -
121:18, 122:8,
180:13, 180:14,
180:25, 188:7,
188:13, 188:20
**WITNESSES** [3] -
191:7, 191:20, 192:1
**wonderful** [1] - 59:4
**wondering** [1] - 189:3
**wooden** [2] - 136:7,
136:8
**Woodmont** [1] - 47:2
**word** [1] - 184:16
**words** [2] - 50:2,
71:25
**wore** [1] - 35:1
**works** [5] - 119:24,
186:7, 187:13,
187:15, 187:16
**World** [1] - 6:21
**world** [2] - 29:6,
128:23
**worry** [1] - 184:16
**worse** [1] - 10:1
**worth** [1] - 84:6
**wrap** [2] - 119:18,
181:16
**write** [3] - 16:10, 17:4,
51:1
**writes** [1] - 17:9
**writing** [1] - 14:17
**wrote** [1] - 17:17

---

**X**

**Xinis** [1] - 2:6
**XINIS** [1] - 1:10

---

**Y**

**year** [38] - 13:6, 22:10,
29:2, 31:9, 34:21,
37:3, 47:16, 66:1,
66:9, 67:16, 67:22,
68:1, 76:13, 76:14,
100:2, 100:5, 100:6,
106:20, 125:2,
129:23, 130:23,
131:11, 131:12,
131:17, 131:23,
132:21, 132:22,
133:2, 138:16,
138:22, 139:4,
139:24, 140:1,
140:9, 141:14,
145:6, 174:25
**years** [21] - 6:5, 6:19,
9:23, 10:12, 25:14,
25:18, 25:24, 26:10,
29:12, 35:2, 38:6,
41:16, 45:5, 88:11,
100:5, 111:14,
124:10, 125:24,
126:9, 186:18
**yesterday's** [1] - 13:24
**yourself** [2] - 17:14,
136:2

---

**Z**

**Zandt** [5] - 121:22,
121:23, 121:24,
122:1, 122:2
**Zeck** [5] - 3:8, 3:11,
118:20, 119:25,
188:8
**zero** [6] - 18:23, 98:10,
98:12, 98:13, 101:9,
101:11
**zone** [1] - 133:20