

**U.S. Department of Justice**

*United States Attorney*
*District of Maryland*

| | | |
|---|---|---|
| Leo Wise | Suite 400 | DIRECT: 410-209-4909 |
| Assistant United States Attorney | 36 S. Charles Street | MAIN: 410-209-4800 |
| Leo.Wise@usdoj.gov | Baltimore, MD 21201-3119 | |

March 29, 2022

A. Scott Bolden
Reed Smith LLP
1301 K Street, N.W.
Suite 1000 - East Tower
Washington, D.C. 20005-3373

    Re:    *United States v. Marilyn Mosby*
              Criminal No. LKG-22-0007
              Discovery Production 3 – USAfx

Dear Counsel:

      Pursuant to Rules 16 and 16.1 of the Federal Rules of Criminal Procedure, and Local Standing Order 2020-01, the United States is providing supplemental discovery in the above-referenced matter. Materials uploaded to USAfx do eventually expire so please download everything off of the site. The government will continue to provide additional discovery on a rolling basis.

- Documents (13), **USA-0016961 - 017174**
    - 'Manifest' listing the type and description of each document (.csv file)

      The Internal Revenue Service does not maintain a physical copy of all form letters sent to taxpayers. As to the forms for which there is no physical copy, we are providing you with a copy of the relevant pages from the Internal Revenue Manual that reference certain forms sent per the IRS transcripts provided to you:

- Form CP 14 sent on November 2, 2015: IRM (published November 7, 2014), Section 3.14.1, page 308.
- Form CP 14 sent on November 28, 2016: IRM (published November 10, 2015), Section 3.14.1, page 317.
- Form CP 49 sent on November 13, 2017: IRM (published October 20, 2016), Section 3.14.1, page 340.
- Form CP 49 sent on September 24, 2018: 2017 IRM (published November 9, 2017), Section 3.14.1, page 346
- Form CP 49 sent on November 11, 2019: IRM (published October 30, 2018), Section 3.14.1, page 357.
- Form CP 71C sent on March 23, 2020: IRM (published September 17, 2019), Section 21.3.1, page 30.
- Form CP 42 sent on July 27, 2020: IRM (published September 17, 2019), Section 21.3.1, page 22.

If you need us to send you a copy of the entire relevant section of the Internal Revenue Manual for each of these years, please let us know and we will be happy to do so.

Please note that the discovery materials we are providing are of a private nature and contain personal information that the government and the defendant have a responsibility to protect from unneeded disclosure. In addition, you agree that the enclosed materials are provided on the condition that all discovery "may be used only in connection with the defense of this case and may not be provided to any other person except by agreement of the Government or order of the Court," with the exception of expert witnesses and other persons directly involved in the defense.  Standing Order 2020-01, ¶ 2.c.

## I.   REQUEST FOR DISCLOSURE OF EVIDENCE BY THE DEFENDANT

The United States hereby requests disclosure, pursuant to Federal Rule 16(b) of the Federal Rules of Criminal Procedure and Standing Order 2020-001 ¶ 3, of the following:

Pursuant to Rule 16(b)(1)(A), we request disclosure of any and all books, papers, documents, data, photographs, tangible objects, or copies or portions thereof, which are in the possession, custody, or control of the defendant and which the defendant intends to introduce as evidence in her case-in-chief.

Pursuant to Rule 16(b)(1)(B), we request disclosure of any and all reports or results of physical or mental examinations and of scientific tests or experiments made in connection with the above-captioned case, or copies thereof, which are within the possession, custody, or control of the defendant and either the defendant intends to introduce as evidence or which were prepared by a witness whom the defendant intends to call when the results of the reports relate to the witness' testimony.

Pursuant to Rule 16(b)(1)(C), and in light of your request for disclosures pursuant to Rule 16(a)(1)(G) the United States requests a summary of any testimony that the defense intends to use under Rule 702, 703, or 705 of the Federal Rules of Evidence.

Please do not hesitate to contact me should you have any questions regarding any of these matters.

Sincerely,

Erek L. Barron
United States Attorney

_____/s/_____
Leo Wise
Sean Delaney
Aaron Zelinsky
Assistant United States Attorneys

Encl.

2

CC:

Daniel Zev Herbst
Reed Smith LLP
1301 K St NW Ste 1100 East Tower
Washington, DC 20005

Anthony R Todd
Reed Smith LLP
10 South Wacker Drive 40th Floor
Chicago, IL 60606

Kelley C Miller
Reed Smith LLP
7900 Tysons One Place Ste 500
McLean, VA 22102

Rizwan Qureshi
Reed Smith LLP
1301 K St. NW Ste. 1000 East Tower
Washington, DC 20005

3