**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

**UNITED STATES**                                  \*

                                                   \*

         **v.**                                    \*         **Case No.: 1:22-007-LKG**

                                                   \*

**MARILYN J. MOSBY**                               \*
\*       \*       \*       \*       \*       \*       \*       \*       \*       \*       \*       \*       \*

**MOTION FOR ADDITIONAL TIME TO RESPOND TO ECF 73**

Comes now Marilyn Mosby, by and through undersigned counsel, and requests additional time to file a status report in the above case, and for reasons states the following:

1.  On July 5, 2022, this Court granted an order approving CJA funds to obtain expert services requested by Ms. Mosby. *See* ECF 73. The Court also found that Ms. Mosby has the financial resources to contribute towards the funds being authorized. *Id.*

2.  In the same order, the Court ordered Ms. Mosby, through counsel, to provide the Court with a status report regarding her ability to make Reimbursement Payments on or before August 5, 2022 and every 30 days thereafter. *Id.*

3.  Undersigned counsel is currently out of the country and unable to consult with Ms. Mosby.

4.  Undersigned counsel requests that the deadline to produce a status report be extended one week, to August 12, 2022.

WHEREFORE, Ms. Mosby requests the deadline for filing a status report in response to this Court's order in ECF 73 be extended to August 12, 2022.

Respectfully submitted,

_____/s/_____
Gary E. Proctor
Bar Roll Number 27936
Law Offices of Gary E. Proctor, LLC
8 E. Mulberry Street
Baltimore, Maryland 21202
Tel:     410.444.1500
Fax:     443.836.9162

## CERTIFICATE OF SERVICE

I hereby certify that on this day, August 5, 2022, a copy of the foregoing was served on all parties via ECF.

_____/s/_____
Gary E. Proctor