IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES** | * | |
| | * | |
| v. | * | Case No.: 1:22-007-LKG |
| | * | |
| **MARILYN J. MOSBY** | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Upon consideration of Defendant's Motion for Additional Time to Respond to ECF 73, It is hereby **ORDERED** that the deadline for filing a status reports in response to the Court's order be extended to August 12, 2022.

    **IT IS SO ORDERED**

_____
LYDIA K. GRIGGSBY
United States District Judge