# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> v. ) <br> ) <br> MARILYN J. MOSBY, ) <br> ) <br> Defendant. ) <br> ) | Criminal Case No. 22-cr-00007-LKG <br><br> Dated:  August 9, 2022 |

## ORDER

On August 5, 2022, Defendant filed a motion for an extension of time to file a status report regarding her ability to make reimbursement payments toward Criminal Justice Act ("CJA") funding in the above-captioned matter.  ECF No. 91.  Defendant states that her counsel is currently out of the country and unable to consult with her regarding the status report.  *See id.* at 1.

In light of the foregoing, and for good cause shown, the Court **GRANTS** Defendant's motion for extension of time.  Defendant shall **FILE** her status report on or before **August 12, 2022**.  No further extensions will be granted for this purpose.

**IT IS SO ORDERED.**

s/ Lydia Kay Griggsby
LYDIA KAY GRIGGSBY
United States District Judge