IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| v. | * | **CRIMINAL NO. LKG-22-007** |
| | * | |
| **MARILYN J. MOSBY,** | * | |
| | * | |
| **Defendant** | * | |
| | * | |
| *\*\*\*\*\*\*\** | | |

## ENTRY OF APPEARANCE

MADAM CLERK:

Please enter the appearance of Stephanie Williamson as counsel for the United States of America for forfeiture purposes only in the above-captioned case.

Respectfully submitted,

Erek L. Barron
United States Attorney

By: \_\_\_/s/_____
Stephanie Williamson
Assistant United States Attorney