# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> v. ) <br> ) <br> MARILYN J. MOSBY, ) <br> ) <br> Defendant. ) <br> ) | Criminal Case No. 22-cr-00007-LKG <br><br> Dated:  August 30, 2022 |

## ORDER

The Court will hold a pre-trial hearing on **September 7, 2022**, on the parties' motions *in limine* and the government's motion for adequate disclosure and to exclude testimony in the above-captioned criminal matter.

To facilitate the oral arguments on these motions, the parties shall present consolidated arguments on their respective pre-trial motions.  The parties shall adhere to the following time allotments for the presentation of their respective oral arguments:

### Defense's Consolidated Arguments

1. Opening arguments:  25 minutes
2. Responses:  20 minutes
3. Rebuttal, if any:  15 minutes

### Government's Consolidated Arguments

1. Opening arguments:  25 minutes
2. Responses:  20 minutes
3. Rebuttal, if any:  15 minutes

**IT IS SO ORDERED.**

s/ Lydia Kay Griggsby
LYDIA KAY GRIGGSBY
United States District Judge