IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Criminal Case No. 22-cr-00007-LKG |
| | ) |
| MARILYN J. MOSBY, | ) Dated:  August 30, 2022 |
| | ) |
| Defendant. | ) |
| | ) |

### ORDER PROHIBITING THE USE OF ELECTRONIC DEVICES

The Court will hold a hearing on certain pre-trial motions on September 7, 2022, at 2:00 p.m., and on September 14, 2022, at 2:00 p.m., in Courtroom 1A of the Edward A. Garmatz Building, 101 West Lombard Street, Baltimore, Maryland 21201.  During these proceedings, no person may possess or transport into Courtroom 1A any electronic devices, including cellular telephones, cameras, recording devices of any type, "smart" watches and "smart" pens, computers, laptops, and/or tablets, without the express permission of the Presiding Judge.  All persons subject to this Order are strongly encouraged not to bring any such electronic devices to the courthouse.

Exceptions: The prohibition on the use of electronic devices shall not apply to employees of the United States District Court for the District of Maryland, the United States Marshal or his Deputies, Court Security Officers, counsel of record in this case, employees of state and federal law enforcement agencies, and/or investigators and employees of counsel representing parties in the case, provided that those investigators and employees of counsel are identified to the Court in advance.  In addition, an overflow viewing room will be established in the Jury Assembly Room on the 4th Floor of the Courthouse for credentialed members of the news media ONLY, where the use of electronic devices is permitted.  ***Pursuant to Local Rule 506.1, the recording (both audio and video) and/or photographing of the proceedings in this matter is strictly prohibited.***

The United States Marshal, his Deputies, and the Court Security Officers shall enforce this Order.

**IT IS SO ORDERED.**

s/ Lydia Kay Griggsby
LYDIA KAY GRIGGSBY
United States District Judge