# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

|  |  |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>v. )<br>) Criminal Case No. 22-cr-00007-LKG<br>MARILYN J. MOSBY, )<br>) Dated:  September 9, 2022<br>Defendant. )<br>) | |

## ORDER

On August 12, 2022, defendant filed a motion in the above-captioned matter to seal her notice of ability to make reimbursement payments.  ECF No. 96; ECF No. 97.  In the motion, defendant states that this notice should be sealed, because it provides an update as to defendant's financial situation.  ECF No. 96.  No objections to the motion have been filed.  The Court finds that this document contains sensitive information related to defendant's finances, and that there are no less restrictive alternatives to sealing that would protect this information.

In light of the foregoing, and for good cause shown, the Court **GRANTS** defendant's motion to seal the notice and **DIRECTS** the Clerk's office to keep and maintain the notice **UNDER SEAL**.

**IT IS SO ORDERED.**

s/ Lydia Kay Griggsby
LYDIA KAY GRIGGSBY
United States District Judge