# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>v. )<br>)  Criminal Case No. 22-cr-00007-LKG<br>MARILYN J. MOSBY, )<br>)  Dated:  September 9, 2022<br>Defendant. )<br>) | |

## ORDER

The Court will hold a pre-trial hearing in the above-captioned criminal matter on defendant's motion to dismiss Counts 1 and 3 of the Superseding Indictment on **September 14, 2022**.

The parties shall adhere to the following time allotments for the presentation of their oral arguments:

1. Defendant's opening argument:  **25 minutes**

2. Government's response:  **25 minutes**

3. Defendant's rebuttal, if any:  **15 minutes**

**IT IS SO ORDERED.**

s/ Lydia Kay Griggsby
LYDIA KAY GRIGGSBY
United States District Judge