**STATE'S ATTORNEY**
Marilyn J. Mosby

**OFFICE** *of the* **STATE'S ATTORNEY** *for* **BALTIMORE CITY**
120 East Baltimore Street | Baltimore, Maryland 21202

July 20, 2020

**STATE'S ATTORNEY**
Marilyn J. Mosby

OFFICE *of the* STATE'S ATTORNEY *for* BALTIMORE CITY
120 East Baltimore Street | Baltimore, Maryland 21202

[redacted]

The article also mentions companies that I created. As I told the Baltimore Brew, the idea was to set up a travel company to help underserved black families who don't usually have the opportunity to travel outside of urban cities, so they can vacation at various destinations throughout the world at affordable rates. [redacted] I have not taken on a single client for these companies, nor have I taken in any money. Any insinuation to the contrary is false, misleading, and unethical.

[redacted]

Sincerely,

Marilyn J. Mosby
State's Attorney for Baltimore City