STATE'S ATTORNEY
Marilyn J. Mosby



OFFICE *of the* STATE'S ATTORNEY *for* BALTIMORE CITY
120 East Baltimore Street | Baltimore, Maryland 21202

January 21, 2021

███████████████

Dear ███████████████

I am writing to you in my capacity as Chief Counsel for the Office of the State's Attorney for Baltimore City. ███████████████

███████████████

███████████████

███████ producing ███████ information including ███████

███████████████



**STATE'S ATTORNEY**
Marilyn J. Mosby

**OFFICE** *of the* **STATE'S ATTORNEY** *for* **BALTIMORE CITY**
120 East Baltimore Street | Baltimore, Maryland 21202

- Articles of Organization for the State's Attorney's inoperable businesses;

Thank you for your time and consideration.

*Erin Murphy*

Erin Murphy
Chief Counsel
Baltimore City State's Attorney's Office