# BRENNAN McKENNA & LAWLOR, CHTD



ATTORNEYS AT LAW

6305 IVY LANE, SUITE 700
GREENBELT, MARYLAND 20770
TELEPHONE (301) 474-0044
FAX (301) 474-5730

WILLIAM C. BRENNAN, JR.*
WBRENNAN@BSM-LEGAL.COM
*ADMITTED IN MARYLAND & D.C.

January 6, 2021



Dear ▮

. ▮ I am enclosing the following documents. ▮

▮

- Installment Agreement (IRS Form 433-D). (The installment agreement with the IRS was entered into *solely* by Nicholas J. Mosby. Only his social security number is referenced on the agreement. Marilyn Mosby was *not* a party to the installment agreement. Her social security number does *not* appear on the agreement.)

- Annual Installment Agreement Statement. (This statement was sent *solely* to Nicholas J. Mosby and *only* his social security number is referenced. Marilyn Mosby did *not* receive these statements.)

▮ I am,

▮

Very truly yours,

*W. C. Brennan, Jr.*
William C. Brennan, Jr.

WCB

cc:    Marilyn J. Mosby, Esq.

▮

       Installment Agreement (IRS Form 433-D)
       Annual Installment Agreement Statement