LAW OFFICES
# KRAMON & GRAHAM, P. A.
ONE SOUTH STREET
SUITE 2600
BALTIMORE, MARYLAND 21202-3201
TELEPHONE: (410) 752-6030
FACSIMILE: (410) 539-1269

www.kramonandgraham.com

DAVID J. SHUSTER
ALSO ADMITTED IN DC

E-MAIL
dshuster@kg-law.com

DIRECT FACSIMILE
(410) 361-8229

August 19, 2020

**BY HAND-DELIVERY**
Isabel Mercedes Cumming,
    Inspector General of Baltimore City
Office of the Inspector General
City Hall, Room 635
100 North Holliday Street
Baltimore, Maryland 21202

    Re:    Inspector General's August 13, 2020 Request for Documents to State's Attorney Marilyn J. Mosby

Dear Ms. Cumming:

    As you are aware Andy Graham and I represent Ms. Mosby. As you know, on July 20, 2020, to demonstrate the inaccuracy of reports by certain media outlets and to put the matter to rest, Ms. Mosby requested that your office investigate whether she did anything inappropriate by attending certain work-related trips, whether she received improper expense reimbursements relating to her work-related travel, and whether her businesses were involved in or benefited from such work-related travel. Because Ms. Mosby is confident she did nothing inappropriate, Ms. Mosby remains committed to cooperating voluntarily with you in this matter. As you know, she is likewise cooperating fully with the Maryland State Ethics Commission. I am confident that your office will conclude that Ms. Mosby's handling of travel expenses has been completely above board.

    Below are Ms. Mosby's responses to the numbered document requests set forth in your August 13, 2020 letter. Given the sensitive nature of some of the information within the materials on the thumb-drive produced with this letter, the materials are tendered with the understanding that they will be kept confidential by your office. In the same regard, in certain instances as you will see, information within the accompanying materials that is not responsive or is beyond the scope of the investigation has been redacted.

    REQUEST NO. 1.    A list of dates, locations, and event names of any and all trips taken, conferences and seminars attended, or related activities that I participated in from

January 1, 2018 to present, including the name of any organization(s) or individual(s) that sponsored the activity.

**RESPONSE: This request is construed to cover work-related trips for which reimbursement of expenses was sought, received or claimed and not to cover personal or family trips. Please see the accompanying 2018-2019 Final Travel Worksheet.**

REQUEST NO. 2. Any and all retained receipts (i.e. airfare, hotels, meals, etc.) related to trips, conferences seminars, or related activities from January 1, 2018 to present for expenses incurred by you and any other individual(s) who accompanied you.

**RESPONSE: This request is construed to cover work-related trips for which reimbursement of expenses was sought, received or claimed and not to cover personal or family trips. Please see the travel expenses identified in the accompanying materials. Although not specifically requested, in the interest of transparency Ms. Mosby has also included credit card statements.**

REQUEST NO. 3. Any and all personal electronic communication (i.e. emails, phone calls and text messages) to and from you regarding any trips taken, conferences and seminars attended-or related activities participated in- from January 1, 2018 to present.

**RESPONSE: This request is construed to cover work-related trips for which reimbursement of expenses was sought, received or claimed and not to cover personal or family trips. Please see all electronic files provided by BCSAO Chief of MIS, ███████████. Ms. Mosby's work email account has already been produced. No appreciable responsive information resides on her personal cell phone. Please coordinate with me if your office wants to obtain data from Ms. Mosby's government-issued cell phone.**

REQUEST NO. 4. The names of any person(s) responsible for coordinating and/or scheduling any trips taken, conferences and seminars attended — or related activities by you — from January 1, 2018 to present.

**RESPONSE: This request is construed to cover work-related trips for which reimbursement of expenses was sought, received or claimed and not to cover personal or family trips. ███████████ Former BCSAO Chief of Staff; ███████████ Former BCSAO Chief of Staff.**

REQUEST NO. 5. Any and all business records for Mahogany Elite Consulting, Mahogany Elite Travel, and Mahogany Elite Enterprises, LLC, including but not limited to: business plans, client lists, and financial statements.

>   RESPONSE: Please see the accompanying materials responsive to this request.

REQUEST NO. 6.   All personal state and federal tax returns filed individually or jointly by you for tax years 2018 and 2019.

>   RESPONSE: Ms. Mosby established her businesses in 2019 and did not claim work-related travel expenses in 2018. Moreover, her 2018 tax returns were filed jointly with her husband. Therefore, the 2018 tax returns are not relevant to the subject inquiry. Please see Ms. Mosby's 2019 personal state and federal tax returns.

REQUEST NO. 7.   All state and federal tax returns for any business owned and/or operated by you for tax years 2018 and 2019.

>   RESPONSE: Ms. Mosby established her businesses in 2019 and did not claim work-related travel expenses in 2018. Moreover, her 2018 tax returns were filed jointly with her husband. Therefore, 2018 tax returns are not relevant to the subject inquiry. Please see 2019 business state and federal tax returns.

REQUEST NO. 8.   Any and all personal and/or business bank statements related to expenses incurred during the dates of travel for any trips, conferences, seminars — or related activities — from January 1, 2018 to present. Please note that any extraneous transactions on the bank statements can be redacted.

>   RESPONSE: Ms. Mosby established her businesses in 2019 and did not claim work-related travel expenses in 2018. Therefore, 2018 personal and/or business bank statements are not relevant to the subject inquiry. Ms. Mosby's businesses have not yet established any bank accounts. This request is construed to cover work-related trips for which reimbursement of expenses was sought, received or claimed and not to cover personal or family trips. Please see accompanying personal bank statements related to the expenses incurred during the dates of work-related travel in 2019. Although not specifically requested, in the interest of transparency Ms. Mosby has also included credit card statements.

REQUEST NO. 9.   Any memoranda and/or official reports completed by you related to trips taken, conferences and seminars attended, or related activities from January 1, 2018 to present.

>   RESPONSE: This request is construed to cover work-related trips for which reimbursement of expenses was sought, received or claimed and not to cover

personal or family trips. Please see the accompanying materials responsive to this request.

REQUEST NO. 10. A list of all gifts received by you since 2018 which were subsequently auctioned off, including but not limited to: description of gift(s) auctioned off; date of auction; location of auction; name and contact information of person(s) and/or organization(s) that administered the auction; name and contact information of the winning bidder; amount of the winning bid; person(s) responsible for collecting the auction proceeds; and the bank information for where the proceeds were deposited.

**RESPONSE: Please see the accompanying record of all unsolicited gifts received since 2018 that Ms. Mosby subsequently donated and/or are set to be auctioned. Such gifts were properly disclosed on Ms. Mosby's State Ethics forms. The essential oils and diffuser, the Korres body butter, hair care oils, perfume, the mini candles and the Cura Cannabis CBD Solutions products from 2019 are still sitting in the State's Attorney's office in the original gift bags unused and are slated to be auction in the Baltimore City State's Attorney's Office Winter Solstice event to benefit the Emergency Fund for the victims and witnesses of crime.**

Although your letter does not specifically request it, to provide additional context for the foregoing, I thought it would be helpful to share some additional information. As you will see from the production, in 2018 Ms. Mosby attended six work-related trips, the expenses (e.g., flights and hotels) of which were paid directly by the organization(s) that solicited Ms. Mosby's participation. Thus, in 2018, taxpayer funds were not used for Ms. Mosby's travel and she was not reimbursed for any work-related travel expenses.

In 2019, Ms. Mosby attended 16 work-related trips. With the exception of a total of $1,230.66 that was paid by her office, most of the accommodations (flights and hotels) for these trips were paid directly by the organization(s) that solicited her participation. As is reflected in the attached organizational receipts and correspondence, Ms. Mosby was not compensated for attending those events. In fact, she was reimbursed $1,601.14 for out-of-pocket travel-related expenses for all of 2019. Indeed, on a handful of occasions, Ms. Mosby actually over-reported reimbursements on her ethics forms. In other words, she erroneously reported instances where she was entitled to be reimbursed but never actually received the reimbursements.

Moreover, Ms. Mosby has complied with the reporting requirements of the State Ethics Commission. In fact, she filed her initial State Ethics Disclosures five months before the extended June 5th deadline. On July 2, only 19 business days after the State disclosures were due, she amended her financial disclosures to ensure she accounted for the three non-operational businesses that were established in 2019.

Isabel Mercedes Cumming,
    Inspector General of Baltimore City
August 19, 2020
Page 5

---

    Ms. Mosby looks forward to your report. In the meantime, please contact me if you have any questions about the foregoing.

Sincerely,

David J. Shuster

Enclosures

cc:    Marilyn J. Mosby, Esquire, State's Attorney (by electronic mail)
       Andrew Jay Graham, Esquire (by electronic mail)

DJS/DJS/03442599.DOCXv1