## LAW OFFICES
## KRAMON & GRAHAM, P. A.
ONE SOUTH STREET
SUITE 2600
BALTIMORE, MARYLAND 21202-3201

TELEPHONE: (410) 752-6030
FACSIMILE: (410) 539-1269

www.kramonandgraham.com

DAVID J. SHUSTER
ALSO ADMITTED IN DC

E-MAIL
dshuster@kg-law.com

DIRECT FACSIMILE
(410) 361-8229

August 19, 2020



Dear ▓▓▓▓

August 19, 2020
Page 4



On July 2, only 19 business days after the State disclosures were due, she amended her financial disclosures to ensure she accounted for the three non-operational businesses that were established in 2019.

DJS/DJS/03442599.DOCXv1

August 19, 2020
Page 5

Sincerely,

David J. Shuster

Enclosures

cc:  Marilyn J. Mosby, Esquire, State's Attorney (by electronic mail)
     Andrew Jay Graham, Esquire (by electronic mail)