Law Offices
# KRAMON & GRAHAM, P. A.
One South Street
Suite 2600
Baltimore, Maryland 21202-3201
Telephone: (410) 752-6030
Facsimile: (410) 539-1269

www.kramonandgraham.com

David J. Shuster
Also admitted in DC

E-Mail
dshuster@kg-law.com
Direct Facsimile
(410) 361-8229

February 12, 2021

[redacted]

20334/0/03582956 DOCXv1

 The companies that our client formed in 2019 are not operational. That is what she said. As she explained, the companies are brand new and are not yet conducting business. There were, however, expenses in connection with establishing the companies and with other activities before they could become operational.

February 12, 2021
Page 9

Sincerely,

David J. S[...]

Sincerely,

Andrew Jay Graham

DJS/AJG/sas
cc:     Marilyn J. Mosby, Esquire (Via Electronic Mail)