IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CRIMINAL NO. LKG-22-007 |
| | * | |
| MARILYN MOSBY, | * | |
| | * | |
| Defendant. | * | |
| ******* | | |

## GOVERNMENT'S MOTION FOR LEAVE TO FILE A MOTION IN LIMINE

The United States of America seeks leave to a file a motion in limine contained at Exhibit A.[1]  As discussed at the motions hearing on September 7, 2022, at the request of defense counsel, the government prepared stipulations concerning certain anticipated testimony at trial. On Friday, September 9, 2022, defense counsel informed the government the defendant would not stipulate regarding any proposed matter.  Defense counsel did not propose alternate stipulations or modifications.

As a result of the failure to agree upon stipulations, defense counsel's statements on September 7, 2022 regarding anticipated testimony, and the Court's ruling on September 8, 2022, the government now seeks leave to file the attached motion in limine to admit certain sanitized statements by the defendant at trial.

Good cause exists to file the motion because the facts giving rise to the motion are recent, and the government had a basis for believing defendant would respond with a counteroffer of some kind regarding the stipulations, since the defendant asked for them as an initial matter. Adjudicating the issues contained in the motion in limine in advance of trial will spare the Court and jury's time during trial.  A proposed order is attached.

---

[1] The proposed motion is also contained at ECF 109.

        Respectfully submitted,

        Erek L. Barron
        United States Attorney


By:        _____/s/_____
        Leo J. Wise
        Sean R. Delaney
        Aaron S.J. Zelinsky
        Assistant United States Attorneys

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this day, a copy of the foregoing motion was electronically filed via CM/ECF which provides notice to counsel of record.

_____/s/_____
Aaron S.J. Zelinsky
Assistant United States Attorney