IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| v. | * | **CRIMINAL NO. LKG-22-007** |
| | * | |
| **MARILYN MOSBY,** | * | |
| | * | |
| Defendant. | * | |
| | ******* | |

## ORDER GRANTING LEAVE TO FILE A MOTION IN LIMINE

The Government's motion for a leave to file a motion in limine regarding certain sanitized statements is GRANTED.

Date: _____     _____
                                          Hon. Lydia K. Griggsby
                                          United States District Judge