**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| **v.** | * | **CRIMINAL NO.  LKG-22-007** |
| | * | |
| **MARILYN MOSBY,** | * | |
| | * | |
| **Defendant.** | * | |
| | ******* | |

### GOVERNMENT'S MOTION FOR LEAVE TO FILE A MOTION IN LIMINE

The United States of America seeks leave to a file a motion in limine to exclude opinions contained for the first time in the Defendant's supplemental disclosures of September 9, 2022, or to continue the trial and for adequate disclosure.  The motion in limine is contained at Exhibit 1. The motion is in response to the supplemental disclosures that the Defendant was ordered to make on September 7, 2022, and which the Defendant did make on September 9, 2022 at 11:17 pm.

Good cause exists to file the motion because the facts giving rise to the motion are recent, namely, the supplemental disclosures contain expert opinions that were never before disclosed to the Government prior to September 9, 2022, despite the fact that the Court ordered the Defendant to provide expert disclosures to the Government by July 1, 2022, and these disclosures contain inadmissible opinions that should be excluded and are otherwise deficient.

A proposed order is attached.

Respectfully submitted,

Erek L. Barron
United States Attorney

By: _____/s/_____
Leo J. Wise
Sean R. Delaney
Aaron S.J. Zelinsky
Assistant United States Attorneys

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this day, a copy of the foregoing motion was electronically

filed via CM/ECF which provides notice to counsel of record.


_____/s/_____
Leo J. Wise
Assistant United States Attorney