IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CRIMINAL NO.  LKG-22-007 |
| | * | |
| MARILYN MOSBY, | * | |
| | * | |
| Defendant. | * | |

*******

## ORDER GRANTING LEAVE TO FILE A MOTION IN LIMINE

The Government's motion for a leave to file a motion in limine to exclude opinions contained for the first time in the Defendant's supplemental disclosures of September 9, 2022, or to continue the trial and for adequate disclosure is GRANTED.

Date: _____        _____
                                                                        Hon. Lydia K. Griggsby
                                                                        United States District Judge