USA

vs.

Marilyn Mosby

**Criminal No. LKG-22-7**                                                              **Defendant's Exhibits**

MOTIONS HEARING 9/14/22

| Exhibit No. | Identification | Admitted | Description |
|---|---|---|---|
| 1 | 9/14/22 | 9/14/22 | IRS Notice 2020-50 |
| 2 | 9/14/22 | 9/14/22 | Mosby withdraw demand form (12/29/20) |
| 3 | 9/14/22 | 9/14/22 | CARES Act §2202 |
| 4 | 9/14/22 | 9/14/22 | Hardship withdraw application |
| 5 | 9/14/22 | 9/14/22 | FBI 302 (USA-017181-USA-07182) |
| 6 | 9/14/22 | 9/14/22 | Proposed CARES Act jury instructions |

Exhibit List (Rev. 3/1999)