# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

|  |  |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> v. ) <br> ) <br> MARILYN J. MOSBY, ) <br> ) <br> Defendant. ) <br> ) | Criminal Case No. 22-cr-00007-LKG <br><br> Dated:  September 14, 2022 |

### ORDER ON THE GOVERNMENT'S MOTIONS FOR LEAVE TO FILE MOTION IN LIMINE AND MOTION TO EXCLUDE EXPERT OPINIONS, OR TO CONTINUE TRIAL AND SCHEDULING ORDER

On September 13, 2022, the Government filed motions for leave to file:  (1) a motion *in limine* to admit sanitized statements regarding Defendant's "non-operational" business entities and Defendant's outstanding tax debt and (2) a motion to exclude opinions contained for the first time in Defendant's supplemental disclosures of September 9, 2022, or to continue the trial and for adequate disclosure.  ECF No. 111.  Defendant filed an omnibus opposition to the Government's motions for leave on September 13, 2022.  ECF No. 112.  The Court held a pre-trial hearing that addressed these motions on September 14, 2022.

In light of the foregoing, and for the reasons stated during the September 14, 2022, pre-trial hearing, the Court:

1. **GRANTS** the Government's motion for leave to file a motion *in limine* to admit sanitized statements regarding Defendant's "non-operational" business entities and Defendant's outstanding tax debt, for good cause shown (ECF No. 110);

2. **GRANTS** the Government's motion for leave to file a motion to exclude opinions contained for the first time in Defendant's supplemental disclosures of September 9, 2022, or to continue the trial and for adequate disclosure, for good cause shown (ECF No. 111);

3. **GRANTS** the Government's motion for continuance of the trial in this matter, which is currently scheduled to begin on September 19, 2022.  The trial of this matter shall

be **CONTINUED** until a date to be determined by the Court in consultation with the parties.

In addition, the Court **HOLDS-in-ABEYANCE** the evidentiary issues raised in the Government's motions in *liminie* and to exclude.

The parties shall participate in a pre-trial status conference, to be held on **September 15, 2022, at 2:00 pm, in Courtroom 1A of the Edward A. Garmatz Building, 101 West Lombard Street, Baltimore, Maryland 21201**, to discuss the schedule for trial. The Government shall be prepared to discuss the anticipated time needed to hire its expert witnesses during the status conference.

**IT IS SO ORDERED.**

s/ Lydia Kay Griggsby
LYDIA KAY GRIGGSBY
United States District Judge