# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Criminal Case No. 22-cr-00007-LKG |
| ) | |
| MARILYN J. MOSBY, ) | Dated: September 15, 2022 |
| ) | |
| Defendant. ) | |

## ORDER

During further proceedings in this matter, no person may possess or transport into the Courtroom any electronic devices, to include cellular telephones, cameras, recording devices of any type including "smart" watches and "smart" pens, and/or computers, to include laptops and tablets, without the express permission of the Presiding Judge. All persons subject to this Order are strongly encouraged not to bring any such electronic devices to the courthouse.

This restriction shall not apply to employees of the United States District Court for the District of Maryland, the United States Marshal or his Deputies, Court Security Officers, counsel of record in this case, employees of state and federal law enforcement agencies, and/or investigators and employees of counsel representing parties in the case, provided those investigators and employees of counsel are identified to the Court in advance. In addition, an overflow viewing room will be established in either the Jury Assembly Room or a courtroom for credential members of the news media ONLY, where the use of electronic devices is permitted. ***Pursuant to Local Rule 506.1, the recording (both audio and video) and/or photographing of the proceedings in this matter is strictly prohibited.***

The United States Marshal, his Deputies, and the Court Security Officers shall enforce this Order.

s/ Lydia Kay Griggsby
LYDIA KAY GRIGGSBY
United States District Judge