IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|  |  |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>v. )<br>) Criminal Case No. 22-cr-00007-LKG<br>MARILYN J. MOSBY, )<br>) Dated:  September 15, 2022<br>Defendant. )<br>) | |

## AMENDED SCHEDULING ORDER

The Court, with the assistance of the parties, **MODIFIES** the Scheduling Order, dated August 15, 2022, as follows:

| | |
|---|---|
| Consolidated response to defendant's motion to dismiss; defendant's motion for a bill of particulars; and defendant's motion to disqualify counsel. | **March 11, 2022** |
| Consolidated reply in support of defendant's motion to dismiss; defendant's motion for a bill of particulars; and defendant's motion to disqualify counsel. | **March 25, 2022** |
| Hearing on pre-trial motions and first pre-trial status conference. | **April 14, 2022, at 2 p.m., in Courtroom 1A of the Edward A. Garmatz Building, 101 West Lombard Street, Baltimore, Maryland 21201**. |
| Defendant's response to Government's motion for an order pursuant to Local Rules 204 and 603. | **September 29, 2022** |
| Government's reply in support of its motion. | **October 4, 2022** |
| Defendant's supplemental disclosures for Jerome Schmitt and Eric Forster. | **October 7, 2022** |
| Government's expert disclosures. | **December 1, 2022** |

| | |
|---|---|
| Motion(s) to exclude, any motion(s) *in limine*; revised proposed voir dire; revised proposed jury instructions; and a proposed jury verdict form. In preparing proposed voir dire, proposed jury instructions, and a proposed jury verdict form, counsel shall meet and confer and, to the fullest extent possible, make a joint submission. Counsel shall identify any matters of disagreement through supplemental filings. | **January 9, 2023** |
| Response(s) to motion(s) *in limine* and any motion(s) to exclude. | **January 23, 2023** |
| Replies in support of motion(s) *in limine* and any motion(s) to exclude. | **February 6, 2023** |
| Pre-trial status conference and hearing on motion(s) *in limine,* to exclude, and to supplement. | **March 7, 2023, in Courtroom 1A of the Edward A. Garmatz Building, 101 West Lombard Street, Baltimore, Maryland 21201.** |
| Final pre-trial status conference and hearing on any remaining pre-trial motion(s). | **March 22, 2023, in Courtroom 1A of the Edward A. Garmatz Building, 101 West Lombard Street, Baltimore, Maryland 21201.** |
| Jury selection. | **March 23, 2023, in Courtroom 1A of the Edward A. Garmatz Building, 101 West Lombard Street, Baltimore, Maryland 21201.** |
| Jury trial. | **March 27, 2023, in Courtroom 1A of the Edward A. Garmatz Building, 101 West Lombard Street, Baltimore, Maryland 21201.** |

**IT IS SO ORDERED.**

                                                  s/ Lydia Kay Griggsby
                                                  LYDIA KAY GRIGGSBY
                                                  United States District Judge