IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Criminal Case No. 22-cr-00007-LKG |
| ) | |
| MARILYN J. MOSBY, ) | Dated:  September 30, 2022 |
| ) | |
| Defendant. ) | |

# ORDER

On September 29, 2022, Defendant filed a response in opposition to the Government's motion for an order pursuant to Local Rules 204 and 603 in the above-captioned criminal matter. *See* Def. Resp.; ECF No. 123.  Defendant included certain confidential responses of prospective jurors to the Court's juror questionnaire for this matter and juror numbers in this filing.  *See* Def. Resp. at 8.

Local Rule 204.1 provides that "[a]n attorney shall not directly or indirectly release . . . any information or opinion concerning any imminent or pending criminal litigation if there is a reasonable likelihood that the release of the information or opinion will interfere with a fair trial or otherwise prejudice the due administration of justice."  L.R. 204.1.  Additionally, Local Rule 204.4 instructs that counsel "shall not give or authorize any extra-judicial statement or interview, relating to the trial or the parties or issues in the trial, for dissemination by any means of public communication."  While this rule provides an exception for public court records, the Court's juror questionnaire and the confidential responses thereto are not public records.  L.R. 204(4).  Lastly, Local Rule 204.6 provides that any violation of the rule "may be treated as a contempt of court and may subject the violator to the disciplinary action of the Court."  L.R. 204.6.

In light of the foregoing, the Court:

1. **DIRECTS** the Clerk of the Court to **STRIKE** Defendant's response in opposition to the Government's motion for an order pursuant to Local Rules 204 and 603 (ECF No. 23);

2. **DIRECTS** Defendant to **RE-FILE** her response in opposition, consistent with Local Rule 204, on or before **October 3, 2022**;

3. **MODIFIES** the Amended Scheduling Order, dated September 15, 2022, to extend the deadline for the Government's reply to **October 10, 2022**; and

4. **DIRECTS** counsel for Defendant to **SHOW CAUSE** as to why the Court should not impose the penalty set forth in Local Rule 204.6 based upon the subject filing, on or before **October 7, 2022**.

**IT IS SO ORDERED.**

                                          s/ Lydia Kay Griggsby
                                          LYDIA KAY GRIGGSBY
                                          United States District Judge