IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>v. )<br>)   Criminal Case No. 22-cr-00007-LKG<br>MARILYN J. MOSBY, )<br>)   Dated:  October 21, 2022<br>Defendant. )<br>) | |

## SCHEDULING ORDER

On October 20, 2022, defendant filed motion for leave to file a motion to transfer venue pursuant to Fed. R. Crim. P. 18.

In light of the foregoing, the parties shall adhere to the following schedule for the briefing of defendant's motion:

| | |
|---|---|
| Defendant's motion to transfer venue | **October 21, 2022** |
| Plaintiff's response in opposition | **November 4, 2022** |
| Defendant's reply brief | **November 14, 2022** |

**IT IS SO ORDERED.**

s/ Lydia Kay Griggsby
LYDIA KAY GRIGGSBY
United States District Judge