☑ FILED ___ ENTERED
___ LOGGED ___ RECEIVED

3:48 pm, Oct 21 2022
AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____Deputy

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

|  |  |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> v. ) <br> ) <br> MARILYN J. MOSBY, ) <br> ) <br> Defendant. ) <br> ) | Criminal Case No. 22-cr-00007-LKG <br><br> Dated: October 21, 2022 |

## SCHEDULING ORDER

On October 20, 2022, defendant filed a motion for leave to file a motion to transfer venue, pursuant to Fed. R. Crim. P. 18, and a proposed motion. *See* ECF No. 129. In light of the foregoing, and for good cause shown, the Court **GRANTS** defendant's motion for leave.

The parties shall adhere to the following schedule for the briefing of defendant's motion to transfer venue:

| | |
|---|---|
| The Government's response | **November 4, 2022** |
| Defendant's reply brief | **November 14, 2022** |

**IT IS SO ORDERED.**

s/ Lydia Kay Griggsby
LYDIA KAY GRIGGSBY
United States District Judge