```
 1                IN THE UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF MARYLAND
 2                        NORTHERN DIVISION

 3
     UNITED STATES OF AMERICA        )
 4           Plaintiff,              )
                                     )
 5      v.                           )Criminal No. 1:22-cr-0007-LKG
                                     )
 6   MARILYN J. MOSBY                )
             Defendant.              )
 7   _____)
                                       Baltimore, Maryland
 8                                     September 15, 2022
                                       2:13 p.m.
 9


10              THE ABOVE-ENTITLED MATTER CAME ON FOR
                        STATUS CONFERENCE
11            BEFORE THE HONORABLE LYDIA K. GRIGGSBY


12

13                    A P P E A R A N C E S

14   On Behalf of the Plaintiff:
          LEO J. WISE, ESQUIRE
15        AARON ZELINSKY, ESQUIRE
          SEAN R. DELANEY, ESQUIRE
16   On Behalf of the Defendant:
          A. SCOTT BOLDEN, ESQUIRE
17        RIZWAN QURESHI, ESQUIRE
          KELLEY C. MILLER, ESQUIRE
18        ANTHONY TODD, ESQUIRE
     Also Present:
19        CHRISTINE PARR, FBI
          JENNA BENDER, FBI
20        RACHEL SOLOMON, IRS
          NICOLE RUBIN, Law Clerk
21        HALINA BEREDAY, Intern

22

23        (Computer-aided transcription of stenotype notes)
                          Reported by:
                   Ronda J. Thomas, RMR, CRR
24                  Federal Official Reporter
                101 W. Lombard Street, 4th Floor
25                  Baltimore, Maryland 21201
```

1    (2:13 p.m.)

2          **THE COURT:**  Good afternoon.  Please be seated.  Before

3    the Court proceeds, and I guess I should not have taken my mask

4    off right away, but I want to remind everyone of the court

5    masking policy.  You are to be masked unless you are

6    participating and addressing the Court.  The Court is fully

7    vaccinated and thrice boosted so I will remove my mask at times

8    just for clarity.  Counsel can proceed as you feel comfortable

9    providing you meet those requirements.

10         With that, Mr. Wise, would you kindly call the case.

11         **MR. WISE:**  Thank you, Your Honor.  The case is United

12   States of America v. Marilyn Mosby, Criminal Number 22-007-LKG.

13   Leo Wise, Sean Dulaney and Aaron Zelinsky for the United

14   States.  And with us in the courtroom is Special Agent Rachel

15   Solomon of the IRS, Christine Parr of the FBI, and Forensic

16   Accountant Jenna Bender of the FBI, Your Honor.  Thank you.

17         **THE COURT:**  Thank you so much.  Welcome back to the

18   trial team for the United States.

19         Mr. Bolden.

20         **MR. BOLDEN:**  Yes, Your Honor, good afternoon.  A.

21   Scott Bolden on behalf of Marilyn Mosby.  With me is Rizzy

22   Qureshi, Anthony Todd, and Kelley Miller for the defense team.

23   Thank you.

24         **THE COURT:**  Good afternoon, welcome back.  Good

25   afternoon, Ms. Mosby.  We are here today to discuss our

1   schedule for further proceedings in this case in light of the

2   Court's decision to continue the trial that was previously

3   scheduled to begin on September 19th.

4        The Court in its order of last night invited the parties

5   to come back today with some updates from the Government on

6   what it anticipates will be the time frame for retaining

7   necessary experts and preparing those experts to be a part of

8   this trial.  Also invited everyone to bring their calendars

9   today so that we can hopefully identify a new date for jury

10  selection and the trial in this matter.  And then also work to

11  fill in what will need to be a revised pretrial schedule.

12       The Court notes, in particular, there are already two

13  pending motions that relate to the evidence in this case and

14  presumably there may be others as the Government designates and

15  discloses its experts.

16       I wanted to just make a few initial comments about

17  scheduling and the many factors that will impact our scheduling

18  in light of I think all of our desire to schedule this trial as

19  soon as possible.

20       Firstly, we will have to get a better idea of what needs

21  to be done to get ready for trial.  So, again, the Court is

22  going to invite the Government shortly to explain what they

23  anticipate the timeline will be to complete their work to get

24  experts in this case.

25       Then we're going to have to sort out how much time is

 1  needed to resolve those pending pretrial motions that we have

 2  and any other motions that might come in, in an orderly

 3  fashion.  The Court would like to handle that holistically so

 4  we're not having multiple briefings occurring at the same time.

 5      Scheduling time, this is a jury trial, also depends upon

 6  the Court's, and I mean globally, the Court's trial schedule,

 7  which is very busy in this court, because we will have to

 8  select a jury.  So part of our discussion today will involve

 9  when there are dates available for us to have a jury pool to

10  select a jury in this case.  And that will impact when we can

11  set the date for trial.

12      And of course as the Court mentioned yesterday, the

13  Court's own personal schedule.  There is one trial on my

14  schedule already and other matters on my schedule and so we'll

15  have to work with that.

16      So the Court is prepared from its perspective to talk

17  about institutionally what dates are available in terms of jury

18  selection and then if necessary how that may impact my personal

19  schedule.

20      But I think we need to begin with how much time the

21  Government needs to get its experts not only designated but

22  disclosed and prepared right into the case.

23      Mr. Wise, if you want to address those issues we'll invite

24  you to come forward.

25          **MR. WISE:**  Thank you, Your Honor.  So obviously what

1   we'd like to do is avoid this happening again.  I think that's

2   the goal as we think about a schedule, you know, we can talk

3   all we want about wanting to get things done as fast as

4   possible.  But I think the real objective here needs to make

5   sure we are not in the position we were in yesterday again.

6        So where we have to start is we still don't have

7   sufficient disclosures from the defense.  Your Honor found the

8   disclosures for Schmitt deficient last week, ordered them to

9   supplement Friday, they weren't.  We come back into Court.

10  Your Honor again has to ask them, in live court, what is the

11  nature and scope of Schmitt's testimony, and again we're

12  learning sort of bits and pieces dripping out again yesterday

13  for the first time.

14       So we haven't -- we were going to order the transcript to

15  see what was said, but we still don't have an adequate

16  disclosure for Schmitt.  So I can't take, you know, the two

17  sentences in Paragraph 5 and go to an expert and say "What do

18  you think about this?" because the answer I'm going to get is

19  there's nothing there.

20       So we need an adequate disclosure and that will then start

21  the process.  So we've obviously filed a motion where we detail

22  the ongoing disclosure problems that the defense has posed.  So

23  either they need to voluntarily comply with the rule, which is

24  typically what happens.

25       I mean, this is sort of unusual in the sense that the

1  Court has to keep ordering and then in live court asking what

2  the expert is actually going to testify to. I've never seen

3  that before.  It's in both sides' interests so that yesterday

4  doesn't happen to make full disclosures.  You know, we did,

5  even though we weren't obligated to.  They didn't.  And that's

6  how we wound up in this spot.

7       Absent them voluntarily disclosing, if they're going to

8  contest the motion for our most recently filed motion for

9  adequate disclosure, we would ask the Court to order them to

10 make an adequate disclosure.  If that happened by the end of

11 next week, by September 23rd, and it was in fact an adequate

12 disclosure, then we can start the process of finding an expert,

13 putting them under the contract, and having them do the work.

14 Those are three distinct phases, each of which take some time.

15      As I mentioned, finding the expert it's not -- Mr. Bolden

16 said "the might of the government," or something.  Your Honor

17 has been in Government.  I think we're the least efficient

18 organization when it comes to just about everything.

19      So I don't have a phone number I can call and say get me

20 an expert on the travel industry.  We're going to have to go

21 find one.  As I said, we typically rely on academics.  In this

22 case I would probably look at business schools to see if there

23 are individuals that specialize in the travel and hospitality

24 industry, once we know what they're actually going to be

25 responding to.

1        Then you have to email them, call them, reach out to them.
2   Are you willing to be an expert?  Is this your area?  Often you
3   hear "It's not quite what I do," "Talk to my colleague," or
4   "I'm not available then."  So there's some amount of time with
5   that.
6        Once we get somebody, then we have to put them under
7   contract.  And they can't actually start working until the
8   contract's in place, otherwise they won't get paid.  I've had
9   this in other cases.  So once the first two phases are done, we
10  can have them start to do the work.  And I think those three
11  phases will take October.
12          THE COURT:  Are you saying taking the full month of
13  October?
14          MR. WISE:  Yes, ma'am.  Yes, Your Honor.
15          THE COURT:  All right.  Go ahead.
16          MR. WISE:  This is aggressive, but I think we would be
17  in a position to make a disclosure of a rebuttal expert by
18  October the 31st and then there's going to be, as Your Honor
19  indicated, motions practice.
20       So we would propose -- again, this is sort of an
21  aggressive schedule, I think, where it gets us to the earliest
22  possible date.  If we made rebuttal expert disclosures on
23  October 31st, instead of the usual 14-day briefing schedule, if
24  we tried to expedite it and had both sides file motions by
25  November the 7th with responses by the 14th, and then replies

1  by the 21st, then potentially the Court could be in a position

2  to hold the hearing the week of the 28th.  I know Your Honor

3  said you had a trial the following week, I believe the first

4  week December.

5           **THE COURT:**  Yes.

6           **MR. WISE:**  So then perhaps, again, realistically as we

7  see this it would really be the week of December the 12th as

8  the earliest possible date given what needs to happen.  It's

9  not only -- I think this was sometimes lost yesterday -- the

10 Court has an important gatekeeping function to play, so it's

11 not only that we need to see what the disclosures are and then

12 figure out if they're reliable.

13      I mean, I have real reliability concerns when I hear, as I

14 said yesterday, they have an expert who's going to somehow

15 connect Walt Disney World to this travel company that didn't

16 exist.  So we've got to have someone who can do the work and

17 then we've got to bring it to the Court.

18      You know, we didn't have a *Daubert* hearing in this case,

19 but I've certainly had *Daubert* hearings in plenty of other

20 cases.  That's another thing that may need to be built in.  I

21 think the week of the 28th is when it could potentially occur.

22 But that's about a 90-day schedule, which is shorter than what

23 we would have had if the disclosures had actually come in on

24 July 1st, but we think it is realistic, again, with the goal of

25 avoiding being in this position again.

1      The key is though we've got to get -- to start all this --
2  we've got to get adequate disclosures, and we've got to get
3  them as soon as possible.

4      **THE COURT:**  Thank you.  Mr. Wise, if the Court could
5  summarize because we're going to have to probably take this in
6  pieces and then figure out what the trial date would be and
7  then work backwards and fill in the dates.

8      It sounds like the Government is saying it needs about,
9  well, basically until the end of October -- assuming it gets
10 the information it needs -- securing the expert witnesses,
11 getting them ready to go.  I'm almost certain we're going to
12 have motions practice on that --

13     **MR. WISE:**  I am too.

14     **THE COURT:**  -- in addition to what we already have.
15 So then we'll have to schedule them and you proposed some
16 dates, which makes sense to the Court.

17     It sounds to me, just in observation so far, the post
18 briefing is probably going to be at least one, maybe more than
19 one pretrial hearing because of the different issues.  So
20 there's going to have to be some time built in, I think, after
21 roughly mid, end of November, according to this schedule, to
22 really complete that work.

23     So I don't know, given the Court's trial schedule how
24 realistic that's all going to be.  But that's a helpful
25 starting point.  And we'll talk later about what jury selection

```
 1   dates look like.
 2        Why don't we pause there so we can hear from Mr. Bolden
 3   and get any input from him.  Again, Mr. Bolden, it sounds like
 4   mostly at this point in terms of the disclosure issue, we'll
 5   hear your views on that, you're not proposing adding anymore
 6   experts on your end of this point so it sounds like largely it
 7   would be responses from the defense to the Government.
 8            MR. BOLDEN:  Well, Your Honor, the Government is never
 9   gonna be satisfied.  They're going to challenge everything,
10   including one of their own experts after 200 days of saying
11   that they didn't want experts.
12        So when you put the time frame in, if we've got two
13   motions to respond to, one involving the experts, you've
14   ordered -- you've issued an order on our experts.  You've asked
15   us to further clarify.  We've done that.  And the Government's
16   filed another motion.
17        We're going to oppose their experts, there's no question
18   about that.  I think you've got that in your calculation.  But
19   we've got to respond to at least one motion.  Then the other
20   motion has to do with the attorney-client privilege and these
21   lawyers and others coming into Court.  So the Court is going to
22   have to build that time in.
23        I will caution the Court on this point.  I have been
24   unable to confirm because I don't have a trial date, but I've
25   tried to get the schedule of our existing experts.  I don't
```

1  know whether they're going to be available on the trial date

2  that the Court has -- will eventually tell us.  It's only a

3  caveat because we've got three experts we've disclosed

4  sufficiently, in our opinion, but what happens if because of

5  the delay, whether it's three months or six months, that those

6  experts aren't available.  And at the risk of advising the

7  Court that perhaps if they're not available, the defense and

8  the Government might be going through the same exercise, I

9  don't want to be prejudiced if those experts aren't available.

10 It'll take me a couple of days because I'll get the trial date

11 today and I'll see what -- these experts have trials, they're

12 in academia, they go overseas.  They do all kinds of stuff as

13 Her Honor well knows.

14      So I would think that a cushion there for that possibility

15 would be appropriate.  I want to get the case tried as soon as

16 possible, but given the final desire of the Government to now

17 get experts then I don't want to be prejudiced either.  I don't

18 want to be locked into these experts if they're not available

19 and at the last minute ask for leave of Court, you know, to

20 make an adjustment.  And I know you don't want that either.

21      Those are my best thoughts on the expert and the

22 disclosure process and the timing process.  It's going to have

23 to be a balance there.  There's going to be natural tension and

24 I know the Court knows that.

25      **THE COURT:**  Thank you very much, Mr. Bolden.

1      The Court would like to share a few observations in terms
2  of how I think it may be the most efficient way to move
3  forward.
4      With regard to the motions, as I indicated earlier, we're
5  going to have some more motions.  I'd like to have one schedule
6  to try to get these motions on the same track.  I think that is
7  the most efficient way to deal with them, at least the
8  evidentiary motions, and something else has been filed today,
9  so that we kind of have a schedule holistically in terms of
10 addressing the issues.
11     Clearly there's going to be some overlap, most likely
12 between issues with Mr. Schmitt and issues with whomever the
13 Government may select as their expert because the topics are
14 going to be similar.  So I think we can perhaps maybe agree to
15 get them all on some type of schedule and not try to deal with
16 those issues piece meal.  That would be the Court's suggestion.
17     Let me turn to the administrative part from the Court and
18 give some dates to try to fill in and give a reality check in
19 terms of what we need to do.
20     Again, many of these dates -- well, all of them, really,
21 are beyond this judge's control.  It has to do with the busy
22 schedule, calendar of the court, the need to select a jury for
23 this case.  Many other cases in this court also need to select
24 juries and candidly those cases have been scheduled for trial
25 for some time, and so those jury pools are already somewhat

1    designated for those cases.

2         So what this Court did in preparation for today is consult

3    with our jury selection team to find out what dates are

4    available for jury selection later in this year and early next

5    year in terms of when we can do jury selection because that is

6    going to govern when we can start for trial.  Also the

7    availability of this space, which we will need for the trial

8    and jury selection in this case, that is also somewhat of a

9    challenge.

10        So I'm going to share with you the dates that were

11   provided to the Court and then we can talk about them and

12   figure out how we want to proceed.  They are as follows -- and

13   again this is, as you recall, our model usually jury selection

14   is a day or two days and that immediately precedes the trial.

15   So in our last schedule we were doing jury selection Thursday,

16   possibly into Friday and starting first thing on Monday.  On

17   some occasions, the Court will do jury selection at a different

18   stage in the week so the trial actually starts midweek.  Some

19   of the dates the Court will share is that scenario as opposed

20   to the scenario from before.

21        What is available under the Court's jury pool schedule,

22   Tuesday, February 14th and Wednesday, February 15 for jury

23   selection.  That would have our trial starting on Thursday

24   February the 16th, 2023.

25        Thereafter, Thursday, March 9, carry over to Friday

1    March 10 for jury selection, trial starting Monday, March 13,

2    2023.

3         Moving on.  Jury selection Monday, March 13 and Tuesday,

4    March 14 with trial starting that Wednesday, March 15, 2023.

5         The following week.  Jury selection on March 16, which is

6    a Thursday and March 17, a Friday, with trial starting the

7    following Monday, March 20, 2023.

8         And lastly, jury selection March 23rd and March 24th, with

9    our trial beginning on Monday, March 27th, 2023.

10        These dates are all available where a jury pool can be

11   pulled together to accommodate our need to select a jury in

12   this case.  Given the Court's trial calendar, they also are

13   dates that seem to accommodate at least the issues we've talked

14   about thus far in terms of the needs of this case and,

15   candidly, as the Court mentioned the Court is in another trial

16   really the last week of November going into the beginning of

17   December.  So the Court would not be available to conduct a

18   trial realistically until January at the earliest in any event.

19        So those are the days the Court will suggest and want to

20   hear from counsel that we pick the first date February 14 and

21   15 for jury selection with trial on February 16th, but happy to

22   hear from the parties about what that date looks like on your

23   calendars.  Whether there are concerns.

24        I'll give you a moment and then, Mr. Wise, you can come

25   and let us know what you think.

1          **MR. QURESHI:**  Your Honor, may we consult our phones?

2          **THE COURT:**  I can't hear you.  You've got to speak

3    into the microphone.

4          **MR. QURESHI:**  May we consult our cell phones to just

5    check our calendar?

6          **THE COURT:**  Yes, to check your calendars, that's fine.

7    Of course.

8          **MR. QURESHI:**  Thank you.

9       (Counsel conferring.)

10          **MR. BOLDEN:**  Excuse me, Your Honor, the defense has

11   some dates to present when you're ready.

12          **THE COURT:**  Is everyone ready?

13          **MR. BOLDEN:**  I'm not sure about the Government, but

14   the defense has some dates to propose.

15          **THE COURT:**  Mr. Wise?

16          **MR. WISE:**  Yes, we're ready, Your Honor.

17          **THE COURT:**  Why don't we start with the Government and

18   then we'll hear from the defense.

19          **MR. WISE:**  So, Your Honor, Mr. Dulaney has a trial

20   from 2/13 for two weeks.

21          **THE COURT:**  So that's out.

22          **MR. WISE:**  Then I'm away from 3/13 to 3/20.

23          **THE COURT:**  From March 13 to March 20th?

24          **MR. WISE:**  Yes.

25          **THE COURT:**  So the last option would work.

```
 1              MR. WISE:  Yes.
 2              THE COURT:  March 23rd, March 24, trial starting
 3  March 27.
 4              MR. WISE:  Yes, Your Honor.
 5              THE COURT:  Is that the only option that works for the
 6  Government?
 7              MR. WISE:  It is the only option that works for the
 8  Government.
 9              THE COURT:  Thank you.  Thank you so much.
10         Mr. Bolden?
11              MR. BOLDEN:  One moment, Your Honor.  Our dates
12  conflict.
13              THE COURT:  Okay.  Go ahead and consult.
14         (Counsel conferring.)
15              THE COURT:  Mr. Bolden.
16              MR. BOLDEN:  Yes, Your Honor.  We're available
17  March 9th and 10th as well as the 15th -- or rather the 16th,
18  17th and the 20th.  It doesn't appear the Government is
19  available on those dates and so those last three dates,
20  March 23rd, 24th and starting on the 27th seem to be where both
21  sides meet.
22              THE COURT:  Okay.
23              MR. BOLDEN:  I will reiterate though, Your Honor, we
24  can't -- February is not available, but if there's any way
25  possible to do any of those other dates in March before the end
```

1  of the month we're available for those.

2       THE COURT:  Thank you and that's helpful to know,

3  Mr. Bolden.

4       It appears that jury selection beginning on March 23 and

5  trial starting on Monday, March 27, 2023, at 9:30 a.m. is the

6  date that is going to work for all the parties and that date

7  also works for the Court.  And is sufficiently in advance that

8  the Court can certainly block out sufficient time to address

9  our jury selection and trial.  So I'm going to put that in as a

10 starting point for working back and try to fill in some of the

11 other steps we need to take at preparing for trial.

12      Again, trial beginning on March the 27th, 2023, at

13 9:30 a.m. in this courtroom with jury selection March 23rd and

14 if necessary March 24th, 2023, in this courtroom at 9:30 a.m.

15 So we have those dates in place, and we can start to fill in

16 working backwards.

17      Couple of things that the Court wants to observe, and

18 we'll go back to the disclosure issue, I know we need to kind

19 of sort that out.  Again, as I mentioned earlier, I think it

20 would be helpful to have a more consolidated schedule to

21 resolve all the various motions that are coming in,

22 particularly the motions in limine, in anticipation of

23 additional motions from the defense.  So I'd like to do

24 something similar to what we did last time.  Just have a

25 schedule.  Everybody file what they're going to file and get

1   those motions fully brief and then the Court can resolve them

2   because I anticipate there's going to be some overlaps.  We can

3   talk about those.

4        We're going to need at least one pretrial status

5   conference to resolve those motions.  It would be preferable to

6   have a separate one just to deal with trial, but we can also

7   address overflow motions at a second pretrial status

8   conference.  So the Court would suggest something similar to

9   what we did last time to try to make sure we can capture all of

10  the issues and not be on the eve of trial resolving so many

11  things.

12       So working back from March 23rd being our jury selection

13  date.  Typically we would have a final pretrial status

14  conference a day or two ahead of that.  I'm happy to go ahead

15  and schedule that so we can have it on the calendar.

16       Looking at my 2023 calendar, the day before would be March

17  the 22nd, 2023, again that's our final pretrial status

18  conference, and hopefully that conference will be more along

19  the lines of final preparations for trial and resolving any

20  issues related to jury selection before we go in.

21       Probably makes sense to have another pretrial status

22  conference, but let's talk about the briefing schedule because

23  that will be the one where I think we'll want to deal with our

24  motions practice.  I'm going to go back to the beginning of the

25  schedule.

1        Mr. Wise, you suggested October 31, 2022 for designating

2   the Government's experts in this case.  Is that still operable?

3   Or in light of our schedule do you want some more time?

4            **MR. WISE:**  Your Honor, in light of the schedule we

5   would ask for more time.

6            **THE COURT:**  Okay.

7            **MR. WISE:**  Again, that's predicated on getting the

8   adequate disclosure.  So if we're -- you know, we filed a

9   motion for additional disclosure and to exclude on relevance

10  grounds.  We pointed out that because of the lateness of the

11  disclosure we couldn't challenge reliability because we didn't

12  have an expert of our own.  So I think if we could resolve the

13  disclosure issue that is the -- sort of the trigger I think

14  that everything then flows from.  If we could get the

15  disclosures and then we can, as I said, start finding,

16  contracting and retaining.

17       And then we would make, you know, our relevance arguments

18  I think we're going to continue to make.  Whether we then do a

19  consolidated relevance and reliability filing after we've had a

20  chance to talk to the expert we could certainly do that.  So

21  the relevance part of our pending motion could be held in

22  abeyance, if necessary.  Although based on the little we do

23  have, we think there's good grounds to keep out the testimony

24  on relevance grounds.

25       But I think if we could get the disclosure issue --

1          THE COURT:  I think we should be able to sort the

2  disclosure issue out with regards to Mr. Schmitt in particular

3  and I think there's Mr. Forster today.  I don't think these are

4  too complicated.  These are not about whether or not the

5  testimony is admissible.  The Court understands the concerns

6  just being clear about what they're going to go talk about.

7          MR. WISE:  Exactly.

8          THE COURT:  Hopefully we can resolve that today to the

9  best of our ability, Mr. Bolden and Mr. Wise, and then we can

10  at least move that piece forward.  It's not going to be helpful

11  to be in two different places with the sets of experts once we

12  get both sides experts in.

13      Mr. Bolden, just a second and you can kindly let Mr. Wise

14  finish and you can come to the podium.  Go ahead.

15          MR. WISE:  As I said, we would ask for an order

16  directing them to make the additional disclosure by next week

17  or the end of September.  I would request that we not do it,

18  you know, as I said us furiously trying to write down what

19  they're saying and then ordering the transcript.  We would like

20  what the rule calls for, which is an actual expert disclosure.

21  So that's really what should have happened and what we need and

22  so that would be obviously our request.

23      Then given now the schedule we would ask for some more

24  time to go through the process.

25          THE COURT:  Can you propose a date after October 31

Ronda J. Thomas, RMR, CRR - Federal Official Reporter

1  that you think the Government will be ready to disclose their

2  experts in light of our trial now being scheduled for

3  March 22nd.

4          MR. WISE:  If I could have a second.

5          THE COURT:  Okay.

6      (Counsel conferring.)

7          MR. WISE:  Your Honor, we'd ask for December the 1st.

8          THE COURT:  December the 1st, which is a Thursday.

9  December 1, 2022.  We will recap all these dates to confirm

10 everyone is okay at a later time, but I just want to get

11 something filled in.  All right.  That takes care of that.  And

12 at some point after that we'll have to deal with motions

13 practice.

14     Also I think it would be helpful, frankly, to refreshen

15 the *voir dire* questions and jury instructions.  Mr. Bolden, you

16 and your counsel made some very important points yesterday

17 about the jury instructions.  We need to work on that and I'd

18 like to also include dates in our new calendar schedule to

19 address refreshing what we have in light of what we all learned

20 about this case and I think some important points that defense

21 makes.  I want to hear thoroughly from both sides.

22     So working backwards from March 27th as our trial date,

23 and having a final pretrial status conference on March 22nd,

24 with disclosures coming in December 1st, sounds like we could

25 probably do the briefing in January and try to have that

1   wrapped up over the month of January.  And then be able to
2   schedule hearings as necessary in February.  I'm just going to
3   pick some dates to put them in and we can adjust if we need to.
4   I'd like to have dates before we leave today.
5        Again, assuming we get disclosures from the Government on
6   December 1st, parties will need to take some time to look at
7   those.  The Court propose we start the briefing maybe right
8   after the holidays.  Perhaps on Monday, January the 9th for any
9   motions in limine from either side, for motions to exclude to
10  come in.  January 9, 2023.  These would be on all issues
11  preferably so we can try to consolidate the papers as much as
12  possible.
13        **MR. BOLDEN:**  I'm sorry, Your Honor, January 9 would be
14  for what again?
15        **THE COURT:**  January 9, 2023, would be any motions in
16  limine or motions to exclude.  Presumably relevant to the
17  experts but I guess there could be other issues as well, but
18  they will be for any motions in limine or motions to exclude.
19  So similar to what we did last time but just to capture in
20  particular the additional experts that will be coming into the
21  case.  That will be opening papers.  So both sides will submit
22  whatever it is they wish to submit.
23        And then because we're having consolidated papers the
24  Court proposes responses due in 21 days, January 23rd, 2023.
25        And then the Court will suggest two weeks for reply just

Ronda J. Thomas, RMR, CRR – Federal Official Reporter

 1  given the possibility we have multiple issues.  So that's up to
 2  February 6th, and I think that will give the Court adequate
 3  time to resolve those motions and have our necessary hearings
 4  during the course of March.
 5      The Court will suggest with our final pretrial hearing of
 6  March 22nd possibly having a pretrial hearing that will deal
 7  with the motions.  Let's see, February 6th, why don't we say
 8  March the 6th as a placeholder or actually March the 7th, which
 9  is a Tuesday, and we can adjust as necessary if more hearings
10  are necessary.
11          MR. BOLDEN:  I'm sorry, Your Honor, March 7th would be
12  for another pretrial?
13          THE COURT:  Yes.  What the Court is suggesting -- and
14  we'll walk through the days again -- is we proceed like we did
15  last time.  As you recall, we had two pretrial hearings.  One
16  to deal with the many motions in limine that were pending and
17  then the second hearing of course, which dealt with the motion
18  to dismiss, typically would be dealing with more substantive
19  issues for trial.  We're going to need more than one.  This is
20  what the Court is suggesting, Mr. Bolden.  These are just
21  placeholders.  Go ahead.
22          MR. BOLDEN:  Your Honor, one thing I would be
23  concerned about if we have any other motions.  If we have any
24  other motions contemplated because we're looking at March now
25  and it's September, when would we file those?  You know, the

```
1   Government has filed a number of motions without leave and
2   we're kind of getting inundated.  There are three pending now.
3   Any motions like a motion to dismiss or anything that we come
4   up with that we think we need to bring to the Court's
5   attention, what type of schedule would that be if you know.
6           THE COURT:  Well, the Court's initial view without
7   knowing what the issues would be at this point would be try to
8   use the schedule we have and maybe we can expand that category
9   to cover other motions.  We've covered a lot of issues in this
10  case already.  I'm not suggesting there won't be another motion
11  to dismiss, for example; but we've covered a lot of ground
12  already.
13      So I think if there are issues like that if we can try to
14  keep it on the same track I think it will be easier to resolve.
15  And I suspect there will be some overlap, candidly, even if the
16  motion is something else.  So right now the Court would be
17  inclined to use that schedule, and if you are seeking to file a
18  motion other than a motion in limine or motion to exclude, I
19  would ask you to move for leave to explain what it is.
20          MR. BOLDEN:  Okay.
21          THE COURT:  But I think you should be prepared to get
22  it ready to go according to the --
23          MR. BOLDEN:  Understand.
24          THE COURT:  -- schedule so we're not delayed again and
25  having to have multiple briefing.
```

 1          **MR. BOLDEN:**  Your Honor, one of the other issues, and

 2    it's a bit of a scheduling issue I think, is that the defense

 3    turned over their exhibit list in anticipation of picking a

 4    jury today.  The Government hasn't complied with the Court's

 5    order, and it would seem to me we don't need a schedule for

 6    that.  I'd like the Court to direct them to turn over their

 7    exhibit list to us as we did, otherwise the defense will be at

 8    a great disadvantage with the Government seeing all of our

 9    exhibits.  They've turned over *Jencks* but they haven't turned

10    over their exhibit list.

11          **THE COURT:**  You mean you produced your exhibit list to

12    the Government in preparation for trial, is that what you're

13    saying?

14          **MR. BOLDEN:**  Yes, as well as to the Court pursuant to

15    the Court's order.

16          **THE COURT:**  And you're asking for the Government to

17    produce its list as it is right now?

18          **MR. BOLDEN:**  ASAP.

19          **THE COURT:**  Is there any reason why the Government

20    can't do that?

21          **MR. WISE:**  No, Your Honor.  Subject to obviously given

22    the developments that we can obviously add to it.  The other

23    thing I will note, and I guess I'll just signal that we're

24    going to do this.  When we got the defense exhibit list, much

25    to our surprise, it looks to be full of stuff they've never

1    produced in discovery.  We haven't gotten any reciprocal

2    discovery from them.  They have a column that identifies sort

3    of where the document comes from.  So if it's from us, from our

4    discovery, we provided full discovery months and months ago.

5    We see that.

6         But we're going to be moving to compel them to actually

7    meet their reciprocal discovery obligation.  We took a very

8    quick glance at it.  It seems full of stuff that we've never

9    gotten.

10        **THE COURT:**  First of all, for purposes of just

11   resolving what is available right now, let's have the

12   Government also produce its exhibit list to the defense as it

13   existed at this time.  I suspect both sides will probably

14   modify it.  These other issues, I'm not fully clear about

15   what's going on with that.

16        But again, I will say to both parties, we need to

17   streamline the process for briefing and resolving the motions.

18   The Court is happy to let the parties file motions, but we're

19   getting motions every day.  We're getting on different

20   schedules.  We haven't even set a schedule for the two pending

21   evidentiary motions.

22        So the Court would like to have a more streamlined

23   practice.  If you know the motions need to come in and not wait

24   until the schedule we have in January, let's talk about where

25   they should fit in and let's set a schedule for them now.

1          As a general matter, the Court is going to ask all parties
2    also unless there's something in the schedule allowing for a
3    motion to move for leave because it just helps the Court to
4    manage making sure we have a schedule to resolve the motion.
5          It's very difficult when they come in hodgepodge and I
6    have to try to match things up and sometimes we're all talking
7    about the same things.  We'll talk about that later.
8          But in terms of this new motion, if it's something you
9    don't feel, Mr. Wise, is appropriate to be addressed or wait to
10   be addressed with the other papers in January, let's identify a
11   way to schedule that that we can agree to and add it to the
12   schedule so it comes in in an orderly fashion.  And there may
13   be some other motion related, Mr. Bolden, on the same topic, so
14   we're kind of doing things holistically.
15         So let's put a pin in that motion for now, if you don't
16   mind, and we'll figure out where it fits in the schedule.
17         In terms of -- one question for the Government.  The two
18   motions in limine currently pending, is there any reason why
19   the Court needs to resolve those motions beyond the issue of
20   disclosure?  We're going to fix that today.  But the other
21   substantive evidentiary issues, can those issues be resolved
22   holistically with the motions we're planning on filing in
23   January?  Some of them touch on Mr. Schmitt and Mr. Forster,
24   and that's why the Court is reluctant to be doing this
25   piecemeal.

1            **MR. WISE:**  Yeah.  So I think the relevance arguments

2    as to Mr. Schmitt could be held until we also have the ability

3    to raise objections, if there are valid objections, on the

4    reliability grounds.  So as Your Honor sort of indicated, I

5    think the disclosure piece of that motion is the real time

6    sensitive one, but we could do then a combined relevance

7    reliability motion once we have whoever we're going to get to

8    review the disclosure, once we get it, inform us about that.

9            **THE COURT:**  Okay.  We're going to resolve, hopefully

10   before we leave today, the disclosure issue at least to get --

11   that some progress there.

12        For now the Court is going to recommend and order that we

13   hold the other issues in abeyance pending the schedule and the

14   Government can refresh its motions at the appropriate time or

15   just tell the Court what we have before you is sufficient and

16   then the defense can respond at that point.  Again, I think it

17   makes more sense to deal with those issues together, frankly,

18   when the evidence is a little bit more fresh in terms of what

19   is going to happen at trial.

20            **MR. BOLDEN:**  Your Honor, if I may --

21            **THE COURT:**  Come on up to the podium.

22            **MR. BOLDEN:**  Just to be clear, I did not hear the

23   Government say that they were going to comply with your order

24   from yesterday.  We'd like to get their exhibit list as soon as

25   possible, otherwise we would be severely prejudiced.

1      **THE COURT:**  Yes, the exhibit list is going to be
2  produced, Mr. Wise, and can be done today?
3      **MR. WISE:**  Sure.
4      **THE COURT:**  All right.  It's going to be produced
5  today, Mr. Bolden, and the Court is ordering that and I think
6  everyone is in agreement and that should not be an issue.
7      Let's go to the disclosure issue for Mr. Forster and
8  Mr. Schmitt because that kind of kicks us off.
9      Of course the Court has read the Government's motion, the
10  defense has not yet had an opportunity to fully respond, but
11  I'd like to focus particularly on the need to update the
12  disclosure.
13      So, Mr. Wise, if you could summarize specifically what
14  information you feel needs to be provided with regards first
15  Mr. Schmitt and then Mr. Forster.  Mr. Bolden, if you have any
16  initial comments, you're welcome to make comments, and then
17  we're going to try to make some progress because I think we
18  should be able to get this information at this point.
19      **MR. BOLDEN:**  Your Honor, my colleague Kelley Miller
20  will address those issues preliminarily.
21      **THE COURT:**  Okay.  That's fine.  Mr. Wise, go ahead.
22      **MR. WISE:**  Thank you, Your Honor.  So as we said in
23  our -- let me turn on the document camera.  As we said -- I
24  detailed this -- I'm going to do a little bit from memory.  I
25  think we detailed it in our filing.

1          As far as Schmitt, what we need disclosed is what I've

2    highlighted here.  So first in Paragraph 3 is the first time we

3    learned about this net worth analysis.  And the disclosure says

4    that specifically Mr. Schmitt will offer expert testimony that

5    Ms. Mosby's net worth measured by the reported value of her

6    financial assets less the reported value of her liabilities

7    declined by at least 30 percent in the spring of 2020 as a

8    result of the COVID-19 pandemic.

9          So we need to know how he reaches that conclusion.  It's a

10   highly-conclusory statement.  What does he mean "as a result

11   of"?  What's the methodology?  What's its basis?  And the

12   methodology is what connects the basis to the opinion.

13         All we have is again this sort of topline opinion.  We

14   don't know what he's actually going to say about that.

15         The next paragraph -- and this is the publicly-traded

16   companies -- this is the Dow Jones and the Nationwide

17   retirement account.  So here again, the sort of category is

18   specifically Mr. Schmitt will offer expert testimony describing

19   from a financial and economic perspective the reasons why the

20   Dow Jones Industrial average lost 37 percent of its value in

21   the spring of 2020 due to government regulations and economic

22   uncertainty caused by COVID-19.

23         So here again, what is the expert testimony?  It says

24   describing the reasons why the Dow Jones lost 37 percent of its

25   value.  What are the reasons?  What does he think are the

1  reasons?  That's what we need to know to see if they are based

2  on a reliable methodology and have a sound basis in fact,

3  whether it's economics or finance.

4      Then he also talks about due to government regulations.

5  We have no idea what that is.  There's obviously thousands of

6  government regulations.  Government regulations were changing

7  dramatically during the pandemic so what is the basis -- this

8  is really the point about the basis.  What is he relying on

9  when he says "due to government regulations."

10      And then what's he talking about when he says "economic

11  uncertainty."  That's a very broad category.  What specifically

12  is he referring to?

13      And so when we know the opinion and we know the basis and

14  we know the methodology, this really suffers from those three

15  issues, we'll be able to potentially determine if it's

16  reliable.

17      And then similarly, the next sentence, "Additionally,

18  Mr. Schmitt will offer expert testimony as to how the economic

19  effects of COVID-19 caused a decline in Ms. Mosby's 457(b)

20  account of more than 17 percent."  But he doesn't say how.  He

21  doesn't say what his opinion is.

22      So we need to know what he thinks is how the economic

23  effects of COVID-19 caused a decline.  And we need to know what

24  the economic effects are.  And in fact what is the methodology

25  he's using to do a causation analysis between some, again,

1  unidentified economic effects and then a decline in an

2  investment account.

3       Then similar issues with Paragraph 5 where he says

4  "Specifically, Mr. Schmitt will offer expert testimony

5  regarding the losses suffered by many travel businesses in

6  2020, and the ability of an early-stage travel-related company

7  like Mahogany Elite Enterprises, LLC to generate revenue in

8  2020 after the COVID-19 pandemic began."  So this in some ways

9  is the most opaque.  What about the losses?  What's he going to

10  say about the losses suffered by many travel businesses?  And

11  what's he going to say about the ability of an early-stage

12  travel-related company to generate revenue?  What's the

13  connection between the two?  Right?  That's what we need to

14  know.

15       We see this chart that they put together which has a bunch

16  of, you know, has a lot of company names we recognize, Walt

17  Disney and Wynn Resorts and United Airlines and changes in

18  stock price.  We have no idea what that has to do with Mahogany

19  Elite Enterprises or, frankly, what he's going to say about

20  Mahogany Elite Enterprises.

21       And we can't go on what-- Ms. Miller sort of reading

22  something out loud from a paper in front of her yesterday, we

23  can't go on that.  We need an actual disclosure the way the

24  rule provides for.

25       So as I said, I think I tried to do that from the top of

 1  my head as best as I could, but in the filing we obviously I

 2  think focus on each of those.

 3      So that's, you know, those are the issues as to Schmitt.

 4          THE COURT:  Okay.  Why don't we do them one at time

 5  might be easier, Mr. Wise, and I'll hear from Ms. Miller and

 6  then you can come back to talk about Mr. Forster.  Just to

 7  summarize what the Court understands the Government to be

 8  saying, bottom line, what are the opinions as they relate to

 9  disclosures, Paragraphs 3, 4 and 5, and the topics identified

10  there.  It's an understatement of what you're saying but that's

11  the bottom line, basis for the opinion, methodology used to

12  obtain the opinion with regards to these areas of Mr. Schmitt's

13  testimony.

14      Ms. Miller, why don't you come forward and let's hear your

15  response and comments, and we'll see if we can sort out

16  Mr. Schmitt and make some progress.

17          MS. MILLER:  Yes, Your Honor.  Good afternoon, Kelley

18  Miller for State Attorney Marilyn J. Mosby.  Again, fully

19  vaccinated and boosted.  Thank you for the opportunity to be

20  heard on this issue, Your Honor.

21      The Government alleges that the disclosure is insufficient

22  and the Government has stated its reasons for the same.

23      We were directed by the Court order's on this matter.  And

24  the Court ordered us with respect to Mr. Schmitt to provide us

25  with opinions that Mr. Schmitt will offer with regard to

1  Ms. Mosby's income and expenses and to specifically -- and this

2  is Page 16 of Her Honor's order -- disclose the precise time

3  frame during which Mr. Schmitt proposes to opine on the

4  conditions of financing.

5       So again, going to the supplemental disclosure that was

6  provided, and I understand the issues that have been raised are

7  with particularity Paragraphs 3, 4 and 5, again, I think the

8  opinions as I see it is stated in Paragraph 3 in the second

9  sentence, which refers to expert testimony on net worth.

10      The definition of net worth is provided in parenthetical

11  as "Measured by the reported value of her financial assets,

12  less the reported value of her liabilities," that is the

13  opinion.  The basis for the same is a review of the documents

14  that are already in evidence with respect to --

15            THE COURT:  Is that stated in the disclosure?

16            MS. MILLER:  Yes, Your Honor.  It's stated in the

17  second sentence --

18            THE COURT:  Do you have a copy of that?  Can you pull

19  it up, Ms. Miller, just so the Court can follow your points.

20            MS. MILLER:  Yes, Your Honor.  I'd be delighted to do

21  so.

22            THE COURT:  Thank you.  Repeat what you just said.

23            MS. MILLER:  Yes, Your Honor.  Here again, I'm

24  referring to the second sentence of Paragraph 3, which says

25  specifically Mr. Schmitt will offer expert testimony that

1    Ms. Mosby's net worth, defined again in the parenthetical,

2    measured by the reported value of her financial assets less the

3    reported value of her liabilities declined by at least

4    30 percent in the spring of 2020 as a result of the COVID-19

5    pandemic as attached by the -- as documented -- excuse me -- in

6    the attached exhibit.

7         And as the attached exhibit illustrates because the

8    Court's ordered directed us on Page 16 of the Court's Order to

9    define the time period and the scope, and we have done that in

10   this attachment, which defines the time period to be 12/31/19

11   to 3/13/20.

12        THE COURT:  And the basis of this opinion is what?

13   How is that disclosed in either the chart or the disclosure

14   statement?  The basis of Mr. Schmitt's opinion with regards to

15   Ms. Mosby's finances?

16        MS. MILLER:  Yes, Your Honor.  Thank you so much for

17   that question because the basis for his opinion is very clearly

18   documented with reference to specific Bates numbers of

19   documents that are in the Government's production which we've

20   received --

21        THE COURT:  Where is that?

22        MS. MILLER:  Yes, Your Honor.  If you have a look at

23   the document column, Your Honor.

24        THE COURT:  Okay.

25        MS. MILLER:  The document column, if we go down that

1   column, very specifically refers to Bates stamp numbers of

2   documents provided in the Government's production as well as I

3   believe, Your Honor, here we have a reference to an Amex bill,

4   that would just be the reference to an Amex statement, Your

5   Honor.

6       So the basis for this chart, Your Honor, the basis for

7   this chart, which is very detailed, is based on actual

8   documents that have been identified in the document column.  So

9   the basis is, again, those documents which are in the

10  evidentiary file that all of the parties have, the documents

11  that were produced I should say.  There's a time frame that Her

12  Honor's order directs us to be precise about, which we are.

13  And there's an opinion here in the second sentence of

14  Mr. Schmitt's disclosure as supplemented.

15          THE COURT:  Okay.  And the methodology used by

16  Mr. Schmitt to form his opinion is reflected how in this

17  information?

18          MS. MILLER:  Yes, Your Honor.  The methodology would

19  be from Mr. Schmitt's experience and expertise and his being a

20  certified public accountant.  He's taken statements.  I don't

21  really know if there's so much of a methodology here as there

22  is -- the Government's argument they say simple arithmetic.

23  This is taking statements, looking at figures on those

24  statements, on those balance statements, and then reporting

25  them here on this spreadsheet and doing calculations that

1    connote the decline or the increase such as they would be.

2        And here Mr. Schmitt has done that work, and he has

3    determined, and you can see the conclusion here, Your Honor, is

4    located at the bottom of this chart of the net worth decline.

5        THE COURT:  All right.  Let's pause there because I

6    want to try to work this out.  I'm going to invite Mr. Wise.

7    You can stay at your table, Mr. Wise, because we're going to go

8    back and forth.

9        MR. WISE:  Sure.

10       THE COURT:  Stay there, Ms. Miller.  Stay where you

11   are.

12       Mr. Wise, what's the problem?

13       MR. WISE:  So the opinion is not that her net worth

14   declined.  I mean, that's -- that's the mathematics of it.  The

15   opinion is as a result of the COVID-19 pandemic.  That's what

16   they haven't explained.

17       THE COURT:  So what you're trying to find out is what

18   does the COVID-19 pandemic have to do with the analysis --

19       MR. WISE:  Exactly.

20       THE COURT:  -- and can you explain that?

21       MR. WISE:  And then if I could --

22       THE COURT:  Go ahead.

23       MR. WISE:  -- when you're asking about the bases, if

24   you look in Paragraph 2 -- I probably should have mentioned

25   this.  Paragraph 2 starts with "Mr. Schmitt will offer expert

 1    testimony on various matters."  Which if they're saying now

 2    that that is a reference to just what's in the subparagraphs,

 3    that's one thing.  If there are other things we would certainly

 4    need to know that.

 5         But then the next sentence when he talks about his bases,

 6    this is the only sentence that addresses bases.  It says

 7    "Mr. Schmitt bases his opinions on his review of the evidence,

 8    including all records appertinent and relevant to State's

 9    Attorney's Mosby's income expenses, debts, assets and net

10    worth."

11         So if what they're saying is the only documents he

12    reviewed are the ones in this column that's one thing.  That's

13    not what they said in the disclosure.

14         I had to look up appertinent and it means -- I think I put

15    it in there -- constituting a legal accompaniment.  So I'm not

16    even sure what that means.

17         So we would ask if they're saying it's just what's in this

18    column, that's one thing.  If he's looked at other stuff and

19    what now compounds our concern about this, again from their

20    exhibit list, it seems like there's lots of documents they're

21    going to try to be putting in evidence that we don't have.  So

22    we would ask that whatever "all records appertinent and

23    relevant" are be turned over.  Or, they're limited to what's in

24    this column.  If that's what they're saying is the only

25    thing --

1          THE COURT:  Let's hear from Ms. Miller to find out

2     what the defense is saying and we'll see what we need to do.

3          Go ahead, Ms. Miller.

4          MS. MILLER:  Yes, Your Honor.  I would just start by

5     saying I believe the third or fourth definition of appertinent

6     is the one that has been cited by the Government.

7          I believe appertinent means furnishing at or in support of

8     assistance.  That's my understanding of the first definition.

9     But I don't want to get into the discussion of dictionary

10    definitions.  That certainly will not progress this issue for

11    the Court.

12         What the Court is saying is -- what the Court has asked us

13    to do in Her Honor's order is to provide us with the opinion,

14    the bases for the same, as well as those -- the time frame and

15    we've done that.

16         THE COURT:  Okay.  Any other documents, Ms. Miller,

17    besides the one cited in the document we're looking at that

18    support Mr. Schmitt's opinion on this topic?  This is again

19    Paragraph 3.  Are there other documents beyond the ones you

20    indicated that these documents in the chart are the relevant

21    documents that form the basis of the opinion and that the

22    Government has received these documents.  Some of them are the

23    Government's own documents looks like.

24         MS. MILLER:  Yes.

25         THE COURT:  Are there any other documents besides

```
 1   these that form the basis of Mr. Schmitt's opinion with regard
 2   to Paragraph 3?
 3         MS. MILLER:  Your Honor, I am not aware of any others.
 4   These are the documents cited by our purported expert on a
 5   chart prepared by the purported expert.  I must defer to the
 6   references provided by the expert, which are very clear, are
 7   very specific, and are documents that all of the parties have
 8   had since March.
 9         THE COURT:  All right.  If there are other documents
10   that support his decision they need to be identified.  I assume
11   they've already been produced, but if not produced to the
12   Government.  If you're representing to the Court at this point
13   to your understanding that there are no other documents to
14   support Mr. Schmitt's opinion with regard to Paragraph 3,
15   beyond what is cited here on this chart --
16         MS. MILLER:  Yes, Your Honor.
17         THE COURT:  -- Mr. Wise, that's the defense's
18   representation that they've identified --
19         MS. MILLER:  Because.
20         THE COURT:  Go ahead.
21         MS. MILLER:  Your Honor, if I may just to be clear.
22   So this is a Bates range that we see here in the document list.
23         THE COURT:  All right.
24         MS. MILLER:  For example, Your Honor, if I am going to
25   provide in this chart the number or, excuse me, the balance
```

1  amount that was on the Bank of America statement ending

2  12/31/19, then that would likely be found in the document in

3  this Bates range.

4      Now, if Your Honor is asking can you please tie out with

5  footnotes each of those items, each of these figures to a

6  particular Bates document, that's Your Honor's determination.

7  But as to did he rely on anything else, again, we've stated

8  with precision and we did this specifically because we wanted

9  to be respectful of Her Honor's order to give us what is the

10 basis?  Okay, here is the bases, right here.  Here's the Bates

11 range.  Could not be more precise.

12      THE COURT:  So these could be multiple documents?

13      MS. MILLER:  Well, yes, Your Honor, this is the Bates

14 range of the documents, the account statements that accord to

15 these figures.

16      THE COURT:  All right.

17      MS. MILLER:  There are four figures here.  You know,

18 bank statements generally tend to work where a bank statement

19 will be provided -- sometimes the bank statement runs from 2/2

20 or 2/28 of a month or something like that.  So there could be

21 possibly more than one bank statement per month, right?  But

22 the figures here tie to these documents.  That's what's been

23 shown here.

24      THE COURT:  Let's hear from Mr. Wise.

25      MR. WISE:  So, Your Honor, we understand what Bates

1  range is.  The issue is again -- so two things really.  They

2  know what they gave the expert so typically that's what we get.

3  We get what was given to the expert.

4       So if they're saying -- because I heard Ms. Miller say we

5  don't know exactly what he relied on.  Well they know what they

6  gave him.  So if they gave him more stuff than what's on this

7  chart we're entitled to it.

8       But again, the bigger issue is I keep hearing Ms. Miller

9  go back to your opinion and saying Your Honor ordered them to

10 identify the experts' opinions.  We still don't have that, that

11 "as a result of the COVID-19 pandemic" is just a topic.  It's

12 the highest level of --

13      **THE COURT:**  Ms. Miller, can you speak to what is meant

14 by that?

15      **MS. MILLER:**  Just as a clarification, Your Honor, I

16 did not say we don't know what he relied on specifically.  It's

17 in the Bates range, okay.  I'm not going to say something in

18 court if I don't know which document has 6090 on it, which is

19 this number I'm pointing to right here.  It's within this Bates

20 range.  So I just want to clarify.  I don't want that to be

21 misrepresented by the Government.

22      So as a result of the COVID-19 pandemic declined by at

23 least 30 percent in the spring of 2020 as a result of the

24 COVID-19 pandemic.  So let's look at this.

25      On this -- I'm sorry, Your Honor, I'm just trying to

locate the information that I'll refer to here in terms of the assets.

So we see a decline in the value of the Nationwide account, right.  The Nationwide account, the 457(b) account, is comprised of marketable securities and investments.  So we posit that and this opinion is that this decline is a result of factors in the economy that were created by the COVID-19 pandemic.  Namely that I believe the world shut down on March 13th, 2020, including this court, including our office, including many offices.  So that is the triggering date. Right.  So that is what we mean.  That is COVID-19, the pandemic, the effect on the markets, the effect that the market is going to have on marketable securities --

**THE COURT:**  On those particular days?

**MS. MILLER:**  Exactly.

**THE COURT:**  So can you first of all supplement to make that clear because that's not in the write-up.

And Mr. Wise, go ahead.

**MR. WISE:**  So now we're hearing it's factors in the economy.  What factors?  Again, yes, there was a global pandemic.  Yes, the stock market declined.  How does he know -- what is he going to say is the causation between the two as opposed to simply a statement of correlation.

I mean, yes, the economy -- the Dow Jones declined by 30 -- actually this one -- this is where it gets -- this one is

1    that her net worth declined.  And if you look at this chart,

2    the only asset that declined is this Nationwide account.  Well,

3    the Nationwide account is made up of specific securities and

4    bonds.  So the idea that you could say, well, it's all just

5    COVID.  I mean, those are specific securities that perform in

6    certain ways.  They may over-perform or underperform depending

7    on a variety of factors and to just in a conclusory way to say,

8    well, the world shut down, we need more than that.  I mean,

9    that's not -- everybody knows the world shut down.

10        And the fact is the specific investments in the 457(b)

11   declined, but there's no connection between those two

12   high-level conclusions, unless they tell us how he's drawing

13   that connection.

14            THE COURT:  All right.  Ms. Miller?

15            MS. MILLER:  Thank you, Your Honor.  As the Government

16   has just acknowledged, due to a variety of factors.  There are

17   a variety of factors in place if we're talking about the impact

18   of the economy on bonds, if we're talking about the impact of

19   the economy on securities, Your Honor.

20        So again, the issue before the Court is is the disclosure

21   adequate?  Does the disclosure adequately respond to your

22   Order?  And, Your Honor, I posit that with respect to

23   Paragraphs 3, 4 and 5.  We have complied with the Order because

24   we've provided the opinion and we've provided the basis.

25        If Your Honor wishes us to further supplement, as I

1  believe Your Honor just alluded to with respect to an issue,

2  with respect to three, Your Honor, we'd be happy to talk about

3  a time frame for doing so.

4        THE COURT:  Well, we've got to supplement to some

5  extent because we've got to make progress in this case.  The

6  Court does share some of the concerns about making sure the

7  disclosures are adequate.  As we all know, it serves no one at

8  the end of the day to have disclosures that we don't know what

9  the experts are going to say and the defense is going to face

10 the same challenges and concerns when the Government designates

11 its experts.

12    So let's try to all get on the same page and get good

13 disclosures out and establish a practice now going forward that

14 we do that on both sides so we don't have to keep revisiting

15 this issue.

16        MS. MILLER:  I think, Your Honor --

17        THE COURT:  Let Ms. Miller finish and then, Mr. Wise,

18 you can go ahead.

19        MS. MILLER:  I was just going to say thank you for

20 setting the standard.  I think that that's helpful for the

21 Court and for both sides.  Is there any further question that

22 you would like to raise on the disclosure for Schmitt?

23        THE COURT:  Probably, but why don't we pause for a

24 second because I'm really focusing on Paragraph 3.  We haven't

25 talked about the others from the Court's perspective --

1          MS. MILLER:  Yes.

2          THE COURT:  -- and I want to hear from Mr. Wise and

3  then I'll invite you back.

4          MS. MILLER:  Yes, Your Honor.

5          THE COURT:  Mr. Wise.

6          MR. WISE:  Again, so we're not back in front of Your

7  Honor making these same arguments.  So again I heard Ms. Miller

8  say there were various first she said factors in the economy,

9  that's what he's relying on to draw a causal connection between

10  the COVID-19 pandemic and the specific securities in the

11  Nationwide account.  And then I think she said various factors.

12  That's what we need to know.

13      What are the factors that he thinks causes the decline in

14  the 457(b) account from the larger economy?  If it's just the

15  economy went down and therefore stocks went down, that's not

16  even really an expert opinion, sort of fact.  So we need to

17  know what the opinion is.  And I would say with specificity,

18  what are the factors that he believed caused the decline that

19  are as a result of COVID-19 or various factors.  Whatever the

20  language that was used then the second time.  That's

21  specifically what we need.

22          THE COURT:  Thank you.  So just try to wrap this up

23  and make some progress.  The Court is going to direct the

24  defense to go back and supplement a disclosure.  It may be

25  information shared in Court today but it needs to be formally

1    provided to the Government to explain more fully Mr. Schmitt's

2    opinion as to Paragraph 13, in particular what is meant when

3    the opinion refers to the result of the COVID-19 pandemic, more

4    specifically.  And as Mr. Wise just explained, the specific

5    factors that impact whatever the opinion is going to be.

6         Again, it may just be a matter of course defense is much

7    more familiar with what the opinion is and it may be in reading

8    it's not captured it, but I think we can flush that out a

9    little bit more.  And that will serve us all well.  Again,

10   we're going to have the similar issue once we have the

11   Government's experts so I'd like us to try to get to a standard

12   and stay on schedule.

13        Let's talk about Paragraph 4 of Mr. Schmitt's disclosure,

14   which also has raised some concerns from the Government, and

15   give Ms. Miller an opportunity to respond specifically to those

16   concerns.

17        **MS. MILLER:**  Thank you again, Your Honor, for the

18   opportunity to be heard.  On Paragraph 4, again, the --

19   responding to the Court's order on Page 16, what is the opinion

20   and what is the basis for the opinion.

21        **THE COURT:**  Can you pull up the document, Ms. Miller?

22        **MS. MILLER:**  Of course, Your Honor.

23        **THE COURT:**  Unfortunately the Court doesn't have it in

24   front of it, so it would be helpful to see what you're talking

25   about.  The disclosures, please.  Thank you.

1      **MS. MILLER:**  Certainly, Your Honor.  There, Your

2  Honor, I think Paragraph 4 is visible to the Court.

3      **THE COURT:**  Okay.  Thank you.

4      **MS. MILLER:**  You're welcome, Your Honor.

5      So here again, what is the opinion?  The opinion is the

6  reasons why the Dow Jones Industrial average lost 37 percent of

7  its value in the spring of 2020 due to Government regulations

8  and economic uncertainty caused by COVID-19.  So that is the

9  opinion.  And his basis for the same, his review of the value

10 of publicly-traded company and Ms. Mosby's investments in the

11 same.

12     **THE COURT:**  What regulations are they talking about?

13 Due to government regulations, is that COVID related or CARES

14 Act related or something else?

15     **MS. MILLER:**  Yes, Your Honor.  It's related to

16 government regulations.  And I would really defer the answer on

17 that, Your Honor.

18     **THE COURT:**  I know you're not the expert.

19     **MS. MILLER:**  I'm not the expert.  I want to speak with

20 precision.

21     **THE COURT:**  But that needs to be --

22     **MS. MILLER:**  I understand.  Out of respect to the

23 point raised by the Government, I don't want the Government to

24 have to write down things I'm saying, and I want to speak with

25 precision and candor and truth to this Court.  So thank you,

1  Your Honor.

2  **THE COURT:**  Well, you need to supplement it, first of

3  all explaining what government regulations we're talking about

4  and certainly if they're CARES Act related that's certainly

5  very pertinent to the case and that would be helpful to know.

6  That's the one thing that the Court sees.

7  Mr. Wise, anything?

8  **MS. MILLER:**  Your Honor, may I say one thing about

9  this aspect of supplementation and a date.  I would just posit

10 it as I don't know if I'll get a chance to relay this to the

11 Court, Your Honor.  But as to a date, I just want to be mindful

12 to the Court of the Jewish high holidays that will be

13 celebrated in September and early October as we set a time for

14 that, Your Honor.

15 **THE COURT:**  Absolutely.  Thank you for pointing that

16 out.  That was actually one of the concerns the Court had about

17 our trial schedule as well which has now been addressed.

18 Mr. Wise?

19 **MR. WISE:**  In addition to the Government actually

20 identifying what the regulations are, Ms. Miller said the

21 opinion is the reasons why the Dow Jones Industrial average

22 lost 37 percent of its value, but again they don't tell us what

23 he thinks the reasons are.  It's just a category.

24 So we need to know what the reasons are that he thinks the

25 Dow Jones lost 37 percent.  He may be right, he may be wrong,

1  he may be in the consensus view, he may be out, you know, out

2  on the margins.  And that's what the reliability analysis is

3  about, you know.  Is this someone who is basing his opinion in

4  fact, and is he using a reliability methodology.  But we can't

5  get underneath the opinion until we know what he thinks the

6  reasons are.

7       And then, as Your Honor said, we don't know what

8  Government regulations he's relying.  And we don't know what

9  economic uncertainty means.  That's a very broad category.  Is

10 it a particular sector?  Is it -- you know, what does that

11 mean?  I don't know what else to say other than what that

12 means.  I know what the term means in lay terms, but I don't

13 know how he's using it.  That's not the only kind of

14 categorical opinion that's offered.

15      Then the next one we don't know is additionally

16 Mr. Schmitt will offer expert testimony as to how the economic

17 effects of COVID-19 caused a decline in Ms. Mosby's 457(b)

18 account of more than 17 percent.  In a way this is repetitive

19 to 3 but it's just as important.

20      He doesn't tell us how he thinks COVID-19 caused a decline

21 in the specific assets in her 457(b) account, not a general

22 decline in the Dow Jones, which is the category in the previous

23 sentence.  But how does he think COVID-19 caused a decline in

24 those specific securities as opposed to other factors, you

25 know, that caused a decline in securities excluding COVID-19.

1          **THE COURT:**  All right.  Thank you, Mr. Wise.

2      Ms. Miller, anything else you want to say at this point,

3  and I think we can resolve this.

4          **MS. MILLER:**  No, Your Honor.  Thank you.

5          **THE COURT:**  Again, I'm going to request the defense

6  supplement with regards to Paragraph 4, the disclosure for

7  Mr. Schmitt.  First of all to identify the Government

8  regulations that are referenced in there, to further illuminate

9  what his opinion actually is.  As Mr. Wise noted, what were the

10  reasons that are the basis for the opinion, how is it

11  specifically tied to the Defendant's financial position, which

12  is the opinion stated here.  I think we have a good idea.  We

13  just need to flush it out.  Again, this is probably well-known

14  to the defense but just not clear in the disclosures.

15      Let's move to Paragraph 5 promptly if we could.

16  Ms. Miller, anything you would like to tell the Court about

17  Paragraph 5?

18          **MS. MILLER:**  Thank you, Your Honor.  I think we had

19  the opportunity to flush through Paragraph 5 yesterday for the

20  Court.  I know that this was the discussion of much of the oral

21  argument that was advocated for both sides to the Court

22  yesterday.  Again, I think my comments on the record yesterday

23  reflect our position as to why there was an opinion in this

24  paragraph and what the basis for that was.  I know there's been

25  much argument provided.

1      And again, I'll just go to the fact that the chart is a
2  statement of comparables and when you have a closely-held
3  entity, such as an LLC in this case, you point to comparables
4  from publicly-traded companies as a start to valuation.
5      So the chart supports and constitutes the basis for the
6  opinions stated.  We've presented that in court yesterday, and
7  I think our arguments on the record stand and reflect our
8  position on this.
9          **THE COURT:**  All right.  Thank you.
10     Mr. Wise.
11         **MR. WISE:**  So the same issue, Your Honor.  I have no
12  idea how Walt Disney World is comparable to Mahogany Elite
13  Enterprises, and I have no idea why Mr. Schmitt thinks that.
14  So what we need him to tell us is when they write "specifically
15  Mr. Schmitt will offer expert testimony regarding the losses
16  suffered by many travel business," what is he actually going to
17  say?  What is the regarding?
18     And then the ability of an early-stage travel-related
19  company like Mahogany Elite to generate revenue in 2020.  What
20  is he going to say about the ability of an early-stage
21  travel-related company.  And then what is the connection
22  between the two?
23     And that, you know, standing here I heard Ms. Miller
24  yesterday refer to these giant billion-dollar companies as
25  comparables, but I have no idea how you could connect, again,

1  you know, MGM Resorts International to an entity that didn't

2  operate.  That's what we need to flush out to know if this is a

3  reliable opinion.

4       THE COURT:  Okay.  I think in this area, and

5  Ms. Miller may have touched on this in some of our discussion

6  yesterday, but what needs to be cleared up again is what the

7  basis of the opinion, what the opinion is.  What the basis is,

8  Ms. Miller.  Also, specifically the relationship between the

9  opinion with regards to Mahogany Elite and the opinion on these

10 other companies that are in your chart.  It's just not all

11 really connected out there.

12      I think that would be a place to start, to clarify how

13 these pieces fit together, and what opinions are actually being

14 offered by Mr. Schmitt on these topics.  And that of course, as

15 we know, is going to be a very important matter in the trial.

16      So the Court will instruct the defense to supplement in

17 those regards and see if we can make some progress in at least

18 resolving issues with regard Mr. Schmitt.

19      Let's talk about Mr. Forster.  Mr. Wise, you have the

20 floor.

21      MR. WISE:  So, Your Honor, it's a sort of similar

22 situation.  So in two he has the basis for Mr. Forster's

23 opinion is his review of the Executive Villas Property

24 Management Agreement and his experience in reviewing similar

25 property management agreements.  We don't have any similar --

1  they haven't provided any similar property management

2  agreements.  So whatever the basis actually is we don't know.

3  We don't know how -- we can't cross-examine him comparing the

4  Executive Villas Property Management to some agreement that he

5  has in his head but that we don't have.  So that's the first

6  thing from a disclosure standpoint.

7       We obviously made relevance arguments about and whether

8  these are even matters for expert testimony, but we'll renew

9  those once we get through the disclosure issues.

10       Similar issues in three he says -- they say the basis is

11  his knowledge of second-home riders and how they're used in the

12  mortgage lending industry, and his review of the second-home

13  rider in this case as compared to second-home riders typically

14  used in the mortgage lending industry.  But they didn't provide

15  us with whatever second-home riders he's actually comparing it

16  to.  So we don't know, again when he's on the stand, we don't

17  know whether his reliance on them is appropriate or whether

18  it's subject to attack.

19       Similar issues for four.  You know, here, we obviously

20  raised issues with this because of the conclusory nature of

21  these opinions.  Here he says the basis for Mr. Forster's

22  opinion is his review of the gift letter in the record and his

23  expertise in both what a gift letter is and why it's requested.

24       They don't actually seem to make reference to any other

25  gift letters, and so this is problematic because it sounds like

```
 1    it's, you know, he looked at the gift letter and now he's going
 2    to offer opinions on it.  I think we need more than that to
 3    know what the basis of the opinion is.  This is where we get
 4    into the argument about ipse dixit, that the opinion is what it
 5    is just because the witness says it is.  And so other than a
 6    kind of passing reference to -- like, for instance, he says
 7    gift letters -- that exemplar gift letters and/or gift letter
 8    language is commonly provided by mortgage brokers to
 9    prospective borrowers.  What's the basis of that?
10        Like I said, we don't have here really anything other than
11    he's read the letter and he has some experience they claim with
12    it.  So what is he in fact relying on?
13        THE COURT:  So your concern is there may be other
14    documents with regard to number five and what they are?
15        MR. WISE:  Exactly.
16        THE COURT:  All right.  What the Court heard, just to
17    kind of shortly summarize it, the concerns of Mr. Forster,
18    Paragraph 2, 3 and 4 really are just making sure the Government
19    has the documents and information that form the basis of his
20    opinion, at least to the extent that they go beyond the actual
21    mortgage application, second-home rider, and gift letter
22    specifically at issue in this case.
23        Ms. Miller?
24        MS. MILLER:  Yes, Your Honor.  Thank you.  Again, we
25    turn to the standard that you provide in Her Honor's Order
```

1  requiring us to supplement our disclosures to the Government

2  related to Mr. Forster's testimony on three topics:  And they

3  are the second-home rider, they are the gift letter, and they

4  are the property management agreement.

5       And again I'll put up our supplement -- it's already up so

6  I don't need to do a -- so again, Your Honor, I think sort of a

7  general predicate here, you know, the Government contends in

8  its 20-page motion that the expert's testimony in these areas

9  is impermissible because these are factual questions.

10      So I first want to respond to the fact that in your Order

11 Her Honor cites to *Blair*.  It's important for this Court, I

12 think, to state that the proposition that this expert testimony

13 and the reason for this expert testimony being required in this

14 case is that it embraces the ultimate issue.  And these are

15 ultimate issues and they are very technical issues.  You know,

16 Mr. Forster's --

17      **THE COURT:**  Well, the Court has allowed these aspects

18 of his testimony to come in as the Court recalls.

19      **MS. MILLER:**  And it's very technical testimony.  With

20 respect to the paragraphs that have been highlighted,

21 Paragraphs 2, 3, 4, you know, again, he will testify as to the

22 terms of the, you know, this mortgage application and this

23 property management agreement.

24      Again, property management agreements for second homes are

25 very technical.  The purchase of a second home is very

```
 1   technical.  So the property management agreement in this
 2   question has been reviewed and if I understand the Government's
 3   argument it is that, well, we don't understand or we don't have
 4   every single property management agreement that he has ever
 5   reviewed in the course of his years as an expert.  And they
 6   want us to identify those, and they want us to present those
 7   for the purpose of cross-examining this witness.
 8        You know, Your Honor, we can certainly supplement, we can
 9   certainly identify as the Court directs us to and we certainly
10   will do so.  But again, this expert is being called to assist
11   the trier of fact with deciding an ultimate issue.  It's
12   important to that ultimate issue and these are very highly
13   technical questions.  You know, what is a second-home rider?
14   What is a property management agreement?  What is the process
15   for purchasing a second home?  How does that differ from
16   purchasing a primary residence?  What is a gift letter?  Those
17   are the aspects that Her Honor has identified as being
18   appropriate for this expert to testify to.
19        And the opinions could not, I think, be clearer in our
20   supplemental that he's stating these are declarative sentences,
21   that he's stating that the terms of the property management
22   agreement are consistent with what would allow the Defendant in
23   terms of the use of the property.
24        He's going to state that in his examination of the
25   mortgage applications, there are only two mortgage applications
```

1  in the record in this case, that they say certain things, that

2  these -- this property management agreement that he has

3  reviewed states there was explicit use --

4          **THE COURT:**  Is his opinion based on anything beyond

5  the property management agreement, gift letter, and home rider

6  that are at issue in this case?

7          **MS. MILLER:**  No, he's reviewed those documents.

8          **THE COURT:**  Is that the basis for the testimony?

9          **MS. MILLER:**  That is the basis for the testimony.

10     Mr. Wise, what's the problem?

11         **MR. WISE:**  That's not what they say in the -- that's

12  not what they say in the disclosure.  They say in two that the

13  basis is the Executive Villas Property Management Agreement and

14  his experience in reviewing similar property management

15  agreements.  We're not asking for all of them.

16         **THE COURT:**  Ms. Miller, is it "and similar" or just

17  the documents in this trial?

18         **MS. MILLER:**  It's the documents in the record in this

19  case, Your Honor.

20         **THE COURT:**  Okay.  So maybe you could correct the

21  language and that's what they're disclosing and if that's an

22  issue that's what they disclose.

23     All right.  That takes care of Paragraph 4 for

24  Mr. Forster.

25     Mr. Wise, anything else?

1          **MR. WISE:**  So the same issue with Paragraph 3, that

2    was Paragraph 2.  He purports to compare the second-home rider

3    in this case to second-home riders typically used in the

4    mortgage lending industry.  So if they're not going to give us

5    an example of what he's talking about, then if, again, if

6    they're limiting -- if they're not changing the opinion to he's

7    only basing it on this agreement.  And, candidly, we're going

8    to move to exclude on this basis because then there's really --

9    it's not connected to anything.  He's just reading an agreement

10   that the jury is going to have in front of them.

11          **THE COURT:**  All right.

12          **MR. WISE:**  But if there are typical second-home riders

13   used in the mortgage lending industry that he's relying on to

14   form as a basis of his opinion, they have to disclose them.

15          **THE COURT:**  Let's hear from Ms. Miller if she has

16   anything further when she confers with her co-counsel.

17          **MS. MILLER:**  Thank you, Your Honor.  Your Honor, as to

18   what Mr. Forster relies on, he relies on the review of the

19   document in the record.  He also -- and I want to clarify this

20   point as we were talking about it for Paragraph 2.

21          There are certainly other documents, there are other

22   second-home riders, there are certainly other gift letters, and

23   there's certainly other property management agreements that he

24   has reviewed.  I think in the scope of his years, in his I

25   believe 30 plus years of doing this work, there are hundreds of

1   documents that I would posit that he has reviewed.

2        So, you know, again I don't want to speak for my expert

3   when my expert is not here, and I can't give the Court candor

4   on an answer, Your Honor.

5        However, I would imagine that there are exemplars in his

6   files of documents he has reviewed.  I can't speak to that with

7   specificity or veracity.  There also could be confidentiality

8   issues, there could be other privilege issues in other cases.

9   But if the issue is do you want other documents that he has

10  reviewed to come into the record for purposes of

11  cross-examination, if that's the Government's argument, I can

12  certainly go to -- before we scratch this out, before we alter

13  it irrevocably, I'd like the opportunity to go to the expert to

14  see what's available to provide if we're going to provide an

15  exemplar set of records for him to be cross-examined on.

16            THE COURT:  That seems very reasonable.

17            MS. MILLER:  I think that is.  Thank you, Your Honor.

18            THE COURT:  I think we can get that information and

19  you can provide it to the Government if it's appropriate and

20  you can work that out on your own.

21            MS. MILLER:  Thank you, Your Honor.

22            THE COURT:  All right.  So hopefully that resolves at

23  least and makes some progress to what we'll say are these

24  issues with Mr. Forster and Mr. Schmitt.

25       Let's talk about when the supplements can be gotten in.

1  Mr. Bolden and Ms. Miller, keeping in mind the point she made

2  about the scheduling so we can also add that to our scheduling

3  order that kind of kicks us off.

4      When does the defense think they can get these

5  supplemental disclosures to the Government?

6          MR. BOLDEN:  I think the date --

7          THE COURT:  Whoever is going to speak, come up to the

8  podium.

9          MS. MILLER:  Thank you, Your Honor.  Again, just

10  mindful of the fact that we have Rosh Hashanah, Yom Kippur and

11  Sukkot, I would propose -- I believe October 7th, the last of

12  the high holidays, end on the 5th of October, depending on how

13  one celebrates.  So I would posit October 7, Your Honor.

14          THE COURT:  October 7.

15          MS. MILLER:  Yes, that would be a sunset between the

16  end.  Yes, Your Honor.

17          THE COURT:  So the defense is prepared to make the

18  supplemental disclosures by Friday, October 7, 2022, to the

19  Government.

20          MS. MILLER:  Yes, Your Honor.

21          THE COURT:  Thank you.  Mr. Wise.

22          MR. WISE:  Your Honor, I would say I mean that is

23  three weeks for information they already have.

24          THE COURT:  All right.  Well, some of the concern

25  expressed has to do with the holiday.  Your point is fairly

```
 1   taken.  Given our schedule I don't think that we need to fuss
 2   over this candidly, but I'm happy to hear.
 3           MR. WISE:  If we don't get started for three more
 4   weeks, you know, again the goal is to avoid what happened
 5   yesterday happening again.  So if they have the opinions --
 6           THE COURT:  Well, your expert disclosure date under
 7   the current schedule with the schedule we're working through is
 8   December 1st.
 9           MR. WISE:  Right.  If we can start now we've got a
10   better chance of getting people available because we'll have
11   three more weeks.
12           THE COURT:  All right.  Come on forward, Ms. Miller,
13   and see what we can do about the dates.
14           MS. MILLER:  Yes, Your Honor.  Respectively, I've been
15   told to direct to supplement -- I've been told to direct to
16   supplement with all of the documents that one of our expert
17   could present to the Court for cross-examination.  So now I
18   have to go back to an expert, identify what documents may be
19   available, what we can produce that isn't subject to NDA
20   confidentiality privilege, identify all those documents, bring
21   those documents to the record.  And, Your Honor, just
22   respectfully, we have high holiday starting on the 23rd and
23   that's not so far from now.  So it's just, again, respectively
24   I urge the Court to issue the order directing it to
25   October 7th.
```

 1          Moreover, Your Honor, nothing is stopping the Government

 2   from going out and researching what it needs to do to get its

 3   expert.  Nothing in our disclosures is going to impede the

 4   Government from getting its expert, as I see it.  So certainly

 5   we're not here to delay the Court.  We now have the end of

 6   March as a trial date, Your Honor.  We're simply asking for

 7   some consideration given what is at hand, given what has been

 8   asked, and given clearly what is coming up in terms of the

 9   schedule of the holidays.

10          Thank you, Your Honor.

11          THE COURT:  Thank you, Ms. Miller.

12          Mr. Wise, anything else you want to say?

13          MR. WISE:  We can't get the expert until we know the

14   opinions.

15          THE COURT:  Understood.  This may be a reason why if

16   there's an issue we're going to have to talk about it and

17   defense will be aware as to what prompted that.  I think with

18   our schedule it should resolve itself.  And I am very sensitive

19   to the holidays and there is some additional work that will

20   need to happen on the part of the defense.

21          I'm going to order that this disclosure occur no later

22   than October 7th, 2022, with the understanding if they can get

23   it in a little bit earlier all the better all around.  And of

24   course the Court appreciates the Government's need to have that

25   information before it can do what it has to do.  My sense with

1    the schedule we have hopefully we can still meet those

2    deadlines and we'll just hear back.

3         So I'd like to recap what we are proposing now as our

4    schedule going forward to make sure we're all in agreement, and

5    have resolved any issues, beginning with the defense's

6    supplemental expert disclosures now due on October 7th, 2022.

7         Moving forward.  The Government will disclose its expert

8    or experts December 1, 2022.

9         We will then move to a motions practice on any motions in

10   limine, motions to exclude, other motions which need to be

11   requested leave of court to file, but I think the schedule

12   hopefully will work for those.  January 9, 2023, opening

13   motions; January 23, 2023, responses; and replies February 6,

14   2023, which will allow us to work over the month of February to

15   resolve those motions, with a pretrial status conference

16   presumably on those motions March 7, 2023, at a time to be set

17   by the Court.

18        We'll have a final pretrial status conference March 23rd,

19   2023, at a time to be set by the Court.

20        We will proceed to jury selection on March 23rd, 2023,

21   with the option of carrying over to March 24, 2023.  The trial

22   schedule to begin March 27, 2023, at 9:30 a.m. in this

23   courtroom for this case.

24        Are there any comments or concerns about the dates just

25   recited by the Court.  Mr. Wise?

1              MR. WISE:  No, Your Honor.  Thank you.

2              THE COURT:  Mr. Bolden?

3              MR. BOLDEN:  Just one moment, Your Honor, I want to

4    consult my client.

5         (Counsel conferring.)

6              THE COURT:  Mr. Bolden.

7              MR. BOLDEN:  This is very broad, Your Honor.  We have

8    several weeks before we get to trial -- several months

9    actually.  And I know we're all on the same page with regard to

10   efficiency.  What I'm concerned about, and I want to share with

11   the Court, is that the Government's case is what the

12   Government's case is.  Other than the experts that they now

13   want to add.

14        I'm concerned that as they hire their experts, as we go

15   through their motions to compel, as we go -- both sides

16   challenge the experts, what about the fact witnesses?  I'd like

17   to argue, like, that the Government and the defense as far as

18   their fact witnesses are concerned that we're kind of locked

19   in, if you will, unless there's new evidence or new case

20   approach and what have you.

21        What I'm trying to avoid, and I'm raising it with the

22   Court, is that given the time both sides will have time to

23   rethink what they were about to do and that too will set us

24   back, if you will.

25        I'm not asking for an order *per se*, I'm raising it because

1   this is a hotly contested --

2           **THE COURT:**  What exactly are you raising?  A concern

3   that neither side change their witness list?

4           **MR. BOLDEN:**  I'm afraid to say that because we're

5   nowhere near trial, but in good faith I'm asking and raising

6   that our witness list because we've exchanged them, we've

7   exchanged exhibit lists, then at some point that's not on the

8   schedule if we want to add to those or subtract from those then

9   what do we do with that, if you will?

10          **THE COURT:**  Well, there is under the Court's rules a

11  schedule for producing pretrial information, number one, and

12  those rules would apply with a new date.  I don't think that's

13  the concern.

14      Is the concern that you don't feel either side should be

15  able to modify their witness list?

16          **MR. BOLDEN:**  I don't feel that either side -- I don't

17  want the Government to change their view of the world and their

18  case and they add witnesses and they add evidence beyond the

19  experts, which has caused us to move forward on a delayed basis

20  and get a new trial date.  It's a good faith issue.

21          **THE COURT:**  So you're proposing that neither side

22  change their witnesses or add to the potential witnesses on

23  their witness list?

24          **MR. BOLDEN:**  Yeah, we should seek leave of court to do

25  that.

1          THE COURT:  For either side?

2          MR. BOLDEN:  For either side.  Because if we're going

3  to argue about it -- pardon me?

4          THE COURT:  I just want to be clear about what the

5  request is.  All right.  Thank you, Mr. Bolden.

6          MR. BOLDEN:  Thank you.

7          THE COURT:  Mr. Wise.

8          MR. WISE:  Your Honor, this isn't how we try cases.

9  We've all had cases with continuances.  The Government has a

10 burden.  The executive branch prosecutes cases.  The decisions

11 we make about what witnesses to put on and what witnesses we

12 don't want to put on, it's not for Mr. Bolden to ask the Court

13 to order us to put on certain witnesses and not put on certain

14 witnesses, raises separation of power concerns.  Continuances

15 happen all the time.

16     I've never even heard of someone asking to sort of freeze

17 things in place.  It sometimes happens that witnesses become

18 unavailable when a schedule changes, so you have to substitute

19 someone for them.  It sometimes happens that a witness will

20 tell you something that makes you -- as you're prepping them --

21 that makes you want to call a different witness.  This happens

22 all the time.  There's no prejudice to this.  There's case law

23 on this.  We have the ability to bring the case we're going to

24 bring and that starts on the first day.  We obviously have

25 *Jencks* requirements that we'll meet and have met.  But to

1  suggest that they should be able to freeze us where we are now,
2  it's made up.
3          MR. BOLDEN:  Your Honor, if I may very quickly.
4          THE COURT:  Go ahead, Mr. Bolden.
5          MR. BOLDEN:  One of the few times I agree with the
6  Government but what I'm really getting at is that if that
7  starts to happen our trial schedule is going to be affected by
8  that.
9          THE COURT:  Okay.  I hear what you're saying.
10          MR. BOLDEN:  That's really why I raised it.  Not that
11  I don't know how to try a case and the Government can put on
12  the case they want.
13          THE COURT:  Thank you.  And the Court takes really
14  what is the heart of this discussion and what needs to happen
15  in this case, if it has not been happening, there's got to be
16  productive communication between counsel.  Many of these
17  issues, I think, will be very evident to counsel as you're
18  preparing for trial.  If there is productive communication
19  there really shouldn't be a concern where the Court needs to
20  jump in.  If there is one, the Court is happy to deal with it
21  when it comes along.
22      But of course much will happen between now and March.  And
23  I think with excellent counsel on both sides of this case, the
24  parties should be able to communicate and address some of these
25  concerns without the Court's involvement.

Ronda J. Thomas, RMR, CRR - Federal Official Reporter

1    We do now have a schedule for how we will proceed.  The

2  Court thanks counsel for their assistance in making sure we

3  have the schedule.

4    There is one housekeeping item.  There was a motion filed

5  earlier today by the Government for miscellaneous relief.  If

6  we're going to proceed with that motion, we should set a

7  schedule for allowing a response.

8    I don't want to get into the substance of that motion

9  today but it may be helpful to go ahead and set a schedule for

10  having that motion responded to and then we can address those

11  issues at another time.

12    Mr. Bolden, are you prepared this time to suggest a date

13  for a response from the defense to that motion?

14        **MR. BOLDEN:**  Yes, Your Honor.  Two weeks would be

15  fine.

16        **THE COURT:**  Two weeks would be -- just so we have an

17  actual date.  I apologize.  Today is -- September 29 is what

18  you're proposing?

19        **MR. BOLDEN:**  Just one moment, Your Honor.

20        **THE COURT:**  Take your time.

21        **MR. BOLDEN:**  I'm in 2023 right now on my calendar,

22  forgive me.  The suggested date was Thursday, September 29th?

23        **THE COURT:**  Yes.

24        **MR. BOLDEN:**  That's fine, Your Honor.

25        **THE COURT:**  All right.  So we'll have a response from

1  the Government's Motion for Miscellaneous relief which was

2  filed today.  September 29.  And, Mr. Wise, the reply brief?

3          **MR. WISE:**  We'll file it within two days, Your Honor,

4  because we obviously think --

5          **THE COURT:**  Since that's right around the weekend, why

6  don't we have you coming in Tuesday, October 4th.

7          **MR. WISE:**  Yes, Your Honor.

8          **THE COURT:**  I know that's right around the holidays as

9  well.  Does that work?

10          **MR. WISE:**  We'll get it done, Your Honor.  Thank you.

11          **THE COURT:**  Okay.  Tuesday, October the 4th.  The

12  Court will also include these dates in the schedule just so

13  we're clear again.  The defense will respond to the motion

14  filed today for miscellaneous relief filed by the Government on

15  September 29.  The Government will file its reply brief on

16  October 4.  And hopefully we can resolve that motion promptly

17  thereafter.

18      We have a schedule.  That is good news.

19      Mr. Bolden, is there anything else you wish to say to the

20  Court?

21          **MR. BOLDEN:**  Yes, Your Honor.  To the Court, to the

22  institution, federal and state courts, to judges, it's been

23  reported that in a public statement I issued profanity or used

24  profanity about the Order or the Government's decision to seek

25  a continuance.  That was inappropriate.  I own it.  I apologize

1   to the Court, the institution, the judges that make up this

2   great body, both federal and state.

3       As you know, my father who passed away was a former city

4   state judge.  I've been a member of the bar-- three bars over

5   35 years and been around the law for 50 years as a young man

6   watching my father try cases.  I know better.  I was very

7   frustrated, and I apologize again.  It will never happen again.

8       And I'm disappointed in my choice of words for sure.  If

9   my mother was with us, she'd be hitting me upside the head as

10  she should.  So I apologize, Your Honor.  Thank you.

11      **THE COURT:**  Thank you very much, Mr. Bolden.  The

12  Court certainly accepts and appreciates your apology.

13      I believe we've concluded all of our business for today.

14      Again, the Court wants to thank counsel.  It took quite a

15  bit of work to set up a new schedule for our further

16  proceedings and I'm delighted that we do have that schedule.

17  The Court will issue that order promptly once we adjourn today.

18      With that, the Court wishes everyone a good afternoon.  We

19  are adjourned.

20      **THE CLERK:**  All rise.  This Honorable Court now stands

21  adjourned.

22      (Hearing concluded at 3:51 p.m.)

23

24

25

Ronda J. Thomas, RMR, CRR - Federal Official Reporter

1                   CERTIFICATE OF OFFICIAL REPORTER

2

3

4       I, Ronda J. Thomas, Registered Merit Reporter, Certified

5 Realtime Reporter, in and for the United States District Court

6 for the District of Maryland, do hereby certify, pursuant to 28

7 U.S.C. § 753, that the foregoing is a true and correct

8 transcript of the stenographically-reported proceedings held in

9 the above-entitled matter and the transcript page format is in

10 conformance with the regulations of the Judicial Conference of

11 the United States.

12

13                        Dated this 24th day of October 2022.

14

15                              _Ronda J. Thomas_

16                      Ronda J. Thomas, RMR, CRR
                       Federal Official Reporter

17

18

19

20

21

22

23

24

25

| | | | | |
|---|---|---|---|---|
| **MR. BOLDEN: [34]** 2/20 10/8 15/10 15/13 16/11 16/16 16/23 22/13 23/11 23/22 24/20 24/23 25/1 25/14 25/18 28/20 28/22 29/19 61/6 65/3 65/7 66/4 66/16 66/24 67/2 67/6 68/3 68/5 68/10 69/14 69/19 69/21 69/24 70/21 | **19 [23]** 30/8 30/22 31/19 31/23 32/8 35/4 35/10 37/15 37/18 41/2 42/11 42/22 42/24 43/7 43/11 46/10 46/19 47/3 48/8 50/17 50/20 50/23 50/25 **19th [1]** 3/3 **1:22-cr-0007-LKG [1]** 1/5 **1st [6]** 8/24 21/7 21/8 21/24 22/6 62/8 | **37 percent [5]** 30/20 30/24 48/6 49/22 49/25 **3:51 [1]** 71/22 **4** **457 [6]** 31/19 43/4 44/10 46/14 50/17 50/21 **4th [3]** 1/24 70/6 70/11 | 14/13 **accompaniment [1]** 38/15 **accord [1]** 41/14 **according [2]** 9/21 24/22 **account [13]** 30/17 31/20 32/2 41/14 43/4 43/4 43/4 44/2 44/3 46/11 46/14 50/18 50/21 **accountant [2]** 2/16 36/20 | 19/7 22/5 22/14 23/14 24/24 26/16 28/16 30/13 30/17 30/23 31/25 33/18 34/5 34/7 34/23 35/1 36/9 38/19 39/18 41/7 42/1 42/8 43/20 44/20 46/6 46/7 47/6 47/9 47/17 47/18 48/5 49/22 51/5 51/13 51/22 52/1 52/25 53/6 54/16 55/24 56/5 56/6 56/21 56/24 57/10 59/5 60/2 61/9 62/4 62/5 62/23 70/13 71/7 71/7 71/14 |
| **MR. QURESHI: [3]** 15/1 15/4 15/8 | **2** | **5** | **acknowledged [1]** 44/16 | **Agent [1]** 2/14 **aggressive [2]** 7/16 7/21 |
| **MR. WISE: [47]** 2/11 4/25 7/14 7/16 8/6 9/13 15/16 15/19 15/22 15/24 16/1 16/4 16/7 19/4 19/7 20/7 20/15 21/4 21/7 25/21 28/1 29/3 29/22 37/9 37/13 37/19 37/21 37/23 41/25 43/19 46/6 49/19 52/11 53/21 55/15 58/11 59/1 59/12 61/22 62/3 62/9 63/13 65/1 67/8 70/3 70/7 70/10 | **2/13 [1]** 15/20 **2/2 [1]** 41/19 **2/28 [1]** 41/20 **20 [3]** 14/7 15/22 35/11 **20-page [1]** 56/8 **200 [1]** 10/10 **2020 [9]** 30/7 30/21 32/6 32/8 35/4 42/23 43/9 48/7 52/19 **2022 [8]** 1/8 19/1 21/9 61/18 63/22 64/6 64/8 72/12 **2023 [22]** 13/24 14/2 14/4 14/7 14/9 17/5 17/12 17/14 18/16 18/17 22/10 22/15 22/24 64/12 | **50 [1]** 71/5 **5th [1]** 61/12 **6** **6090 [1]** 42/18 **6th [3]** 23/2 23/7 23/8 **7** **753 [1]** 72/7 **7th [7]** 7/25 23/8 23/11 61/11 62/25 63/22 64/6 | **Act [2]** 48/14 49/4 **actual [5]** 20/20 32/23 36/7 55/20 69/17 **actually [18]** 6/2 6/24 7/7 8/23 13/18 23/8 26/6 30/14 43/25 49/16 49/19 51/9 52/16 53/13 54/2 54/15 54/24 65/9 **add [8]** 25/22 27/11 61/2 65/13 66/8 66/18 66/18 66/22 **adding [1]** 10/5 **addition [2]** 9/14 49/19 **additional [5]** 17/23 19/9 20/16 22/20 63/19 | **ago [1]** 26/4 **agree [2]** 12/14 27/11 68/5 **agreement [15]** 29/6 53/24 54/4 56/4 56/23 57/1 57/4 57/14 57/22 58/2 58/5 58/13 59/7 59/9 64/4 **agreements [5]** 53/25 54/2 56/24 58/15 59/23 **ahead [14]** 7/15 16/13 18/14 18/14 20/14 23/21 29/21 37/22 39/3 40/20 43/18 45/18 68/4 69/9 **aided [1]** 1/22 |
| **MS. MILLER: [46]** 33/17 34/16 34/20 34/23 35/16 35/22 35/25 36/18 39/4 39/24 40/3 40/16 40/19 40/21 40/24 41/13 41/17 42/15 43/15 44/15 45/16 45/19 46/1 46/4 47/17 47/22 48/1 48/4 48/15 48/19 48/22 49/8 51/4 51/18 55/24 56/19 58/7 58/9 58/18 59/17 60/17 60/21 61/9 61/15 61/20 62/14 | 14/14 14/7 14/9 17/5 17/12 17/14 18/16 18/17 22/10 22/15 22/24 64/12 64/13 64/14 64/16 64/19 64/20 64/21 64/22 69/21 **20th [2]** 15/23 16/18 **21 [1]** 22/24 **21201 [1]** 1/25 **21st [1]** 8/1 **22-007-LKG [1]** 2/12 **22nd [4]** 18/17 21/3 21/23 23/6 **23 [2]** 17/4 64/13 **23rd [10]** 6/11 14/8 16/2 16/20 17/13 18/12 22/24 62/22 64/18 64/20 | **9** **90-day [1]** 8/22 **9:30 a.m [4]** 17/5 17/13 17/14 64/22 **9th [2]** 16/17 22/8 **A** **a.m [4]** 17/5 17/13 17/14 64/22 **AARON [2]** 1/15 2/13 **abeyance [2]** 19/22 28/13 **ability [7]** 20/9 28/2 32/6 32/11 52/18 52/20 67/23 **able [7]** 20/1 22/1 29/18 31/15 66/15 68/1 68/24 **about [2]** 1/16 4/17 5/2 5/3 5/18 6/18 8/22 9/8 9/25 10/18 13/11 14/14 14/22 15/13 18/3 18/22 20/4 20/6 20/6 21/17 21/20 23/23 26/14 26/24 27/7 27/7 27/8 28/8 30/3 30/14 31/4 31/8 31/10 32/9 32/10 32/11 32/19 33/6 36/12 37/23 38/5 38/19 44/17 44/18 45/2 45/6 45/25 47/13 47/25 48/12 49/3 49/8 49/16 50/3 51/16 52/20 53/19 54/7 55/4 59/5 59/20 60/25 61/2 62/13 63/16 64/24 65/10 65/16 65/23 67/3 67/4 67/11 70/24 | **additionally [3]** 31/17 50/15 **address [7]** 4/23 17/8 18/7 21/19 29/20 68/24 69/10 **addressed [3]** 27/9 27/10 49/17 **addresses [1]** 38/6 **addressing [2]** 2/6 12/10 **adequate [10]** 5/15 5/20 6/9 6/10 6/11 9/2 19/8 23/2 44/21 45/7 **adequately [1]** 44/21 **adjourn [1]** 71/17 **adjourned [2]** 71/19 71/21 **adjust [2]** 22/3 23/9 **adjustment [1]** 11/20 **administrative [1]** 12/17 **admissible [1]** 20/5 **advance [1]** 17/7 **advising [1]** 11/6 **advocated [1]** 51/21 **affected [1]** 66/4 **afraid [1]** 66/4 **after [7]** 9/20 10/10 19/19 20/25 21/12 22/8 32/8 | **Airlines [1]** 32/17 **all [61]** 3/18 5/3 7/15 9/1 9/24 11/12 12/15 12/20 14/10 17/6 17/21 18/9 21/9 21/11 21/19 22/10 25/8 26/10 27/1 27/6 29/4 30/13 36/10 37/5 38/8 38/22 40/7 40/9 40/23 41/16 43/16 44/4 44/14 45/7 45/12 47/9 49/3 51/1 51/7 52/9 53/10 55/16 58/15 58/23 59/11 60/22 61/24 62/12 62/16 62/20 63/23 63/23 64/4 65/9 67/5 67/9 67/15 67/22 69/25 71/13 71/20 **alleges [1]** 33/21 **allow [2]** 57/22 64/14 **allowed [1]** 56/17 **allowing [2]** 27/2 69/7 **alluded [1]** 45/1 **almost [1]** 9/11 **along [2]** 18/18 68/21 |
| **THE CLERK: [1]** 71/20 **THE COURT: [129]** | 62/22 64/18 64/20 **24 [2]** 16/2 64/21 **24th [4]** 14/8 16/20 17/14 72/12 **27 [3]** 16/3 17/5 64/22 **27th [4]** 14/9 16/20 17/12 21/22 **28 [2]** 41/20 72/6 **28th [2]** 8/2 8/21 **29 [3]** 69/17 70/2 70/15 **29th [1]** 69/22 **2:13 [2]** 1/8 2/1 | | **afternoon [6]** 2/2 2/20 2/24 2/25 33/17 71/18 **again [71]** 3/21 5/1 5/5 5/10 5/11 5/12 7/20 8/6 8/24 8/25 10/3 12/20 13/13 17/12 17/19 18/17 | **already [10]** 3/12 4/14 9/14 12/25 24/10 24/12 34/14 40/11 56/5 61/23 **also [22]** 1/18 3/8 3/10 4/5 12/23 13/6 13/8 14/12 17/7 18/6 21/14 21/18 26/12 27/2 28/2 31/4 47/14 53/8 59/19 60/7 61/2 70/12 |
| **1** **10 [1]** 14/1 **101 [1]** 1/24 **10th [1]** 16/17 **12/31/19 [2]** 35/10 41/2 **12th [1]** 8/7 **13 [6]** 14/1 14/3 15/20 15/22 15/23 47/2 **13th [1]** 43/9 **14 [2]** 14/4 14/20 **14-day [1]** 7/23 **14th [2]** 7/25 13/22 **15 [4]** 1/8 13/22 14/4 14/21 **15th [1]** 16/17 **16 [4]** 14/5 34/2 35/8 47/19 **16th [3]** 13/24 14/21 16/17 **17 [1]** 14/6 **17 percent [2]** 31/20 50/18 **17th [1]** 16/18 | **3** **3/13 [1]** 15/22 **3/13/20 [1]** 35/11 **3/20 [1]** 15/22 **30 [2]** 43/25 59/25 **30 percent [2]** 30/7 35/4 42/23 **31 [2]** 19/1 20/25 **31st [2]** 7/18 7/23 **35 [1]** 71/5 | | | |

## A

alter [1] 60/12
Although [1] 19/22
am [4] 9/13 40/3 40/24 63/18
AMERICA [3] 1/3 2/12 41/1
Amex [2] 36/3 36/4
amount [2] 7/4 41/1
analysis [4] 30/3 31/25 37/18 50/2
another [7] 8/20 10/16 14/15 18/21 23/12 24/10 69/11
answer [3] 5/18 48/16 60/4
ANTHONY [2] 1/18 2/22
anticipate [2] 3/23 18/2
anticipates [1] 3/6
anticipation [2] 17/22 25/3
any [26] 4/2 10/3 14/18 16/24 16/25 18/19 22/8 22/15 22/18 23/23 23/23 24/3 25/19 26/1 27/18 29/15 39/16 39/25 40/3 45/21 53/25 54/1 54/24 64/5 64/9 64/24
anymore [1] 10/5
anything [22] 24/3 41/7 49/7 51/2 51/16 55/10 58/4 58/25 59/9 59/16 63/12 70/19
apologize [4] 69/17 70/25 71/7 71/10
apology [1] 71/12
appear [1] 16/18
appears [1] 17/4
appertinent [5] 38/8 38/14 38/22 39/5 39/7
application [2] 55/21 56/22
applications [2] 57/25 57/25
apply [1] 66/12
appreciates [2] 63/24 71/12
approach [1] 65/20
appropriate [6] 11/15 27/9 28/14 54/17 57/18 60/19
are [104]
area [2] 7/2 53/4
areas [2] 33/12 56/8
aren't [2] 11/6 11/9
argue [2] 65/17 67/3
argument [6] 36/22 51/21 51/25 55/4 57/3 60/11
arguments [5] 19/17 28/1 46/7 52/7 54/7
arithmetic [1] 36/22
around [4] 63/23 70/5 70/8 71/5

## as [126]

ASAP [1] 25/18
ask [12] 5/10 6/9 11/19 19/5 20/15 20/23 21/7 24/19 27/1 38/17 38/22 67/12
asked [3] 10/14 39/12 63/8
asking [9] 6/1 25/16 37/23 41/4 58/15 63/6 65/25 66/5 67/16
aspect [1] 49/9
aspects [2] 56/17 57/17
asset [1] 44/2
assets [6] 30/6 34/11 35/2 38/9 43/2 50/21
assist [1] 57/10
assistance [2] 39/8 69/2
assume [1] 40/10
assuming [2] 9/9 22/5
attached [3] 35/5 35/6 35/7
attachment [1] 35/10
attack [1] 54/18
attention [1] 24/5
attorney [2] 10/20 33/18
Attorney's [1] 38/9
attorney-client [1] 24/5
availability [1] 13/7
available [20] 4/9 4/17 7/4 11/1 11/6 11/7 11/9 11/18 13/4 13/21 14/10 14/17 16/16 16/19 16/24 17/1 26/11 60/14 62/10 62/19
average [3] 30/20 48/6 49/21
avoid [3] 5/1 62/4 65/21
avoiding [1] 8/25
aware [2] 40/3 63/17
away [3] 2/4 15/22 71/3

## B

back [17] 2/17 2/24 3/5 5/9 17/10 17/18 18/12 18/24 33/6 37/8 42/9 46/3 46/6 46/24 62/18 64/2 65/24
backwards [3] 9/7 17/16 21/22
balance [3] 11/23 36/24 40/25
Baltimore [2] 1/7 1/25
bank [5] 41/1 41/18 41/18 41/19 41/21
bar [1] 71/4
bars [1] 71/4
based [4] 19/22 31/1 36/7 58/4
bases [6] 37/23 38/5 38/6 38/7 39/14 41/10
basically [1] 9/9
basing [2] 50/3 59/7
basis [38] 30/11 30/12

31/2 31/7 31/8 31/13 33/11 34/13 35/12 35/14 35/17 36/6 36/6 36/9 39/21 40/1 41/10 44/24 47/20 48/9 51/10 51/24 52/5 53/7 53/7 53/22 54/2 54/10 54/21 55/3 55/9 55/19 58/8 58/9 58/13 59/8 59/14 66/19
Bates [10] 35/18 36/1 40/22 41/3 41/6 41/10 41/13 41/25 42/17 42/19
be [151]
be responses [1] 10/7
because [41] 4/7 5/18 9/5 9/19 10/24 11/3 11/4 11/10 12/13 13/5 18/2 18/22 19/10 19/11 22/23 23/24 27/3 29/8 29/17 35/7 35/17 37/5 37/7 40/19 41/8 42/4 43/17 44/23 45/5 45/24 54/20 54/25 55/5 56/9 59/8 62/10 65/25 66/4 66/6 67/2 70/4
become [1] 67/17
been [20] 6/17 10/23 12/8 12/24 34/6 36/8 39/6 40/11 41/22 49/17 51/24 56/20 57/2 62/14 62/15 63/7 68/15 70/22 71/4 71/5
before [15] 1/11 2/6 3/1 13/20 16/25 18/16 18/20 22/4 28/10 28/15 44/20 60/12 60/12 63/25 65/8
began [1] 32/8
begin [3] 3/3 4/20 64/22
beginning [6] 14/9 14/16 17/4 17/12 18/24 64/5
behalf [3] 1/14 1/16 2/21
being [9] 8/25 18/12 20/6 21/2 36/19 53/13 56/13 57/10 57/17
believe [9] 8/3 36/3 39/5 39/7 43/8 45/1 59/25 61/11 71/13
believed [1] 46/18
BENDER [2] 1/19 2/16
BEREDAY [1] 1/21
besides [2] 39/17 39/25
best [3] 11/21 20/9 33/1
better [4] 3/20 62/10 63/23 71/6
between [11] 12/12 31/25 32/13 43/22 44/11 46/9 52/22 53/8 61/15 68/16 68/22
beyond [7] 12/21 27/19 39/19 40/15 55/20 58/4 66/18
bigger [1] 42/8
bill [1] 36/3

billion [1] 52/24
billion-dollar [1] 52/24
bit [6] 25/2 28/18 29/24 47/9 63/23 71/15
bits [1] 5/12
Blair [1] 56/11
block [1] 17/8
body [1] 71/2
BOLDEN [26] 1/16 2/19 2/21 6/15 10/2 10/3 11/25 16/10 16/15 17/3 20/9 20/13 21/15 23/20 27/13 29/5 29/15 61/1 65/2 65/6 67/5 67/12 68/4 69/12 70/19 71/11
bonds [2] 44/4 44/18
boosted [2] 2/7 33/19
borrowers [1] 55/9
both [16] 6/3 7/24 16/20 20/12 21/21 22/21 26/13 26/16 45/14 45/21 51/21 54/23 65/15 65/22 68/23 71/2
bottom [3] 33/8 33/11 37/4
branch [1] 67/10
brief [3] 18/1 70/2 70/15
briefing [7] 7/23 9/18 18/22 21/25 22/7 24/25 26/17
briefings [1] 4/4
bring [6] 3/8 8/17 24/4 62/20 67/23 67/24
broad [3] 31/11 50/9 65/7
brokers [1] 55/8
build [1] 10/22
built [2] 8/20 9/20
bunch [1] 32/15
burden [1] 67/10
business [3] 6/22 52/16 71/13
businesses [2] 32/5 32/10
busy [2] 4/7 12/21

## C

calculation [1] 10/18
calculations [1] 36/25
calendar [7] 12/22 14/12 15/5 18/15 18/16 21/18 69/21
calendars [3] 3/8 14/23 15/6
call [4] 2/10 6/19 7/1 67/21
called [1] 57/10
calls [1] 20/20
CAME [1] 1/10
camera [1] 29/23
can [72] 2/8 3/9 4/10 5/2 6/12 6/19 7/10 8/16 10/2 12/14 13/5 13/6 13/11 14/10 14/24 17/8 17/15

18/1 18/2 18/6 18/9 18/15 19/15 20/8 20/9 20/13 20/14 20/25 22/3 22/11 23/9 24/8 24/13 25/22 27/11 27/21 28/14 28/16 29/2 33/6 33/15 34/18 34/19 37/3 37/7 37/20 41/4 42/13 43/16 45/18 47/8 47/21 51/3 53/17 57/8 57/8 60/11 60/18 60/19 60/20 60/25 61/2 61/4 62/9 62/13 62/19 63/22 63/25 64/1 68/11 69/10 70/16
can't [12] 5/16 7/7 15/2 16/24 25/20 32/21 32/23 50/4 54/3 60/3 60/6 63/13
candidly [5] 12/24 14/15 24/15 59/7 62/2
candor [2] 48/25 60/3
capture [2] 18/9 22/19
captured [1] 47/8
care [2] 21/11 58/23
CARES [2] 48/13 49/4
carry [1] 13/25
carrying [1] 64/21
case [39] 2/10 2/11 3/1 3/13 3/24 4/10 4/22 6/22 8/18 11/15 12/23 13/8 14/12 14/14 19/2 21/20 22/21 24/10 45/5 49/5 52/3 54/13 55/22 56/14 58/1 58/6 58/19 59/3 64/23 65/11 65/12 65/19 66/18 67/22 67/23 68/11 68/12 68/15 68/23
cases [10] 7/9 8/20 12/23 12/24 13/1 60/8 67/8 67/9 67/10 71/6
categorical [1] 50/14
category [6] 24/8 30/17 31/11 49/23 50/9 50/22
causal [1] 46/9
causation [2] 31/25 43/22
caused [10] 30/22 31/19 31/23 46/18 48/8 50/17 50/20 50/23 50/25 66/19
causes [1] 46/13
caution [1] 10/23
caveat [1] 11/3
celebrated [1] 49/13
celebrates [1] 61/13
cell [1] 15/4
certain [5] 9/11 44/6 58/1 67/13 67/13
certainly [17] 8/19 17/8 19/20 38/3 39/10 48/1 49/4 49/4 57/8 57/9 57/9 59/21 59/22 59/23 60/12 63/4 71/12
CERTIFICATE [1] 71/24
certified [2] 36/20 72/4

# C

certify [1] 72/6
challenge [4] 10/9 13/9 19/11 65/16
challenges [1] 45/10
chance [3] 19/20 49/10 62/10
change [3] 66/3 66/17 66/22
changes [2] 32/17 67/18
changing [2] 31/6 59/6
chart [14] 32/15 35/13 36/6 36/7 37/4 39/20 40/5 40/15 40/25 42/7 44/1 52/1 52/5 53/10
check [3] 12/18 15/5 15/6
choice [1] 71/8
CHRISTINE [2] 1/19 2/15
cited [4] 39/6 39/17 40/4 40/15
cites [1] 56/11
city [1] 71/3
claim [1] 55/11
clarification [1] 42/15
clarify [4] 10/15 42/20 53/12 59/19
clarity [1] 2/8
clear [4] 20/6 26/14 28/22 40/6 40/21 43/17 51/14 67/4 70/13
cleared [1] 53/6
clearer [1] 57/19
clearly [3] 12/11 35/17 63/8
Clerk [1] 1/20
client [2] 10/20 65/4
closely [1] 52/2
closely-held [1] 52/2
co [1] 59/16
co-counsel [1] 59/16
colleague [2] 7/3 29/19
column [8] 26/2 35/23 35/25 36/1 36/8 38/12 38/18 38/24
combined [1] 28/6
come [18] 35/4 42/24 5/9 8/23 14/24 20/14 22/10 24/3 26/23 27/5 28/21 33/6 33/14 56/18 60/10 61/7 62/12
comes [4] 6/18 26/3 27/12 68/21
comfortable [1] 2/8
coming [6] 10/21 17/21 21/24 22/20 63/8 70/6
comments [6] 3/16 29/16 29/16 33/15 51/22 64/24
commonly [1] 55/8
communicate [1] 68/24
communication [2] 68/16 68/18

companies [4] 30/16 52/4 52/24 53/10
company [7] 8/15 32/6 32/12 32/16 48/10 52/19 52/21
comparable [1] 52/12
comparables [3] 52/2 52/3 52/25
compare [1] 59/2
compared [1] 54/13
comparing [2] 54/3 54/15
compel [2] 26/6 65/15
complete [2] 3/23 9/22
complicated [1] 20/4
complied [2] 25/4 44/25
comply [2] 5/23 28/23
compounds [1] 38/19
comprised [1] 43/5
Computer [1] 1/22
Computer-aided [1] 1/22
concern [7] 38/19 55/13 61/24 66/2 66/13 66/14 68/19
concerned [4] 23/23 65/10 65/14 65/18
concerns [12] 8/13 14/23 20/5 45/6 45/10 47/14 47/16 49/16 55/17 64/24 67/14 68/25
concluded [2] 71/13 71/22
conclusion [2] 30/9 37/3
conclusions [1] 44/12
conclusory [1] 30/10 44/7 54/20
conditions [1] 34/4
conduct [1] 14/17
conference [11] 1/10 18/5 18/8 18/14 18/18 18/18 18/22 21/23 64/15 64/18 72/10
conferring [4] 15/9 16/14 21/6 65/5
confers [1] 59/16
confidentiality [2] 60/7 62/20
confirm [2] 10/24 21/9
conflict [1] 16/12
conformance [1] 72/10
connect [2] 8/15 52/25
connected [2] 53/11 59/9
connection [5] 32/13 44/11 44/13 46/9 52/21
connects [1] 30/12
connote [1] 37/1
consensus [1] 50/1
consideration [1] 63/7
consistent [1] 57/22
consolidate [1] 22/11
consolidated [3] 17/20

19/19 22/23
constitutes [1] 52/5
constituting [1] 38/15
consult [5] 13/2 15/1 15/4 16/13 65/4
contemplated [1] 23/24
contends [1] 56/7
contest [1] 6/8
contested [1] 66/1
continuance [1] 70/25
continuances [2] 67/9 67/14
continue [2] 3/2 19/18
contract [2] 6/13 7/7
contract's [1] 7/8
contracting [1] 19/16
control [1] 12/21
copy [1] 34/18
correct [2] 58/20 72/7
correlation [1] 43/23
could [27] 8/1 8/21 9/4 19/12 19/14 19/20 19/21 19/25 21/4 21/24 22/17 28/2 28/6 29/13 33/1 37/21 41/11 41/12 41/20 44/4 51/15 52/25 57/19 58/20 60/7 60/8 62/17
couldn't [1] 19/11
counsel [13] 2/8 14/20 15/9 16/14 21/6 21/16 59/16 65/5 68/16 68/17 68/23 69/2 71/14
couple [2] 11/10 17/17
course [11] 4/12 15/7 23/4 23/17 29/9 47/6 47/22 53/14 57/5 63/24 68/22
court [126]
Court's [18] 3/2 4/6 4/6 4/13 9/23 12/16 13/21 14/12 24/4 24/6 25/4 25/15 35/8 35/8 45/25 47/19 66/10 68/25
courtroom [4] 2/14 17/13 17/14 64/23
courts [1] 70/22
cover [1] 24/9
covered [2] 24/9 24/11
COVID [23] 30/8 30/22 30/22 31/19 31/23 32/8 35/4 37/15 37/18 42/11 42/22 42/24 43/7 43/11 44/5 46/10 46/19 47/3 48/8 48/13 50/17 50/20 50/23 50/25
COVID-19 [21] 30/8 30/22 31/19 31/23 32/8 35/4 37/15 37/18 42/11 42/22 42/24 43/7 43/11 44/5 46/10 46/19 47/3 48/8 50/17 50/20 50/23 50/25
cr [1] 1/5
created [1] 43/7
Criminal [2] 1/5 2/12

cross [5] 54/3 57/7 60/11 60/15 62/17
cross-examination [2] 60/11 62/17
cross-examine [1] 54/3
cross-examined [1] 60/15
cross-examining [1] 57/7
CRR [2] 1/23 72/16
current [1] 62/7
currently [1] 27/18
cushion [1] 11/14

# D

date [26] 3/9 4/11 7/22 8/8 9/6 10/24 11/1 11/10 14/20 14/22 17/6 17/6 18/13 20/25 21/22 43/10 49/9 49/11 61/6 62/6 63/6 66/12 66/20 69/12 69/17 69/22
Dated [1] 72/12
dates [26] 4/9 4/17 9/7 9/16 10/1 12/18 12/20 13/3 13/10 13/19 14/10 14/13 15/11 15/14 16/11 16/19 16/19 16/25 17/15 21/9 21/18 22/3 22/4 62/13 64/24 70/12
Daubert [2] 8/18 8/19
day [9] 7/23 8/22 13/14 18/14 18/16 26/19 45/8 67/24 72/12
days [8] 10/10 11/10 13/14 14/19 22/24 23/14 43/14 70/3
deadlines [1] 64/2
deal [9] 12/7 12/15 18/6 18/23 21/12 23/6 23/16 28/17 68/20
dealing [1] 23/18
dealt [1] 23/17
debts [1] 38/9
December [10] 8/4 8/7 14/17 21/7 21/8 21/9 21/24 22/6 62/8 64/8
December 1 [2] 21/9 64/8
December 1st [2] 21/24 22/6 62/8
deciding [1] 57/11
decision [3] 3/2 40/10 70/24
decisions [1] 67/10
declarative [1] 57/20
decline [14] 31/19 31/23 32/1 37/1 37/4 43/3 43/6 46/13 46/18 50/17 50/20 50/22 50/23 50/25
declined [9] 30/7 35/3 37/14 42/22 43/21 43/24 44/1 44/2 44/11
Defendant [3] 1/6 1/16

57/22
Defendant's [1] 51/11
defense [30] 2/22 5/7 5/22 10/7 11/7 15/10 15/14 15/18 17/23 21/20 25/2 25/7 25/24 26/12 28/16 29/10 39/2 45/9 46/24 47/6 51/5 51/14 53/16 61/4 61/17 63/17 63/20 65/17 69/13 70/13
defense's [2] 40/17 64/5
defer [2] 40/5 48/16
deficient [1] 5/8
define [1] 35/9
defined [1] 35/1
defines [1] 35/10
definition [3] 34/10 39/5 39/8
definitions [1] 39/10
DELANEY [1] 1/15
delay [2] 11/5 63/5
delayed [2] 24/24 66/19
delighted [2] 34/20 71/16
depending [2] 44/6 61/12
depends [1] 4/5
describing [2] 30/18 30/24
designated [2] 4/21 13/1
designates [2] 3/14 45/10
designating [1] 19/1
desire [2] 3/18 11/16
detail [1] 5/21
detailed [3] 29/24 29/25 36/7
determination [1] 41/6
determine [1] 31/15
determined [1] 37/3
developments [1] 25/22
dictionary [1] 39/9
did [11] 6/4 13/2 17/24 18/9 22/19 23/14 25/7 28/22 41/7 41/8 42/16
didn't [7] 6/5 8/15 8/18 10/11 19/11 53/1 54/14
differ [1] 57/15
different [3] 9/19 13/17 20/11 26/19 67/21
difficult [1] 27/5
dire [1] 21/15
direct [4] 25/6 46/23 62/15 62/15
directed [2] 33/23 35/8
directing [2] 20/16 62/24
directs [2] 36/12 57/9
disadvantage [1] 25/8
disappointed [1] 71/8
disclose [5] 21/1 34/2 58/22 59/14 64/7
disclosed [4] 4/22 11/3

**D**

disclosed... [2] 30/1 35/13
discloses [1] 3/15
disclosing [2] 6/7 58/21
disclosure [43] 5/16 5/20 5/22 6/9 6/10 6/12 7/17 10/4 11/22 17/18 19/8 19/9 19/11 19/13 19/25 20/2 20/16 20/20 27/20 28/5 28/8 28/10 29/7 29/12 30/3 32/23 33/21 34/5 34/15 35/13 36/14 38/13 44/20 44/21 45/22 46/24 47/13 51/6 54/6 54/9 58/12 62/6 63/21
disclosures [21] 5/7 5/8 6/4 7/22 8/11 8/23 9/2 19/15 21/24 22/5 33/9 45/7 45/8 45/13 47/25 51/14 56/1 61/5 61/18 63/3 64/6
discovery [5] 26/1 26/2 26/4 26/4 26/7
discuss [1] 2/25
discussion [5] 4/8 39/9 51/20 53/5 68/14
dismiss [3] 23/18 24/3 24/11
Disney [3] 8/15 32/17 52/12
distinct [1] 6/14
DISTRICT [4] 1/1 1/1 72/5 72/6
DIVISION [1] 1/2
dixit [1] 55/4
do [49] 5/1 5/17 6/13 7/3 7/10 8/16 10/20 11/12 12/19 12/21 13/5 13/17 16/25 17/23 19/3 19/18 19/20 19/22 20/17 21/25 25/20 25/24 28/6 29/24 31/25 32/18 32/25 33/4 34/18 34/20 37/18 39/2 39/13 45/14 56/6 57/10 60/9 61/25 62/13 63/2 63/25 63/25 65/23 66/9 66/9 66/24 69/1 71/16 72/6
document [12] 26/3 29/23 35/23 35/25 36/8 39/17 40/22 41/2 41/6 42/18 47/21 59/19
documented [2] 35/5 35/18
documents [35] 34/13 35/19 36/2 36/8 36/9 36/10 38/11 38/20 39/16 39/19 39/20 39/21 39/22 39/23 39/25 40/4 40/7 40/9 40/13 41/12 41/14 41/22 55/14 55/19 58/7 58/17 58/18 59/21 60/1

60/6 60/9 62/16 62/18 62/20 62/21
does [11] 30/10 30/25 37/18 43/21 44/21 45/6 50/10 50/23 57/15 61/4 70/9
doesn't [6] 6/4 16/18 31/20 31/21 47/23 50/20
doing [6] 13/15 27/14 27/24 36/25 45/3 59/25
dollar [1] 52/24
don't [61] 5/6 5/15 6/19 9/23 10/2 10/24 10/25 11/9 11/17 11/17 11/20 15/17 20/3 23/7 25/5 27/9 27/15 30/14 33/4 33/14 36/20 38/21 39/9 42/5 42/10 42/16 42/18 42/20 45/8 45/14 45/23 48/23 49/10 49/22 50/7 50/8 50/11 50/12 50/15 53/25 54/2 54/3 54/5 54/16 54/16 54/24 55/10 56/6 57/3 57/3 60/2 62/1 62/3 66/12 66/14 66/16 66/16 67/12 68/11 69/8 70/6
done [9] 3/21 5/3 7/9 10/15 29/2 35/9 37/2 39/15 70/10
Dow [8] 30/16 30/20 30/24 43/24 48/6 49/21 49/25 50/22
down [8] 20/18 35/25 43/8 44/8 44/9 46/15 46/15 48/24
dramatically [1] 31/7
draw [1] 46/9
drawing [1] 44/12
dripping [1] 5/12
due [8] 22/24 30/21 31/4 31/9 44/16 48/7 48/13 64/6
Dulaney [2] 2/13 15/19
during [3] 23/4 31/7 34/3

**E**

each [4] 6/14 33/2 41/5 41/5
earlier [4] 12/4 17/19 63/23 69/5
earliest [3] 7/21 8/8 14/18
early [6] 13/4 32/6 32/11 49/13 52/18 52/20
early-stage [1] 32/6
easier [2] 24/14 33/5
economic [10] 30/19 30/21 31/10 31/18 31/22 31/24 32/1 48/8 50/9 50/16
economics [1] 31/3

economy [8] 43/7 43/20 43/24 44/18 44/19 46/8 46/14 46/15
effect [2] 43/12 43/12
effects [5] 31/19 31/23 31/24 32/1 50/17
efficiency [1] 65/10
efficient [3] 6/17 12/2 12/7
either [9] 5/23 11/17 11/20 22/9 35/13 66/14 66/16 67/1 67/2
Elite [6] 32/7 32/19 32/20 52/12 52/19 53/9
else [9] 12/8 24/16 41/7 48/14 50/11 51/2 58/25 63/12 70/19
email [1] 7/1
embraces [1] 56/14
end [10] 6/10 9/9 9/21 10/6 16/25 20/17 45/8 61/12 61/16 63/5
ending [1] 41/1
Enterprises [4] 32/7 32/19 32/20 52/12
entitled [3] 1/10 42/7 72/9
entity [2] 52/3 53/1
ESQUIRE [7] 1/14 1/15 1/15 1/16 1/17 1/17 1/18
establish [1] 45/13
eve [1] 18/10
even [7] 6/5 24/15 26/20 38/16 46/16 54/8 67/16
event [1] 14/18
eventually [1] 11/2
ever [1] 57/4
every [2] 26/19 57/4
everybody [2] 17/25 44/9
everyone [6] 2/4 3/8 15/12 21/10 29/6 71/18
everything [3] 6/18 10/9 19/14
evidence [7] 3/13 28/18 34/14 38/7 38/21 65/19 66/18
evident [1] 68/17
evidentiary [4] 12/8 26/21 27/21 36/10
exactly [6] 20/7 37/19 42/5 43/15 55/15 66/2
examination [3] 57/24 60/11 62/17
examine [1] 54/3
examined [1] 60/15
examining [1] 57/7
example [3] 24/11 40/24 59/5
excellent [1] 68/23
exchanged [2] 66/6 66/7
exclude [7] 19/9 22/9 22/16 22/18 24/18 59/8 64/10

excluding [1] 50/25
excuse [3] 15/10 35/5 40/25
executive [4] 53/23 54/4 58/13 67/10
exemplar [2] 55/7 60/15
exemplars [1] 60/5
exercise [1] 11/8
exhibit [12] 25/3 25/7 25/10 25/11 25/24 26/12 28/24 29/1 35/6 35/7 38/20 66/7
exhibits [1] 25/9
exist [1] 8/16
existed [1] 26/13
existing [1] 10/25
expand [1] 24/8
expedite [1] 7/24
expenses [2] 34/1 38/9
experience [4] 36/19 53/24 55/11 58/14
expert [50] 5/17 6/2 6/12 6/15 6/20 7/2 7/17 7/22 8/14 9/10 11/21 12/13 19/12 19/20 20/20 30/4 30/18 30/23 31/18 32/4 34/9 34/25 37/25 40/4 40/5 40/6 42/2 42/3 46/16 48/18 48/19 50/16 52/15 54/8 56/12 56/13 57/5 57/10 57/18 60/2 60/3 60/13 62/6 62/16 62/18 63/3 63/4 63/13 64/6 64/7
expert's [1] 56/8
expertise [2] 36/19 54/23
experts [32] 3/7 3/7 3/15 3/24 4/21 10/6 10/10 10/11 10/13 10/14 10/17 10/25 11/3 11/6 11/9 11/11 11/17 11/18 19/2 20/11 20/12 21/2 22/17 22/20 45/9 45/11 47/11 64/8 65/12 65/14 65/16 66/19
experts' [1] 42/10
explain [4] 3/22 24/19 37/20 47/1
explained [2] 37/16 47/4
explaining [1] 49/3
explicit [1] 58/3
expressed [1] 61/25
extent [2] 45/5 55/20

**F**

face [1] 45/9
fact [13] 6/11 31/2 31/24 44/10 46/16 50/4 52/1 55/12 56/10 57/11 61/10 65/16 65/18
factors [14] 3/17 43/7 43/19 43/20 44/7 44/16 44/17 46/8 46/11 46/13

46/18 46/19 47/5 50/24
factual [1] 56/9
fairly [1] 61/25
faith [2] 66/5 66/20
familiar [1] 47/7
far [5] 9/17 14/14 30/1 62/23 65/17
fashion [2] 4/3 27/12
fast [1] 5/3
father [2] 71/3 71/6
FBI [4] 1/19 1/19 2/15 2/16
February [11] 13/22 13/22 13/24 14/20 14/21 16/24 22/22 23/2 23/7 64/13 64/14
February 14 [1] 14/20
February 14th [1] 13/22
February 15 [1] 13/22
February 16th [1] 14/21
February 6 [1] 64/13
February 6th [2] 23/2 23/7
federal [4] 1/24 70/2 71/2 72/16
feel [5] 2/8 27/9 29/14 66/14 66/16
few [3] 3/16 12/1 68/5
figure [4] 8/12 9/6 13/12 27/16
figures [5] 36/23 41/5 41/15 41/17 41/22
file [10] 7/24 17/25 17/25 23/25 24/17 26/18 36/10 64/11 70/3 70/6
filed [10] 5/21 6/8 10/16 12/8 19/8 24/1 69/4 70/2 70/14 70/14
files [1] 60/6
filing [4] 19/19 27/22 29/25 33/1
fill [5] 3/11 9/7 12/18 17/10 17/15
filled [1] 21/11
final [7] 11/16 18/13 18/17 18/19 21/23 23/5 64/18
finance [1] 31/3
finances [1] 35/15
financial [5] 30/6 30/19 34/11 35/2 51/11
financing [1] 34/4
find [4] 6/21 13/3 37/17 39/1
finding [3] 6/12 6/15 19/15
fine [4] 15/6 29/21 69/15 69/24
finish [2] 20/14 45/17
first [17] 5/13 7/9 8/3 13/16 14/20 26/10 29/14 30/2 30/2 39/8 43/16 46/8 49/2 51/7 54/5 56/10 67/24

**F**

Firstly [1] 3/20
fit [2] 26/25 53/13
fits [1] 27/16
five [1] 55/14
fix [1] 27/20
floor [1] 1/24 53/20
flows [1] 19/14
flush [4] 47/8 51/13 51/19 53/2
focus [2] 29/11 33/2
focusing [1] 45/24
follow [1] 34/19
following [8] 8/3 14/5 14/7
follows [1] 13/12
footnotes [1] 41/5
foregoing [1] 72/7
Forensic [1] 2/15
forgive [1] 69/22
form [5] 36/16 39/21 40/1 55/19 59/14
formally [1] 46/25
format [1] 72/9
former [1] 71/3
Forster [10] 20/3 27/23 29/7 29/15 33/6 53/19 55/17 58/24 59/18 60/24
Forster's [4] 53/22 54/21 56/2 56/16
forth [1] 37/8
forward [9] 4/24 12/3 20/10 33/14 45/13 62/12 64/4 64/7 66/19
found [2] 5/7 41/2
four [2] 41/17 54/19
fourth [1] 39/5
frame [6] 3/6 10/12 34/3 36/11 39/14 45/3
frankly [3] 21/14 28/17 32/19
freeze [2] 67/16 68/1
fresh [1] 28/18
Friday [5] 5/9 13/16 13/25 14/6 61/18
front [4] 32/22 46/6 47/24 59/10
frustrated [1] 71/7
full [5] 6/4 7/12 25/25 26/4 26/8
fully [5] 2/6 18/1 26/14 29/10 33/18 47/1
function [1] 8/10
furiously [1] 20/18
furnishing [1] 39/7
further [7] 3/1 10/15 44/25 45/21 51/8 59/16 71/15
fuss [1] 62/1

**G**

gatekeeping [1] 8/10
gave [3] 42/2 42/6 42/6
general [3] 27/1 50/21
56/7
generally [1] 41/18
generate [3] 32/7 32/12 52/19
get [51] 3/20 3/21 3/23 4/21 5/3 5/18 6/19 7/6 7/8 9/1 9/2 9/2 10/3 10/25 11/10 11/15 11/17 12/6 12/15 17/25 19/14 19/25 20/12 21/10 22/5 24/21 28/7 28/8 28/10 28/24 29/18 39/9 42/2 42/3 45/12 45/12 47/11 49/10 50/5 54/9 55/3 60/18 61/4 62/3 63/2 63/13 63/22 65/8 66/20 69/8 70/10
gets [3] 7/21 9/9 43/25
getting [8] 9/11 19/7 24/2 26/19 26/19 62/10 63/4 68/6
giant [1] 52/24
gift [12] 54/22 54/23 54/25 55/1 55/7 55/7 55/7 55/21 56/3 57/16 58/5 59/22
give [8] 12/18 12/18 14/24 23/2 41/9 47/15 59/4 60/3
given [13] 8/8 9/23 11/16 14/12 20/23 23/1 25/21 42/3 62/1 63/7 63/7 63/8 65/22
glance [1] 26/8
global [1] 43/20
globally [1] 4/6
go [37] 5/17 6/20 7/15 9/11 11/12 16/13 17/18 18/14 18/20 18/24 20/6 20/14 20/24 23/21 24/22 29/7 29/21 32/21 32/23 35/25 37/7 37/22 39/3 40/20 42/9 43/18 45/18 46/24 52/1 55/20 60/12 60/13 62/18 65/14 65/15 68/4 69/9
goal [3] 5/2 8/24 62/4
going [92]
gonna [1] 10/9
good [12] 2/2 2/20 2/24 2/24 19/23 33/17 45/12 51/12 66/5 66/20 70/18 71/18
got [15] 8/16 8/17 9/1 9/2 9/2 10/12 10/18 10/19 11/3 15/2 25/24 45/4 45/5 62/9 68/15
gotten [3] 26/1 26/9 60/25
govern [1] 13/6
government [71] 3/5 3/14 3/22 4/21 6/16 6/17 9/8 10/7 10/8 11/8 11/16 12/13 15/13 15/17 16/6
16/8 16/18 21/1 22/5 24/1 25/4 25/8 25/12 25/16 25/19 26/12 27/17 28/14 28/23 30/21 31/4 31/6 31/6 31/9 33/7 33/21 33/22 39/6 39/22 40/12 42/21 44/15 45/10 47/1 47/14 48/7 48/13 48/16 48/23 48/23 49/3 49/19 50/8 51/7 55/18 56/1 56/7 60/19 61/5 61/19 63/1 63/4 64/7 65/17 67/9 68/6 68/11 69/5 70/14 70/15
Government's [15] 10/15 19/2 29/9 35/19 36/2 36/22 39/23 47/11 57/2 60/11 63/24 65/11 65/12 70/1 70/24
great [2] 25/8 71/2
GRIGGSBY [1] 1/11
ground [1] 24/11
grounds [4] 19/10 19/23 19/24 28/4
guess [3] 2/3 22/17 25/23

**H**

had [14] 7/8 7/24 8/3 8/19 8/23 8/23 19/19 23/15 29/10 38/14 40/8 49/16 51/18 67/9
HALINA [1] 1/21
hand [1] 63/7
handle [1] 4/3
happen [9] 6/4 8/8 28/19 63/20 67/15 68/7 68/14 68/22 71/7
happened [2] 6/10 20/21 62/4
happening [3] 5/1 62/5 68/15
happens [5] 5/24 11/4 67/17 67/19 67/21
happy [6] 14/21 18/14 26/18 45/2 62/2 68/20
has [48] 5/10 5/22 6/1 6/17 8/10 10/20 11/2 12/8 12/21 15/10 15/14 15/19 24/1 29/9 29/10 32/15 32/16 32/18 33/22 37/2 37/2 39/6 39/12 39/22 42/18 44/16 47/14 49/17 53/22 54/5 55/11 55/19 55/19 56/17 57/2 57/4 57/17 58/2 59/15 59/24 60/1 60/6 60/9 61/25 63/7 63/25 66/19 67/9 68/15
Hashanah [1] 61/10
hasn't [1] 25/4
have [130]
have on [1] 43/13
haven't [7] 5/14 25/9
26/1 26/20 37/16 45/24 54/1
having [7] 4/4 6/13 21/23 22/23 23/6 24/25 69/10
he [56] 30/9 30/10 30/25 31/4 31/8 31/9 31/10 31/10 31/12 31/20 31/20 31/22 32/3 32/9 32/11 37/2 38/5 38/11 41/7 42/5 42/16 43/21 43/22 46/13 46/18 49/23 49/24 49/25 49/25 50/1 50/1 50/4 50/5 50/20 50/20 50/23 52/16 52/20 53/22 54/4 54/10 54/21 55/1 55/6 55/11 55/12 56/21 57/4 58/2 59/2 59/18 59/19 59/23 60/1 60/6 60/9
he's [21] 30/14 31/25 32/19 36/20 38/18 44/12 46/9 50/8 50/13 54/15 54/16 55/1 55/11 57/20 57/21 57/24 58/7 59/5 59/6 59/9 59/13
head [3] 33/1 54/5 71/9
hear [19] 7/3 8/13 10/2 10/5 14/20 14/22 15/2 15/18 21/21 28/22 33/5 33/14 39/1 41/24 46/2 59/15 62/2 64/2 68/9
hearing [9] 8/2 8/18 9/19 23/5 23/6 23/17 42/8 43/19 71/22
hearings [5] 8/19 22/2 23/3 23/9 23/15
heart [1] 68/14
held [4] 19/21 28/2 52/2 72/8
helpful [9] 9/24 17/2 17/20 20/10 21/14 45/20 47/24 49/5 69/9
helps [1] 27/3
her [19] 11/13 30/5 30/6 32/22 34/2 34/11 34/12 35/2 35/3 36/11 37/13 39/13 41/9 44/1 50/21 55/25 56/11 57/17 59/16 her 58/11 69/1
Here's [1] 41/10
hereby [1] 72/6
high [4] 44/12 49/12 61/12 62/22

high-level [1] 44/12
highest [1] 42/12
highlighted [2] 30/2 56/20
highly [2] 30/10 57/12
highly-conclusory [1] 30/10
him [6] 10/3 42/6 42/6 52/14 54/3 60/15
hire [1] 65/14
his [30] 31/21 35/17 36/16 36/19 38/5 38/7 38/7 40/10 48/9 48/9 50/3 51/9 53/23 53/24 54/5 54/11 54/12 54/17 54/22 54/22 55/19 56/18 57/5 57/24 58/4 58/14 59/14 59/24 59/24 60/5
hitting [1] 71/9
hodgepodge [1] 27/5
hold [2] 8/2 28/13
holiday [2] 61/25 62/22
holidays [6] 22/8 49/12 61/12 63/9 63/19 70/8
holistically [4] 4/3 12/9 27/14 27/22
home [14] 54/11 54/12 54/13 54/15 55/21 56/3 56/25 57/13 57/15 58/5 59/2 59/3 59/12 59/22
homes [1] 56/24
Honor [114]
Honor's [6] 34/2 36/12 39/13 41/6 41/9 55/25
HONORABLE [2] 1/11 71/20
hopefully [8] 3/9 18/18 20/8 28/9 60/22 64/1 64/12 70/16
hospitality [1] 6/23
hotly [1] 66/1
housekeeping [1] 69/4
how [30] 3/25 4/18 4/20 6/6 9/23 12/2 13/12 30/9 31/18 31/20 31/22 35/13 36/16 43/21 44/12 50/13 50/16 50/20 50/23 51/10 52/12 52/25 53/12 54/3 54/11 57/15 61/12 67/8 68/11 69/1
However [1] 60/5
hundreds [1] 59/25

**I**

I'd [11] 12/5 17/23 21/17 22/4 25/6 29/11 34/20 47/11 60/13 64/3 65/16
I'll [10] 11/10 11/11 14/24 25/23 33/5 43/1 46/3 49/10 52/1 56/5
I'm [40] 5/18 7/4 9/11 13/10 15/13 15/22 17/9 18/14 18/24 22/2 22/13 23/11 24/10 26/14 29/24

**I**

**I'm... [25]** 34/23 37/6 38/15 42/17 42/19 42/25 42/25 45/24 48/19 48/24 51/5 62/2 63/21 65/10 65/14 65/21 65/21 65/25 65/25 66/4 66/5 68/6 69/21 71/8 71/16
**I've [9]** 6/2 7/8 8/19 10/24 30/1 62/14 62/15 67/16 71/4
**idea [8]** 3/20 31/5 32/18 44/4 51/12 52/12 52/13 52/25
**identified [5]** 33/9 36/8 40/10 40/18 57/17
**identifies [1]** 26/2
**identify [8]** 3/9 27/10 42/10 51/7 57/6 57/9 62/18 62/20
**identifying [1]** 49/20
**illuminate [1]** 51/8
**illustrates [1]** 35/7
**imagine [1]** 60/5
**immediately [1]** 13/14
**impact [6]** 3/17 4/10 4/18 44/17 44/18 47/5
**impede [1]** 63/3
**impermissible [1]** 56/9
**important [7]** 8/10 21/16 21/20 50/19 53/15 56/11 57/12
**inappropriate [1]** 70/25
**inclined [1]** 24/17
**include [2]** 21/18 70/12
**including [5]** 10/10 38/8 43/9 43/9 43/10
**income [2]** 34/1 38/9
**increase [1]** 37/1
**indicated [4]** 7/19 12/4 28/4 39/20
**individuals [1]** 6/23
**Industrial [3]** 30/20 48/6 49/21
**industry [6]** 6/20 6/24 54/12 54/14 59/4 59/13
**inform [1]** 28/8
**information [11]** 9/10 29/14 29/18 36/17 43/1 46/25 55/19 60/18 61/23 63/25 66/11
**initial [3]** 3/16 24/6 29/16
**input [1]** 10/3
**instance [1]** 55/6
**instead [1]** 7/23
**institution [2]** 70/22 71/1
**institutionally [1]** 4/17
**instruct [1]** 53/16
**instructions [2]** 21/15 21/17
**insufficient [1]** 33/21
**interests [1]** 6/3
**Intern [1]** 1/21
**International [1]** 53/1
**inundated [1]** 24/2
**investment [1]** 32/2
**investments [3]** 43/5 44/10 48/10
**invite [4]** 3/22 4/23 37/6 46/3
**invited [2]** 3/4 3/8
**involve [1]** 4/8
**involvement [1]** 68/25
**involving [1]** 10/13
**ipse [1]** 55/4
**irrevocably [1]** 60/13
**IRS [2]** 1/20 2/15
**is [261]**
**isn't [2]** 62/19 67/8
**issue [31]** 10/4 17/18 19/13 19/25 20/2 25/2 27/19 28/10 29/6 29/7 33/20 39/10 42/1 42/8 44/20 45/1 45/15 47/10 52/11 55/22 56/14 57/11 57/12 58/6 58/22 59/1 60/9 62/24 63/16 66/20 71/17
**issued [2]** 10/14 70/23
**issues [40]** 4/23 9/19 12/10 12/12 12/12 12/16 14/13 18/10 18/20 22/10 22/17 23/1 23/19 24/7 24/9 24/13 25/1 26/14 27/21 27/21 28/13 28/17 29/20 31/15 32/3 33/3 34/6 53/18 54/9 54/10 54/19 54/20 56/15 56/15 60/8 60/8 60/24 64/5 68/17 69/11
**it [111]**
**It'll [1]** 11/10
**it's [48]** 6/3 6/15 7/3 8/8 8/10 11/2 11/5 11/22 20/10 23/25 25/2 26/3 27/5 27/8 29/4 30/9 31/3 31/15 33/10 34/16 38/17 42/11 42/16 42/19 43/19 44/4 46/14 47/8 48/15 49/23 50/19 53/10 53/21 54/18 54/23 55/1 56/5 56/11 56/19 57/11 58/18 59/9 60/19 62/23 66/20 67/12 68/22 70/22
**item [1]** 69/4
**items [1]** 41/5
**its [19]** 3/4 3/15 4/16 4/21 25/17 26/12 28/14 30/11 30/20 30/24 33/22 45/11 48/7 49/22 56/8 63/2 63/4 64/7 70/15
**itself [1]** 63/18

**J**

**January [13]** 14/18 21/25 22/1 22/8 22/10 22/13 22/15 22/24 26/24 27/10 27/23 64/12 64/13
**January 23 [1]** 64/13
**January 23rd [1]** 22/24
**January 9 [4]** 22/10 22/13 22/15 64/12
**Jencks [2]** 25/9 67/25
**JENNA [2]** 1/19 2/16
**Jewish [1]** 49/12
**Jones [8]** 30/16 30/20 30/24 43/24 48/6 49/21 49/25 50/22
**judge [1]** 71/4
**judge's [1]** 12/21
**judges [2]** 70/22 71/1
**Judicial [1]** 72/10
**July [1]** 8/24
**July 1st [1]** 8/24
**jump [1]** 68/20
**juries [1]** 12/24
**jury [35]** 3/9 4/5 4/8 4/9 4/10 4/17 9/25 12/22 12/25 13/3 13/4 13/5 13/8 13/13 13/15 13/17 13/21 13/22 14/1 14/3 14/5 14/8 14/10 14/11 14/21 17/4 17/17 17/13 18/12 18/20 21/15 21/17 25/4 59/10 64/20
**just [63]** 2/8 3/16 6/18 9/17 15/4 17/24 18/6 20/6 20/13 21/10 22/2 22/19 22/25 23/20 25/23 26/10 27/3 28/15 28/22 33/6 34/19 34/22 36/4 38/2 38/17 39/4 40/21 42/11 42/15 42/20 42/25 44/4 44/7 44/16 45/1 45/19 46/14 46/22 47/4 47/6 49/9 49/11 49/23 50/19 51/13 51/14 52/1 53/10 55/5 55/16 55/18 58/16 59/9 61/9 62/21 62/23 64/2 64/24 65/3 67/4 69/16 69/19 70/12

**K**

**keep [5]** 6/1 19/23 24/14 42/8 45/14
**keeping [1]** 61/1
**KELLEY [4]** 1/17 2/22 29/19 33/17
**key [1]** 9/1
**kicks [2]** 29/8 61/3
**kind [10]** 12/9 17/18 24/2 27/14 29/8 50/13 55/6 55/17 61/3 65/18
**kindly [2]** 2/10 20/13
**kinds [1]** 11/12
**Kippur [1]** 61/10
**know [86]**
**knowing [1]** 24/7
**knowledge [1]** 54/11
**known [1]** 51/13
**knows [3]** 11/13 11/24 44/9

**L**

**language [3]** 46/20 55/8 58/21
**largely [1]** 10/6
**larger [1]** 46/14
**last [12]** 3/4 5/8 11/19 13/15 14/16 15/25 16/19 17/24 18/9 22/19 23/15 61/11
**lastly [1]** 14/8
**lateness [1]** 19/10
**later [5]** 9/25 13/4 21/10 27/7 63/21
**law [3]** 1/20 67/22 71/5
**lawyers [1]** 10/21
**lay [1]** 50/12
**learned [2]** 21/19 30/3
**learning [1]** 5/12
**least [14]** 6/17 9/18 10/19 12/7 14/13 18/4 20/10 28/10 30/7 35/3 42/23 53/17 55/20 60/23
**leave [8]** 11/19 22/4 24/1 24/19 27/3 28/10 64/11 66/24
**legal [1]** 38/15
**lending [2]** 54/12 54/14 59/4 59/13
**LEO [2]** 1/14 2/13
**less [3]** 30/6 34/12 35/2
**let [6]** 12/17 14/25 20/13 26/18 29/23 45/17
**let's [19]** 18/22 23/7 26/11 26/24 26/25 27/10 27/15 29/7 33/14 37/5 39/1 41/24 42/24 45/12 47/13 51/15 53/19 59/15 60/25
**letter [9]** 54/22 54/23 55/1 55/7 55/11 55/21 56/3 57/16 58/5
**letters [4]** 54/25 55/7 55/7 59/22
**level [2]** 42/12 44/12
**liabilities [3]** 30/6 34/12 35/3
**light [6]** 3/1 3/18 19/3 19/4 21/2 21/19
**like [36]** 4/3 5/1 9/8 10/1 10/3 10/6 12/1 12/5 14/22 17/23 20/19 21/18 21/24 22/4 23/14 24/3 24/13 25/6 26/22 28/24 29/11 32/7 38/20 39/23 41/20 45/22 47/11 51/16 52/19 54/25 55/6 55/10 60/13 64/3 65/16 65/17
**likely [2]** 12/11 41/2
**limine [8]** 17/22 22/9 22/16 22/18 23/16 24/18 27/18 64/10
**limited [1]** 38/23
**limiting [1]** 59/6
**line [2]** 33/8 33/11
**lines [1]** 18/19
**list [15]** 25/3 25/7 25/10 25/11 25/17 25/24 26/12 28/24 29/1 38/20 40/22 66/3 66/6 66/15 66/23
**lists [1]** 66/7
**little [5]** 19/22 28/18 29/24 47/9 63/23
**live [2]** 5/10 6/1
**LKG [2]** 1/5 2/12
**LLC [2]** 32/7 52/3
**locate [1]** 43/1
**located [1]** 37/4
**locked [2]** 11/18 65/18
**Lombard [1]** 1/24
**look [8]** 6/22 10/1 22/6 35/22 37/24 38/14 42/24 44/1
**looked [2]** 38/18 55/1
**looking [4]** 18/16 23/24 36/23 39/17
**looks [3]** 14/22 25/25 39/23
**losses [2]** 32/5 32/9 32/10 52/15
**lost [6]** 8/9 30/20 30/24 48/6 49/22 49/25
**lot [32]** 24/9 24/11 32/16 **lots [1]** 38/20
**loud [1]** 32/22
**LYDIA [1]** 1/11

**M**

**ma'am [1]** 7/14
**made [6]** 7/22 21/16 44/3 54/7 61/1 68/2
**Mahogany [6]** 32/7 32/18 32/20 52/12 52/19 53/9
**make [22]** 3/16 5/4 6/4 6/10 7/17 11/20 18/9 19/17 19/18 20/16 29/16 29/17 33/16 43/16 45/5 46/23 53/17 54/24 61/17 64/4 67/11 71/1
**makes [7]** 9/16 18/21 21/21 28/17 63/23 67/20 67/21
**making [5]** 27/4 45/6 46/7 55/18 69/2
**man [1]** 71/5
**manage [1]** 27/4
**management [16]** 53/24 53/25 54/1 54/4 56/4 56/23 56/24 57/1 57/4 57/14 57/21 58/2 58/5 58/13 58/14 59/23
**many [10]** 3/17 12/20 12/23 18/10 23/16 32/5 32/10 43/10 52/16 68/16
**March [45]** 13/25 14/1

**M**

**March... [43]**  14/1 14/3
14/4 14/4 14/5 14/6 14/7
14/8 14/8 14/9 15/23
15/23 16/2 16/2 16/3
16/17 16/20 16/25 17/4
17/5 17/12 17/13 17/14
18/12 18/16 21/3 21/22
21/23 23/4 23/6 23/8
23/8 23/11 23/24 40/8
43/9 63/6 64/16 64/18
64/20 64/21 64/22 68/22
**March 10 [1]**  14/1
**March 13 [3]**  14/1 14/3
15/23
**March 13th [1]**  43/9
**March 14 [1]**  14/4
**March 15 [1]**  14/4
**March 16 [1]**  14/5
**March 17 [1]**  14/6
**March 20 [1]**  14/7
**March 20th [1]**  15/23
**March 22nd [3]**  21/3
21/23 23/6
**March 23 [1]**  17/4
**March 23rd [7]**  14/8
16/2 16/20 17/13 18/12
64/18 64/20
**March 24 [2]**  16/2 64/21
**March 24th [2]**  14/8
17/14
**March 27 [3]**  16/3 17/5
64/22
**March 27th [2]**  14/9
21/22
**March 7 [1]**  64/16
**March 7th [1]**  23/11
**March 9 [1]**  13/25
**March 9th [1]**  16/17
**margins [1]**  50/2
**MARILYN [4]**  1/6 2/12
2/21 33/18
**market [2]**  43/12 43/21
**marketable [2]**  43/5
43/13
**markets [1]**  43/12
**MARYLAND [4]**  1/1 1/7
1/25 72/6
**mask [2]**  2/3 2/7
**masked [1]**  2/5
**masking [1]**  2/5
**match [1]**  27/6
**mathematics [1]**  37/14
**matter [7]**  1/10 3/10
27/1 33/23 47/6 53/15
72/9
**matters [3]**  4/14 38/1
54/8
**may [25]**  3/14 4/18 8/20
12/2 12/13 15/1 15/4
27/12 28/20 40/21 44/6
46/24 47/6 47/7 49/8
49/25 49/25 50/1 50/1
53/5 55/13 62/18 63/15

68/3 69/9
**maybe [5]**  9/18 12/14
22/7 24/8 58/20
**me [13]**  2/21 6/19 9/17
11/10 12/17 15/10 25/5
29/23 35/5 40/25 67/3
69/22 71/9
**meal [1]**  12/16
**mean [12]**  4/6 5/25 8/13
25/11 30/10 37/14 43/11
43/24 44/5 44/8 50/11
61/22
**means [6]**  38/14 38/16
39/7 50/9 50/12 50/12
**meant [2]**  42/13 47/2
**measured [3]**  30/5
34/11 35/2
**meet [5]**  2/9 16/21 26/7
64/1 67/25
**member [1]**  71/4
**member of [1]**  71/4
**memory [1]**  29/24
**mentioned [5]**  4/12 6/15
14/15 17/19 37/24
**Merit [1]**  72/4
**met [1]**  67/25
**methodology [10]**  30/11
30/12 31/2 31/14 31/24
33/11 36/15 36/18 36/21
50/4
**MGM [1]**  53/1
**microphone [1]**  15/3
**mid [1]**  9/21
**midweek [1]**  13/18
**might [4]**  4/2 6/16 11/8
33/5
**MILLER [32]**  1/17 2/22
29/19 32/21 33/5 33/14
33/18 34/19 37/10 39/1
39/3 39/16 42/4 42/8
42/13 44/14 45/17 46/7
47/15 47/21 49/20 51/2
51/16 52/23 53/5 53/8
55/23 58/16 59/15 61/1
62/12 63/11
**mind [2]**  27/16 61/1
**mindful [2]**  49/11 61/10
**minute [1]**  11/19
**miscellaneous [3]**  69/5
70/1 70/14
**misrepresented [1]**
42/21
**model [1]**  13/13
**modify [2]**  26/14 66/15
**moment [4]**  14/24 16/11
65/3 69/19
**Monday [7]**  13/16 14/1
14/3 14/7 14/9 17/5 22/8
**month [6]**  7/12 17/1
22/1 41/20 41/21 64/14
**months [5]**  11/5 11/5
26/4 26/4 65/8
**more [26]**  9/18 12/5
17/20 18/18 19/3 19/5

20/23 23/9 23/18 23/19
26/22 28/17 28/18 31/20
41/11 41/21 42/6 44/8
47/1 47/3 47/7 47/9
50/18 55/2 62/3 62/11
**Moreover [1]**  63/1
**mortgage [9]**  54/12
54/14 55/8 55/21 56/22
57/25 57/25 59/4 59/13
**MOSBY [5]**  1/6 2/12
2/21 2/25 33/18
**Mosby's [8]**  30/5 31/19
34/1 35/1 35/15 38/9
48/10 50/17
**most [5]**  6/8 12/2 12/7
12/11 32/9
**mostly [1]**  10/4
**mother [1]**  71/9
**motion [32]**  5/21 6/8 6/8
10/16 10/19 10/20 19/9
19/21 23/17 24/3 24/10
24/16 24/18 24/18 24/18
27/3 27/4 27/8 27/13
27/15 28/5 28/7 29/9
56/8 69/4 69/6 69/8
69/10 69/13 70/1 70/13
70/16
**motions [50]**  3/13 4/1
4/2 7/19 7/24 9/12 10/13
12/4 12/5 12/6 12/8
17/21 17/22 17/23 18/1
18/5 18/7 18/24 21/12
22/9 22/9 22/15 22/16
22/18 22/18 23/3 23/7
23/16 23/23 23/24 24/1
24/3 24/9 26/17 26/18
26/19 26/21 26/23 27/18
27/19 27/22 28/14 64/9
64/9 64/10 64/10 64/13
64/15 64/16 65/15
**move [8]**  12/2 20/10
24/19 27/3 51/15 59/8
64/9 66/19
**moving [3]**  14/3 26/6
64/7
**Mr [7]**  23/20 33/5 33/6
33/12 45/17 56/16 58/24
**Mr. [103]**
**Mr. Bolden [23]**  2/19
6/15 10/2 10/3 11/25
16/10 16/15 17/3 20/9
20/13 21/15 27/13 29/5
29/15 61/1 65/2 65/6
67/5 67/12 68/4 69/12
70/19 71/11
**Mr. Dulaney [1]**  15/19
**Mr. Forster [8]**  20/3
27/23 29/7 29/15 53/19
55/17 59/18 60/24
**Mr. Forster's [3]**  53/22
54/21 56/2
**Mr. Schmitt [26]**  12/12
20/2 27/23 28/2 29/8
29/15 30/4 30/18 31/18

32/4 33/16 33/24 33/25
34/3 34/25 36/16 37/2
37/25 38/7 50/16 51/7
52/13 52/15 53/14 53/18
60/24
**Mr. Schmitt's [8]**  35/14
36/14 36/19 39/18 40/1
40/14 47/1 47/13
**Mr. Wise [34]**  2/10 4/23
9/4 14/24 15/15 19/1
20/9 20/13 27/9 29/2
29/13 29/21 37/6 37/7
37/12 40/17 41/24 43/18
46/2 46/5 47/4 49/7
49/18 51/1 51/9 52/10
53/19 58/10 58/25 61/21
63/12 64/25 67/7 70/2
**Ms [4]**  31/19 34/19
37/10 47/21
**Ms. [32]**  2/25 30/5 32/21
33/5 33/14 34/1 35/1
35/15 39/1 39/3 39/16
42/4 42/8 42/13 44/14
45/17 46/7 47/15 48/10
49/20 50/17 51/2 51/16
52/23 53/5 53/8 55/23
58/16 59/15 61/1 62/12
63/11
**Ms. Miller [25]**  32/21
33/5 33/14 39/1 39/3
39/16 42/4 42/8 42/13
44/14 45/17 46/7 47/15
49/20 51/2 51/16 52/23
53/5 53/8 55/23 58/16
59/15 61/1 62/12 63/11
**Ms. Mosby [1]**  2/25
**Ms. Mosby's [6]**  30/5
34/1 35/1 35/15 48/10
50/17
**much [14]**  2/17 3/25
4/20 11/25 16/9 22/11
25/24 35/16 36/21 47/6
51/20 51/25 68/22 71/11
**multiple [4]**  4/4 23/1
24/25 41/12
**must [1]**  40/5
**my [21]**  2/3 2/7 4/13
4/14 4/18 7/3 11/21
18/16 29/19 33/1 39/8
51/22 60/2 60/3 63/25
65/4 69/21 71/3 71/6
71/8 71/9

**N**

**Namely [1]**  43/8
**names [1]**  32/16
**Nationwide [6]**  30/16
43/3 43/4 44/2 44/3
46/11
**natural [1]**  11/23
**nature [2]**  5/11 54/20
**NDA [1]**  62/19
**near [1]**  66/5
**necessary [8]**  3/7 4/18

17/14 19/22 22/2 23/3
23/9 23/10
**need [49]**  3/11 4/20 5/20
5/23 8/11 8/20 12/19
12/22 12/23 13/7 14/11
17/11 17/18 18/4 20/21
21/17 22/3 22/6 23/19
24/4 25/5 26/16 26/23
29/11 30/1 30/9 31/1
31/22 31/23 32/13 32/23
38/4 39/2 40/10 44/8
46/12 46/16 46/21 49/2
49/24 51/13 52/14 53/2
55/2 56/6 62/1 63/20
63/24 64/10
**needed [1]**  4/1
**needs [15]**  3/20 4/21 5/4
8/8 9/8 9/10 14/14 27/19
29/14 46/25 48/21 53/6
63/8 68/14 68/19
**neither [2]**  66/3 66/21
**net [9]**  30/3 30/5 34/9
34/10 35/1 37/4 37/13
38/9 44/1
**never [6]**  6/2 10/8 25/25
26/8 67/16 71/7
**new [8]**  3/9 21/18 27/8
65/19 65/19 66/12 66/20
71/15
**news [1]**  70/18
**next [7]**  6/11 13/4 20/16
30/15 31/17 38/5 50/15
**NICOLE [1]**  1/20
**night [1]**  3/4
**no [16]**  1/5 10/17 25/21
31/5 32/18 40/13 44/11
45/7 51/4 52/11 52/13
52/25 58/7 63/21 65/1
67/22
**NORTHERN [1]**  1/2
**not [64]**  2/3 4/4 4/21 5/5
6/15 7/3 7/4 8/9 8/11
10/5 11/7 11/18 12/15
14/17 15/13 16/24 18/10
20/4 20/4 20/10 20/17
24/10 24/24 26/14 26/23
28/22 29/6 29/10 37/13
38/13 38/15 39/10 40/3
40/11 41/11 42/16 42/17
43/17 44/9 46/6 46/15
47/8 48/18 48/19 50/13
50/21 51/14 53/10 57/19
58/11 58/12 58/15 59/4
59/6 59/9 60/3 62/23
63/5 65/25 66/7 67/12
67/13 68/10 68/15
**note [1]**  25/23
**noted [1]**  51/9
**notes [2]**  1/22 3/12
**nothing [3]**  5/19 63/1
63/3
**November [3]**  7/25 9/21
14/16
**now [30]**  11/16 20/23

**N**

now... [28]  21/2 23/24
24/2 24/16 25/17 26/11
26/25 27/15 28/12 38/1
38/19 41/4 43/19 45/13
49/17 55/1 62/9 62/17
62/23 63/5 64/3 64/6
65/12 68/1 68/22 69/1
69/21 71/20
nowhere [1]  66/5
number [7]  2/12 6/19
24/1 40/25 42/19 55/14
66/11
numbers [2]  35/18 36/1

**O**

objections [2]  28/3 28/3
objective [1]  5/4
obligated [1]  6/5
obligation [1]  26/7
observation [1]  9/17
observations [1]  12/1
observe [1]  17/17
obtain [1]  33/12
obviously [11]  4/25 5/21
20/22 25/21 25/22 31/5
33/1 54/7 54/19 67/24
70/4
occasions [1]  13/17
occur [2]  8/21 63/21
occurring [1]  4/4
October [20]  7/11 7/13
7/18 7/23 9/9 19/1 20/25
49/13 61/11 61/12 61/13
61/14 61/18 62/25 63/22
64/6 70/6 70/11 70/16
72/12
October 31 [2]  19/1
20/25
October 31st [1]  7/23
October 4 [1]  70/16
October 7 [1]  61/18
October 7th [4]  61/11
62/25 63/22 64/6
off [3]  2/4 29/8 61/3
offer [10]  30/4 30/18
31/18 32/4 33/25 34/25
37/25 50/16 52/15 55/2
offered [2]  50/14 53/14
office [1]  43/9
offices [1]  43/10
Official [3]  1/24 72/1
72/16
Often [1]  7/2
okay [19]  16/13 16/22
19/6 21/5 21/10 24/20
28/9 29/21 33/4 35/24
36/15 39/16 41/10 42/17
48/3 53/4 58/20 68/9
70/11
once [9]  6/24 7/6 7/9
20/11 28/7 28/8 47/10
54/9 71/17
one [40]  4/13 6/21 9/18

9/19 10/10 10/13 10/19
12/5 16/11 18/4 18/6
18/23 23/15 23/19 23/22
25/1 27/17 28/6 33/4
38/3 38/12 38/18 39/6
39/17 41/21 43/25 43/25
45/7 49/6 49/8 49/16
50/15 61/13 62/16 65/3
66/11 68/5 68/20 69/4
69/19
ones [2]  38/12 39/19
ongoing [1]  5/22
only [13]  4/21 8/9 8/11
11/2 16/5 16/7 38/6
38/11 38/24 44/2 50/13
57/25 59/7
opaque [1]  32/9
opening [2]  22/21 64/12
operable [1]  19/2
operate [1]  53/2
opine [1]  34/3
opinion [55]  11/4 30/12
30/13 31/13 31/21 33/11
33/12 34/13 35/12 35/14
35/17 36/13 36/16 37/13
37/15 39/13 39/18 39/21
40/1 40/14 42/9 43/6
44/24 46/16 46/17 47/2
47/3 47/5 47/7 47/19
47/20 48/5 48/5 48/9
49/21 50/3 50/5 50/14
51/9 51/10 51/12 51/23
53/3 53/7 53/7 53/9 53/9
53/23 54/22 55/3 55/4
55/20 58/4 59/6 59/14
opinions [12]  33/8
33/25 34/8 38/7 42/10
52/6 53/13 54/21 55/2
57/19 62/5 63/14
opportunity [6]  29/10
33/19 47/15 47/18 51/19
60/13
oppose [1]  10/17
opposed [3]  13/19
43/23 50/24
option [4]  15/25 16/5
16/7 64/21
oral [1]  51/20
order [26]  3/4 5/14 6/9
10/14 20/15 25/5 25/15
28/12 28/23 34/2 35/8
36/12 39/13 41/9 44/22
44/23 47/19 55/25 56/10
61/3 62/24 63/21 65/25
67/13 70/24 71/17
order's [1]  33/23
ordered [5]  5/8 10/14
33/24 35/8 42/9
ordering [3]  6/1 20/19
29/5
orderly [2]  4/2 27/12
organization [1]  6/18
other [43]  4/2 4/14 7/9
8/19 10/19 12/23 16/25

17/11 22/17 23/23 23/24
24/9 24/18 25/1 25/22
26/14 27/10 27/13 27/20
28/13 38/3 38/18 39/16
39/19 39/25 40/9 40/13
50/11 50/24 53/10 54/24
55/5 55/10 55/13 59/21
59/21 59/22 59/23 60/8
60/8 60/9 64/10 65/12
others [4]  3/14 10/21
40/3 45/25
otherwise [3]  7/8 25/7
28/25
our [59]  2/25 3/17 3/18
4/8 6/8 10/14 10/25 11/4
13/3 13/13 13/15 13/23
14/9 14/11 15/1 15/4
15/5 16/11 17/9 18/12
18/17 18/23 19/3 19/12
19/17 19/21 20/9 20/22
21/2 21/18 21/22 23/3
23/5 25/8 25/25 26/3
29/23 29/25 38/19 40/4
43/9 49/17 51/23 52/7
52/7 53/5 56/1 56/5
57/19 61/2 62/1 62/16
63/3 63/18 64/3 66/6
68/7 71/13 71/15
out [32]  3/25 5/12 7/1
8/12 9/6 13/3 13/12
15/21 17/8 17/19 19/10
19/23 20/2 27/16 32/22
33/15 37/6 37/17 39/1
41/4 45/13 47/8 48/22
49/16 50/1 50/1 51/13
53/2 53/11 60/12 60/20
63/2
over [12]  13/25 22/1
25/3 25/6 25/9 25/10
38/23 44/6 62/2 64/14
64/21 71/4
over-perform [1]  44/6
overflow [1]  18/7
overlap [2]  12/11 24/15
overlaps [1]  18/2
overseas [1]  11/12
own [6]  4/13 10/10
19/12 39/23 60/20 70/25

**P**

p.m [3]  1/8 2/1 71/22
page [7]  34/2 35/8 45/12
47/19 56/8 65/9 72/9
Page 16 [2]  35/8 47/19
paid [1]  7/8
pandemic [14]  30/8 31/7
32/8 35/5 37/15 37/18
42/11 42/22 42/24 43/8
43/12 43/21 46/10 47/3
paper [1]  32/22
papers [4]  22/11 22/21
22/23 27/10
paragraph [26]  5/17
30/2 30/15 32/3 34/8

34/24 37/24 37/25 39/19
40/2 40/14 45/24 47/2
47/13 47/18 48/2 51/6
51/15 51/17 51/19 51/24
55/18 58/23 59/1 59/2
59/20
Paragraph 2 [4]  37/24
37/25 55/18 59/2
Paragraph 3 [7]  34/8
34/24 39/19 40/2 40/14
45/24 59/1
Paragraph 4 [2]  47/13
48/2
Paragraph 5 [4]  5/17
32/3 51/15 51/19
paragraphs [5]  33/9
34/7 44/23 56/20 56/21
pardon [1]  67/3
parenthetical [2]  34/10
35/1
PARR [2]  1/19 2/15
part [5]  3/7 4/8 12/17
19/21 63/20
participating [1]  2/6
particular [7]  12/20 20/2
22/20 41/6 43/14 47/2
50/10
particularity [1]  34/7
particularly [2]  17/22
29/11
parties [10]  3/4 14/22
17/6 22/6 26/16 26/18
27/1 36/10 40/7 68/24
passed [1]  71/3
passing [1]  55/6
pause [3]  10/2 37/5
45/23
pending [8]  3/13 4/1
19/21 23/16 24/2 26/20
27/18 28/13
people [1]  62/10
per [2]  41/21 65/25
percent [10]  30/7 30/20
30/24 31/20 35/4 42/23
48/6 49/22 49/25 50/18
perform [2]  44/5 44/6
perhaps [4]  8/6 11/7
12/14 22/8
period [2]  35/9 35/10
personal [2]  4/13 4/18
perspective [3]  4/16
30/19 45/25
pertinent [1]  49/5
phases [3]  6/14 7/9 7/11
phone [1]  6/19
phones [2]  15/1 15/4
pick [2]  14/20 22/3
picking [1]  25/3
piece [3]  12/16 20/10
28/5
piecemeal [1]  27/25
pieces [3]  5/12 9/6
53/13
pin [1]  27/15

place [5]  7/8 17/15
44/17 53/12 67/17
placeholder [1]  23/8
placeholders [1]  23/21
places [1]  20/11
Plaintiff [1]  1/4 1/14
planning [1]  27/22
play [1]  8/10
please [3]  2/2 41/4
47/25
plenty [1]  8/19
plus [1]  59/25
podium [3]  20/14 28/21
61/8
point [18]  9/25 10/4 10/6
10/23 17/10 21/12 24/7
28/16 29/18 31/8 40/12
48/23 51/2 52/3 59/20
61/1 61/25 66/7
pointed [1]  19/10
pointing [2]  42/19 49/15
points [3]  21/16 21/20
34/19
policy [1]  2/5
pool [3]  4/9 13/21 14/10
pools [1]  12/25
posed [1]  5/22
posit [5]  43/6 44/22 49/9
60/1 61/13
position [7]  5/5 7/17 8/1
8/25 51/11 51/23 52/8
possibility [2]  11/14
23/1
possible [9]  3/19 5/4
7/22 8/8 9/3 11/16 16/25
22/12 28/25
possibly [3]  13/16 23/6
41/21
post [1]  9/17
potential [1]  66/22
potentially [3]  8/1 8/21
31/15
power [1]  67/14
practice [7]  7/19 9/12
18/24 21/13 26/23 45/13
64/9
precedes [1]  13/14
precise [3]  34/2 36/12
41/11
precision [3]  41/8 48/20
48/25
predicate [1]  56/7
predicated [1]  19/7
preferable [1]  18/5
preferably [1]  22/11
prejudice [1]  67/22
prejudiced [3]  11/9
11/17 28/25
preliminarily [1]  29/20
preparation [2]  13/2
25/12
preparations [1]  18/19
prepared [6]  4/16 4/22
24/21 40/5 61/17 69/12

**P**

preparing [3]  3/7 17/11
68/18
prepping [1]  67/20
present [4]  1/18 15/11
57/6 62/17
presented [1]  52/6
presumably [3]  3/14
22/16 64/16
pretrial [16]  3/11 4/1
9/19 18/4 18/7 18/13
18/17 18/21 21/23 23/5
23/6 23/12 23/15 64/15
64/18 66/11
previous [1]  50/22
previously [1]  3/2
price [1]  32/18
primary [1]  57/16
privilege [3]  10/20 60/8
62/20
probably [9]  6/22 9/5
9/18 18/21 21/25 26/13
37/24 45/23 51/13
problem [2]  37/12 58/10
problematic [1]  54/25
problems [1]  5/22
proceed [6]  2/8 13/12
23/14 64/20 69/1 69/6
proceedings [3]  3/1
71/16 72/8
proceeds [1]  2/3
process [7]  5/21 6/12
11/22 11/22 20/24 26/17
57/14
produce [3]  25/17 26/12
62/19
produced [7]  25/11 26/1
29/2 29/4 36/11 40/11
40/11
producing [1]  66/11
production [2]  35/19
36/2
production which [1]
35/19
productive [2]  68/16
68/18
profanity [2]  70/23
70/24
progress [8]  28/11
29/17 33/16 39/10 45/5
46/23 53/17 60/23
prompted [1]  63/17
promptly [3]  51/15
70/16 71/17
property [17]  53/23
53/25 54/1 54/4 56/4
56/23 56/24 57/1 57/4
57/14 57/21 57/23 58/2
58/5 58/13 58/14 59/23
propose [5]  7/20 15/14
20/25 22/7 61/11
proposed [1]  9/15
proposes [2]  22/24 34/3
proposing [4]  10/5 64/3

66/21 69/18
proposition [1]  56/12
prosecutes [1]  67/10
prospective [1]  55/9
provide [8]  33/24 39/13
40/25 54/14 55/25 60/14
60/14 60/19
provided [14]  13/11
26/4 29/14 34/6 34/10
36/2 40/6 41/19 44/24
44/24 47/1 51/25 54/1
55/8
provides [1]  32/24
providing [1]  2/9
public [2]  36/20 70/23
publicly [3]  30/15 48/10
52/4
publicly-traded [3]
30/15 48/10 52/4
pull [2]  34/18 47/21
pulled [1]  14/11
purchase [1]  56/25
purchasing [2]  57/15
57/16
purported [2]  40/4 40/5
purports [1]  59/2
purpose [1]  57/7
purposes [2]  26/10
60/10
pursuant [2]  25/14 72/6
put [13]  7/6 10/12 17/9
22/3 27/15 32/15 38/14
56/5 67/11 67/12 67/13
67/13 68/11
putting [2]  6/13 38/21

**Q**

question [5]  10/17
27/17 35/17 45/21 57/2
questions [3]  21/15
56/9 57/13
quick [1]  26/8
quickly [1]  68/3
quite [2]  7/3 71/14
QURESHI [2]  1/17 2/22

**R**

RACHEL [2]  1/20 2/14
raise [2]  28/3 45/22
raised [5]  34/6 47/14
48/23 54/20 68/10
raises [1]  67/14
raising [4]  65/21 65/25
66/2 66/5
range [7]  40/22 41/3
41/11 41/14 42/1 42/17
42/20
rather [1]  16/17
reach [1]  7/1
reaches [1]  30/9
read [2]  29/9 55/11
reading [3]  32/21 47/7
59/9
ready [7]  3/21 9/11

15/11 15/12 15/16 21/1
24/22
real [3]  5/4 8/13 28/5
realistic [2]  8/24 9/24
realistically [2]  8/6
14/18
reality [1]  12/18
really [20]  8/7 9/22
12/20 14/16 20/21 31/8
31/14 36/21 42/1 45/24
46/16 48/16 53/11 55/10
55/18 59/8 68/6 68/10
68/13 68/19
Realtime [1]  72/5
reason [4]  25/19 27/18
56/13 63/15
reasonable [1]  60/16
reasons [11]  30/19
30/24 30/25 31/1 33/22
48/6 49/21 49/23 49/24
50/6 51/10
rebuttal [2]  7/17 7/22
recall [2]  13/13 23/15
recalls [1]  56/18
recap [2]  21/9 64/3
received [2]  35/20 39/22
recently [1]  6/8
reciprocal [2]  26/1 26/7
recited [1]  64/25
recognize [1]  32/16
recommend [1]  28/12
record [8]  51/22 52/7
54/22 58/1 58/18 59/19
60/10 62/21
records [3]  38/8 38/22
60/15
refer [2]  43/1 52/24
reference [6]  35/18 36/3
36/4 38/2 54/24 55/6
referenced [1]  51/8
references [1]  40/6
referring [2]  31/12
34/24
refers [3]  34/9 36/1 47/3
reflect [2]  51/23 52/7
reflected [1]  36/16
refresh [1]  28/14
refreshen [1]  21/14
refreshing [1]  21/19
regard [5]  12/4 33/25
40/1 40/14 53/18 55/14
65/9
regarding [3]  32/5 52/15
52/17
regards [7]  20/2 29/14
33/12 35/14 51/6 53/9
53/17
Registered [1]  72/4
regulations [14]  30/21
31/4 31/6 31/6 31/9 48/7
48/12 48/13 48/16 49/3
49/20 50/8 51/8 72/10
reiterate [1]  16/23
relate [2]  3/13 33/8

related [11]  18/20 27/13
32/6 32/12 48/13 48/14
48/15 49/4 52/18 52/21
56/2
relationship [1]  53/8
relay [1]  49/10
relevance [8]  19/9 19/17
19/19 19/21 19/24 28/1
28/6 54/7
relevant [4]  22/16 38/8
38/23 39/20
reliability [7]  8/13 19/11
19/19 28/4 28/7 50/2
50/4
reliable [4]  8/12 31/2
31/16 53/3
reliance [1]  54/17
relied [2]  42/5 42/16
relief [3]  69/5 70/1 70/14
relies [2]  59/18 59/18
reluctant [1]  27/24
rely [2]  6/21 41/7
relying [3]  31/8 46/9
50/8 55/12 59/13
remind [1]  2/4
remove [1]  2/7
renew [1]  54/8
Repeat [1]  34/22
repetitive [1]  50/18
replies [2]  7/25 64/13
reply [3]  22/25 70/2
70/15
reported [9]  1/23 30/5
30/6 34/11 34/12 35/2
35/3 70/23 72/8
Reporter [5]  1/24 72/1
72/4 72/5 72/16
reporting [1]  36/24
representation [1]
40/18
representing [1]  40/12
request [4]  20/17 20/22
51/5 67/5
requested [2]  54/23
64/11
required [1]  56/13
requirements [2]  2/9
67/25
requiring [1]  56/1
researching [1]  63/2
residence [1]  57/16
resolve [15]  4/1 17/21
18/1 18/5 19/12 20/8
23/3 24/14 27/4 27/19
28/9 51/3 63/18 64/15
70/16
resolved [2]  27/21 64/5
resolves [1]  60/22
resolving [5]  18/10
18/19 26/11 26/17 53/18
Resorts [2]  32/17 53/1
respect [7]  33/24 34/14
44/22 45/1 45/2 48/22
56/20

respectful [1]  41/9
respectfully [1]  62/22
respectively [2]  62/14
62/23
respond [8]  10/13 10/19
28/16 29/10 44/21 47/15
56/10 70/13
responded [1]  69/10
responding [2]  6/25
47/19
response [4]  33/15 69/7
69/13 69/25
responses [4]  7/25 10/7
22/24 64/13
result [10]  30/8 30/10
35/4 37/15 42/11 42/22
42/23 43/6 46/19 47/3
retaining [2]  3/6 19/16
rethink [1]  65/23
retirement [1]  30/17
revenue [3]  32/7 32/12
52/19
review [8]  28/8 34/13
38/7 48/9 53/23 54/12
54/22 59/18
reviewed [9]  38/12 57/2
57/5 58/3 58/7 59/24
60/1 60/6 60/10
reviewing [2]  53/24
58/14
revised [1]  3/11
revisiting [1]  45/14
rider [6]  54/13 55/21
56/3 57/13 58/5 59/2
riders [6]  54/11 54/13
54/15 59/3 59/12 59/22
right [35]  2/4 4/22 7/15
21/11 22/7 24/16 25/17
26/11 29/4 32/13 37/5
40/9 40/23 41/10 41/16
41/21 42/19 43/4 43/11
44/14 49/25 51/1 52/9
55/16 58/23 59/11 60/22
61/24 62/9 62/12 67/5
69/21 69/25 70/5 70/8
rise [1]  71/20
risk [1]  11/6
RIZWAN [1]  1/17
Rizzy [1]  2/21
RMR [2]  1/23 72/16
Ronda [3]  1/23 72/4
72/16
Rosh [1]  61/10
roughly [1]  9/21
RUBIN [1]  1/20
rule [3]  5/23 20/20 32/24
rules [2]  66/10 66/12
runs [1]  41/19

**S**

said [18]  5/15 6/16 6/21
8/3 8/14 19/15 20/15
20/18 29/22 29/23 32/25
34/22 38/13 46/8 46/11

## S

**said... [3]** 49/20 50/7 55/10
**same [17]** 4/4 11/8 12/6 24/14 27/7 27/13 33/22 34/13 39/14 45/10 45/12 46/7 48/9 48/11 52/11 59/1 65/9
**satisfied [1]** 10/9
**say [38]** 5/17 6/19 23/7 26/16 28/23 30/14 31/20 31/21 32/10 32/11 32/19 36/11 36/22 42/4 42/16 42/17 43/22 44/4 44/7 45/9 45/19 46/8 46/17 49/8 50/11 51/2 52/17 52/20 54/10 58/1 58/11 58/12 58/12 60/23 61/22 63/12 66/4 70/19
**saying [18]** 7/12 9/8 10/10 20/19 25/13 33/8 33/10 38/1 38/11 38/17 38/24 39/2 39/5 39/12 42/4 42/9 48/24 68/9
**says [11]** 30/3 30/23 31/9 31/10 32/3 34/24 38/6 54/10 54/21 55/5 55/6
**scenario [2]** 13/19 13/20
**schedule [69]** 3/1 3/11 3/18 4/6 4/13 4/14 4/14 4/19 5/2 7/21 7/23 8/22 9/15 9/21 9/23 10/25 12/5 12/9 12/15 12/22 13/15 13/21 17/20 17/25 18/15 18/22 18/25 19/3 19/4 20/23 21/18 22/2 24/5 24/8 24/17 24/24 25/5 26/20 26/24 26/25 27/2 27/4 27/11 27/12 27/16 28/13 47/12 49/17 62/1 62/7 62/7 63/9 63/18 64/1 64/4 64/11 64/22 66/8 66/11 67/18 68/7 69/1 69/3 69/7 69/9 70/12 70/18 71/15 71/16
**scheduled [3]** 3/3 12/24 21/2
**schedules [1]** 26/20
**scheduling [6]** 3/17 3/17 4/5 25/2 61/2 61/2
**Schmitt [31]** 5/8 5/16 12/12 20/2 27/23 28/2 29/8 29/15 30/1 30/4 30/18 31/18 32/4 33/3 33/16 33/24 33/25 34/3 34/25 36/16 37/2 37/25 38/7 45/22 50/16 51/7 52/13 52/15 53/14 53/18 60/24
**Schmitt's [10]** 5/11 33/12 35/14 36/14 36/19 39/18 40/1 40/14 47/1

**47/13**
**schools [1]** 6/22
**scope [3]** 5/11 35/9 59/24
**SCOTT [2]** 1/16 2/21
**scratch [1]** 60/12
**se [1]** 65/25
**SEAN [2]** 1/15 2/13
**seated [1]** 2/2
**second [24]** 18/7 20/13 21/4 23/17 34/8 34/17 34/24 36/13 45/24 46/20 54/11 54/12 54/13 54/15 55/21 56/3 56/24 56/25 57/13 57/15 59/2 59/3 59/12 59/22
**second-home [11]** 54/11 54/12 54/13 54/15 55/21 56/3 57/13 59/2 59/3 59/12 59/22
**sector [1]** 50/10
**securing [1]** 9/10
**securities [8]** 43/5 43/13 44/3 44/5 44/19 46/10 50/24 50/25
**see [20]** 5/15 6/22 8/7 8/11 11/11 23/7 26/5 31/1 32/15 33/15 34/8 37/3 39/2 40/22 43/3 47/24 53/17 60/14 62/13 63/4
**seeing [1]** 25/8
**seek [2]** 66/24 70/24
**seeking [1]** 24/17
**seem [4]** 14/13 16/20 25/5 54/24
**seems [3]** 26/8 38/20 60/16
**seen [1]** 6/2
**sees [1]** 49/6
**select [6]** 4/8 4/10 12/13 12/22 12/23 14/11
**selection [22]** 3/10 4/18 9/25 13/3 13/4 13/5 13/8 13/13 13/15 13/17 13/23 14/1 14/3 14/5 14/8 14/21 17/4 17/9 17/13 18/12 18/20 64/20
**sense [5]** 5/25 9/16 18/21 28/17 63/25
**sensitive [2]** 28/6 63/18
**sentence [8]** 31/17 34/9 34/17 34/24 36/13 38/5 38/6 50/23
**sentences [2]** 5/17 57/20
**separate [1]** 18/6
**separation [1]** 67/14
**September [10]** 1/8 3/3 6/11 20/17 23/25 49/13 69/17 69/22 70/2 70/15
**September 19th [1]** 3/3
**September 23rd [1]** 6/11

**September 29 [3]** 69/17 70/2 70/15
**September 29th [1]** 69/22
**serve [1]** 47/9
**serves [1]** 45/7
**set [11]** 4/11 26/20 26/25 49/13 60/15 64/16 64/19 65/23 69/6 69/9 71/15
**sets [1]** 20/11
**setting [1]** 45/20
**several [2]** 65/8 65/8
**severely [1]** 28/25
**share [5]** 12/1 13/10 13/19 45/6 65/10
**shared [1]** 46/21
**she [6]** 46/8 46/11 59/15 59/16 61/1 71/10
**she'd [1]** 71/9
**shorter [1]** 8/22
**shortly [2]** 3/22 55/17
**should [16]** 2/3 20/1 20/21 24/21 26/25 29/6 29/18 36/11 37/24 63/18 66/14 66/24 68/1 68/24 69/6 71/10
**shouldn't [1]** 68/19
**shown [1]** 41/23
**shut [3]** 43/8 44/8 44/9
**side [7]** 22/9 66/3 66/14 66/16 66/21 67/1 67/2
**sides [12]** 7/24 16/21 20/12 21/22 22/21 26/13 45/14 45/21 51/21 65/15 65/22 68/23
**sides' [1]** 6/3
**signal [1]** 25/23
**similar [14]** 12/14 17/24 18/8 22/19 32/3 47/10 53/21 53/24 53/25 54/1 54/10 54/19 58/14 58/16
**similarly [1]** 31/17
**simple [1]** 36/22
**simply [2]** 43/23 63/6
**since [2]** 40/8 70/5
**single [1]** 57/4
**situation [1]** 53/22
**six [1]** 11/5
**so [168]**
**SOLOMON [2]** 1/20 2/15
**some [46]** 3/5 6/14 7/4 9/15 9/20 12/5 12/11 12/15 12/18 12/25 13/17 13/18 15/11 15/14 17/10 18/2 19/3 20/23 21/12 21/16 21/20 22/3 22/6 24/15 27/13 27/23 28/11 29/17 31/25 32/8 33/16 39/22 45/4 45/6 46/23 47/14 53/5 53/17 54/4 55/11 60/23 61/24 63/7 63/19 66/7 68/24
**somebody [1]** 7/6

**somehow [1]** 8/14
**someone [4]** 8/16 50/3 67/16 67/19
**something [13]** 6/16 12/8 17/24 18/8 21/11 24/16 27/2 27/8 32/22 41/20 42/17 48/14 67/20
**sometimes [5]** 8/9 27/6 41/19 67/17 67/19
**somewhat [2]** 12/25 13/8
**soon [4]** 3/19 9/3 11/15 28/24
**sorry [3]** 22/13 23/11 42/25
**sort [17]** 3/25 5/12 5/25 7/20 17/19 19/13 20/21 26/2 28/4 30/13 30/17 32/21 33/15 46/16 53/21 56/6 67/16
**sound [1]** 31/2
**sounds [6]** 9/8 9/17 10/3 10/6 21/24 54/25
**space [1]** 13/7
**speak [7]** 15/2 42/13 48/19 48/24 60/2 60/6 61/7
**Special [1]** 2/14
**specialize [1]** 6/23
**specific [9]** 35/18 40/7 44/3 44/5 44/10 46/10 47/4 50/21 50/24
**specifically [17]** 29/13 30/4 30/18 31/11 32/4 34/1 34/25 36/1 41/8 42/16 46/21 47/4 47/15 51/11 52/14 53/8 55/22
**specificity [2]** 46/17 60/7
**spot [1]** 6/6
**spreadsheet [1]** 36/25
**spring [5]** 30/7 30/21 35/4 42/23 48/7
**stage [5]** 13/18 32/6 32/11 52/18 52/20
**stamp [1]** 36/1
**stand [2]** 52/7 54/16
**standard [3]** 45/20 47/11 55/25
**standing [1]** 52/23
**standpoint [1]** 54/6
**stands [1]** 71/20
**start [15]** 5/6 5/20 6/12 7/7 7/10 9/13 16/9 16/17 17/15 19/15 22/7 39/4 52/4 53/12 62/9
**started [1]** 62/3
**starting [11]** 9/25 13/16 13/23 14/1 14/4 14/6 16/2 16/20 17/5 17/10 62/22
**starts [4]** 13/18 37/25 67/24 68/7
**state [6]** 33/18 56/12

**57/24 70/22 71/2 71/4**
**State's [1]** 38/8
**stated [7]** 32/24 34/8 34/15 34/16 41/7 51/12 52/6
**statement [10]** 30/10 35/14 36/4 41/1 41/18 41/19 41/21 43/23 52/2 70/23
**statements [6]** 36/20 36/23 36/24 36/24 41/14 41/18
**states [8]** 1/1 1/3 2/12 2/14 2/18 58/3 72/5 72/11
**stating [2]** 57/20 57/21
**status [9]** 1/10 18/4 18/7 18/13 18/17 18/21 21/23 64/15 64/18
**stay [4]** 37/7 37/10 37/10 47/12
**stenographically [1]** 72/8
**stenographically-report ed [1]** 72/8
**stenotype [1]** 1/22
**steps [1]** 17/11
**still [5]** 5/6 5/15 19/2 42/10 64/1
**stock [2]** 32/18 43/21
**stocks [1]** 46/15
**stopping [1]** 63/1
**streamline [1]** 26/17
**streamlined [1]** 26/22
**Street [1]** 1/24
**stuff [5]** 11/12 25/25 26/8 38/18 42/6
**subject [3]** 25/21 54/18 62/19
**submit [2]** 22/21 22/22
**subparagraphs [1]** 38/2
**substance [1]** 69/8
**substantive [2]** 23/18 27/21
**substitute [1]** 67/18
**subtract [1]** 66/8
**such [2]** 37/1 52/3
**suffered [3]** 32/5 32/10 52/16
**suffers [1]** 31/14
**sufficient [3]** 5/7 17/8 28/15
**sufficiently [2]** 11/4 17/7
**suggest [6]** 14/19 18/8 22/25 23/5 68/1 69/12
**suggested [2]** 19/1 69/22
**suggesting [3]** 23/13 23/20 24/10
**suggestion [1]** 12/16
**Sukkot [1]** 61/11
**summarize [4]** 9/5 29/13 33/7 55/17

**S**

sunset [1] 61/15
supplement [13] 5/9
43/16 44/25 45/4 46/24
49/2 51/6 53/16 56/1
56/5 57/8 62/15 62/16
supplemental [5] 34/5
57/20 61/5 61/18 64/6
supplementation [1]
49/9
supplemented [1] 36/14
supplements [1] 60/25
support [4] 39/7 39/18
40/10 40/14
supports [1] 52/5
sure [12] 5/5 15/13 18/9
27/4 29/3 37/9 38/16
45/6 55/18 64/4 69/2
71/8
surprise [1] 25/25
suspect [2] 24/15 26/13

**T**

table [1] 37/7
take [8] 5/16 6/14 7/11
9/5 11/10 17/11 22/6
69/20
taken [3] 2/3 36/20 62/1
takes [3] 21/11 58/23
68/13
taking [2] 7/12 36/23
talk [17] 4/16 5/2 7/3
9/25 13/11 18/3 18/22
19/20 20/6 26/24 27/7
33/6 45/2 47/13 53/19
60/25 63/16
talked [2] 14/13 45/25
talking [9] 27/6 31/10
44/17 44/18 47/24 48/12
49/3 59/5 59/20
talks [2] 31/4 38/5
team [3] 2/18 2/22 13/3
technical [5] 56/15
56/19 56/25 57/1 57/13
tell [8] 11/2 28/15 44/12
49/22 52/20 51/16 52/14
67/20
tend [1] 41/18
tension [1] 11/23
term [1] 50/12
terms [16] 4/17 10/4
12/1 12/9 12/19 13/5
14/14 27/8 27/17 28/18
43/1 50/12 56/22 57/21
57/23 63/8
testify [3] 6/2 56/21
57/18
testimony [23] 5/11
19/23 20/5 30/4 30/18
30/23 31/18 32/4 33/13
34/9 34/25 38/1 50/16
52/15 54/8 56/2 56/8
56/12 56/13 56/18 56/19
58/8 58/9

than [15] 8/22 9/18
23/19 24/18 31/20 41/21
42/6 44/8 50/11 50/18
55/2 55/5 55/10 63/22
65/12
thank [43] 2/11 2/16
2/17 2/23 4/25 9/4 11/25
15/8 16/9 16/9 17/2
29/22 33/19 34/22 35/16
44/15 45/19 46/22 47/17
47/25 48/3 48/25 49/15
51/1 51/4 51/18 52/9
55/24 59/17 60/17 60/21
61/9 61/21 63/10 63/11
65/1 67/5 67/6 68/13
70/10 71/10 71/11 71/14
thanks [1] 69/2
that [332]
that's [61] 5/1 6/5 8/20
8/22 9/24 9/24 15/6
15/21 17/2 18/17 19/7
20/21 23/1 27/24 29/21
31/1 31/11 32/13 33/3
33/10 37/14 37/14 37/15
38/3 38/12 38/12 38/18
38/24 39/8 40/17 41/6
41/22 42/2 43/17 44/9
45/20 46/9 46/12 46/15
46/20 49/4 49/6 50/2
50/9 50/13 50/14 53/2
54/5 58/11 58/11 58/21
58/21 58/22 60/11 62/23
66/7 66/12 68/10 69/24
70/5 70/8
their [22] 3/8 3/23 10/10
10/17 12/13 21/1 25/3
25/6 25/10 26/7 28/24
38/19 65/14 65/15 65/18
66/3 66/15 66/17 66/17
66/22 66/23 69/2
them [37] 5/8 5/10 6/7
6/9 6/13 6/13 7/1 7/1 7/1
7/6 7/10 9/3 9/11 9/15
12/7 12/15 12/20 13/11
18/1 20/16 22/3 25/6
26/2 26/6 26/25 27/23
33/4 36/25 39/22 42/9
54/17 58/15 59/10 59/14
66/6 67/19 67/20
then [64] 3/10 3/25 4/18
5/20 6/1 6/12 7/1 7/4 7/6
7/18 7/25 8/1 8/6 8/11
8/17 9/6 9/7 9/15 10/19
11/17 13/11 14/24 15/18
15/22 18/1 19/14 19/15
19/17 19/18 20/9 20/19
20/23 22/1 22/23 22/25
23/17 28/6 28/16 29/15
29/16 31/4 31/10 31/17
32/1 32/3 33/6 36/24
37/21 38/5 41/2 45/17
46/3 46/11 46/20 50/7
50/15 52/18 52/21 59/5
59/8 64/9 66/7 66/8

69/10
there [60] 3/12 3/14 4/9
4/13 5/19 6/22 10/2
11/14 11/23 14/23 22/17
24/2 24/10 24/13 24/15
25/19 27/12 27/18 28/3
28/11 33/10 36/21 37/5
37/10 38/3 38/15 39/19
39/25 40/9 40/13 41/17
41/20 43/20 44/16 45/21
46/8 48/1 51/8 51/23
53/11 55/13 57/25 58/3
59/12 59/21 59/21 59/22
59/25 60/5 60/7 60/8
63/19 64/24 66/10 68/18
68/19 68/20 69/4 69/4
70/19
there's [26] 5/19 7/4
7/18 9/20 10/17 11/23
12/11 16/24 18/2 19/23
20/3 27/2 31/5 36/11
36/13 36/21 38/20 44/11
51/24 59/8 59/23 63/16
65/19 67/22 67/22 68/15
thereafter [2] 13/25
70/17
therefore [1] 46/15
these [40] 10/20 11/11
11/18 12/6 12/20 14/10
20/3 20/4 21/9 22/10
23/20 26/14 33/12 39/20
39/22 40/1 40/4 41/5
41/12 41/15 41/22 46/7
52/24 53/9 53/13 53/14
54/8 54/21 56/8 56/9
56/14 56/17 57/12 57/20
58/2 60/23 61/4 68/16
68/24 70/12
they [67] 3/22 5/9 5/23
6/5 7/7 7/8 8/14 10/11
11/12 11/12 13/12 14/12
22/18 22/22 25/9 26/2
26/25 27/5 28/23 31/1
32/15 33/8 36/22 37/1
37/16 38/13 40/10 42/1
42/2 42/5 42/5 42/6 44/6
44/12 48/12 49/22 52/14
54/1 54/10 54/14 54/24
55/11 55/14 55/20 56/2
56/3 56/3 56/15 57/5
57/6 58/1 58/11 58/12
58/12 58/22 59/14 61/4
61/23 62/5 63/22 65/12
65/14 65/23 66/18 66/18
68/1 68/12
they're [24] 6/7 6/24
8/12 10/9 11/1 11/7
11/11 11/18 17/25 20/6
20/19 38/1 38/11 38/17
38/20 38/23 38/24 42/4
49/4 54/11 58/21 59/4
59/6 59/6
they've [4] 25/9 25/25
40/11 40/18

thing [11] 8/20 13/16
23/22 25/23 38/3 38/12
38/18 38/25 49/6 49/8
54/6
things [11] 5/3 17/17
18/1 27/6 27/7 27/14
38/3 42/1 48/24 58/1
67/17
think [79]
thinks [7] 31/22 46/13
49/23 49/24 50/5 50/20
52/13
third [1] 39/5
this [164]
Thomas [3] 1/23 72/4
72/16
thoroughly [1] 21/21
those [58] 2/9 3/7 4/1
4/23 6/14 7/10 11/5 11/9
11/21 12/16 12/24 12/25
13/1 14/19 16/19 16/19
16/25 17/1 17/15 18/1
18/3 18/5 22/7 23/3
23/25 27/19 27/21 28/17
29/20 31/14 33/2 33/3
36/9 36/23 36/24 39/14
41/5 43/14 44/5 44/11
47/15 50/24 53/17 54/9
57/6 57/6 57/16 58/7
62/20 62/21 64/1 64/12
64/15 64/16 66/8 66/8
66/12 69/10
those items [1] 41/5
though [3] 6/5 9/1 16/23
thoughts [1] 11/21
thousands [1] 31/5
three [14] 6/14 7/10
11/3 11/5 16/19 24/2
31/14 45/2 54/10 56/2
61/23 62/3 62/11 71/4
thrice [1] 2/7
through [7] 11/8 20/24
23/14 51/19 54/9 62/7
65/15
Thursday [6] 13/15
13/23 13/25 14/6 21/8
69/22
thus [1] 14/14
tie [2] 41/4 41/22
tied [1] 51/11
time [45] 3/6 3/25 4/4
4/5 4/20 5/13 6/14 7/4
9/20 10/12 10/22 12/25
17/8 17/24 18/9 19/3
19/5 20/24 21/10 22/6
22/19 23/3 23/15 26/13
28/5 28/14 30/2 33/4
34/2 35/9 35/10 36/11
39/14 45/3 46/20 49/13
64/16 64/19 65/22 65/22
67/15 67/22 69/11 69/12
69/20
timeline [1] 3/23
times [2] 2/7 68/5

timing [1] 11/22
today [23] 2/25 3/5 3/9
4/8 11/11 12/8 13/2 20/3
20/8 22/4 25/4 27/20
28/10 29/2 29/5 46/25
69/5 69/9 69/17 70/2
70/14 71/13 71/17
TODD [2] 1/18 2/2
together [4] 14/11 28/17
32/15 53/13
told [2] 62/15 62/15
too [3] 9/13 20/4 65/23
took [2] 26/7 71/14
top [1] 32/25
topic [3] 27/13 39/18
42/11
topics [4] 12/13 33/9
53/14 56/2
topline [1] 30/13
touch [1] 27/23
touched [1] 53/5
track [2] 12/6 24/14
traded [3] 30/15 48/10
52/4
transcript [4] 5/14 20/19
72/8 72/9
transcription [1] 1/22
travel [10] 6/20 6/23
8/15 32/5 32/6 32/10
32/12 52/16 52/18 52/21
travel-related [4] 32/6
32/12 52/18 52/21
trial [54] 2/18 3/2 3/8
3/10 3/18 3/21 4/5 4/6
4/11 4/13 8/3 9/6 9/23
10/24 11/1 11/10 12/24
13/6 13/7 13/14 13/18
13/23 14/1 14/4 14/6
14/9 14/12 14/15 14/18
14/21 15/19 16/2 17/5
17/9 17/11 17/12 18/6
18/10 18/19 21/2 21/22
23/19 25/12 28/19 49/17
53/15 58/17 63/6 64/21
65/8 66/5 66/20 68/7
68/18
trials [1] 11/11
tried [4] 7/24 10/25
11/15 32/25
trier [1] 57/11
trigger [1] 19/13
triggering [1] 43/10
true [1] 72/7
truth [1] 48/25
try [19] 12/6 12/15 12/18
17/10 18/9 21/25 22/11
24/7 24/13 27/6 29/17
37/6 38/21 45/12 46/22
47/11 67/8 68/11 71/6
trying [4] 20/18 37/17
42/25 65/21
Tuesday [5] 13/22 14/3
23/9 70/6 70/11
turn [4] 12/17 25/6

**T**

turn... [2] 29/23 55/25
turned [4] 25/3 25/9 25/9 38/23
two [23] 3/12 5/16 7/9 10/12 13/14 15/20 18/14 20/11 22/25 23/15 26/20 27/17 32/13 42/1 43/22 44/11 52/22 53/22 57/25 58/12 69/14 69/16 70/3
type [2] 12/15 24/5
typical [1] 59/12
typically [7] 5/24 6/21 18/13 23/18 42/2 54/13 59/3

**U**

U.S.C [1] 72/7
ultimate [4] 56/14 56/15 57/11 57/12
unable [1] 10/24
unavailable [1] 67/18
uncertainty [4] 30/22 31/11 48/8 50/9
under [5] 6/13 7/6 13/21 62/6 66/10
underneath [1] 50/5
underperform [1] 44/6
understand [6] 24/23 34/6 41/25 48/22 57/2 57/3
understanding [3] 39/8 40/13 63/22
understands [2] 20/5 33/7
understatement [1] 33/10
Understood [1] 63/15
Unfortunately [1] 47/23
unidentified [1] 32/17
UNITED [8] 1/1 1/3 2/11 2/13 2/18 32/17 72/5 72/11
unless [4] 2/5 27/2 44/12 65/19
until [7] 7/7 9/9 14/18 26/24 28/2 50/5 63/13
unusual [1] 5/25
up [20] 6/6 22/1 23/1 24/4 27/6 28/21 34/19 38/14 43/17 44/3 46/22 47/21 53/6 56/5 56/5 61/7 63/8 68/2 71/1 71/15
update [1] 29/11
updates [1] 3/5
upon [1] 4/5
upside [1] 71/9
urge [1] 62/24
us [38] 2/14 4/9 7/21 10/15 11/2 14/25 20/18 25/7 26/3 28/8 29/8 33/24 33/24 35/8 36/12 39/12 39/13 41/9 44/12

**U (cont.)**

44/25 47/9 47/11 49/22 50/25 52/14 54/15 56/1 57/6 57/6 57/9 59/4 61/3 64/14 65/23 66/19 67/13 68/1 71/9
use [4] 24/8 24/17 57/23 58/3
used [8] 33/11 36/15 46/20 54/11 54/14 59/3 59/13 70/23
using [3] 31/25 50/4 50/13
usual [1] 7/23
usually [1] 13/13

**V**

vaccinated [2] 2/7 33/19
valid [1] 28/3
valuation [1] 52/4
value [12] 30/5 30/6 30/20 30/25 34/11 34/12 35/2 35/3 43/3 48/7 48/9 49/22
variety [3] 44/7 44/16 44/17
various [5] 17/21 38/1 46/8 46/11 46/19
veracity [1] 60/7
very [26] 4/7 11/25 21/16 26/7 27/5 31/11 35/17 36/1 36/7 40/6 40/7 49/5 50/9 53/15 56/15 56/19 56/25 56/25 57/12 60/16 63/18 65/7 68/3 68/17 71/6 71/11
view [3] 24/6 50/1 66/17
views [1] 10/5
Villas [3] 53/23 54/4 58/13
visible [1] 48/2
voir [1] 21/15
voluntarily [2] 5/23 6/7

**W**

wait [2] 26/23 27/9
walk [1] 23/14
Walt [3] 8/15 32/16 52/12
want [42] 2/4 4/23 5/3 10/11 11/9 11/15 11/17 11/18 11/20 13/12 14/19 18/23 19/3 21/10 21/21 37/6 39/9 42/20 42/20 46/2 48/19 48/23 48/24 49/11 51/2 56/10 57/6 57/6 59/19 60/2 60/9 63/12 65/3 65/10 65/13 66/8 66/17 67/4 67/12 67/21 68/12 69/8
wanted [2] 3/16 41/8
wanting [1] 5/3
wants [2] 17/17 71/14
was [24] 3/2 5/15 6/11 8/9 34/5 41/1 42/3 43/20

**W (cont.)**

45/19 46/20 49/16 51/20 51/21 51/23 51/24 58/3 59/2 69/4 69/22 70/1 70/25 71/3 71/6 71/9
watching [1] 71/6
way [7] 12/2 12/7 16/24 27/11 32/23 44/7 50/18
ways [2] 32/8 44/6
we [281]
we'd [4] 5/1 21/7 28/24 45/2
we'll [24] 4/14 4/23 9/15 9/25 10/14 15/18 17/18 18/23 21/12 23/14 27/7 27/16 31/15 33/15 39/2 54/8 60/23 62/10 64/2 64/18 67/25 69/25 70/3 70/10
we're [55] 3/25 4/4 5/11 6/17 6/20 9/5 9/11 10/17 12/4 15/16 16/16 17/1 18/4 19/8 19/18 22/23 23/19 23/24 24/2 24/24 25/23 26/6 26/18 26/19 27/6 27/14 27/20 27/22 28/7 28/9 29/17 37/7 39/17 42/7 43/19 44/17 44/18 46/6 47/10 49/3 58/15 59/7 60/14 62/7 63/5 63/6 63/16 64/4 65/9 65/18 66/4 67/2 67/23 69/6 70/13
we've [29] 5/21 8/16 8/17 9/1 9/2 9/2 10/12 10/15 10/19 11/3 11/3 14/13 19/19 24/9 24/11 26/8 35/19 39/15 41/7 44/24 44/24 45/4 45/5 52/6 62/9 66/6 66/6 67/9 71/13
Wednesday [2] 13/22 14/4
week [11] 5/8 6/11 8/2 8/3 8/4 8/7 8/21 13/18 14/5 14/16 20/16
weekend [1] 70/5
weeks [8] 15/20 22/25 61/23 62/4 62/11 65/8 69/14 69/16
welcome [4] 2/17 2/24 29/16 48/4
well [26] 9/9 10/8 11/13 12/20 16/17 22/17 24/6 25/14 36/2 39/14 41/13 42/5 44/2 44/4 44/8 45/4 47/9 49/2 49/17 51/13 56/17 57/3 61/24 62/6 66/10 70/9
well-known [1] 51/13
went [2] 46/15 46/15
were [14] 5/5 5/14 13/10 13/15 23/16 28/23 31/6 33/23 36/11 43/7 46/8 51/9 59/20 65/23

**W (cont.)**

weren't [2] 5/9 6/5
what [186]
what's [16] 26/15 30/11 30/11 31/10 32/9 32/11 32/12 37/12 38/2 38/17 38/23 41/22 42/6 55/9 58/10 60/14
whatever [2] 22/22 38/22 46/19 47/5 54/2 54/15
when [29] 4/9 4/10 6/18 8/13 8/21 10/12 13/5 10/15 11/15 23/25 25/24 27/5 28/18 31/9 31/10 31/13 37/23 38/5 45/10 47/2 52/2 52/14 54/16 59/16 60/3 60/25 61/4 67/18 68/21
where [17] 5/6 5/21 7/21 14/10 16/20 18/23 26/3 26/24 27/16 32/3 35/21 37/10 41/18 43/25 55/3 68/1 68/19
whether [9] 11/1 11/5 14/23 19/18 20/4 31/3 54/7 54/17 54/17
which [32] 4/7 5/23 6/14 8/22 9/16 13/7 14/5 20/20 21/8 23/8 23/17 32/15 34/3 34/9 34/24 35/10 35/19 36/7 36/9 36/12 38/1 40/6 42/18 42/18 47/14 49/17 50/22 51/11 64/10 64/14 66/19 70/1
who [3] 8/16 50/3 71/3
who's [1] 8/14
whoever [2] 28/7 61/7
whomever [1] 12/12
why [19] 10/2 15/17 23/7 25/19 27/18 27/24 30/19 30/24 33/4 33/14 45/23 48/6 49/21 51/23 52/13 54/23 63/15 68/10 70/5
will [75]
willing [1] 7/2
WISE [38] 1/14 2/10 2/13 4/23 9/4 14/24 15/15 19/1 20/9 20/13 27/9 29/2 29/13 29/21 33/5 37/6 37/7 37/12 40/17 41/24 43/18 45/17 46/2 46/5 47/4 49/7 49/18 51/1 51/9 52/10 53/19 58/10 58/25 61/21 63/12 64/25 67/7 70/2
wish [2] 22/22 70/19
wishes [2] 44/25 71/18
within [2] 42/19 70/3
without [3] 24/1 24/6 68/25
witness [8] 55/5 57/7 66/3 66/6 66/15 66/23

**W / Y**

67/19 67/21
witnesses [11] 9/10 65/16 65/18 66/18 66/22 66/22 67/11 67/11 67/13 67/14 67/17
won't [2] 7/8 24/10
words [1] 71/8
work [21] 3/10 3/23 4/15 6/13 7/10 8/16 9/7 9/22 15/25 17/6 21/17 37/2 37/6 41/18 59/25 60/20 63/19 64/12 64/14 70/9 71/15
working [6] 7/7 17/10 17/16 18/12 21/22 62/7
works [3] 16/5 16/7 17/7
world [6] 8/15 43/8 44/8 44/9 52/12 66/17
worth [9] 30/3 30/5 34/9 34/10 35/1 37/4 37/13 38/10 44/1
would [71] 2/10 4/3 6/9 6/22 7/16 7/20 8/7 8/23 9/6 10/7 11/14 11/15 12/1 12/16 13/23 14/17 15/25 17/20 18/5 18/8 18/13 18/16 19/5 19/17 20/15 20/17 20/19 20/22 20/23 21/14 22/10 22/13 22/15 23/11 23/18 23/22 23/25 24/5 24/7 24/7 24/16 24/19 25/5 26/22 28/25 36/4 36/18 37/1 38/3 38/17 38/22 39/4 41/2 45/22 46/17 47/24 48/16 49/5 49/9 51/16 53/12 57/22 60/1 60/5 61/11 61/13 61/15 61/22 66/12 69/14 69/16
wound [1] 6/6
wrap [1] 46/22
wrapped [1] 22/1
write [4] 20/18 43/17 48/24 52/14
write-up [1] 43/17
wrong [1] 49/25
Wynn [1] 32/17

**Y**

Yeah [2] 28/1 66/24
year [2] 13/4 13/5
years [5] 57/5 59/24 59/25 71/5 71/5
yes [39] 2/20 7/14 7/14 8/5 15/6 15/16 15/24 16/1 16/4 16/16 23/13 25/14 29/1 33/17 34/16 34/20 34/23 35/16 35/22 36/18 39/4 39/24 40/16 41/13 43/20 43/21 43/24 46/1 46/4 48/15 55/24 61/15 61/16 61/20 62/14 69/14 69/23 70/7 70/21
yesterday [16] 4/12 5/5

# Y

**yesterday... [14]** 5/12
6/3 8/9 8/14 21/16 28/24
32/22 51/19 51/22 51/22
52/6 52/24 53/6 62/5
**yet [1]** 29/10
**Yom [1]** 61/10
**you [161]**
**you're [17]** 10/5 15/11
25/12 25/16 29/16 33/10
37/17 37/23 40/12 47/24
48/4 48/18 66/21 67/20
68/9 68/17 69/18
**you've [5]** 10/13 10/14
10/14 10/18 15/2
**young [1]** 71/5
**your [135]**

# Z

**ZELINSKY [2]** 1/15 2/13