**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)   Criminal Case No. 22-cr-00007-LKG<br>MARILYN J. MOSBY, )<br>)   Dated:  October 31, 2022<br>Defendant. )<br>) | |

## ORDER

The Government has charged Defendant with two counts of perjury, in violation of 18 U.S.C. § 1621 and 28 U.S.C. § 1746, and two counts of false statement on a loan application, in violation of 18 U.S.C. § 1014.

On July 5, 2022, the Court issued an Order approving Defendant's *ex parte* request for Criminal Justice Act ("CJA") funding for services other than counsel, pursuant to the Criminal Justice Act Plan for the District of Maryland (CJA Plan) and 18 U.S.C. § 3006A(e)(1). In that Order, the Court determined that that the Defendant may have sufficient resources to contribute financially toward the repayment to the Court for services other than counsel provided to the Defendant pursuant to 18 U.S.C. § 3006A(e)(1). The Court has now approved funding for expert services, pursuant to the CJA ("CJA Funds"), and services have been rendered.

In light of the foregoing, the Court:

1. **ORDERS** Defendant to make a payment in the amount of **$1,000 per month** (the "Reimbursement Payments") to reimburse the Court for the CJA Funds, beginning on **November 30, 2022**, and continuing and every 30 days thereafter, until the outstanding balance for the CJA Funds is paid in full; and

2.  **DIRECTS** Defendant to **FILE** a status report informing the Court of any change in her ability to make the Reimbursement Payments during the period of repayment beginning on **November 30, 2022**, and every 30 days thereafter.

**IT IS SO ORDERED.**

                                                               s/ Lydia Kay Griggsby
                                                               LYDIA KAY GRIGGSBY
                                                               United States District Judge