**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

|  |  |  |
|---|---|---|
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | |
| | ) | Criminal Case No. 22-cr-00007-LKG |
| MARILYN J. MOSBY, | ) | |
| | ) | Dated:  November 2, 2022 |
| Defendant. | ) | |
| | ) | |

## ORDER

On November 1, 2022, certain interested parties filed a response in opposition to Defendant's motion to seal, dated October 20, 2022 (ECF No. 128).  *See* ECF No. 137.  In light of the foregoing, Defendant shall **FILE** a reply in support of her motion to seal, if any, on or before **November 9, 2022.**


**IT IS SO ORDERED.**


s/ Lydia Kay Griggsby
LYDIA KAY GRIGGSBY
United States District Judge