IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MARILYN J. MOSBY,<br><br>Defendant | Case No. 22-cr-00007-LKG-1 |

**STATE'S ATTORNEY MOSBY'S RESPONSE TO THE INTERESTED PARTIES'
OBJECTIONS TO DEFENDANT'S MOTION TO SEAL**

Defendant Marilyn J. Mosby, by and through her undersigned counsel, hereby submits this

Response to the Objections (ECF No. 137) filed by The Daily Record, The Baltimore Sun and The

Baltimore Banner (collectively, the "Interested Parties") to Defendant's Motion to Seal

Defendant's Motion to Transfer Venue (ECF No. 128). State's Attorney Mosby responds as

follows.

As previously stated, the public's right of access to criminal proceedings is of paramount

importance to State's Attorney Mosby; and that interest is something she takes very seriously in

both her professional and personal capacity. State's Attorney Mosby believes that the docket

entries in these proceedings should be available to the public to the greatest extent allowed by law.

Accordingly, while State's Attorney Mosby sought to seal her motion to transfer out of an

abundance of caution, she is not opposed to a more limited redaction of certain portions of the

motion, provided that such redaction comports with Local Criminal Rule 204, as noted in the

Court's Order to Show Cause, ECF No. 124.

Far from seeking to litigate this case outside the public's eye (as the Interested Parties

suggest in their objections), State's Attorney Mosby asked this Court to seal her motion to transfer

venue in an abundance of caution and to ensure compliance with Local Rule 204. The Court's

Show Cause Order identified certain information contained in the defense's September 29, 2022 filing in opposition to the government's gag order motion, ECF No. 123, as being confidential under Local Rule 204.1. Given the Court's concerns, and out of an abundance of caution so as to not prejudice State's Attorney Mosby's right to a fair trial, State's Attorney Mosby sought to file her venue transfer motion under seal.

Given the competing public access concerns at issue here as outlined in the Interested Parties' objections, however, State's Attorney Mosby does not oppose a more limited redaction of her venue transfer motion, which would only redact from public view the information identified as confidential in the Court's Show Cause Order.

## CONCLUSION

For the foregoing reasons, Defendant Marilyn Mosby does not oppose a limited unsealing of her motion to transfer venue.

Dated: November 9, 2022          Respectfully submitted,

*/s/ A. Scott Bolden*
A. Scott Bolden (admitted *pro hac vice*)
Rizwan A. Qureshi (admitted *pro hac vice*)
RQureshi@ReedSmith.com
ABolden@ReedSmith.com
1301 K Street, N.W. Suite 1000 - East Tower
Washington, D.C.  20005-3373
Telephone: +1 202 414 9200
Facsimile: +1 202 414 9299

*Counsel for Defendant Marilyn J. Mosby*

- 3 -

**<u>CERTIFICATE OF SERVICE</u>**

I certify that, on November 9, 2022, this document was electronically filed with the Clerk of Court using the Court's CM/ECF system, which will then serve a notification of the filing to the registered parties of record.


/s/ *A. Scott Bolden*
A. Scott Bolden