# EXHIBIT A

# Peisinger Stood With MARILYN MOSBY

★ Worked 20 years in the failed Baltimore City State's Attorney's Office

★ Worked side-by-side with Marilyn Mosby for years

★ Both have failed to be tough on crime

★ Brought Marilyn Mosby's failed policies to Harford County



Authority: Friends of Alison Healey, Treasurer: Emma Hohner



