IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|   |   |   |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) ) | |
| v. | ) ) | Criminal Case No. 22-cr-00007-LKG |
| MARILYN J. MOSBY, | ) ) | Dated: November 17, 2022 |
| Defendant. | ) ) ) | |

## SCHEDULING ORDER

The hearing to be held on the matters set forth below is **RESCHEDULED** to **Tuesday, January 17, 2023, at 11a.m., in Courtroom 5C of the Edward A. Garmatz Courthouse, 101 W. Lombard Street, Baltimore, MD**:[1]

1. The Government's motion for an order pursuant to Local Rules 204 and 603, dated September 15, 2022 (ECF No. 120);

2. The Court's Order to Show Cause, dated September 30, 2022 (ECF No. 124); and

3. Defendant's motion to transfer venue, dated October 20, 2022 (ECF No. 129).

The parties shall adhere to the following time allocations for the presentation of their respective oral arguments:

1. The Government's motion for an order pursuant to Local Rules 204 and 603.
   Government's opening argument           20 minutes
   Defendant's response                    20 minutes
   Government's rebuttal, if any           10 minutes

2. Defendant's motion to transfer venue.
   Defendant's opening argument            20 minutes
   Government's response                   20 minutes
   Defendant's rebuttal, if any            10 minutes

---

[1] Due to the unavailability of Courtroom 1A, the Court will provide an overflow space with additional seating for the public to observe the hearing.

3.   The Court's Order to Show Cause.

     Defendant's Argument                   20 minutes

To facilitate the presentation of the parties' oral arguments, the parties are **DIRECTED** to notify the Court in writing if they wish to present any portion of their respective oral arguments under seal, **on or before January 10, 2023.**

**IT IS SO ORDERED.**

                                                s/ Lydia Kay Griggsby
                                                LYDIA KAY GRIGGSBY
                                                United States District Judge