IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>MARILYN J. MOSBY, )<br>)<br>Defendant. )<br>) | Criminal Case No. 22-cr-00007-LKG<br><br>Dated:  November 18, 2022 |

## ORDER ON THE PARTIES' MOTIONS TO SEAL

On November 4, 2022, the Government filed a motion to seal its response to Defendant's motion to transfer venue (ECF Nos. 141 and 142). On November 14, 2022, the Defendant filed a motion to seal her reply in support of her motion to transfer venue (ECF Nos. 147 and 148).

The Court previously held in its November 10, 2022, Order on the Defendant's motion to seal her motion to transfer venue that confidential juror responses should not be publicly disclosed during the pendency of this criminal matter, consistent with Local Rule 204. The Court also directed Defendant to redact this information from the public version of her motion to transfer venue. The subject filings do not contain confidential juror responses.
And so, the Court:

1. **DENIES** the Government's motion to seal;
2. **DENIES** the Defendant's motion to seal; and
3. **DIRECTS** the Clerk of the Court to **UNSEAL** ECF Nos. 142 and 148.

**IT IS SO ORDERED.**

                                                                      s/ Lydia Kay Griggsby
                                                                      LYDIA KAY GRIGGSBY
                                                                       United States District Judge