# EXHIBIT A



**Results for:** marilyn mosby

**News**

1.  ## In defense of Marilyn Mosby

    The Baltimore Sun | Aug 31, 2022 | MAIN; A; Pg. 17 | 836

    ... In defense of **Marilyn Mosby**...
    ... A lot of people don't like **Marilyn Mosby** simply because she's a Black woman. There. I said it. And I wrote this column for you. Yet, I know that you don't want to hear it or acknowledge it or consider it. And you certainly will never accept it. No...
    ... voicemails for her from other states. Why your attention is glued to every move she makes. I'm saying you don't like Ms. **Mosby** because she is everything a Black woman is not supposed to be: She is proud, confident, arrogant, intelligent, successful and...
    ... won't. She will not wear your sackcloth and ashes. Now, she has been soundly voted out of office as Baltimore's States Attorney, and still that is not enough for some. She must be cast out with neither shelter nor good reference. When Ms. **Mosby** arrives...
    ... using Air Force One, and spent too much time sculpting her arms into smooth curves of envy. Ms. **Mosby** is a Black woman in the black house. That is how majority-minority Baltimore City is viewed, especially from the outside. She has put in no effort to...

2.  ## A complex assessment of Marilyn Mosby does most good

    The Baltimore Sun | May 01, 2022 | MAIN; A; Pg. 13 | 981 | Steven P. Grossman

    ... A complex assessment of **Marilyn Mosby** does most good...
    ... , **Marilyn Mosby** , has led to some people treating her as a martyr prosecuted because of her race, her gender and her progressive policies as a prosecutor. Others view her as another ethically challenged politician, whose private morals do not match the ones...
    ... shrillness of social media. When it comes to **Marilyn Mosby** , such polarization is acute. In the aftermath of the death of Freddie Gray while in police custody in 2015, Baltimore divided into two camps: those who believed Ms. **Mosby** overcharged the officers who...
    ... fairness require that we let the prosecution play out before we assess the guilt or innocence of Ms. **Mosby** . Where we may not be able to wait, however, regards the decision whether Ms. **Mosby** should be kept on as state's attorney. The law makes it very...
    ... into leaving. You may recall the strong words of both Ms. **Mosby** and her counsel demanding a quick trial to resolve the charges against her. In February she said, "What I'm asking for is to be tried right now because I am innocent, and the citizens of...

3.  ## Federal judge makes some documents public in Marilyn Mosby case

    The Baltimore Sun | May 20, 2022 | MAIN; A; Pg. 3 | 601 | Lee O. Sanderlin

    ... Federal judge makes some documents public in **Marilyn Mosby** case...
    ... Some previously sealed documents in the criminal case against Baltimore State's Attorney **Marilyn Mosby** will become public after a federal judge sided with The Baltimore Sun and other news outlets who requested the court revisit its decision to seal...

... President Nick **Mosby, Marilyn** 's husband, who is not charged with a crime. No details of those conversations were disclosed. The news outlets filed a motion to intervene in the case because of the belief courts are meant to be open to the public, and that...

... share all exculpatory evidence it has in regards to his client, even for crimes or transgressions that aren't the subject of **Mosby** 's case. **Mosby** is charged with two counts of perjury and two counts of making false statements on loan applications in...

... that prosecutors possess recorded phone calls between **Mosby** and Nationwide, the company that manages retirement accounts for Baltimore employees. **Mosby** 's perjury charges stem from her making early withdrawals from her city retirement savings account...

4.   [Prosecutor Marilyn Mosby : Wronged or wrongdoer? Readers weigh in on the federal indictment of Baltimore state's attorney](#)

The Baltimore Sun │ Jan 24, 2022 │ MAIN; A; Pg. 8 │ 1581

... forced to comply by an independent ethics board. Usha Nellore, Bel Air What's the real reason for this **Mosby** open season? I've been listening and following and reading with great interest the discussion about **Marilyn Mosby** and the charges placed upon her...

... by the federal government ("Baltimore State's Attorney **Marilyn Mosby** indicted on federal charges she lied on financial transactions to buy homes in Florida ," Jan. 13). I tried to imagine this young, Black, natural-hair wearing, African American woman...

... not keep her promise? You know, like America has promised the African American public. The haters are going to hate. And not surprising, my hometown Baltimore radio is full of **Marilyn Mosby** haters. Many hosts and callers, who are great accountants as...

... innocent, but if guilty as charged then that must be accepted. Stas Chrzanowski, Baltimore **Mosby** targeted for 'smear campaign' Once again a columnist for The Baltimore Sun is engaged in playing judge and jury in the situation involving **Marilyn Mosby** , state...

... salary? It is all about values for me! It's not about "political and racial animus." **Marilyn Mosby** 's indictment on criminal charges may result in jail time or loss of office or public censure or nothing. The result, however, for me is disappointment...

5.   [Marilyn Mosby indictment another blow to Baltimore](#)

The Baltimore Sun │ Jan 19, 2022 │ MAIN; A; Pg. 12 │ 849

... **Marilyn Mosby** indictment another blow to Baltimore...

... **Marilyn Mosby** is many things to many people. Baltimore's state's attorney has been a rising political star. She is smart, energetic, progressive, reform minded and the source of some pride within the city's Black community. And she is innocent until...

... difficult to see the outlook for reducing the homicide count somehow improved by this circumstance. Let's be frank: Long before federal prosecutors set their sights on Ms. **Mosby** 's financial dealings, she was a political lightning rod. Many in the city...

... . De Sousa is Black, Mr. Norris is white. Again, Ms. **Mosby** deserves her day in court which, unfortunately, could be months or more away. That leaves at least two challenges: how best to prosecute criminals while this cloud hangs over her; and how to...

... judge her behavior when a primary election beckons on June 28, and not all the facts are on the table. The latter circumstance will simply be left to voters to judge. Much of the case against Ms. **Mosby** comes down to documents with her signature on them...

6.   [Marilyn Mosby indicted Federal charges state she lied on financial documents to buy homes in Fla.](#)

The Baltimore Sun | Jan 14, 2022 | MAIN; A; Pg. 1 | 1489 | Justin Fenton, Tim Prudente and Lorraine Mirabella

... **Marilyn Mosby** indicted Federal charges state she lied on financial documents to buy homes in Fla....
... A federal grand jury has indicted Baltimore's top prosecutor **Marilyn Mosby** on charges of perjury and making false statements with a series of financial transactions that helped her buy a condo on Florida 's Gulf Coast and another property near...
... a lower interest rate. The cloud of indictment has loomed over **Mosby** for nearly a year, since federal prosecutors issued subpoenas in March for a wide range of financial records from her and her husband, City Council President Nick **Mosby**. **Marilyn**...
... **Mosby** is now charged with four felonies that could bring prison time, even as her election for a third term looms in June. Federal prosecutors have not accused Nick **Mosby** of wrongdoing. The indictment alleges **Marilyn Mosby** sought a $40,000 withdrawal...
... organization. The Sun reported in late 2020 that a $45,000 federal tax lien had been placed against the Mosbys. Court records show the couple repaid the debt in July. **Marilyn Mosby** also has faced questions about a travel company she formed in 2019 and did not...

7.   [City Council head walks 'fine line' after wife charged As Marilyn Mosby fights for her political life, navigating public role could be challenging for uncharged husband Nick Mosby](#)

The Baltimore Sun | Jan 18, 2022 | MAIN; A; Pg. 1 | 1522 | Jean Marbella

... City Council head walks 'fine line' after wife charged As **Marilyn Mosby** fights for her political life, navigating public role could be challenging for uncharged husband Nick **Mosby**...
... against them that was in place for more than a year and now the indictment of **Marilyn Mosby** , the Mosbys continue to enjoy the support of many who see them as a unique and even glamorous local power couple. "They're a likable couple who have achieved a...
... said. Like other talk radio hosts, former Democratic state Sen. Larry Young said he is seeing strong support for **Marilyn Mosby** from his WOLB callers, some of whom view the indictments as a "paperwork" issue with her personal finances rather than any...
... down, they say, only further strengthens a belief that the system is racially biased. Muhammad is among those who say **Marilyn Mosby** should stand again for her office to give voters "the opportunity to say if she should step down." As for the future...
... scene played out in less-familiar fashion. There was no spouse standing behind her, an absence all the more eyebrow-raising given that **Mosby** 's husband is himself a top officeholder, Democratic City Council President Nick **Mosby**. Publicly silent since...

8.   [Financial hardship is Marilyn Mosby's defense? Good luck with that. commentary](#)

The Baltimore Sun | Jan 19, 2022 | MAIN; A; Pg. 3 | 910 | Dan Rodricks

... Financial hardship is **Marilyn Mosby**'s defense? Good luck with that. commentary...
... That's it? That's **Marilyn Mosby**'s defense? She tapped into her tax-deferred retirement savings in 2020 because private companies that she established just the year before faced financial hardship due to the pandemic - even though said companies had...
... to the national media with this explanation last week, a few hours after the indictment was handed down. In one appearance, he said this: "Remember, **Marilyn Mosby** had businesses, if you will, and so those businesses were in the travel space and they...
... operational. In fact, we were told, the companies are not intended to launch until after **Mosby** leaves office. And didn't we all breathe a sigh of relief at that? Furthermore, in July 2020, **Mosby** asked Baltimore's inspector general to conduct an investigation...

... : **Mosby** is innocent until proven guilty. But her lawyer seems determined to defend her in pretrial press appearances, so I could not resist a rebuttal just based on what's available in the public record. By the way, **Mosby**'s attorney, A. Scott Bolden , went...

9.   [Latest court filings 'anything but dispassionate' Clash continues as lawyers want judge to stop the government from using certain evidence at trial marilyn mosby perjury case](#)

The Baltimore Sun | Aug 08, 2022 | MAIN; A; Pg. 3 | 812 | Lee O. Sanderlin

... Latest court filings 'anything but dispassionate' Clash continues as lawyers want judge to stop the government from using certain evidence at trial **marilyn mosby** perjury case...
... Federal prosecutors and lawyers for State's Attorney **Marilyn Mosby** continue to clash in the latest round of legal filings in the criminal case against Baltimore's top prosecutor. With **Mosby** charged with two counts of perjury and two counts of...
... money in any way she saw fit." In a filing by prosecutors, they included an attachment showing the inflows and outflows of cash from **Mosby** 's personal bank accounts, as well as her credit card purchases and debts. The attachment shows **Mosby** actually...
... "objective evidence" for those claims and that many of her allegations weren't substantiated. Despite that ruling, **Mosby** 's legal team continues to push that narrative, possibly on the grounds that a jury would enter a "nullification," letting **Mosby** off the...
... argument over expert testimony, chiefly whether the government is calling experts and if **Mosby** will disclose her own experts' planned testimony, something she was supposed to do by July 1, but hasn't. One of the reasons **Mosby** 's trial was postponed from May...

11.   [Baltimore prosecutor Mosby claims she didn't know about tax lien, accuses prosecutors of bias](#)

The Daily Record (Baltimore, MD) | Feb 19, 2022 | NEWS | 1082 | Madeleine O'Neill

... . The motions, which ask a federal judge to dismiss the indictment against **Marilyn Mosby** , also argue that the prosecutors pursuing the case are biased against her. Since **Mosby** 's indictment on Jan. 13, she and her lawyer have both accused member of the...
... that Nick **Mosby** told his wife  incorrectly  that the lien had been paid off in November 2020. **Marilyn Mosby** 's lawyer, A. Scott Bolden , argued in the motions that this lack of communication meant **Marilyn Mosby** did not know about the lien when she...
... . Bolden wrote in a September 2021 letter to the DOJ that **Marilyn Mosby** had not yet filed her 2020 taxes and that the alleged loss to the government in 2019 amounted to only $4,000. Bolden in the letter also noted that **Marilyn Mosby** considered separating...
... effort to convince decisionmakers there to halt the investigation into **Marilyn Mosby** and turn their sights toward their own prosecutors. Bolden repeatedly accused the lead prosecutor on the case, Wise, of holding a grudge against **Marilyn Mosby** . He...
... pointed to a dispute between Wise and **Marilyn Mosby** over an alleged leak from her office about federal investigation into the corrupt Gun Trace Task Force  a disputed claim that **Marilyn Mosby** argued had never been backed up by any evidence. In the pretrial...

12.   [Residents split on claims of 'witch hunt' State's attorney has been polarizing figure in the city MARILYN MOSBY INDICTMENT](#)

The Baltimore Sun | Jan 16, 2022 | MAIN; A; Pg. 1 | 1610 | Alex Mann and Christina Tkacik

... Baltimore State's Attorney **Marilyn Mosby** has been for months calling the investigation into her finances a "witch hunt," and now that she's been charged, David Turner agrees. "She stuck her neck out there during the Freddie Gray thing - a lot of...

... , including **Marilyn Mosby** 's attorney, to believe initially that they were seeking criminal tax-related charges against the power couple. David Jaros, faculty director of the Center for Criminal Justice Reform at University of Baltimore School of Law, said it...

... 's unlikely the U.S. attorney's office generally focuses resources on the type of violations outlined in the indictment against **Marilyn Mosby** . However, Jaros said, it's not surprising that federal prosecutors would pursue charges if they uncovered...

... something different: We'd go straight to jail." Baltimore residents and other leaders interviewed by The Baltimore Sun were divided in their reactions to **Mosby** being indicted Thursday by federal prosecutors: Are the charges justified because **Mosby** 's an...

... other residents expressed opinions about the indictment as Baltimore's elected leaders, including **Mosby** 's husband, Democratic City Council President Nick **Mosby**, have stayed mostly quiet. Nick **Mosby** was not named in the indictment and has not been...

13. [Q&A Baltimore's Marilyn Mosby and attorney on the criminal tax investigation of her and her husband](#)

The Baltimore Sun │ Aug 01, 2021 │ MAIN; A; Pg. 8 │ 2778

... of **Marilyn** and Nick **Mosby** over unpaid federal taxes between 2014 and 2016, according to a filing in Baltimore Circuit Court. Nick **Mosby** said in October that it resulted from an early withdrawal from his retirement savings plan for "unplanned expenses...

... entities? No. And, **Marilyn Mosby** categorically denies any such allegations Baltimore's Union Baptist Church received a federal grand jury subpoena seeking information about whether Nick **Mosby** had made contributions there, the church's attorney, Robert...

... the office, Bolden had accused Schenning and Wise of making reckless accusations in 2018 that a leak in **Marilyn Mosby** 's office tipped off members of the Baltimore Police Department's Gun Trace Task Force that there was a federal investigation underway...

... , doesn't resolve the issue - it exacerbates the potential harm to my client less than a year out from her re-election. **Marilyn Mosby** won election to a four-year term in 2014 and was reelected in 2018. Have the feds given any indication, in writing or...

... ' personal, political and perhaps racial animus against Mrs. **Mosby** and continuing the investigation any further is a miscarriage of justice. What would you say to folks in Baltimore who are wondering if **Marilyn Mosby** did anything wrong with her taxes, what...

14. ['Fight of our lives' Marilyn Mosby speaks at Baltimore's Empowerment Temple during Sunday morning service, days after federal indictment](#)

The Baltimore Sun │ Jan 17, 2022 │ MAIN; A; Pg. 3 │ 1061 │ Christine Condon

... 'Fight of our lives' **Marilyn Mosby** speaks at Baltimore's Empowerment Temple during Sunday morning service, days after federal indictment...

... Baltimore State's Attorney **Marilyn Mosby** got a warm reception Sunday morning at Baltimore's Empowerment Temple AME church, days after she was indicted on charges alleging she lied on financial documents. After beginning his sermon, the Rev. Robert...

... Turner summoned **Mosby** and her husband, Baltimore City Council President Nick **Mosby**, to the front of the church, where they were encircled by congregants, who joined hands in prayer. "We rebuke the enemy and his attack on their life. The Devil is a liar...

... loans to purchase the two properties, prosecutors argue **Mosby** lied again, saying she was not indebted to the federal government when in fact she owed thousands in unpaid taxes. During his sermon Sunday, Turner repeatedly cited the charges against **Mosby**...

... wrong," Turner said of **Mosby**. Speaking before the congregation for about five minutes Sunday, **Mosby** struck a defiant tone, although she stressed the difficulties of her job as state's attorney for the city. "Despite the death threats, the hate mail, the...

17.   Mosby urged to return funds Council members press president to comply with  order on legal defense trust

The Baltimore Sun │ May 15, 2022 │ MAIN; A; Pg. 1 │ 1286 │ Emily Opilo

... , which was established to benefit him and his wife, State's Attorney **Marilyn Mosby** . The council president also violated the ethics code by indirectly soliciting donations to the fund, ethics board members said. "We write to express to you our dismay at...

... neither Nick nor **Marilyn Mosby** has reported contributions to the fund on their most recent ethics disclosure statements, due after the creation of the fund. The prominent political pair have been the target of a federal investigation into their finances...

... that resulted in January with **Marilyn Mosby** being indicted on two counts of perjury and two counts of making false statements on loan applications to buy two properties in Florida : an eight-bedroom house near Disney World and a condo on the state's...

... Gulf Coast. Federal prosecutors say **Marilyn Mosby** perjured herself by falsely claiming financial hardship because of the coronavirus to make early, penalty-free withdrawals from her city retirement savings under the federal CARES Act. They also accused...

... **Mosby** has pleaded not guilty and is scheduled to go to trial this fall. Nick **Mosby** said Thursday he "proactively disclaimed" any interest in the legal defense fund and never received any money from it. As state's attorney, **Marilyn Mosby** is governed by...

20.   Court will pick up tab for Mosby 's witnesses

The Baltimore Sun │ Jul 06, 2022 │ MAIN; A; Pg. 1 │ 978 │ Alex Mann and Lee O. Sanderlin

... The court will help pay the cost of the expert witnesses Baltimore State's Attorney **Marilyn Mosby** plans to call in defense against federal perjury and mortgage fraud charges, a judge ruled Tuesday. **Mosby** 's lawyers have indicated they intend to rely...

... ruling. The board has no jurisdiction over **Marilyn Mosby** . The Mosbys have used campaign finance money to help cover their legal expenses over the years. In her January filing, **Marilyn** reported spending nearly $48,000 on lawyers, including $37,500 to Reed...

... Smith LLP, where Bolden is a partner. The Maryland State Board of Elections found **Mosby** 's campaign spending did not violate election law. Even though officials OK'd that spending, future spending could result in a violation. **Marilyn Mosby** did not report...

... services" **Mosby** requested are "necessary" and that **Mosby** is "financially unable to obtain these services at this time to adequately prepare for trial." Griggsby found that **Mosby** , who makes a salary of about $248,000 a year from the city, has "sufficient...

... two years, and this is where we are: hundreds of thousands of dollars in debt in attorneys fees," **Mosby** told reporters on the steps of Baltimore's federal courthouse on April 14. **Mosby** , the city's two-term elected prosecutor, is scheduled to stand...

23.   Mosby 's type of alleged fraud 'happens all the time' Experts explain frequently used financial tactics on mortgage applications

The Baltimore Sun │ Mar 17, 2022 │ MAIN; A; Pg. 1 │ 1399 │ Lee O. Sanderlin and Giacomo Bologna

... time of her application, **Mosby** had a $45,000 federal tax lien against her and her husband. **Marilyn Mosby** claimed she didn't know about the lien because her husband, Democratic Baltimore City Council President Nick **Mosby**, handled their taxes. They paid...

... the Kissimmee house to a Baltimore County resident for a $150,000 profit. The buyer told The Baltimore Sun they didn't know **Mosby**. **Marilyn Mosby** 's allegedly fake $5,000 gift from her husband On Dec. 10, 2020, the day she attended her husband's...

... come from the donor and can't be something the recipient has to pay back. But prosecutors claim Nick **Mosby** didn't actually give his wife $5,000. Instead, **Marilyn Mosby** wired $5,000 to her husband right before she got her paycheck, which gave her enough...

... **Marilyn Mosby** didn't have enough money at the time her account was checked, prosecutors are suggesting she had to lie about the source of the rest of it, even if she would have had enough to cover the payment by the closing date. Saul suggested **Mosby** opted...

... **Mosby** 's apparent plan to skirt higher interest rates and down payments. **Marilyn Mosby** still owns the Gulf Coast condo, according to Florida property records. **Mosby** 's retirement account withdrawals draw scrutiny Prosecutors charged **Mosby** with perjury...

---

24.   [Prosecutors add new details in case against State's Attorney Mosby](#)

The Daily Record (Baltimore, MD) | Mar 10, 2022 | NEWS | 514 | Madeleine O'Neill

... Federal prosecutors reinforced their claims against Baltimore State's Attorney **Marilyn Mosby** Thursday in a superseding indictment that added details to the criminal case against the city's top prosecutor. The superseding indictment does not add any...

... the home. In fact, the indictment alleges, **Marilyn Mosby** wired her husband the $5,000 in February 2021. Nick **Mosby** had less than $5,000 in his checking account at that time, according to the new filing. He moved the $5,000 from his wife into his...

... alleges that **Marilyn Mosby** submitted the false gift letter in order to lock down a favorable interest rate rather than waiting for her next paycheck to be deposited. The new indictment also charges that **Mosby** falsely claimed that she had been living in...

... 's purchase of a vacation home in Long Boat Key, Florida . The new details allege that **Mosby** falsely claimed that she was receiving $5,000 from her husband, City Council President Nick **Mosby**, as a gift that she could put toward the closing costs on...

... pleaded not guilty at her initial appearance last month. In pretrial motions, Bolden said **Mosby** did not know about the tax lien when she applied for the Florida mortgages. The motions blame **Mosby** 's husband for failing to inform her of a series of tax...

---

25.   [Mosby 's trial rules tightened by judge Prosecutors can't mention past investigations of her](#)

The Baltimore Sun | Sep 08, 2022 | MAIN; A; Pg. 1 | 1118 | Lee O. Sanderlin

... A federal judge barred prosecutors Wednesday from mentioning any of the previous investigations into Baltimore State's Attorney **Marilyn Mosby** at her perjury and mortgage fraud trial later this month, making it harder for the government to introduce...

... January, Bolden suggested something to the contrary in an appearance on Roland Martin's YouTube show. "Remember, **Marilyn Mosby** has businesses, if you will," Bolden said then, referencing LLCs she registered in the travel and consulting sectors. "And so...

... **Mosby** 's previous comments about her side businesses. U.S. District Judge Lydia Kay Griggsby said during the first of two pretrial hearings that any mention of previous investigations into **Mosby** would be "very prejudicial" at trial, meaning it could...

... trial was a small win for the embattled Democrat. While Griggsby granted **Mosby** 's motion to exclude evidence of past investigations, she did deny three other defense motions: a motion to stop an FBI accountant and IRS revenue officer from testifying, a...

... ' motions placing limits on what **Mosby** 's experts could say at trial and prohibiting the defense from entering previously disproven evidence of personal and racial animus on the government's behalf. **Mosby** 's lead defense attorney, A. Scott Bolden , said...

26. [If she's guilty, feds plan to seize Mosby condo in Fla.](#)

The Baltimore Sun │ Aug 23, 2022 │ MAIN; A; Pg. 3 │ 777 │ Lee O. Sanderlin

... Federal prosecutors said in court filings that the government plans to try to seize Baltimore State's Attorney **Marilyn Mosby** 's Florida Gulf Coast vacation condo if she's convicted of perjury and mortgage fraud. The city's top prosecutor is charged...
... Council President Nick **Mosby** didn't actually give his wife $5,000. Instead, **Marilyn Mosby** wired $5,000 to her husband right before she got her next paycheck, which, had she waited for it, would have covered what she needed for the down payment. Nick **Mosby**...
... loan terms. **Mosby** and her lawyers have maintained her innocence, claiming the charges are politically motivated and that vindictive and racist prosecutors are leading the case against her. Her trial is set for Sept. 19. The two-term Democrat lost the...
... $545,000. **Mosby** still owns the condo, according to online property records, which she bought for $476,000 in February 2021. A listing on Zillow for the property values it now at $747,500. While Friday's court filings marked the first time prosecutors...
... September against the government's overreach." Prosecutors have taken issue with **Mosby** 's purchase of the condo because of her use of retirement funds to make the down payment and because of assertions she made to her lender when being approved for a...

27. [Lawyer: Feds after Mosby for perjury, won't provide proof Allegedly pursuing charge over signature](#)

The Baltimore Sun │ Oct 22, 2021 │ MAIN; A; Pg. 3 │ 857 │ Tim Prudente

... visit to the city by President Joe Biden for a CNN town hall. Prominent attorney Ben Crump said **Marilyn Mosby** and other leading Black women prosecutors in America are ridiculed, mocked, sued and continuously investigated because of their work to bring...
... six grand jury subpoenas have been issued, seeking a wide range of financial records related to the couple, including tax returns, bank statements, credit card statements, loan documents and canceled checks. **Marilyn Mosby** 's campaign treasurer was...
... hunt because of **Marilyn Mosby** 's progressive politics. On Thursday, he again singled out a federal prosecutor on the case, Assistant U.S. Attorney Leo Wise, for donating $100 each to two Democrats who challenged **Mosby** in the primary election. He's...
... sought to connect the federal tax investigation to the administration of President Donald Trump and the Justice Department under former Attorney General William Barr. Bolden noted Barr publicly criticized **Marilyn Mosby** and other progressive prosecutors...
... Baltimore church to demand an end to the federal criminal tax investigation of **Mosby** and her husband, City Council President Nick **Mosby**. They invited news reporters to the Douglas Memorial Community Church just hours before and a mile away from a planned...

28. [Prosecutors call Mosby 's arguments to dismiss perjury charges 'Orwellian'](#)

The Baltimore Sun │ Jul 01, 2022 │ MAIN; A; Pg. 1 │ 809 │ Alex Mann and Lee O. Sanderlin

... Federal prosecutors responded Thursday to Baltimore State's Attorney **Marilyn Mosby** 's renewed push to dismiss the perjury charges against her by calling her legal arguments "Orwellian." After rejecting **Mosby** 's first attempt to have the charges...

... as a possible explanation for why she sought the retirement money. "Remember, **Marilyn Mosby** has businesses, if you will," Bolden said in a January appearance on Roland Martin's YouTube show. "And so, those businesses were in the travel space and they...

... dismissed on the grounds of vindictive prosecution, U.S. District Judge Lydia Kay Griggsby agreed earlier this month to hear the two-term Democrat's new arguments for dismissal of the perjury charges. **Mosby** 's lawyers on June 1 argued that the perjury...

... . Prosecutors, in their response, called **Mosby** 's argument about ambiguity "Orwellian," or dystopian, and laid out how they plan to prove at trial in detail why she did not qualify for coronavirus relief. Prosecutors said the evidence will show **Mosby** did not...

... the charges on legal grounds, rather than using personal attacks against Maryland U.S. Attorney Erek Barron and lead prosecutor Leo Wise, who **Mosby** 's defense called racist. Griggsby didn't buy those arguments, calling them "problematic" in an April 14...

---

32.  [Mosby granted court funding for experts in federal perjury case](#)

The Daily Record (Baltimore, MD) │ Jul 05, 2022 │ NEWS │ 297 │ Madeleine O'Neill

... A federal judge ruled Tuesday that Baltimore State's Attorney **Marilyn Mosby** qualifies for extra funding to help pay for experts in her criminal case. **Mosby** will be required to make periodic reimbursement payments to the court for the cost of expert...

... time to contribute towards the funds authorized by the Court to provide the aforementioned services." The order offers no details of how much funding **Mosby** has requested or what experts she plans to pay. The filing explains that the defense made an ex...

... parte request for funds under the Criminal Justice Act, which was intended to provide all defendants, regardless of their financial resources, with "any element of representation necessary to an effective defense." **Mosby** 's salary in 2020 was $247,955...

... , according to the indictment. The order also offers little information about the reimbursement payments. It requires **Mosby** to contribute toward the extra funding by making "periodic payments to the Office of the Clerk of Court in an amount to be determined...

... the court." **Mosby** must inform Griggsby of her ability to make reimbursement payments every 30 days, according to the order. **Mosby** 's defense attorney, A. Scott Bolden , did not immediately return a request for comment. Copyright © 2022 BridgeTower...

---

34.  [Mosby 's lawyers blame biases Attorneys accuse federal prosecutors in attempt to have case dismissed](#)

The Baltimore Sun │ Feb 20, 2022 │ MAIN; A; Pg. 1 │ 1621 │ Alex Mann and Emily Opilo

... Lawyers for Baltimore State's Attorney **Marilyn Mosby** presented a long-shot legal argument in their latest filing in federal court: The indictment against her should be dismissed because it is exclusively the result of federal prosecutors' animosity...

... part of the prosecutors," **Mosby**'s attorneys wrote. They described her indictment as the culmination of a "crusade to ruin the political career of a young, progressive, Black, female elected official." **Marilyn Mosby** , 42, is charged with two counts of...

... said she was outside a State House committee room once when **Marilyn Mosby** walked by and Thompson expressed admiration for her. She said Barron responded by bringing up rumors about **Marilyn Mosby** 's "sex life" and said, "I don't get how she got where she...

... for Monumental Squared, a business owned by Nick **Mosby** . Documents included in the filing show **Marilyn Mosby** refused the request, arguing it was overly broad and amounted to an audit of **Mosby** 's taxes, which Lawless was not authorized to perform. The...

... comments about the case. But now, **Mosby**'s attorneys also argue the U.S. attorney's office is participating in discriminatory prosecution that violates **Mosby**'s constitutional rights to due process and equal protection. Even if they've raised legitimate...

36.  [Mosby 's defense team to argue for dismissal of indictment at Thursday hearing](#)

The Daily Record (Baltimore, MD) | Apr 08, 2022 | NEWS | 512 | Madeleine O'Neill

... The case against Baltimore State's Attorney **Marilyn Mosby** will move forward next week with a pretrial hearing on **Mosby** 's effort to have her federal indictment dismissed. Thursday's hearing marks the first time that **Mosby** 's defense team and federal...

... on one of the properties. **Marilyn Mosby** 's pretrial motions also claimed that she did not know about the tax lien when she applied for the Florida mortgages. The motions blamed Nick **Mosby** for failing to inform her of a series of tax problems and then...

... lawyers argued that the lead federal prosecutor, Assistant U.S. Attorney Leo Wise, has a personal vendetta against **Mosby** and should be disqualified from the case. **Mosby** 's attorney, A. Scott Bolden , has pointed to the fact that Wise contributed small...

... amounts to both of **Mosby** 's competitors in the 2018 Democratic primary when she last ran for re-election. In its response, the government accused **Mosby** of inventing a "tale of victimhood" to deflect from the charges against her. **Mosby** faces two counts each...

... week did not appear to limit the number of observers. **Mosby**'s case is scheduled for a trial on Sept. 19. The trial had been set to begin on May 2, but Bolden asked for more time to meet upcoming deadlines and Griggsby on Tuesday granted that request...

37.  [Mosby 's first court appearance set for Friday in federal perjury case](#)

The Daily Record (Baltimore, MD) | Jan 31, 2022 | NEWS | 424 | Madeleine O'Neill

... Embattled Baltimore State's Attorney **Marilyn Mosby** will make a virtual court appearance Friday, her first scheduled hearing since being federally indicted on perjury and false statements charges. **Mosby** 's initial appearance is set for 1:30 p.m...

... 's husband, Baltimore City Council President Nick **Mosby**, was also investigated but has not been indicted. Assistant U.S. Attorney Leo Wise, who has become known for his aggressive pursuit of public corruption cases, is prosecuting **Marilyn Mosby**...

... likely decide on conditions for **Mosby** 's pretrial release at the hearing. The long-rumored indictment against **Mosby** appeared earlier this month in U.S. District Court in Baltimore. The city's top prosecutor faces two counts each of perjury and making...

... the properties, which were located in Kissimmee and Long Boat Key. **Mosby** and her lawyer, A. Scott Bolden , have attacked the prosecution as politically and racially motivated. **Mosby** is up for reelection this year. "This indictment is merely a political...

... firm Reed Smith LLP, and a number of other lawyers from the firm. Bolden has also told the media that **Mosby** had "other business interests" that were affected by the COVID-19 pandemic, though he has declined to offer many details. **Mosby** remained under...

38.  [Mosby fined $1,500 for 'willful violation' of gag order in Davis case](#)

The Daily Record (Baltimore, MD) | Aug 12, 2022 | NEWS | 420 | Madeleine O'Neill

... A Baltimore circuit judge fined city State's Attorney **Marilyn Mosby** $1,500 Friday for willfully violating a gag order when she made a comment about a controversial homicide case on Instagram last month. **Mosby** can avoid paying the fine by following...

... . He oversaw a hearing Friday to determine whether **Mosby** should be held in civil contempt for violating the gag order in the Davis case. **Mosby** was present in the courtroom but did not have to testify or address Nugent . She shook her head as Nugent...

... posted a video asserting Davis's innocence. A user commented that **Mosby** had lost her vote in the upcoming Democratic primary for Baltimore state's attorney. **Mosby** responded: "You really shouldn't believe everything you read." Davis is set to face trial...

... include Davis' wife and activist DeRay Mckesson, who is involved in the effort to bring public attention to the case  in the late morning of June 7. **Mosby** was included under the order. Nugent on Friday declined to find **Mosby** in contempt for comments she...

... made the same day the gag order was issued during an interview on WYPR. Nugent found that **Mosby** had not yet seen the written order and so could not have willfully violated it at that time. But he questioned why **Mosby** would comment about the case on...

40. [In first court appearance, Mosby pleads not guilty and pushes for speedy trial](#)

The Daily Record (Baltimore, MD) | Feb 04, 2022 | NEWS | 502 | Madeleine O'Neill

... Baltimore State's Attorney **Marilyn Mosby** found herself on the other side of the legal system Friday when she appeared as a defendant in court for the first time to answer federal perjury charges. **Mosby** pleaded not guilty to all four counts, as is...

... month, alleged that **Marilyn Mosby** falsely claimed to have been financially impacted by the COVID-19 pandemic in order to request withdrawals from her city of Baltimore employee retirement account in 2020. **Mosby** , whose salary was unaffected during the...

... brief moment of confusion among court staff about how many counts were included in the indictment, **Mosby** entered her not-guilty plea. "Your honor, I would plead not guilty to all four counts," she said. **Mosby** faces two counts each of perjury and making...

... shorter than the legal maximum. Federal investigators spent months digging into **Mosby** 's finances and those of her husband, Baltimore City Council President Nick **Mosby**, who has not been charged with any crimes. The indictment, which became public last...

... pandemic, allegedly used the withdrawals to make down payments on two Florida properties. Bolden has told the media that **Mosby** had "other business interests" that were affected by the COVID-19 pandemic, though he has declined to offer many details. **Mosby** is...

42. [Political race far from typical Campaign for state's attorney has added factor of indictment](#)

The Baltimore Sun | Jan 26, 2022 | MAIN; A; Pg. 1 | 1333 | Emily Opilo

... When Baltimore State's Attorney **Marilyn Mosby** mounted her first bid for reelection in 2018, she faced two serious challengers in defense attorney Ivan Bates and former prosecutor Thiru Vignarajah . The pair attacked the then first-term incumbent on...

... stations are hammering it home every day," she said of local television and radio coverage of **Mosby** 's indictment. "If you're a **Marilyn Mosby** supporter or someone who understands what it's like to be an underdog, it is going to rile you up." The charges...

... cannot prosecute while under indictment, he said. "They've got to give people a reason, and it can't be I'm not **Marilyn Mosby** ," he said. "Proclaiming that you're not **Marilyn Mosby** won't get you elected." **Mosby** 's challengers have been reluctant so far to...

... words of our enemies, but the silence of our friends,' " Whitehead said. "Baltimore is that kind of place." " **Marilyn Mosby** 's friends are not being silent," she said. Baltimore Sun reporter Alex Mann contributed to this article ....

... the city's homicide rate and her effectiveness in office, but **Mosby** still took the race by a landslide margin. Now, as **Mosby** enters her third campaign season, she again faces two Democratic opponents. But this time, the city's top prosecutor confronts...

43.   [Judge lets Mosby continue push to dismiss indictment State's attorney faces charges of perjury, false statements](#)

The Baltimore Sun │ Jun 19, 2022 │ MAIN; A; Pg. 4 │ 600 │ Alex Mann

... A federal judge has allowed Baltimore State's Attorney **Marilyn Mosby** 's renewed push to have some of her charges dismissed to go forward, paving the way for another round of legal papers and, eventually, arguments in court. U.S. District Judge Lydia...

... lawyers argued the case should be dismissed because the indictment was tainted by the alleged animus for **Mosby** harbored by Wise, Barron and other officials in the federal prosecutors' office. The prosecutors vehemently disputed the claims, and Griggsby...

... wasn't convinced by **Mosby** 's lawyers, calling portions of the defense argument "problematic." She denied their motion, and kept the case on course for a trial currently scheduled for Sept. 19. With the appearance of two new lawyers for **Mosby** , bringing...

... her defense team to six attorneys, **Mosby** raised a new position earlier this month: The perjury charges related to her retirement savings withdrawals should be dismissed, the defense argued, because the language in the federal government's guidelines...

... outside of Griggsby 's deadlines, **Mosby** 's lawyers needed permission from the judge to allow the argument to proceed. That meant Griggsby had to find the defense presented good reason to file something outside of the schedule she mandated. The defense...

45.   [Judge sets hearing schedule for final weeks before Mosby trial](#)

The Daily Record (Baltimore, MD) │ Aug 17, 2022 │ NEWS │ 575 │ Madeleine O'Neill

... The federal judge handling Baltimore City State's Attorney **Marilyn Mosby** 's criminal case has scheduled a final set of hearings to deal with outstanding legal issues ahead of the trial that starts Sept. 19. In an updated scheduling order filed this...

... Democratic primary for Baltimore state's attorney for months as **Mosby** sought reelection. She ultimately lost, placing third out of three candidates, and will be out of office early next year. But for now, **Mosby** remains Baltimore's top prosecutor and will face...

... that **Mosby** is the victim of a vindictive prosecution. **Mosby** 's lawyers previously tried to have the case thrown out on that basis, claiming that the government targeted **Mosby** for prosecution out of personal animus or other improper bias. Griggsby...

... : **Mosby** granted court funding to hire expert witnesses The defense and prosecution have also sparred over expert witnesses. **Mosby** 's team claims the government is seeking to admit improper expert testimony from witnesses who will explain her finances and...

... IRS lien and making a series of other false statements when she applied for mortgages on two vacation properties in Florida . **Mosby** has asked Griggsby to block prosecutors from using the terms "financial hardship" or "hardship withdrawal" during the...

47.   [Top Baltimore prosecutor to be tried in May in federal case](#)

Newsbank - Maryland News Sources │ Feb 24, 2022 │ NEWS; Pg. 9 │ 343

... trial date for State's Attorney **Marilyn Mosby** during a telephone call Wednesday with lawyers on the case. **Mosby** is running for reelection. The trial will be held before the Democratic primary on June 28. Calling it a "politically charged case," defense...

... home in Kissimmee, Florida , and a condominium in Long Boat Key, Florida . **Mosby** pleaded not guilty to the charges at her Feb. 4 arraignment. Her trial is expected to last four days. Prosecutors didn't seek **Mosby** 's pretrial detention. **Mosby** , 41, was...

... death sparked protests and riots. None of the officers was convicted. The indictment accuses **Mosby** of falsely stating that the COVID-19 pandemic harmed her finances so she could withdraw $90,000 from her city retirement account. **Mosby** 's gross salary in...

... withdrawals. **Mosby** has asked U.S. District Judge Lydia Kay Griggsby to dismiss her indictment, claiming prosecutors have been driven by "malicious personal, political, and even racial animus." **Mosby** is married to Baltimore City Council President Nick **Mosby**. He...

... Baltimore State's Attorney **Marilyn Mosby** addresses the media outside her office on a day after her indictment on federal perjury charges on Friday, Jan. 14, 2022. JERRY JACKSON/THE BALTIMORE SUN VIA AP , FILE...

---

48.   [Mosby asks to postpone federal trial until September](#)

The Daily Record (Baltimore, MD) | Apr 01, 2022 | NEWS | 272 | Madeleine O'Neill

... **Mosby** asks to postpone federal trial until September...

... Embattled Baltimore City State's Attorney **Marilyn Mosby** wants to postpone her federal criminal trial until September, reversing her previous push to conclude the case before the primary election. Her trial had been set to begin May 2, but **Mosby** 's...

... be unable to comply with the Court-imposed deadline" for motions in limine, Bolden wrote. **Mosby** faces two counts each of perjury and making false statements on loan applications. She has claimed that the prosecution is politically motivated and...

... targeted to hurt her chances at reelection this year. It was not immediately clear Friday what a postponement would mean for the election. **Mosby** has remained coy about her plans to run and has yet to formally file for reelection, though her campaign website...

... request to postpone **Mosby** 's trial. (This story will be updated.) Copyright © 2022 BridgeTower Media . All Rights Reserved....

---

50.   [Mosby renews push to dismiss State's attorney again seeks to have perjury charges dropped](#)

The Baltimore Sun | Jun 03, 2022 | MAIN; A; Pg. 1 | 1023 | Lee O. Sanderlin

... Weeks after a judge denied her original request, lawyers for Democratic Baltimore State's Attorney **Marilyn Mosby** are trying again to have perjury charges against her dismissed. In court papers filed late Wednesday evening, **Mosby** 's lawyers asked U.S...

... why she sought the retirement money. "Remember, **Marilyn Mosby** has businesses, if you will," Bolden said in a January appearance on Roland Martin's YouTube show. "And so, those businesses were in the travel space and they were affected by [the...

... bite at the apple," **Mosby** 's lawyers wrote. Specifically, **Mosby** is asking Griggsby to dismiss counts 1 and 3 of her indictment, which have to do with her claiming a financial hardship to withdraw money from her city retirement account. The assertions...

... ' solely to a person's salary has no foundation in law or reality and cannot be used as the basis for prosecuting State's Attorney **Mosby** under Counts 1 and 3," her lawyers wrote. Prosecutors allege **Mosby** lied in 2020 about experiencing financial hardship...

... to leverage $90,000 in funds she should not have had access to in order to get two vacation homes." In the past, **Mosby** 's lead defense attorney, A. Scott Bolden , had mentioned **Mosby** 's travel and consulting businesses as a possible explanation for...

---

52.   [Judge sides with Mosby on keeping document sealed in federal perjury case](#)

The Daily Record (Baltimore, MD) | May 19, 2022 | NEWS | 416 | Madeleine O'Neill

... A federal judge has ruled that Baltimore State's Attorney **Marilyn Mosby** can keep under seal a document that several local news organizations sought to open to the public in **Mosby** 's federal criminal case. U.S. District Judge Lydia Kay Griggsby found...

... that information contained in the document could harm **Mosby** 's right to a fair trial if it were unsealed. "There is a compelling interest served by keeping this information confidential, because the public release of this information could reveal the...

... filed under seal so far in **Mosby** 's case. The news organizations' motion argued that there is a "strong presumption" that criminal case records will be open to the public. That presumption can only be overcome by a compelling interest that outweighs the...

... the record private. Griggsby agreed that record could remain sealed, citing **Mosby** 's right to a fair trial under the Sixth Amendment. She also found that redacting the document, instead of sealing it entirely, was "not feasible, given its substance and...

... the Defendant's compelling Sixth Amendment interest." The ruling provides little additional information about the record. **Mosby** faces two counts each of perjury and making false statements on loan applications. The indictment alleges that **Mosby** falsely...

---

54.  [Baltimore State's Attorney Mosby indicted on federal perjury, false statement charges](#)

The Daily Record (Baltimore, MD) │ Jan 13, 2022 │ NEWS │ 226 │ Madeleine O'Neill

... Baltimore State's Attorney **Mosby** indicted on federal perjury, false statement charges...

... Baltimore City State's Attorney **Marilyn Mosby** has been federally indicted on two counts each of perjury and false statement on a loan application. The indictment was filed Thursday in U.S. District Court in Baltimore. It alleges that **Mosby** falsely...

... . She is also accused of following the same process to procure another $50,000 in December 2020, which she then allegedly used to make a down payment on a second vacation home in Long Boat Key, Florida . It also accuses **Mosby** of failing to disclose a...

---

55.  [Judge sets new deadlines in State's Attorney Mosby 's criminal case](#)

The Baltimore Sun │ May 25, 2022 │ MAIN; A; Pg. 3 │ 747 │ Lee O. Sanderlin

... A federal judge has set new pretrial deadlines in **Marilyn Mosby** 's criminal case, but technical problems made it difficult for members of the public to hear any of the discussion surrounding the decision. Lawyers for the Baltimore State's Attorney...

... completed before the July 19 primary election date, whereas **Mosby** 's team proposed a schedule that would go through the primary and run up near the Sept. 19 trial date. Griggsby met the two sides in the middle, calling for some motions due from the...

... . In predominantly Democratic Baltimore, the primary winner typically wins the general election. "I know I've done nothing wrong, so I'm ready to go to trial tomorrow," **Mosby** said during a Feb. 1 appearance on MSNBC . "Put this on trial right now so I...

... can prove my innocence. But let's get to the election because I know that's what this is all about." But **Mosby** asked for a continuance in April, which Griggsby granted. **Mosby** also tried to have the case against her thrown out, but Griggsby sided with...

... with the virtual hearing, defense attorney Rizwan Qureshi could be heard guaranteeing his client's readiness for trial. "Ms. **Mosby** is prepared and eager to go to trial on the September 19 trial date," he said. **Mosby** is charged with two counts of perjury...

---

58.  [Mosby supports unsealing one record in her criminal case, opposes opening another](#)

The Daily Record (Baltimore, MD) | May 16, 2022 | NEWS | 429 | Madeleine O'Neill

... In response to a motion filed by a group of Baltimore news organizations, Baltimore State's Attorney **Marilyn Mosby** has agreed that one sealed record in her federal criminal case should be opened to the public, but still plans to keep another record...

... ." **Mosby** 's attorneys wrote that the public's right to access criminal proceedings can, under certain circumstances, be overcome by a defendant's right to a fair trial. Further details about the document are not available because **Mosby** 's motion to seal...

... earlier document filed under seal could be opened. The sealed document includes four exhibits that were attached to a motion for a status conference that **Mosby** filed in late March. "When Ms. **Mosby** originally filed those exhibits under seal, she did so in...

... . District Judge Lydia Kay Griggsby ordered **Mosby** to respond by May 12. As of May 16, Griggsby has not yet ruled on **Mosby** 's request to keep one case record sealed, nor has she opened the records for which the motion to unseal was uncontested. **Mosby** faces two...

... counts each of perjury and making false statements on loan applications. The indictment alleges that **Mosby** falsely claimed she suffered financially during the COVID-19 pandemic in order to withdraw money from her city retirement account. She is also...

---

62.  [Trial for Baltimore State's Attorney Mosby delayed until September](#)

The Daily Record (Baltimore, MD) | Apr 05, 2022 | NEWS | 393 | Madeleine O'Neill

... The criminal trial against Baltimore City State's Attorney **Marilyn Mosby** has been postponed until September, setting up a campaign season in which **Mosby** may seek reelection while under the threat of federal prosecution. U.S. District Judge Lydia Kay...

... Griggsby on Tuesday ordered **Mosby** 's trial rescheduled for Sept. 19. The trial had been set to begin on May 2, but **Mosby** 's lawyer, A. Scott Bolden , asked for more time to meet upcoming deadlines late last week. A hearing on pretrial motions in the case...

... remains scheduled for April 14. **Mosby** previously sought a quick trial so that the proceedings would conclude before the Democratic primary this summer. More recently, she has equivocated on whether she intends to run and has yet to formally file for...

... more time to prepare pretrial motions and resolve pending issues in the case. Federal prosecutors opposed the request, pointing to **Mosby** 's repeated statements to the press that she was prepared to go to trial as soon as possible. The parties met in a...

... motion to dismiss the indictment based in part on allegations that the lead prosecutor on the case, Assistant U.S. Attorney Leo Wise , has personal animus against **Mosby** and is pursuing a vindictive prosecution against her. The parties will address the...

---

65.  [State's attorney pledges to fight criminal perjury case, calls to step down](#)

The Baltimore Sun | Jan 15, 2022 | MAIN; A; Pg. 1 | 1097 | Tim Prudente and Alex Mann

... Baltimore State's Attorney **Marilyn Mosby** struck a defiant tone Friday in her first public appearance since being indicted on federal perjury charges, pledging to fight a case that she called politically and racially motivated and heading off calls...

... a year. Federal prosecutors issued subpoenas last March for a wide range of financial documents from **Mosby** and her husband, City Council President Nick **Mosby**. The indictment alleges no wrongdoing by Nick **Mosby**. Bolden has maintained **Marilyn Mosby** is...

... with two counts of perjury and two counts of making false statements on loan applications to buy a condo on the Florida 's Gulf Coast and an eight-bedroom rental home near Disney World . According to the indictment, **Mosby** claimed a financial hardship...

... pandemic. Federal prosecutors, however, say **Mosby** suffered no such hardship and instead saw her salary increase by $10,000 to nearly $250,000 in 2020. In making the withdrawals, **Mosby** checked a box and affirmed under the penalty of perjury that she suffered...

... , has seized on $100 donations Wise made to the political campaigns of **Mosby** 's two challengers in 2018 and sought - albeit unsuccessfully - to have Wise removed from the case. The case against **Mosby** has been a matter of debate and speculation for nearly...

---

66.   [Mosby doubles down to have perjury charges dismissed](#)

The Baltimore Sun │ Jul 13, 2022 │ MAIN; A; Pg. 1 │ 657 │ Alex Mann

... Baltimore State's Attorney **Marilyn Mosby** doubled down on an argument that the assertions she made under the penalties of perjury don't matter, and that the charges federal prosecutors brought against her as a result of those statements should be...

... the state's Gulf Coast, according to the indictment. But, lawyers for **Mosby** argued, her checking the box that she experienced financial hardship because of COVID-19 as a way to qualify for coronavirus relief doesn't matter because her assertion wasn't...

... consequences." Federal prosecutors last month described **Mosby** 's argument as dystopian. They said Nationwide wouldn't have disbursed the money but for **Mosby** 's lies and that the retirement plan relied on her statements, made under the penalty of perjury, to be...

... Lydia Kay Griggsby allowed to go forward. Griggsby will next hear from the lawyers in a courtroom. According to the judge's most recent scheduling order, the next hearing is set for Sept. 14, five days before **Mosby** 's trial. **Mosby** is running for a third...

... . Griggsby found **Mosby** could not afford to consult experts up front, but that the state's attorney, who makes a salary of about $248,000 a year from the city, has the means to pay the court back in installments over time. **Mosby** 's lawyers said in court...

---

71.   [Baltimore news organizations ask judge to unseal records in Mosby case](#)

The Daily Record (Baltimore, MD) │ Apr 28, 2022 │ NEWS │ 469 │ Madeleine O'Neill

... The Daily Record, The Baltimore Sun and The Baltimore Banner have asked the judge handling Baltimore State's Attorney **Marilyn Mosby** 's federal criminal case to unseal records that the news organizations say should be public. The motion comes two...

... the case against **Mosby** , the defense team has made two requests to file documents under seal. In March, the defense said a series of documents needed to be sealed because they contained "confidential correspondence between the parties. " In another...

... not make findings on the record as to why the documents should be shielded from public access. The parties to the case will have an opportunity to respond to the motion to unseal records. **Mosby** faces two counts each of perjury and making false...

... statements on loan applications. The indictment alleges that **Mosby** falsely claimed she had suffered financially during the COVID-19 pandemic in order to withdraw money from her city retirement account without incurring a penalty. She is also accused of...

... failing to disclose a $45,000 IRS lien when she applied for mortgages on two properties in Florida , and of making various false statements in order to secure favorable interest rates. **Mosby** has denounced the charges as politically motivated and untrue...

---

72.   [Mosby seeks dismissal of perjury charges related to retirement withdrawals](#)

The Daily Record (Baltimore, MD) │ Jun 01, 2022 │ NEWS │ 612 │ Madeleine O'Neill

... Baltimore State's Attorney **Marilyn Mosby** is again seeking to dismiss the federal charges against her, this time focusing solely on two counts of perjury related to allegations that she falsely claimed pandemic-related financial hardship to withdraw...

... money from her city retirement account. In a motion filed late Wednesday, **Mosby** 's lawyers asked permission to file a second motion to dismiss charges in her federal criminal case. U.S. District Judge Lydia Kay Griggsby last month rejected a motion to...

... dismiss the entire indictment on the grounds that the charges were brought out of personal animus. Wednesday's request, if granted, would mean another round of pretrial motions ahead of **Mosby** 's trial in September. In the proposed motion to dismiss the...

... Act allowed participants to avoid a 10% penalty for withdrawing retirement funds early and to spread out the taxes due on that money over three years. But **Mosby** 's retirement account wasn't subject to an early withdrawal penalty and she paid all of the...

... Florida . But Wednesday's proposed motion to dismiss argues that the perjury charges should be dropped because **Mosby** was allowed to self-certify that she had suffered financially  meaning she did not make a "material" statement under the federal perjury...

---

82.   [Keith Davis Jr. lawyers want Mosby held in contempt for gag order violation](#)

The Daily Record (Baltimore, MD) | Jun 16, 2022 | NEWS | 630 | Madeleine O'Neill

... The lawyers for a Baltimore man facing his fifth trial in a 2015 murder are seeking to have city State's Attorney **Marilyn Mosby** held in contempt for comments she made in a radio interview soon after a judge issued a gag order blocking lawyers from...

... sanction for the violation. "The egregiousness of ( **Mosby** 's) conduct requires dismissal because it is impossible to erase the taint of guilt that she has created and her conduct demonstrates that she is unable to conform her behavior," Davis's lawyers...

... did not return a message seeking comment. The motion requests a finding of civil contempt against **Mosby** , which means incarceration is not being sought as a consequence. The motion asks Nugent to order **Mosby** to explain why she should not be held in...

... under the order. Shortly after the ruling, **Mosby** appeared on WYPR's "Midday" show and responded to a question about the Davis case from host Tom Hall. **Mosby** acknowledged that a gag order was in place. **Mosby** did not discuss the case in detail, but made...

... that we are going to fight, and if a case has nothing substantively to do with the fact that we believe this is an individual that committed the offense, we're going to fight for justice for that family." Nugent has not ruled on the motion to hold **Mosby**...

---

83.   [Mosby 's lawyer says she qualified for relief State's attorney is accused of falsely claiming hardship in order to withdraw retirement money early to buy homes in Florida](#)

The Baltimore Sun | Jan 18, 2022 | MAIN; A; Pg. 3 | 921 | Jessica Anderson

... A lawyer for Baltimore State's Attorney **Marilyn Mosby** provided a defense Monday to charges that she lied when she claimed to have suffered financial hardship from the coronavirus pandemic to obtain an early withdrawal from her retirement savings to...

... a federal tax lien against her and her husband City Council President Nick **Mosby**, who has not been charged. Bolden said Monday that **Marilyn Mosby** was unaware of the lien at the time of the applications. "My client did not know about the tax lien...

... purchase two Florida homes. "I'm telling you she's not only innocent, but we have professionals who she consulted with. She qualified under the statute," **Mosby** 's attorney, A. Scott Bolden , said at a news conference Monday. **Mosby** , 41, is charged with...

... not face any of those circumstances, the indictment alleges, and said she received her full gross state's attorney salary of $247,955. Bolden indicated that **Mosby** 's fledgling private businesses allowed her to receive such relief. **Mosby** previously...

... opportunity to travel outside of urban cities so they can vacation at various destinations throughout the world at affordable rates," **Mosby** said previously. A spokeswoman for **Mosby** indicated in 2020 that the businesses were not yet active, and were considered...

86.   [Trial for Baltimore State's Attorney Mosby set for May](#)

The Daily Record (Baltimore, MD) | Feb 23, 2022 | NEWS | 459 | Madeleine O'Neill

... The jury trial in Baltimore State's Attorney **Marilyn Mosby** 's federal criminal case has been scheduled for May 2. U.S. District Judge Lydia Kay Griggsby set the date Wednesday during a scheduling conference that was not open to the public. Griggsby...
... of the upcoming Democratic primary for **Mosby** 's post as Baltimore's top prosecutor. **Mosby** and Bolden have claimed that the prosecution is politically motivated and was timed to hurt **Mosby** in the leadup to her re-election campaign. A federal grand jury...
... indicted **Mosby** on Jan. 13 on two counts each of perjury and making false statements on loan applications. The indictment alleges that **Mosby** falsely claimed financial hardship during the COVID-19 pandemic in order to withdraw money from her retirement...
... account without incurring the usual penalty. She is also accused of failing to disclose a $45,000 IRS lien when she applied for mortgages on two properties in Florida . **Mosby** pleaded not guilty at her initial appearance earlier this month. In pretrial...
... motions, Bolden said **Mosby** did not know about the lien when she applied for the Florida mortgages. The motions blame **Mosby** 's husband, City Council President Nick **Mosby** , for failing to inform her of a series of tax problems and then telling her...

93.   [Judge in Mosby case updates sealing rules after letters from news organizations](#)

The Daily Record (Baltimore, MD) | Apr 15, 2022 | NEWS | 556 | Madeleine O'Neill

... The judge overseeing Baltimore State's Attorney **Marilyn Mosby** 's criminal case has vacated her previous orders sealing documents from public view after a group of news organizations wrote letters objecting to the practice. The order, filed late...
... wrote. "If the Court decides to seal documents, it must state its reasons on the record, supported by specific findings, and state its reasons for rejecting less restrictive alternatives." Since the beginning of the case against **Mosby** , the defense team...
... judge will make a decision on whether to unseal those documents and the rationale for that decision after that 14-day window. **Mosby** faces two counts each of perjury and making false statements on loan applications. The indictment alleges that **Mosby**...
... on two properties in Florida , and of making various false statements in order to secure favorable interest rates. At a hearing on Thursday, Griggsby denied a request from the defense to dismiss **Mosby** 's indictment. **Mosby** 's attorney, A. Scott Bolden...
... , tried to have the case thrown out by arguing that the lead prosecutor, Assistant U.S. Attorney Leo Wise, has a personal grudge against **Mosby** . Griggsby found the defense's arguments unconvincing and said there was no objective evidence of vindictive or...

95.   [Mosby sells off Florida property for $696K State's attorney had bought it last year for $545,000](#)

The Baltimore Sun | Nov 13, 2021 | MAIN; A; Pg. 3 | 466 | Justin Fenton

... Baltimore State's Attorney **Marilyn** J. **Mosby** , facing mounting legal bills, has sold one of two Florida properties she recently purchased to a buyer from Baltimore County, property records show. **Mosby** sold her eight bedroom, 4,000-square-foot rental...

... County land records list the new owner as Grace Nyakoe, who took out a $548,000 mortgage from NewRez, LLC , to purchase the home. Reached by phone, Nyakoe said she did not know **Marilyn Mosby** but declined to discuss the transaction further. The property...

... property in Kissimmee on Nov. 2, according to the Osceola County Florida Clerk of Courts. The sales prices was $696,000, according to MLS data, nearly 30% more than the $545,000 she paid for it in September 2020. **Mosby** 's attorney, A. Scott Bolden released...

... , as well as a second near Sarasota , attracted attention in Baltimore earlier this year, as the purchases came as the IRS had a $45,000 tax lien against **Mosby** and her husband, Nick **Mosby**, and amid a criminal tax investigation of the couple. **Mosby**...

... , **Mosby**'s campaign said in a statement that it sought to "establish an appropriate mechanism to set up a legal defense fund for the tens of thousands of dollars in additional costs" stemming from investigations of her finances. Her attorney, Bolden, said...

---

98.  [State's Attorney Mosby slated for initial court appearance](#)

The Baltimore Sun | Feb 01, 2022 | MAIN; A; Pg. 3 | 453 | Alex Mann

... Baltimore State's Attorney **Marilyn Mosby** is slated to appear in court for the first time Friday afternoon following her federal indictment on perjury and false statement charges. Her initial appearance will be held virtually and is scheduled for 1...

... :30 p.m., according to the U.S. Attorney's Office. **Mosby** was indicted Jan. 13 on two counts of perjury and two counts of making false statements on loan applications to buy a pair of properties in Florida . The two-term state's attorney allegedly made...

... say **Mosby** experienced no such hardship and accused her of checking a box affirming under the penalty of perjury that her finances took a blow. **Mosby** allegedly used the withdrawals for down payments on an eight-bedroom rental home near Disney World and...

... policies **Mosby** enacted as the city's elected prosecutor. Bolden declined to comment on **Mosby** 's arraignment. Four more attorneys from his Washington, D.C. , law firm, Reed Smith LLC, have entered their appearance in **Mosby** 's defense. They are Daniel Zev...

... discuss **Mosby** 's pending case, citing rules of professional conduct that limit what he is allowed to say. Barron , however, defended his office's work generally in a meeting with reporters Jan. 18, saying his prosecutors follow the evidence and make...

---

100.  [Indicted Baltimore State's Attorney Mosby launches impassioned defense: 'I have done nothing wrong'](#)

The Daily Record (Baltimore, MD) | Jan 14, 2022 | NEWS | 430 | Madeleine O'Neill

... Embattled Baltimore prosecutor **Marilyn Mosby** vowed to fight her federal charges Friday at an impassioned news conference in front of the Baltimore State's Attorney's Office that she has headed since 2015. "I wanted the people of Baltimore to hear it...

... from me: I have done nothing wrong," **Mosby** said in her first public comments since being indicted Thursday. She faces two counts each of perjury and making false statements on loan applications. **Mosby** did not take questions from the press at the news...

... . "This indictment is merely a political ploy by my political adversaries to unseat me," **Mosby** said. "Please also understand that I will never let that happen without a fight. " The allegations stem from **Mosby** 's purchase of two Florida vacation homes in...

... designed to politically damage **Mosby** , who is up for reelection this year. In a radio interview Friday, Bolden said he tried to present exculpatory evidence to prosecutors, but that they declined to meet with him. He told WYPR's Tom Hall that **Mosby** had...

... use her retirement money to make investments. Both **Mosby** and Bolden noted that the lead prosecutor handling her case, Assistant U.S. Attorney Leo Wise, made campaign contributions to two of **Mosby** 's political opponents in the 2018 primary. She went on...

103.   [Mosby pleads not guilty State's attorney is facing federal charges of perjury, making false statements](#)

The Baltimore Sun | Feb 05, 2022 | MAIN; A; Pg. 1 | 731 | Jessica Anderson

... Baltimore State's Attorney **Marilyn Mosby** pleaded not guilty to federal charges of perjury and making false statements Friday, and is seeking a speedy trial within the next two months. The city's top prosecutor, who is up for reelection, went before...
... the hearing. **Mosby** was indicted Jan. 13 on two counts of perjury and two counts of making false statements on loan applications to buy a pair of properties in Florida . She entered a not guilty plea to all four counts. **Mosby** , Bolden and **Mosby** 's...
... advised her of her constitutional rights to remain silent, and the right to be represented by counsel at all stages of the proceedings. Wise said the government was not asking for **Mosby** to be detained pending trial. Federal prosecutors allege that **Mosby**...
... operated. **Mosby** did not face any of those circumstances, and received her full gross state's attorney salary of $247,955, according to the indictment. At a news conference last month, Bolden provided a defense in the case, saying that **Mosby** was eligible to...
... purchased two properties in Florida , and lied on the mortgage loan applications by failing to disclose a federal tax lien against her and her husband, Democratic City Council President Nick **Mosby**, who has not been charged. Bolden has said **Mosby** was unaware...

108.   [Feds say they have Mosby on tape Revelation comes as defense doubles down on the claim prosecutors are acting vindictively](#)

The Baltimore Sun | Mar 26, 2022 | MAIN; A; Pg. 1 | 900 | Lee O. Sanderlin and Alex Mann

... As lawyers for Baltimore State's Attorney **Marilyn Mosby** doubled down on their allegations of vindictiveness from federal prosecutors, the feds revealed a new detail about their case: The government has recordings of phone calls between **Mosby** and the...
... had argued that hiccups in the pretrial exchange of information between prosecution and defense could impact the May 2 trial date. **Mosby** is charged with two counts of perjury related to her penalty-free withdrawals from her retirement account, and the...
... common business practice. Prosecutors claim **Mosby** lied in 2020 about experiencing financial hardship during the pandemic so she could withdraw $81,000 without penalty from her City of Baltimore retirement savings account to make down payments on two...
... lined up a company to run it as a rental, a maneuver to secure a lower interest rate. **Mosby** 's attorney, A. Scott Bolden , did not respond to a request for comment Friday evening. Her attorneys have responded to the charges by railing against the U.S...
... have sought to have Wise removed from the case, and the indictment against **Mosby** dismissed. Federal prosecutors dismissed the claims as legally and factually meritless, saying their prosecution is driven by the evidence against **Mosby** . Friday was the...

113.   [Judge denies motion to dismiss federal charges against Mosby](#)

The Daily Record (Baltimore, MD) | Apr 14, 2022 | NEWS | 645 | Madeleine O'Neill

... A federal judge denied a request from Baltimore City State's Attorney **Marilyn Mosby** to dismiss her federal indictment Thursday, finding that the defense had shown no objective evidence the charges were brought out of personal animus. U.S. District...

... Judge Lydia Kay Griggsby ruled from the bench after a lengthy hearing at which **Mosby** 's lawyer, A. Scott Bolden , tried to turn the spotlight on the lead prosecutor, Assistant U.S. Attorney Leo Wise, and argue that Wise targeted **Mosby** for prosecution...

... vindictive prosecution, though she said she accepted the factual allegations as true for the purposes of deciding the motions. **Mosby** repeatedly shook her head while Griggsby was announcing the decision. After the hearing, **Mosby** struck a defiant tone and said...

... dismiss the charges, they're problematic," Bolden said. As she entered the courthouse before the hearing, **Mosby** was flanked by her husband, City Council President Nick **Mosby**, and greeted by a small group of supporters who shouted that she is "built for...

... this," in reference to comments **Mosby** made soon after being indicted. The defense's arguments meant that most of Thursday's hearing centered on Wise, rather than the case against **Mosby**. The indictment alleges that she falsely claimed financial hardship...

118.   [Davis alleges online post by Mosby violated court order](#)

The Baltimore Sun │ Jul 08, 2022 │ MAIN; A; Pg. 3 │ 912 │ Alex Mann and Lee O. Sanderlin

... Baltimore State's Attorney **Marilyn Mosby** earlier this week commented on an Instagram post about the repeated prosecutions of Keith Davis Jr., potentially violating an order prohibiting lawyers involved with the case from talking publicly about it...

... the Democrat, who is seeking a third term as the city's elected prosecutor. Circuit Court Judge John Nugent found the original motion from the defense, which accused **Mosby** of violating the so-called gag order within an hour of it taking effect in June...

... . A caption calls the repeated prosecutions of Davis "alarming persecution." The Instagram account has approximately 156,000 followers; one commenter said **Mosby** had lost her vote. With the Democratic primary election looming July 19, **Mosby** 's official...

... motion, **Mosby** 's prosecutors argued that their boss's comments last month on the radio were not willful or directly related to the case. They also said the defense argument was "moot" because **Mosby** 's radio interview was over and asked Nugent to withdraw...

... his order mandating **Mosby** appear in court. Davis' lawyers argued the Instagram comment showed **Mosby** would continue to make extrajudicial statements about the case without the judge's intervention. "Ms. **Mosby** 's unrestrained, continued conduct on...

121.   [May trial date scheduled for Mosby Baltimore state's attorney faces perjury, false statement charges](#)

The Baltimore Sun │ Feb 25, 2022 │ MAIN; A; Pg. 3 │ 589 │ Alex Mann

... A federal trial for Baltimore State's Attorney **Marilyn Mosby** has been scheduled for May 2. U.S. District Judge Lydia Kay Griggsby chose that date for a jury trial following a status conference with **Mosby** 's lawyers and federal prosecutors Wednesday...

... not tell **Marilyn** about the tax lien until after she signed the mortgage documents, according to an affidavit cited in a Feb. 18, 2021, letter from **Mosby**'s attorney. Excerpts of the affidavit appear in a package of documents attached to the defense's...

... federal CARES Act by claiming she suffered financially because of the coronavirus pandemic. Federal prosecutors contend **Mosby** experienced no hardship, and cited a salary increase. **Mosby** makes almost $248,000 a year. **Mosby** allegedly used the withdrawals for...

... . Attorney Erek Barron and Leo Wise, the assistant U.S. attorney leading the prosecution, of harboring animosity toward **Mosby** . In separate motions, **Mosby** lawyers asked Griggsby to disqualify Wise from prosecuting **Mosby** and demanded the government provide...

... more information about its allegations. The defense said prosecutors failed to show that **Mosby** did not qualify for CARES Act withdrawals or that **Mosby** knew about the tax lien. **Mosby** 's husband, Baltimore City Council President Nick **Mosby**, said he did...

125.  **Witness previously called actions 'dumb' Revelation comes after Mosby and prosecutors reveal experts scheduled to testify at trial mosby perjury and mortgage fraud trial**

The Baltimore Sun | Jul 19, 2022 | MAIN; A; Pg. 1 | 980 | Lee O. Sanderlin and Alex Mann

... Witness previously called actions 'dumb' Revelation comes after **Mosby** and prosecutors reveal experts scheduled to testify at trial **mosby** perjury and mortgage fraud trial...
... An expert witness hired by Baltimore State's Attorney **Marilyn Mosby** to help her defense at her upcoming perjury and mortgage fraud trial previously called her actions "quite dumb." **Mosby** 's lawyers plan to call Eric Forster, a California -based...
... . The government is paying for **Mosby** 's witnesses, at least in part, after a judge found she likely cannot afford them. Expert witness testimony can cost more than $10,000. Her trial is scheduled for Sept. 19. **Mosby** 's defense team, led by attorney A...
... favorable loan terms. In a March interview with The Baltimore Sun, Forster discussed **Mosby** 's indictment at length, saying her alleged ploy to save on interest and down payments was commonplace. Forster did not respond to a request for comment Monday...
... prosecutors' prejudice for **Mosby** and her policies as state's attorney. The government vehemently rejected those allegations; Griggsby denied the defense's request, finding it was problematic. In addition to **Mosby** 's alleged indiscretions related to the so...

126.  **In new court filings, feds say Mosby has 'invented a tale of victimhood'**

The Daily Record (Baltimore, MD) | Mar 11, 2022 | NEWS | 595 | Madeleine O'Neill

... Federal prosecutors accused Baltimore State's Attorney **Marilyn Mosby** of inventing a "tale of victimhood" to deflect from her criminal charges in a lengthy response to her allegations of bias filed Friday. In a 61-page filing, the government asked U...
... .S. District Judge Lydia Kay Griggsby to deny **Mosby** 's motion to dismiss the indictment. **Mosby** faces two counts each of perjury and making false statements on loan applications. "The Defendant's motion finds no support in the facts, the law, or even...
... against the lead prosecutor, Assistant U.S. Attorney Leo Wise, based in part on the fact that he made donations of $100 to each of her competitors in the 2018 Democratic primary. **Mosby** went on to win that election. **Mosby** has also indicated that she plans...
... did not bring any additional charges. Inpretrial motions, **Mosby** 's lawyer, A. Scott Bolden , said **Mosby** did not know about the tax lien when she applied for the Florida mortgages. The motions blame **Mosby** 's husband, City Council President Nick **Mosby**...
... response also denies that the investigation into **Mosby** began with a referral from Maryland Bar Counsel, which **Mosby** alleged in pretrial filings. **Mosby** has received about 17,000 pages of discovery since being indicted, according to the response. "While this...

143.  **Mosby case shows ordinary men understand COMMENTARY**

The Baltimore Sun | Jun 03, 2022 | MAIN; A; Pg. 3 | 919

... Attorney, **Marilyn Mosby** ( Boston College Law School , 2005), claim she shouldn't be prosecuted for perjury because of those three words in the federal law she allegedly violated. They say "adverse financial consequences" is "not a phrase with a meaning...

... charge of perjury," **Mosby** 's lawyers argue, citing case law. They say Congress failed to define "adverse financial consequences," and the phrase could have broad meaning. "Even if receiving their full salary," **Mosby** 's side argues, "does that person...

... would have generated?" That last reference - to "starting and implementing" a business - is interesting because it brings up the matter of two companies **Mosby** created in 2019. After the existence of Mahogany Elite Consulting and Mahogany Elite Travel...

... became known, **Mosby** said the companies were not yet active. She later said she had "not taken on a single client for these companies, nor have I taken in any money." But, in a media appearance in January, her lead attorney, A. Scott Bolden , suggested...

... that **Mosby** 's businesses had been adversely affected by the pandemic, contradicting what his client had said about them. Of course, the same attorney claimed "prosecutorial vindictiveness" against **Mosby** , saying the investigation and indictment were...

---

145.  **Mosby defense team wants federal prosecutor to testify at evidentiary hearing**

The Daily Record (Baltimore, MD) |  Mar 25, 2022 |  NEWS |  704 |  Madeleine O'Neill

... The defense lawyers for Baltimore State's Attorney **Marilyn Mosby** want the lead federal prosecutor on her criminal case disqualified, but short of that, they want an evidentiary hearing at which the prosecutor would have to answer questions about his...

... statements on loan applications. Her team has argued repeatedly that Wise and other members of the prosecution team targeted **Mosby** because of her politics and her race. Wise, the defense noted, donated small amounts to each of **Mosby** 's opponents in the 2018...

... against **Mosby** . The donations also came just days after **Mosby** and Wise had an acrimonious meeting about allegations that a member of the State's Attorney's Office had leaked information about a federal investigation into corrupt members of the Baltimore...

... Police Department's Gun Trace Task Force, Bolden wrote. Wise did not have documents about the alleged tip-off when **Mosby** pressed for that information at the meeting, Bolden wrote. "Thefact remains that the lead prosecutor against State's Attorney **Mosby**...

... that the unique nature of the charges against **Mosby** is further evidence of animus. **Mosby** is accused of falsely claiming she suffered a financial hardship during COVID-19 in order to withdraw money from her retirement account without incurring a penalty...

---

161.  **Sunday News Shows  INTERVIEW GUESTS**

The Baltimore Sun |  Jan 16, 2022 |  MAIN; A; Pg. 8 |  380

... Exclusive: "Baltimore 2022 through the eyes of former three-term Baltimore Mayor Kurt L. Schmoke," who is now President of the University of Baltimore . What's his reaction to the federal indictment of Baltimore State's Attorney **Marilyn Mosby** ? Schmoke was...

---

165.  **State's attorney trial gets delayed Federal judge approves request made by Mosby to postpone until September**

The Baltimore Sun |  Apr 06, 2022 |  MAIN; A; Pg. 1 |  794 |  Alex Mann

... A federal judge approved Baltimore State's Attorney **Marilyn Mosby** 's request to postpone her criminal trial, setting a new date in September. After a teleconference with **Mosby** 's defense lawyers and federal prosecutors Tuesday morning, U.S. District...

... Judge Lydia Kay Griggsby scheduled the trial for Sept. 19. It's unclear how many days Griggsby set aside for the trial, but prosecutors said in a February status report they anticipated trying the case in four days. **Mosby** has maintained she is innocent.

... Griggsby . The new trial date set Tuesday means **Mosby** 's day in court will come after the July 19 primary. While **Mosby** hasn't officially filed to run for reelection, videos emerged online this week appearing to show her at a March campaign event. Reviewed...

... by The Baltimore Sun, the footage depicted an impassioned **Mosby** speaking to supporters from what appear to be the steps to her home in Reservoir Hill. **Mosby** repeated her assertions that she's being persecuted because of her policies, while touting her...

... Democratic primary in defense attorney Ivan Bates and former prosecutor and mayoral candidate Thiru Vignarajah, and runs with her trial looming. The indictment charges **Mosby** with two counts of perjury and two counts of making false statements on loan...

---

177. [Prosecutors deny Mosby 's claims of bias](#)

The Baltimore Sun | Mar 12, 2022 | MAIN; A; Pg. 1 | 915 | Alex Mann and Lee O. Sanderlin

... Federal prosecutors shot back Friday afternoon against arguments raised by Baltimore State's Attorney **Marilyn Mosby** last month, dismissing her claims of prejudiced prosecution as factually baseless and legally meritless. Whereas lawyers for the city...

... declaration from a woman who claimed she heard Barron make disparaging remarks about **Mosby** when Barron served as a Maryland Delegate. The author of the declaration works at Baltimore City Hall for Nick **Mosby**, the city council president and **Marilyn** 's husband...

... they have against **Mosby** and argued her lawyers could cite no law to suggest her case should be thrown out. **Mosby** 's attorney did not respond to a request for comment Friday afternoon. The U.S. Attorney's Office declined to comment beyond what was said...

... in the filing. The federal prosecutors' lengthy filings come a day after they filed a superseding indictment against **Mosby** that added no new charges but provided further evidence for their case against her. **Mosby** is charged with two counts of perjury...

... pleading accused Barron of making a disparaging comment about **Mosby** while he was a lawmaker in Annapolis and highlighted Wise's donations to some of **Mosby** 's opponents in the 2018 election. Wise donated $100 to Thiru Vignarajah and Ivan Bates, **Mosby** 's 2018...

---

206. [Investigation into Mosbys includes donations](#)

The Baltimore Sun | Mar 26, 2021 | MAIN; A; Pg. 2 | 864 | Lorraine Mirabella

... investigation of Baltimore City Council President Nick **Mosby** and State's Attorney **Marilyn Mosby** , the U.S. Attorney's Office and the FBI have sought tax returns, bank statements, credit card statements, loan documents and canceled checks. They also have...

... subpoenaed **Marilyn Mosby** 's campaign treasurer and requested records tracing back to 2014, some related to the Mosbys' private travel and consulting businesses. Donations to churches and other nonprofits have been part of the probe, too. Federal grand jury...

... . Dillon,a Towson -based tax attorney who represents both businesses and individuals. In the **Mosby** case, investigators are seeking information about whether Nick **Mosby** contributed to Union Baptist, according to a church official. The pastor of Bethel AME...

... . "If you get something in return, it's not a pure charitable contribution and you don't get full tax benefits for a donation," Dillon said. In the **Mosby** case, Sharayna Christmas, executive director of Muse 360, told The Sun she received a subpoena...

... said that he reviewed records and found Nick **Mosby** had made a negligible donation. "I spend more at Starbucks ," Robert Dashiell told The Sun. Emerson L. Dorsey Jr., an attorney for the Mosbys' church, New Psalmist Baptist Church, declined to discuss...