# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Criminal Case No. 22-cr-00007-LKG |
| ) | |
| MARILYN J. MOSBY, ) | Dated:  December 20, 2022 |
| ) | |
| Defendant. ) | |
| ) | |

## SCHEDULING ORDER

The hearing to be held on the matters set forth below on **Tuesday, January 17, 2023, at 11a.m., will be held in Courtroom 1A of the Edward A. Garmatz Courthouse, 101 W. Lombard Street, Baltimore, MD**:

1. The Government's motion for an order pursuant to Local Rules 204 and 603, dated September 15, 2022 (ECF No. 120);

2. The Court's Order to Show Cause, dated September 30, 2022 (ECF No. 124); and

3. Defendant's motion to transfer venue, dated October 20, 2022 (ECF No. 129).

**IT IS SO ORDERED.**

s/ Lydia Kay Griggsby
LYDIA KAY GRIGGSBY
United States District Judge