IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**MARILYN J. MOSBY,**<br><br>**Defendant** | **Criminal No. LKG-22-7** |

## GOVERNMENT'S MOTION TO EXTEND DEADLINE FOR ADDITIONAL PROPOSED VOIR DIRE AND JURY INSTRUCTIONS

On September 15, 2022, the Court issued an Amended Sentencing Order for this case. ECF No. 122. This order included a deadline of January 9, 2023, for submission of any revised proposed voir dire and jury instructions. The order further provided that "[c]ounsel shall meet and confer and, to the fullest extent possible, make a joint submission. Counsel shall identify any matters of disagreement through supplemental filings."

Yesterday and today, the Government received a copy of the Defendant's additional proposed jury instructions and voir dire. The Government hereby requests the Court extend the deadline for submission of proposed voir dire and jury instructions one week, to January 16, 2023, in order to provide the Government with an opportunity to review the Defendant's proposed revised voir dire and jury instructions and an opportunity for the parties to confer on any areas of agreement or disagreement. The Defendant consents to the proposed relief.

                    Respectfully submitted,

                    Erek L. Barron
                    United States Attorney

By: _____/s/_____
     Leo J. Wise
     Sean R. Delaney
     Aaron S.J. Zelinsky
     Assistant United States Attorneys

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this day, a copy of the foregoing Government's Motion to Extend Deadline for Additional Proposed Voir Dire and Jury Instructions was electronically filed via CM/ECF, which provides notice to counsel of record.

_____/s/_____
Sean R. Delaney
Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**MARILYN J. MOSBY,**<br><br>      **Defendant** | **Criminal No. LKG-22-7** |

## ORDER

  Having considered the grounds advanced in the Government's Motion to Extend Deadline for Additional Proposed Voir Dire and Jury Instructions, and good cause having been shown in support of the relief requested by this motion, the Court, on this ____ day of January, 2023, IT IS HEREBY **ORDERED** that the deadline for the submission of any revised proposed voir dire and jury instructions be extended to January 16, 2023.

Date: _____    _____
                       Hon. Lydia K. Griggsby
                       United States District Judge