# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **UNITED STATES OF AMERICA** <br><br> v. <br><br> **MARILYN J. MOSBY,** <br><br> **Defendant** | Criminal No. LKG-22-7 |

## UNITED STATES' MOTION TO COMPEL DEFENDANT TO COMPLY WITH AMENDMENTS TO EXPERT DISCLOSURE RULES

The United States of America, by and through its undersigned attorneys, moves this Court to compel the Defendant to comply with amendments to Rule 16 of the Federal Rules of Criminal Procedure relating to expert witnesses. These amendments were submitted to Congress by Chief Justice Roberts on April 11, 2022, and went into effect on December 1, 2022. *See* Exhibit A. The amendments now require a defendant to disclose a "complete statement of all opinions that the defendant will elicit from the witness in the defendant's case-in-chief," a "list of all publications authored [by the proposed expert] in the previous 10 years," and "a list of all other cases in which, during the previous 4 years, the witness has testified as an expert at trial or by deposition" and the amendments require that an expert sign his or her disclosure. *See* Fed. R. Crim. Proc. 16(b)(C)(iii) and (v).

The Government's expert disclosure on December 1, 2022, complied with the amendments. When it transmitted its expert disclosures on that date to defense counsel, the Government requested that defense counsel conform their expert witness disclosures for Jerome Schmitt and Eric Forster to the amendment's requirements. Specifically, the Government asked defense counsel to do the following:

> The Government requests that you supplement the expert disclosures you previously made to bring them into conformity with those amendments, as well. Specifically, the Government requests that you affirm that the disclosures you previously made are "a complete statement of all opinions that the defendant will elicit from the witness in the defendant's case-in-chief"; that you provide "a list of all publications authored in the previous 10 years," and "a list of all other cases in which, during the previous 4 years, the witness has testified as an expert at trial or by deposition" for each of your two experts; and that you have your two experts sign the disclosures you previously submitted to us. *See* Fed. R. Crim. Proc. 16(b)(C)(iii) and (v).

*See* Exhibit B, letter to defense counsel dated December 1, 2022. Defense counsel have ignored the Government's request. As a result, the Government asks the Court to order the Defendant to take the steps the Government outlined in its letter of December 1, 2022, in order to bring their expert disclosures for Jerome Schmitt and Eric Forster into compliance with Federal Rules of Criminal Procedure 16.

A proposed order is attached.

        Respectfully submitted,

        EREK L. BARRON
        UNITED STATES ATTORNEY

By: _____/s/_____
     Leo J. Wise
     Sean R. Delaney
     Aaron S.J. Zelinsky
     Assistant United States Attorneys

## CERTIFICATE OF SERVICE

I hereby certify that this filing was served on the Defendant via ECF electronic filing.

        _____/s/_____
        Leo J. Wise
        Assistant United States Attorney