

U.S. Department of Justice

*United States Attorney*
*District of Maryland*

*Leo J. Wise*  
*Assistant United States Attorney*  
*Leo.Wise@usdoj.gov*

*Suite 400*  
*36 S. Charles Street*  
*Baltimore, MD 21201-3119*

*DIRECT: 410-209-4909*  
*MAIN: 410-209-4800*  
*FAX: 410-962-3091*

December 1, 2022

**VIA ELECTRONIC MAIL**

Alan Scott Bolden
Kelley C Miller
Rizwan Qureshi
Anthony R Todd
Reed Smith LLP
1301 K Street NW Ste 1000
Washington, DC 20005

Lucius Outlaw
Outlaw PLLC
1351 Juniper Street NW
Washington, DC 20012

Gary Edward Proctor
Law Offices of Gary E Proctor LLC
Eight E Mulberry St
Baltimore, MD 21202

      Re: Expert disclosure in *United States v. Mosby*, Cr. No. LKG-22-7

Dear Counsel:

Pursuant to the Court's Amended Scheduling Order of September 15, 2022, ECF No. 122, enclosed with this letter are expert disclosures on behalf of the United States.

These disclosures are made in conformity with the amendments to Federal Rule of Criminal Procedure 16 that became effective today.

The Government requests that you supplement the expert disclosures you previously made to bring them into conformity with those amendments, as well.  Specifically, the Government requests that you affirm that the disclosures you previously made are "a complete statement of all opinions that the defendant will elicit from the witness in the defendant's case-in-chief"; that you provide "a list of all publications authored in the previous 10 years," and "a list of all other

1

cases in which, during the previous 4 years, the witness has testified as an expert at trial or by deposition" for each of your two experts; and that you have your two experts sign the disclosures you previously submitted to us.  See Fed. R. Crim. Proc. 16(b)(C)(iii) and (v).

        Very truly yours,

        Erek L. Barron
        United States Attorney

        _____/s/_____
        Leo J. Wise
        Sean R. Delaney
        Aaron S.J. Zelinsky
        Assistant United States Attorneys

Enclosure