IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**MARILYN J. MOSBY,**<br><br>**Defendant** | **Criminal No. LKG-22-7** |

## ORDER

Having considered the grounds advanced in the Government's Motion to Compel the Defendant to Comply with Amendments to the Expert Disclosure Rules, and good cause having been shown in support of the relief requested by this motion, the Court, on this ____ day of January, 2023, IT IS HEREBY ORDERED that the Defendant:

(1) Certify that the disclosures made for Jerome Schmitt and Eric Forster are a complete statement of all opinions that the defendant will elicit from each witness in the defendant's case-in-chief;

(2) Provide to the United States:

   a. a list of all publications authored by each witness in the previous 10 years;

   b. a list of all other cases in which, during the previous 4 years, the witness has testified as an expert at trial or by deposition; and

   c. a copy of the expert disclosure for Eric Forster that is signed by Eric Forster.

_____
Lydia K. Griggsby
United States District Judge