IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MARILYN J. MOSBY,<br><br>Defendant | Case No. 22-cr-00007-LKG-1 |

### ORDER

Upon consideration of Defendant's Motion in Limine to Exclude Irrelevant and Prejudicial Evidence Regarding Defendant's Finances, and good cause having been shown, it is this ___ day of _____, 2023 hereby:

**ORDERED** that the motion is **GRANTED**; and it is

**FURTHER ORDERED** that, except for evidence that is directly relevant to the topic of "adverse financial consequences" as previously defined by the Court with regard to the four circumstances enumerated in Section 2202 of the CARES Act, the government is precluded from introducing any evidence or argument on the issue of Defendant's finances or financial conditions experienced by the Defendant. This evidence is inadmissible pursuant to Federal Rules of Evidence 401, 402, and 403.

                                                                                       _____
                                                                                       Hon. Lydia Kay Griggsby
                                                                                       United States District Judge