IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Criminal Case No. 22-cr-00007-LKG |
| MARILYN J. MOSBY | Dated: January 9, 2023 |
| Defendant. | |

### DEFENDANT MARILYN J. MOSBY'S MOTION FOR LEAVE TO FILE MOTION FOR A HEARING AND SANCTIONS AS A RESULT OF THE GOVERNMENT'S FAILURE TO DISCLOSE *BRADY* MATERIALS

Defendant Marilyn J. Mosby ("Ms. Mosby") respectfully moves for leave to file a motion for a hearing and sanctions as a result of the Government's failure to disclose *Brady* materials. The proposed motion is attached hereto as **Exhibit A**. For the reasons set forth below, good cause exists to allow Ms. Mosby to file the attached motion.

### ARGUMENT

Previously the Court set a deadline of April 4, 2022 for non-expert and *in limine* motions. (ECF No. 19). As explained in the attached motion, the defense did not receive the material that raises the *Brady* concerns discussed in the attached motion until the government produced *Jencks* materials on September 2, 2022 which was after the motions deadline. Therefore, leave to file is justified because the defense was unable to file the attached motion prior to the deadline for pre-trial motions.

## CONCLUSION

For the foregoing reasons, Ms. Mosby respectfully requests that this Court grant her leave to file the attached motion for a hearing and sanctions as a result of the Government's failure to disclose *Brady* materials.

Dated: January 9, 2023          Respectfully Submitted,

/s/ *A. Scott Bolden*

A. Scott Bolden (*admitted pro hac vice*)
Rizwan A. Qureshi (*admitted pro hac vice*)
Reed Smith LLP
1301 K Street, N.W.
Suite 1000 - East Tower
Washington, D.C. 20005-3373
Telephone: +1 202 414 9200
Facsimile: +1 202 414 9299
RQureshi@ReedSmith.com
ABolden@ReedSmith.com

Kelley Miller (*admitted pro hac vice*)
Reed Smith LLP
7900 Tysons One Place, Suite 500
McLean, Virginia 22102
Telephone: + 1 703 641 4200
Facsimile: +1 703 641 4340
KMiller@ReedSmith.com

Anthony R. Todd (*admitted pro hac vice*)
Reed Smith LLP
10 South Wacker Drive
40th Floor
Chicago, IL 60606-7507
Telephone: + 312.207.1000
Facsimile: + 312.207.6400
ATodd@ReedSmith.com

Gary E. Proctor (Bar No. 27936)
Law Offices of Gary E. Proctor, LLC
8 E. Mulberry Street
Baltimore, Maryland 21202
Telephone: (410) 444-1500
garyeproctor@gmail.com

Lucius T. Outlaw III (Bar No. 20677)

Outlaw PLLC
1351 Juniper St. NW
Washington, DC 20012
Telephone: (202) 997-3452
loutlaw3@outlawpllc.com

*Counsel for Defendant Marilyn J. Mosby*

## **CERTIFICATE OF SERVICE**

I certify that, on January 9, 2023, this document was electronically filed with the Clerk of Court using the Court's CM/ECF system, which will then serve a notification of the filing to the registered parties of record.


/s/ A. Scott Bolden
A. Scott Bolden