IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MARILYN J. MOSBY,<br><br>Defendant | Case No. 22-cr-00007-LKG-1 |

**PROPOSED ORDER**

Upon consideration of Defendant Marilyn J. Mosby's Motion for Leave to File Motion for a Hearing and Sanctions as a Result of the Government's Failure to Disclose *Brady* Materials, and good cause having been shown, it is this _____ day of ____, 2023, hereby:

**ORDERED** that said Motion is **GRANTED**; and it is further

**ORDERED** that the proposed motion attached as Exhibit A shall be filed on the Court's docket no later than _____.

_____
Hon. Lydia Kay Griggsby
United States District Judge