# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)  Criminal Case No. 22-cr-00007-LKG<br>MARILYN J. MOSBY, )<br>) Dated:  January 10, 2023<br>Defendant. )<br>) | |

## ORDER ON DEFENDANT'S MOTIONS TO SEAL

On January 9, 2023, the Defendant filed motions to seal certain exhibits to her motion to exclude expert testimony (ECF No 156), motion *in limine* (ECF No. 157) and proposed motion for a hearing and sanctions (ECF No. 160).  ECF Nos. 158 and 161.  The proposed sealed exhibits are the expert disclosures and reports for the Government's experts, Steven I. Butler and Joshua A. Johnston, and a Federal Bureau of Investigation interview summary.  Defendant neither identifies the information contained in these documents that she maintains is confidential, nor explains why any such confidential information could not be redacted from the public version of these exhibits.  And so, the Court **DENIES** the Defendant's motions to seal (ECF Nos. 158 and 161).

Because the exhibits at issue appear to be documents produced by the Government in this litigation, the Court will give the Government the opportunity to lodge any objection to the unsealing of these exhibits.  The Government shall lodge any such objection in writing on or before **January 12, 2023**.

IT IS SO ORDERED.

s/ Lydia Kay Griggsby
LYDIA KAY GRIGGSBY
United States District Judge