IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Criminal Case No. 22-cr-00007-LKG |
| MARILYN J. MOSBY | Dated: January 9, 2023 |
| Defendant. | |

### DEFENDANT MARILYN J. MOSBY'S MOTION FOR LEAVE TO PRESENT PORTIONS OF THE ORAL ARGUMENT AT THE JANUARY 17, 20223 HEARING UNDER SEAL

Defendant Marilyn J. Mosby ("Ms. Mosby") respectfully moves for leave to present portions of the oral argument at the January 17, 2023 hearing under seal, pursuant to this Court's Scheduling Order, dated November 17, 2022 (ECF No. 149). A proposed order granting the motion is attached hereto as **Exhibit A**. For the reasons set forth below, good cause exists to allow Ms. Mosby to present argument under seal.

### ARGUMENT

In its scheduling order of November 17, 2022 (ECF No. 149), the Court ordered that if either party wished to present all or a portion of its argument on: 1) the Government's motion for an order pursuant to Local Rules 204 and 603, dated September 15, 2022 (ECF No. 120); 2) the Court's Order to Show Cause, dated September 30, 2022 (ECF No. 124); or 3) Defendant's motion to transfer venue, dated October 20, 2022 (ECF Nos. 129 and 151), the party should submit such a request in writing.

This Court noted previously that disclosure of the jury questionnaires in this matter may implicate Local Rule 204 (ECF No. 124). Since certain aspects of defense counsel's oral argument relating to the Court's Order to Show Cause (ECF No. 124) and the Motion for Transfer of Venue

(ECF Nos. 129 and 151) may involve discussion of, among other things, those same juror questionnaires and the responses thereto, defense counsel believes that these portions of defense counsel's oral argument should be presented under seal. Defense counsel does not concede that the disclosure of the questionnaires would be a violation of Local Rule 204, but out of an abundance of caution, requests to present any argument related to this material under seal.

In addition, in order to accommodate the Court and the public, defense counsel will endeavor to bifurcate its argument, only discussing confidential material during those portions that are conducted under seal and confining its remarks to publically-available material during the open portion of the argument.

## CONCLUSION

For the foregoing reasons, Ms. Mosby respectfully requests that this Court grant her leave to present portions of the oral argument at the January 17, 2023 hearing under seal.

Dated: January 11, 2023    Respectfully Submitted,

/s/ *A. Scott Bolden*

A. Scott Bolden (*admitted pro hac vice*)
Rizwan A. Qureshi (*admitted pro hac vice*)
Reed Smith LLP
1301 K Street, N.W.
Suite 1000 - East Tower
Washington, D.C. 20005-3373
Telephone: +1 202 414 9200
Facsimile: +1 202 414 9299
RQureshi@ReedSmith.com
ABolden@ReedSmith.com

Kelley Miller (*admitted pro hac vice*)
Reed Smith LLP
7900 Tysons One Place, Suite 500
McLean, Virginia 22102
Telephone: + 1 703 641 4200
Facsimile: +1 703 641 4340
KMiller@ReedSmith.com

Anthony R. Todd (*admitted pro hac vice*)
Reed Smith LLP
10 South Wacker Drive
40th Floor
Chicago, IL 60606-7507
Telephone: + 312.207.1000
Facsimile: + 312.207.6400
ATodd@ReedSmith.com

Gary E. Proctor (Bar No. 27936)
Law Offices of Gary E. Proctor, LLC
8 E. Mulberry Street
Baltimore, Maryland 21202
Telephone: (410) 444-1500
garyeproctor@gmail.com

Lucius T. Outlaw III (Bar No. 20677)
Outlaw PLLC
1351 Juniper St. NW
Washington, DC 20012
Telephone: (202) 997-3452
loutlaw3@outlawpllc.com

*Counsel for Defendant Marilyn J. Mosby*

## **CERTIFICATE OF SERVICE**

I certify that, on January 11, 2023, this document was electronically filed with the Clerk of Court using the Court's CM/ECF system, which will then serve a notification of the filing to the registered parties of record.

*/s/ A. Scott Bolden*
A. Scott Bolden