# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**MARILYN J. MOSBY,**<br><br>**Defendant** | **Case No. 22-cr-00007-LKG-1** |

## ORDER

Upon consideration of the Defendant's Motion for Leave to Present Portions of the Oral Argument at the January 17, 2023 Hearing Under Seal, and good cause having been shown, it is this \_\_\_ day of _____, 2023, hereby:

**ORDERED** that the Motion is **GRANTED**.

_____
Hon. Lydia Kay Griggsby
United States District Judge