UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MARILYN J. MOSBY<br><br>Defendant. | CRIMINAL NO. LKG-22-7 |

## VERDICT FORM

How do you find the defendant, **MARILYN J. MOSBY**, as to COUNT ONE of the Indictment?

      Guilty _____      Not Guilty _____

How do you find the defendant, **MARILYN J. MOSBY**, as to COUNT TWO of the Indictment?

      Guilty _____      Not Guilty _____

How do you find the defendant, **MARILYN J. MOSBY**, as to COUNT THREE of the Indictment?

      Guilty _____      Not Guilty _____

How do you find the defendant, **MARILYN J. MOSBY**, as to COUNT FOUR of the Indictment?

      Guilty _____      Not Guilty _____

The foregoing constitutes the unanimous verdict of the jury.

_____   _____
FOREPERSON                                                                          DATE