IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Criminal Case No. 22-cr-00007-LKG |
| ) | |
| MARILYN J. MOSBY, ) | Dated: January 17, 2023 |
| ) | |
| Defendant. ) | |

**ORDER**

On January 10, 2023, the Court entered an order denying defendant's motions to seal (ECF No. 164). In light of the foregoing, the Court **DIRECTS** the Clerk of the Court to **UNSEAL** ECF Nos. 159 and 162.

IT IS SO ORDERED.

s/ Lydia Kay Griggsby
LYDIA KAY GRIGGSBY
United States District Judge