IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**MARILYN J. MOSBY,**<br><br>**Defendant** | **Criminal No. LKG 22-007** |

## MOTION TO WITHDRAW AS COUNSEL

Comes now, counsel for the Defendant, and request that the Court allow the withdrawal of defense counsel A. Scott Bolden, Rizwan A. Qureshi, Kelley Miller, Anthony R. Todd, Gary E. Proctor and Lucius Outlaw. In support thereof, counsel state as follows:

1. In ECF 172 this Court issued a Memorandum Opinion with respect to counsel. Due to the Court's ruling, counsel believes that Mr. Bolden, Mr. Qureshi, Mr. Todd and Ms. Miller (all of whom are employed by the same law firm) have a conflict, may represent Ms. Mosby no further, and must immediately move to withdraw from this matter. MD Rules Attorneys, Rule 19-301.7(a)(2); DC Rules of Professional Conduct Rule 1.7(a)(4), Illinois Rules of Professional Conduct Rule 1.7(a). Counsel has discussed this motion with Ms. Mosby, and she consents to the appearance of Mr. Bolden, Mr. Qureshi, Mr. Todd and Ms. Miller being withdrawn in this matter.

2. Defense counsel, Lucius Outlaw and the undersigned, Mr. Proctor, hereby move this Court that they be allowed to withdraw also. Mr. Outlaw is a full-time Law Professor and his duties and limited support resources preclude him from serving as lead counsel in this matter, especially since the current trial date is set within the current semester and therefore conflicts with his teaching obligations. Similarly, Mr. Proctor's role in this matter has at all times

been limited and his commitments in his other cases and limited support resources prevent him from taking on lead counsel responsibility.

3. The undersigned has discussed this pleading with the Federal Public Defender James Wyda. Mr. Wyda has authorized the undersigned to state that, should the Court sign the attached Proposed Order, the Office of the Federal Public Defender for Maryland has no conflict in this matter and is available for appointment to serve as Ms. Mosby's counsel. As such, Defendant will not be in a position where she is unrepresented by counsel. All of the undersigned counsel have committed to support the Federal Public Defender with the transition in any way that would be of assistance to them.

4. Defendant requests that the all deadlines in this matter be held in abeyance, until new counsel has entered their appearance. Undersigned counsel has spoken with Assistant United States Attorney Leo Wise. As of the time of filing the instant motion, the Government's position is not known to defense counsel.

5. The undersigned has shared a draft of this motion with the Defendant, Ms. Mosby, who has authorized him to state that she agrees and requests that the Court grant the withdrawal of counsel as noted herein, and that the Federal Public Defender be appointed by this Court.

Dated: January 19, 2023                    Respectfully Submitted,

*/s/ Gary E. Proctor*
Gary Edward Proctor
Bar Roll Number 27,936
Law Offices of Gary E Proctor LLC
Eight E Mulberry St
Baltimore, MD 21202
14104441500
Fax: 4438369162
Email: garyeproctor@gmail.com

A. Scott Bolden (SBN 428758 admitted *pro hac vice*)
Rizwan A. Qureshi (SBN 1024603 *admitted pro hac vice*)
RQureshi@ReedSmith.com
ABolden@ReedSmith.com
1301 K Street, N.W.
Suite 1000 - East Tower
Washington, D.C. 20005-3373
Telephone: +1 202 414 9200
Facsimile: +1 202 414 9299

Kelley Miller (SBN 985346 (*admitted pro hac vice*)
KMiller@ReedSmith.com
7900 Tysons One Place, Suite 500
McLean, Virginia 22102
Telephone: + 1 703 641 4200
Facsimile: +1 703 641 4340

Anthony R. Todd (SBN 6317101 *admitted pro hac vice*)
ATodd@ReedSmith.com
10 South Wacker Drive
40th Floor
Chicago, IL  60606-7507
Telephone: + 312.207.1000
Facsimile: + 312.207.6400

Lucius Outlaw
Outlaw PLLC
1351 Juniper Street NW
Washington, DC 20012
202-997-3452
Email: loutlaw3@outlawpllc.com

Counsel for Defendant Marilyn J. Mosby.

## CERTIFICATE OF SERVICE

I hereby certify that on this day, January 19, 2023, a copy of the foregoing was served on all parties via ECF.

                                                                                 _____/s/_____

                                                                                       Gary E. Proctor