IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| UNITED STATES OF AMERICA<br><br>v.<br><br>MARILYN J. MOSBY,<br><br>Defendant | Criminal No. LKG 22-007 |
|---|---|

### ORDER ON MOTION TO WITHDRAW AS COUNSEL

Premises Considered it is hereby

**ORDERED** that the appearances of A. Scott Bolden, Rizwan A. Qureshi, Kelley Miller, Anthony R. Todd, Gary E. Proctor and Lucius Outlaw are hereby withdrawn as counsel for the Defendant in this Matter. It is further

**ORDERED** that all current deadlines in this matter be held in abeyance pending new counsel for the Defendant entering their appearance.

So ordered this _____ day of January, 2023.

_____
LYDIA K. GRIGGSBY
UNITED STATES DISTRICT JUDGE