Case 1:22-cr-00049-LKG Document 386-1 Filed 10/28/25 Page 1 of 4
Case 1:22-cr-00049-LKG Document 336-1 Filed 10/23/23 Page 1 of 21

1

<pre>
 1              IN THE UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF MARYLAND
 2                       SOUTHERN DIVISION

 3
    UNITED STATES OF AMERICA        )
 4                                  )
             Plaintiff,             )
 5                                  ) CRIMINAL CASE NO. LO-19-0449
             vs.                    )
 6                                  )
    KENNETH WENDELL RAVENELL,       )
 7                                  )
             Defendant.             )
 8

 9         TRANSCRIPT OF PROCEEDINGS - ARRAIGNMENT
               BEFORE THE HONORABLE LIAM O'GRADY
10                UNITED STATES DISTRICT JUDGE
           WEDNESDAY, OCTOBER 16, 2019; 11:00 A.M.
11                    GREENBELT, MARYLAND

12
                     A P P E A R A N C E S
13
    FOR THE PLAINTIFF:
14
        OFFICE OF THE UNITED STATES ATTORNEY
15            BY:   DEREK E. HINES, ESQUIRE
                    LEO JOSEPH WISE, ESQUIRE
16                  MATTHEW JAMES MADDOX, ESQUIRE
              36 SOUTH CHARLES STREET, FOURTH FLOOR
17            BALTIMORE, MARYLAND 21201
              (410) 209-4800
18

19  ALSO PRESENT: Supervisory Special Agent Gary Shapley - IRS

20      ***Proceedings Recorded by Mechanical Stenography***
             Produced By Computer-Aided Transcription
21  _____

22         MARLENE MARTIN-KERR, RPR, RMR, CRR, FCRR
                 FEDERAL OFFICIAL COURT REPORTER
23              6500 CHERRYWOOD LANE, STE 200
                   GREENBELT, MARYLAND 20770
24                      (301)344-3499

25
</pre>

1     Is it customary for you to set a trial date at arraignment
2  as we do in Alexandria?  I understand, perhaps, that's not the
3  case.
4           MR. HINES:  Yes, Your Honor.
5           MR. WHITE:  That would be our preference.  Frankly,
6  I'm much more familiar with the process in your court than I am
7  in this one, Your Honor, as you probably know, and I'm fine
8  with whatever process the Court is most familiar with or most
9  comfortable.
10          THE COURT:  Mr. Hines, what is your position on
11 speedy trial, sir?
12          MR. HINES:  We think it does make sense to set a
13 trial date now.  We can proceed under a speedy trial if that's
14 what the defense wishes.
15      We have discovery.  We've outlined for Defense how
16 voluminous that discovery is, and so they understand that there
17 are literally thousands of documents that will be produced to
18 them in response to subpoena responses, financial records,
19 reports.  There are consensual recordings.  It is voluminous.
20      And with that in mind, if the defense is prepared to
21 assert their speedy trial right, we will be prepared as well.
22          THE COURT:  Okay.  Well, then let's -- when does
23 speedy trial run, absent any --
24          MR. WHITE:  I think Christmas day or just before it.
25          THE COURT:  Christmas day?

| | |
|---|---|
| 1 | MR. WHITE: I believe so. It would be December 24th, |
| 2 | if my math is right. |
| 3 | THE COURT: Well, I have a civil copyright case set |
| 4 | in early December with Mr. Buchanan, who I think you know, and |
| 5 | he would be delighted to do anything other than have a |
| 6 | three-week copyright case in December. |
| 7 | MR. WHITE: I would be delighted to let him know. |
| 8 | And, Your Honor, to be clear, we haven't gotten any |
| 9 | discovery yet. There could be motions. There were searches of |
| 10 | law firms. We don't yet know what that all looks like. So |
| 11 | perhaps it's more along the lines of setting this as a date |
| 12 | maybe -- I want to set a trial date today, but I want to be |
| 13 | clear with the Court and the government; we don't know what we |
| 14 | don't know yet, and we'll come back to the Court if there is |
| 15 | need for additional time, and we will try to do that promptly. |
| 16 | THE COURT: Okay. Give me a Monday, the second week |
| 17 | in January. |
| 18 | MR. WHITE: Your Honor, I apologize. Unless we are |
| 19 | looking at a December date, Mr. Outlaw, who teaches, and other |
| 20 | schedules probably push us well into next year, unfortunately, |
| 21 | until probably late April given his teaching schedule and the |
| 22 | length of this trial is expected to be. Our preference would |
| 23 | be, as I stated, to have a date in December. That's not |
| 24 | practicable, I understand that. |
| 25 | THE COURT: Well, we're not going to be able to get a |

```
 1  jury to start a trial in the last week in, you know, December,
 2  so that is impractical.  And as I said, I've got this other
 3  case -- unless you -- well, how long is it going to take the
 4  government to put its case on?
 5            MR. HINES:  We think three weeks, Your Honor.  In the
 6  speedy trial form, we've indicated three to four weeks for the
 7  full length of the trial.  That's our belief.
 8            THE COURT:  Okay.  Well, then let's go to early
 9  December for now until you get a chance to look at the
10  discovery.
11       Does that work, Mr. Outlaw?
12            MR. OUTLAW:  Yes, Your Honor.
13            THE COURT:  Okay.  Let's go to December 9 at 10
14  o'clock with a jury on your plea of not guilty on
15  Mr. Ravenell's behalf.
16            MR. WHITE:  Your Honor, for the convenience of the
17  Court, given where you're coming from, we are happy to have all
18  proceedings, including the trial, in this courthouse.
19            THE COURT:  Well, that was a question I had.  So
20  there is no objection to proceeding with trial in Greenbelt?
21            MR. WHITE:  Not at all, given where you need to come
22  from.
23            THE COURT:  Mr. Hines?
24            MR. HINES:  Your Honor, just so the Court is aware,
25  all three prosecutors here live and/or work in Baltimore.  The
```