# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**MARILYN J. MOSBY,**<br><br>**Defendant** | **Criminal No. LKG 22-007** |

## MOTION TO CONTINUE RESPONSE FILING DEADLINE

Comes now, Defendant Marilyn Mosby, through undersigned counsel and respectfully requests that this Court Continue Response Deadlines. In support thereof, counsel state as follows:

1. In ECF 122 this Court Ordered that "Response(s) to motion(s) *in limine* and any motion(s) to exclude [are due on] January 23, 2023." *Id.* at 2.

2. As the Court is aware, all counsel for Ms. Mosby very recently filed a Motion to Withdraw. ECF 174. The Government has replied. ECF 175. In ECF 174 Defendant requested that all deadlines be held in abeyance pending the entry of appearance of new counsel. At this time, the Motion to Withdraw remains pending before this Court. It is counsel's understanding that the Court intends to hold a virtual status conference to discuss this matter later in the coming week.

3. There is good cause to suspend the deadlines so that, if new counsel is appointed, they may respond as they see fit and in accordance with their assessment of the case and trial strategy. Requiring current counsel to respond at this juncture may prejudice successor counsel. Thus, good cause exists, and it is axiomatic that "District courts have broad discretion to manage the timing of discovery and the modification of a scheduling order." *Gordon v. Holy Cross Hosp. Germantown*, No. TDC-18-1306, 2018 U.S. Dist. LEXIS 243733, at *11 (D. Md. Dec. 12, 2018).

-2-

4.      Counsel is requesting that the Court sign the attached Proposed Order, which will delay the filing of the defense responses indicated above. The Proposed Order directs that counsel be prepared to select a new date at this week's status conference.

5.      The undersigned has discussed the instant motion with Assistant United States Attorney Leo Wise. Mr. Wise has authorized him to state that the Government opposes this request.

Dated: January 23, 2023                    Respectfully Submitted,

*/s/ Gary E. Proctor*
Gary Edward Proctor
Bar Roll Number 27,936
Law Offices of Gary E Proctor LLC
Eight E Mulberry St
Baltimore, MD 21202
14104441500
Fax: 4438369162
Email: garyeproctor@gmail.com

Counsel for Defendant Marilyn J. Mosby.

### CERTIFICATE OF SERVICE

I hereby certify that on this day, January 23, 2023, a copy of the foregoing was served on all parties via ECF.

_____/s/_____

Gary E. Proctor