IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**MARILYN J. MOSBY,**<br><br>**Defendant** | **Criminal No. LKG 22-007** |

### ORDER ON MOTION TO CONTINUE RESPONSES

On September 15, 2022 this Court Ordered that Responses to *motions in limine* and any motions to exclude shall be filed on or before January 23, 2023.  The Court hereby amends that Order as follows.

Premises Considered and for good cause found, it is hereby **ORDERED** that the requirement in ECF 122 that any defense Responses to Motions *in limine* and motions to exclude are due on or before January 23, 2023 is hereby continued.  This Court intends to hold a virtual status conference in the immediate days ahead, and directs that defense counsel be prepared to select new dates at that time.

**ORDERED** that

So ordered this _____ day of January, 2023.

_____
LYDIA K. GRIGGSBY
UNITED STATES DISTRICT JUDGE