IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) ) | |
| v. | ) ) | Criminal Case No. 22-cr-00007-LKG |
| MARILYN J. MOSBY, | ) ) | Dated:  January 23, 2023 |
| Defendant. | ) ) ) | |

**ORDER**

The parties shall participate in a status conference to be held via videoconference on **Friday, January 27, 2023, at 11:00 a.m. Eastern Time**, to discuss Defense Counsel's motion to withdraw (ECF No. 174).  The Defendant shall also be present.

The Court will provide the parties *via* email with a Zoom link and passcode.  Members of the public may dial into this proceeding.  Public access line information may be found on the Court's public calendar.  Participating on the videoconference will be the counsel of record for each party and the Office of the Federal Public Defender.

    For Government:    **Leo Joseph Wise**
Office of the United States Attorney
36 S Charles St Fourth Fl
Baltimore, MD 21201
410-209-4909
Email: Leo.Wise@usdoj.gov

**Aaron Simcha Jon Zelinsky**
US Attorney's Office
District of Maryland
36 S Charles St
Baltimore, MD 21201
410-209-4928
Email: Aaron.Zelinsky@USDOJ.gov

| | |
|---|---|
| For Government Cont'd: | **Sean R Delaney**<br>US Attorney's Office<br>36 S Charles St., 4th Fl<br>Baltimore, MD 21201<br>410-209-4913<br>Email: Sean.Delaney@usdoj.gov<br><br>**Stephanie Williamson**<br>United States Attorney's Office<br>36 S. Charles St. 4th Fl.<br>Baltimore, MD 21201<br>410-209-4922<br>Email: stephanie.williamson@usdoj.gov |
| For Defendant: | **Gary Edward Proctor**<br>Law Offices of Gary E Proctor LLC<br>Eight E Mulberry St<br>Baltimore, MD 21202<br>410-444-1500<br>Email: garyeproctor@gmail.com<br><br>**Lucius Outlaw**<br>Outlaw PLLC<br>1351 Juniper Street NW<br>Washington, DC 20012<br>202-997-3452<br>Email: loutlaw3@outlawpllc.com<br><br>**Scott Bolden**<br>Reed Smith LLP<br>1301 K St NW, Suite 1100 East Tower<br>Washington, DC 20005<br>202-414-9200<br>abolden@reedsmith.com<br>*PRO HAC VICE*<br><br>**Rizwan A. Qureshi**<br>Reed Smith LLP<br>1301 K St NW, Suite 1100 East Tower<br>Washington, DC 20005<br>202-414-9200<br>rqureshi@reedsmith.com<br>*PRO HAC VICE* |

2

| | |
|---|---|
| For Defendant Cont'd: | **Kelley C. Miller**<br>Reed Smith LLP<br>1301 K St NW, Suite 1100 East Tower<br>Washington, DC 20005<br>215-851-8855<br>kmiller@reedsmith.com<br>*PRO HAC VICE*<br><br>**Anthony R. Todd**<br>Reed Smith LLP<br>10 S. Wacker Drive, 40th Fl.<br>Chicago, IL  60606<br>312-207-1000<br>atodd@reedsmith.com<br>*PRO HAC VICE* |

**IT IS SO ORDERED.**

                                              s/ Lydia Kay Griggsby
                                              LYDIA KAY GRIGGSBY
                                              United States District Judge