IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**MARILYN J. MOSBY,**<br><br>**Defendant** | **Criminal No. LKG-22-7** |

**UNITED STATES' OPPOSITION TO DEFENDANT'S MOTION FOR LEAVE TO FILE MOTION FOR A HEARING AND SANCTIONS AS A RESULT OF THE <u>GOVERNMENT'S FAILURE TO DISCLOSE BRADY MATERIALS</u>**

The United States of America, by its undersigned counsel, submits this opposition to the Defendant's Motion for Leave to File Motion for a Hearing and Sanctions as a Result of the Government's Failure to Disclose Brady Materials.  ECF 160.

The Defendant claims she has shown good cause to file this motion because she received an FBI Form 302 memorandum summarizing a witness interview on September 2, 2022, which was after the deadline the Court had set for non-expert *in limine* motions, which was April 4, 2022. While it is true that the Defendant did receive this FBI Form 302 as part of the Government's Jencks production, which occurred on September 2, 2022, and was therefore after April 4, 2022, nowhere in their motion for leave do defense counsel explain why they waited from September 2, 2022, until January 9, 2023, to file their motion for leave.  Therefore, they have failed to show good cause for why they should be granted leave to file their motion now.

The only logical inference from the Defendant's four month delay in filing their so-called *Brady* motion is that counsel didn't in fact think the FBI Form 302 contained exculpatory information when they received it in September 2022.  Rather, at some point closer in time to January 9, 2023, when they belatedly filed their motion, it occurred to a member of the defense

team to make another baseless accusation against Government counsel, this time that they violated the Supreme Court's holding in *Brady v. Maryland*. For this reason as well, the Defendant's motion for leave should be denied.

In any event, like all their other accusations, defense counsel's claim that Government counsel violated *Brady v. Maryland* and that a hearing and sanctions are in order is meritless and should be denied, for the reasons the Government articulates in their opposition to the motion, which is attached.

Respectfully submitted,

EREK L. BARRON
UNITED STATES ATTORNEY

By:  _____/s/_____
Leo J. Wise
Sean R. Delaney
Aaron S.J. Zelinsky
Assistant United States Attorneys

**CERTIFICATE OF SERVICE**

I hereby certify that this filing was served on the Defendant via ECF electronic filing.

_____/s/_____
Leo J. Wise
Assistant United States Attorney