FD-302 (Rev. 5-8-10)

# FEDERAL BUREAU OF INVESTIGATION



Date of entry    01/14/2022

On January 13, 2022, 1:34PM, David Randall                    , Executive Director, Employees' and Elected Officials Retirement Systems, City of Baltimore, was telephonically interviewed. After being advised of the identity of the interviewing agent and the purpose of the interview, Randall voluntarily provided the following information:

Randall has been in his current position for the past three years. Randall stated that the following four responsibilities are under his purview: 1) Employees' Retirement System, 2) Elected Officials' Retirement System, 3) Retirement Savings Plan, and 4) Deferred Compensation Plan (457b).

Randall said the only way for a participant to withdrawal money from a 457b plan was either after separation/retirement or due to an unforeseen emergency. He said a participant may never take a loan from their 457b plan. He said but there is a caveat: the CARES Act allowed all retirement plan participants the ability to take a withdrawal due to Covid 19 hardship. Randall said that he reports to the Board of Trustees, and together they decided that they would not allow the 401a participants to take withdrawals, but they would allow the 457b participants to take withdrawals. He said the withdrawals due to Covid 19 hardship were only allowed from January 1, 2020 through December 31, 2020.

Randall said he did not like the "self certification" of the withdrawals due to the Covid 19 hardship. He explained that the intent of the law (CARES Act) was to allow participants to withdraw money only if they were negatively affected financially because of the pandemic. He said that participants who wanted to take withdrawals from their 457b plans due to the Covid 19 hardship only had to self certify, or fill out the form and submit it. He said his staff could not question the certifications, they only could process it.

Randall said that for participants to withdraw funds from their 457b under the unforeseen emergency reason (not Covid 19), they have to provide documented proof of the emergency that is certified and then it goes before his office's General Counsel, who then decides if the participant qualifies.

| | | | | |
|---|---|---|---|---|
| Investigation on | 01/13/2022 | at | Baltimore, Maryland, United States (Phone) | |
| File # | | | Date drafted | 01/14/2022 |
| by | PARR CHRISTINE E | | | |

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

USA-017181

Randall believed the unforeseen emergencies included an IRS levy, foreclosure, and medical emergencies.

Randall said that Marilyn Mosby self certified her 457b Covid 19 withdrawal. He did not speak to Mosby regarding this, but would query his staff to see if anyone did. Randall said that his staff had instructions to explain who qualifies for the 457b Covid 19 withdrawal. Randall said that his opinion was that it was a bad financial decision to take money from a retirement fund.

Randall said that when he saw Mosby's name on his list of those who withdrew money due to Covid 19, it surprised him. He said it surprised him because she is one of the highest paid city employees, but he said he did not know her total financial situation. Randall said he has also seen police and firefighters who used the CARES Act to withdraw money from their 457b, which also surprised him, but again he is not privy to their personal financials.

Randall said that his staff met with Mosby when she was first elected as State's Attorney for Baltimore City, because she wanted to be a part of the Elected Officials' Retirement System. Randall said his staff explained to her that it's only for the mayor, president of the city council, city council members, and the comptroller.

At approximately 3:04PM, Randall called SA Parr back and advised that no one on his staff recalls speaking to Mosby.