# SUPPLEMENT TO THE COURT PURSUANT TO
# ORDER DATED SEPTEMBER 15, 2022 (DOC. NO. 122)

## ERIC FORSTER

1. The following statements supplement the Defendant's prior disclosures regarding the anticipated expert testimony of Eric Forster, and are provided pursuant to the Court's Order dated September 15, 2022.

2. A copy of Mr. Forster's curriculum vitae is attached as **EXHIBIT A**.

3. A list of case documents that Mr. Forster reviewed in reaching his opinions are identified in **EXHIBIT B**.

4. Mr. Forster will testify that Ms. Mosby retained exclusive control over the Kissimmee property. The basis for Mr. Forster's opinion is his review of the "Executive Villas Property Management Agreement" (USA-014213-18), his experience in reviewing similar property management agreements as a mortgage industry expert, and the review of relevant documents in his files, which are attached as **EXHIBIT C**.

5. Mr. Forster will testify that the "Second Home Rider" allowed Ms. Mosby to rent the property. The basis for Mr. Forster's opinion is his review of the "Second Home Rider" (USA-005283), his knowledge of second home riders acquired through his experience as a mortgage industry expert, how second home riders are used in the mortgage lending industry, and his review of the Second Home Rider in this case as compared to second home riders typically used in the mortgage lending industry. Exemplars of second home riders typically used in the mortgage lending industry, reviewed by Mr. Forster and serving, in part, as the basis for his opinion, are attached as **EXHIBIT D.**

6. Mr. Forster will testify that gift letters of the type involved in this case are commonly requested by mortgage brokers and, moreover, that exemplar gift letters and/or gift letter language is commonly provided by mortgage brokers to prospective borrowers. Mr. Forster will also testify that the facts as described in the Superseding Indictment related to the gift letter, if true, would not have been capable of influencing the lender to reach a different conclusion on closing the loan. Mr. Forster will also testify that if the person making the gift had sufficient funds in his or her account at the time of the closing, the terms of this gift letter were met. The basis for Mr. Forster's opinion is his review of the gift letter [USA-013835], his expertise in both what a gift letter is and why it is requested, and the review of relevant documents in his files, which are attached as **EXHIBIT E.**

# EXHIBIT A

**Forster Realty Advisors**
9350 Wilshire Blvd.  Suite 203
Beverly Hills, CA.  90212
424.284.1800      forsteradvisors@gmail.com

**ERIC G. FORSTER**   REAL ESTATE / FINANCE ADVISORS

<u>Summary</u>

Eric Forster is a national real estate consultant who provides expert counsel for companies involved in litigation, economic losses or regulation disputes in the real estate/mortgages arena. His primary areas of expertise include risk management, market analysis, damage calculations, and brokers' standards of care and practices. Eric has extensive experience in providing testimony at regulatory proceedings, trials, and depositions. Over the course of his career, he has presented expert testimony in legal matters involving lending institutions, real estate firms and numerous federal cases involving TILA and RESPA violations.



Eric Forster has served as Principal of Forster Realty Advisors since 1997, following a career in the mortgage/real estate industry. His tenure in the consulting industry includes providing consultation to clients on realty standards and practices, customer standards of care and market analysis. His training in forensic economics has been used in bankruptcy cases, as well as the determination of damages in commercial and residential real estate losses. He has held a California real estate license since 1981 and a Freddie Mac Underwriter registration since 1994.

He holds an LLM (Hons.) degree from the University of London. In addition, Eric holds an MBA from Pepperdine University in Los Angeles, which has been augmented by a certificate in economics from Cornell University's Johnson Graduate School of Business, and by a certification (MAFF) in financial forensics. Eric holds a professional certificate from the MIT Department of Urban Studies & Planning in real estate development. Undergraduate work was taken through the joint program of Columbia University (NY) and the Albert List College of the Jewish Theological Seminary, where he majored in History.

Affiliated with a number of professional organizations, Eric Forster has chaired various subcommittees of the American Bar Association and is a past member of a regulatory committee of the State Bar of California.

**Forster Realty Advisors**
9350 Wilshire Blvd.  Suite 203
Beverly Hills, CA.  90212
424.284.1800        forsteradvisors@gmail.com

In addition to his book, **The Mortgage Applicant's Bible,** Mr. Forster wrote a real estate finance column for Thomson Reuters for more than 17 years (2000-17).

**EXPERIENCE**

**Forster Realty Advisors, a DBA of Eric Forster Inc.** (Principal) Beverly Hills, CA   1997-present

*Consulting in the commercial/industrial/residential areas of:*

- Mortgages and real estate finance.
- Leases – commercial and residential.
- Real Estate industry standards and practices.
- Lenders/Borrowers standards and practices.
- Plaintiff and Defense strategies concerning breach of contract and/or fraud.
- Mortgage fraud litigation.
- Credit underwriting (commercial & residential loans)
- Brokers' malpractice issues; conflicts of interest
- Title insurance coverage, exclusions and claims
- Escrow standards and practices
- Commission compensation issues
- Fannie Mae/Freddie Mac credit score & automated underwriting issues.
- Real estate damage calculations.
- Property analysis for bankruptcies

*Eric Forster Inc.*  1993-2015 All aspects covered by the California Real Estate Broker's license: Property sales,Residential property management and leasing, as well as Production, processing and underwriting mortgage loans for residential,commercial and industrial properties. Ensuring compliance with investor guidelines (FNMA, FHLMC, portfolio). Instituting Quality Assurance procedures and full compliance with HUD and DRE regulations, including title, escrow and appraisal compliance. Training and supervising loan officers.

*Great Western Bank* (Loan Officer) 1990-1993

*Home Savings* (Loan Officer) 1986-1990

**Bankers Group (Partner) 1983-1986:** Production, processing and underwriting mortgage loans for residential, commercial and industrial properties. Ensuring compliance with investor guidelines (FNMA, FHLMC, portfolio). Instituting Quality Assurance procedures and full compliance with HUD and DRE regulations, including title, escrow and appraisal compliance. Training and supervising loan officers.

**J.D. Kelleher Realty** (Branch Manager) Pacific Beach, CA. *1981-1982*

Managing and supervising realty sales staff. Training agents in standards, procedures and compliance with regulations.

**Forster Realty Advisors**
9350 Wilshire Blvd. Suite 203
Beverly Hills, CA. 90212
424.284.1800     forsteradvisors@gmail.com

**American Arbitration Association**     2009-present
Arbitrating and mediating commercial and real estate claims.

**FINRA (Financial Industry Regulatory Authority)**   2009-present
Arbitrating securities and employment-related claims.

**NFA (**National Futures Association**)**    2009-present
Arbitrating commodities claims.

**Nevada Supreme Court** Judicial arbitrator, Eighth Judicial District (Las Vegas),  2017-present

**State Bar of California**     2011-present
Arbitrating fee disputes between attorneys and clients.

***Superior Court of California for Santa Barbara County*** *(Special Master)  2009-2010*
Tasked with asset dissolution and with providing restitution to the victims of a major real estate Ponzi scheme, involving 147 felony counts, including selling a security under a misrepresentation, grand theft and forgery.

**Expert Witness Court Qualifications*:***
Qualified in state courts in AZ, CA, CO, CT, DC, FL, ID, IL, MD, NJ, NV, NY, TN, TX and WA
Federal courts in CA, MS, IL, KY and AL. US bankruptcy court, California

**EDUCATION**

- University of London, City School of Law, LLM (Cum Laude)
-   (International business law, with emphasis on arbitration)
- Pepperdine University Graziano Graduate School of Business, MBA
-   (Thesis: The economics of enterprise IT conversion)
- List College/Columbia Joint Program, diploma

**EXECUTIVE ED / PROFESSIONAL DEVELOPMENT**

-   MIT Department of Urban Studies & Planning (Professional Certificate)
- Cornell University Johnson Graduate School of Management
-    (Graduate Certificate in Economics and business strategies)
- Wharton: Certificate in Business analytics and risk modeling

**CERTIFICATIONS:**

-  MAFF - Certified Master Analyst in Financial Forensics (NACVA)



**ADR:**

- Graduate Theological Foundation, D.Med  in dispute resolution
- Harvard Law School (PON), Advanced training in negotiations 2009
- American Arbitration Association, Arbitration I and II 2009-10
- UCLA , Advanced mediation training 2008
- LA City Attorney, Basic mediation training 2007-8

**Recognition & Honors**

California State Senate
Los Angeles City Attorney
Los Angeles County Superior Court

**MEMBER**

American Bar Association (Chair, Real Estate Experts Subcommittee 2009-2012,    Co-Chair, ADR/Securities Subcommittee 2013-2014)
State Bar of California (Public Member, Committee on Mandatory Fee Arbitration 2011-2013)
California Lawyers Association, Member, Diversity, Equity and Inclusion Committee
California Lawyers Association (Real Property section)
American Academy of Economic and Financial Experts
American Arbitration Association (Real Estate panel)
Board of Arbitrators, Financial Industry Regulatory Authority (Arbitrator No. A55740)
Board of Arbitrators, National Futures Association (Arbitrator No. 0412838)
Mediation panel, Los Angeles County Superior Court (Neutral No. AD0679) Inactive
The National Association of Certified Valuation Analysts.

**LICENSES & REGISTRATIONS**

CA BRE Broker License No. 00827388
Federal NMLS Reg. No. 354426 (inactive)
Freddie Mac Underwriter & Seller No. 121555
California Insurance broker (inactive)

**Publications by Eric Forster**

**Books**

*The Mortgage Applicants Bible* (2000 edition. ISBN 0-595-09171-7)

**Blog**

Mortgage Forensics (2006-2016)  available at
http://web.archive.org/web/*/mortgageforensics.wordpress.com



**Articles**

Israel Shelanu/Shalom L.A. *Real Estate advice column* 1988-2007. Approx. 650 articles.
For Real Estate Today (National Association of Realtors publication):
*Are ARM Borrowers Overpaying?* Real Estate Today 9/92
*Chart a Course to Smart Real Estate Investing* Real Estate Today 9/93

For AOL O'Reilly Publishing Personal Finance Center *Buying a Home* series:

Buying a Home: *Buy v. Rent Considerations*  5/95
Buying a Home: *Meet Your Realtor*  5/95
Buying a Home: *Financing Available*  6/95
Buying a Home: *Who Are The Lenders?*  7/95
Buying a Home: *Qualifying for the Loan*  7/95
Buying a Home: *Your Credit*  8/95
Buying a Home: *Appraisal Considerations* 9/95
*Shopping for Rates in a Fixed Market*  1/96

**For Thomson-Reuters financial website:**

Real Estate / Finance Q&A  Articles  2000- 2017.  Approx. 200 articles.

**RECENT TESTIMONIES** (P: for Plaintiff,   D: for Defendant)

*Lender's Liability*

Prayitno v. Nextep Funding LLC (deposition) Chicago (D)  17-CV-4310  Class action concerning claims that Defendant has violated the Truth in Lending Act (TILA).

McCroskey v. Pinetree Financial (declaration) Denver (P)  Case # 2017CV33802. Classifying a residential loan as a business loan to circumvent making the proper TILA disclosures.

Miley v. Heidelberg (trial testimony) Santa Monica (D) Case # SC 124905   Predatory lending.

Wells Fargo Bank v. Deutsche Bank (trial declaration) New York (D) Case # 17321/2010. Non-disclosure by WF.

Gordenstein v. Solomon Foundation et al. (trial testimony) Dedham, MA (D) Case # 1982CV0069. Lender's obligations concerning a 9/11 VCF trust.

*Mortgage Fraud*

Cashera Plaza v. Bian (trial testimony) Hanford (P) Case No. 19C0195. Borrower defrauded by fund control agent.

People v. Albito (trial testimony) San Diego (D) Case # 37-2011-00079327.  Defrauding a federal lender.

**Forster Realty Advisors**
9350 Wilshire Blvd.  Suite 203
Beverly Hills, CA.  90212
424.284.1800        forsteradvisors@gmail.com

*Licensing*

Spina v. REO Group (declaration) Marin County (P) Case # CIV1701342. Lending activities by unlicensed brokers

Tohme v. The Estate of Michael Jackson (deposition) Los Angeles (P) Case # SC 115988  Whether the introduction of a Lender to a borrower requires a proper license.

Hage v. Gotmortgage (deposition) San Diego (D) Case No. 37-2016-00003885.  Unlicensed lender.

Scott et al. v. VanDyk Mortgage (deposition) Marin County (D) Case # CIV 1301303. Unlicensed activities by a net branch.

Marvin Scott v. VanDyk Mortgage Co. (deposition) San Francisco (D) Case # 1301303 Unlicensed activities by a net branch.

*Escrow/Title Violations*

Cashera Plaza v. Bian (trial testimony) Hanford (P) Case No. 19C0195. Borrower defrauded by fund control agent.

California Escrow Services v. Kay Kyong Hui Chang (trial testimony) Los Angeles (D) Escrow violations.

Tozi Properties LLC v. Chicago Title Ins. Co. (trial rebuttal testimony) Los Angeles (P) Case # BC 578024. Plaintiff alleges that title company re-conveyed a trust deed without proof of payment.

Tozi Properties LLC v. Chicago Title Ins. Co. (trial testimony) Los Angeles (P)  Case # BC 578024 Plaintiff alleges that the title company re-conveyed a trust deed without proof of payment.

Dixon v. Bushman et al. (trial testimony) Santa Ana (P) Case # 30-2013-00686803. Conflicting title claims.

Tagalicod v. OneWest Bank (declaration) Santa Ana (P) Case # 30-201300624983 Dual tracking.

*Easements*

Bloom v. James (declaration) San Diego (P) Case # 37-2017-00034807  Creation of easement by prescription.

*RESPA Violations*

Kolenko v. Servis 1 (declaration) Pittsburgh (P) case 21926267.  Class action concerning RESPA violations.

*Standards and Practices*

Booker v. Rodeo Realty (deposition) Los Angeles (P) Case # BC658049. Broker standards and practices.

**Forster Realty Advisors**
9350 Wilshire Blvd.  Suite 203
Beverly Hills, CA.  90212
424.284.1800        forsteradvisors@gmail.com

S. Paul v. United Security Funding (arbitration testimony) (P) AAA Arbitration. Case # SC125958. Mortgage broker standards of care.

Zook v. Superior Loan Servicing (trial testimony) Van Nuys (D) Case # LC 102418
The responsibilities and duties of the printer of loan documents.
.

*Breach of Contract*

YMI Jeans v. Ambulnz (trial testimony) Los Angeles (D) Case # 20STCV28063 Breach of commercial lease due to Covid lockdown.

Lucey v. Tavitian (trial testimony) Los Angeles (D) Case # BC653083. A defaulting tenant exercises an option to purchase.

Sehremelis v. Sehremelis (trial testimony) Santa Ana (D) CASE NO. 30-2016-00875465. Monetizing a personal guarantee on a loan.

River Arch LLC v. Sehremelis (arbitration declaration) Los Angeles (P) Case # BC 660967. A limited partner refuses to make a capital contribution.

Tohme v. The Estate of Michael Jackson (deposition) Los Angeles (P) Case # SC 115988  Whether the introduction of a Lender to a borrower requires a proper license.

*Divorce (Valuation of Assets)*

Tannenbaum v. Tannenbaum (Declaration)  Alameda County (P)  Case # HF15761290
Hidden assets (value of a mortgage net branch) during divorce negotiations.

Lewis v. Lewis (declaration)  Alameda County (P) Case # HF-13702452
Hidden assets (value of a mortgage net branch) during divorce negotiations.

*Short sale violations*

Swartz v. Kimm Caragio et al. (trial testimony) Los Angeles (D) Case # BC664551 Seller sues realtor for not cooperating in short sale violations.


*Challenges to Forster's testimony*

1. **Barnes v. Morales** *Court of Appeals of California, Second Appellate District, Division Three, Case B214360 (2010).* One of Forster's opinions, not offered in deposition, excluded by court.

2. **Prayitno v. Nextep Funding LLC**  *Northern District of Illinois, Case 1:2017cv04310 (2019) Class Action.* Plaintiff's Daubert challenge to Forster's testimony denied by court.