# EXHIBIT A



Reed Smith LLP
1301 K Street, N.W.
Suite 1000 - East Tower
Washington, D.C. 20005-3373
+1 202 414 9200
Fax +1 202 414 9299
reedsmith.com

**A. Scott Bolden**
Direct Phone:  +1 202 414 9266
Email:  abolden@reedsmith.com

July 1, 2022

**Confidential**

**By Electronic Mail**

Leo Wise
Assistant United States Attorney
36 S. Charles Street, Suite 400
Baltimore, MD 21201-3119

**Re: United States v. Mosby, Criminal Case No. 22-cr-00007-LKG**

Counsel,

     Pursuant to Federal Rule of Criminal Procedure 16(b)(1)(C), Federal Rule of Evidence 702, and the Amended Scheduling Order (Dkt. 61), attached to this correspondence is State's Attorney Marilyn J. Mosby's Expert Disclosure.

     Attachments A-1 and A-2 relate to Mr. Eric Forster, attachments B-1 and B-2 relate to Mr. Jerome Schmitt and attachments C-1 and C-2 (collectively, "the Attachments), relate to Ms. Marcia Wagner, Esq.

     Defendant Marilyn J. Mosby intends to qualify each of the foregoing persons as expert witnesses under Federal Rule of Evidence 702.  Each of these proposed expert witnesses shall offer both background information on a particular issue as well as their opinion.  A summary of each proposed expert's testimony is enclosed in the aforementioned Attachments.

     If you have any questions or need any further information on any of Ms. Mosby's proposed experts, please contact me.

Sincerely, I am,

*A. Scott Bolden*

A. Scott Bolden

CC:    Rizwan A. Qureshi, Esq.
          Kelley C. Miller, Esq.
          Anthony R. Todd, Esq.
          Lucius T. Outlaw, Esq.
          Gary E. Proctor, Esq

## ATTACHMENT A-1

### ERIC FORSTER

1. Eric Forster is a consultant, author and arbiter on all aspects of mortgage applications, real estate loans, real estate and mortgage fraud, brokerage standards and practices, RESPA, TILA and HOEPA violations, as well as escrow practices. Mr. Forster is a Certified Master Analyst in Financial Forensics (NACVA, MAFF), with a specialty in commercial real estate damages and lost profits. Mr. Forster has served as the Co-Chair of the Real Estate Experts subcommittee of the American Bar Association (2009-12), and at present serves on the real estate mediation panels of the Los Angeles County Superior Court and the American Arbitration Association. Mr. Forster is the author of *The Mortgage Applicant's Bible* (ISBN: 0595091717), as well as numerous trade articles.

2. Mr. Forster bases his opinions on his review of the Defendant's mortgage applications for years 2020 and 2021, all documents related to the same including (but not limited to) mortgage applications and underwriting decisions, all applicable loan documents, his experience as a participant in hundreds of real estate closings, as well as his over 35 years of experience in the field of real estate and mortgage transactions and the qualifications described in his *curriculum vitae,* which is attached.

3. Mr. Forster will offer expert testimony on various matters involving the standards and practices in the mortgage industry, including:

   a. Mr. Forster will offer expert testimony on the residential mortgage lending and mortgage application process, from the pre-approval stage of financing through and including the closing, including the obligations of the borrower and lender.

   b. Mr. Forster will also offer expert testimony on the industry standards and best practices as it relates to the role of the mortgage broker and the lender and their respective duties and obligations to the borrower through the mortgage application process.

   c. Mr. Forster will also offer expert testimony about what information is considered by the lender as it relates to the borrower during the underwriting process, including, but not limited to, the borrower's creditworthiness and their debt-to-income ratio.

   d. Mr. Forster will also offer expert testimony about the differences in the lending and underwriting requirements as it relates to the purchase of a primary residence as compared to the purchase of a second home or investment residential property.

   e. Mr. Forster will also offer expert testimony about the use of the "Second Home Rider" as described in Count Two, Paragraph 18 of the Superseding Indictment, the

- 2 -

    intended purpose of such riders, the role the rider plays in lending decisions, and the duties and obligations created thereunder.

f. Mr. Forster will also offer expert testimony about the use gift letters during the mortgage application process, their intended purpose and, among other things, the impact of gift letters on the lender and the overall underwriting process.

g. Mr. Forster will also offer expert testimony on the standards and practices lenders use when evaluating mortgage applications including, all relevant aspects of the mortgagee/applicant.

h. Mr. Forster will also offer expert testimony on the use of property management agreements and the relationship between such agreements and the standards and practices used to evaluate a mortgage application in light of the same.

i. Mr. Forster will also offer expert testimony that based on his review of all relevant documents including, Ms. Mosby's mortgage applications, all materials relevant thereto, and based on all facts and circumstances, it was reasonable for Ms. Mosby to believe that she could use the residential real estate as described in the Superseding Indictment as investment/income-producing property. Mr. Forster will also offer expert testimony that both lenders failed to act with reasonable care and prudence in their processing of Ms. Mosby's mortgage applications.

## ATTACHMENT A-2
## CURRICULUM VITAE OF ERIC FORSTER

**Forster Realty Advisors**
9350 Wilshire Blvd.  Suite 203
Beverly Hills, CA.  90212
424.284.1800      forsteradvisors@gmail.com

**ERIC G. FORSTER**  REAL ESTATE / FINANCE ADVISORS

<u>Summary</u>

Eric Forster is a national real estate consultant who provides expert counsel for companies involved in litigation, economic losses or regulation disputes in the real estate/mortgages arena. His primary areas of expertise include risk management, market analysis, damage calculations, and brokers' standards of care and practices. Eric has extensive experience in providing testimony at regulatory proceedings, trials, and depositions. Over the course of his career, he has presented  expert testimony in legal matters involving lending institutions, real estate firms and numerous federal cases involving TILA and RESPA violations.

Eric Forster has served as Principal of Forster Realty Advisors since 1997, following a career in the mortgage/real estate industry. His tenure in the consulting industry includes providing consultation to clients on realty standards and practices, customer standards of care and market analysis. His training in forensic economics has been used in bankruptcy cases, as well as the determination of damages in commercial and residential real estate losses. He has held a California real estate license since 1981 and a Freddie Mac Underwriter registration since 1994.

He holds an LLM (Hons.) degree from the University of London. In addition, Eric holds an MBA from Pepperdine University in Los Angeles, which has been augmented by a certificate in economics from Cornell University's Johnson Graduate School of Business, and by a certification (MAFF) in financial forensics. Eric holds a professional certificate from the MIT Department of Urban Studies & Planning in real estate development. Undergraduate work was taken through the joint program of Columbia University (NY) and the Albert List College of the Jewish Theological Seminary, where he majored in History.

Affiliated with a number of professional organizations, Eric Forster has chaired various subcommittees of the American Bar Association and is a past member of a regulatory committee of the State Bar of California.

**Forster Realty Advisors**
9350 Wilshire Blvd.  Suite 203
Beverly Hills, CA.  90212
424.284.1800       forsteradvisors@gmail.com

In addition to his book, **The Mortgage Applicant's Bible,** Mr. Forster wrote a real estate finance column for Thomson Reuters for more than 17 years (2000-17).

**EXPERIENCE**

**Forster Realty Advisors, a DBA of Eric Forster Inc.** (Principal) Beverly Hills, CA   1997-present

*Consulting in the commercial/industrial/residential areas of:*

- Mortgages and real estate finance.
- Leases – commercial and residential.
- Real Estate industry standards and practices.
- Lenders/Borrowers standards and practices.
- Plaintiff and Defense strategies concerning breach of contract and/or fraud.
- Mortgage fraud litigation.
- Credit underwriting (commercial & residential loans)
- Brokers' malpractice issues; conflicts of interest
- Title insurance coverage, exclusions and claims
- Escrow standards and practices
- Commission compensation issues
- Fannie Mae/Freddie Mac credit score & automated underwriting issues.
- Real estate damage calculations.
- Property analysis for bankruptcies

*Eric Forster Inc.*  *1993-2015* All aspects covered by the California Real Estate Broker's license: Property sales,Residential property management and leasing, as well as Production, processing and underwriting mortgage loans for residential,commercial and industrial properties. Ensuring compliance with investor guidelines (FNMA, FHLMC, portfolio). Instituting Quality Assurance procedures and full compliance with HUD and DRE regulations, including title, escrow and appraisal compliance. Training and supervising loan officers.

*Great Western Bank* (Loan Officer) 1990-1993

*Home Savings* (Loan Officer) 1986-1990

**Bankers Group (Partner) 1983-1986:** Production, processing and underwriting mortgage loans for residential, commercial and industrial properties. Ensuring compliance with investor guidelines (FNMA, FHLMC, portfolio). Instituting Quality Assurance procedures and full compliance with HUD and DRE regulations, including title, escrow and appraisal compliance. Training and supervising loan officers.

**J.D. Kelleher Realty** (Branch Manager) Pacific Beach, CA. *1981-1982*

Managing and supervising realty sales staff. Training agents in standards, procedures and compliance with regulations.

**Forster Realty Advisors**
9350 Wilshire Blvd. Suite 203
Beverly Hills, CA. 90212
424.284.1800     forsteradvisors@gmail.com

**American Arbitration Association**     2009-present
Arbitrating and mediating commercial and real estate claims.

**FINRA (Financial Industry Regulatory Authority)**     2009-present
Arbitrating securities and employment-related claims.

**NFA (**National Futures Association**)**    2009-present
Arbitrating commodities claims.

**Nevada Supreme Court** Judicial arbitrator, Eighth Judicial District (Las Vegas),  2017-present

**State Bar of California**     2011-present
Arbitrating fee disputes between attorneys and clients.

***Superior Court of California for Santa Barbara County**** (Special Master)  2009-2010*
Tasked with asset dissolution and with providing restitution to the victims of a major real estate Ponzi scheme, involving 147 felony counts, including selling a security under a misrepresentation, grand theft and forgery.

**Expert Witness Court Qualifications***:*
Qualified in state courts in AZ, CA, CO, CT, DC, FL, ID, IL, MD, NJ, NV, NY, TN, TX and WA
Federal courts in CA, MS, IL, KY and AL. US bankruptcy court, California

**EDUCATION**

- University of London, City School of Law, LLM (Cum Laude)
-   (International business law, with emphasis on arbitration)
- Pepperdine University Graziano Graduate School of Business, MBA
-   (Thesis: The economics of enterprise IT conversion)
- List College/Columbia Joint Program, diploma

**EXECUTIVE ED / PROFESSIONAL DEVELOPMENT**

-   MIT Department of Urban Studies & Planning (Professional Certificate)
- Cornell University Johnson Graduate School of Management
-    (Graduate Certificate in Economics and business strategies)
- Wharton: Certificate in Business analytics and risk modeling

**CERTIFICATIONS:**

-  MAFF - Certified Master Analyst in Financial Forensics (NACVA)

**Forster Realty Advisors**
9350 Wilshire Blvd.  Suite 203
Beverly Hills, CA.  90212
424.284.1800        forsteradvisors@gmail.com

**ADR:**

- Graduate Theological Foundation, D.Med  in dispute resolution
- Harvard Law School (PON), Advanced training in negotiations 2009
- American Arbitration Association, Arbitration I and II 2009-10
- UCLA , Advanced mediation training 2008
- LA City Attorney, Basic mediation training 2007-8

**Recognition & Honors**

California State Senate
Los Angeles City Attorney
Los Angeles County Superior Court

**MEMBER**

American Bar Association (Chair, Real Estate Experts Subcommittee 2009-2012,    Co-Chair, ADR/Securities Subcommittee 2013-2014)
State Bar of California (Public Member, Committee on Mandatory Fee Arbitration 2011-2013)
California Lawyers Association, Member, Diversity, Equity and Inclusion Committee
California Lawyers Association (Real Property section)
American Academy of Economic and Financial Experts
American Arbitration Association (Real Estate panel)
Board of Arbitrators, Financial Industry Regulatory Authority (Arbitrator No. A55740)
Board of Arbitrators, National Futures Association (Arbitrator No. 0412838)
Mediation panel, Los Angeles County Superior Court (Neutral No. AD0679) Inactive
The National Association of Certified Valuation Analysts.

**LICENSES & REGISTRATIONS**

CA BRE Broker License No. 00827388
Federal NMLS Reg. No. 354426 (inactive)
Freddie Mac Underwriter & Seller No. 121555
California Insurance broker (inactive)

**Publications by Eric Forster**

**Books**

*The Mortgage Applicants Bible* (2000 edition. ISBN 0-595-09171-7)

**Blog**

Mortgage Forensics (2006-2016)  available at
http://web.archive.org/web/*/mortgageforensics.wordpress.com



Forster Realty Advisors
9350 Wilshire Blvd.  Suite 203
Beverly Hills, CA.  90212
424.284.1800        forsteradvisors@gmail.com

**Articles**

Israel Shelanu/Shalom L.A. *Real Estate advice column* 1988-2007. Approx. 650 articles.
For Real Estate Today (National Association of Realtors publication):
*Are ARM Borrowers Overpaying?* Real Estate Today 9/92
*Chart a Course to Smart Real Estate Investing* Real Estate Today 9/93

For AOL O'Reilly Publishing Personal Finance Center  *Buying a Home* series:

Buying a Home: *Buy v. Rent Considerations*  5/95
Buying a Home: *Meet Your Realtor*  5/95
Buying a Home: *Financing Available*  6/95
Buying a Home: *Who Are The Lenders?*  7/95
Buying a Home: *Qualifying for the Loan*  7/95
Buying a Home: *Your Credit*  8/95
Buying a Home: *Appraisal Considerations*  9/95
*Shopping for Rates in a Fixed Market*  1/96

**For Thomson-Reuters financial website:**

Real Estate / Finance Q&A  Articles  2000- 2017.  Approx. 200 articles.

**RECENT TESTIMONIES** (P: for Plaintiff,   D: for Defendant)

*Lender's Liability*

Prayitno v. Nextep Funding LLC (deposition) Chicago (D)  17-CV-4310  Class action concerning claims that Defendant has violated the Truth in Lending Act (TILA).

McCroskey v. Pinetree Financial (declaration) Denver (P)  Case # 2017CV33802. Classifying a residential loan as a business loan to circumvent making the proper TILA disclosures.

Miley v. Heidelberg (trial testimony) Santa Monica (D) Case # SC 124905   Predatory lending.

Wells Fargo Bank v. Deutsche Bank (trial declaration) New York (D) Case # 17321/2010. Non-disclosure by WF.

Gordenstein v. Solomon Foundation et al. (trial testimony) Dedham, MA (D) Case # 1982CV0069. Lender's obligations concerning a 9/11 VCF trust.

*Mortgage Fraud*

Cashera Plaza v. Bian (trial testimony) Hanford (P) Case No. 19C0195. Borrower defrauded by fund control agent.

People v. Albito (trial testimony) San Diego (D) Case # 37-2011-00079327.  Defrauding a federal lender.

Forster Realty Advisors
9350 Wilshire Blvd. Suite 203
Beverly Hills, CA. 90212
424.284.1800      forsteradvisors@gmail.com

*Licensing*

Spina v. REO Group (declaration) Marin County (P) Case # CIV1701342. Lending activities by unlicensed brokers

Tohme v. The Estate of Michael Jackson (deposition) Los Angeles (P) Case # SC 115988  Whether the introduction of a Lender to a borrower requires a proper license.

Hage v. Gotmortgage (deposition) San Diego (D) Case No. 37-2016-00003885.  Unlicensed lender.

Scott et al. v. VanDyk Mortgage (deposition) Marin County (D) Case # CIV 1301303. Unlicensed activities by a net branch.

Marvin Scott v. VanDyk Mortgage Co. (deposition) San Francisco (D) Case # 1301303 Unlicensed activities by a net branch.

*Escrow/Title Violations*

Cashera Plaza v. Bian (trial testimony) Hanford (P) Case No. 19C0195. Borrower defrauded by fund control agent.

California Escrow Services v. Kay Kyong Hui Chang (trial testimony) Los Angeles (D) Escrow violations.

Tozi Properties LLC v. Chicago Title Ins. Co. (trial rebuttal testimony) Los Angeles (P) Case # BC 578024. Plaintiff alleges that title company re-conveyed a trust deed without proof of payment.

Tozi Properties LLC v. Chicago Title Ins. Co. (trial testimony) Los Angeles (P)  Case # BC 578024 Plaintiff alleges that the title company re-conveyed a trust deed without proof of payment.

Dixon v. Bushman et al. (trial testimony) Santa Ana (P) Case # 30-2013-00686803. Conflicting title claims.

Tagalicod v. OneWest Bank (declaration) Santa Ana (P) Case # 30-201300624983 Dual tracking.

*Easements*

Bloom v. James (declaration) San Diego (P) Case # 37-2017-00034807  Creation of easement by prescription.

*RESPA Violations*

Kolenko v. Servis 1 (declaration) Pittsburgh (P) case 21926267.  Class action concerning RESPA violations.

*Standards and Practices*

Booker v. Rodeo Realty (deposition) Los Angeles (P) Case # BC658049. Broker standards and practices.

Forster Realty Advisors
9350 Wilshire Blvd. Suite 203
Beverly Hills, CA. 90212
424.284.1800     forsteradvisors@gmail.com

S. Paul v. United Security Funding (arbitration testimony) (P) AAA Arbitration. Case # SC125958. Mortgage broker standards of care.

Zook v. Superior Loan Servicing (trial testimony) Van Nuys (D) Case # LC 102418
The responsibilities and duties of the printer of loan documents.
.

*Breach of Contract*

YMI Jeans v. Ambulnz (trial testimony) Los Angeles (D) Case # 20STCV28063 Breach of commercial lease due to Covid lockdown.

Lucey v. Tavitian (trial testimony) Los Angeles (D) Case # BC653083. A defaulting tenant exercises an option to purchase.

Sehremelis v. Sehremelis (trial testimony) Santa Ana (D) CASE NO. 30-2016-00875465. Monetizing a personal guarantee on a loan.

River Arch LLC v. Sehremelis (arbitration declaration) Los Angeles (P) Case # BC 660967. A limited partner refuses to make a capital contribution.

Tohme v. The Estate of Michael Jackson (deposition) Los Angeles (P) Case # SC 115988  Whether the introduction of a Lender to a borrower requires a proper license.

*Divorce (Valuation of Assets)*

Tannenbaum v. Tannenbaum (Declaration)  Alameda County (P)  Case # HF15761290
Hidden assets (value of a mortgage net branch) during divorce negotiations.

Lewis v. Lewis (declaration)  Alameda County (P) Case # HF-13702452
Hidden assets (value of a mortgage net branch) during divorce negotiations.

*Short sale violations*

Swartz v. Kimm Caragio et al. (trial testimony) Los Angeles (D) Case # BC664551 Seller sues realtor for not cooperating in short sale violations.


*Challenges to Forster's testimony*

1. **Barnes v. Morales** *Court of Appeals of California, Second Appellate District, Division Three, Case B214360 (2010).* One of Forster's opinions, not offered in deposition, excluded by court.

2. **Prayitno v. Nextep Funding LLC**  *Northern District of Illinois, Case 1:2017cv04310 (2019) Class Action.* Plaintiff's Daubert challenge to Forster's testimony denied by court.

## ATTACHMENT B-1

**JEROME B. SCHMITT**

1. Jerome B. ("Jeb") Schmitt, Jr. is the Managing Director of Gleason and Associates. Mr. Schmitt is a Certified Public Accountant in Pennsylvania and is accredited in Business Valuation and certified in Financial Forensics, and is a Certified Fraud Examiner.

2. Mr. Schmitt bases his opinions on his review of the evidence including, all records appurtenant and relevant to State's Attorney Mosby's income, expenses, debts, assets and net worth, as well as his over 20 years of experience as a Certified Public Accountant as well as the qualifications described in his *curriculum vitae*, which is attached.

3. Mr. Schmitt will offer expert testimony on various matters involving the State's Attorney Mosby's income, expenses, debt and net worth, including:

    a. Mr. Schmitt will offer expert testimony as to State's Attorney Mosby's income, expenses, assets, debts, and net worth.

    b. Mr. Schmitt will offer expert testimony as to the State's Attorney Mosby's expenses and debts from prior to March 2020 until present.

    c. Mr. Schmitt will offer expert testimony as to the State's Attorney Mosby's income and assets from prior to March 2020 until present.

    d. Mr. Schmitt will offer expert testimony about Ms. Mosby's financial circumstances, net worth and expenses during the years 2017 through 2021 and, in particular, will describe and discuss the impact of various events and circumstances on Ms. Mosby's finances and net worth.

    e. Mr. Schmitt will also offer expert testimony about the condition of Ms. Mosby's finances at specific points in time, including the effect of the COVID-19 pandemic on Ms. Mosby's financial condition beginning in the Spring of 2020 through the present.

    f. Mr. Schmitt will also offer expert testimony as to the impact that the COVID-19 pandemic had on Ms. Mosby's finances after March 2020 and, specifically, at the times that Ms. Mosby requested withdrawals from her 457(b) plan.

- 2 -

**ATTACHMENT B-2**
**CURRICULUM VITAE OF JEROME B. SCHMITT**

# Jerome B. Schmitt, Jr., CPA/ABV/CFF, CFE
Curriculum Vitae

---

## Professional History

### *Gleason & Associates – Managing Director*           *2003 to Present*

As a Managing Director at Gleason & Associates, P.C., Mr. Schmitt has more than 22 years of experience in the areas of accounting, finance, economics, valuation, financial restructuring, litigation support, and forensic investigations. Mr. Schmitt is Accredited in Business Valuation (ABV) and has substantial experience in researching, analyzing and assessing businesses and financial statements in the context of business valuation.

Mr. Schmitt has considerable expertise both in the dispute setting, such providing expert witness testimony and consulting with counsel to provide forensic accounting analyses, preliminary damage assessments and valuations, and outside the dispute setting, such as performing valuations of businesses and assets for public companies, closely held companies, and individuals. Mr. Schmitt also has experience in forensic accounting investigations and financial reorganization consulting including due diligence analysis, preparation and evaluation of financial forecasts and business plans, and evaluation of financial reports and forecasts.

### *Grant Thornton – Senior Financial Statement Auditor*
### *Arthur Andersen – Senior Financial Statement Auditor*           *2000 - 2003*

As a Financial Statement Auditor for both Grant Thornton and Arthur Andersen, Mr. Schmitt worked with the Assurance and Advisory Services department. During this time with Grant Thornton and Arthur Andersen, Mr. Schmitt served numerous clients in various industries ranging in size from small, privately held companies to large multi-national companies.

## Education and Certification

Master of Business Administration, *John Carroll University*, 2001
Bachelor of Science in Business Administration, *John Carroll University*, 2000
Certified Public Accountant, Ohio 2001
Certified Public Accountant, Pennsylvania 2003
Accredited in Business Valuation, 2005
Certified Fraud Examiner, 2010
Certified in Financial Forensics, 2012

## Professional and Business Affiliations

American Institute of Certified Public Accountants
Association of Certified Fraud Examiners