# EXHIBIT C



Reed Smith LLP
1301 K Street, N.W.
Suite 1000 - East Tower
Washington, D.C. 20005-3373
+1 202 414 9200
Fax +1 202 414 9299
reedsmith.com

**A. Scott Bolden**
Direct Phone: +1 202 414 9266
Email: abolden@reedsmith.com

September 9, 2022

**By Electronic Mail**

Leo J. Wise
Sean R. Delaney
Aaron S. J. Zelinsky

**RE: Supplemental Expert Disclosures in United States v. Marilyn J. Mosby, 22-CR-007**

Dear Counsel:

As ordered by the Court on September 8, 2022, enclosed with this letter are supplemental disclosures for defense experts Jeb Schmitt and Eric Forster.

Sincerely, I am,

*[signature]*

A. Scott Bolden

AB:ml

Enclosures

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG
HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI ♦ MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON
RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

US_ACTIVE-169094876.1-ARTODD 09/09/2022 9:59 PM

CASE 1:22-CR-00007-LKG

# SUPPLEMENT TO THE COURT PURSUANT TO ORDER DATED SEPTEMBER 8, 2022 (DOC. NO. 105)

## ERIC FORSTER

1. The following statements supplement the Defendant's prior disclosures regarding the anticipated expert testimony of Eric Forster, and are provided pursuant to the Court's Order dated September 8, 2022 (Document No. 105).

2. Mr. Forster will testify that Ms. Mosby retained exclusive control over the Kissimmee property. The basis for Mr. Forster's opinion is his review of the "Executive Villas Property Management Agreement" and his experience in reviewing similar property management agreements.

3. Mr. Forster will testify that the "Second Home Rider" allowed Ms. Mosby to rent the property. The basis for Mr. Forster's opinion is his knowledge of second home riders and how they are used in the mortgage lending industry, and his review of the Second Home Rider in this case as compared to second home riders typically used in the mortgage lending industry.

4. Mr. Forster will testify that gift letters of the type involved in this case are commonly requested by mortgage brokers and, moreover, that exemplar gift letters and/or gift letter language is commonly provided by mortgage brokers to prospective borrowers. The basis for Mr. Forster's opinion is his review of the gift letter in the record and his expertise in both what a gift letter is and why it is requested. Mr. Forster will also testify that the facts as described in the Superseding Indictment related to the gift letter, if true, would not have been capable of influencing the lender to reach a different conclusion on closing the loan. Mr. Forster will also testify that if the person making the gift had sufficient funds in his or her account at the time of the closing, the terms of this gift letter were met.

CASE 1:22-CR-00007-LKG

**SUPPLEMENT PURSUANT TO**
**ORDER DATED SEPTEMBER 8, 2022 (DOC. # 105)**

**JEROME B. SCHMITT, JR.**

1. The following statements supplement the Defendant's prior disclosures regarding the anticipated expert testimony of Jerome B. Schmitt, and are provided pursuant to the Court's Order dated September 8, 2022 (Document No. 105).

2. Mr. Schmitt will offer expert testimony on various matters involving the State's Attorney Mosby's income, expenses, assets, debt and net worth. Mr. Schmitt bases his opinions on his review of the evidence including, all records appurtenant and relevant to State's Attorney Mosby's income, expenses, debts, assets and net worth, as well as his over 20 years of experience as a Certified Public Accountant as well as the qualifications described in his curriculum vitae, which was previously provided to this court, as well as the documents attached.

3. Mr. Schmitt will offer expert testimony as to State's Attorney Mosby's financial condition in 2019 and 2020, including her income, expenses, assets, debts, and net worth. Specifically, Mr. Schmitt will offer expert testimony that Ms. Mosby's net worth (measured by the reported value of her financial assets less the reported value of her liabilities) declined by at least 30% in the spring of 2020 as a result of the COVID-19 pandemic, as documented in the attached exhibit.

4. Mr. Schmitt will also offer expert testimony as to the financial and economic effects of COVID-19 on the value of businesses, including the value of Ms. Mosby's investments in publicly-traded companies. Specifically, Mr. Schmitt will offer expert testimony describing, from a financial and economic perspective, the reasons why the Dow Jones Industrial Average lost 37% of its value in the spring of 2020 due to government regulations and economic uncertainty caused by COVID-19. Additionally, Mr. Schmitt will offer expert testimony as to how the economic effects of COVID-19 caused a decline in Ms. Mosby's 457(b) account of more than 17%.

5. Mr. Schmitt will offer expert testimony as to the financial and economic effect of COVID-19 on the travel industry and Mahogany Elite Enterprises, LLC specifically. Specifically, Mr. Schmitt will offer expert testimony regarding the losses suffered by many travel businesses in 2020 and the ability of an early-stage travel-related company, like Mahogany Elite Enterprises, LLC, to generate revenue in 2020 after the COVID-19 pandemic began.

| Company | Type | Industry | Stock Price* 12/31/2019 | 5/27/2020 | Change | 12/29/2020 | Change | Volatility* 2016-2020 | 2020 | Increase |
|---|---|---|---|---|---|---|---|---|---|---|
| **Hotel and Resort Entertainment** | | | | | | | | | | |
| VanEck Gaming ETF | ETF | Hotel and Resort Entertainment | $ 41.21 | $ 33.92 | -17.7% | $ 46.22 | 12.2% | 25.8% | 44.3% | 71.8% |
| Walt Disney | Stock | Hotel and Resort Entertainment | $ 144.63 | $ 121.53 | -16.0% | $ 177.30 | 22.6% | 27.7% | 48.8% | 76.3% |
| Cedar Fair | Stock | Hotel and Resort Entertainment | $ 53.87 | $ 33.06 | -38.6% | $ 38.58 | -28.4% | 46.5% | 95.7% | 105.7% |
| Hilton Totels | Stock | Hotel and Resort Entertainment | $ 110.49 | $ 82.96 | -24.9% | $ 107.71 | -2.5% | 30.7% | 51.5% | 67.5% |
| Las Vegas Sands | Stock | Hotel and Resort Entertainment | $ 67.69 | $ 50.93 | -24.8% | $ 58.11 | -14.2% | 37.3% | 59.2% | 58.8% |
| Marriott International | Stock | Hotel and Resort Entertainment | $ 150.28 | $ 97.60 | -35.1% | $ 128.53 | -14.5% | 36.0% | 66.3% | 84.1% |
| MGM Resorts International | Stock | Hotel and Resort Entertainment | $ 33.00 | $ 18.09 | -45.2% | $ 30.75 | -6.8% | 51.1% | 96.9% | 89.6% |
| Invesco Dynamic Leisure & Entertainment ETF | ETF | Hotel and Resort Entertainment | $ 44.39 | $ 30.89 | -30.4% | $ 39.20 | -11.7% | 25.9% | 49.8% | 92.6% |
| Six Flags Entertainment | Stock | Hotel and Resort Entertainment | $ 44.66 | $ 27.35 | -38.8% | $ 32.83 | -26.5% | 49.1% | 95.7% | 95.1% |
| Wynn Resorts | Stock | Hotel and Resort Entertainment | $ 137.71 | $ 86.93 | -36.9% | $ 114.31 | -17.0% | 53.4% | 86.5% | 62.0% |
| Caesars Entertainment | Stock | Hotel and Resort Entertainment | $ 59.64 | $ 36.42 | -38.9% | $ 73.37 | 23.0% | 67.7% | 131.4% | 94.0% |
| **Travel** | | | | | | | | | | |
| Carnival | Stock | Cruise | $ 50.24 | $ 17.24 | -65.7% | $ 21.43 | -57.3% | 59.7% | 123.8% | 107.5% |
| Norwegian Cruise Line | Stock | Cruise | $ 58.41 | $ 17.59 | -69.9% | $ 25.39 | -56.5% | 66.0% | 133.9% | 103.0% |
| Royal Caribbean Cruises | Stock | | $ 132.20 | $ 54.29 | -58.9% | $ 71.60 | -45.8% | 58.1% | 115.0% | 98.0% |
| American Airlines Group | Stock | Travel | $ 28.57 | $ 11.98 | -58.1% | $ 15.86 | -44.5% | 55.3% | 101.2% | 83.2% |
| ETFMG Travel Tech ETF* | ETF | Travel | $ 24.81 | $ 19.12 | -22.9% | $ 25.55 | 3.0% | N/A | 48.1% | N/A |
| U.S. Global Jets ETF | ETF | Travel | $ 31.28 | $ 15.88 | -49.2% | $ 22.08 | -29.4% | 35.7% | 68.3% | 91.1% |
| Southwest Airlines | Stock | Travel | $ 53.77 | $ 33.66 | -37.4% | $ 46.15 | -14.2% | 36.8% | 62.7% | 70.5% |
| United Airlines | Stock | Travel | $ 88.09 | $ 30.69 | -65.2% | $ 43.74 | -50.3% | 54.5% | 104.7% | 92.1% |
| *Based on the adjusted close stock price | | **Average** | | | **-40.8%** | | **-18.9%** | **45.4%** | **83.4%** | **85.7%** |
| *Inception of February 13, 2020 | | **Median** | | | **-38.6%** | | **-14.5%** | **47.8%** | **86.5%** | **90.3%** |

**Summary of M. Mosby Net Worth**

| | Account No. | 12/31/19 | 01/31/20 | 02/28/20 | 03/13/20 | Document |
|---|---|---|---|---|---|---|
| **ASSETS** | | | | | | |
| _Checking & Savings Accounts:_ | | | | | | |
| Bank of America | | $ 6,090 | $ 9,368 | $ 4,838 | $ 5,479 | USA-004417-4440 |
| MECU Credit Union | | 11 | 11 | 11 | 20 | USA-008252-8259 |
| MECU Credit Union | | 2,559 | 4,059 | 5,060 | 4,677 | USA-008252-8260 |
| | | $ 8,660 | $ 13,438 | $ 9,909 | $ 10,176 | |
| _Business Interests_ | | | | | | |
| Mahogany Elite Enterprises, LLC* | | | | | | |
| _Retirement Account:_ | | | | | | |
| Nationwide** | | $ 115,497 | $ 115,497 | $ 115,497 | $ 96,013 | USA-010621-627; USA-010675-681 |
| **TOTAL ASSETS** | | $ 124,157 | $ 128,935 | $ 125,406 | $ 106,189 | |
| **LIABILITIES** | | | | | | |
| _Credit Cards:_ | | | | | | |
| American Express | | $ - | $ - | $ 21 | $ 18 | AMEX000459-473 |
| Bank of America | | 19,169 | 19,384 | 18,238 | 15,702 | USA-002711-2709 |
| American Airlines | | 974 | 2,480 | 1,402 | 1,581 | USA-002239-2266 |
| Chase | | - | - | - | - | USA-007913; 8130 |
| CitiBank | | 6,298 | 4,643 | 11 | 51 | USA-007118-7131 |
| | | $ 26,441 | $ 26,507 | $ 19,672 | $ 17,352 | |
| _Student Loans:_ | | | | | | |
| NelNet Loan Services*** | * | $ 14,179 | $ 14,112 | $ 14,045 | $ 13,978 | USA-007237 |
| NelNet Loan Services*** | | 16,518 | 16,440 | 16,361 | 16,284 | USA-007237 |
| | | $ 30,697 | $ 30,552 | $ 30,406 | $ 30,262 | |
| _Automobile Lease:_ | | | | | | |
| BMW Financial Services*** | | $ 27,749 | $ 24,541 | $ 24,646 | $ 23,779 | USA-007237 |
| **TOTAL LIABILITIES** | | $ 84,887 | $ 81,600 | $ 74,724 | $ 71,393 | |
| **NET WORTH** | | $ 39,270 | $ 47,335 | $ 50,682 | $ 34,796 | |

\* As a private business, Mahogany Elite Enterprises, LLC does not receive or provide account statements; as such, the values on this schedule remain blank.
\*\* This schedule has been prepared based on reported balances available on statements provided to Ms. Mosby on a monthly or quarterly basis.
\*\*\* Amounts obtained from Equifax credit report.