IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Criminal Case No. 22-cr-00007-LKG |
| MARILYN J. MOSBY | Dated: January 9, 2023 |
| Defendant. | |

**DEFENDANT'S SUPPLEMENT TO MOTION TO CONTINUE RESPONSE FILING DEADLINE**

Defendant Marilyn J. Mosby ("Ms. Mosby") by and through her undersigned counsel, submits this supplement to her Motion to Continue Response Filing Deadline (ECF No. 177). In support thereof, counsel state as follows:

1. On January 19, 2023, counsel for Ms. Mosby moved to withdraw (ECF No. 174). As part of that motion, counsel requested that "all deadlines in this matter be held in abeyance, until new counsel has entered their appearance." This motion is pending, and a status conference has been scheduled for January 27, 2023.

2. On the morning of January 23, 2023, counsel for Ms. Mosby submitted a Motion to Continue Response Filing Deadline to this Court (ECF No. 177). In that Motion, counsel again requested a stay of all deadlines due to the pending Motion to Withdraw filed by all counsel for Ms. Mosby. That stay would include today's deadline to reply to all outstanding pre-trial motions.

3. The Court has not yet ruled on that Motion.

4. Given the hour, counsel for Ms. Mosby do not anticipate that the Court will rule on Defendant's Motion to Continue Response Filing Deadline.

5. Mindful of the Court's scheduling order, and in an effort to be as respectful as possible to the Court's authority, Defendant submits this Supplement to its Motion to Continue Response Filing Deadline.

6. This submission is made without any admissions or concessions with regard to any arguments made by the Government in opposition to the pending Motion for Withdrawal, and without any prejudice to the position of Ms. Mosby's counsel that all lawyers have good cause for withdrawal.

7. As part of this submission, Exhibit A outlines Defendant's Reply to the Government's Omnibus Motion to Exclude Defendant's Experts.

8. Counsel for Ms. Mosby submits the Exhibit contained herein, rather than a full reply brief, mindful of the fact that current counsel does not wish to respond to the Government's Motion to Exclude in a manner that would prejudice or bind any subsequent counsel, if the Motion to Withdraw is granted and replacement counsel are permitted to enter their appearances.

9. The Government argues in its Response to the Motion to Continue Response Deadlines that the deadline for filing this reply has been in place since this Court issued the September 15, 2022 scheduling order, and that therefore no extension of the deadlines is warranted.

10. However, circumstances have changed drastically since the issuance of that scheduling order. First, the defense was not aware that the Government planned to file a motion to exclude until it was, in fact, filed on January 9, 2023. Second, the defense was not aware that the motion would be in excess of this Court's established page limit. Further, counsel for the defense only identified the existence of a potential conflict (and therefore the need to withdraw from the representation of Ms. Mosby) six days ago, and has been diligently working to resolve the issues related to that conflict since that time.

11.     Finally, the Government will suffer no prejudice if Defendant's request to continue deadlines is extended.  All parties, including Ms. Mosby, will be better served by holding all deadlines in abeyance until the issues surrounding potential conflicts of interest are resolved by this Court.  The Court has also scheduled a status conference for Friday, January 27, 2023.  If necessary, the parties may be available before that time to resolve the various issues involved with the Motion to Withdraw.

WHEREFORE, Defendant Marilyn J. Mosby and her counsel respectfully request that this Court 1) grant Defendant's Motion to Continue Response Deadlines; 2) consider the attached Exhibit A to satisfy the deadline previously set by this Court until such time as this Court sets a new briefing schedule; and 3) grant such other relief as it deems proper.

Dated: January 23, 2022                                Respectfully Submitted,


                                                       /s/ Gary E. Proctor

                                                       Gary E. Proctor (Bar No. 27936)
                                                       Law Offices of Gary E. Proctor, LLC
                                                       8 E. Mulberry Street
                                                       Baltimore, Maryland 21202
                                                       Telephone: (410) 444-1500
                                                       garyeproctor@gmail.com

                                                       A. Scott Bolden (*admitted pro hac vice*)
                                                       Rizwan A. Qureshi (*admitted pro hac vice*)
                                                       Reed Smith LLP
                                                       1301 K Street, N.W.
                                                       Suite 1000 - East Tower
                                                       Washington, D.C. 20005-3373
                                                       Telephone: +1 202 414 9200
                                                       Facsimile: +1 202 414 9299
                                                       RQureshi@ReedSmith.com
                                                       ABolden@ReedSmith.com

Kelley Miller (*admitted pro hac vice*)
Reed Smith LLP
7900 Tysons One Place, Suite 500
McLean, Virginia 22102
Telephone: + 1 703 641 4200
Facsimile: +1 703 641 4340
KMiller@ReedSmith.com

Anthony R. Todd (*admitted pro hac vice*)
Reed Smith LLP
10 South Wacker Drive
40th Floor
Chicago, IL 60606-7507
Telephone: + 312.207.1000
Facsimile: + 312.207.6400
ATodd@ReedSmith.com

Lucius T. Outlaw III (Bar No. 20677)
Outlaw PLLC
1351 Juniper St. NW
Washington, DC 20012
Telephone: (202) 997-3452
loutlaw3@outlawpllc.com

*Counsel for Defendant Marilyn J. Mosby*

## CERTIFICATE OF SERVICE

I certify that, on January 23, 2023, this document was electronically filed with the Clerk of Court using the Court's CM/ECF system, which will then serve a notification of the filing to the registered parties of record.

*/s/ Gary E. Proctor*
Gary E. Proctor