# UNITED STATES DISTRICT COURT
## -------------DISTRICT OF MARYLAND-------------

### A P P E A R A N C E

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| v. | * | Crim. No. LKG-22-0007 |
| **MARILYN J. MOSBY** | * | |
| | * | |

\* \* \* \* \* \*

### NOTICE OF APPEARANCE

To the Clerk of the Court and all parties of record:

    Please enter my appearance as counsel in the case for Marilyn J. Mosby. I certify that I am admitted to practice in this Court.

                                        JAMES WYDA
                                        Federal Public Defender

                                        /s/
                                        James Wyda (#25298)
                                        100 South Charles Street
                                        Tower II, 9th Floor
                                        Baltimore, Maryland  21201
                                        Telephone: (410) 962-3962
                                        Facsimile:  (410) 962-3976
                                        Email:  jim_wyda@fd.org

Date: January 30, 2023