IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**MARILYN J. MOSBY,**<br><br>         **Defendant** | Criminal No. LKG-22-7 |

**JOINT STATUS REPORT**

The parties write in response to the Court's Order of January 27, 2023, ECF No. 188, directing them to meet and confer regarding the schedule for pre-trial proceedings and trial. The parties have done so. Counsel for the Defendant has informed the Government that because of his recent appointment, he will not be prepared to try this case until June 6, 2023. Therefore, the parties request a scheduling conference to set a trial date and dates for pretrial matters that is convenient for both parties and the Court.

                                                  Respectfully submitted,

                                                  EREK L. BARRON
                                                  UNITED STATES ATTORNEY

                                       By:_____/s/_____
                                              Leo J. Wise
                                              Sean R. Delaney
                                              Aaron Zelinsky
                                              Assistant United States Attorneys


                                  _____/s/_____
                                    James Wyda
                                    Office of the Federal Public Defender
                                    100 S Charles St Ste 900 Tower 2
                                    Baltimore, MD 21201

                                    Counsel for Defendant Marilyn J. Mosby