IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | ) | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Criminal Case No. 22-cr-00007-LKG |
| | ) | |
| MARILYN J. MOSBY, | ) | Dated:  February 6, 2023 |
| | ) | |
| Defendant. | ) | |
| | ) | |

**ORDER**

The parties shall participate in a telephone scheduling conference to be held via videoconference on **Friday, February 10, 2023, at 11:00 a.m. Eastern Time**, to discuss the parties' joint status report (ECF No. 190).

The Court will provide the parties *via* email with a Zoom link and passcode.  Members of the public may dial into this proceeding.  Public access line information may be found on the Court's public calendar.  Participating on the videoconference will be the counsel of record for each party.

        For Government:    **Leo Joseph Wise**
                                      Office of the United States Attorney
                                      36 S Charles St Fourth Fl
                                      Baltimore, MD 21201
                                      410-209-4909
                                      Email: Leo.Wise@usdoj.gov

                                      **Aaron Simcha Jon Zelinsky**
                                      US Attorney's Office
                                      District of Maryland
                                      36 S Charles St
                                      Baltimore, MD 21201
                                      410-209-4928
                                      Email: Aaron.Zelinsky@USDOJ.gov

                                      **Sean R Delaney**
                                      US Attorney's Office
                                      36 S Charles St., 4th Fl
                                      Baltimore, MD 21201
                                      410-209-4913
                                      Email: Sean.Delaney@usdoj.gov

| | |
|---|---|
| For Government Cont'd: | **Stephanie Williamson**<br>United States Attorney's Office<br>36 S. Charles St. 4th Fl.<br>Baltimore, MD 21201<br>410-209-4922<br>Email: stephanie.williamson@usdoj.gov |
| For Defendant: | **James Wyda**<br>Office of the Federal Public Defender<br>100 S Charles St Ste 900 Tower 2<br>Baltimore, MD 21201<br>410-962-3962<br>Email: jim_wyda@fd.org |

**IT IS SO ORDERED.**

                                          s/ Lydia Kay Griggsby
                                          LYDIA KAY GRIGGSBY
                                          United States District Judge