# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**MARILYN J. MOSBY,**<br><br>        **Defendant** | **Criminal No. LKG-22-7** |

## JOINT STATUS REPORT

Pursuant to the Court's directive during the February 10, 2023, scheduling conference the undersigned parties respectfully submit this joint status report. During the conference, the Court requested that the parties meet and confer and submit a schedule for pretrial filings and proceedings. Subsequently, the Court provided the parties with a list of potential dates for trial in this matter. The parties have met and conferred and report the following.

The parties are available for trial in this matter starting on **October 31, 2023.**

Working back from that trial date, the parties propose the following schedule for pretrial filings and proceedings:

- **May 1, 2023,** deadline for the parties to meet-and-confer regarding expert witnesses and pretrial motions

- **June 1 2023,** deadline for expert disclosures

- **June 30, 2023,** deadline for the filing of pretrial motions and for supplemental expert disclosures

- **July 14, 2023,** deadline for the filing of responses to pretrial motions and for the filing of motions to exclude experts and supplement expert disclosures

- **July 21, 2023,** deadline for the filing of replies to pretrial motions

- **July 28, 2023,** deadline for the filing of responses to motions to exclude experts and supplement expert disclosures

- **August 4, 2023,** deadline for the filing of replies to motions to exclude experts and supplement expert disclosures.

- **September 8, 2023,** motions hearing

- **September 15, 2023,** deadline to file motions in limine and to submit jointly proposed jury instructions, a jointly proposed verdict form and jointly proposed voir dire

- **September 29, 2023,** deadline to file responses to motions in limine

- **October 6. 2023,** deadline to file replies to motions in limine

- **October 20, 2023,** hearing on motions in limine and pretrial conference

- **October 30, 2023,** final pretrial conference

Date:   February 24, 2023

Respectfully submitted,

EREK L. BARRON
UNITED STATES ATTORNEY

By:_____/s/_____
　　　Leo J. Wise
　　　Sean R. Delaney
　　　Aaron Zelinsky
　　　Assistant United States Attorneys

_____/s/_____
James Wyda
Office of the Federal Public Defender
100 S Charles St Ste 900 Tower 2
Baltimore, MD 21201

Counsel for Defendant Marilyn J. Mosby