| IN THE GRAND JURY INVESTIGATION OF MARILYN J. MOSBY (TRIAL DATE MAY 2, 2023) | U.S. DISTRICT COURT FOR BALTIMORE CITY, MARYLAND CASE # |

COOK, SHARON (CLERK):

BAIT AND SWITCH OFFER PROSCRIBED by SECURITIES EXCHANGE ACT OF 1934 (15 USC 78(m)(d)) ON INTERLOCUTORY APPEAL BOND (EN BANC)

RESPONDENT, NON PETITIONER — WE THE PEOPLE, PRAY: THE DEFENDANT MARILYN J. MOSBY, FILE THIS INTERLOCUTORY APPEAL BOND (EN BANC) ON OR BEFORE MAY 2, 2023 ON THE ABOVE-ENTITLED/CAPTIONED MATTER.

IN SUPPORT OF THIS ~~APPEAL~~ INTERLOCUTORY APPEAL, WE THE PEOPLE HEREBY STATE: