```
                IN THE UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF MARYLAND
                          NORTHERN DIVISION

UNITED STATES OF AMERICA,    )
           Plaintiff,        )
                             )
           vs.               )   CRIMINAL CASE NO. LKG-22-0007
                             )
MARILYN MOSBY,               )
     Defendant.              )
_____)


                    FRIDAY, FEBRUARY 10, 2023
                     Zoom Telephone Conference
                         Baltimore, Maryland

                        STATUS CONFERENCE

        BEFORE:   THE HONORABLE LYDIA K. GRIGGSBY, Judge


For the United States:

   Leo J. Wise, Esquire
   Aaron Zelinsky, Esquire
   Sean R. Delaney, Esquire
   Assistant United States Attorneys
   36 South Charles Street, Fourth Floor
   Baltimore, Maryland 21201

For the Defendant:

   James Wyda, Esquire
   Office of the Federal Public Defender
   100 South Charles Street, Suite 900 Tower 2
   Baltimore, Maryland 21201




       (Computer-aided transcription of stenotype notes)
```

**P R O C E E D I N G**
11:05 a.m.

THE CLERK:  The United States District Court for the District of Maryland is now in session.  The Honorable Judge Lydia K. Griggsby is now presiding.

THE COURT:  Good morning to counsel and to Ms. Mosby.  Thank you for joining the Court this morning.  We are back again today to talk about our schedule for further proceedings in the matter of United States versus Marilyn Mosby.

In preparation for our discussion today, the Court did receive a joint status report filed on behalf of all parties in this matter with some guidance about the availability of counsel to proceed with scheduling trial. The Court understands from that submission that we are looking at some time after June 6th of 2023 for a potential new trial date in this matter.

And so the Court has consulted its calendar, as well as the calendar for the scheduled jury trials, to hopefully present some options to the parties today so that we can set our schedule for trial.  And then I would like us to work backwards from there in setting our schedule for further proceedings.  We have several motions that are pending.

Mr. Wyda, I would like to get some guidance

from you on how you would like to proceed with regard to those motions, as well as Mr. Wise, because they are in the process of being briefed, and then I hope we can conclude today with a robust schedule for proceeding to trial in this matter.

Before I hear from counsel for each side, just giving any updates you give to the Court before we jump into the schedule, I do want to formally thank you, Mr. Wyda, and the office of the Federal Public Defender, for being willing to serve as counsel for the Defendant in this matter.  The Court is most appreciative of your willingness to step in on relatively short (CK) notice and certainly appreciates your role.  Of course, no surprise that the Court, having witnessed what the office does every day, but I want to publicly extend my appreciation.

With that, why don't we first hear from Mr. Wise, and then I'll hear from Mr. Wyda with regard to any updates on how we should proceed, and then I'll pull out some dates for us to consider.  Mr. Wise.

MR. WISE:  Good morning, Your Honor, thank you.  Given our experience last time, I remember at the time of the second continuance I had thrown out a schedule based on my availability and co-counsel's availability, but the Court's schedule obviously being the controlling one and being solar, if that's a word, and the jury -- availability of juries, we

1  wound up several months after what I had proposed just to
2  kind of -- what I thought was a workable schedule.  So -- and
3  I shared this experience with Mr. Wyda which is why we
4  drafted the status report the way we did.
5              So my inclination is simply to hear Your Honor
6  tell us when the Court has availability and then we can -- I
7  can obviously consult with Mr. Delaney and Mr. Zelinsky.
8  We're not all in the same room so it may take us a minute.
9  So we can certainly then look at our schedules and let you
10 know our availability if that's acceptable.
11             THE COURT:  Very good.  Sounds like a good
12 plan.
13             Mr. Wyda, any initial comments that you want to
14 make at this time?
15             MR. WYDA:  Your Honor, again, we agree with,
16 you know, the procedure you've outlined.  That sounds -- you
17 know, that sounds right to us.  And I think also, as you
18 noted, you know, there's work that we're going to need to do,
19 including addressing outstanding motions.  And potentially,
20 after our review of the record to potentially file new
21 motions or revisit motions that were denied without
22 prejudice.  So we appreciate that Your Honor's prepared to,
23 you know, to allow for that.  Thank you.
24             THE COURT:  Very good.  Why don't we start
25 where we hope to end up which is our actual trial date in

1  this case.  As the parties may recall, we do have a certain
2  jury pool for this case so there's a separate schedule for
3  those types of jury pools.  And I have consulted with our
4  experts at the court about what those dates would be going
5  into the summer given the availability of counsel.
6              The first available date, based upon the
7  availability of counsel and the court schedule, would be
8  Tuesday, July the 11th, to possibly follow on Wednesday, July
9  12th.  This would be the date set aside for jury selection,
10 again, with our special jury pool.
11             As counsel may recall, we had also developed a
12 questionnaire in this case that goes out with the summons to
13 help facilitate the jury selection process.  So that process
14 would begin probably 45 to 60 days ahead of June 11th and
15 12th, but those dates are the first available given the
16 Court's understanding of counsel's availability to begin the
17 jury selection process.
18             Mr. Wise, do you need to consult with your
19 counsel to decide whether the Government would be available
20 on those days?
21             MR. WISE:  Your Honor, I did in advance talk to
22 Mr. Zelinsky and Mr. Delaney and we -- there's both a trial
23 conflict and a vacation conflict with that date.  We had
24 obviously -- had planned on trying this case this past March,
25 so we do have other trials set for the summer, as well as,

1  not surprisingly, vacations.  So I know Mr. Delaney is
2  unavailable starting on July 19th and so that would only
3  be -- I don't think the trial would be completed by that
4  time.  And I have another trial starting a little bit later
5  in July as well.
6              THE COURT:  Okay.  Well, it sounds like those
7  dates aren't going to work.  I won't even bother reaching out
8  to Mr. Wyda right now.
9              The dates are also in July and sounds like July
10 is also a problem, July 25th and July 26th for the jury
11 selection.  That would push us, obviously, into August which
12 is a challenge, and that's why the Court was hoping the July
13 11th date would work, but I'll put that date out as well.
14             Candidly, I'm going to have to go back and
15 consult with our jury selection team because I did not pull
16 dates going into the fall, but that's what we would be
17 looking at if we're not going to be able to get the case in
18 July, given the two to three weeks that we'll need to try the
19 case.  And understandably everyone tends to go on vacation
20 getting into August, so we'll try July 25th and 26th and hear
21 from the parties and we'll see where we are.  Mr. Wise?
22             MR. WISE:  So I have a trial starting July
23 31st.  That's the trial that I mentioned starts in July, and
24 that's scheduled to run into mid-August.
25             THE COURT:  Okay.  Mr. Wyda, just ask you, do

1 | you have availability in late July?
2 |     MR. ZELINSKY:  It's a little complicated for
3 | me, but we were ready to make that work.  It's less than
4 | ideal.
5 |     THE COURT:  Okay.  All right.  I think
6 | candidly, counsel, we're going to have to look at days in the
7 | fall if July is not going to work, given the number of dates
8 | we'll need to set aside for the trial.  We're looking at two
9 | to three weeks, and I'd like to have a date that's going to
10 | work so we can lock everyone in.  So the Court will need to
11 | go back, frankly, and look at dates in September it sounds
12 | like, and possibly even into October, to find out when the
13 | parties will be available and the Court is also available.
14 | So I'm happy to do that.
15 |     To take advantage of our time together here,
16 | however, let's talk about some of the other issues that I
17 | think will help to flesh out the schedule, and then the Court
18 | will provide those dates to the parties and see where we are
19 | in terms of trial.
20 |     One thing we need to do, and perhaps we can
21 | schedule even in lieu of a trial date, is to sort out the
22 | briefing of pretrial motions.  The Government has several
23 | motions in limine and motions to exclude, I believe that we
24 | now have opening briefs and responses for -- the defense had
25 | also filed several motions in limine and motions to exclude.

1        I'm going to start with Mr. Wise, because the
2   answer may be a little bit more complicated with the defense,
3   and just get a sense of where the Government is as (CK)
4   obviously continue to wish to pursue those motions.  Do you
5   feel any additional work is needed on those motions from the
6   Government's perspective or would you just be prepared now to
7   do your reply brief?
8        MR. DELANEY:  We would be prepared to just do
9   the reply brief.  We filed our responses according to the
10  schedule that was in place.  I think that was two or three
11  weeks ago now, whatever the date was when the responses were
12  due, so we met that deadline.  And so I don't believe there's
13  any outstanding filings that our side -- I think it would
14  just be replies once the defense files their responses.
15       THE COURT:  Okay.  Very good.
16       And Mr. Wyda, I know this may be a more
17  complicated question for you because the motions were filed
18  before you joined the case.  But as you likely know at this
19  point, there were several motions in limine and motions to
20  exclude, and I think another pretrial motion filed by the
21  defense earlier in the spring.  I believe a response did come
22  in from the defense shortly before prior counsel withdrew
23  from the case, but, of course, again as well, I guess my
24  first question to you is whether you wish to continue to
25  pursue those motions or give you an opportunity to revisit

1  those motions.  Where does defense stand at this time?
2              MR. WYDA:  Your Honor, first of all, Ms. Mosby
3  is anxious to put this matter behind her as quickly as
4  possible, and so we're trying to move promptly for her sake
5  and also for the Court.  But, you know, in all candor, while
6  we're working in good faith with prior counsel, we don't yet
7  have the file.  And so I'm still operating a little bit in
8  the dark.
9              One thing I know from past experience when
10 we've taken over cases at this stage, inevitably we need to
11 file additional, you know, some additional motions.  I have
12 no interest in slowing this case down unnecessarily or
13 burdening the Court, but I fully expect there will be
14 something that we see, that in order to defend Ms. Mosby
15 properly that we need to file, you know, some additional
16 motions.  And I think we will probably have to revisit the
17 expert disclosures, partially because of change in counsel
18 and the change in relationships and the change in the
19 schedule, but also because when we take a look at the record
20 that we may see something additional that we think the
21 defense of Ms. Mosby requires.
22             So I promise you we will not -- you know, this
23 won't be filings that are trying to take another shot at
24 something the Court has already denied, but we do want time
25 to review the record, particularly since it looks like we're

1  off into September.  We appreciate some flexibility in
2  requiring our responses to outstanding motions and giving us
3  the opportunity to file any necessary additional motions,
4  perhaps to revisit the motion to transfer venue that the
5  Court denied without prejudice, and also the chance to
6  revisit, perhaps, supplementing or perhaps proposing
7  alternative experts.  Because of the scheduling matters we
8  may lose some people to revisit the expert disclosures.
9              THE COURT:  Thank you, Mr. Wyda.
10             So the Court's hearing a couple things.  First,
11 the defense may wish to file new motions or renew motions
12 that were previously denied by the Court.  On the pending
13 motions, Mr. Wyda, would you let them close?  I'm not sure
14 whether you want to pursue them or not.  Is that a fair
15 characterization?
16             MR. WYDA:  I think it's likely we will pursue
17 them, but I can't say for sure, Your Honor.  So I think it's
18 likely we need to revisit those.
19             THE COURT:  Sounds like some work needs to
20 happen on the defense side to assess any motions the defense
21 wishes to pursue at this point.  And then we probably need to
22 set a schedule to deal with those motions holistically.
23             Mr. Wise, it may make sense to table a reply
24 brief from the Government until we sort all that out so we
25 don't have motions just kind of flying across each other, and

|    |                                                                          |
|----|--------------------------------------------------------------------------|
| 1  | we hopefully can have a little bit more order to the issue.              |
| 2  | There is some overlapping in the issues the Court has already            |
| 3  | seen in looking at the motions, so I think that may be the               |
| 4  | most productive way to move forward.                                     |
| 5  | Mr. Wyda, what do you think in terms of time                             |
| 6  | for the defense assessing, determining which motions it                  |
| 7  | wishes to pursue and file, and in terms of motions practice              |
| 8  | before we get into our pretrial hearing?                                 |
| 9  | MR. WYDA: Your Honor, I would think if we                                |
| 10 | could have until May. But can I make another proposal? And               |
| 11 | again, I have not run this by the Government, but we had a               |
| 12 | productive meet and confer prior to this meeting. I'm                    |
| 13 | wondering whether it makes sense, and I would be curious                 |
| 14 | whether the Government agrees, that perhaps we could meet and            |
| 15 | confer and make a proposal, in light of the fact that we                 |
| 16 | don't need -- your calendar is not, you know, quite as -- I              |
| 17 | don't think problematic is the right word, but I'm trying to             |
| 18 | come up with a better word. You know, not quite as impactful             |
| 19 | as the filing of motions. And perhaps, you know, the                     |
| 20 | Government and I could get together and try to, you know,                |
| 21 | propose a schedule to Your Honor.                                        |
| 22 | THE COURT: Mr. Wise, what do you think?                                  |
| 23 | MR. WISE: I'm more than happy -- more than                               |
| 24 | happy to meet and talk to Mr. Wyda. I like to meet and talk              |
| 25 | to Mr. Wyda so that's never an issue.                                    |

1           And I think, you know, hearing what he said,
2  the fact that they don't yet have the file I think makes any
3  discussion -- you know, they are theoretical at that point.
4  So rather than setting a schedule that we would have to
5  revisit, it probably just makes sense to let that happen and
6  then have him or whoever is going to do this would make their
7  assessment and then reach out to us, tell us what they think
8  they're going to proceed with and what other things they
9  think they may do or revisit, and then we could, you know,
10 come up with a schedule.
11          I would also mention, just because I did --
12 like I said, I did confer with co-counsel before in terms of
13 asking for additional dates.  Mr. Delaney does have a trial
14 in September, from September the 11th through the 22nd, and
15 so that is something that was previously -- I think it's been
16 scheduled for quite some time in front of Judge Bennett, I
17 believe, and so that's a trial that I think he is expecting
18 to go.
19          THE COURT:  All right.  Thank you very much,
20 Mr. Wise.
21          It sounds like maybe counsel needs to meet and
22 confer and report back to the Court, which is kind of fine
23 with the Court.  Could that be accomplished within the next
24 week or so?  I would like to keep us moving and get dates set
25 in this case.

```
1                    MR. WISE:  Yes, Your Honor.
2                    MR. WYDA:  Yes, Your Honor.
3                    THE COURT:  All right.  So could you possibly
4    meet over the next week and report back to the Court -- next
5    Friday be too soon to file a status report with your proposed
6    dates?
7                    MR. WYDA:  Your Honor, I would at least like to
8    lay eyes on the file.
9                    THE COURT:  Okay.
10                   MR. WYDA:  I doubt I'll master it, but if you
11   could give us two weeks that would be great.
12                   THE COURT:  So two weeks from today puts us, I
13   believe, at the end of February.  February 24th.
14                   MR. WYDA:  Works for the defense, Your Honor.
15                   THE COURT:  Okay.  Mr. Wise, does that work for
16   you?
17                   MR. WISE:  It does, Your Honor.  Thank you.
18                   THE COURT:  And status report will hopefully
19   have a proposed schedule for any further briefing of motions
20   in limine, motions to exclude, or other motions, Mr. Wise or
21   Mr. Wyda, you feel would be appropriate.  And, if
22   appropriate, note that you would need leave of the Court to
23   file those motions.  We can talk about that later.
24                   The Court will, in the interim, go ahead and
25   provide to counsel potential dates in -- sounds like we're
```

1  talking now September and October of 2023, for us to do the
2  jury selection and hold a trial in this matter.  And
3  hopefully, with that information in advance we can all check
4  respective calendars and have a productive discussion when we
5  come back together sometime after February 24th to set the
6  trial date.  That date, of course, will also trigger when we
7  do send out the questionnaire to potential jurors, which will
8  occur again in this case several weeks before we actually do
9  the jury selection.
10             Mr. Wise, anything further from you on that?
11             MR. WISE:  Not from the United States, Your
12  Honor.  Thank you.
13             THE COURT:  Mr. Wyda, anything further from
14  you?
15             MR. WYDA:  Not from the defense, Your Honor.
16  Thank you.
17             THE COURT:  Okay.  Very good.  And the Court
18  certainly understands the challenges that we're facing in
19  trying to keep the case moving, but I would like that to
20  happen as much as possible.  Again, you will hear from the
21  Court probably today with additional dates given our
22  discussion today about availability in the fall of 2023.
23             The parties will file a joint status report on
24  or before February 24th of 2023 with the proposed schedule
25  for the briefing of any additional motions, and then we will

1   come back together and set the schedule for trial and
2   pretrial hearings on those motions hopefully shortly after
3   February 24th.
4               If there's nothing further, I believe we can
5   stand adjourned for the day.  Thank you so much for your
6   time.
7               MR. WYDA:  Thank you, Your Honor.
8               MR. WISE:  Thank you, Your Honor.
9               THE CLERK:  This Honorable Court is now in
10  recess for the day.
11              (The proceedings concluded at 11:22 a.m.)
12
13
14      I, Kassandra L. McPherson, RPR, do hereby certify that
    the foregoing is a correct transcript from the stenographic
15  record of proceedings held in the above-entitled matter.
16                      Dated this <u>11th</u> day of <u>May 2023</u>.
17                              *-S-*
                                _____
18                              Kassandra L. McPherson, RPR
                                Official Court Reporter
19
20
21
22
23
24
25

## 1

**10** [1] - 1:8
**100** [1] - 1:19
**11:05** [1] - 2:1
**11:22** [1] - 15:11
**11th** [4] - 5:8, 5:14, 6:13, 12:14
**12th** [2] - 5:9, 5:15
**19th** [1] - 6:2

## 2

**2** [1] - 1:19
**2023** [6] - 1:8, 2:16, 14:1, 14:22, 14:24, 15:16
**21201** [2] - 1:16, 1:20
**22nd** [1] - 12:14
**24th** [4] - 13:13, 14:5, 14:24, 15:3
**25th** [2] - 6:10, 6:20
**26th** [2] - 6:10, 6:20

## 3

**31st** [1] - 6:23
**36** [1] - 1:16

## 4

**45** [1] - 5:14

## 6

**60** [1] - 5:14
**6th** [2] - 2:16, 15:16

## 9

**900** [1] - 1:19

## A

**a.m.** [2] - 2:1, 15:11
**Aaron** [1] - 1:14
**able** [1] - 6:17
**above-entitled** [1] - 15:15
**acceptable** [1] - 4:10
**accomplished** [1] - 12:23
**according** [1] - 8:9
**actual** [1] - 4:25
**additional** [9] - 8:5, 9:11, 9:15, 9:20, 10:3, 12:13, 14:21, 14:25
**addressing** [1] - 4:19
**adjourned** [1] - 15:5
**advance** [2] - 5:21, 14:3
**advantage** [1] - 7:15
**ago** [1] - 8:11
**agree** [1] - 4:15
**agrees** [1] - 11:14
**ahead** [2] - 5:14, 13:24
**aided** [1] - 1:25
**allow** [1] - 4:23
**alternative** [1] - 10:7
**AMERICA** [1] - 1:3
**answer** [1] - 8:2
**anxious** [1] - 9:3
**appreciate** [2] - 4:22, 10:1
**appreciates** [1] - 3:12
**appreciation** [1] - 3:15
**appreciative** [1] - 3:11
**appropriate** [2] - 13:21, 13:22
**aside** [2] - 5:9, 7:8
**assess** [1] - 10:20
**assessing** [1] - 11:6
**assessment** [1] - 12:7
**Assistant** [1] - 1:15
**Attorneys** [1] - 1:15
**August** [3] - 6:11, 6:20, 6:24
**availability** [11] - 2:14, 3:23, 3:25, 4:6, 4:10, 5:5, 5:7, 5:16, 7:1, 14:22
**available** [5] - 5:6, 5:15, 5:19, 7:13

## B

**backwards** [1] - 2:22
**Baltimore** [3] - 1:9, 1:16, 1:20
**based** [2] - 3:22, 5:6
**BEFORE** [1] - 1:11
**begin** [2] - 5:14, 5:16
**behalf** [1] - 2:12
**behind** [1] - 9:3
**Bennett** [1] - 12:16
**better** [1] - 11:18
**bit** [4] - 6:4, 8:2, 9:7, 11:1
**bother** [1] - 6:7
**brief** [3] - 8:7, 8:9, 10:24
**briefed** [1] - 3:3
**briefing** [3] - 7:22, 13:19, 14:25
**briefs** [1] - 7:24
**burdening** [1] - 9:13

## C

**calendar** [3] - 2:18, 2:19, 11:16
**calendars** [1] - 14:4
**candidly** [2] - 6:14, 7:6
**candor** [1] - 9:5
**CASE** [1] - 1:4
**case** [12] - 5:1, 5:2, 5:12, 5:24, 6:17, 6:19, 8:18, 8:23, 9:12, 12:25, 14:8, 14:19
**cases** [1] - 9:10
**certain** [1] - 5:1
**certainly** [3] - 3:12, 4:9, 14:18
**certify** [1] - 15:14
**challenge** [1] - 6:12
**challenges** [1] - 14:18
**chance** [1] - 10:5
**change** [3] - 9:17, 9:18
**characterization** [1] - 10:15
**Charles** [2] - 1:16, 1:19
**check** [1] - 14:3
**CK** [2] - 3:12, 8:3
**CLERK** [2] - 2:3, 15:9
**close** [1] - 10:13
**co** [2] - 3:23, 12:12
**co-counsel** [1] - 12:12
**co-counsel's** [1] - 3:23
**comments** [1] - 4:13
**completed** [1] - 6:3
**complicated** [3] - 7:2, 8:2, 8:17
**Computer** [1] - 1:25
**Computer-aided** [1] - 1:25
**conclude** [1] - 3:3
**concluded** [1] - 15:11
**confer** [4] - 11:12, 11:15, 12:12, 12:22
**Conference** [1] - 1:9
**CONFERENCE** [1] - 1:10
**conflict** [2] - 5:23
**consider** [1] - 3:19
**consult** [3] - 4:7, 5:18, 6:15
**consulted** [2] - 2:18, 5:3
**continuance** [1] - 3:22
**continue** [2] - 8:4, 8:24
**controlling** [1] - 3:24
**correct** [1] - 15:14
**counsel** [15] - 2:6, 2:14, 3:6, 3:10, 5:5, 5:7, 5:11, 5:19, 7:6, 8:22, 9:6, 9:17, 12:12, 12:21, 13:25
**counsel's** [2] - 3:23, 5:16
**couple** [1] - 10:10
**course** [3] - 3:13, 8:23, 14:6
**COURT** [19] - 1:1, 2:6, 4:11, 4:24, 6:6, 6:25, 7:5, 8:15, 10:9, 10:19, 11:22, 12:19, 13:3, 13:9, 13:12, 13:15, 13:18, 14:13, 14:17
**court** [2] - 5:4, 5:7
**Court** [28] - 2:3, 2:7, 2:12, 2:15, 2:18, 3:7, 3:11, 3:13, 4:6, 6:12, 7:10, 7:13, 7:17, 9:5, 9:13, 9:24, 10:5, 10:12, 11:2, 12:22, 12:23, 13:4, 13:22, 13:24, 14:17, 14:21, 15:9, 15:18
**Court's** [3] - 3:23, 5:16, 10:10
**CRIMINAL** [1] - 1:4
**curious** [1] - 11:13

## D

**dark** [1] - 9:8
**date** [12] - 2:17, 4:25, 5:6, 5:9, 5:23, 6:13, 7:9, 7:21, 8:11, 14:6
**Dated** [1] - 15:16
**dates** [14] - 3:19, 5:4, 5:15, 6:7, 6:9, 6:16, 7:7, 7:11, 7:18, 12:13, 12:24, 13:6, 13:25, 14:21
**days** [3] - 5:14, 5:20, 7:6
**deadline** [1] - 8:12
**deal** [1] - 10:22
**decide** [1] - 5:19
**defend** [1] - 9:14
**Defendant** [3] - 1:6, 1:17, 3:10
**Defender** [2] - 1:19, 3:9
**defense** [13] - 7:24, 8:2, 8:14, 8:21, 8:22, 9:1, 9:21, 10:11, 10:20, 11:6, 13:14, 14:15
**Delaney** [5] - 1:15, 4:7, 5:22, 6:1, 12:13
**DELANEY** [1] - 8:8
**denied** [4] - 4:21, 9:24, 10:5, 10:12
**determining** [1] - 11:6
**developed** [1] - 5:11
**disclosures** [2] - 9:17, 10:8
**discussion** [4] - 2:11, 12:3, 14:4, 14:22
**DISTRICT** [2] - 1:1, 1:1
**District** [2] - 2:3, 2:4
**DIVISION** [1] - 1:2
**doubt** [1] - 13:10
**down** [1] - 9:12
**drafted** [1] - 4:4
**due** [1] - 8:12

## E

**end** [2] - 4:25, 13:13
**entitled** [1] - 15:15
**Esquire** [4] - 1:14, 1:14, 1:15, 1:18
**exclude** [4] - 7:23, 7:25, 8:20, 13:20
**expect** [1] - 9:13
**expecting** [1] - 12:17
**experience** [3] - 3:21, 4:3, 9:9
**expert** [2] - 9:17, 10:8
**experts** [2] - 5:4, 10:7
**extend** [1] - 3:15
**eyes** [1] - 13:8

## F

**facilitate** [1] - 5:13
**facing** [1] - 14:18
**fact** [2] - 11:15, 12:2
**fair** [1] - 10:14
**faith** [1] - 9:6
**fall** [3] - 6:16, 7:7, 14:22

**February** [5] - 13:13, 14:5, 14:24, 15:3
**FEBRUARY** [1] - 1:8
**Federal** [2] - 1:19, 3:9
**file** [12] - 4:20, 9:7, 9:11, 9:15, 10:3, 10:11, 11:7, 12:2, 13:5, 13:8, 13:23, 14:23
**filed** [5] - 2:12, 7:25, 8:9, 8:17, 8:20
**files** [1] - 8:14
**filing** [1] - 11:19
**filings** [2] - 8:13, 9:23
**fine** [1] - 12:22
**first** [6] - 3:16, 5:6, 5:15, 8:24, 9:2, 10:10
**flesh** [1] - 7:17
**flexibility** [1] - 10:1
**Floor** [1] - 1:16
**flying** [1] - 10:25
**follow** [1] - 5:8
**FOR** [1] - 1:1
**foregoing** [1] - 15:14
**formally** [1] - 3:8
**forward** [1] - 11:4
**Fourth** [1] - 1:16
**frankly** [1] - 7:11
**Friday** [1] - 13:5
**FRIDAY** [1] - 1:8
**front** [1] - 12:16
**fully** [1] - 9:13

**G**

**given** [6] - 3:21, 5:5, 5:15, 6:18, 7:7, 14:21
**Government** [7] - 5:19, 7:22, 8:3, 10:24, 11:11, 11:14, 11:20
**Government's** [1] - 8:6
**great** [1] - 13:11
**GRIGGSBY** [1] - 1:11
**Griggsby** [1] - 2:5
**guess** [1] - 8:23
**guidance** [2] - 2:13, 2:25

**H**

**happy** [3] - 7:14, 11:23, 11:24
**hear** [6] - 3:6, 3:16, 3:17, 4:5, 6:20, 14:20
**hearing** [3] - 10:10, 11:8, 12:1
**hearings** [1] - 15:2
**held** [1] - 15:15
**help** [2] - 5:13, 7:17
**hereby** [1] - 15:14
**hold** [1] - 14:2
**holistically** [1] - 10:22
**Honor** [17] - 3:20, 4:5, 4:15, 5:21, 9:2, 10:17, 11:9, 11:21, 13:1, 13:2, 13:7, 13:14, 13:17, 14:12, 14:15, 15:7, 15:8
**Honor's** [1] - 4:22
**Honorable** [2] - 2:5, 15:9
**HONORABLE** [1] - 1:11
**hope** [2] - 3:3, 4:25
**hopefully** [5] - 2:20, 11:1, 13:18, 14:3, 15:2
**hoping** [1] - 6:12

**I**

**ideal** [1] - 7:4
**impactful** [1] - 11:18
**IN** [1] - 1:1
**inclination** [1] - 4:5
**including** [1] - 4:19
**inevitably** [1] - 9:10
**information** [1] - 14:3
**initial** [1] - 4:13
**interest** [1] - 9:12
**interim** [1] - 13:24
**issue** [2] - 11:1, 11:25
**issues** [2] - 7:16, 11:2

**J**

**James** [1] - 1:18
**joined** [1] - 8:18
**joining** [1] - 2:7
**joint** [2] - 2:12, 14:23
**Judge** [3] - 1:11, 2:5, 12:16
**July** [15] - 5:8, 6:2, 6:5, 6:9, 6:10, 6:12, 6:18, 6:20, 6:22, 6:23, 7:1, 7:7
**jump** [1] - 3:7
**June** [2] - 2:16, 5:14
**juries** [1] - 3:25
**jurors** [1] - 14:7
**jury** [12] - 2:19, 3:25, 5:2, 5:3, 5:9, 5:10, 5:13, 5:17, 6:10, 6:15, 14:2, 14:9

**K**

**Kassandra** [2] - 15:14, 15:18
**keep** [2] - 12:24, 14:19
**kind** [3] - 4:2, 10:25, 12:22

**L**

**last** [1] - 3:21
**late** [1] - 7:1
**lay** [1] - 13:8
**least** [1] - 13:7
**leave** [1] - 13:22
**Leo** [1] - 1:14
**less** [1] - 7:3
**lieu** [1] - 7:21
**light** [1] - 11:15
**likely** [3] - 8:18, 10:16, 10:18
**limine** [4] - 7:23, 7:25, 8:19, 13:20
**LKG-22-0007** [1] - 1:4
**lock** [1] - 7:10
**look** [4] - 4:9, 7:6, 7:11, 9:19
**looking** [4] - 2:16, 6:17, 7:8, 11:3
**looks** [1] - 9:25
**lose** [1] - 10:8
**Lydia** [1] - 2:5
**LYDIA** [1] - 1:11

**M**

**March** [1] - 5:24
**Marilyn** [1] - 2:9
**MARILYN** [1] - 1:5
**MARYLAND** [1] - 1:1
**Maryland** [4] - 1:9, 1:16, 1:20, 2:4
**master** [1] - 13:10
**matter** [8] - 2:9, 2:13, 2:17, 3:5, 3:10, 9:3, 14:2, 15:15
**matters** [1] - 10:7
**McPherson** [2] - 15:14, 15:18
**meet** [6] - 11:12, 11:14, 11:24, 12:21, 13:4
**meeting** [1] - 11:12
**mention** [1] - 12:11
**mentioned** [1] - 6:23
**met** [1] - 8:12
**mid** [1] - 6:24
**mid-August** [1] - 6:24
**minute** [1] - 4:8
**months** [1] - 4:1
**morning** [3] - 2:6, 2:7, 3:20
**MOSBY** [1] - 1:5
**Mosby** [5] - 2:7, 2:10, 9:2, 9:14, 9:21
**most** [2] - 3:11, 11:4
**motion** [2] - 8:20, 10:4
**motions** [37] - 2:23, 3:2, 4:19, 4:21, 7:22, 7:23, 7:25, 8:4, 8:5, 8:17, 8:19, 8:25, 9:1, 9:11, 9:16, 10:2, 10:3, 10:11, 10:13, 10:20, 10:22, 10:25, 11:3, 11:6, 11:7, 11:19, 13:19, 13:20, 13:23, 14:25, 15:2
**move** [2] - 9:4, 11:4
**moving** [2] - 12:24, 14:19

**N**

**necessary** [1] - 10:3
**need** [12] - 4:18, 5:18, 6:18, 7:8, 7:10, 7:20, 9:10, 9:15, 10:18, 10:21, 11:16, 13:22
**needed** [1] - 8:5
**needs** [2] - 10:19, 12:21
**never** [1] - 11:25
**new** [3] - 2:17, 4:20, 10:11
**next** [3] - 12:23, 13:4
**NO** [1] - 1:4
**NORTHERN** [1] - 1:2
**note** [1] - 13:22
**noted** [1] - 4:18
**notes** [1] - 1:25
**nothing** [1] - 15:4
**notice** [1] - 3:12
**number** [1] - 7:7

**O**

**obviously** [5] - 3:24, 4:7, 5:24, 6:11, 8:4
**occur** [1] - 14:8
**October** [2] - 7:12, 14:1
**OF** [2] - 1:1, 1:3
**office** [2] - 3:9, 3:14
**Office** [1] - 1:19
**Official** [1] - 15:18
**once** [1] - 8:14
**one** [3] - 3:24, 7:20, 9:9
**opening** [1] - 7:24
**operating** [1] - 9:7
**opportunity** [2] - 8:25, 10:3
**options** [1] - 2:20
**order** [2] - 9:14, 11:1
**outlined** [1] - 4:16
**outstanding** [3] - 4:19, 8:13, 10:2
**overlapping** [1] - 11:2

**P**

**partially** [1] - 9:17
**particularly** [1] - 9:25
**parties** [7] - 2:13, 2:20, 5:1, 6:21, 7:13, 7:18, 14:23
**past** [2] - 5:24, 9:9
**pending** [2] - 2:24, 10:12
**people** [1] - 10:8
**perhaps** [6] - 7:20, 10:4, 10:6, 11:14, 11:19
**perspective** [1] - 8:6
**place** [1] - 8:10
**Plaintiff** [1] - 1:3
**plan** [1] - 4:12
**planned** [1] - 5:24
**point** [3] - 8:19, 10:21, 12:3
**pool** [2] - 5:2, 5:10
**pools** [1] - 5:3
**possible** [2] - 9:4, 14:20
**possibly** [3] - 5:8, 7:12, 13:3
**potential** [3] - 2:16, 13:25, 14:7
**potentially** [2] - 4:19, 4:20
**practice** [1] - 11:7
**prejudice** [2] - 4:22, 10:5
**preparation** [1] - 2:11
**prepared** [3] - 4:22, 8:6, 8:8
**present** [1] - 2:20
**presiding** [1] - 2:5
**pretrial** [4] - 7:22, 8:20, 11:8, 15:2
**previously** [2] - 10:12, 12:15
**problem** [1] - 6:10
**problematic** [1] - 11:17
**procedure** [1] - 4:16
**proceed** [4] - 2:14, 3:1, 3:18, 12:8

**proceeding** [1] - 3:4
**proceedings** [4] - 2:9, 2:23, 15:11, 15:15
**process** [4] - 3:3, 5:13, 5:17
**productive** [3] - 11:4, 11:12, 14:4
**promise** [1] - 9:22
**promptly** [1] - 9:4
**properly** [1] - 9:15
**proposal** [2] - 11:10, 11:15
**propose** [1] - 11:21
**proposed** [4] - 4:1, 13:5, 13:19, 14:24
**proposing** [1] - 10:6
**provide** [2] - 7:18, 13:25
**Public** [2] - 1:19, 3:9
**publicly** [1] - 3:15
**pull** [2] - 3:18, 6:15
**pursue** [6] - 8:4, 8:25, 10:14, 10:16, 10:21, 11:7
**push** [1] - 6:11
**put** [2] - 6:13, 9:3
**puts** [1] - 13:12

**Q**

**questionnaire** [2] - 5:12, 14:7
**quickly** [1] - 9:3
**quite** [3] - 11:16, 11:18, 12:16

**R**

**rather** [1] - 12:4
**reach** [1] - 12:7
**reaching** [1] - 6:7
**ready** [1] - 7:3
**receive** [1] - 2:12
**recess** [1] - 15:10
**record** [4] - 4:20, 9:19, 9:25, 15:15
**regard** [2] - 3:1, 3:17
**relationships** [1] - 9:18

**relatively** [1] - 3:12
**remember** [1] - 3:21
**renew** [1] - 10:11
**replies** [1] - 8:14
**reply** [3] - 8:7, 8:9, 10:23
**report** [7] - 2:12, 4:4, 12:22, 13:4, 13:5, 13:18, 14:23
**Reporter** [1] - 15:18
**requires** [1] - 9:21
**requiring** [1] - 10:2
**respective** [1] - 14:4
**response** [1] - 8:21
**responses** [5] - 7:24, 8:9, 8:11, 8:14, 10:2
**review** [2] - 4:20, 9:25
**revisit** [9] - 4:21, 8:25, 9:16, 10:4, 10:6, 10:8, 10:18, 12:5, 12:9
**robust** [1] - 3:4
**role** [1] - 3:13
**room** [1] - 4:8
**RPR** [2] - 15:14, 15:18
**run** [2] - 6:24, 11:11

**S**

**sake** [1] - 9:4
**schedule** [21] - 2:8, 2:21, 2:22, 3:4, 3:8, 3:22, 3:24, 4:2, 5:2, 5:7, 7:17, 7:21, 8:10, 9:19, 10:22, 11:21, 12:4, 12:10, 13:19, 14:24, 15:1
**scheduled** [3] - 2:19, 6:24, 12:16
**schedules** [1] - 4:9
**scheduling** [2] - 2:14, 10:7
**Sean** [1] - 1:15

**second** [1] - 3:22
**see** [4] - 6:21, 7:18, 9:14, 9:20
**selection** [7] - 5:9, 5:13, 5:17, 6:11, 6:15, 14:2, 14:9
**send** [1] - 14:7
**sense** [4] - 8:3, 10:23, 11:13, 12:5
**separate** [1] - 5:2
**September** [5] - 7:11, 10:1, 12:14, 14:1
**serve** [1] - 3:10
**session** [1] - 2:4
**set** [8] - 2:21, 5:9, 5:25, 7:8, 10:22, 12:24, 14:5, 15:1
**setting** [2] - 2:22, 12:4
**several** [6] - 2:23, 4:1, 7:22, 7:25, 8:19, 14:8
**shared** [1] - 4:3
**short** [1] - 3:12
**shortly** [2] - 8:22, 15:2
**shot** [1] - 9:23
**side** [3] - 3:6, 8:13, 10:20
**simply** [1] - 4:5
**slowing** [1] - 9:12
**solar** [1] - 3:24
**sometime** [1] - 14:5
**soon** [1] - 13:5
**sort** [2] - 7:21, 10:24
**sounds** [9] - 4:11, 4:16, 4:17, 6:6, 6:9, 7:11, 10:19, 12:21, 13:25
**South** [2] - 1:16, 1:19
**special** [1] - 5:10
**spring** [1] - 8:21
**stage** [1] - 9:10
**stand** [2] - 9:1, 15:5
**start** [2] - 4:24, 8:1
**starting** [3] - 6:2, 6:4, 6:22
**starts** [1] - 6:23
**STATES** [2] - 1:1, 1:3
**States** [5] - 1:13,

1:15, 2:3, 2:9, 14:11
**status** [5] - 2:12, 4:4, 13:5, 13:18, 14:23
**STATUS** [1] - 1:10
**stenographic** [1] - 15:14
**stenotype** [1] - 1:25
**step** [1] - 3:11
**still** [1] - 9:7
**Street** [2] - 1:16, 1:19
**submission** [1] - 2:15
**Suite** [1] - 1:19
**summer** [2] - 5:5, 5:25
**summons** [1] - 5:12
**supplementing** [1] - 10:6
**surprise** [1] - 3:13
**surprisingly** [1] - 6:1

**T**

**table** [1] - 10:23
**team** [1] - 6:15
**Telephone** [1] - 1:9
**tends** [1] - 6:19
**terms** [4] - 7:19, 11:5, 11:7, 12:12
**THE** [23] - 1:1, 1:1, 1:11, 2:3, 2:6, 4:11, 4:24, 6:6, 6:25, 7:5, 8:15, 10:9, 10:19, 11:22, 12:19, 13:3, 13:9, 13:12, 13:15, 13:18, 14:13, 14:17, 15:9
**theoretical** [1] - 12:3
**three** [3] - 6:18, 7:9, 8:10
**thrown** [1] - 3:22
**today** [7] - 2:8, 2:11, 2:20, 3:4, 13:12, 14:21, 14:22
**together** [4] - 7:15, 11:20, 14:5, 15:1

**Tower** [1] - 1:19
**transcript** [1] - 15:14
**transcription** [1] - 1:25
**transfer** [1] - 10:4
**trial** [18] - 2:14, 2:17, 2:21, 3:4, 4:25, 5:22, 6:3, 6:4, 6:22, 6:23, 7:8, 7:19, 7:21, 12:13, 12:17, 14:2, 14:6, 15:1
**trials** [2] - 2:19, 5:25
**trigger** [1] - 14:6
**try** [3] - 6:18, 6:20, 11:20
**trying** [5] - 5:24, 9:4, 9:23, 11:17, 14:19
**Tuesday** [1] - 5:8
**two** [5] - 6:18, 7:8, 8:10, 13:11, 13:12
**types** [1] - 5:3

**U**

**unavailable** [1] - 6:2
**understandably** [1] - 6:19
**UNITED** [2] - 1:1, 1:3
**United** [5] - 1:13, 1:15, 2:3, 2:9, 14:11
**unnecessarily** [1] - 9:12
**up** [4] - 4:1, 4:25, 11:18, 12:10
**updates** [2] - 3:7, 3:18

**V**

**vacation** [2] - 5:23, 6:19
**vacations** [1] - 6:1
**venue** [1] - 10:4
**versus** [1] - 2:9
**vs** [1] - 1:4

**W**

**Wednesday** [1] - 5:8
**week** [2] - 12:24,

13:4
**weeks** [6] - 6:18, 7:9, 8:11, 13:11, 13:12, 14:8
**willing** [1] - 3:9
**willingness** [1] - 3:11
**Wise** [11] - 1:14, 3:17, 3:19, 5:18, 6:21, 8:1, 10:23, 11:22, 12:20, 13:15, 14:10
**wise** [2] - 3:2, 13:20
**WISE** [8] - 3:20, 5:21, 6:22, 11:23, 13:1, 13:17, 14:11, 15:8
**wish** [3] - 8:4, 8:24, 10:11
**wishes** [2] - 10:21, 11:7
**withdrew** [1] - 8:22
**witnessed** [1] - 3:14
**wondering** [1] - 11:13
**word** [3] - 3:25, 11:17, 11:18
**workable** [1] - 4:2
**works** [1] - 13:14
**wound** [1] - 4:1
**WYDA** [10] - 4:15, 9:2, 10:16, 11:9, 13:2, 13:7, 13:10, 13:14, 14:15, 15:7
**Wyda** [16] - 1:18, 2:25, 3:8, 3:17, 4:3, 4:13, 6:8, 6:25, 8:16, 10:9, 10:13, 11:5, 11:24, 11:25, 13:21, 14:13

**Z**

**ZELINSKY** [1] - 7:2
**Zelinsky** [3] - 1:14, 4:7, 5:22
**Zoom** [1] - 1:9