===============================================================

# *UNITED STATES DISTRICT COURT*
## ---------- DISTRICT OF MARYLAND -------

### APPEARANCE

UNITED STATES OF AMERICA

       v.                          CASE NO.: LKG-22-0007

MARILYN J. MOSBY

       *   *   *   *   *   *

### NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

    Enter my appearance as counsel in this case for Marilyn J. Mosby.   I certify that I am admitted to practice in this Court.

| | |
|---|---|
| <u>June 5, 2023</u> | <u>       /s/                      </u> |
| Date | MAGGIE GRACE (#29905) |
| | Assistant Federal Public Defender |
| | 100 South Charles Street |
| | Tower II, Ninth floor |
| | Baltimore, Maryland 21201 |
| | (410) 962-3962 (p) |
| | (410) 962-3976 (f) |
| | Email: maggie_grace@fd.org |