IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**MARILYN J. MOSBY,**<br><br>                 **Defendant** | **Criminal No. LKG-22-7** |

## JOINT MOTION TO AMEND SCHEDULING ORDER

The United States and the Defendant jointly move to amend the Court's most recent scheduling order, ECF 194, filed February 27, 2023.

Pursuant to the current scheduling order's meet and confer provisions, the defense has advised that it may make a potential expert disclosure in support of a motion to change venue to be filed on June 30, 2023, the current deadline for the filing of motions. In addition, the defense advises that it intends to file supplemental expert disclosures on June 30, 2023 to bring previously disclosed experts into compliance with expert disclosure rules.

The parties therefore request that the Court add 30 days to the pretrial deadline currently in place for expert disclosures. A revised schedule, with changes in redline, would be the following:

- **June 30, 2023** ~~June 1 2023~~, deadline for
    - expert disclosures and
    - the filing of pretrial motions
- **July 14, 2023,** deadline for the filing of responses to pretrial motions, except any renewed defense motion to change venue motion based on a community attitude survey
- **July 21, 2023,** deadline for the filing of replies to pretrial motions

- **July 28, 2023** ~~June 30, 2023~~, deadline for filing supplemental expert disclosures that respond to expert disclosures made on June 30, 2023

- **August 11, 2023** ~~July 14, 2023~~, deadline for the filing of
    - motions to exclude experts;
    - motions asking the court to order a party to supplement expert disclosures; and
    - the Government's response to any renewed defense motion to change venue that relies on a community attitude survey

- **August 18, 2023,** deadline for the filing of the defense reply to the Government's response to any renewed change in venue motion based on a community attitude survey.

- **August 25, 2023** ~~July 28, 2023~~, deadline for the filing of responses to motions
    - to exclude experts and
    - to supplement expert disclosures

- **September 1, 2023** ~~August 4, 2023~~, deadline for the filing of replies to motions
    - to exclude experts and
    - to supplement expert disclosures.

- **September 8, 2023,** motions hearing

- **September 15, 2023,** deadline to file
    - motions in limine
    - to submit jointly proposed jury instructions, a jointly proposed verdict form and jointly proposed voir dire

- **September 29, 2023,** deadline to file responses to motions in limine

- **October 6. 2023,** deadline to file replies to motions in limine

- **October 20, 2023,** hearing on motions in limine and pretrial conference

- **October 30, 2023,** final pretrial conference

                                        Respectfully submitted,

                                        EREK L. BARRON
                                        UNITED STATES ATTORNEY

By:_____/s/_____
     Sean R. Delaney
     Assistant United States Attorney

      _____/s/_____
     James Wyda
     Maggie Grace
     Office of the Federal Public Defender
     100 S Charles St Ste 900 Tower 2
     Baltimore, MD 21201

     Counsel for Defendant Marilyn J. Mosby

Date:   June 23, 2023