IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | |
| v.  ) | Criminal Case No. 22-cr-00007-LKG |
| MARILYN J. MOSBY,  ) | Dated:  June 23, 2023 |
| Defendant.  ) | |

### ORDER

The parties shall participate in a telephone scheduling conference on **Tuesday, July 11, 2023, at 4:15 p.m. Eastern Time**, to discuss the parties' joint motion to amend the scheduling order (ECF No. 203).

The telephone scheduling conference will be held *via* AT&T Teleconferencing.  The Court will provide the parties *via* email with a call-in number, an access code, and a security code.  Participating on the call will be counsel of record for each party.

For Government:  **Leo Joseph Wise**
Office of the United States Attorney
36 S Charles St Fourth Fl
Baltimore, MD 21201
410-209-4909
Email: Leo.Wise@usdoj.gov

**Aaron Simcha Jon Zelinsky**
US Attorney's Office
District of Maryland
36 S Charles St
Baltimore, MD 21201
410-209-4928
Email: Aaron.Zelinsky@USDOJ.gov

**Sean R Delaney**
US Attorney's Office
36 S Charles St., 4th Fl
Baltimore, MD 21201
410-209-4913
Email: Sean.Delaney@usdoj.gov

|  |  |
|---|---|
|  | **Stephanie Williamson**<br>United States Attorney's Office<br>36 S. Charles St. 4th Fl.<br>Baltimore, MD 21201<br>410-209-4922<br>Email: stephanie.williamson@usdoj.gov |
| For Defendant: | **James Wyda**<br>Office of the Federal Public Defender<br>100 S Charles St Ste 900 Tower 2<br>Baltimore, MD 21201<br>410-962-3962<br>Email: jim_wyda@fd.org |
|  | **Maggie Grace**<br>Office of the Federal Public Defender<br>100 S Charles St, Tower II, 9th Floor<br>Baltimore, MD 21201<br>410-962-3962<br>Email: maggie_grace@fd.org |

**IT IS SO ORDERED.**

s/ Lydia Kay Griggsby
LYDIA KAY GRIGGSBY
United States District Judge

2