IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

**UNITED STATES OF AMERICA**          *

v.                                    *          Criminal No.  22-cr-00007-LKG

**MARILYN J. MOSBY**                  *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## NOTICE OF APPEARANCE

To the Clerk of the Court:

Please enter my appearance as retained (*pro bono*) counsel for Marilyn J. Mosby in this case.  I am assisting, on a *pro bono* basis, the Federal Public Defender of Maryland in representing Mrs. Mosby.  The Federal Public Defender of Maryland remains lead/primary counsel in this case.

I certify that I am admitted to practice in this Court.

                                                                  Respectfully submitted,

                                                                  -----------/s/--------------

                                                                  Lucius T. Outlaw III (#20677)
                                                                  Outlaw PLLC
                                                                  loutlaw3@outlawpllc.com
                                                                  1351 Juniper St. NW
                                                                  Washington, DC 20012
                                                                  (202) 997-3452

DATE: June 29, 2023

**CERTIFICATE OF SERVICE**

I certify that on June 29, 2023, notice of this appearance filing was provided to all counsel of record via ECF, and true and correct copies of the filing are available to all parties through ECF/Pacer.

------------/s/-------------

Lucius T. Outlaw III