**Star Democrat, The (Easton, MD)**

February 24, 2022

Section: News
Page: 9

### Top Baltimore prosecutor to be tried in May in federal case

Dateline: BALTIMORE

Article Text:

BALTIMORE — Baltimore's top prosecutor is scheduled to be tried in May on charges that she made false statements on financial documents to withdraw money from her retirement savings and purchase two Florida vacation homes.

A federal judge set a May 2 trial date for State's Attorney **Marilyn Mosby** during a telephone call Wednesday with lawyers on the case.

Mosby is running for reelection. The trial will be held before the Democratic primary on June 28.

Calling it a "politically charged case," defense attorney A. Scott Bolden had said Mosby wanted a trial to start within 60 days of her arraignment earlier this month.

On Jan. 13, a grand jury indicted Mosby on two counts each of perjury and making a false statement on a loan application in purchasing a home in Kissimmee, Florida, and a condominium in Long Boat Key, Florida.

Mosby pleaded not guilty to the charges at her Feb. 4 arraignment. Her trial is expected to last four days. Prosecutors didn't seek Mosby's pretrial detention.

Mosby, 41, was elected as Baltimore's state's attorney in 2014 and reelected in 2018. She received national acclaim in 2015 for bringing criminal charges against six police officers in the death of Freddie Gray, a Black man whose neck was broken in police custody. Gray's death sparked protests and riots. None of the officers was convicted.

The indictment accuses Mosby of falsely stating that the COVID-19 pandemic harmed her finances so she could withdraw $90,000 from her city retirement account. Mosby's gross salary in 2020 was over $247,000 and never was reduced, the indictment says.

Bolden has said that the state of Mosby's fledgling private businesses — Mahogany Elite Travel, Mahogany Elite Enterprises LLC and Mahogany Elite Consulting — allowed her to make the withdrawals.

Mosby has asked U.S. District Judge Lydia Kay Griggsby to dismiss her indictment, claiming prosecutors have been driven by "malicious personal, political, and even racial animus."

Mosby is married to Baltimore City Council President Nick Mosby. He has not been charged with any crimes.

Caption:
Baltimore State's Attorney **Marilyn Mosby** addresses the media outside her office on a day after her indictment on federal perjury charges on Friday, Jan. 14, 2022.

JERRY JACKSON/THE BALTIMORE SUN VIA AP, FILE

Copyright © 2022 Star Democrat, Chesapeake Publishing Group (Adams Publishing/APGMedia). All rights reserved.

Record Number: 1885FA1A91DFA308

**Carroll County Times (Westminster, MD)**

July 18, 2022

Edition: CarrollCountyTimes CCT
Section: Main
Page: 1A

**Voters have chance to select new faces for governor, attorney general, comptroller**

Author: *Sam Janesch and Hannah Gaskill*

Article Text:

A new era of Maryland politics will come into focus Tuesday as voters make their final choices in several wide-open primary races that will set the stage for November's general election.

Voters have a rare opportunity to select all new faces for governor, lieutenant governor, attorney general and comptroller as the incumbents are term-limited, retiring or running for higher office.

And with all 147 seats in the General Assembly, nearly every member of the U.S. Congress and several important local offices on the ballot, the stakes are high for policymaking on all levels.

The issues - according to interviews with voters, polls and candidate platforms - have been wide-ranging. Rising crime and inflation have been immediate, top-of-mind concerns for Marylanders all year. Education and transportation infrastructure dominated conversations about the state's long-term prosperity. Abortion, guns and the environment, meanwhile, leapfrogged to the top of the list in recent weeks after a string of related U.S. Supreme Court rulings.

Jockeying to tackle all those issues in the governor's mansion are nine Democrats and four Republicans - a crowded field of well-funded candidates with lengthy resumes who are hoping to succeed Republican Gov. Larry Hogan, who will finish the second of his two four-year terms in January.

Polls have pointed to a neck-and-neck race on both sides.

Comptroller Peter Franchot, former U.S. Labor Secretary Tom Perez and former nonprofit leader Wes Moore lead a Democratic field looking to secure the party's control of both the executive and legislative branches in Annapolis for the first time in eight years. Former state Commerce Secretary Kelly Schulz and Del. Dan Cox, representing

different factions of the Republican electorate, are fighting to continue Hogan's legacy as a check on a General Assembly with a supermajority of Democrats.

Voting so far

Candidates and voters have seen multiple curveballs along the way.

Redistricting - the once-a-decade process in which all kinds of geographical boundaries are redrawn based on population changes - forced many people into new voting districts. Lawsuits and accusations of gerrymandering complicated that process, even delaying the primary itself, from June 28 to Tuesday.

Meanwhile, people who may have voted by mail for the first time at the height of the coronavirus pandemic in 2020 could choose to return to in-person voting, either voting early or on primary day, or cast a mail ballot.

About 9.2% of all eligible voters - mostly Democrats and Republicans in Maryland's closed primary process - had voted by mail or through in-person early voting, according to state data updated through July 15.

Those numbers, by all accounts, appeared sluggish, considering 29% of registered Democrats and 22% of Republicans turned out in the last gubernatorial primary in 2018. Hogan was unopposed in the primary that year, while Democrats faced a more heated contest in selecting their nominee. In the 2020 presidential primary, 42% of Maryland voters cast ballots.

If in-person voting also remains low on primary day, all eyes will turn to the remaining mail-in ballots, which election workers can't begin counting until 10 a.m. Thursday. Just about 500,000 people requested mail-in ballots. So, with the 165,000 already returned, there could be hundreds of thousands more that voters either mail or place in drop boxes by the time polls close at 8 p.m. Tuesday.

Though the State Board of Elections reported a few thousand voters had received incorrect mail-in ballots in June, such issues were not widespread.

Governor

In the highest-profile race of the year, advertisements have flooded the airwaves, fundraising dollars have poured in and the candidates have traded barbs for months.

Franchot was the first candidate to jump in the race, announcing in January 2020 that he would forgo trying to win a fifth four-year term as comptroller and instead seek the governorship.

Eleven Democrats joined him, though Baltimore-based entrepreneur Mike Rosenbaum dropped out in December 2021 and former Anne Arundel County Executive Laura Neuman left the field before a candidate deadline in April. Former Prince George's

County Executive Rushern Baker, the runner-up in the last gubernatorial primary, quit in June after he struggled to keep up with fundraising. His name will still appear on the ballot.

The remaining field includes Moore, Perez, former U.S. Education Secretary John King, former state Attorney General Doug Gansler, former Clinton White House official Jon Baron, former Obama White House official Ashwani Jain, former registered socialist Jerome Segal and educator Ralph Jaffe.

Months of campaigning, stump speeches and debates and forums stretching back to last year revealed the Democrats largely agree on how to address major issues like crime, education, transportation and the environment. But they've differed on some specific plans, and some animosities have boiled to the surface.

In April, Moore's campaign filed a complaint with state elections officials about a political dossier circulating behind the scenes that accused him of intentionally encouraging a false perception of childhood ties to Baltimore. Then, in an early June debate, Moore targeted Franchot's integrity over accepting campaign donations from companies that received state contracts while Franchot served on the Board of Public Works, which approves such spending. Also, Moore and Perez traded barbs over their records of public service, while King went after Moore for his involvement in an online for-profit college.

The attacks have been even sharper on the Republican side, where Hogan has supported Schulz, who he appointed to two cabinet positions over his two terms, while criticizing Cox as a "conspiracy-theory-believing QAnon whack-job."

A first-term legislator from Frederick County, Cox won the endorsement of former President Donald Trump after supporting Trump's false claims of election fraud in 2020 and attending the Jan. 6 rally outside the White House before the attack on the Capitol. Cox's campaign has focused on eliminating COVID-19 pandemic measures, outlawing abortion, limiting gun control laws and targeting transgender issues in schools.

Schulz has called those positions unelectable in a November race against a Democratic nominee, in which the winner will need the support of some Democrats and moderate Republicans. Her campaign has largely focused on giving parents more control over their children's education, reducing crime and repealing a state law that links the gas tax to inflation - which she dubbed the "inflation tax."

Former lawyer and lower-tax advocate Robin Ficker, a frequent candidate for office, and lawyer Joe Werner are also on Republican ballots.

Schulz is seeking to become the first woman elected governor in Maryland, which has also never elected a Black or Hispanic candidate to the office.

Attorney general

Attorney General Brian Frosh announced in October that he would not seek a third term, capping a 35-year career in Maryland politics.

Before he became the state's top prosecutor, Frosh spent 20 years in the state Senate - 12 as the chair of the chamber's Judicial Proceedings Committee - and eight years in the House of Delegates.

Upon his announcement, the political scene was atwitter about who would offer themselves as a replacement. The Democratic Party floated Senate Judicial Proceedings Committee Chair William C. Smith Jr. and U.S. Rep. Anthony Brown as potential candidates.

Smith decided to sit the race out, opting to campaign to keep his seat in the Senate, while Brown announced his candidacy four days after Frosh said he would not seek reelection.

In a surprising twist, Baltimore District Judge Katie Curran O'Malley decided to enter the race in late November against Brown, who served as lieutenant governor during the gubernatorial administration of her husband, Martin O'Malley.

Either candidate would be a historic first, as either the first Black person or woman to hold the office. Curran O'Malley could also become one of the first women directly elected statewide in Maryland to a state-level post.

Recent polls have shown the race is close.

Starting from nothing, Curran O'Malley gave Brown a literal run for his money when campaign finance reports were filed in January. She reported being just $1,200 shy of Brown's cash on hand.

The pair have sparred over who has the most relevant experience for the job in candidate forums and, most recently, TV ads.

The winner of Tuesday's primary will face off against the winner of the Republican race, where attorney Jim Shalleck is running against Michael Anthony Peroutka.

Comptroller

Franchot is giving up the seat he has held for 15 years, opting to try his luck to be the Democrat candidate to replace Hogan.

Baltimore Del. Brooke E. Lierman and Bowie Mayor Tim Adams are vying over the now-vacant seat. The winner of Tuesday's primary will face Republican Harford County Executive Barry Glassman, who is unopposed for his party's nomination.

The comptroller oversees state income tax collection; imposes state taxes on gasoline, alcohol and tobacco, and has a seat on the three-person Board of Public Works.

History would be made if either Democrat comes out on top in November: Lierman could one of the first woman elected as comptroller and directly elected by voters to a state-level seat, while Adams would be Maryland's first Black comptroller.

Lierman, an attorney, announced her candidacy in December 2020. She has received overwhelming support from members of the General Assembly and has been a fundraising machine, besting Adams when campaign finance reports came out in mid-June.

Adams, a Department of Defense contractor who announced his candidacy in March 2021, has run a largely self-funded campaign. According to his July 8 campaign finance report, Adams has lent his campaign $3.3 million.

While many voters remain undecided, recent polls show Lierman leading Adams ahead of the primary.

Baltimore state's attorney

The race for Baltimore state's attorney is a heated one.

Incumbent Democrat **Marilyn Mosby** was indicted by a federal grand jury in January and charged with two counts of perjury and two counts of making false statements on loan applications to purchase properties in Florida.

Mosby has pleaded not guilty to the charges and, at first, requested that her trial be held ahead of the primary while calling the indictment a "political ploy" to disrupt her reelection campaign. She later requested, however, that the trial be postponed. It was moved from May 2 to Sept. 19.

U.S. District Judge Lydia Griggsby last month denied Mosby's motion to dismiss the charges, although Mosby doubled down in a legal filing July 11 on her arguments to dismiss. A hearing those issues is scheduled for Sept. 14.

Meanwhile, Mosby faces another court date as she prepares to try Keith Davis Jr. for the fifth time in a homicide case.

Last month, a judge ruled there was a "presumption of vindictiveness" based on the decision of Mosby's office to charge Davis with attempted murder after he won a new trial in the unrelated murder case.

Also, Mosby has been accused twice of allegedly violating a gag order that prohibits her from publicly discussing the case. Mosby is set to appear in court in August to address those allegations.

Mosby is facing off against defense attorney Ivan J. Bates, who announced his candidacy in November, and former Deputy Attorney General Thiru Vignarajah.

In the campaign's final month, Vignarajah faced reports of verbal abuse and harassment against former staff members and subordinates at the state attorney general's office and the city prosecutor's office when he worked for those agencies. Vignarajah's political director Anthony McCarthy said the allegations were a "coordinated political effort."

The winner of Tuesday's primary will face former Assistant State's Attorney Roya M. Hanna, who is running as an unaffiliated candidate in the general election.

Copyright © 2022 Carroll County Times, Westminster, MD. All rights reserved.

Record Number: BS0124789779

**Capital, The (Annapolis, MD)**

July 18, 2022

Edition: TheCapital CGT
Section: Main
Page: 1A

**Prolonged primary coming to a close**

**Voters have rare opportunity to select new faces for governor, attorney general and comptroller**

**election 2022**

Author: *Sam Janesch and Hannah Gaskill*

Article Text:

A new era of Maryland politics will come into focus Tuesday as voters make their final choices in several wide-open primary races that will set the stage for November's general election.

Voters have a rare opportunity to select all new faces for governor, lieutenant governor, attorney general and comptroller as the incumbents are term-limited, retiring or running for higher office.

And with all 147 seats in the General Assembly, nearly every member of the U.S. Congress and several important local offices on the ballot, the stakes are high for policymaking on all levels.

The issues - according to interviews with voters, polls and candidate platforms - have been wide-ranging.

Rising crime and inflation have been immediate, top-of-mind concerns for Marylanders all year. Education and transportation

infrastructure dominated conversations about the state's long-term prosperity. Abortion, guns and the environment, meanwhile, leapfrogged to the top of the list in recent weeks after a string of related U.S. Supreme Court rulings.

Jockeying to tackle all those issues in the governor's mansion are nine Democrats and four Republicans - a crowded field of well-funded candidates with lengthy resumes who are hoping to succeed Republican Gov. Larry Hogan, who will finish the second of his two four-year terms in January.

Polls have pointed to a neck-and-neck race on both sides.

Comptroller Peter Franchot, former U.S. Labor Secretary Tom Perez and former nonprofit leader Wes Moore lead a Democratic field looking to secure the party's control of both the executive and legislative branches in Annapolis for the first time in eight years. Former state Commerce Secretary Kelly Schulz and Del. Dan Cox, representing different factions of the Republican electorate, are fighting to continue Hogan's legacy as a check on a General Assembly with a supermajority of Democrats.

Voting so far

Candidates and voters have seen multiple curveballs along the way.

Redistricting - the once-a-decade process in which all kinds of geographical boundaries are redrawn based on population changes - forced many people into new voting districts. Lawsuits and accusations of gerrymandering complicated that process, even delaying the primary itself, from June 28 to Tuesday.

Meanwhile, people who may have voted by mail for the first time at the height of the coronavirus pandemic in 2020 could choose to return to in-person voting, either voting early or on primary day, or cast a mail ballot.

About 9.2% of all eligible voters - mostly Democrats and Republicans in Maryland's closed primary process - had voted by mail or through in-person early voting, according to state data updated through July 15.

Those numbers, by all accounts, appeared sluggish, considering 29% of registered Democrats and 22% of Republicans turned out in the last gubernatorial primary in 2018. Hogan was unopposed in the primary that year, while Democrats faced a more heated contest in selecting their nominee. In the 2020 presidential primary, 42% of Maryland voters cast ballots.

If in-person voting also remains low on primary day, all eyes will turn to the remaining mail-in ballots, which election workers can't begin counting until 10 a.m. Thursday. Just about 500,000 people requested mail-in ballots. So, with the 165,000 already returned, there could be hundreds of thousands more that voters either mail or place in drop boxes by the time polls close at 8 p.m. Tuesday.

Though the State Board of Elections reported a few thousand voters had received incorrect mail-in ballots in June, such issues were not widespread.

Governor

In the highest-profile race of the year, advertisements have flooded the airwaves, fundraising dollars have poured in and the candidates have traded barbs for months.

Franchot was the first candidate to jump in the race, announcing in January 2020 that he would forgo trying to win a fifth four-year term as comptroller and instead seek the governorship.

Eleven Democrats joined him, though Baltimore-based entrepreneur Mike Rosenbaum dropped out in December 2021 and former Anne Arundel County Executive Laura Neuman left the field before a candidate deadline in April. Former Prince George's County Executive Rushern Baker, the runner-up in the last gubernatorial primary, quit in June after he struggled to keep up with fundraising. His name will still appear on the ballot.

The remaining field includes Moore, Perez, former U.S. Education Secretary John King, former state Attorney General Doug Gansler, former Clinton White House official Jon Baron, former Obama White House official Ashwani Jain, former registered socialist Jerome Segal and educator Ralph Jaffe.

Months of campaigning, stump speeches and debates and forums stretching back to last year revealed the Democrats largely agree on how to address major issues like crime, education, transportation and the environment. But they've differed on some specific plans, and some animosities have boiled to the surface.

In April, Moore's campaign filed a complaint with state elections officials about a political dossier circulating behind the scenes that accused him of intentionally encouraging a false perception of childhood ties to Baltimore. Then, in an early June debate, Moore targeted Franchot's integrity over accepting campaign donations from companies that received state contracts while Franchot served on the Board of Public Works, which approves such spending. Also, Moore and Perez traded barbs over their records of public service, while King went after Moore for his involvement in an online for-profit college.

The attacks have been even sharper on the Republican side, where Hogan has supported Schulz, who he appointed to two cabinet positions over his two terms, while criticizing Cox as a "conspiracy-theory-believing QAnon whack-job."

A first-term legislator from Frederick County, Cox won the endorsement of former President Donald Trump after supporting Trump's false claims of election fraud in 2020 and attending the Jan. 6 rally outside the White House before the attack on the Capitol. Cox's campaign has focused on eliminating COVID-19 pandemic measures, outlawing abortion, limiting gun control laws and targeting transgender issues in schools.

Schulz has called those positions unelectable in a November race against a Democratic nominee, in which the winner will need the support of some Democrats and moderate Republicans. Her campaign has largely focused on giving parents more control over their children's education, reducing crime and repealing a state law that links the gas tax to inflation - which she dubbed the "inflation tax."

Former lawyer and lower-tax advocate Robin Ficker, a frequent candidate for office, and lawyer Joe Werner are also on Republican ballots.

Schulz is seeking to become the first woman elected governor in Maryland, which has also never elected a Black or Hispanic candidate to the office.

Attorney General

Attorney General Brian Frosh announced in October that he would not seek a third term, capping a 35-year career in Maryland politics.

Before he became the state's top prosecutor, Frosh spent 20 years in the state Senate - 12 as the chair of the chamber's Judicial Proceedings Committee - and eight years in the House of Delegates.

Upon his announcement, the political scene was atwitter about who would offer themselves as a replacement. The Democratic Party floated Senate Judicial Proceedings Committee Chair William C. Smith Jr. and U.S. Rep. Anthony Brown as potential candidates.

Smith decided to sit the race out, opting to campaign to keep his seat in the Senate, while Brown announced his candidacy four days after Frosh said he would not seek reelection.

In a surprising twist, Baltimore District Judge Katie Curran O'Malley decided to enter the race in late November against Brown, who served as lieutenant governor during the gubernatorial administration of her husband, Martin O'Malley.

Either candidate would be a historic first, as either the first Black person or woman to hold the office. Curran O'Malley could also become one of the first women directly elected statewide in Maryland to a state-level post.

Recent polls have shown the race is close.

Starting from nothing, Curran O'Malley gave Brown a literal run for his money when campaign finance reports were filed in January. She reported being just $1,200 shy of Brown's cash on hand.

The pair have sparred over who has the most relevant experience for the job in candidate forums and, most recently, TV ads.

The winner of Tuesday's primary will face off against the winner of the Republican race, where attorney Jim Shalleck is running against Michael Anthony Peroutka.

Comptroller

Franchot is giving up the seat he has held for 15 years, opting to try his luck to be the Democrat candidate to replace Hogan.

Baltimore Del. Brooke E. Lierman and Bowie Mayor Tim Adams are vying over the now-vacant seat. The winner of Tuesday's primary will face Republican Harford County Executive Barry Glassman, who is unopposed for his party's nomination.

The comptroller oversees state income tax collection; imposes state taxes on gasoline, alcohol and tobacco, and has a seat on the three-person Board of Public Works.

History would be made if either Democrat comes out on top in November: Lierman could one of the first woman elected as comptroller and directly elected by voters to a state-level seat, while Adams would be Maryland's first Black comptroller.

Lierman, an attorney, announced her candidacy in December 2020. She has received overwhelming support from members of the General Assembly and has been a fundraising machine, besting Adams when campaign finance reports came out in mid-June.

Adams, a Department of Defense contractor who announced his candidacy in March 2021, has run a largely self-funded campaign. According to his July 8 campaign finance report, Adams has lent his campaign $3.3 million.

While many voters remain undecided, recent polls show Lierman leading Adams ahead of the primary.

Baltimore State's Attorney

The race for Baltimore state's attorney is a heated one.

Incumbent Democrat **Marilyn Mosby** was indicted by a federal grand jury in January and charged with two counts of perjury and two counts of making false statements on loan applications to purchase properties in Florida.

Mosby has pleaded not guilty to the charges and, at first, requested that her trial be held ahead of the primary while calling the indictment a "political ploy" to disrupt her reelection campaign. She later requested, however, that the trial be postponed. It was moved from May 2 to Sept. 19.

U.S. District Judge Lydia Griggsby last month denied Mosby's motion to dismiss the charges, although Mosby doubled down in a legal filing July 11 on her arguments to dismiss. A hearing those issues is scheduled for Sept. 14.

Meanwhile, Mosby faces another court date as she prepares to try Keith Davis Jr. for the fifth time in a homicide case.

Last month, a judge ruled there was a "presumption of vindictiveness" based on the decision of Mosby's office to charge Davis with attempted murder after he won a new trial in the unrelated murder case.

Also, Mosby has been accused twice of allegedly violating a gag order that prohibits her from publicly discussing the case. Mosby is set to appear in court in August to address those allegations.

Mosby is facing off against defense attorney Ivan J. Bates, who announced his candidacy in November, and former Deputy Attorney General Thiru Vignarajah.

In the campaign's final month, Vignarajah faced reports of verbal abuse and harassment against former staff members and subordinates at the state attorney general's office and the city prosecutor's office when he worked for those agencies. Vignarajah's political director Anthony McCarthy said the allegations were a "coordinated political effort."

The winner of Tuesday's primary will face former Assistant State's Attorney Roya M. Hanna, who is running as an unaffiliated candidate in the general election.

Copyright, 2022, Capital-Gazette Newspapers

Record Number: BS0124788630

**Carroll County Times (Westminster, MD)**

July 19, 2022

Edition: CarrollCountyTimes CCT
Section: Main
Page: 1A

**5 things to know ahead of primary**

**electon 2022**

Author: *Hannah Gaskill and Sam Janesch*

Article Text:

With nearly every consequential political seat across Maryland up for grabs, the 2022 primary election is poised to be one for the books.

But there are loose ends to tie as Maryland voters prepare to cast their ballots during this unusual July primary election.

Like you, The Baltimore Sun has questions. Here's what we're asking ahead of Tuesday's action.

What flavor of Democrat are voters hankering for?

Maryland, often described as "deep blue" on the political spectrum, has a wide field of Democratic gubernatorial candidates to choose from this election season.

Voters will pick from nine State House hopefuls representing the whole spectrum of leftist ideology, from the Democratic Socialist lean of Jerome M. Segal to the party establishment politics of Comptroller Peter Franchot.

Polls have shown Dems are running close, suggesting a three-way race between Fran

chot, former U.S. Department of Labor Secretary Tom Perez, an Obama-era Democrat, and first-time political candidate Wes Moore, who has a progressive lean.

Though Maryland's legislature, comptroller and attorney general have characteristically leaned Democratic, Republicans have won three of the last five gubernatorial races, counting Hogan twice and Gov. Robert L. Ehrlich in 2002. But the state's GOP seems split now between a Trump-endorsed of Del. Dan Cox or Hogan-endorsed Kelly M. Schulz.

Is Maryland ready to put a Democrat back in the governor's mansion, or will the variety of candidate choices fracture the party's palate when the general election rolls around? Only time will tell.

Can Hogan's popularity rub off on hand-picked successor?

Four years after Hogan made an unlikely return as the first Republican reelected to the governor's office in six decades, can his brand of old-school conservatism still win the day?

Hogan has thrown his political capital behind Schulz, a former delegate he twice elevated to cabinet-level positions - and he remains popular among both Republicans and Democrats.

Whether Schulz can capture that popularity remains an open question.

Both parties will be waiting to see how Maryland Republicans split their votes between Schulz - representing what some are calling a third Hogan term - and Cox, representing the Trump wing of the party.

The results could influence not just the next few years of Maryland Republican politics, but whether Hogan ultimately challenges Trump for the party's presidential nomination in two years.

Will **Marilyn Mosby** remain Baltimore state's attorney?

While she has strong pockets of support, Baltimore City State's Attorney **Marilyn Mosby** faces a battle Tuesday to maintain her office.

Mosby was indicted by a federal grand jury in January and charged with two counts of perjury and two counts of making false statements on loan applications to purchase properties in Florida. Her federal trial, originally scheduled to occur ahead of the primary election, is set for Sept. 19. She has pleaded not guilty to all charges.

Mosby appears to have ruffled at least parts of her electorate, too, facing harsh criticism as she prepares to prosecute Keith Davis Jr. in a homicide case for the fifth time.

In a rare move, a judge found a "presumption of vindictiveness" based on Mosby's decision to charge Davis with attempted murder after he won a new trial in the unrelated murder case. Defense attorneys for Davis also allege Mosby twice violated a gag order prohibiting her from speaking publicly about the case. She will address those allegations before a judge in August.

Mosby has been a lightning rod. But has her image suffered enough to cost her career, or will her opponents, defense lawyer Ivan Bates and former Deputy Attorney General Thiru Vignarajah, again split the votes against her as they did in 2018.

Vignarajah, endorsed by Republican Gov. Larry Hogan, has been battling his own negative publicity after allegations of abuse and harassment toward staff at the State's Attorney and Attorney General's offices surfaced this summer.

Who will be running against Congressman Andy Harris?

U.S. Rep. Andy Harris, a Trump Republican who discussed derailing 2020's presidential election results, is running uncontested in the primary race. But Maryland's lone Republican congressman will face off against two competitors in November.

Libertarian candidate Daniel Frank Thibeault will appear alongside Harris on the general election ballot. It's up to District 1 Democrats to decide Tuesday whether they'll be joined by former state Del. Heather Mizeur or former Foreign Service Officer R. David Harden.

Mizeur, who lives in Kent County, was a two-term representative of Montgomery County in the Maryland House of Delegates, served as a legislative assistant for multiple members of Congress, was a Takoma Park City Council member and campaigned to be the Democratic nominee for governor in 2014. She lost to Congressman Anthony Brown, who served as lieutenant governor during former Gov. Martin O'Malley's second term.

Brown, who lost the State House to Hogan in 2014, is running against former Baltimore City District Court judge Katie Curran O'Malley - his former running mate's wife - to be the Democratic candidate for state attorney general.

Mizeur's campaign priorities revolve around bolstering the economic stability of the Eastern Shore and Baltimore and Harford Counties, farmer-friendly climate policy and expanding affordable access to health care.

Harden is a Senate-confirmed, Obama-era nominee to the Bureau of Democracy, Conflict and Humanitarian Assistance at the U.S. Agency for International Development, and received the Presidential Award for Distinguished Service under the Trump administration.

Harden's platform is rooted in job creation and economic growth, expanded access to health care, bay conservation and bipartisan immigration reform, among other issues.

How many - and which kinds - of voters will turn out Tuesday?

Political observers are on the edge of their seats over whether even a quarter of Maryland voters will cast ballots in a delayed primary that comes while many voters have paid little attention to the races and are on vacation.

Eight days of early voting ended last week with fewer voters turning out than in 2018 - about 182,000 compared to 222,000.

But another 500,000 voters had requested ballots by mail and 165,000 of them already had returned them by week's end. With those ballots not able to even start being counted

until Thursday, the types of voters who turn out in-person versus by mail also could influence how the votes change as the counting drags on.

For instance, some observers say Cox's supporters - aggrieved by false perceptions of mail-in ballot fraud - could come out in stronger numbers on Tuesday, giving him a leg up in the results that are initially reported.

But Schulz's supporters may trust mail-in voting more, meaning her vote total would grow through days of counting. In a neck-and-neck race, those late ballots could make all the difference.

Caption:
Lily Mitchell, right, of Roland Park, casts her ballot with assistance from poll worker Millie Thomas on the first day of voting at the Public Safety Training Center. Amy Davis/baltimore sun

Copyright © 2022 Carroll County Times, Westminster, MD. All rights reserved.

Record Number: BS0124805355

**Capital, The (Annapolis, MD)**

September 18, 2022

Edition: TheCapital CGT
Section: Main
Page: 3A


**Judge schedules Monday hearing on Syed case**

**After 23 years in prison, it's possible 'Serial' subject is freed by Monday afternoon**

Author: *Alex Mann and Lee O. Sanderlin*

Article Text:

Adnan Syed, the Baltimore man serving life in prison for a murder he says he did not commit, could have his conviction overturned as soon as Monday afternoon.

Baltimore Circuit Judge Melissa Phinn set a hearing for 2 p.m. Monday to consider a request from prosecutors to vacate Syed's conviction in the 1999 killing of Hae Min Lee.

After 23 years in prison, it's possible Syed is freed Monday.

Prosecutors asked Phinn to release Syed, 41, while the Baltimore State's Attorney's Office determines how to proceed in light of the revelation of two "alternative suspects," who were referred to in court papers that argued for the guilty verdict to be thrown out.

Maryland law says prosecutors generally have 30 days after a conviction is vacated to decide whether to drop the charges or to retry the case, according to a motion filed by prosecutors in Syed's case.

Legal experts interviewed by The Baltimore Sun said they anticipate Phinn will vacate Syed's conviction because the motion from prosecutors came with the support of Syed's attorney, Assistant Public Defender Erica Suter.

If the judge takes that step, it would be up to embattled State's Attorney **Marilyn Mosby** to consider whether to drop the charges or face the daunting prospect of retrying a decades-old homicide.

In a further twist, if Mosby decides this fall to retry the case, the court would likely schedule it for trial after she leaves office next year. She lost the Democratic primary in July and is fighting federal mortgage fraud and perjury charges.

"Since the inception of my administration, my prosecutors have been sworn to not only aggressively advocate on behalf of the victims of crime, but in the pursuit of justice - when the evidence exists - to correct the wrongs of the past where doubt is evident," Mosby said in a statement Wednesday.

In the motion Mosby's office's filed Wednesday, prosecutors wrote the decision to go forward with a new trial or drop the charges will hinge upon "ongoing investigative efforts."

Legal experts told The Sun it would be exceedingly difficult for prosecutors to bring the case back to court.

"Memories fade, witnesses disappear, physical evidence deteriorates, other evidence gets stale or lost," said David Jaros, faculty director of the University of Baltimore's Center for Criminal Justice Reform.

According to the prosecutors' motion, an approximately yearlong investigation they conducted alongside Suter revealed information about the alternative suspects. Information about those people was known to authorities before Syed's trial, but they did not tell Syed's attorney about it, the motion said. Prosecutors said this week that the fact that the information was withheld prevented Syed from receiving a fair trial.

"The state is not asserting at this time that the defendant is innocent. However, for all the reasons set forth below, the state no longer has confidence in the integrity of the conviction," wrote Becky Feldman, chief of the Sentencing Review Unit in Mosby's office, in the motion.

Feldman wrote that the joint investigation revealed two other suspects known to investigators looking into Lee's killing who were cleared improperly. The court papers explain why prosecutors consider each person a suspect, but do not distinguish between the two people's actions.

One suspect threatened to kill Lee and make her disappear, information that was in prosecutors' trial file, but not disclosed to Syed's attorney, the court documents say. Lee's car was found near a homewhere one of the suspects lived the year she disappeared. One suspect, prosecutors now say, is a convicted serial rapist. The suspects had other convictions of violence against women.

Mosby's office and Suter agreed not to identify either of the alternative suspects out of concerns revealing their names would jeopardize the ongoing investigation, according to the court papers.

The motion from prosecutors also cited unreliable evidence that was presented at Syed's trial. Cellphone location evidence of a now-antiquated type was inaccurate and would no longer stand up in court. That evidence was among the most critical pieces of the state's case in convicting Syed.

Baltimore Police said Friday that they are reinvestigating Lee's death.

Suter, the director of the Innocence Project clinic at the University of Baltimore School of Law, filed a legal response in support of prosecutors' request to vacate Syed's conviction.

Syed has maintained he was innocent in the face of disturbing allegations: Authorities at the time believed the 17-year-old struggled with his former Woodlawn High School sweetheart in a car and strangled her. Her body was discovered in a shallow grave in Baltimore's Leakin Park. Lee was 18.

Syed stood trial twice for the homicide, with the first ending in a mistrial. A jury found him guilty in 2000 of murder, kidnapping and robbery. The judge gave him life, plus 30 years, in prison. Appeal after appeal came up short.

Suter began working with Mosby's office last year in light of a new state law enabling those convicted of crimes before they turn 18 to petition the court for a sentence modification. She and Feldman examined the case closely, working on it until the motion was filed Wednesday. Andrew I. Alperstein, a defense attorney and former prosecutor, said there is a strong likelihood a judge will order a new trial because the prosecution and defense agreed about that.

If the judge vacates the conviction at prosecutors' initiation, "it's hard to imagine they're going to come back and prosecute him," said defense attorney Warren Brown.

The defense attorneys and former prosecutors who spoke to The Sun questioned whether Baltimore police have the bandwidth to vigorously investigate a decades-old murder. The city is on pace to surpass 300 killings for the eighth year in a row, and the department continues to grapple with a shortage of officers.

"This one's high profile. If they're genuine with their intent to pursue the case, they'll assign people to it," said Patrick Seidel, who was a prosecutor for about a dozen years in New York City and Baltimore, where he eventually led the Major Investigations Division of the state's attorney's office before switching to private practice.

"Obviously, the elephant in the room is if this was all a publicity stunt to avoid writing about her trial a day ago, then this will be a one-day headline and it will go on a shelf somewhere," he said.

Feldman, who works for Mosby, filed the Syed motion the day before jury selection was slated to begin in Mosby's trial in federal court on charges relating to her withdrawing money from her retirement fund and buying real estate. A videographer documented Feldman's trip to court, although it's unclear who that person works for. Syed's case has been the subject of podcasts, books and a documentary series.

A judge Wednesday delayed Mosby's trial until March. After another hearing Thursday, Mosby declined to answer questions about Syed's case as she left the federal courthouse.

Baltimore Sun reporter Jessica Anderson contributed to this article.

Copyright, 2022, Capital-Gazette Newspapers

Record Number: BS0125853814

**Maryland Gazette, The (Glen Burnie, MD)**

September 24, 2022

Edition: MarylandGazette CGT
Section: Main
Page: 4A

### State's attorney, attorney general spar over Syed evidence, timing

Author: *Lee O. Sanderlin and Alex Mann*

Article Text:

Baltimore State's Attorney **Marilyn Mosby** accused Maryland Attorney General Brian Frosh of hiding evidence to keep Adnan Syed in prison, as a simmering feud between arguably the state's two most powerful elected lawyers boiled over on Wednesday.

Syed, whose case became known internationally after the podcast "Serial" was released in 2014, was convicted of murder in the 1999 killing of Hae Min Lee, his former high school girlfriend. He was behind bars for 23 years until Monday, when a judge vacated his conviction and ordered Syed released on home detention after supposedly new evidence about alternative suspects in the case was brought to light.

"I think Attorney General Brian Frosh needs to speak to his office's willful decision to sit on exculpatory evidence for the last seven years," Mosby said in a statement Wednesday. "His inability to uphold this fundamental obligation denied Mr. Syed his right to a fair trial and now forces a family to relive an unimaginable nightmare because of his unconscionable misdeeds."

The Baltimore prosecutors moved last week to vacate Syed's conviction after a June review of the original assistant state's attorney's handwritten notes revealed two alternative suspects in the homicide, at least one of whom was never disclosed to the defense before Syed's trial, prosecutors wrote in court documents. One of the suspects, according to prosecutors' filings, threatened to harm Lee.

Mosby's strong statement punctuated three days of terse back-and-forths between the two Democrats and comes after Frosh, in a TV interview Wednesday morning, doubled down on a statement he made Monday rebutting the idea his office had done anything wrong.

"The folks who I've spoken to and that our office has spoken to say the notes were produced, but, more importantly I have to say, we gave them to her. That's where she got them in the first place. We're not withholding them from anybody," Frosh, 75, told the TV station.

The city state's attorney's office prosecuted Syed, secured his 2000 murder conviction and stood behind the guilty finding for years as the attorney general's office represented the state in fighting off Syed's numerous appeals.

Erica Suter, Syed's current lawyer, said she had never seen the notes about the alternative suspects until June, when a member of Mosby's office sent them to her. The failure to disclose evidence that suggests a person's innocence is known as a "Brady" violation and is particularly serious because it affects a person's right to a fair trial.

As Mosby spoke at a press conference Monday evening after her office successfully argued for Syed's conviction to be overturned, she accused the original prosecutors on Syed's case and the attorney general's office of misconduct.

"None of that information was provided to defense counsel by the original prosecutor or the attorney general's office where the original case file still sits," Mosby said.

Almost immediately after Mosby said that, Frosh issued a statement disputing her claims.

"Among the other serious problems with the motion to vacate, the allegations related to Brady violations are incorrect," Frosh said. "Neither State's Attorney Mosby nor anyone from her office bothered to consult with either the Assistant State's Attorney who prosecuted the case or with anyone in my office regarding these alleged violations. The file in this case was made available on several occasions to the defense."

It could be difficult to determine who's correct. Syed's defense attorney at trial, Cristina Gutierrez, died in 2004. A series of lawyers have represented Syed since.

The file for Syed's case takes up 17 boxes, according to an affidavit in support of overturning Syed's conviction submitted in court Monday by Assistant State's Attorney Becky Feldman.

"I understand that many attorneys and advocates have reviewed the file, or portions of the file, over the years," Feldman wrote. "I do not have personal knowledge as to what parts of the file were made available to them. I also do not know why these documents were not previously discovered."

Feldman wrote in the affidavit that she does not have "personal knowledge as to how and where the state's attorney's trial file was maintained from 1999 through the time it was delivered to the attorney general's office."

Mosby, who served two terms as state's attorney, lost her bid for a third term in July. Her office has 30 days to determine whether to retry Syed or to drop his charges, according to the judge's order Monday.

The Attorney General's Office has been in possession of the original trial and investigatory files in Syed's case since 2015, when Syed, now 41, was appealing his

conviction. In Maryland, the attorney general's office acts as the prosecution in the appellate process, and the same rules for disclosing evidence are applied.

Frosh's office declined further comment.

Neither agency is releasing a copy of the notes, but city prosecutors in a court filing said the handwriting is hard to read.

In the affidavit admitted in court Monday, Feldman wrote that "the handwriting was consistent with a significant amount of the other handwritten documents throughout the (state's attorney's office) trial file."

Frosh also suggested Mosby filed the motion to free Syed to distract from her upcoming federal perjury and mortgage fraud trial.

"The timing looks, shall I say, unusual," Frosh told the TV station.

Mosby has denied her trial had anything to do with the timing of her office's Syed filing, calling the federal charges against her "bogus" in an appearance on CNN ON Wednesday morning.

The two-term Democratic state's attorney is charged with two counts of perjury and two counts of mortgage fraud related to withdrawals she made from her city retirement account in 2020 in order to purchase two Florida vacation homes. Jury selection in Mosby's case was scheduled to begin last Thursday, a day after the Syed motion was filed. A federal judge ultimately postponed Mosby's trial until March due to expert witness disclosure issues.

Copyright, 2022, Capital-Gazette Newspapers

Record Number: BS0125984073

**Capital, The (Annapolis, MD)**

September 25, 2022

Edition: TheCapital CGT
Section: Main
Page: 1A

**New Md. laws paved way for Syed's release from prison**

**Syed's case aided by state's
shifts in youth sentences and faulty convictions**

Author: *Lea Skene*

Article Text:

Even as Adnan Syed amassed an enormous following after the wildly popular "Serial"
podcast raised a slew of questions about the evidence against him, multiple attempts to
appeal his 2000 murder conviction failed, leaving many supporters wondering if justice
would ever prevail.

Their hope was restored this week after a Baltimore judge vacated his conviction and an
unshackled Syed descended the courthouse steps downtown, surrounded by a crowd of
cheering supporters, and went home to his parents after 23 years behind bars.

Public support, media attention and advocacy likely contributed to that outcome, which
many considered long overdue.

But a pair of relatively new Maryland laws paved the way for his release: One softened
sentencing practices for children convicted of serious crimes and the other created a
process for prosecutors to vacate faulty convictions.

The legislative changes - which have received relatively little attention compared with
even the minute details of the case against Syed - came amid a nationwide push to
reconsider life sentences for juvenile defendants and provide more robust remedies for
victims of police misconduct and prosecutorial errors. They changed everything for Syed.

Advocates hope his case will increase public awareness about the power of criminal
justice reform measures to address historic wrongs and flaws within the system, which
has started moving away from some "tough on crime" policies enacted decades ago.

"But this case is one in a million" -

not because the conviction rested on questionable evidence, but because efforts to expose those problems ultimately resulted in Syed being freed, said Ashley Nellis, senior research analyst for The Sentencing Project, a national nonprofit that studies sentencing laws.

Such positive outcomes are still rare.

"It takes an extraordinary confluence of events for that to happen," Nellis said. "The reality is there are many more people serving inappropriately long sentences whose cases deserve the same level of scrutiny."

Policies at play

After Syed spent decades trying unsuccessfully to prove his innocence in the 1999 killing of Hae Min Lee, the process that restored his freedom unfolded relatively quickly.

First, his lawyer Erica Suter contacted the office of Democratic State's Attorney **Marilyn Mosby** in October and asked prosecutors to review the case under Maryland's recently enacted Juvenile Restoration Act, which allows people accused of crimes as children and teens to appeal their sentences after serving 20 years.

Mosby's office agreed.

In an interview this week, the city prosecutor touted the work of her Sentencing Review Unit, created in December 2020 to consider such requests. Forty people have been released to date and almost 100 other cases are under active review, according to data from Mosby's office.

Mosby had hired a former longtime public defender, Becky Feldman, to head the new division. Most of the cases granted review involve juvenile defendants; they have to convince a court that they've changed for the better in the decades since their convictions.

State Sen. Chris West, a Baltimore County Republican who sponsored the Juvenile Restoration Act, said he considered it common-sense legislation that would save the state money by releasing people from prison when they no longer pose a public safety concern. The law requires a court to find "clear and convincing evidence" that such a decision would serve the interest of justice.

"There is something called redemption," said West, who had never heard of Syed or "Serial" until his case appeared in back in the headlines this month. "I mean goodness gracious, people can change."

Mosby said Syed seemed like a good candidate for release under the law. He was 17 when his ex-girlfriend and Woodlawn High School classmate was found dead in Leakin Park. After a guilty verdict, he was sentenced to life plus 30 years. He had served 22 years when his attorney applied for sentence review.

While prosecutors poured over 17 boxes of court documents, however, they made some alarming discoveries, including alternative suspects, disclosure issues and unreliable evidence used at trial, according to court filings.

Mosby said those discoveries sent the case to her Conviction Integrity Unit, which investigates innocence claims and potentially wrongful convictions. It was established in 2015 and has freed 12 people so far, not including Syed - 11 exonerations and one vacated conviction.

Further review led to a motion to vacate Syed's conviction, which prosecutors filed last week. They stopped short of proclaiming his innocence.

That motion - which ultimately won Syed his freedom following a hearing Monday - was possible thanks to a bill approved by the Maryland House of Delegates in 2019.

Lawmakers passed the legislation largely in response to the Baltimore Police Department's Gun Trace Task Force corruption scandal, which left thousands of potentially faulty convictions in its wake. Baltimore prosecutors had run into obstacles trying to get such cases vacated because some judges denied their requests, saying there was no existing legal basis for such findings.

Then-Del. Erek Barron, a Prince George's County Democrat later appointed U.S. attorney for Maryland, sponsored the measure. He called it a no-brainer at the time, saying it simply codified the obligation of any prosecutor to correct past wrongs.

Before a conviction can be vacated, the law requires newly discovered evidence or other information that "calls into question the integrity" of the conviction. It also says the decision must be "in the interest of justice and fairness."

Mosby pushed hard for the bill, even as the vast majority of her counterparts in Maryland's counties opposed it. During a 2019 legislative hearing, Caroline County State's Attorney Joseph Riley, a Republican, expressed concern that the legislation could lead to inconsistent annulments of convictions and a politicized decision-making process.

"This bill is far more broad than the true issue, which is the Gun Trace Task Force," said Riley, adding that prosecutors would be "empowered with greater control over cases than we've ever had before, and it is a power that we are not asking for currently."

Mosby said getting the legislation passed - and then seeing it used in the Syed case - was incredibly rewarding, what she called a full-circle moment in her pursuit of "justice over convictions."

Mosby has joined a relatively small group of so-called progressive prosecutors across the country making headlines in recent years for their reform efforts. Prosecutors in other cities, including San Francisco, Philadelphia and New Orleans, have similarly focused on addressing excessive sentences and wrongful convictions.

"We've already been doing that work," Mosby said.

What's next?

Syed was released from custody pending further investigation, but he still faces a murder charge. Baltimore Circuit Judge Melissa Phinn set a deadline of 30 days from her ruling Monday for prosecutors to decide whether to retry him. They also could investigate and seek charges against one of the alternative suspects mentioned in recent court filings.

Mosby, who lost to challenger Ivan Bates in the July primary, said her office is awaiting the results of more DNA testing, which she hopes will come back before her term ends in January.

Some critics have questioned the timing of the motion to vacate, in part because it coincided with developments in an ongoing federal perjury case against Mosby.

She pushed back strongly against those claims: "The concept that I'm attempting to distract from these bogus charges against me ... is ridiculous."

Steve Kelly, an attorney representing the Lee family, said the process was rushed - the hearing Monday was announced on the afternoon of the Friday before - and the court proceeding seemed like a charade. He said both prosecutors and the judge treated the victim's family as an afterthought.

Young Lee, the victim's brother, testified via video conference during the hearing after the judge refused to postpone it a week so he could travel to Baltimore from California. He said he felt blindsided because prosecutors spent the past two decades saying his sister's killer was off the streets - only to reverse course and free Syed.

The law to vacate convictions requires victims to receive advance notice and the opportunity to participate in such hearings. Kelly said the Lee family may file an appeal arguing their rights were violated, though the only possible remedy likely would be another hearing.

Immediately after Monday's hearing, Mosby stood outside the courthouse, surrounded by reporters and television cameras, and proclaimed her commitment to creating a more equitable justice system.

"I said this four months following the death of Freddie Gray and I'm saying it four months before the end of my term: Justice is always worth the price paid for its pursuit," she said.

Arduous process

Syed spent years filing appeals, to no avail.

In 2016, he was granted a new trial after claiming ineffective assistance of counsel - two years after "Serial" was released. But the state's highest court reversed the decision.

The Maryland Attorney General's Office, not the Baltimore State's Attorney's Office, had been handling the appellate filings, which is standard procedure in Maryland. Baltimore prosecutors did nothing to challenge the conviction during that time; Mosby said she didn't listen to "Serial" or review the case until recently because a different office was handling the proceedings.

But in recent days, she slammed Attorney General Brian Frosh, saying he should "speak to his office's willful decision to sit on exculpatory evidence for the last seven years."

That was after Frosh released a statement Monday denying any failures to disclose evidence and claiming "other serious problems" with Mosby's motion to vacate the conviction.

Frosh's office also offered Syed a plea deal in 2018 that would have given him a 2022 release date. But Syed turned it down; he has always maintained his innocence.

"The type of deal that they'd be offering me, it's like I'd be exchanging one prison for another," he said in the finale of an HBO documentary series released in 2019.

Experts said the case illustrates the nearly insurmountable hurdles defendants often face when seeking post-conviction relief because the justice system is generally reluctant to acknowledge past mistakes.

But they said prosecutors and judges are inching toward a tendency to self-correct, in some cases.

Whether those improvements will ever be enough to address a potentially massive backlog of failures remains to be seen.

"The problem is there are a lot of Adnan Syeds out there," said Brian Saccenti, director of the Maryland Office of the Public Defender's Decarceration Initiative. "There are a lot of people who would benefit from that kind of close review."

Copyright, 2022, Capital-Gazette Newspapers

Record Number: BS0126007207

**Carroll County Times (Westminster, MD)**

September 28, 2022

Edition: CarrollCountyTimes CCT
Section: Main
Page: 1A

**2 new Md. laws and Syed's release**

**How the state paved the way for the long-awaited overturned conviction**

Author: *Lea Skene*

Article Text:

Even as Adnan Syed amassed an enormous following after the wildly popular "Serial" podcast raised a slew of questions about the evidence against him, multiple attempts to appeal his 2000 murder conviction failed, leaving many supporters wondering if justice would ever prevail.

Their hope was restored after a Baltimore judge vacated his conviction Sept. 19 and an unshackled Syed descended the courthouse steps downtown, surrounded by a crowd of cheering supporters, and went home to his parents after 23 years behind bars.

Public support, media attention and advocacy likely contributed to that outcome, which many considered long overdue.

But a pair of relatively new Maryland laws paved the way for his release: One softened sentencing practices for children convicted of serious crimes and the other created a process for prosecutors to vacate faulty convictions.

The legislative changes - which have received relatively little attention compared with even the minute details of the case against Syed - came amid a nationwide push to reconsider life sentences for juvenile defendants and provide more robust remedies for victims of

police misconduct and prosecutorial errors.

They changed everything for Syed.

Advocates hope his case will increase public awareness about the power of criminal justice reform measures to address historic wrongs and flaws within the system, which has started moving away from some "tough on crime" policies enacted decades ago.

"But this case is one in a million" - not because the conviction rested on questionable evidence, but because efforts to expose those problems ultimately resulted in Syed being freed, said Ashley Nellis, senior research analyst for The Sentencing Project, a national nonprofit that studies sentencing laws.

Such outcomes are still rare.

"It takes an extraordinary confluence of events for that to happen," Nellis said. "The reality is there are many more people serving inappropriately long sentences whose cases deserve the same level of scrutiny."

Policies at play

After Syed spent decades trying unsuccessfully to prove his innocence in the 1999 killing of Hae Min Lee, the process that restored his freedom unfolded relatively quickly.

First, his lawyer Erica Suter contacted the office of Democratic State's Attorney **Marilyn Mosby** in October and asked prosecutors to review the case under Maryland's recently enacted Juvenile Restoration Act, which allows people accused of crimes as children and teens to appeal their sentences after serving 20 years.

Mosby's office agreed.

In an interview the week of Sept. 19 the city prosecutor touted the work of her Sentencing Review Unit, created in December 2020 to consider such requests. Forty people have been released to date and almost 100 other cases are under active review, according to data from Mosby's office.

Mosby had hired a former longtime public defender, Becky Feldman, to head the new division. Most of the cases granted review involve juvenile defendants; they have to convince a court they've changed for the better in the decades since their convictions.

State Sen. Chris West, a Baltimore County Republican who sponsored the Juvenile Restoration Act, said he considered it common-sense legislation that would save the state money by releasing people from prison when they no longer pose a public safety concern. The law requires a court to find "clear and convincing evidence" that such a decision would serve the interest of justice.

"There is something called 'redemption,' " said West, who had never heard of Syed or "Serial" until his case appeared back in the headlines this month. "I mean goodness gracious, people can change."

Mosby said Syed seemed like a good candidate for release under the law.

He was 17 when his ex-girlfriend and Woodlawn High School classmate was found dead in Leakin Park. After a guilty verdict, he was sentenced to life plus 30 years. He had served 22 years when his attorney applied for sentence review.

While prosecutors poured over 17 boxes of court documents, however, they made some alarming discoveries, including alternative suspects, disclosure issues and unreliable evidence used at trial, according to court filings.

Mosby said those discoveries sent the case to her Conviction Integrity Unit, which investigates innocence claims and potentially wrongful convictions. It was established in 2015 and has freed 12 people so far, not including Syed - 11 exonerations and one vacated conviction.

Further review led to a motion to vacate Syed's conviction, which prosecutors filed Sept. 16. They stopped short of proclaiming his innocence.

That motion - which ultimately won Syed his freedom following a hearing Monday - was possible thanks to a bill approved by the Maryland House of Delegates in 2019.

Lawmakers passed the legislation largely in response to the Baltimore Police Department's Gun Trace Task Force corruption scandal, which left thousands of potentially faulty convictions in its wake. Baltimore prosecutors had run into obstacles trying to get such cases vacated because some judges denied their requests, saying there was no existing legal basis for such findings.

Then-Del. Erek Barron, a Prince George's County Democrat later appointed U.S. attorney for Maryland, sponsored the measure. He called it a no-brainer at the time, saying it simply codified the obligation of any prosecutor to correct past wrongs.

Before a conviction can be vacated, the law requires newly discovered evidence or other information that "calls into question the integrity" of the conviction. It also says the decision must be "in the interest of justice and fairness."

Mosby pushed hard for the bill, even as the vast majority of her counterparts in Maryland's counties opposed it. During a 2019 legislative hearing Caroline County State's Attorney Joseph Riley, a Republican, expressed concern that the legislation could lead to inconsistent annulments of convictions and a politicized decision-making process.

"This bill is far more broad than the true issue, which is the Gun Trace Task Force," said Riley, adding that prosecutors would be "empowered with greater control over cases than we've ever had before, and it is a power that we are not asking for currently."

Mosby said getting the legislation passed - and then seeing it used in the Syed case - was incredibly rewarding, what she called a full-circle moment in her pursuit of "justice over convictions."

Mosby has joined a relatively small group of progressive prosecutors across the country making headlines in recent years for their reform efforts. Prosecutors in other cities, including San Francisco, Philadelphia and New Orleans, have similarly focused on addressing excessive sentences and wrongful convictions.

"We've already been doing that work," Mosby said.

What's next?

Syed was released from custody pending further investigation, but he still faces a murder charge.

Baltimore Circuit Judge Melissa Phinn set a deadline of 30 days from her ruling Monday for prosecutors to decide whether to retry him. They also could investigate and seek charges against one of the alternative suspects mentioned in recent court filings.

Mosby, who lost to challenger Ivan Bates in the July primary, said her office is awaiting the results of more DNA testing, which she hopes will come back before her term ends in January.

Some critics have questioned the timing of the motion to vacate, in part because it coincided with developments in an ongoing federal perjury case against Mosby. She pushed back strongly against those claims, saying, "The concept that I'm attempting to distract from these bogus charges against me ... is ridiculous."

Steve Kelly, an attorney representing the Lee family, said the process was rushed - the Monday hearing was announced on the afternoon of the Friday before - and the court proceeding seemed like a charade. He said both prosecutors and the judge treated the victim's family as an afterthought.

Young Lee, the victim's brother, testified via videoconference during the hearing after the judge refused to postpone it a week so Lee could travel to Baltimore from California. Lee said he felt blindsided because prosecutors spent the past two decades saying his sister's killer was off the streets - only to reverse course and free Syed.

The law to vacate convictions requires victims to receive advance notice and the opportunity to participate in such hearings. Kelly said the Lee family may file an appeal arguing their rights were violated, though the only possible remedy likely would be another hearing.

Immediately after the hearing, Mosby stood outside the courthouse, surrounded by reporters and television cameras, and proclaimed her commitment to creating a more equitable justice system.

"Justice is always worth the price paid for its pursuit," she said.

An arduous process

Syed spent years filing appeals, to no avail.

In 2016 he was granted a new trial after claiming ineffective assistance of counsel - two years after "Serial" was released. But the state's highest court reversed the decision.

The Maryland Attorney General's Office, not the Baltimore State's Attorney's Office, had been handling the appellate filings, which is standard procedure in Maryland. Baltimore prosecutors did nothing to challenge the conviction during that time; Mosby said she didn't listen to "Serial" or review the case until recently because a different office was handling the proceedings.

But in recent days she slammed Attorney General Brian Frosh, saying he should "speak to his office's willful decision to sit on exculpatory evidence for the last seven years."

That was after Frosh released a statement Monday denying any failures to disclose evidence and claiming "other serious problems" with Mosby's motion to vacate the conviction. Frosh's office also offered Syed a plea deal in 2018 that would have given him a 2022 release date, but Syed turned it down as he maintained his innocence.

"The type of deal that they'd be offering me, it's like I'd be exchanging one prison for another," he said in the finale of an HBO documentary series released in 2019.

Experts said the case illustrates the nearly insurmountable hurdles defendants often face when seeking post-conviction relief because the justice system is generally reluctant to acknowledge past mistakes. But they said prosecutors and judges are inching toward a tendency to self-correct, in some cases.

Whether those improvements will ever be enough to address a potentially massive backlog of failures remains to be seen.

"The problem is there are a lot of Adnan Syeds out there," said Brian Saccenti, director of the Maryland Office of the Public Defender's Decarceration Initiative.

"There are a lot of people who would benefit from that kind of close review."

Caption:
Adnan Syed had his murder conviction overturned and was released after prosecutors raised doubts about the conviction. Lloyd Fox/Baltimore Sun

Baltimore State's Attorney **Marilyn Mosby** discusses the release of Adnan Syed after his conviction was overturned Sept. 19 as Syed's mother, Shamim, right, and another son, standing behind Mosby, listen. Amy Davis/Baltimore Sun

Copyright © 2022 Carroll County Times, Westminster, MD. All rights reserved.

Record Number: BS0126068482

**Carroll County Times (Westminster, MD)**

October 12, 2022

Edition: CarrollCountyTimes CCT
Section: Main
Page: 1A

**Prosecutors in Baltimore drop charges against Syed**

**Last-ditch DNA tests exclude him from 1999 death of Hae Min Lee**

Author: *Alex Mann and Lee O. Sanderlin*

Article Text:

Adnan Syed, whose legal saga rose to international renown because of the hit podcast "Serial," is free.

In an abrupt move Tuesday morning, Baltimore prosecutors dropped Syed's criminal case stemming from the 1999 killing of Hae Min Lee.

Syed's conviction was overturned last month, but he remained charged with murder, kidnapping and robbery in Lee's death while Baltimore State's Attorney **Marilyn Mosby**'s office considered whether to try him again or to dismiss the case.

Mosby said Tuesday afternoon that her decision to drop the charges against Syed was based on never-before-tested DNA from Lee's shoes. The DNA test results, which Mosby's office received Friday, showed DNA from four different people on the shoes. None of them are Syed, Mosby said.

"Finally, Adnan Syed is able to live as a free man," Syed's attorney, Erica Suter, said in a statement. "The DNA results confirmed what we have already known and what underlies all of the current proceedings: that Adnan is innocent and lost 23 years of his life serving time for a crime he did not commit."

Suter, who is also the director of the Innocence Project Clinic at the University of Baltimore School of Law, participated alongside city prosecutors in a yearlong investigation. Together, the attorneys discovered two people they now consider alternative suspects in Lee's death. Both suspects were known to the authorities all along, but at least one was not disclosed to Syed's defense, they said.

Mosby, who leaves office in January and is under the cloud of a federal indictment, said Syed's exoneration is not about her legacy but about achieving justice.

"As the administrator of the criminal justice system, it's my duty to ensure that justice is not delayed, justice is never denied, but justice be done," Mosby said. "Today, justice is done."

Mosby on Tuesday reiterated her commitment to identifying and prosecuting Lee's killer. Though she would not disclose any details about the ongoing investigation, Mosby said her office's homicide division chief, Michael Dunty, is assigned to the case.

"With regard to Mr. Syed, the case is finished," Mosby said.

The revelation of alternative suspects led Mosby's office to move to vacate Syed's conviction, with her prosecutors saying

they'd lost faith in his guilty verdict. On Sept. 19, Baltimore Circuit Judge Melissa Phinn tossed out Syed's conviction and set a 30-day deadline for Mosby's office to decide what to do about Syed's case.

Mosby said last month that her decision on Syed's case hinged on pending DNA testing being conducted on evidence of Lee's killing. Before the last round of DNA tests in the case, the results of which were discussed for the first time Tuesday, the analysis of genetic matter collected during the investigation of Lee's death had been largely inconclusive.

At the request of Suter and Mosby's prosecutors, several pieces of evidence were sent in March to a California lab for touch-DNA analysis, which seeks to test genetic matter left behind when someone comes into contact with something, and another type of test that aims to identify male profiles. Those analyses were not available around the time of her death.

Mosby's prosecutors conceded in court papers last month that the tests hadn't yielded much, but they were hoping to analyze a few more pieces of evidence.

Mosby said Tuesday those items were pantyhose, a skirt and shoes. Police found the clothing on Lee's body, which had been exposed to the elements, but investigators recovered the shoes from her car, according to court documents.

Only the black dress shoes, which were dusted for prints in 1999 but not analyzed further, had DNA on them, Mosby said. She declined to say whether the DNA samples from the shoes had been entered into law enforcement DNA databases.

One of the alternative suspects in Lee's death has a history of sexual abuse of men and is incarcerated in a federal facility after a string of assaults in the Washington, D.C., area, meaning his DNA profile is available for comparison. It's not clear if the DNA of the second suspect is available for comparison.

Mosby has said she would be prepared to formally certify Syed's innocence, making him eligible to apply for wrongful conviction compensation from the state, if the DNA testing came back inconclusive or pointed to another suspect.

It's up to Syed and Suter to spearhead the process of certifying his innocence, Mosby said Tuesday.

Suter said Tuesday she'd begin the process "as soon as possible."

If Syed's innocence is certified, he will be eligible for significant financial benefits from the state for being wrongfully incarcerated for 23 years. Under the Walter Lomax Act, Syed would receive roughly $2.2 million for the years he served in prison - compensation determined bya formula using Maryland's median household income and the specific number of days Syed was incarcerated.

He also is entitled to free tuition and five years of health care and housing, according to state law.

In September, Phinn scheduled a court date for Oct. 19, exactly a month after she tossed Syed's guilty finding. The hearing in reception court Tuesday morning was not docketed in online court records.

After Syed's conviction was overturned, Lee's family appealed, arguing Mosby's office neglected to provide them adequate notice to attend the hearing. The family asked the Maryland Court of Special Appeals to pause the proceedings in Circuit Court while the court considered their appeal.

Just last week, Maryland Attorney General Brian Frosh joined Lee's family in asking the state's intermediate appellate court to put a hold on Syed's case in the trial court.

After his office represented the state for Syed's repeated appeals, Frosh has been critical of Mosby's recent handling of the case. Frosh cast doubt on the basis that city prosecutors presented in support of overturning Syed's conviction.

It's unclear what Tuesday's development means for the family's appeal, although Mosby declared the appellate matter "moot" in her remarks.

"There's no more appeal," she said.

Frosh declined to comment through a spokesperson.

Attorney Steve Kelly, who represents the Lee family, criticized Mosby's decision to dismiss the charges.

"By rushing to dismiss the criminal charges, the state's attorney's office sought to silence Hae Min Lee's family and to prevent the family and the public from understanding why

the state so abruptly changed its position of more than 20 years," Kelly said. "All this family ever wanted was answers and a voice. Today's actions robbed them of both."

Mosby apologized to the Lee family for their loved one's death, but dismissed the claim her office had neglected them, instead blaming Kelly.

"I think it's unfortunate, that, you know, you have certain attorneys that try to exploit families," Mosby said.

Lee, 18, was strangled to death and buried in a clandestine grave in Leakin Park. A man discovered her body about three weeks after she was last seen at the high school. At the time, police and prosecutors suspected Syed killed Lee because he was distraught over their breakup.

Syed stood trial twice, once in 1999 and again in 2000. The state's case relied on witness testimony, cellphone call records and Syed's own statements; little, if any, physical evidence connected him to the killing. A jury found him guilty of murder, kidnapping, robbery and false imprisonment after the second trial. The judge sentenced him to life plus 30 years in prison.

Arrested at 17, Syed had been behind bars for 23 years before being unshackled and walking out of the Elijah E. Cummings Courthouse last month. He was placed on GPS monitoring pending prosecutors' decision on how to proceed with his case.

On Friday, Syed was elated about spending time with his family and friends sans an ankle monitor, Suter said. Looking forward, she said, he is committed to finishing his college degree and dreams of going to law school.

At Syed's family home in Baltimore County, relatives felt relief Friday, his younger brother, Yusuf, told reporters. Yusuf Syed said the exoneration was especially meaningful to their mother.

"All these years, people have been saying her son's a killer," Yusuf Syed said. "Now, Adnan gets back all the respect he lost."

Baltimore Sun reporter Lea Skene contributed to this story.

Caption:
Adnan Syed leaves the courthouse after being released from prison on Sept. 19. Lloyd Fox/ Baltimore Sun

A collage of photographs of Hae Min Lee on display March 11, 1999, at her memorial service. BALTIMORE SUN FILE

Copyright © 2022 Carroll County Times, Westminster, MD. All rights reserved.

Record Number: BS0126337936

**Capital, The (Annapolis, MD)**

October 12, 2022

Edition: TheCapital CGT
Section: Main
Page: 1A

**Prosecutors in Baltimore drop charges against Syed**

**Last-ditch DNA tests exclude him from death of Hae Min Lee**

Author: *Alex Mann and Lee O. Sanderlin*

Article Text:

Adnan Syed, whose legal saga rose to international renown because of the hit podcast "Serial," is free.

In an abrupt move Tuesday morning, Baltimore prosecutors dropped Syed's criminal case stemming from the 1999 killing of Hae Min Lee.

Syed's conviction was overturned last month, but he remained charged with murder, kidnapping and robbery in Lee's death while Baltimore State's Attorney **Marilyn Mosby**'s office considered whether to try him again or to dismiss the case.

Mosby said Tuesday afternoon that her decision to drop the charges against Syed was based on never-before-tested DNA from Lee's shoes. The DNA test results, which Mosby's office received Friday, showed DNA from four different people on the shoes. None of them are Syed, Mosby said.

"Finally, Adnan Syed is able to live as a free man," Syed's attorney, Erica Suter, said in a statement. "The DNA results confirmed what we have already known and what underlies all of the current proceedings: that Adnan is innocent and lost 23 years of his life

serving time for a crime he did not commit."

Suter, who is also the director of the Innocence Project Clinic at the University of Baltimore School of Law, participated alongside city prosecutors in a yearlong investigation. Together, the attorneys discovered two people they now consider alternative suspects in Lee's death. Both suspects were known to the authorities all along, but at least one was not disclosed to Syed's defense, they said.

Mosby, who leaves office in January and is under the cloud of a federal indictment, said Syed's exoneration is not about her legacy but about achieving justice.

"As the administrator of the criminal justice system, it's my duty to ensure that justice is not delayed, justice is never denied, but justice be done," Mosby said. "Today, justice is done."

Mosby on Tuesday reiterated her commitment to identifying and prosecuting Lee's killer. Though she would not disclose any details about the ongoing investigation, Mosby said her office's homicide division chief, Michael Dunty, is assigned to the case.

"With regard to Mr. Syed, the case is finished," Mosby said.

The revelation of alternative suspects led Mosby's office to move to vacate Syed's conviction, with her prosecutors saying they'd lost faith in his guilty verdict. On Sept. 19, Baltimore Circuit Judge Melissa Phinn tossed out Syed's conviction and set a 30-day deadline for Mosby's office to decide what to do about Syed's case.

Mosby said last month that her decision on Syed's case hinged on pending DNA testing being conducted on evidence of Lee's killing.

Before the last round of DNA tests in the case, the results of which were discussed for the first time Tuesday, the analysis of genetic matter collected during the investigation of Lee's death had been largely inconclusive.

At the request of Suter and Mosby's prosecutors, several pieces of evidence were sent in March to a California lab for touch-DNA analysis, which seeks to test genetic matter left behind when someone comes into contact with something, and another type of test that aims to identify male profiles. Those analyses were not available around the time of her death.

Mosby's prosecutors conceded in court papers last month that the tests hadn't yielded much, but they were hoping to analyze a few more pieces of evidence. Mosby said Tuesday those items were pantyhose, a skirt and shoes. Police found the clothing on Lee's body, which had been exposed to the elements, but investigators recovered the shoes from her car, according to court documents.

Only the black dress shoes, which were dusted for prints in 1999 but not analyzed further, had DNA on them, Mosby said. She declined to say whether the DNA samples from the shoes had been entered into law enforcement DNA databases.

One of the alternative suspects in Lee's death has a history of sexual abuse of men and is incarcerated in a federal facility after a string of assaults in the Washington, D.C. area, meaning his DNA profile is available for comparison. It's not clear if the DNA of the second suspect is available for comparison.

Mosby has said she would be prepared to formally certify Syed's innocence, making him eligible to apply for wrongful conviction compensation from the state, if the DNA testing came back inconclusive or pointed to another suspect.

It's up to Syed and Suter to spearhead the process of certifying his innocence, Mosby said Tuesday.

Suter said Tuesday she'd begin the process "as soon as possible."

If Syed's innocence is certified, he will be eligible for significant financial benefits from the state for being wrongfully incarcerated for 23 years. Under the Walter Lomax Act, Syed would receive roughly $2.2 million for the years he served in prison - compensation determined bya formula using Maryland's median household income and the specific number of days Syed was incarcerated.

He also is entitled to free tuition and five years of health care and housing, according to state law.

In September, Phinn scheduled a court date for Oct. 19, exactly a month after she tossed Syed's guilty finding. The hearing in reception court Tuesday morning was not docketed in online court records.

After Syed's conviction was overturned, Lee's family appealed, arguing Mosby's office neglected to provide them adequate notice to attend the hearing. The family asked the Maryland Court of Special Appeals to pause the proceedings in Circuit Court while the court considered their appeal.

Just last week, Maryland Attorney General Brian Frosh joined Lee's family in asking the state's intermediate appellate court to put a hold on Syed's case in the trial court.

After his office represented the state for Syed's repeated appeals, Frosh has been critical of Mosby's recent handling of the case. Frosh cast doubt on the basis that city prosecutors presented in support of overturning Syed's conviction.

It's unclear what Tuesday's development means for the family's appeal, although Mosby declared the appellate matter "moot" in her remarks.

"There's no more appeal," she said.

Frosh declined to comment through a spokesperson.

Attorney Steve Kelly, who represents the Lee family, criticized Mosby's decision to dismiss the charges.

"By rushing to dismiss the criminal charges, the state's attorney's office sought to silence Hae Min Lee's family and to prevent the family and the public from understanding why the state so abruptly changed its position of more than 20 years," Kelly said. "All this family ever wanted was answers and a voice. Today's actions robbed them of both."

Mosby apologized to the Lee family for their loved one's death, but dismissed the claim her office had neglected them, instead blaming Kelly.

Case 1:22-cr-00007-LKG   Document 212-2   Filed 06/30/23   Page 43 of 69

*Marilyn Mosby - 10*
*Northern Division in Maryland Counties articles, excepting Baltimore County (1/13/2022-5/16/2023)*

"I think it's unfortunate, that, you know, you have certain attorneys that try to exploit families," Mosby said.

Lee, 18, was strangled to death and buried in a clandestine grave in Leakin Park. A man discovered her body about three weeks after she was last seen at the high school. At the time, police and prosecutors suspected Syed killed Lee because he was distraught over their breakup.

Syed stood trial twice, once in 1999 and again in 2000. The state's case relied on witness testimony, cellphone call records and Syed's own statements; little, if any, physical evidence connected him to the killing.

A jury found him guilty of murder, kidnapping, robbery and false imprisonment after the second trial. The judge sentenced him to life plus 30 years in prison.

Arrested at 17, Syed had been behind bars for 23 years before being unshackled and walking out of the Elijah E. Cummings Courthouse last month. He was placed on GPS monitoring pending prosecutors' decision on how to proceed with his case.

On Friday, Syed was elated about spending time with his family and friends sans an ankle monitor, Suter said. Looking forward, she said, he is committed to finishing his college degree and dreams of going to law school.

At Syed's family home in Baltimore County, relatives felt relief Friday, his younger brother, Yusuf, told reporters. Yusuf Syed said the exoneration was especially meaningful to their mother.

"All these years, people have been saying her son's a killer," Yusuf Syed said. "Now, Adnan gets back all the respect he lost."

Baltimore Sun reporter Lea Skene contributed to this story.

Caption:
A collage of photographs of Hae Min Lee on display at her memorial service. Baltimore Sun Media FILE 1999

Copyright, 2022, Capital-Gazette Newspapers

Record Number: BS0126334767

**Crofton-West County Gazette (MD)**

October 13, 2022

Edition: CroftonWestCountyGazette CGT
Section: Main
Page: 4A

**Prosecutors in Baltimore drop charges against Syed**

**Last-ditch DNA tests exclude him from 1999 death of Hae Min Lee**

Author: *Alex Mann and Lee O. Sanderlin*

Article Text:

Adnan Syed, whose legal saga rose to international renown because of the hit podcast "Serial," is free.

In an abrupt move Tuesday morning, Baltimore prosecutors dropped Syed's criminal case stemming from the 1999 killing of Hae Min Lee.

Syed's conviction was overturned last month, but he remained charged with murder, kidnapping and robbery in Lee's death while Baltimore State's Attorney **Marilyn Mosby**'s office considered whether to try him again or to dismiss the case.

Mosby said Tuesday afternoon that her decision to drop the charges against Syed was based on never-before-tested DNA from Lee's shoes. The DNA test results, which Mosby's office received Friday, showed DNA from four different people on the shoes. None of them are Syed, Mosby said.

"Finally, Adnan Syed is able to live as a free man," Syed's attorney, Erica Suter, said in a statement. "The DNA results confirmed what we have already known and what underlies all of the current proceedings: that Adnan is innocent and lost 23 years of his life serving time for a crime he did not commit."

Suter, who is also the director of the Innocence Project Clinic at the University of Baltimore School of Law, participated alongside city prosecutors in a yearlong investigation. Together, the attorneys discovered two people they now consider alternative suspects in Lee's death. Both suspects were known to the authorities all along, but at least one was not disclosed to Syed's defense, they said.

Mosby, who leaves office in January and is under the cloud of a federal indictment, said Syed's exoneration is not about her legacy but about achieving justice.

"As the administrator of the criminal justice system, it's my duty to ensure that justice is not delayed, justice is never denied, but justice be done," Mosby said. "Today, justice is done."

Mosby on Tuesday reiterated her commitment to identifying and prosecuting Lee's killer. Though she would not disclose any details about the ongoing investigation, Mosby said her office's homicide division chief, Michael Dunty, is assigned to the case.

"With regard to Mr. Syed, the case is finished," Mosby said.

The revelation of alternative suspects led Mosby's office to move to vacate Syed's conviction, with her prosecutors saying they'd lost faith in his guilty verdict. On Sept. 19, Baltimore Circuit Judge Melissa Phinn tossed out Syed's conviction and set a 30-day deadline for Mosby's office to decide what to do about Syed's case.

Mosby said last month that her decision on Syed's case hinged on pending DNA testing being conducted on evidence of Lee's killing. Before the last round of DNA tests in the case, the results of which were discussed for the first time Tuesday, the analysis of genetic matter collected during the investigation of Lee's death had been largely inconclusive.

At the request of Suter and Mosby's prosecutors, several pieces of evidence were sent in March to a California lab for touch-DNA analysis, which seeks to test genetic matter left behind when someone comes into contact with something, and another type of test that aims to identify male profiles. Those analyses were not available around the time of her death.

Mosby's prosecutors conceded in court papers last month that the tests hadn't yielded much, but they were hoping to analyze a few more pieces of evidence.

Mosby said Tuesday those items were pantyhose, a skirt and shoes. Police found the clothing on Lee's body, which had been exposed to the elements, but investigators recovered the shoes from her car, according to court documents.

Only the black dress shoes, which were dusted for prints in 1999 but not analyzed further, had DNA on them, Mosby said. She declined to say whether the DNA samples from the shoes had been entered into law enforcement DNA databases.

One of the alternative suspects in Lee's death has a history of sexual abuse of men and is incarcerated in a federal facility after a string of assaults in the Washington, D.C., area, meaning his DNA profile is available for comparison. It's not clear if the DNA of the second suspect is available for comparison.

Mosby has said she would be prepared to formally certify Syed's innocence, making him eligible to apply for wrongful conviction compensation from the state, if the DNA testing came back inconclusive or pointed to another suspect.

It's up to Syed and Suter to spearhead the process of certifying his innocence, Mosby said Tuesday.

Suter said Tuesday she'd begin the process "as soon as possible."

If Syed's innocence is certified, he will be eligible for significant financial benefits from the state for being wrongfully incarcerated for 23 years. Under the Walter Lomax Act, Syed would receive roughly $2.2 million for the years he served in prison - compensation determined bya formula using Maryland's median household income and the specific number of days Syed was incarcerated.

He also is entitled to free tuition and five years of health care and housing, according to state law.

In September, Phinn scheduled a court date for Oct. 19, exactly a month after she tossed Syed's guilty finding. The hearing in reception court Tuesday morning was not docketed in online court records.

After Syed's conviction was overturned, Lee's family appealed, arguing Mosby's office neglected to provide them adequate notice to attend the hearing.

The family asked the Maryland Court of Special Appeals to pause the proceedings in Circuit Court while the court considered their appeal.

Just last week, Maryland Attorney General Brian Frosh joined Lee's family in asking the state's intermediate appellate court to put a hold on Syed's case in the trial court.

After his office represented the state for Syed's repeated appeals, Frosh has been critical of Mosby's recent handling of the case. Frosh cast doubt on the basis that city prosecutors presented in support of overturning Syed's conviction.

It's unclear what Tuesday's development means for the family's appeal, although Mosby declared the appellate matter "moot" in her remarks.

"There's no more appeal," she said.

Frosh declined to comment through a spokesperson.

Attorney Steve Kelly, who represents the Lee family, criticized Mosby's decision to dismiss the charges.

"By rushing to dismiss the criminal charges, the state's attorney's office sought to silence Hae Min Lee's family and to prevent the family and the public from understanding why the state so abruptly changed its position of more than 20 years," Kelly said. "All this family ever wanted was answers and a voice. Today's actions robbed them of both."

Mosby apologized to the Lee family for their loved one's death, but dismissed the claim her office had neglected them, instead blaming Kelly.

"I think it's unfortunate, that, you know, you have certain attorneys that try to exploit families," Mosby said.

Lee, 18, was strangled to death and buried in a clandestine grave in Leakin Park. A man discovered her body about three weeks after she was last seen at the high school. At the time, police and prosecutors suspected Syed killed Lee because he was distraught over their breakup.

Syed stood trial twice, once in 1999 and again in 2000. The state's case relied on witness testimony, cellphone call records and Syed's own statements; little, if any, physical evidence connected him to the killing. A jury found him guilty of murder, kidnapping, robbery and false imprisonment after the second trial. The judge sentenced him to life plus 30 years in prison.

Arrested at 17, Syed had been behind bars for 23 years before being unshackled and walking out of the Elijah E. Cummings Courthouse last month. He was placed on GPS monitoring pending prosecutors' decision on how to proceed with his case.

On Friday, Syed was elated about spending time with his family and friends sans an ankle monitor, Suter said. Looking forward, she said, he is committed to finishing his college degree and dreams of going to law school.

At Syed's family home in Baltimore County, relatives felt relief Friday, his younger brother, Yusuf, told reporters. Yusuf Syed said the exoneration was especially meaningful to their mother.

"All these years, people have been saying her son's a killer," Yusuf Syed said. "Now, Adnan gets back all the respect he lost."

Baltimore Sun reporter Lea Skene contributed to this story.

Caption:
Syed

Baltimore State's Attorney **Marilyn Mosby** announces that her office has dropped the charges against Adnan Syed in the 1999 killing of Hae Min Lee. At left is Becky Feldman, chief of the Sentencing Review Unit. Jerry Jackson/Baltimore Sun

Copyright, 2022, Capital-Gazette Newspapers

Record Number: BS0126357024

**Maryland Gazette, The (Glen Burnie, MD)**

October 15, 2022

Edition: MarylandGazette CGT
Section: Main
Page: 2A

**Prosecutors in Baltimore drop charges against Syed**

**Move Tuesday comes after last-ditch DNA tests exclude him from 1999 death of Lee**

Author: *Alex Mann and Lee O. Sanderlin*

Article Text:

Adnan Syed, whose legal saga rose to international renown because of the hit podcast "Serial," is free.

In an abrupt move Tuesday morning, Baltimore prosecutors dropped Syed's criminal case stemming from the 1999 killing of Hae Min Lee.

Syed's conviction was overturned last month, but he remained charged with murder, kidnapping and robbery in Lee's death while Baltimore State's Attorney **Marilyn Mosby**'s office considered whether to try him again or to dismiss the case.

Mosby said Tuesday afternoon that her decision to drop the charges against Syed was based on never-before-tested DNA from Lee's shoes. The DNA test results, which Mosby's office received last week, showed DNA from four different people on the shoes. None of them are Syed, Mosby said.

"Finally, Adnan Syed is able to live as a free man," Syed's attorney, Erica Suter, said in a statement. "The DNA results confirmed what we have already known and what underlies all of the current proceedings: that Adnan is innocent and lost 23 years of his life serving time for a crime he did not commit."

Suter, who is also the director of the Innocence Project Clinic at the University of Baltimore School of Law, participated alongside city prosecutors in a yearlong investigation. Together, the attorneys discovered two people they now consider alternative suspects in Lee's death. Both suspects were known to the authorities all along, but at least one was not disclosed to Syed's defense, they said.

Mosby, who leaves office in January and is under the cloud of a federal indictment, said Syed's exoneration is not about her legacy but about achieving justice.

"As the administrator of the criminal justice system, it's my duty to ensure that justice is not delayed, justice is never denied, but justice be done," Mosby said. "Today, justice is done."

Mosby on Tuesday reiterated her commitment to identifying and prosecuting Lee's killer. Though she would not disclose any details about the ongoing investigation, Mosby said her office's homicide division chief, Michael Dunty, is assigned to the case.

"With regard to Mr. Syed, the case is finished," Mosby said.

The revelation of alternative suspects led Mosby's office to move to vacate Syed's conviction, with her prosecutors saying they'd lost faith in his guilty verdict. On Sept. 19, Baltimore Circuit Judge Melissa Phinn tossed out Syed's conviction and set a 30-day deadline for Mosby's office to decide what to do about Syed's case.

Mosby said last month that her decision on Syed's case hinged on pending DNA testing being conducted on evidence of Lee's killing.

Before the last round of DNA tests in the case, the results of which were discussed for the first time Tuesday, the analysis of genetic matter collected during the investigation of Lee's death had been largely inconclusive.

At the request of Suter and Mosby's prosecutors, several pieces of evidence were sent in March to a California lab for touch-DNA analysis, which seeks to test genetic matter left behind when someone comes into contact with something, and another type of test that aims to identify male profiles. Those analyses were not available around the time of her death.

Mosby's prosecutors conceded in court papers last month that the tests hadn't yielded much, but they were hoping to analyze a few more pieces of evidence. Mosby said Tuesday those items were pantyhose, a skirt and shoes. Police found the clothing on Lee's body, which had been exposed to the elements, but investigators recovered the shoes from her car, according to court documents.

Only the black dress shoes, which were dusted for prints in 1999 but not analyzed further, had DNA on them, Mosby said. She declined to say whether the DNA samples from the shoes had been entered into law enforcement DNA databases.

One of the alternative suspects in Lee's death has a history of sexual abuse of men and is incarcerated in a federal facility after a string of assaults in the Washington, D.C. area, meaning his DNA profile is available for comparison. It's not clear if the DNA of the second suspect is available for comparison.

Mosby has said she would be prepared to formally certify Syed's innocence, making him eligible to apply for wrongful conviction compensation from the state, if the DNA testing came back inconclusive or pointed to another suspect.

It's up to Syed and Suter to spearhead the process of certifying his innocence, Mosby said Tuesday.

Suter said Tuesday she'd begin the process "as soon as possible."

If Syed's innocence is certified, he will be eligible for significant financial benefits from the state for being wrongfully incarcerated for 23 years. Under the Walter Lomax Act, Syed would receive roughly $2.2 million for the years he served in prison - compensation determined bya formula using Maryland's median household income and the specific number of days Syed was incarcerated.

He also is entitled to free tuition and five years of health care and housing, according to state law.

In September, Phinn scheduled a court date for Oct. 19, exactly a month after she tossed Syed's guilty finding. The hearing in reception court Tuesday morning was not docketed in online court records.

After Syed's conviction was overturned, Lee's family appealed, arguing Mosby's office neglected to provide them adequate notice to attend the hearing. The family asked the Maryland Court of Special Appeals to pause the proceedings in Circuit Court while the court considered their appeal.

Just last week, Maryland Attorney General Brian Frosh joined Lee's family in asking the state's intermediate appellate court to put a hold on Syed's case in the trial court.

After his office represented the state for Syed's repeated appeals, Frosh has been critical of Mosby's recent handling of the case. Frosh cast doubt on the basis that city prosecutors presented in support of overturning Syed's conviction.

It's unclear what Tuesday's development means for the family's appeal, although Mosby declared the appellate matter "moot" in her remarks.

"There's no more appeal," she said.

Frosh declined to comment through a spokesperson.

Attorney Steve Kelly, who represents the Lee family, criticized Mosby's decision to dismiss the charges.

"By rushing to dismiss the criminal charges, the state's attorney's office sought to silence Hae Min Lee's family and to prevent the family and the public from understanding why the state so abruptly changed its position of more than 20 years," Kelly said. "All this family ever wanted was answers and a voice. Today's actions robbed them of both."

Mosby apologized to the Lee family for their loved one's death, but dismissed the claim her office had neglected them, instead blaming Kelly.

"I think it's unfortunate, that, you know, you have certain attorneys that try to exploit families," Mosby said.

Lee, 18, was strangled to death and buried in a clandestine grave in Leakin Park. A man discovered her body about three weeks after she was last seen at the high school. At the time, police and prosecutors suspected Syed killed Lee because he was distraught over their breakup.

Syed stood trial twice, once in 1999 and again in 2000. The state's case relied on witness testimony, cellphone call records and Syed's own statements; little, if any, physical evidence connected him to the killing.

A jury found him guilty of murder, kidnapping, robbery and false imprisonment after the second trial. The judge sentenced him to life plus 30 years in prison.

Arrested at 17, Syed had been behind bars for 23 years before being unshackled and walking out of the Elijah E. Cummings Courthouse last month. He was placed on GPS monitoring pending prosecutors' decision on how to proceed with his case.

On Friday, Syed was elated about spending time with his family and friends sans an ankle monitor, Suter said. Looking forward, she said, he is committed to finishing his college degree and dreams of going to law school.

At Syed's family home in Baltimore County, relatives felt relief Friday, his younger brother, Yusuf, told reporters. Yusuf Syed said the exoneration was especially meaningful to their mother.

"All these years, people have been saying her son's a killer," Yusuf Syed said. "Now, Adnan gets back all the respect he lost."

Baltimore Sun reporter Lea Skene contributed to this story.

Caption:
Baltimore State's Attorney **Marilyn Mosby** announces that her office has dropped the charges against Syed in the 1999 killing of Hae Min Lee. At left is Becky Feldman, chief of the Sentencing Review Unit. Jerry Jackson/Baltimore Sun photos

Adnan Syed, center, the man whose legal saga spawned the hit podcast "Serial," exits the Cummings Courthouse a free man after a judge overturned his 2000 murder conviction on Sept. 19.

Copyright, 2022, Capital-Gazette Newspapers

Record Number: BS0126397540

**Capital, The (Annapolis, MD)**

November 7, 2022

Edition: TheCapital CGT
Section: Main
Page: 1A

**Lee family appeal can proceed**

**Three-judge panel rules that motion can continue as victim's relatives, backed by state AG Frosh, seek evidentiary hearing**

**ADNAN SYED CASE**

Author: *Lee O. Sanderlin*

Article Text:

The Maryland Court of Special Appeals determined the appeal Hae Min Lee's family filed protesting the court proceedings that freed Adnan Syed can continue.

A three-judge panel ordered the parties in the case - the Lees, Syed and the Maryland Attorney General's Office - to file their arguments as to whether the appeal is moot, whether the court should issue an opinion in the case regardless of mootness, and if enough notice was given before the hearing.

Convicted in 2000 for killing Lee, 18, Syed was freed from prison Sept. 19 after prosecutors in Baltimore State's Attorney **Marilyn Mosby**'s office claimed they found evidence suggesting Syed's innocence that was never disclosed to his original defense attorney.

Syed's case became known internationally after the podcast "Serial" documented his legal saga.

The Lee family filed an appeal in late September claiming their rights as crime victims had been violated because they were given insufficient notice about the court hearing where Syed's murder conviction was overturned.

Emails between Hae Min Lee's brother, Young Lee, and Assistant Baltimore State's Attorney Becky Feldman show Feldman alerted the Lees about the hearing on Friday, Sept. 16, the same day Baltimore Circuit Judge Melissa Phinn scheduled it for the following Monday. Young Lee lives on the West Coast and could not attend in person.

Maryland law does not specifically say how much notice must be given.

However, when no time frame is provided it is expected that whatever notice is given should be "reasonable." Young Lee did participate at the hearing, albeit virtually, after the judge refused a request by Young Lee to postpone it for seven days so he could travel to Baltimore.

Baltimore State's Attorney **Marilyn Mosby** exonerated Syed last month, dismissing the murder charge against him.

Erica Suter, Syed's current attorney, has argued in her own filings that the Lees' appeal is moot because the underlying

criminal case against her client no longer exists.

The Lees, led by Young Lee, have said they are not seeking to have Syed return to prison, and instead are hoping to establish that their rights as crime victims under Maryland law were violated and for a new hearing to be scheduled where they can fully participate.

"Hae Min Lee's family is thrilled with today's ruling," their attorney, Steve Kelly, wrote in a statement Friday. "All they are seeking is what the law requires - a full evidentiary hearing in which they can meaningfully participate and one that makes public the relevant evidence."

The court did not order an evidentiary hearing, although Kelly has repeatedly asked for one. He is expected to ask again in his next court filing, due Dec. 9.

Maryland Attorney General Brian Frosh's office has joined in supporting the Lees, going against Mosby's office.

Both Frosh and Mosby's offices declined to comment on Friday's ruling.

Suter, in a statement, noted the appeal is not about Syed's innocence.

"As the court's order makes clear, it is simply about whether the victim received proper notice of the vacatur hearing and whether the dismissal of all charges prevents the appeal from going forward," Suter wrote. "We look forward to briefing these issues before the court and remain confident in the outcome."

But recent revelations in the case have raised questions about the evidence cited to overturn Syed's conviction.

In the motion to overturn Syed's murder conviction, Mosby's office said it found a handwritten note from original prosecutor, Kevin Urick, that showed another person, someone close to Syed, had threatened to kill Lee.

More than two decades ago, Urick scribbled the following sentence on a yellow legal pad, along with information about a man prosecutors are now labeling an alternative suspect in Lee's death.

"He told her that he would make her disappear," Urick wrote. "He would kill her."

Had Cristina Gutierrez, Syed's defense attorney at trial who died in 2004, known about the threat, she may have used it to defend her client, Feldman argued in the motion to vacate Syed's conviction. Suter and Feldman said in separate court filings that the note, or any mention of it, doesn't appear in Gutierrez's files, and that none of Syed's appellate attorneys knew about it either.

The note is poorly written and hard to read. Urick, in a footnote to a transcription of the note he recently made for the attorney general's office, now says Mosby's office misinterpreted the note.

Urick wrote that the threat present-day prosecutors are attributing to an alternative suspect was actually made by Syed, according to people familiar with the transcription but who are not authorized to speak publicly. The note has not been released publicly, and Frosh's office has not stated publicly whether it agrees with Urick's transcription.

In an appellate filing in Syed's case last week, lawyers for Frosh wrote that the note is subject to "multiple" interpretations but did not attribute the threat to Syed.

Mosby has repeatedly accused Frosh, as well as lawyers who worked for him and handled Syed's previous appellate cases, of intentionally hiding the note from public view in order to keep Syed in prison, one of the most serious accusations that can be made against a lawyer.

Suter, in a statement last week, accused Frosh's office of attempting to "undermine Mr. Syed's innocence" and of engaging in what she considers a continual coverup of the failure to disclose evidence helpful to her client.

"What makes Mr. Syed's case unique is its public platform, not the misconduct that resulted in his unjust conviction and 23 years of wrongful incarceration," Suter said then.

Frosh has denied the claims repeatedly, calling the accusations "unfounded" in a court filing.

Despite the public feud between Frosh and Mosby, neither Democrat will be in office by the time the Maryland Court of Special Appeals hears arguments in the case in February. Both leave office in January.

Mosby lost her bid for a third term to defense attorney Ivan Bates and likely will be preparing for her upcoming federal perjury and mortgage fraud trial, slated to begin in March. Prosecutors charged Mosby earlier this year with lying about her finances in order to make early, penalty-free withdrawals from her retirement fund under the CARES Act, and then using that money to purchase two Florida vacation properties.

Frosh did not run for reelection, and it is likely Democratic Congressman Anthony Brown will replace him. Brown is facing Republican Michael Peroutka in the general

Case 1:22-cr-00007-LKG   Document 212-2   Filed 06/30/23   Page 55 of 69

*Marilyn Mosby - 13*
*Northern Division in Maryland Counties articles, excepting Baltimore County (1/13/2022-5/16/2023)*

election, and Maryland has not elected a Republican as attorney general in over 100 years.

Copyright, 2022, Capital-Gazette Newspapers

Record Number: BS0126824117

**Maryland Gazette, The (Glen Burnie, MD)**

November 9, 2022

Edition: MarylandGazette CGT
Section: Main
Page: 7A

**We're not any closer to truth about Hae Min Lee's murder**

**COMMENTARY**

Article Text:

The Adnan Syed case has delivered us to a strange place: A chief prosecutor, who happens to be under federal indictment for perjury, suddenly asks a judge to overturn the conviction of a man in a high-profile murder case from 23 years ago. Defending her decision, the prosecutor accuses a respected state attorney general of intentionally covering up evidence of the convicted man's possible innocence. Taken aback, the AG questions the prosecutor's decision to move ahead and drop the murder charge, setting the man free. The original prosecutor also raises a serious question about the decision to throw out the conviction. Then the judge who presided at the trial says the guilty verdict was solid.

All this in public - at news conferences, in court filings - while the rest of us watch and scratch our heads, wondering, yet again, what the truth is about Hae Min Lee's murder.

What a confusing spectacle.

The Syed case has received so much attention, ever since the "Serial" podcast raised questions about his conviction for the murder of his former high school girlfriend, that none but troglodytes should have missed it.

We know the players:

**Marilyn Mosby** is the outgoing Baltimore state's attorney who, as a self-styled progressive prosecutor, came recently to believe that Syed was deprived of a fair trial in 1999 because his defense was never made aware of other suspects in the case. That assertion got a judge to vacate Syed's conviction.

On the other side is Brian Frosh, the Maryland attorney general who has never been indicted and, more than that, is widely respected for his integrity. Even when he was a member of the Maryland Senate, he enjoyed the high opinion of his peers. Frosh is widely regarded as a liberal and, given that, it seems implausible that he would be a party to intentionally keeping a truly innocent man in prison.

Both he and Mosby are lame ducks.

They both exit the public stage in a couple of months: Frosh chose not to run for reelection; Mosby lost her bid for a third term as the city's top prosecutor.

The last few weeks have been unseemly, with Mosby throwing shade at Frosh, suggesting that he and his staff, through the appeals process, prevented disclosure of the other suspects in the Syed case. Frosh countered by saying that accusation was unfounded and by questioning the basis for Syed's release.

He's not the only one with questions about this hasty process.

We learned that Syed's defense attorney, now deceased, represented one of the other suspects in the case before a grand jury (and her firm later handled his divorce). It's hard to believe that attorney was not aware at some point that someone other than Syed might be suspected of the murder.

It was also weird to learn from Frosh that Kevin Urick, the original prosecutor of Syed, had not been interviewed during Mosby's review of the case.

Since then, Urick has come forward to say his old notes about one of the other suspects in the case were misinterpreted, suggesting that Syed's release from a life sentence might have been based on a mistake.

If that wasn't unsettling enough, Wanda Heard, the retired judge who presided at Syed's trial, said the conviction was good, that the "jury verdict was supported by substantial direct and circumstantial evidence."

Syed's side answers that the trial judge has no business in the post-conviction process and that all matters regarding Syed are now moot, because Mosby dismissed the charges against him.

But the story doesn't end there. Frosh's office believes the victim's family was not given sufficient notice, as a matter of law, of Mosby's intention to have Syed's conviction vacated. What if, as unlikely as it seems, the decision to vacate does not stand? Wouldn't that be totally weird, after Syed's release and his triumphant exit from the courthouse?

Over the years - and more so recently, partly because of Mosby's Conviction Integrity Unit - we've seen several guilty verdicts overturned after they were determined to have been wrongful. Usually these determinations are made after long and diligent review and DNA tests.

But, however exhaustive the review of the Syed case was, it still sparked questions.

And it's difficult to separate all these developments from the fact that Mosby is facing federal charges. She's been accused of criminal dishonesty in obtaining financial relief during the pandemic. Given that, she might have seen Syed's release not only as a matter

of justice for him but as positive pretrial publicity for her. That's speculation, of course, but the circumstances - and the personality - invite it.

Usually, in wrongful convictions, the news media does not question the decision to let an innocent person go. It's even more odd to hear a legal authority - in the Syed case, the Maryland Attorney General - challenge, on any basis, a determination of a wrongful conviction.

As I said, we've been delivered to a strange place, no closer to the truth about Hae Min Lee's murder.

It reminds me of a wrongful conviction case in Anne Arundel County 30 years ago. Witnesses against a man accused of armed robbery and murder admitted to having lied in court at the behest of a police detective. When the defendant was released from prison after 14 years, the chief prosecutor refused to say the man was innocent, suggesting that, despite the perjured testimony, he was the real killer. It was hard to know what to believe. Truth remained forever elusive.

Copyright, 2022, Capital-Gazette Newspapers

Record Number: BS0126869052

**Maryland Gazette, The (Glen Burnie, MD)**

December 17, 2022

Edition: MarylandGazette CGT
Section: Main
Page: 7A

**Baltimore City Council recognizes Marilyn Mosby**

**State's attorney on way out after election loss, faces federal charges**

Author: *Emily Opilo and Alex Mann*

Article Text:

Baltimore City Council recognized the city's embattled outgoing State's
Attorney **Marilyn Mosby** on Thursday, approving a resolution at the behest of her
husband, Council President Nick Mosby.

The pro forma measure, approved by a 10-1 vote, honored the state's attorney's eight
years of "distinguished service" to Baltimore. The city's top prosecutor, who is facing
federal criminal charges, lost a hotly contested primary election in July. She is due to
leave office Jan. 2.

**Marilyn Mosby** was federally indicted in January on perjury and mortgage fraud
charges. Federal prosecutors say she lied about enduring financial struggles because of
the coronavirus pandemic to make early withdrawals from her city retirement savings
under the CARES Act, Congress' first pandemic relief package. She used the roughly
$80,000 in withdrawals to make down payments on a pair of vacation properties in
Florida: an eight-bedroom house near Disney World and a condo on the state's Gulf
Coast.

According to her indictment, the Democratic state's attorney duped lenders by claiming
the Orlando-area house was a second home, to secure a lower interest rate, when she'd
already arranged for a company to run it as a rental. Federal prosecutors say she also
neglected to disclose she owed the government unpaid taxes.

**Marilyn Mosby** has pleaded not guilty and is scheduled to stand trial March 27. She has
asked to have her case transferred out of Baltimore.

The state's attorney appeared in City Council chambers Thursday for the recognition.
Most members stood to applaud, and the charges against her went unmentioned as several
members sang her praises.

Council Vice President Sharon Green Middleton called **Marilyn Mosby** a strong woman who has broken barriers for other women in the city.

"You hold your head up high and you keep moving and doing good things for your city and throughout our nation," Middleton said.

Councilman Zeke Cohen was the only member of the 11 present to vote against the measure. He said he felt it was inappropriate to vote for the measure while the state's attorney remains in office. Council is charged with holding her and her office accountable, Cohen said.

Councilmembers Phylicia Porter, Ryan Dorsey, Eric Costello and Antonio Glover were absent from the meeting. All members of the council are Democrats.

Honorary resolutions in council chambers are commonplace. The council recognized staff member Matt Stegman with a resolution last month as he departed for a new position, and in June, Avery Aisenstark, the outgoing director of the Department of Legislative Reference, was recognized. The council also honored school paraprofessionals with a resolution in October and park and recreation employees in July.

Nick Mosby said he felt it was appropriate to honor the state's attorney as the second woman elected to the position. Patricia Jessamy, who served from 1995 to 2011, was the first.

"We've honored two white men on the floor while they were still serving us," he said. "I think providing the same opportunity for the second female elected state's attorney for the city, regardless of that being my wife, is appropriate for us."

On Thursday, City Council also approved a resolution recognizing Sheriff John Anderson, the city's sheriff of 33 years, who left office earlier this month. Anderson was defeated in the July primary by Sam Cogen, a former deputy in his office.

The council, which has sparred publicly with Anderson this year over his practice of posting eviction notices on shared and exterior doors and cut his budget, approved the measure by a 11-0 vote. Anderson was not present for the meeting.

**Marilyn Mosby** has been a polarizing figure during her time in the office. She made a name for herself nationally as a progressive prosecutor, charging six officers in the death of Freddie Gray ( though none were convicted) and decriminalizing drugs and other low-level offenses.

Locally, her years have been marked by controversy, however, including questions over her office's effectiveness and her own temperament. The city's bloodshed, which she had blamed on prosecutors and vowed to fix, is higher than ever. The average number of murders annually has jumped since she took office.

Case 1:22-cr-00007-LKG   Document 212-2   Filed 06/30/23   Page 61 of 69

*Marilyn Mosby - 15*
*Northern Division in Maryland Counties articles, excepting Baltimore County (1/13/2022-5/16/2023)*

Some believe **Marilyn Mosby** has been refreshingly bold, attuned to the needs of an overpoliced Black community and single-handedly standing up to a racist criminal justice system. Others say she has been soft on crime and "waging war" on cops. Still others say she's not liberal enough, masquerading as a progressive while maintaining a heavy hand.

During brief remarks Thursday, the state's attorney said she found herself uncharacteristically emotional.

"People don't understand the sacrifice that it takes to be a public servant in a city where you raise your children, in a city that you love so much," she said. "And the one thing that I can say from the bottom of my heart is that being the state's attorney for Baltimore City has been the greatest joy of my life."

Caption:
Baltimore State's Attorney **Marilyn Mosby** leaving federal court after getting a new trial date set for early 2023 in her perjury case. Kevin Richardson / Baltimore Sun

Copyright, 2022, Capital-Gazette Newspapers

Record Number: BS0127634753

**Maryland Gazette, The (Glen Burnie, MD)**

December 24, 2022

Edition: MarylandGazette CGT
Section: Main
Page: 6A

**Nick Mosby could be penalized $1K per day**

**Baltimore ethics board seeks action on noncompliance over legal defense fund**

Author: *Emily Opilo*

Article Text:

Baltimore's Board of Ethics has filed a motion asking a judge to force City Council President Nick Mosby to comply with an order that the board issued earlier this year demanding he release the names of donors to a legal defense fund in his name.

The motion, filed last week, asks a Baltimore Circuit Court judge to begin penalizing Mosby for his noncompliance, arguing that he has "failed to take any actions" in the seven months since he challenged the order against him and "seeks only to delay." A fine of up to $1,000 per day can be imposed for failing to comply with a city ethics order.

Mosby, a Democrat who has been serving as council president since December 2020, is disputing an ethics board ruling that called on him to cease fundraising for a legal defense fund in his name and turn over a list of donors. The ruling, issued in May, found Mosby violated the city's ethics ordinance by indirectly soliciting for the fund that took donations from at least two city contractors.

Mosby initially said he would comply with the order but in June took the issue to court, filing a two-page motion challenging the board's findings without the help of an attorney.

In November, Baltimore Circuit Judge Lawrence Fletcher-Hill granted an "emergency" request from Mosby to postpone a scheduled hearing on the order after the council president argued he was unable to get a lawyer.

Although the judge said Mosby had "no good excuse" for not filing his postponement request earlier, he called the case "important" and said Mosby should have the benefit of an attorney to make an argument in court. The next hearing date is currently set for Jan. 10.

By the November hearing, Mosby already had missed the deadline to submit a written argument outlining his objections to the Board of Ethics order. Fletcher-Hill said he

would entertain a request from a lawyer, if Mosby is able to retain one, to submit a memo making such an argument.

In its most recent filing, the Board of Ethics, represented by attorney Sarah Hall, argued the board never issued a stay on the penalty against Mosby when he failed to comply with its order and instead took the issue to court - a move permitted under the city's ethics ordinance.

"Instead, the board, in good faith, has not yet sought enforcement of its administrative order during the pendency of the judicial review process," the filing states. "It is in the public interest that his compliance is not delayed any longer."

A spokeswoman for Mosby did not respond to a request for comment.

The dispute arose from a fund established for the legal defense of the council president and his wife, Baltimore State's Attorney **Marilyn Mosby**, as they faced a federal criminal investigation last year into their financial dealings. Although Nick Mosby has not been charged with anything, **Marilyn Mosby** was charged this year with perjury and making false statements related to the withdrawal of funds from her city retirement account and the purchase of two Florida houses. Her trial, postponed multiple times, is set for March.

In its order, the Board of Ethics called on the council president to accept no payments from the fund and to ask the fund to cease fundraising on his behalf. Nick Mosby also was ordered to provide a list of all fund donors and donations to the ethics board. The deadline to comply with the order was in June.

According to the Board of Ethics, the Mosby's legal defense fund received $5,000, its largest individual contribution, in August 2021 from the "resident agent" for a contractor that is a city-certified minority- or woman-owned business. The business was a subcontractor on a deal considered in 2020 by the city's spending board on which Mosby sits, the board reported.

It also received a $100 donation from the executive director of a nonprofit organization that was awarded a multi-thousand dollar grant by the city in March.

Copyright, 2022, Capital-Gazette Newspapers

Record Number: BS0127737463

**Maryland Gazette, The (Glen Burnie, MD)**

March 18, 2023

Edition: MarylandGazette CGT
Section: Main
Page: 8A

**City Council President Nick Mosby will seek reelection**

**Spokesperson says his plans to be revealed 'at a later time'**

Author: *Emily Opilo*

Article Text:

In the midst of his first term as Baltimore City Council president - which has seen him pitted against Mayor Brandon Scott, the Baltimore Board of Ethics and federal investigators - Nick Mosby said Wednesday he will seek reelection next year.

The Democrat, who has been at the helm of the City Council since December 2020, addressed his bid for another four years in office with little fanfare. Mosby's spokeswoman, Monica Lewis, said Wednesday in a statement that Mosby will talk more about his reelection plans "at a later time."

"For now, his focus remains on leading City Council, working with the Scott administration, and showing up each and every day to support and serve the people of Baltimore," she said.

Mosby's campaign decision comes just ahead of a planned announcement Sunday by Councilman Zeke Cohen. The Democrat formed an exploratory committee in January to seek input about a possible run for council president. Cohen also has not ruled out a run for mayor. He had no comment Wednesday in response to Mosby's announcement.

Speculation had grown about whether Mosby would run for office again, as his campaign coffers almost ran dry last year and because his wife, Democrat **Marilyn Mosby**, lost her 2022 reelection campaign as Baltimore state's attorney.

Nick Mosby's most recent campaign finance report, filed in January, shows $14,539 in his campaign account.

As council president, Mosby is paid an annual salary of $135,093.

Cohen, by contrast, reported a $372,351 balance in his campaign account in January.

The council president, who previously served as a state delegate and a member of the City Council, has had a tumultuous first two years in office.

Mosby and his wife faced a federal criminal investigation into their financial dealings. Nick Mosby has not been charged with anything, but **Marilyn Mosby** is charged with perjury and making false statements related to early withdrawals from her city retirement account and the purchase of two Florida houses. Her trial has been delayed until at least the fall.

During the federal investigation a legal-defense fund was set up on behalf of the political power couple. The fund itself resulted in an investigation by the Baltimore Board of Ethics, which found in May that Nick Mosby violated city ethics law by indirectly soliciting donations to the fund and failing to disclose its existence on his annual ethics filing.

The council president challenged the ruling, kicking off a prolonged fight in court. Last month a Baltimore Circuit Court judge upheld the majority of that decision, confirming Mosby violated the law. He had until Wednesday to decide whether to appeal the decision to a higher court.

Absent an appeal, Mosby must comply with the order, which calls for him to provide a list of all donors and donations to the fund to the ethics board or face a fine of $1,000 a day.

Mosby also has squared off several times so far in 2023 with the Democratic mayor.

He led a charge against a multimillion-dollar deal pushed by Scott to have Baltimore Gas and Electric Co. take over maintenance of the city's conduit system. A vocal critic of the contract, Mosby convened an investigative committee to look into it. But ultimately he was defeated when Scott forced an unconventional vote of the Board of Estimates without Mosby present.

Last week members of the Mosby-led council struck down Scott's nomination of Faith Leach for city administrator. After Scott and his staff spent the weekend lobbying the council, the council committee reversed course Monday and the council as a whole unanimously approved Leach.

Mosby insisted afterward that the council was not trying to send a message to the Scott administration, while also saying the vote was never about Leach's qualifications.

"It was about ensuring the second floor and the administration took the appropriate process of working with the council and engaging the council," he said, referring to the mayor's office, which is on the second floor of City Hall.

Caption:
Baltimore City Council President Nick Mosby is shown at City Hall on June 23, 2022. Amy Davis/baltimore sun

Case 1:22-cr-00007-LKG   Document 212-2   Filed 06/30/23   Page 66 of 69

*Marilyn Mosby* - **17**
*Northern Division in Maryland Counties articles, excepting Baltimore County (1/13/2022-5/16/2023)*

Copyright, 2023, Capital-Gazette Newspapers

Record Number: BS0129163117

**Maryland Gazette, The (Glen Burnie, MD)**

April 1, 2023

Edition: MarylandGazette CGT
Section: Main
Page: 7A

**US attorney demotes prosecutor**

**Wise had butted heads with boss over staffing**

**MARILYN MOSBY CASE**

Author: *Lee O. Sanderlin*

Article Text:

Leo Wise, the federal prosecutor who took down former Mayor Catherine Pugh, a squad of corrupt Baltimore cops, an ex-police chief, two state lawmakers, and is currently prosecuting former State's Attorney **Marilyn Mosby**, has been demoted and was temporarily removed from Mosby's case, The Baltimore Sun has learned.

Maryland U.S. Attorney Erek Barron removed Wise as chief of the Maryland U.S. Attorney's Office's Public Corruption and Fraud Unit on March 21, announcing the move in an office-wide memo sent the next day.

Wise, 46, remains a line prosecutor in the unit he most recently led, with Assistant U.S. Attorney Harry Gruber being named the new chief. Gruber most recently led a task force investigating COVID-19 fraud cases, an initiative Barron and other U.S. attorneys have pushed in recent months.

A spokeswoman for Barron's office confirmed the change but declined to comment further. Reached by phone, Wise also declined to comment.

As the U.S. Attorney in Maryland, Barron has full authority to determine who leads what units in his office.

The decision to remove Wise as the unit chief came after he and Barron butted heads in recent months over staffing decisions and the Mosby case, according to people familiar with the decision but who were not authorized to speak publicly.

When Barron demoted Wise, he also decided to remove him from the Mosby case, the sources said. Barron reversed course shortly thereafter and reinstated him to the case

Case 1:22-cr-00007-LKG   Document 212-2   Filed 06/30/23   Page 68 of 69

*Marilyn Mosby - 18*
*Northern Division in Maryland Counties articles, excepting Baltimore County (1/13/2022-5/16/2023)*

before the week was up. Mosby is charged with two counts each of perjury and mortgage fraud.

Federal prosecutors allege the Baltimore Democrat lied about experiencing adverse financial conditions in 2020 as a result of the coronavirus pandemic in order to make two early withdrawals from her city-managed retirement account. She used the money, about $80,000, to make down payments on two Florida vacation properties - an eight-bedroom rental near Disney World and a condo on the Gulf Coast - and allegedly also misled the lenders.

Longtime defense attorney Warren Brown said the zealousness with which Wise investigated and prosecuted cases was bound to rub some people the wrong way.

"The spotlight that goes with those types of cases can have unintended consequences of people focusing a lot of their time and attention on you and that gives them opportunity to find issues they are concerned about," Brown said.

Wise and Barron previously clashed over Mosby's case in September when Wise and the other prosecutors on the case asked U.S. District Judge Lydia Kay Griggsby on Sept. 13 to either ban her expert witnesses from testifying or to continue the case so that the government could hire its own rebuttal witnesses, the sources said. Prosecutors, in the motion to continue or exclude experts, said the late disclosure of expert testimony by Mosby's defense put them at a disadvantage.

Barron, sources said, wrote a late night email to his prosecutors ordering them to withdraw the motion for continuance and to hold the trial as scheduled.

Wise and his fellow prosecutors refused, with Wise threatening to withdraw from the case if the request for a postponement was withdrawn, sources said. Griggsby ordered the case delayed Sept. 14, and it has since been delayed again after all of Mosby's lawyers quit the case. It is now scheduled to start Nov. 2.

A Harvard Law School graduate and member of the U.S. Attorney's Office since 2010, Wise has developed a reputation as a high-profile prosecutor willing to take on public officials and community leaders, no matter how prominent. Wise led the prosecution of Pugh, who resigned and pleaded guilty amid the Healthy Holly scandal, and of Police Commissioner Darryl DeSousa, who failed to file his taxes.

Wise also brought the federal cases against members of Baltimore Police's Gun Trace Task Force and the 80-defendant Eastern Correctional Institute racketeering case.

Greenbelt attorney William Brennan represented former Maryland Del. Cheryl Glenn in her federal bribery case, which Wise prosecuted, and said he thought Wise was "honest, honorable and straightforward" in his dealings. Glenn pleaded guilty in 2020.

Wise has made his fair share of enemies in Maryland legal circles. His December 2021 prosecution of well-respected attorneys Kenneth Ravenell and Joshua Treem rankled

members of the defense bar who found Wise to be overzealous in how he pursues cases. A jury convicted Ravenell of one count of money laundering, for which he was sentenced to nearly five years imprisonment. Treem, charged with obstruction of justice, was acquitted.

"The prosecution of Josh Treem was an utter failure of judgment by the U.S. Attorney's Office in Maryland," Treem's attorney Robert Trout said after the verdict.

As part of the investigation into Treem, prosecutors sought a search warrant for the Brown, Goldstein and Levy law firm. The materials seized from the firm, which were likely subject to attorney-client privilege, were supposed to be reviewed by a "filter team" of prosecutors before reaching those handling the Treem case. The Fourth Circuit Court of Appeals found that was improper, and that such a team was an example of the executive branch performing a judicial function.

Mosby and her former attorney, A. Scott Bolden, are some of Wise's most vocal critics, accusing him of mounting a racist, politically motivated investigation against her and her husband, City Council President Nick Mosby. Nick Mosby has not been charged with a crime. Reached by phone, Bolden declined to comment for this article.

A judge found there was no evidence either Wise or the U.S. Attorney's Office was acting with racial or political vindictiveness in **Marilyn Mosby**'s case.

The Congressional Black Caucus also accused the Office of Congressional Ethics of targeting its members when Wise served as the first chief ethics investigator for the U.S. House of Representatives from 2008 to 2010.

President Joe Biden appointed Barron, a former member of the Maryland General Assembly, as U.S. Attorney for Maryland in October 2021.

Caption:
Leo Wise, left, the federal prosecutor who took down former Mayor Catherine Pugh and is prosecuting former State's Attorney **Marilyn Mosby**, has been demoted. Kim Hairston/Baltimore Sun

Copyright, 2023, Capital-Gazette Newspapers

Record Number: BS0129382721