**Daily Record, The (Baltimore, MD)**

January 13, 2022

Section: News

Topics:

**Index Terms:**
General news

**Baltimore State's Attorney Mosby indicted on federal perjury, false statement charges**

Author: *Madeleine O'Neill*

Article Text:

Baltimore City State's Attorney **Marilyn Mosby** has been federally indicted on two counts each of perjury and false statement on a loan application.

The indictment was filed Thursday in U.S. District Court in Baltimore.

It alleges that Mosby falsely claimed to have been financially impacted by the COVID-19 pandemic in order to request a $40,000 withdrawal from her city of Baltimore employee retirement account, which she allegedly used toward a down payment for a vacation home in Kissimmee, Florida.

She is also accused of following the same process to procure another $50,000 in December 2020, which she then allegedly used to make a down payment on a second vacation home in Long Boat Key, Florida.

It also accuses Mosby of failing to disclose a $45,000 IRS lien for unpaid taxes when she signed an application for a $490,000 mortgage to purchase the Kissimmee property and again when she signed an application for a $428,000 mortgage for the Long Boat Key property.

She is also accused of falsely claiming the Kissimmee vacation home would not be available for rent despite having given a management company control of the property for the purpose of renting it out.

A spokesperson for the Baltimore City State's Attorney's Office could not immediately be reached for comment.

This story will be updated.

Copyright © 2022 BridgeTower Media. All Rights Reserved.

Copyright, 2022, The Daily Record (Baltimore, MD)

Record Number: 287650

**Baltimore Brew (MD)**

January 13, 2022

Section: Crime & Justice

### Marilyn Mosby indicted for perjury and mortgage fraud

Author: *Fern Shen*

Article Text:

Baltimore State's Attorney **Marilyn Mosby** has been indicted for failing to disclose taxes she owed when applying for mortgages to buy two Florida condominiums and for lying about financial hardship due to Covid to access funds she used to buy the properties, federal prosecutors announced today.

Mosby also stated in mortgage documents, as Baltimore Brew disclosed last March, that she would use one of the condominiums as a second home, qualifying her for a lower interest rate.

This statement was false because one week prior, according to the indictment, Mosby entered into an agreement with a vacation home management company to market the property as a short-term rental.

The four-count indictment was announced today by U.S. Attorney Erek L. Barron and agents of the Federal Bureau of Investigations and the Internal Revenue Service.

If convicted, Mosby faces a maximum sentence of five years in federal prison for each of two counts of perjury and a maximum of 30 years in federal prison for each of two counts of making false mortgage applications.

False Hardship Claims

Federal prosecutors confirmed last February that Mosby and her husband, City Council President Nick Mosby, were the subject of a criminal investigation.

The two-term state's attorney, whose extensive travels and frequent political battles have made her a controversial figure, has fired back for months at prosecutors and the media through her lawyer and supporters, saying she is a victim of personal animus and racial targeting.

Running for a third term this year – she held a virtual "birthday fundraiser" last night to commemorate her upcoming 42d birthday – Mosby could not be reached for comment.

It remained unclear whether the federal investigation centered around the $45,022 tax lien against the couple's home, which Nick Mosby told The Brew had been paid off, or whether it involved other issues.

Grand jury subpoenas had been issued for the couple's tax records, their side businesses (Marilyn's Mahogany Elite Enterprises and Nick's Monumental Squared LLC), and worksheets and accounting records for the "Friends of **Marilyn Mosby**" campaign committee.

The Peripatetic Prosecutor: **Marilyn Mosby** took 23 trips in 2018 and 2019, accepting $30,000 in reimbursements (7/16/20)

Today's 19-page indictment, which does not charge Nick Mosby with any wrongdoing, outlines a set of charges linked to his wife's Florida real estate purchases, first disclosed by The Brew.

BREW EXCLUSIVE: **Marilyn Mosby** purchased a $476,000 Florida condominium last month (3/21/21)

Charging Mosby with perjury, the indictment alleges that in 2020, Mosby made requests to withdraw $40,000 and $50,000 from her city retirement account, claiming Covid-related hardship.

Under the CARES Act, withdrawal was permitted if the applicant experienced "adverse financial consequences from the Coronavirus as a result of being quarantined, furloughed, or laid off; having reduced work hours; being unable to work due to lack of childcare; or the closing or reduction of hours of a business she owned or operated."

But Mosby did not experience any of these hardships, according to prosecutors, who said she received her full $247,956 salary in 2020.

Eight-bedroom Condo

Prosecutors said Mosby used the $36,000 net she received from the first withdrawal to make a down payment on the eight-bedroom condominium she purchased in Kissimmee, Florida, near Orlando, and the $45,000 net from the second withdrawal for the condominium she purchased at Longboat Key.

**Marilyn Mosby** said in mortgage documents she'd use Florida property as second home, then she made it a rental (3/22/21)

When Mosby took out the $490,500 mortgage on the Kissimmee property, the indictment says, she signed a second-home rider document which said the borrower will "maintain exclusive control over the occupancy of the Property . . . and [will not] give a management firm or any other person or entity any control over the occupancy or use of the Property."

But Mosby had already arranged with a management company to market the property as a short-term rental.

Tax Liabilities not Disclosed

Prosecutors also allege that Mosby made false statements on mortgage documents for the Kissimmee property and the Longboat Key condominium, advertised in property listings as "four minutes away from the Gulf of Mexico."

As part of both applications, Mosby was required to disclose her liabilities.

But prosecutors said she failed to disclose on either application that she had unpaid federal taxes from a number of previous years or the $45,022 lien against the house she and her husband own in Reservoir Hill.

In each application, Mosby was asked:

"Are you presently delinquent or in default on any Federal debt or any other loan, mortgage, financial obligation, bond, or loan guarantee?"

In both cases, the indictment alleges, Mosby responded, "no."

"We will fight these charges"

Today's indictment throws into question **Marilyn Mosby**'s bid for a third term.

In a statement issued tonight, Mosby's attorney, A. Scott Bolden, indicated that she will not resign from office – there is no law that forces her to do so – and "will fight these charges vigorously."

"I remain confident that once all the evidence is presented," Bolden continued, "that she will prevail against these bogus charges — charges that are rooted in personal, political and racial animus five months from her election."

Caption:
Above: State's Attorney **Marilyn Mosby** last year at the Downtown Partnership of Baltimore Annual Meeting. (Fern Shen)

Photos accompanying a real estate listing for 1953 Nice Court in Kissimmee.

Photos accompanying a real estate listing for 1953 Nice Court in Kissimmee.

Copyright © 2022 Baltimore Brew LLC, All rights reserved.

Record Number: 54471fad7d17e6be39d190eab8bac86cec2e1912

**Baltimore Brew (MD)**

January 13, 2022

Section: Crime & Justice

**Marilyn Mosby indicted for perjury and filing false mortgage applications**

Author: *Fern Shen*

Article Text:

Baltimore State's Attorney **Marilyn Mosby** has been indicted for failing to disclose taxes she owed when applying for mortgages to buy two Florida condominiums and for lying about financial hardship due to Covid to access funds she used to buy the properties, federal prosecutors announced today.

Mosby also stated in mortgage documents, as Baltimore Brew disclosed last March, that she would use one of the condominiums as a second home, qualifying her for a lower interest rate.

This statement was false because one week prior, according to the indictment, Mosby entered into an agreement with a vacation home management company to market the property as a short-term rental.

The four-count indictment was announced today by Maryland U.S. Attorney Erek L. Barron and agents of the Federal Bureau of Investigations and the Internal Revenue Service.

If convicted, Mosby faces a maximum sentence of five years in federal prison for each of two counts of perjury and a maximum of 30 years in federal prison for each of two counts of making false mortgage applications.

False Hardship Claims

The U.S. Attorney's Office confirmed through subpoenas issued last March that Baltimore's top prosecutor and her husband, City Council President Nick Mosby, were the subjects of a criminal investigation.

The two-term state's attorney, whose extensive travels and frequent political battles have made her a controversial figure, fired back at prosecutors and the media through her lawyer and supporters, saying she was a victim of personal animus and racial targeting.

Running for a third term this year – she held a virtual "birthday fundraiser" last night to commemorate her upcoming 42d birthday – Mosby could not be reached for comment.

It remained unclear whether the federal investigation centered around the $45,022 tax lien against the couple's home, which Nick Mosby told The Brew had been paid off, or whether it involved other issues.

Grand jury subpoenas had been issued for the couple's tax records, their side businesses (Marilyn's Mahogany Elite Enterprises and Nick's Monumental Squared LLC), and worksheets and accounting records for the "Friends of **Marilyn Mosby**" campaign committee.

The Peripatetic Prosecutor: **Marilyn Mosby** took 23 trips in 2018 and 2019, accepting $30,000 in reimbursements (7/16/20)

Today's 19-page indictment, which does not charge Nick Mosby with any wrongdoing, outlines a set of charges linked to his wife's Florida real estate purchases, first disclosed by The Brew.

BREW EXCLUSIVE: **Marilyn Mosby** purchased a $476,000 Florida condominium last month (3/21/21)

Charging Mosby with perjury, the indictment alleges that in 2020, Mosby made requests to withdraw $40,000 and $50,000 from her city retirement account, claiming Covid-related hardship.

Under the CARES Act, withdrawal was permitted if the applicant experienced "adverse financial consequences from the Coronavirus as a result of being quarantined, furloughed, or laid off; having reduced work hours; being unable to work due to lack of childcare; or the closing or reduction of hours of a business she owned or operated."

But Mosby did not experience any of these hardships, according to prosecutors, who said she received her full $247,956 salary in 2020.

Eight-bedroom Condo

Prosecutors said Mosby used the $36,000 net she received from the first withdrawal to make a down payment on the eight-bedroom condominium she purchased in Kissimmee, Florida, near Orlando, and the $45,000 net from the second withdrawal for the condominium she purchased at Longboat Key.

**Marilyn Mosby** said in mortgage documents she'd use Florida property as second home, then she made it a rental (3/22/21)

When Mosby took out the $490,500 mortgage on the Kissimmee property, the indictment says, she signed a second-home rider document which said the borrower will "maintain exclusive control over the occupancy of the Property . . . and [will not] give a management firm or any other person or entity any control over the occupancy or use of the Property."

But Mosby had already arranged with a management company to market the property as a short-term rental.

Tax Liabilities not Disclosed

Prosecutors also allege that Mosby made false statements on mortgage documents for the Kissimmee property and the Longboat Key condominium, advertised in property listings as "four minutes away from the Gulf of Mexico."

As part of both applications, Mosby was required to disclose her liabilities.

But prosecutors said she failed to disclose on either application that she had unpaid federal taxes from a number of previous years or the $45,022 lien against the house she and her husband own in Reservoir Hill.

In each application, Mosby was asked:

"Are you presently delinquent or in default on any Federal debt or any other loan, mortgage, financial obligation, bond, or loan guarantee?"

In both cases, the indictment alleges, Mosby responded, "no."

"We will fight these charges"

Today's indictment throws into question **Marilyn Mosby**'s bid for a third term.

In a statement issued tonight, Mosby's attorney, A. Scott Bolden, indicated that she will not resign from office – there is no law that forces her to do so – and "will fight these charges vigorously."

"I remain confident that once all the evidence is presented," Bolden continued, "that she will prevail against these bogus charges — charges that are rooted in personal, political and racial animus five months from her election."

Caption:
Above: State's Attorney **Marilyn Mosby** last year at the Downtown Partnership of Baltimore Annual Meeting. (Fern Shen)

Photos accompanying a real estate listing for 1953 Nice Court in Kissimmee.

Photos accompanying a real estate listing for 1953 Nice Court in Kissimmee.

Copyright © 2022 Baltimore Brew LLC, All rights reserved.

Record Number: 9dfbf950722db1e22eaef2efde109d68945b628d

**Sun, The (Baltimore, MD)**

January 14, 2022

Edition: First Generic
Section: Main
Page: 1

### Marilyn Mosby indicted

### Federal charges state she lied on financial documents to buy homes in Fla.

Author: *Justin Fenton, Tim Prudente and Lorraine Mirabella*

Article Text:

A federal grand jury has indicted Baltimore's top prosecutor **Marilyn Mosby** on charges of perjury and making false statements with a series of financial transactions that helped her buy a condo on Florida's Gulf Coast and another property near Orlando, Florida.

Mosby, 41, is charged with falsely claiming to suffer financial hardship from the coronavirus to obtain an early withdrawal from her retirement savings to purchase the homes.

In addition, federal prosecutors allege she lied on a mortgage loan application by hiding an outstanding federal tax debt. And they accuse her of entering into an agreement to rent out a home she bought in Kissimmee, near Disney World, while at the same time promising not to rent the property - all to obtain a lower interest rate.

The cloud of indictment has loomed over Mosby for nearly a year, since federal prosecutors issued subpoenas in March for a wide range of financial records from her and her husband, City Council President Nick Mosby. **Marilyn Mosby** is now charged with four felonies that could bring prison time, even as her election for a third term looms in June.

Federal prosecutors have not accused Nick Mosby of wrongdoing.

The indictment alleges **Marilyn Mosby** sought a $40,000 withdrawal from her city retirement account in May 2020, citing financial hardship she had experienced

due to the pandemic. In fact, her salary that year had increased by $10,000 to $248,000, according to the charges.

"Mosby had not experienced adverse financial consequences stemming from the coronavirus as a result of 'being quarantined, furloughed or laid off' or 'having reduced work hours' or 'due to lack of childcare' or 'the closing or reduction of hours of a business

I own or operate' " - all prerequisites for obtaining the loan, which Mosby attested to under penalty of perjury, federal prosecutors wrote in the indictment.

Her attorney, A. Scott Bolden, pledged Thursday to fight the federal charges, again accusing prosecutors of harboring a personal grudge against her.

"We will fight these charges vigorously, and I remain confident that once all the evidence is presented, that she will prevail against these bogus charges - charges that are rooted in personal, political and racial animus five months from her election," he said in a statement.

The case against Mosby has been a matter of much public debate and speculation. Federal authorities kept silent about the case for months, even as her lawyer publicly demanded answers from them.

The criminal charges are narrowly focused on withdrawals from her retirement savings and her purchase of the Florida homes. The indictment, however, provides no clues as to what prosecutors were after by issuing subpoenas to a city dance studio where the Mosbys sent their children, to Black churches where the Mosbys gave money, and to their private companies and election campaigns.

"The indictment is more telling for what is not in the indictment, rather than what is in there," Bolden said.

He called the charges "a far cry from criminal tax evasion and tax related charges that were at the heart of this federal investigation. More importantly, Ms. Mosby has never lied or made a false statement in connection the allegations contained in the charging document."

The indictment says Mosby received $36,000 from her request to withdraw $40,000 from her retirement account.

She then put the money toward a down payment on a rental property near Orlando, Florida. But prosecutors say in purchasing that property, she lied about whether she had any federal tax debts when the IRS had issued a lien on her Baltimore property.

Prosecutors also allege that she falsely said the property was a second home, which lowered the interest rate.

She already had lined up a management company to operate it as a short-term rental, the indictment says.

Mosby purchased the eight-bedroom, 4,000-square-foot Kissimmee property in September 2020 for $545,000 and was using it as a rental property. She sold it in November for a $150,000 profit, to a buyer from Baltimore County.

Mosby was elected to become the city's top prosecutor in 2014, and rocketed to national prominence by bringing charges in the police custody-related death of Freddie Gray and pushing progressive policies. She was reelected in 2018 and is up for reelection this year.

Supporters have said she is being targeted for her progressive policies and Black leaders are often unfairly targeted for investigations. In October, a group including civil rights attorney Ben Crump called for an end to the investigation.

Joining them, Bolden said federal prosecutors were pursuing perjury charges against his client, but would not give him details. He said he was only told that it related to her signature on a document.

"I say, what document?" Bolden said. "You can't prosecute me for perjury, or that I lied about a document, without telling me what the document is. Without telling me what the lie is. That's denial of due process. Every one of them, there were eight in the room, refused to tell us what the lie was, what document they saw."

Bolden repeated that line of attack Thursday, saying federal tax authorities "went completely dark" and refused to say whether they were considering the evidence he submitted to support Mosby's innocence.

"You would only conduct a criminal investigation in that manner, if you were not interested in the truth or exculpatory evidence or justice, but rather only concerned with obtaining an indictment and bringing false charges against my client - at all or any costs," he said.

Federal prosecutors accuse Mosby of making a second withdrawal from her retirement savings, this one in December 2020 for $45,000, and again falsely claiming financial hardship related to the coronavirus. She used that money as a down payment for a $476,000 condominium on a barrier island in Longboat Key, Florida, according to the indictment. She bought the condo last February.

Retirement account holders such as Mosby are allowed to withdraw funds before a certain age and avoid the typical 10% tax penalty under the federal coronavirus relief passed in 2020. Those taxpayers, who must meet hardship conditions, can either repay their accounts or report the extra income over the next three years on tax returns.

Ed Jacobson, president and CEO of Glass Jacobson, said many of the Owings Mills tax, accounting and financial services firm's clients benefited from that provision, making withdrawals from 401(k) or IRA accounts after losing income in the pandemic.

"It provides somebody who needs cash a way to pull from a retirement account and do it with relatively minor tax consequences," Jacobson said. "It was a wonderful provision of the CARES act ... Clearly you have to have a negative, adverse effect to avail yourself of some of the relief."

But he said, until news of Thursday's indictment, he hadn't heard of the IRS challenging any withdrawals.

"It's a brand new law," he said. And, "the IRS is so far behind in processing returns and processing refunds ... I have not seen it challenged before."

He called allegations of false statements on mortgage applications "pretty serious charges." Mortgage applicants typically can get lower mortgage rates on a second home than on an investment property. And "having a lien would make a borrower a higher risk, if a borrower could even get the loan."

Typically, a lender would turn up a tax lien before approving a loan.

If convicted, Mosby faces a maximum of five years in prison for each of the two counts of perjury and a maximum of 30 years for each of the two counts of making a false statement. Actual sentences take into account a defendant's history and are typically far less.

A fundraising website has been established to accept donations for Mosby's legal defense, but it remains unclear who is in charge of the money. Mosby and her attorney have said they have nothing to do with the fund. The fund manager has not responded to questions from The Baltimore Sun.

NAACP leaders in Maryland have said they intend to donate money from the organization.

The Sun reported in late 2020 that a $45,000 federal tax lien had been placed against the Mosbys.

Court records show the couple repaid the debt in July.

**Marilyn Mosby** also has faced questions about a travel company she formed in 2019 and did not initially disclose on state ethics forms. She requested an investigation by Inspector General Isabel Cumming; ultimately, Mosby criticized Cumming for not clearing her.

Mosby can remain in office with the charges pending. State law generally requires a conviction to remove her from office.

A spokeswoman for the Baltimore State's Attorney's Office issued a statement saying city prosecutors will remain focused on their work.

"Our leadership and our frontline prosecutors are some of the best in the world and we will not be distracted or sidetracked from our mission to make Baltimore a safer community," spokeswoman Zy Richardson said.

Caption:
Prosecutors allege **Marilyn Mosby** lied on a mortgage loan application by hiding a federal tax debt. Ulysses Muñoz/BALTIMORE SUN

**Marilyn Mosby**'s attorney, A. Scott Bolden, pledged Thursday to fight the federal charges, again accusing prosecutors of harboring a personal grudge against her. Amy Davis/Baltimore Sun

Copyright (c) 2022 The Baltimore Sun Company

Record Number: BS0121547969

**Daily Record, The (Baltimore, MD)**

January 14, 2022

Section: News

Topics:

**Index Terms:**
General news

**Indicted Baltimore State's Attorney Mosby launches impassioned defense: 'I have done nothing wrong'**

Author: *Madeleine O'Neill*

Article Text:

Embattled Baltimore prosecutor **Marilyn Mosby** vowed to fight her federal charges Friday at an impassioned news conference in front of the Baltimore State's Attorney's Office that she has headed since 2015.

"I wanted the people of Baltimore to hear it from me: I have done nothing wrong," Mosby said in her first public comments since being indicted Thursday. She faces two counts each of perjury and making false statements on loan applications.

Mosby did not take questions from the press at the news conference. She followed the same playbook that her attorney has used in the media since the indictment became public: attack the integrity of the U.S. Attorney's Office in Maryland and claim that racial or political animus is behind prosecutors' actions.

"This indictment is merely a political ploy by my political adversaries to unseat me," Mosby said. "Please also understand that I will never let that happen without a fight."

The allegations stem from Mosby's purchase of two Florida vacation homes in 2020.

Mosby is accused of falsely claiming she suffered financially during the COVID-19 pandemic in order to withdraw money from her retirement account without incurring the usual penalty. In fact, her salary increased by about $10,000 in 2020, to $247,955, according to the indictment.

She used the retirement withdrawals to make down payments on homes in Kissimmee and Long Boat Key, Florida, the indictment claims.

She is accused of improperly withdrawing $40,000 in May 2020 and another $50,000 in December 2020. She is also charged with failing to disclose that an IRS lien for $45,000 in unpaid taxes when she applied for mortgages for the Florida properties.

Mosby's attorney, A. Scott Bolden, said Thursday that the indictment was "bogus" and designed to politically damage Mosby, who is up for reelection this year.

In a radio interview Friday, Bolden said he tried to present exculpatory evidence to prosecutors, but that they declined to meet with him.

He told WYPR's Tom Hall that Mosby had "other business interests" that were affected by COVID-19, including a travel company she formed in 2019. Bolden did not elaborate when asked for more details, but he said Mosby consulted with experts, including accountants, who "gave her the go-ahead" to use her retirement money to make investments.

Both Mosby and Bolden noted that the lead prosecutor handling her case, Assistant U.S. Attorney Leo Wise, made campaign contributions to two of Mosby's political opponents in the 2018 primary. She went on to win reelection.

Copyright © 2022 BridgeTower Media. All Rights Reserved.

Copyright, 2022, The Daily Record (Baltimore, MD)

Record Number: 287845

**Baltimore Brew (MD)**

January 14, 2022

Section: Crime & Justice

**Many questions linger around private travel businesses Mosby cites in her defense**

Author: *Fern Shen and Mark Reutter*

Article Text:

Pushing back against prosecutors who allege that Baltimore State's Attorney **Marilyn Mosby** falsely claimed Covid hardship to get early access to her tax-deferred retirement money, her lawyer says they were wrong – she did experience hardship.

While she did receive her nearly quarter-million-dollar salary in 2020, she faced losses from her private businesses, Mosby's attorney, A. Scott Bolden, told the New York Times and other media.

"Remember, **Marilyn Mosby** had businesses, if you will, and so those businesses were in the travel space and they were affected by it," Bolden said on Roland S. Martin's online broadcast last night.

But back in July 2020 – when Baltimore Brew disclosed the existence of Mahogany Elite Enterprises LLC and two other entities that Mosby had registered in her name – her spokesperson said the businesses were not "operational" and that she would not start them up until she was out of public office.

"There are no clients and she has not received a single cent in revenue," communications director Zy Richardson stated in an email to The Brew about the businesses' status.

Mosby then herself called on Baltimore Inspector General Isabel Mercedes Cumming to investigate the businesses and her extensive out-of-town travel, instructing Cumming, "I ask you to verify that I have not taken on a single client for these companies, nor have I taken in any money."

Both emphatic statements were made two months after Mosby certified, on official forms, that she had experienced "adverse financial consequences" related to Covid-19.

This allowed her to illegally gain early access to $40,000 of her tax-deferred retirement funds to buy a Florida vacation home, yesterday's federal indictment alleged.

Baltimore's top prosecutor made the same Covid-related hardship claim five months later when she requested $50,000 more from her retirement account to buy a second Florida property, a condominium near Sarasota, according to the indictment.

Three Companies Created

Revelations about her private businesses came at the start of a period of public controversy for Mosby, who had cultivated a national profile since announcing charges against police officers in connection with the 2015 death of Freddie Gray.

As The Brew reported, Mosby incorporated Mahogany Elite Enterprises and two affiliates, Mahogany Elite Travel and Mahogany Elite Consulting, in May 2019, just months after she began her second term as state's attorney.

It was unclear why Mosby had set up the companies if she did not plan to operate them until she left office, which would be no earlier than in January 2023.

Spokesperson Richardson said the companies' purpose was to "to help underserved Black families who don't usually have the opportunity to travel outside of urban cities."

Mosby did not report the companies, as required, on her 2019 disclosure statement to the Maryland Ethics Commission.

Instead, an amended statement was submitted by Mosby months later after The Brew downloaded her original filing, which triggers notification to the filer.

This tidbit was one of many critical findings of the Cumming report that Mosby had requested, but denounced when it was released last February as unfair and prejudiced.

_____

Taking no questions, State's Attorney **Marilyn Mosby** spoke briefly today to the media, saying she was innocent and vowing to "fight with every ounce of energy within my being."

Mosby also alluded to The Brew's July 2020 story about her out-of-town trips: "I did not expect for an investigation into my professional travel, which I asked for, to somehow snowball into state ethics and state election board inquiries, federal investigations, and ultimately a federal indictment."

_____

Brew reporting also disclosed that Mosby had been traveling extensively pre-Covid, taking 23 out-of-state trips sponsored by nonprofits and other groups.

Mosby's trips – to locations that included Africa and Scotland as well as Germany and Portugal – served to deepen her knowledge of alternative approaches to criminal justice, Richardson said.

Polarizing Presence

With Baltimore then experiencing its highest homicide rate ever, Mosby's frequent travel (she was physically absent from the state's attorney's office for more than 140 days in 2018 and 2019, Cumming reported) was raising criticism.

The exodus of experienced prosecutors, already underway in the wake of the failed prosecution of the Freddie Gray case, has accelerated over the last year.

A notable departure was the recent retirement of her chief deputy, Michael Schatzow, one of the lead prosecutors in the Gray case.

"Junior prosecutors who handled misdemeanor cases are stepping into murder and other felony cases," a former SAO staffer who left in frustration told The Brew. "The lights are on, but no one's home."

Meanwhile Mosby was becoming an increasingly polarizing figure.

Lionized by national media as a "progressive Black prosecutor," she was being hammered from the left in Baltimore for among other things, her prosecution of a Black man named Keith Davis Jr.

Incarcerated since 2015, Davis has been prosecuted by Mosby's office four times without any resulting conviction.

Other voices, including that of Maryland Republican Gov. Larry Hogan, were attacking Mosby for her office's policy to stop prosecuting drug possession and prostitution.

Mahogany Elite as Tax Dodge

In her letter asking Cumming to investigate, Mosby made her case at one point this way:

"The people of Baltimore have endured far too many corruption scandals and need to know what is and is not illegal," she wrote.

But Cumming's findings confirmed most of the reported issues – and raised some new ones.

The inspector general found that Mosby did not use Mahogany Elite as a source of income, but to claim travel and professional expenses, reducing her 2019 taxable income by $5,000.

The IG also found that she used Mahogany Elite to book airfare for herself and her husband, Nick Mosby, from San Jose, Calif., where she had attended a prosecutors' meeting, to Tampa. Fla.

(At the time, Nick Mosby was a state delegate. He is now City Council President. He is not named in the federal indictment.)

Reviewing the State Department of Assessments and Taxation online database, the three companies are still listed in good standing and still list **Marilyn Mosby** as owner and resident agent.

_____

To read The Brew's full coverage:

Marilyn and Nick Mosby

To reach Brew reporters Fern Shen and Mark Reutter: editors@baltimorebrew.com.

Caption:
Above: **Marilyn Mosby** with attorneys A. Scott Bolden and Ben Crump. (Facebook)

An image from the legal expense fundraising page set up by unnamed parties for Nick and **Marilyn Mosby**. (mosbydefensefund.com)

Copyright © 2022 Baltimore Brew LLC, All rights reserved.

Record Number: 1e98d652bb9a83c8895a8a33d2847ccf9a55233

**Afro-American, The (Baltimore, MD)**

January 14, 2022

Section: Front Page

Topics:

**Index Terms:**
Baltimore Government, Baltimore News, Homepage Slider, News, Politics,
Uncategorized

**4-count indictment filed against Baltimore City State's Attorney Marilyn
Mosby allege perjury, false statements on loan applications**

Author: *Alexis Taylor*

Article Text:

Special to the AFRO

The purchase of two out-of-state vacation homes are at the center of the federal
indictment for Baltimore City State's Attorney **Marilyn Mosby**.

United States Attorney for the District of Maryland Erek L. Barron announced a four-
count indictment, on Jan.13, with agents from the criminal investigation unit of the
Internal Revenue Service (IRS) and the Baltimore Field Office of the Federal Bureau of
Investigation.

A federal grand jury indicted Mosby after considering alleged violations of the
Coronavirus Aid, Relief and Economic Security Act of 2020 (CARES Act) and hearing
evidence related to false statements in the mortgage applications for two vacation homes
in Florida.

The 19-page indictment alleges that Mosby first falsely claimed financial hardship during
the coronavirus pandemic in order to withdraw large amounts of money from her
retirement early under special guidelines created by the CARES Act.

The CARES Act allows contributors to complete early withdrawals of up to $100,000
from their retirement accounts, as long as they "affirm under penalty for perjury" that the
withdrawal is needed due to financial hardship directly caused by the pandemic.

According to the indictment, Mosby lied in May 2020 when she checked a box that said
she was withdrawing her funds early because her income was negatively impacted by the
virus. The box Mosby allegedly checked was reserved for people facing financial
hardship as a result of quarantine, furlough, reduced work hours, a lack of childcare or
the closing or downsizing of a personal business during the pandemic.

"In fact, Mosby's gross salary in 2020 was $247,955.58 and it was never reduced. She received bi-weekly gross pay direct deposits in the among of $9,183.54 in all the months leading up to her 'City of Baltimore Retirement Saving and Deferred Compensation Plans 457(b) Coronavirus-Related Distribution Request' in May 2020," reads the indictment. "Rather than experiencing a reduction in 2020, Mosby's gross salary in 2020 increased over her gross salary in 2019, which was $238,772.04."

Mosby then used the premature withdrawal of $40,000 to help purchase a $490,500 vacation home in Kissimmee, Florida, where – in exchange for a lower interest rate- Mosby allegedly claimed she would live for a year before attempting to use the home as a rental property.

The jury believed the interest rate discount was provided on false pretenses, given that Mosby had arranged for a property management company to oversee vacation rentals at the Kissimmee home just one week prior to closing on the property.

The Baltimore City State's Attorney also chose not to disclose tax liens when specifically asked in the loan application submitted for the Kissimmee property in September 2020.

"The application required Mosby to disclose her liabilities. Mosby did not disclose that she owed significant amounts of federal taxes," states the indictment.

"In response to the question, 'Are you presently delinquent or in default on any Federal debt or any other loan, mortgage, financial obligation, bond, or loan guarantee,' Mosby indicated 'no' despite the fact that she was delinquent in the payment of federal taxes resulting in the IRS filing a $45,022 lien against her on March 3, 2020."

Mosby walked into counts three and four of the indictment by allegedly engaging in a second round of some of the exact behaviors that led to counts one and two.

At the end of December 2020, the indictment states that Mosby "requested a one-time withdrawal of $50,000 from her City of Baltimore employee retirement account."

Again, under the penalty for perjury, Mosby claimed that she qualified to receive a "coronavirus-related distribution" due to financial hardship. On the last day of the year she received $45,000.

The money was used in February 2021 to purchase another Florida vacation home- this time in Long Boat Key. Again, Mosby did not disclose tax liens she was made aware of in March of 2020.

Authorities have indicated that they will "seek forfeiture" of "any property, real or personal, which constitutes or is derived from proceeds traceable to the scheme to defraud."

"If convicted, Mosby faces a maximum sentence of five years in federal prison for each of two counts of perjury and a maximum of 30 years in federal prison for each of two

counts of making false mortgage applications," stated the Department of Justice (DOJ) in a statement on the indictment.

The DOJ clarified that an indictment does not mean Mosby is guilty and she is presumed innocent until court proceedings find that she is guilty.

Mosby has long drawn criticism for her indictment of six officers involved in the 2015 death of Freddie Gray. Last year she announced her office will stop prosecuting cases for marijuana-related arrests, while also seeking to vacate marijuana convictions as far back as 2011.

Mosby's attorney, A. Scott Bolden was not immediately available for comment, but told 11 News in a statement that Mosby "will prevail against these bogus charges — charges that are rooted in personal, political and racial animus five months from her election."

"Two counts of perjury and two counts of false statements in connection to her borrowing from her own 401(k) and her borrowing to purchase her home(s) is a far cry from criminal tax evasion and tax related charges that were at the heart of this federal investigation," stated Bolden.

Help us Continue to tell OUR Story and join the AFRO family as a member – subscribers are now members! Join here!

© Copyright 2022 The Afro-American Newspaper Company All Rights Reserved.

Record Number: 1f948b6489e1e96465378f7ce1e7cbe974d29aa

**Sun, The (Baltimore, MD)**

January 15, 2022

Edition: First Generic
Section: Main
Page: 3

### Chief promises fixes in the wake of GTTF report

### Public defenders calling for review of convictions

Author: *Justin Fenton and Jessica Anderson*

Article Text:

Baltimore Police Commissioner Michael Harrison said Friday that a blistering report into decades of disfunction and criminal activity within the department only increases the urgency to complete a series of reforms already underway.

Harrison initiated the more than 660-page report into problems that allowed officers in the Gun Trace Task Force to run roughshod across the city, trampling on civil rights while robbing and beating residents and dealing drugs, until an FBI investigation led to the indictments of more than a dozen officers. The report and reforms are part of the ongoing court-ordered federal consent decree aimed to correct problems with policing in the city that began long before Harrison took over in 2019.

"The illegal and immoral actions of the GTTF scandal are a stain on the department's legacy, and moving forward would not be possible without a thorough investigation and deep dive analysis into what allowed these activities to occur within BPD," Harrison wrote in a response to thereport.

"This report represents an important inflection point for our agency. Your recommendations provide a clear roadmap; and by implementing them, along with our Consent Decree, BPD can write the next chapter in our history, one that the residents of Baltimore can be proud to call their own."

The report for the first time released comprehensive information about the disciplinary history of the officers convicted in relation to the GTTF scandal. The complaints against them, and what the department did with those complaints, have been buried in police files until now.

In wake of the report, released Thursday, the Baltimore public defender's office called for a new review of convictions involving corrupt police officers in light of the new report.

Debbie Katz Levi, director of special litigation for the Office of the Public Defender's Baltimore office, said the independent investigation released Thursday "makes painfully clear why we urgently need full public disclosure of all police records and independent investigation of all police misconduct."

"We will not be satisfied until more convictions are overturned, and there is full and complete transparency and accountability for police misconduct records across the entire state of Maryland," Levi said.

The Baltimore State's Attorney's Office has not charged anyone related to the scandal on state-level charges but undertook a review of existing cases involving officers implicated in the scandal, which ultimately reversed about 800 convictions. Prosecutors said they examined whether cases could hold up still, through physical evidence or corroboration from other officers, and dismissed those that relied on the word of tainted officers.

The office also successfully pushed for the passage of a law giving prosecutors discretion to reverse cases without having to convince a judge.

But the state's attorney's office continued to be chided by critics for not being more transparent; Baltimore Action Legal Team this week put up a billboard at Interstate 83 and Gay Street directed at State's Attorney **Marilyn Mosby**: "Give the public the full list of police with integrity issues," it reads, referring to the State's Attorney's Office releasing a "do not call list" of officers that was mostly former officers.

Mosby was indicted on federal charges Thursday afternoon related to the withdrawal of money from a retirement account and the purchase of property in Florida. Her office did not respond to a request for comment on the call by the public defender's office.

The report also included several recommendations for police, including improved screening and background checks for new recruits and improved training, as well as stronger oversight of internal affairs and the handing of complaints against officers. The report also calls for increased oversight of specialized units.

"BPD units that focus on seizing drugs and guns and make arrests at levels substantially higher than other units performing similar functions should be the subject of aggressive scrutiny by BPD top management and by BPD's Audits and Inspections function," the GTTF report said.

Harrison's response said the department "has already began a systematic review of BPD arrests, including arrests made by those units focused on Drug and Gun enforcement, such as District Action Teams (DAT) or our Mobile Metro Unit (MMU)."

The department's response noted that in 2020, for example, "out of 226 Level 2 Uses of Force, 71 (31%) listed a specialized unit (non-patrol) as the primary involved unit."

Harrison said that in addition to more audits of those units, the department also "implemented improved in-person interview and evaluation processes for its detective and operational units," which includes "a full review of a candidate's disciplinary record."

Baltimore Police said they will present their plans at the next public hearing of the federal consent decree, set for next Thursday.

Baltimore Mayor Brandon Scott said in the release that he "will continue to work tirelessly to improve public trust in City Hall and the Baltimore Police Department. I will continue to partner with Commissioner Harrison to embrace these core values and prove government can operate in your best interests."

Copyright (c) 2022 The Baltimore Sun Company

Record Number: BS0121545749

**Sun, The (Baltimore, MD)**

January 15, 2022

Edition: First Generic
Section: Main
Page: 1

**Few Baltimore political leaders speaking out in wake of federal charges**

Author: *Emily Opilo*

Article Text:

Political leaders in Baltimore and across the state were reluctant to react publicly Friday to news of the city's top prosecutor being indicted on federal criminal charges, responding with commitments to double down on work and not let the charges become a distraction.

Following the early 2021 revelation of a federal investigation and months of public speculation, Baltimore State's Attorney **Marilyn Mosby** was charged Thursday with perjury related to a COVID financial hardship withdrawal from her retirement savings and making false statements on mortgage documents during the purchase of two homes in Florida.

The indictment outlines a scheme in which Mosby withdrew money without penalty from her city retirement account, stating she experienced a financial setback due to the

coronavirus pandemic. She then used that money toward a down payment on a rental property in Florida where, according to the indictment, she lied by saying there wasn't a federal tax lien against her and falsely said the property was a second home instead of a rental, which could mean a lower mortgage interest rate.

News of the charges still was washing over city residents Thursday evening as the first top officials declined to comment on the matter.

Gov. Larry Hogan, who has been critical of Mosby, arguing her prosecutorial choices contribute to violent crime in the city, declined to comment on the charges. Just two months ago, the Republican governor ordered a review of state funding to the Democratic prosecutor's office and demanded detailed statistics on how often her office dismisses cases or strikes deals with defendants.

Baltimore Mayor Brandon Scott pledged not to allow the charges to distract his administration.

"With so much at stake, Mayor Scott will continue to champion transparency and accountability to maintain trust in City Hall and prove that local government can operate in the best interests of Baltimoreans," said Cal Harris, spokesman for the Democratic mayor. "Mayor Scott will not allow these charges to distract his administration from addressing Baltimore's most pressing needs and paving a new way for our city."

Police Commissioner Michael Harrison, who works closely with Mosby to prosecute charges related to the Baltimore Police Department's work also pledged through a spokeswoman to remain focused in the wake of the indictment.

"The Police Commissioner is focused on the job of improving the management practices of the police department so that we can be a more effective agency to reduce crime and to keep the residents of Baltimore safe," said spokeswoman Amanda Krotki.

Few members of Baltimore's state delegation were willing to comment Friday. Those that did worried mostly about the distrust the case could cause for city residents.

State Sen. Jill Carter said we "don't know enough" to weigh in on the charges but called it "sad for the city" that the case could cast a cloud over city government.

"I think it's safe to say we all feel deeply saddened by this," Carter said. "I do think this will make it extremely difficult for our city to function in the meantime."

State Sen. Mary Washington called the allegations against Mosby "concerning."

"I worry about the distrust that stories like these continue to sow in the people of Baltimore when it comes to believing in their government," she said.

Washington said she will be watching the case closely, and hopes the "truth will prevail."

Baltimore City Council members, who work under the leadership of Mosby's husband, Council President Nick Mosby, were even more reluctant to weigh in on the matter.

Voice mails left for several members went unreturned. Others declined to answer their phones. The council president has not responded to multiple requests for comment, but reposted a series of Instagram posts supportive of his wife to his own account Friday afternoon.

Councilman John Bullock urged his colleagues not to rush to judgment.

"I'd like to see the process play itself out," he said.

Bullock said he doesn't foresee the charges impacting city operations, but they will present challenges for the state's attorney's office as Baltimore's prosecution arm, he said.

"I can imagine it's an awkward situation for her and her office," he said, noting that Mosby is entering an election year.

The Democratic primary for state's attorney will be held June 28.

Bullock said the city has faced criminal charges against other officials in recent years and weathered those storms.

Mayor Catherine Pugh resigned from office in 2019 amid an investigation into a self-dealing scandal involving her Healthy Holly books, eventually pleading guilty to conspiracy and tax evasion. Bullock, a councilman since 2016, was also in office as Baltimore Police Commissioner Darryl De Sousa resigned in 2018 as pressure mounted from a federal probe into his personal finances. De Sousa later pleaded guilty to failing to file federal tax returns.

Bullock said he worried about how the charges may reflect upon the city on the national stage.

"That's an unfortunate reality when we have a series of situations that folks may have a negative view of the city and try to run with that narrative," he said. "We know there's much more going on with Baltimore than some of those headlines and we try to present the best image of the city given what we're doing."

As the city's legislative arm, Baltimore City Council has little oversight over the Baltimore's State's Attorney's office although the group has oversight of the office's budget of $50.4 million from local, state and federal sources. Council members traditionally have taken a hands-off approach to the prosecutor's office. The council president, who also chairs the city's spending board as part of his position, has recused himself repeatedly since taking office from all financial matters involving the state's attorney's office.

Comptroller Bill Henry said the city's voters understood the Mosbys' "dynamic" when they elected the council president to office.

"While these charges may add an emotional and a political dynamic to the situation, from a policy perspective, he dealt with the potential conflict last budget season, and there's every reason to expect him to deal with it this year as well," Henry said.

Of the state's attorney, Henry said the charges do not need to impede her work.

"Absent a guilty plea, conviction or inability to carry out the duties of the office," he said, "there's no reason for her to step aside."

Staff writers Bryn Stole and Pamela Wood contributed to this report.

Copyright (c) 2022 The Baltimore Sun Company

Record Number: BS0121548007

**Sun, The (Baltimore, MD)**

January 15, 2022

Edition: First Generic
Section: Main
Page: 2

**Mosby perjury charges cloud reelection bid**

Author: *Emily Opilo*

Article Text:

The criminal charges against Baltimore State's Attorney **Marilyn Mosby** caught the city off guard, in spite of the intense scrutiny that has surrounded the case for much of the year since the investigation became public.

Mosby, who has cultivated a national reputation as well as faced local critics, now must overcome a series of challenges to preserve her political and legal career, including a primary election just months away and the daunting task of taking on federal prosecutors.

Baltimore's top prosecutor was charged Thursday with perjury related to a COVID financial hardship withdrawal from her retirement savings and making false statements during the purchase of two homes in Florida. The indictment alleges Mosby withdrew money without penalty from her city retirement account in May 2020, stating that she had experienced a financial setback due to the coronavirus pandemic. At the same time, her salary increased. Mosby makes about $248,000 a year.

The indictment also states that Mosby put the money she received toward a down payment on a rental property in Florida. During that process, prosecutors allege, she lied by saying she didn't have a federal tax lien and falsely said the property was a second home instead of a rental - thereby lowering the interest rate.

In an appearance Friday afternoon, Mosby said she planned to fight the charges that she called politically and racially motivated. Thursday evening, her attorney, A. Scott Bolden, decried the charges as well, calling them false and "rooted in personal, political and racial animus."

While the indictment brought against Mosby is jarring, the charges were not what many expected. When the investigation into Mosby and her husband, City Council President Nick Mosby, was revealed in March, it appeared to be focused on the Democratic couple's charitable donations.

Federal prosecutors subpoenaed local churches for records of donations by the couple, while also seeking tax returns, bank and credit card statements, loan documents and

canceled checks. **Marilyn Mosby**'s campaign treasurer was subpoenaed and records were requested related to the couple's private travel and businesses.

The indictment presented Thursday, which does not name the council president, takes a different tack. But it still presents challenges to Mosby's political future, as it arises just ahead of the Feb. 22 deadline for her to file for a reelection bid.

Mosby is unlikely to stand trial anytime soon, particularly before the June 28 primary. In highly Democratic Baltimore, the primary represents the main contest in the election. Two Democrats have announced their intention to run against her: defense attorneys Ivan Bates and Roya Hanna. No Republicans have entered the field.

Both Bates - who tweeted "everybody deserves their day in court" - and Hanna will no doubt seek to undermine the two-term state's attorney with news of the indictment.

But Mosby also has fought vehemently, thus far, making an early play to win in the court of public opinion. Bolden, her attorney, accused the U.S. attorney's office last summer of carrying out an overly broad, politically motivated investigation.

"The feds have no legal basis to indict my client," Bolden said. "This investigation appears to be essentially a civil audit of my client's tax returns, put into a grand jury by individuals who have a personal, political, and possibly a racial animus against Mrs. Mosby, who is one of a few leading Black female progressive prosecutors in this country."

On Thursday night, he raised similar concerns, while noting that the indictment landed "five months from her election."

Prominent allies have rallied behind Mosby. Several nationally renowned civil rights attorneys and pastors gathered in Baltimore ahead of a visit this fall by Democratic President Joe Biden to call for an end to the investigation. Speaking to reporters in a West Baltimore church, the group argued Mosby and other leading Black female prosecutors in America have been ridiculed, mocked, sued and investigated because of their work to bring equity to the criminal justice system.

Last summer, Mosby and her husband launched a legal defense fund. Willie Flowers, president of the Maryland state conference of the NAACP, said the civil rights organization would donate to the fund.

Should Mosby prevail in winning a third, four-year term, she could face other challenges beyond the charges she faces, albeit further down the road.

The state attorney general's office could not provide an answer Thursday night about whether and how a state's attorney could be removed from office. A spokeswoman declined to comment on Mosby's charges.

Two sections of the Maryland Constitution lay out possible paths.

An elected official convicted of a felony is suspended from office without pay or benefits and someone is appointed to temporarily fill the position. Once a conviction is final, such as following a judicial review, the official is removed from office.

Another section says a state's attorney may be removed from office for "incompetency, willful neglect of duty, or misdemeanor in office." But he or she must be convicted on those grounds in the courts or voted out by two-thirds of the state Senate. Maryland Attorney General Brian Frosh would have to call the senators to vote. It was unclear whether either provision ever had been used to remove a state's attorney.

Federal criminal cases against elected officials typically end in a conviction - such as former U.S. House Majority Leader Tom DeLay - or a plea deal - like former Baltimore Mayor Catherine Pugh. But sometimes prosecutors whiff - as with the dismissed charges against U.S. Sen. Robert Menendez of New Jersey - or a conviction is overturned.

In addition, the bar counsel of the Maryland Attorney Grievance Commission has the authority to petition a circuit court for an injunction of an attorney's license to practice law. Such an injunction requires information that the attorney is engaging in professional misconduct and poses an immediate threat to cause "substantial harm to the administration of justice."

This all means that without a conviction, unless voters choose another candidate, Mosby chooses to step aside, or the bar counsel decides to act, she likely will continue to serve in office.

Copyright (c) 2022 The Baltimore Sun Company

Record Number: BS0121545754

**Sun, The (Baltimore, MD)**

January 15, 2022

Edition: First Generic
Section: Main
Page: 1

**State's attorney pledges
to fight criminal perjury case, calls to step down**

Author: *Tim Prudente and Alex Mann*

Article Text:

Baltimore State's Attorney **Marilyn Mosby** struck a defiant tone Friday in her first public appearance since being indicted on federal perjury charges, pledging to fight a case that she called politically and racially motivated and heading off calls that she step down from office.

"I wanted the people of Baltimore to hear it from me: I've done nothing wrong. I did not defraud anyone to take money from my retirement savings. I did not lie on my mortgage application," she said. "Don't be fooled. We are now five months from my next election, and this indictment is merely a political ploy by my political adversaries to unseat me.

"Please understand. I will never let that happen without a fight."

The two-term Baltimore State's Attorney is charged with two counts of perjury and two counts of making false statements on loan applications to buy a condo on the Florida's Gulf Coast and an eight-bedroom rental home near Disney World. According to the indictment, Mosby claimed a financial hardship that allowed her to make two early withdrawals totaling $81,000 from her retire

ment savings for the down payments.

The early withdrawals were permitted under the federal CARES act for people who suffered financial hardship during the coronavirus pandemic. Federal prosecutors, however, say Mosby suffered no such hardship and instead saw her salary increase by $10,000 to nearly $250,000 in 2020.

In making the withdrawals, Mosby checked a box and affirmed under the penalty of perjury that she suffered financial hardship by either being furloughed, having reduced work hours, being unable to work because of a lack of child care, or a reduction in a personal business. Federal prosecutors say none of these circumstances apply to the Baltimore state's attorney.

They also accuse Mosby of making false statements on loan applications by failing to disclose a $45,000 federal tax lien against her. According to the indictment, she falsely said the property near Orlando, Florida, was a second home, which lowered the interest rate, when she had lined up a management company to operate it as a vacation rental.

During her brief appearance Friday, Mosby did not take questions. She read a roughly five-minute statement that described her underdog bid for Baltimore State's Attorney in 2014, then the political fallout she faced after charging six police officers in the police custody-related death of Freddie Gray - none were convicted - and implementing progressive criminal justice reforms in Baltimore.

"I am innocent, and I intend to do what I've always done since becoming state's attorney in the city I love: Fight. I will fight these charges with everything I have in me," she said. "I'm built for this, and I will not be distracted from doing my job."

A spokeswoman for the U.S. Attorney's Office in Baltimore declined to comment. Overseeing the case is the new U.S. Attorney for Maryland, Erek Barron, the first Black person to hold the position in Maryland. President Joe Biden nominated Barron, who was sworn in last October.

Handling the case is Assistant U.S. Attorney Leo Wise, who prosecuted the rogue officers of the Gun Trace Task Force, former Baltimore Mayor Catherine Pugh and noted attorney Ken Ravenell.

Mosby's personal attorney, A. Scott Bolden, has seized on $100 donations Wise made to the political campaigns of Mosby's two challengers in 2018 and sought - albeit unsuccessfully - to have Wise removed from the case.

The case against Mosby has been a matter of debate and speculation for nearly a year. Federal prosecutors issued subpoenas last March for a wide range of financial documents from Mosby and her husband, City Council President Nick Mosby. The indictment alleges no wrongdoing by Nick Mosby.

Bolden has maintained **Marilyn Mosby** is innocent and has accused federal authorities of pursing the case because of a personal grudge against Mosby, one "rooted in personal, political and racial animus."

He also accused prosecutors of turning a blind eye to exculpatory evidence that Bolden claimed he provided them.

The charges come five months before the June primary election. While Mosby has not publicly declared her bid for a third term, her re-election campaign has begun to raise money. Two defense attorneys in Baltimore have launched Democratic campaigns to unseat her.

If convicted, Mosby faces a maximum of five years in prison for each of the two counts of perjury and a maximum of 30 years for each of the two counts of making a false

statement. Without a past criminal record, she likely would be sentenced to far less prison time if convicted.

The case has become a lightning rod in Baltimore's political and legal establishments as well as the Black community.

As City Council president, Mosby's husband wields political power and Baltimore's elected officials have kept silent or been judicious with their comments.

Mosby's supporters, including leaders in the NAACP, have rallied around her. Other Black leaders have been reluctant to speak publicly about the case, citing conflicted feelings that elected officials should be held to the highest ethical standards while noticing the biggest public corruption cases in recent years have come against Black officials.

Those include former Police Commissioner Darryl De Sousa, who was sentenced to 10 months in federal prison for tax fraud, and former Mayor Catherine Pugh, who was sentenced to three years for her "Healthy Holly" fraud scheme.

The U.S. Attorney's Office is currently pursuing fraud charges against Roy McGrath, who is white and the former chief of staff to Maryland Gov. Larry Hogan.

"Any federal indictment is serious - period. And the United State's Attorney's Office doesn't bring these cases without a lot of thought," said Andrew Radding, who served as an assistant U.S. Attorney in Maryland in the 1970s before launching a white-collar defense career in Baltimore.

He said there's more scrutiny given to whether to charge a case or pursue an investigation when the subject is a public official. However, that doesn't mean federal prosecutors don't get it wrong, or that conviction is a sure thing, he said.

Radding pointed to the recent acquittal of prominent Baltimore defense attorney Joshua Treem on conspiracy and obstruction charges.

Still, he said, federal prosecutors "vet their cases very carefully and when you're dealing with a public official, there is an extra degree of concern because of the damage you can do to them. I would not be surprised if this was run through the Department of Justice before they returned the indictment. In fact, I'd be surprised if it wasn't."

Caption:
Baltimore State's Attorney **Marilyn Mosby** addresses the media outside her office on Baltimore Street a day after her indictment on federal perjury charges stemming from a Florida property transaction. JERRY JACKSON/BALTIMORE SUN

Baltimore State's Attorney **Marilyn Mosby** faces a maximum of five years in prison for each of the two counts of perjury and a maximum of 30 years for each of the two counts of making a false statement. JERRY JACKSON/BALTIMORE SUN

Copyright (c) 2022 The Baltimore Sun Company

Record Number: BS0121548005

**Sun, The (Baltimore, MD)**

January 16, 2022

Edition: First Generic
Section: Main
Page: 8

**Sunday News Shows INTERVIEW GUESTS**

Article Text:

ABC's "This Week": Dr. Vivek Murthy, U.S. surgeon general; Rep. James Clyburn, D-S.C. 9 a.m., WMAR (Channel 2); 10 a.m., WJLA (Channel 7)

NBC's "Meet the Press": Rep. James Clyburn, D-S.C.; Sen. Mitt Romney, R-Utah. 10 a.m., WGAL (Channel 8) and WBAL (Channel 11); 10:30 a.m., WRC (Channel 4)

CBS' "Face the Nation": Gov. Larry Hogan, R-Md.; Sen. Tim Kaine, D-Va.; Mayor Quinton Lucas of Kansas City, Missouri; Betsey Stevenson, professor of public policy and economics at the University of Michigan. 10:30 a.m., WUSA (Channel 9), WJZ (Channel 13)

CNN's "State of the Union": Dr. Vivek Murthy, U.S. surgeon general; Rep. James Clyburn, D-S.C.; Sen. Bill Cassidy, R-La.; Rep. Mike McCaul, R-Texas. 9 a.m., CNN

"Fox News Sunday": Republican Glenn Youngkin, who is being sworn in Saturday as Virginia's governor; Dr. Ashish Jha, dean of the Brown University School of Public Health. 9 a.m., WTTG (Channel 5), WPMT (Channel 43) and WBFF (Channel 45); 2 p.m., FOX News Channel

"Matter of Fact with Soledad O'Brien": Host Soledad O'Brien examines the phenomenon on missing people of color and how these cases are often treated differently than those of white people. 11 a.m., WBAL (Channel 11)

"11 TV Hill with Jason Newton": Host Jason Newton speaks with an infectious disease expert on the difference between a pandemic and endemic as the omicron variant continues to surge. 11:30 a.m., WBAL (Channel 11)

"Square Off": Moderator Richard Sher presents a Square Off Exclusive: "Baltimore 2022 through the eyes of former three-term Baltimore Mayor Kurt L. Schmoke," who is now President of the University of Baltimore. What's his reaction to the federal indictment of Baltimore State's Attorney **Marilyn Mosby**? Schmoke was the first elected African American mayor of Baltimore and has strong opinions about today's Baltimore with its out of control murders, declining population, departing businesses, education problems and more. In the 1980s he proposed the decriminalizing of drugs while opposing the war

on drugs. If he were still mayor, what steps would he take to try to end the murders and to bring together a divided city? Plus a look at what the University of Baltimore is doing to help rehabilitate prison inmates at the Jessup Correctional Institution. Available online at squareoff.net

Caption:
U.S. Surgeon General Vivek H. Murthy will be making the rounds today on ABC's "This Week" and CNN's "State of the Union." Damian Dovarganes/AP

Copyright (c) 2022 The Baltimore Sun Company

Record Number: BS0121545959

**Sun, The (Baltimore, MD)**

January 16, 2022

Edition: First Generic
Section: Main
Page: 3

**Another year, another indictment**

**COMMENTARY**

Article Text:

Too late for **Marilyn Mosby** - the Baltimore City State's Attorney was indicted on Thursday by a federal grand jury - but here's what I think every public official in Maryland needs to read and sign before they take office:

"I fully understand that anything and everything I do, in public or private, could easily cause me to become the subject of gossip and intense scrutiny by my political opponents, the news media, inspectors, auditors, state prosecutors and federal prosecutors. I understand that Maryland has a long history of political corruption and an equally long history of aggressive prosecutors who seldom lose a case. I acknowledge that, in the Information Age, the feds have a lot of tools at their disposal to catch me in the act of a financial crime. Should I attempt to do anything sleazy or stupid, it might cause me to be indicted, arrested, imprisoned or sent into low company. And I know what's sleazy and what's stupid, so help me God."

Or something like that.

It needs to be stated clearly. The standard oath of office is one thing, a pledge against stupidity and/or sleaze is quite another. And apparently necessary.

You'd think all people in public office would understand this by now - Maryland gave the world Spiro Agnew 50 years ago, for cryin' out loud - but indictments keep happening.

As a rookie reporter for the late, lamented Evening Sun in 1976, I was assigned to help with the coverage of a federal trial. When I asked who was on trial, an editor barked, "The governor."

So, in the year 2022, when you tell me Baltimore's top prosecutor - a Boston College Law School graduate, for cryin' out loud - has been indicted for trying to fraudulently obtain thousands of dollars for property in Florida, I have to believe she missed some basic training.

At the least, you'd think Mosby would have noticed what's been going on around here these last few years. Doesn't she read a newspaper?

A partial list: A mayor convicted of theft; another mayor incarcerated after being caught in a scam involving a children's book; a state senator in federal prison for fraud; a state delegate in federal prison for fraud and bribery; a former chief of staff for the governor charged with fraud and embezzlement; one of the region's bigshot attorneys charged with extortion.

So I don't get how Mosby thought she would get away with what the indictment alleges - that, while pulling down nearly $250,000 in salary in 2020, she claimed pandemic-related hardship to obtain money from her city retirement savings to purchase two Florida properties. She's also accused of lying on loan applications, another federal offense.

Her lawyer claims the feds are carrying out some sort of vendetta and suggests that prosecutors are racially motivated to go after Mosby, who is Black. That's an interesting accusation in light of the fact that Erek L. Barron has been U.S. Attorney in Baltimore since October. Barron is the first Black person to hold that powerful position. His signature is on Mosby's indictment.

One of my many contacts in the city, an opinionated fellow on the west side who regularly offers me his pithy take on things, suggested that federal prosecutors had stretched to find a Mosby misdeed.

He's a Mosby supporter who thinks she can do no wrong, so I wasn't surprised that he said that.

What surprised me in all this was the level of Mosby's gall - that, according to the indictment, she exploited a pandemic relief provision that allows people hurting financially to tap into their retirement accounts without a major tax hit. It doesn't strike me as a very clever endeavor. We're talking about allegedly lying on forms, creating a digital/paper trail, for cryin' out loud. While Mosby obviously has attracted federal attention because of her position, her decision to apply for pandemic relief while reporting nearly $250,000 in income to the Internal Revenue Service probably triggered an alert.

The feds have been sniffing out fraud related to the billions in relief that Congress authorized for the health crisis, and there have been recent indictments right here in Maryland.

A partial list: A 35-year-old Baltimore woman charged with fraudulently obtaining money from two federal loan programs to pay for plastic surgery and home renovations; a Chevy Chase attorney accused of swindling a medical equipment company and a Hong Kong investor in a deal for personal protective equipment; a 45-year-old Bowie man accused of fraudulently obtaining loans through the government's Payroll Protection Program; three Prince George's County men charged with impersonating people who lost their jobs during the pandemic in an effort to obtain unemployment benefits.

The indictments in the four cases I just cited allege millions of dollars in fraud. In Mosby's case, the sum is much lower; the feds says she applied for two hardship draws, totaling $81,000, from her city retirement account in 2020.

Now, when millions are involved, especially for businesses that only claim a few employees, you can bet alarms go off in the U.S. Attorney's office and the IRS.

On the lower end, where individuals might try to exploit a program for people genuinely harmed by the pandemic, maybe the alarms don't sound right away. But they eventually do. And, if the feds are already watching you, chances are pretty good they're going to catch you and you'll go to prison, and you should know all that by now, for cryin' out loud.

Copyright (c) 2022 The Baltimore Sun Company

Record Number: BS0121545973

**Sun, The (Baltimore, MD)**

January 16, 2022

Edition: First Generic
Section: Main
Page: 1

**Residents split on claims of 'witch hunt'**

**State's attorney has been polarizing figure in the city**

**MARILYN MOSBY INDICTMENT**

Author: *Alex Mann and Christina Tkacik*

Article Text:

Baltimore State's Attorney **Marilyn Mosby** has been for months calling the investigation into her finances a "witch hunt," and now that she's been charged, David Turner agrees.

"She stuck her neck out there during the Freddie Gray thing - a lot of people were opposed to that. She's a female. She's a Black female. She's an intelligent Black female," said Turner, 53, a resident of West Baltimore.

But John Hamilton, 60, isn't buying that. He supports her policies, including ending arrests for low-level drug offenses, but says she needs to be held to the same standards of the law as anyone else.

"She is expecting us to do the same thing and she is breaking the law - sure it's fair," Hamilton said outside Lexington Market. "If we did it, it'd be something different: We'd go straight to jail."

Baltimore residents and other leaders interviewed by The Baltimore Sun were divided in their reactions to Mosby being indicted Thursday by federal prosecutors: Are the charges justified because Mosby's an elected official who should be held to the highest ethical standards? Or is the four-count indictment politically motivated, targeting her because she's a progressive prosecutor who's shaken up the status quo?

Elected in 2014, the two-term Democratic

state's attorney has already been, at times, a polarizing figure. Now she's facing felonies that could bring prison time: two counts of perjury and two counts of making false statements on loan applications to buy properties in Florida - a condo on the Gulf Coast and an eight-bedroom rental home near Disney World.

Federal prosecutors say Mosby cited financial hardship because of the coronavirus pandemic under the federal CARES Act. That enabled her to withdraw $81,000 from her retirement savings without a penalty in 2020 for down payments on the properties in Florida. During the same year, according to the indictment, her salary climbed by $10,000, to almost $250,000.

Mosby denies wrongdoing. She struck a defiant tone Friday at a news conference, declaring her innocence and describing years of adversity. From charging six Baltimore Police Department officers in 2015 in the death of Gray to ending the prosecution of low-level drug offenses and prostitution, her tenure as state's attorney has been scrutinized, she said.

Mosby said she was ready for that much.

"What I did not expect is to be personally mocked and ridiculed, sued, or to have to incessantly fight to keep my law license. ... to receive hate mail and death threats and to have the safety of my daughters compromised by the media," she said. "I did not expect to need 24-hour armed security. I did not expect to incur personally $500,000 in legal bills defending myself from frivolous investigations and attacks."

Some who spoke to The Sun see the charges against Mosby as an attack targeting her because of her progressive positions.

"You had to dig that deep into somebody's personal finances to find something? It's a witch hunt," Edward Smith, 65, said outside of Mondawmin Mall. "Somebody doesn't like her."

But Kim Holmes, 60, who works at Super Fried Chicken in Lexington Market, has no tolerance for alleged misdeeds by city leaders. In fact, she thinks Mosby's charges contribute to the city's greater ills: Baltimore must hold its elected leaders to a higher standard, she said.

"She's accountable because she is the head of us; we're the body. If the head of the body is decaying, the rest of us will fall," Holmes said. "That's why there's corruption in the city."

Smith, Holmes and other residents expressed opinions about the indictment as Baltimore's elected leaders, including Mosby's husband, Democratic City Council President Nick Mosby, have stayed mostly quiet. Nick Mosby was not named in the indictment and has not been accused of a crime by federal prosecutors.

Some of Baltimore's Black leaders chalked up their hesitation to speak out to conflicted feelings about holding elected officials to the highest ethical standards while seeing the biggest public corruption cases in recent years brought against Black officials.

Former Morgan State University professor Lawrence Brown, who examined the racial history of Baltimore in his book "The Black Butterfly," questioned why Black politicians

seem to be continuously prosecuted for tax crimes and false statements on financial documents.

He noted the white-led institutions involved in former Democratic Mayor Catherine Pugh's "Healthy Holly" book scheme were not pursued by federal authorities, while Pugh is in prison.

"This pattern doesn't feel like it's equal prosecution under the law," Brown said. "Like there's a sense they're targeting Black elected officials who may not fall in line."

Mosby told reporters she felt targeted, and that the charges against her were unfounded.

"I did not defraud anyone to take my money out of my retirement savings and I did not lie on any mortgage application," she said.

Fred Schott of Charles Village was among the Baltimore residents who said they didn't understand how federal authorities concluded Mosby's actions were criminal.

"It makes no sense - because she took her retirement money out, and she put some information on mortgage application, how do they know she couldn't claim a COVID exemption?" Schott said.

Meanwhile, Turner, of West Baltimore, wants to know more about the coronavirus' impacts on Mosby's side businesses, which includes a travel company she formed in 2019. He suspects those enterprises took a hit during the pandemic, even though Mosby previously said her businesses were not functioning, had not received "one cent," and that she had no plans to run them while in office.

The indictment against Mosby lays out what prosecutors consider a fraudulent scheme.

Mosby used the money she got through the COVID hardship claim toward the rental property near Orlando, federal prosecutors allege. They said she also misled lenders by failing to disclose a federal tax lien against her and by misstating her plan for the property, allegedly claiming it was a second home, rather than a rental property, which could've resulted in a lower mortgage interest rate.

Dmitry Gorin of the Los Angeles-based criminal defense law firm Eisner Gorin, has defended both lenders and borrowers in mortgage and other real estate fraud cases.

Such charges are filed frequently, albeit less so than a decade ago after the 2008 housing crisis, and they require the government to prove fraudulent intent - that Mosby knew she was lying, he said. It's a crime that amounts to "essentially defrauding a bank," according to Gorin, and "can be proven based on documents signed under the penalty of perjury."

Gorin and two other experts told The Sun that the U.S. attorney's office was unlikely to have brought an indictment against a high-profile public official without investing considerable time, thought and resources.

Federal authorities subpoenaed a wide range of the Mosbys' financial records - tax returns, bank and credit card statements, loan documents and more - as part of their investigation. That led many, including **Marilyn Mosby**'s attorney, to believe initially that they were seeking criminal tax-related charges against the power couple.

David Jaros, faculty director of the Center for Criminal Justice Reform at University of Baltimore School of Law, said it's unlikely the U.S. attorney's office generally focuses resources on the type of violations outlined in the indictment against **Marilyn Mosby**.

However, Jaros said, it's not surprising that federal prosecutors would pursue charges if they uncovered alleged violations in the course of a different investigation, especially when looking into public officials and, in particular, attorneys or prosecutors.

Mosby said she was denied the opportunity to present exculpatory evidence to the federal grand jury, deriding the indictment as "merely a political ploy by my political adversaries to unseat me." Mosby and her attorney have pointed out that a key federal prosecutor previously has donated to her opponents' campaigns.

The indictment landed just five months ahead of a June 28 primary.

Though Mosby has not publicly declared her bid for a third four-year term, her campaign has begun to raise money and she has two Democratic challengers.

DeRay Mckesson, a prominent activist who has taken up the cause of Keith Davis Jr., a man being tried a fifth time for murder by Mosby, called for Mosby to step down.

"We trust the state's attorney to prosecute crimes, not perpetuate them," he said. "We hold Mosby to a higher standard. She's failed to meet that standard and she should resign. If found guilty, she'll have to face those consequences. "

But defense attorney Warren Brown, who has expressed support for Mosby in the past, said he believes the charges are an attempt to remove Mosby from office. He said he warned her when she won office that she was going to have to "watch her back."

"In their mind, it's enough to get her out of office, and say to other progressive prosecutors that, 'We really don't find favor with that,' that philosophy," Brown said. "'We don't consider you as a part of the team pushing back against criminal behavior and protecting the status quo, the establishment.' "

On Baltimore's streets, some reserved judgment. Margaret Branch, 63, of Cedonia in Northeast Baltimore, said she'd draw conclusions when the criminal justice system works Mosby's case out.

"We'll find out later down the line if it's really true or not," Branch said. "We don't know if she's guilty or innocent; they got to prove that."

Baltimore Sun reporters Jessica Anderson, Justin Fenton, Billy Jean Louis, Lorraine Mirabella and Tim Prudente contributed to this article.

Caption:

David Turner, of West Baltimore, thinks State's Attorney **Marilyn Mosby** is being unfairly targeted. "She stuck her neck out there during the Freddie Gray thing - a lot of people were opposed to that. She's a female. She's a Black female. She's an intelligent Black female," Turner said. Barbara Haddock Taylor/Baltimore Sun

Kim Holmes, of Baltimore, thinks State's Attorney **Marilyn Mosby** should be held accountable for her alleged misdeeds. "She's accountable because she is the head of us; we're the body. If the head of the body is decaying, the rest of us will fall," Holmes said. "That's why there's corruption in the city." Barbara Haddock Taylor/Baltimore Sun

Copyright (c) 2022 The Baltimore Sun Company

Record Number: BS0121548019

**Baltimore Brew (MD)**

January 16, 2022

Section: Crime & Justice

**At the heart of Marilyn Mosby's perjury charges, the web of words she wove about her travel company**

Author: *David Plymyer*

Article Text:

What does a travel company quietly created by Baltimore State's Attorney **Marilyn Mosby** in 2019 have to do with the perjury charges she now faces as part of a four-count federal indictment?

The courts will make the ultimate judgment, but in the meantime statements by Mosby, her lawyers and her spokesperson over the past two years underscore the case that prosecutors are attempting to make.

The first and third counts of the indictment filed against Mosby accuse her of committing perjury by stating on applications for hardship distributions from her city deferred compensation account that she suffered "adverse financial consequences" in 2020 because of the pandemic.

Mosby was not entitled to take the distributions in the absence of such a hardship.

Her lawyer has explained that the hardship was based on the loss of income from her travel business as provided by the Coronavirus Aid, Relief and Economic Security Act (CARES Act), necessarily implying that the business was up and running at the time of the applications.

Conflicting Statements

Mosby, her spokesperson and her lawyers have backed Mosby into an evidentiary corner with past and current statements about her travel company, known as Mahogany Elite Travel, and two affiliates, Mahogany Elite Enterprises and Mahogany Elite Consulting.

According to these statements, the company was and was not operational, did and did not have clients, and was and was not open for business. That's not going to play well to a jury.

A TIMELINE shows how difficult it will be for her to extricate herself from the web that she has woven:

May 2020

Mosby applies for and receives a hardship distribution from her account in the city's deferred compensation plan in the amount of $40,000.

She certified under penalty of perjury that she experienced "adverse financial consequences" stemming from Covid-19 "as a result of being quarantined, furloughed or laid off; having reduced work hours; being unable to work due to lack of childcare; or the closing or reduction of hours of a business I own or operate."

July 2020

State's Attorney's Communications Director Zy Richardson responds to questions asked by Baltimore Brew about Mosby's private businesses.

Richardson said that Mosby established the travel company in 2019 "to help underserved Black families who don't usually have the opportunity to travel outside of urban cities, so they can vacation at various destinations throughout the world at discount prices."

Richardson described the company as "a long-term venture, hence the reason why there are no clients, and she [Mosby] has not received a single cent in revenue."

She added that "there are no plans to operate the company while she is state's attorney."

December 2020

Mosby applies for and receives another hardship distribution, this one for $50,000.

February 9, 2021

Baltimore Inspector General Isabel Mercedes Cumming issues a report on Mosby's businesses and out-of-town travel, which Mosby herself had requested in an attempt to refute The Brew's July 2020 article.

The IG raised the issue of whether Mosby violated state ethics law by failing to list her private companies on her initial financial disclosure form for 2019.

The IG noted that Mosby certified on her federal tax return that she had "materially participated" in Mahogany Travel in 2019 and claimed a deduction for $5,000 in start-up costs for the business.

The IG also noted that Mosby reported no revenue from the company on her 2019 tax return, and that Mosby told the IG that her businesses have no employees, contractors, or clients.

The IG deferred to the State Ethics Commission on the question of whether Mosby violated state ethics law.

February 12, 2021

Mosby responds to the IG report. A letter from her attorneys, David Schuster and Andrew Jay Graham, stated:

"Your Report notes that, although our client said her companies were not operational, she took a tax deduction for expenses related to the companies.

"Here, again, your Report is misleading. The companies that our client formed in 2019 are not operational. That is what she said. As she explained, the companies are brand new and are not yet conducting business. There were, however, expenses in connection with establishing the companies and with other activities before they could become operational. The deduction was proper and based on professional tax advice."

January 13, 2022

Another attorney for Mosby, A. Scott Bolden, explains to the media that the financial hardship experienced by Mosby in 2020 was loss from her private travel business, not consequences to her employment as State's Attorney. (In fact, Mosby's salary as Baltimore's top prosecutor increased from $238.772 in 2019 to $247,955 in 2020.)

So, Mahogany Elite Travel and its affiliates were conducting business for the purpose of hardship distributions of deferred compensation, but not for the purpose of Mosby's financial disclosure obligations?

How could she suffer a loss from businesses that – according to Mosby, her spokesperson and her lawyers – were dormant and not soliciting clients?

The businesses were either up and running or they weren't – Mosby can't have it both ways.

Media: Press for Answers

The public deserves answers to the questions not being asked.

Unsurprisingly, neither Mosby nor Bolden has described the current status of Mahogany Travel, to answer such questions as:

* Is it up and running?

* Does it have employees, a telephone number, a website?

Indeed, has it ever been operational?

Or has it always been a shell company serving as a vehicle for things like claiming tax deductions and hardship distributions of deferred compensation?

Instead of sitting on their hands while Mosby and her allies deliver speeches and go on social media proclaiming her innocence, the news media needs to be more assertive.

It needs to start asking the right questions – and to do some digging.

David A. Plymyer retired as Anne Arundel County Attorney in 2014 after 31 years in the county law office. He can be reached at dplymyer@comcast.net and Twitter @dplymyer.

Caption:
Above: State's Attorney **Marilyn Mosby** on Friday, making a statement to reporters who were told to ask no questions. (YouTube)

Comments on social media indicate how the charges are in some cases being misrepresented or misunderstood.

Copyright © 2022 Baltimore Brew LLC, All rights reserved.

Record Number: 878556154696efc7feab33d712769c4b5f69d6

**Sun, The (Baltimore, MD)**

January 17, 2022

Edition: First Generic
Section: Main
Page: 3

**'Fight of our lives'**

**Marilyn Mosby speaks at Baltimore's Empowerment Temple during Sunday morning service, days after federal indictment**

Author: *Christine Condon*

Article Text:

Baltimore State's Attorney **Marilyn Mosby** got a warm reception Sunday morning at Baltimore's Empowerment Temple AME church, days after she was indicted on charges alleging she lied on financial documents.

After beginning his sermon, the Rev. Robert Turner summoned Mosby and her husband, Baltimore City Council President Nick Mosby, to the front of the church, where they were encircled by congregants, who joined hands in prayer.

"We rebuke the enemy and his attack on their life. The Devil is a liar," Turner said, standing beside the couple as an organist played softly. "We surround her physically now, but spiritually forevermore, as we intercede on her behalf."

Then Mosby herself took the microphone, repeating a familiar refrain - that she is innocent, and that the charges reflect unfair probing into her finances.

"We can certainly use your prayers," Mosby said, reading from a cellphone. "As a family, we are in the fight of our lives. But I stand before you confident and covered, trusting that with God on our side, I believe the fight is already fixed in my favor."

The charges against Mosby, which were announced Thursday, included allegations that she lied to prematurely withdraw thousands of dollars from her city retirement account, then used the funds to purchase two vacation homes in Florida. Prosecutors said she claimed she had faced financial hardship from the COVID-19 pandemic to complete the withdrawal, when in fact she had received a raise during that time period.

While applying for loans to purchase the two properties, prosecutors argue Mosby lied again, saying she was not indebted to the federal government when in fact she owed thousands in unpaid taxes.

During his sermon Sunday, Turner repeatedly cited the charges against Mosby, as he discussed the biblical account of Jesus forgiving a woman who had been caught in the act of adultery. The sermon was entitled: "He dropped the charges."

"One sad fact about today is social media can allow people to be charged - accused - before you ever set foot in a courtroom," Turner said. "As a people of African descent, we have been charged before we even got here. They charged us while we were minding our business in Africa."

At one point during his prayer for Mosby, Turner began to solicit donations on her behalf - not for her campaign, but for her personal use. Mosby appeared to decline the offer.

"Even this shows her integrity," Turner said.

Sunday, Turner was celebrating 15 years in ministry while leading service at the church, an African Methodist Episcopal congregation with thousands of members that's headquartered near the Pimlico Race Course in Northwest Baltimore.

Turner took over as Empowerment's pastor in October, after former pastor George Barnes was dismissed over concerns that he had failed to file financial forms required by the church's mortgage lender, costing the congregation thousands of dollars in fees. Turner, who had previously served at an AME church in Tulsa, Oklahoma, also took on an activist's role: calling for reparations and recognition a century after the 1921 Tulsa Race Massacre.

"I know I'm new here to Baltimore, but it don't take me long to figure out what's right and what's wrong. And in my humble opinion, what's being done to this sister is dead wrong," Turner said of Mosby.

Speaking before the congregation for about five minutes Sunday, Mosby struck a defiant tone, although she stressed the difficulties of her job as state's attorney for the city.

"Despite the death threats, the hate mail, the constant media attacks, the lawsuits, the scrutiny of every dollar in my bank account - I'm still here, I'm still standing and I'm still blessed," Mosby said.

The 41-year-old, who took office as state's attorney in 2015, is perhaps best known for bringing charges against several Baltimore Police officers who were charged in the death of Freddie Gray in police custody. None were convicted.

Mosby, who bills herself as a progressive prosecutor, has made headlines more recently for prosecutorial policy changes. In 2020, she began dismissing charges levied for certain nonviolent crimes such as drug possession, prostitution and trespassing. Mosby's term will end this year and she will be up for reelection.

She has maintained her innocence throughout the federal investigation into her and her husband's finances, and said the charges are a political witch hunt aimed at her because of her policies and her race. Nick Mosby has not been charged with any crime.

As Turner and Mosby spoke, claps and encouraging cheers emerged from the crowd. As the couple left the church, they embraced several parishioners.

"We're praying for you," one said.

Cynthia Addison, who said she's attended Empowerment Temple since 2005, said she's seen Mosby at the church in the past, and she continues to support the state's attorney.

"I support her, and I'm just praying that she's exonerated from all charges. You know, she's a great woman, and I'm prayerful that things will work out for her," said the 54-year-old parishioner from Randallstown.

To Empowerment parishioner Dorothy Hemsley, a 73-year-old from Owings Mills, the charges against Mosby reflect unfair persecution of Black women. She likened the situation to the prosecution of former Baltimore Mayor Catherine Pugh, who is serving three years in federal prison after she pleaded guilty to charges related to her self-dealing children's book scheme.

"As you see all the way through, who they get: All the Black women - not the people that's really done things," Hemsley said. "Even as far as Pugh, what she's done. And I'm sure people ahead of her did that, but she was the one who was chosen to be taken down."

Also in attendance was Maryland Sen. Antonio Hayes, who serves on the church's trustee board. Hayes, a Democrat who represents Maryland's 40th district in Baltimore City, said he stands by Mosby, given that she is considered innocent in the eyes of the law before she has been proved guilty.

"Right now they're just accusations. Everyone has their day in court," Hayes said. "I wish them well in their journey and we'll see what will happen."

"It's a true belief and a discipline of the AME church to reach out to those who are in need," Hayes said. "And I think it was quite Christian of [Turner] to open the doors of our church to cover the Mosbys in this time, obviously, where they need prayer."

Caption:
Nick and **Marilyn Mosby** take part in the Sunday morning service at Empowerment Temple, where they were invited by the Rev. Robert Turner, right, who preached in support of **Marilyn Mosby**, the Baltimore state's attorney who is under federal indictment. Amy Davis/Baltimore Sun

Copyright (c) 2022 The Baltimore Sun Company

Record Number: BS0121546157

**Baltimore Brew (MD)**

January 17, 2022

Section: The Drip

### Again declaring Marilyn Mosby innocent, her attorney responds to questions about her companies

Author: *Fern Shen*

Article Text:

Lawyer A. Scott Bolden addressed Baltimore media today, again denouncing the federal charges against his client, State's Attorney **Marilyn Mosby**, as racially and politically motivated, but also responded to questions about her private companies.

The indictment includes allegations that Mosby lied to gain early access to her tax-deferred retirement account by stating on an application that she suffered "adverse financial consequences" in 2020 because of the Covid-19 pandemic.

Baltimore's top prosecutor received her full salary of $247,956 that year, but Bolden has said her hardship claim was based on losses suffered by her private travel companies.

How could that be, he was asked today, given previous statements by Mosby, her spokesperson and her lawyers in a previous investigation that the companies were "not operational"?

"I don't know how you define 'operational,'" Bolden said.

"I'm telling you those businesses were, were, were running," he continued. "And they were being pursued and they were legally on the books. Next question."

Mosby told Baltimore Inspector General Isabel Merecedes Cumming, who investigated her travel companies last year, that her businesses had no employees, contracts or clients.

Her spokeswoman earlier told The Brew, which disclosed the companies' existence, that Mosby had no plans to operate them while in office. (Her current term ends in January 2023.)

"Not getting into specifics"

Bolden was also pressed over which provision of the CARES Act that Mosby invoked to request for early withdrawal of her retirement funds.

Withdrawal was permitted if the applicant experienced "adverse financial consequences from the Coronavirus as a result of being quarantined, furloughed, or laid off; having reduced work hours; being unable to work due to lack of childcare; or the closing or reduction of hours of a business she owned or operated."

"I'm not going to get into the specifics of that," Bolden responded. "She qualifies with one of those under the statute, and I'll leave it at that."

He added, "I'm not going to get into a tit-tat over what's been said before or done or what-have-you."

"My client didn't get it"

Bolden was asked about the indictment's allegations that Mosby lied on mortgage documents to purchase two vacation properties in Florida.

Prosecutors said Mosby failed to disclose that there was a $45,022 lien for unpaid taxers on the house she and her husband, City Council President Nick Mosby, own in Baltimore.

The indictment refers to multiple IRS letters sent to the couple going back to 2015, and further states that on March 23, 2020, the IRS sent a notice about the lien "to Mosby and her husband, individually, at their home address."

"You're saying that she didn't open the mail?" Fox45 reporter Mikenzie Frost asked, to which Bolden replied, "I'm not going to dignify your last comment."

"My clients didn't get it, and it wasn't delivered to them in the normal way, if you will."

"I don't know about all these other additional letters," he continued. "My only point is, she did not know. She did not lie. And that'll come out at trial."

Caption:
Above: One of **Marilyn Mosby**'s attorneys, A. Scott Bolden, answers reporters' questions after a rally organized by her supporters. (YouTube)

Copyright © 2022 Baltimore Brew LLC, All rights reserved.

Record Number: 985233b6abf9231ff08541624c612dd4a326debe

**Sun, The (Baltimore, MD)**

January 18, 2022

Edition: First Generic
Section: Main
Page: 3

**Mosby's lawyer says she qualified for relief**

**State's attorney is accused of falsely claiming hardship in order to withdraw retirement money early to buy homes in Florida**

Author: *Jessica Anderson*

Article Text:

A lawyer for Baltimore State's Attorney **Marilyn Mosby** provided a defense Monday to charges that she lied when she claimed to have suffered financial hardship from the coronavirus pandemic to obtain an early withdrawal from her retirement savings to purchase two Florida homes.

"I'm telling you she's not only innocent, but we have professionals who she consulted with. She qualified under the statute," Mosby's attorney, A. Scott Bolden, said at a news conference Monday.

Mosby, 41, is charged with falsely claiming she suffered financial hardship during the pandemic to obtain an early withdrawal from her retirement savings without facing any penalties.

The CARES Act allowed individuals to make early withdrawals without penalties if they experienced financial hardships during the pandemic as a result of being quarantined, furloughed, or laid off; having fewer work hours; being unable to work due to lack of child care; or the closing or reduction of hours of a business she owned or operated. Mosby did not face any of those circumstances, the indictment alleges, and said she received her full gross state's attorney salary of $247,955.

Bolden indicated that Mosby's fledgling private businesses allowed her to receive such relief.

Mosby previously incorporated three businesses, Mahogany Elite Travel, Mahogany Elite Enterprises LLC and Mahogany Elite Consulting, according to her financial disclosures in 2020. The companies were created to "help underserved Black families who don't usually have the opportunity to travel outside of urban cities so they can vacation at various destinations throughout the world at affordable rates," Mosby said previously.

A spokeswoman for Mosby indicated in 2020 that the businesses were not yet active, and were considered "a long-term venture. There are no plans to operate the company while she is state's attorney."

Asked whether her businesses were operational, Bolden said Monday: "These were businesses that were starting. As a result, that does not disqualify her from, along with some other facts that we have to present, that certainly absolve her of any wrongdoing."

Federal prosecutors also allege that Mosby purchased two properties in Florida, and lied on the mortgage loan applications by failing to disclose a federal tax lien against her and her husband City Council President Nick Mosby, who has not been charged.

Bolden said Monday that **Marilyn Mosby** was unaware of the lien at the time of the applications.

"My client did not know about the tax lien until later," he said.

Prosecutors also allege that Mosby did not disclose that she planned to rent one property in Kissimmee, near Disney World, which allowed her to obtain a lower interest rate on the mortgage for the property. The indictment said Mosby entered into an agreement with a property management company giving it control over the rental of the property.

Monday's news conference is the latest event by Mosby supporters to express their support for the city's top prosecutor. In addition to Mosby's attorney, Willie Flowers, president of the NAACP Maryland State Conference, Nicole Hanson-Mundell, head of the nonprofit Out For Justice, which aims to help formerly incarcerated individuals reenter society, Daphne Alston, who heads the anti-violence group Mothers of Murdered Sons and Daughters, and defense attorney J. Wyndal Gordon, spoke in Mosby's defense Monday. They indicated that the prosecution was unfair, and that Mosby was targeted because she is Black and espouses progressive policies.

Mosby and her husband were at Baltimore's Empowerment Temple AME church Sunday when she spoke out against the charges. Two days earlier, she held a news conference addressing the charges.

"I wanted the people of Baltimore to hear it from me: I've done nothing wrong. I did not defraud anyone to take money from my retirement savings. I did not lie on my mortgage application," she said Friday.

Bolden said Monday that they are pushing to go trial and hope to do so as soon as possible. He said the trial will shed light on the unfair prosecution, which he said is politically and racially motivated. Bolden said Mosby is being unfairly prosecuted because she is viewed as a progressive prosecutor after she brought charges against six police officers in the 2015 arrest and death of Freddie Gray, a Black man who suffered fatal injuries while in police custody, as well as her office's policy not to prosecute certain low-level, nonviolent offenses. None of the officers were convicted.

Mosby faces five years in federal prison for each of two counts of perjury and a maximum of 30 years in federal prison for each of two counts of making false mortgage applications.

Although Mosby has made no indication that she plans to step down, it remains unclear whether the charges will prevent her from continuing to hold office. Mosby is expected to run for reelection in the Democratic primary this year. The Maryland Constitution holds two provisions to remove elected officials who are convicted.

The bar counsel of the Maryland Attorney Grievance Commission also has the authority to petition a circuit court for an injunction of an attorney's license to practice law if the attorney is found to be engaging in professional misconduct and poses an immediate threat to cause "substantial harm to the administration of justice."

"In the end, she is innocent until proven guilty. The criminal justice system and the prosecutions that have wrongly brought this case against her, they will be on trial as well," Bolden said.

Copyright (c) 2022 The Baltimore Sun Company

Record Number: BS0121546322

**Sun, The (Baltimore, MD)**

January 18, 2022

Edition: First Generic
Section: Main
Page: 1

**City Council head walks 'fine line' after wife charged**

**As Marilyn Mosby fights for her political life, navigating public role could be challenging for uncharged husband Nick Mosby**

Author: *Jean Marbella*

Article Text:

It is a familiar scene, a public official at the lectern the day after being indicted or otherwise landing in trouble. But when Baltimore State's Attorney **Marilyn Mosby** took to the microphone to defend herself against federal perjury charges, the scene played out in less-familiar fashion.

There was no spouse standing behind her, an absence all the more eyebrow-raising given that Mosby's husband is himself a top officeholder, Democratic City Council President Nick Mosby.

Publicly silent since Thursday, when prosecutors charged his wife with perjury and false statements to withdraw early from a retirement fund and apply for mortgages to buy homes in Florida, Nick Mosby posted supportive messages Friday on his Instagram account. On Sunday, he joined her at Empowerment Temple AME church, where the pastor preached in her support. But he did not speak, nor has he made any public statements about the case nor returned calls from The Baltimore Sun.

"He's got to walk a fine line," said Anthony McCarthy, a onetime communications aide to multiple Baltimore mayors and other officials who hosts a talk show on WEAA-FM.

How the council president navigates the coming months could prove tricky, political observers say, and could well determine how her indictment affects the couple's intertwined political fortunes. Nick Mosby has not been charged with any crimes.

McCarthy is no stranger to handling the optics of City Hall crises, having served as a

spokesman for two Democratic mayors, Sheila Dixon and Catherine Pugh, who were ultimately convicted of charges of their own. He said Nick Mosby will have to carve out a separate political path for his ambitions, even as he shows support for his wife in her current legal battle.

"He has to make sure people understand his political identity is separate from her, but also stand by her," McCarthy said. "That's the reality if he wants to stay in politics. But he's got to be very careful not to look like he's betraying his wife."

The indictment, which emerged from a monthslong federal investigation, has thrust the already high-profile couple and their personal and political partnership into an even brighter spotlight.

That two of the city's top three public officials, after the mayor, are married to each other has previously raised concerns - of potential conflicts of interest, as well as the consolidation of too much power in one household. But the voters themselves, by electing both, seemingly set such worries aside. And despite revelations of a federal tax lien against them that was in place for more than a year and now the indictment of **Marilyn Mosby**, the Mosbys continue to enjoy the support of many who see them as a unique and even glamorous local power couple.

"They're a likable couple who have achieved a level of excellence in the Black community," said Farajii Muhammad, a former WEAA-FM and WOLB-AM talk show host slated to debut a new show on Roland Martin's digital Black Star Network.

**Marilyn Mosby** has framed the charges as part of a political attack against her for her controversial approach to her job as the city's chief prosecutor. The Democrat has become a lightning rod over the years, from her decision to charge the Baltimore Police Department officers involved in the arrest and death of Freddie Gray from injuries suffered in police custody to her decision not to prosecute more minor offenses.

With her husband having his own ambitions - he has run previously for mayor, represented a council district and served in the state House of Delegates - "they're trying to be as careful as possible," Muhammad said.

He believes Nick Mosby's public silence on the indictment may reflect a strategy of not drawing additional attention when he has not been charged.

"Why throw yourself in the mix?" Muhammad said.

Like other talk radio hosts, former Democratic state Sen. Larry Young said he is seeing strong support for **Marilyn Mosby** from his WOLB callers, some of whom view the indictments as a "paperwork" issue with her personal finances rather than any problem with her official business as state's attorney.

"She could very well get through this," Young said.

But if she does not, he added, there could be consequences for both of them.

"I think he's got breathing room," Young said. "But if Marilyn is not able to survive, it could be a problem for Nick."

While some might have questions about Nick Mosby's absence at his wife's remarks Friday, Young said that it could have been a way of showing that "she's the state's attorney and she stands on her own two feet."

Others said that as an officeholder and someone who could still be under prosecutorial scrutiny himself, it was a good idea not to have him in the traditional position standing behind his embattled spouse.

Former Democratic mayoral candidate T.J. Smith, who runs a communications business after tours as a spokesman for the Baltimore Police and for the Baltimore County executive, thought **Marilyn Mosby** might have had the couple's two daughters with her at the Friday appearance, given how she sought to highlight the toll her job took on her family. But her husband?

"If Nick was there, does that give people more to talk about?" Smith mused.

Another possible drawback: Some constituents might have viewed his appearance as him taking time away from his position as council president to handle a personal matter, Smith said. Or, he speculated, perhaps having **Marilyn Mosby** alone at the lectern was a strategic decision.

"Being out there by yourself, maybe that's the image she wanted: 'I'm strong enough to stand here by myself. I'm in charge,' " Smith said.

There isn't much precedent guiding what public role a male spouse should take when his officeholding wife faces trouble, let alone one who is in office himself. By far the more common scenario is a male politician in hot water, most scandalously for a sexual indiscretion, putting his wife in the position of standing literally behind him as he tries to talk his way out of it.

"The point of the supportive spouse, especially in sex scandals is: If his wife is willing to forgive him, then certainly the voters should be too," said Melissa Deckman, a professor of public affairs and political science at Washington College in Chestertown.

"It's humanizing," Deckman said. "It's really doing damage control."

These days, there is less expectation that a woman should stand behind her politician husband, as people come to see spouses more as full, independent persons.

"It's a vestige of different expectations of gender roles," Deckman said.

Additionally, it has backfired, most memorably perhaps in the case of then-New York Gov. Eliot Spitzer, who when embroiled in a prostitution scandal in 2008, had his visibly pained wife, Silda Wall Spitzer, with him during a news conference.

The current Mosby troubles are hard to compare to any previous case. While there have been pairs of politicians, they have largely held office on different timetables, such as Hillary Clinton entering the U.S. Senate shortly before President Bill Clinton had exited

office, or locally, former Judge Katie Curran O'Malley now running for attorney general long after her husband, Martin O'Malley, left the Baltimore mayor's and Maryland governor's posts.

Surely, though, the indictment will wreak no small amount of political turbulence in Baltimore in the coming months.

**Marilyn Mosby** is up for reelection this year to what would be a third, four-year term; the primary is June 28. While there have been calls for her to resign, others believe she has been unfairly targeted and should stay right where she is. What it means for Nick Mosby in his current role - he's one year into a four-year term - and any of his campaigns for future office is less clear.

"I just have to wait and see how this plays out," said former Democratic Councilman Carl Stokes. "It's very difficult. I'm sure Nick's heart and mind says, 'I should defend my wife.' But at the same time, I think he's definitely limited. He doesn't want to complicate his wife's case, or his own situation."

Stokes sees support in the city for the idea that the Mosbys have been unfairly targeted.

"There's a strong belief, whether it's true or not, that people out there are trying to get Marilyn and Nick," he said.

That resonates in a city like Baltimore, commentators say, where the Department of Justice's civil rights investigation of the police department found officers violated Black residents' civil rights with disproportionate stops, searches and arrests and excessive force. Having seen multiple Black officeholders taken down, they say, only further strengthens a belief that the system is racially biased.

Muhammad is among those who say **Marilyn Mosby** should stand again for her office to give voters "the opportunity to say if she should step down."

As for the future, though, he said he's exhausted by the continual "controversy and drama" over prosecutions of mayors, police chiefs and top officials that take focus from solving the city's biggest problems.

"Look at what we've gone through with the leadership of Baltimore City," Muhammad said. "We deserve so much more. We just need a break."

Caption:
City Council President Nick Mosby listens to his wife, State's Attorney **Marilyn Mosby**, address the congregation Sunday at Empowerment Temple AME church. Amy Davis/Baltimore Sun

Baltimore State's Attorney **Marilyn Mosby** addresses the media outside her office a day after her indictment on federal perjury charges. Jerry Jackson/Baltimore Sun

Copyright (c) 2022 The Baltimore Sun Company

Record Number: BS0121548054

**Sun, The (Baltimore, MD)**

January 19, 2022

Edition: First Generic
Section: Main
Page: 1

**Inside**

Article Text:

Financial hardship is **Marilyn Mosby**'s defense?

Columnist Dan Rodricks looks at why the Baltimore state's attorney's defense to federal perjury charges seems shaky. Page 3

Copyright (c) 2022 The Baltimore Sun Company

Record Number: BS0121563096

**Sun, The (Baltimore, MD)**

January 19, 2022

Edition: First Generic
Section: Main
Page: 12

**Marilyn Mosby indictment another blow to Baltimore**

Article Text:

**Marilyn Mosby** is many things to many people. Baltimore's state's attorney has been a rising political star. She is smart, energetic, progressive, reform minded and the source of some pride within the city's Black community. And she is innocent until proven guilty. Yet last week's four-count federal indictment of the 41-year-old mother of two, who has served as Baltimore's top prosecutor for seven years, was a body blow. Not only because the city has seen more than its share of public corruption allegations (and convictions) over the last two decades, but also because Baltimore remains besieged by gun violence, and the state's attorney is in a key position in that fight. No matter what one may think of Ms. Mosby's job performance to date, it is difficult to see the outlook for reducing the homicide count somehow improved by this circumstance.

Let's be frank: Long before federal prosecutors set their sights on Ms. Mosby's financial dealings, she was a political lightning rod. Many in the city, including members of this board, are enthusiastic about the way her understanding of how historic racism and mass incarceration has crippled the community shapes her office's policies. Yet others in Maryland, with more politically conservative views, see her decision to not seek convictions for low-level offenses, such as drug possession, as unacceptably soft on crime. That has set off fireworks between her and Gov. Larry Hogan, who has accused her of being the cause of the city's crime problems while she, in turn, labeled such attacks from a white Republican as racist dog-whistling. Both found opportunities to engage their political base, but, once again, the exchange only hurt the criminal justice cause.

And then there's the indictment. The allegations against her are far from trivial, stemming as they do from false statements made on financial forms related to mortgage applications in Florida and a hardship withdrawal from her retirements savings that's also related to those property purchases. But they are not exactly the crimes of the century, either. Some of her supporters have disparaged the charges as mistakes of paperwork; they are more than that. A qualified attorney surely understands the risk of misrepresentation on a federal form, including the claim of a pandemic-related hardship as allowed under the CARES Act. Yet perhaps there are mitigating circumstances - as her attorney now alleges, but offers no specifics - that might somehow justify the claim for someone who earns a quarter-million dollars per year. We do not know. Ms. Mosby has yet to offer an explanation, which is also her right.

The state's attorney's chief response so far has been to claim victimhood. Was she targeted? Was she treated differently because she is a Black woman? Would these same charges have been pursued in other cases? Some respected civic leaders point to the prosecution of former Mayor Sheila Dixon and Catherine Pugh and see a pattern of going after women of color in leadership, a perception that also damages the city's standing. Yet, sadly, Baltimore has seen its share of male public officials going to prison as well, with two police commissioners, Darryl De Sousa and Edward T. Norris, having been convicted of financial misconduct. Mr. Norris was sentenced to six months on charges related to using police funds for lavish personal spending and lying about them on his tax returns in 2004. Mr. De Sousa received a 10-month sentence on three counts of failing to file federal income tax returns in 2019. Mr. De Sousa is Black, Mr. Norris is white.

Again, Ms. Mosby deserves her day in court which, unfortunately, could be months or more away. That leaves at least two challenges: how best to prosecute criminals while this cloud hangs over her; and how to judge her behavior when a primary election beckons on June 28, and not all the facts are on the table. The latter circumstance will simply be left to voters to judge. Much of the case against Ms. Mosby comes down to documents with her signature on them. The burden to prove a crime in that is on federal prosecutors, though we certainly expect Ms. Mosby to offer a vigorous defense. Most worrisome to our city is the challenge of running her office while her integrity is openly in doubt. A solution might be for her to remain in her post (and thus, not concede guilt), but assign the day-to-day decision-making authority to subordinates. That way the public can be confident that the critically important work of the state's attorney's office will not be held at arm's length, whatever the fallout of the federal prosecution.

Lastly, we would have to observe how thoroughly discouraging it is to ponder the prosecutor's indictment at the same time the public is presented a searing 660-page report on the Gun Trace Task Force, detailing how police officers abused the public trust in a far, far worse manner. Nothing underscores hopelessness quite like the people who are supposed to be the good guys acting as the bad ones, except, perhaps, doing so while the homicide count remains so disastrously high.

Caption:
Baltimore City State's Attorney **Marilyn Mosby** addresses the media outside her office on Baltimore Street a day after her indictment on federal perjury charges. Jerry Jackson/Baltimore Sun

Copyright (c) 2022 The Baltimore Sun Company

Record Number: BS0121562976

**Sun, The (Baltimore, MD)**

January 19, 2022

Edition: First Generic
Section: Main
Page: 3

**Financial hardship is Marilyn Mosby's defense? Good luck with that.**

**commentary**

Author: *Dan Rodricks*

Article Text:

That's it? That's **Marilyn Mosby**'s defense? She tapped into her tax-deferred retirement savings in 2020 because private companies that she established just the year before faced financial hardship due to the pandemic - even though said companies had not conducted any business?

That's all she's got?

That's the story her attorney went with on Monday: The Baltimore State's attorney, indicted last week by a federal grand jury on perjury charges, did nothing wrong because her startup businesses were eligible for financial relief under an act of Congress.

Let's go over this.

For starters, a look at chronology might be helpful in understanding why this defense is so shaky.

In 2019, Mosby, whose main job is supposed to be prosecuting crime in Baltimore, formed three companies - Mahogany Elite Consulting, offering legal and consulting services; Mahogany Elite Travel, offering travel and hospitality services; and Mahogany Elite Enterprises LLC, a holding, or umbrella, company for the other two.

We - that is, the press and public - did not know about this until a year later. The Baltimore Brew had a detailed story about it. The Baltimore Sun followed up. It was not illegal, but it seemed pretty odd for a person elected as state's attorney of Maryland's largest city, and one experiencing an epoch of gun violence, to be establishing private companies while in office. It raised questions, if not red flags.

But Mosby, through her official spokeswoman, explained that the businesses were not yet operational. In fact, we were told, the companies are not intended to launch until after Mosby leaves office. And didn't we all breathe a sigh of relief at that?

Furthermore, in July 2020, Mosby asked Baltimore's inspector general to conduct an investigation to determine if the state's attorney had done anything wrong. The request was touted as an effort toward transparency.

Now, pay close attention to the quote I'm going to share, because when I came across it, it jumped off the page.

In her letter to Isabel Mercedes Cumming, the inspector general, Mosby asked specifically for a review of the Mahogany businesses. Here's the key quote from that letter: "I ask that you verify that I have not taken on a single client for these companies, nor have I taken in any money. Any insinuation to the contrary is false, misleading, and unethical."

That's Mosby directly stating - with use of the Oxford comma - that her companies had not opened doors, had not accepted clients, had not accepted any money. Essentially, the companies existed, but they had not launched, so how could she claim hardship?

Look at the date of the letter to Cumming: July 20, 2020.

Now consider this date: May 26, 2020. According to the federal indictment, that's the date Mosby, a city employee earning close to $250,000 a year, applied for a $40,000 withdrawal from the city's Deferred Compensation Plans. Under provisions of the CARES Act, Americans were allowed to get up to $100,000 in their retirement funds, avoid the typical early-withdrawal penalty and pay back the withdrawn amount over three years without seeing it taxed as income. But they had to have experienced hardship.

So in May 2020, Mosby applied for financial relief for companies that, in July of that year, she reported as having conducted no business.

That's why this line of defense looks so shaky. If her businesses were not in operation, where's the hardship? I'm reminded of lyrics from a great Billy Preston song: "Nothin' from nothin' leaves nothin'."

I know, I know: Mosby is innocent until proven guilty. But her lawyer seems determined to defend her in pretrial press appearances, so I could not resist a rebuttal just based on what's available in the public record.

By the way, Mosby's attorney, A. Scott Bolden, went to the national media with this explanation last week, a few hours after the indictment was handed down. In one appearance, he said this: "Remember, **Marilyn Mosby** had businesses, if you will, and so those businesses were in the travel space and they were affected by [the pandemic]."

I can't help but note the words, "if you will." Maybe that's Bolden's manner of speaking, but when I hear, "if you will," I hear a hedge. In this case, I heard, "She sort of had business in the travel space." Maybe, if you will, even her lawyer knows her claims for pandemic-related financial relief, totaling $81,000 in two withdrawals, were thin.

What did Mosby do with all that money? It went to buying houses in Florida.

And the federal indictment claims she lied on documents related to the financing of those deals.

Now, I hear and see people saying this is no big deal, that the U.S. Attorney in Baltimore is going after Mosby because some people - federal prosecutors? - dislike her progressive approach to criminal justice, or because she prosecuted the Freddie Gray cops, or because she's Black and/or a woman. Mosby's lawyer has called the federal investigation a "witch hunt," echoing others who used that term when they came under scrutiny, including former Baltimore Mayor Catherine Pugh and former President Donald Trump.

But, even her supporters have to stand back and, mustering a dose of objectivity, see something wrong with the picture: At best, crime-stricken Baltimore has a top prosecutor who is distracted by financial dealings of one sort or another; at worst, she is someone accused of gaming a system designed to help people and businesses that experienced real hardship. No good either way.

Copyright (c) 2022 The Baltimore Sun Company

Record Number: BS0121563069

**Baltimore Brew (MD)**

January 20, 2022

Section: Accountability

**BREAKING: Marilyn Mosby used campaign funds to pay her defense attorneys**

Author: *Mark Reutter*

Article Text:

Baltimore State's Attorney **Marilyn Mosby** dipped into her campaign coffers last year to pay nearly $50,000 to lawyers defending her in a federal criminal probe, despite Maryland law prohibiting such expenditures.

That probe resulted in Mosby's indictment last Thursday on four counts of perjury and misrepresentations on her mortgage applications to purchase two Florida condominiums.

Since the indictment, her chief legal defender, A. Scott Bolden, has held a press conference and conducted numerous media interviews declaring her innocence and accusing federal prosecutors of personal and racial bias toward his client.

Hired by Mosby last March after a federal grand jury issued subpoenas for her campaign and private travel business records, Bolden has been well paid, according to her campaign report filed late last night with the State Elections Board.

It shows that Friends of **Marilyn Mosby**, the finance committee Mosby chairs and whose report she signed under oath as accurate, paid $37,500 to Bolden's Washington D.C. law firm, ReedSmith LLC.

Additionally, Friends paid another $10,229.60 to Baltimore criminal defense lawyer Granville Templeton III, who has been a vocal critic of Baltimore Inspector General Isabel Mercedes Cumming, who issued a scathing report last February about Mosby's out-of-town travel and lengthy absences from her job.

Chapter 33.13.10.03 of the Code of Maryland Regulations forbids campaign committees to pay the "legal defense costs or expenses" of an officeholder or candidate unless they relate to an investigation or action "resulting from the conduct of the campaign or election."

It Happened Before

This is the third time since winning her second term in office that Mosby has used campaign funds to handle personal legal problems.

**Marilyn Mosby**'s lawyers were paid with campaign funds (2/16/21)

**Marilyn Mosby** refuses to say if campaign funds were used to send threatening letter to former prosecutor (3/17/21)

When The Brew disclosed last year her use of campaign funds to pay Kramon & Graham, which represented her in Cumming's investigation, Mosby's political committee issued a statement saying "there was never an intent to mislead."

The Friends committee said on Facebook that it had "ceased using campaign funds" for legal costs.

The retired chief of investigations for the State Prosecutor's Office, Jim Cabezas, publicly called on prosecutor Charlton T. Howard to investigate the fee to Kramon & Graham.

But no charges have so far been issued by Howard's office – and the $3,250 in funds have never been replenished to the Friends committee, state elections records show.

Nor has Mosby reimbursed the committee for $11,000 paid to Kellogg, Hansen, Todd, Figel & Frederick, whose partner, James Webster III, wrote a threatening letter to a former assistant state's attorney who was critical of Mosby's job performance.

Last spring, Mosby and her husband, Baltimore City Council President Nick Mosby, whose campaign and business records were also subpoenaed by the grand jury, organized a legal defense fund.

While "The Mosby 2021 Defense Fund" offers various payment plans online, the names of its administrators and the amount of funds collected and disbursed have not been publicly disclosed.

$194,000 Cash Discrepancy

Mosby said her committee raised over $189,000 in 2021 and the first two weeks of 2022.

The report cites the Friends' current cash balance as $193,953.23, but then reports $387,906.46 – or precisely double that balance – in the committee's account at The Harbor Bank of Maryland.

There is no explanation for the discrepancy.

The bulk of funds collected by Mosby came from a November fundraiser at Baltimore Soundstage and in the final weeks of December and early January.

**Marilyn Mosby** is holding a fundraiser this evening while her fate is up in the air (11/18/21)

Following last week's indictment, Mosby said she will not resign and is expected to run for a third term as state's attorney, with the critical Democratic Party primary looming in June.

Among those who contributed to her campaign since news of the federal investigation broke last March:

* J.P. Grant, the Columbia-based financier who admitted paying $100,000 to former Mayor Catherine Pugh shortly before she was sworn into office in 2016. Grant was never charged in the investigation ($2,500).

* Kimberly Morton, former COS for mayors Pugh and Bernard C. "Jack" Young, who promoted Mosby's early career as an assistant state's attorney ($250).

* Nick Mosby ($6,000) through his campaign committee, which also reported spending $40,000 to pay Kostelanetz & Fink, the law firm of his personal defense attorney, Caroline Ciraolo, as well as $12,500 to Bolden's ReedSmith, which initially represented him in the federal probe.

* Former Baltimore mayor and current president of University of Baltimore Kurt Schmoke ($500).

* Murphy, Falcon & Murphy, headed by longtime Mosby supporter, attorney "Billy" Murphy ($2,200).

* Ronald H. Lipscomb, who testified to lavishing gifts on former mayor Sheila Dixon during the state prosecution that led to Dixon's conviction and resignation ($1,000).

* Kevin Liles and other executives at 300 Entertainment, the New York record label of Young Thug, Megan Thee Stallion and Mary J. Blige ($7,850).

* Phillip Stokes, principal of events manager greiBO and husband of Downtown Partnership CEO Shelonda Stokes ($2,600).

* Former City Councilman Carl Stokes ($500).

* Annapolis Coalition of Black Progressives PAC ($6,000).

* Julie Greenwald, a Brooklyn-based executive at Atlantic Records ($6,000).

* City Councilman Antonio Glover ($450).

* Campaign committee of Councilman Yitzy Schleifer ($2,000)

* Baltimore City Police Officer Kalman Finkelstein ($2,500).

* Janice Bledsoe, acting Baltimore chief deputy state's attorney ($2,000).

* A. Scott Bolden, listed as "Alan Bolden" ($1,000).

* Criminal defense attorney Brian Thompson and his law firm Silverman, Thompson, Slutkin & White ($2,500).

* Criminal defense attorney J. Wyndal Gordon ($2,000).

* Criminal defense attorney James Rhodes and his law firm ($2,750).

* Jada McCray, COO and co-owner of BTST Services, who contributed $7,000, or $1,000 over the legal campaign limit in Maryland.

Caption:
Above: State's Attorney **Marilyn Mosby** at a 2017 community meeting about crime in Baltimore. (Fern Shen)

"They fought for us! Let's fight for them!" says the defense fund set up by unnamed parties for Nick and **Marilyn Mosby**. (mosbydefensefund.com)

Copyright © 2022 Baltimore Brew LLC, All rights reserved.

Record Number: 88dbc8212bbd96e90a2f5b01281e673597bdd48

**Sun, The (Baltimore, MD)**

January 21, 2022

Edition: First Generic
Section: Main
Page: 3

**Bates outraising Mosby in race for state's attorney**

Author: *Emily Opilo and Alex Mann*

Article Text:

Ivan Bates, one of two Democrats challenging Baltimore State's Attorney **Marilyn Mosby** has out-fundraised her in the year leading up to the election by more than $43,000, campaign finance reports show.

Bates, a defense attorney who ran for state's attorney in 2018, reported raising $361,707 over the last year in a campaign finance report filed Wednesday. Of that, $128,000 was self-financed by a loan Bates made to the campaign.

Mosby, Baltimore's state's attorney since 2015, reported raising $189,794 during the same period, all of it via donations.

Roya Hanna, a defense attorney and former prosecutor, who also has declared her candidacy, raised $39,051. All three are Democrats and will face each other in the June 28 primary.

Public attention has turned to the race for Baltimore state's attorney after federal prosecutors filed criminal charges against Mosby last week. The sitting state's attorney is accused of lying to avoid penalties for prematurely withdrawing thousands of dollars from her city retirement account, then using the funds to purchase two vacation homes in Florida while failing to disclose a federal tax lien against her in mortgage documents.

Prosecutors argue Mosby said she had faced financial hardship from the COVID-19 pandemic to complete the withdrawal, when in fact she had received a raise during that time period.

Mosby, who has pledged to fight the charges and decried the indictment as a political attack, has not formally announced a bid for reelection, however she has been holding fundraisers for her candidacy.

Mosby's finance report shows she spent nearly $48,000 on legal fees in 2021 - $37,500 to Reed Smith LLP in Washington, D.C. where her criminal defense attorney A. Scott

Bolden practices, and $10,200 to Templeton Law Firm, owned by Granville Templeton, in downtown Baltimore.

Mosby's office and her campaign treasurer did not respond to requests to clarify what the legal expenses were for. And neither Mosby nor her campaign were available Thursday to discuss fundraising.

Jared DeMarinis, director of the candidacy and campaign finance division of the Maryland State Board of Elections, said it is prohibited for any candidate or political committee to use campaign funds for legal expenses related to investigations or court proceedings that "do not have a direct connection with the candidacy."

Federal investigators subpoenaed Mosby's campaign treasurer Sharif Small in March seeking campaign accounting records and tax documents dating back to 2014, but the charges lodged against Mosby thus far are unrelated to her campaign or her work in office

Mosby has $193,953 on hand heading into election season. She received maximum donations of $6,000 from only a handful of donors including Julie Greenwald, chief operating officer of Atlantic Records, a Service Employees International Union political action committee and the campaign account of her husband Baltimore City Council President Nick Mosby.

Mosby received several contributions from out of state; five of those who contributed the maximum amounts listed addresses in New York or New Jersey.

Bates has nearly $226,000 on hand heading into the election year, $40,000 more than he had ahead of his previous bid for the office.

In an interview with The Baltimore Sun, Bates touted raising nearly as much money in the seven weeks following his most recent campaign announcement as he did in a year's time ahead of his last run. He chalked up that support to what he described a desire for a new direction in the state's attorney's office and his attention during his campaign to stemming violence.

"One thing that I get from people, they want change. They really want change," Bates said. "They want someone to focus on crime. My whole focus is going to be on crime."

More than a dozen donors made the maximum $6,000 contribution to Bates's campaign, including Alex Smith, founder and president of Atlas Restaurant Group, and Smith's wife, Christina Ghani. Donations also were made by four members of the Paterakis family, each of whom gave $4,000. Frederick Smith, vice president of Sinclair Broadcast Group, contributed $1,000.

Two of Bates' maximum contributions came from people who listed addresses in Massachussetts.

Bates touted endorsements from former Mayor Sheila Dixon, a Democrat whose convictions on perjury and embezzlement charges led to her resignation from office in 2010, and Mosby's predecessor, Democratic State's Attorney Gregg Bernstein. Dixon ran for mayor again in 2020, narrowly losing the primary in deep blue Baltimore to Brandon Scott.

Bernstein contributed $1,000 to Bates campaign. There wasn't a donation with Dixon's name in Bates' latest campaign finance report.

Law firms in Baltimore and beyond were well represented among Bates' donors. Attorneys from the Venable firm, Greenberg Law Office, the Heyman Law Firm, Kadish & Kadish, Saul Ewing Arnstein & Lehr, Cozen O'Connor and Brown, and Goldstein & Levy all made contributions.

Despite announcing his candidacy in November, Bates has spent little on the race thus far, his report shows. In October, he paid $7,500 for polling for the race. He also repaid $125,000 in loans left over from his 2018 bid for office to Jack Luetkemeyer of Continental Realty Corp.

Hanna has $38,395 on hand heading into election year. She received maximum donations from two donors: Dora and Nabil Hanna, both of Stevensville.

"I think it's very early," Hanna said in an interview with The Sun. "I'm not really a politician. I've been getting my name out there. But it's slow and still very early in the race."

Copyright (c) 2022 The Baltimore Sun Company

Record Number: BS0121600573

**Afro-American, The (Baltimore, MD)**

January 22, 2022

Section: Baltimore Community

Topics:

**Index Terms:**
Baltimore Government, Baltimore News, Commentary, News, Opinion, Politics

**Commentary: The Media is Trying to Benefit Financially from Bleeding Marilyn Mosby's Story: What Ever Happened to Being Objective or Even Fairness?**

Author: *Ralph E. Moore Jr.*

Article Text:

The MOORE Report

By Ralph E. Moore, Jr.

Ever since **Marilyn Mosby** was indicted by a federal grand jury, January 13, on two counts of perjury and two counts of making false statements on loan applications for the purchase of two vacation homes in Florida, the likes of Fox 45 News and a local newspaper columnist have been all over the story like ugly on an ape.

Mosby, the chief prosecutor for the city of Baltimore, first rankled the establishment in town by beating Greg Bernstein out of the state's attorney job in 2014 as a young, "upstart" attorney, new to politics. While becoming increasingly endeared to everyday folks in the community when she brought charges against the six Baltimore police officers who last handled Freddie Gray in custody when he died, she suffered the disdain of haters who couldn't wait to condemn her and to outfit her with a target on her back. For some in the local media she became the main public official they loved to hate. But Mosby courageously kept doing her job and proceeded with the prosecutions against the odds of success. Few charges were ever brought against police officers at that time and just about no convictions were ever achieved. She did the right thing, despite the officers all getting off and going home; and Freddie Gray is still dead.

From the vantage point of moderates to conservatives in the establishment media, Mosby could just do nothing right. So, by the time she announced last year (during the pandemic) the new, practical policy of her office to not prosecute for minor drug possession and prostitution, the haters were fit to be tied.

Incidentally, researchers at the Bloomberg School of Johns Hopkins found no adverse effect of the new policy. No increase detected in drug use or sex work according to JHU public health research.

Marilyn took a bold step and landed on the toes of the 'lock 'em up' types; but she was right. More attention must be paid to serious crimes like murder and shootings and less attention to victimless crimes, she reasoned.

Mosby's brains, confidence and boldness were driving some folks crazy. They took the side of incumbent Bernstein, the side of the police vs. Freddie Gray and they chose 'law and order' against all they considered criminal. But Mosby is right. She is a progressive prosecutor who understands the flaws in the criminal justice system, seeks equal justice under the law and understands she is not in a popularity contest as she goes about her sworn duties.

And then a federal indictment is announced.

You could hear them jumping for joy at Fox for another story they could slant for ratings' sake. And the self-righteous in the newspapers can be judge and jury in print and aiming in the court of public opinion without full benefit of treating Mosby as innocent until proven guilty. And so, we get attack dog headlines and columns because they gotta get tv ratings and gotta sell papers, especially before the lights go out. They bully and exploit the story by any means necessary. Mosby's situation is just a means to an end and perhaps another end—of a media outlet as its sun sets.

To this non-lawyer there are many questions about the indictment; why did the investigation take so long if there were straightforward documents available to the federal prosecutors?

Whose work was the indictment mainly? Erek I. Barron just got the Maryland U.S. Attorney job. The indictment presumably had been in the works before he was sworn into the position. Any chance the motivation came from a Republican holdover in the office?

And why did the indictment come down just six months before Mosby's primary for re-election?

Without the inside story, the question is why would Mosby knowingly appear to break the law? She is smart, knowledgeable of the law and aware of the target folks had placed on her back. So why would she act in a counter-intuitive manner? It doesn't make sense.

And why didn't the federal prosecutors give Mosby the chance to offer exculpatory evidence, that is information that would clear her? Is this a set up? If so, why?

Finally, Mosby is accused of taking $90,000 using the CARES ACT's Corona Virus Relief Program. Let us be clear, she didn't steal anyone's money; the funds in question were from her own Deferred Compensation Program, her own retirement plan. The charge is that she misrepresented her situation to avoid taxes and obtain a lower interest rate on her loans. Okay, but wrongdoing remains to seen, if it exists and yet still to be proven.

Here is some interesting information: "While the global coronavirus pandemic has crippled significant segments of the economy, leading to the United States suffering the

sharpest rise in its poverty rate in more than 50 years, the collective net worth of the country's billionaires has grown by $1.1 trillion over the past ten months, according to a new report from the Institute for Policy Studies and Americans for Tax Fairness.

According to the report, which was based on Forbes data, the combined fortune of America's 660 billionaires as of January 18 had climbed to $4.1 trillion, representing an increase of 38.6% compared to their collective net worth in mid-March of 2020.

On average, the wealthiest 15 billionaires' fortunes increased 58.7%, while some, such as Elon Musk, are up more than 500%.

At the start of the pandemic, there were 614 billionaires in the United States; that number has increased to 660, with 46 new billionaires being minted over the past ten months."

Mosby's transaction is miniscule in comparison to all of the money scarfed up by the uber-wealthy. And we can recall how big, well-off companies jumped to the head of the line in 2020 to use the Paycheck Protection Program, a Small Business Administration loan that helped businesses keep their workforce during the onslaught of COVID. The small companies were crowded out and many well financed ineligible companies used the program. Too little was said of that by the haters.

The bottom line is that Mosby is innocent until proven guilty. And many Whites, including the media, are harsh in looking at the doings of Black folks anyway. So, bear that in mind as you watch the slippery, sly as a Fox 45 TV News and as the Sun sets on the presses of the paper; they get paid based on ratings, ads and copies sold.

**Marilyn Mosby** is still loved by many in Baltimore. She will always have the respect of most in the community and she deserves it.

The opinions on this page are those of the writers and not necessarily those of the AFRO. Send letters to The Afro-American 145 W. Ostend Street Ste 600, Office #536, Baltimore, MD 21230 or fax to 1-877-570-9297 or e-mail to editor@afro.com

Help us Continue to tell OUR Story and join the AFRO family as a member – subscribers are now members! Join here!

© Copyright 2022 The Afro-American Newspaper Company All Rights Reserved.

Record Number: 2e7ca08ff0f52775fb64a4c18ad2fc8b8a7eb0

**Sun, The (Baltimore, MD)**

January 23, 2022

Edition: First Generic
Section: Main
Page: 3

**Sunday News Shows INTERVIEW GUESTS**

Article Text:

ABC's "This Week": Dr. Anthony Fauci, director of the National Institute of Allergy and Infectious Diseases; Sens. Chris Coons, D-Del., and Joni Ernst, R-Iowa. 9 a.m., WMAR (Channel 2); 10 a.m., WJLA (Channel 7)

NBC's "Meet the Press": Secretary of State Antony Blinken; Sen. Bernie Sanders, I-Vt.; Rep. Elissa Slotkin, D-Mich. 10 a.m., WGAL (Channel 8) and WBAL (Channel 11); 10:30 a.m., WRC (Channel 4)

CBS' "Face the Nation": Secretary of State Antony Blinken; Reps. Bennie Thompson, D-Miss., and Michael McCaul, R-Texas; Dr. Scott Gottlieb, former Food and Drug Administration commissioner. 10:30 a.m., WUSA (Channel 9), WJZ (Channel 13)

CNN's "State of the Union": Secretary of State Antony Blinken; Sen. Bernie Sanders, I-Vt.; Sen. Joni Ernst, R-Iowa. 9 a.m., CNN

"Fox News Sunday": Gov. Kristi Noem, R-S.D. 9 a.m., WTTG (Channel 5), WPMT (Channel 43) and WBFF (Channel 45); 2 p.m., FOX News Channel

"Matter of Fact with Soledad O'Brien": Host Soledad O'Brien discusses exorbitant medical bills that often surprise consumers. She speaks with a researcher from Georgetown University about a new bill that aims to solve this crisis. 11 a.m., WBAL (Channel 11)

"11 TV Hill with Jason Newton": Host Jason Newton speaks with Baltimore County officials about steps being taken to break the "COVID curve." Plus, how new protocols could affect Baltimore cruises. 11:30 a.m., WBAL (Channel 11)

"Square Off": Moderator Richard Sher leads the debate as the Square Off panel grades President Joe Biden's first year in the White House. His approval rating has hit an all-time low of 40%. His voting rights legislation is killed in the Senate. Now it's up to the states, many that are passing legislation that makes it more difficult to vote. Also: State's Attorney **Marilyn Mosby**'s attorney says his client is not guilty of falsely claiming hardship in order to withdraw retirement funds early and to apply for mortgages to buy two homes in Florida; and some Republicans are having doubts about the power former

President Donald Trump still has within the GOP. Join WBAL talker Torrey Snow and attorneys Arnold Weiner, Tonya Bana, and Bob Scherr. Available online at squareoff.net

Copyright (c) 2022 The Baltimore Sun Company

Record Number: BS0121634024

**Sun, The (Baltimore, MD)**

January 24, 2022

Edition: First Generic
Section: Main
Page: 8

**Prosecutor Marilyn Mosby: Wronged or wrongdoer?**

**Readers weigh in on the federal indictment of Baltimore state's attorney**

Article Text:

It's not 'stupidity and sleaze,' it's 'hubris and greed'

Dan Rodricks bemoans the recurrent corruption scandals of Baltimore and the indictments of important figures caught up in these scandals year after year ("Another year, another indictment. This time **Marilyn Mosby**, for cryin' out loud," Jan. 14). He wonders about the stupidity and the sleaze of the perpetrators. I think that stupidity and sleaze have little to do with these indictments. In my opinion the major reasons are hubris and greed.

Quite a few lawmakers and members of law enforcement who make laws and enforce laws, seem to think they're above the laws they make and enforce. All over the world there are corrupt lawmakers and law enforcement officers. It's almost as if they're tempted to test the waters of the laws they make and the laws they must enforce, to see if they will get caught or if they can get away with breaking the law.

As soon as they get caught these law breakers are ready with defense lawyers, denials and excuses for why they did what they did. They calculate that it is worthwhile to take the risks, that they will come out ahead anyway and their supporters can be bamboozled into reelecting them, so much so their corruption won't have any serious consequences. They don't worry about jail time, they expect mere slaps on the wrist, and they figure they can always claim discrimination to convince and keep their supporters and followers.

This mindset is at the root of corruption in the upper and lower echelons of power. In my opinion, all lawmakers and law enforcement officers should take mandatory ethics courses and earn continuing ethics education credits to operate in their positions of power and privilege, and those who refuse should be given hefty fines and forced to comply by an independent ethics board.

Usha Nellore, Bel Air

What's the real reason for this Mosby open season?

I've been listening and following and reading with great interest the discussion about **Marilyn Mosby** and the charges placed upon her by the federal government ("Baltimore State's Attorney **Marilyn Mosby** indicted on federal charges she lied on financial transactions to buy homes in Florida," Jan. 13). I tried to imagine this young, Black, natural-hair wearing, African American woman with two little beautiful girls and a powerful husband. And I say to myself: Self, what is the real reason for this Mosby season?

I'm just a city boy who looked at things as a plain, college-educated, 60-plus, African American Man. I've asked scholars, activist and media people: What, really, did she do, to garnish all this trouble? I'm sorry if I am insulting anyone when I ask, "Where's the beef?" Has **Marilyn Mosby** done anything to anyone, taken any money from anyone? Promised something to anyone and did not keep her promise? You know, like America has promised the African American public.

The haters are going to hate. And not surprising, my hometown Baltimore radio is full of **Marilyn Mosby** haters. Many hosts and callers, who are great accountants as they begin to count her money by the hours she is at work to put a price on her daily worth.

And then there are the supporters who love this woman for her recognizing that criminal charges were on steroids when it came to targeting Black, poor and, most times, uneducated people. Who else but **Marilyn Mosby** had the guts to charge police officers - any police officers - when it came to the death of Freddie Gray? Prosecutors partner with police; they don't charge them, is what a police officer friend told me. For me she prioritized Freddie Gray's humanity and the pursuit of justice.

Most of us who have been in Baltimore for any amount of time are tired of whose "up next." They mostly were imperfect folks who all made laughable decisions during the time they were serving the people. I don't know what is going to happen. I hope absolutely nothing. I hope she can return to her office and her job and keep an eye on a system that has never been fair for me. Yeah, it's not been justice for my community, it's been just-us.

Michael Eugene Johnson, Baltimore

Taking a page from Donald Trump

Taking a page from the Trump strategy, **Marilyn Mosby** is screaming "fake news," it didn't happen, I am innocent, and I am a victim in this situation ("'Fight of our lives': **Marilyn Mosby** speaks at Baltimore's Empowerment Temple on Sunday morning, days after federal indictment," Jan. 16). Well, as President Donald Trump discovered, if you yell loud enough and long enough, some people, especially dedicated followers, will believe you and support you all the way to the verdict and even beyond as shown by the attempted Jan. 6 event in Washington. They ignore the facts in face of the charges and facts as they stand. They make excuses for the crimes committed. So holler and protest all you want, but the real truth will come out in court when only true facts will be allowed and all the hoopla and emotional hollering will be ignored for the truth and justice.

If she is innocent then the court trial will find her innocent, but if guilty as charged then that must be accepted.

Stas Chrzanowski, Baltimore

Mosby targeted for 'smear campaign'

Once again a columnist for The Baltimore Sun is engaged in playing judge and jury in the situation involving **Marilyn Mosby**, state's attorney for Baltimore. Apparently, to many in the media, the rule of law and presumption of innocence does not apply to public officials or those in our Justice system.

Disturbing as well, is the historical legacy of prominent, outspoken Black Americans becoming targets and subjected to smear campaigns by both our federal law enforcement agencies and the media.

I am reminded of this sordid legacy as the nation celebrated the Martin Luther King holiday. Tragically, one of the icons of America was also subject to overzealous law enforcement agencies and smear campaigns by the media in America.

One hopes Ms. Mosby will not resign and will defeat these twisted efforts to unseat her.

Greg Thrasher, Washington, D.C.

Where's hardship in a $250,000 salary?

It is all about values for me! It's not about "political and racial animus." **Marilyn Mosby**'s indictment on criminal charges may result in jail time or loss of office or public censure or nothing. The result, however, for me is disappointment, loss of respect and a decision that I can no longer support her in any attempt to stay in office ("'I'm built for this': Baltimore State's Attorney **Marilyn Mosby** pledges to fight federal perjury charges," Jan. 14).

I have respected and supported her initiatives to make the justice system more fair. However, I cannot understand how someone whose role is to enforce the rule of law can think it OK to circumvent it. She admits that she withdrew retirement money without penalty using the COVID exception to do so. I find it unconscionable that anyone (especially someone in her position) whose salary is almost $250,000 checks a box that affirms financial hardship.

My understanding is that the purpose of this exemption was to help people who need money to feed themselves and their families, pay their rent or mortgage, or keep a small business going to support themselves or their employees. It wasn't to help the rich get richer.

The truth about the other charges against her will come out as the process continues. Meanwhile, I would hope that **Marilyn Mosby** would take responsibility for her own behavior.

Sally Neustadt, Baltimore

Rules for future Maryland politicians

After reading Dan Rodrick's column ("Financial hardship is **Marilyn Mosby**'s defense? Good luck with that," Jan. 19) it raised the question: Why do so many elected officials in Maryland end up with criminal charges against them? Could it be because of a political witch hunt, a racially biased attack, an overzealous inspector with a bone to pick? Or could it be that maybe, just maybe, those officials were just victims of temptation? Does that mean that we should prosecute them for getting their hands caught in the cookie jar, or is it time to get a sufficiently tighter fitting lid for that cookie jar?

Going back to the days of Spiro T. Agnew, Dale Anderson and Marvin Mandel, we have put up with generations of real estate fraud, tax evasion and cronyism, but in more recent years, we see that our new lawmakers are still struggling to comprehend what the term "illegal" means. It's apparently an official occupational hazard these days, but it's time that the officials finally do something about it.

Here are a few suggestions for future state and city office seekers:

Taxes: Any elected official must be paid up on all taxes, making their most recent tax return public, to avoid any potential conflicts of interest (After all, if you don't pay taxes, why should we pay your salary?).

Side Businesses: Any elected official who feels that it's a good idea to have a side business, (real estate interests, travel agencies, book publishing, cozying up to contractors, etc.) should wait until their term has ended to do so. (After all, you were elected to do one job. Do the damn job.)

Nepotism: Any elected official must not have any immediate family members running for elected office while they are serving their term within that same jurisdiction. (After all, would you honestly turn your little sister in for just nabbing a few cookies?).

With these measures in place, candidates will have to think twice about running for public office, and we will pray that the ones who are elected will do the right thing!

John Ellsberry, Baltimore

Copyright (c) 2022 The Baltimore Sun Company

Record Number: BS0121649015

**Sun, The (Baltimore, MD)**

January 26, 2022

Edition: First Generic
Section: Main
Page: 1

**Political race far from typical**

**Campaign for state's attorney has added factor of indictment**

Author: *Emily Opilo*

Article Text:

When Baltimore State's Attorney **Marilyn Mosby** mounted her first bid for reelection in 2018, she faced two serious challengers in defense attorney Ivan Bates and former prosecutor Thiru Vignarajah.

The pair attacked the then first-term incumbent on the city's homicide rate and her effectiveness in office, but Mosby still took the race by a landslide margin.

Now, as Mosby enters her third campaign season, she again faces two Democratic opponents. But this time, the city's top prosecutor confronts a very different landscape: one shaped by a federal criminal indictment brought against her earlier this month on charges of perjury and making false statements.

Local political observers are divided on what the charges may mean for the state's attorney's chances at another four years in office. Conventional wisdom suggests criminal charges for the woman responsible for prosecuting the crimes of others opens the door for a challenger. But some argue the indictment actually

could work in the state's attorney's favor - rallying her base at an opportune time.

One thing is clear: There have been few, if any, races like the one that's shaping up in Baltimore.

"There's a lot of noise here. This is not a typical campaign," said Roger Hartley, dean of the University of Baltimore's College of Public Affairs. "She's campaigning, defending herself and trying to run one of the most important offices in our city at a time when crime is a number one issue."

Hartley is among the observers who sees an opportunity for a challenger. But for Democrats Ivan Bates or Roya Hanna, the two candidates who have entered the race so

far, to overtake Mosby, it's going to require some strong fundraising and work to build name recognition, Hartley said.

Hartley pointed to a study conducted by the University of North Carolina showing incumbent prosecutors win 50% of the time. That's a lower success rate than incumbents in better known "up ballot" races like governors or senators - who typically win reelection better than 90% of the time. But not all prosecutors have Mosby's level of name recognition.

"People are less likely to know who their prosecutor is and that gives even more power to name recognition and the incumbent," he said.

Karsonya "Kaye" Whitehead, a Loyola University Maryland professor and host of a local radio show, said she expects the indictment to make Mosby stronger, not weaker. The state's attorney already has a strong support base, and the charges will only motivate them, Whitehead said.

"Some stations are hammering it home every day," she said of local television and radio coverage of Mosby's indictment. "If you're a **Marilyn Mosby** supporter or someone who understands what it's like to be an underdog, it is going to rile you up."

The charges against Mosby, include allegations that she lied to prematurely withdraw thousands of dollars from her city retirement account without a tax penalty, then used the funds to purchase two vacation homes in Florida. Prosecutors said she claimed she had faced financial hardship from the COVID-19 pandemic to complete the withdrawal, when in fact she had received a raise during that time period, and she failed to disclose a federal tax lien as required in mortgage documents.

Whitehead said Mosby should continue to deliver the messaging her attorney A. Scott Bolden has used thus far in her public defense: that the state's attorney is being unfairly prosecuted for personal, political and racial reasons.

Mosby's record, too, resonates with voters, Whitehead said. Her decision to prosecute six police officers involved in the death of Freddie Gray has not been forgotten, she said, even if those officers were ultimately not convicted. Whitehead also sees Mosby's policy against prosecuting low-level crime, introduced in March 2020, resonating with the Black community, in which many have lost family members to the corrections system.

"For Baltimore residents in the struggle, that matters," Whitehead said.

Anthony McCarthy, a longtime political operative who worked for several Baltimore mayors, also felt Mosby's indictment had strengthened her position in the race. Callers to a radio show McCarthy hosts have been overwhelmingly supportive of the state's attorney, he said.

"They don't talk about specifics of perjury," McCarthy said of his callers. "They don't talk about loan applications. What they talk about is she has changed the conversation when it

comes to marijuana convictions and she has gotten Black men out of prison who were wrongly convicted."

McCarthy said Mosby's public statements in the wake of the indictment pledging to fight have resonated with Black women in particular, a powerful faction of Baltimore's voting population.

"They want safety, and crime-fighting is a top priority," McCarthy said. "But that can be trumped if they see a Black woman being unfairly targeted."

To win, Bates and Hanna will need to draw distinctions in how they would prosecute differently than Mosby, McCarthy said. And they also must make the case that she cannot prosecute while under indictment, he said.

"They've got to give people a reason, and it can't be I'm not **Marilyn Mosby**," he said. "Proclaiming that you're not **Marilyn Mosby** won't get you elected."

Mosby's challengers have been reluctant so far to address the charges against the state's attorney.

"Ms. Mosby's issue, that's her issue," Bates said in an interview with The Baltimore Sun. "I'm totally focused on the campaign and talking about the crime that's happening in the city."

"I was always running based on the issues as it relates to the state's attorney's office, as it relates to crime, homicides in the city," Hanna said. "That hasn't changed."

Bates has spoken with his war chest, however. The two-time challenger in the race raised $361,707 in the last year toward his bid for office - topping Mosby by more than $43,000 once a personal loan he made to the campaign was discounted.

Mosby is in the unique position of raising money for two separate funds this election season - another anomaly of an election held in the midst of an indictment. In addition to her traditional campaign account, a legal-defense fund has been established for Mosby's benefit and has been accepting donations since last summer.

Hartley questioned whether the parallel funds would dilute the money Mosby is able to raise for campaign purposes. Ethics filings, due this spring from officeholders including Mosby, may offer the only glimpse at who has donated to the legal defense fund.

Vignarajah, who challenged Mosby in 2015, questioned whether Mosby may be able to use the controversy to increase her campaign's financial position.

"This could be a boon for fundraising," he said. "She wouldn't be the first candidate to use adversity as a lightning rod."

Vignarajah said the indictment is certainly a "material change" in the landscape of the race. He and Hartley questioned whether other candidates will be enticed to join the

contest due to Mosby's perceived vulnerability. The filing deadline is still one month away. A wider field, like Baltimore saw in its last mayoral race, would mean the winning candidate could prevail with a smaller margin of votes.

"You've got to believe some folks are at least going to entertain the possibility," said Vignarajah, adding that he has no plans to enter the race himself.

Still another peculiarity of an election in the midst of an indictment may be the importance of endorsements. While coveted and touted by politicians, endorsements in most races are largely irrelevant to voters. But now that Mosby has found herself under a legal cloud, those who stand behind her publicly will be telling, observers said.

Just as important, Whitehead said, will be those that don't.

"Dr. King said 'In the end, we will remember not the words of our enemies, but the silence of our friends,' " Whitehead said. "Baltimore is that kind of place."

"**Marilyn Mosby**'s friends are not being silent," she said.

Baltimore Sun reporter Alex Mann contributed to this article .

Copyright (c) 2022 The Baltimore Sun Company

Record Number: BS0121679383

**Daily Record, The (Baltimore, MD)**

January 26, 2022

Section: News

Topics:

**Index Terms:**
General news

**'Al Capone model': Md.'s new federal prosecutor looks to link fraud, violent crime**

Author: *Madeleine O'Neill*

Article Text:

Maryland's top federal prosecutor sees an opportunity amid the widespread fraud that accompanied the flow of COVID-19 relief money during the pandemic: new avenues to prosecute people who also commit violent crimes.

As part of what he calls the "Al Capone model," U.S. Attorney Erek L. Barron wants his prosecutors to look for new ways to connect pandemic-related fraud and violent crime, two top priorities for the office.

"If you think outside the box, you can find connections that you wouldn't necessarily have thought of," Barron said in an interview with The Daily Record.

Federal watchdogs estimate that tens of billions of dollars in federal pandemic relief money and unemployment payments were made improperly or paid out to fraudsters. Maryland federal prosecutors have already brought a string of indictments related to COVID-19 emergency aid, such as Paycheck Protection Program loans and supplemental unemployment payments.

Barron, who was sworn in on Oct. 7, wants to continue pushing pandemic fraud as a top priority while also integrating it with his office's focus on violent crime.

In the same way that tax evasion charges gave prosecutors ammunition to move against Al Capone, the famed gangster of the Prohibition era, COVID-19 fraud investigations could offer another option to get violent people off the streets.

"We have found that people who are violent are involved in other wrongdoing," Barron said. "That information on the fraud side can be very helpful in investigating crimes on the violent side."

That means Barron's office must work side by side with state and federal partners, such as the U.S. Department of Labor's Office of Inspector General. Sharing information about

violent crime targets with fraud investigators could yield results that are helpful to both sides, Barron said.

Barron is also advocating for his office to receive more resources. He is making a case to the U.S. Department of Justice that the members of his office "punch above our weight."

Though Barron declined to detail his request for resources, he pointed to a letter that Baltimore's congressional delegation sent to Attorney General Merrick Garland in August.

The lawmakers requested additional federal resources to fight federal crime in Baltimore and specifically asked for five additional prosecutors to be added to the U.S. Attorney's Office in Maryland.

Barron said he believes his office should be staffed comparably to other federal prosecutors' offices with similar populations, such as the District of Massachusetts.

"We think we compare favorably and think we should be resourced similarly," Barron said.

The office is known for its focus on public corruption, and in recent years won convictions against Baltimore police officers who were involved in the Gun Trace Task Force and against former Mayor Catherine Pugh for fraud and tax evasion.

Another high-profile case has kept the spotlight on Barron's office recently: Prosecutors returned an indictment against Baltimore City State's Attorney **Marilyn Mosby** this month.

Mosby is accused of lying about financial hardships related to COVID-19 in order to withdraw money from her retirement account and of failing to disclose a federal tax lien on mortgage applications for two Florida properties.

Mosby's lawyer, A. Scott Bolden, has claimed that the charges against Mosby are racially and politically motivated. And the federal prosecutor's office has gained something of a reputation for targeting Black elected officials.

Barron, who is Maryland's first Black U.S. attorney, declined to comment on that perception.

"If appropriate, we investigate, we follow the evidence where it leads, we look at the facts and the law, and we make a decision from there," he said.

Barron said his office will also vigorously enforce U.S. civil rights laws, specifically citing federal prohibitions on discrimination in housing, police misconduct and abuse of vulnerable populations, including the elderly and disabled.

In addition, the office will assist released convicts in returning to society and meet frequently with community leaders and groups to discuss their concerns about criminal and civil justice, Barron said.

"We are not cheerleading on the sidelines," he added. "We are active at the table."

-- Daily Record reporter Steve Lash contributed to this article

Copyright © 2022 BridgeTower Media. All Rights Reserved.

Copyright, 2022, The Daily Record (Baltimore, MD)

Record Number: 289339

**Sun, The (Baltimore, MD)**

January 28, 2022

Edition: First Generic
Section: Main
Page: 10

**Every Maryland county needs an inspector general**

Article Text:

It's only January, but already 2022 is proving to be a good year for exposing possible public corruption in Maryland, thanks, in large part, to the efforts of two inspectors general - Baltimore's City's Isabel Mercedes Cumming and Baltimore County's Kelly Madigan. The former has played a significant role in scrutinizing the personal finances of Baltimore City State's Attorney **Marilyn Mosby** over which she was recently indicted by a federal grand jury on charges of perjury and making false statements. And the latter recently filed a report detailing the cozy relationship between a prominent Baltimore County developer and a former county official who accepted free basketball tickets and parking passes from someone he was supposed to be regulating.

These are merely allegations, of course. No one has been convicted of any wrongdoing. But given the compelling paper trail officials have so far provided - down to emails involving Howard Brown, chair of David S. Brown Enterprises Ltd., and Arnold E. Jablon, who served as director of the Baltimore County Department of Permits, Approvals and Inspections between 2011 and 2018 - let's just say it doesn't look especially good for the cause of ethical purity. "Just a note to let Howard know I do want those 6 tickets to the Big Ten tourney!" Mr. Jablon allegedly wrote at one point.

Such revelations don't happen by accident. They require skilled financial investigators with sufficient resources to do their job and a free hand to do it. How best to oversee inspectors general has been an issue in both these jurisdictions. In Baltimore County, for example, County Executive Johnny Olszewski Jr. initially sought to appoint an oversight board but backed down under criticism that it included too many elected officials. He is now waiting for his appointed work group chaired by a retired Maryland Court of Appeals judge to produce oversight recommendations with a final report due Nov. 1.

Yet the challenge of oversight seems eminently solvable. The far greater problem is what happens when you don't have a watchdog at all. And that's where the vast majority of counties find themselves today. Outside of Baltimore City and Baltimore County, only Montgomery County maintains an equivalent office in Maryland. Even state government has no statewide IG, although a handful of agencies have their own. Given this state's unfortunate history with public corruption, one would think that extra care would be taken. Alas, that never seems to happen.

That's not to suggest unethical behavior gets ignored entirely in other subdivisions or in state government. In Anne Arundel, for example, there is an auditor who reports to the County Council and primarily looks over the county's financial dealings, and a seven-member ethics commission that holds hearings on alleged violations of public ethics laws. But the level of scrutiny is not the same. Can you name any newsworthy action by either? Go ahead and run an internet search. Either Anne Arundel, whose first county executive, Joseph W. Alton Jr., spent seven months in Allenwood Federal Prison Camp on charges related to a kickback scheme, is squeaky clean these days, or it's simply not getting the same level of scrutiny. Why take that chance when you don't have to?

Those who are still unconvinced ought to take a look at the Baltimore County report. It centers on a development, Metro Centre at Owings Mills, that county officials ought to be supporting. The $220 million mixed-use development takes advantage of the location's easy access to the Baltimore region's sole subway line. It should have been built. There is a compelling public interest to do so. And waiving permit fees might well have been justified to encourage such transit-oriented development. But doing so without public discussion, without transparency and while simultaneously accepting gifts? That should have been seen as a line as clear and as dangerous to cross as any electrified subway track. Yet people who see such "you scratch my back, and I'll scratch yours" behavior as routine are unlikely to ever raise objections. And every county has its share of commercial land owners and developers looking for special favors, a rezoning here or a special use there, who already fork over big bucks to candidates' political campaigns.

Four years ago, Mr. Olszewski took office with a mandate to restore public trust in government, promising an accountability office that eventually became the inspector general. Clearly, his feet must still be held to the fire. Meanwhile, voters from Elkton to Ellicott City and beyond ought be asking those who are seeking public office on the county level if they would back creating an independent IG office, too. And if not, why not? Voters will surely rest easier knowing they have their own watchdog guarding local government.

Caption:
Baltimore County Inspector General Kelly Madigan speaks Dec. 21, flanked by Baltimore Mayor Brandon Scott, left, and Baltimore County Executive Johnny Olszewski Jr. Amy Davis/Baltimore Sun

Copyright (c) 2022 The Baltimore Sun Company

Record Number: BS0121712953

**Daily Record, The (Baltimore, MD)**

January 31, 2022

Section: News

Topics:

**Index Terms:**
General news

**Mosby's first court appearance set for Friday in federal perjury case**

Author: *Madeleine O'Neill*

Article Text:

Embattled Baltimore State's Attorney **Marilyn Mosby** will make a virtual court appearance Friday, her first scheduled hearing since being federally indicted on perjury and false statements charges.

Mosby's initial appearance is set for 1:30 p.m. Friday before U.S. Magistrate Judge James Mazzone, who is seated in the Northern District of West Virginia.

Initial appearances are generally brief, pro-forma hearings that mark the beginning of a criminal prosecution in federal court. Mazzone will likely decide on conditions for Mosby's pretrial release at the hearing.

The long-rumored indictment against Mosby appeared earlier this month in U.S. District Court in Baltimore. The city's top prosecutor faces two counts each of perjury and making false statements on loan applications.

The indictment alleged that Mosby falsely claimed to have been financially impacted by the COVID-19 pandemic in order to request withdrawals from her city of Baltimore employee retirement account in 2020.

Mosby, whose salary was unaffected during the pandemic, allegedly used the withdrawals to make down payments on two Florida properties.

She is also accused of failing to disclose a $45,000 IRS lien for unpaid taxes when she signed applications for mortgages on the properties, which were located in Kissimmee and Long Boat Key.

Mosby and her lawyer, A. Scott Bolden, have attacked the prosecution as politically and racially motivated. Mosby is up for reelection this year.

"This indictment is merely a political ploy by my political adversaries to unseat me," Mosby said at a news conference the day after her indictment. "Please also understand that I will never let that happen without a fight."

Her defense team includes Bolden, who is a partner at the D.C. law firm Reed Smith LLP, and a number of other lawyers from the firm.

Bolden has also told the media that Mosby had "other business interests" that were affected by the COVID-19 pandemic, though he has declined to offer many details.

Mosby remained under the specter of a federal investigation for months as a flurry of subpoenas dug into financial records, charitable contributions and a private travel and consulting business that she started in 2019, according to reporting by the Baltimore Brew.

Mosby's husband, Baltimore City Council President Nick Mosby, was also investigated but has not been indicted.

Assistant U.S. Attorney Leo Wise, who has become known for his aggressive pursuit of public corruption cases, is prosecuting **Marilyn Mosby**.

Copyright © 2022 BridgeTower Media. All Rights Reserved.

Copyright, 2022, The Daily Record (Baltimore, MD)

Record Number: 289941

**Baltimore Brew (MD)**

January 31, 2022

Section: Front Page

**Kim Morton set to return to city government via lucrative sheriff's contract**

Author: *1:25 pm*

Article Text:

Former City Hall powerbroker Kimberly L. Morton, who retired in 2020 as Mayor Bernard C. "Jack" Young's chief of staff, is set to return to the payroll as a "contract services specialist" for the sheriff's office.

Her new job: to "prevent waste on behalf of the fiscal office of the sheriff," according to this week's Board of Estimates agenda.

Her pay: $150 an hour, or 41% more than she made as Young's COS, according to city records.

Morton's assignment is set to start this Wednesday once Mayor Brandon Scott and the BOE approve her contract, which specifies "312 hours not to exceed $46,800" ($150/hour x 312 hours).

Baltimore's Administrative Manual allows retirees to be hired by city agencies on hourly contracts.

But the rate of pay "can be no more" than the difference between the person's maximum salary "if he/she were employed full-time by the city and the retiree's maximum City Retirement Systems benefit" (i.e., yearly pension), according to AM 212-1, Part 1.

To get around this restriction, which would drastically reduce Morton's hourly pay, Sheriff John W. Anderson is asking the mayor and spending board to waive "the hourly portion" of AM 212, the agenda says.

Allegations of Waste

An attorney who started in the office of State's Attorney Patricia Jessamy in 2004, Morton quickly rose to bureaucratic prominence as deputy director of the Department of Public Works and as chief of staff or deputy COS for three Baltimore mayors – Stephanie Rawlings-Blake, Catherine Pugh and Young.

After a falling out with Pugh in 2017, Morton returned to DPW, upping her pay by nearly $20,000, before returning to City Hall in 2019 as Young's COS.

After Young lost in the 2020 Democratic primary, Morton was identified by The Brew as instigating the promotion of many of her allies and the removal of several rivals, including former Housing and Community Development Commissioner Michael Braverman.

One top DPW administrator, Shaaron Phillips, whose job was eliminated, filed a lawsuit that accused Morton of engaging in fraud and waste in the implementation of the city's still problem-plagued water meter program.

The lawsuit alleged that Morton forced Phillips to hire the unqualified sister of her boyfriend as head of the BaltiMeter program and backdated employment records so that the sister, Jennifer Ludwig, could receive $104,000 in extra pay.

Last July, the Scott administration paid Phillips over $155,000 to settle her suit out of court.

City settles lawsuit by DPW insider that alleges "fraud and gross waste" in water billing system (7/29/21)

Helping to Get Anderson Re-elected

A well-informed source, who requested anonymity, said Morton has been "very, very close politically" to Sheriff Anderson since her days in the state's attorney's office.

"Anderson is running for re-election this year, and Kim is going to help him win – and make some money to supplement her pension," the source asserted.

A resident of North Baltimore's Cross Keys, Morton could not be reached for comment.

The sheriff's contract was placed on the board agenda by Mayor Scott's office, and Scott is unlikely to turn down an request by a fellow elected official.

The agenda does not say how Morton plans to "prevent waste" in the sheriff's office or what, if any, work product is expected by the agency.

Earlier this month, Morton gave $250 to indicted Baltimore State's Attorney **Marilyn Mosby**, a close friend who retains, on another employment contract, Morton's ex-boyfriend, Douglas Ludwig.

A retired city prosecutor, Ludwig is also paid $46,800 a year to review arrests and provide bail recommendations for violent felonies and firearm charges.

But unlike Morton, Ludwig only gets $39 an hour on his retiree contract and is expected to work 1,200 hours to earn his full allotted pay.

Caption:
Above: Longtime Baltimore government emploee, Kimberly Morton. (Office of the Mayor)

Copyright © 2022 Baltimore Brew LLC, All rights reserved.

Record Number: 23ea71c8755c1851ff5913dff84b6b8d4ae6a5

**Sun, The (Baltimore, MD)**

February 1, 2022

Edition: First Generic
Section: Main
Page: 3

**State's Attorney Mosby slated for initial court appearance**

Author: *Alex Mann*

Article Text:

Baltimore State's Attorney **Marilyn Mosby** is slated to appear in court for the first time Friday afternoon following her federal indictment on perjury and false statement charges.

Her initial appearance will be held virtually and is scheduled for 1:30 p.m., according to the U.S. Attorney's Office.

Mosby was indicted Jan. 13 on two counts of perjury and two counts of making false statements on loan applications to buy a pair of properties in Florida.

The two-term state's attorney allegedly made two penalty-free early withdrawals amounting to $81,000 from her retirement savings allowable by the federal CARES act for people whose finances suffered as result of the coronavirus pandemic, according to the indictment. However, federal prosecutors say Mosby experienced no such hardship and accused her of checking a box affirming under the penalty of perjury that her finances took a blow.

Mosby allegedly used the withdrawals for down payments on an eight-bedroom rental home near Disney World and a condo on Florida's Gulf Coast, according to the indictment.

Federal prosecutors also said she lied on her mortgage loan applications by not disclosing a $45,000 federal tax lien and by claiming the property near Orlando was a second home, resulting in a lower interest rate, despite having lined up a management company to run the house as a vacation rental.

Mosby and her attorney, A. Scott Bolden, have proclaimed her innocence, dismissing the charges as politically motivated because of the policies Mosby enacted as the city's elected prosecutor.

Bolden declined to comment on Mosby's arraignment.

Four more attorneys from his Washington, D.C., law firm, Reed Smith LLC, have entered their appearance in Mosby's defense. They are Daniel Zev Herbst, Kelley C Miller, Rizwan Qureshi and Anthony R Todd, according to court records.

Assistant U.S. Attorneys Leo Wise, Aaron Zelinsky and Sean Delaney are handling Mosby's case for the government.

Maryland U.S. Attorney Erek Barron has declined to discuss Mosby's pending case, citing rules of professional conduct that limit what he is allowed to say. Barron, however, defended his office's work generally in a meeting with reporters Jan. 18, saying his prosecutors follow the evidence and make decisions based on facts and the law.

"Anyone accused of a crime is presumed innocent and everyone has a right to a fair trial and there's laws and professional conduct guidelines that rightly prevent me from saying or commenting on a pending case because there's a potential for unfair influence and it would be wrong of me to do that," Barron said during a Jan. 19 appearance on the "C4 and Bryan Nehman" show on WBAL Radio. "We'll do our talking about any case in the courtroom."

Copyright (c) 2022 The Baltimore Sun Company

Record Number: BS0121769267

**Towson Times (MD)**

February 3, 2022

Section: Features

**25 Black Marylanders to Watch (plus 5 Living Legends)**

Article Text:

Welcome to The Baltimore Sun's 25 Black Marylanders to Watch. To celebrate Black History Month, we've assembled a group of people whose fortitude, leadership, artistry and efforts to uplift Baltimore and the state of Maryland make them worth watching.

In addition to these 25 on the rise, we're naming five Living Legends, people who are still doing the work but who have been at the top of their game for some time.

Adam

AbadirBaltimore mayoral staffer

Franklyn

Bakernonprofit leader

Erek

BarronU.S. attorney

Erricka

Bridgefordanti-violence activist

Sheree

BriscoeBPD leader

Rev. Heber

Brown IIIpastor/activist

Maj. Gen. Robert

L. Edmonson IIAPG commander

Jerrell

Gibbsartist

Dr. Michelle

GourdineHospital system leader

Shelley

Halsteadnonprofit founder

Fagan

Harrisnonprofit leader

Lamar

JacksonRavens QB

Anthony L.

JenkinsCoppin State president

Martha S.

Joneshistorian

Sean

Jonesmusician

John

Lewisbank executive

Amanda

Mackbaker/entrepreneur

Sister Magdala

Marie Gilbertnun

Cedric

MullinsOrioles CF

Brandon

ScottBaltimore mayor

Donna Hill

Statonformer judge

Shelonda

Stokesnonprofit ldeader

Keishia

Thorpeteacher

Toni

Tipton-Martinfood journalist

Tonya

Wilson-Housefoundation co-founder

Best in activism

A tireless advocate of ceasefires and a organizer of volunteers make their cases.

Erricka Bridgeford

49, cofounder, Baltimore Ceasefire 365

When Erricka Bridgeford woke up the Saturday morning of Baltimore's first Ceasefire weekend in 2017, she could feel something shifting.

There were posts on social media saying the air felt different. Folks were celebrating the lack of ambulance sirens through the night.

"That's when I realized, like, 'Oh, this is something bigger than I thought,'" Bridgeford, 49, a cofounder of Baltimore Ceasefire 365, recalled in a recent interview.

The Ceasefire movement hasn't stopped growing since.

From that first weekend — a 72-hour truce that began with the message, "Nobody kill anybody" — it has expanded to four weekends per year, featuring community events, marches and workshops. It's added on an ambassador program, plus a way for schools and organizations to become partners. And researchers have found a measurable effect: a 52% drop in fatal and nonfatal shootings on Ceasefire weekends with no subsequent increase.

The movement has become a way of "injecting joy" into the city, choosing to send "love and light" into Baltimore, Bridgeford said.

"We don't feel it in our chest when somebody gets killed that we don't know. This movement asks people to notice," she said.

And Bridgeford, who also serves as executive director for the Baltimore Community Mediation Center, isn't done yet.

Baltimore Ceasefire 365 is starting a "Reclaim Baltimore" initiative for volunteers to visit the scene of each of the city's homicides from 2021 and 2022.

Bridgeford has, for years, conducted "sacred space rituals" at as many of the sites as she can. But she realized in late 2021 there were 220 left unvisited from that year. Now, she'll get some extra assistance.

She said the idea is to not let murder be the last memory in a space — a concept spawned by the blood left on the sidewalk after her brother's killing in early 2007.

"Where blood is spilled, that should be sacred ground," she said. "And it can only be so if people show up."

The Ceasefire weekends, ambassador program and sacred space rituals are all part of redefining the city's relationship to its stubbornly high homicide rate, Bridgeford said.

Rather than continuing the narrative of "Bmore, Murderland," she said, the city is showing this is a place where, "We look murder dead in the face and we let it know: As long as you are showing up, we are going to keep showing up."

— Darcy Costello

Fagan Harris

34, president and CEO, Baltimore Corps

Fagan Harris, president and CEO of the nonprofit Baltimore Corps, was honored by the White House last June when President Joe Biden appointed him to the board of directors of Americorps, the national program aimed at promoting service and equity.

The wins for Harris' Baltimore Corps, formed "to enlist talent to accelerate social innovation in Baltimore," continued this year, when in January it joined in a multi-year $30 million effort with Baltimore City and several other philanthropic groups to create more full-time service opportunities.

"Baltimore Corps has been a steadfast partner in operationalizing our shared vision for a better, more equitable, and thriving city," Baltimore Mayor Brandon Scott said in announcing the program.

Success is nothing new for Harris or his organization. He graduated from Stanford University in 2009 and won a prestigious Rhodes Scholarship, allowing him to study in Oxford, England.

After college he went to work in the administration of President Barack Obama, serving as a staffer on the White House Council for Community Solutions.

But Baltimore has served as the base for much of his community work, even as he has won fellowships and served on national foundations such as the Aspen Institute.

"Baltimore Corps is a tremendous example of an organization that lives into its values of equity and opportunity for Baltimore," City Councilman Zeke Cohen said in a statement when the $30 million partnership was announced.

— John Holland

Scroll to top

Best in arts

Meet an artist whose work will hang in the U.S. Capitol and the chairman of one of the country's top music schools.

Jerrell Gibbs

33, artist, Baltimore

2021 was a stellar year for the artist Jerrell Gibbs, culminating with his commission to create the portrait of former U.S. Rep. Elijah Cummings that will hang in the U.S. Capitol later this year.

Barely one month into the new year, 2022 is shaping up to be even better.

"A lot of opportunities are coming my way," said Gibbs, 33, of Pikesville.

Though Gibbs just graduated with a master's degree from the Maryland Institute College of Art in 2020, his art is already in the permanent collections of two museums in China, as well as institutions in Baltimore, Los Angeles and Columbus, Ohio.

The Cummings commission generated a flurry of interest in Gibbs' work from other museums and national media outlets, though he can't yet discuss specifics. Now, he's working on canvasses for his September solo show in the art-mad city of Paris.

Unlike his depiction of Cummings, Gibbs specializes in realistic portraits of imaginary people. A photo of a stranger is usually the springboard for inspiration.

"I'm not painting the actual person," he said. "Instead, I put myself into that person and that space. We almost merge and become one."

— Mary Carole McCauley

Sean Jones

43, chairman, Peabody Institute Jazz Department

The Peabody Institute is surrounded by iron gates delicate in appearance but up to the task of dividing people on the inside from those who don't belong.

Sean Jones is determined to push those portals wide open.

"One of the hardest things for the folks who are learning to play jazz now is that they don't have anyone to look up to," Jones, 43, said.

"Anyone who is studying jazz or American informed-music at a classical conservatory falls into a silo. Without any shade on Peabody, the institution is surrounded by gates. That alone could create a sense of isolation."

Jones became head of the jazz department at the conservatory in 2018, following the ouster of the department's founder, jazz superstar Gary Thomas, amid allegations of racial discrimination.

Eighteen months after Jones arrived, the COVID-19 pandemic shuttered schools nationwide.

"Remote learning is almost impossible for music-making students," Jones said. "You have to be physically near a human being to empathize with them. You have to literally hear their breath as they're playing a piano or striking an instrument."

Still, Jones forged ahead. He made community performances a mandatory part of the jazz curriculum. He hopes to launch a tuition-free master's program for up to 67 students, providing a career path for talented young performers with little money. (Peabody is part of Johns Hopkins University.)

And, drawing on his contacts at the NYO Jazz youth orchestra, where he is artistic director, and at the Jazz Education Network, where he is president, Jones nearly quadrupled the size of the jazz department from 12 students in January 2018 to the mid-40s now.

"Our program has grown tremendously, and it's mainly because of Sean," said Warren Wolf, a renowned vibraphonist and Peabody lecturer. "The jazz department was at a real turning point when he arrived."

A trumpet player, Jones has performed with such legendary musicians as Herbie Hancock, Nancy Wilson and Jimmy Heath. In 2019, he founded the Baltimore Jazz Collective.

Jones will never forget how he felt the first time he listened to a recording of the pioneering trumpeter Miles Davis. It's a feeling he wants to pass on to his students.

"That music was warm," he said. "It was sophisticated. It made me see colors differently. I was a young kid, a nerd from a blended family and I never fit in anywhere. When I put on Miles' records, I knew I fit into music."

— Mary Carole McCauley

Scroll to top

Best in business

Meet the founder of a group focused on helping Black women build homes, a bank president who works with the underserved and downtown Baltimore's chief marketer.

Shelley Halstead

52, founder and executive director, Black Women Build

Despite not being "from here," as she was reminded repeatedly after moving to Baltimore in 2015, Shelley Halstead has made a home for herself and others.

The founder and executive director of Black Women Build - Baltimore has led the renovation of seven vacant and abandoned houses on the 1900 block of Etting Street in Druid Heights. The nonprofit, founded in 2017, trains Black women to rehab houses, and teaches them the financial steps to buy and live in the completed homes.

"We're building community," Halstead, 52, said. "On New Year's Eve, we had a Kwanzaa celebration. We get together once a month, just to hang out."

Halstead, who has lived everywhere from Iowa to India, working jobs as varied as carpenter, firefighter and University of Washington-trained lawyer, was drawn to Baltimore "for its potential for rebuilding."

The city also benefits with the group purchasing materials and hiring locally, she said.

"The money," Halstead said, "stays in Baltimore."

— Jean Marbella

John D. Lewis

44, president and chief operating officer, Harbor Bank

When John D. Lewis moved to Baltimore about 12 years ago and started a financial technology company, he met and talked to people "to learn the lay of the land." One company stood out.

"Harbor Bank was by far the most helpful," Lewis said. "Harbor is a community bank, and there aren't many community banks anymore. It's deeply engaged in Baltimore."

That "resonated" with Lewis, 44. Eventually, he joined the Black-owned bank as senior vice president heading the company's Community Development Corp., and rose to become its president and chief operating officer.

The coming year promises to be an important one for all banks, he said, as they continue to address the business disruptions brought on by the COVID-19 pandemic.

Founded to help provide financing to residents and businesses that were underserved by existing ones, Harbor Bank celebrates its 40th birthday this year. In that span, its assets have grown from $2.1 million to well over $300 million.

"We touch every group in the city," he said.

— Jean Marbella

Shelonda Stokes

49, president and CEO, Downtown Partnership of Baltimore

Shelonda Stokes' career has come full circle since her days as an East Baltimore teen who cleaned pavilions in Baltimore's Harborplace for minimum wage.

In her first job at 14, Stokes played a small part keeping the Inner Harbor attraction welcoming for visitors, workers and residents.

Decades later, as head of the non profit Downtown Partnership of Baltimore, Stokes has a similar mission, though in a leadership role and well beyond Harborplace. She took over the reins in 2020 amid upheaval of the pandemic and social justice movement.

"For downtown, it was huge on both fronts," Stokes said, a time, she argues, when the group's work is needed more than ever. "We had a number of businesses and residents who were like, 'How do we navigate all of this? We've never been here before.'"

As president, she markets downtown, defined as everything within a one-mile radius of Pratt and Light streets, as a place to live and work, helps attract and retain business, and plans events. And as CEO, she oversees keeping the 106-block Downtown Management Authority district clean and safe.

During the pandemic, she launched a series of live webinars with City Councilman Eric Costello to help guide downtown businesses and groups through recovery and started BOOST, a program that enables small, minority owned businesses to open and grow in vacant downtown space.

She helped create the #CurbsideBaltimore gift card program to offer local restaurants and retailers an infusion of cash. To tackle crime and safety concerns, the partnership hired city school police and off-duty Maryland state troopers to supplement the group's private security guards.

Stokes grew up in Baltimore and understands the city's pluses and its minuses — too well. Her brother was shot to death Jan. 25 outside a home he was renovating in Northeast Baltimore.

Stokes, 49, had been chairman of the partnership's board when former president Kirby Fowler left to head the Maryland Zoo at the end of 2019. Stokes stepped in as interim president in March 2020 and soon realized she was right for the role.

With a degree in electrical engineering from Morgan State University, Stokes had spent much of her professional life seeking creative ways to solve problems, including as president and CEO of GreiBO Media, a Baltimore-based marketing and production studio she co-founded in 2001. The agency produced marketing videos for Hewlett Packard, Under Armour, Coca-Cola and others.

"Once I came into the organization, I think that's where I could see the culmination of my experience, passion, just ways that we could really ... do not only a service and benefit for downtown but for our city and for our citizens overall," Stokes said.

After taking the partnership job, Stokes moved downtown to fulfill a city residency requirement.

"What I wanted to do beyond that was live downtown so that I could understand better what people are experiencing, what they're getting or not, what they're seeing, so that I became just as engaged," she said.

— Lorraine Mirabella

Scroll to top

Best in education

The president of Coppin State University, a professor at Johns Hopkins University and an award-winning teacher have experienced trying times, revelations and supporting the next generation.

Anthony Jenkins

49, president, Coppin State University

Coppin State University's new president, Anthony Jenkins, arrived in June 2020 as the coronavirus pandemic was rapidly altering student needs in higher education. The university went hybrid with a combination of online and in-person classes that allowed students to remain connected to faculty, technology and food on campus. "One of the proudest moments was our ability to operate within a global pandemic," Jenkins said. The president is now turning his focus to driving down the cost of education at Coppin State, where tuition for an in-state student living on campus is about $2,370 per semester. The university awarded students a $1,200 tuition grant during the pandemic and has set record

highs in alumni giving, corporate fundraising and grant awards this fiscal year. "Location and size will never dictate our level of success," Jenkins said. Lillian Reed

Martha S. Jones

63, professor, Johns Hopkins University

Martha S. Jones, who joined Johns Hopkins University in 2017, is a professor of history. In 2020, she led research that concluded the Johns Hopkins University's namesake enslaved people. She recently signed a four-year book deal with the New York-based publishing company Basic Books for "A Jagged Color Line," which will examine the history of slavery and sexual violence and be published in 2023.

Hopkins had been known as a business owner, a philanthropist and an abolitionist who opposed racism. Jones' research found otherwise, citing the census, which shows at least four male slaves in his household, The Baltimore Sun reported. Her findings came as multiple other schools examined how they benefited from slavery, such as Columbia, Brown and Georgetown.

Amid the report, the university offered opportunities for the community to address the findings, including a virtual town hall, The Sun reported. While researchers challenged Jones' findings, she told The Sun in June that she has not seen anything disproving her results.

Jones is an award-winning author whose portfolio includes "Birthright Citizens: A History of Race and Rights in Antebellum America," released in 2018, and "Vanguard: How Black Women Broke Barriers, Won the Vote and Insisted on Equality for All," released in 2020.

Additionally, she's a historian of Baltimore and has contributed an essay to the book version of the 1619 Project, a Pulitzer Prize-winning examination of slavery.

"Any book I begin, I begin it because I want to answer questions. So, one of the great satisfactions is doing the research, the writing and the analysis," Jones said.

Her upbringing influenced her career, she said. Raised in Long Island, New York, Jones, 63, lives in Mount Vernon. She's the daughter of activists, Suzanne and Paul Jones, who were involved in affordable housing and civil rights movements in the 1960s and 1970s.

Before coming to Hopkins, she earned a law degree from City University of New York School of Law, and worked as a lawyer in New York, representing women with HIV and AIDS. She later earned a doctorate in history at Columbia University in New York and taught at the University of Michigan.

"I was raised in a family that understood history to be an essential component of how we make sense of who we are and how we make sense of the world which we live in," Jones said.

—Billy Jean Louis

Keishia Thorpe

42, educator, Prince George's County

Last year, International High School at Langley Park educator Keishia Thorpe won the $1 million Global Teacher Prize for her work with 12th grade English language learners. Thorpe draws from her experiences as an immigrant from Jamaica in mentoring students to prepare for college or find success as a student-athlete. She cofounded a nonprofit organization helping 'at risk' student-athletes across the globe earn college scholarships. Thorpe also founded the Hope Beyond Distance Foundation and Food4Change, which support immigrant families. "Every child deserves a champion, an adult who will never ever give up on them, who insists that they can become the best they can possibly be," she said when accepting the award.

— Lillian Reed

Scroll to top

Best in food

An indefatigable baker and cookbook author with an eye toward history reflects on showing up and helping the next generation of cooks.

Amanda Mack

34, owner, Crust by Mack

As a teenager, Amanda Mack sold doughnuts to classmates at Baltimore City College to pay for her graduation gown and class ring. Years later, she's on her way to Baltimore foodie fame, but still has the grit and determination she showed as a young woman.

In 2020, Mack opened her pastry shop, Crust by Mack, at Hampden's Whitehall Mill, incorporating family recipes learned at her grandma's side and inspiration from her own children. Almost instantly, the shop attracted long lines and sellouts became the rule.

Word has traveled well beyond Charm City. Mack was featured on "Good Morning America" and recently graced the cover of Cherry Bombe magazine. Southern Living named her Cook of the Year in 2021. Today, customers come from Washington, D.C.; Philadelphia, and Atlanta to try Mack's crab pies and other treats.

Customers will find even more to enjoy in a larger space Mack plans to open this summer in Midtown-Belvedere. The location will offer catering, a cafe with seating and brunch.

Mack, 34, attributes her success to being who she is. "We are authentic with who we are and how we show up in the space," she said. Customers see her with her family —

including husband, Jarrod; grandma, Yvonne Roy; and her children, and say, "I can do that."

She advises aspiring business owners to follow her lead. "Show up in your business as yourself first. You are the story."

— Christina Tkacik

Toni Tipton-Martin

62, cookbook author, editor and historian

Baltimore resident and author Toni Tipton-Martin is steeped in history, whether the city's or the origins of Black cooking. "My life's work is historic preservation," she said.

Inside the library of her historic home in Charles Village, she's collected over 450 cookbooks by African American authors. She's used them to help write her James Beard Award-winning books: "The Jemima Code: Two Centuries of African American Cookbooks" and "Jubilee: Recipes From Two Centuries of African American Cookbooks."

Some of the recipes come from Maryland, once regarded as a cuisine capital of the United States. Black cooks and caterers were behind much of the area's finest dishes, but their role has often been erased from history. In "Jubilee," recipes include Maryland stuffed ham, which originated in St. Mary's County, and deviled crab, prepared and sold by Black women.

Part of Tipton-Martin's work involves reclaiming the accomplishments of Black cooks while disentangling them from the racist tropes they were cast in. She points to a stunningly offensive column that ran in The Baltimore Sun from the 1920s through the 1940s called "Aunt Priscilla's Kitchen," written in broken Southern dialect and accompanied by a drawing of a mammy-type figure wearing a bandanna. Its author was a white woman.

At a time when the food world has been waking up to its long-held prejudices, Tipton-Martin's work has even greater resonance. In 2020, Cook's Country, a division of America's Test Kitchen, named her editor-in-chief, making her the first Black woman to lead one of the nation's top food and recipe magazines.

Last year, Tipton-Martin received the seventh annual Julia Child Award, a $50,000 grant from a foundation named for the famed cook and PBS host. With the grant, she is helping mentor the next generation of female food writers.

— Christina Tkacik

Scroll to top

Best in health

Meet the social media maven who went viral for his pro-vaccine tweets and a doctor determined to stamp out health inequities.

Adam Abadir

31, deputy director of state affairs, Baltimore mayor's office of government relations

Nearing his breaking point last April as conspiracies about COVID-19 vaccines ran rampant around Baltimore and elsewhere, Adam Abadir designed his first viral meme.

It's a stock image of a woman pouting while being chastised by a man. "Mimosas with the girls? You still aren't vaxxed, Debra!" it reads. Underneath, there's a city health department logo and the words "Get Vaxxed."

Abadir, who started as the Baltimore City Health Department's spokesman just weeks before the coronavirus swept into Maryland in March 2020, had hoped to focus his work on raising awareness about the power of public health in communities.

Instead, Abadir said, he and his colleagues raced to communicate the threats of a novel virus to a diverse population of residents, many of who had been fed falsehoods about COVID-19 by people they trusted.

"The frustrating part was people with no medical background, no public health background in any way, arguing with us on social media," said Abadir, 31, who has since left the position for a job in the mayor's office of government relations. "You want to help everybody that asks you a question, but when you have so much misinformation and disinformation, and you have people questioning public health guidance, they are then increasing the spread of a dangerous disease. It's the proliferation of misinformation and the death of expertise."

Memes were a central part of Abadir's plan to take back social media from the health department's "trolls." Later ones dispelled myths that healthy eating and at-home remedies could prevent and treat the coronavirus, inspired by interactions with his relatives: "Green tea can't cure COVID, Trina!"

He also ramped up the department's Twitter presence with colorful graphics and feisty "clap backs," or responses to leveled insults.

"It was, 'How do we actually go deeper than just the internet?'" Abadir said of his online ventures. "I wanted people to share this in real life, text them to their friends and on WhatsApp."

Abadir said social media enabled him to react quickly — and on a budget — to the trends that appeared in the city's data and the fast-moving discourse on the web. It also gave him an outlet to reach more people.

A former community organizer who dove into local politics after reading former President Barack Obama's "Dreams of My Father," Abadir, a Prince George's County native, said effective communicators need to reach people where they are.

"Once you establish that people care and tell people their health department cares about them, it's a little easier," he said. "There are ways to reach hearts and minds. But first, you have to show you care."

— Hallie Miller

Dr. Michelle A. Gourdine

59, senior vice president of population health and primary care, University of Maryland Medical System

As the coronavirus pandemic surged through Maryland, Dr. Michelle Gourdine was ready to tackle the thorniest issue: ensuring equal access to information, vaccines and therapeutics outside hospital walls.

The mission was part of her job heading population health initiatives at the University of Maryland Medical System, but also part of her intellectual and emotional core, forged in Mississippi in the racially polarized 1960s as the child of a civil rights attorney and fourth grade teacher.

They didn't sit by, Gourdine said.

While the pandemic tasks remain, she says she hopes to return to a few personal passions such as singing in her church choir, reading and writing a second book to follow her first, which was about African American wellness.

But she'll also keep her eyes focused in the coming year on the broader health inequities that persist.

"What my parents experienced taught me empathy," she said, "that I need to approach my work through a lens of equity and empathy."

— Meredith Cohn

Scroll to top

Best in legal

Here's why the U.S. attorney for Maryland, who oversees high-profile public corruption cases; the deputy commissioner for the Baltimore Police Department, who's dealing with the recent racial reckoning, and the senior commander for the U.S. Army's Aberdeen Proving Ground are worth watching.

Erek Barron

47, U.S. attorney for the district of Maryland

Appointed last year by President Joe Biden, Erek L. Barron is the first Black head of the Maryland U.S. attorney's office in its 230-year history. Barron, 47, is a former state House delegate from Prince George's County who previously worked as a trial prosecutor in Baltimore and in his home county.

Now, he is in charge of 98 federal prosecutors, overseeing an office that brings high-profile corruption cases and pieces together sophisticated takedowns of violent organizations. It's a prized position, having earned a special place in history for famously bringing down Vice President Spiro Agnew in 1973.

Barron is a Democrat who worked on police reform and criminal justice legislation while in the General Assembly. He has begun shaping the Maryland prosecutor's office in his vision by appointing Phil Selden, a career prosecutor known for his public corruption work, as his top deputy.

Barron has already shown he is not afraid to make difficult decisions with his first high-profile case: criminal charges against Baltimore State's Attorney **Marilyn Mosby**, who is fighting what she calls "false allegations."

— Justin Fenton

Sheree Briscoe

49, deputy commissioner, operations bureau, Baltimore Police Department

Baltimore Police Deputy Commissioner Sheree Briscoe, the highest-ranking African American woman in the department, didn't envision a long career for herself in law enforcement. But Briscoe, who rose through the ranks to become the first Black woman to serve as deputy commissioner, responsible for overseeing the department's day-to-day operations, said she was driven by her commitment to make her hometown a better place.

"My work has always drawn me back to the community, back to the people that we serve. I love that about policing — that I could do something that could make a difference," Briscoe said.

Briscoe, who was promoted last June, took the position at a particularly challenging time. Violent crime remains persistently high, and the department and other law enforcement agencies across the country are grappling with changes after a series of high-profile deaths of African American men in custody.

Baltimore remains under a consent decree that requires sweeping changes to how officers make arrests and other basic functions after a U.S. Department of Justice report in 2016 found officers regularly violated residents constitutional rights, especially in Black communities.

Briscoe is faced with the additional challenges of staffing during a pandemic, when many officers have been forced to quarantine in a department already struggling to hire enough officers for critical functions.

"All of those things are happening in tandem and there has been no change in expectation of service," she said.

But Briscoe said she is strengthened by remaining close to those in the communities where she started her career, and her ability to overcome challenges early in life. She was a teen mom who had to quickly learn to find her voice and learn to advocate for herself, and went on to raise four kids. She said she has endured racism and sexism over the course of her career, but found strength from supporters.

Briscoe started in the Western District, then moved to the Eastern, and later to a Police Athletic League center, where she got to work directly with the community and see the impact of her work. Though she would later move to other positions, she said that she keeps in contact with residents she met while on patrol.

In 2015, after the city erupted in rioting after the death of Freddie Gray in custody, Briscoe took command of the Western District, where he was arrested. Though some of her family members encouraged her to leave policing, she said she felt a stronger need to help the city.

"I said, 'No, you don't leave when it's bad. You don't leave your team when your team members are looking for leadership. You stay and you do it because you love it and you're committed to it.'"

Briscoe said her contributions pale in comparison to the work of people in the community who often get no recognition for their efforts to improve the city.

"Is it not that we are contributing every day? Why just one month? Black history is America's history. We should be embracing people that are making sacrifices, regardless of their hue and gender, every day of the week."

— Jessica Anderson

Maj. Gen. Robert L. Edmonson II

55, senior commander, Aberdeen Proving Ground

"I stand on the shoulders of giants," said Maj. Gen. Robert L. Edmonson II, a nod to the decorated African American military leaders of yore. Now, as senior commander at Aberdeen Proving Ground, he's a role model for other soldiers of color — a major general in the Army who rose through the ranks to his current post last year and earned a Bronze Star to boot.

"I am humbled and honored to be [an example] for those who want to use me as one," said Edmonson, 55, who was adopted in infancy and later became the first known college graduate in his family, after attending Frostburg State University.

His mantra? "You belong."

"I may find myself in a meeting where I am the only person who looks like me," he said. "However, the reality is that, due to blessings and opportunities through the years, I belong in that executive boardroom.

"There are people out there who question how good they are. But [the truth is] where your passion takes you is where you belong."

— Mike Klingaman

Scroll to top

Best in living legends

Here's why the chairwoman of the Maryland State Arts Council, a Tony-winning Broadway actor, 'civil rights superhero,' the president of the University of Baltimore and an iconic author are living legends.

Ta-Nehisi Coates

46, author and National Book Award winner

The Baltimore-born writer Ta-Nehisi Coates has spent the past few years shaping the stories of four mythic superheroes. Three are Black, including one he invented himself. All grapple with entrenched power structures gripping their homelands.

Coates, 46, might not have superpowers, but he's already a legend. Even before 2015, when he won the National Book Award for Nonfiction and picked up a MacArthur Foundation fellowship (commonly known as a "genius grant"), he was recognized as one of America's premiere intellectuals.

The author's parents modeled the art of asking fearless questions. His father, W. Paul Coates, is a publisher and former member of The Black Panther Party; his mother, Cheryl Lynn Coates, was a teacher.

Coates was in his mid-30s when he burst into the national consciousness writing for The Atlantic magazine. His 2012 cover story "Fear of a Black President" and 2014 essay, "The Case for Reparations," established him as a relentless interrogator of America's racist underpinnings.

Three acclaimed nonfiction books examined white supremacy and white privilege: "The Beautiful Struggle,"; "Between the World and Me," and "We Were Eight Years in Power: An American Tragedy."

Unsurprisingly, Coates' strong opinions and willingness to express them have frequently been controversial.

Last month, "Between the World and Me" was among 414 books pulled from school library shelves in Texas. Educators feared these titles violated a new state law that prohibits teaching critical race theory, which holds that institutions such as the justice system can be inherently racist.

"It's unfortunate, but I'm not surprised," said Coates, who lives in New York. "What I'm saying runs counter to the standard American narrative, so some people think it shouldn't be taught."

Shortly after winning the National Book Award, Coates startled some fans by shifting gears to graphic novels. The self-described "comics nerd" just finished a six-year stint writing the "Black Panther" series and three years writing "Captain America" for Marvel.

In 2019, Coates published his first novel, "The Water Dancer." His main character was enslaved on a Virginia plantation but discovers he has superpowers.

Coates is writing a film adaptation of "Water Dancer" for MGM; Oprah Winfrey and Brad Pitt have signed on as producers. He's also working on a screenplay tackling Superman's origin story. In his telling, the Man of Steel will be Black.

Coates' novels include nearly as much political commentary as his nonfiction. His mythic heroes face tyranny and rampant nationalism. They occasionally wind up on the wrong side of the criminal justice system. Their superpowers are often a mixed blessing, and Coates' heroes struggle with the responsibilities that accompany privilege.

The author, who says he "wants to give back" to the university that helped mold him, will return this summer to his alma mater, Howard University, to teach creative writing.

Coates spent his undergraduate years in the university library but left without completing his studies. He thinks that when he's back on campus, he might finally finish his bachelor's degree. His mother would like that.

"I never graduated," he said, a hint of laughter in his voice. "I wonder if she's over it by now."

— Mary Carole McCauley

Jacqueline "Jackie" Copeland

74, chairwoman, Maryland State Arts Council

It's no coincidence that, in one of its first moves with Jacqueline "Jackie" Copeland at the helm, the Maryland State Arts Council announced a new program aimed at equitably distributing funding to cultural organizations run by minorities.

"We've leveled the playing field [to provide grants] to smaller institutions that could be led by people of color and which, historically, haven't had that funding," said Copeland.

A fierce and lifelong advocate for the arts, the Pikesville resident became chairwoman of the MSAC last summer following a stint as head of the Reginald F. Lewis Museum of Maryland African American History & Culture.

"Art and community are my passions," said Copeland, 74, an adjunct professor at Towson University who'll teach a class on the Harlem Renaissance this spring.

"I love engaging with students of all ages, bringing African American history to life so people [in light bulb moments] can understand the contributions of Blacks to our global culture."

To that end, she said, "I'd like my tombstone to read: 'She made a difference.' "

— Mike Klingaman

André De Shields

76, Tony-winning Broadway actor and performer

Informed by The Baltimore Sun of his status as legend, actor André De Shields quipped: "Does that mean I should retire now?"

The "Hadestown" Broadway star and New York City resident is rarely at a loss for words. And, at 76, he's nowhere near retiring.

Raised on Division Street in West Baltimore, De Shields has ascended to the heights of Broadway stardom with his trademark charisma, work ethic and great style, opening doors for generations of Black actors and theater professionals along the way.

The City College alum won his first Tony Award at age 73 for his role in "Hadestown" after being nominated twice before. In his acceptance speech he shouted out his hometown.

"Baltimore, Maryland are you in the house?" he said. "I hope you're watching at home because I am making good on my promise that I would come to New York and become someone you'd be proud to call your native son."

Last year, he returned to Charm City for a weekend performance with the Baltimore Symphony Orchestra chronicling his life, including memories of watching movies at the Royal Theater on Pennsylvania Avenue.

In a recent interview with The Sun, De Shields said "I'm happy that I am a Maryland legend." "I am simply trying to be a beacon for Marylanders to be able to follow as each of us makes his and her way through the wilderness."

He concluded with some words of advice for navigating our troubled times. "Empathy, compassion and concern for one another is the only way that we are going to move forward. We need to stop being nostalgic for normal. Normal is done with us. What we need to do is cultivate a nostalgia for the future where a new world is eager to be born."

— Christina Tkacik

Sherrilyn Ifill

59, president and director-counsel, NAACP Legal Defense and Educational Fund

In November, Sherrilyn Ifill announced she would be stepping down this spring as the president and director-counsel of the NAACP Legal Defense and Educational Fund, a role she held for eight years.

One of the things Ifill will be doing is continuing to work on her upcoming book about "America's ongoing embrace of white supremacy" which Penguin Random House will publish in 2023. Ifill is also the author of 2007's "On the Courthouse Lawn: Confronting the Legacy of Lynching in the Twenty-First Century."

Associate director-counsel Janai Nelson will assume Ifill's position. Ifill's portfolio includes assistant counsel of LDF, professor at the University of Maryland School of Law and president and director-counsel of LDF since 2013. She's the second woman to lead LDF, after Elaine Jones. The organization was founded by the NAACP in 1940, but has operated separately since 1957.

She's a Baltimore resident, and is the cousin of the late Gwen Ifill, the first Black woman to co-anchor a national newscast. Additionally, she's a graduate of Vassar College and the New York University of Law.

In 2020, she was named one of Glamour Magazine's Women of the Year, and called a "civil rights superhero." In 2021, she was named one of Time Magazine's 100 Most Influential People.

She told The Sun in 2020 that she has spent her career fighting for equity. "My goal is always that there is fairness and fairness in the system," she said. "It requires people who are prepared to listen with an open heart; people playing by the rules; and humanity recognized by everyone."

— Billy Jean Louis

Kurt Schmoke

72, president, University of Baltimore

In December, the University of Baltimore awarded a diploma to the first graduate of its Second Chance College Program, an education initiative inside Jessup Correctional Institution, a maximum-security prison for men.

The experimental program, directed by criminal justice professor Andrea Cantora, began in 2016 because the university believed "it was part of our responsibility that people coming out of the prison system would be better equipped" to reenter society, said Kurt Schmoke, the university's president.

The program, Schmoke said, is an example of his ongoing effort — and that of others at the public university — to not only help students pursue careers, but to engage with the the community on socially relevant issues.

"We do a lot of work in the community, working with community organizations," said Schmoke, 72.

"We are civic-minded," he said.

Schmoke was the city's first elected Black mayor. The former Baltimore state's attorney was elected mayor three times beginning in 1987.

Under Schmoke's guidance, the university — federally designated as a "minority-serving institution" because of its diverse student body — often taps into pressing social issues.

The university's Second Chance program came as Congress sought to minimize warehousing of prisoners and make it easier for inmates to succeed once released.

In 2020, the city's Police Academy moved from Northwest Baltimore to the University of Baltimore's campus downtown. "There are no walls between our campus and the dozens of neighborhoods that make up Baltimore," the university said in a statement as the move began. "With the arrival of the BPD Education and Training Center, a new era of engagement and support are underway."

The relocation came as law enforcement practices were being questioned nationwide following the death in Minneapolis of George Floyd, a Black man who died on Memorial Day after an officer pinned him down. In 2017, Baltimore entered into a consent decree with the U.S. Justice Department after a federal investigation found police officers routinely violated residents' rights.

"That's been kind of a significant move for us to partner with the Police Department in trying to improve the quality of those they recruit and retain," Schmoke said. "They had been in a dilapidated middle school."

In 2017, Schmoke announced his choice of Betsy DeVos — the U.S. education secretary under former president Donald Trump — as commencement speaker, prompting protests from some students who said DeVos' views on public education contradicted their own.

"The university stands for freedom of speech," Schmoke said in reply.

Schmoke is focused on "seeing students track toward careers and making sure they get experience along the way," said Roger E. Hartley, dean of the University of Baltimore's College of Public Affairs.

As the DeVos speech illustrates, he is also "very passionate about civil public debate — and people respecting all sides," Hartley said.

— Jeff Barker

Scroll to top

Best in philanthropy

Here's why the president and CEO of United Way Central Maryland and the co-founder of the Jordan McNair Foundation are worth watching.

Franklyn Baker

53, president and CEO of United Way Central Maryland

Since joining United Way in 2016, Franklyn Baker has been working to change the fabric of Baltimore.

One of his proudest accomplishments is growing United Way's Strategic Targeted Eviction Prevention program that helps families stay in their homes. The need was always there, Baker said, but it became greater throughout the pandemic.

Baker said the success of the organization's family centers motivates him every day. Under his leadership, United Way is set to open a third center, this one in Columbia. It will help provide quality child care and equip parents with the tools to make sure they graduate and are able to further their education. More than 70% of those who complete the program go on to secondary education, Baker said.

"I'm just proud of the fact that we're running a program there that can produce that result," Baker said. "I just want to make sure that equity is present. Every single day there is something new to learn. There is new ground to break."

— McKenna Oxenden

Tonya Wilson-House

54, co-founder, Jordan McNair Foundation

In the years since Tonya Wilson-House and her husband formed a foundation in honor of their late son Jordan McNair, the effort has blossomed, Wilson-House said.

"With a foundation, it's hard to get people to believe in what you believe in and the passion that you have, but people have really stepped up," she said. "Our purpose has become everyone's passion."

McNair, a University of Maryland football player, died in the summer of 2018 after suffering heatstroke during a team workout. Later investigations determined his symptoms were not recognized in time, and that a negative culture proliferated on the

team in which players feared speaking up about coaches. The investigations led to the firing of the Terrapins' head coach, DJ Durkin, and several athletic trainers.

Now in its fourth year, the Jordan McNair Foundation has successfully pushed to have legislation passed in Baltimore City and statewide to protect student-athletes, led numerous events aimed at helping athletes and coaches recognize the signs of heatstroke and donated hundreds of cold-water immersion tubs to area schools.

As a result, these days, the foundation often gets calls from other families that have lost young athletes, asking how to begin similar organizations, Wilson-House said.

"People call us to see how we did it," Wilson-House said. "We've become the spokespeople or the go-to people on how to get things like this started."

The foundation's legislative victories are among Wilson-House's proudest moments. The Maryland bill, called the Jordan McNair Safe and Fair Play Act, offered Maryland collegiate athletes the opportunity to profit from their names and likenesses. It was signed into law last year, a few months before the NCAA lifted its policy prohibiting the practice.

The law also required universities in the state to craft protocols for preventing and treating serious sports injuries like heatstroke and brain trauma.

"I thought that was big, because with that, they didn't have a safety component," Wilson-House said of the bill. "It's all good, you getting paid for your likeness, but where's the safety come in? So, that's how we got added to that. That was really, really big."

Now, the foundation is considering pursuing federal legislation with similar safety provisions, Wilson-House said.

Meanwhile, heading into Black History Month, Wilson-House said a reflection on Black Americans' contribution to the country is critical.

"Black people have done a lot as far as uplifting this city, this country. This country was built on the back of Black people, and the appreciation and acknowledgment is always welcome," she said.

— Christine Condon

Scroll to top

Best in politics

A mayor with many problems to solve and the chair of a polarizing redistricting commission in Howard County look ahead.

Brandon Scott

37, mayor, City of Baltimore

Baltimore Mayor Brandon Scott needs little introduction.

The 37-year-old Democrat and son of Baltimore was already well known from his days on Baltimore City Council when he stepped into the spotlight as the city's mayor a little more than a year ago.

Scott's first year proved as challenging as almost any a Baltimore mayor has faced. The coronavirus pandemic had taken hold months before his swearing in, forcing the new executive to grapple with the implementation of widespread testing, uncomfortable decisions on whether to close businesses and the administration of a vaccination program that remains a challenge for the city.

As Baltimore faced an unfamiliar foe in COVID, the city continued to battle a familiar one: unsettling levels of crime. Brutal killings have made headlines during Scott's tenure including the slaying of a woman inside a city house of worship and the death of a city police officer following a brutal shooting.

The year ahead for Scott looks much like the landscape of the year past. Despite his efforts to distribute the coronavirus vaccine to residents in underserved neighborhoods, disparities remain in the vaccination rates for Baltimore's Black residents. The mayor also faces a decision on whether to implement a vaccine passport, a suggestion that he admits troubles him as he thinks about the impact to the city's already disadvantaged minority residents.

Baltimore's fight against violent crime, too, looks likely to be a formidable opponent for Scott. The city's homicide rate topped 300 in the mayor's first year in office, as it has over the six years prior. Scott introduced a lengthy crime plan, calling for a tripling of the city's violence intervention efforts among numerous other initiatives. He's also committed $50 million from the federal American Rescue Plan to the effort.

Thus far, Scott has proven himself as a planner and collaborator, establishing boards, authorities, councils and task forces to address long recurring city problems, such as returning the city's police force to local control. He's rolled out multipronged action plans with the help of those groups and is introducing data tracking programs to measure his progress.

But the true test for the young mayor will be whether he's able to transition those plans into results and effectuate changes promised by many of his predecessors and seldom delivered.

— Emily Opilo

Donna Hill Staton

64, co-founder and principal, Decision Point Strategy Group and Decision Point Law

Donna Hill Staton, 64, of Clarksville, is using her position as co-founder and principal of Decision Point Strategy Group and Decision Point Law, a consulting firm and law firm respectively, specializing in corporate culture and climate consulting, crisis management, leadership training and policy development to raise up a new generation of lawyers.

The first African American female deputy attorney general in Maryland, the first African American woman to be appointed to the state court for Howard County and the first African American woman elected partner at Piper and Marbury, now DLA Piper in Baltimore, she has worked to promote diversity, equity and inclusion in her workplace by prioritizing diverse hiring and providing employees the support they need to be successful.

In 2021, she served as the chair of Howard County's Councilmanic Redistricting Commission, a commission of seven members that worked to redraw council district boundaries to reflect population changes and other shifts based on the 2020 U.S. Census.

Growing up during the civil rights era, she said she wanted to become a lawyer to advocate for her community.

"I was very concerned about what I was observing in terms of the fight just to be recognized for our humanity and I wanted to be a part of the solution," she said.

Hill Staton said Black History Month is an opportunity to acknowledge and celebrate Black history as a part of American history.

"As a young Black girl growing up, we didn't see ourselves on television or it was rare," she said. "To have a moment in time where there is recognition that we have our own story that is part of the American story is affirming."

— Allana Haynes

Scroll to top

Best in religion

Here's why a determined nun and a pastor who embraces community farming are worth watching.

Sister Magdala Marie Gilbert

91, director, Mother Mary Lange Guild

Mother Mary Lange, the nun who established the first Catholic school for African American girls in America and the first successful religious order for Black Catholic sisters in the world, died 140 years ago this year, but to Sister Magdala Marie Gilbert, she could not be more of a living force.

Gilbert, 91, joined Lange's order, the Oblate Sisters of Providence, 73 years ago and has upheld its vows of poverty and charity ever since. She has worked as a teacher, librarian and director of religious education. But her main occupation today is promoting the cause of sainthood for Lange, the Cuba-born sister who moved to the slave state of Maryland in 1813 and turned her religious faith into revolutionary doings.

Gilbert has been director of the Mother Mary Lange Guild, an organization based at the order's Catonsville mother house, for 13 years, and it has gone national and international under her leadership.

Now with 17 board members and chapters across the country, the Guild has developed a network of donors and supporters in places as far afield as Poland, Uganda, India and Brazil.

Gilbert can be seen each day making her way to her office above the campus gym, where she knocks out as many as 40 letters — then sometimes has energy left over to add to her extensive writings.

She has published seven small volumes of poetry and two essay collections, much of it about Lange, a woman she says never let the world's evils "keep her from doing what she had to do."

"She went about her tasks trusting that God would help her do anything, and God did," she says, suggesting that today's activists for social justice might follow her example.

Gilbert might need to do the same for her cause. Canonization is a long and complex process, and Lange has only passed through the first stage, attaining the status of Servant of God.

Vatican officials would have to accept evidence of at least two miracles at some point before Lange could qualify for sainthood, and that could take years.

Gilbert is no more worried about it than Lange would have been.

"To be in the circumstances she was, living in a slave state, to create St. Frances Academy and the first order of Black women, that's a miracle in itself," she says. "To me, she's a saint already. But that's all in God's hands."

— Jonathan M. Pitts

The Rev. Heber Brown III

41, senior pastor, Pleasant Hope Baptist Church

The Rev. Heber Brown III has been at the forefront of social activism in Baltimore for nearly 20 years. He has led rallies, lobbied lawmakers and written editorials calling for reform in education, housing and law enforcement, systems he believes marginalize minority Americans. But there came a point where Brown, the senior pastor of Pleasant

Hope Baptist Church, decided he'd achieve more building new systems than challenging old ones.

An education program he founded, the Orita's Cross Freedom School, has taught about 1,000 African American children life skills, Africana history and community engagement. The Black Church Food Security Network, an initiative he started in 2015, helps predominantly Black congregations grow, share and market their own produce. More than 70 churches nationwide now belong.

Brown, 41, will step down as pastor this year to lead the project full time. "It's about preparing a sustainable future," he says.

— Jonathan M. Pitts

Scroll to top

Best in sports

Here's why Baltimore Ravens quarterback Lamar Jackson and Baltimore Orioles center fielder Cedric Mullins are worth watching as they prepare for the next big thing.

Lamar Jackson

25, quarterback, Baltimore Ravens

Quarterback Lamar Jackson didn't need long in Baltimore to show that he's one of the NFL's most electrifying players. This year, he could become one of the league's highest-paid players. Even after a disappointing 2021 season, Jackson is in line for a franchise-record contract extension. After earning a salary of $1.8 million in 2021, the 2019 NFL Most Valuable Player and two-time Pro Bowl selection will make $23 million this year. A new deal for Jackson could be worth well over $35 million annually, by far the richest in Baltimore Ravens history.

At his season-ending news conference, Jackson said he wasn't focused on contract negotiations. "I've got to worry about getting back right, right now," he said Jan. 10, "and getting ready for this offseason."

Jackson's fourth year in Baltimore finished on a sour note. The Ravens missed the playoffs for the first time in his career, and over a six-game losing streak to end the season, the team lost five games by three points or fewer.

Jackson's absence was a big reason why. After leaving a Dec. 12 loss to the Cleveland Browns with a bone bruise in his right ankle, he practiced just once over the next month. Jackson, who'd never missed a game because of injury over his first three seasons, was inactive for the Ravens' final four games. He left plenty of room for improvement in 2022.

Jackson's nonprofit organization, Forever Dreamers, has hosted community outreach events, youth sports tryouts and toy drives in South Florida and Baltimore. He's also been involved with Blessings in a Backpack, a Louisville-based charity that provides food for schoolchildren across America.

If the Ravens' defense can bounce back from a disappointing year, the pressure will be on Jackson to prove his value with a deep postseason run. The Ravens have won just one playoff game since he was drafted in 2018. "Hopefully, this offseason, we're going to get right and get where we're supposed to be, and we have our guys come back, and we're going to have the season we're supposed to have," he said.

— Jonas Shaffer

Cedric Mullins

27, center fielder, Baltimore Orioles

Heading into the 2019 season, Cedric Mullins was seen as the heir to Orioles staple Adam Jones, set to be Baltimore's first Opening Day center fielder other than Jones in more than a decade. He earned that honor, only to find himself demoted to the minor leagues by midseason. But two years later, he reached the All-Star break not as a minor leaguer, but as an honoree.

In 2021, Mullins put together arguably the best season by an Orioles center fielder, starting the All-Star Game in Denver; recording the franchise's first season with 30 home runs and 30 stolen bases; and being voted as Most Valuable Oriole, a Silver Slugger and a top-10 finisher in American League Most Valuable Player balloting.

Mullins enters 2022 as an Orioles fixture, a face-of-the-franchise player worth holding onto as the organization's rebuild enters its fourth season.

— Nathan Ruiz

Scroll to top

Copyright, 2022, Towson Times (MD). All Rights Reserved.

Record Number: e7eb8473243fe1c3ffc7546f86a19f4e7a3792c

**Towson Times (MD)**

February 4, 2022

Section: Features

**25 Black Marylanders to Watch (plus 5 Living Legends)**

Article Text:

Welcome to The Baltimore Sun's 25 Black Marylanders to Watch. To celebrate Black History Month, we've assembled a group of people whose fortitude, leadership, artistry and efforts to uplift Baltimore and the state of Maryland make them worth watching.

In addition to these 25 on the rise, we're naming five Living Legends, people who are still doing the work but who have been at the top of their game for some time.

Adam

AbadirBaltimore mayoral staffer

Franklyn

Bakernonprofit leader

Erek

BarronU.S. attorney

Erricka

Bridgefordanti-violence activist

Sheree

BriscoeBPD leader

Rev. Heber

Brown IIIpastor/activist

Maj. Gen. Robert

L. Edmonson IIAPG commander

Jerrell

Gibbsartist

Dr. Michelle

GourdineHospital system leader

Shelley

Halsteadnonprofit founder

Fagan

Harrisnonprofit leader

Lamar

JacksonRavens QB

Anthony L.

JenkinsCoppin State president

Martha S.

Joneshistorian

Sean

Jonesmusician

John

Lewisbank executive

Amanda

Mackbaker/entrepreneur

Sister Magdala

Marie Gilbertnun

Cedric

MullinsOrioles CF

Brandon

ScottBaltimore mayor

Donna Hill

Statonformer judge

Shelonda

Stokesnonprofit ldeader

Keishia

Thorpeteacher

Toni

Tipton-Martinfood journalist

Tonya

Wilson-Housefoundation co-founder

Best in activism

A tireless advocate of ceasefires and a organizer of volunteers make their cases.

Erricka Bridgeford

49, cofounder, Baltimore Ceasefire 365

When Erricka Bridgeford woke up the Saturday morning of Baltimore's first Ceasefire weekend in 2017, she could feel something shifting.

There were posts on social media saying the air felt different. Folks were celebrating the lack of ambulance sirens through the night.

"That's when I realized, like, 'Oh, this is something bigger than I thought,'" Bridgeford, 49, a cofounder of Baltimore Ceasefire 365, recalled in a recent interview.

The Ceasefire movement hasn't stopped growing since.

From that first weekend — a 72-hour truce that began with the message, "Nobody kill anybody" — it has expanded to four weekends per year, featuring community events, marches and workshops. It's added on an ambassador program, plus a way for schools and organizations to become partners. And researchers have found a measurable effect: a 52% drop in fatal and nonfatal shootings on Ceasefire weekends with no subsequent increase.

The movement has become a way of "injecting joy" into the city, choosing to send "love and light" into Baltimore, Bridgeford said.

"We don't feel it in our chest when somebody gets killed that we don't know. This movement asks people to notice," she said.

And Bridgeford, who also serves as executive director for the Baltimore Community Mediation Center, isn't done yet.

Baltimore Ceasefire 365 is starting a "Reclaim Baltimore" initiative for volunteers to visit the scene of each of the city's homicides from 2021 and 2022.

Bridgeford has, for years, conducted "sacred space rituals" at as many of the sites as she can. But she realized in late 2021 there were 220 left unvisited from that year. Now, she'll get some extra assistance.

She said the idea is to not let murder be the last memory in a space — a concept spawned by the blood left on the sidewalk after her brother's killing in early 2007.

"Where blood is spilled, that should be sacred ground," she said. "And it can only be so if people show up."

The Ceasefire weekends, ambassador program and sacred space rituals are all part of redefining the city's relationship to its stubbornly high homicide rate, Bridgeford said.

Rather than continuing the narrative of "Bmore, Murderland," she said, the city is showing this is a place where, "We look murder dead in the face and we let it know: As long as you are showing up, we are going to keep showing up."

— Darcy Costello

Fagan Harris

34, president and CEO, Baltimore Corps

Fagan Harris, president and CEO of the nonprofit Baltimore Corps, was honored by the White House last June when President Joe Biden appointed him to the board of directors of Americorps, the national program aimed at promoting service and equity.

The wins for Harris' Baltimore Corps, formed "to enlist talent to accelerate social innovation in Baltimore," continued this year, when in January it joined in a multi-year $30 million effort with Baltimore City and several other philanthropic groups to create more full-time service opportunities.

"Baltimore Corps has been a steadfast partner in operationalizing our shared vision for a better, more equitable, and thriving city," Baltimore Mayor Brandon Scott said in announcing the program.

Success is nothing new for Harris or his organization. He graduated from Stanford University in 2009 and won a prestigious Rhodes Scholarship, allowing him to study in Oxford, England.

After college he went to work in the administration of President Barack Obama, serving as a staffer on the White House Council for Community Solutions.

But Baltimore has served as the base for much of his community work, even as he has won fellowships and served on national foundations such as the Aspen Institute.

"Baltimore Corps is a tremendous example of an organization that lives into its values of equity and opportunity for Baltimore," City Councilman Zeke Cohen said in a statement when the $30 million partnership was announced.

— John Holland

Scroll to top

Best in arts

Meet an artist whose work will hang in the U.S. Capitol and the chairman of one of the country's top music schools.

Jerrell Gibbs

33, artist, Baltimore

2021 was a stellar year for the artist Jerrell Gibbs, culminating with his commission to create the portrait of former U.S. Rep. Elijah Cummings that will hang in the U.S. Capitol later this year.

Barely one month into the new year, 2022 is shaping up to be even better.

"A lot of opportunities are coming my way," said Gibbs, 33, of Pikesville.

Though Gibbs just graduated with a master's degree from the Maryland Institute College of Art in 2020, his art is already in the permanent collections of two museums in China, as well as institutions in Baltimore, Los Angeles and Columbus, Ohio.

The Cummings commission generated a flurry of interest in Gibbs' work from other museums and national media outlets, though he can't yet discuss specifics. Now, he's working on canvasses for his September solo show in the art-mad city of Paris.

Unlike his depiction of Cummings, Gibbs specializes in realistic portraits of imaginary people. A photo of a stranger is usually the springboard for inspiration.

"I'm not painting the actual person," he said. "Instead, I put myself into that person and that space. We almost merge and become one."

— Mary Carole McCauley

Sean Jones

43, chairman, Peabody Institute Jazz Department

The Peabody Institute is surrounded by iron gates delicate in appearance but up to the task of dividing people on the inside from those who don't belong.

Sean Jones is determined to push those portals wide open.

"One of the hardest things for the folks who are learning to play jazz now is that they don't have anyone to look up to," Jones, 43, said.

"Anyone who is studying jazz or American informed-music at a classical conservatory falls into a silo. Without any shade on Peabody, the institution is surrounded by gates. That alone could create a sense of isolation."

Jones became head of the jazz department at the conservatory in 2018, following the ouster of the department's founder, jazz superstar Gary Thomas, amid allegations of racial discrimination.

Eighteen months after Jones arrived, the COVID-19 pandemic shuttered schools nationwide.

"Remote learning is almost impossible for music-making students," Jones said. "You have to be physically near a human being to empathize with them. You have to literally hear their breath as they're playing a piano or striking an instrument."

Still, Jones forged ahead. He made community performances a mandatory part of the jazz curriculum. He hopes to launch a tuition-free master's program for 6 to 7 students, providing a career path for talented young performers with little money. (Peabody is part of Johns Hopkins University.)

And, drawing on his contacts at the NYO Jazz youth orchestra, where he is artistic director, and at the Jazz Education Network, where he is president, Jones nearly quadrupled the size of the jazz department from 12 students in January 2018 to the mid-40s now.

"Our program has grown tremendously, and it's mainly because of Sean," said Warren Wolf, a renowned vibraphonist and Peabody lecturer. "The jazz department was at a real turning point when he arrived."

A trumpet player, Jones has performed with such legendary musicians as Herbie Hancock, Nancy Wilson and Jimmy Heath. In 2019, he founded the Baltimore Jazz Collective.

Jones will never forget how he felt the first time he listened to a recording of the pioneering trumpeter Miles Davis. It's a feeling he wants to pass on to his students.

"That music was warm," he said. "It was sophisticated. It made me see colors differently. I was a young kid, a nerd from a blended family and I never fit in anywhere. When I put on Miles' records, I knew I fit into music."

— Mary Carole McCauley

Correction: An earlier version of this story incorrectly stated the number of students Sean Jones said will be part of the tuition-free master's program. The program will include 6 to 7 students. The Sun regrets the error.

Scroll to top

Best in business

Meet the founder of a group focused on helping Black women build homes, a bank president who works with the underserved and downtown Baltimore's chief marketer.

Shelley Halstead

52, founder and executive director, Black Women Build

Despite not being "from here," as she was reminded repeatedly after moving to Baltimore in 2015, Shelley Halstead has made a home for herself and others.

The founder and executive director of Black Women Build - Baltimore has led the renovation of seven vacant and abandoned houses on the 1900 block of Etting Street in Druid Heights. The nonprofit, founded in 2017, trains Black women to rehab houses, and teaches them the financial steps to buy and live in the completed homes.

"We're building community," Halstead, 52, said. "On New Year's Eve, we had a Kwanzaa celebration. We get together once a month, just to hang out."

Halstead, who has lived everywhere from Iowa to India, working jobs as varied as carpenter, firefighter and University of Washington-trained lawyer, was drawn to Baltimore "for its potential for rebuilding."

The city also benefits with the group purchasing materials and hiring locally, she said.

"The money," Halstead said, "stays in Baltimore."

— Jean Marbella

John D. Lewis

44, president and chief operating officer, Harbor Bank

When John D. Lewis moved to Baltimore about 12 years ago and started a financial technology company, he met and talked to people "to learn the lay of the land." One company stood out.

"Harbor Bank was by far the most helpful," Lewis said. "Harbor is a community bank, and there aren't many community banks anymore. It's deeply engaged in Baltimore."

That "resonated" with Lewis, 44. Eventually, he joined the Black-owned bank as senior vice president heading the company's Community Development Corp., and rose to become its president and chief operating officer.

The coming year promises to be an important one for all banks, he said, as they continue to address the business disruptions brought on by the COVID-19 pandemic.

Founded to help provide financing to residents and businesses that were underserved by existing ones, Harbor Bank celebrates its 40th birthday this year. In that span, its assets have grown from $2.1 million to well over $300 million.

"We touch every group in the city," he said.

— Jean Marbella

Shelonda Stokes

49, president and CEO, Downtown Partnership of Baltimore

Shelonda Stokes' career has come full circle since her days as an East Baltimore teen who cleaned pavilions in Baltimore's Harborplace for minimum wage.

In her first job at 14, Stokes played a small part keeping the Inner Harbor attraction welcoming for visitors, workers and residents.

Decades later, as head of the non profit Downtown Partnership of Baltimore, Stokes has a similar mission, though in a leadership role and well beyond Harborplace. She took over the reins in 2020 amid upheaval of the pandemic and social justice movement.

"For downtown, it was huge on both fronts," Stokes said, a time, she argues, when the group's work is needed more than ever. "We had a number of businesses and residents who were like, 'How do we navigate all of this? We've never been here before.'"

As president, she markets downtown, defined as everything within a one-mile radius of Pratt and Light streets, as a place to live and work, helps attract and retain business, and plans events. And as CEO, she oversees keeping the 106-block Downtown Management Authority district clean and safe.

During the pandemic, she launched a series of live webinars with City Councilman Eric Costello to help guide downtown businesses and groups through recovery and started BOOST, a program that enables small, minority owned businesses to open and grow in vacant downtown space.

She helped create the #CurbsideBaltimore gift card program to offer local restaurants and retailers an infusion of cash. To tackle crime and safety concerns, the partnership hired

city school police and off-duty Maryland state troopers to supplement the group's private security guards.

Stokes grew up in Baltimore and understands the city's pluses and its minuses — too well. Her brother was shot to death Jan. 25 outside a home he was renovating in Northeast Baltimore.

Stokes, 49, had been chairman of the partnership's board when former president Kirby Fowler left to head the Maryland Zoo at the end of 2019. Stokes stepped in as interim president in March 2020 and soon realized she was right for the role.

With a degree in electrical engineering from Morgan State University, Stokes had spent much of her professional life seeking creative ways to solve problems, including as president and CEO of GreiBO Media, a Baltimore-based marketing and production studio she co-founded in 2001. The agency produced marketing videos for Hewlett Packard, Under Armour, Coca-Cola and others.

"Once I came into the organization, I think that's where I could see the culmination of my experience, passion, just ways that we could really ... do not only a service and benefit for downtown but for our city and for our citizens overall," Stokes said.

After taking the partnership job, Stokes moved downtown to fulfill a city residency requirement.

"What I wanted to do beyond that was live downtown so that I could understand better what people are experiencing, what they're getting or not, what they're seeing, so that I became just as engaged," she said.

— Lorraine Mirabella

Scroll to top

Best in education

The president of Coppin State University, a professor at Johns Hopkins University and an award-winning teacher have experienced trying times, revelations and supporting the next generation.

Anthony Jenkins

49, president, Coppin State University

Coppin State University's new president, Anthony Jenkins, arrived in June 2020 as the coronavirus pandemic was rapidly altering student needs in higher education. The university went hybrid with a combination of online and in-person classes that allowed students to remain connected to faculty, technology and food on campus. "One of the proudest moments was our ability to operate within a global pandemic," Jenkins said. The president is now turning his focus to driving down the cost of education at Coppin State,

where tuition for an in-state student living on campus is about $2,370 per semester. The university awarded students a $1,200 tuition grant during the pandemic and has set record highs in alumni giving, corporate fundraising and grant awards this fiscal year. "Location and size will never dictate our level of success," Jenkins said. Lillian Reed

Martha S. Jones

63, professor, Johns Hopkins University

Martha S. Jones, who joined Johns Hopkins University in 2017, is a professor of history. In 2020, she led research that concluded the Johns Hopkins University's namesake enslaved people. She recently signed a four-year book deal with the New York-based publishing company Basic Books for "A Jagged Color Line," which will examine the history of slavery and sexual violence and be published in 2023.

Hopkins had been known as a business owner, a philanthropist and an abolitionist who opposed racism. Jones' research found otherwise, citing the census, which shows at least four male slaves in his household, The Baltimore Sun reported. Her findings came as multiple other schools examined how they benefited from slavery, such as Columbia, Brown and Georgetown.

Amid the report, the university offered opportunities for the community to address the findings, including a virtual town hall, The Sun reported. While researchers challenged Jones' findings, she told The Sun in June that she has not seen anything disproving her results.

Jones is an award-winning author whose portfolio includes "Birthright Citizens: A History of Race and Rights in Antebellum America," released in 2018, and "Vanguard: How Black Women Broke Barriers, Won the Vote and Insisted on Equality for All," released in 2020.

Additionally, she's a historian of Baltimore and has contributed an essay to the book version of the 1619 Project, a Pulitzer Prize-winning examination of slavery.

"Any book I begin, I begin it because I want to answer questions. So, one of the great satisfactions is doing the research, the writing and the analysis," Jones said.

Her upbringing influenced her career, she said. Raised in Long Island, New York, Jones, 63, lives in Mount Vernon. She's the daughter of activists, Suzanne and Paul Jones, who were involved in affordable housing and civil rights movements in the 1960s and 1970s.

Before coming to Hopkins, she earned a law degree from City University of New York School of Law, and worked as a lawyer in New York, representing women with HIV and AIDS. She later earned a doctorate in history at Columbia University in New York and taught at the University of Michigan.

"I was raised in a family that understood history to be an essential component of how we make sense of who we are and how we make sense of the world which we live in," Jones said.

—Billy Jean Louis

Keishia Thorpe

42, educator, Prince George's County

Last year, International High School at Langley Park educator Keishia Thorpe won the $1 million Global Teacher Prize for her work with 12th grade English language learners. Thorpe draws from her experiences as an immigrant from Jamaica in mentoring students to prepare for college or find success as a student-athlete. She cofounded a nonprofit organization helping 'at risk' student-athletes across the globe earn college scholarships. Thorpe also founded the Hope Beyond Distance Foundation and Food4Change, which support immigrant families. "Every child deserves a champion, an adult who will never ever give up on them, who insists that they can become the best they can possibly be," she said when accepting the award.

— Lillian Reed

Scroll to top

Best in food

An indefatigable baker and cookbook author with an eye toward history reflects on showing up and helping the next generation of cooks.

Amanda Mack

34, owner, Crust by Mack

As a teenager, Amanda Mack sold doughnuts to classmates at Baltimore City College to pay for her graduation gown and class ring. Years later, she's on her way to Baltimore foodie fame, but still has the grit and determination she showed as a young woman.

In 2020, Mack opened her pastry shop, Crust by Mack, at Hampden's Whitehall Mill, incorporating family recipes learned at her grandma's side and inspiration from her own children. Almost instantly, the shop attracted long lines and sellouts became the rule.

Word has traveled well beyond Charm City. Mack was featured on "Good Morning America" and recently graced the cover of Cherry Bombe magazine. Southern Living named her Cook of the Year in 2021. Today, customers come from Washington, D.C.; Philadelphia, and Atlanta to try Mack's crab pies and other treats.

Customers will find even more to enjoy in a larger space Mack plans to open this summer in Midtown-Belvedere. The location will offer catering, a cafe with seating and brunch.

Mack, 34, attributes her success to being who she is. "We are authentic with who we are and how we show up in the space," she said. Customers see her with her family — including husband, Jarrod; grandma, Yvonne Roy; and her children, and say, "I can do that."

She advises aspiring business owners to follow her lead. "Show up in your business as yourself first. You are the story."

— Christina Tkacik

Toni Tipton-Martin

62, cookbook author, editor and historian

Baltimore resident and author Toni Tipton-Martin is steeped in history, whether the city's or the origins of Black cooking. "My life's work is historic preservation," she said.

Inside the library of her historic home in Charles Village, she's collected over 450 cookbooks by African American authors. She's used them to help write her James Beard Award-winning books: "The Jemima Code: Two Centuries of African American Cookbooks" and "Jubilee: Recipes From Two Centuries of African American Cookbooks."

Some of the recipes come from Maryland, once regarded as a cuisine capital of the United States. Black cooks and caterers were behind much of the area's finest dishes, but their role has often been erased from history. In "Jubilee," recipes include Maryland stuffed ham, which originated in St. Mary's County, and deviled crab, prepared and sold by Black women.

Part of Tipton-Martin's work involves reclaiming the accomplishments of Black cooks while disentangling them from the racist tropes they were cast in. She points to a stunningly offensive column that ran in The Baltimore Sun from the 1920s through the 1940s called "Aunt Priscilla's Kitchen," written in broken Southern dialect and accompanied by a drawing of a mammy-type figure wearing a bandanna. Its author was a white woman.

At a time when the food world has been waking up to its long-held prejudices, Tipton-Martin's work has even greater resonance. In 2020, Cook's Country, a division of America's Test Kitchen, named her editor-in-chief, making her the first Black woman to lead one of the nation's top food and recipe magazines.

Last year, Tipton-Martin received the seventh annual Julia Child Award, a $50,000 grant from a foundation named for the famed cook and PBS host. With the grant, she is helping mentor the next generation of female food writers.

— Christina Tkacik

Scroll to top

Best in health

Meet the social media maven who went viral for his pro-vaccine tweets and a doctor determined to stamp out health inequities.

Adam Abadir

31, deputy director of state affairs, Baltimore mayor's office of government relations

Nearing his breaking point last April as conspiracies about COVID-19 vaccines ran rampant around Baltimore and elsewhere, Adam Abadir designed his first viral meme.

It's a stock image of a woman pouting while being chastised by a man. "Mimosas with the girls? You still aren't vaxxed, Debra!" it reads. Underneath, there's a city health department logo and the words "Get Vaxxed."

Abadir, who started as the Baltimore City Health Department's spokesman just weeks before the coronavirus swept into Maryland in March 2020, had hoped to focus his work on raising awareness about the power of public health in communities.

Instead, Abadir said, he and his colleagues raced to communicate the threats of a novel virus to a diverse population of residents, many of who had been fed falsehoods about COVID-19 by people they trusted.

"The frustrating part was people with no medical background, no public health background in any way, arguing with us on social media," said Abadir, 31, who has since left the position for a job in the mayor's office of government relations. "You want to help everybody that asks you a question, but when you have so much misinformation and disinformation, and you have people questioning public health guidance, they are then increasing the spread of a dangerous disease. It's the proliferation of misinformation and the death of expertise."

Memes were a central part of Abadir's plan to take back social media from the health department's "trolls." Later ones dispelled myths that healthy eating and at-home remedies could prevent and treat the coronavirus, inspired by interactions with his relatives: "Green tea can't cure COVID, Trina!"

He also ramped up the department's Twitter presence with colorful graphics and feisty "clap backs," or responses to leveled insults.

"It was, 'How do we actually go deeper than just the internet?'" Abadir said of his online ventures. "I wanted people to share this in real life, text them to their friends and on WhatsApp."

Abadir said social media enabled him to react quickly — and on a budget — to the trends that appeared in the city's data and the fast-moving discourse on the web. It also gave him an outlet to reach more people.

A former community organizer who dove into local politics after reading former President Barack Obama's "Dreams of My Father," Abadir, a Prince George's County native, said effective communicators need to reach people where they are.

"Once you establish that people care and tell people their health department cares about them, it's a little easier," he said. "There are ways to reach hearts and minds. But first, you have to show you care."

— Hallie Miller

Dr. Michelle A. Gourdine

59, senior vice president of population health and primary care, University of Maryland Medical System

As the coronavirus pandemic surged through Maryland, Dr. Michelle Gourdine was ready to tackle the thorniest issue: ensuring equal access to information, vaccines and therapeutics outside hospital walls.

The mission was part of her job heading population health initiatives at the University of Maryland Medical System, but also part of her intellectual and emotional core, forged in Mississippi in the racially polarized 1960s as the child of a civil rights attorney and fourth grade teacher.

They didn't sit by, Gourdine said.

While the pandemic tasks remain, she says she hopes to return to a few personal passions such as singing in her church choir, reading and writing a second book to follow her first, which was about African American wellness.

But she'll also keep her eyes focused in the coming year on the broader health inequities that persist.

"What my parents experienced taught me empathy," she said, "that I need to approach my work through a lens of equity and empathy."

— Meredith Cohn

Scroll to top

Best in legal

Here's why the U.S. attorney for Maryland, who oversees high-profile public corruption cases; the deputy commissioner for the Baltimore Police Department, who's dealing with the recent racial reckoning, and the senior commander for the U.S. Army's Aberdeen Proving Ground are worth watching.

Erek Barron

47, U.S. attorney for the district of Maryland

Appointed last year by President Joe Biden, Erek L. Barron is the first Black head of the Maryland U.S. attorney's office in its 230-year history. Barron, 47, is a former state House delegate from Prince George's County who previously worked as a trial prosecutor in Baltimore and in his home county.

Now, he is in charge of 98 federal prosecutors, overseeing an office that brings high-profile corruption cases and pieces together sophisticated takedowns of violent organizations. It's a prized position, having earned a special place in history for famously bringing down Vice President Spiro Agnew in 1973.

Barron is a Democrat who worked on police reform and criminal justice legislation while in the General Assembly. He has begun shaping the Maryland prosecutor's office in his vision by appointing Phil Selden, a career prosecutor known for his public corruption work, as his top deputy.

Barron has already shown he is not afraid to make difficult decisions with his first high-profile case: criminal charges against Baltimore State's Attorney **Marilyn Mosby**, who is fighting what she calls "false allegations."

— Justin Fenton

Sheree Briscoe

49, deputy commissioner, operations bureau, Baltimore Police Department

Baltimore Police Deputy Commissioner Sheree Briscoe, the highest-ranking African American woman in the department, didn't envision a long career for herself in law enforcement. But Briscoe, who rose through the ranks to become the first Black woman to serve as deputy commissioner, responsible for overseeing the department's day-to-day operations, said she was driven by her commitment to make her hometown a better place.

"My work has always drawn me back to the community, back to the people that we serve. I love that about policing — that I could do something that could make a difference," Briscoe said.

Briscoe, who was promoted last June, took the position at a particularly challenging time. Violent crime remains persistently high, and the department and other law enforcement agencies across the country are grappling with changes after a series of high-profile deaths of African American men in custody.

Baltimore remains under a consent decree that requires sweeping changes to how officers make arrests and other basic functions after a U.S. Department of Justice report in 2016 found officers regularly violated residents constitutional rights, especially in Black communities.

Briscoe is faced with the additional challenges of staffing during a pandemic, when many officers have been forced to quarantine in a department already struggling to hire enough officers for critical functions.

"All of those things are happening in tandem and there has been no change in expectation of service," she said.

But Briscoe said she is strengthened by remaining close to those in the communities where she started her career, and her ability to overcome challenges early in life. She was a teen mom who had to quickly learn to find her voice and learn to advocate for herself, and went on to raise four kids. She said she has endured racism and sexism over the course of her career, but found strength from supporters.

Briscoe started in the Western District, then moved to the Eastern, and later to a Police Athletic League center, where she got to work directly with the community and see the impact of her work. Though she would later move to other positions, she said that she keeps in contact with residents she met while on patrol.

In 2015, after the city erupted in rioting after the death of Freddie Gray in custody, Briscoe took command of the Western District, where he was arrested. Though some of her family members encouraged her to leave policing, she said she felt a stronger need to help the city.

"I said, 'No, you don't leave when it's bad. You don't leave your team when your team members are looking for leadership. You stay and you do it because you love it and you're committed to it.'"

Briscoe said her contributions pale in comparison to the work of people in the community who often get no recognition for their efforts to improve the city.

"Is it not that we are contributing every day? Why just one month? Black history is America's history. We should be embracing people that are making sacrifices, regardless of their hue and gender, every day of the week."

— Jessica Anderson

Maj. Gen. Robert L. Edmonson II

55, senior commander, Aberdeen Proving Ground

"I stand on the shoulders of giants," said Maj. Gen. Robert L. Edmonson II, a nod to the decorated African American military leaders of yore. Now, as senior commander at Aberdeen Proving Ground, he's a role model for other soldiers of color — a major general in the Army who rose through the ranks to his current post last year and earned a Bronze Star to boot.

"I am humbled and honored to be [an example] for those who want to use me as one," said Edmonson, 55, who was adopted in infancy and later became the first known college graduate in his family, after attending Frostburg State University.

His mantra? "You belong."

"I may find myself in a meeting where I am the only person who looks like me," he said. "However, the reality is that, due to blessings and opportunities through the years, I belong in that executive boardroom.

"There are people out there who question how good they are. But [the truth is] where your passion takes you is where you belong."

— Mike Klingaman

Scroll to top

Best in living legends

Here's why the chairwoman of the Maryland State Arts Council, a Tony-winning Broadway actor, 'civil rights superhero,' the president of the University of Baltimore and an iconic author are living legends.

Ta-Nehisi Coates

46, author and National Book Award winner

The Baltimore-born writer Ta-Nehisi Coates has spent the past few years shaping the stories of four mythic superheroes. Three are Black, including one he invented himself. All grapple with entrenched power structures gripping their homelands.

Coates, 46, might not have superpowers, but he's already a legend. Even before 2015, when he won the National Book Award for Nonfiction and picked up a MacArthur Foundation fellowship (commonly known as a "genius grant"), he was recognized as one of America's premiere intellectuals.

The author's parents modeled the art of asking fearless questions. His father, W. Paul Coates, is a publisher and former member of The Black Panther Party; his mother, Cheryl Lynn Coates, was a teacher.

Coates was in his mid-30s when he burst into the national consciousness writing for The Atlantic magazine. His 2012 cover story "Fear of a Black President" and 2014 essay, "The Case for Reparations," established him as a relentless interrogator of America's racist underpinnings.

Three acclaimed nonfiction books examined white supremacy and white privilege: "The Beautiful Struggle,"; "Between the World and Me," and "We Were Eight Years in Power: An American Tragedy."

Unsurprisingly, Coates' strong opinions and willingness to express them have frequently been controversial.

Last month, "Between the World and Me" was among 414 books pulled from school library shelves in Texas. Educators feared these titles violated a new state law that prohibits teaching critical race theory, which holds that institutions such as the justice system can be inherently racist.

"It's unfortunate, but I'm not surprised," said Coates, who lives in New York. "What I'm saying runs counter to the standard American narrative, so some people think it shouldn't be taught."

Shortly after winning the National Book Award, Coates startled some fans by shifting gears to graphic novels. The self-described "comics nerd" just finished a six-year stint writing the "Black Panther" series and three years writing "Captain America" for Marvel.

In 2019, Coates published his first novel, "The Water Dancer." His main character was enslaved on a Virginia plantation but discovers he has superpowers.

Coates is writing a film adaptation of "Water Dancer" for MGM; Oprah Winfrey and Brad Pitt have signed on as producers. He's also working on a screenplay tackling Superman's origin story. In his telling, the Man of Steel will be Black.

Coates' novels include nearly as much political commentary as his nonfiction. His mythic heroes face tyranny and rampant nationalism. They occasionally wind up on the wrong side of the criminal justice system. Their superpowers are often a mixed blessing, and Coates' heroes struggle with the responsibilities that accompany privilege.

The author, who says he "wants to give back" to the university that helped mold him, will return this summer to his alma mater, Howard University, to teach creative writing.

Coates spent his undergraduate years in the university library but left without completing his studies. He thinks that when he's back on campus, he might finally finish his bachelor's degree. His mother would like that.

"I never graduated," he said, a hint of laughter in his voice. "I wonder if she's over it by now."

— Mary Carole McCauley

Jacqueline "Jackie" Copeland

74, chairwoman, Maryland State Arts Council

It's no coincidence that, in one of its first moves with Jacqueline "Jackie" Copeland at the helm, the Maryland State Arts Council announced a new program aimed at equitably distributing funding to cultural organizations run by minorities.

"We've leveled the playing field [to provide grants] to smaller institutions that could be led by people of color and which, historically, haven't had that funding," said Copeland.

A fierce and lifelong advocate for the arts, the Pikesville resident became chairwoman of the MSAC last summer following a stint as head of the Reginald F. Lewis Museum of Maryland African American History & Culture.

"Art and community are my passions," said Copeland, 74, an adjunct professor at Towson University who'll teach a class on the Harlem Renaissance this spring.

"I love engaging with students of all ages, bringing African American history to life so people [in light bulb moments] can understand the contributions of Blacks to our global culture."

To that end, she said, "I'd like my tombstone to read: 'She made a difference.' "

— Mike Klingaman

André De Shields

76, Tony-winning Broadway actor and performer

Informed by The Baltimore Sun of his status as legend, actor André De Shields quipped: "Does that mean I should retire now?"

The "Hadestown" Broadway star and New York City resident is rarely at a loss for words. And, at 76, he's nowhere near retiring.

Raised on Division Street in West Baltimore, De Shields has ascended to the heights of Broadway stardom with his trademark charisma, work ethic and great style, opening doors for generations of Black actors and theater professionals along the way.

The City College alum won his first Tony Award at age 73 for his role in "Hadestown" after being nominated twice before. In his acceptance speech he shouted out his hometown.

"Baltimore, Maryland are you in the house?" he said. "I hope you're watching at home because I am making good on my promise that I would come to New York and become someone you'd be proud to call your native son."

Last year, he returned to Charm City for a weekend performance with the Baltimore Symphony Orchestra chronicling his life, including memories of watching movies at the Royal Theater on Pennsylvania Avenue.

In a recent interview with The Sun, De Shields said "I'm happy that I am a Maryland legend." "I am simply trying to be a beacon for Marylanders to be able to follow as each of us makes his and her way through the wilderness."

He concluded with some words of advice for navigating our troubled times. "Empathy, compassion and concern for one another is the only way that we are going to move forward. We need to stop being nostalgic for normal. Normal is done with us. What we need to do is cultivate a nostalgia for the future where a new world is eager to be born."

— Christina Tkacik

Sherrilyn Ifill

59, president and director-counsel, NAACP Legal Defense and Educational Fund

In November, Sherrilyn Ifill announced she would be stepping down this spring as the president and director-counsel of the NAACP Legal Defense and Educational Fund, a role she held for eight years.

One of the things Ifill will be doing is continuing to work on her upcoming book about "America's ongoing embrace of white supremacy" which Penguin Random House will publish in 2023. Ifill is also the author of 2007's "On the Courthouse Lawn: Confronting the Legacy of Lynching in the Twenty-First Century."

Associate director-counsel Janai Nelson will assume Ifill's position. Ifill's portfolio includes assistant counsel of LDF, professor at the University of Maryland School of Law and president and director-counsel of LDF since 2013. She's the second woman to lead LDF, after Elaine Jones. The organization was founded by the NAACP in 1940, but has operated separately since 1957.

She's a Baltimore resident, and is the cousin of the late Gwen Ifill, the first Black woman to co-anchor a national newscast. Additionally, she's a graduate of Vassar College and the New York University of Law.

In 2020, she was named one of Glamour Magazine's Women of the Year, and called a "civil rights superhero." In 2021, she was named one of Time Magazine's 100 Most Influential People.

She told The Sun in 2020 that she has spent her career fighting for equity. "My goal is always that there is fairness and fairness in the system," she said. "It requires people who are prepared to listen with an open heart; people playing by the rules; and humanity recognized by everyone."

— Billy Jean Louis

Kurt Schmoke

72, president, University of Baltimore

In December, the University of Baltimore awarded a diploma to the first graduate of its Second Chance College Program, an education initiative inside Jessup Correctional Institution, a maximum-security prison for men.

The experimental program, directed by criminal justice professor Andrea Cantora, began in 2016 because the university believed "it was part of our responsibility that people coming out of the prison system would be better equipped" to reenter society, said Kurt Schmoke, the university's president.

The program, Schmoke said, is an example of his ongoing effort — and that of others at the public university — to not only help students pursue careers, but to engage with the the community on socially relevant issues.

"We do a lot of work in the community, working with community organizations," said Schmoke, 72.

"We are civic-minded," he said.

Schmoke was the city's first elected Black mayor. The former Baltimore state's attorney was elected mayor three times beginning in 1987.

Under Schmoke's guidance, the university — federally designated as a "minority-serving institution" because of its diverse student body — often taps into pressing social issues.

The university's Second Chance program came as Congress sought to minimize warehousing of prisoners and make it easier for inmates to succeed once released.

In 2020, the city's Police Academy moved from Northwest Baltimore to the University of Baltimore's campus downtown. "There are no walls between our campus and the dozens of neighborhoods that make up Baltimore," the university said in a statement as the move began. "With the arrival of the BPD Education and Training Center, a new era of engagement and support are underway."

The relocation came as law enforcement practices were being questioned nationwide following the death in Minneapolis of George Floyd, a Black man who died on Memorial Day after an officer pinned him down. In 2017, Baltimore entered into a consent decree with the U.S. Justice Department after a federal investigation found police officers routinely violated residents' rights.

"That's been kind of a significant move for us to partner with the Police Department in trying to improve the quality of those they recruit and retain," Schmoke said. "They had been in a dilapidated middle school."

In 2017, Schmoke announced his choice of Betsy DeVos — the U.S. education secretary under former president Donald Trump — as commencement speaker, prompting protests from some students who said DeVos' views on public education contradicted their own.

"The university stands for freedom of speech," Schmoke said in reply.

Schmoke is focused on "seeing students track toward careers and making sure they get experience along the way," said Roger E. Hartley, dean of the University of Baltimore's College of Public Affairs.

As the DeVos speech illustrates, he is also "very passionate about civil public debate — and people respecting all sides," Hartley said.

— Jeff Barker

Scroll to top

Best in philanthropy

Here's why the president and CEO of United Way Central Maryland and the co-founder of the Jordan McNair Foundation are worth watching.

Franklyn Baker

53, president and CEO of United Way Central Maryland

Since joining United Way in 2016, Franklyn Baker has been working to change the fabric of Baltimore.

One of his proudest accomplishments is growing United Way's Strategic Targeted Eviction Prevention program that helps families stay in their homes. The need was always there, Baker said, but it became greater throughout the pandemic.

Baker said the success of the organization's family centers motivates him every day. The facilities help provide quality child care and equip parents with the tools to make sure they graduate and are able to further their education. More than 70% of those who complete the program go on to secondary education, Baker said.

"I'm just proud of the fact that we're running a program there that can produce that result," Baker said. "I just want to make sure that equity is present. Every single day there is something new to learn. There is new ground to break."

— McKenna Oxenden

Tonya Wilson-House

54, co-founder, Jordan McNair Foundation

In the years since Tonya Wilson-House and her husband formed a foundation in honor of their late son Jordan McNair, the effort has blossomed, Wilson-House said.

"With a foundation, it's hard to get people to believe in what you believe in and the passion that you have, but people have really stepped up," she said. "Our purpose has become everyone's passion."

McNair, a University of Maryland football player, died in the summer of 2018 after suffering heatstroke during a team workout. Later investigations determined his symptoms were not recognized in time, and that a negative culture proliferated on the

team in which players feared speaking up about coaches. The investigations led to the firing of the Terrapins' head coach, DJ Durkin, and several athletic trainers.

Now in its fourth year, the Jordan McNair Foundation has successfully pushed to have legislation passed in Baltimore City and statewide to protect student-athletes, led numerous events aimed at helping athletes and coaches recognize the signs of heatstroke and donated hundreds of cold-water immersion tubs to area schools.

As a result, these days, the foundation often gets calls from other families that have lost young athletes, asking how to begin similar organizations, Wilson-House said.

"People call us to see how we did it," Wilson-House said. "We've become the spokespeople or the go-to people on how to get things like this started."

The foundation's legislative victories are among Wilson-House's proudest moments. The Maryland bill, called the Jordan McNair Safe and Fair Play Act, offered Maryland collegiate athletes the opportunity to profit from their names and likenesses. It was signed into law last year, a few months before the NCAA lifted its policy prohibiting the practice.

The law also required universities in the state to craft protocols for preventing and treating serious sports injuries like heatstroke and brain trauma.

"I thought that was big, because with that, they didn't have a safety component," Wilson-House said of the bill. "It's all good, you getting paid for your likeness, but where's the safety come in? So, that's how we got added to that. That was really, really big."

Now, the foundation is considering pursuing federal legislation with similar safety provisions, Wilson-House said.

Meanwhile, heading into Black History Month, Wilson-House said a reflection on Black Americans' contribution to the country is critical.

"Black people have done a lot as far as uplifting this city, this country. This country was built on the back of Black people, and the appreciation and acknowledgment is always welcome," she said.

— Christine Condon

Scroll to top

Best in politics

A mayor with many problems to solve and the chair of a polarizing redistricting commission in Howard County look ahead.

Brandon Scott

37, mayor, City of Baltimore

Baltimore Mayor Brandon Scott needs little introduction.

The 37-year-old Democrat and son of Baltimore was already well known from his days on Baltimore City Council when he stepped into the spotlight as the city's mayor a little more than a year ago.

Scott's first year proved as challenging as almost any a Baltimore mayor has faced. The coronavirus pandemic had taken hold months before his swearing in, forcing the new executive to grapple with the implementation of widespread testing, uncomfortable decisions on whether to close businesses and the administration of a vaccination program that remains a challenge for the city.

As Baltimore faced an unfamiliar foe in COVID, the city continued to battle a familiar one: unsettling levels of crime. Brutal killings have made headlines during Scott's tenure including the slaying of a woman inside a city house of worship and the death of a city police officer following a brutal shooting.

The year ahead for Scott looks much like the landscape of the year past. Despite his efforts to distribute the coronavirus vaccine to residents in underserved neighborhoods, disparities remain in the vaccination rates for Baltimore's Black residents. The mayor also faces a decision on whether to implement a vaccine passport, a suggestion that he admits troubles him as he thinks about the impact to the city's already disadvantaged minority residents.

Baltimore's fight against violent crime, too, looks likely to be a formidable opponent for Scott. The city's homicide rate topped 300 in the mayor's first year in office, as it has over the six years prior. Scott introduced a lengthy crime plan, calling for a tripling of the city's violence intervention efforts among numerous other initiatives. He's also committed $50 million from the federal American Rescue Plan to the effort.

Thus far, Scott has proven himself as a planner and collaborator, establishing boards, authorities, councils and task forces to address long recurring city problems, such as returning the city's police force to local control. He's rolled out multipronged action plans with the help of those groups and is introducing data tracking programs to measure his progress.

But the true test for the young mayor will be whether he's able to transition those plans into results and effectuate changes promised by many of his predecessors and seldom delivered.

— Emily Opilo

Donna Hill Staton

64, co-founder and principal, Decision Point Strategy Group and Decision Point Law

Donna Hill Staton, 64, of Clarksville, is using her position as co-founder and principal of Decision Point Strategy Group and Decision Point Law, a consulting firm and law firm respectively, specializing in corporate culture and climate consulting, crisis management, leadership training and policy development to raise up a new generation of lawyers.

The first African American female deputy attorney general in Maryland, the first African American woman to be appointed to the state court for Howard County and the first African American woman elected partner at Piper and Marbury, now DLA Piper in Baltimore, she has worked to promote diversity, equity and inclusion in her workplace by prioritizing diverse hiring and providing employees the support they need to be successful.

In 2021, she served as the chair of Howard County's Councilmanic Redistricting Commission, a commission of seven members that worked to redraw council district boundaries to reflect population changes and other shifts based on the 2020 U.S. Census.

Growing up during the civil rights era, she said she wanted to become a lawyer to advocate for her community.

"I was very concerned about what I was observing in terms of the fight just to be recognized for our humanity and I wanted to be a part of the solution," she said.

Hill Staton said Black History Month is an opportunity to acknowledge and celebrate Black history as a part of American history.

"As a young Black girl growing up, we didn't see ourselves on television or it was rare," she said. "To have a moment in time where there is recognition that we have our own story that is part of the American story is affirming."

— Allana Haynes

Scroll to top

Best in religion

Here's why a determined nun and a pastor who embraces community farming are worth watching.

Sister Magdala Marie Gilbert

91, director, Mother Mary Lange Guild

Mother Mary Lange, the nun who established the first Catholic school for African American girls in America and the first successful religious order for Black Catholic sisters in the world, died 140 years ago this year, but to Sister Magdala Marie Gilbert, she could not be more of a living force.

Gilbert, 91, joined Lange's order, the Oblate Sisters of Providence, 73 years ago and has upheld its vows of poverty and charity ever since. She has worked as a teacher, librarian and director of religious education. But her main occupation today is promoting the cause of sainthood for Lange, the Cuba-born sister who moved to the slave state of Maryland in 1813 and turned her religious faith into revolutionary doings.

Gilbert has been director of the Mother Mary Lange Guild, an organization based at the order's Catonsville mother house, for 13 years, and it has gone national and international under her leadership.

Now with 17 board members and chapters across the country, the Guild has developed a network of donors and supporters in places as far afield as Poland, Uganda, India and Brazil.

Gilbert can be seen each day making her way to her office above the campus gym, where she knocks out as many as 40 letters — then sometimes has energy left over to add to her extensive writings.

She has published seven small volumes of poetry and two essay collections, much of it about Lange, a woman she says never let the world's evils "keep her from doing what she had to do."

"She went about her tasks trusting that God would help her do anything, and God did," she says, suggesting that today's activists for social justice might follow her example.

Gilbert might need to do the same for her cause. Canonization is a long and complex process, and Lange has only passed through the first stage, attaining the status of Servant of God.

Vatican officials would have to accept evidence of at least two miracles at some point before Lange could qualify for sainthood, and that could take years.

Gilbert is no more worried about it than Lange would have been.

"To be in the circumstances she was, living in a slave state, to create St. Frances Academy and the first order of Black women, that's a miracle in itself," she says. "To me, she's a saint already. But that's all in God's hands."

— Jonathan M. Pitts

The Rev. Heber Brown III

41, senior pastor, Pleasant Hope Baptist Church

The Rev. Heber Brown III has been at the forefront of social activism in Baltimore for nearly 20 years. He has led rallies, lobbied lawmakers and written editorials calling for reform in education, housing and law enforcement, systems he believes marginalize minority Americans. But there came a point where Brown, the senior pastor of Pleasant

Hope Baptist Church, decided he'd achieve more building new systems than challenging old ones.

An education program he founded, the Orita's Cross Freedom School, has taught about 1,000 African American children life skills, Africana history and community engagement. The Black Church Food Security Network, an initiative he started in 2015, helps predominantly Black congregations grow, share and market their own produce. More than 70 churches nationwide now belong.

Brown, 41, will step down as pastor this year to lead the project full time. "It's about preparing a sustainable future," he says.

— Jonathan M. Pitts

Scroll to top

Best in sports

Here's why Baltimore Ravens quarterback Lamar Jackson and Baltimore Orioles center fielder Cedric Mullins are worth watching as they prepare for the next big thing.

Lamar Jackson

25, quarterback, Baltimore Ravens

Quarterback Lamar Jackson didn't need long in Baltimore to show that he's one of the NFL's most electrifying players. This year, he could become one of the league's highest-paid players. Even after a disappointing 2021 season, Jackson is in line for a franchise-record contract extension. After earning a salary of $1.8 million in 2021, the 2019 NFL Most Valuable Player and two-time Pro Bowl selection will make $23 million this year. A new deal for Jackson could be worth well over $35 million annually, by far the richest in Baltimore Ravens history.

At his season-ending news conference, Jackson said he wasn't focused on contract negotiations. "I've got to worry about getting back right, right now," he said Jan. 10, "and getting ready for this offseason."

Jackson's fourth year in Baltimore finished on a sour note. The Ravens missed the playoffs for the first time in his career, and over a six-game losing streak to end the season, the team lost five games by three points or fewer.

Jackson's absence was a big reason why. After leaving a Dec. 12 loss to the Cleveland Browns with a bone bruise in his right ankle, he practiced just once over the next month. Jackson, who'd never missed a game because of injury over his first three seasons, was inactive for the Ravens' final four games. He left plenty of room for improvement in 2022.

Jackson's nonprofit organization, Forever Dreamers, has hosted community outreach events, youth sports tryouts and toy drives in South Florida and Baltimore. He's also been involved with Blessings in a Backpack, a Louisville-based charity that provides food for schoolchildren across America.

If the Ravens' defense can bounce back from a disappointing year, the pressure will be on Jackson to prove his value with a deep postseason run. The Ravens have won just one playoff game since he was drafted in 2018. "Hopefully, this offseason, we're going to get right and get where we're supposed to be, and we have our guys come back, and we're going to have the season we're supposed to have," he said.

— Jonas Shaffer

Cedric Mullins

27, center fielder, Baltimore Orioles

Heading into the 2019 season, Cedric Mullins was seen as the heir to Orioles staple Adam Jones, set to be Baltimore's first Opening Day center fielder other than Jones in more than a decade. He earned that honor, only to find himself demoted to the minor leagues by midseason. But two years later, he reached the All-Star break not as a minor leaguer, but as an honoree.

In 2021, Mullins put together arguably the best season by an Orioles center fielder, starting the All-Star Game in Denver; recording the franchise's first season with 30 home runs and 30 stolen bases; and being voted as Most Valuable Oriole, a Silver Slugger and a top-10 finisher in American League Most Valuable Player balloting.

Mullins enters 2022 as an Orioles fixture, a face-of-the-franchise player worth holding onto as the organization's rebuild enters its fourth season.

— Nathan Ruiz

Scroll to top

Copyright, 2022, Towson Times (MD). All Rights Reserved.

Record Number: e7eb8473243fe1c3ffc7546f86a19f4e7a3792c

**Sun, The (Baltimore, MD)**

February 4, 2022

Edition: First Generic
Section: Main
Page: 3

**Questions Reid should have asked Mosby**

**COMMENTARY**

Article Text:

In 2020, MSNBC gave weekend host Joy Reid her own weeknight show, putting her in the time slot previously held by Chris Matthews, who was for 20 years the host of "Hardball." They named the new show "The ReidOut." I was glad to see it. Reid is a big improvement over Matthews, whose hyperactive, guest-interrupting, self-promoting shtick got old years ago.

Still, Reid's performance Tuesday night, with our indicted Baltimore State's Attorney **Marilyn Mosby** as her "exclusive" guest, left a lot to be desired. It was softball where some hardball was needed.

Reid gave Mosby and her media-savvy defense attorney, A. Scott Bolden, about 11 minutes to lay out the claim that Baltimore's chief prosecutor is the victim of some kind of vendetta.

There were moments when Reid asked Mosby about the federal perjury charges against her. But she did so in such a hasty way that an uninitiated viewer would not have understood them or, rather, might have understood them as innocent mistakes, not federal offenses.

The details sometimes get lost when national media pick up a local story or when the issues are complex and not given to quick summations for short attention spans. For instance, Reid said in her setup for the segment that Baltimore police officers had "killed Freddie Gray." Call me old-school, but if you're going to state that police "killed Freddie Gray," you at least should have a conviction to back it up. In April 2015, Gray died from injuries sustained while being transported in a police van, but no cop was ever convicted of killing him. Mosby charged six officers in connection with Gray's death; three were acquitted after trials, and Mosby dropped the charges against the rest. Nonetheless, Mosby became and remains something of a national celebrity, making her an appealing guest for a cable show.

On "The ReidOut" on Tuesday, it seemed that the idea was simply for Reid to be friendly, give Mosby her say and lay off the hard stuff.

But that's not how journalists are supposed to roll - so pleased to get the guest that you go soft during the interview.

I can think of eight questions Reid should have asked Mosby.

The federal indictment accuses you of having claimed financial hardship during the pandemic in order to take advantage of an element of pandemic relief authorized by Congress. Your salary was $248,000 in 2020. How does that square with a claim of hardship?

How does claiming financial hardship under the CARES Act, so that you could withdraw a total of $81,000 from your city retirement account, square with buying two homes in Florida worth more than $1 million combined? That doesn't sound like it meets the intention of the CARES Act.

The indictment says that, in applying for mortgages to buy the properties in Florida, you failed to disclose, in accordance with federal law, that you and your husband owed more than $45,000 in unpaid federal taxes. In fact, the Internal Revenue Service had placed a lien against you and your husband. Why didn't you disclose that?

(Note: Mosby previously stated that she was unaware of the lien. Given that answer, I would ask these in follow-up: How is that possible? You never got home before your husband did to see a letter from the IRS demanding payment?)

You seem to be complaining that the feds investigated you too thoroughly, asking about your charitable donations, your children's dance instructors, issuing subpoenas to some churches. But you previously worked for an insurance company investigating fraudulent claims. You've been Baltimore's top prosecutor since 2015. Given your professional background, wouldn't you agree that the best investigations are thorough investigations?

You say you've been targeted by federal prosecutors for political reasons - because, for instance, you dared to prosecute the Freddie Gray cops six years ago. But where's the evidence for that? The U.S. Department of Justice found a dark history of serious problems with the Baltimore Police Department, prompting the city to consent to reforms. The U.S. Attorney's Office in Baltimore prosecuted several corrupt cops in the Gun Trace Task Force scandal. Given that background, why would the DOJ or the U.S. Attorney's staff have objected to your charging cops in Gray's death in 2015?

You say that your indictment is a "political ploy" to unseat you before the next election. You note that an assistant U.S. Attorney in Baltimore, Leo Wise, gave $100 each in campaign donations to the two candidates who challenged you in the 2018 Democratic primary. That's not a good look for Wise. But, really, you're saying the feds launched an investigation because Wise blew $200 on the last city election?

I need to ask you about crime in Baltimore. You've been the state's attorney for seven years and each year the homicide total in that city has surpassed 300, and 2022 is off to a horrible start. When you ran for election in 2014, you blamed your predecessor, Gregg Bernstein, for an increase in homicides, and yet the city has averaged 120 homicides

more annually during your tenure than his. Should Baltimore voters hold you to the same standard you set when you ran against Bernstein?

I realize these are not brief, made-for-TV questions. But they are very much in the Baltimore atmosphere right now. The state's attorney is more than welcome to answer them any time she wants.

Copyright (c) 2022 The Baltimore Sun Company

Record Number: BS0121824687

**Daily Record, The (Baltimore, MD)**

February 4, 2022

Section: News

Topics:

**Index Terms:**
General news

**In first court appearance, Mosby pleads not guilty and pushes for speedy trial**

Author: *Madeleine O'Neill*

Article Text:

Baltimore State's Attorney **Marilyn Mosby** found herself on the other side of the legal system Friday when she appeared as a defendant in court for the first time to answer federal perjury charges.

Mosby pleaded not guilty to all four counts, as is typical at an arraignment. Her lawyer, A. Scott Bolden, also renewed his public request for a speedy trial date within 60 days so that Mosby can defend herself in court before facing the Democratic primary for her seat.

"This is a politically charged case," Bolden told U.S. Magistrate Judge J. Mark Coulson. "My client is in the middle of a reelection campaign."

Government prosecutors are not seeking to detain Mosby while she awaits trial, so she will remain free as her case proceeds.

Coulson also informed the defense and prosecution of several upcoming deadlines set by U.S. District Judge Lydia Kay Griggsby, who will handle the case. Motions in the case are due by Feb. 18 and there will be a conference call with Griggsby on Feb. 23 at 11 a.m.

Bolden said in court that he intends to file pretrial motions as early as Friday. He also asked that discovery be turned over immediately, though Assistant U.S. Attorney Leo Wise said he was still waiting to receive a formal, written discovery request from the defense.

Other parts of Friday's proceedings were more routine. Coulson explained Mosby's rights under the Fifth and Sixth Amendments of the U.S. Constitution and ensured that she understood the indictment, as he would with any criminal defendant.

After a brief moment of confusion among court staff about how many counts were included in the indictment, Mosby entered her not-guilty plea.

"Your honor, I would plead not guilty to all four counts," she said.

Mosby faces two counts each of perjury and making false statements on a loan application. If convicted, she could face a maximum prison sentence of five years for each count of perjury and 30 years for each count of making false statements on loan applications, though federal sentences are typically far shorter than the legal maximum.

Federal investigators spent months digging into Mosby's finances and those of her husband, Baltimore City Council President Nick Mosby, who has not been charged with any crimes.

The indictment, which became public last month, alleged that **Marilyn Mosby** falsely claimed to have been financially impacted by the COVID-19 pandemic in order to request withdrawals from her city of Baltimore employee retirement account in 2020.

Mosby, whose salary was unaffected during the pandemic, allegedly used the withdrawals to make down payments on two Florida properties.

Bolden has told the media that Mosby had "other business interests" that were affected by the COVID-19 pandemic, though he has declined to offer many details.

Mosby is also accused of failing to disclose a $45,000 IRS lien for unpaid taxes when she signed applications for mortgages on the properties, which were located in Kissimmee and Long Boat Key.

Copyright © 2022 BridgeTower Media. All Rights Reserved.

Copyright, 2022, The Daily Record (Baltimore, MD)

Record Number: 290782

**Baltimore Brew (MD)**

February 4, 2022

Section: Front Page

**Marilyn Mosby, who pleads not guilty today, pleaded for campaign contributions last night**

Author: *Fern Shen*

Article Text:

**Marilyn Mosby**'s initial appearance and arraignment in federal court today was a 12-minute process to settle largely procedural matters and give the defendant, Baltimore's top prosecutor, an opportunity to formally hear the charges and enter her plea.

"Your honor, I will plead not guilty to all four counts," Mosby said, appearing by video before U.S. Magistrate Judge J. Mark Coulson.

Brief as it was, the court appearance provided an opportunity for her attorney, A. Scott Bolden, to again denounce the four-count indictment against his client as the work of biased prosecutors and political enemies.

The moment came when Coulson asked if there were any discovery issues. Bolden, who is calling for the trial to be held within 60 days, said he would invoke a rule calling for discovery materials to be produced immediately.

"This is a politically charged case," Bolden said. "My client is in the middle of a re-election campaign. The government has decided to bring an indictment against her four or five months out."

Asked to respond, Assistant U.S. Attorney Leo J. Wise pointed out that there is a procedure to make such a request.

"The defense has not made a formal demand for discovery as required by the court's standing order on criminal discovery," Wise said. "We will obviously respond once they do."

"Donate today"

In an emailed fundraising pitch last night, Mosby made the same case, decrying a "weak indictment" that she blamed on "powerful entrenched keepers of the status quo."

"WE'RE BUILT FOR THIS!" Mosby says in the email, vowing to "not be distracted by the attacks of my opponents or the federal investigation that I am facing."

Mosby was indicted on January 13 on two counts of perjury and two counts of making false statements on loan applications to buy two properties in Florida.

Prosecutors allege she lied about having experienced financial hardship in order to make early withdrawals on her retirement savings in order to get the funds to make down payments on the properties.

And they say she failed to disclose the $40,000 lien on her house in Baltimore in applications for mortgages on the properties. They say she also falsely claimed that she would use one of the properties as a second home in order to get a more favorable rate.

Host Joy Reid, who had Mosby on her MSNBC show on Tuesday, made cursory mention of the charges, but mostly allowed Mosby to denounce the indictment and declare her innocence. (Mosby has refused to be interviewed by the local media.)

Last night's fundraising letter links to the favorable television appearance and includes a "donate today" link.

That leads to a page where contributors can give $25 – $6,000 (or an amount of their choosing) to "Friends of **Marilyn Mosby**."

Baltimore's incumbent state's attorney is building up a war chest as she seeks a third term in office.

With the June 28 primary approaching, her latest campaign report shows the 42-year-old prosecutor has raised over $189,000 in 2021 and the first two weeks of 2022.

Contributors include Kimberly Morton, former chief of staff to former mayors Catherine Pugh and Bernard C. "Jack" Young, and J.P. Grant, the Columbia-based financier who admitted illegally paying $100,000 to former Mayor Catherine Pugh shortly before she was sworn into office.

The report also shows Mosby used nearly $50,000 in campaign funds to pay Bolden and others lawyers defending her in the criminal probe.

**Marilyn Mosby** used campaign funds to pay her defense attorneys (1/20/22)

"Friends of **Marilyn Mosby**" is separate from the legal defense fund set up last spring by Mosby and her husband, City Council President Nick Mosby, whose business and campaign records were also subpoenaed by the federal grand jury last year.

"The Mosby 2021 Defense Fund" offers various payment plans online, but the names of its administrators and the amount of funds collected and disbursed have not been publicly disclosed.

Four-day Trial Planned

Today's arraignment offered some new information for those following the case.

Wise estimated the length of the trial as four days.

And Coulson relayed some information for opposing counsel from District Judge Lydia Griggsby, who is overseeing the case.

A February 18 deadline is set for motions in the case, and a conference call is scheduled for at 11 a.m. on February 23.

Bolden said he plans to file a number of pre-trial motions "if not today, by early next week.

CARES Act Fraud Crackdown

About an hour after Mosby's court appearance concluded, United States Attorney Erek L. Barron's office sent out a press release about its efforts to prosecute CARES Act crimes.

The CARES (Coronavirus Aid, Relief and Economic Security) Act was designed to provide emergency financial assistance to Americans suffering the economic effects caused by the COVID-19 pandemic.

"While many of our neighbors have suffered to make ends meet during this ongoing pandemic, others stole taxpayer money meant to put food on the kitchen table," Barron says in the release.

The statement doesn't mention Mosby specifically, but alludes to the charges against her.

Since the start of 2021, the Maryland U.S. Attorney's Office has charged 23 defendants with criminal offenses based on fraud schemes connected to the Covid-19 pandemic.

The cases involve attempts to defraud over $14 million, the statement says, noting more than $419,000 has been seized.

As part of the initiative, the Maryland U.S. Attorney's Office has signed MOUs (memorandums of understanding) with Brian D. Miller, Special Inspector General for Pandemic Recovery, and James D. Powell, Deputy Inspector General at the U.S. Department of Labor.

"These partnerships allow us to beef up our efforts to prosecute those who steal from the American taxpayers," Barron said.

Caption:
Above: Baltimore State's Attorney **Marilyn Mosby**, appearing on MSNBC Tuesday ahead of her arraignment in federal court today.

Fundraising pitch emailed after Mosby's interview on MSNBC.

Copyright © 2022 Baltimore Brew LLC, All rights reserved.

Record Number: b517cf139454c59c478c870e35152a48fc3361c

**Sun, The (Baltimore, MD)**

February 5, 2022

Edition: First Generic
Section: Main
Page: 1

**Mosby pleads not guilty**

**State's attorney is facing federal charges of perjury, making false statements**

Author: *Jessica Anderson*

Article Text:

Baltimore State's Attorney **Marilyn Mosby** pleaded not guilty to federal charges of perjury and making false statements Friday, and is seeking a speedy trial within the next two months.

The city's top prosecutor, who is up for reelection, went before by U.S. Magistrate Judge J. Mark Coulson in a virtual initial appearance and arraignment hearing.

"We're going to be asking for a speedy trial date within 60 days," Mosby's attorney, A. Scott Bolden, told the court.

Bolden declined to comment after the hearing.

Mosby was indicted Jan. 13 on two counts of perjury and two counts of making false statements on loan applications to buy a pair of properties in Florida. She entered a not guilty plea to all four counts.

Mosby, Bolden and Mosby's supporters have claimed the case is politically and racially motivated, and she has pledged to fight the charges.

"I wanted the people of Baltimore to hear it from me: I've done nothing wrong," she said last month. "Don't be fooled. We are now five months from my next election, and this indictment is merely a political ploy by my political adversaries to unseat me."

Mosby is expected to run in the Democratic primary on June 28 to seek a third, four-year term.

At Friday's brief hearing, Bolden again

described the case against Mosby as "politically charged."

He told the judge that he is seeking all discovery materials in the case and that he intends to file a number of pretrial motions.

Assistant U.S. Attorney Leo Wise said the defense has not sent a formal request for discovery, but the federal prosecutor's office will comply when it receives one.

Wise also told the judge that a trial is expected to last four days.

A Feb. 18 deadline was set for both sides to file notice of motions and a proposed schedule for the trial, and a conference call with U.S. District Judge Lydia Griggsby, who is overseeing the case, is scheduled for 11 a.m. Feb. 23.

Griggsby, who was confirmed by the U.S. Senate in June, is the first woman of color to become a U.S. district judge in Maryland.

During the 15-minute hearing, Coulson asked Mosby whether she had reviewed the indictment, and whether she understood the four counts against her and the potential penalties.

"Yes, Your Honor, I do," she said.

Coulson then advised her of her constitutional rights to remain silent, and the right to be represented by counsel at all stages of the proceedings.

Wise said the government was not asking for Mosby to be detained pending trial.

Federal prosecutors allege that Mosby falsely claimed she suffered financial hardship during the coronavirus pandemic to obtain an early withdrawal from her retirement savings without facing tax penalties.

The federal CARES Act allowed individuals to make early withdrawals without penalties if they experienced financial hardships during the pandemic as a result of being quarantined, furloughed, or laid off; having fewer work hours; being unable to work due to lack of child care; or the closing or reduction of hours of a business they owned or operated. Mosby did not face any of those circumstances, and received her full gross state's attorney salary of $247,955, according to the indictment.

At a news conference last month, Bolden provided a defense in the case, saying that Mosby was eligible to make early withdrawals without facing penalties. He said that her private businesses, Mahogany Elite Travel, Mahogany Elite Enterprises LLC and Mahogany Elite Consulting, detailed in her financial disclosures in 2020, were impacted by the pandemic.

A spokeswoman for Mosby said in 2020 that the businesses were not yet active, and were considered "a long-term venture."

"There are no plans to operate the company while she is state's attorney," the spokeswoman said.

Federal prosecutors also said that Mosby purchased two properties in Florida, and lied on the mortgage loan applications by failing to disclose a federal tax lien against her and her husband, Democratic City Council President Nick Mosby, who has not been charged.

Bolden has said Mosby was unaware of the lien at the time of the applications.

Prosecutors also allege that Mosby did not disclose that she planned to rent one property, which allowed her to obtain a lower interest rate on the mortgage for the property. The indictment said Mosby already had entered into an agreement with a property management company, giving it control over the rental of the property.

Caption:
City State's Attorney **Marilyn Mosby** will not be detained pending trial, and she is expected to run in the Democratic primary on June 28 to seek a third four-year term. Amy Davis/BALTIMORE SUN

Copyright (c) 2022 The Baltimore Sun Company

Record Number: BS0121844147

**Sun, The (Baltimore, MD)**

February 6, 2022

Edition: First Generic
Section: Main
Page: 1

**Charges strain crime fight**

**Defense attorneys, legal observers in Baltimore see challenges ahead**

Author: *Alex Mann*

Article Text:

State's Attorney **Marilyn Mosby** says her office won't be distracted by the federal charges against her, but several of Baltimore's experienced defense attorneys say they expect the implications will trickle down to line prosecutors they interact with every day and offer opportunities to imply doubt about the office's credibility.

Some of those familiar with the city's criminal justice system also say her indictment could strain law enforcement relationships - importantly, collaboration between the city prosecutor's office and the U.S. attorney's office - critical to curtailing a staggering rate of violent crime in Baltimore.

In most cases, the implications remain to be determined as the case against Mosby plays out and while jury trials are on hold because of the coronavirus pandemic. Battered by the rigors of a tough job, might Mosby's prosecutors look for work elsewhere in light of the new complication of their boss' future up in the air? How will Baltimore juries, often skeptical regarding the state's cases,

view charges brought by Mosby's office?

More than two weeks have passed since a grand jury handed up the indictment against Mosby. The U.S. attorney's office alleges she committed perjury and made false statements on loan applications to buy properties in Florida.

She calls the charges "false allegations" and pleaded not guilty Friday. Baltimoreans are divided on the merits of the case, but the matter is expected to factor into this year's race for state's attorney.

How they impact her office's work is another question, although experts interviewed by The Baltimore Sun expect Mosby's case to affect her office's work to some degree.

Defense attorney Warren Brown can foresee a scenario where he or other veteran litigators, seeking every advantage in court, bring up Mosby's indictment when facing prosecutors from her office in a city courtroom. It would be most relevant, he said, in a case in which his client was charged with fraud or lying on paperwork. He may try to tie it to other types of cases, too, Brown said.

"It would be something along the lines of, 'You're going to present this evidence against my client? Really? Thisstate's attorney?' " said Brown, who contributed to Mosby's campaign. "There might be an objection or whatever, but it's the elephant in the room."

Mosby said in a statement to The Sun that she has made clear to her office that "the important work of ensuring one standard of justice - regardless of race, gender, ZIP code or occupation - must and will continue." She also pointed out that her office functioned throughout the past year as federal prosecutors conducted their probe of her finances.

She lauded her prosecutors, saying "they have never wavered in their commitment to this city, we will not be distracted" and will remain focused on "making Baltimore a safer community." She declined to be interviewed.

David Jaros, faculty director of the Center for Criminal Justice Reform at University of Baltimore School of Law, said it's unclear how her indictment will affect the relationship between Mosby's office and that of U.S. Attorney Erek Barron.

City and federal prosecutors collaborate on several fronts, sometimes communicating daily, according to Mosby's office. They work together on drug cases, major investigations and broader crime reduction initiatives. Two of Mosby's assistant state's attorneys are cross-designated as special U.S. attorneys, meaning they can try cases in federal court.

"There's no reason why an investigation into a violent crime or into drug or gun sales by line attorneys needs to involve **Marilyn Mosby** or the attorneys who are currently prosecuting her, so it's not as if suddenly there is a massive wall between these two institutions," Jaros said.

"At the same time, we don't want to be dismissive of the fact that this is a relationship that's complex and that leadership starts at the top and that it would be surprising if this didn't poison the well a little bit."

In her statement, Mosby said the two offices have a "deep and long-standing relationship that has not been and will not be disrupted by the false allegations pending against me." She, her attorney and her supporters continue to attack federal prosecutors' decision to investigate and charge her, particularly as she seeks reelection.

The week after the indictment, Barron described on WBAL-AM "challenges" in the relationship between their offices.

In a later statement to The Sun, Barron said both offices are "staffed by public servants who are committed to seeking justice and keeping our communities safe. As we always have, we will continue to work together to accomplish those goals."

Jaros and Gregg Bernstein, Mosby's predecessor, expressed concerns that the indictment could indeed serve as a distraction during a difficult time for Baltimore.

The city recorded 36 homicides over the first month of 2022, the most in a January since 1973, when there were 35 people killed and the city had many more residents. Nonfatal shootings are up compared with the same time in 2021. During each of the past seven years, at least 300 people have been killed in Baltimore.

Both offices prosecute violence in Baltimore, and can collaborate to make cases stronger. For instance, when it may be difficult to win a murder or attempted murder conviction in state court, a shooting may be evidence of organized crime. That means it could become part of a federal conspiracy case against a criminal organization, and cases pursued by the U.S. attorney's office bring the resources of the federal government to investigation, trial and sentencing.

In 1979, the last time Baltimore's elected prosecutor was indicted, also in federal court, the U.S. attorney's office wasn't as involved in prosecuting violent street crime, according to Kurt Schmoke, a former mayor and state's attorney who is now president of the University of Baltimore.

Schmoke's predecessor as state's attorney, William Swisher, was indicted on a range of political corruption charges. Federal prosecutors brought some of the assistant state's attorneys who worked for Swisher before the grand jury for questioning.

Prosecution of crime in Baltimore, however, didn't grind to a halt following Swisher's indictment, said Schmoke, who was a relatively new assistant U.S. attorney at the time. Nor does he think it will now.

"If she has strong and experienced deputies, they should be able to continue to collaborate with the U.S. attorney's office without any serious problems. If the people are not experienced, they could run into some problems," said Schmoke, who contributed to Mosby's campaign for reelection.

Swisher was acquitted, but lost the 1982 Democratic primary to Schmoke.

Mosby's office, like others around the country, has struggled with attrition accelerated by the effects of the pandemic. Two assistant state's attorneys have resigned in the past two weeks. As the number of prosecutors drops, the caseload mounts for those who remain, and less experienced attorneys take on more complicated cases.

Following a series of staff departures, Mosby in December adjusted leadership positions in her office. Leaders of divisions, such as those handling homicides, juvenile crime or post-conviction matters like probation and sentence modification, report to the chief deputy state's attorney, according to an organizational chart.

Bernstein said he delegated many responsibilities to deputy state's attorneys, who in turn delegate down the chain of command.

"The state's attorney has the power and the ability to delegate as much as he or she wants to delegate to the functioning of the office. There are very few things that actually require the signature of the state's attorney," Bernstein said. He contributed to the campaign of Ivan Bates, one of two defense attorneys challenging Mosby for the Democratic nomination.

Attorney A. Dwight Pettit expects that concern over the outcome of Mosby's case, on top of uncertainty about the result of the June 28 primary, may harm morale in her office. Pettit and defense attorney Natalie Finegar said the last thing the staff needs is a distraction like the indictment.

Finegar also questions the experience level of new prosecutors in the office, who she says "don't know how to do basics in trial." While that might sound like a plus for people she defends, "it can actually be to the detriment of my client because it can lead to mistrials," Finegar said. "It can lead to long, protracted arguments over simple legal issues that you could resolve with a seasoned state's attorney. Sometimes, you end up going to trial when you shouldn't."

Finegar and Pettit were among a handful of attorneys interviewed who said the charges against Mosby impact the office's credibility.

"Decisions about what to prosecute and who to prosecute could all be called into question in the backdrop of her own allegations and defenses," said Finegar, who made donations to the campaigns of Bates and Roya Hanna, a defense attorney and former city prosecutor who's also running for state's attorney.

Brown said the biggest potential impact remains to be seen, as jury trials in Maryland are suspended until at least March 6 because of COVID-19. Brown will watch to see how juries in Baltimore perceive charges brought by Mosby's office against defendants.

He said he thinks "some of the negative aura around her" will surround her assistants in the courtrooms as they seek credibility with jurors. "The state is trying to sell a conviction to the jury, they're trying to sell their position to the jury. If a salesperson is viewed with some askance, then they're not going to be able to sell the message."

Baltimore Sun librarian Paul McCardell contributed to this article.

Caption:
The indictment of State's Attorney **Marilyn Mosby** could "poison the well a little bit" between prosecutors.

Baltimore State's Attorney **Marilyn Mosby** addresses reporters outside her office the day after her indictment on federal perjury charges. Jerry Jackson/Baltimore Sun

Copyright (c) 2022 The Baltimore Sun Company

Record Number: BS0121866156

**Baltimore Brew (MD)**

February 7, 2022

Section: Politics

**Retired state investigator asks Maryland Prosecutor to examine Ivan Bates' campaign fundraising reporting**

Author: *Fern Shen and Mark Reutter*

Article Text:

A retired public corruption investigator has filed a complaint with the State Prosecutor against Ivan Bates, a candidate for Baltimore State's Attorney, saying Bates "appears to have broken campaign finance laws by failing to disclose significant expenses on his campaign report."

The effect of the alleged lapse is to artificially inflate what funds he has on hand, wrote James Cabezas, who spent three decades as Maryland's chief investigator of public corruption, in a letter asking State Prosecutor Charlton T. Howard III to investigate. [A response from the Bates campaign is below.]

Cabezas noted that Bates, a Baltimore defense attorney who is running against indicted State's Attorney **Marilyn Mosby** in the June Democratic primary, reported raising $233,707 in his most recent campaign report.

He had an unpaid loan of $125,000 owed to developer Jack Luetkemeyer, co-chairman of Continental Realty Corp. Bates reported making a personal loan of $128,000, which basically covered the loan repayment to Luetkemeyer.

"In other words, after repaying the loan to Mr. Luetkemeyer, without his personal loan, his campaign would only have had $97,982 to report," Cabezas said.

While such loans are not unlawful, Cabezas noted, Bates failed to report expenses that were incurred by the campaign during the reporting period they were incurred.

"Even though he held fundraisers and has actively campaigned, Bates reported no expenses for salaries or other compensation," Cabezas wrote. "He reported no expenses for fundraising. Both items have $0 entries."

Under Maryland law, expenses for salaries and compensation, as well as for fundraising expenses, must be reported in the period they are incurred.

Bates: "I will not be distracted"

Bates, reached by The Brew, said he would read Cabezas' letter and provide a response. His brief statement tonight does not address any of the charges. It reads in full:

"Ivan Bates is laser-focused on running a campaign that is centered on lowering crime and going after violent repeat offenders. He will not be distracted by political complaints that seek to divert voters attention from the violent crime and electing an experienced and ethical prosecutor."

Nick Machado, deputy campaign manager for Bates, contacted The Brew to dispute a number in Cabezas' letter, saying "our total was actually $361k raised, and we specifically discounted the loan."

In his letter, Cabezas noted that Bates reported no fundraising expenses even though he held a December 7, 2021 event at The Bygone restaurant.

Included in Cabezas' complaint was a copy of the invitation, in which donors were asked to send checks "c/o Rice Consulting" for the event, held at the Atlas Restaurant Group eatery at the Four Seasons in Harbor East.

Prominently noted on the invitation is that the event would feature "Special Guest Sheila Dixon," the former Baltimore mayor who has endorsed Bates in his run to unseat incumbent Mosby.

Expenses for the event are listed nowhere on Bates' campaign report. The report does list $12,000 in contributions by Atlas CEO Alex Smith and his wife, Christina Ghani.

Cabezas also notes that the costs of fundraiser Rachael Rice – typically sizable – were not disclosed in Bates' report, filed with the State Elections Board in January.

In another state's attorney's race, Rice Consulting was the fundraiser for candidate Charles Curlett. In that campaign, Cabezas said, Curlett reported paying Rice $14,398 in fees for October 2016, December 2016, and January 2017.

Is Scott aide the Campaign Manager?

Also mentioned in Cabezas' letter is Marvin James, who served as Bates' campaign manager in his unsuccessful 2018 run for state's attorney.

If Bates is using James in this capacity again, Cabezas says, those expenses would be significant as well. "In March, April, and May of 2018, Mr. James was paid $7,548, $6,000 and $6,000, respectively," Cabezas wrote.

"Assuming Mr. James is performing this role again, it would be illegal to fail to report these significant expenses," Cabezas wrote.

Bates' campaign report does not list any salary cost for James, although James' name does appear in a February 2021 reimbursement of $2,237.04 by the campaign, apparently in connection with a Belair Road storage center.

James is currently listed as working in an $82,000-a-year position in the office of Mayor Brandon Scott, whose successful mayoral campaign James managed in 2020. Cabezas' letter describes James as "a senior advisor and deputy mayor."

"Declining to report those expenses to avoid publicizing this connection is also unlawful," Cabezas noted in his letter to prosecutor Howard.

James did not return voicemail messages left for him tonight.

Machado, meanwhile, texted to say that "Marvin James is not the campaign manager of this race."

Asked if James is providing any service to the campaign, Machado, listed as Bates' deputy campaign manager, has not replied.

Caption:
Above: Attorney Ivan Bates, a candidate in the June primary, is running to unseat incumbent State's Attorney **Marilyn Mosby**. (Facebook)

Ivan Bates December 7, 2021 fundraiser invitation.

Ivan Bates December 7, 2021 fundraiser invitation.

Copyright © 2022 Baltimore Brew LLC, All rights reserved.

Record Number: 7ada47d428bc7c4dfd34f233a6b89e32992a759

**Sun, The (Baltimore, MD)**

February 11, 2022

Edition: First Generic
Section: Main
Page: 5

**Baltimore state's attorney candidate releases taxes**

**Ivan Bates calls on his opponents to follow suit**

Author: *Alex Mann*

Article Text:

Ivan Bates, the Baltimore defense attorney who's running for state's attorney for the second time, released his tax returns Thursday while touting transparency and calling for his opponents to do the same.

Bates released the returns first to The Baltimore Sun. They cover three years of his and his ex-wife's income, from 2018 through 2020, the most recent year for which taxes should have been filed. Bates founded the law firm Bates and Garcia PA; his ex-wife is a psychologist.

The couple filed jointly, reporting a steadily increasing income over the last three years. They reported adjusted gross income of about $342,000 in 2018, approximately $408,000 in 2019 and roughly $422,000 in 2020. Their 2020 income included $119,274 in salaries and $303,561 in business income, largely from his law partnership.

They paid roughly 16% of their income from 2018 and 2019 in federal taxes and almost 17% in 2020. And they paid 7% of their 2018 income and about 5% of their 2019 and 2020 income in taxes to the state.

In an interview, Bates told The Sun he was releasing his taxes to set an example and to distinguish himself from past elected officials embroiled in scandals surrounding their personal finances.

"When you look at all our city has gone through with elected officials and transparency, elected officials - we have to begin building trust with the electorate, especially as it relates to our financial dealings," Bates said over the phone. "So for me, I want to go out and show that I'm transparent and that I'm running on an ethical platform."

He recently got divorced amicably from the mother of his 5-year-old daughter, but their returns from the past three years were filed jointly.

Their returns list four properties: two in Baltimore and one each in Baltimore County and Howard County. According to Bates, he lives in a condo in Baltimore and operates a town house in the city as a rental property, while the house in the county is owned by his ex-wife and operated as a rental property, and his parents and ex-wife live in a house in Laurel that Bates owns.

Bates said the documents show that he's paid his fair share and cares about the city's well-being.

"I'm invested in Baltimore," Bates said.

He called on his opponents in the June Democratic primary, two-term State's Attorney **Marilyn Mosby** and defense attorney Roya Hanna, to follow suit.

"I would hope that everybody running in the race would subscribe to the same level of transparency and ethics," Bates said. "If they don't want to, the voters of Baltimore City, they're the ones that need to have that information."

The campaigns of Mosby and Hanna did not respond to requests for comment Thursday.

The move appears to put most pressure on Mosby to follow suit. The finances of Mosby and her husband, City Council President Nick Mosby, were the subject of a federal investigation that spanned over a year. In 2020, the IRS placed a federal tax lien on the power couple's Baltimore home, citing an unpaid tax debt, which the Mosby's have since paid.

As part of their probe, the FBI and the U.S. Attorney's Office sought a wide array of financial documents: tax returns, bank statements, credit card statements, loan documents and canceled checks. Subpoenas were issued for the Mosby's campaigns, the couple's private businesses and some Baltimore churches.

**Marilyn Mosby** was federally indicted last month on two counts of perjury and two counts of making false statements on loan applications to buy properties in Florida. Mosby has said she's innocent and called the charges political.

Federal prosecutors accused the two-term Baltimore state's attorney of fraudulently claiming she suffered financial hardship because of the coronavirus pandemic to qualify for early withdrawals from her retirement savings, and using the approximately $81,000 she took from her savings on down payments for a pair of properties in Florida.

According to the indictment, Mosby allegedly failed to disclose the tax lien on a mortgage application for a home in Kissimmee, Florida, and claimed on the application that the house was a second home despite having made an agreement with a management company to operate it as a rental. Federal prosecutors also accuse Mosby of failing to disclose her tax lien on a mortgage application for a condo in Long Boat Key, Florida.

The release of Bates' tax returns also comes after his campaign finances have come under scrutiny.

On Monday, former Maryland political corruption investigator James Cabezas called on the state prosecutor to investigate whether Bates violated campaign finance law. In a letter to state prosecutor Charlton Howard, Cabezas accused Bates of failing to disclose campaign expenses to mislead voters to believe his campaign has more money than it does.

Howard said he received the complaint but declined to comment further, citing office policy. For their part, Bates and his campaign dismissed the allegations as misleading or unfounded.

"The complaint is baseless and my choice to release my financial information is about character," Bates said.

Caption:
Attorney Ivan Bates, a candidate for Baltimore City state's attorney, releases his tax returns during a news conference at One Charles Center on Thursday. Kim Hairston/Baltimore Sun

Copyright (c) 2022 The Baltimore Sun Company

Record Number: BS0121975641

**Daily Record, The (Baltimore, MD)**

February 18, 2022

Section: News

Topics:

**Index Terms:**
General news

**Maryland law enforcement officials announce 100 arrests amid continued violence**

Author: *Madeleine O'Neill*

Article Text:

Federal, state and local law enforcement officials gathered in Baltimore Friday to tout more than 100 arrests made during a recent joint operation targeting violent offenders, but they struggled to explain how the arrests would improve public safety amid the city's relentless cycle of shootings.

The group assembled to announced the results of Operation Washout II, a two-week multi-agency operation that focused on violent offenders, gang members and gun crimes. The operation netted 104 arrests among people who were already wanted for crimes, including five homicide arrests, nine attempted homicide arrests, 15 robbery arrests and 28 firearm-related arrests.

Three firearms were seized during the operation and four "known gang associates" were among those arrested, according to the U.S. Marshals Service, which organized Friday's press conference.

But the law enforcement officials present could offer few additional details, including which gangs the alleged offenders were part of and how many of those arrested were repeat violent offenders.

Members of the news media also were not provided with the identities of most of the people who were arrested, or what charges they face. The U.S. Marshals Service referred a request for the list to the Baltimore Police Department. The department first referred the request back to the marshals before agreeing to pursue the information.

Among those in attendance Friday were Gov. Larry Hogan, Baltimore Mayor Brandon Scott, Police Commissioner Michael Harrison and U.S. Marshal Johnny L. Hughes.

Harrison said that the arrests made as part of Operation Washout II would have a deterrent effect by taking violent offenders off the streets and discouraging others from participating in the violence.

When asked by reporters how that deterrence was being demonstrated, given the extreme violence Baltimore has seen in recent weeks, Harrison responded:

"Those are investigations that we're working on to identify those perpetrators, so that when we identify them, with the help of the community, we can put out warrants for them and go and pick them up," he said. "The individuals that were picked up in this operation had active warrants already."

"What we know is that the people who we put in jail, should they stay in jail, they will not be committing more violence in the streets," Harrison said.

No representatives from the Baltimore City State's Attorney's Office were present at Friday's press conference. U.S. Attorney Erek Barron also was not present, but Assistant U.S. Attorney Michael Hanlon, who heads the office's criminal division, was in attendance.

Baltimore State's Attorney **Marilyn Mosby** is currently under federal indictment. She faces allegations that she committed perjury and made false statements on loan applications.

Her relationship with Hogan has also been tense. Hogan has accused Mosby of being soft on violent criminals; Mosby has pushed back and defended her office's track record of convictions.

No one at Friday's press conference explained why Mosby's office was not represented.

"We made sure we did our job. We picked them up, we arrested them," Harrison said of the alleged offenders. "Now we have to make sure that we put together good criminal cases that will make it all the way through the criminal justice system."

Copyright © 2022 BridgeTower Media. All Rights Reserved.

Copyright, 2022, The Daily Record (Baltimore, MD)

Record Number: 293043

**Daily Record, The (Baltimore, MD)**

February 19, 2022

Section: News

Topics:

**Index Terms:**
General news

**Baltimore prosecutor Mosby claims she didn't know about tax lien, accuses prosecutors of bias**

Author: *Madeleine O'Neill*

Article Text:

Baltimore State's Attorney **Marilyn Mosby** is claiming in new court filings that she did not know about a federal tax lien that is central to the government's allegation that she lied on loan applications for two properties in Florida.

In a series of pretrial motions filed late Friday, Mosby's lawyers provided the most detailed accounting yet of their plan to defend the city's top prosecutor in federal court. Mosby faces two counts each of perjury and making false statements on loan applications.

The filings claim that Mosby's husband, City Council President Nick Mosby, did not inform her of a snowballing series of tax issues he was facing, and that neither knew about a $45,000 lien against their home until a reporter asked about it in October 2020.

The motions, which ask a federal judge to dismiss the indictment against **Marilyn Mosby**, also argue that the prosecutors pursuing the case are biased against her. Since Mosby's indictment on Jan. 13, she and her lawyer have both accused member of the U.S. Attorney's Office in Maryland of political and racial animus.

The government has not responded to the pretrial motions, which include a motion to disqualify Assistant U.S. Attorney Leo Wise as prosecutor, in part because he made campaign donations to Mosby's two opponents in the 2018 Democratic primary.

Mosby went on to win that election and has indicated she plans to pursue re-election this year.

The pretrial motions provide a detailed look at what had been a largely secretive investigation into the Mosbys' taxes before the federal indictment, and the tax problems that preceded that investigation.

The court filings indicate that in 2014, Nick Mosby withdrew funds from his 401k "in response to a family emergency," but failed to withhold the correct amount in taxes, creating a liability. He did the same thing in 2015, according to an affidavit included with the filings.

Over the following years, Mosby went back and forth with the IRS over the amount owed and repeatedly made payment plans for the amount due.

Nick Mosby claimed that he did not inform his wife of the ongoing tax issues, and that he did not learn of a $45,000 tax lien until a reporter asked about it in October 2020.

"Since it was my tax liability that caused the deficiencies I and I alone- dealt with the Internal Revenue Services," Nick Mosby said in the November 2020 affidavit. "All phone calls, correspondence and agreements with the Internal Revenue Service was with me and not with my wife."

The filings also claim that Nick Mosby told his wife incorrectly that the lien had been paid off in November 2020.

**Marilyn Mosby**'s lawyer, A. Scott Bolden, argued in the motions that this lack of communication meant **Marilyn Mosby** did not know about the lien when she applied for the first mortgage on a Florida property in September 2020, and believed it had been paid off when she applied for the second mortgage on another property in February 2021.

"Neither of the applications disclosed the lien, because State's Attorney Mosby was not aware that the lien existed at the time either of them were submitted," Bolden wrote in a letter attached to the pretrial motions. "Further complicating matters, documentation of the lien was not properly served on State's Attorney Mosby, likely because it occurred contemporaneously with the beginning of COVID-19-related lockdowns."

Nick Mosby provided the affidavit about his tax troubles in November 2020, after Maryland Bar Counsel requested documents as part of an investigation into **Marilyn Mosby**'s taxes.

Bolden alleges in the pretrial motions that Bar Counsel Lydia Lawless referred the tax investigation to federal prosecutors after Mosby declined to provide detailed tax records dating back several years.

Lawless declined to comment.

The motions also show that the Department of Justice's Tax Division considered bringing charges against **Marilyn Mosby** related to her 2019 and 2020 tax filings, including tax evasion and false statements.

But those charges have not materialized. Bolden wrote in a September 2021 letter to the DOJ that **Marilyn Mosby** had not yet filed her 2020 taxes and that the alleged loss to the government in 2019 amounted to only $4,000.

Bolden in the letter also noted that **Marilyn Mosby** considered separating from her husband for "a host of reasons" and changed her tax filing status in 2019 to "married filing separately."

"Her knowledge of the couple's pre-2019 taxes was very limited, and her experience with tax filing was equally limited," Bolden wrote, so **Marilyn Mosby** relied on the expertise of a tax preparer.

The pretrial motions also show an extensive effort to block the indictment before it was filed. Bolden wrote to U.S. Attorney Erek Barron and to officials with the U.S. Department of Justice in an effort to convince decisionmakers there to halt the investigation into **Marilyn Mosby** and turn their sights toward their own prosecutors.

Bolden repeatedly accused the lead prosecutor on the case, Wise, of holding a grudge against **Marilyn Mosby**. He pointed to a dispute between Wise and **Marilyn Mosby** over an alleged leak from her office about federal investigation into the corrupt Gun Trace Task Force a disputed claim that **Marilyn Mosby** argued had never been backed up by any evidence.

In the pretrial motions, Bolden claims the government is engaged in a vindictive prosecution against **Marilyn Mosby** that should be dismissed because it presents a violation of her due process rights.

The court filings also include an affidavit from a former policy advocate who worked with then-delegate Barron, in which the woman claims Barron made disparaging comments about **Marilyn Mosby**'s "sex life" and said that he did not understand "all the hype around her."

The U.S. Attorney's Office did not respond to a request for comment Saturday.

**Marilyn Mosby** also faces two counts of perjury. The indictment alleged that she falsely claimed financial hardship during the COVID-19 pandemic in order to withdraw money from her retirement account without incurring the usual penalty.

Bolden argued in the pretrial motions that he does not have enough information about what the government is alleging to prepare a defense to those charges.

"Nowhere in the indictment does the government describe why State's Attorney Mosby did not believe it to be true that she qualified" to make the withdrawals under the CARES Act, Bolden wrote.

A scheduling conference in Mosby's case is set for Wednesday.

Copyright © 2022 BridgeTower Media. All Rights Reserved.

Copyright, 2022, The Daily Record (Baltimore, MD)

Record Number: 293131

**Sun, The (Baltimore, MD)**

February 20, 2022

Edition: AdvanceBulldog Generic
Section: Main
Page: 16

**Best in legal**

**BLACK HISTORY MONTH BLACK MARYLANDERS TO WATCH**

Article Text:

Erek Barron, 47, U.S. attorney for the district of Maryland

Appointed last year by President Joe Biden, Erek L. Barron is the first Black head of the Maryland U.S. attorney's office in its 230-year history. Barron, 47, is a former state House delegate from Prince George's County who previously worked as a trial prosecutor in Baltimore and in his home county.

Now, he is in charge of 98 federal prosecutors, overseeing an office that brings high-profile corruption cases and pieces together sophisticated takedowns of violent organizations. It's a prized position, having earned a special place in history for famously bringing down Vice President Spiro Agnew in 1973.

Barron is a Democrat who worked on police reform and criminal justice legislation while in the General Assembly. He has begun shaping the Maryland prosecutor's office in his vision by appointing Phil Selden, a career prosecutor known for his public corruption work, as his top deputy.

Barron has already shown he is not afraid to make difficult decisions with his first high-profile case: criminal charges against Baltimore State's Attorney **Marilyn Mosby**, who is fighting what she calls "false allegations."

- Justin Fenton

Sheree Briscoe, 49, deputy commissioner, operations bureau, Baltimore Police Department

Baltimore Police Deputy Commissioner Sheree Briscoe, the highest-ranking African American woman in the department, didn't envision a long career for herself in law enforcement. But Briscoe, who rose through the ranks to become the first Black woman to serve as deputy commissioner, responsible for overseeing the department's day-to-day operations, said she was driven by her commitment to make her hometown a better place.

"My work has always drawn me back to the community, back to the people that we serve. I love that about policing - that I could do something that could make a difference," Briscoe said.

Briscoe, who was promoted last June, took the position at a particularly challenging time. Violent crime remains persistently high, and the department and other law enforcement agencies across the country are grappling with changes after a series of high-profile deaths of African American men in custody.

Baltimore remains under a consent decree that requires sweeping changes to how officers make arrests and other basic functions after a U.S. Department of Justice report in 2016 found officers regularly violated residents constitutional rights, especially in Black communities.

Briscoe is faced with the additional challenges of staffing during a pandemic, when many officers have been forced to quarantine in a department already struggling to hire enough officers for critical functions.

"All of those things are happening in tandem and there has been no change in expectation of service," she said.

But Briscoe said she is strengthened by remaining close to those in the communities where she started her career, and her ability to overcome challenges early in life. She was a teen mom who had to quickly learn to find her voice and learn to advocate for herself, and went on to raise four kids. She said she has endured racism and sexism over the course of her career, but found strength from supporters.

Briscoe started in the Western District, then moved to the Eastern, and later to a Police Athletic League center, where she got to work directly with the community and see the impact of her work. Though she would later move to other positions, she said that she keeps in contact with residents she met while on patrol.

In 2015, after the city erupted in rioting after the death of Freddie Gray in custody, Briscoe took command of the Western District, where he was arrested. Though some of her family members encouraged her to leave policing, she said she felt a stronger need to help the city. "I said, 'No, you don't leave when it's bad. You don't leave your team when your team members are looking for leadership. You stay and you do it because you love it and you're committed to it.' "

Briscoe said her contributions pale in comparison to the work of people in the community who often get no recognition for their efforts to improve the city.

"Is it not that we are contributing every day? Why just one month? Black history is America's history. We should be embracing people that are making sacrifices, regardless of their hue and gender, every day of the week."

- Jessica Anderson

Caption:
Lloyd Fox/Baltimore Sun

Copyright (c) 2022 The Baltimore Sun Company

Record Number: BS0122157632

**Sun, The (Baltimore, MD)**

February 20, 2022

Edition: First Generic
Section: Main
Page: 1

**Mosby's lawyers blame biases**

**Attorneys accuse federal prosecutors in attempt to have case dismissed**

Author: *Alex Mann and Emily Opilo*

Article Text:

Lawyers for Baltimore State's Attorney **Marilyn Mosby** presented a long-shot legal argument in their latest filing in federal court: The indictment against her should be dismissed because it is exclusively the result of federal prosecutors' animosity toward her.

In making their case for a federal judge to throw out the charges against the two-term Democratic state's attorney, Mosby's lawyers revealed new information about the yearlong criminal tax investigation of her and her husband, Democratic City Council President Nick Mosby.

The motion, one of three defense pleadings filed this holiday weekend, asks U.S. District Judge Lydia Kay Griggsby to throw out the case against Baltimore's state's attorney because of "prosecutorial vindictiveness" on the part of U.S. Attorney Erek Barron and Assistant U.S. Attorney Leo Wise, the lead prosecutor on the case.

"Since its inception, the prosecution against State's Attorney Mosby has been driven by malicious personal, political, and even racial animus on the part of the prosecutors," Mosby's attorneys wrote.

They described her indictment as the culmination of a "crusade to ruin the political career of a young, progressive, Black, female elected official."

**Marilyn Mosby**, 42, is charged with two counts of perjury and two counts of making false statements on loan applications to buy a pair of properties in Florida. Nick Mosby is not charged with any crimes.

She has maintained she is innocent, and the papers filed by her attorneys largely echo their public comments about the case. But now, Mosby's attorneys also argue the U.S. attorney's office is participating in discriminatory prosecution that violates Mosby's constitutional rights to due process and equal protection.

Even if they've raised legitimate concerns about the appearance of bias, the effort by Mosby's attorneys to shut down the prosecution is unlikely to succeed, said David Jaros, faculty director of the Center for Criminal Justice Reform at University of Baltimore School of Law.

"Simply showing that the prosecutor who filed the case doesn't like her and wants her out isn't sufficient to show the indictment wouldn't have been filed if he wasn't on the case," Jaros said, adding that it's even more difficult to prove when a public official is the defendant. "It's hard to argue that a prosecutor wouldn't think it's appropriate [to file charges] because it is a big deal when a public official breaks the law."

Andrew Alperstein, a criminal defense lawyer and former prosecutor, also said the subjective views of a prosecutor are not sufficient basis to have a case dismissed.

"Sometimes in litigation, lawyers file papers with the court that they believe are for the purposes of PR or to reach prospective jurors. That's what I believe is happening here because there is no chance this is going to be dismissed based on that motion," Alperstein said.

While Mosby's defense has long targeted Wise in its public statements, Friday night's filing is the first time her lawyers have gone after Barron. The lawyers wrote Barron has "expressed disapproval of her both personally and professionally," accusing him of questioning her ability and repeating rumors about marital infidelity on Mosby's part.

For instance, Mosby's lawyers included in their filing a declaration from Sheaniqua A. Thompson, a top adviser of Nick Mosby at City Hall. She wrote that she worked with Barron between 2017 and 2019 while he was a Democratic state delegate and she was policy advocate for a nonprofit organization.

She said she was outside a State House committee room once when **Marilyn Mosby** walked by and Thompson expressed admiration for her. She said Barron responded by bringing up rumors about **Marilyn Mosby**'s "sex life" and said, "I don't get how she got where she is." Thompson said she was paraphrasing, but said Barron continued while working with Thompson to "tell me how much he disliked working with State's Attorney Mosby, and how he didn't like her style and approach."

Mosby's defense accused Wise of "being involved in several attempts to sabotage" Mosby's career, "engaging in similar conduct aimed at other Black officials" and cited that Wise contributed to the campaigns of Mosby's Democratic primary opponents for state's attorney in 2018, Ivan Bates and Thiru Vignarajah.

They noted that Wise and then-acting U.S. Attorney Stephen Schenning brought up during the prosecutions of members of the Baltimore Police Department's Gun Trace Task Force that an assistant state's attorney from Mosby's office leaked word of the investigation to corrupt officers. Mosby and her defense said that didn't happen.

Earlier in the investigation of Mosby, lead defense attorney A. Scott Bolden raised concerns with the U.S. Department of Justice. He filed complaints in March that asked

for Wise and Schenning, then in charge of the U.S. attorney's office, to be removed from the probe. The department's Office of Procedural Responsibility declined, saying there was no evidence to support Bolden's assertions and that he could raise those arguments with a judge during litigation.

Federal prosecutors have not responded yet to the motions from Mosby's defense lawyers, but wrote in a status report filed earlier Friday that they planned to ask the judge to "preclude personal attacks on government counsel."

A spokeswoman for the U.S. attorney's office, Marcia Murphy, declined Saturday to comment. Barron did not respond Saturday to a separate request for comment. When asked publicly in the past about the Mosby case, he has defended his office's work by saying his prosecutors follow the evidence and the law.

The motion for dismissal does little to address the specifics of charges she faces.

Mosby made two early withdrawals of a combined $81,000 from her retirement savings account without penalty under the federal CARES Act by claiming to have suffered financially from the coronavirus pandemic, according to the indictment. However, federal prosecutors say she suffered no such hardship, and noted her salary increased. She is paid nearly $248,000 a year.

She is also accused of using the money from the withdrawals for down payments on an eight-bedroom rental home near Disney World and a condo on Florida's Gulf Coast. Federal prosecutors said she lied on mortgage applications for those properties by neglecting to disclose a federal tax lien and declaring the Orlando-area house would be a second home, when she planned for it to be a vacation rental.

The documents attached to the motion show Bolden went to great lengths to quash the criminal tax investigation before charges were filed. The motion repeatedly says prosecutors neglected to consider exculpatory evidence, but do not detail that evidence.

The supplemental attachments are rife with details not previously known about the origins of the case against Mosby and her financial relationship with her husband, the City Council president.

Nick Mosby did not respond Saturday to a request for comment.

The documents include an email from Wise to Bolden in April in which he said an earlier probe by Lydia Lawless, the bar counsel for the Maryland Attorney Grievance Commission, "raised numerous questions" about Mosby's taxes. Wise does not say Lawless referred the matter to him.

The filing also includes a detailed account of what Lawless was seeking from Mosby during her investigation. After requesting Mosby's taxes for 2014 through 2019, Lawless filed a request for documents substantiating Mosby's charitable donations for those years, as well as business records for Monumental Squared, a business owned by Nick Mosby.

Documents included in the filing show **Marilyn Mosby** refused the request, arguing it was overly broad and amounted to an audit of Mosby's taxes, which Lawless was not authorized to perform.

The motion to dismiss said that Lawless referred the case to Wise.

"The irregular manner in which this referral was made, instead of initiating a civil audit, demonstrates how Ms. Lawless and Mr. Wise conspired together to effectuate their mutual goal of damaging State's Attorney Mosby's reputation," the motion states.

The documentation exchanged between Lawless and Mosby's attorneys at the time seeks to suggest she was unaware of the content of the joint tax returns she filed with Nick Mosby. According to the exhibit, Nick Mosby filed an affidavit stating that he was responsible for filing their federal income taxes from 2014 to 2018. The state's attorney reviewed the forms before signing only to confirm her income figures, Nick Mosby attested.

In that affidavit, Nick Mosby said his wife was unaware of a withdrawal he took from his 401(k) and the resulting tax liability, as well as ensuing installment payment plans he established with the Internal Revenue Service. Nick Mosby also said he did not inform his wife of the tax issues they faced until he learned of a $45,000 tax lien against them in an October 2020 article in The Baltimore Sun.

"My client is clearly an innocent spouse," wrote attorney William C. Brennan Jr. of Mosby in a March 2021 letter to Lawless.

A separate attached letter from Bolden in September 2021 attempts to explain why Mosby began filing her taxes separately from her husband.

"In 2019, State's Attorney Mosby contemplated separating from her husband for a host of reasons," the letter states. "At this time, she decided to change her tax status from married filing jointly to married filing separately. Her knowledge of the couple's pre-2019 taxes was very limited, and her experience with tax filing was equally limited."

While documents attached to the motion show federal officials considered filing tax charges against **Marilyn Mosby**, no such charges have been filed. Her husband also faces no tax charges.

Copyright (c) 2022 The Baltimore Sun Company

Record Number: BS0122157412

**Baltimore Brew (MD)**

February 21, 2022

Section: Crime & Justice

**Marilyn Mosby says her husband's tax decisions and lies placed her in legal jeopardy**

Author: *Fern Shen and Mark Reutter*

Article Text:

In a slew of court filings over the weekend, **Marilyn Mosby**, Baltimore's indicted state's attorney, points a finger at familiar malefactors that she has been saying for months have it in for her.

The motion by her lawyers for dismissal of the federal charges against her is an animus-allegation-laden document – the word appears 78 times – replete with more of the zingers the public has come to expect from Mosby's speeches, tweets and campaign fundraising material.

High on the list of those out to destroy her elected career is the "relentless and unethical" Assistant U.S. Attorney Leo Wise, one of the prosecutors leading the case against her.

There also are harsh words for Baltimore Inspector General Isabel Mercedes Cumming (the author of a critical report which Mosby had requested on her out of-town travels) who is described as "an undisputed political adversary."

In the new court documents, Mosby blames additional individuals for events leading up to the four-count indictment she faces on charges of perjury and making false statements on loan applications.

Among them: her accountant and campaign treasurer Sharif J. Small, the newly installed U.S. Attorney for Maryland Erek Barron, and the counsel for the Maryland Attorney Grievance Commission, Lydia E. Lawless.

But the most devastating accusations are aimed at her husband, City Council President Nick Mosby.

Spouse who Allegedly Lied

Mosby alleges through her lawyers that her husband made multiple mistakes that led to the Internal Revenue Service placing a $45,022 lien on their Reservoir Hill house in February 2020 for unpaid taxes.

She said she knew nothing about the lien because her husband was in charge of the couple's tax returns – she only glanced at her salary figure before signing the forms – and had "concealed" withdrawals he had made from his 401k retirement plan over a period of six years.

"My client is clearly an innocent spouse that did not know about the tax issues stemming from her husband's efforts to deal with the tax issues on his own and to conceal his efforts from my client," Mosby attorney William C. Brennan Jr. wrote to Lawless last March, responding to an inquiry by the state Attorney Grievance Commission.

Lacking knowledge of her husband's premature withdrawals in 2014 and 2015 and subsequent tax problems with the IRS, **Marilyn Mosby** swore that she had no tax liabilities on a September 2020 mortgage application for a Florida condominium, the basis for one of the charges against her.

The next month, the existence of the tax lien was widely reported by the news media.

"My client is clearly an innocent spouse that did not know about the tax issues" – Mosby attorney William C. Brennan Jr.

Why, then, did Mosby also fail to disclose the lien when she applied for another mortgage application for a second Florida vacation property in January 2021?

Her chief defense attorney, A. Scott Bolden, gives her answer this way in the new filings:

"In November 2020, her husband Nick Mosby . . . informed State's Attorney Mosby as well as the public (incorrectly) that the lien had been paid off," her lawyer says.

In other words, Baltimore's top prosecutor says that her spouse lied to her.

Taking his word that he had paid the lien off, she says she innocently filled out the second mortgage application that declared she had no tax liabilities.

Pandemic Also Blamed

Even so, how could she not have known about the lien when the IRS had sent notices individually to both Mosbys a year earlier in February 2020?

Covid is the likely culprit, says Bolden. "Documentation of the lien was not properly served on State's Attorney Mosby, likely because it occurred contemporaneously with the beginning of Covid-related lockdowns," he writes.

Offering yet another basis for Mosby's argument that she was never given notice of the lien, Bolden says the couple's house is not in her name.

The State Department of Assessments and Taxation lists the house as owned by Nick Mosby and Prescott Thompson, Marilyn's late grandfather.

In her annual state ethics disclosure forms, however, Marilyn lists herself as holding a direct interest in the house with her spouse.

What's more, the Florida houses she bought in 2020 and 2021 are under her name. They were transferred to her at the same Reservoir Hill house address without apparent mishap.

Marital Woes

Mosby's lawyer also hints at a more personal reason why she may have been in the dark about financial matters – a rift with her husband, whom she married in 2005.

"In 2019, State's Attorney Mosby contemplated separating from her husband for a host of reasons," one of the filings discloses.

Instead "she decided to change her tax status from married filing jointly to married filing separately."

This development, in turn, impacted her tax filings.

"Despite being an attorney," according to Bolden, "her knowledge of the couple's pre-2019 taxes was very limited, and her experience with tax filing was equally limited."

As a result, she had to rely on her husband's records and on accountant Sharif Small, who prepared the couple's separate returns in 2019.

A "Vindictive Prosecutor"

The weekend motions and exhibits are part of the case Mosby is making for U.S. District Judge Lydia Kay Griggsby to throw out the indictment because of "prosecutorial vindictiveness" that violates her constitutional rights to due process and equal protection.

As she has in the past, Mosby accuses Wise and former acting U.S. Attorney Stephen Schenning of "malicious personal, political and even racial animus" and of "baseless smears" related to her office's alleged leak of information regarding the Gun Trace Task Force (GTTF) corruption case.

Once again, Bolden accuses Wise of using the indictment to try to derail her chances of winning a third term in the June 2022 Democratic primary, noting that Wise had contributed $100 each to her two primary opponents in 2018.

(Bolden omits disclosure of his own $2,000 contribution to Mosby in 2018 as well as his January 2022 $1,000 donation to her re-election campaign.)

The new filings also offer fresh information on tax evasion charges that the U.S. Attorney's Office contemplated, but so far not filed.

"On March 10, 2021, State's Attorney Mosby received a letter from Mr. Wise indicating that she was a subject of a criminal tax investigation into returns filed in tax years 2015, 2016, 2017, 2018, and 2019," Bolden's motion states.

Contradicted by Accountant

Explaining how the power couple got into so much tax trouble, **Marilyn Mosby** singles out Small, who she said had "not only been preparing the couple's taxes for years," but "had actively held himself out within the greater Baltimore community as an expert in tax planning and business advice."

Unlike Mosby's husband, who submitted a November 2020 affidavit acknowledging his wife's version of events, her accountant apparently disputes them.

For example, Mosby maintains that Small alone prepared her Schedule A form for 2019, which included $18,730 in charitable deductions that federal prosecutors have questioned.

Small, however, says **Marilyn Mosby** told him specifically what to deduct.

"While Mr. Small may have testified in the grand jury that State's Attorney Mosby provided Mr. Small with an exact amount of charitable deductions to be listed on the return, this is absolutely false," Bolden asserts.

Instead, "this is simply the case of a reasonable person without any tax expertise [i.e., Mosby] who relied on her tax preparer to tell her what deductions were appropriate," Bolden writes.

Despite the accusations that Small poorly handled Mosby's taxes – then lied about it – the accountant still acts as her campaign treasurer.

The latest report for Friends of **Marilyn Mosby** was signed on January 19, 2022 by "Sharif Jamal Small, treasurer." And his name remains on her official registration forms filed with the State Board of Elections.

Disparaged by U.S. Attorney

Going after U.S. Attorney Erek Barron publicly for the first time, Mosby's motion for dismissal of the indictment cites the account of Sheaniqua A. "Nikki" Thompson.

Currently the $115,000-a-year director of legislative affairs for City Council President Nick Mosby, Thompson said she had interactions with Barron in Annapolis when he was a state delegate from Prince George's County and she worked as a lobbyist for the Job Opportunities Task Force.

Speaking with "then-assemblyman Barron" (her wording) during the 2019 legislative session, Thompson said she caught sight of **Marilyn Mosby** outside a hearing room and expressed her admiration of Mosby.

"He responded first by discussing rumors about State's Attorney Mosby's sex life, then commented, 'I don't understand all the hype around her, I don't get it. She was my intern, and I don't get how she got where she is,'" according to a statement Thompson signed earlier this month.

(Their paths apparently crossed in 2005 or 2006 when Barron was a Baltimore City assistant state's attorney and she worked as a law clerk.)

In subsequent conversations, Thompson said that "Mr. Barron would tell me how much he disliked working with State's Attorney Mosby, and how he didn't like her style and approach."

"Incessant harassment"

Another person Mosby says is biased against her is Bar Counsel Lydia Lawless, who investigated the couple's unpaid taxes on behalf of the Maryland Attorney Grievance Commission.

In 2020, Lawless requested the Mosbys' tax returns for 2014 through 2019. **Marilyn Mosby** said she responded with what her lawyer described as "a substantial production of tax documents."

But Mosby refused to provide further documentation Lawless requested, saying it was "outside the scope and purview of Bar Counsel's jurisdiction."

Lawless allegedly followed up by referring the matter to Wise as part of her "relentless campaign to destroy" Mosby's reputation.

Mosby's attorneys blame "erroneous media reports" for triggering the legal troubles that followed.

Mosby's attorneys offered a theory for how Lawless got the idea to seek her tax records.

"The instant investigation can be traced back to State's Attorney Mosby's refusal to provide Baltimore Inspector General Isabel Cumming – an undisputed political adversary of State's Attorney Mosby – with tax and business records dating back several years," her lawyers write.

"On the advice of counsel, State's Attorney Mosby refused to provide the requested tax record to Cumming, which had absolutely no relevance to and were outside the scope and purview of, the investigation that State's Attorney Mosby requested herself to disprove erroneous media reports regarding her business travel and financial disclosures," Mosby's lawyers write.

"Media reports" is a reference to The Brew's story on Mosby's extensive travel, to conferences in Africa, Europe and Great Britain as well as to dozens of U.S. destinations, and her formation of three private travel and consulting companies.

"With no basis and/or allegation of wrongdoing," Lawless "requested the exact same tax and business records that Ms. Cumming had requested," Bolton writes, claiming that Lawless had taken upon herself "a phishing expedition to find any wrongdoing" on the part of his client.

Caption:
Above: Nick and **Marilyn Mosby**, from The People for Mosby, Facebook page, created in March 2021.

A furnished living room in the Kissimmee, Florida, house **Marilyn Mosby** purchased in 2020, filing a false mortgage application to buy it, according to her indictment. (Executive Villas Florida)

Erek Barron, Maryland's first Black U.S. Attorney, was sworn in on October 7, 2021. (Wikipedia)

Copyright © 2022 Baltimore Brew LLC, All rights reserved.

Record Number: 1d5aebe5dcf7fcec66207dca1f9033a8c623d158

**Daily Record, The (Baltimore, MD)**

February 23, 2022

Section: News

Topics:

**Index Terms:**
Verdicts & Settlements
General news

**Trial for Baltimore State's Attorney Mosby set for May**

Author: *Madeleine O'Neill*

Article Text:

The jury trial in Baltimore State's Attorney **Marilyn Mosby**'s federal criminal case has been scheduled for May 2.

U.S. District Judge Lydia Kay Griggsby set the date Wednesday during a scheduling conference that was not open to the public. Griggsby also set deadlines for pretrial motions and other standard hearings that must take place before a trial can start.

The trial date was set after Mosby's attorney, A. Scott Bolden, repeatedly said he would push for a trial as quickly as possible because of the upcoming Democratic primary for Mosby's post as Baltimore's top prosecutor.

Mosby and Bolden have claimed that the prosecution is politically motivated and was timed to hurt Mosby in the leadup to her re-election campaign.

A federal grand jury indicted Mosby on Jan. 13 on two counts each of perjury and making false statements on loan applications. The indictment alleges that Mosby falsely claimed financial hardship during the COVID-19 pandemic in order to withdraw money from her retirement account without incurring the usual penalty. She is also accused of failing to disclose a $45,000 IRS lien when she applied for mortgages on two properties in Florida.

Mosby pleaded not guilty at her initial appearance earlier this month. In pretrial motions, Bolden said Mosby did not know about the lien when she applied for the Florida mortgages. The motions blame Mosby's husband, City Council President Nick Mosby, for failing to inform her of a series of tax problems and then telling her, incorrectly, that the lien had been paid off.

Bolden asked Griggsby to throw out the indictment and to disqualify the lead prosecutor, Assistant U.S. Attorney Leo Wise, in part because hemade campaign donations to Mosby's two opponents in the 2018 Democratic primary.

Mosby went on to win that election and has been a controversial figure throughout her time in office. She has clashed repeatedly with Gov. Larry Hogan over her office's policies and recently halted prosecutions of certain nonviolent crimes, including drug paraphernalia and prostitution offenses.

The government now has until March 11 to respond to the pretrial motions Mosby's attorneys filed in her criminal case. Other motions related to the handling of her trial must be filed by April 4 and a hearing on the pretrial motions will be held on April 14, according to the scheduling order filed Wednesday afternoon.

Mosby's trial will likely last at least a week. Prosecutors said in a previous court filing that they expect the trial to take four days and will call about 15 witnesses. The defense said Mosby may call five to 10 witnesses.

Griggsby wrote in Wednesday's order that she will not modify the pretrial schedule "absent good cause."

Copyright © 2022 BridgeTower Media. All Rights Reserved.

Copyright, 2022, The Daily Record (Baltimore, MD)

Record Number: 293820

**Baltimore Brew (MD)**

February 23, 2022

Section: The Drip

**May 2 trial date set for Marilyn Mosby**

Author: *Brew Editors*

Article Text:

A judge has set a May trial date for Baltimore's criminally indicted State's Attorney **Marilyn Mosby** after her lawyers and federal prosecutors met for a scheduling conference today.

U.S. District Judge Lydia Kay Griggsby scheduled the jury trial to start on May 2 at 9:30 a.m. in Courtroom 5C of the Edward A. Garmatz Building, the federal courthouse at 101 West Lombard Street.

Also scheduled are pre-trial hearings (on April 14 and April 27) in which Griggsby will consider motions by Mosby's lawyers to dismiss the case and to disqualify counsel.

In court filings over the weekend, Mosby asked the judge to throw out the case, arguing that the prosecutors in the U.S. Attorney's office who brought the case against her are driven by personal, political and racial animus.

**Marilyn Mosby** says her husband's tax decisions and lies placed her in legal jeopardy (2/21/22)

Mosby was indicted in January on charges of perjury and making false statements on loan applications she signed in order to buy two vacation properties in Florida.

If convicted, Mosby faces a maximum sentence of five years in federal prison for each of two counts of perjury and a maximum of 30 years in federal prison for each of two counts of making false mortgage applications.

On Friday, prosecutors said in court documents that they expect the trial to take four days.

Primary Looming

Mosby's lawyers have pressed for a speedy trial, pointing to the upcoming June 28 Democratic Party primary.

The 42-year-old Mosby, a two-term incumbent, has not filed with the Board of Elections to enter the race, though she had been raising campaign cash.

Earlier this month, the Maryland Court of Appeals pushed the date to file this year back a month after petitions were filed challenging the state's new legislative districts.

Now candidates have until March 22 to file.

Yesterday, two Baltimore attorneys – Ivan Bates and Roya Hanna – officially entered their names as Democrats in the state's attorney race.

Caption:
Above: Baltimore State's Attorney **Marilyn Mosby** is scheduled to stand trial in May on criminal charges. (YouTube)

Copyright © 2022 Baltimore Brew LLC, All rights reserved.

Record Number: 408382afad2b8fc6c352273bc9375b3094e5f7c2

**Baltimore Brew (MD)**

February 28, 2022

Section: Accountability

**EXCLUSIVE: Nick and Marilyn Mosby haven't paid their water bill in a year**

Author: *Mark Reutter*

Article Text:

Following a December 2020 inspector generals report that showed Baltimore was losing millions of dollars in revenue from unpaid water bills, Nick Mosby vowed to find a solution.

The newly sworn-in City Council president promised to "eradicate these persistent and pervasive" billing problems through "data, research and analysis" so that the city "charged everyone – including Baltimore County residents and big business – their fair share." (See his full statement below.)

But a year later, Mosby and his wife, Baltimore State's Attorney **Marilyn Mosby**, are part of the very problem he lamented, having stopped paying the water bill at their Reservoir Hill residence.

Online city records show the couple made their last payment in March 2021.

Despite a combined yearly income of $375,000, they owe $907.63 for water and sewage usage, according to records reviewed by The Brew.

Asked today about the delinquent bill, **Marilyn Mosby** emailed back, "It's been paid."

She did not reply when asked when a payment was made. Online records show that – as of this afternoon – there has been no recent payment.

Nick Mosby has not responded.

In the Spotlight

As chairman of the Board of Estimates, Nick Mosby helps set residential and commercial water rates, which have risen sharply over the last decade.

As Baltimore's two-term top prosecutor, **Marilyn Mosby** is up for re-election this year.

The Mosbys' finances have been under intense public scrutiny since they became the target of a federal criminal probe that resulted in a four-count indictment in January against **Marilyn Mosby** for perjury and signing false mortgage statements.

Declaring her innocence in court filings prior to her May 2 trial, **Marilyn Mosby** has blamed her husband for concealing a tax lien on their residence.

She said she was unaware of the lien or of a 2020 IRS delinquency notice, sent to the Reservoir Hill house, because she is not listed as an owner of the property

$58,000 Loan

City water bills are sent to the same address, care of Nick Mosby and Prescott and Marilyn Thompson.

The latter are **Marilyn Mosby**'s grandparents, who were co-purchasers of record when the house was sold by Baltimore City to Nick Mosby and the two Thompsons in 2005.

In her state ethics forms, **Marilyn Mosby** names herself as the co-owner of the property. Last April, she and Nick Mosby were joint borrowers of a $58,000 loan from Harbor Bank of Maryland, which was secured by the Reservoir Hill house.

The loan was apparently used in part to pay off the $45,000 tax lien, which IRS records listed as settled last July.

The Mosbys have declined to discuss the tax lien, except for Nick Mosby telling The Brew in November 2020 that he had paid off the lien in full.

In her recent court filings, **Marilyn Mosby** said her husband told her, falsely, that the lien had been paid in 2020.

This assertion forms her "innocent spouse" defense for signing a mortgage application for a Florida condominium that figures in the federal indictment for her alleged false statements.

So Far, No Penalties

The city's water billing system – including its failure to collect charges from high-profile customers – has come under scrutiny, as The Brew has documented.

Baltimore is not collecting millions of dollars from commercial water users (2/28/20)

A wide range of institutional customers – from the Johns Hopkins medical campus to high-end waterfront hotels and condominiums – have been allowed to run up multi-million-dollar unpaid bills.

Residential water bills include this warning: "Failure to make timely payment may result in penalties and discontinuance of service."

The Mosbys have yet to be assessed a late fee or threatened with a water shut off, according to the billing records.

However, a city official, who confirmed their delinquent account, said he doubts the couple is getting special treatment.

Instead, "they're getting away with what just about anyone can get away with these days."

The official, who requested anonymity so as not to risk termination for speaking to the media without authorization, said current city policy is not to turn off water on delinquent accounts "because of Covid."

But more generally, there is still no organized system to collect money due, the official said, despite $129 million spent to place "smart" water meters in city residences and to install a state-of-the-art UMAX billing system.

"The Department of Public Works gets a detailed report on delinquent water accounts every month from UMAX. But if senior management can't read it, you got a problem," the official said.

"And when you got a problem, the customer support staff is under strict instructions not to do anything about it."

The Mosbys' water bill is lower than a typical bill for a family of four (they have two children).

Their January 2022 bill (unpaid) was for $80.17. The monthly bills of neighboring properties on their rowhouse block ranged up to $131.

Caption:
Above: Baltimore State's Attorney **Marilyn Mosby** with her husband, Nick Mosby, after he was sworn in as City Council President in December 2020. (Fern Shen)

The Mosbys' status from the DPW online billing portal, screenshot at 12:38 p.m. today.

Nick Mosby's December 2020 statement calling for water billing accountability. (baltimorecitycouncil.com)

Copyright © 2022 Baltimore Brew LLC, All rights reserved.

Record Number: 2688f3d26ba316e9f88a0b5d2914f65ee5d570

**Sun, The (Baltimore, MD)**

March 2, 2022

Edition: First Generic
Section: Main
Page: 3

**State's attorney candidate unveils prosecution plan**

Author: *Alex Mann*

Article Text:

Baltimore state's attorney candidate Ivan Bates unveiled a detailed plan Tuesday for how he'd bring down a persistently high rate of violent crime as the city's elected prosecutor.

Touting beefed-up gun prosecution, enhanced law-enforcement cooperation, data-driven training and new diversion programs, Bates' plan details how his administration would "prioritize removing violent offenders from our communities" and "support alternatives to incarceration."

Bates announced the plan against the backdrop of a house in Park Heights where 24-year-old Kendal Fenwick was gunned down in 2015 for building a fence around his Northwest Baltimore property to keep illicit activity out. He was flanked by Fenwick's family, former city police brass, a retired chief circuit judge and former deputy state's attorney, as well as community leaders.

"We deserve better. I can do the job better so we can make our city safer so that our children can have the city they deserve and we deserve," Bates said. "My plan addresses that."

A prominent defense attorney and former city prosecutor, Bates is challenging incumbent State's Attorney **Marilyn Mosby** in the Democratic primary, the second time he's sought to unseat the prosecutor.

Like challenger Roya Hanna, Bates plans to resume the prosecutions discontinued by Mosby during the coronavirus pandemic for drug possession, prostitution and trespassing.

Bates promises to bring back those cases not to punish those defendants with jail sentences but to connect the people to diversionary programs, such as drug court, which he argueshave been underutilized. Diversion programs follow an arrest and incarceration, however brief.

Mosby has defended not pursuing such low-level offenses by presenting the argument that those prosecutions disproportionately hurt the city's minority neighborhoods. She

also says that sending people to jail for things like drug possession doesn't help address underlying problems like addiction.

Bates contends the lack of arrests amount to missed opportunities to intervene in the lives of sex trafficking victims and drug users.

His plan focuses on addressing what he described Tuesday as a "gun crisis" in Baltimore, including by reconfiguring units within the state's attorney's office to address firearms cases.

The document cites a study from the Johns Hopkins Center for Gun Violence Prevention and Policy, part of the university's Bloomberg School of Public Health, that found that Mosby's office dropped or indefinitely postponed more than one-third of illegal gun cases from May 2015 to May 2019.

Batessaid his administration will leverage fear of prosecution in federal court, where he has "seen firsthand that sentences there act as strong deterrents" because there is no parole and prison time is often served in other states. He also plans to assign prosecutors to seek out those who sell illegal guns and make or sell ghost guns.

The defense attorney wants to augment the city's Gun Offender Registration Act. Known in court as GORA, the program requires those convicted of gun offenses to register as a gun offender with Baltimore Police upon their release from incarceration and report to a specific police station every six months for five years to renew their registration. Bates said he'll advocate for more supervision and monthly check-ins.

Mosby's office says it collaborates effectively with other law enforcement agencies, but Bates disagreed and outlined steps in his plan to rebuild those relationships. He seized on tensions between Mosby and other elected and law enforcement officials, namely the U.S. Attorney's Office, which is prosecuting Mosby on federal perjury and false statement charges.

"This state's attorney's office has lost credibility, it's lost the ability to work with others and they're fighting," Bates said Tuesday. "When the criminal justice partners are fighting, the criminal element is winning."

A spokeswoman for the state's attorney's office declined to comment on points raised in Bates' report.

Retired Chief Baltimore Circuit Judge Wanda Heard and former Deputy Police Commissioner Anthony Barksdale expressed support for Bates' prosecution plan, describing it as a well researched, multifaceted approach to address crime in the city. They said in separate interviews Tuesday that it strikes a balance between being tough on crime and helping people.

"You can't just lock everyone up and throw away the key and you can't just put everyone on probation," Heard said. "You have to know how to distinguish the various types of crime and people that come before you."

Among collaborative initiatives in Bates' plan is the Baltimore Violence Reduction Coalition, a "multi-level, multi-disciplinary and multi-agency" process for exchanging information about all homicides and shootings to come up with preventive public health and criminal justice measures. He touts the success of similar groups in Oakland, California, and Milwaukee, Wisconsin.

Bates intends to staff every homicide case with a veteran and junior attorney to bolster experience within the office.

He also plans to secure money to hire data analysts to understand why cases are dropped and to use the answer to better train officers and line attorneys.

His plan also outlines his ideas to enhance victim and witness protection, in part, by assigning a prosecutor to witness intimidation and retaliation cases; reform the state's attorney's office's juvenile program; and institute "community court" where prosecutors will review cases of loitering, trespassing and dice rolling to determine whether the defendants would best be served by doing community service or participating in a diversion program.

Copyright (c) 2022 The Baltimore Sun Company

Record Number: BS0122332409

**Baltimore Brew (MD)**

March 3, 2022

Section: Accountability

**DPW records the Mosby water bill as paid**

Author: *Mark Reutter*

Article Text:

Baltimore State's Attorney **Marilyn Mosby** and City Council President Nick Mosby have paid the delinquent water bill at their Reservoir Hill home, according to city records.

A $907.63 payment was recorded yesterday on the Finance Department's online billing portal, wiping out a deficit that had accumulated from 11 months of unpaid bills on the Mosby property.

The payment was dated a day after The Brew disclosed that they had not paid city water and sewer charges since March 2021.

The couple did not respond to multiple inquiries about the bill, and city officials would not say why late fees were not applied to the account.

"DPW does not disclose details of customer water bills without the customer's permission," spokesperson Jennifer Combs said in a written statement.

Nick Mosby, who has denounced "big business" and others for not paying their water bills, did not address the matter at yesterday's virtual Board of Estimates meeting, his only scheduled public appearance this week.

**Marilyn Mosby** faces a four-count federal indictment for perjury and filing false mortgage statements on two Florida vacation properties.

The indictment, which followed a year-long probe by the Maryland U.S. Attorney's Office of the couple's side businesses and financial transactions, is unrelated to the water bill.

Her trial is scheduled to begin in Baltimore federal court on May 2.

Caption:
Above: Baltimore residents' water and sewer charges have risen steeply over the past decade.

Copyright © 2022 Baltimore Brew LLC, All rights reserved.

Record Number: feb0120c534799cae0e077fd61e984c6db299

**Sun, The (Baltimore, MD)**

March 4, 2022

Edition: First Generic
Section: Main
Page: 3

**Mosbys settle delinquent city water bill after the year-old balance faces scrutiny**

Author: *Emily Opilo and Alex Mann*

Article Text:

Baltimore City Council President Nick Mosby and State's Attorney **Marilyn Mosby** were nearly one year delinquent in paying their water bill before settling their balance Tuesday amid scrutiny, city records show.

The city power couple paid off the $907 balance Tuesday after their unpaid bill came to light Monday, according to city billing records. The couple's meter was last read in late January, and they were billed in early February, the records show.

Before Tuesday the Mosbys' last payment for their Reservoir Hill home was March 30, 2021, for approximately $134, according to the city. The online news site Baltimore Brew first reported the Mosbys' unpaid water bill.

Neither Nick Mosby nor his spokeswoman responded to requests for comment. **Marilyn Mosby** declined to comment through her spokeswoman at the State's Attorney's Office.

Jennifer Combs, spokesperson for the city's Department of Public Works, said the agency doesn't comment or disclose information about individual water bills without the customer's consent, though details such as payment status and amount owed for individual properties can be looked up online.

The delinquent bills are the latest financial issue to emerge for the embattled couple whose finances have been investigated by various entities for more than a year. **Marilyn Mosby** currently faces federal charges of perjury and making false statements on loan applications to buy a pair of properties in Florida.

Prosecutors have accused Mosby of falsely claiming to have suffered financial hardship because of the coronavirus pandemic in order to obtain penalty-free early withdrawals from her retirement savings account under the federal CARES Act.

The two-term state's attorney used the two withdrawals, totaling about $81,000, to make down payments on the Florida properties, according to her indictment. Prosecutors say she failed to disclose a federal tax debt on a mortgage application and claimed an eight-

bedroom house near Orlando would be a second home when she had already arranged for it to be a rental.

Nick Mosby has not been charged, but the indictment against his wife was the culmination of a probe into both of their finances.

Federal investigators sought records from the couple, including tax returns, bank statements, credit card statements, loan documents and canceled checks. Campaign treasurers for both were subpoenaed, as were records tracing back to 2014, some related to the Mosbys' private travel and consulting businesses.

In late 2020, the Sun reported that a $45,000 federal tax lien had been placed against the Mosbys. Court records show the couple repaid the debt in July.

**Marilyn Mosby**'s lawyers have asked a judge to dismiss the indictment against her, arguing that it was exclusively the result of prosecutorial animosity. They attached to the motion a range of supporting documents, including excerpts from an affidavit by Nick Mosby referenced in a Feb. 18, 2021, letter from **Marilyn Mosby**'s lawyers at the time.

In that document, Nick Mosby attested he was solely responsible for filing the couple's joint federal income taxes from 2014 to 2018. He said his wife reviewed the taxes only to confirm her income.

The Mosbys make more than $364,000 collectively each year.

In the affidavit, Nick Mosby stated he did not inform his wife of a withdrawal he took from his 401(k) and the resulting tax liability, as well as ensuing installment payment plans he established with the Internal Revenue Service. Unpaid taxes as a result of the withdrawal eventually led to the lien against the couple's property.

The Mosbys' unpaid water bills placed the couple in the company of an unknown number of city residents who are also delinquent on their water accounts.

An audit released earlier this year showed the city has made little effort in the past to collect on delinquent customers. According to the audit, Baltimore was unable to provide records of how much city customers were billed compared to how much was collected.

The audit also showed city officials failed to monitor their own monthly reports detailing customer accounts overdue 30 days or longer. Late notices were not sent to customers with overdue bills and accounts are not referred to the city's Law Department or collections agencies if overdue, according to the audit.

Asked Monday about the couple's unpaid water bills, Baltimore Mayor Brandon Scott said "I am pleased with the work that [Department of Public Works] director [Jason] Mitchell has done on water bill collections. As we go forward, we look forward to addressing all of the outstanding issues."

Copyright (c) 2022 The Baltimore Sun Company

Record Number: BS0122373604

**Sun, The (Baltimore, MD)**

March 9, 2022

Edition: First Generic
Section: Main
Page: 3

**State's attorney candidate out of Democratic primary, will be running as an independent**

Author: *Alex Mann*

Article Text:

Baltimore State's attorney candidate Roya Hanna announced Tuesday that she's dropping out of the Democratic primary and running as an independent in the general election.

A defense attorney and former prosecutor, Hanna said party affiliation hinders elected prosecutors and declared that she's running as an independent because "the business of prosecution is too important for politics."

"Under my administration, justice will be for all and public safety will be my everything," Hanna said at a news conference. "We have to use creative solutions to crime and creativity and solutions are not the purview of any one political party or group."

Her decision creates a one-on-one race for the Democratic primary in deep-blue Baltimore between defense attorney Ivan Bates and incumbent State's Attorney **Marilyn Mosby**, and shakes up an already atypical election that may be defined by the federal charges against Mosby. Hanna's absence also could open the door for another candidate to enter the race. The June primary is the second time Bates is challenging Mosby, and he could fair better this time around with Hanna out of the race, said Roger Hartley, dean of the University of Baltimore's College of Public Affairs.

Former deputy attorney general Thiru Vignarajah ran against Mosby and Bates in the 2018 Democratic primary. Mosby won handily with roughly 49% of the vote that primary, while about 28% of ballots were cast for Bates and 22.5% for Vignarajah.

"Several challengers can essentially dilute the non-Mosby vote," Hartley said. "Now it's a clear one-on-one race."

Mosby still has not officially entered her name into the race; only Bates and Hanna had filed as of Tuesday, according to the Maryland State Board of Elections.

In January, Vignarajah said he had no plans to enter the race. But Vignarajah, who has kept himself in the public eye, told The Sun in an interview Friday he's keeping his options open.

"This is an unprecedented situation where the elected State's attorney may be constitutionally ineligible to serve and I haven't ruled anything out," he said.

Bates outraised Mosby by more than $43,000 in the year leading up to the election. Hanna's fundraising efforts brought in $39,000, roughly $150,000 less than Mosby. Both challengers have focused their campaigns on bringing down crime and battling prosecutor attrition in the State's attorney's office.

Mosby's campaign website and social media accounts have been disabled for about a month and her few public comments over that time have focused on her indictment.

Made public Jan. 13, the federal indictment charged Mosby with two counts of perjury and two counts of making false statements on loan applications to buy a pair of properties in Florida. Mosby maintains she is innocent and has accused federal prosecutors of pursuing the case because they harbor animosity toward her. A trial is set for May 2. Candidates have until March 22 to file for the election.

Hartley said independents generally haven't faired well in Baltimore.

"In our city, the Democrat usually wins the general election," he said. "It's because of Democrat registration totals, party loyalty, strong party preference. It's an uphill battle for a non-Democrat to win a citywide race in the City of Baltimore."

But it remains to be seen how Mosby's case plays out and influences voters.

"If there's something that happens in this indictment that really challenges voter trust, then Hanna could portray herself as an alternative," Hartley said.

Defense attorney Russell A. Neverdon Sr. tried to run for Baltimore State's attorney as an independent in the 2014 election. He failed to get enough signatures to place his name on the ballot before earning votes as a write-in candidate. Mosby upset incumbent Gregg Bernstein in that primary and cruised to victory in the general election.

Copyright (c) 2022 The Baltimore Sun Company

Record Number: BS0122476318

**Sun, The (Baltimore, MD)**

March 10, 2022

Edition: First Generic
Section: Main
Page: 1

**Motion in long murder case cites Mosby's 'vindictiveness'**

**Keith Davis Jr. seeks dismissal using claim modeled on one indicted state's attorney used**

Author: *Alex Mann*

Article Text:

Keith Davis Jr. asked a Baltimore judge to dismiss the charges against him ahead of a fifth murder trial because he argues they are the product of prejudice by State's Attorney **Marilyn Mosby** - a legal argument closely mirroring one the city prosecutor made in defense of her federal indictment.

The timing of charges brought against Davis and statements made by Mosby and her prosecutors are evidence of "deep animus, prosecutorial misconduct, and vindictiveness" that tainted his criminal cases beyond reproach, Davis' lawyer argued in a motion.

"During the last seven years, Ms. Mosby has tried and failed to secure a conviction against Mr. Davis," wrote Deborah Katz Levi, the director of special litigation for the public defender's office, arguing for Davis' two pending cases to be dismissed. "She has proceeded with a vindictiveness and personal and political animus, and in doing so, she has denied Mr. Davis his right to due process."

Levi wrote in her pleading that it is "modeled after and taken from the Motion to Dismiss that Ms. Mosby filed on her own behalf in her own criminal prosecution" for the charges of perjury and making false statements.

A federal indictment made public Jan. 13 charged Mosby with two counts of perjury and two counts of making false statements for falsely claiming to have suffered financially from the coronavirus pandemic to make early withdrawals from her retirement savings under the federal CARES Act and lying on loan applications to buy a pair of properties in Florida.

Mosby maintains she is innocent and has sought publicly to discredit the case as politically motivated. In her own motion to dismiss, her lawyers argued the indictment against her was exclusively the result of animosity on behalf of U.S. Attorney Erek Barron and Assistant U.S. Attorney Leo Wise. She alleged Barron made disparaging

comments about Mosby as a lawmaker and she highlighted Wise's donations to Mosby's political opponents.

Mosby's trial is scheduled for May 2, the same month Davis is set for a fifth murder trial stemming from the fatal shooting of Pimlico Race Course security guard Kevin Jones early in the morning of June 7, 2015. Davis was charged with murder about nine months after the fatal shooting, and after he was acquitted of an alleged robbery that occurred the same day in 2015.

Suspecting him of a robbery that day, Baltimore police chased Davis into an auto garage and opened fire. They fired 32 rounds, striking Davis three times and seriously injuring him. Police said they thought Davis was armed, and that they recovered a handgun from inside the garage. It was the first city police shooting after the death of Freddie Gray from injuries suffered in police custody roiled the city two months earlier.

A jury acquitted Davis of every count in the robbery case except for being a prohibited person in possession of a firearm. Murder charges came after the gun police recovered from the garage was linked to casings found at the scene of Jones' fatal shooting. Seven days after Davis was largely absolved in the robbery case, he was charged with murder in Jones' death.

He was tried twice in 2017: The first trial resulted in a hung jury; the second brought a conviction that was overturned when a judge determined prosecutors withheld information from Davis' defense. A jury deadlocked on Davis' third murder trial. His fourth, in 2019, led to a conviction, but it was again overturned. Prosecutors resolved to retry him and are currently scheduled to do so May 16, though the trial date could be delayed.

Less than two weeks after a judge ordered a new trial in 2021, Davis was charged with attempted murder after an alleged jail fight. The defense motion and exhibits provide more context: Mosby's prosecutors at first told correctional officers to withhold charges, and then about a year later requested officers file the charges in a meeting four days after Davis won a new trial.

Levi argued that's one example of Mosby deciding to bring charges only after Davis "received favorable rulings" in court. The murder charges in 2016 after Davis was acquitted in the robbery case were part of the same "pattern that demonstrates vindictiveness on its face."

The state's attorney's office declined to comment, as did the public defender's office.

Mosby has defended her decision to continue prosecuting Davis.

Davis' repeated prosecutions have become a rallying cry for his supporters, who have called on Mosby to drop his charges. A nonprofit organization has taken up Davis' defense in public, drawing attention to details in his case with a website and a forthcoming series of videos. Podcasts have examined his legal saga.

Levi's motion highlighted Mosby's encounter with one of Davis' supporters at a waterfront bar in May 2021, and the state's attorney's public response, as evidence of Mosby's animus toward Davis, his family and supporters.

The supporter cycled toward Mosby filming as he called out "Free Keith Davis. Jr.!" As the man rode away, Mosby turned, raised her hand and flashed the middle finger. At first, Mosby's office denied she made the gesture and replied to a tweet by Davis' wife, Kelly Davis, saying she'd raised a thumb. After The Sun enlarged the photo and showed it to her office, she responded by saying she'd felt threatened.

Following the incident, Mosby went on a radio show on the Baltimore radio station 92Q and defended herself. She went on to say that Davis was a "convicted murderer" who'd been convicted three times, according to a transcript attached to the motion, which Levi argued amounted to prosecutorial misconduct because Davis hadn't been convicted considering his trials resulted in hung juries or overturned convictions.

Levi alleges Mosby's animosity trickled down to her deputy state's attorneys and line prosecutors, highlighting a text-message exchange between Janice Bledsoe, who is now Mosby's chief deputy, and a journalist. Screenshots of the messages attached as exhibits showed Bledsoe told the journalist that Kelly Davis was once her student, that Davis "treats her kids like crap" and "yells profanity at them."

As Levi acknowledges in the motion, it's rare for judges to consider prosecutor's motives. She argues that the defense has presented enough evidence to warrant a hearing, where the state would have to defend its prosecution of Davis.

David Jaros, faculty director of the University of Baltimore School of Law's Center for Criminal Justice Reform, said he believes Levi has made a compelling argument to warrant a hearing. He said the allegations of vindictiveness, taken together, "raise serious concerns about the motivations in this case."

"It's important to view all of the allegations as a whole," Jaros said. "No single incident would be the kind of thing to show the level of animus required to suggest a violation of the defendant's due process rights. But as a whole, when you look at the entire history of the case, the allegations become much more serious and the argument that this at least warrants a hearing is pretty persuasive."

A hearing could have consequences for Mosby's federal criminal defense, as Davis' defense could have the opportunity to question Mosby and her prosecutors under oath, Jaros said. He added that federal prosecutors could use any of Mosby's statements that suggest she was untruthful in the past to challenge her credibility if she testifies in her own defense.

Caption:
Kelly Davis, wife of Keith Davis Jr., responds to questions at a July 21 news conference as attorney Latoya Francis-Williams listens. Kim Hairston/Baltimore Sun

Copyright (c) 2022 The Baltimore Sun Company

Record Number: BS0122496994

**Daily Record, The (Baltimore, MD)**

March 10, 2022

Section: News

Topics:

**Index Terms:**
General news

**Prosecutors add new details in case against State's Attorney Mosby**

Author: *Madeleine O'Neill*

Article Text:

Federal prosecutors reinforced their claims against Baltimore State's Attorney **Marilyn Mosby** Thursday in a superseding indictment that added details to the criminal case against the city's top prosecutor.

The superseding indictment does not add any charges. Mosby is still facing two counts each of perjury and making false statements on loan applications, all of which were included in the first indictment against her on Jan. 13.

The new indictment adds allegations to count four, which relates to Mosby's purchase of a vacation home in Long Boat Key, Florida. The new details allege that Mosby falsely claimed that she was receiving $5,000 from her husband, City Council President Nick Mosby, as a gift that she could put toward the closing costs on the home.

In fact, the indictment alleges, **Marilyn Mosby** wired her husband the $5,000 in February 2021. Nick Mosby had less than $5,000 in his checking account at that time, according to the new filing. He moved the $5,000 from his wife into his savings account, then back into his checking account, from which the gift money was supposed to be sent, before transferring it to the escrow agent for the home purchase, the indictment charges.

Nick Mosby is not facing charges.

The superseding indictment alleges that **Marilyn Mosby** submitted the false gift letter in order to lock down a favorable interest rate rather than waiting for her next paycheck to be deposited.

The new indictment also charges that Mosby falsely claimed that she had been living in Florida for 70 days in a letter to the mortgage company handling the Long Boat Key property purchase.

"In that letter, Mosby falsely represented that she had spent the past 70 days living in Florida and working remotely when, in fact, she had not," prosecutors wrote in the new indictment.

An email to Mosby's defense lawyer, A. Scott Bolden, was not immediately returned late Thursday.

The original indictment alleged that Mosby falsely claimed financial hardship during the COVID-19 pandemic in order to withdraw money from her retirement account without incurring the usual penalty. She is also accused of failing to disclose a $45,000 IRS lien when she applied for mortgages on two properties in Florida one in Kissimmee and the second in Long Boat Key.

Mosby pleaded not guilty at her initial appearance last month. In pretrial motions, Bolden said Mosby did not know about the tax lien when she applied for the Florida mortgages. The motions blame Mosby's husband for failing to inform her of a series of tax problems and then telling her, incorrectly, that the lien had been paid off.

Mosby and Bolden have claimed that the prosecution is politically motivated and was timed to hurt Mosby in the leadup to her re-election campaign.

Mosby has also asked U.S. District Judge Lydia Kay Griggsby to throw out the indictment on the basis that the lead prosecutor, Assistant U.S. Attorney Leo Wise, is biased against her. Her trial is set for early May, though the filing of a superseding indictment may change deadlines in the case.

Copyright © 2022 BridgeTower Media. All Rights Reserved.

Copyright, 2022, The Daily Record (Baltimore, MD)

Record Number: 296198

**Sun, The (Baltimore, MD)**

March 11, 2022

Edition: First Generic
Section: Main
Page: 1

**Feds file a superseding indictment**

**Prosecutors reveal more
of their case against Mosby**

Author: *Lee O. Sanderlin and Emily Opilo*

Article Text:

Federal prosecutors revealed more of their case Thursday against Baltimore State's Attorney **Marilyn Mosby**, including a December 2020 letter to her mortgage lender where Mosby claimed she and her family had spent the past 70 days living in Florida.

Prosecutors cited the newly revealed letter to strengthen their claim that Mosby lied to lenders to receive more favorable financial terms for two vacation homes she purchased.

The new information came in a superseding indictment filed in the U.S. District Court in Baltimore. It contained no new charges.

Mosby is charged with two counts of making false statements on a loan application and two counts of perjury. Mosby has pleaded not guilty to all charges and is expected to stand trial in early May.

Mosby's attorney could not be reached

Thursday evening for comment.

"I wanted the people of Baltimore to hear it from me: I've done nothing wrong," Mosby said last month. "Don't be fooled. We are now five months from my next election, and this indictment is merely a political ploy by my political adversaries to unseat me."

The two-term Democrat is seeking reelection and the primary is June 28.

The U.S. Attorney's Office said it would not comment further on the case.

According to the latest court filings, Mosby wrote a letter on Dec. 10, 2020, to her mortgage company claiming she had been living in Florida.

"The home is spacious and comfortable and because of my ability to work remotely, my family and I have spent the past 70 days there," Mosby wrote.

Prosecutors say that claim is false.

Mosby's husband, Nick, was sworn in as Baltimore City Council president on the same day she wrote the letter claiming Florida residency. The entire Mosby family was pictured at the swearing-in ceremony outside the War Memorial Building in Baltimore. Also, on Dec. 7 Mosby gave a news conference outside the Clarence Mitchell courthouse in Baltimore.

Nick Mosby did not respond to a request for comment Thursday evening. He has not been charged.

On the day of Mosby's original indictment her defense attorney, A. Scott Bolden, said **Marilyn Mosby** did not lie in connection to any of the charges against her.

"More importantly, Ms. Mosby has never lied or made a false statement in connection with the allegations contained in the charging document," Bolden said in January.

In the superseding indictment, prosecutors also claim Mosby submitted a fraudulent gift letter to United Wholesale Mortgage on Feb. 10, 2021, claiming her husband had gifted her $5,000 to be transferred at closing in order make the necessary down payment on the vacation property she was hoping to purchase on the Florida Gulf Coast.

Nick Mosby wired his wife $5,000 on Feb. 17, two days before closing, but prosecutors say that wasn't a gift and was actually **Marilyn Mosby**'s money.

Prosecutors, in court filings, claim they reviewed the Mosbys' bank records and determined Marilyn wired her husband $5,000 on Feb. 12.

Prosecutors also said Nick Mosby had less than $5,000 in his account before that day, meaning he could not have afforded the gift his wife said he had promised.

Nick Mosby later transferred the money into his savings account and then back into his checking account before wiring it to the escrow agent, according to the indictment.

Prosecutors say **Marilyn Mosby** could have waited for her biweekly paycheck to get the necessary funds but wanted to lock in a lower interest rate.

In the original indictment, prosecutors claim **Marilyn Mosby** lied in 2020 about experiencing a financial hardship during the pandemic so she could withdraw $81,000 without penalty from her city of Baltimore retirement savings account. Prosecutors said she used that money to place down payments on the two vacation homes.

Prosecutors say rather than suffering financially, Mosby actually made more money during the pandemic. In 2020 Mosby's annual salary rose to almost $248,000.

She also is accused of lying on a mortgage application for an eight-bedroom home near Disney World. In her application Mosby said the home would be a second residence for the family when she already had planned to rent it to vacationers, according to court documents.

Prosecutors also said that in making her Florida home purchases, she failed to disclose a federal tax lien against her and husband. It was paid off in June 2021.

If convicted on the fraud charges, the U.S. Attorney's Office said it would ask the judge to seize the two Florida homes and any income **Marilyn Mosby** received from renting them.

Caption:
Baltimore State's Attorney **Marilyn Mosby** speaks Dec. 7, 2020, to the media about hiring a public defender as part of an effort to free older prisoners. FILE/Baltimore Sun

Copyright (c) 2022 The Baltimore Sun Company

Record Number: BS0122519891

**Sun, The (Baltimore, MD)**

March 11, 2022

Edition: First Generic
Section: Main
Page: 1

**Feds file a superseding indictment**

**Prosecutors reveal more
of their case against Mosby**

Author: *Lee O. Sanderlin and Emily Opilo*

Article Text:

Federal prosecutors revealed more of their case Thursday against Baltimore State's Attorney **Marilyn Mosby**, including a December 2020 letter to her mortgage lender where Mosby claimed she and her family had spent the past 70 days living in Florida.

Prosecutors cited the newly revealed letter to strengthen their claim that Mosby lied to lenders to receive more favorable financial terms for two vacation homes she purchased.

The new information came in a superseding indictment filed in the U.S. District Court in Baltimore. It contained no new charges.

Mosby is charged with two counts of making false statements on a loan application and two counts of perjury. Mosby has pleaded not guilty to all charges and is expected to stand trial in early May.

Mosby's attorney could not be reached

Thursday evening for comment.

"I wanted the people of Baltimore to hear it from me: I've done nothing wrong," Mosby said last month. "Don't be fooled. We are now five months from my next election, and this indictment is merely a political ploy by my political adversaries to unseat me."

The two-term Democrat is seeking reelection and the primary is June 28.

The U.S. Attorney's Office said it would not comment further on the case.

According to the latest court filings, Mosby wrote a letter on Dec. 10, 2020, to her mortgage company claiming she had been living in Florida.

"The home is spacious and comfortable and because of my ability to work remotely, my family and I have spent the past 70 days there," Mosby wrote.

Prosecutors say that claim is false.

Mosby's husband, Nick, was sworn in as Baltimore City Council president on the same day she wrote the letter claiming Florida residency. The entire Mosby family was pictured at the swearing-in ceremony outside the War Memorial Building in Baltimore. Also, on Dec. 7 Mosby gave a news conference outside the Clarence Mitchell courthouse in Baltimore.

Nick Mosby did not respond to a request for comment Thursday evening. He has not been charged.

On the day of Mosby's original indictment her defense attorney, A. Scott Bolden, said **Marilyn Mosby** did not lie in connection to any of the charges against her.

"More importantly, Ms. Mosby has never lied or made a false statement in connection with the allegations contained in the charging document," Bolden said in January.

In the superseding indictment, prosecutors also claim Mosby submitted a fraudulent gift letter to United Wholesale Mortgage on Feb. 10, 2021, claiming her husband had gifted her $5,000 to be transferred at closing in order make the necessary down payment on the vacation property she was hoping to purchase on the Florida Gulf Coast.

Nick Mosby wired his wife $5,000 on Feb. 17, two days before closing, but prosecutors say that wasn't a gift and was actually **Marilyn Mosby**'s money.

Prosecutors, in court filings, claim they reviewed the Mosbys' bank records and determined Marilyn wired her husband $5,000 on Feb. 12.

Prosecutors also said Nick Mosby had less than $5,000 in his account before that day, meaning he could not have afforded the gift his wife said he had promised.

Nick Mosby later transferred the money into his savings account and then back into his checking account before wiring it to the escrow agent, according to the indictment.

Prosecutors say **Marilyn Mosby** could have waited for her biweekly paycheck to get the necessary funds but wanted to lock in a lower interest rate.

In the original indictment, prosecutors claim **Marilyn Mosby** lied in 2020 about experiencing a financial hardship during the pandemic so she could withdraw $81,000 without penalty from her city of Baltimore retirement savings account. Prosecutors said she used that money to place down payments on the two vacation homes.

Prosecutors say rather than suffering financially, Mosby actually made more money during the pandemic. In 2020 Mosby's annual salary rose to almost $248,000.

She also is accused of lying on a mortgage application for an eight-bedroom home near Disney World. In her application Mosby said the home would be a second residence for the family when she already had planned to rent it to vacationers, according to court documents.

Prosecutors also said that in making her Florida home purchases, she failed to disclose a federal tax lien against her and husband. It was paid off in June 2021.

If convicted on the fraud charges, the U.S. Attorney's Office said it would ask the judge to seize the two Florida homes and any income **Marilyn Mosby** received from renting them.

Caption:
Baltimore State's Attorney **Marilyn Mosby** speaks Dec. 7, 2020, to the media about hiring a public defender as part of an effort to free older prisoners. FILE/Baltimore Sun

Copyright (c) 2022 The Baltimore Sun Company

Record Number: BS0122519891

**Sun, The (Baltimore, MD)**

March 12, 2022

Edition: First Generic
Section: Main
Page: 1

**Prosecutors deny Mosby's claims of bias**

Author: *Alex Mann and Lee O. Sanderlin*

Article Text:

Federal prosecutors shot back Friday afternoon against arguments raised by Baltimore State's Attorney **Marilyn Mosby** last month, dismissing her claims of prejudiced prosecution as factually baseless and legally meritless.

Whereas lawyers for the city's two-term prosecutor portrayed her as the victim of vindictive prosecutors in a series of defense motions filed in February, federal prosecutors say she's assumed that role and attacked their credibility to distract from the allegations they brought against her.

"The defendant has invented a tale of victimhood in an attempt to deflect attention from her own behavior," prosecutors wrote in a sweeping response to Mosby's motion. "As the evidence at trial

will show, the only thing the Defendant is a victim of is her own lies and choices."

Federal prosecutors for the first time addressed Mosby's allegations that Assistant U.S. Attorney Leo Wise, who is leading the prosecution, and former acting U.S. Attorney Stephen Schenning harbored racial and personal animus against her and that U.S. Attorney Erek Barron has allowed the prosecution to continue because of a personal vendetta he has against her.

The prosecutors used pointed language to reject each of the allegations, doubled down on the evidence they have against Mosby and argued her lawyers could cite no law to suggest her case should be thrown out.

Mosby's attorney did not respond to a request for comment Friday afternoon.

The U.S. Attorney's Office declined to comment beyond what was said in the filing.

The federal prosecutors' lengthy filings come a day after they filed a superseding indictment against Mosby that added no new charges but provided further evidence for their case against her.

Mosby is charged with two counts of perjury and two counts of making false statements on loan applications in order to purchase two Florida vacation homes: an eight-bedroom rental near Disney World and a condo on the state's Gulf Coast.

Prosecutors claim Mosby lied in 2020 about experiencing financial hardship during the pandemic so she could withdraw $81,000 without penalty from her city retirement savings account to make down payments on the vacation homes.

Federal prosecutors also said she lied on the loan applications by failing to disclose a tax lien and claiming a house near Orlando was going to be a second home when she'd already lined up a company to run it as a rental, a maneuver to secure a lower interest rate.

"Without those two withdrawals, she would not have been able to make the down payment on either of the two Florida vacation homes she purchased in September 2020 and February 2021," prosecutors wrote in the latest filing. "Simply put, the Defendant's perjury allowed her to leverage $90,000 in funds she should not have had access to in order to get two vacation homes."

Mosby and her lawyer, A. Scott Bolden, have assailed federal prosecutors as being biased against her and filing frivolous charges. Mosby said she was targeted because they don't approve of her policies and claimed the indictment was meant to prevent her from being reelected. The primary is June 28; Mosby has not filed to run yet, though she's said she is.

Her defense formalized their public allegations into a legal argument last month. The pleading accused Barron of making a disparaging comment about Mosby while he was a lawmaker in Annapolis and highlighted Wise's donations to some of Mosby's opponents in the 2018 election.

Wise donated $100 to Thiru Vignarajah and Ivan Bates, Mosby's 2018 primary opponents, according to campaign finance records. Wise admits as much in Friday's filings, but claims both candidates solicited the money. Vignarajah and Bates both submitted letters attached to the filing acknowledging they sought out Wise for the donations.

"[Mosby's] theory appears to be that [Assistant U.S. Attorney] Wise made these contributions because he thought $200 could change the outcome of a city-wide (election) and then, when he was unsuccessful, he lay in wait for three years in order to launch a 'witch hunt' targeting the defendant," prosecutors wrote. "Somehow, although the defendant never addresses how, [Assistant U.S. Attorney] Wise then convinced the FBI, the IRS, the Tax Division of the U.S. Department of Justice, his two colleagues on the prosecution team, and not one but three U.S. Attorneys from two different administrations to go along with it."

Prosecutors called Mosby's claim that Wise hoped to undermine her chances of reelection by donating to political opponents "laughable," writing that the small nature of the donations would have no impact on the outcome of the election.

The U.S. Attorney's Office also took issue with Mosby's claims of a racially-motivated prosecution, seeming to dismiss the claim by writing: "The appointment and confirmation of United States Attorney Erek Barron obviously scrambled the Defendant's false assertion that she is being prosecuted because she is a progressive Black Democrat."

But Mosby claimed Barron is also out to get her, including a declaration from a woman who claimed she heard Barron make disparaging remarks about Mosby when Barron served as a Maryland Delegate.

The author of the declaration works at Baltimore City Hall for Nick Mosby, the city council president and Marilyn's husband. Prosecutors say the declaration is obviously biased in favor of the defense and also dispute the accuracy of its contents.

Mosby is currently scheduled for trial on May 2 in Baltimore's U.S. District Court.

Copyright (c) 2022 The Baltimore Sun Company

Record Number: BS0122540137

**Sun, The (Baltimore, MD)**

March 12, 2022

Edition: First Generic
Section: Main
Page: 3

### Prosecutors seek change of venue in Davis Jr. case

Author: *Alex Mann*

Article Text:

Citing a flurry of publicity ahead of Keith Davis Jr.'s fifth murder trial, Baltimore prosecutors are pushing to have the controversial case moved to a different jurisdiction and to quiet public discourse about the prolonged court proceedings.

In a Thursday court filing, prosecutors said the publicity, which they described as slanted in Davis' favor, has prejudiced the jury pool in Baltimore so the state can't receive a fair trial in the city. They urged the judge to act swiftly; a fifth trial, stemming from the 2015 killing of Kevin Jones, a 22-year-old security guard at the Pimlico Race Course, is set for May.

The State's Attorney's Office accused Davis, his "agents" and those close to him of promulgating "inflammatory and fraudulent statements" in the news media, on digital cartoons and mobile billboards, and at protests. They called it an attempt to "try this case in the media" and asked the judge to issue gag and protective orders restricting what those involved in the case can say publicly.

The prosecutors' requests come as Davis' supporters this week escalated their pressure on State's Attorney **Marilyn Mosby** to drop the charges. Meanwhile, Davis' defense lawyer, Deborah Katz Levi, in a motion asking a judge to dismiss the cases against him, argued that the charges were based on Mosby's prejudice - parroting a legal argument the prosecutor raised in defending herself from a federal criminal indictment.

Levi declined to comment Friday on the motions, as did a spokeswoman for Mosby's office.

The gag and protective orders proposed by city prosecutors seek to prohibit those officially involved in the case and "all those working as agents for" them from making comments or disseminating information intended sway the public. They accused Davis' wife, Kelly, activist DeRay Mckesson and Davis' civil lawyer, Latoya Francis-Williams, of making inflammatory comments.

Prosecutors included statements Francis-Williams, who represented Davis at his first three trials, gave to reporters; an inventory of Kelly Davis' tweets, some directed at individual prosecutors and referencing protesting in their neighborhoods; and cache of excerpts from the website Mckesson created to highlight evidence in Davis' case, a page prosecutors said "spews unfounded and fraudulent information."

"This case is at the center of Baltimore City's collective gaze," wrote prosecutors, blaming Davis' supporters for some of the publicity. "The prejudice that has already been created cannot be undone. But as we get closer to trial in this case, the prejudice caused by extrajudicial comments... or discovery materials disseminated to the public increases exponentially."

The request to change venues puts Mosby at odds with her prosecutors' staunch opposition to an equivalent request from the six officers charged in the 2015 death of Freddie Gray. At the time, one of Mosby's prosecutors said cases should be moved to another place only "when you have a small community and an armed lynch mob at the door of the courthouse."

In Davis' case, city prosecutors wrote the judge shouldn't wait until trial to determine if they could seat an impartial jury: "The publicity, as the trial progresses, will only worsen the problem. The jury pool has already been irreparably tainted."

The argument to restrict public commentary about a case puts Mosby in a conflicting light.

As Mosby and her lawyers mounted a defense against her federal perjury and false statement charges, the city prosecutor and her lawyer have publicly lashed out at the U.S. Attorney's Office and described the case against her as politically motivated. They've raised that argument at press conferences, on a television talk shows and, most recently, in legal papers.

Mckesson, an activist who rose to national prominence as an early leader in the Black Lives Matter movement, spearheaded the effort by his nonprofit Campaign Zero to draw attention to Davis' case. In a statement, he said the legal arguments from Mosby's prosecutors strengthen his resolve to advocate for Davis.

"Mosby's motion is further validation that she is determined not only to keep Keith Davis Jr. in jail despite the evidence but also determined to silence anyone who disagrees with her," Mckesson said.

Prosecutors spent pages of the pleadings disputing many of the points Mckesson highlighted on the keithdavisjr.com. They described many of the trial excerpts on the website as misleading or taken out of context, and sought to lay out the state's view of the evidence against Davis.

Under a quote from the website saying prosecutors don't have DNA evidence linking the defendant to his alleged victim, prosecutors wrote in bold type "TRUTH: Defendant

Keith Davis's DNA was identified on the gun and the magazine of the weapon that killed Mr. Jones."

Rather than pointing out what they are accusing Davis, his lawyers and defense of doing wrong, prosecutors laid out their case in response. Jaros said that strategy works contrary to their argument.

"They're doing exactly what they're complaining about; they're trying the case in the court of public opinion," Jaros said. "If they weren't, the motion would be only about what was being said, not their counter argument about what they believe happened."

Copyright (c) 2022 The Baltimore Sun Company

Record Number: BS0122540653

**Baltimore Brew (MD)**

March 15, 2022

Section: The Drip

**Appeals Court moves the Maryland primary to July 19**

Author: *Brew Editors*

Article Text:

The Court of Appeals of Maryland today issued an order postponing the state's primary election from June 28 to July 19.

The filing deadline, which had already been extended from February 22 to March 22, was pushed back again by today's order.

The new deadline to file is April 15 at 9 p.m.

The changes come as a result of petitions challenging the General Assembly's redistricting plan, which proposes new boundaries for Maryland House of Delegates and Senate districts.

Election officials have complained the process does not leave the enough time to print ballots and make other preparations.

A magistrate is scheduled to hold hearings on the petitions on March 23.

States redraw legislative and congressional boundaries every 10 years after a new U.S. census.

Today's court order also:

Moves the deadline to withdraw from March 24 to April 20.

Moves the deadline to fill a vacancy in a primary candidacy to April 20.

Moves the deadline to challenge a candidate's residency to April 21.

Impact on Baltimore's SA Race

The new dates extend the campaign for a number of key match-ups, including the wide-open race for governor, where a slew of candidates are vying to succeed Gov. Larry Hogan, who is prevented from running again by term limits.

The extra month perhaps has the most significance for the race to elect Baltimore's top prosecutor amid the federal indictment of incumbent State's Attorney **Marilyn Mosby**.

Although Mosby said she plans to run again and has been raising money, observers had been watching closely to see if she would file before what was to be a deadline a week from now.

With today's court order, she will have an extra month to decide. So will others who may be considering entering the race.

She was indicted on charges of perjury and making false statements on loan applications. Her trial date is set for May 2.

Appearing today to unveil a new data dashboard for her office, Mosby repeatedly refused to discuss her future plans, saying, "I remain focused on the work of this office."

She did not respond to questions about her campaign website, which was taken down, but reappeared today.

The message posted on the site was cryptic: "Something is happening! Stay tuned."

Caption:
Above: Voters – and candidates – will have an extra month to wait for Maryland's 2022 primary election. (Fern Shen)

Copyright © 2022 Baltimore Brew LLC, All rights reserved.

Record Number: 749a27f0b33963a99e575c7ea73223c43b6623c

**Baltimore Brew (MD)**

March 15, 2022

Section: Crime & Justice

**The feds point to the alleged criminal behavior of Nick Mosby**

Author: *Mark Reutter*

Article Text:

Over the last year, after it was reported that the FBI had served a subpoena on Nick Mosby at his City Hall office, his involvement in activities that sparked the criminal investigation of his wife, Baltimore State's Attorney **Marilyn Mosby**, has been unclear.

Occupying the second highest elected post in city government (after the mayor), Mosby sets the legislative agenda as president of the City Council and chairs the Board of Estimates that approves hundreds of millions of dollars of contracts.

While his wife hired the bombastic A. Scott Bolden as her defense attorney, Mosby has responded to the federal investigation quietly.

State election filings show that he used $40,000 in campaign funds to retain a prominent D.C. tax lawyer, Caroline Ciraolo, while forming with his wife an online "Mosby Legal Defense Fund" whose contributors and disbursements have so far been kept hidden.

In regard to his official duties, Mosby is little seen by the public and, sources say, little heard from by government colleagues. Last week, for example, he did not attend Mayor Brandon Scott's announcement of major city plans to tackle the vacant house issue.

That's all likely to change if the spotlight turns to him.

The most significant aspect of last week's superseding indictment against **Marilyn Mosby** by the U.S. Attorney's Office is how squarely it implicates Nick Mosby in her alleged scheme to secure a lower interest rate on a Florida vacation home.

Under a voter-approved charter amendment, the City Council now has the power to remove its president.

The revamped criminal charge raises significant questions, among them, whether Nick Mosby will be indicted.

The federal grand jury is still meeting, and there are many moving parts to the criminal probe.

Another question: Will the City Council opt to remove Mosby from office?

This step was made easier by a charter amendment approved by voters last November in the wake of former Mayor Catherine Pugh's "Healthy Holly" scandal.

It allows the Council to remove its president by a three-fourths vote of members on charges brought by the Council, the mayor, the inspector general or a petition signed by 20% of qualified voters.

Mosby and his attorney, Ciraolo, did not respond to questions from The Brew.

Washing Wife's Cash?

The expanded Count 4 of the new indictment says that **Marilyn Mosby** was short of $4,656 needed to close on the half-million condominium she wanted to buy near Sarasota, Florida.

She allegedly told her mortgage company that her husband would be "gifting" her the needed $4,656 before settlement.

But Nick Mosby didn't have enough funds in his personal checking account, the new indictment says.

So Marilyn allegedly wired $5,000 to him on February 12, 2021, well knowing that by the time of settlement she would have the proceeds from her next city paycheck to cover the $5,000.

(**Marilyn Mosby** was earning $18,267 a month as state's attorney and had just withdrawn – illegally, according to Count 3 of the indictment – $50,000 from her city retirement account. Nick Mosby was grossing $10,600 a month as City Council president.)

Nick kicked into gear, according to the feds, moving the $5,000 from his checking account to his savings account.

Then he allegedly took $5,000 from his savings account and placed it back into his checking account before wiring the money to the escrow agent on February 17, or two days before the closing of his wife's Sarasota condo.

Ed Norris Case

The superseding indictment does not specify who signed the letter saying the $5,000 was Nick's gift – was it Marilyn alone or was it both of them?

In either case, the trail of cash, if proven in court, points to the same charge his wife faces – the felony offense of making a false statement on a loan application.

Federal prosecutors drilled down on this point, noting that "it is illegal for a person to make any false statement regarding income, assets, debt . . . In a loan or credit application for the purpose of influencing in any way the actions of a financial institution."

In 2003, former Baltimore Police Commissioner Ed Norris was indicted by the U.S. Attorney for falsifying expense accounts and lying on a mortgage application.

Specifically, Norris said his father had gifted him $9,000 as a mortgage down payment when it was actually a loan.

Eventually, Norris pleaded guilty to abusing his expense account in exchange for the dropping of the mortgage charges. He was sentenced to six months in federal prison.

Healthy Holly

In April 2019, the City Council unanimously called on Mayor Pugh to resign following media reports of her pocketing hundreds of thousands of dollars in dubious "Healthy Holly"children's book sales.

Pugh had not yet been criminally charged, but lawmakers saw the evidence of wrongdoing as powerful and said resignation was in the best interests of the city.

"I still very much believe in due process, and that investigations should be fully completed," Councilman Kristerfer Burnett said then, "but at the same time this has become a complete distraction from the work."

Eight members who took action against Pugh are still on the Council. They are John Bullock, Kris Burnett, Zeke Cohen, Eric Costello, Ryan Dorsey, Sharon Green Middleton, Yitzy Schleifer and Robert Stokes, all Democrats.

Two other members have since ascended to higher elected positions – Mayor Brandon Scott and Comptroller Bill Henry.

Pugh resigned a month later and pleaded guilty to federal tax evasion and conspiracy charges in November 2019.

She was recently released from prison in Alabama after serving 18 months of a three-year sentence.

A Quiet Council

So far, there's been no visible movement by local elected officials to address the new information contained in the indictment.

Instead, silence prevails as Mosby pushes on.

Tomorrow he is set to chair the BOE and approve multi-million-dollar contracts and Covid-related emergency procurements.

One item is a $1,022,844 EWO, or cost overrun, slated for bridge contractor Allan Meyers. Last July, its vice president of sales, Barrett Tucker, contributed $500 to Mosby's campaign fund.

And next Monday he will preside over the City Council.

Meanwhile, his wife, who says she will run for a third term as state's attorney this year, is scheduled to go on trial on May 2.

Caption:
Above: City Council President Nick Mosby speaks to MSNBC in 2021 about getting students back to school amid the pandemic. (nick.mosby Instagram)

"They fought for us! Let's fight for them!" says the online Mosby Defense Fund, set up in response to the federal probe. (mosbydefensefund.com)

Former Police Commissioner Ed Norris faced charges for lying on a mortgage application. (YouTube)

In 2019, the City Council demanded that Mayor Catherine Pugh resign in the best interests of the city. (Fern Shen)

Copyright © 2022 Baltimore Brew LLC, All rights reserved.

Record Number: 5716f9cfcca2601153b69775c0f6ffe74597ff

**Sun, The (Baltimore, MD)**

March 16, 2022

Edition: First Generic
Section: Main
Page: 13

### Character counts, especially in Baltimore's chief prosecutor

Author: *David Plymyer*

Article Text:

Character counts, especially in a city's chief prosecutor.

Nothing makes that clearer than the controversial decision by Baltimore City State's Attorney **Marilyn Mosby** to try Keith Davis Jr. for the fifth time on the same charge of murdering a Pimlico security guard, despite two prior mistrials and two overturned convictions in the weak case against Mr. Davis. The recent attempt by her office to get the trial, scheduled for May, moved out of the city only adds to the questionable nature of her decision.

All states allow defendants to seek venue changes, but not all of them allow prosecutors to seek venue changes to secure trials "fairer" to the state. Maryland does, but it is rarely used. By invoking the option, Ms. Mosby, in effect, is asking the court to send the case someplace where she will have a better chance of convicting Mr. Davis.

Given the case's tortured history, it smacks of a desperate desire to win and suggests that Ms. Mosby is motivated by something other than the dispassionate pursuit of justice.

Ivan Bates, who is running to unseat Ms. Mosby, thinks the case should be dismissed as requested in a motion filed by Mr. Davis' attorney claiming personal animus was behind Ms. Mosby's decision to retry the case. Mr. Bates said that the public must be confident that prosecutors do not use the criminal justice system as a "weapon of vengeance."

Mr. Bates is talking about character. A prosecutor's moral values determine whether the prosecutor makes decisions based on the law and the facts, or on improper considerations, such as personal animus.

There also were concerns about her motivations in 2015 when, after a hasty and inadequate investigation, she announced criminal charges against six Baltimore police officers arising from the death of Freddie Gray in police custody. None were convicted.

The second-degree murder charge against Officer Caesar Goodson Jr. was particularly troubling. A city judge acquitted him of the charge, rebuking prosecutors for the absence

of evidence supporting accusations that Officer Goodson gave Mr. Gray a "rough ride." There was no evidence that he acted negligently, let alone with a "depraved heart" as alleged.

Ms. Mosby announced the charges against the officers to a cheering audience as she stood on the steps of the War Memorial Building with television cameras rolling. She built the drama with a lengthy speech culminating in a recital of the charges. Nothing grabs the attention of a crowd seeking justice quite like the word "murder," and there were audible gasps when she said it.

Ms. Mosby was credited with defusing protests by bringing charges. She vaulted into the national spotlight as a progressive young prosecutor promising to free the innocent, reduce over-incarceration and hold bad cops accountable.

But the acclaim came at the price of an unjust murder charge that hung over the head of a 45-year-old police officer for more than a year. Officer Goodson was described as a non-confrontational officer, family man and friendly neighbor - hardly deserving of such treatment. Was the decision that subjected him to it based on the law and the facts or on improper considerations, such as personal ambition?

Ms. Mosby faces her own trial in May, charged with lying on a series of documents for the purpose of making an early withdrawal from her retirement account and borrowing money to purchase two investment properties in Florida. Ms. Mosby denies the charges. If true, however, they bear directly on her character.

Character cannot be compartmentalized, turned on and off as the situation requires. You either are a person of character, or you are not. Does anyone really believe that public officials who engage in a pattern of lying, cheating or stealing in their personal financial affairs can be trusted to act ethically when carrying out their official duties?

I don't know if the decision by federal prosecutors to charge Ms. Mosby was influenced by the fact that she holds a powerful position and makes decisions that have extraordinarily profound impacts on people's lives. If it was, good.

There may be jobs for which a person's character is not of the utmost importance. Being Baltimore City state's attorney is not one of them. Ask Keith Davis or Caesar Goodson.

David Plymyer retired as Anne Arundel County Attorney in 2014. He also served as an Assistant State's Attorney for five years. His email is dplymyer@comcast.net; Twitter: @dplymyer.

Copyright (c) 2022 The Baltimore Sun Company

Record Number: BS0122621274

**Sun, The (Baltimore, MD)**

March 16, 2022

Edition: First Generic
Section: Main
Page: 4

**Baltimore State's Attorney unveils new data portal**

**Mosby also refuses to commit to reelection bid**

Author: *Alex Mann and Lee O. Sanderlin*

Article Text:

Baltimore State's Attorney **Marilyn Mosby** unveiled a new prosecutorial data dashboard Tuesday, touting her office's successes over her seven-year tenure while refusing to commit to a bid for reelection.

The interactive portal underscores what the two-term Democrat described as a commitment to transparency. She said the data reflects determination from her staff during a period encompassing the prosecution of police officers after the death of Freddie Gray, the ramifications from the Gun Trace Task Force corruption scandal and a coronavirus pandemic that upended the courts.

Mosby promoted her conviction rate as proof she's an effective elected prosecutor. Her office secured a guilty verdict or plea in about 96% of the 7,480 cases adjudicated from 2019 to 2021, according to the dashboard.

On the other hand, nearly one in three of all indictments in the same time span weren't prosecuted by her office for a variety of reasons. In some cases, defendants pleaded guilty to other charges or were prosecuted federally.

"This newly developed data dashboard allows viewers to take an in-depth analysis of Baltimore's criminal justice outcomes in the courtroom in an easy to read format that updates individuals in real time," Mosby said. "The information in the data dashboard and in the term report is irrefutable evidence that my office takes violent crime seriously."

She announced the dashboard, along with a report outlining her office's work over her seven years, at the state's attorney's office in the Truist bank building in downtown Baltimore, flanked by some of her top prosecutors and advisers. It was her second news conference since Jan. 14, when she addressed federal charges filed against her.

Data detailing her office's conviction and case dismissal rates has been a point of political contention for years, as the statistics have led to public quarrels between Mosby and Republican Gov. Larry Hogan and those challenging her to be state's attorney.

Mosby's office posts monthly felony conviction data, as well as reasoning for the cases her office dismisses or postpones indefinitely, dating to June 2018.

Still, her opponents contend that she's not transparent about case outcomes.

Mosby said Tuesday the plan to create a data dashboard predated criticism during the primary election cycle. She also avoided discussing her political plans, deflecting several questions from reporters about whether she'd run again.

"Right now I'm focused on the job at hand," Mosby said repeatedly, citing an enormous backlog of cases because of the intermittent suspension of various court functions over the course of the coronavirus pandemic. "We just got back into the court physically and I have to make sure the morale of my office is good and we're staying focused."

Jury trials resumed March 7.

However, her announcement came with what would have been just a week remaining before the filing deadline for the primary election, until the Maryland Court of Appeals pushed it back Tuesday by three weeks, to April 15. While Mosby has been expected to run to retain her post, she had not yet filed as of Tuesday afternoon.

Defense attorney Ivan Bates, who is running for state's attorney again in the Democratic primary after losing a three-way race to Mosby in 2018, is the only candidate who remained in the running as of Tuesday after former prosecutor Roya Hanna announced she was dropping out to run as an independent in the November general election. Meanwhile, Thiru Vignarajah, who also challenged Mosby unsuccessfully in 2018, hasn't ruled out a run.

About a month after Mosby's social media pages and campaign websites appeared to be taken offline, the campaign site was online again Tuesday. The page was bare as of 5 p.m., but for a window with a video montage of Mosby, a link for donations and a bold-type statement: "SOMETHING IS HAPPENING! STAY TUNED."

Asked about whether this meant a campaign announcement was coming before the filing deadline, Mosby responded: "I don't know. I guess you're going to have to see."

Mosby acknowledged that she "has a lot on her plate," and her pending federal criminal case remains to be resolved. The state's attorney was indicted Jan. 13 on four charges: two counts of perjury and two counts of making false statements on loan applications to purchase two vacation homes in Florida. A superseding indictment filed Thursday provided more context for Mosby's alleged lies, but no new charges.

Federal prosecutors accused Mosby of falsely claiming the coronavirus caused her financial hardship in 2020 so she could make two early withdrawals without penalty from

her retirement savings under the federal CARES Act. She allegedly used the $81,000 to make down payments on an eight-bedroom rental near Disney World and a condo on Florida's gulf coast.

Mosby lied on the loan applications by failing to disclose a federal tax lien and by saying the house near Orlando was going to be a second home, when she'd already arranged for it to be a rental, for a lower interest rate, according to her indictment. The federal case thus far has yielded contentious arguments between Mosby's defense and federal prosecutors throughout a handful of legal pleadings.

A trial is scheduled for May 2, and Mosby responded to questions related to the indictment by reaffirming a commitment to her job. She cited the data dashboard as evidence of her focus.

Although Mosby boasts a 95% conviction rate for felonies, according to the dashboard, the data is also notable for the amount of non-prosecutions, where the case is either paused or the charges are dropped. Her office did not to prosecute 4,767 of the 15,352 indictments it received from 2019-2021, according to data from that office.

About a quarter of the cases weren't prosecuted because either the key witness or the victim did not show up for trial, and Mosby appeared to blame Baltimore's deep-rooted "don't snitch" culture for people not appearing in court.

"We struggle, but we're committed to working with the mayor and the commissioner to change the culture of the stop snitching mentality," Mosby said. "When you have seniors and babies that are being shot in broad daylight, and 14-year-olds being shot in broad daylight ... You can't blame the police if nobody is coming forward. You can't blame my office because there's no perpetrator that's been identified yet."

But Mosby's data may not be painting a fair picture, and should be taken with a grain of salt, said David Jaros, faculty director of the University of Baltimore Center for Criminal Justice Reform. The data is just a starting point for asking meaningful questions about what happens to certain cases in Baltimore City.

"Is it true [witnesses] never show up or is it true they get called the night before? Those are facts we just don't know," Jaros said. "I raise an eyebrow when we throw that number of [non-prosecuted] cases under the umbrella of witnesses who are either afraid or unwilling to help the state."

Jaros cautioned against using it to draw conclusions that any agency is working well or not working well.

For example, the number of cases dismissed over the same timespan because prosecutors lacked sufficient evidence or the police witness didn't show up was almost identical to those dropped because a witness or victim was uncooperative, the data shows.

Conviction rates also tell an incomplete story, Jaros said, because without examining each guilty disposition individually it would be impossible to tell if the prosecutors are very good at their jobs or if they're only prosecuting slam-dunk cases.

"This is the problem with drawing broad conclusions from the data," he said. "It goes both for and against her office. She can be unjustly criticized for the cases not going forward because some of those things might be out of her control."

Caption:
**Marilyn Mosby**, the embattled Baltimore City state's attorney, enters for a scheduled news conference in the offices Tuesday. Karl Merton Ferron / Baltimore Sun

Copyright (c) 2022 The Baltimore Sun Company

Record Number: BS0122621438

**Sun, The (Baltimore, MD)**

March 17, 2022

Edition: First Generic
Section: Main
Page: 1

**Mosby's type of alleged fraud 'happens all the time'**

**Experts explain frequently used financial tactics on mortgage applications**

Author: *Lee O. Sanderlin and Giacomo Bologna*

Article Text:

People lie on mortgage applications every day.

Fudging a few key details on a routine form can make a loan seem less risky to a lender. Instead of saying they're buying an investment property, they claim it's a vacation home. Maybe they don't disclose a debt. That could make a lender feel more confident about issuing a loan with a lower interest rate and cutting the amount of down payment required.

With a few keystrokes and a signature, homebuyers can save themselves tens of thousands of dollars over the life of a 30-year mortgage - if they don't get caught.

Federal prosecutors say they found Democratic State's Attorney **Marilyn Mosby** of Baltimore doing exactly that.

The city's top prosecutor is charged with two counts of perjury and two counts of lying on loan applications. Mosby and her lawyers maintain her innocence, claiming her prosecution is politically motivated

and being run by vindictive lawyers in the U.S. attorney's office.

Publicly available documents suggest Mosby might have misled her lenders about her finances and her plans for two Florida homes she bought - an eight-bedroom rental near Disney World and a condo on the Gulf Coast. The reason people do that, according to several experts, is to get more favorable loan terms.

Whatever the outcome of the case, experts say Mosby's supposed ploy to save on interest and down payments wasn't spectacular. If anything, it was commonplace, said Eric Forster, an expert witness in mortgage fraud cases who reviewed Mosby's indictment.

"I didn't see anything very clever done on her part," he said. "Actually, I saw a number of things that were quite dumb. But the point is that I've seen people do it all the time."

Avoiding a Disney-sized down payment

It started with the home in Kissimmee, near Orlando. Purchased in September 2020, the big house was convenient to Disney World - ideal for renting to theme park visitors.

Mortgages for investment homes are typically more expensive, with banks issuing higher interest rates and requiring a 20% down payment, said Tammy Saul, owner of Federal Hill Mortgage in Baltimore.

Mortgages for vacation homes, sometimes called second homes, are different and usually cheaper, Saul said. Banks typically require a 10% down payment for second homes because it is expected the buyer will live there part time.

When Mosby purchased the Kissimmee home, she signed a document promising she would not hire a management company or rent it out for at least a year, according to publicly available mortgage documents. However, prosecutors claim that a week before closing, Mosby signed a contract with a management company, giving it control over renting the home, a direct violation of her mortgage terms.

"A lot of people will do what she did. She's just under scrutiny because she's a public figure," Saul said. "It's not right, but it happens all the time."

Mosby bought the Kissimmee home for $545,000, with a 10% down payment of $54,500. Had she applied for an investment property loan, the down payment likely would have doubled to $109,000.

Many people who lie about a vacation home that's an investment property aren't caught because federal prosecutors can't keep up with the number of mortgage fraud complaints sent their way, Forster said.

"If it was Joe Schmo, there wouldn't have been any indictment here," Forster said about the vacation home agreement.

Mosby, the elected state's attorney, is no Joe Schmo, and federal prosecutors also say she lied about her debts on the mortgage application.

At the time of her application, Mosby had a $45,000 federal tax lien against her and her husband. **Marilyn Mosby** claimed she didn't know about the lien because her husband, Democratic Baltimore City Council President Nick Mosby, handled their taxes. They paid the lien off in June.

"Had she applied for a non-owner-occupied mortgage and also disclosed the tax debt, the loan would not have been approved or closed," Saul said.

In November, as rumors of a federal investigation into her taxes swirled, Mosby sold the Kissimmee house to a Baltimore County resident for a $150,000 profit. The buyer told The Baltimore Sun they didn't know Mosby.

**Marilyn Mosby**'s allegedly fake $5,000 gift from her husband

On Dec. 10, 2020, the day she attended her husband's swearing-in outside City Hall, Mosby wrote a letter to her mortgage provider, saying she had been living for 70 days at the Kissimmee home - the same one she had an agreement to rent out, according to her indictment.

Mosby was writing the letter because she found another property, a condo on the Gulf Coast, that she wanted to buy. She needed $35,699.15 by Feb. 19, 2021, to close on the condo. As of Jan. 25, 2021, Mosby had just over $31,000 in her bank account, according to the indictment.

A few thousand dollars short, Mosby wrote a letter to her lender, saying her husband would give her $5,000 at closing. Known as a gift letter, people often submit these when they are short on down payment funds and can get the money from a family member. Gifts have to come from the donor and can't be something the recipient has to pay back.

But prosecutors claim Nick Mosby didn't actually give his wife $5,000. Instead, **Marilyn Mosby** wired $5,000 to her husband right before she got her paycheck, which gave her enough to cover the down payment. Nick Mosby then transferred the money into his savings account before putting it back in another account and sending it to the loan agent, according to the indictment of his wife. Nick Mosby has not been charged with any crimes.

So why type up a phony gift letter when waiting for another paycheck that would cover the down payment?

Lenders typically look at your account balance only once during the closing process to determine your interest rates, Saul said. Because **Marilyn Mosby** didn't have enough money at the time her account was checked, prosecutors are suggesting she had to lie about the source of the rest of it, even if she would have had enough to cover the payment by the closing date.

Saul suggested Mosby opted to falsify the gift letter and proceed with the purchase, rather than wait, to keep the interest rates she was offered at the time.

Mosby also neglected to note the tax lien on this mortgage application, according to the indictment.

David B. Irwin, a Baltimore-based defense attorney and former federal prosecutor specializing in white-collar crime, said Mosby's claim of Florida residency and the fake gift seems to show she lied to her lenders.

"It seems well-planned and thought out," Irwin said about Mosby's apparent plan to skirt higher interest rates and down payments.

**Marilyn Mosby** still owns the Gulf Coast condo, according to Florida property records.

Mosby's retirement account withdrawals draw scrutiny

Prosecutors charged Mosby with perjury after she made two penalty-free withdrawals from her Baltimore City retirement account in 2020. Prosecutors said she used that money, $81,000, to make down payments on the two Florida properties.

Unlike retirement accounts for private-sector employees, state and city employees cannot access their retirement accounts before retiring unless they stop working for the government or experience an "unforeseeable emergency."

Under the CARES Act, the first pandemic relief bill, Congress loosened those rules temporarily. Government workers could draw those funds if they claimed - under penalty of perjury - a business they owned had closed or taken a loss.

"Remember, **Marilyn Mosby** has businesses, if you will," her attorney, A. Scott Bolden, said in a January appearance on Roland Martin's YouTube show. "And so, those businesses were in the travel space and they were affected by [the coronavirus] and her accountant urged her to take that money."

She made her first retirement account withdrawal under the CARES Act rules in May 2020.

Around that same time, Mosby, under fire for frequent out-of-state travel, asked the Baltimore inspector general for an investigation into her travel and consulting businesses to prove they existed in name only. The inspector general later found Mosby deducted $5,000 in business expenses on her federal taxes for losses associated with the travel business.

"I ask that you verify that I have not taken on a single client for these companies, nor have I taken in any money," Mosby wrote in a July 2020 letter to the inspector general. "Any insinuation to the contrary is false, misleading, and unethical."

Copyright (c) 2022 The Baltimore Sun Company

Record Number: BS0122642777

**Sun, The (Baltimore, MD)**

March 18, 2022

Edition: First Generic
Section: Main
Page: 3

**Nobody asked, but consider these thoughts**

**COMMENTARY**

Article Text:

Nobody asked me, but the new left field wall at Oriole Park is going to need a name.

When the alteration is complete, the wall will be 26 1/2 feet deeper, at 384 feet from home plate, and about 13 feet high. That's only about a third as high as Fenway Park's Green Monster, but a 13-foot wall in a big, strange nook of left field has great potential for high drama.

In fact, the wall could become notorious, and notorious will deserve a name. Please send suggestions, O's fans, after you get a look at the thing.

Nobody asked me, but a pause in the state gas tax looks like a bailout for Marylanders, who continue to drive meh-mileage, mammoth SUVs and pickup trucks while living 25 to 40 miles from work. They knew what they were getting into when they made those choices.

Prices of crude are fixed in a global market; if there's a price increase, consumers should bear the cost. Bailing out drivers of gas guzzlers just continues a broad addiction to fossil fuels.

Nobody asked me, but this would be a good time for the Maryland Transit Administration to promote bus ridership and the real-time tracking of buses. That technology has been available for a few years now - I use the Transit app to check on buses - and it's a huge improvement.

People who stopped taking buses because they found them unreliable might want to give it another try.

Nobody asked me, but Maryland Comptroller Peter Franchot has the right idea about what the state should do with its historically huge budget surplus of $7.5 billion - give $2,000 each to the state's low-income families. Franchot is running for governor, so he has to score points when he can, but that doesn't make him wrong.

So let's have the state send "economic impact checks" to those who really need it. But to determine true need this time, the state should use the ALICE (Asset Limited, Income Constrained, Employed) index, identified by United Way as households of the working poor caught in the stressful gap between income and the real cost of living.

ALICE provides a full measure of the financial hardship around us, and there are a lot more ALICE families in Maryland - some 40% of all households, according to United Way - than those the federal government acknowledges or Franchot had in mind. But it sounds like the money is there.

Nobody asked me, but the Nature's Promise organic honey sold at Giant, imported from Brazil, is excellent. I'm just going to leave that there.

Prediction: Even before it opens March 27, "Guarding the Art," the unique exhibit of works selected by the security officers of the Baltimore Museum of Art, will be an art-world sensation. It probably already is.

Nobody asked me, but it looks like Marylanders made some good bets on the Super Bowl. I say that because the casinos' take from sports betting dropped significantly in February, to $893,710, leaving the state's take at just $134,628, based on the 15% tax.

Sports betting commenced in December, and Maryland's total sports betting handle through February was $74,609,410; the take for the casinos was $8,316,361 and total revenue to the state for public education was $1,248,026.

That's a long way from what the Department of Legislative Services estimated - $20 million annually to the Blueprint for Maryland's Future Fund - but March Madness is expected to be a big book, and wagering is bound to pick up with the football season and the start of online betting.

Nobody asked me, but I wouldn't give 10 rubles for the everybody-does-it defense of **Marilyn Mosby**'s financial dealings and mortgage applications, the subject of the federal charges against her.

I don't know that Mosby plans to go with everybody does it, but if she does, it won't work. She's not "everybody"; she's the Baltimore state's attorney, and, of course, the criminal defendants her staff prosecutes do not get to say, "Everybody does it."

Nobody asked for it, but here's a civic-minded thought of the devious sort: Remember how former Baltimore Mayor Catherine Pugh had the city's four Confederate monuments removed in the middle of the night? Mayor Brandon Scott should do the same with Harborplace - and chance the consequences!

Nobody asked me, but I don't waste time wondering why Tucker Carlson uses his show on Fox to defend the Russian criminal, Vladimir Putin, and talk trash about Ukraine. I do question, however, why more than 3 million Americans watch.

Nobody asked me, but the exodus of hundreds of companies from Russia because of its senseless invasion of Ukraine is impressive, and it's worth noting that DLA Piper, the multinational law firm with Baltimore roots, is among them.

Piper has offices in more than 40 countries and 28 locations in the U.S., including Baltimore. The firm served clients in Russia for 17 years before issuing this statement Monday: "In light of Russia's actions in Ukraine and the resulting humanitarian crisis, and our consequent decision not to act for clients connected to the Russian state, we have concluded that maintaining a presence in Russia is not aligned with our values and therefore no longer viable. ...

"We stand with the people of Ukraine and all those affected by this tragedy."

Copyright (c) 2022 The Baltimore Sun Company

Record Number: BS0122667153

**Sun, The (Baltimore, MD)**

March 22, 2022

Edition: First Generic
Section: Main
Page: 1

**Vignarajah to run for state's attorney post**

**Former prosecutor aims for Mosby's position again**

**Election 2022**

Author: *Alex Mann*

Article Text:

Thiru Vignarajah, the former city, state and federal prosecutor who has run for Baltimore state's attorney and mayor, is running for state's attorney again, setting the stage for a potential rematch of the last election for the city's top prosecutor.

Unsuccessful bids for the Democratic nominations for state's attorney in 2018 and mayor in 2020 make Vignarajah a familiar face in Baltimore. He has been a partner at the law firm DLA Piper and prosecuted a range of high-profile cases during stints as deputy Maryland attorney general, special U.S. attorney for Maryland and chief of major investigations in the Baltimore state's attorney's office.

Vignarajah has kept himself in the public eye with TV news appearances and by taking up causes of public interest.

He announced his candidacy in a statement released first to The Baltimore Sun, saying the city's seven-year stretch of more than 300 annual homicides, attrition in the Baltimore Police Department and the federal criminal indictment of current State's Attorney **Marilyn Mosby** contributed to his decision.

"If any American city is facing a crisis worse than ours - a record-shattering crime crisis and a crisis of confidence - I am unaware of it," Vignarajah said. "I have devoted my life to public service, to fighting crime as a federal and city prosecutor, and I simply can't watch this human catastrophe from the sideline when I know I can do something to stop it."

Speculation about a run by Vignarajah swirled for the last month. His stance about a candidacy shifted following the decision by Roya Hanna to drop out of the Democratic primary and run as an independent in the November general election. In January, Vignarajah said he wasn't considering a run. By the time of Hanna's announcement

earlier this month, he said he hadn't ruled it out.

The implications of Vignarajah's candidacy are not clear. Candidates have until April 15 to file for the July 19 primary, following a second postponement ordered by Maryland Court of Appeals due to legal challenges to the state's redistricting maps.

Defense attorney Ivan Bates was the only person who had filed to run as of Monday evening in the Democratic primary, according to the State Board of Elections, although Hanna was still listed as a primary candidate.

Mosby, a two-term incumbent who was widely expected to run to retain her post, has not filed yet amid her legal battle against charges of perjury and making false statements.

Mosby maintains her innocence, and her lawyers have mounted a defense that so far has targeted the U.S. attorney's office with allegations of vindictive prosecution.

At a pair of news conferences last week, Mosby was coy about her political plans even as she touted her work. Ahead of those public appearances, a bare version of her campaign website was restored after having been offline for about a month. It had a link for donations and a message: "SOMETHING IS HAPPENING! STAY TUNED."

In the 2018 primary, Mosby sealed a comfortable victory with about 49% of the vote. Bates and Vignarajah split the remaining ballots with 28% and 22.5%, respectively.

Roger Hartley, dean of the University of Baltimore's School of Public Affairs, said a three-way race favors Mosby because there would be a potential for votes again splitting between the challengers.

"One potential Achilles' heel for the state's attorney: The violent crime problem is still a major issue four years later. There may be voters looking for a change," Hartley said. "Then the question is whether those voters will split between Bates and Vignarajah, like they did four years ago. If Mosby keeps her support from four years ago, then she's going to be very strong."

If it's Bates versus Vignarajah, the latter has a slight advantage as far as name recognition, considering his run for mayor, Hartley said. However, Vignarajah will be playing catchup on campaign fundraising.

With almost $362,0000 on hand, Bates outraised Mosby and, by a wide margin, Hanna, in the year leading up to the primary. The prominent defense attorney released his taxes and a tough-on-crime prosecution plan. He has focused on reducing crime and tackling Baltimore's gun crisis, while touting a range of endorsements from community and nonprofit leaders to retired police brass and a retired judge.

Vignarajah had a balance of $82,260 at the end of his 2020 mayoral campaign. Annual finance reports filed since show there have been no expenditures or contributions of more than $1,000. As of August 2020, Vignarajah's campaign owed $160,000 for personal loans he made to the campaign.

Even after he lost the mayoral primary, Vignarajah found ways to stay involved in Baltimore and to keep his name in the news.

In December 2020, Vignarajah arranged a news conference for restaurateurs to demand that Democratic Mayor Brandon Scott roll back coronavirus-related dining restrictions. The following January, he advocated for a group of businesses in Fells Point who threatened to withhold taxes if Baltimore leaders didn't address crime.

More recently, he's taken on the role of spokesperson for clubs on The Block, as they fought legislation that would curb their hours. Vignarajah also stepped in to represent victims of an arsonist and successfully argued for the man's lenient sentence under an agreement with city prosecutors to be reconsidered. He also recently entered his appearance as a special prosecutor in a murder case in rural Dorchester County.

Anthony McCarthy, who stepped down from his role as a radio host to join Vignarajah's campaign as political director, said the candidate's support for Baltimore businesses demonstrates a commitment to the city.

"Elected officials vanish after elections, Thiru hasn't. Politicians quit after a defeat, Thiru hasn't. That means a lot to people here in Baltimore," McCarthy said in a statement provided in a news release announcing the campaign.

Vignarajah prosecuted some of Baltimore biggest street gang cases during his tenure under then-State's Attorney Gregg Bernstein, also a Democrat.

Vignarajah is known nationally for defending Maryland from challenges that Adnan Syed raised after his conviction in the murder case made famous by the popular "Serial" podcast.

But Vignarajah's run for mayor was shadowed by questions over his judgment fueled by highly publicized videos from incidents in 2015 and 2019. The first, shared by Project Veritas, showed a woman prodding him for secrets gleaned from his role at the attorney general's office. In the second, body-worn camera video from Baltimore police officers showed Vignarajah being pulled over in the middle of the night and asking an officer to turn off his camera.

In interviews with The Baltimore Sun in 2020, several attorneys who worked under him said he was a controlling and unreasonably demanding boss.

The news release from Vignarajah's campaign touts the endorsement of former Baltimore Police Commissioner Kevin Davis, who described him in a statement as "the gold standard" of prosecutors and touted Vignarajah's support among detectives who investigated violent crimes during Davis' tenure from 2015 to 2018.

"Never have I seen a prosecutor held in such high esteem by detectives working to bring justice to victims and their families," Davis said. "And never have I so often heard tales of a singular person orchestrating collaborative prosecutorial strategies; ones that

carefully dissect sophisticated crime organizations and hold them accountable for the harm they have caused our most vulnerable communities."

Baltimore Sun reporter Emily Opilo contributed to this article.

Caption:
Vignarajah

State's Attorney **Marilyn Mosby** has not yet filed to run for reelection. JERRY JACKSON/Baltimore Sun

Copyright (c) 2022 The Baltimore Sun Company

Record Number: BS0122743991

**Daily Record, The (Baltimore, MD)**

March 22, 2022

Section: News

Topics:

**Index Terms:**
General news

**Thiru Vignarajah joins race for Baltimore City State's Attorney**

Author: *Madeleine O'Neill*

Article Text:

Thiru Vignarajah will once again seek the job of Baltimore's top prosecutor, joining a race that has been upended by a criminal indictment against the incumbent, **Marilyn Mosby**.

Vignarajah, a former prosecutor, announced his plan to run Tuesday, after widespread speculation that he might renew his candidacy.

Vignarajah ran for Baltimore City State's Attorney in 2018 and for mayor of Baltimore in 2020. He lost both races in the primary.

"If any American city is facing a crisis worse than ours a record-shattering crime crisis and a crisis of confidence I am unaware of it," Vignarajah said in a news release. "I have devoted my life to public service, to fighting crime as a federal and city prosecutor, and I simply can't watch this human catastrophe from the sideline when I know I can do something to stop it."

Vignarajah has served as a federal prosecutor, the chief of major investigations in the Baltimore City State's Attorney's Office and as deputy attorney general in Maryland. He was also a partner at the law firm DLA Piper.

Vignarajah is running as a Democrat and will face Ivan Bates, a defense attorney who is also running for a second time. The race also includes Roya Hanna, a defense attorney and former prosecutor who recently announced she would drop out of the Democratic primary and run as an Independent.

Mosby, also a Democrat, has been noncommittal about her plans to run for reelection. She is currently facing a federal indictment on charges of perjury and making false statements on loan applications, and is pushing for a trial before the primary.

Redistricting challenges have added another wrinkle to the campaign. Maryland's Court of Appeals last week postponed the primary date from June 28 to July 19 and gave candidates until April 15 to file for the race. Mosby has yet to file for reelection.

Tuesday's announcement recalled the 2018 race, when Vignarajah ran against Mosby and Bates in the Democratic primary. Mosby, the incumbent, won that election, while Bates and Vignarajah split the opposition vote.

Vignarajah is known for handling the state's opposition to a new trial for Adnan Syed, the subject of the "Serial" podcast who claims he was wrongly convicted of killing his ex-girlfriend in 1999.

Vignarajah also attracted attention after being targeted by right-wing activist James O'Keefe's Project Veritas, which surreptitiously recorded Vignarajah, then a deputy attorney general, being pressed for secrets by a woman in a hotel room. Attorney General Brian Frosh stood by Vignarajah and said no confidential information was shared during the exchange.

The Associated Press contributed to this report.

Copyright © 2022 BridgeTower Media. All Rights Reserved.

Copyright, 2022, The Daily Record (Baltimore, MD)

Record Number: 297962

**Baltimore Brew (MD)**

March 22, 2022

Section: Politics

**Vignarajah tries again, vowing a different outcome this time**

Author: *Fern Shen*

Article Text:

Declaring himself a fresh alternative to two-term incumbent **Marilyn Mosby**, Thiru Vignarajah today announced his entry into the race for Baltimore state's attorney, saying a new approach is needed to reduce crime in a violence-plagued city.

"For the past seven years, people don't feel safe," Vignarajah said, after formally filing to run in the July 19 Democratic primary.

"Out with the old, in with . . . Thiru!" the former city, state and federal prosecutor declared on the campaign website he unveiled.

But in some ways, the tableau that Vignarajah presented today outside the downtown elections board was anything but new.

There, standing beside him holding a THIRU sign, was Rochelle "Rikki" Spector, who represented northwest Baltimore on the City Council for four decades.

Also on hand was another consummate City Hall insider, Anthony McCarthy. Now to serve as Vignarajah's political director, McCarthy was the spokesman for three previous mayors – Sheila Dixon, Stephanie Rawlings-Blake and Catherine Pugh.

"Out with the old, in with . . . Thiru!" – slogan on the candidate's web page.

Once again, Vignarajah will enter the state's attorney race as a potential spoiler, possibly pitting the same cast of characters against each other as the last go around.

Like in 2018, Vignarajah will be running against defense attorney Ivan Bates, the other declared Democratic candidate, and – if she decides to enter the race despite a pending federal indictment – the city's popular sitting state's attorney.

The result four years ago was that Mosby clinched re-election with about 49% of the vote, while the two men split the remainder. Bates came away with 28% of the vote and Vignarajah with 22.5%.

Asked today to explain his thinking in possibly re-running the same three-way matchup, Vignarajah deflected.

"I think there's going to be time for all of us, political pundits and candidates, to talk about the race and the calculations," he said. "I think today is to talk about the urgency."

What, a reporter pressed, is different this time from 2018?

"We're gonna win," he said after a pause. "A lot has changed in four years."

"Prosecute to the fullest"

Vignarajah made his case by citing the daily bloodshed in Baltimore that he said has grown worse during Mosby's time in office.

"These past seven years, 2,400 people have been killed. Our police force is 500 fewer," he said. "We've had 75 murders, 150 shootings already this year, and that's 20% and 30% worse than last year. And last year was the worst year in Baltimore history."

He also pointed to the federal charges facing Mosby – perjury and filing false statements on mortgage documents – that may render her "constitutionally ineligible" to serve.

(The April 15 deadline for candidates to file will come ahead of Mosby's scheduled May 2 trial date. Mosby has not said whether she plans to run, though she had held fundraisers and recently revived her temporarily dark campaign website.)

In addition to Spector, family members of crime victims were part of Vignarajah's announcement today.

Liza Holley, whose son Daurell Hudson was fatally stabbed in East Baltimore in 2021, said she supports Vignarajah because "he will prosecute to the fullest."

"These people cannot keep getting out on deals or overcrowding of the prison system," Holley said.

Asked about Mosby's policy to no longer prosecute people for possessing drugs, prostitution and other non-violent offenses and instead support connecting people with social services or treatment, Vignarajah made it clear he would roll it back if elected.

"Of course a prosecutor has to use discretion in any given case, but to announce a blanket policy that certain offenses are no longer criminal, I don't think that's right."

Staying Visible

Few of his political positions will come as a surprise to news consumers in Baltimore.

Vignarajah has assiduously kept himself in the public eye with frequent appearances on talk radio programs and Fox 45 spots and by championing a number of causes.

He sided with Fells Point residents up in arms about crime, West Baltimore activists angry about the destruction of bandleader Cab Calloway's childhood home, and club owners upset about Annapolis lawmakers' crackdown on crime on The Block.

He also called for a convicted arsonist's sentence to be reconsidered. A judge last month threw out the plea deal that had been negotiated for Luther Moody Trent.

At one point, Vignarajah borrowed a phrase from the incumbent he is challenging: "We're built for this."

Other headlines, meanwhile, dog Vignarajah, who ran unsuccessfully for mayor in 2020.

These include videos recording him in a hotel room with a woman encouraging him to disclose information related to his work at the Maryland Attorney General's office, and a 2019 police stop in which he asked the officer to turn off his body-worn camera.

In his appearance before the media today, Vignarajah tried out some soundbites on themes city voters have heard before.

Referencing the motto on city benches, Vignarajah said, "We have to face facts: Baltimore is not the greatest city in America anymore. But it can be again."

At another point, he borrowed a phrase from the incumbent he is challenging:

"We're built for this."

Bates' Reaction

Asked to comment on today's announcement, the reply from the Bates' camp seemed to point a finger at Vignarajah's unsuccessful run for mayor and wider political ambitions.

"I first announced my candidacy for Baltimore City State's Attorney in 2017 and I have never wavered from that intention," Bates said, in an emailed statement.

"I will not be easily distracted by the continuous search for the next opportunity or perennial candidacy" – Ivan Bates.

"Crime in our city is out of control, and Baltimore needs a leader who is dedicated to the mission of the state's attorney's office."

"I have demonstrated that I will not be easily distracted by the continuous search for the next opportunity or perennial candidacy," he continued. "I am laser-focused on building a safer Baltimore for my family and yours."

Former state's attorney Roya Hanna, who had also filed to run for state's attorney as a Democrat, recently said she would drop out and instead run as an independent in the general election.

**Marilyn Mosby**, meanwhile, did not return a request for comment.

Caption:
Above: Thiru Vignarajah, with former City Council member Rikki Spector, after filing his candidacy for Baltimore City state's attorney. (YouTube)

Outside the Baltimore Elections Board, Thiru Vignarajah announces his second run for state's attorney. (YouTube)

Vignarajah with Liza Holley, whose son was fatally stabbed last year. (YouTube)

Copyright © 2022 Baltimore Brew LLC, All rights reserved.

Record Number: 27f8e18dd4de8114d32aa4f331476f8652af15b

**Baltimore Brew (MD)**

March 23, 2022

Section: Accountability

**Giving from the grave? Marilyn Mosby's dead grandfather contributed to her and her husband's campaigns**

Author: *Mark Reutter*

Article Text:

He was buried seven years ago, but the grandfather of Baltimore State's Attorney **Marilyn Mosby** apparently lives on as a source of campaign cash for her and her husband, City Council President Nick Mosby.

Prescott Thompson, who died on February 22, 2015 at age 82, is listed as contributing $500 to **Marilyn Mosby** last year, according to her most recent finance report to the State Board of Elections.

The $500 check was reported as received on November 30, 2021 by Friends of **Marilyn Mosby**.

As chairman of the Friends committee, **Marilyn Mosby** vouched, under the penalty of perjury, for the report's accuracy "to the best of my knowledge, information and belief."

The report was filed on January 19, 2022, or six days after she was indicted on federal charges linked to her purchase of two Florida vacation homes.

Mosby has pleaded not guilty to the charges.

She did not respond to questions by The Brew about the Prescott Thompson contribution.

Not the Only Check

The Mosby finance report lists the deceased Thompson as living at the same Dorchester, Massachusetts, house where he and his surviving widow, Marilyn Thompson, raised Baltimore's future chief prosecutor.

Thompson is listed as "retired" in Mosby's campaign report. A onetime patrolman at the Boston Police Department, he retired early from the force after he lost an eye in a work-related accident.

This isn't the only check tied to the dead man, The Brew has found.

On July 18, 2017, or two years after Thompson's funeral, Nick Mosby's campaign committee reported receiving a $500 check from a "Thompson Prescott."

A few months earlier, Mosby had been appointed a state delegate for the 40th District after Gary Brown Jr., the presumptive candidate, was indicted for using family members to falsify campaign contributions for incoming Mayor Catherine Pugh.

The Dorchester address listed for "Thompson Prescott" was the same as that of Marilyn's late grandfather. There was no known person named Thompson Prescott living in Dorchester at that time.

As chairman of his own finance committee, Nick Mosby vouched for the accuracy of the report he submitted to the State Board of Elections.

Financial Aid

**Marilyn Mosby**'s grandparents became a source of financial succor to the power couple after Nick Mosby gained "power of attorney" (POA) over the elderly couple nearly two decades ago,

On November 26, 2004, according to Maryland land records, the Thompsons signed an agreement to appoint Nick, who at the time was engaged to their granddaughter, as their agent and attorney.

This was done despite the fact that **Marilyn Mosby** was then a third-year law student and Nick Mosby had no legal training.

The limited purpose of Nick's POA was to use the Thompsons' assets to "finance and obtain title to" a rowhouse in Reservoir Hill owned by Baltimore City.

Nick and Marilyn purchased and moved into the house, while the Thompsons, back in Massachusetts, were named as co-owners in the deed along with Nick.

Who Signed the Checks?

To this day, the property is titled to Nick Mosby and the Thompsons. **Marilyn Mosby**'s name does not appear on the deed or any mortgages.

When Nick first, and then Marilyn, decided to run for public office, the Thompsons became relatively generous contributors.

They are listed as giving $600 to Nick's City Council election in 2011, and $4,500 to Marilyn's upset victory in the 2014 state's attorney race.

Since her husband's death, Marilyn Thompson can be found on the Mosbys' finance reports.

She is listed as giving $600 to Nick for his aborted mayoral run in 2016 and a total of $1,750 to Marilyn.

Did Nick Mosby sign these checks as POA, which are recorded in campaign records as coming directly from Marilyn and the deceased Prescott Thompson?

He did not respond to a Brew request for comment.

Harbor Bank Loan

The question arises because Nick Mosby recently secured a little-known $58,000 loan from The Harbor Bank of Maryland, using as collateral the Thompsons' share of the Reservoir Hill house

As noted on the deed of trust reproduced below, Mosby signed the agreement as POA for both Marilyn Thompson and the Estate of Prescott Thompson

State law does not allow Mosby to act as POA on behalf of the Estate of Prescott Thompson.

Article 17-112(a) of Maryland Estate and Trusts says that "a power of attorney terminates when the principal dies."

It's legally long established that when a person dies, the assets go into an estate where a "personal representative" (PR) acts to dispose of the assets.

But Nick Mosby did not sign the deed of trust as the PR of the Estate of Prescott Thompson.

Nevertheless, Harbor Bank permitted the loan to be processed, with the bank's own loan portfolio manager, Brenda Jeter, acting as the notary.

Conflict of Interest

Maryland law also requires persons acting as POA – as Nick did in signing the deed of trust on behalf of Marilyn Thompson – "to act with care, competence and diligence for the best interest of the principal."

Specifically, according to the Article 17-113, a person holding the power of attorney must "act so as not to create a conflict of interest that impairs the agent's ability to act impartially in the principal's best interest."

However, none of the proceeds from the Harbor Bank loan was distributed to the widow Thompson or to her husband's estate.

Instead, the $58,000 loan went directly to Nick and **Marilyn Mosby**, even though **Marilyn Mosby** is nowhere to be found on the property deed.

At the same time, **Marilyn Mosby** had individually (without Nick) taken on a total of $918,900 in mortgages on two Florida vacation properties she had purchased, one in September 2020 (a $490,500 mortgage) and the second in February 2021 (a $428,400 mortgage), The Brew reported last year.

The Mosbys' agreement with Harbor Bank lists the bank's two top executives as loan trustees – co-founder and board chairman Joseph Haskins Jr. and president and CEO John D. Lewis.

Haskins was an early and prominent supporter of **Marilyn Mosby** and has regularly contributed to Nick Mosby.

In recent years, he and CEO Lewis have donated $3,600 to the couple, according to online Elections Board records.

The Harbor Bank loan was signed last April 26, or a month after the Maryland U.S. Attorney's Office issued subpoenas to the Mosbys, informing them that they were under a criminal grand jury investigation.

Indicted on perjury and false statement charges, **Marilyn Mosby**'s trial is set to begin on May 2.

Nick Mosby was not charged in the original indictment, but is named in a superseding indictment as an accomplice to one of the four counts against his wife.

_____

Recent Brew Coverage:

**Marilyn Mosby** says her husband's tax decisions and lies placed her in legal jeopardy (2/21/22)

Nick and **Marilyn Mosby** haven't paid their water bill in a year (2/28/22)

The feds point to the alleged criminal behavior of Nick Mosby (3/15/22)

Caption:
Above: A photo of **Marilyn Mosby**'s Boston police officer grandfather, Prescott Thompson, tweeted in 2014 by Larry Gibson. (@LarrySGibson)

Nick and **Marilyn Mosby** from The People for Mosby Facebook page.

The 2004 agreement giving Nick Mosby power of attorney for Prescott and Marilyn Thompson. The document was notarized by Preston Thompson, Prescott Thompson's son and **Marilyn Mosby**'s uncle. (Mdlandrec.net)

Signature page for the deed of trust for the $58,000 Harbor Bank loan made last April to Nick and **Marilyn Mosby**. (Mdlandrec.net)

Copyright © 2022 Baltimore Brew LLC, All rights reserved.

Record Number: 79f939fcb4c6cb369ede79e2a7f13893f764760

**Baltimore Brew (MD)**

March 24, 2022

Section: Front Page

**Mosbys say they incorrectly listed deceased grandfather as campaign contributor**

Author: *Mark Reutter*

Article Text:

Nick and **Marilyn Mosby** say that Marilyn's 84-year-old grandmother wrote the check that The Brew disclosed was listed as coming from Marilyn's dead grandfather.

The couple called this and another contribution – both attributed in their campaign reports to a "retired" Prescott Thompson of Dorchester, Mass., who died on February 22, 2015 – a "simple administrative oversight."

"The campaigns should have listed Mrs. Thompson as the contributor since the contributions came from her," they said.

The joint statement from Baltimore State's Attorney **Marilyn Mosby**, who is set to go on federal trial on unrelated perjury and false statement charges, and her husband, City Council President Nick Mosby, were in response to yesterday's article about the contributions.

The article also described a $58,000 bank loan to the Mosbys partly secured through the late Prescott Thompson's ownership interest in the couple's Baltimore house.

Giving from the grave? **Marilyn Mosby**'s dead grandfather contributed to her and her husband's campaigns (3/23/22)

Unanswered Questions

Their statement did not address a number of questions raised to them by the Brew before yesterday's story was posted.

As of this morning, these questions have not been answered:

Why did "Thompson Prescott" (a reversed version of the grandfather's real name) appear on campaign records as a $500 donor to Nick Mosby?

The Mosbys now say the check was signed by his widow, Marilyn Thompson, but they did not say how and why the name got scrambled.

Why did Nick Mosby sign a notarized deed of trust in 2021 as POA (power of attorney) for the Estate of Prescott Thompson when his POA status had expired upon Thompson's death in 2015?

The document, deeding the late Thompson's interests in the Mosby house as security, helped the couple obtain a $58,000 loan from The Harbor Bank of Maryland last April, a month after they were notified that they were the targets of a federal criminal investigation.

Does Nick Mosby still retain the power of attorney over Marilyn Thompson, which he first secured from the Thompsons in 2004 when he was engaged to her granddaughter?

Maryland Board of Elections records show that, since they entered elective office, Nick and **Marilyn Mosby** have received more than $8,000 in campaign contributions attributed to Marilyn's grandparents.

The Brew also requested copies of the recent campaign checks that the Mosbys said were signed by Mrs. Thompson.

They have not yet responded to this request.

Full Statement

The Mosbys asked yesterday that we publish their statement in its entirety "to provide contextual understanding of our response to your readers."

Here it is:

The donation in question was provided to both campaigns from the widow of the late Prescott Thompson. It's common practice for campaign donation filings to associate the name listed first on a bank check as the contributor, but in this case, the campaigns should have listed Mrs. Thompson since the contribution came from her and she signed the check. This is a simple administrative oversight. The account is still active with exsiting [sic] checks that bear the name of widow and deceased; however the campaign report will be administratively updated.

— Nick and **Marilyn Mosby**

Caption:
Above: Nick and **Marilyn Mosby**, from The People for Mosby, Facebook page, created 3/22/21

Copyright © 2022 Baltimore Brew LLC, All rights reserved.

Record Number: 5926d494a6b619a3681f09177b3cc6bbe268610

**Daily Record, The (Baltimore, MD)**

March 25, 2022

Section: News

Topics:

**Index Terms:**
General news

**Mosby defense team wants federal prosecutor to testify at evidentiary hearing**

Author: *Madeleine O'Neill*

Article Text:

The defense lawyers for Baltimore State's Attorney **Marilyn Mosby** want the lead federal prosecutor on her criminal case disqualified, but short of that, they want an evidentiary hearing at which the prosecutor would have to answer questions about his alleged personal animus toward Mosby.

Such a hearing, and the requirement that a prosecutor testify in order to remain on a case, would be highly unusual.

Mosby's lawyer, A. Scott Bolden, argued in a new filing Friday that a hearing and additional discovery may be necessary to determine whether the case against Mosby is based on personal hostility rather than legitimate prosecution objectives.

"That animus has tainted this prosecution from the start," Bolden wrote.

The evidence, he wrote, makes it clear that "the government was engaged in a years-long 'fishing expedition' to find any possible charge against State's Attorney Mosby that it could."

Bolden's claims echo those made in earlier filings, when the defense asked U.S. District Judge Lydia Kay Griggsby to dismiss the indictment and take the lead prosecutor, Assistant U.S. Attorney Leo Wise, from the case.

In its reply, the government claimed that Mosby had invented a "tale of victimhood" to deflect from her criminal charges.

"The Defendant's motion finds no support in the facts, the law, or even logic and should be denied as meritless," the prosecutors wrote. "Name calling is not facts and that is all the Defendant offers."

Mosby faces two counts each of perjury and making false statements on loan applications.

Her team has argued repeatedly that Wise and other members of the prosecution team targeted Mosby because of her politics and her race. Wise, the defense noted, donated small amounts to each of Mosby's opponents in the 2018 Democratic primary.

Wise responded that those donations were solicited by professional acquaintances, and were not intended to affect the outcome of the election. But in Friday's filing, Bolden argued that the donations showed a larger pattern of animus against Mosby.

The donations also came just days after Mosby and Wise had an acrimonious meeting about allegations that a member of the State's Attorney's Office had leaked information about a federal investigation into corrupt members of the Baltimore Police Department's Gun Trace Task Force, Bolden wrote.

Wise did not have documents about the alleged tip-off when Mosby pressed for that information at the meeting, Bolden wrote.

"Thefact remains that the lead prosecutor against State's Attorney Mosby, the person attempting to take away her freedom and derail her career, donated to her two political opponents, in a three candidate race, and not to her campaign, after she embarrassed him in front of his boss," Bolden wrote.

The defense is also arguing that the unique nature of the charges against Mosby is further evidence of animus. Mosby is accused of falsely claiming she suffered a financial hardship during COVID-19 in order to withdraw money from her retirement account without incurring a penalty.

Bolden claimed the defense is not aware of any similar prosecutions in the nation.

"That is the very definition of a prosecution that singles out an individual," he wrote.

Friday's motion also asks for additional information about the charges against Mosby, which include allegations that she failed to disclose a $45,000 IRS lien when she applied for mortgages on two properties in Florida.

In a superseding indictment, prosecutors also alleged that Mosby falsely claimed she had been staying in Florida for 70 days and, in order to lock in a lower interest rate, claimed that her husband would give her a gift of $5,000 toward a down payment on one of the Florida properties. In fact, the indictment charges, Mosby transferred that money to her husband, who then provided it to the escrow agent.

Bolden in his response claims that Mosby did not claim she alone had spent 70 days in Florida, but wrote that she and her familyhad stayed at the home in Kissimmee, Florida for that period of time.

Mosby has hedged about her plans to run for reelection this year. If she joins the race, she will face the same opponents as in 2018 Thiru Vignarajah and Ivan Bates.

Copyright © 2022 BridgeTower Media. All Rights Reserved.

Copyright, 2022, The Daily Record (Baltimore, MD)

Record Number: 298675

**Baltimore Brew (MD)**

March 25, 2022

Section: Accountability

### Documents related to the "ghost" contributions from Marilyn Mosby's dead grandfather

Author: *Mark Reutter*

Article Text:

In response to reader interest, we are posting some of the documents that relate to the Brew's story about the "ghost" donations made by **Marilyn Mosby**'s deceased grandfather.

The Baltimore power couple – she the state's attorney now under federal indictment, and he the president of the City Council – said Prescott Thompson, who died in 2015, was erroneously listed for campaign contributions that were actually made by his widow, Marilyn Thompson.

The financial entanglements involving the Mosbys and the Thompsons began in November 2004 when Nick Mosby gained the power of attorney (POA).

This allowed Nick Mosby (not yet married to **Marilyn Mosby**) to act as her grandparents' agent and attorney to finance the purchase of a house the Mosbys wanted to own in Baltimore's Reservoir Hill.

The POA was notarized by Preston Thompson, the Thompsons' son and **Marilyn Mosby**'s uncle. He is a former Boston policeman who had been discharged from the force for twice testing positive for drugs and was working as a security guard.

Six months earlier, in May 2004, then-Massachusetts Gov. Mitt Romney had signed an executive order (No. 455) governing the activities of notaries public.

The order made it illegal for a notary to "witness the signature if the notary is a spouse, domestic partner, parent, guardian, child or sibling of the principal" except when prepared by a licensed attorney. [Emphasis ours.]

The notarization of the POA by Preston Thompson indicates that this prohibition was ignored by the family.

Following Prescott Thompson's death in 2015, the POA powers of Nick Mosby expired, according to Maryland and Massachusetts estate law. Yet he continued to control the assets of Prescott Thompson.

And subsequently, both Nick Mosby's and **Marilyn Mosby**'s political committees listed campaign checks coming from the deceased man.

On Wednesday, the Mosbys called the matter a "simple administrative oversight" that will be corrected.

Records show that Nick Mosby's control of the Thompsons' finances continues.

Last April, he and his wife obtained a $58,000 loan from The Harbor Bank of Maryland, secured by Nick signing as the POA for both Marilyn Thompson and the Estate of Prescott Thompson.

No record has been found indicating there is an estate for Prescott Thompson.

If one does exist, its assets should be distributed to the surviving widow and other beneficiaries by a Personal Representative, not used to obtain a loan to the Mosbys by means of an invalid POA signature.

Below is the deed of trust, listing Harbor Bank's chairman, Joseph Haskins Jr., and CEO John Lewis as trustees for the Mosby loan. The deed was notarized by Brenda Jeter, Harbor Bank's loan portfolio manager.

Deed of Trust (4 26 21 ) by Fern Marie on Scribd

Caption:
Above: **Marilyn Mosby**, in 2014, outside her Reservoir Hill home. (Fern Shen)

Page 1 of the 2004 agreement giving Nick Mosby power of attorney for Prescott and Marilyn Thompson. (Mdlandrec.net)

The 2004 agreement was notarized by Preston Thompson, **Marilyn Mosby**'s uncle.

Some of the contributions originating from the Thompson family home on file with the Maryland Board of Elections that were received after Prescott Thompson's death.

Copyright © 2022 Baltimore Brew LLC, All rights reserved.

Record Number: 5b23f8aeb5bcf219ecd42c704a4ab2d9ed92a6

**Sun, The (Baltimore, MD)**

March 26, 2022

Edition: First Generic
Section: Main
Page: 1

**Feds say they have Mosby on tape**

**Revelation comes as defense doubles down on the claim prosecutors are acting vindictively**

Author: *Lee O. Sanderlin and Alex Mann*

Article Text:

As lawyers for Baltimore State's Attorney **Marilyn Mosby** doubled down on their allegations of vindictiveness from federal prosecutors, the feds revealed a new detail about their case: The government has recordings of phone calls between Mosby and the company that manages the city's retirement plan.

The revelation came to light during a flurry of filings in Mosby's federal case Friday, first in the form of a letter from Assistant U.S. Attorney Leo Wise and then in a lengthy legal pleading the defense filed in another attempt to discredit Wise ahead of Mosby's first court appearance.

"The United States has provided all recorded calls in its possession between the defendant and Nationwide," reads the letter, referring to the company that manages Baltimore's deferred compensation plans, according to court records.

Wise's letter responded to Mosby's defense claiming the government has not been appropriately forthcoming about prosecutors' plans on whether they

will call expert witnesses. The defense had argued that hiccups in the pretrial exchange of information between prosecution and defense could impact the May 2 trial date.

Mosby is charged with two counts of perjury related to her penalty-free withdrawals from her retirement account, and the assertions she made to secure those withdrawals go to the heart of the government's case.

"If the government is trying to prove what was said and what representations were made, that's going to be the best evidence," said Andrew I. Alperstein, a criminal defense lawyer and former prosecutor. "It's also particularly persuasive in a trial to hear the voice of the accused."

It's unlikely the federal government wiretapped Mosby's phones, Alperstein said. Instead, it's likely Nationwide recorded the calls as common business practice.

Prosecutors claim Mosby lied in 2020 about experiencing financial hardship during the pandemic so she could withdraw $81,000 without penalty from her City of Baltimore retirement savings account to make down payments on two Florida homes: an eight-bedroom rental near Disney World and a condo on the state's Gulf Coast.

"Without those two withdrawals, she would not have been able to make the down payment on either of the two Florida vacation homes she purchased in September 2020 and February 2021," federal prosecutors wrote in a separate filing. "Simply put, the defendant's perjury allowed her to leverage $90,000 in funds she should not have had access to in order to get two vacation homes."

Mosby also faces two counts of making false statements on loan applications in order to purchase the homes. Federal prosecutors said she lied on the loan applications by failing to disclose a tax lien and claiming a house near Orlando was going to be a second home when she'd already lined up a company to run it as a rental, a maneuver to secure a lower interest rate.

Mosby's attorney, A. Scott Bolden, did not respond to a request for comment Friday evening.

Her attorneys have responded to the charges by railing against the U.S. Attorney's Office with formal legal arguments alleging vindictive and selective prosecution. The defense lawyers accused Wise of pursuing, and U.S. Attorney Erek Barron signing off on, a case driven by personal and political animosity the pair harbor. They have sought to have Wise removed from the case, and the indictment against Mosby dismissed.

Federal prosecutors dismissed the claims as legally and factually meritless, saying their prosecution is driven by the evidence against Mosby.

Friday was the deadline for Mosby's attorneys to offer a rebuttal. With their last opportunity to address the allegations in writing ahead of their first appearance in court April 14, Mosby's lawyers looked to take her defense of malicious prosecution to the end, calling for Wise to take the stand and provide sworn testimony about his feelings about the state's attorney and his handling of the case.

Mosby's political opponents each solicited $100 contributions from Wise during the last campaign, something she claims is proof of his animus toward her. Mosby's lawyers want the opportunity to question Wise about those contributions, along with a statement he made while prosecuting one of the Baltimore Police Department's corrupt Gun Trace Task Force officers and his handling of the Department of Justice's probe of Mosby's taxes.

Andrew I. Alperstein, a criminal defense lawyer and former prosecutor, said the arguments from Mosby's defense serve to distract from the charges she faces.

"It may not be political, it may be designed to confuse and cloud things, and sometimes when you don't have anything else, you just want to muck it up," Alperstein said.

The response from federal prosecutors Friday sheds light on letters Mosby's attorney sent them and included as exhibits in a request to meet with prosecutors and U.S. District Judge Lydia K. Griggsby next week. The exhibits were filed under seal at Bolden's request, but his argument hinted at the possibility of the trial date being impacted.

From the time Mosby was indicted Jan. 13, she and her lawyers have been pushing for a speedy trial, arguing a delay could impact her bid for reelection.

Federal prosecutors said in the letter they have provided all the information they're required to the defense, and that they don't plan to call any expert witnesses.

They are scheduled to confer Wednesday with Griggsby in a teleconference.

Caption:
**Marilyn Mosby**, the embattled Baltimore City State's Attorney, is charged with two counts of perjury. Karl Merton Ferron/Baltimore Sun

Copyright (c) 2022 The Baltimore Sun Company

Record Number: BS0122826949

**Afro-American, The (Baltimore, MD)**

March 26, 2022

Section: Baltimore Community

Topics:

**Index Terms:**
Baltimore Government, Baltimore News, News, Politics

**Thiru Vignarajah announces run for Baltimore City State's attorney**

Author: *Special Report*

Article Text:

On March 22 at 11:00 a.m., former federal prosecutor and Maryland deputy attorney general Thiru Vignarajah filed to run as a Democrat for State's Attorney for Baltimore City.

His decision comes as Baltimore faces the worst murder rate in its history and State's Attorney **Marilyn Mosby** faces a federal criminal trial that could render her constitutionally ineligible to serve.

"In the last seven years, 2400 victims have been murdered, we have 500 fewer police, and many have lost faith that things can get better. If any American city is facing a crisis worse than ours — a record-shattering crime crisis and a crisis of confidence — I am unaware of it," said Vignarajah, in a statement released ahead of the press conference. "I have devoted my life to public service, to fighting crime as a federal and city prosecutor, and I simply can't watch this human catastrophe from the sideline when I know I can do something to stop it."

Vignarajah, who began his career as a federal prosecutor, also served as Chief of Major Investigations in the City State's Attorney's Office and as Deputy Attorney General of Maryland, before becoming a litigation partner at Defense Logistics Agency (DLA) Piper in Baltimore. When Vignarajah was named Deputy Attorney General, former Commissioner Anthony Batts called him a "once-in-a-generation lawyer and leader."

Vignarajah's "intellect, credentials, experience, and qualifications make him a once-in-a-generation talent," said former Baltimore Police Commissioner Kevin Davis, who worked closely with Vignarajah for over 12 years. "He is just as comfortable inside the courtroom as he is in our neighborhoods." In a written statement, the former commissioner shared his endorsement:

Never has a singular name been mentioned to me more often by homicide and other violent crime detectives than Mr. Vignarajah. Never have I seen a prosecutor held in such

high esteem by detectives working to bring justice to victims and their families. Never have I so often heard tales of a singular person orchestrating collaborative prosecutorial strategies; ones that carefully dissect sophisticated crime organizations and hold them accountable for the harm they have caused our most vulnerable communities. Simply put, Mr. Vignarajah is the Gold Standard.

The son of Baltimore City public school teachers, Vignarajah attended local public schools (Edmondson Heights Elementary through Woodlawn High School) before Yale University and Harvard Law School. He was President of the Harvard Law Review and clerked for Supreme Court Justice Stephen Breyer before beginning his career as a prosecutor in his hometown.

The campaign's political director Anthony McCarthy, who previously served as a senior advisor to four mayors and two congressmen, was ecstatic about the announcement: "The people of Baltimore may have lost hope, Thiru hasn't. Elected officials vanish after elections, Thiru hasn't. Politicians quit after a defeat, Thiru hasn't. That means a lot to people here in Baltimore."

McCarthy also noted key political advantages Vignarajah brought as he enters the race. "Over the past four years, Thiru has earned the people's trust. He shows up every day, shaping and sharing stories of hope and redemption. He bridges race and class. And he is not afraid to say what needs to be said. Never more than now have we needed a leader like Thiru, and honestly never before now have we had a leader like Thiru."

McCarthy, who was also the editor-in-chief of AFRO American Newspaper and a radio host on WYPR, recently stepped down from WEAA 88.9 FM to join Vignarajah's team.

Vignarajah filed at the Baltimore City Board of Elections, 417 E. Lafayette St., Benton Office Building, Room 129, and briefly addressed the press afterward.

Joining him in support were his parents and sister (Krish Vignarajah), former Councilwoman Rikki Spector, former Senator Barbara Robinson, former local NAACP president Marvin "Doc" Cheatham, and several relatives of murder victims including Al and Mary Wroblewski and Liza Holley.

For more information, visit www.InProgress.com.

Paid for by Thiru Vignarajah for Baltimore, Treasurer Usman Suleman

Help us Continue to tell OUR Story and join the AFRO family as a member – subscribers are now members! Join here!

© Copyright 2022 The Afro-American Newspaper Company All Rights Reserved.

Record Number: 726d5a5b256fac6f75fec60b632cfb7232cd84

**Baltimore Brew (MD)**

March 30, 2022

Section: Accountability

**Marilyn Mosby amends report that falsely attributed contribution to her dead grandfather**

Author: *Mark Reutter*

Article Text:

Baltimore State's Attorney **Marilyn Mosby** has amended her annual finance report to indicate that her 84-year-old grandmother – and not her deceased grandfather – contributed to her campaign.

The corrected report, submitted to the State Board of Elections, wipes from the public record a $500 check that was listed as coming from Prescott Thompson, who died in 2016, on November 30, 2021

Another $500 check from the dead man, going to the campaign committee of her husband, City Council President Nick Mosby, has not yet been corrected, a review of his finance committee reports shows.

Giving from the grave? **Marilyn Mosby**'s dead grandfather contributed to her and her husband's campaigns (2/23/22)

Meanwhile, the Elections Board has accepted the couple's explanation for diverting over $100,000 in campaign funds to pay for legal fees.

Jared DeMarinis, director of the board's candidacy and campaign finance division, found that the legal payments did not violate state election law.

DeMarinis said Maryland law prohibits any candidate or political committee from using campaign funds for legal expenses related to investigations or court proceedings unless there is "a direct nexus between the expenditure and the candidacy."

That test was met, according to DeMarinis, who said in letters to the couple in February that he reviewed the matter after "recent press coverage."

The month before, as Baltimore Brew first reported, campaign filings showed nearly $50,000 in legal fees were paid out of **Marilyn Mosby**'s campaign war chest.

**Marilyn Mosby** is facing a trial in May on federal perjury and false statement charges related to her purchase of two Florida vacation homes.

"An administrative oversight"

After The Brew disclosed the "ghost" contributions by Prescott Thompson, the Mosbys issued a statement calling the matter a "simple administrative oversight."

They said a check signed by Marilyn Thompson was mistakenly attributed to Prescott Thompson, whose name still appears on her checking account.

The couple has not responded to several requests by The Brew for a copy of the checks.

Last April, the Mosbys obtained a $58,000 loan from The Harbor Bank of Maryland.

The loan was secured by Nick Mosby signing as POA (power of attorney) for both Marilyn Thompson and the Estate of Prescott Thompson.

Maryland law says that the power of attorney ceases when a principal dies. The assets of the deceased revert to an estate administered by a personal representative (PR), who distributes the assets to the surviving spouse and others.

The Mosbys have not answered questions about why the Thompsons' assets were used to secure a loan going only to them.

"Investigation morphed"

As for the Mosbys' practice of paying lawyers with campaign monies, DeMarinis said he reviewed their campaign filings and identified $47,729.60 in legal fees paid by Friends of **Marilyn Mosby** and $52,500 charged to Friends of Nick Mosby.

His finding confirms Brew reporting – here, here, here and here – on the couple's use of political funds to pay legal fees amid multiple investigations.

The Baltimore Office of the Inspector General investigated **Marilyn Mosby**'s travel and private companies in 2020.

And **Marilyn Mosby**'s four-count federal indictment in January came after a year-long probe into her personal finances, Florida real estate purchases and other matters.

Nick Mosby, who has not been criminally charged, was subpoenaed by federal prosecutors, indicating he was also a subject of the investigation.

Representing Nick and **Marilyn Mosby**, attorney James J. Temple Jr. wrote to DeMarinis on March 18, making his case for the "direct nexus between the expenditure and the candidacy."

Temple noted the federal investigation into the couple was widely known to the public.

"Additionally," he said, "what is unreported or at least under-reported is that the unrelenting and expanse [sic] investigation inserted itself into almost every aspect of their lives – including their respective campaign committees."

"The investigation morphed into the targeting of not only the candidates, but the individual committees and their respective treasurers," he continued. "The finance committees were therefore under obligation to provide services of counsel."

Divergent Fees to Reed Smith

Temple noted that he was "constrained" by attorney-client privilege from providing documentation of attorney services. That said, he included letters from the couple's attorneys, including A. Scott Bolden, of the Reed Smith firm, **Marilyn Mosby**'s lawyer.

Bolden listed services his firm rendered, including reviewing campaign campaign finance records, interviewing "clients and other witnesses," reviewing subpoenas issued to Mosby's campaign treasurer and former treasurer, reviewing bank ledgers, internal reports and communications and more.

He said his firm spent 25-30 hours working on campaign-related matters for Nick and 25-30 hours working for Marilyn.

Nick allotted $12,50o in campaign funds to pay Reed Smith, whereas Marilyn diverted $37,500 from her campaign to Reed Smith for the same number of reported hours, the couple's individual finance reports show.

Prepping for the Feds

Attorney Caroline D. Ciraolo, of Kostelanetz & Fink, did not disclose hours worked on behalf of Friends of Nick Mosby, but described the services she rendered after Mosby and his campaign treasurer, Carlton Saunders, were subpoenaed in March 2021.

The questions posed by the federal agents at a subsequent interview, Ciraolo said, focused on "campaign and campaign finance issues, tax reporting and business dealings."

Attorney Granville Templeton III also described services related to assisting the **Marilyn Mosby** campaign and its treasurer, Sharif Small.

He said he assisted with the production of campaign finance records and preparing Small ahead of his interview with federal agents.

"Mr. Small was also the tax preparer for the Mosbys," Templeton wrote, "so he was able to produce many of the other documents requested in the subpoena."

– Fern Shen contributed to this story

Caption:
Above: Campaign contributions originating from the childhood home of **Marilyn Mosby** in Massachusetts. (Maryland State Board of Elections)

mosby legal fees **marilyn**

**mosby** legal fees nick

Copyright © 2022 Baltimore Brew LLC, All rights reserved.

Record Number: 4d757c645c8ca96717d96171befd3d6b8fde6a2

**Daily Record, The (Baltimore, MD)**

March 31, 2022

Section: News

Topics:

**Index Terms:**
General news

**Hogan endorses Vignarajah, a Democrat, in Baltimore State's Attorney's race**

Author: *Madeleine O'Neill*

Article Text:

Republican Gov. Larry Hogan has endorsed Democrat Thiru Vignarajah in the race for Baltimore City State's Attorney, Vignarajah's campaign announced Thursday.

The endorsement across party lines adds yet another unusual element to a race that already has been characterized by controversy.

The incumbent, Baltimore State's Attorney **Marilyn Mosby**, is under indictment and expected to face trial in May, several months before the primary. She has yet to formally file for reelection, though her campaign website instructs visitors to "stay tuned."

Vignarajah will also face defense lawyer Ivan Bates who, like Vignarajah, also sought the post in 2018. Mosby won reelection that year.

Hogan on Thursday echoed his frequent criticisms of the Baltimore leadership and the city's response to violent crime.

"For far too long, violent criminals have been allowed to terrorize the streets of Baltimore with impunity," Hogan said in a news release. "Every single day, the people of Baltimore pay a steep price for that failure with lost loved ones, terrified families, and countless lost potential. This crisis rises above partisan politics. It's not about right or left. It's about right and wrong."

Roger Hartley, the dean of the University of Baltimore's College of Public Affairs, said the endorsement could cut both ways for Vignarajah. Hogan enjoys a high approval rating in Maryland but is less popular in heavily Democratic Baltimore.

"It's typically unusual, especially in this day of divided politics, for a Republican governor to endorse a Democrat for a local office or vice versa," Hartley said. "It is also an endorsement of a challenger to a sitting incumbent, which is something else that sometimes leaders are cautious in doing."

Hogan has not been shy with his denunciations of Mosby. He ordered a state review late last year into grant funding her office received, sparking a fiery exchange between the two politicians.

Mosby, whose office stopped prosecuting certain low-level, nonviolent offenses during the pandemic, has accused Hogan of using Baltimore as a "punching bag" and targeting her with baseless criticisms.

Vignarajah highlighted that divide in a statement Thursday with the endorsement announcement.

"For eight years, the governor has done his best to support the city in its battle against violent crime," Vignarajah said in a statement. "But Governor Hogan knows that without leadership at the local level this fight is infinitely harder than it needs to be."

Mosby is also facing the uncertainty of a federal indictment on charges of perjury and making false statements on loan applications. Her case is set for trial on May 2 and is expected to conclude within a few weeks, well before the July 19 primary.

Bates did not comment directly on Hogan's endorsement, but said in a statement that he remains "laser-focused on providing the accountability, leadership, and experience to end the gun violence epidemic in Baltimore."

Roya M. Hanna, a defense attorney and former prosecutor, is also running for state's attorney. She recently announced she would drop out of the Democratic primary and run as an Independent.

Copyright © 2022 BridgeTower Media. All Rights Reserved.

Copyright, 2022, The Daily Record (Baltimore, MD)

Record Number: 299388

**Sun, The (Baltimore, MD)**

April 1, 2022

Edition: First Generic
Section: Main
Page: 3

### Hogan endorses Vignarajah in city state's attorney race

Author: *Alex Mann*

Article Text:

Republican Gov. Larry Hogan has endorsed Thiru Vignarajah in the Democratic primary for Baltimore State's Attorney.

Democrat **Marilyn Mosby**, a frequent target of Hogan's criticism, now holds the job.

The endorsement is the first time Hogan has formally backed a Democratic candidate, and the first time the two-term governor has weighed in on a Democratic primary, according to Vignarajah's campaign and Hogan's office.

Hogan cited Baltimore's persistent violent crime in backing Vignarajah. Homicides and shootings in the city are outpacing last year, which was the seventh consecutive year with at least 300 slayings.

"For far too long violent criminals have been allowed to terrorize the streets of Baltimore with impunity," Hogan said in a statement included in an announcement from Vignarajah's campaign. "Every single day, the people of Baltimore pay a steep price for that failure with lost loved ones, terrified families and countless lost potential. This crisis rises above partisan politics. It's not about right or left. It's about right and wrong."

Hogan described Vignarajah, a former city, state and federal prosecutor, as the candidate with the experience to "restore trust, hold violent criminals accountable and make our street's safer."

His endorsement comes after Vignarajah publicly backed a series of crime bills Hogan brought to the legislature. Hogan's political lobbying group, the Change Maryland Action Fund, ran digital advertisements touting Vignarajah's support for Hogan's legislation.

Hogan's endorsement adds to a primary race that could be defined by the federal indictment of Mosby. The two-term Democrat hasn't officially entered the race to retain her seat, but she has until April 15 to file official papers.

Mosby has said she's innocent on the two counts of perjury and two counts of making false statements on loan applications to buy a pair of properties in Florida. Her campaign did not respond Thursday to a request for comment.

Mosby and Hogan have sparred publicly over crime in Baltimore and her record as the city's elected prosecutor. The governor has often described Mosby as lenient on violent criminals, while Mosby has accused Hogan of "incessant dog-whistling attacks about Baltimore crime."

Hogan's support for Vignarajah may galvanize Mosby's supporters to rally around her given their quarrels, while Democratic voters may be turned off by a Republican-endorsed candidate, said Roger Hartley, dean of the University of Baltimore's School of Public Affairs. But the governor counts as bipartisan support and the issue of crime transcends party lines, meaning Hogan's backing could be a boon for Vignarajah, he said.

"Some political scientists say endorsements don't matter but unusual ones may. And this is an unusual one for this time," said Hartley, referring to intense partisanship in politics.

Hogan is a popular governor, even in Maryland, where Democrats outnumber Republicans 2-to-1, but Baltimore voters cast 67% of their ballots for his Democratic opponent Ben Jealous in the 2018 gubernatorial election compared with 32% for Hogan.

Vignarajah is a latecomer to the state's attorney's race. He announced his candidacy on March 22, after attorney Roya Hanna dropped out of the Democratic primary to run as an independent in the general election. Hanna is still listed as a Democratic candidate on the State Board of Elections website.

Defense attorney Ivan Bates also is running as a Democrat for state's attorney, setting up the potential for a rerun of the 2018 Democratic primary. In that race, Mosby won comfortably with Bates and Vignarajah splitting the rest of the vote.

Bates outraised Mosby and Hanna in the year leading up to the primary election, now set for July 19.

The state's attorney's race will be Vignarajah's third campaign for citywide office in a five-year span. He also ran for mayor in 2020, coming in fourth in a crowded field.

Vignarajah said in a statement Thursday that he was grateful for Hogan's endorsement and that the issue of public safety was more important than politics.

"Fighting violent crime is supposed to be the job of local leaders. For eight years, the governor has done his best to support the city in its battle against violent crime," Vignarajah said. "But Gov. Hogan knows that without leadership at the local level this fight is infinitely harder than it needs to be."

Baltimore Sun reporter Emily Opilo contributed to this article.

Caption:
Vignarajah

Copyright (c) 2022 The Baltimore Sun Company

Record Number: BS0122934991

**Daily Record, The (Baltimore, MD)**

April 1, 2022

Section: News

Topics:

**Index Terms:**
General news

**Mosby asks to postpone federal trial until September**

Author: *Madeleine O'Neill*

Article Text:

Embattled Baltimore City State's Attorney **Marilyn Mosby** wants to postpone her federal criminal trial until September, reversing her previous push to conclude the case before the primary election.

Her trial had been set to begin May 2, but Mosby's lawyer, A. Scott Bolden, notified the court Friday that he had concerns about meeting upcoming deadlines to resolve pending issues in the case.

"While counsel have identified experts for the defense, given the lack of clarity by the government in the identification of its experts, its 'rolling production' and voluminous nature of discovery recently produced by Government counsel, much of which must be reviewed by said expert(s) in order for them to provide a written summary of their opinions, the defense will be unable to comply with the Court-imposed deadline" for motions in limine, Bolden wrote.

Mosby faces two counts each of perjury and making false statements on loan applications. She has claimed that the prosecution is politically motivated and targeted to hurt her chances at reelection this year.

It was not immediately clear Friday what a postponement would mean for the election. Mosby has remained coy about her plans to run and has yet to formally file for reelection, though her campaign website says to "stay tuned." The filing deadline is April 15.

Bolden did not immediately respond to an email requesting comment Friday. The U.S. Attorney's Office also did not immediately respond, but Bolden wrote in the filing that the government opposes the request to postpone Mosby's trial.

(This story will be updated.)

Copyright © 2022 BridgeTower Media. All Rights Reserved.

Copyright, 2022, The Daily Record (Baltimore, MD)

Record Number: 299549

**Sun, The (Baltimore, MD)**

April 2, 2022

Edition: First Generic
Section: Main
Page: 1

**Mosby asks to postpone trial until September**

Author: *Lee O. Sanderlin*

Article Text:

Baltimore State's Attorney **Marilyn Mosby** asked a federal judge on Friday to postpone her trial until September in an apparent about face from her original demand for a speedy trial earlier this year.

Charged with two counts of perjury and two counts of making false statements on mortgage applications, Mosby's lawyers are now seeking to delay the trial until after the July primary elections for Baltimore state's attorney. A two-term Democrat, Mosby has not filed for reelection, but has previously said she would. She has until April 15 to file.

The trial is currently set to begin May 2, and U.S. District Court Judge Lydia Kay Griggsby issued a new order Wednesday confirming the trial date with both Mosby's lawyers and federal prosecutors.

Should the trial be postponed, Griggsby suggested September as the first available date based on her schedule, the motion said.

Federal prosecutors, in a response filed Friday, said Mosby's lawyers have no good reason to postpone the trial and all the reasons they say it should be postponed are "entirely of their own making."

"The only basis for a continuance offered by the defense is that they are unprepared and cannot meet the deadline for making expert disclosures on April 4, 2022," prosecutors wrote.

Griggsby will hold a teleconference Tuesday to discuss the whether the trial will be postponed, according to a court filing Friday afternoon.

Mosby's lawyer A. Scott Bolden did not return a request for comment Friday. A spokeswoman for the U.S. Attorney's Office said it would not comment on a pending trial.

Bolden wrote in his motion that Griggsby had concerns about the schedule, mainly because the defense would not be able to meet certain filing deadlines the judge imposed. Bolden wrote that the defense wants the delay because the government still was turning over evidence and that he is unclear about whether the feds will call expert witnesses, which would determine who the defense's expert witnesses are.

In a Feb. 23 conference with Griggsby, Bolden told the court he planned to call anywhere between 5 to 10 expert witnesses. Wise told the court that the prosecution would not call any expert witnesses.

Mosby's team of five lawyers has until Monday to disclose their expert witnesses in this case, something they told Griggsby they could do in the most recent scheduling conference, according to the prosecution's response.

Bolden also had concerns about prosecutors not turning over what is known as Brady evidence - the evidence prosecutors have that may help prove his client's innocence. Normally, prosecutors turn over all the evidence in a case to comply with Brady, but when there are tens of thousands of pages of evidence, they are sometimes compelled to point out what parts may fall under Brady.

Wise said much of the evidence in the case is Mosby's own financial records, which should already be in her possession. Prosecutors also recently revealed they have recorded phone calls between Mosby and the company that manages Baltimore's retirement plan.

The government claims Mosby lied in 2020 about experiencing financial hardship during the pandemic so she could withdraw $81,000 without penalty from her City of Baltimore retirement savings account to make down payments on two Florida homes: an eight-bedroom rental near Disney World and a condo on the state's Gulf Coast.

The motion to postpone the trial comes after both sides have filed pointed critiques of each other, with Bolden attacking Assistant U.S. Attorney Leo Wise's reputation, claiming political and racial animus is the driving factor behind the prosecution. Wise has repeatedly refuted that claim and told the court Feb. 23 that he plans to file a motion to bar Bolden from continuing to make those attacks, according to court records.

The motion is also a stark departure from Mosby and Bolden's own calls for a fast trial so as not to hurt her chances for reelection in the upcoming Democratic primary. In predominantly Democratic Baltimore, the primary winner typically wins the general election.

Bolden said himself on Jan. 17, just four days after the original indictment, that he was ready for trial. And Mosby said several times she was innocent and that any delay to the trial would be intended to damage her politically.

"I know I've done nothing wrong, so I'm ready to go to trial tomorrow," Mosby said during a Feb. 1 appearance on MSNBC. "Put this on trial right now so I can prove my innocence. But let's get to the election because I know that's what this is all about."

Baltimore Sun reporter Jessica Anderson contributed to this article.

Caption:
Baltimore City State's Attorney **Marilyn Mosby** wants to postpone her trial, but federal prosecutors say there is no good reason to do so. JERRY JACKSOn/Baltimore Sun

Copyright (c) 2022 The Baltimore Sun Company

Record Number: BS0122951378

**Daily Record, The (Baltimore, MD)**

April 5, 2022

Section: News

Topics:

**Index Terms:**
General news

**Trial for Baltimore State's Attorney Mosby delayed until September**

Author: *Madeleine O'Neill*

Article Text:

The criminal trial against Baltimore City State's Attorney **Marilyn Mosby** has been postponed until September, setting up a campaign season in which Mosby may seek reelection while under the threat of federal prosecution.

U.S. District Judge Lydia Kay Griggsby on Tuesday ordered Mosby's trial rescheduled for Sept. 19. The trial had been set to begin on May 2, but Mosby's lawyer, A. Scott Bolden, asked for more time to meet upcoming deadlines late last week.

A hearing on pretrial motions in the case remains scheduled for April 14.

Mosby previously sought a quick trial so that the proceedings would conclude before the Democratic primary this summer. More recently, she has equivocated on whether she intends to run and has yet to formally file for reelection.

If she runs, Mosby will face Ivan Bates and Thiru Vignarajah, both of whom also ran against her in 2018, in the primary.

In his request for a postponement, Bolden cited extensive discovery from the government as one reason the defense would need more time to prepare pretrial motions and resolve pending issues in the case.

Federal prosecutors opposed the request, pointing to Mosby's repeated statements to the press that she was prepared to go to trial as soon as possible.

The parties met in a telephone conference with Griggsby on Tuesday. The conference was not open to the public, but afterward Griggsby filed an order moving the trial date to September.

The indictment against Mosby alleges that shefalsely claimed financial hardship during the COVID-19 pandemic in order to withdraw money from her retirement account

without incurring the usual penalty. She is also accused of failing to disclose a $45,000 IRS lien when she applied for mortgages on two properties in Florida.

She faces two counts each of perjury and making false statements on loan applications.

The defense has argued in court filings and in the media that the indictment against Mosby was politically motivated and intended to hurt her chances at reelection.

Bolden has filed a motion to dismiss the indictment based in part on allegations that the lead prosecutor on the case, Assistant U.S. Attorney Leo Wise, has personal animus against Mosby and is pursuing a vindictive prosecution against her. The parties will address the motion to dismiss at the April 14 hearing.

Copyright © 2022 BridgeTower Media. All Rights Reserved.

Copyright, 2022, The Daily Record (Baltimore, MD)

Record Number: 300020

**Baltimore Brew (MD)**

April 5, 2022

Section: Accountability

**For Marilyn Mosby, a new trial date – and a new lawyer on her team**

Author: *Fern Shen*

Article Text:

As **Marilyn Mosby**'s trial date gets pushed back to September, Baltimore's federally indicted state's attorney is beefing up her legal team with a highly regarded local lawyer.

Sources confirm that Baltimore defense attorney Gary E. Proctor is representing Mosby, who was charged in January with two counts of perjury and two counts of making false statements on loan applications for two Florida vacation properties.

Just what Proctor's role will be in Mosby's defense remains unclear.

So far, D.C.-based attorney A. Scott Bolden has led Mosby's team of five lawyers and spoken forcefully to the media – proclaiming his client's innocence, her grievances against allegedly biased prosecutors and her demand for a speedy trial.

Asked what his responsibilities will be, Proctor has not responded to calls from The Brew. Bolden, of the firm Reed Smith LLP, also has not replied.

Proctor represented one of the six Baltimore officers Mosby charged in connection with Freddie Gray's 2015 death in police custody.

Regardless of how Proctor figures in Mosby's defense, he will be a somewhat ironic presence as part of her team.

In one of Proctor's best known cases, he was on the opposite side from Mosby's office as it prosecuted the case for which she is most famous.

Proctor represented William Porter, one of the six Baltimore police officers Mosby charged in connection with Freddie Gray's 2015 death in police custody.

After two weeks of testimony, the jury was unable to reach a verdict and the judge declared a mistrial.

Proctor and co-counsel Joseph Murtha defended Porter, who had been charged with involuntary manslaughter, second-degree assault, misconduct in office and reckless endangerment.

Seeking a Speedy Trial

Mosby's new trial date – September 19, 2022 – means her trial will come after the July 19 Democratic primary.

Her trial had been scheduled for May 2.

The two-term incumbent has not formally filed for re-election (she has until April 15 to do so), but she has been raising money and encouraging supporters.

Today's amended scheduling order by U.S. District Judge Lydia Kay Griggsby came after a request by Mosby on Friday to move the trial back.

This was an about face for the defiant Mosby, who repeatedly demanded that she receive a speedy trial earlier this year.

"Put this on trial right now, so I can prove my innocence," Mosby said February 1 on the Joy Reid Show on MSNBC. "Let's get to the election because I know that's what this is all about."

She and Bolden repeated that demand on multiple occasions, as did Mosby's husband, City Council President Nick Mosby.

"My wife . . . has asked for a very speedy trial, right? Most people don't do that, right?" Mosby said, to a Fox 45 reporter last month. "She's saying try me as soon as possible."

Then Winning a Delay

In walking back their position on scheduling, Mosby's defense attorneys said there was uncertainty about whether the feds would call expert witnesses.

They also said they needed more time to go over new evidence presented by prosecutors.

(The prosecutors revealed in court filings last month that they have recorded calls between **Marilyn Mosby** and the company that manages Baltimore employees' retirement accounts.)

In their response, prosecutors said the evidence to be presented is mostly Mosby's own financial records and that she has no valid excuse for seeking a delay.

Griggsby, whose scheduling order came after a teleconference today between the two sides, said she was granting the delay request "for good cause shown."

The teleconference was conducted privately between the judge and the attorneys involved.

**Marilyn Mosby** says her husband's tax decisions and lies placed her in legal jeopardy (2/21/22)

Under the pre-trial schedule laid out by Griggsby, Mosby's lawyers are still due to come to court on April 14 to make their case for why the charges should be dismissed.

In lengthy court documents filed in February, her lawyers argued that she is an innocent spouse, brought down by her husband's errors and untruthfulness about their tax liabilities and targeted by vindictive prosecutors and others who harbor "racial, political and personal animus" toward her.

_____

The text of Griggsby's order today:

Caption:
Above: **Marilyn Mosby**'s new trial date, Sept. 19, falls after the July 19 primary. (YouTube)

Attorney Gary Proctor (left) exits the courthouse during the 2015 trial of Baltimore police officer William Porter. (Fern Shen)

Criminally indicted Baltimore State's Attorney **Marilyn Mosby** and her attorney A. Scott Bolden on MSNBC in February. (YouTube)Winning a Delay

Griggsby's order on Mosby trial reschedule

Griggsby's order on Mosby trial reschedule 2

Copyright © 2022 Baltimore Brew LLC, All rights reserved.

Record Number: 25988c15e27069e0a5f984958013066f7ef5b6e

**Sun, The (Baltimore, MD)**

April 6, 2022

Edition: First Generic
Section: Main
Page: 1

**State's attorney trial gets delayed**

**Federal judge approves request made by Mosby to postpone until September**

Author: *Alex Mann*

Article Text:

A federal judge approved Baltimore State's Attorney **Marilyn Mosby**'s request to postpone her criminal trial, setting a new date in September.

After a teleconference with Mosby's defense lawyers and federal prosecutors Tuesday morning, U.S. District Judge Lydia Kay Griggsby scheduled the trial for Sept. 19. It's unclear how many days Griggsby set aside for the trial, but prosecutors said in a February status report they anticipated trying the case in four days.

Mosby has maintained she is innocent of the perjury and false statement charges outlined in the Jan. 13 grand jury indictment. From the outset, the two-term state's attorney publicly demanded a speedy trial, saying she didn't want the case to interfere with her bid for reelection, beginning with the Democratic primary over the summer.

The trial was scheduled for May 2. On Friday, Mosby walked back her demands to be tried quickly and moved for a postponement, with her lawyers citing concerns about meeting pretrial deadlines outlined by Griggsby. The new trial date set Tuesday means Mosby's day in court will come after the July 19 primary.

While Mosby hasn't officially filed to run for reelection, videos emerged online this week appearing to show her at a March campaign event. Reviewed by The Baltimore Sun, the footage depicted an impassioned Mosby speaking to supporters from what appear to be the steps to her home in Reservoir Hill. Mosby repeated her assertions that she's being persecuted because of her policies, while touting her record and energizing her support base.

"This is just the beginning. We're three months out. I have a trial, we got an election to win - that's what this is about; this was put in place so that I would not win," Mosby told those in attendance, promoting lawn signs and asking for volunteers and donations. "When we come back, because we're about to, we're going to come back like we just did, with an army behind me saying 'Game on. We're built for this.' "

Mosby faces two familiar challengers in the Democratic primary in defense attorney Ivan Bates and former prosecutor and mayoral candidate Thiru Vignarajah, and runs with her trial looming.

The indictment charges Mosby with two counts of perjury and two counts of making false statements on loan applications on a pair of vacation properties in Florida: an eight-bedroom home near Disney World, and a condo on the state's Gulf Coast.

Federal prosecutors accused Mosby of committing perjury by falsely claiming financial hardship due to the coronavirus to make early, penalty-free withdrawals from her retirement savings under the federal CARES Act. They said she made false statement by failing to disclose a federal tax lien on the mortgage applications and trying to secure a lower interest rate by claiming the house near Orlando would be a second home despite having arranged for a company to run it as a rental.

The U.S. Attorney's Office opposed Mosby's request for a delay, saying that her lawyers presented no valid reason to postpone the case and that they were prepared for trial.

Prosecutors accused Mosby of attempting to "try this case in the press," extending a series of heated pretrial pleadings featuring pointed critiques from both sides.

Mosby's lawyers are seeking to have her case dismissed on the grounds of prosecutorial vindictiveness, arguing that the lead prosecutor, Leo Wise, and Maryland U.S. Attorney Erek Barron wield animus against her and brought a case tainted by bias. In support, they noted donations Wise made to Mosby's political opponents, and disparaging comments Barron allegedly made about Mosby as a state lawmaker.

Federal prosecutors responded by saying Mosby's claims were baseless, and that she "invented a tale of victimhood" to distract from her charges. Prosecutors have indicated they will file a motion ahead of trial to prohibit the defense from attacking Wise in front of the jury.

Griggsby's scheduling order Tuesday keeps in place some of the deadlines she previously established, meaning that Mosby and the attorneys will appear in court April 14 to address the defense's motion to dismiss the case and other pretrial legal filings. The judge set aside 90 minutes for the attorneys to argue their positions.

A pretrial status conference is slated to occur Sept. 14, five days before the trial kicks off.

Prosecutors are expected to call up to 15 witnesses, while Mosby's lawyer A. Scott Bolden recently indicated the defense is considering bringing 5 to 10 expert witnesses to the stand.

Part of the debate over a delay pertained to discovery material, or evidence and information the attorneys exchange before trial. The discussion brought to light that the government has recordings of Mosby's calls to the company that manages the city's retirement plan.

Caption:
Mosby

Copyright (c) 2022 The Baltimore Sun Company

Record Number: BS0123020607

**Baltimore Brew (MD)**

April 7, 2022

Section: Politics

**Sparks fly as Marilyn Mosby takes her (unofficial) reelection campaign to Roland Park**

Author: *Fern Shen*

Article Text:

State's Attorney **Marilyn Mosby** – who has not formally declared her candidacy but has been raising money, rallying supporters and stockpiling lawn signs – brought her message to Roland Park last night.

Before the monthly meeting, some members tried to talk Claudia Diamond, president of the Roland Park Civic League, out of letting the city's indicted top prosecutor come.

Others, at the meeting, questioned why other candidates in the race had not been invited.

That discussion ended when Mosby swept into the church basement room, equipped with a binder full of talking points.

"We hear about the rapes, the robberies, the non-fatal shootings every single day, but we don't often hear about the outcomes of those cases because what is perpetuated by the media is negativity."

She went on to recite the details of several recent convictions, the philosophy behind her policies, her office's heavy caseload and other challenges.

The audience of about 35 people listened politely, but several had issues they wanted to raise.

Tony Foreman, who owns several restaurants including Petit Louis Bistro on Roland Avenue, said he was concerned about safety.

"I've watched the attitudes change greatly toward coming into the city for those businesses and toward purchasing a home in the city and participating in the tax base," he said. "And when I think about when that change started, it coincides really clearly with the beginning of you being in office."

While some of the policies she has put in place may be "thoughtful," Foreman said, "I struggle seeing the general effectiveness of those policies. I'd like to know what you have to say about that."

"That's not what I said"

There's a "false correlation," Mosby replied, that her policies "are responsible for the sentiments of the current day."

She noted that since she became state's attorney in 2015, Baltimore experienced the Uprising following the death of Freddie Gray, a U.S. Department of Justice report on "the discriminatory practices of the eighth largest department in the country," and the federal Gun Trace Task Force prosecution, "one of the largest police corruption scandals in the history of the country."

"And furthermore," she continued, she was hampered by the instability of "having to work with five police commissioners and four mayors in six years."

After she concluded that "there are a whole lot of other collateral issues," Foreman said, "I know about those other issues. You are the one in charge."

Later in the evening, Foreman again raised the issue of responsibility:

"You are the top law enforcement official in the city, correct?"

"One of them, correct," she said, pointing to the police commissioner and the mayor.

"Who is over you?" Foreman pressed.

"There's no one over me. I represent the citizens of Baltimore," Mosby said.

"There's no one over me. I represent the city of Baltimore" – **Marilyn Mosby**.

"So, if you are the top, then – and looking at the change over the last seven years – you're essentially saying it's not your responsibility," he continued.

"That's not what I said at all," she answered.

"You're accepting no responsibility!" he cut in.

"You clearly didn't listen to what I said," she shot back.

At this point, League President Diamond, who was moderating, cut the conversation off.

"Then try the case"

Mosby's appearance came two days after a judge pushed back the trial date for her federal indictment. Now her jury trial is scheduled to take place on Sept. 19 – meaning, after the July 19 Democratic primary.

The two-term incumbent is charged with two counts of perjury and two counts of making false statements on loan applications for two Florida vacation properties.

An online meeting participant, Roland Park resident Tom Dolina, launched directly into the substance of Mosby's felony charges.

He referenced the allegation that she lied about Covid-19 hardship in order to withdraw money early from her pension fund without a financial penalty.

"I'm concerned right now, given the optics of your situation, how any person in Baltimore can feel comfortable with the state's attorney who spends time in Florida, flaunting an annual salary of $250,000," Dolina said. "And then decides to do what many people in our city can't do: Take money out of their pension fund so they can flip houses and make a profit."

The longtime local attorney wasn't finished:

"And if you want to talk about your innocence, then try the case! Why did you add instability to this primary run by postponing this case when you said [previously] you want to be tried right away? You are creating disrespect in the legal community. Your prosecutors are overworked. Because they don't want to work for you."

Facing his image on the Zoom screen, Mosby answered:

"I can tell you that there were a slew of homicide prosecutors that are still with me today who understand the mission of our office and who come in every day and do their jobs. And that's not going to distract me. It's not going to distract my prosecutors."

"I have nothing to be apologetic about in utilizing my own money" – **Marilyn Mosby**.

Repeating the allegation that her lawyers have made in court filings – that she is "racially and politically and personally being attacked" by prosecutors – she fired back about the pension withdrawal charges, saying, "I have nothing to be apologetic about in utilizing my own money."

"It's not your money – it's the taxpayers' money!" Dolina exclaimed.

"It is my money!" she insisted. "I am here to talk about the work. And I'm not going to allow you or anyone else to distract me. Next question."

"A bad idea"

One Civic League officer, Bobby Marinelli, said afterwards that Mosby's appearance was "a bad idea," and that "the optics of the residents challenging her is likely to be seen as a racial issue."

Mosby spoke passionately to the audience, all of whom were white, about "the racial inequities that permeate the criminal justice system" and that hurt "poor Black and brown people."

She explained the rationale behind the policy she announced in January 2019 to stop prosecuting marijuana possession, and her subsequent decision to stop prosecuting drug possession, prostitution and other crimes.

"If you're a Black person in this country, you're four times more likely to be arrested for marijuana possession than a white person," she said. In Baltimore, the likelihood jumps to six times.

"We need to address our history of racism. That meeting will only serve to reinforce the perception of Roland Park as 'whites only'" – Bobby Marinelli.

Several Civic League members fretted privately that legitimate questions about Mosby's policies and personal legal troubles would be disparaged, coming from an affluent neighborhood – one still working to move beyond its ugly early history of property covenants that excluded Blacks and Jews.

"We need to address our history of racism," Marinelli said. "That meeting will only serve to reinforce the perception of Roland Park as a 'whites only' neighborhood. I am so bummed by this."

Public Forum Spurned

Diamond was asked, at one point, why the other primary candidates – Ivan Bates and Thiru Vignarajah – were not invited.

"Our agendas are really full with a lot of community business. I just thought that we should not necessarily use our monthly meetings for campaign stops," she said.

Mosby had been scheduled to appear at the Civic League's March meeting, but the organization then announced that she had canceled because her office's annual report wasn't ready.

Diamond said she had tried to organize a public forum for Mosby and Bates at the Bolton Street Synagogue.

Bates was willing to attend, but Mosby was not interested, according to Diamond. (At that point, Vignarajah had not entered the race.)

"Remember, guys," the Civic League president added, "Ms. Mosby has not actually filed to run at this point."

That explanation brought an eye roll from Foreman.

"I was at a meeting with the candidate earlier in the week and she assured everyone that she was running again," he said. "So this is a campaign stop."

"She is an elected official, and any time an elected official wants to meet with us, I think we ought to meet with her," Diamond replied.

An assistant dean at the University of Baltimore Law School, Diamond also made a point of describing Mosby's ties to the community and to her professional life.

"I just want to acknowledge that your daughters go to Roland Park Elementary and Middle School. My daughter did as well," she said.

"You and I have connections through UB Law School. I've been involved with the state prosecutors program, and I also have many alums that I taught who work in your office. So I really appreciate you coming and talking tonight about the office and your activities and the annual report."

Caption:
Above: At a Roland Park Civic League meeting, State's Attorney **Marilyn Mosby** responds to a question from restaurateur Tony Foreman. (Fern Shen)

**Marilyn Mosby** addresses the Roland Park Civic League's April 2022 meeting. (Fern Shen)

Seated, center, Roland Park Civic League President Claudia Diamond. (Fern Shen)

Copyright © 2022 Baltimore Brew LLC, All rights reserved.

Record Number: f679c4b62bcb918387551d9e166fae63b671cd9

**Daily Record, The (Baltimore, MD)**

April 8, 2022

Section: News

Topics:

**Index Terms:**
General news

**Mosby's defense team to argue for dismissal of indictment at Thursday hearing**

Author: *Madeleine O'Neill*

Article Text:

The case against Baltimore State's Attorney **Marilyn Mosby** will move forward next week with a pretrial hearing on Mosby's effort to have her federal indictment dismissed.

Thursday's hearing marks the first time that Mosby's defense team and federal prosecutors will go head to head in a courtroom with public observers.

The defense has asked U.S. District Judge Lydia Kay Griggsby to toss the indictment on the grounds that Mosby is being unfairly targeted for prosecution.

In pretrial motions, the defense lawyers argued that the lead federal prosecutor, Assistant U.S. Attorney Leo Wise, has a personal vendetta against Mosby and should be disqualified from the case. Mosby's attorney, A. Scott Bolden, has pointed to the fact that Wise contributed small amounts to both of Mosby's competitors in the 2018 Democratic primary when she last ran for re-election.

In its response, the government accused Mosby of inventing a "tale of victimhood" to deflect from the charges against her.

Mosby faces two counts each of perjury and making false statements on loan applications. She is accused of falsely claiming financial hardship related to the COVID-19 pandemic in order to withdraw money from her retirement account without incurring the usual penalty.

She is also charged with failing to disclose a $45,000 IRS lien when she applied for mortgages on two properties in Florida, and of lying about receiving a $5,000 "gift" from her husband, City Council President Nick Mosby, in order to secure a favorable interest rate on one of the properties.

**Marilyn Mosby**'s pretrial motions also claimed that she did not know about the tax lien when she applied for the Florida mortgages. The motions blamed Nick Mosby for failing

to inform her of a series of tax problems and then telling her, incorrectly, that the IRS lien had been paid off.

The government and the defense will each have 20 minutes to make arguments at Thursday's pretrial hearing, plus 15 minutes each for responses and 10 minutes for rebuttal, according to a scheduling order.

The number of observers at the hearing will be strictly limited. In a phone call with the media Thursday, Chief Deputy Clerk David Ciambruschini said only 20 observers will be permitted in the courtroom because of COVID-19 protocols.

Three seats will be reserved for members of the press, seven will be reserved for the public and 10 will be held for people attending on behalf of the parties to the case.

Other people will be able to watch a livestream of the proceedings from an overflow courtroom on another floor of the courthouse.

Ciambruschini did not answer questions about how these numbers were reached or whether the parties to the case were involved in developing the protocols. Another criminal trial happening in federal court this week did not appear to limit the number of observers.

Mosby's case is scheduled for a trial on Sept. 19. The trial had been set to begin on May 2, but Bolden asked for more time to meet upcoming deadlines and Griggsby on Tuesday granted that request.

Copyright © 2022 BridgeTower Media. All Rights Reserved.

Copyright, 2022, The Daily Record (Baltimore, MD)

Record Number: 300650

**Baltimore Brew (MD)**

April 8, 2022

Section: Crime & Justice

**Judge places restrictions on media covering pivotal Mosby pre-trial hearing**

Author: *Fern Shen*

Article Text:

Reporters were informed today that the media will have limited access to a key hearing next week on State's Attorney **Marilyn Mosby**'s motion to dismiss the federal charges against her.

Stringent rules were set forth by a court official in a conference call with reporters that brought immediate protests from media organizations, including The Brew.

The chief deputy clerk for the U.S. District Court of Maryland, David E. Ciambruschini, said the press will be allotted three seats in the courtroom and seven seats will be made available for members of the public.

The seats would be available to credentialed reporters on a first-come, first-served basis.

No cameras, phones, recorders or other electronic devices will be permitted in the courtroom. Other seats in the room will be set aside for people affiliated with the two sides in the case.

Reporters on the call, organized by court officials to discuss coverage of the April 14 proceeding, were shocked to hear of the restriction.

Trials and hearings in high-profile cases often are heard in Courtroom 1A, the largest room at the Edward A. Garmatz Building, at 101 West Lombard Street, where U.S. District Court cases are held.

Earlier this week, District Judge Lydia Kay Griggsby granted Mosby's request to delay her trial – on two counts of perjury and two counts of making false statements on loan applications – from early May to mid-September.

Courtroom 1A will be used as "overflow seating" for the hearing, with the actual proceedings held in Courtroom 5C, a smaller room.

Credentialed media and the public will be able to sit in the larger courtroom to watch the proceedings on a screen.

Under this scenario, off-camera activity in the hearing room will not be seen. Potential problems with the audio or the live feed also makes this less than optimal.

UPDATE: Federal judge walks back restrictions on media and public attendance at Mosby hearing (4/8/22)

Warning to Reporters

Ciambruschini was unable to answer many of the questions from media participants on the call.

Asked who made the decision to allow only three members of the press in the courtroom, he called it "a court decision," but later said the decision was made by "the presiding judge."

Reporters thinking of contacting Judge Griggsby directly to ask about the unusual directive were explicitly warned not to do so.

All press communications and questions to the court are to be routed through him, Ciambruschini said, to be forwarded to Griggsby.

He noted that any member of the media who violates that directive "may be subject to being denied access to the courtroom."

"You're threatening us," one reporter said on the call.

Any member of the media who tries to directly contact Judge Griggsby "may be subject to being denied access to the courtroom."

Ciambruschini said concern about Covid-19 transmission was behind the room restrictions.

That assertion was questioned by reporters who have been covering this week's federal trial of former Baltimore police detective Robert Hankard, who is accused of civil rights violations, planting evidence and lying to a grand jury.

"I wasn't sitting six feet apart" from others in the room, Baltimore Banner reporter Justin Fenton said on today's call.

Access decisions are made individually by the presiding judge, Ciambruschini told him.

Another question asked, but not answered on the call:

Whether the defendant, or her lawyers or associates, were involved in discussions about this press restriction or had initiated it.

Earlier Closed Hearing

Members of the media covering the Mosby case have been challenged to get access to some of the key activity on it.

For instance, the status hearing on Tuesday between the parties – which led to Griggsby's order to postpone the trial until September – was conducted by teleconference and not open to the public.

The Brew has requested the transcript of the hearing.

We have also asked the court to explain why a number of documents filed in the case have been sealed, and have requested that the court release them.

Caption:
Above: U.S. District Judge Lydia Kay Griggsby, who is presiding over **Marilyn Mosby**'s case. (ali.org)

Copyright © 2022 Baltimore Brew LLC, All rights reserved.

Record Number: 7cffb86c2172277c94f2d4531aaad7e91f4b0

**Baltimore Brew (MD)**

April 9, 2022

Section: Crime & Justice

**Federal judge walks back restrictions on media and public attendance at Mosby hearing**

Author: *Fern Shen*

Article Text:

After objections from news organizations, the judge presiding over **Marilyn Mosby**'s federal indictment has dropped plans to restrict media attendance at a key court hearing next week and will move the proceeding to a larger room.

A court official had told reporters yesterday that only three members of the media would have reserved seats in the courtroom where Mosby's motion seeking dismissal of the case is being heard. Another seven seats were to be set aside for the public.

Last night word came that U.S. District Judge Lydia Kay Griggsby had reconsidered the matter and moved next Thursday's hearing to Courtroom 1A of the Edward A. Garmatz Building, a larger space.

The only restrictions in the courtroom, where both the public and reporters may gather, will be Covid-19 social distancing, according to the new directive emailed to news organizations by David Ciambruschini, chief deputy for the clerk of the U.S. District Court of Maryland.

"During the call, members of the press raised objections to some of the procedures announced on behalf of Judge Griggsby," Ciambruschini wrote.

"Judge Griggsby values the input of the press and has carefully considered those objections."

Wide Public Interest

In protesting the decision, The Brew and other news organizations pointed to the wide public interest in this case, in which Baltimore's top prosecutor faces felony criminal charges.

Mosby was indicted in January on two counts of perjury and two counts of making false statements on loan applications to buy vacation properties in Florida.

In motions seeking to have the case thrown out, her lawyers argue that the prosecutor and others harbor personal, political and racial bias towards her. A jury trial in the case is scheduled for September 19.

Other rules for the pre-trial hearing that were announced last night:

Spectators and members of the press may not possess electronic devices in Courtroom 1A.

An overflow viewing/audio room will be established in the Jury Assembly Room on the 4th floor of the courthouse for credentialed members of the press only.

The use of electronic devices and blogging will be permitted in the overflow room. Audio or video recording, photography or broadcasting of the proceedings is prohibited.

All court-wide policies on masking and vaccination will remain in place as detailed in Standing Order 2022-01 and Standing Order 2021-10. (Basically, masking is required in public areas, and visitors must show proof they are fully vaccinated or produce results of a recent negative Covid test.)

Caption:
Above: The federal courthouse in downtown Baltimore. (Brew file photo)

Copyright © 2022 Baltimore Brew LLC, All rights reserved.

Record Number: 7daf702ec27e35caf63bdbab67cf38d809ea0e9

**Sun, The (Baltimore, MD)**

April 10, 2022

Edition: First Generic
Section: Main
Page: 5

**Sunday News Shows Interview GUESTS**

Article Text:

ABC's "This Week": White House national security adviser Jake Sullivan. 9 a.m., WMAR (Channel 2); 10 a.m., WJLA (Channel 7)

NBC's "Meet the Press": White House national security adviser Jake Sullivan; Ukrainian Foreign Minister Dmytro Kuleba; former Treasury Secretary Larry Summers. 10 a.m., WGAL (Channel 8) and WBAL (Channel 11); 10:30 a.m., WRC (Channel 4)

CBS' "Face the Nation": White House national security adviser Jake Sullivan; Oksana Markarova, Ukrainian ambassador to the U.S.; Dr. Scott Gottlieb, former Food and Drug Administration commissioner; former Homeland Security Secretary Jeh Johnson; Federal Reserve Bank of Cleveland President Loretta Mester. 10:30 a.m., WUSA (Channel 9), WJZ (Channel 13)

CNN's "State of the Union": White House national security adviser Jake Sullivan; Rep. Liz Cheney, R-Wyo.; European Commission President Ursula von der Leyen; Canadian Prime Minister Justin Trudeau; Global Citizen CEO Hugh Evans; former CIA Director Gen. David Petraeus. 9 a.m., CNN

"Fox News Sunday": White House press secretary Jen Psaki; Sen. Mitch McConnell, R-Ky. 9 a.m., WTTG (Channel 5), WPMT (Channel 43) and WBFF (Channel 45); 2 p.m., FOX News Channel

"Matter of Fact with Soledad O'Brien": Host Soledad O'Brien looks at an American crisis - teenagers with anxiety and depression. Some schools are working overtime to provide relief. 11 a.m., WBAL (Channel 11)

"11 TV Hill with Jason Newton": Host Jason Newton previews the Orioles' home opener - new players, new stadium snacks, and more of what fans can expect at Camden Yards. 11:30 a.m., WBAL (Channel 11)

"Square Off": This week's all-new Square Off deals with violence in Ukraine and in the city of Baltimore, where murders are soaring towards 90, including a young mother shot and killed with her young children in their house. How was State's Attorney **Marilyn Mosby** able to get her trial on perjury and making false statement charges moved from

May until September, after the July 19th primary election? Moderator Richard Sher is joined by panelists Bryan Nehman, Mary Koch, Bob Scherr, and Billy Murphy. Available online at squareoff.net

Caption:
White House national security adviser Jake Sullivan speaks at a press briefing in Washington on Monday. He will be on various talk shows today. Andrew Harnik/AP

Copyright (c) 2022 The Baltimore Sun Company

Record Number: BS0123094714

**Afro-American, The (Baltimore, MD)**

April 12, 2022

Section: Front Page

Topics:

**Index Terms:**
Baltimore Community, Baltimore Government, Baltimore News, Homepage Slider,
News, Politics

**Baltimore City State's Attorney Marilyn Mosby runs for re-election**

Author: *AFRO Staff*

Article Text:

Baltimore City State's Attorney **Marilyn Mosby** has filed to run for re-election for a third
term in office.

On April 12, Mosby released her first campaign video, detailing measures and initiatives
that have been deemed successes during her past seven and a half years in office.

Mosby created the first Conviction Integrity Unit (CIU) in Maryland, which investigates
allegations of innocence and wrongful convictions. As a result of this work, a total of 12
residents who were wrongly convicted and imprisoned regained their freedom.

"There is still so much more work to be done," said Mosby in the video. "But I am more
confident than ever that Baltimore is on the verge of scripting our greatest chapter ever."

Mosby is known internationally as the prosecutor who charged the officers involved in
the death of Freddie Gray. Across the country, she is known as the prosecutor who shook
up political norms in 2014 when she garnered 94 percent of the general vote, ousting her
formidable opponent who was better-funded and supported in that year's primary
election. Mosby picked up 49.4 percent of the primary election vote in 2016 and 93.7
percent of the vote in the general election that same year.

Mosby's record in the State's Attorney's Office reports an average 90 percent conviction
rate for violent offenders. While in office, a 92 percent conviction rate has stood for
violent repeat offenders, which Mosby's office says either match or goes beyond that of
her predecessors.

And that's no easy feat.

The city has seen four mayors, five police commissioners and a consent decree from the
Department of Justice while Mosby has been in office. There was also the discovery, trial

and conviction of several corrupt members of the Baltimore Police Department's Gun Trace Task Force.

The top lawyer in Baltimore is also responsible for creating the Sentencing Review Unit (SRU), which aims to "review and reduce excessive sentences for juvenile lifers and elderly individuals" that qualify."

Under Mosby's direction, her office reports that there have been "progressive criminal justice reforms" in what they say can be a model "21st Century prosecutorial archetype" for states across the country.

"[I am] living up to my commitment to foster better relationships with the communities and neighborhoods that we serve by breaking down the barriers of distrust," Mosby said in the video. "Our efforts are driving some of the most progressive criminal justice reforms enacted anywhere in the country and we are holding everyone accountable to one standard of justice, regardless of their job title or their ZIP code.

According to information released by her office, State's Attorney Mosby has "taken the bold steps of decriminalizing drug possession and sex work; re-imagining prosecutorial priorities."

Some say this is why she has been targeted with a four-count indictment this year for actions related to using pandemic perks to draw from her retirement early and purchase two vacation homes in Florida. Mosby's lawyers have been adamant that she did nothing wrong.

Regardless of the rumors and conversations swirling, Mosby has remained focused.

"I love Baltimore, and I love our people," Mosby said. "We take whatever is thrown our way and we keep pushing, we keep fighting, we keep moving forward, Baltimore, we've come a long way together and the best is yet to come; why? Because we're built for this."

Help us Continue to tell OUR Story and join the AFRO family as a member – subscribers are now members! Join here!

© Copyright 2022 The Afro-American Newspaper Company All Rights Reserved.

Record Number: 23deb43b28d813511b16fe1541341e56922fe917

**Sun, The (Baltimore, MD)**

April 13, 2022

Edition: First Generic
Section: Main
Page: 3

### Amid legal woes, Mosby announces that she'll run for reelection

Author: *Alex Mann*

Article Text:

Baltimore State's Attorney **Marilyn Mosby** announced Tuesday that she is running for reelection, setting up a rematch of the 2018 Democratic primary under the backdrop of her federal indictment.

Mosby's campaign unveiled her candidacy with a video in which she notes the ups and downs Baltimore has experienced over her current term and lauds residents' "unwavering resilience."

"As I make my way around the city, I meet neighbors who tell me how much they love Baltimore and I see their eyes light up as they share their hopes and dreams for our city," Mosby said. "These interactions not only inspire me but they literally strengthen and sustain me to work harder to bring real reform and meaningful progress to Baltimore, and that's why I'm running for reelection as State's Attorney for Baltimore City."

She did not respond to a request for an interview.

The two-term Democrat did not yet appear as a candidate on the Maryland Board of Elections website Tuesday. Friday is the filing deadline for candidates to enter the primary election. After her trial was postponed until Sept. 19, Mosby's federal criminal charges won't be resolved when voters take to the polls July 19.

Mosby has been campaigning behind the scenes for weeks, with videos emerging online last week appearing to depict a campaign kickoff event in front of her Reservoir Hill home in March. That event features prominently in Mosby's new campaign video.

The Democrat first won the office in an upset over incumbent State's Attorney Gregg Bernstein in 2014, and fended off a pair of challengers to retain her seat in 2018. Months after taking over as state's attorney the first time, Mosby rose to national prominence by filing charges against the six Baltimore police officers involved in the arrest of Freddie Gray, who died of injuries suffered while in police custody. None of the officers were convicted.

Mosby nonetheless developed a strong base of support in Baltimore. She has portrayed herself as a progressive prosecutor and has used her power to dismiss drug possession charges and certain other nonviolent offenses. The state's attorney regularly touts her efforts to free the wrongfully convicted and willingness to review lengthy prison sentences.

Speaking to a crowd of supporters also pictured in the video, she jabbed the media for highlighting that her campaign website and social media pages had been taken offline in February. About a month later, while Mosby remained coy about her plans to run, the page returned with a link for donations and a bold-type statement telling visitors to "stay tuned."

By Tuesday, the website featured a new look and a new URL, shesbuiltforthis.com, which draws from comments she made with a defiant tone at a news conference the day after she was federally indicted on perjury and false statement charges: "I'm built for this," she told reporters outside the State's Attorney's Office on Jan. 14. The new domain name was purchased in February, online records show.

Indeed, her bid for reelection could be defined by her criminal case. Federal prosecutors have accused her of committing perjury when she applied for early withdrawals from her city retirement savings under the guise of having suffered financially from the coronavirus pandemic. She is also charged with making false statements on loan applications to buy a pair of properties in Florida.

Mosby pleaded not guilty and maintains her innocence. Much of her defense to date has targeted federal prosecutors, claiming the indictment is a result of animosity from the U.S. Attorney's Office. Prosecutors responded by saying Mosby "invented a tale of victimhood" to distract from her charges.

It comes as no surprise to political observers that she's running for reelection. Over the past months, she's used public appearances to bring attention to her record in office the past seven-plus years.

Roger Hartley, dean of the University of Baltimore's School of Public Affairs, said Mosby wields the significant advantage of being an incumbent, but that persistent violent crime could lead voters to look for a change at the polls. Also, he said, the impact of her indictment remains to be determined.

"Under those situations, it will be a stronger race," Hartley said.

Originally scheduled for May 2, Mosby's trial on perjury and fraud charges was postponed by a federal judge last week after she walked back her demands to be tried within 70 days so as not to interfere with her bid for reelection. She's now slated to stand trial Sept. 19, leaving registered Democrats in Baltimore to choose a state's attorney candidate to advance to the November general election without knowing the outcome of Mosby's case.

Mosby faces familiar challengers in defense attorney Ivan Bates and career prosecutor Thiru Vignarajah. They ran against her in the 2018 Democratic primary. Mosby won comfortably a second term with almost 50% of the vote, while Bates and Vignarajah split the remaining ballots that year.

Vignarajah told The Baltimore Sun that Mosby is "doing a disservice" to Baltimore by asking to postpone her trial and running for reelection because it forces voters to make a decision without knowing whether she'll be eligible to hold the office after her trial. Vignarajah said Mosby has proved she can't juggle her federal defense and helming the city prosecutors' office, contending that she hasn't done enough to stem violent crime.

Copyright (c) 2022 The Baltimore Sun Company

Record Number: BS0123141195

**Baltimore Brew (MD)**

April 13, 2022

Section: Politics

**Video announcing Marilyn Mosby's re-election kick-off is taken down over copyright claim**

Author: *Fern Shen*

Article Text:

Less than 24 hours after State's Attorney **Marilyn Mosby** announced her plan to run for re-election with a new campaign ad, the video has been taken down due to copyright issues.

The three-minute YouTube video, set to the song "Jesus Walks," triggered an objection by jazz musician Curtis Lundy, the choir arranger for the vocals used on the song made famous by Kanye West.

The video, featuring shots of Mosby talking to children, hugging supporters and other images, now says, "This video has been removed by the uploader."

Earlier today, clicking on the video link brought this message: "This video is no longer available due to a copyright claim by Curtis Lundy."

Fox45 first reported the video being taken down. As of this afternoon, the video remains up on Mosby's Instagram.

Yesterday's video release appears to be Mosby's attempt to make her intention to seek a third term official after weeks of de facto campaigning in West Baltimore, Roland Park and at other locations across the city.

Currently, her name does not appear on the online 2022 Gubernatorial Primary Candidate's List maintained by the State Board of Elections.

Candidates wishing to run in the July 19 Democratic primary must file at the Baltimore Board of Elections by 9 p.m. on Friday.

Mosby, the city's top prosecutor, has been coy about her plans to run for a third term amid the felony charges she faces.

In January, federal prosecutors brought a four-count indictment against Mosby. She is charged with two counts of perjury and two counts of lying on mortgage documents to buy Florida vacation properties.

Call to Action

Yesterday's video steered clear of Mosby's public declarations that federal prosecutors are racially and politically biased against her.

Her lawyers are scheduled to make that case before a federal judge Thursday as they argue their motion to have the charges dismissed.

The campaign kick-off declared that the city's "best days are ahead of us," with Mosby saying in the voice over:

"I love Baltimore, and I love our people. We take whatever is thrown our way and we keep fighting, we keep pushing."

"Kick their butts"

Mosby didn't hold back her emotions last month when she gathered supporters outside her Reservoir Hill home, casting herself as the victim of powerful enemies out to punish her for her progressive ways.

"Unapologetically, I stand against the status quo – but when you do, they come for you," she said to cheers in a video posted on Instagram on March 10.

"But understand, I got an army behind me," she exclaimed, to even louder cheers. "We have to kick their butts!"

"I need you guys to phone bank . . . to volunteer . . . to go to the polls," she said, going on to tell the group she had lawn signs and window placards for them to take home.

"Don't put 'em up just yet," she added, as her husband, City Council President Nick Mosby, stood beside her, by turns applauding and whispering in her ear.

"And we're going to need your donations," he reminded the crowd. "She runs against the machine every single time."

Caption:
**Marilyn Mosby**'s campaign video, "We're Built for This 2022," has been removed. (YouTube)

**Marilyn Mosby**'s campaign video, "We're Built for This 2022," has been removed. (YouTube)

**Marilyn Mosby**, with husband Nick Mosby, at a campaign rally for supporters outside their Reservoir Hill home. (Instagram)

Copyright © 2022 Baltimore Brew LLC, All rights reserved.

Record Number: 27c434e26b8b964394ac2d4ce47263a91cfc4e

**Daily Record, The (Baltimore, MD)**

April 14, 2022

Section: News

Topics:

**Index Terms:**
General news

**News organizations ask judge in Mosby case to reconsider sealing documents**

Author: *Madeleine O'Neill*

Article Text:

The Daily Record and a regional press associationhave asked the federal judge overseeing Baltimore City State's Attorney **Marilyn Mosby**'s criminal case to revisit the decision to seal certain documents from public view.

In a letter submitted Wednesday, The Daily Record asked U.S. District Judge Lydia Kay Griggsby to follow procedural requirements for sealing records, including offering time for the public to object and disclosing her reasons for sealing documents if she decides to do so.

The Maryland-Delaware-D.C. Press Association, which represents news organizations in the region, also submitted a similar letter on behalf of its members Thursday.

As of early Thursday afternoon, Griggsby had not responded to the letters from The Daily Record or the MDDC Press Association.

Michael Meyerson, the DLA Piper professor of law at the University of Baltimore School of Law and an expert in First Amendment issues, said courts are required to follow clear procedures before sealing documents in order to protect the public's right of access.

"There is an obvious public interest in knowing what our public officials are doing, and that interest is protected by both traditional legal rules and the First Amendment," Meyerson said.

Over the course of the high-profile case against Mosby, the defense team has made two requests to file documents under seal. In March, the defense said a series of documents needed to be sealed because they contained "confidential correspondence between the parties."

In another instance earlier this month, even the motion to seal the document was filed under seal, making it impossible for the public to see the lawyers' reasons for the request.

Griggsby granted both requests on the same day they were filed and did not make findings on the record as to why the documents should be shielded from public access.

"We think the public deserves to know the content and nature of the motions filed in this case," said Thomas Baden, editor of The Daily Record. "State's Attorney Mosby is an important public servant in our community. Furthermore, we believe the judge handling the case should adhere to the court's own rules in deciding whether such motions can be justifiably sealed from public view."

The Daily Record's letter points to Fourth Circuit precedent involving sealed records in criminal cases. At a minimum, judges should give the public an opportunity to object before a record is sealed, and should make findings on the record explaining why sealing is necessary instead of an alternative such as redaction, the letter argues.

"The strong presumption for openness is a hallmark of judicial proceedings in the United States, particularly in matters of great public importance," said Michael de Leeuw, an attorney with Cozen O'Connor who represents The Daily Record and who drafted the letter on the news organization's behalf.

"Overcoming that presumption and sealing a hearing or a filing is no small matter, and a court must allow for the press and other impacted parties to object, and a court must clearly set forth reasons for overcoming that foundational presumption," de Leeuw said.

This is not the first time that public and press access has become an issue in the case. Members of the news media raised concerns on Friday when a court official said that only three seats would be reserved for the press at a pretrial hearing scheduled for today.

Later that day, the court announced that the hearing would be held in a larger courtroom to accommodate journalists.

Mosby faces two counts each of perjury and making false statements on loan applications. The indictment alleges that Mosby falsely claimed she had suffered financially during the COVID-19 pandemic in order to withdraw money from her city retirement account without incurring a penalty.

She is also accused of failing to disclose a $45,000 IRS lien when she applied for mortgages on two properties in Florida, and of making various false statements in order to secure favorable interest rates.

Mosby, who is running for reelection this year, initially pushed for a trial that would take place before the Democratic Party primary in July. The trial was scheduled for May but later postponed until September after Mosby's lawyer, A. Scott Bolden, said the defense needed more time to sift through discovery and handle pretrial issues.

Public access to the case is particularly important because the charges raise questions about Baltimore's top prosecutor during an election year, said Rebecca Snyder, the MDDC Press Association's executive director.

"It's not just a media issue," Snyder said. "This is truly a transparency issue."

Lucy Dalglish, a lawyer and dean of the Philip Merrill College of Journalism at the University of Maryland, College Park, said transparency in criminal cases protects defendants as well as the public by providing increased oversight of the legal system as a whole.

Mosby has argued, for example, that the prosecution against her is politically motivated and targeted to hurt her chances at reelection.

"There are very good reasons on both sides of the bench for why it is important to watch criminal trials," Dalglish said. "It protects the public, it protects the court, it protects the prosecution, it protects the victim, and it protects the accused."

The Mosby case is not the only time federal judges here have sealed documents without making findings on the record or offering the public an opportunity to object.

In another high-profile case involving Baltimore lawyer Kenneth W. Ravenell, the judge sealed dozens of documents without making public findings.

That case was handled by a senior judge from Virginia, Liam O'Grady, to avoid conflicts of interest involving local judges. O'Grady unsealed the shielded documents once Ravenell's trial began, but has once again allowed documents to be filed under seal since the trial's conclusion late last year.

Copyright © 2022 BridgeTower Media. All Rights Reserved.

Copyright, 2022, The Daily Record (Baltimore, MD)

Record Number: 301445

**Daily Record, The (Baltimore, MD)**

April 14, 2022

Section: News

Topics:

**Index Terms:**
General news

**Judge denies motion to dismiss federal charges against Mosby**

Author: *Madeleine O'Neill*

Article Text:

A federal judge denied a request from Baltimore City State's Attorney **Marilyn Mosby** to dismiss her federal indictment Thursday, finding that the defense had shown no objective evidence the charges were brought out of personal animus.

U.S. District Judge Lydia Kay Griggsby ruled from the bench after a lengthy hearing at which Mosby's lawyer, A. Scott Bolden, tried to turn the spotlight on the lead prosecutor, Assistant U.S. Attorney Leo Wise, and argue that Wise targeted Mosby for prosecution because of a personal grudge.

Griggsby was unimpressed, and she repeatedly emphasized at the hearing that Wise did not appear to have the power to single-handedly bring the indictment against Mosby.

Wise also defended himself during his legal argument before the judge. "I can no more decide to indict someone than I could authorize air strikes into Russia," he said.

Bolden repeated arguments he's made in the past at Thursday's hearing, claiming that Wise developed animus against Mosby in 2018, after a strained meeting over claims that a member of Mosby's office had leaked news of a federal investigation into the Baltimore Police Department's corrupt Gun Trace Task Force.

Wise also made small, solicited donations to Mosby's opponents in the 2018 Democratic primary, the defense has noted. Bolden also claimed that prosecutors refused to allow Mosby to testify before the grand jury though documents filed in the case indicate that she sought immunity as part of her offer to testify.

"If you look at the totality of the circumstances, there's a lot going on here," Bolden said in court. "This isn't some dispassionate prosecutor."

But Griggsby noted several times throughout Bolden's argument that the federal prosecutor's office is made up of many decisionmakers, not just Wise. She also

questioned Wise about his role in the case during his argument and asked whether he has supervisors who must approve his work.

"More than I'd like to describe," Wise quipped.

Wise also said that prosecution decisions in public corruption cases must go before an indictment review committee made up of senior prosecutors from the both divisions of the U.S. Attorney's Office in Maryland.

Griggsby concluded that none of the defense's claims showed objective evidence of a vindictive prosecution, though she said she accepted the factual allegations as true for the purposes of deciding the motions.

Mosby repeatedly shook her head while Griggsby was announcing the decision. After the hearing, Mosby struck a defiant tone and said that Griggsby's acceptance of the defense's claims as true was important for the public to understand.

She reiterated her claim that the prosecution against her is politically motivated and was timed to hurt her chances at reelection this year.

"We did not expect to prevail, however, I look forward to my day in court," she said outside the federal courthouse.

Bolden said Mosby will continue to fight for her due process rights.

"These facts, while they may not have risen to the level for the judge to dismiss the charges, they're problematic," Bolden said.

As she entered the courthouse before the hearing, Mosby was flanked by her husband, City Council President Nick Mosby, and greeted by a small group of supporters who shouted that she is "built for this," in reference to comments Mosby made soon after being indicted.

The defense's arguments meant that most of Thursday's hearing centered on Wise, rather than the case against Mosby.

The indictment alleges that she falsely claimed financial hardship during the COVID-19 pandemic in order to withdraw money from her city retirement account. She is also accused of failing to disclose a $45,000 IRS lien when she applied for mortgages on two properties in Florida.

She faces two counts each of perjury and making false statements on loan applications.

Copyright © 2022 BridgeTower Media. All Rights Reserved.

Copyright, 2022, The Daily Record (Baltimore, MD)

Record Number: 301544

**Baltimore Brew (MD)**

April 14, 2022

Section: Crime & Justice

**Judge denies defense motions to dismiss charges against Marilyn Mosby**

Author: *Fern Shen*

Article Text:

At today's hearing on **Marilyn Mosby**'s motion to have the federal charges against her thrown out, her lawyer argued that Leo J. Wise, the lead prosecutor, "has a penchant for prosecuting Black elected officials."

"All we did was draw the logical conclusion from his past conduct that this prosecution is consistent with his history of prosecuting Black elected officials," asserted attorney A. Scott Bolden.

U.S. District Judge Lydia Kay Griggsby, who is Black, pushed back.

"Are you aware, Mr. Bolden, of any evidence that Mr. Wise has been found to have prosecuted someone because of their race?" she asked.

"In all fairness, judge, I am not," Bolden said, moving swiftly on to his other arguments.

None of those arguments succeeded in persuading Griggsby, either. Nor did it likely help his case that he interrupted the judge at several points, prompting her to repeatedly chide him.

"Just a moment, Mr. Bolden," she said. "Let the court speak!"

By the end of the 90-minute hearing, Griggsby ruled against all three of the defense pleadings:

That the charges be dismissed on the grounds of vindictive and selective prosecution.

That Wise be prohibited from trying the case.

That the government produce more pre-trial evidence (a "bill of particulars" in Bolden's words) to back up the charges.

The defense's objections, said Griggsby, "can be characterized as a difference of opinion as to how the government has conducted its prosecution."

Griggsby spelled out her conclusions more fully in a written opinion that was filed after adjournment:

"The defense has neither shown that the prosecutors in this case have acted with personal animus against the defendant and would not have brought this case but for such animus, nor that similarly situated individuals of a different race than the defendant's have not been prosecuted by the Department of Justice for similar offenses."

Afterwards, outside the courthouse in downtown Baltimore, Mosby once again repeated her charge of racial bias by Wise, telling reporters that his prejudice "has been seen in the city of Baltimore since his existence here."

"I'm going to fight, and I'm going to prevail like I always do" – **Marilyn Mosby**.

"I'm going to fight, and I'm going to prevail like I always do," said Mosby, who filed for re-election as Baltimore's state's attorney at the Board of Elections before arriving at court today.

The Democratic primary is set for July 19, and Mosby's trial is scheduled for Sept. 19.

She is charged with two counts of perjury and two counts of lying on mortgage documents for the purchase of two Florida vacation properties.

"A victim fantasy"

Wise called the evidence against Mosby "overwhelming" and described the defense's charge of prosecutorial bias "a Rube Goldberg machine they've constructed."

He said Mosby's lawyers have wildly overstated his power. He said he could no more single-handedly authorize a federal indictment "than I could authorize airstrikes in Russia."

Mosby, sitting next to Bolden at the defense table, could be seen both glaring and writing furiously on a notepad during Wise's arguments before the judge.

Mosby cries vindictive prosecution to "de-legitimize anyone who has the temerity to question her behavior" – Prosecutor Leo Wise.

Wise likened her charges of vindictive prosecution to those of Donald Trump, calling them "a victim fantasy."

"It's all just an attempt to deflect from the defendant's own conduct and de-legitimize anyone who has the temerity to question her behavior," Wise said.

He recalled that Baltimore Mayor Catherine Pugh, whom he also prosecuted, made the same charges of "witch hunt – until she pled guilty."

Inflows and Outflows

Wise complained that Mosby's lawyers essentially "fault us for doing a thorough investigation," for instance, "that we subpoenaed a hairdresser."

He said that's how the FBI proceeds when conducting a financial investigation: "When they can't figure out what a payment is for, they send out a subpoena."

Such information helped them document one part of the indictment, the charges that Mosby lied about having financial hardship due to Covid-19 in order take money out of her retirement plan account.

"That's how we know the defendant didn't suffer any financial hardship," he said, "because we've seen the outflows into her accounts and the inflows – and they don't support what she told the plan administrator. What she swore was true."

As for Mosby's argument that prosecutors must provide more evidence before the case can move forward, Wise and his co-counsel said the superseding indictment already makes clear how strong their case is.

"In approximately 20 pages, the indictment tells a comprehensive narrative of an individual underwater in debt to the IRS who used dishonest means in attempting to better her financial stake," U.S. Attorney Sean R. Delaney said, adding:

"The government is prepared for that case."

Caption:
Above: **Marilyn Mosby**, with husband Nick Mosby (left) and attorney A. Scott Bolden (right), after her bid to have the charges against her thrown out fails. (Fern Shen)

U.S. District Judge Lydia Kay Griggsby. (Brew file photo)

Assistant U.S. attorneys Leo Wise, Sean Delaney and Aaron Zelinsky leave the courthouse today. (Fern Shen)

A. Scott Bolden (right) and the rest of Mosby's legal team regroup after their loss before Judge Griggsby. (Fern Shen)

Copyright © 2022 Baltimore Brew LLC, All rights reserved.

Record Number: 5622e9f8246651121c833bf797ab3365526163c

**Sun, The (Baltimore, MD)**

April 15, 2022

Edition: First Generic
Section: Main
Page: 1

**Judge rejects Mosby motion**

**Case to go on against city state's attorney, who's up for reelection**

Author: *Alex Mann and Lee O. Sanderlin*

Article Text:

A federal judge on Thursday rejected Baltimore State's Attorney **Marilyn Mosby**'s request to dismiss the charges against her, finding her attorneys failed to present any objective evidence the case against her is prejudiced.

The judge's decision to dismiss the motion came the same day Mosby, a Democrat, formally filed to run for reelection.

Mosby's lawyers previously argued in court papers that her indictment should be dismissed on the grounds of vindictive prosecution and racial animus, that Assistant U.S. Attorney Leo Wise, who is leading Mosby's prosecution, should be prohibited from trying the case, and that the government must provide more specific information to support the charges.

U.S. District Judge Lydia Kay Griggsby denied all the motions, saying most of Mosby's allegations against Wise and the U.S. Attorney's Office amounted to a "difference of opinion." Prosecutors and Mosby's defense gave about two hours worth of arguments in court, with Griggsby often interjecting with ques

tions, seeking greater specificity in their statements.

A grand jury indicted Mosby on Jan. 13, charging her with two counts of perjury and two counts of making false statements on loan applications to buy a pair of properties in Florida: an eight-bedroom house near Disney World and a condo on the state's Gulf Coast. Her husband, Democratic City Council President Nick Mosby, has not been charged.

Last week, Griggsby postponed **Marilyn Mosby**'s trial from May 2 to Sept. 19 after the defense walked back its earlier demands for a speedy trial.

Mosby has pleaded not guilty.

Mosby arrived at the courthouse to the cheers of supporters. She walked into the courtroom and exchanged pleasantries with court staff and waved to people she recognized. She sat between her lawyers and took notes during the proceedings, sometimes shaking her head when Wise spoke.

She addressed reporters on the courthouse steps after the hearing. Standing with her husband and with her lead attorney, A. Scott Bolden, Mosby mischaracterized Griggsby's ruling, saying the judge had accepted most of the defense's arguments as fact.

Griggsby did not.

In one instance, the judge described the defense's arguments as "problematic." She said Bolden did not prove Wise has any personal or racial animus toward Mosby. Bolden argued Wise has a history of selectively investigating and prosecuting Black public officials.

"Are you aware of any evidence that shows Mr. Wise has prosecuted someone because of their race? Black official or not?" Griggsby asked Bolden.

"I am not," he replied.

Despite Bolden acknowledging in court that he had no evidence Wise is a racist prosecutor, Mosby again claimed racial animus afterward.

"Leo Wise has a history of racial animus-based prosecution that predates me and has been seen in the city of Baltimore since his existence here," Mosby said.

Wise said in court that Mosby "utterly failed" to prove her claims of vindictive prosecution and that the attacks on his credibility were a political ploy, comparing her rhetoric to that of former Republican President Donald Trump.

"It's all a plan to delegitimize anyone who has the temerity to question her behavior," Wise said in court. "It's just like what Trump did."

During arguments against Mosby's motions, prosecutors revealed more of the case against Mosby, with Wise calling the evidence "overwhelming" and her conduct "egregious."

According to her indictment, Mosby committed perjury by applying for early withdrawals from her city retirement savings account under the guise of having suffered financial hardship because of the coronavirus pandemic, which made her eligible to take out money early under the federal CARES Act.

Before the CARES Act, state and city employees could not access their retirement accounts before retiring unless they stopped working for the government or experienced an "unforeseeable emergency."

Prosecutors have troves of financial documents and have recordings of her phone calls to the company that manages the city retirement accounts, and Wise said Mosby's bank account activity from the time of the withdrawals proves she did not suffer financial hardship because of the pandemic.

Mosby used the $81,000 to make down payments on the properties in Florida, according to her indictment. Prosecutor say she neglected to mention a federal tax lien on a mortgage application and claimed the property near Orlando would be a second home when she had already lined up a management company to run it as a rental, a maneuver intended to secure a lower interest rate, according to her indictment.

Bolden acknowledged in court that Mosby planned to rent the home out and signed an agreement with a rental company, but said that did not amount to mortgage fraud because the management company had to get her approval before renting the home.

Despite Bolden's spirited arguments in court - he often interrupted Griggsby when speaking and gave impassioned opening remarks - he and Mosby conceded afterward they did not actually expect their motions to be successful.

"I look forward to my day in court," Mosby said.

Caption:
**Marilyn Mosby** responds to well wishers as she arrives at the Garmatz Federal Courthouse to have her motions hearing on Thursday afternoon. KIM HAIRSTON/Baltimore Sun

Copyright (c) 2022 The Baltimore Sun Company

Record Number: BS0123172236

**Daily Record, The (Baltimore, MD)**

April 15, 2022

Section: News

Topics:

**Index Terms:**
General news

**Judge in Mosby case updates sealing rules after letters from news organizations**

Author: *Madeleine O'Neill*

Article Text:

The judge overseeing Baltimore State's Attorney **Marilyn Mosby**'s criminal case has vacated her previous orders sealing documents from public view after a group of news organizations wrote letters objecting to the practice.

The order, filed late Thursday, allows the public the opportunity to object before a document is sealed, as the news organizations requested.

The Daily Record, Baltimore Banner and Maryland-Delaware-D.C. Press Association all submitted letters this week asking U.S. District Judge Lydia Kay Griggsby to revisit her decisions to seal records and follow procedural rules before blocking public access to documents in the case.

Those rules include offering time for the public to object and disclosing the reasons for sealing documents if Griggsby decides to do so. Thursday's order from Griggsby acknowledged both requirements, which have been established in Fourth Circuit precedent.

"The United States Court of Appeals for the Fourth Circuit has held that, in determining whether materials should be filed under seal, the Court must: (1) give the public adequate notice that the sealing of documents may be ordered and (2) provide interested persons an opportunity to object to the requests before the Court makes its decision," Griggsby wrote.

"If the Court decides to seal documents, it must state its reasons on the record, supported by specific findings, and state its reasons for rejecting less restrictive alternatives."

Since the beginning of the case against Mosby, the defense team has made two requests to file documents under seal. In March, the defense said a series of documents needed to be sealed because they contained "confidential correspondence between the parties."

In another instance earlier this month, the defense's motion to seal another document was itself filed under seal, making it impossible for the public to see the lawyers' reasons for the request.

Griggsby granted both requests on the same day they were filed and did not make findings on the record as to why the documents should be shielded from public access.

The judge vacated those decisions with Thursday's order, though the documents will remain temporarily sealed while the public has 14 days to file objections to the documents remaining sealed. The judge will make a decision on whether to unseal those documents and the rationale for that decision after that 14-day window.

Mosby faces two counts each of perjury and making false statements on loan applications. The indictment alleges that Mosby falsely claimed she had suffered financially during the COVID-19 pandemic in order to withdraw money from her city retirement account without incurring a penalty.

She is also accused of failing to disclose a $45,000 IRS lien when she applied for mortgages on two properties in Florida, and of making various false statements in order to secure favorable interest rates.

At a hearing on Thursday, Griggsby denied a request from the defense to dismiss Mosby's indictment. Mosby's attorney, A. Scott Bolden, tried to have the case thrown out by arguing that the lead prosecutor, Assistant U.S. Attorney Leo Wise, has a personal grudge against Mosby.

Griggsby found the defense's arguments unconvincing and said there was no objective evidence of vindictive or selective prosecution.

Copyright © 2022 BridgeTower Media. All Rights Reserved.

Copyright, 2022, The Daily Record (Baltimore, MD)

Record Number: 301650

**Baltimore Brew (MD)**

April 16, 2022

Section: Politics

**Vignarajah is in a dead heat with Mosby in the Baltimore state's attorney race, poll finds**

Author: *Mark Reutter*

Article Text:

Unlike four years ago when **Marilyn Mosby** cruised to victory, this year's race for Baltimore state's attorney could be tightening into a competitive match.

All three candidates in the 2018 Democratic primary are back again – incumbent Mosby and challengers Ivan Bates, a local defense attorney, and Thiru Vignarajah, a former city, state and federal prosecutor.

But at least at this early stage, Mosby appears to have lost votes, while Vignarajah, who ran for mayor in 2020 and is a fixture on Fox45 and other news programs, has apparently gained followers.

According to a poll by GQR, a respected Washington polling firm, Vignarajah and Mosby are now in a statistical dead heat at 32% and 35% of the primary vote.

Bates trails at 13%, and 20% say they are undecided.

The poll is based on a landline and cell phone survey of 400 registered "likely" Democratic city voters and carries a margin of error of plus or minus 4.9%.

The poll, paid for by the Vignarajah camp and made available to The Brew, is the only known survey publicly released since Mosby officially joined the race.

Seeking a third term, Mosby announced her candidacy despite a looming federal indictment, with a trial now set for September – or two months after the July 19 Democratic Party primary.

On Thursday, her motion to dismiss charges of perjury and lying on mortgage applications was denied by U.S. District Judge Lydia Kay Griggsby, who also ruled that Mosby's very public campaign to discredit lead prosecutor Leo Wise for alleged "racial animus" was without merit.

The poll, conducted on April 12-14, found that Mosby had a number of vulnerabilities, most notably an "underwater" favorability rating (44% unfavorable versus 38% favorable) and a definite voter ceiling.

Racial Breakdown

Some 45% of sampled Black voters said they'd vote for Mosby, considerably less than the over 60% who voted for her in 2018.

Vignarajah, recently endorsed by Republican Gov. Larry Hogan, had 29% of the Black vote. Bates was favored by 9%, and 17% were undecided.

Among white voters, Vignarajah picked up 38%, Bates 22% and Mosby 17%. Nearly one in four white voters said they were undecided.

The pollster did not ask what issues most concerned the voters, but the overwhelming worry for most city residents is crime and violence.

Mosby says that her office has over a 90% conviction rate (a figure that does not count the large number of dismissed criminal cases).

In 2020, she announced that her office will no longer prosecute low-level offenses such as prostitution, drug possession, public urination and traffic infractions.

Vignarajah favors a law-and-order approach and is announcing his specific policy prescriptions, starting with carjackings and continuing with open-air drug markets, violent criminals, public corruption and other issues.

Bates, who served as an assistant state's attorney before forming his own law firm, says he will strengthen gun prosecution, improve law enforcement coordination, and prioritize the removal of violent offenders.

Despite some stumbles during his mayoral run, including being seen in a video asking a police sergeant to turn off his body camera during a late-night traffic stop, Vignarajah has a high (68%) name recognition and a +28% favorability rating, according to the poll.

In a simulated race without Bates, Mosby picked up only 2% of the vote, while Vignarajah gained 8 points, moving to the lead.

In a race without Vignarajah, Mosby would likely beat Bates, the poll found.

2018 Race

In the 2018 Democratic primary, the two challengers split half of the vote (28% going to Bates and 23% to Vignarajah), while Mosby charged past them with 49%.

The Brew asked the Bates and Mosby campaigns to respond to the GQR poll and invited them to release their own polling data about how the race is shaping up.

Neither campaign has so far responded.

Caption:
Above: Thiru Vignarajah files his candidacy at the city elections board last month. (YouTube)

Earlier this month, State's Attorney **Marilyn Mosby** responds to questions about her crime policies and indictment at a Roland Park Civic League meeting. (Fern Shen)

State's attorney candidate Ivan Bates on the last day of early voting in 2018. (Fern Shen)

Copyright © 2022 Baltimore Brew LLC, All rights reserved.

Record Number: c0c213476e98e662e35b4fa3d95f74c6d7bdb99

**Sun, The (Baltimore, MD)**

April 17, 2022

Edition: First Generic
Section: Main
Page: 5

**Sunday News Shows INTERVIEW GUESTS**

Article Text:

ABC's "This Week": Ukrainian Prime Minister Denys Shmyhal; New York City Police Commissioner Keechant Sewell; New York City Mayor Eric Adams; Dr. Ashish Jha, the White House COVID-19 coordinator. 9 a.m., WMAR (Channel 2); 10 a.m., WJLA (Channel 7)

NBC's "Meet the Press": Dr. Ashish Jha, the White House COVID-19 coordinator; Austrian Chancellor Karl Nehammer; Rep. Fred Upton, R-Mich. 10 a.m., WGAL (Channel 8) and WBAL (Channel 11); 10:30 a.m., WRC (Channel 4)

CBS' "Face the Nation": Sen. Chris Coons, D-Del.; Ukrainian Foreign Minister Dmytro Kuleba; David Beasley, head of the U.N. World Food Program; Norma Pimentel, executive director of Catholic Charities of the Rio Grande Valley. 10:30 a.m., WUSA (Channel 9), WJZ (Channel 13)

CNN's "State of the Union": Ukrainian President Volodymyr Zelenskyy; singer Dave Matthews. 9 a.m., CNN

"Fox News Sunday": Dr. Ashish Jha, the White House COVID-19 coordinator; Rep. Kevin McCarthy, R-Calif. 9 a.m., WTTG (Channel 5), WPMT (Channel 43) and WBFF (Channel 45); 2 p.m., Fox News Channel

"Matter of Fact with Soledad O'Brien": Host Soledad O'Brien looks at a microbrewery run by active gang members. She learns how the business provides economic opportunity and curbs gang violence. 11 a.m., WBAL (Channel 11)

"11 TV Hill with Jason Newton": Host Jason Newton discusses new investments in the Inner Harbor - how a local businessman is planning to revitalize the heart of Charm City. 11:30 a.m., WBAL (Channel 11)

"Square Off": Baltimore City State's Attorney **Marilyn Mosby** kicks off her reelection campaign despite federal charges pending against her. Moderator Richard Sher sits down with Jimmy Mathis, Anthony McCarthy, Tonya Bana and former WBAL Radio talk host Yuripzy Morgan to also discuss Democratic lawmakers in Annapolis who voted against

the extension of the gas tax holiday, Mayor Brandon Scott's Comprehensive Violence Prevention Plan and the war in Ukraine. Available online at squareoff.net

Caption:
Dr. Ashish Jha, the White House COVID-19 coordinator, will appear on ABC's "This Week," NBC's "Meet the Press" and "Fox News Sunday" today. Elise Amendola/AP

Copyright (c) 2022 The Baltimore Sun Company

Record Number: BS0123203272

**Sun, The (Baltimore, MD)**

April 17, 2022

Edition: First Generic
Section: Main
Page: 3

**Branch won't seek reelection**

**Majority whip who has served in House since '95 withdraws bid for another term**

**GENERAL ASSEMBLY**

Author: *Emily Opilo*

Article Text:

State Del. Talmadge Branch, majority whip for more than a decade, withdrew his candidacy for another term in office late Friday, about two hours ahead of a deadline for candidates to file to run.

Branch, who has been a member of the House of Delegates since 1995, had filed in February, declaring his intent to seek another term. But the Democratic delegate opted Friday to withdraw. An East Baltimore resident, Branch represented the 45th District, and had served as majority whip in the House since 2007.

In a news release, Branch called serving in the General Assembly "the greatest privilege of my life."

"I am gratified and blessed for the opportunity to have worked on behalf of the people of this great state, and to have served the past three years working alongside my daughter," he said. "I've held a front-row seat to Maryland history and I'm extremely thankful."

His daughter, Democratic Del. Chanel Branch, holds another of the three 45th District seats. She and fellow incumbent Del. Stephanie Smith, also a Democrat, have filed to run to keep their offices. Also running are Democrats Jackie Addison, George Johnson and Caylin Young.

Republican Antonio Barboza will face the winners of the July 19 primary in the November general election.

Branch, who made an unsuccessful bid for Congress in 2020, has been a mainstay in the House of Delegates, previously leading the Legislative Black Caucus and serving as vice chairman of the Appropriations Committee.

As majority whip, Branch worked behind the scenes to make sure Democrats passed key bills and override gubernatorial vetoes. Branch coordinated more than a dozen deputy whips who worked with him to persuade members to vote with party leaders.

During his campaign to replace the late Democratic U.S. Rep. Elijah Cummings of Baltimore in 2020, Branch told The Baltimore Sun he was motivated to push for crime fighting legislation after his 22-year-old grandson, Tyrone Ray, was fatally shot in 2017 outside a convenience store in Northeast Baltimore. Branch argued successfully the next year for $3.6 million to expand the Safe Streets violence prevention program to at least 10 neighborhoods across the city.

Branch said he delayed making his decision to withdraw official, calling it "bittersweet."

"You kind of know that the time is now, but at the same time you kind of hate to let it go," he said.

Branch's late withdrawal stood out Friday amid an otherwise-uneventful filing deadline for state election officials. The deadline, typically in February, was twice delayed amid legal battles over redistricting. The fight also forced the delay of Maryland's primary from June 28 to July 19.

On Wednesday, that battle was largely quieted when the Maryland Court of Appeals rejected a challenge to a General Assembly-approved map of state legislative districts. Multiple lawsuits from Republican politicians and voters were unsuccessful in arguing the map violated provisions of the state's constitution. The ruling allowed the new districts for electing members of the General Assembly to go into effect.

Jared DeMarinis, director of candidacy and campaign finance for the Maryland State Board of Elections, said the filing deadline was the quietest he could recall in his tenure. Candidates had extra time to make up their minds on whether to run, he said.

"[The legislative] Session is over. It's so late this year," DeMarinis said. "This is by far the slowest and the least festive of them all."

Still, some straggling candidates made moves Friday. State Del. Jay Jalesi filed to run for state Senate in District 10, which includes a portion of Baltimore County. Incumbent Sen. Delores G. Kelley is retiring.

Jalesi, a Democrat who also ran an unsuccessful campaign for Congress in 2020, was publicly reprimanded by his House of Delegates colleagues in 2019 for "an ongoing pattern of bullying and abusive workplace behavior."

Jalesi will face Democratic Del. Ben Brooks; Lawrence Williams, who ran for the position in 2018, and Stephanie Boston, a repeat candidate for the position who most recently lost a bid for the post as a Republican in 2018. Boston is currently a registered Democrat.

Republican William Newton is running unopposed.

Other candidates formalized their plans earlier in the week. On Thursday, Laura Neuman, the former Republican county executive for Anne Arundel County who launched a potential run for governor of Maryland as a Democrat, decided to drop out of the race. Neuman had announced her intention to run in January, but never filed the paperwork to appear on the ballot. She's now endorsed Comptroller Peter Franchot for governor.

Neuman's exit leaves a 10-candidate field of Democrats: former Prince George's County Executive Rushern L. Baker III, Jon Baron of Montgomery County, Franchot, former Maryland Attorney General Doug Gansler, Ralph Jaffe of Baltimore County, Ashwani Jain of Montgomery County, former U.S. Education Secretary John B. King, author Wes Moore, former U.S. Labor Secretary Tom Perez and Jerome Segal, who had founded the socialist Bread and Roses Party but changed his affiliation to Democrat.

The Republican ticket will list Del. Dan Cox, who represents parts of Carroll and Frederick counties; Robin Ficker of Montgomery County; former state Commerce Secretary Kelly Schulz, and Baltimore County resident Joe Werner.

Baltimore State's Attorney **Marilyn Mosby** filed Thursday for reelection at the city elections office, ahead of her hearing in federal court related to charges of perjury and making false statements. Mosby has pleaded not guilty to the charges and maintains her innocence. Her trial is set for Sept 19.

The Democratic primary is a rematch among Mosby, Ivan Bates and Thiru Vignarajah. Mosby defeated them in 2018 with almost 50% of the vote. No Republicans have entered the race this year.

Copyright (c) 2022 The Baltimore Sun Company

Record Number: BS0123203309

**Sun, The (Baltimore, MD)**

April 19, 2022

Edition: First Generic
Section: Main
Page: 1

**No gifts in report by state's attorney**

**Mosby's ethics details show nothing given to couple's defense fund**

Author: *Emily Opilo, Alex Mann and Lee O. Sanderlin*

Article Text:

Baltimore State's Attorney **Marilyn Mosby** has filed her latest state ethics disclosure, reporting no gifts to a legal defense fund established for her and her husband, Baltimore City Council President Nick Mosby.

The fund, which opened for donations in mid-2021, was created so the power couple could defend themselves against a federal criminal tax investigation. Prominent supporters and community leaders have encouraged contributions, posting on Facebook and appearing at news conferences.

But whether anyone has donated remains a mystery.

Mosby's state ethics disclosure - specifically a section of it dealing with gifts - could have been one of a few windows into such fundraising. The submitted form should denote any donations from several key types of people outlined by state regulations.

Specifically, elected officials must disclose on their annual ethics forms gifts from people or entities who do business with the state, those regulated by the state and registered lobbyists. State ethics law requires listing gifts worth more than $20. Two or more gifts with a cumulative value of $100 from one person or entity must also be disclosed.

A. Scott Bolden, Mosby's attorney, did not respond to a request for comment. The chair of the State Ethics Commission decline to comment and referred questions to the commission's general counsel, who did not respond to a request for comment.

After a hearing Thursday, Mosby said the legal fight, still in the pretrial stage, has already been costly.

"This is where we are: hundred of thousands of dollars of debt in attorneys' fees, fighting a battle," she said, speaking to the media outside the federal courthouse in Baltimore.

A 1993 opinion from the Mary

land State Ethics Commission outlined the rules as they relate to legal defense funds, as did as a 2017 ethics commission guideline on gifts.

The commission issued the 1993 opinion at the request of the St. Mary's County sheriff at the time. He wanted to solicit donations to support a $1.5 million defamation lawsuit against a weekly newspaper in Southern Maryland. The ethics commission concluded his fund should be subject to "significant constraints" because donations would be considered gifts under state law.

High-profile supporters of the Mosbys have promoted the Mosbys' legal defense fund. City defense attorney Warren Brown posted on Facebook encouraging donations. Willie Flowers, president of the NAACP Maryland State Conference, appeared at a news conference in October and encouraged donations. Flowers said the civil rights organization would give money to the fund.

"We plan to give as much as possible," he said at the time.

**Marilyn Mosby**'s ethics disclosure on Wednesday came the day before the state's attorney filed to seek the Democratic nomination to run for a third, four-year term, according to state records. Nick Mosby's ethics disclosure is not due until Jan. 30.

While neither of the Mosbys has been charged with tax crimes, **Marilyn Mosby** was federally indicted in January on two counts of perjury and two counts of making false statements on loan applications to buy two properties in Florida: An eight-bedroom house near Disney World and a condo on the state's Gulf Coast. Nick Mosby has not been charged with anything.

Federal prosecutors say Mosby perjured herself by falsely claiming financial hardship because of the coronavirus to make early, penalty-free withdrawals from her city retirement savings under the federal CARES Act. They also accused her of failing to disclose a federal tax lien on a mortgage application for one property and claiming the house near Orlando as a second home to secure lower interest rates when she had lined up a company to operate it as a rental.

Mosby maintains she's innocent, and says she intends to clear her name at a trial scheduled for Sept. 19.

The state's attorney came under scrutiny at the beginning of the year when her campaign finance report showed she directed campaign funds to the law firm of her criminal defense lawyer, Bolden. However, the Maryland State Board of Elections found she provided ample documentation to support the expenses in question and their connection to her candidacy.

During its inquiry into the couple's campaign spending, the State Board of Elections asked about the legal defense fund. Attorney James J. Temple, who responded for the couple, said that as of March 1, "there have been no payments to any law firm hired by

the candidate or the committee by any legal defense fund." Temple did not say whether the fund had garnered any donations.

The defense fund website prompts visitors to consider donations of $10, $50, $100, $250, $500 or $1.000.

Bruce L. Marcus, a Greenbelt defense attorney who in 2012 chaired a panel established by the legislature to recommend changes to Maryland's campaign finance laws, said, "Generally speaking, monies given to an elected official must be considered for disclosure under state ethics laws."

Based on the 1993 opinion of the state ethics commission, donations to a legal defense fund are strictly regulated. State law bans almost all gifts from "controlled donors," people or businesses who do work with an official's agency, are regulated by that agency, or have "private interests that can be impacted by an official's performance of his duties."

In the case of the former sheriff, the commission said controlled donors would include people with matters pending before the sheriff's office, people who provide services or materials to the office, or attorneys, inmates or others in the criminal justice system. It is unclear if these restrictions would apply in Mosby's case to bar her from accepting legal defense fund donations from other lawyers in Baltimore, such as defense attorneys who represent people prosecuted by her office.

Mosby's ethics form did describe one gift in 2021: $971.90 in expenses related to a conference in Maine. Mosby attended the Black Women Lead retreat, paid for by the Vera Institute of Justice, an organization that advocates for criminal justice reform. Mosby's disclosure said she participated in discussions about "the difficulties and struggles that are unique to Black women leaders in our Country in the field of criminal justice and as elected Black women leaders."

Copyright (c) 2022 The Baltimore Sun Company

Record Number: BS0123227478

**Sun, The (Baltimore, MD)**

April 25, 2022

Edition: First Generic
Section: Main
Page: 1

**Series re-creates rise and fall of GTTF**

**Jon Bernthal channels former Baltimore police sergeant in HBO's 'We Own This City'**

Author: *Kamau High*

Article Text:

Jon Bernthal once did knuckle pushups outside on the sidewalk.

This unscripted moment happened when the actor with the tough-guy face, 45, was in Baltimore last year working on "We Own This City," which premieres 9 p.m. Monday on HBO.

Bernthal was channeling former Sgt. Wayne Jenkins, the disgraced former leader of the Baltimore Police Department's Gun Trace Task Force. Jenkins, who is often described as a larger-than-life character, oversaw the unit tasked with getting guns off the streets. Jenkins was no Officer Friendly to begin with, and by the time the unit was exposed as corrupt, he and his team left a trail of brutality, corruption and a fatal collision during a high-speed chase in their wake. Jenkins is serving a 25-year sentence for robberies, drug dealing and other crimes.

The Baltimore Sun chronicled the collapse of the GTTF in a 2019 series called "Cops and Robbers." Written by former Sun reporter Justin Fenton, the series was followed by his 2021 book, "We Own This City," about the entire sordid affair. That led to the six-part HBO miniseries, whose six exec

utive producers include David Simon, another former Sun crime reporter, and George Pelecanos, a Washington, D.C.-based crime novelist. Simon and Pelecanos also worked on "The Wire," a five-season HBO Baltimore crime drama that ran from 2002 to 2008, as well as shows such as "Generation Kill," "Treme" and "The Deuce."

In addition to Bernthal, Baltimore native Josh Charles plays Detective Daniel Hersl, and Jamie Hector plays Detective Sean Suiter, whose 2017 death was ruled a homicide despite questions about the circumstances: he was shot in the head a day before he was to appear before a grand jury investigating police corruption. Hersl is serving 18 years in prison after being convicted of robbery and dealing drugs. Wunmi Mosaku plays Nicole

Steele, a lawyer in the U.S. Department of Justice's Civil Rights Division sent to Baltimore ahead of a consent decree - still in effect in federal court - that requires and monitors improvements in policing the city.

A host of Baltimoreans make cameos, including photographer Devin Allen, some of whose pictures are in the opening credits; author D. Watkins, who is also a writer on the show; and rapper Young Moose, who is suing Hersl and the city, alleging officers harassed and wrongly arrested him. Fenton also has a cameo as a reporter who asks a question at a news conference announcing Jenkins' arrest.

The series begins with Jenkins giving a lecture to a roomful of attentive police cadets. Jenkins captivates them with his seemingly good guy talk of not beating up suspects because it's bad policing. From there, the episodes detail a crash course in how petty corruption turns into racketeering, stealing and reselling illegal drugs. Ultimately, prosecutors dropped hundreds of cases against defendants that involved the work of the corrupt officers and dozens of lawsuits were filed against the city.

Along the way, the series chronicles the unrest of 2015 that followed the death of Freddie Gray in police custody. Jenkins is seen rallying other officers before clashing with protesters. The miniseries premieres on the seventh anniversary of the first major protest downtown, which resulted in Orioles fans being locked in at Camden Yards over safety concerns.

Bernthal's portrayal of Jenkins is nuanced. While Jenkins' actions are a stain on the police department, he is shown as a husband and father - and Bernthal played a role in getting that other side of the man onto the screen.

"In the original scripts, we didn't know a lot about Jenkins' personal life," said Pelecanos. "Jon came to us and said, 'On one hand, he had all this dirt. On the other, he was a devoted family man.' We wrote additional scenes at the prompting of Jon."

Bernthal prepared for the role by going on raids and ride-alongs with Baltimore cops, some of who were former GTTF members. He got to know friends of Jenkins on and off the force, spoke with Jenkins while he was in prison and was in court the day he was sentenced.

"There's this whole other group who have been victimized and that's good police," said Bernthal.

The wounds from that bad policing remain raw. While shooting a scene of rioting that developed during the unrest, Bernthal's portrayal of a cop apparently so convinced a bystander that the person tried to punch him.

"Jon was swung at by a passerby. Someone thought they were joining a protest," said Reinaldo Marcus Green, the director and another of the executive producers. "There's method [acting] and then there's Jon. Jon carves out his own lane."

Bernthal was born in Washington and grew up in Cabin John, Maryland. He studied acting in Moscow before getting his break on AMC's "The Walking Dead." Since then, it's been a barrage of television and movies: "The Punisher," "Ford v Ferrari" and "King Richard," which Green also directed. Asked about "King Richard" star Will Smith slapping comedian Chris Rock on stage last month at the Oscars, Bernthal would only offer, "Will's a friend and I judge my friends not at their lowest moments but at their highest, and I'm just really sad about the entire situation."

While he often plays cartoonishly masculine men, the last time he had to be a tough guy in real life was, "Every time I want my kids to go to bed," he said laughing.

"I'm enormously interested in exploring all the various components of masculinity. Masculinity has been corrupted by folks who think it's about being bombastic. I think it's about being sensitive, open, courageous and openhearted."

While "We Own This City" tells a story focused on the rise and fall of Jenkins, recent real-life events involving people featured in the show - State's Attorney **Marilyn Mosby** facing federal charges, former Mayor Catherine Pugh serving a sentence in federal prison, former Mayor Stephanie Rawlings-Blake's second act as a spokeswoman for rapper Travis Scott following the deaths of nine fans at a Houston concert last year - raise the question: Is there room for a "We Own This City" follow-up?

Both Simon and Pelecanos profess to be done, but Green offers a ray of hope to fans of Baltimore's underbelly.

"You never know when the story feels necessary or when we'll feel like we have something to add to the conversation," he said.

The message of the show is hard to miss. "This is the last nail in the coffin of the drug war. It's what happens when you wage war on your own citizens. In the era of 'The Wire,' the idea that police were stealing drugs and selling them on the streets was unimaginable," said Pelecanos. "Depending on what camp you're in, the thin blue line won't be happy, and far left progressives won't be happy, either."

As Simon puts it, "The idea that an entire unit of guys would be running around robbing citizens and criminals, that's a level of cynicism and alienation and corruption that's fresh. You can only get there because the first generation [of cops] that no longer believed in the mission was training the next."

As for Bernthal, his next project also involves cops and robbers.

"The project is called 'The Bottoms' and it just sold to Amazon, with Rei [Marcus Green] attached," he said. "It's something I've been working on for 10 years. It's based in Louisiana and is examining the human element of the war on drugs. I've been with these folks in their homes, prisons and streets."

Caption:
Actor Jon Bernthal, right, plays former Sgt. Wayne Jenkins in HBO's "We Own This City." courtesy

Copyright (c) 2022 The Baltimore Sun Company

Record Number: BS0123326552

**Daily Record, The (Baltimore, MD)**

April 28, 2022

Section: News

Topics:

**Index Terms:**
General news

**Baltimore news organizations ask judge to unseal records in Mosby case**

Author: *Madeleine O'Neill*

Article Text:

The Daily Record, The Baltimore Sun and The Baltimore Banner have asked the judge handling Baltimore State's Attorney **Marilyn Mosby**'s federal criminal case to unseal records that the news organizations say should be public.

The motion comes two weeks after The Daily Record wrote a letter to U.S. District Judge Lydia Kay Griggsby asking her to revisit the decision to seal certain documents in the case.

Griggsby quickly vacated her prior sealing motions but left the documents temporarily shielded from view while the public had an opportunity to intervene. The news organizations' motion is the only objection to have been filed in the case as of Thursday.

"It is difficult to conceive of many cases in this area with a greater public interest in transparency than this one," the lawyers for the news outlets wrote in the motion.

"This is a highly public criminal trial assessing the potential fraud and perjury of not merely a political figure, but the chief law enforcement official for the City of Baltimore."

The motion argues that there is a "strong presumption" that criminal case records will be open to the public. That presumption can only be overcome when a significant government need outweighs the public's interest in transparency.

"A criminal defendant's embarrassmentor reputational concernsare insufficient as a matter of law to overcome the presumption of open records and hearings, and the sealing orders in this case should, respectfully, be reversed," the lawyers wrote.

Since the beginning of the case against Mosby, the defense team has made two requests to file documents under seal. In March, the defense said a series of documents needed to be sealed because they contained "confidential correspondence between the parties."

In another instance earlier this month, the defense's motion to seal another document was itself filed under seal, making it impossible for the public to see the lawyers' reasons for the request.

Griggsby granted both requests on the same day they were filed and did not make findings on the record as to why the documents should be shielded from public access.

The parties to the case will have an opportunity to respond to the motion to unseal records.

Mosby faces two counts each of perjury and making false statements on loan applications. The indictment alleges that Mosby falsely claimed she had suffered financially during the COVID-19 pandemic in order to withdraw money from her city retirement account without incurring a penalty.

She is also accused of failing to disclose a $45,000 IRS lien when she applied for mortgages on two properties in Florida, and of making various false statements in order to secure favorable interest rates.

Mosby has denounced the charges as politically motivated and untrue.

Copyright © 2022 BridgeTower Media. All Rights Reserved.

Copyright, 2022, The Daily Record (Baltimore, MD)

Record Number: 303708

**Sun, The (Baltimore, MD)**

May 1, 2022

Edition: First Generic
Section: Main
Page: 13

**A complex assessment of Marilyn Mosby does most good**

Author: *Steven P. Grossman*

Article Text:

Our inclination to take a binary view of public officials and the actions they undertake, whether connected directly or not to their official positions, is currently on display in Baltimore. The federal indictment of Baltimore's chief prosecutor, **Marilyn Mosby**, has led to some people treating her as a martyr prosecuted because of her race, her gender and her progressive policies as a prosecutor. Others view her as another ethically challenged politician, whose private morals do not match the ones she espouses in public, and a person deserving of whatever punishment she receives.

But such a binary assessment of substantive issues and prominent people - right or wrong, good or bad - is unwise and damaging, fostered substantially by the inevitable shrillness of social media. When it comes to **Marilyn Mosby**, such polarization is acute.

In the aftermath of the death of Freddie Gray while in police custody in 2015, Baltimore divided into two camps: those who believed Ms. Mosby overcharged the officers who interacted with Gray before he died (a belief vindicated by the eventual acquittals and dismissals of the officers' cases) and those who felt that charging the officers showed the public that police officers would finally be held accountable for crimes committed against minority communities. Those in the latter group asserted that her actions saved the city, sparing it from the substantial rioting that accompanied similar cases in other cities.

To believe that both could be true would force us to do a painful balancing of reward versus penalty concerning Ms. Mosby's decision. It is far easier intellectually and emotionally just to choose one side and dismiss all arguments posed by the other side. Easier - but less accurate and less useful.

We have seen this binary response to Ms. Mosby more recently in her decision not to prosecute certain crimes. Will such a decision play a role in reducing the outrageous number of people, especially Black and brown ones, who are incarcerated or whose lives are seriously upended by facing minor criminal charges? Or will her decision contribute to more crime, petty to some, but significant to the people living on streets where drug use and prostitution are prevalent, and will it further complicate her frosty relations with

the police? If the answer is yes to both questions, acknowledging that makes the assessment of her actions both more nuanced and more difficult, but also more thorough and realistic.

Now Ms. Mosby is charged with federal crimes. On first viewing, the charges against her seem to be either not that serious or capable of being explained away. Yes perjury is a serious crime, and those of you who have never overvalued a piece of furniture or anything else you gave to charity before signing your income tax form under such a penalty are free to emphasize that point. Can she argue that a property claimed to be purchased as a second home (in order to lower her interest rate) but was instead going to be a rental property is similar to houses bought by people who decide later to offer their second homes for rental through companies like VRBO?

Ms. Mosby is also charged with falsely claiming that she suffered financial loss enabling her to withdraw funds from a retirement account early without financial penalty - a benefit permitted in response to the pandemic. Even though she received a $10,000 raise during this time, can she claim a travel business she was apparently starting, but seemed to have no actual business, was the subject of this loss? Is there a timing or knowledge issue regarding whether she lied about the existence of a federal tax lien, another allegation she faces?

To all of these questions at this stage, we should answer with a firm: "I have no idea." Due process and simple fairness require that we let the prosecution play out before we assess the guilt or innocence of Ms. Mosby.

Where we may not be able to wait, however, regards the decision whether Ms. Mosby should be kept on as state's attorney. The law makes it very unlikely that she can be compelled to leave unless and until she is convicted of a crime. But at some point, city leaders, who have understandably remained largely silent in the immediate aftermath of the charges, will have to decide whether to pressure her into leaving. You may recall the strong words of both Ms. Mosby and her counsel demanding a quick trial to resolve the charges against her. In February she said, "What I'm asking for is to be tried right now because I am innocent, and the citizens of Baltimore deserve to know that as well before my election, which is four months out." Recently, she requested and received a postponement of the trial until September - after the July Democratic primary, which in Baltimore is tantamount to election.

So in July Democrats in Baltimore will have to decide if they think Ms. Mosby's accomplishments as state's attorney outweigh her shortcomings, both her job-related ones and her activities outside her job. Once again, this is a decision that may not lend itself to a binary assessment. Would these charges have been filed were she not a progressive Black woman in a job of critical importance? I have no idea. But even if they would not have been filed, do we want a chief prosecutor who makes sworn statements that appear to be false, whether she was aware of the falseness or not?

Issues such as the presumption of innocence will have to be weighed against whether Ms. Mosby's continuation as chief prosecutor is damaging to the city. And once again the

decision should be made understanding and acknowledging that there are valid arguments on both sides. What is clear is that we do ourselves no favor by looking at multifaceted questions through only one lens.

Steven P. Grossman (sgrossman@ubalt.edu) is Dean Julius Isaacson Professor Emeritus at the University of Baltimore School of Law.

Caption:
**Marilyn Mosby** responds to well wishers as she arrives at the Garmatz Federal Courthouse to have her motions hearing on April 14. Kim Hairston/Baltimore Sun

Copyright (c) 2022 The Baltimore Sun Company

Record Number: BS0123425668

**Baltimore Brew (MD)**

May 12, 2022

Section: Accountability

**Nick Mosby violated city ethics law on gift solicitations**

Author: *Mark Reutter*

Article Text:

The Baltimore Board of Ethics today ruled that Council President Nick Mosby violated ethics rules by accepting cash from "controlled donors" – persons doing business with the city – through the Mosby 2021 Trust, also known as the Mosby 2021 Defense Fund.

Mosby, who refused to cooperate and whose trust lawyer refused to provide documents to the panel, was ordered to "accept no present or future payment or other benefit" from the fund or the Donorbox fundraising page operating on behalf of the fund.

The board further called on Mosby to require the fund to identify all of its contributors, amend his ethics disclosure statement and return donations obtained from controlled donors.

Today's decision is considered unprecedented for the four-member panel, which has been criticized in the past for meekness and for deciding cases behind closed doors.

Mosby is not subject to a fine or other discipline as an elected official. But a 17-page report of the board's investigation was forwarded to the City Council and Mayor Brandon Scott "for appropriate action" under the city code.

What's more, if Mosby fails to comply with the order, the board could seek future civil penalties of up to $1,000 a day.

Mosby has not responded to a request for comment. SEE FULL RESPONSE BELOW

In a prior letter to the board by his attorney, the Council president denied "any involvement" with the fund and said he was "unaware of any solicitation from any person to contribute to the Mosby Trust."

Mystery Fund

The secretive trust fund – whose officers and cash receipts have been hidden from public view – was set up last year after Mosby and his wife, Baltimore State's Attorney **Marilyn Mosby**, became targets of a federal criminal investigation.

**Marilyn Mosby** is scheduled to stand trial in September on two counts of perjury and two counts of making false statements on a loan application. Saying she has done "nothing illegal, nefarious or wrong," she is seeking a third term in the Democratic Party primary in July.

Nick Mosby has not been charged, but is cited in the federal indictment as aiding his wife in falsifying the origins of a purported $5,000 gift she used to buy a condominium near Sarasota, Fla., in 2021.

Today's ethics report contains the first account of the money raised by the Mosbys through the trust fund. As of March 15, the trust had received $14,352.55 from over 130 separate donations.

Also revealed for the first time: the report infers that **Marilyn Mosby**'s lead attorney, A. Scott Bolden, or his law firm, Reed Smith, serves as the fund's principal.

Document Request Blocked

The largest single donation to the fund was $5,000 given by the unnamed resident agent of a city-certified minority or woman-owned business. "This business was listed as a subcontractor in a contract that was before the city's Board of Estimates in 2020," the report says.

Following his election as City Council president, Nick Mosby became head of the Board of Estimates in December 2020.

The report also identifies a small grant awarded by the BOE to a nonprofit organization in March. "The executive director of that organization appears to have donated $100 to the Mosby Trust's Donorbox account a few weeks prior to that award, on January 18, 2022," the report says.

Mosby violated Section 6-26 of the city code that prohibits a public servant from soliciting – or facilitating the solicitation of – a gift from a person or entity who does or seeks to do business with the City Council, Council President's office, Board of Estimates or other city entity.

Mosby was notified last August that the ethics board had received complaints about his use of the trust fund.

In October, Bolden refused to hand over documents requested by the panel, saying they were subject to attorney-client privilege and further asserted that "there were no contributions to the Mosby Trust" to his knowledge.

"Cure" Rejected by Mosby

Issuing subpoenas to Donorbox's payment processor, Stripe (Donorbox itself refused to comply with a subpoena), the board found that the trust fund had, in fact, received $7,717 in donations by that date.

In January, Mosby was informed that the board had found "prima facie violations of the ethics law" and gave him the opportunity to cure the violations.

"Respondent rejected such opportunity to cure," the report says.

Another Mosby attorney, James J. Temple Jr., argued there was no evidence that Mosby had directly solicited donations that came to trust fund.

The board disagreed, saying that Mosby had lent his name, picture and credentials to the fund's online page.

It further rejected Mosby's claim that he was not actively involved in setting up the fund.

It noted that he and the fund's trustee were photographed together at last year's Preakness – three days before the fund was established.

UPDATE: Mosby's statement to WBAL-TV 11:

"I categorically deny that I have committed any breach of the city's ethics code and I am completely perplexed by the board's findings. The board is fully aware that I have never asked, requested or solicited any person to donate to the 'legal defense fund.' The board further knows that I never assisted in the creation of the legal defense fund or the entity that controlled the funds that were donated. In fact, I proactively disclaimed any interest in that trust fund, in advance of their findings, and I instructed the trust to return the limited amount of funds received on my behalf.

"Knowing that no money has ever been paid to me or my attorneys from the legal defense fund, the board erroneously found that I had received some benefit from the trust that managed the donations. Further, not a single witness was ever interviewed by the board's staff, and there was little or no follow-up concerning the documents that were obtained. Neither I, nor my attorney, had access to the private conferences with the board and the law firm it paid to pursue. The board was investigator, prosecutor, judge and jury – that is not a fair or impartial process."

Caption:
Above: "They fought for us! Let's fight for them!" says the online trust fund set up for Nick and **Marilyn Mosby**. (mosbydefensefund.com)

**Marilyn Mosby** with Nick Mosby (left) and defense attorney A. Scott Bolden (second from left) before a press conference last October where Bolden denounced the federal investigation of the couple as racially motivated. (Facebook)

Nick Mosby portrayed on the City Council website his office controls. (baltimorecitycouncil.com)

Copyright © 2022 Baltimore Brew LLC, All rights reserved.

Record Number: 653951a7c69396276f732249c3c71d74e1becaca

**Sun, The (Baltimore, MD)**

May 13, 2022

Edition: First Generic
Section: Main
Page: 1

**Board rules ethics code breached**

**Ruling says Baltimore City Council President Nick Mosby broke ordinance**

Author: *Emily Opilo*

Article Text:

Baltimore City Council President Nick Mosby violated the city's ethics ordinance by indirectly soliciting for a legal-defense fund that took donations from at least two city contractors, the city's Board of Ethics said in a ruling Thursday that ordered Mosby to stop accepting money from the fund.

The fund was established for the legal defense of him and his wife, Baltimore State's Attorney **Marilyn Mosby**, as they faced a federal criminal investigation last year into their financial dealings. While Nick Mosby has not been charged with anything, **Marilyn Mosby** was charged this year with perjury and making false statements related to the purchase of two Florida houses.

According to the Board of Ethics, their legal defense fund received $5,000, its largest individual contribution, in August from the "resident agent" for a contractor that is a city-certified minority- or woman-owned business. The business was a subcontractor on a deal considered by the city's spending board in 2020, the board reported.

It also received a $100 donation from the executive director of a nonprofit organization that was awarded a multi-thousand dollar grant by the city in March.

The ruling does not name the donors or further identify their connections to the city, but both are considered "controlled donors" under the city's ethics

law, which bars elected officials from receiving contributions from such donors, solicited or otherwise.

The board also concluded that Nick Mosby violated a provision of the law barring him from soliciting donations, directly or indirectly, from controlled donors.

An order issued Thursday by the Board of Ethics calls on the council president to accept no payments from the fund, and to ask the fund to cease fundraising on his behalf. Nick

Mosby also must request a list of all donors and donations to the fund to be provided to the ethics board.

Within 30 days, Mosby must instruct the legal defense fund to return any donations from controlled donors, the order states.

Nick Mosby issued a statement late Thursday denying he violated the city's ethics code.

"I am completely perplexed by the board's findings," he wrote. "The board is fully aware that I have never asked, requested, or solicited any person to donate to the 'legal defense fund.' The board further knows that I never assisted in the creation of the legal defense fund or the entity that controlled the funds that were donated."

Until now, there has been no public accounting of donations to the fund.

Prominent supporters and community leaders have encouraged contributions, posting on Facebook and appearing at news conferences, but **Marilyn Mosby** reported no gifts to the fund during her most recent ethics disclosure statement filed in April. Nick Mosby's last ethics disclosure, filed in January, does not list the legal defense fund as a business affiliation or detail any gifts.

According to the ruling issued Thursday by the board, the fund received $14,352 in donations as of March 15 from 135 individual donors. The board subpoenaed both Donorbox, the trust's fundraising platform, and Stripe Inc., a payment processing company. Donorbox did not comply with the subpoena, according to the board's report.

In a letter sent Thursday to members of City Council and Mayor Brandon Scott, the ethics board issued a notice of the finding so both can take "appropriate action as required by the ethics law."

The portion of the ethics law cited, however, does not specify what action can be taken.

Council Vice President Sharon Green Middleton, the highest ranking member of City Council behind Nick Mosby, could not be reached Thursday.

Scott said the violations "reflect poorly on our city as a whole and are counterproductive."

"This is another sad day for Baltimore and another unwanted distraction as we work to move our city forward," he said. "I vow to continue to work to rebuild the public trust between our residents and the city government."

According to the board's 17-page ruling, the inquiry into the Mosby legal defense fund began with two complaints filed in August. The ruling does not name who filed the complaints.

That same month, the board warned Nick Mosby of "significant restraints" the ethics law imposes on his ability to solicit and accept donations. The board also requested the

identities of the trustees controlling the legal defense fund and information about the process used to screen donations, according to its ruling.

According to the board, the fund was established as a trust controlled by two unidentified people who have a "social relationship" with Nick Mosby. The trust is represented by an attorney from Reed Smith, a Washington, D.C.-based law firm that also represents **Marilyn Mosby** in her criminal defense.

The federal investigation into the Mosbys' finances resulted in January with **Marilyn Mosby** being indicted on two counts of perjury and two counts of making false statements on loan applications to buy two properties in Florida: an eight-bedroom house near Disney World and a condo on the state's Gulf Coast.

Federal prosecutors say **Marilyn Mosby** perjured herself by falsely claiming financial hardship because of the coronavirus to make early, penalty-free withdrawals from her city retirement savings under the federal CARES Act. They also accused her of failing to disclose a federal tax lien on a mortgage application for one property and claiming the house near Orlando as a second home to secure lower interest rates when she already had lined up a company to operate it as a rental.

In October, an attorney for the legal defense fund declined to turn over fund records to the Board of Ethics, citing attorney-client privilege. In the same correspondence, the attorney said the defense fund is not a "fundraiser" and said he or she was unaware of "any fundraising activities."

At the time, the fund already had received $7,718 in donations, according to the board's report.

Twice, the director of the Board of Ethics, Jeffrey Hochstetler, made test donations to the legal defense fund to check whether the group was confirming the origin of donations, according to the board's report. The donations, made in August and October, used an alias and a nonexistent physical address.

Baltimore's ethics ordinance forbids public officials from receiving donations from controlled donors as well as soliciting them, whether directly or indirectly.

In the case of Nick Mosby, controlled donors are considered anyone who seeks to do business with City Council, the council president's office, the Board of Estimates or any city governmental or quasi-governmental entity with which the council president is affiliated. Also included are subcontractors doing business with or seeking to do business with the above groups, and those who engage in activities regulated or controlled by those groups.

In its ruling, the Board of Ethics said Nick Mosby indirectly solicited donations by taking no action to distance himself from the fund or asking it to stop operating.

"The respondent need not have directly asked someone to establish the Mosby Trust or conduct unrestricted fundraising through the Mosby Trust's Donorbox account in order to

have 'facilitated' the Mosby Trust's solicitation of controlled donors on his behalf," the report states. "It is enough that he has knowledge of the unrestricted solicitation activity on his behalf and takes no steps to stop that activity or otherwise seeks to ensure that the individuals acting on his behalf comply with the ethics law's obligations."

The board also found Mosby indirectly accepted donations via the defense fund.

"Although the respondent may not have directly accepted a gift from a controlled donor, the Mosby Trust directly accepted such gifts on the respondent's behalf," the board wrote. "Under the circumstances here, that amounts to the respondent's indirect acceptance of such gifts. Indeed, it is difficult to imagine a clearer instance of indirect acceptance."

In his statement Thursday, Nick Mosby argued he "proactively disclaimed" any interest in the legal defense fund and never received any money from it.

In advance of the Board of Ethics' findings, the council president said he "instructed the trust to return the limited amount of funds received on my behalf."

Nick Mosby said he and his attorney were excluded from private conferences held by the ethics board.

"The Board was investigator, prosecutor, judge, and jury - that is not a fair or impartial process," he said.

The board's ruling cites a 1993 opinion of the state ethics commission that found state ethics law "very substantially restricts" contributions to legal defense funds. At the time the St. Mary's County sheriff wanted to solicit donations to support a $1.5 million defamation lawsuit against a weekly newspaper in Southern Maryland.

The state ethics commission said controlled donors to the sheriff would include people with matters pending before the sheriff's office, people who provide services or materials to the office, or attorneys, inmates or others in the criminal justice system.

State ethics law, which regulates **Marilyn Mosby**, includes similar provisions to Baltimore's code of ethics. State Ethics Commission Executive Director Jennifer Allgair did not return requests for comment Thursday afternoon.

Baltimore Sun reporter Lee O. Sanderlin contributed to this report.

Caption:
Baltimore City Council President Nick Mosby violated the city's ethics ordinance, the city's Board of Ethics said in a ruling Thursday. Jerry Jackson/Baltimore Sun

Copyright (c) 2022 The Baltimore Sun Company

Record Number: BS0123624937

**Baltimore Brew (MD)**

May 13, 2022

Section: Accountability

**A publicist and two lawyers are behind the Mosbys' legal defense fund**

Author: *Mark Reutter*

Article Text:

A Baltimore publicist, a Pikesville lawyer and a colleague of A. Scott Bolden in Washington formed The Mosby 2021 Trust that figured prominently in the ethics violation order filed yesterday against City Council President Nick Mosby.

To date, the names of the trust fund's principals were not publicly known. Earlier today, some of the names leaked out in social media.

Robyn Murphy, the publicist, and Tonya Bana, the Pikesville lawyer, confirmed to The Brew that they established the Mosby fund last May in the District of Columbia.

The fund is represented by Kelley C. Miller, a senior partner at Reed Smith whose criminal team, headed by Scott Bolden, will represent Baltimore State's Attorney **Marilyn Mosby** in her upcoming trial.

The Mosbys have refused to answer questions about the fund, which uses an online platform to raise money for the couple. Nick Mosby told the city ethics board that he has no involvement, access or knowledge of the fund.

A form required by the IRS, reviewed today by The Brew, lists Murphy as the trustee of the fund, which was set up by Miller as a "tax-exempt political organization."

The purpose of the fund "shall be the prevention of any attempt to influence the selection, nomination, election or appointment of any individuals to any federal, state or local public office(s)," according to the IRS form.

The trust's address is listed at Bana's law firm.

Murphy, owner of JRM Consultancy and director of communications for Baltimore Center Stage, said she is no longer the fund's trustee.

"I'm not going to comment beyond referring you back to the ethics report, which says I am no longer a trustee."

Asked who is the trustee, she said, "The trustee is not interested in being identified at this time."

Bana declined to discuss her role in the fund, where she is listed as a "settlor," or a person who legally transfers control of an asset to a trustee. She said she would likely issue a statement to the media in the near future.

According to the IRS, a tax-exempt political organization like the Mosby Trust must file a Form 8872 listing contributions and expenditures.

So far, no report has been filed online.

Statements by Murphy and Miller

An investigation by the Baltimore Board of Ethics found that the trust raised over $14,300 for the Mosbys as of March 15.

Nick Mosby violated the city ethics code by not disclosing that two people who had contributed to the fund were "controlled donors," or individuals who do business with the city, the board found.

Gifts of $20 or more from controlled donors are supposed to be disclosed on annual financial statements.

The board ordered Mosby to correct his latest financial statement to reflect the cash gifts from the contributors and forwarded its findings to the City Council and Mayor Brandon Scott "for appropriate action" under the city code.

According to the report, Mosby did not cooperate with the ethics board. Nor did Murphy and Miller.

The report noted this about Murphy:

"As part of its investigation, the board issued a subpoena to Trustee, requesting records and information pertaining to the Mosby Trust and its fundraising activities. . . Trustee responded in writing on December 9, 2121 by stating: 'I am not the Trustee of the Mosby Legal Defense Fund and do not have in my possession any of the requested documents or information.'"

On the same date, Miller responded this way:

"There have been no incoming or outgoing transactions to or from the Trust since its inception" and "there have been no donors or donations to the Trust and, accordingly, no donors or donations received by the Trust."

But "contrary to Trust Attorney's assertion in the December 9, 2021 response, as of the date of the response, the Mosby Trust had in fact received $7,760.64 in donations," the report says.

"Sole and exclusive benefit"

Slightly more than $2,500 of the donations collected in the trust's Donorbox Account had been transferred into a checking account with United Bank, the report said.

That account had been set up to disburse cash for the "sole and exclusive benefit" of the Mosbys "in any other manner, including paying the beneficiary's creditors and/or other obligations" (emphasis added).

A checking account was set up not only for legal expenses, but could be used to pay "creditors and/or other obligations," the report says.

The report further says that some time before December 9, 2021, Murphy was replaced by a "Trustee 2."

The ethics board asked Miller for the new trustee's contact information.

"Despite the board's request, Trust Attorney did not provide Trustee 2's contact information to the board," the report says.

To reach this reporter: reuttermark@yahoo.com

Caption:
Above: Robyn Murphy (left) sits at a luncheon last October with Baltimore NAACP President Kobi Little, attorney A. Scott Bolden, Devon Brown, Marilyn and Nick Mosby, attorney Ben Crump and attorney J. Wyndal Gordon before a press conference where federal prosecutors were denounced as racially targeting the Mosbys. (Facebook)

The law office in Pikesville listed as the mailing address of the Mosby Trust. BELOW: Kelley C. Miller, senior partner at Reed Smith.

The law office in Pikesville listed as the mailing address of the Mosby Trust. BELOW: Kelley C. Miller, senior partner at Reed Smith.

The law office in Pikesville listed as the mailing address of the Mosby Trust. BELOW: Kelley C. Miller, senior partner at Reed Smith.

Copyright © 2022 Baltimore Brew LLC, All rights reserved.

Record Number: 682195214c7cba959714616aa7cc89227ce7b9e

**Sun, The (Baltimore, MD)**

May 14, 2022

Edition: First Generic
Section: Main
Page: 1

**Mosby legal defense fund was founded by a friend**

**Council president has tried to distance himself from trust built by consultant**

Author: *Emily Opilo*

Article Text:

A legal defense fund Baltimore City Council President Nick Mosby has attempted to distance himself from was established by Robyn Murphy, a local consultant who is friends with Mosby and his wife, State's Attorney **Marilyn Mosby**.

Murphy, the owner of a media consulting company that does communications work for the Mosbys, is listed as the trustee on a document filed with the IRS in July establishing The Mosby 2021 Trust, a tax-exempt political organization that has been raising money for the legal expenses of the Baltimore power couple.

Reached Friday, Murphy said she is no longer the trustee.

"I just helped set it up," she said.

The council president's affiliation with the fund has run afoul of Baltimore's ethics code, according to a ruling released Thursday by the city's Board of Ethics that accused the council president of multiple violations of city law related to the fund's acceptance of donations from two city contractors.

Baltimore's code of ethics bars city officials from soliciting and accepting money, directly or indirectly, from "controlled donors," a category that includes city contractors and many others who do business with the city.

Nick Mosby asserted to the Board of

Ethics last year that he was "unaware of any solicitation from any person to contribute to the Mosby Trust."

Murphy has been a visible friend and supporter to the Mosbys, appearing in photos with them in social and professional settings.

Nick Mosby chatted with Murphy and her husband, former Baltimore Raven Jason Murphy, in a Baltimore Sun photo at the 2021 Preakness Stakes, and she appeared in another photo posted by **Marilyn Mosby** last year with Nick Mosby and a group of their supporters.

Murphy also spoke out last April at a news conference condemning an investigation conducted by city Inspector General Isabel Mercedes Cumming into **Marilyn Mosby**'s travel.

Murphy said Friday she informed the Board of Ethics she was no longer the defense fund's trustee and pointed to a passage in a report the board released Thursday that notes her statement was received Dec. 9. An attorney for the trust also informed the board on that date that Murphy was no longer the trustee.

By that point the fund had raised $7,760 and transferred $2,587 into a business checking account associated with the trust, according to the ethics board report.

Murphy declined to say who the new trustee is but said she contacted the person in response to media requests. Murphy said the person did not want to speak. She also declined to say when she stepped down as trustee.

The Board of Ethics has accused Nick Mosby of violating provisions in the city's ethics law that bar city officials from soliciting and accepting donations from controlled donors.

City officeholders cannot solicit such donations directly or indirectly through another person or entity. Likewise, they cannot accept donations themselves or have someone else accept them on their behalf from controlled donors.

In the case of Nick Mosby, who presides over City Council as well as the city's Board of Estimates, controlled donors are considered anyone who seeks to do business with City Council, the council president's office, the Board of Estimates or any city governmental or quasi-governmental entity with which the council president is affiliated.

Also included are subcontractors doing business with or seeking to do business with the above groups, and those who engage in activities regulated or controlled by those groups.

According to the Board of Ethics, the legal defense fund received $5,000, its largest individual contribution, in August from the "resident agent" for a contractor that is a city-certified minority- or woman-owned business. The business was a subcontractor on a deal considered by the city's spending board in 2020, the board reported.

The fund also received a $100 donation from the executive director of a nonprofit organization that was awarded a multithousand-dollar grant by the city in March.

Neither donor was named in the report.

The fund was established for the legal defense of the Mosbys as they faced a federal criminal investigation last year into their financial dealings. Nick Mosby has not been

charged with anything. **Marilyn Mosby** was charged this year with perjury and making false statements related to the purchase of two Florida houses.

Nick Mosby issued a statement late Thursday denying he violated the city's ethics code.

"I am completely perplexed by the board's findings," he wrote. "The board is fully aware that I have never asked, requested, or solicited any person to donate to the 'legal defense fund.' The board further knows that I never assisted in the creation of the legal defense fund or the entity that controlled the funds that were donated."

Copyright (c) 2022 The Baltimore Sun Company

Record Number: BS0123640513

**Sun, The (Baltimore, MD)**

May 15, 2022

Edition: First Generic
Section: Main
Page: 1

**Mosby urged to return funds**

**Council members press president to comply with order on legal defense trust**

Author: *Emily Opilo*

Article Text:

Baltimore City Council President Nick Mosby should comply with an ethics board order to return money collected by a legal defense fund established to benefit him and his wife, cease fundraising activities to the fund and produce a list of donors, a group of City Council members said in a letter sent to Mosby Saturday.

The letter, signed by six of the city's 15 council members - Kristerfer Burnett, Zeke Cohen, Ryan Dorsey, Phylicia Porter, Odette Ramos and James Torrence - echoes the demands of an order issued Thursday by the Baltimore Board of Ethics following a more than eight-month investigation into the legal defense fund.

The ethics board ruled Mosby violated city ethics law by indirectly accepting money from "controlled donors" to the fund, which was established to benefit him and his wife, State's Attorney **Marilyn Mosby**.

The council president also violated the ethics code by indirectly soliciting donations to the fund, ethics board members said.

"We write to express to you our dismay at the ethics board's findings in their investigation of the Mosby Trust, of which you are a beneficiary, and your financial disclosure," states the City Council members' letter, a copy of which was obtained by The Baltimore Sun.

"We commend the board's thorough report and diligent explanation of the law, facts and precedent, making unmistakably clear the violations of the city's ethics laws."

The ethics board issued a 17-page ruling Thursday detailing two donations - one of $5,000 and another of $100 - to the fund from city contractors they consider controlled donors. As council president, Mosby oversees not just the legislative branch of government, but also the Board of Estimates, Baltimore's spending board.

According to the ethics board, controlled donors to the council president include anyone who seeks to do business with City Council, the council president's office, the Board of Estimates or any city governmental or quasi-governmental entity with which the council president is affiliated. Also included are subcontractors doing business with or seeking to do business with the above groups, and those who engage in activities regulated or controlled by those groups.

Mosby denied violating the city's ethics code.

"I am completely perplexed by the board's findings," he wrote Thursday. "The board is fully aware that I have never asked, requested, or solicited any person to donate to the 'legal defense fund.' "

The ethics board gave Mosby 30 days to tell authorities controlling the legal defense fund to stop all fundraising on his behalf, return all donations to controlled donors and provide a list to the board of all donors to the fund. Within 30 days, Mosby must certify to the board in writing "under penalties of perjury" that he has taken all ordered steps and will not accept further payments from the fund.

"The ethics board's administrative order provides a clear and straightforward path for you to correct your multiple ethics violations," the council's letter states. "For the sake of the trust and morale of both the public and the City Council, we ask that you immediately and fully comply with the order."

The letter stops short of suggesting any kind of action the group may seek against the council president if he does not comply with their wishes. The signers represent some of the most liberal members of the entirely Democratic board.

Baltimore's Board of Ethics must notify the mayor and City Council "for appropriate action" if it finds any elected official has violated the ethics code. Both received notice on Thursday.

If Mosby does not comply with the order, the Board of Ethics has the option to petition in Circuit Court on behalf of the mayor and City Council to compel him to comply, according to the city's ethics ordinance.

A fine can also be imposed of up to $1,000 for each violation. Each day on which a violation occurs is considered a separate offense under the ordinance.

City Council has the right to call for investigative hearings. Past city councils have had a standing legislative investigations committee, but no such committee is currently in place.

As council president, Mosby controls the establishment of committees, the appointment of members to serve on them and the assignment of various bills and resolutions to committees.

Baltimore's charter also gives council the power to remove a council president, but the threshold is high. A vote of three-fourths of the members of the board [12 votes] can remove the president for "incompetency, misconduct in office, willful neglect of duty, or felony or misdemeanor in office, on charges preferred by the Mayor, by the City Council's Committee on Legislative Investigations, a verified petition signed by at least 20% of the qualified voters in Baltimore City, or by the Inspector General, after notice of those charges and an opportunity to be heard by the City Council are given to the president."

The signers of the letter circulated an email to their fellow Council members Friday urging them to sign. The two-paragraph letter requests a "minimally appropriate action" of the council president, they said.

"The circumstances and consequences to public trust and morale require that we not be silent," they wrote.

Little is known about the donors to the legal defense fund, which began accepting contributions in mid-2021. Such funds exist outside state election law and are instead governed by ethics ordinances and rules on gifts to public officials.

According to the city Board of Ethics, the Mosby legal defense fund received $14,352 in donations as of March 15 from 135 individual donors. The largest individual donation was a $5,000 contribution from the "resident agent" for a contractor that is a city-certified minority- or woman-owned business. The business was a subcontractor on a deal considered by the city's spending board in 2020 and is considered a controlled donor by the ethics board.

Prominent supporters and community leaders have encouraged contributions, posting on Facebook and appearing at news conferences, but neither Nick nor **Marilyn Mosby** has reported contributions to the fund on their most recent ethics disclosure statements, due after the creation of the fund.

The prominent political pair have been the target of a federal investigation into their finances that resulted in January with **Marilyn Mosby** being indicted on two counts of perjury and two counts of making false statements on loan applications to buy two properties in Florida: an eight-bedroom house near Disney World and a condo on the state's Gulf Coast.

Federal prosecutors say **Marilyn Mosby** perjured herself by falsely claiming financial hardship because of the coronavirus to make early, penalty-free withdrawals from her city retirement savings under the federal CARES Act. They also accused her of failing to disclose a federal tax lien on a mortgage application for one property and claiming the house near Orlando as a second home to secure lower interest rates when she already had lined up a company to operate it as a rental.

**Marilyn Mosby** has pleaded not guilty and is scheduled to go to trial this fall.

Nick Mosby said Thursday he "proactively disclaimed" any interest in the legal defense fund and never received any money from it.

As state's attorney, **Marilyn Mosby** is governed by the state's ethics ordinance, which is similar to the city's. Asked if the Maryland State Ethics Commission is investigating any similar complaints against the state's attorney or if it had produced any findings, Executive Director Jennifer Allgair said the commission does not comment on or confirm any request for advice, complaint or investigation.

Baltimore Sun reporter Lee O. Sanderlin contributed to this article

Caption:
Baltimore City Council President Nick Mosby speaks in the chamber at City Hall in April. Mosby said Thursday he "proactively disclaimed" any interest in a legal defense fund and never received any money from it. Kenneth K. Lam/Baltimore Sun

Copyright (c) 2022 The Baltimore Sun Company

Record Number: BS0123656978

**Baltimore Brew (MD)**

May 15, 2022

Section: Media & Technology

**Baltimore Brew wins MDDC's top investigative reporting and other awards**

Author: *Brew Editors*

Article Text:

Baltimore Brew has received 20 Maryland, Delaware, District of Columbia (MDDC) Press Association awards for work published in 2021.

The subjects ranged from a fish kill caused by a vinegar plant's acidic releases to a historic Black neighborhood fighting for its life in the face of a city-subsidized development.

The winners were selected by the judges from among nearly 2,000 entries in 80 categories.

Two of these awards were "Best of Show," meaning The Brew's entries were considered the best in all circulation divisions, judged against submissions by the region's other major print and online news media, including the Baltimore Sun, Frederick News-Post, Baltimore Business Journal and other news organizations.

In the Investigative Reporting category, The Brew took "Best of Show" honors for "**Marilyn Mosby**'s Finances and Personal Businesses."

The first entry in this package was a story on the Inspector General's report confirming The Brew's 2020 disclosure of Mosby's extensive travels and her creation of three travel-related companies she had initially failed to disclose on her state ethics form.

During 2021, Brew reporting went on to lead the way on coverage of the city's top prosecutor that drew follow-up reporting from other outlets, with several of the website's findings re-emerging in Mosby's January 13 federal indictment.

The Brew was, for example, the first to report that lawyers representing Mosby and her husband, City Council President Nick Mosby, were paid with campaign funds and that, despite a $45,000 tax lien on her Baltimore home, she purchased two Florida vacation properties.

Mosby swore in mortgage documents that she would use one of the properties as a second home – but then made it a rental, The Brew disclosed.

Historic Building Razed

In another major category, Growth and Land Use Reporting, The Brew was awarded "Best of Show" for "In Baltimore's beloved Mount Vernon, a historic preservation fiasco."

The building, a handsome 1860s townhouse in Baltimore's celebrated Mount Vernon neighborhood, was being irreparably damaged by a novice developer erecting an apartment building next door, The Brew disclosed.

The developer, who owned the damaged structure, said it could not be saved six months after its foundation had been undermined and tenants had been ordered to leave in the wake of falling ceiling plaster.

In a city with housing inspectors, a preservation board and a planning staff, how could this happen?

The Brew took a closer look, probing longstanding complaints about weak enforcement of preservation and safety rules and finding, among other things, that a city housing official misrepresented the agency's involvement in the debacle – testifying that "there was nothing reported to us," when in fact an inspector responded months earlier to a report of a "building in a state of collapse" and closed the complaint, taking no action.

Freedom of Information Award

The Brew won this year's James S. Keat Freedom of Information Award for, in the words of the judges, "its unswerving commitment to reporting one issue with public records."

The award is named for Jim Keat, a Baltimore Sun editor and foreign correspondent who was a longtime advocate for public information access. Inducted into the MDDC Newspaper Hall of Fame, Keat died in 2016.

The Brew submitted a body of work focusing on efforts within Baltimore city and Baltimore county government to take away the power and independence of the inspectors general.

"Baltimore Brew has been the leading media voice – sometimes the only voice – reporting" on the treatment of these corruption watchdogs, the judges said.

"Shining a light on efforts to undermine the IGs has meant dogged reporting to obtain documents inappropriately withheld, expose meetings attempted behind closed doors and reveal legislation meant to protect public officials from scrutiny," they continued.

"Jim would have loved this story. It is good old-fashioned, shoe-leather reporting" – MDDC's citation of James S. Keat Freedom of Information Award to The Brew.

As a consequence of Brew stories, a bill sponsored by County Executive Johnny Olsjewski Jr. that would have gutted the powers of the Baltimore County IG was dropped.

And following exposure by additional reporting, a closed-door "performance review" of the city's IG was canceled, and efforts to dramatically clip back the powers of her office were thwarted.

The judges said they were impressed with how The Brew "shows persistence in this body of work and used tremendous numbers of public records" that had "real-time impact."

"The Brew followed their passion and deeply worked this story," the judges wrote. "Jim would have loved this story. It is good old-fashioned, shoe-leather reporting."

Division Awards

A small, independent, accountability-focused news organization, The Brew was founded 12 years ago by veteran Washington Post and Baltimore Evening Sun reporter Fern Shen.

She was soon joined by book writer and former Baltimore Sun investigative reporter Mark Reutter.

The Brew, which has no paywall and can be accessed for free on the internet, is funded by grants and reader support.

In a virtual ceremony that concluded on Friday, The Brew was named "News Organization of the Year" in MDDC's Division O for online publications.

List of Division and Best of Show Awards

Breaking News:

Second Place: Fern Shen, Long before today's explosion, Curtis Bay residents complained about black grit from the CSX coal terminal.

Investigative Reporting:

First Place, Best of Show: Mark Reutter, Fern Shen and David Plymyer, **Marilyn Mosby**'s finances and personal businesses.

Local Government:

First Place: Fern Shen, David Plymyer, for articles on Rhino lobbying at Baltimore City Hall.

Second Place: Mark Reutter, Fern Shen, Ann Constantino, David Plymyer, for articles on questionable spending and campaign finances in Baltimore County.

Medical/Science Reporting:

First Place: Fern Shen, Fired after reporting he'd had a seizure, former Towson restaurant worker speaks out.

Education Reporting:

First Place: Fern Shen, Students at Baltimore School for the Arts share stories of sexual harassment and assault.

Environmental Reporting:

First Place: Mark Reutter, Fish kill in the Jones Falls linked to vinegar plant.

Growth and Land Use Reporting:

First Place, Best of Show: Mark Reutter, Fern Shen, In Baltimore's beloved Mount Vernon, a historic preservation fiasco.

Religion Reporting:

First Place: Fern Shen, After a Catholic priest has a student remove her gay pride shirt, classmates step up to support her.

General News Photo:

First Place: J.M. Giordano, After a Catholic priest has a student remove her gay pride shirt, classmates step up to support her.

Second Place: J.M. Giordano, Community farm in Cherry Hill, "a church without walls," faces eviction.

Feature Photo:

First Place: Fern Shen, Planned Dollar General store in Waverly has community leaders feeling dissed and demoralized.

Photo series:

First Place: J.M. Giordano, After a Catholic priest has a student remove her gay pride shirt, classmates step up to support her.

Local Column, Critical Thinking:

First Place: David Plymyer, Baltimore County IG is scaring the political insiders, and that means she's doing her job.

Second Place: David Plymyer, For **Marilyn Mosby**, a taxing question.

Feature Story, Non Profile:

First Place: Mark Reutter, Ground Down and Depopulated, Poppleton makes a last stand.

James S. Keat Freedom of Information Award:

First Place: Mark Reutter, Fern Shen and David Plymyer, Baltimore City and County inspectors general under attack.

Caption:
Above: Father Jack Lombardi at church where congregants protested treatment of a girl forbidden from wearing a Pride shirt. By J.M. Giordano, winner of Divisional First Place, General News Photo.

Eric Jackson, founder of the Black Yield Institute, at the Cherry Hill Urban Community Garden. By J.M. Giordano, winner of Divisional Second Place, General News Photo.

Children and adults show support for a St. Francis of Assisi student after school officials say her gay pride shirt contradicts the teachings of the Church and must be removed. (J.M. Giordano) First Place, Photo Series.

An Arabber walks past the former Rite Aid pharmacy in Baltimore's Waverly neighborhood. (Fern Shen), First Place, Feature Photo.

Copyright © 2022 Baltimore Brew LLC, All rights reserved.

Record Number: 565edd9058ceb946b766d15ece46e7b0c34b326d

**Daily Record, The (Baltimore, MD)**

May 16, 2022

Section: News

Topics:

**Index Terms:**
General news

**Mosby supports unsealing one record in her criminal case, opposes opening another**

Author: *Madeleine O'Neill*

Article Text:

In response to a motion filed by a group of Baltimore news organizations, Baltimore State's Attorney **Marilyn Mosby** has agreed that one sealed record in her federal criminal case should be opened to the public, but still wants to keep another record shielded.

Mosby on Thursday argued that one filing should remain sealed because "certain submissions related to pretrial administrative matters (like those discussed in the document in question) are expressly required to remain under seal as a matter of law."

Mosby's attorneys wrote that the public's right to access criminal proceedings can, under certain circumstances, be overcome by a defendant's right to a fair trial.

Further details about the document are not available because Mosby's motion to seal that record was itself filed under seal, making it impossible for the public to see more detailed reasons for her request to keep the document shielded. The motion to seal and the document itself were filed on April 4.

Mosby did agree, however, that an earlier document filed under seal could be opened. The sealed document includes four exhibits that were attached to a motion for a status conference that Mosby filed in late March.

"When Ms. Mosby originally filed those exhibits under seal, she did so in an abundance of caution because the government's covering letter (one of the exhibits) contained references to certain discovery materials, including individuals' names," Mosby's attorney, A. Scott Bolden, wrote in the response.

The Daily Record, The Baltimore Sun and The Baltimore Banner on April 28 filed a motionto unseal records in the case, arguing that the widespread interest in the case and the public's right to access criminal proceedings favored making the documents available.

U.S. District Judge Lydia Kay Griggsby ordered Mosby to respond by May 12. As of May 16, Griggsby has not yet ruled on Mosby's request to keep one case record sealed, nor has she opened the records for which the motion to unseal was uncontested.

Mosby faces two counts each of perjury and making false statements on loan applications. The indictment alleges that Mosby falsely claimed she suffered financially during the COVID-19 pandemic in order to withdraw money from her city retirement account.

She is also accused of failing to disclose a $45,000 IRS lien when she applied for mortgages on two properties in Florida, and of making various false statements in order to secure favorable interest rates.

Mosby has pleaded not guilty and is set to face trial in September.

Copyright © 2022 BridgeTower Media. All Rights Reserved.

Copyright, 2022, The Daily Record (Baltimore, MD)

Record Number: 306278

**Baltimore Brew (MD)**

May 16, 2022

Section: Accountability

**Proposed charter amendment would take IG oversight away from elected officials**

Author: *Fern Shen*

Article Text:

Baltimore Councilwoman Odette Ramos is proposing to greatly reduce the power of elected officials over the city's Office of the Inspector General amid charges that the current IG Advisory Board has built-in conflicts of interest.

Ramos is seeking to put on the November ballot an amendment to the City Charter that specifically bars elected officials or their designees from sitting on the oversight board. It also bars any state or city employee, lobbyist or anyone doing business with the city from sitting on the board.

She is introducing a resolution at tonight's City Council meeting that will start the process of getting the initiative on the ballot, which would require Council approval.

"We want to make sure we're preserving the integrity of the office of the Inspector General," she told The Brew.

Under its current structure, the seven-member IG Advisory Board is dominated by members who either are – or represent – elected officials that may be subject to investigations.

The board now consists of one designee of the mayor, two designees of the City Council president, one designee of the comptroller, and the deans of the University of Maryland and University of Baltimore schools of law.

The panel is chaired by the city solicitor, who is appointed by the mayor.

"It's been clear for a while that a change definitely is needed," she said today.

Political Flashpoint

Charged with rooting out waste, fraud and abuse in Baltimore government, the office became a political flashpoint last year after IG Isabel Mercedes Cumming produced a report critical of State's Attorney **Marilyn Mosby**, wife of City Council President Nick Mosby.

At a Council budget hearing and an advisory oversight meeting, Nick Mosby's designees on the board, along with City Solicitor Jim Shea, were critical of Cumming, questioning her job performance and budget requests.

Cumming, meanwhile, has called for the city to correct the "flaw" in the advisory board's composition, saying it must be freed from political influence or the appearance of influence.

"The public should never wonder if a report is biased or is fully accurate because the subject of an investigation sits on or is influenced by a member of this board," she said, addressing the advisory board last August.

"No citizen of Baltimore should be concerned whether a future inspector general has the fortitude to stand up to, or investigate, their own board," she added.

Speaking with The Brew today, Cumming applauded the introduction of the measure, but appeared to acknowledge that it might face a challenge in a City Council that is headed by Nick Mosby.

"It's brilliant. I admire Councilwoman Ramos for putting in such an innovative bill," Cumming said. "I do hope it is brought forth from committee. And if not, that citizens get 10,000 signatures in order to put it on the ballot."

Unusual Selection Process

Under the structure Ramos is proposing, five seats on the panel would be people nominated by City Council members, and two seats would be named by the chair of the city Board of Ethics.

Ramos suggests an unusual selection process to come up with the five: each Council member would nominate one person from their district who fits the criteria outlined in the charter amendment, with each nominee iplaced in one of the following groups:

Group 1 – Council Districts 1, 2 and 3

Group 2 – Council Districts 4, 5 and 6

Group 3 – Council Districts 7, 8 and 9

Group 4 – Council Districts 10, 11 and 12

Group 5 – Council Districts 13 and 14

The ethics board chair would randomly select – "like from a hat," Ramos says – one nominee from each group.

The remaining two members would be selected – likewise, at random – by the ethics board chair from names submitted by the Baltimore City Bar Association, Association of

Fraud Examiners, Association of Certified Public Accountants according to criteria outlined in the charter amendment.

Ramos Claps Back

Addressing the Council at today's pre-meeting luncheon, Ramos said the change would bring Baltimore more "in line with national best practices" for inspectors general.

Many major cities and jurisdictions (among them, Philadelphia, Chicago, Miami-Dade County and the state of New York) do not have oversight committees for their inspectors general.

Of the half-dozen that do have such panels, Ramos said, she knew of only two that have elected officials sitting on them – Baltimore and Albuquerque.

While Ramos was circumspect at the noon meeting, stressing that change would eliminate "the appearance" of impropriety, a press release announcing her charter change measure had more of an edge.

"Ramos claps back," it began.

This was a reference to the April 26 Council meeting in which the CEO of a Boston-based nonprofit flooded the Council chambers with a raucous group of protesters, many from out of the city, and proceeded to insult the integrity of both Ramos and Mayor Brandon Scott.

The leader of the group, an unregistered lobbyist brought in by Council President Mosby to support his stalled Dollar Houses bill, accused Ramos of "doing the bidding for the real estate community."

Ramos told The Brew she was impelled by "things that happened on April 26th" to consider moving ahead with the charter change proposal, which she had been contemplating for some time.

Upon last Thursday's release of a report by the ethics board finding that Mosby violated ethics rules on gift solicitations, Ramos said she knew the moment had come.

"Obviously, with what happened last week, this is timely," she said.

The resolution requires approval by the Council and the signature of the mayor before it can be put before the voters in the November election.

A spokesman for Mayor Brandon Scott, asked to comment on the charter proposal, has not yet replied.

The charter amendment resolution, 22-0238, goes next to the Council's Rules and Oversight Committee, chaired by Councilman Isaac "Yitzy" Schleifer.

Among those serving on that committee are Councilman Eric Costello and Council Vice President Sharon Green Middleton, Mosby allies who are his designees on the Inspector General Advisory Board.

Co-sponsoring Ramos' measure: Council members Phylicia Porter, Zeke Cohen and Mark Conway.

Caption:
Above: City Councilwoman Odette Ramos speaks about her charter change resolution at today's noon Council pre-meeting. (WebX)

Current members of the Inspector General Advisory Board.

Nick Mosby's designees on the IG Advisory Board, City Councilman Eric Costello (above) and Council Vice President Sharon Middleton, could not sit on the oversight panel under the proposed charter change. (CharmTV)

Copyright © 2022 Baltimore Brew LLC, All rights reserved.

Record Number: 3d8616c4c0d291623419945586fa05a7f99e0ec

**Sun, The (Baltimore, MD)**

May 17, 2022

Edition: First Generic
Section: Main
Page: 1


**'There is no money to pay back'**

**As Mosby defense fund site goes mostly blank, officials explain stances on ethics concerns**

Author: *Emily Opilo*

Article Text:

A website established to collect money for the legal defense of Baltimore City Council President Nick Mosby and State's Attorney **Marilyn Mosby** now is mostly blank following the release last week of a ruling from the Baltimore Board of Ethics outlining several alleged violations of the city's ethics code by the council president.

The website, which currently reads "maintenance mode is on" and lacks links, previously promoted a fundraiser to assist with the political power couple's legal bills.

A former trustee for The Mosby 2021 Trust, a tax-exempt political organization associated with the legal defense fund, said the trust is in the process of being dissolved.

Robyn Murphy, the trustee for the fund when it was established, said Monday the process of dissolving the trust has been underway for some time. Murphy said she has since relinquished her duties as the trustee. The current trustee for the fund has not been named. Murphy said the person did not wish to speak publicly.

According to the city's Board of Ethics, the council president committed multiple violations of the city's ethics law by indirectly soliciting and accepting donations from two city contractors via the legal defense fund.

Baltimore's code of ethics bars city officials from soliciting and accepting money, directly or indirectly, from "controlled donors," a category that includes city contractors and many others who do business with the city.

In the case of Nick Mosby, who presides over City Council as well as the city's Board of Estimates, controlled donors are considered anyone who seeks to do business with City Council, the council president's office, the Board of Estimates or any city governmental or quasi-governmental entity with which the council president is affiliated. Also included

are subcontractors doing business with or seeking to do business with the above groups, and those who engage in activities regulated or controlled by those groups.

According to the Board of Ethics, the legal defense fund received $5,000, its largest individual contribution, in August from the "resident agent" for a

contractor that is a city-certified minority- or woman-owned business. The business was a subcontractor on a deal considered by the city's spending board in 2020, the board reported.

The fund also received a $100 donation from the executive director of a nonprofit organization that was awarded a multi-thousand dollar grant of federal funds by the city in March.

The Board of Ethics ordered Nick Mosby to instruct the fund's organizers to return any money collected from controlled donors, cease fundraising activities and provide the Board of Ethics with a list of fund donors. The board gave him 30 days to comply with the order or face a penalty of $1,000 per day.

Nick Mosby has denied violating the ethics code and reiterated that defense Monday. The council president said he intends to comply with the orders from the ethics board, but said there is no money to return.

"There is no money to pay back," he said. "There was never any money that was passed along."

"If you read through the 17 pages clearly, I had nothing to do with it, and at this point it's just time to move on," he said. "I'm going to comply with whatever stipulations that they're asking me."

On Saturday, six members of Baltimore City Council sent a letter to Nick Mosby calling on him to comply with the order. The council members, who make up less than half the 15-member board, said the ethics board's report made it "unmistakably clear" the council president violated the city's ethics laws."We write to express to you our dismay at the ethics board's findings in their investigation of the Mosby Trust, of which you are a beneficiary, and your financial disclosure," states the City Council members' letter.

The letter was signed by Councilmembers Kristerfer Burnett, Zeke Cohen, Ryan Dorsey, Phylicia Porter, Odette Ramos and James Torrence, a group that also co-authored an op-ed in The Baltimore Sun calling on Nick Mosby to apologize for a raucous meeting in Council chambers last month.

On Monday, several members of City Council who opted not to sign the letter cited concerns with the letter's timing and language. A draft letter was circulated to council members via email at 3:16 p.m. Friday by the six signing members, according to an email obtained by The Baltimore Sun. Any interested council members were asked to sign on by 5:15 p.m. that evening.

Councilman Mark Conway said Monday he had not yet read the 17-page report from the Board of Ethics on Friday afternoon and didn't feel comfortable signing. "I had some initial concerns about the language, the sensitivity of the language," Conway said. "I didn't think it was the right action for me to take in the moment."

Conway said he chose instead to speak directly to the council president.

"I told him it was imperative he take care of the situation," Conway said. "It's a distraction from the important work we've got to do. This is not going to be helpful toward anything."

Conway said Nick Mosby told him he has complied with almost everything in the order, but one piece remains to be addressed, Conway recalled.

"I told him, in so many words, 'You believing you've met the requirements of that and the ethics commission believing so, that's two different things,'" Conway said.

Councilman Isaac "Yitzy" Schleifer said his decision not to sign came down to timing. The council members who coordinated the letter never spoke to him directly, he said. Schleifer said he did not see the letter until it was published in news reports Saturday. Schleifer, however, declined to comment on the allegations against Mosby. Councilman John Bullock said he saw no need for the letter.

"From my perspective, the report seemed pretty straightforward in terms of what the council president needs to do," Bullock said.

Bullock said he has not spoken to Mosby since the ethics ruling was released. Bullock said he gets the sense from the council members who did not sign the letter that they want to give the council president time to comply with the order. "The decision lays out what needs to happen," he said. "If that doesn't happen, that's something the council could look at."

Copyright (c) 2022 The Baltimore Sun Company

Record Number: BS0123689146

**Baltimore Brew (MD)**

May 18, 2022

Section: Accountability

**Mosby legal defense fund was on a collision course with the IRS**

Author: *David A. Plymyer*

Article Text:

Nick Mosby, president of the Baltimore City Council, and his wife, State's Attorney **Marilyn Mosby**, seem to lurch from one ill-conceived idea to the next. Such is the case with "The Mosby 2021 Trust," now reportedly in the process of being dissolved.

The trust, set up to administer the Mosbys' legal defense fund, ran into a problem last week with the city Board of Ethics.

The board found that Nick Mosby violated the city's ethics ordinance by accepting contributions to the fund from "controlled donors" – persons doing or seeking to do business with the city.

(**Marilyn Mosby**, subject to the state's ethics law, was not part of the board's action.)

The problem lies with the trust's claimed status as a tax-exempt "political organization" governed by Section 527 of the Internal Revenue Code.

The only reason for seeking Section 527 status for a legal defense fund is to secure certain tax advantages. They include eliminating potential gift tax liability for donors and protecting the Mosbys from individual tax liability for contributions to and expenditures from the trust.

Getting into the Weeds

According to the trust's website (taken down over the weekend), the purpose of the trust is to receive and distribute funds to help the Mosbys pay for legal expenses incurred as the result of "an unjust, politically-motivated federal criminal tax investigation."

There's nothing wrong with the purpose of the trust listed on the Form 8871, which, as it happens, includes no reference to paying for the legal expenses described on the website.

Indeed, if the trust is used to pay legal expenses incurred by the Mosbys during the federal criminal investigation – or in the course of defending **Marilyn Mosby** against the criminal charges brought against her as a result of that investigation – such use would appear to violate the relevant provisions of the Internal Revenue Code.

They state that a Section 527 entity must be organized and operated for an "exempt function."

The term is defined as "the function of influencing or attempting to influence the selection, nomination, election or appointment of any individual to any Federal, State or local public office," and includes the "making of expenditures relating to" such office that would be deductible under Section 162(a) of the Internal Revenue Code for a trade or business.

Section 162(a) allows the deduction of legal expenses arising directly from a taxpayer' trade or business, but not from a taxpayer's personal affairs or private financial affairs. Only legal fees that are "ordinary and necessary expenses for running the [taxpayer's] business" can be deductible.

Headed for Trouble

The legal fees incurred by the Mosbys during the federal investigation were not ordinary and necessary expenses for seeking or holding their respective political offices. Nor did the indictment of **Marilyn Mosby** arise from her conduct as state's attorney.

Instead, the charges arose from her submission of mortgage applications for houses in Florida as well as representations made on an application for an early withdrawal from a city retirement plan.

The Mosbys have repeatedly claimed that the purpose of the federal investigation was to politically embarrass them and to prevent them from being re-elected – to "influence" the outcome of their elections in Section 527 parlance.

I have no doubt that the IRS would conclude that the purpose of the investigation was not "political," but rather to determine whether any federal crimes were committed.

If, as advertised on the trust's website, the purpose of the Mosby Trust was to raise money to defray legal expenses incurred as a result of the federal criminal investigation, both the trust and the Mosbys were headed for trouble with the IRS.

David A. Plymyer retired as Anne Arundel County Attorney after 31 years in the county law office. He can be reached at dplymyer@comcast.net and Twitter @dplymyer.

Caption:
Above: Contribution page from the Mosby Trust Donorbox website, now taken down.

Homepage of the now-disabled website. (www.mosbydefense.com)

Copyright © 2022 Baltimore Brew LLC, All rights reserved.

Record Number: 51256f8f495af04f1aa56f1f2d3e279da02325a8

**Sun, The (Baltimore, MD)**

May 19, 2022

Edition: First Generic
Section: Main
Page: 10

### Provide independent oversight of Baltimore inspector general

Article Text:

Given recent concerns about ethics in Baltimore City Hall - including those surrounding the legal defense fund of City Council President Nick Mosby and his state's attorney wife, **Marilyn Mosby** - it was more than a little cheering to get word this week that at least one serious proposal to fix a lingering ethical concern in city government has arrived.

The proposed charter amendment introduced by Councilwoman Odette Ramos seeks to correct a glaring problem involving Inspector General Isabel Mercedes Cumming. Last year, Ms. Cumming issued a report critical of Ms. Mosby on a range of topics, from her frequent travels to her acceptance of gifts (or at least a lack of documentation that they had been auctioned off for charity). It soon became clear that IG's oversight board could allow for retaliation against the IG following such reports, given that its current composition is largely designated by the mayor and council president.

Ms. Cumming survived, perhaps due to the accuracy of her watchdog reporting and the attention the kerfuffle received in the media. But it still raised an important question: How should an inspector general be evaluated and held accountable? Clearly, if the point of an inspector general is to guard the proverbial henhouse, you can't have an elected "fox" directly (or even indirectly) supervising her.

Under current law, the oversight board includes appointees from the mayor, the city solicitor (who is a mayoral appointee), the council president, a council member chosen by the president, the city comptroller and, if the mayor and council president agree, the deans of the University of Maryland and University of Baltimore law schools. With the exception of the deans, any of the above could be the subject of the next scathing report by Ms. Cumming. It's not hard to see the problem here.

Ms. Ramos offers an interesting solution. She would put the appointment authority largely in the hands of City Council members with a couple of twists. First, she'd make clear that it couldn't include city or state employees, or elected officeholders, or lobbyists or their designees. But those nominated would have to possess some experience with matters including the law, ethics, job performance review and city government.

And here's the most interesting wrinkle: Each council member would nominate one person, but to keep the board to just seven members, the final selection would be winnowed down by the chair of the city's ethics board. The 14 council districts would (by a random draw) produce five nominees (Districts 1, 2 and 3 get one, Districts, 4, 5 and 6 get one, and so forth). The other two would also be selected in a similar manner from nominees by the city's bar, the Association of Fraud Examiners and the Association of Certified Public Accountants.

Complicated? You bet. But there's something to be said for severely limiting the appointment authority of any single elected official. That makes it highly unlikely that the oversight panel can be swayed by those in power. And yet it would also mean Ms. Cumming and future inspectors general would still be held accountable. Indeed, perhaps more so than today, given the qualifications expected of nominees.

Granted, all that picking of random names out of hats is a little unorthodox, but at least this provides a useful starting point for exactly how far the proposed charter amendment should go. And as a charter amendment, the proposal would not only have to be approved by the council but by city voters as well.

A spokesman for Baltimore Mayor Brandon Scott said he's open to the idea, calling the office of the inspector general (a post created just four years ago) "an essential piece of Baltimore's progress" whose integrity "should be unquestionable." Ms. Cumming has expressed support for the measure, as well. The tougher obstacle may prove to be Council President Mosby. But given his ethical travails of late including the defense fund, which was found to violate rules forbidding donations by city contractors, it would seem politically unwise for him to kill, or even attempt to deep-six, such reform.

But if that happens and the measure fails in City Council, there's always the possibility of petitioning the proposed charter amendment to the ballot in 2024. Surely if any issue can get 10,000 signatures these days, it would be a move to toughen city ethics laws.

Caption:
Baltimore City Inspector General Isabel Mercedes Cumming is the first woman and first Latina in the role of the city's watchdog. She's won praise for aggressively pursuing corruption cases and diversifying her office staff but also criticism from those who have felt her sting - including Baltimore City State's Attorney **Marilyn Mosby**. Jerry Jackson/Baltimore Sun file

Copyright (c) 2022 The Baltimore Sun Company

Record Number: BS0123734456

**Dundalk Eagle (MD)**

May 19, 2022

Section: News
Page: 17

**Greater Mid-Atlantic News Digest**

Article Text:

Here's a look at how AP's general news coverage is shaping up for select Mid-Atlantic, covering North Carolina, Virginia, Maryland and Delaware, stories.

BABY FORMULA SHORTAGE-LOCALIZE IT

Parents across the U.S. are scrambling to find baby formula because supply disruptions and a massive safety recall have swept many leading brands off store shelves.

Months of spot shortages at pharmacies and supermarkets have been exacerbated by the recall, leaving shelves empty. President Joe Biden planned to speak with manufacturers and retailers about the plight. The Associated Press is offering ways to localize the shortage, which is troubling families from coast to coast. Find the latest Localize It guide here.

NORTH CAROLINA ELECTION 2022-

NORTH CAROLINACAWTHORN

RALEIGH, N.C. — U.S. Rep. Madison Cawthorn's prominent role as the youngest pro-Donald Trump agitator in Congress can rub people on the right and the left the wrong way in his North Carolina district. That's made the 26-year-old culture warrior a social media political celebrity and successful fundraiser. He's near the top of the list of the former president's most vocal allies on Capitol Hill. By Gary D. Robertson.

ELECTION 2022-NORTH CAROLINALEGISLATURE

RALEIGH, N.C. — Four pairs of Republican incumbents face off Tuesday in the North Carolina General Assembly primaries, their confrontations the result of redistricting in rural areas that have lagged other parts of the state in population growth. But the most interesting legislative contest could involve Democrats and a name not even on the ballot: Gov. Roy Cooper. The second-term Democratic governor took the unusual step of endorsing a primary challenger to Democratic Sen. Kirk deViere of Fayetteville, who at times has sided with Republicans, particularly on the state budget and legislation easing public school restrictions during the coronavirus pandemic. By Gary D. Robertson.

LOST MURDER CHARGESSOUTH CAROLINA

COLUMBIA, S.C. — A man charged with killing two sisters in South Carolina 12 years ago but who disappeared out of the legal system after he was found incompetent to stand trial was arrested Thursday in Colorado after authorities reinstated his charges, a sheriff's office and a family attorney said. Williamsburg County deputies began looking for Joseph Jermaine Brand on Tuesday after he was charged for failure to appear for not returning to face the murder charges after treatment and release from a group home in 2016, family attorney Lori Murray said Thursday night. By Jeffrey Collins.

VIRUS OUTBREAK-1 MILLION LOST

UNDATED — On the deadliest day of a horrific week in April 2020, COVID took the lives of 816 people in New York City alone. Lost in the blizzard of pandemic data that's been swirling ever since is the fact that 43-year-old Fernando Morales was one of them. Two years and 1 million deaths later, his brother, Adam Almonte, fingers the bass guitar Morales left behind and visualizes him playing tunes, a treasured blue bucket hat pulled low over his eyes. Walking through a park overlooking the Hudson River, he recalls long-ago days tossing a baseball with Morales and sharing tuna sandwiches. He replays old messages just to hear Morales' voice. By Adam Geller, Carla K. Johnson and Heather Hollingsworth.

BIDEN-BROADBAND INTERNET

WASHINGTON — The Biden administration is taking the first steps to release $45 billion to ensure every U.S. resident has access to high-speed internet by roughly 2028. The administration is inviting governors and other leaders Friday to start the application process. Commerce Secretary Gina Raimondo is overseeing the distribution. Raimondo is traveling to North Carolina and says universal access to broadband internet would be akin to the electrification of rural America during the 1930s, a recognition the internet is a utility needed for U.S. residents to function in today's economy. The funding is part of the $65 billion for broadband in the $1 trillion infrastructure package President Joe Biden signed into law last November. By Josh Boak.

IN BRIEF: MINE SHAFT HAZARD— The U.S. Forest Service has put a grate over an abandoned 30-foot-deep pit mine shaft in North Carolina that had posed a hazard on a popular biking trail.

— RESOURCE OFFICER FIGHT — Officials in North Carolina say a resource officer at an elementary school has been placed on administrative leave after he got into a fight with a student.

— SAMFORD ALUM-GIFT — An alumnus of Samford University in Alabama has given the school the largest gift in its history, including $95 million for scholarships.

——

VIRGNIA IN BRIEF:

— WASTE FACILITY-BODY — Workers at a Virginia waste facility found a body Friday morning, police said.

MARYLAND/DELAWARE BALTIMORE COUNCIL PRESIDENT-ETHICS

BALTIMORE — Baltimore's ethics board has ordered the city council president to stop accepting money from a legal defense fund that took donations from at least two city contractors. The Board of Ethics also ruled Thursday that Council President Nick Mosby violated the city's ethics ordinance by indirectly soliciting for the defense fund established for Mosby and his wife, State's Attorney **Marilyn Mosby**, as they faced a federal criminal investigation, The Baltimore Sun reported.

PREGNANT WOMAN SLAIN

BALTIMORE — Police in Baltimore say a pregnant woman and a man were fatally shot and a baby was delivered before the woman died. That baby is now in critical condition. News outlets report Police Commissioner Michael Harrison calls it a "brazen assault." He says a car pulled up next to the pair as they parked in East Baltimore on Thursday night. Harrison says the driver got out and fired while someone else fired at them from the passenger window. Police say the man was dead on arrival at a hospital, and the baby was delivered shortly before the 38-year-old woman died.

XGR—GUNS-BACKGROUND CHECKS

DOVER, DEL. — Delaware lawmakers have introduced bipartisan legislation that would put state law enforcement officials in charge of background checks for gun purchases. A bill filed Friday would resurrect Delaware's Firearm Transaction Approval Program, which was eliminated more than a decade ago when lawmakers voted to rely on the federal government's National Instant Criminal Background Check System, or NICS. By Randall Chase.

FEMALE TROOPERDISCRIMINATION LAWSUIT

DOVER, DEL. — A federal judge has refused to dismiss a lawsuit filed against Delaware State Police by a former female trooper who alleges that she was the target of sexual harassment and retaliation. Nicole Hantz claims that she was subjected to a hostile work environment, involuntary transfer and termination, and retaliation. The judge ruled Friday that she had stated a plausible claim for each count. By Randall Chase.

BIDEN FUNDRAISING

POTOMAC, MD. — President Joe Biden's motorcade sped through the evening rush hour-choked streets of Washington earlier this week bound for Maryland Rep. David Trone's spacious estate close to the Potomac River. Speaking for 14 minutes near a backyard pool amid the smell of barbeque, Biden told about 140 people gathered that it's important for Democrats to "communicate what we mean." He praised the $1 trillion bipartisan infrastructure package, noted the federal deficit and unemployment were falling while lambasting Republicans as extremists. He also predicted — perhaps

fancifully given his sagging approval ratings — that Democrats might pick up a whopping four Senate seats during November's midterm elections. By Will Weissert and Zeke Miller.

——

SPORTS BBA--

ORIOLES-TIGERS DETROIT — Baltimore opens a series against Detroit at Comerica Park. UPCOMING: 650 words, photos. Game starts at 7:10 p.m. BBO-- ASTROSNATIONALS

WASHINGTON — The Houston Astros and Washington Nationals open a three-game series that's a rematch of the 2019 World Series. Starts at 7:05 p.m. By Patrick Stevens.

HKN—FACEOFF BOSTON — The players dream of

it. The fans look forward to it. Game 7. And on Saturday, there will be three of them. The NHL is wrapping up the first round of the playoffs with a rare treat: back-to-back-to-back seventh games that will go a long way toward shaping the conference semifinals. The Carolina Hurricanes will host Boston in a matinee, followed by the two-time defending champion Lightning at Toronto and the Kings in Edmonton. It's the first Game 7 tripleheader since 2014. By Sports Writer Jimmy Golen.

FBN--PANTHERS-CORRAL CHARLOTTE, N.C. — Matt Corral's

unexpected fall to the third round of the NFL draft has left the Carolina Panthers rookie quarterback with a good bit of motivation as he begins his professional career. "Honestly, I had a big chip on my shoulder before — but it just got bigger," Corral said Friday after his first minicamp practice. Corral traveled to Las Vegas to be a part of the NFL draft festivities last month, but left the green room following the first night when his name wasn't called. He never returned. He spent the second night in a nearby hotel room with his family waiting — and waiting — to be selected. By Sports Writer Steve Reed.

Copyright © 2022 Dundalk Eagle, Chesapeake Publishing Group (Adams Publishing/APGMedia). All rights reserved.

Record Number: 18A19BA58A96EB2E

**Daily Record, The (Baltimore, MD)**

May 19, 2022

Section: News

Topics:

**Index Terms:**
General news

**Judge sides with Mosby on keeping document sealed in federal perjury case**

Author: *Madeleine O'Neill*

Article Text:

A federal judge has ruled that Baltimore State's Attorney **Marilyn Mosby** can keep under seal a document that several local news organizations sought to open to the public in Mosby's federal criminal case.

U.S. District Judge Lydia Kay Griggsby found that information contained in the document could harm Mosby's right to a fair trial if it were unsealed.

"There is a compelling interest served by keeping this information confidential, because the public release of this information could reveal the Defendant's litigation strategy or otherwise jeopardize her defense," Griggsby wrote in an order issued Thursday.

The Daily Record, The Baltimore Sun and The Baltimore Banner filed a motion late last month asking to unseal the two records that have been filed under seal so far in Mosby's case.

The news organizations' motion argued that there is a "strong presumption" that criminal case records will be open to the public. That presumption can only be overcome by a compelling interest that outweighs the public's interest in transparency.

In a response filed last week, Mosby agreed that one of the requested documents could be unsealed. Griggsby ordered that document opened, but as of early Thursday afternoon it was not available on the public court docket.

Mosby objected to unsealing the second document, which was filed in early April. Both the motion to seal the document and the document itself were filed under seal, meaning the public did not have an opportunity to see the defense's reasons for keeping the record private.

Griggsby agreed that record could remain sealed, citing Mosby's right to a fair trial under the Sixth Amendment. She also found that redacting the document, instead of sealing it

entirely, was "not feasible, given its substance and the Defendant's compelling Sixth Amendment interest."

The ruling provides little additional information about the record.

Mosby faces two counts each of perjury and making false statements on loan applications. The indictment alleges that Mosby falsely claimed she had suffered financially during the COVID-19 pandemic in order to withdraw money from her city retirement account without incurring a penalty.

She is also accused of failing to disclose a $45,000 IRS lien when she applied for mortgages on two properties in Florida, and of making various false statements in order to secure favorable interest rates.

Mosby has pleaded not guilty and is set to face trial in September.

Copyright © 2022 BridgeTower Media. All Rights Reserved.

Copyright, 2022, The Daily Record (Baltimore, MD)

Record Number: 306917

**Sun, The (Baltimore, MD)**

May 20, 2022

Edition: First Generic
Section: Main
Page: 3

### Federal judge makes some documents public in Marilyn Mosby case

Author: *Lee O. Sanderlin*

Article Text:

Some previously sealed documents in the criminal case against Baltimore State's Attorney **Marilyn Mosby** will become public after a federal judge sided with The Baltimore Sun and other news outlets who requested the court revisit its decision to seal certain filings.

Judge Lydia Kay Griggsby partially approved the news outlets' requests in a ruling Thursday, ordering the clerk of court to unseal four documents while keeping others closed from public view. The Sun, the Maryland Daily Record and The Baltimore Banner filed the request in late April.

Mosby, through her attorney A. Scott Bolden, filed a motion in support of unsealing some of the documents, which is what Griggsby approved.

The papers being made public are letters between Bolden and Assistant U.S. Attorney Leo Wise that Bolden filed to support Mosby's motion for a status conference between her, prosecutors and the judge. That conference occurred March 30.

The letters are about what evidence exists, with Bolden asking the government to share all exculpatory evidence it has in regards to his client, even for crimes or transgressions that aren't the subject of Mosby's case.

Mosby is charged with two counts of perjury and two counts of making false statements on loan applications in order to purchase two Florida vacation homes: an eight-bedroom rental near Disney World and a condo on the state's Gulf Coast.

She and her lawyers have maintained her innocence, claiming federal prosecutors are racist and coming after her for political reasons.

The two-term Democrat also is running for reelection, with the primary scheduled for July 19. Her trial is slated to begin in September.

Most of information in the unsealed letters previously was reported in The Sun - the most revelatory being that prosecutors possess recorded phone calls between Mosby and Nationwide, the company that manages retirement accounts for Baltimore employees. Mosby's perjury charges stem from her making early withdrawals from her city retirement savings account under the guise of having suffered financial hardship because of the coronavirus pandemic, according to her indictment.

Before Congress passed the CARES Act, state and city employees could not access their retirement accounts before retiring unless they stopped working for the government or experienced an "unforeseeable emergency." Prosecutors say Mosby used that money to buy the pair of Florida vacation homes.

The letters also show Bolden has a recorded interview between investigators and City Council President Nick Mosby, Marilyn's husband, who is not charged with a crime. No details of that conversations were disclosed.

The news outlets filed a motion to intervene in the case because of the belief courts are meant to be open to the public, and that Mosby's high profile and pending reelection meant an increased public scrutiny of the case.

"It is difficult to conceive of many cases in this area with a greater public interest in transparency than this one," attorneys for the news outlets wrote. "This is a highly public criminal trial assessing the potential fraud and perjury of not merely a political figure, but the chief law enforcement official for the City of Baltimore."

Griggsby's decision to keep certain documents sealed is to ensure Mosby's right to a fair trial is not harmed.

"The Court also specifically finds in this case that there is a substantial probability that the Defendant's interest in a fair trial as guaranteed by the Sixth Amendment would be harmed if the document at issue and the materials referenced therein were to be made public at this time," Griggsby wrote.

Copyright (c) 2022 The Baltimore Sun Company

Record Number: BS0123757370

**Sun, The (Baltimore, MD)**

May 22, 2022

Edition: First Generic
Section: Main
Page: 12

**Md. politicians rewarded by bets on Early Voting**

Author: *Lee O. Sanderlin*

Article Text:

This year's bet had to be the easiest in years for Maryland politicians at the Preakness Stakes.

From Republican Gov. Larry Hogan to Baltimore's Democratic Mayor Brandon Scott, and others in between, elected officials were putting their money on Early Voting, a horse with strong Baltimore ties.

"This [name] is timely, this is relevant," said Baltimore State's Attorney **Marilyn Mosby**. She's running for reelection and said it's the first time she's bet on a horse race.

Nick Mosby, her husband and the Baltimore City Council president, said Early Voting was his choice because of the name. Mosby said he lost his bets on Black-Eyed Susan Day, but seemed optimistic for Saturday's races.

Scott echoed his city counterparts - "I chose it because of the name," he said - but had plans to place some additional bets.

Democratic gubernatorial candidate Wes Moore said he would bet on the horse with Baltimore ties because you "bet on horses from here." Early Voting's owner, Seth Klarman, grew up blocks from Pimlico, and Hogan said he was backing the horse because Klarman gave him some inside knowledge Friday night.

Beyond the bets, most of Maryland's politicos were there to shake hands, smile for cameras, see constituents and show off their finest race day outfits. Opting for a tan suit and straw hat, Hogan spent most of his time in the state tent, wheeling and dealing with cabinet officials and business owners he hoped to lure to Maryland to create more jobs, he said.

**Marilyn Mosby**, who is facing federal perjury and mortgage fraud charges, joined her husband Nick in presenting the trophy to the winner of the Gallorette Stakes, an earlier race won by horse Technical Analysis. Mosby had a locally made fascinator on her head and black and white Jordans with peach shoelaces for her feet. Husband Nick had on a

specially made short suit - literally he wore shorts - from Baltimore-based men's store Benedetto Haberdashery.

Scott and Moore had on blue suits. Thiru Vignarajah, who is running against **Marilyn Mosby** for state's attorney, also had a blue suit.

But they were just a few of the important people in Pimlico's exclusive infield chalets or elsewhere on the grounds. Ravens players and coaches, like cornerback Marlon Humphrey and John Harbaugh, attended. Washington Commanders quarterback Carson Wentz was there. Actress Lupita Nyong'o, singer-songwriter Katharine McPhee and celebrity chef Bobby Flay all were spotted.

Music mogul Kevin Liles was back Saturday after producing Friday night's star-studded Preakness Live Culinary Art & Music Festival, the first ever.

The festival was such a hit that it, not the horses, was the talk of the day for most of the Democratic politicos in attendance. Scott spent 25 years of his life living in Park Heights, the neighborhood around Pimlico, and didn't attend his first Preakness until 2019.

He said the addition of Preakness Live made the annual horse race inclusive to all of Baltimore, not just the privileged.

"We felt like Preakness was an event in our neighborhood, but now it's an event for the neighborhood," Scott said.

Liles' event had a superstar lineup including Megan Thee Stallion, an eight-time Grammy-winner, as well as legendary singer Ms. Lauryn Hill and Club Quarantine's D-Nice. Liles said the event was a way to get all of Baltimore involved with Preakness.

"The one special thing about Baltimore is, when we have access, we get engaged," Liles, a West Baltimore native, said.

Hogan, who did not attend Preakness Live, said it was encouraging to see the crowds back this year despite the oppressive heat. Hogan also commented on the lack of work done to Pimlico since the General Assembly approved $375 million in bond funding two years ago to renovate the track in Baltimore and in Laurel. The money came at a time officials were worried Pimlico's owners, The Stronach Group, would move the annual race to Laurel.

"I think COVID had a lot to do with some of the slowness, because you just can't get materials or workers, everything was sort of shut down," Hogan said. "They've got to step it up and make a little more progress quickly, but it's just wonderful to have all the crowds back here today, and I think it's just going to get better in the future."

Baltimore Sun Editor Micha Green contributed to this story.

Caption:
Gov. Larry Hogan put his money on Early Voting, whose owner grew up blocks from
Pimilco. Kim Hairston/Baltimore Sun

Copyright (c) 2022 The Baltimore Sun Company

Record Number: BS0123800778

**Sun, The (Baltimore, MD)**

May 25, 2022

Edition: First Generic
Section: Main
Page: 3

**Judge sets new deadlines in State's Attorney Mosby's criminal case**

Author: *Lee O. Sanderlin*

Article Text:

A federal judge has set new pretrial deadlines in **Marilyn Mosby**'s criminal case, but technical problems made it difficult for members of the public to hear any of the discussion surrounding the decision.

Lawyers for the Baltimore State's Attorney Mosby and federal prosecutors held a conference with Judge Lydia Kay Griggsby after the two sides could not reach an agreement on new deadlines for disclosing witnesses, filing motions and writing jury instructions.

Prosecutors wanted everything completed before the July 19 primary election date, whereas Mosby's team proposed a schedule that would go through the primary and run up near the Sept. 19 trial date.

Griggsby met the two sides in the middle, calling for some motions due from the government, as well as jury instructions, to be filed by July 15. She gave Mosby's side until July 29, 10 days after the primary election, to respond to the government's motion.

This is the second time the Democratic State's Attorney and the U.S. Attorney's Office in Maryland have been at odds over the schedule of her criminal trial. After her original indictment in January, Mosby and her lawyers demanded a speedy trial, saying they would be ready and wanted to get it over with before the primary election. In predominantly Democratic Baltimore, the primary winner typically wins the general election.

"I know I've done nothing wrong, so I'm ready to go to trial tomorrow," Mosby said during a Feb. 1 appearance on MSNBC. "Put this on trial right now so I can prove my innocence. But let's get to the election because I know that's what this is all about."

But Mosby asked for a continuance in April, which Griggsby granted. Mosby also tried to have the case against her thrown out, but Griggsby sided with the prosecution, finding the government wasn't prosecuting her for political or racial reasons as Mosby alleged.

The reasoning for the disagreement over filing deadlines was discussed in Monday's status conference, but members of the public could hardly make out any of what was said due to technical issues.

Despite the audio difficulties with the hearing conducted by telephone, defense attorney Rizwan Qureshi could be heard guaranteeing his client's readiness for trial.

Despite audio difficulties with the virtual hearing, defense attorney Rizwan Qureshi could be heard guaranteeing his client's readiness for trial.

"Ms. Mosby is prepared and eager to go to trial on the September 19 trial date," he said.

Mosby is charged with two counts of perjury and two counts of making false statements on loan applications in order to purchase two Florida vacation homes: an eight-bedroom rental near Disney World and a condo on the state's Gulf Coast. Mosby's perjury charges stem from her making early withdrawals from her city retirement savings account under the guise of having suffered financial hardship because of the coronavirus pandemic, according to her indictment.

Before Congress passed the CARES Act, state and city employees could not access their retirement accounts before retiring unless they stopped working for the government or experienced an "unforeseeable emergency."

She and her lawyers have maintained her innocence, claiming federal prosecutors are racist and coming after her for political reasons.

After Monday's hearing, lawyers for Mosby did not return a request for comment. The U.S. Attorney's Office does not comment on pending cases.

Earlier filings in the case suggested prosecutors could call up to 15 witnesses, while Mosby's lawyer A. Scott Bolden said the defense is considering bringing 5 to 10 expert witnesses to the stand.

The audio problem with Monday's hearing was not the first time the public has had issues with access to proceedings in this case.

Before the April 14 hearing on whether to dismiss the case, members of the press, including The Baltimore Sun, wrote letters to Griggsby asking her to move that hearing to a larger courtroom so more people could attend. Griggsby was originally limiting press attendance to just three reporters and seven members of the public, but opted for the larger room.

More recently, The Sun, The Maryland Daily Record and The Baltimore Banner filed a motion requesting some documents in the case be unsealed, arguing that the decision to keep them hidden from public view was harming the public. Griggsby approved that request in part, unsealing a few filings that Bolden agreed to. Bolden requested some documents remain under seal, and Griggsby granted his request.

Caption:

Baltimore City State's Attorney **Marilyn Mosby**. JERRY JACKSON/Baltimore Sun

Copyright (c) 2022 The Baltimore Sun Company

Record Number: BS0123867692

**Sun, The (Baltimore, MD)**

May 27, 2022

Edition: First Generic
Section: Main
Page: 1

**Police, Mosby at odds over list**

**Top cop: Naming of those with credibility issues may hurt morale**

Author: *Lee O. Sanderlin and Jessica Anderson*

Article Text:

A day after a list of 305 Baltimore police officers with credibility and integrity issues became public, Police Commissioner Michael Harrison said he's concerned the information will further erode the department's relationship with the community and hurt officer morale.

Harrison said he had never seen the list before and was surprised to see some of the names, claiming the majority of the 177 officers listed who still work in the department did not have sustained complaints against them. The list includes several high-ranking officers within the department, including a former head of internal affairs and a former deputy chief of patrol.

"We would certainly hope there would be communication about the process of being added to any kind of list, instead of learning about it after the fact," Harrison said in an interview Thursday.However, a 2019 email from Deputy State's Attorney Janice Bledsoe to Dan Beck, the police department's former chief of legal affairs, shows police leadership has had a copy of the list, and a justification for why each officer was on it, since its existence was made public.

"They've known why the officers were on the list," Baltimore State's Attorney **Marilyn Mosby** told The Baltimore Sun.

Mosby's office released the list to the Baltimore Action Legal Team, a community nonprofit organization that is working to make the legal system more

accessible to the public, after a judge ordered her office to do so.

The State's Attorney's Office regularly discloses officers' internal affairs records to defense attorneys as part of an agreement with the police department, Mosby said. The reason for disclosure is to ensure defense attorneys are aware of any potential misconduct

and to make it easier to argue before a judge whether the misconduct should be admissible in court.

"I can't tell them what to do with their officers, but if they have repeated Fourth Amendment violations and repeated excessive force complaints, it could be relevant in a case pertaining to that officer," Mosby said. "I think it's relevant. I think it's in the interest of justice." The constitutional amendment guarantees people's right to be free from unreasonable searches and seizures.

This is not the first time the two agencies have struggled to communicate. Shortly after Harrison came to Baltimore in early 2019, he announced two new deputy commissioners. One of them, Michelle Wilson, had contradicted in a Facebook post and in a sworn affidavit Mosby's account of a key issue in a lawsuit filed against her by a former city prosecutor.

Two days after Harrison announced Wilson's hiring, the department announced she would not join the agency. Wilson, who had worked as an assistant Maryland attorney general, was supposed to oversee police misconduct investigations.

The latest list is different from a "do not call" list of 91 mostly former officers that Mosby's office released in October. Many of the people on that list were ex-cops, officers already known for their misdeeds, and some were even serving time in federal prison. Those officers couldn't be trusted to testify in court, Mosby said at the time.

Mosby has repeatedly said some officers on the latest list may have unsubstantiated complaints, and that being on the list does not bar them from giving testimony. Rather, it means the allegation against the officer and an accompanying internal affairs record should be disclosed to lawyers representing people accused of crimes, she said.

The newly public list includes officers with previous allegations of excessive force, false arrest or imprisonment, sexual assault, conducting illegal searches, making false statements, planting evidence and other general corruption claims, Mosby said.

The department has strived to improve its reputation following a sweeping officer corruption scandal and scathing U.S. Department of Justice report in 2016. It found a pattern of unconstitutional policing and resulted in a consent decree in federal court to improve the department.

The newly revealed list of potential problem cops may set that work back, Harrison said.

"I have to make sure we have not lost all of the ground," he said.

The newly public list dates to 2019. A newer, more up-to-date list exists, but a state's attorney office spokesperson said that nothing about it - such as who is on it or how many people are included - could be released.

In Baltimore County, Democratic State's Attorney Scott Shellenberger compiles a similar list of officers who have integrity issues that must be disclosed to defense counsel.

Shellenberger's list includes just 19 officers, and identifies those who "were sustained for an integrity violation" and are "available to testify after disclosure." Other categories list officers who are "available to testify, but were not sustained with integrity issues where the state discloses information," as well as officers with a "pending integrity violation."

Neither Mosby nor Harrison wanted the city list to become public, and Mosby's office, through Democratic state Attorney General Brian Frosh, fought its release in court.

Some community members are glad the list is public, saying they believe it will increase police accountability.

Tawanda Jones' brother, Tyrone West, died in Baltimore Police custody in 2013. She said she was not surprised to learn the list includes officers involved in his death.

A criminal investigation was conducted, but prosecutors declined to charge the officers involved in a struggle with West, who died from a heart condition exacerbated by the struggle and hot weather, according to the state medical examiner. Police used batons, fists and pepper spray to subdue him following a traffic stop.

Jones was skeptical that the list represents a complete picture of police misconduct in Baltimore, saying she was surprised it wasn't longer. The fact that many of the officers listed still work for the department - some even in high-ranking positions - and testify in court is "just ridiculous," she said.

"Then they wonder why there's this gap between the community and these officers who are supposed to protect and serve," Jones said. "When you've got ticking time bombs still working the streets with no accountability, trust me when I say something bad is going to happen."

The Baltimore City Fraternal Order of Police Lodge 3 expressed frustration Wednesday over the list on social media, with union leaders tweeting: "The vast majority of those Baltimore Police cops on the list are good, brave, and credible." They also noted Mosby herself faces federal charges for perjury and making false statements involving her personal finances.

Many officers were despondent to learn they were on the list, Harrison said, and didn't understand why prosecutors felt the need to flag them to defense attorneys. He said he has talked with Mosby "to ask for the criteria and process" and how they can be removed

"It's a morale issue, a performance issue," he said of the list.

Mosby's political opponents in the July 19 Democratic primary latched onto the list's release, with rivals Ivan Bates and Thiru Vignarajah criticizing her for different reasons.

"As a leading criminal defense attorney, I, along with other attorneys pleaded with Ms. Mosby to release this list since 2018 because we always knew the truth - men such as Keith Davis and GTTF victims are behind bars because Ms. Mosby failed to act," Bates said. "Enough is enough."

Davis is a Baltimore man facing a fifth trial in the same homicide case; police shot him the day he was arrested and he has maintained his innocence. The GTTF refers to the police department's Gun Trace Task Force; officers on the squad have been convicted in a federal case of robbery, drug dealing and other corruption.

Vignarajah said public knowledge of the list could further erode the relationship between the Baltimore Police Department and the State's Attorney's Office, and that officers who have only been accused of wrongdoing shouldn't be on a list.

"What has happened here is clumsy at best and insulting to police at worst," Vignarajah said. "If this was about the integrity of the testimony presented by police, there's a nuanced approach. This seems more about adding gasoline to the already combustible relationship between police and prosecutors."

Mosby pushed back, saying it's the police commissioner's job, not hers, to keep up morale.

"The reason we sent the list is because they needed to do what they needed to do with their officers," Mosby said. "I can't tell them what to do with their officers."

Baltimore Sun reporters Darcy Costello, Alex Mann and Lea Skene and contributed to this article.

Caption:
Baltimore City State's Attorney **Marilyn Mosby** and Police Commissioner Michael Harrison are shown together. Baltimore Sun file

Copyright (c) 2022 The Baltimore Sun Company

Record Number: BS0123909881

**Daily Record, The (Baltimore, MD)**

June 1, 2022

Section: News

Topics:

**Index Terms:**
General news

**Mosby seeks dismissal of perjury charges related to retirement withdrawals**

Author: *Madeleine O'Neill*

Article Text:

Baltimore State's Attorney **Marilyn Mosby** is again seeking to dismiss the federal charges against her, this time focusing solely on two counts of perjury related to allegations that she falsely claimed pandemic-related financial hardship to withdraw money from her city retirement account.

In a motion filed late Wednesday, Mosby's lawyers asked permission to file a second motion to dismiss charges in her federal criminal case.

U.S. District Judge Lydia Kay Griggsby last month rejected a motion to dismiss the entire indictment on the grounds that the charges were brought out of personal animus. Wednesday's request, if granted, would mean another round of pretrial motions ahead of Mosby's trial in September.

In the proposed motion to dismiss the charges, which was also filed Wednesday, the defense team claimed that Mosby did not benefit financially when she took money from her retirement account under the CARES Act, which allowed for emergency withdrawals during the coronavirus pandemic.

The CARES Act allowed participants to avoid a 10% penalty for withdrawing retirement funds early and to spread out the taxes due on that money over three years. But Mosby's retirement account wasn't subject to an early withdrawal penalty and she paid all of the taxes due on the withdrawals in the same tax year, her lawyers wrote.

"Simply put, the only benefit State's Attorney Mosby enjoyed from her two (coronavirus-related distributions) was her own money, and nothing more no waived 10% penalty, and no deferred tax liability," the motion claims.

The government alleged that Mosby falsely claimed COVID-related financial hardships in order to make two withdrawals from her retirement account, which she put toward down payments on two vacation properties in Florida.

But Wednesday's proposed motion to dismiss argues that the perjury charges should be dropped because Mosby was allowed to self-certify that she had suffered financially meaning she did not make a "material" statement under the federal perjury statute.

Nationwide, the company that manages the city's retirement plan, was not required to check whether Mosby actually suffered a pandemic-related financial hardship in order to release the money from her retirement account.

The proposed motion also argues that the phrase "adverse financial consequence," which Mosby had to have suffered in order to qualify for the early retirement withdrawal, is too vague to be the basis for criminal charges.

"Whether a retirement plan participant suffered an 'adverse financial consequence' is fundamentally ambiguous because the term is 'is not a phrase with a meaning about which men of ordinary intellect could agree,'" Mosby's lawyers wrote.

Federal prosecutors alleged that because Mosby's salary did not decrease during the pandemic, she did not suffer an adverse financial consequence. Mosby's lawyers countered that she could have suffered any number of different financial strains during the pandemic.

The government will have an opportunity to respond to the latest motion.

Mosby also faces two counts of making false statements on loan applications, which the motion to dismiss does not address. She is accused of making several false claims in order to secure advantageous interest rates as she sought to purchase the vacation homes in Florida.

Two new lawyers also entered appearances on behalf of Mosby on Wednesday: Gary E. Proctor, who previously represented one of the Baltimore police officers Mosby charged in connection with the death of Freddie Gray, and Lucius Outlaw, who has represented a number of high-profile Marylanders facing criminal charges.

Copyright © 2022 BridgeTower Media. All Rights Reserved.

Copyright, 2022, The Daily Record (Baltimore, MD)

Record Number: 308896

Sun, The (Baltimore, MD)

June 3, 2022

Edition: First Generic
Section: Main
Page: 3

**Mosby case shows ordinary men understand**

**COMMENTARY**

Article Text:

Pardon me for saying so, but I don't see what's "fundamentally ambiguous" about the phrase "adverse financial consequences." I get exactly what that means, and I attended neither Oxford nor Cambridge.

Lawyers for the indicted Baltimore State's Attorney, **Marilyn Mosby** (Boston College Law School, 2005), claim she shouldn't be prosecuted for perjury because of those three words in the federal law she allegedly violated. They say "adverse financial consequences" is "not a phrase with a meaning about which men of ordinary intellect could agree."

Well, now, as a man of ordinary intellect, I cannot let that pass.

Let us parse the phrase.

"Adverse," according to the Cambridge Dictionary, means "having a negative or harmful effect."

"Financial" means "related to money or how money is managed."

And "consequences" refers to "a result of a particular action or situation, often one that is bad or not convenient."

So I pour all that into the stewpot of my brain and, even without the benefit of a degree from The Sorbonne, I come up with something that is not at all ambiguous. (For peers of ordinary intellect who might need a refresher, something that is ambiguous, according to the Cambridge Dictionary, has "more than one possible meaning.")

But I see just one meaning: A financial loss. A fiscal setback. A monetary morass. A cash crisis. A bad ledger. A reversal of fortune. "Adverse financial consequences" means something happened that caused you or your business to lose money.

In 2020, the pandemic happened. Congress passed the CARES Act to help Americans get through it. The law said, in part, that "qualified individuals" could draw on their retirement savings funds if they suffered "adverse financial consequences" under certain conditions. There would be no 10% early withdrawal penalty, as there is under normal conditions, and easier terms for paying the federal taxes due on the withdrawn amount.

In putting out guidelines, the Internal Revenue Service was explicit. You could qualify for this relief if you experienced "adverse financial consequences" from a COVID-related reduction in income, from being furloughed or laid off, having reduced work hours, being unable to work due to lack of child care, or if you had to close or reduce the hours of your business.

That all makes sense, right? It sounds fair and prudent.

But federal prosecutors allege that Mosby, who pulled down nearly $250,000 in salary in 2020, lied when she claimed "adverse financial consequences" to draw more than $80,000 from her retirement account. She had not lost income and, furthermore, the feds say she used the money to buy two Florida homes.

I did not go to either Harvard or Yale law schools, but this all looks like a paper trail to me. So what's the defense?

In a 61-page package of arguments and supporting documents filed in federal court this week, Mosby's lawyers argue that the perjury charges against her should be dismissed because "adverse financial consequences" is an ambiguous phrase. It could have all kinds of meanings and, as such, they say, does not meet the legal standard required to prove perjury.

"Courts routinely dismiss charges where questions or phrases are fundamentally ambiguous and thus insufficient as a matter of law to support a charge of perjury," Mosby's lawyers argue, citing case law.

They say Congress failed to define "adverse financial consequences," and the phrase could have broad meaning.

"Even if receiving their full salary," Mosby's side argues, "does that person experience adverse financial consequences if inflation rises, if the costs for meals are increased because their kids are at home and not receiving meals at school, if they have more food delivered because it's risky to go shopping for groceries, if utility costs increase because everyone is working or schooling from home, or if the costs related to starting and implementing a now shuttered business venture cannot be recovered because they will no longer receive the anticipated income the business venture would have generated?"

That last reference - to "starting and implementing" a business - is interesting because it brings up the matter of two companies Mosby created in 2019.

After the existence of Mahogany Elite Consulting and Mahogany Elite Travel became known, Mosby said the companies were not yet active. She later said she had "not taken

on a single client for these companies, nor have I taken in any money." But, in a media appearance in January, her lead attorney, A. Scott Bolden, suggested that Mosby's businesses had been adversely affected by the pandemic, contradicting what his client had said about them.

Of course, the same attorney claimed "prosecutorial vindictiveness" against Mosby, saying the investigation and indictment were driven by "malicious personal, political, and even racial animus on the part of the prosecutors."

That didn't work. A judge denied a motion to dismiss the charges on those grounds in April.

Now the Mosby legal team is back with the claim of ambiguity in the language of the law she violated.

"The fundamental ambiguity of the term 'adverse financial consequences,'" they say, "makes it insufficient as a matter of law to support a charge of perjury."

I do not have a doctorate of jurisprudence, but I'd be surprised if a federal judge would agree with that. I mean, if a man of ordinary intellect, such as myself, understands what "adverse financial consequences" means, certainly a federal judge can. You'd think a graduate of Boston College Law School would, too.

Copyright (c) 2022 The Baltimore Sun Company

Record Number: BS0124031626

Sun, The (Baltimore, MD)

June 3, 2022

Edition: First Generic
Section: Main
Page: 1

## Mosby renews push to dismiss

**State's attorney again seeks to have perjury charges dropped**

Author: *Lee O. Sanderlin*

Article Text:

Weeks after a judge denied her original request, lawyers for Democratic Baltimore State's Attorney **Marilyn Mosby** are trying again to have perjury charges against her dismissed.

In court papers filed late Wednesday evening, Mosby's lawyers asked U.S. District Court Judge Lydia Kay Griggsby to allow them to present new arguments for her charges to be dismissed, after Griggsby rejected their original attempt.

"It is not an effort to surprise or sandbag the government or the Court, and it is not a second bite at the apple," Mosby's lawyers wrote.

Specifically, Mosby is asking Griggsby to dismiss counts 1 and 3 of her indictment, which have to do with her claiming a financial hardship to withdraw money from her city retirement account. The assertions she made to secure those withdrawals go to the heart of the government's case.

A two-term incumbent, Mosby is running for reelection in the July 19 primary and she has maintained her innocence throughout.

Mosby's lawyers, in Wednesday's filing, called the claim of perjury against her

the "first of its kind," saying no one else in the United States has been prosecuted for wrongly withdrawing money from their retirement accounts under the federal CARES Act.

Unlike retirement accounts for private-sector employees, state and city employees cannot access their retirement accounts before retiring unless they stop working for the government or experience an "unforeseeable emergency." But under the CARES Act, the

first pandemic relief bill, Congress loosened those rules temporarily. Government workers could draw those funds if they claimed a business they owned had closed or taken a loss, or if they had suffered "adverse financial consequences" because of COVID-19.

Mosby's lawyers argue the phrase "adverse financial consequences" is fundamentally ambiguous, and as a result, someone cannot be prosecuted for perjury under that language. Further, her lawyers suggest it does not matter whether the financial consequences she claimed are true, because checking a box saying you suffered financially has "no probative weight" and is not "capable of influencing" a plan into making a coronavirus-related disbursement.

Mosby's request for a retirement account withdrawal is included as an attachment to her motion, and her signature is under the portion where it asks the requester to affirm "under the penalties of perjury" that the statements made in the request are true.

For 2020, the year in question, Mosby received her full salary, roughly $250,000, but her lawyers say that doesn't matter, arguing she could have dealt with inflation, lack of child care, having to order food in more or because a planned business venture didn't work out.

"The government's tethering of 'adverse financial consequence' solely to a person's salary has no foundation in law or reality and cannot be used as the basis for prosecuting State's Attorney Mosby under Counts 1 and 3," her lawyers wrote.

Prosecutors allege Mosby lied in 2020 about experiencing financial hardship during the pandemic so she could withdraw $81,000 from her City of Baltimore retirement savings account to make down payments on two Florida homes: an eight-bedroom rental near Disney World and a condo on the state's Gulf Coast.

"Without those two withdrawals, she would not have been able to make the down payment on either of the two Florida vacation homes she purchased in September 2020 and February 2021," federal prosecutors wrote in a separate filing. "Simply put, the defendant's perjury allowed her to leverage $90,000 in funds she should not have had access to in order to get two vacation homes."

In the past, Mosby's lead defense attorney, A. Scott Bolden, had mentioned Mosby's travel and consulting businesses as a possible explanation for why she sought the retirement money.

"Remember, **Marilyn Mosby** has businesses, if you will," Bolden said in a January appearance on Roland Martin's YouTube show. "And so, those businesses were in the travel space and they were affected by [the coronavirus] and her accountant urged her to take that money."

However, at the same time she made her 2020 withdrawals, Mosby asked Baltimore Inspector General Isabel Mercedes Cumming for an investigation into her businesses to prove they existed in name only and weren't actually operable.

"I ask that you verify that I have not taken on a single client for these companies, nor have I taken in any money," Mosby wrote in a July 2020 letter to Cumming. "Any insinuation to the contrary is false, misleading, and unethical."

Should Griggsby deny Mosby's request to file a new motion for dismissal, her lawyers said they like to receive another key piece of the case against her: the government's instructions to the grand jury. The instructions would show exactly what hardship prosecutors suggested Mosby claimed, and would help them better prepare a defense, according to the filings.

Wednesday's filing marked a shift in Mosby's defense, as her lawyers look for seemingly the first time to defeat the charges against her using a legal argument, rather than personal attacks against the U.S. Attorney's Office in the District of Maryland.

Previously, Bolden and company had labeled Assistant U.S. Attorney and lead prosecutor Leo Wise a racist, and said U.S. Attorney Erek Barron was prosecuting Mosby for political reasons.

Griggsby didn't buy those arguments, calling them "problematic" in an April 14 hearing where she denied their first motion to dismiss the charges.

Mosby herself conceded after the hearing that she didn't expect that set of motions to work, saying she was looking forward to her day in court. Since then, Mosby has added even more lawyers to her already large defense team. Baltimore-based attorney Gary Proctor and Lucius Outlaw from Washington are now representing her pro bono, or for free, according to court filings.

Outlaw represented prominent defense attorney Kenneth Ravenell at Ravenell's December money laundering trial. He was convicted of one count of money laundering but found not guilty of several others.

Mosby's trial is set for Sept. 19.

Baltimore Sun reporter Alex Mann contributed to this article.

Copyright (c) 2022 The Baltimore Sun Company

Record Number: BS0124031522

Baltimore Brew (MD)

June 13, 2022

Section: Front Page

**Nick Mosby challenges Ethics Board ruling that he engaged in improper fundraising**

Author: *6:45 pm*

Article Text:

City Council President Nick Mosby has appealed the Baltimore Board of Ethics' finding that he violated ethics rules through the fundraising activities of a legal defense fund.

The board last month told Mosby to stop fundraising through the Mosby 2021 Trust (also known as the Mosby 2021 Defense Fund) and return funds accepted by the fund from "controlled donors," or persons doing business with the city.

The website – set up to help Mosby and his wife, State's Attorney **Marilyn Mosby**, with their legal expenses – was taken down after the ethics board forward its findings to the Baltimore City Council and Mayor Brandon Scott "for appropriate action" under the city code.

The fund was set up after the power couple came under a federal criminal investigation of their financial dealings last year. In January, **Marilyn Mosby** was indicted for perjury and making false statements on a loan application in connection with the purchase of two Florida vacation homes.

The ethics board gave Mosby 30 days to comply with the order or face a penalty of $1,000 per day.

Mosby told WBAL TV he would comply with the board's requests.

But on Friday, Mosby entered a Petition for Judicial Review of the order in Baltimore City Circuit Court, filing the motion pro se, meaning acting as his own attorney.

Denies Wrongdoing

Mosby did not respond to a request for comment on the motion.

He previously issued a statement denying he had committed any breach of the city's ethics code (his wife, considered a state employee, is not covered by the code).

"Knowing that no money has ever been paid to me or my attorneys from the legal defense fund, the board erroneously found that I had received some benefit from the trust that managed the donations," he said.

The ethics board said Mosby was informed last August of complaints about his use of the trust fund. It described two donations associated with entities doing business with the city, one a business ($5,000) and the other ($100) a non-profit, as problematic.

Informed in January that the board had found "prima facie violations of the ethics law," he was given the chance to cure the violations.

"Respondent rejected such opportunity to cure," the report said.

More from The Brew:

A publicist and two lawyers are behind the Mosbys' legal defense fund (5/13/22)

Mosby legal defense fund was on a collision course with the IRS (5/18/22)

Caption:
Above: "They fought for us! Let's fight for them!" said the online defense fund set up for Nick and **Marilyn Mosby** last year. (It has since been taken down.) (mosbydefensefund.com)

Contribution page from the now-removed Donorbox website.

Copyright © 2022 Baltimore Brew LLC, All rights reserved.

Record Number: 226b9520d532789ca3c2f3c4a29d1e861b469b8e

Sun, The (Baltimore, MD)

June 14, 2022

Edition: First Generic
Section: Main
Page: 1

**Mosby challenges ethics ruling**

**City Council president requests a judicial review of board's decision against him**

Author: *Emily Opilo and Christine Condon*

Article Text:

Baltimore City Council President Nick Mosby is challenging a Board of Ethics order that called on him to cease fundraising for a legal-defense fund and turn over a list of donors one month after he said publicly he would comply with the order.

Mosby, representing himself, filed a motion Friday in Circuit Court for Baltimore City requesting a judicial review of the Board of Ethics' decision. Last month, the board said Mosby violated the city's ethics ordinance by indirectly soliciting for a legal-defense fund that took donations from at least two city contractors.

The fund, which opened for donations in mid-2021, was established for the legal defense of him and his wife, Baltimore State's Attorney **Marilyn Mosby**, as they faced a federal criminal investigation last year into their financial dealings. While Nick Mosby has not been charged with anything, **Marilyn Mosby** was charged this year with perjury and making false statements related to the purchase of two Florida houses.

In its order, the Board of Ethics called on the council president to accept no payments from the fund and to ask the fund to cease fundraising on his behalf. Nick Mosby also was ordered to request that a list of all donors and donations to the fund be provided to the ethics board. The deadline to comply with the order was Saturday.

Last month, Nick Mosby denied violating the ethics code but said he intended to comply with the order from the ethics board.

"If you read through the 17 pages clearly, I had nothing to do with it, and at this point it's just time to move on," he said in May. "I'm going to comply with whatever stipulations that they're asking me."

However, the council president also argued there was no money for him to return to donors. "There is no money to pay back," he said at the time. "There was never any money that was passed along."

Baltimore's ethics ordinance allows the subjects of investigations to seek a judicial review if they are "aggrieved" by a decision of the ethics board. Mosby's two-page filing, made public Monday, argues he was "aggrieved" by the outcome but says little else.

Speaking Monday evening to The Baltimore Sun, the council president argued he

has complied with the order.

"The order was a list of things, some of which I've already done or I had to appeal within that 30-day period," he said. "So I complied with that."

Nick Mosby said he has concerns with the process the Board of Ethics used to investigate him. He said the board acted as judge, jury, prosecutor and investigator.

"Seemed really political, but you know, we're here, and I just want an objective body to look at the process," the council president said.

The council president said the board's ruling opened up "a huge can of worms."

"It just seems like this broad stroke approach that organizations that have your name on them that you're supposed to file them on your disclosure," he said. "When other folks are board members and organizational leaders of institutions that collect funds as well that, you know, they don't go on that disclosure."

Stephan Fogleman, chairman of the Board of Ethics, said the board received notice Monday of the council president's legal filing.

"The ethics board will be participating in the proceedings, and we stand by our decision and administrative order," he said.

Baltimore's ethics ordinance allows the board to fine violators $1,000 per day if they fail to comply with an order from the board. Fogleman said the board will discuss whether to stay its order as Mosby's appeal is considered. Mosby's filing did not request a stay.

According to the Board of Ethics, the Mosby's legal defense fund received $5,000, its largest individual contribution, in August from the "resident agent" for a contractor that is a city-certified minority- or woman-owned business. The business was a subcontractor on a deal considered by the city's spending board in 2020, the board reported.

It also received a $100 donation from the executive director of a nonprofit organization that was awarded a multi-thousand dollar grant by the city in March.

The ruling did not name the donors or further identify their connections to the city, but both are considered "controlled donors" under the city's ethics law, which bars elected officials from receiving contributions from such donors, solicited or otherwise.

The board also concluded that Nick Mosby violated a provision of the law barring him from soliciting donations, directly or indirectly, from controlled donors.

The list of donors Mosby was ordered to provide would have been the first public accounting of donations to the legal defense fund.

Prominent supporters and community leaders have encouraged contributions, posting on Facebook and appearing at news conferences, but **Marilyn Mosby** reported no gifts to the fund during her most recent ethics disclosure statement filed in April. Nick Mosby's last ethics disclosure, filed in January, does not list the legal defense fund as a business affiliation or detail any gifts.

According to the Board of Ethics ruling last month, the fund received $14,352 in donations as of March 15 from 135 individual donors.

Days after the Board of Ethics announced its findings related to Nick Mosby and the legal defense fund, six of the City Council's 15 members signed a letter echoing the demands of the board's order. The letter was signed by Kristerfer Burnett, Zeke Cohen, Ryan Dorsey, Phylicia Porter, Odette Ramos and James Torrence.

"We write to express to you our dismay at the ethics board's findings in their investigation of the Mosby Trust, of which you are a beneficiary, and your financial disclosure," the letter stated. "We commend the board's thorough report and diligent explanation of the law, facts and precedent, making unmistakably clear the violations of the city's ethics laws."

"The ethics board's administrative order provides a clear and straightforward path for you to correct your multiple ethics violations," council's letter stated. "For the sake of the trust and morale of both the public and the City Council, we ask that you immediately and fully comply with the order."

Cohen said Monday it was "concerning" that the council president "opted for a different route." Council members are exploring what the judicial review process entails, he said.

"We need to make sure that it moves expeditiously," Cohen said.

Copyright (c) 2022 The Baltimore Sun Company

Record Number: BS0124221047

Daily Record, The (Baltimore, MD)

June 15, 2022

Section: News

Topics:

**Index Terms:**
General news

**Mosby far behind opponents in fundraising for Baltimore state's attorney's race**

Author: *Madeleine O'Neill*

Article Text:

Incumbent Baltimore State's Attorney **Marilyn Mosby** raised a fraction of the money her opponents did in the three-way race for the Democratic nomination for the job, newly released campaign finance reports show.

Mosby brought in just $38,738 in contributions from January through June, a campaign season that was overshadowed by her federal indictment on perjury charges.

Her opponents in the Democratic primary, Thiru Vignarajah and Ivan Bates, reported much higher contribution totals. Vignarajah raised a whopping $600,784, while Bates raised $449,328.

Mosby also has the smallest amount of cash on hand: just $177,826, compared to Vignarajah's $641,482 and Bates' $454,297.

The Mosby campaign did not respond to a request for comment on the fundraising totals.

Vignarajah said his campaign's fundraising success shows momentum, especially because he joined the race for state's attorney late. Vignarajah announced he was running in late March, several months after Bates.

"We're incredibly proud that our supporters were not only vocal and desperate for change, but are committed to providing us the fuel to get the word out," Vignarajah said.

Mosby was widely expected to run for reelection but didn't formally announce that she would seek the job again until April. Her indictment in January made the campaign more complicated, especially after her trial was postponed until September months after the July 19 primary.

Mosby pleaded not guilty to charges of perjury and making false statements on loan applications. Though she initially pushed for a trial that would take place before the

primary, her defense lawyers ultimately sought a continuance, citing the amount of discovery they had received from federal prosecutors.

Mosby is accused of falsely claiming financial hardship related to the COVID-19 pandemic in order to withdraw money from her city retirement account. She is also charged with failing to disclose a $45,000 IRS lien when she applied for mortgages on two vacation properties in Florida, and of making other false statements to secure favorable interest rates.

Mosby's opponents have largely avoided the topic of her indictment during the campaign.

Bates has spent by far the most of any candidate in the race, at more than $221,000. He spent more than $60,000 on media buys, including radio and television advertising, and another $54,000 on fees to Rice Consulting, a Bel Air firm that fundraises for Democrats.

"Ivan Bates launched his campaign with a focus on prosecuting violent repeat offenders and getting illegal guns off the street," said Nick Machado, Bates' campaign manager. "His fundraising report shows him as a leading force financially. Combined with strong local backing from city-based elected officials, we are absolutely positioned to win the state's attorney race."

Mosby has spent $58,114, while Vignarajah has spent just $41,562, more than half of which went toward polling.

Vignarajah said he will advertise aggressively during the last phase of the primary.

"We're going to go all out all across the city and we're going to have a massive (Get Out the Vote) program," he said.

Vignarajah and Bates both faced Mosby in her 2018 reelection campaign. Mosby won that primary, which in heavily Democratic Baltimore usually means winning the general election, with about half of the vote, while her opponents split the remaining ballots.

Copyright © 2022 BridgeTower Media. All Rights Reserved.

Copyright, 2022, The Daily Record (Baltimore, MD)

Record Number: 310669

Baltimore Brew (MD)

June 15, 2022

Section: Accountability

**Mosby campaign corrects its finance report, now says California donor contributed $6,000, not an illegal $12,000**

Author: *Mark Reutter*

Article Text:

The **Marilyn Mosby** campaign scrambled today to fix the finance report it submitted last night to the State Elections Board, avoiding a potential violation of Maryland election law, but revealing that the campaign raised even less money than previously disclosed following her federal indictment.

Just hours after The Brew reported that Patricia "Patty" Quillin, wife of Netflix CEO Reed Hastings, may have exceeded individual donor limits with two $6,000 donations, the Mosby campaign amended its report to delete one of the contributions.

The change kept Quillin, a Santa Cruz, Calif., philanthropist, within the state limit of $6,000 per donor in a four-year election cycle.

The change, however, dropped total contributions given to Mosby since her January 13 indictment from $38,738 to $32,738.

That's a fraction of the $1,050,112 raised over the same period by Ivan Bates and Thiru Vignarajah, her two Democratic rivals in the state's attorney's race.

Mosby, a two-term incumbent wracked with financial and fundraising controversies (here, here and here), is coming into the final stretch of the primary campaign with diminished resources – only $172,000 on hand compared to $454,000 for Bates, a private trial lawyer, and $641,000 for Vignarajah, a former federal prosecutor.

More than half of her latest contributions did not come locally but from out-of-state sources. In addition to Quillin, they included $6,000 from an Oakland, Calif., philanthropist; $1,500 from a Brooklyn, N.Y., actress; $2,000 from a Los Angeles blog account manager; and $1,000 from a Delaware politician.

Oddities and Errors

Both the original and amended reports are filled with apparent misstatements. For example, the report says the Mosby campaign paid $22,998 last month to Lake Research Partners for "IT – Campaign Computer Equip."

D.C.-based Lake Research is a well-known progressive and Democratic Party pollster and research firm founded by Celinda Lake. "We provide individual attention and strategy to every candidate we work for," its website says. There is no mention of sales of computer equipment to candidates.

The employment fields listed for campaign contributors in both reports are simply odd.

One donor is listed in five fields that change with each contribution – administrative, healthcare, automotive, homemaker, and science and technology.

Quillin is listed as "agriculture," Baltimore attorney J. Wyndal Gordon as "healthcare," and Kurt Schmoke, former Baltimore mayor and current president of the University of Baltimore, is categorized as "automotive."

"Under penalties of perjury"

A Mosby spokesperson demanded today that The Brew correct what she called "misinformation" about Quillin's contributions.

The brief statement by Robyn Murphy did not acknowledge that the "misinformation" came from Mosby's own report.

At 1:59 p.m. – or an hour after the report was amended online by campaign treasurer Sharif Small – Murphy asserted that Quillin had fully complied with Maryland election laws.

"Patty Quillin made maximum donations of $6,000 to the Friends of **Marilyn Mosby** campaign in 2018 and 2022. These contributions are in compliance with Maryland campaign finance laws," she wrote, quoting Small.

Murphy titled her message, "Statement to correct Misinformation in your recent article."

As chairman of Friends of **Marilyn Mosby**, the state's attorney is required to affirm "under the penalties of perjury" that the entries in her finance reports "are true to the best of my knowledge, information and belief."

Caption:
Above: Today's amended report deletes a second $6,000 contribution from the wife of Netflix's CEO to stay within individual contribution limits. ("Friends of **Marilyn Mosby**" amended report, State Board of Elections)

Patty Quillin's address on her donation to **Marilyn Mosby** appears to be a postal box at this Santa Cruz UPS store whose address is 849 Almar Ave, Suite C. (Google StreetView)

An hour after the Mosby campaign corrected its finance report to the State Elections Board, a Mosby campaign flak called on The Brew

Copyright © 2022 Baltimore Brew LLC, All rights reserved.

Record Number: 64bfad5a4ab2958b1dfd805823218c456ad235

Baltimore Brew (MD)

June 15, 2022

Section: Front Page

**Marilyn Mosby lags far behind her rivals in state's attorney's money race**

Author: *Mark Reutter*

Article Text:

In the wake of her federal indictment, **Marilyn Mosby** has taken a resounding financial hit, raising a fraction of the money secured by her two rivals as the race for Baltimore state's attorney enters its final weeks.

The Mosby campaign last night reported just $38,738 in contributions since her January 13 indictment, with the vast majority of money coming from out-of-state donors.

That was 1/27th of the amount reported by Ivan Bates and Thiru Vignarajah, who have together collected more than $1 million since the two-term state's attorney was charged with perjury and filing false statements.

Bates, a former assistant state's attorney now in private practice, reported $449,328 in cash contributions between January 13 and June 7, while Vignarajah, a former federal prosecutor who entered the race in March, reporting raising $600,784.

On Monday, the Mosby campaign telegraphed its financial distress, announcing a "100 Men for **Marilyn Mosby**" fundraiser at Bar One in Harbor East.

The message noted that Mosby's husband, City Council President Nick Mosby, would participate in the fundraiser, along with attorneys William H. "Billy" Murphy Jr., Granville Templeton, Warren Brown and her lead defense lawyer, A. Scott Bolden.

"Alright Ladies," Mosby wrote in an accompanying message, "It's going down tonight. You don't want to miss this one!"

California Contributors

Nearly half of the money raised by Mosby came from two donors, according to the report filed with the State Board of Elections:

$12,000, made up in two $6,000 credit card payments on March 11, was attributed to Patty Quillin, listed as "unemployed" and living in Santa Cruz, Calif. Patricia "Patty" Quillin of Santa Cruz is the wife of billionaire Netflix CEO Reed Hastings, known for contributing to liberal political causes.

As reported by Mosby's campaign committee, Quillin's contributions would violate Maryland election law, which limits individual contributions to $6,000 per election cycle. The Brew has sought clarification from the Mosby campaign about the contributions.

$6,000 from Quinn Delaney of Oakland, Calif., founder of the Akonadi Foundation and an advisor to Smart Justice California and the California Donor Table.

According to its website, the Akonadi Foundation "supports the development of powerful social change movements to eliminate structural racism and create a racially just society." Delaney's husband, Wayne Jordan, is an Oakland real estate developer noted as one of Barack Obama's largest campaign donors.

Other Donors

$2,000 from Lisa Weiss of Los Angeles, an account manager at BlogHer.com.

$1,500 from Erika Alexander of Brooklyn, N.Y., actress and co-founder of @colorfarm.

$1,500 from former Baltimore Mayor Kurt Schmoke, who is now president of the University of Baltimore.

$1,000 from Darius Brown, a Democratic state senator in Delaware, who was cleared in January by a Wilmington jury of assault charges for allegedly punching a woman in the face at a restaurant.

The Mosby campaign paid $15,600 in consulting fees to Quincey Gamble.

A former executive director of the Maryland Democratic Party, Gamble stepped down as Mosby's campaign advisor during her 2018 race after he was charged with harassment and assault of two women he had dated.

The case was handled by Steven I. Kroll, a special prosecutor appointed by Mosby's office, while Gamble was represented by Billy Murphy.

Judiciary Case Search shows that the charges were "steted" in Baltimore Circuit Court in July 2018, and the case was formally closed without charges a year later.

Caption:
Above: **Marilyn Mosby** poses with "100 Men for Marilyn" in a tweet posted yesterday. (MarilynMosbyEsq)

Consecutive entries in **Marilyn Mosby**'s campaign filing indicate that Quillin made two $6,000 contributions on the same day. ("Friends of **Marilyn Mosby**," State Board of Elections)

Copyright © 2022 Baltimore Brew LLC, All rights reserved.

Record Number: e7dbf09b8eb46e81c28f29921a139b9f8afeaf9

Sun, The (Baltimore, MD)

June 16, 2022

Edition: First Generic
Section: Main
Page: 3

**Incumbent Mosby far behind on cash**

**She trails primary challengers for Baltimore State's Attorney**

Author: *Lee O. Sanderlin and Emily Opilo*

Article Text:

In the race to be elected Baltimore City State's Attorney, two-term incumbent **Marilyn Mosby** is not raising nearly as much money as Ivan Bates or Thiru Vignarajah, her two Democratic primary challengers, according to campaign finance reports filed late Tuesday.

From Jan. 13 to June 7, Mosby raised $38,738 and spent $58,115. She has $177,827 on hand from her previous campaigns. Mosby is under federal indictment, with prosecutors charging her with two counts of perjury and two counts of mortgage fraud related to her purchase of two Florida vacation homes. Her trial is scheduled for September, after the July 19 primary election.

Challengers Bates and Vignarajah have raised money with fervor. Bates reported raising $449,328 this period and Vignarajah reported even more, claiming $600,784 in contributions. The entirety of Vignarajah's fundraising has come since mid-March, when he announced his candidacy.

While both men have at least twice as much cash on hand as Mosby - Bates seems to be the only candidate spending significant money in the run-up to the election. Since Jan. 13, Bates has spent $221,013, nearly four times as much as Mosby and five times as much as Vignarajah.

Most of Bates' expenditures are on media buys, billboard advertising, fundraising expenses and consultants. Bates' campaign paid three different consulting firms more than $68,000. And most of Bates' media spending is with Mosaic Communications, an Arlington, Virginia, consultancy group producing radio ads for the campaign.

"We are positioned to win the state's attorney race," Bates' Campaign Manager Nick Machado said.

Of the $41,562 that Vignarajah's campaign has spent, $22,000 was on polling. He spent another $6,778 on signage, including money to wrap a privately-owned, decommissioned ambulance that has been seen driving around the city. Vignarajah rarely struggles for local airtime, making frequent appearances on the TV station Fox45, Baltimore's Sinclair affiliate.

Spending less early in the race is part of the plan, Vignarajah said.

"We're running a disciplined campaign which is why we have more cash on hand than both of the other campaigns, combined," he said. "The other campaigns' apparent inability to either raise or conserve these critical resources is going to be an obstacle for them to get the word out in this critical last phase."

A Democrat, Vignarajah has several high-profile Republican endorsements, including Gov. Larry Hogan.

Vignarajah lent $160,000 to his campaign and Bates lent $128,000 to his. Both campaigns have raised more than enough money to repay those loans. Mosby's campaign has no outstanding loans.

Mosby's campaign spent money on computer equipment and on consulting, according to her finance report. Mosby's campaign has produced one video advertisement and did not open a campaign headquarters until Saturday.

Mosby announced her reelection bid April 12, much later than her opponents, and has increased her fundraising activity in the past week.

The campaign spent $15,600 with Quincey Gamble, a consultant who resigned from her 2018 campaign after it was revealed he faced assault and harassment charges related to two separate women he dated. Gamble was charged in Baltimore City, and his case was active while he worked for the campaign.

Mosby's office assigned an outside prosecutor, Steven Kroll of the Maryland State's Attorney's Association, to handle the cases against Gamble. In both cases, the charges were either dropped or indefinitely postponed, according to court records.

Mosby's campaign did not return a request for comment Wednesday on the decision to hire Gamble as a consultant again. The State's Attorney's Office referred questions about Gamble to the campaign.

Mosby has few high-dollar donations, with just two people giving $6,000, the maximum donation under Maryland law. Both donors are California residents, and one of them, Patty Quillin, is married to Netflix CEO Reed Hastings.

Locally, former Baltimore mayor and current University of Baltimore President Kurt Schmoke gave Mosby her largest in-town donation, with $1,500 on June 1.

Unlike her January report, which contained significant legal expenses, Mosby used no campaign money for attorneys from January to June, her latest report shows.

The Maryland State Board of Elections opened an inquiry into $48,000 Mosby paid from her account for legal fees in 2021. State law prohibits candidates and political committees from using campaign funds for legal expenses related to investigations or court proceedings that "do not have a direct connection with the candidacy."

State election officials ultimately found Mosby did not violate election law, but also warned their decision applied only to Mosby's past legal spending.

Although he entered the campaign late, Vignarajah proved to be a fundraising force, collecting maximum $6,000 donations from at least 55 donors. At least seven members of the Smith family, associated with Sinclair Broadcasting Group and Atlas Restaurant Group, gave maximum donations to Vignarajah, totaling $42,000.

Restaurateur Alex Smith, the restaurant group's founder and president, and his wife Christina Ghani, were among the maximum donations to Vignarajah, but also contributed to Bates earlier in the campaign, also giving him the maximum.

Vignarajah's donors were largely local, but several sizable contributions flowed in from supporters in California. Mark H. Fukunaga, chairman of Servco Pacific in Hawaii, contributed the maximum $6,000 as did a trust in Fukunaga's name.

Bates collected the maximum donation from about 40 supporters. Among them were J. Mark Schapiro, co-chairman of Continental Realty Corp. who gave the maximum $6,000, and several other members of the Schapiro family. The realty group, based in Baltimore County, has financially backed Bates in the past. Jack Luetkemeyer, also a co-chairman, lent $150,000 to Bates' failed 2018 campaign for state's attorney.

Baltimore Sun reporter Alex Mann contributed to this article.

Copyright (c) 2022 The Baltimore Sun Company

Record Number: BS0124254005

Sun, The (Baltimore, MD)

June 17, 2022

Edition: First Generic
Section: Main
Page: 3

### 4 men convicted in '20 shooting that killed 2

Author: *Christine Condon and Alex Mann*

Article Text:

Four men were convicted by a Baltimore jury on Tuesday in a 2020 shooting that left two men dead in Baltimore's Brooklyn neighborhood amid a barrage of bullets, the state's attorney's office said.

After a five-day trial, Antoine Trent, Damien Mickens, Kevin Cleveland and Jabez Johnson were found guilty of various charges tied to the murders.

Prosecutors said the group of four men approached victims Kendrick Brown and William Barrett at a bus stop along the 100 block of East Patapsco Avenue just past 4 p.m. on April 10, 2020.

"The men engaged in conversation and, what appeared to be, a hand-to-hand transaction," before Trent withdrew a weapon and fired at Brown, the Baltimore State's Attorney's Office said in a news release.

That's when his three accomplices began firing as well, the release said. Brown was shot several times, including at close range after he had fallen to the ground. Barrett fled on foot but was followed by Mickens and Johnson, who fired as he ran, according to the news release. Mickens continued the chase and shot at Barrett until he fell to the ground.

At least 30 bullets were recovered from the scene, fired from "at least three different firearms," the release said. A bystander driving by the intersection at the time of the shooting was struck and injured as well.

Two Baltimore Police officers from the Southern District "who regularly patrol and conduct investigations in that area" identified all four of the men, the state's attorney's office said. Witnesses identified Trent, Johnson and Cleveland.

Officers then searched their residences and located some clothing that security cameras had caught the assailants wearing during the shooting. In Mickens' home, officers found a firearm. Mickens then admitted he chased after Barrett and shot him with the firearm.

Attorneys for Mickens and Trent declined to comment. Cleveland's lawyer did not respond to a message, and Johnson's lawyer could not be reached for comment.

Baltimore State's Attorney **Marilyn Mosby** touted the convictions Tuesday evening at a news conference that she called outside the restaurant Blk Swan in Baltimore's Harbor East neighborhood.

Flanked by her top lieutenants, Chief Deputy State's Attorney Janice Bledsoe and Chief Counsel Erin Murphy, she praised her prosecutor Assistant State's Attorney Elizabeth Stock for winning the convictions while denouncing what she described as brazen violence.

"This illustrates the dedication, the commitment and the service that my prosecutors have and their ability to work with the Baltimore Police Department to secure convictions and ensure that we're focusing on violent individuals," Mosby said.

The announcement came amid a tumultuous period for Mosby's office, shaken by her felony perjury and mortgage fraud charges while battling staffing shortages and low morale.

The two-term Democratic state's attorney, who is seeking reelection, said her office believes a drug deal brought the men together.

"At the end of the day, when you pull out a drug and you pull out guns in broad daylight, at 4 o'clock in the afternoon, and start shooting 30 rounds - whether it's drug dealing gone bad or whatever it is - you're shooting and hitting innocent bystanders, we want to hold you to account," Mosby said.

She said the men are due to be sentenced on Oct. 5 and Dec. 2.

All four men were convicted of conspiracy to murder the two victims, but Trent also was convicted of first-degree murder in Brown's death, while Mickens and Johnson were convicted of second-degree murder in Barrett's death. Johnson, Mickens and Trent also were convicted of possessing a firearm under age 21 and other gun charges.

Copyright (c) 2022 The Baltimore Sun Company

Record Number: BS0124273471

Sun, The (Baltimore, MD)

June 18, 2022

Edition: First Generic
Section: Main
Page: 1

**Defense wants Mosby held in contempt**

**State's attorney accused of violating judge's gag order**

**KEITH DAVIS JR. MURDER CASE**

Author: *Alex Mann*

Article Text:

Lawyers for Keith Davis Jr., the Baltimore man headed for a fifth trial in the same murder case, have accused State's Attorney **Marilyn Mosby** of violating a gag order instituted in the case and asked a judge to hold the Democrat in contempt of court.

The motion, filed by Davis' public defenders this week, figures to raise tensions in an already contentious legal saga, where comments made outside court have recently provided fodder for arguments in the case. The allegations of wrongdoing also come at an inconvenient time for the city's two-term elected prosecutor, who is seeking reelection against the backdrop of her federal indictment.

Davis' case has been a thorn in Mosby's side, as she has faced persistent calls to dismiss the 30-year-old's charges rather than continue to prosecute him.

Plea negotiations in the case broke down last week, and Davis is poised for a fifth murder trial in 2023. Mosby's comments about the case factored into a pair of hearings last week where a judge sought to subdue some of the public discourse by officials connected to the case.

Circuit Judge John Nugent issued a gag order June 7 prohibiting attorneys in the case and support staff from making "any extrajudicial statement ... intended to influence public opinion regarding the merits of the cases." Davis is also charged with attempted murder from an alleged prison fight, charges Mosby's office filed almost a year after the altercation and weeks after his latest conviction was overturned.

Mosby's prosecutors had asked the judge to issue the gag order but requested that it be extended to Davis' wife, Kelly, and activist DeRay Mckesson, who has launched a public campaign to support Davis and pressure Mosby to drop his charges. Nugent found he had

no authority over Kelly Davis or Mckesson, and that their commentary was protected by the First Amendment.

Within an hour of the order going into effect, Mosby appeared on the Baltimore public radio station WYPR-FM 's "Midday" program. Host Tom Hall asked the state's attorney questions on a range of topics, including the repeated prosecutions of Davis.

Mosby acknowledged that a gag order had been granted. She did not refer to Davis by name, nor his alleged victim, Jones. She expressed a commitment to advocating for Jones and others slain in the city. Mosby mentioned that a jury deadlocked in two of Davis' trials and referred to his two overturned convictions. She said the office was committed to pursuing the case.

"Let me just be clear, I can't talk about the specifics of that case, but I can tell you that we are going to fight and, if a case has nothing substantively to do with the fact that we believe this is the individual who committed the offense, we're going to fight for justice for that family and that's what I'll continue to do for every family in the City of Baltimore," Mosby said.

Davis' attorneys, public defenders Deborah Katz Levi and Andrew Northrup, argued in court papers that Mosby's comments were meant to convince listeners that Davis was guilty, while downplaying the reasons Davis was granted new trials. They wrote that Mosby's comments tainted Davis' presumption of innocence and amounted to a violation of Nugent's order.

She could've declined to discuss the case, they wrote.

"When Ms. Mosby engages in discussion on a national public radio show to defend her decision to re-prosecute the case, she does so with the intention of making Mr. Davis look guilty, so as to justify her controversial decision," Levi and Northrup wrote. "This dialogue surely comments on the merits of the case because it implies guilt and guilt or innocence is the only issue outstanding."

Levi declined to comment. A spokeswoman for Mosby did not immediately respond to a request for comment.

In court last week, Mosby's assistant state's attorneys defended their boss's dialogue on the radio, saying it was hardly meant to influence public opinion. They'll have a chance to respond in writing to Davis' motion, which seeks a hearing, an order requiring Mosby to appear in court to explain why she shouldn't be held in contempt or for the charges against Davis to be dismissed. American Bar Association standards say prosecutors should pursue charges only if they believe the evidence will lead to a conviction.

Maryland rules for attorney conduct limit what lawyers are allowed to say about a case in public, barring them from making statements that could prejudice a judge or jury. Prosecutors can make statements "necessary to inform the public of the nature and extent of the prosecutor's action and that serve a legitimate law enforcement purpose," but nothing "heightening public condemnation of the accused."

Some experts say Davis' repeated prosecutions are unprecedented in the courts. Mosby's office disputes the historic significance of the forthcoming trial.

Jones was shot dead early in the morning of June 7, 2015. Authorities previously accused Davis of an armed robbery that occurred later that morning.

Police chased Davis into a garage, suspecting him of being the robber, and fired 32 rounds at him, striking him three times. Police said they believed Davis was armed, and that they found a handgun in the garage.

A jury acquitted Davis of every count in the armed robbery case except for being a prohibited person in possession of a firearm. Police and prosecutors say the handgun was used to shoot Jones, though the testimony of the firearms examiners who claimed the ballistics matched has been scrutinized. Seven days after Davis was largely absolved in the robbery case, he was charged with murder in Jones' death.

Davis' murder trials went like this: His first, in 2017, resulted in a hung jury. The same year, a second trial brought a conviction that was overturned when a judge determined prosecutors withheld information from his defense. A jury deadlocked on Davis' third murder trial. His fourth, in 2019, led to a conviction, but it was again overturned.

Lawyers in the case are due in Reception Court on Aug. 3, though a consequential written ruling from Nugent is expected first on whether to dismiss the case because of vindictive prosecution or require the state's attorney's office to turn over internal communications and other potential evidence to the defense.

Copyright (c) 2022 The Baltimore Sun Company

Record Number: BS0124289673

Sun, The (Baltimore, MD)

June 19, 2022

Edition: First Generic
Section: Main
Page: 4

**Judge lets Mosby continue push to dismiss indictment**

**State's attorney faces charges of perjury, false statements**

Author: *Alex Mann*

Article Text:

A federal judge has allowed Baltimore State's Attorney **Marilyn Mosby**'s renewed push to have some of her charges dismissed to go forward, paving the way for another round of legal papers and, eventually, arguments in court.

U.S. District Judge Lydia Griggsby on Thursday issued an order granting Mosby the ability to go forward with a new argument for why two of the four charges brought against her should be dismissed.

In January, a federal grand jury indicted Baltimore's two-term Democratic prosecutor on two counts of perjury, alleging that she lied about claiming financial hardship from the coronavirus pandemic to withdraw money from her city retirement account, and two counts of making false statements on loan applications to buy a pair of properties in Florida with the roughly $81,000 she drew from the retirement savings.

Initially, Mosby's defense targeted the lead prosecutor, Assistant U.S. Attorney Leo Wise, and the U.S. attorney for Maryland, Erek Barron, with personal attacks. Her lawyers argued the case should be dismissed because the indictment was tainted by the alleged animus for Mosby harbored by Wise, Barron and other officials in the federal prosecutors' office.

The prosecutors vehemently disputed the claims, and Griggsby wasn't convinced by Mosby's lawyers, calling portions of the defense argument "problematic." She denied their motion, and kept the case on course for a trial currently scheduled for Sept. 19.

With the appearance of two new lawyers for Mosby, bringing her defense team to six attorneys, Mosby raised a new position earlier this month: The perjury charges related to her retirement savings withdrawals should be dismissed, the defense argued, because the language in the federal government's guidelines for who was eligible for coronavirus relief was fundamentally ambiguous.

The significance of the pleading was twofold: One, it marked a shift in her defense strategy from personal attacks to nuanced legal argument. Two, the assertions Mosby made to secure the retirement withdrawals go to the heart of the government's case, and now prosecutors will have to defend those charges against a legal claim.

State and city employees cannot access their retirement accounts before retirement unless they stop working for the government or experience an "unforeseeable emergency." Congress loosened those rules temporarily when it passed the CARES Act, meaning government workers could draw retirement funds by claiming a business they owned had to shut down or took a loss, or they had suffered "adverse financial consequences" because of COVID-19.

According to Mosby's lawyers, that phrase is fundamentally ambiguous and she can't be prosecuted for perjury under that language.

Because they filed the motion outside of Griggsby's deadlines, Mosby's lawyers needed permission from the judge to allow the argument to proceed.

That meant Griggsby had to find the defense presented good reason to file something outside of the schedule she mandated.

The defense argued there was ample time before trial to handle the matter, and that they'd presented a new and legitimate legal argument.

The government has until June 30 to respond in writing to the defense's new motion to dismiss the indictment, and Mosby has until July 8 to reply to that.

Mosby is running for reelection, with the primary set for July 19.

She faces two familiar challengers - Ivan Bates and Thiru Vignarajah - and is experiencing a prosecutorial staffing shortage at her office, along with low morale.

According to Griggsby's most recent scheduling order, the lawyers are next due in court Sept. 14.

Caption:
In this file photo, Baltimore State's Attorney **Marilyn Mosby** speaks at a news conference. Mosby is running for reelection, with the primary set for July 19. JERRY JACKSON/Baltimore Sun

Copyright (c) 2022 The Baltimore Sun Company

Record Number: BS0124307941

Sun, The (Baltimore, MD)

June 22, 2022

Edition: First Generic
Section: Main
Page: 14

**The Sun endorses Ivan Bates for state's attorney in the Democratic primary**

Article Text:

The Baltimore State's Attorney's Office plays a critical role in the administration of criminal justice in the city, prosecuting tens of thousands of cases every year, advocating for legislation to better serve victims of crime and connecting with communities to build the bonds of trust necessary to win convictions against the violent repeat offenders who terrorize our streets.

The work is never-ending and grueling, particularly during the past seven years since Freddie Gray was fatally injured while in Baltimore police custody in 2015. In that time, more than 2,400 people have been killed in Baltimore City at a rate of more than 300 per year, the worst stretch of lethal violence the city has ever seen. Just this past weekend, five people were killed over three days, and at least 10 others were shot. And on the Thursday before, a 25-year-old U.S. Army Reserve officer - a father of two - lost his life in a storm of gunfire downtown.

Such violence has focused a searing spotlight on the agencies charged with ensuring Baltimore's public safety, including the State's Attorney's Office. Its role is central in the multipronged fight against crime, with prosecutors often acting as points of connection for stakeholders: law enforcement agencies, social service providers, community organizations, victims, business owners and concerned city residents, among others.

And while the impact of the office and its leader on violence reduction can be difficult to quantify - the effects of deterrence, diversionary programs and community engagement come with no easy measures - the state's attorney is directly responsible for setting the direction, tone, values and culture of the office.

Today, the office is in turmoil.

Stretched thin for decades, it's recently lost a significant number of attorneys - 35% just since 2018, dropping to 133 from 206, according to a Sun analysis of records. The staff is younger and less experienced than it was in 2014, and the caseload is as high and demanding as ever. The pandemic certainly deserves some of the blame for the exodus - it's spurring resignations in stressed industries all over the country - as does the difficulty of the time-consuming work and the failure of office salaries to reflect that.

Despite this, the conviction rate within the office has remained relatively steady for the past dozen years, spanning the tenure of three separate state's attorneys, according to data supplied by the office. That is an achievement. But, unfortunately, steady has never been good enough in Baltimore, and it's certainly not now.

The Baltimore State's Attorney's Office needs to be rebuilt, re-energized and refocused on its mission. To do that, it needs a person at the top whose sole ambition is to serve as state's attorney, as it's going to take years to reverse the office's decline; someone who is well-known in Baltimore communities and well respected by colleagues, who can attract good people eager to do this very important work; and someone who listens to others and values collaboration, understanding that they can't do it all themselves.

Of the three candidates vying to run this office, incumbent **Marilyn Mosby**, who's held the post since 2015, and challenger Thiru Vignarajah are both dynamic individuals with vision. But it is Ivan Bates who best represents what the office needs now: a stabilizing force whom others want to work for and with. He has our endorsement in the Democratic primary.

Mr. Bates brings 25 years of prosecutorial and defense experience to the role, a keen understanding of the challenges Baltimore faces and strong support among both prosecutors and defense attorneys in the city. He has been the managing partner of his own defense firm for the past 15 years, and he is driven by an overarching goal we can all understand: to make the city a safer place for his daughter to thrive.

The regular attacks on Ms. Mosby's character and performance - some of which we absolutely believe are politically, and perhaps racially, motivated - have put her in the position of frequently defending her actions on issues ranging from unpaid taxes to the development of side businesses. And too often, her explanations fall short. Now, she's under federal indictment, criminally charged with perjury and making false statements in connection with the purchase of two homes in Florida. What are voters to make of this? If she wins the election, she could still be convicted and removed from office. While she, like those her office prosecutes, is innocent unless proven otherwise, that's a risk that Baltimore can't afford to take. She had the power to settle the uncertainty by moving forward with her trial on May 2, as originally scheduled, but instead, her defense lawyers sought a postponement until September, leaving the future of the office under her unknown.

Mr. Vignarajah, too, has distractions. Among them is the call of the mayor's office, a position he has previously run for. And while his legal experience is solid - working as an assistant U.S. attorney, chief of major investigations in the Baltimore prosecutor's office and as a deputy attorney general, among other positions - his time in each role has been relatively short. The city needs a Baltimore State's Attorney who is likely to stick around for the long haul.

Public safety and the effective functioning of public offices are among the most important factors in the success of Baltimore City. The State's Attorney's Office should be a place where the best and brightest young attorneys and seasoned veterans compete to

be. It provides a fertile training ground, and work that is some of the most important and rewarding that the city can offer. Mr. Bates understands that, and we trust he will move the office forward.

Editor's note: There are no Republican candidates running for the primary nomination.

Caption:
Bates

Copyright (c) 2022 The Baltimore Sun Company

Record Number: BS0124357143

Baltimore Brew (MD)

June 29, 2022

Section: Accountability


**Nick Mosby's pricey stay in Ocean City approved by BOE and Mayor Scott**

Author: *Mark Reutter*

Article Text:

City Council President Nick Mosby will be able to repose at taxpayers' expense at the $539-a-night Ocean City hotel he sought while attending the August conference of the Maryland Association of Counties.

The Board of Estimates today approved his request for $3,008.16 in expenses, adding $214-a-night to cover his hotel suite and granting him a fourth night at the resort town.

The board also agreed to up Mosby's meal allowance by $40 a day and pay an extra $100 so he can gas up the city-owned SUV he's taking to OC.

BOE approval came without discussion from Mayor Brandon Scott and his two appointees, who together control the board's vote.

Mosby and Comptroller Bill Henry abstained from the vote and made no comment about the expenditure.

Nick Mosby requests twice as much as colleagues to attend MACo conference (6/28/22)

Travel expenses to the MACo conference were also approved for four City Council members – all of whom will stay within the lodging and meal allowances set by the General Services Administration.

Councilman John Bullock, for example, asked for $1,364 in city funds, while Mark Conway, Antonio Glover and Sharon Green Middleton did not go above $1,550 – or half that of Mosby's ask.

A fifth Council member, Odette Ramos, says she will stay with family members near Ocean City and has only requested reimbursement for the $355 registration fee.

King Suite?

Mosby has refused to discuss his subsidized trip with The Brew, including where he is staying in Ocean City.

Based on a review of the rates charged by MACo's partner hotels, Mosby appears to have booked the "king suite" at Residence Inn by Marriott.

Located on the bay side of Ocean City, the hotel features kitchens in every room, a private beach, tennis courts, indoor pool and a gym.

It charges – by far – top dollar among the eight hotels offering discounted prices for MACo participants. Most of the other hotels charge a MACo rate of between $189 and $359.

Top dollar among the eight hotels offering discounted prices for MACo participants.

It is unclear whether Mosby will bring others to the conference, which is well known for its political networking opportunities.

He is married to Baltimore State's Attorney **Marilyn Mosby**, who faces a federal trial in September on perjury and false statement charges.

While not charged by prosecutors, Mosby was implicated in a recent superseding indictment of participating in his wife's alleged scheme to secure a lower interest rate on a Florida vacation home.

Caption:
Above: Residence Inn by Marriott sits alongside the Isle of Wight Bay in Ocean City. (reservationstays.com)

Nick and **Marilyn Mosby** from The People for Mosby, a Facebook page created after it was reported that the Mosbys were under a federal criminal investigation.

Copyright © 2022 Baltimore Brew LLC, All rights reserved.

Record Number: 34dac7c98e253def1189e75cde1b16e8ec4928

Towson Times (MD)

June 30, 2022

Section: News

**Prosecutors: Baltimore State's Attorney Marilyn Mosby's arguments to dismiss charges 'Orwellian,' should be rejected**

Author: *Alex Mann and Lee O. Sanderlin*

*Baltimore Sun*
*Jun 30, 2022 at 5:28 pm*

Article Text:

Federal prosecutors responded Thursday to Baltimore State's Attorney **Marilyn Mosby**'s renewed push to dismiss the perjury charges against her by calling her legal arguments "Orwellian."

After rejecting Mosby's first attempt to have the charges dismissed on the grounds of vindictive prosecution, U.S. District Judge Lydia Kay Griggsby agreed earlier this month to hear the two-term Democrat's new arguments for dismissal of the perjury charges.

Mosby's lawyers on June 1 argued that the perjury charges against her should be dismissed because the federal government's guidelines for who was eligible for coronavirus relief were fundamentally ambiguous.

Under the CARES Act, the first pandemic relief bill, Congress temporarily allowed government workers to withdraw retirement funds if they claimed a business they owned had closed or taken a loss, or if they had suffered "adverse financial consequences" because of COVID-19.

Mosby's lawyers are arguing that it does not matter whether the financial consequences she claimed are true, because checking a box saying you suffered financially has "no probative weight" and is not "capable of influencing" a plan into making a coronavirus-related disbursement.

Mosby is indicted on two counts of perjury and two counts of making false statements. Federal prosecutors allege Mosby lied in 2020 about suffering financially from the coronavirus to withdraw approximately $81,000 from her retirement savings account to make down payments on a pair of vacation properties in Florida: an eight-bedroom rental near Disney World and a condo on the state's Gulf Coast.

The two-term Democrat is running for reelection in a three-way primary, with early voting slated to start next week. Primary election day is July 19.

Prosecutors, in their response, called Mosby's argument about ambiguity "Orwellian," or dystopian, and laid out how they plan to prove at trial in detail why she did not qualify for coronavirus relief.

Prosecutors said the evidence will show Mosby did not have reduced work hours; was not "quarantined, furloughed or laid off"; was not unable to work because of a lack of childcare and did not have a business that closed or experienced reduced hours. Those are the four categories the government established for people to qualify for coronavirus relief under by way of "adverse financial consequences" from the pandemic.

Mosby's request for a retirement account withdrawal is included included in the court record, and her signature is under the portion where it asks the requester to affirm "under the penalties of perjury" that the statements made in the request are true.

Mosby's lawyers had argued nobody could be prosecuted for perjury under such ambiguous language. Their new filing is a shift in her defense to fighting the charges on legal grounds, rather than using personal attacks against Maryland U.S. Attorney Erek Barron and lead prosecutor Leo Wise, who Mosby's defense called racist.

Griggsby didn't buy those arguments, calling them "problematic" in an April 14 hearing where she denied their first motion to dismiss the charges.

Mosby's lawyers now argue that her claims of financial hardship were not intended to influence a "decision making body" into permitting the withdrawals, and as such, they did not matter.

Federal prosecutors rebutted that the decision-making body was Baltimore's "Deferred Compensation Plan" and that the plan's administrators relied on the state's attorney's representations to make decisions about disbursements.

"The Defendant's argument is essentially that Congress cared enough to write into the law the specific 'adverse financial consequences' that allow a plan participant to make a withdrawal but at the same time the Congress didn't care if the Defendant actually suffered from them," prosecutors wrote. "Such an argument is nonsensical."

Mosby received her full salary in 2020, the year she made the retirement withdrawals.

In the past, Mosby's lead defense attorney, A. Scott Bolden, had mentioned Mosby's travel and consulting businesses as a possible explanation for why she sought the retirement money.

"Remember, **Marilyn Mosby** has businesses, if you will," Bolden said in a January appearance on Roland Martin's YouTube show. "And so, those businesses were in the travel space and they were affected by [the coronavirus] and her accountant urged her to take that money."

However, at the same time she made her 2020 withdrawals, Mosby asked Baltimore Inspector General Isabel Mercedes Cumming for an investigation into her businesses to prove they existed in name only and weren't actually operable.

"I ask that you verify that I have not taken on a single client for these companies, nor have I taken in any money," Mosby wrote in a July 2020 letter to Cumming. "Any insinuation to the contrary is false, misleading, and unethical."

Mosby's criminal trial is set for Sept. 19.

Copyright, 2022, Towson Times (MD). All Rights Reserved.

Record Number: 8b911111a662de30c79e7ec6d7c3ecca3d1e5a4a

Daily Record, The (Baltimore, MD)

June 30, 2022

Section: News

Topics:

**Index Terms:**
General news

**Judge slams Baltimore State's Attorney's Office over staffing issues in conspiracy case**

Author: *Madeleine O'Neill*

Article Text:

A Baltimore circuit judge castigated city prosecutors' handling of a major conspiracy case this week in an unusual public rebuke that alludes to ongoing staffing issues in the state's attorney's office.

In a memorandum opinion filed this week, Judge Jeffrey Geller wrote that he was "deeply troubled" by prosecutors' actions in the case, which involves allegations of a complex criminal enterprise among 26 Maryland correctional officers.

Geller detailed the case's procedural history in the memorandum, in which he also denied a motion to dismiss the cases against four defendants.

The Baltimore State's Attorney's Office initially assigned two veteran assistant state's attorneys to handle the case, Geller wrote, "recognizing the complexity and high-profile nature of this prosecution."

One of those prosecutors, Patrick Seidel, left the office more than a year ago and was not replaced on the case, Geller wrote. On June 7, just two weeks before a scheduled trial date in the case, the other prosecutor, Michael Hudak, resigned effective June 21, the judge wrote.

Geller's description of what happened next portrays an office in disarray:

"In spite of this critical situation, the SAO then failed to act," Geller wrote. "It was not until the pretrial conference held by the undersigned on June 13, 2022, that Mr. Hudak informed the Court he had resigned. He also stated that no prosecutor had been designated to replace him."

When Geller asked Hudak to identify his supervisor, "Mr. Hudak indicated that the SAO had not told him who would be serving as his new supervisor and thus could not provide a supervisor's name to the Court," the judge wrote.

The State's Attorney's Office asked to postpone the case on the day of trial, June 22, according to the opinion. A different judge, Melissa Phinn, granted the request, according to the memorandum.

"Had the postponement been denied, the SAO would likely have been forced to dismiss the charges, as there was no prosecutor prepared to handle a twelve-day jury trial that all counsel agree required months of pretrial preparation," Geller wrote.

The defendants filed to dismiss the charges against them, alleging that their rights to a speedy trial had been violated. Geller denied the request, despite what he called the "egregious failures of the SAO."

Among the defendants who requested the dismissal is Kevin Hickson, 52, who was accused of being the leader of a criminal enterprise among correctional officers that is alleged to have used excessive force and retaliatory violence against detainees.

Geller's rebuke is the latest sign of severe staffing problems and disarray at the Baltimore State's Attorney's Office, which is headed by **Marilyn Mosby**.

Baltimore's embattled top prosecutor is under federal indictment and facing stiff competition as she runs for reelection this year.

Reporting this month by The Baltimore Sun and The Baltimore Banner also found that her office is dozens of prosecutors away from being fully staffed amid waves of resignations and low staff morale.

A spokesperson for the State's Attorney's Office did not immediately respond to a request for comment Thursday.

Copyright © 2022 BridgeTower Media. All Rights Reserved.

Copyright, 2022, The Daily Record (Baltimore, MD)

Record Number: 313503

Sun, The (Baltimore, MD)

July 1, 2022

Edition: First Generic
Section: Main
Page: 1

**Prosecutors call Mosby's arguments to dismiss perjury charges 'Orwellian'**

Author: *Alex Mann and Lee O. Sanderlin*

Article Text:

Federal prosecutors responded Thursday to Baltimore State's Attorney **Marilyn Mosby**'s renewed push to dismiss the perjury charges against her by calling her legal arguments "Orwellian."

After rejecting Mosby's first attempt to have the charges dismissed on the grounds of vindictive prosecution, U.S. District Judge Lydia Kay Griggsby agreed earlier this month to hear the two-term Democrat's new arguments for dismissal of the perjury charges.

Mosby's lawyers on June 1 argued that the perjury charges against her should be dismissed because the federal government's guidelines for who was eligible for coronavirus relief were fundamentally ambiguous.

Under the CARES Act, the first pandemic relief bill, Congress temporarily allowed government workers to withdraw retirement funds if they claimed a business they owned had closed or taken a loss, or if they had suffered "adverse financial consequences" because of COVID-19.

Mosby's lawyers are arguing that it does

not matter whether the financial consequences she claimed are true, because checking a box saying you suffered financially has "no probative weight" and is not "capable of influencing" a plan into making a coronavirus-related disbursement.

Mosby is indicted on two counts of perjury and two counts of making false statements. Federal prosecutors allege Mosby lied in 2020 about suffering financially from the coronavirus to withdraw approximately $81,000 from her retirement savings account to make down payments on a pair of vacation properties in Florida: an eight-bedroom rental near Disney World and a condo on the state's Gulf Coast.

The two-term Democrat is running for reelection in a three-way primary, with early voting slated to start next week. Primary election day is July 19.

Prosecutors, in their response, called Mosby's argument about ambiguity "Orwellian," or dystopian, and laid out how they plan to prove at trial in detail why she did not qualify for coronavirus relief.

Prosecutors said the evidence will show Mosby did not have reduced work hours; was not "quarantined, furloughed or laid off"; was not unable to work because of a lack of childcare and did not have a business that closed or experienced reduced hours. Those are the four categories the government established for people to qualify for relief under by way of "adverse financial consequences" from the pandemic.

Mosby's request for a retirement account withdrawal is included in the court record, and her signature is under the portion where it asks the requester to affirm "under the penalties of perjury" that the statements made in the request are true. Mosby's lawyers had argued nobody could be prosecuted for perjury under such ambiguous language. Their new filing is a shift in her defense to fighting the charges on legal grounds, rather than using personal attacks against Maryland U.S. Attorney Erek Barron and lead prosecutor Leo Wise, who Mosby's defense called racist.

Griggsby didn't buy those arguments, calling them "problematic" in an April 14 hearing where she denied their first motion to dismiss the charges.

Mosby's lawyers now argue that her claims of financial hardship were not intended to influence a "decision making body" into permitting the withdrawals, and as such, they did not matter.

Federal prosecutors rebutted that the decision-making body was Baltimore's "Deferred Compensation Plan" and that the plan's administrators relied on the state's attorney's representations to make decisions about disbursements.

"The Defendant's argument is essentially that Congress cared enough to write into the law the specific 'adverse financial consequences' that allow a plan participant to make a withdrawal but at the same time the Congress didn't care if the Defendant actually suffered from them," prosecutors wrote. "Such an argument is nonsensical."

Mosby received her full salary in 2020, the year she made the retirement withdrawals. In the past, Mosby's lead defense attorney, A. Scott Bolden, had mentioned Mosby's travel and consulting businesses as a possible explanation for why she sought the retirement money.

"Remember, **Marilyn Mosby** has businesses, if you will," Bolden said in a January appearance on Roland Martin's YouTube show. "And so, those businesses were in the travel space and they were affected by [the coronavirus] and her accountant urged her to take that money."

However, at the same time she made her 2020 withdrawals, Mosby asked Baltimore Inspector General Isabel Mercedes Cumming for an investigation into her businesses to prove they existed in name only and weren't actually operable.

"I ask that you verify that I have not taken on a single client for these companies, nor have I taken in any money," Mosby wrote in a July 2020 letter to Cumming. "Any insinuation to the contrary is false, misleading, and unethical."

Mosby's criminal trial is set for July 19.

Caption:
Baltimore State's Attorney **Marilyn Mosby**'s lawyers argue the perjury charges against her should be dismissed because federal guidelines on coronavirus aid were ambiguous. JERRY JACKSON/Baltimore Sun

Copyright (c) 2022 The Baltimore Sun Company

Record Number: BS0124518812

Towson Times (MD)

July 5, 2022

Section: News

### Judge finds Baltimore State's Attorney Mosby cannot afford expert witnesses, orders government assistance

Author: *Alex Mann and Lee O. Sanderlin*

*Baltimore Sun*
*Jul 05, 2022 at 7:09 pm*

Article Text:

The court will help pay the cost of the expert witnesses Baltimore State's Attorney **Marilyn Mosby** plans to call in defense against federal perjury and mortgage fraud charges, a judge ruled Tuesday.

Mosby's lawyers have indicated they intend to rely on several experts to build her defense. Defense witnesses may testify about a forensic analysis of her personal and business finances, the federal government's CARES Act and federal tax liens, according to court documents filed in March.

Expert testimony can be costly, and Mosby asked the court to foot the bill under the Criminal Justice Act, which required federal court districts to carve out resources to support those accused of crimes who cannot afford an attorney or other elements of legal representation. If a person is eligible, more often than not they're represented by the federal Office of the Public Defender. It's up to a judge to decide when a defendant asks.

In an order issued Tuesday, U.S. District Judge Lydia Kay Griggsby found the "expert services" Mosby requested are "necessary" and that Mosby is "financially unable to obtain these services at this time to adequately prepare for trial."

Griggsby found that Mosby, who makes a salary of about $248,000 a year from the city, has "sufficient financial resources at this time to contribute" to the funds the court authorized to pay for experts, and directed Mosby to reimburse the court over time. The order did not specify a timetable for repayment, nor an amount. Griggsby also ordered Mosby to advise the court by Aug. 5 whether she could afford the repayments, and to provide continuous updates every 30 days.

Defense attorney Andrew I. Alperstein, a former prosecutor who is not involved in Mosby's case, said it's common to incur expert fees of $10,000 or more, with some offering their services with a flat rate and others charging by the hour.

"Government funds exist in certain circumstances for individuals charged in recognition that the prosecutor has access to unlimited resources and the accused doesn't always have the resources to keep up with the government," Alperstein told The Baltimore Sun. "In rare circumstances where the defendant in federal court has been charged and gets a private attorney, the court will allow for funding of either the defense attorney, expert witnesses, investigators or other resources to make the process fair."

In order to get a judge to approve the money, a person has to make a case for what they need and must show they may not be able to afford it, Alperstein said.

[ [ICYMI] Judge makes some documents public in federal criminal case against **Marilyn Mosby** ]

Mosby has portrayed herself as the victim of repeated investigations, beginning with the city inspector general's probe into her travels — which the state's attorney requested herself.

"They have combed every aspect of my life for the past two years, and this is where we are: hundreds of thousands of dollars in debt in attorneys fees," Mosby told reporters on the steps of Baltimore's federal courthouse on April 14.

Mosby, the city's two-term elected prosecutor, is scheduled to stand trial Sept. 19. She is running for reelection in the Democratic primary election July 19.

Mosby is charged with two counts of perjury and two counts of making false statements on mortgage applications for a pair of vacation properties in Florida: an eight-bedroom rental near Disney World and a condo on the state's Gulf Coast.

Prosecutors say she falsely claimed to have suffered financial hardship from the coronavirus to withdraw $90,000 from her city retirement savings under the CARES Act, Congress' first pandemic relief package, and then used that money to buy the properties in Florida. She also allegedly lied about using the house as a second home to secure a lower interest rate and neglected to disclose a federal tax lien, according to the indictment.

"Simply put, the defendant's perjury allowed her to leverage $90,000 in funds she should not have had access to in order to get two vacation homes," prosecutors wrote in previous court papers.

After denying Mosby's first attempt at having the charges against her dismissed on the grounds of vindictive prosecution, Griggsby has since allowed Mosby's lawyers to go forward with a new argument: The two perjury charges should be dismissed because the federal government used ambiguous language in its guidelines for who was eligible for coronavirus relief.

While the motion marked a shift from personally attacking prosecutors to raising a legal challenge, the government filed a stern response describing her attorneys' logic as dystopian.

The latest filing for dismissal bore the names of attorneys Gary Proctor and Lucius Outlaw, who joined Mosby's defense team for free. Attorney A. Scott Bolden leads Mosby's defense and did not return a request for comment Tuesday afternoon.

A legal defense fund was established for Mosby and her husband, Baltimore City Council President Nick Mosby, about a year ago when it was revealed that federal prosecutors were investigating the power couple's taxes.

As of March 15, the fund had received at least $14,352 in donations, according to a report from the city's Board of Ethics.

The ethics board ordered Nick Mosby to quit accepting donations through the fund after it found he had violated city rules by taking money from two city contractors. Nick Mosby is appealing the board's ruling. The board has no jurisdiction over **Marilyn Mosby**.

[ [ICYMI] Judge denies **Marilyn Mosby**'s motion to dismiss charges against her ]

The Mosbys have used campaign finance money to help cover their legal expenses over the years. In her January filing, Marilyn reported spending nearly $48,000 on lawyers, including $37,500 to Reed Smith LLP, where Bolden is a partner.

The Maryland State Board of Elections found Mosby's campaign spending did not violate election law. Even though officials OK'd that spending, future spending could result in a violation.

**Marilyn Mosby** did not report any legal expenses in her most recent campaign finance filing.

Caption:
**Marilyn Mosby**'s lawyers have indicated they intend to rely on several experts to build her defense. (Karl Merton Ferron/The Baltimore Sun)

Copyright, 2022, Towson Times (MD). All Rights Reserved.

Record Number: db7c6f8676108c1bbba4d3e8c44df27f285e392e

Daily Record, The (Baltimore, MD)

July 5, 2022

Section: News

Topics:

**Index Terms:**
General news

**Mosby granted court funding for experts in federal perjury case**

Author: *Madeleine O'Neill*

Article Text:

A federal judge ruled Tuesday that Baltimore State's Attorney **Marilyn Mosby** qualifies for extra funding to help pay for experts in her criminal case.

Mosby will be required to make periodic reimbursement payments to the court for the cost of expert services, according to Tuesday's order. She faces two counts each of perjury and making false statements on loan applications in federal court.

"The Court has determined that the expert services requested by the Defendant in this case are necessary, and that the Defendant is financially unable to obtain these services at this time to adequately prepare for trial," U.S. District Judge Lydia Kay Griggsby wrote.

"The Court has also determined that the Defendant has sufficient financial resources at this time to contribute towards the funds authorized by the Court to provide the aforementioned services."

The order offers no details of how much funding Mosby has requested or what experts she plans to pay. The filing explains that the defense made an ex parte request for funds under the Criminal Justice Act, which was intended to provide all defendants, regardless of their financial resources, with "any element of representation necessary to an effective defense."

Mosby's salary in 2020 was $247,955, according to the indictment.

The order also offers little information about the reimbursement payments. It requires Mosby to contribute toward the extra funding by making "periodic payments to the Office of the Clerk of Court in an amount to be determined by the court."

Mosby must inform Griggsby of her ability to make reimbursement payments every 30 days, according to the order.

Mosby's defense attorney, A. Scott Bolden, did not immediately return a request for comment.

Copyright © 2022 BridgeTower Media. All Rights Reserved.

Copyright, 2022, The Daily Record (Baltimore, MD)

Record Number: 314027

Sun, The (Baltimore, MD)

July 6, 2022

Edition: First Generic
Section: Main
Page: 1

### Court will pick up tab for Mosby's witnesses

Author: *Alex Mann and Lee O. Sanderlin*

Article Text:

The court will help pay the cost of the expert witnesses Baltimore State's Attorney **Marilyn Mosby** plans to call in defense against federal perjury and mortgage fraud charges, a judge ruled Tuesday.

Mosby's lawyers have indicated they intend to rely on several experts to build her defense. Defense witnesses may testify about a forensic analysis of her personal and business finances, the federal government's CARES Act and federal tax liens, according to court documents filed in March.

Expert testimony can be costly, and Mosby asked the court to foot the bill under the Criminal Justice Act, which required federal court districts to carve out resources to support those accused of crimes who cannot afford an attorney or other elements of legal representation. If a person is eligible, more often than not they're represented by the federal Office of the Public Defender. It's up to a judge to decide when a defendant asks.

In an order issued Tuesday, U.S. District Judge Lydia Kay Griggsby found

the "expert services" Mosby requested are "necessary" and that Mosby is "financially unable to obtain these services at this time to adequately prepare for trial."

Griggsby found that Mosby, who makes a salary of about $248,000 a year from the city, has "sufficient financial resources at this time to contribute" to the funds the court authorized to pay for experts, and directed Mosby to reimburse the court over time. The order did not specify a timetable for repayment, nor an amount. Griggsby also ordered Mosby to advise the court by Aug. 5 whether she could afford the repayments, and to provide continuous updates every 30 days.

Defense attorney Andrew I. Alperstein, a former prosecutor who is not involved in Mosby's case, said it's common to incur expert fees of $10,000 or more, with some offering their services with a flat rate and others charging by the hour.

"Government funds exist in certain circumstances for individuals charged in recognition that the prosecutor has access to unlimited resources and the accused doesn't always have the resources to keep up with the government," Alperstein told The Baltimore Sun. "In rare circumstances where the defendant in federal court has been charged and gets a private attorney, the court will allow for funding of either the defense attorney, expert witnesses, investigators or other resources to make the process fair."

In order to get a judge to approve the money, a person has to make a case for what they need and must show they may not be able to afford it, Alperstein said.

Mosby has portrayed herself as the victim of repeated investigations, beginning with the city inspector general's probe into her travels - which the state's attorney requested herself.

"They have combed every aspect of my life for the past two years, and this is where we are: hundreds of thousands of dollars in debt in attorneys fees," Mosby told reporters on the steps of Baltimore's federal courthouse on April 14.

Mosby, the city's two-term elected prosecutor, is scheduled to stand trial Sept. 19. She is running for reelection in the Democratic primary election July 19.

Mosby is charged with two counts of perjury and two counts of making false statements on mortgage applications for a pair of vacation properties in Florida: an eight-bedroom rental near Disney World and a condo on the state's Gulf Coast.

Prosecutors say she falsely claimed to have suffered financial hardship from the coronavirus to withdraw $90,000 from her city retirement savings under the CARES Act, Congress' first pandemic relief package, and then used that money to buy the properties in Florida. She also allegedly lied about using the house as a second home to secure a lower interest rate and neglected to disclose a federal tax lien, according to the indictment.

"Simply put, the defendant's perjury allowed her to leverage $90,000 in funds she should not have had access to in order to get two vacation homes," prosecutors wrote in previous court papers.

After denying Mosby's first attempt at having the charges against her dismissed on the grounds of vindictive prosecution, Griggsby has since allowed Mosby's lawyers to go forward with a new argument: The two perjury charges should be dismissed because the federal government used ambiguous language in its guidelines for who was eligible for coronavirus relief.

While the motion marked a shift from personally attacking prosecutors to raising a legal challenge, the government filed a stern response describing her attorneys' logic as dystopian.

The latest filing for dismissal bore the names of attorneys Gary Proctor and Lucius Outlaw, who joined Mosby's defense team for free. Attorney A. Scott Bolden leads Mosby's defense and did not return a request for comment Tuesday afternoon.

A legal defense fund was established for Mosby and her husband, Baltimore City Council President Nick Mosby, about a year ago when it was revealed that federal prosecutors were investigating the power couple's taxes.

As of March 15, the fund had received at least $14,352 in donations, according to a report from the city's Board of Ethics.

The ethics board ordered Nick Mosby to quit accepting donations through the fund after it found he had violated city rules by taking money from two city contractors. Nick Mosby is appealing the board's ruling. The board has no jurisdiction over **Marilyn Mosby**.

The Mosbys have used campaign finance money to help cover their legal expenses over the years. In her January filing, Marilyn reported spending nearly $48,000 on lawyers, including $37,500 to Reed Smith LLP, where Bolden is a partner.

The Maryland State Board of Elections found Mosby's campaign spending did not violate election law. Even though officials OK'd that spending, future spending could result in a violation.

**Marilyn Mosby** did not report any legal expenses in her most recent campaign finance filing.

Caption:
The court will help pay the cost of the expert witnesses Baltimore State's Attorney **Marilyn Mosby** plans to call in defense against federal perjury and mortgage fraud charges. Karl Merton Ferron/Baltimore Sun FILE

Copyright (c) 2022 The Baltimore Sun Company

Record Number: BS0124589552

Sun, The (Baltimore, MD)

July 7, 2022

Edition: First Generic
Section: Main
Page: 1

**Vignarajah accused of abusive behavior**

**Improper treatment alleged by former subordinates**

Author: *Lee O. Sanderlin*

Article Text:

A decade ago Katie Dorian went to work as an unpaid intern for Thiru Vignarajah at the Baltimore State's Attorney's Office because she believed he would help guide her career while showing her the intricacies of sophisticated prosecution.

Then a second-year law student, Dorian remembers a law school adviser telling her Vignarajah was a rising star.

"If you want to be in prosecution, this is the way you make your career," Dorian remembered the adviser saying. "You work for him and stick with him."

Instead, according to Dorian, Vignarajah abused his position of authority, subjecting an impressionable young woman to mental abuse and manipulation, threatening to ruin her career if she ever spoke out and even threatening her physically.

She's speaking out now though because Vignarajah's running in a tight three-way race in the Democratic primary to be Baltimore's top prosecutor, and

Dorian is concerned about what that could mean for future employees.

"He is not a person who should be in any position of power and let alone that much power with that much trust," said Dorian, 35, who now heads the organized crime unit at the Maryland Attorney General's Office.

"The thing that I really want to be clear is that for anyone, especially any young women thinking about working for him: Don't."

While Vignarajah ran unsuccessfully for state's attorney in 2018 and mayor in 2020, he raised over $600,000 in the most recent cycle, more than the other two candidates combined. And, incumbent State's Attorney **Marilyn Mosby** faces a federal criminal trial

in September, two months after the primary, on charges of perjury and making false statements.

Vignarajah is known for his charisma, intelligence and his plans for many of Baltimore's problems. As a former editor of the Harvard Law Review, U.S. Supreme Court clerk and deputy attorney general, he has a sterling resume.

But in interviews with The Baltimore Sun, 15 former subordinates and colleagues at the city prosecutor's office and state attorney general's office described a man who punished both men and women for perceived disloyalty and humiliated them in front of colleagues.

A.J. Clayborne, a Harvard law student who interned for Vignarajah in the summer of 2015, said he was once harshly criticized in front of other interns and staff members for what Vignarajah called a failure to take adequate meeting notes. Clayborne was stunned.

"I see this look in [Vignarajah's] eye and I realized he was enjoying it," said Clayborne, who now works as a labor organizer.

Even seasoned attorneys said they were subject to Vignarajah's wrath, with employees describing how his usually collected demeanor could change to menacing and terrifying in a snap.

"It was like Dr. Jekyll and Mr. Hyde," said Carrie Williams, a senior official in the attorney general's office who worked under Vignarajah.

Vignarajah and his campaign declined to comment on the record when asked about the specific allegations raised in this article.

Vignarajah's political director Anthony McCarthy told The Sun in a statement that the allegations were a "coordinated political effort," attributing it in an unsubstantiated claim to Ivan Bates, who's also running in the Democratic primary for Baltimore state's attorney.

"We are focused on the fact people are dying every day," said McCarthy, referencing Baltimore's homicide rate. "We will not be distracted. We will stay focused on solutions to our city's greatest challenges. When they go low, we go high."

Many of those interviewed by The Sun spoke on the condition of anonymity out of fear of retribution, though some weren't authorized to speak because of their jobs.

Nine of them, including Williams, said Vignarajah was particularly abusive toward Dorian. Dorian and others interviewed said they saw him yell and swear at her while also observing that he isolated her from co-workers.

Dorian spent nearly 4 1/2 years working under Vignarajah at the Baltimore prosecutor's and attorney general's offices. There is no public record that top officials at the public agencies noticed or addressed Vignarajah's poor treatment of colleagues, but every

former subordinate interviewed said they feared he would harm their careers if they reported how he treated them.

Vignarajah was asked to resign as deputy attorney general in 2016, following an internal investigation into his conduct toward subordinates, specifically women, according to four people who say Vignarajah told them why he left the agency.

"While we cannot comment on personnel matters, Katie is a respected leader in our office and has our full support," said Raquel Coombs, the spokesperson for Maryland Attorney General Brian Frosh.

Dorian said she didn't lodge a formal complaint because she worried she would be the only person who would suffer consequences.

"I didn't want to risk people taking this out of my control and saying, 'You have to leave this job,' " she said. "I loved this job. I firmly believed, and still believe, you should not have to leave a job because of the supervisor being a monster."

In text messages Dorian shared with The Sun, Vignarajah used abusive language, calling her a "bitch" and a "wretched piece of s--" and told her to "go to hell" when he felt she was either being disloyal or not working hard enough.

Vignarajah, at a candidates forum last week, dismissed the complaints about his treatment of subordinates as political attacks.

"This is an issue that has come up four years ago, two years ago. ... It's political season and these kinds of things do come up," he said. "I'm not perfect. I have grown as a manager, as a person, as a leader."

Asked whether he sent the texts, Vignarajah said: "I'm not going to get drawn into this."

The details around Vignarajah's departure from the attorney general's office, as well as the texts sent to Dorian, were first reported by independent journalist Justine Barron. Dorian has acknowledged on Twitter that she shared some of her story anonymously with The Sun for a 2020 article about Vignarajah.

Dorian said Vignarajah's behavior sometimes frightened her. The following instances are based on interviews with Dorian and six other people who either work with, or are friends with, Dorian. They all said these following versions of events are consistent with her retelling of them afterward.

When she was his law clerk in the state's attorney's office in 2013, Vignarajah was driving them to a meeting when he became upset about another attorney and blamed Dorian for that attorney's shortcoming, she said.

As he became more upset, he started driving faster, yelling at her and not paying attention to the road. Dorian started to dial 911, but Vignarajah grabbed her phone away, she said.

Vignarajah started speeding toward a wall in the distance and, according to Dorian's recollection, said: "What? Are you afraid I'm going to crash into that wall and kill us both?"

He then stopped the car and Dorian reached for the door, at which point he grabbed her left arm, she said.

"I turned around and looked at him, and he's still holding my phone and he looks like he's now aware of what he just did," Dorian said.

She used the moment to leave the car, saying she hid in an alley until Vignarajah drove away and then walked back to their downtown office. Vignarajah later apologized, something Dorian said he regularly did.

In 2014, after Mosby won election, Dorian, now an attorney, said she was called into Vignarajah's office. She said she and her co-workers widely expected Vignarajah would leave the job in the new year, and that gave her courage to stand up to him.

Vignarajah yelled at Dorian, and she responded she could report him to the administration. In response, Dorian said Vignarajah, sitting with his feet up on his desk, threatened her.

Dorian said Vignarajah smiled, looked at her and said: "I will destroy you. I will destroy your career."

In January 2015 Vignarajah left to become Maryland deputy attorney general under Frosh, a Democrat.

Shortly thereafter Dorian received an offer from Elizabeth Embry, the criminal division chief for the attorney general's office, to run the newly formed organized crime unit.

Embry declined to be interviewed but said in a statement to The Sun: "I recruited Katie to run this newly created unit because of her specific expertise in wiretap and organized crime investigations and because I knew her to be an incredibly hardworking and brilliant attorney."

It would be a major promotion for Dorian, then 27, but would mean working again in the same agency as Vignarajah. Dorian declined but accepted after Embry asked her again. Dorian said Embry told her she would not directly report to Vignarajah, though he would be in her chain of command.

The month she started, in June 2015, Vignarajah ordered Dorian and a senior-level official to attend a conference in Ocean City with him. Before the drive home Vignarajah yelled at them for not wanting to stay later for a bonfire networking event, according to Dorian and the official, who spoke on the condition of anonymity out of fear of retribution.

The next morning, as Dorian sat in the official's office detailing some of Vignarajah's past abuse, he burst in, they both said. He demanded to speak with Dorian alone, but the other official refused.

He asked Dorian: "What did you tell her?" Dorian did not answer, and the official told Vignarajah to leave and to stay away from Dorian.

Still, he continued to call and text her, Dorian said. Sometimes, she said, he would wait after work for her in the office garage.

In December 2015 conservative organization Project Veritas posted videos of Vignarajah in a hotel room with an unidentified woman who was asking him to divulge secret information about the attorney general's office. Frosh publicly defended Vignarajah, but he was stripped of his supervisory duties, according to those who say Vignarajah told them himself about the decision.

The Project Veritas incident spurred people in the office, including Williams, a criminal appellate lawyer, to share their experiences with agency officials, spurring the investigation into his conduct.

Dorian said she last spoke to Vignarajah on the phone in the summer of 2017, when he called her to let her know he planned to run for state's attorney.

In that call, she said, he had a question for her: "Do I need to be worried about you?"

Caption:
Thiru Vignarajah is seen during a forum at the Reginald F. Lewis Museum in February 2020. Kim Hairston/Baltimore Sun

Copyright (c) 2022 The Baltimore Sun Company

Record Number: BS0124605903

Sun, The (Baltimore, MD)

July 9, 2022

Edition: First Generic
Section: Main
Page: 1

**Eatery owners hope candidates will nix crime**

**ELECTION 2022 BALTIMORE STATE'S ATTORNEY**

Author: *Christina Tkacik*

Article Text:

Outside of Baltimore, people are often surprised when restaurateur Tony Foreman tells them where he's from. And not in a good way.

The city's dangerous image, Foreman thinks, has kept diners away from the five restaurants he co-owns in the city, even as pandemic restrictions have lifted. And for that, Foreman blames, in part, the city's top prosecutor, **Marilyn Mosby**.

"Of course it's a safety question, it's a quality of life question," he said of the upcoming election for Baltimore City state's attorney. "I think it's business suicide not to try to make a change," said Foreman, CEO of Foreman Wolf.

Some powerful restaurant owners in Baltimore say they're fed up with both the reality and the perception of crime in the city - and the resulting consequences to their bottom lines. They're banking on the outcome of the state's attorney's race to change things by hosting fundraisers and donating to candidates.

But there's no consensus on just exactly who is best for business as a top prosecutor. For some, it's simply anyone but the incumbent.

"I'd be happy with either of the ... leading candidates that are not" Mosby, said Foreman, who made headlines in The Brew and Fox 45 after confronting the current state's attorney at a community meeting this spring.

Progressive prosecutors like Mosby, who stopped prosecuting lower-level, nonviolent crimes in 2020 to focus on more serious issues, are experiencing backlash across the country. Residents and business owners are upset by the level of lawlessness in their areas, including in San Francisco, where the district attorney was ousted from his position last month in a recall election.

Whether Mosby can weather this trend is further complicated by the fact she's facing federal charges of perjury and mortgage fraud in connection with the purchase of two Florida homes. She has denied wrongdoing

and contends she's being targeted because of her policies and her race [Mosby is Black]. Her trial is set for Sept. 19 - two months after the Democratic primary, which typically chooses the winner of the State's Attorney's Office, given how blue Baltimore votes.

Challenging Mosby in the Democratic primary are private defense attorney Ivan J. Bates and Thiru Vignarajah, a lawyer and CEO of community development financial firm, Capital Plus Financial. Both men previously attempted to unseat Mosby in 2018 and failed. In the general election, attorney Roya M. Hanna is running as an independent candidate.

Last month, Johnny's, a Foreman Wolf restaurant based in Roland Park, held a fundraiser for Bates. Meanwhile, Faidley Seafood owner Damye Hahn has raised funds for Vignarajah and posted his campaign signs at her Lexington Market eatery. "We are big Thiru fans," Hahn said. "He's always been there for us, and he has great ideas for the city."

A Baltimore Sun investigation this week highlighted concerns from subordinates who alleged Vignarajah was an abusive boss while serving as Maryland's deputy attorney general and reports that he was asked to resign over his conduct toward female subordinates.

Hahn, who originally spoke with The Sun before the recent report on Vignarajah's past behavior, said in a text Friday: "Bottom line is that I still support Thiru. My experience with him has always been positive and uncompromisingly professional."

To be sure, there are restaurant owners in Baltimore who support Mosby, as spokeswoman Robyn Murphy noted when asked to comment. Blk Swan in Harbor East hosted a fundraiser for the incumbent last week, while nearby Bar One held one in mid-June. Spokespeople for Blk Swan and Bar One did not respond to an interview request.

Terence Dickson, owner of Terra Cafe in Charles Village, said he hasn't yet decided whom to support in the election, but he sees the federal charges against Mosby as "pretty minuscule" stuff. "It's her [expletive] money," he said of accusations that she wrongly withdrew funds from her retirement account to purchase the Florida properties.

"Marilyn made some stupid decisions, but she made some great ones, too," he said, referring to her refusal to prosecute certain misdemeanor crimes, including prostitution and drug possession. The policy was designed to free up city police to pursue violent criminals, as well as to reduce unjust arrests in poor and mostly Black communities, where Dickson said one arrest for a minor crime can derail a young person's entire life.

The only thing Bates and Vignarajah know "is locking people up," Dickson said. "Their vision of a better Baltimore is 'Let's get a bigger stick.'"

Through a spokesman, Bates said his policies are about holding people accountable, but with compassion. People with illegal guns will be incarcerated, he said, "If you have an illegal gun, you will go to jail, but you will learn to read, to write, to get your GED, to get a job - so you don't need to fall back into the cycle."

Vignarajah wrote in an email that he takes "a common-sense approach to fighting crime." He added: "Zero tolerance was a terrible mistake, but zero policing and zero prosecution is a big mistake too."

But while Mosby's progressive approach to crime has been a source of praise among her defenders, it's a point of attack for her critics, who say the strategy has contributed to an overall atmosphere of anarchy in restaurant- and bar-heavy neighborhoods like Fells Point.

"There's such an anything-goes attitude," said Ron Furman, owner of Max's Taphouse on South Broadway, pointing to widespread drinking in public that happens on Fells Point's square and gatherings of dirt bikers, which he says drives away paying customers.

"I'm fed up with what's going on in this city," Furman said. "We've seen business decline, we've seen crime go up, we've seen quality-of-life issues that keep getting worse. It's the definition of insanity, you keep doing the same thing and expect different results."

While many business owners have complained of increasing crime, a 14-month study by Johns Hopkins University researchers, released last year, found that Mosby's reduced prosecution policies have not caused an uptick in either complaints or criminal activity. Yet many feel things are worsening. And some violent crime has certainly risen during her tenure, with homicides remaining at record levels since the death of Freddie Gray in police custody in 2015, shortly after Mosby took office.

While Mosby has argued that a state's attorney should not be held responsible for violence in the city, she herself campaigned in 2014 on a platform that criticized her predecessor for not doing enough to stem violence.

Vignarajah has spent the past few years courting the support of local restaurateurs. During the pandemic, he lobbied to loosen pandemic restrictions for restaurants and advocated for more federal restaurant relief. He fought attempts to impose an early curfew at The Block, the city's red-light district, and led Furman and about 30 other Fells Point restaurant and business owners who threatened to withhold taxes until the city did more to address crime.

"I'm 100% behind Thiru," Furman said.

Vignarajah's candidacy has not been without controversy. Even before the most recent allegations, in 2015, far-right activist group Project Veritas recorded him acting unprofessionally while a state deputy attorney general. And in 2019, as a mayoral candidate, he was pulled over by police late at night and asked an officer to turn off a body-worn camera. The two incidents have raised questions about his judgment.

Following The Sun's investigative report this week, Furman said he still supports the candidate. "Everybody grows and changes. He was probably a tough guy to work for. ... We want somebody who's going to be tough."

Vignarajah has surpassed both Bates and Mosby in fundraising. While Bates reported raising $449,328 from January through June of this year, Vignarajah claimed $600,784. In contrast, Mosby raised just $38,738 during the same period, according to a campaign finance report. The next round of reports were due by midnight Friday.

Among Vignarajah's top donors are Alex Smith, of the Atlas Restaurant Group, who, along with his wife, Christina Ghani, contributed $6,000 apiece to his campaign. Smith says his first choice to replace Mosby is actually Bates, whom he held a fundraiser for at his Bygone restaurant, but he'll help Vignarajah if it means Mosby is removed from office.

"The office needs fresh blood," said Smith, who, like Foreman, believes violence in the city stands in the way of Baltimore becoming a regional tourist destination.

"I am for change in that office, is the best way to put it," he said.

Without a clear pick between Bates and Vignarajah, however, some expect the 2022 primary to be a replay of 2018, in which Bates and Vignarajah divided the opposition to Mosby, who cruised to victory with nearly half the vote.

Said Foreman: "I think the terrible reality is that it's going to be split."

Copyright (c) 2022 The Baltimore Sun Company

Record Number: BS0124642961

Towson Times (MD)

July 12, 2022

Section: News

**Baltimore State's Attorney Mosby doubles down on argument in attempt to have federal perjury charges dismissed**

Author: *Alex Mann*

*Baltimore Sun*
*Jul 12, 2022 at 4:00 am*

Article Text:

Baltimore State's Attorney **Marilyn Mosby** doubled down on an argument that the assertions she made under the penalties of perjury don't matter, and that the charges federal prosecutors brought against her as a result of those statements should be dismissed.

The two-term Democrat is indicted on two counts of perjury and two counts of mortgage fraud. Federal prosecutors say she falsely claimed to have suffered financially to make early withdrawals from her city retirement savings account under the federal CARES Act, Congress' first coronavirus pandemic relief bill.

Mosby's alleged lies netted her approximately $81,000, which she used toward down payments on a pair of properties in Florida: an eight-bedroom rental near Disney World and a condo on the state's Gulf Coast, according to the indictment.

But, lawyers for Mosby argued, her checking the box that she experienced financial hardship because of COVID-19 as a way to qualify for coronavirus relief doesn't matter because her assertion wasn't intended to influence the company that administers the city's retirement plan, Nationwide.

The defense lawyers also contend that nobody can be prosecuted for perjury based on the ambiguous language Mosby attested to: that she suffered "adverse financial consequences."

Federal prosecutors last month described Mosby's argument as dystopian. They said Nationwide wouldn't have disbursed the money but for Mosby's lies and that the retirement plan relied on her statements, made under the penalty of perjury, to be truthful before releasing the funds.

The government disputed that CARES Act language was ambiguous, saying evidence will show Mosby didn't meet any of the four categories outlined to qualify for

coronavirus relief under "adverse financial consequences": reduced work hours; being quarantined, furloughed or laid off; being unable to work because of a lack of child care or owning a business that closed or had reduced hours.

Prosecutors confused the definition of "adverse financial consequences" with possible causes for adverse financial consequences, Mosby's lawyers wrote in a reply to the government's response filed Friday. The pleading largely repeated the arguments they laid out in a June 1 motion to dismiss the perjury charges, which U.S. District Judge Lydia Kay Griggsby allowed to go forward.

Griggsby will next hear from the lawyers in a courtroom. According to the judge's most recent scheduling order, the next hearing is set for Sept. 14, five days before Mosby's trial.

Mosby is running for a third term as Baltimore's elected prosecutor. The Democratic primary is set for July 19.

Last week, Griggsby found Mosby qualified for government relief under the Criminal Justice Act, and granted her request for court funding to pay for expert witnesses. Griggsby found Mosby could not afford to consult experts up front, but that the state's attorney, who makes a salary of about $248,000 a year from the city, has the means to pay the court back in installments over time.

Mosby's lawyers said in court documents filed in March that the defense plans to consult experts who conducted a forensic analysis of her personal and business finances along with people with expertise about the CARES Act and federal tax liens.

The indictment also charges her with two counts of making false statements on loan applications for one of the Florida properties. Federal prosecutors say Mosby neglected to disclose a federal tax lien and claimed the vacation home near Orlando was going to be a second home when she'd arranged for a management company to operate it as a rental, securing a lower interest rate.

Her lawyers have not targeted the mortgage fraud charges in recent pleadings, which marked a change in her defense. At first, Mosby's attorneys targeted federal prosecutors in court papers with allegations of animus.

Griggsby rejected those arguments in April, and Mosby's defense team has refocused on nuanced legal arguments.

Copyright, 2022, Towson Times (MD). All Rights Reserved.

Record Number: c964d272b54f88299c1fbabb7f2b0fa568ecb3

Baltimore Brew (MD)

July 12, 2022

Section: Politics

**Marilyn Mosby's challengers bank on advertising to turn the tide in state's attorney's race**

Author: *Mark Reutter*

Article Text:

Mary J. Miller, the retired T. Rowe Price executive who ran for mayor in 2020, has chipped in $435,000 to support Ivan Bates through an obscure PAC (political action committee).

Meanwhile, Bates and Thiru Vignarajah, the other challenger to State's Attorney **Marilyn Mosby**, have spent $625,000 of their own campaign money, retaining $560,000 in reserve.

Until the dust settles in next Tuesday's primary, it won't be clear whether over $1 million of television advertising and related expenses will make any significant impact on the outcome of the Baltimore state's attorney's race.

Seeking a third term, Mosby has run a lean campaign that, as of last week, spent just $20,010 in TV ads, $13,200 in mailings and $1,620 in robo calls. She's keeping $182,000 on hand for a final blitz.

Mosby, it seems, is leaning more on messaging than money, hoping that by placing blame on "demanding judges," "uncooperative witnesses" and "racially motivated" federal prosecutors, she can neutralize enough negatives – such as the city's soaring homicide rate and her pending corruption trial – to stay ahead of her two opponents.

"For the last seven years, my office and my prosecutors have been the only stability in this city," she declared last month at a City Council hearing.

"I won't let others, that's the media or anyone else, define my narrative."

It's hard to say whether, with Mary Miller's cash and former Mayor Sheila Dixon's popularity (the two appear side by side in those ubiquitous TV ads touting Bates), the defense attorney has broken through as a leading contender.

With no reliable independent polling on the race, each candidate currently claims to be surging ahead.

Vignarajah, meanwhile, has been hurt by allegations of inappropriate interactions with subordinates when he was a deputy attorney general, charges that were also raised in his mayoral run two years ago.

Negative News

Competing against the same two candidates in the 2018 Democratic Party primary, Mosby garnered 49% of the vote, while Bates and Vignarajah split the majority 51%.

But a Goucher College poll, conducted last month for The Baltimore Banner, showed that Mosby's popularity is slipping. About 60% of respondents said they disapprove of her job performance.

In interviews, many cited her criminal indictment on charges of perjury and lying on a mortgage application (twice) as well as other issues surrounding Mosby and her husband, City Council President Nick Mosby.

Since the start of her second term, Mosby has been dogged by reports of her extensive out-of-town travel and a consulting business she initially failed to report on her disclosure statement to the Maryland Ethics Commission. Those news stories, in turn, generated a critical report from the Office of the Inspector General.

Other disclosures – about unpaid water bills, use of campaign funds to pay for legal costs and a campaign contribution erroneously attributed to her deceased grandfather – followed.

In overwhelmingly "blue" Baltimore, the winner of the Democratic primary is considered a shoo-in at the general election.

The victor next week will face Roya Hanna, a former assistant state's attorney, who is running as an independent in November.

Abundant Spending

If Bates or Vignarajah fail to break Mosby's lock on voters, it won't be for lack of money.

Vignarajah inundated the local airwaves with $335,000 in TV ads between early June and last week, according to his campaign report filed with the State Board of Elections.

Bates spent less directly on TV ads – $192,000 – leaving the heavy lifting for the super PAC formed by Miller.

The "Building a Safer Baltimore PAC" was set up for the sole purpose of "supporting Bates" via social media and TV ads that feature Miller and Dixon endorsing the former city prosecutor as the best candidate.

For good reason, it's called "dark money" because Maryland law otherwise limits contributions to $6,000 per election cycle

By not coordinating its activities with a candidate committee, a PAC can exercise its First Amendment right to boost a political cause or office seeker with unrestricted cash.

For good reason, it's called "dark money" because Maryland law otherwise limits individual and corporate contributions to $6,000 per election cycle.

Miller opened the PAC in mid-June with a $250,000 contribution, of which $135,000 was immediately wired to a Virginia media company and $20,000 to McKenna Media, a political consulting company headed by a Dixon ally.

As of last Monday, Miller had given $176,000 more to the PAC, all of which (except $1,000) was handed over to Screen Strategies Media of Fairfax, Va., according to a report to the State Elections Board.

Miller has been the only contributor to the PAC, which appears, on the eve of thr primary, to have closed down.

Out of Towners

In the latest (June 8 to midnight July 3) reporting period, the three candidates collectively picked up $154,000 in campaign cash.

The vast majority of donations came from individuals and LLCs far removed from Baltimore's creaky criminal justice system, police misconduct complaints, rising toll of murders and struggling neighborhoods.

Vignarajah, for example, picked up $18,000 of the $25,725 he raised last month from a filmmaker in Boulder, Colorado, and a married couple of "serial entrepreneurs" in Texas. (He also got $500 from criminologist David M. Kennedy, whose Operation Ceasefire in Boston is a model for Baltimore's Safe Streets.)

Bates, meanwhile, had relied heavily on real estate developers such as Continental Realty, with donor addresses ranging from Stevenson and Elkridge, Maryland, to Naples, Florida, for a large part of his $61,000 haul.

The vast majority of dollars in the race come from individuals and LLCs far removed from Baltimore City.

Mosby's supporters are the most economically diverse, ranging from scores of small contributions from city residents to a handful of "celebrity checks" from the likes of UniverSoul Circus co-founder Cedric Walker ($5,000) and Rhode Island heiress Tracy Hewat ($3,000).

Mosby's lead defense attorney, A. Scott Bolden, gave $5,000 to her campaign coffers, using two different Washington, D.C., addresses. And perhaps to avoid adverse publicity, Mosby has recently refrained from using campaign funds to pay her legal bills.

In April, Bolden persuaded a federal judge to delay Mosby's trial from May to September, or after the primary, saying she needed more time to prepare her defense.

Other Mosby donors include Darryl DeSousa, the short-lived Baltimore Police Commissioner who pleaded guilty to failing to file tax returns in 2019. He gave $100 to Mosby from an Ocoee, Florida, address.

Howard County wellness guru Judy Johnson contributed $5,000 on July 2, while Robyn Murphy, originating trustee of the now reportedly defunct Mosby Legal Defense Fund, and her husband kicked in $750.

Caption:
Above: The two challengers have spent big on television ads in hopes of unseating State's Attorney **Marilyn Mosby**. (center). At left, Thiru Vignarajah. At right, Ivan Bates.

"Our love for Baltimore motivated us to run for mayor, and this brings us together to support Ivan Bates," goes the ad bankrolled by a PAC established by Mary Miller. (Twitter)

"They fought for us! Let's fight for them!" said the online defense fund set up for Nick and **Marilyn Mosby** last year. (mosbydefensefund.com)

Copyright © 2022 Baltimore Brew LLC, All rights reserved.

Record Number: fffb332ff7a42c56dba764b92c9cede1d60ce8a

Sun, The (Baltimore, MD)

July 13, 2022

Edition: First Generic
Section: Main
Page: 1

**Mosby doubles down to have perjury charges dismissed**

Author: *Alex Mann*

Article Text:

Baltimore State's Attorney **Marilyn Mosby** doubled down on an argument that the assertions she made under the penalties of perjury don't matter, and that the charges federal prosecutors brought against her as a result of those statements should be dismissed.

The two-term Democrat is indicted on two counts of perjury and two counts of mortgage fraud. Federal prosecutors say she falsely claimed to have suffered financially to make early withdrawals from her city retirement savings account under the federal CARES Act, Congress' first coronavirus pandemic relief bill.

Mosby's alleged lies netted her approximately $81,000, which she used toward down payments on a pair of properties in Florida: an eight-bedroom rental near Disney World and a condo on the state's Gulf Coast, according to the indictment.

But, lawyers for Mosby argued, her checking the box that she experienced financial hardship because of COVID-19 as a way to qualify for coronavirus relief doesn't matter because her assertion wasn't intended to influence the company that administers the city's retirement plan, Nationwide.

The defense lawyers also contend that nobody can be prosecuted for perjury based on the ambiguous language Mosby attested to: that she suffered "adverse financial consequences."

Federal prosecutors last month described Mosby's argument as dystopian. They said Nationwide wouldn't have disbursed the money but for Mosby's lies and that the retirement plan relied on her statements, made under the penalty of perjury, to be truthful before releasing the funds.

The government disputed that CARES Act language was ambiguous, saying evidence will show Mosby didn't meet any of the four categories outlined to qualify for

coronavirus relief under "adverse financial consequences": reduced work hours; being quarantined, furloughed or laid off; being unable to work because of a lack of child care or owning a business that closed or had reduced hours.

Prosecutors confused the definition of "adverse financial consequences" with possible causes for adverse financial consequences, Mosby's lawyers wrote in a reply to the government's response filed Friday. The pleading largely repeated the arguments they laid out in a June 1 motion to dismiss the perjury charges, which U.S. District Judge Lydia Kay Griggsby allowed to go forward.

Griggsby will next hear from the lawyers in a courtroom. According to the judge's most recent scheduling order, the next hearing is set for Sept. 14, five days before Mosby's trial.

Mosby is running for a third term as Baltimore's elected prosecutor. The Democratic primary is set for July 19.

Last week, Griggsby found Mosby qualified for government relief under the Criminal Justice Act, and granted her request for court funding to pay for expert witnesses. Griggsby found Mosby could not afford to consult experts up front, but that the state's attorney, who makes a salary of about $248,000 a year from the city, has the means to pay the court back in installments over time.

Mosby's lawyers said in court documents filed in March that the defense plans to consult experts who conducted a forensic analysis of her personal and business finances along with people with expertise about the CARES Act and federal tax liens. The indictment also charges her with two counts of making false statements on loan applications for one of the Florida properties. Federal prosecutors say Mosby neglected to disclose a federal tax lien and claimed the vacation home near Orlando was going to be a second home when she'd arranged for a management company to operate it as a rental, securing a lower interest rate.

Her lawyers have not targeted the mortgage fraud charges in recent pleadings, which marked a change in her defense. At first, Mosby's attorneys targeted federal prosecutors in court papers with allegations of animus.

Griggsby rejected those arguments in April, and Mosby's defense team has refocused on nuanced legal arguments.

Copyright (c) 2022 The Baltimore Sun Company

Record Number: BS0124702232

Sun, The (Baltimore, MD)

July 13, 2022

Edition: First Generic
Section: Main
Page: 1

**Charter amendment headed for council vote**

**Proposal would change makeup of city's inspector general oversight board**

Author: *Emily Opilo*

Article Text:

A proposed charter amendment that would change the composition of the board that oversees Baltimore's inspector general is poised to advance for a vote by the Baltimore City Council.

The bill, proposed by Democratic Councilwoman Odette Ramos, would remove elected officials from the board, which is supposed to convene annually to review the performance of the inspector general, Baltimore's watchdog for waste, fraud and abuse.

The board currently includes multiple elected officials or their designees, the city solicitor and, on an optional basis, the deans of two law schools.

Ramos's proposal calls for City Council members to each select a nominee. From that pool, five board members would be selected at random. Two additional members would be selected at random from the membership of the Baltimore City Bar Association, the Association of Certified Fraud Examiners or the Association of Certified Public Accountants.

The Rules and Oversight Committee met Thursday to discuss the proposal, and the City Council would need to vote by July 25, its last meeting before an end-of-month deadline to get the question on the November ballot.

Ramos said there are enough members in support to send the measure to voters as a ballot question.

The composition of Baltimore's inspector general advisory board came into question last year when it convened for the first time to review Inspector General Isabel Mercedes Cumming. Cumming objected to the board's makeup, sending a letter to

board members ahead of a July 2021 meeting arguing that multiple members had a conflict of interest because they've been subject to her investigations.

"For these same individuals to sit on a board tasked with evaluating the Inspector General's performance at the very least creates an appearance of bias, and could hinder the OIG from doing its job with the specter of improper political pressure," Cumming wrote at the time.

Baltimore's inspector general office has been under the authority of the oversight panel since 2018, when an amendment to the city's charter created the board and removed authority from the mayor. At the time, the City Council voted to put the amendment on the ballot out of concern for the office's independence.

By law, the oversight board is made up of at least five people: the mayor or his designee, the City Council president or his designee, the comptroller or his designee, the city solicitor or an appointed member of the city law department, and a member of the City Council appointed by the council president. If the mayor and council president agree, two additional members take seats: the deans of the law schools at the University of Maryland and the University of Baltimore.

Under Ramos's proposal, board members would have to be city residents and have a background in ethics, law, accounting or have familiarity with the office of the inspector general. City and state employees would be barred from holding the positions, as would elected officials and their relatives.

Several amendments have been proposed. One would bar anyone doing business with the city from serving on the board. Another, floated by Aaron DeGraffenreidt, a member of the council president's staff, would allow local minority bar associations to submit nominees.

The current board would be dismissed if the charter amendment was approved, Ramos said.

Although the current board structure has been in place since 2018, the board never convened until 2021, when Cumming was the target of criticism for an investigation she conducted into Democratic State's Attorney **Marilyn Mosby**. The results of the seven-month probe, conducted at Mosby's request, were released in February 2021 and focused on her travel. The report showed Mosby spent 144 days away from Baltimore in 2018 and 2019 - or one workday a week; Mosby's office has disputed the number of days.

The inspector general also faulted Mosby for not requesting approval from the city's spending panel for more than a dozen trips in 2018 and 2019. Nonprofit groups flew her to conferences in destinations such as Kenya, Scotland and Portugal. Private attorneys for Mosby argued that because the nonprofits - not taxpayers - paid for her trips, Mosby had no obligation to request approval.

City Solicitor Jim Shea reviewed the matter and concluded Mosby was not required to seek approval because the city's administrative policies are unclear. Democratic Mayor Brandon Scott asked the solicitor and city administrators to recommend policy fixes, which were recently approved by the Board of Estimates.

By law, Mosby's husband, Democratic City Council President Nick Mosby, is entitled to sit on the inspector general advisory board. He appointed Democratic City Council Vice President Sharon Green Middleton to serve as his designee.

After several meetings, the advisory board in December 2021 issued a favorable review of Cumming, saying her office was doing an "effective job."

Caption:
Baltimore Inspector General Isabel Mercedes Cumming, shown in her office in 2020.
Jerry Jackson/Baltimore Sun

Copyright (c) 2022 The Baltimore Sun Company

Record Number: BS0124702222

Sun, The (Baltimore, MD)

July 17, 2022

Edition: First Generic
Section: Main
Page: 12

**Prolonged primary coming to a close**

**Voters have a rare opportunity to select all new faces for governor, lieutenant governor, attorney general and comptroller**

**election 2022**

Author: *Sam Janesch and Hannah Gaskill*

Article Text:

A new era of Maryland politics will come into focus Tuesday as voters make their final choices in several wide-open primary races that will set the stage for November's general election.

Voters have a rare opportunity to select all new faces for governor, lieutenant governor, attorney general and comptroller as the incumbents are term-limited, retiring or running for higher office.

And with all 147 seats in the General Assembly, nearly every member of the U.S. Congress and several important local offices on the ballot, the stakes are high for policymaking on all levels.

The issues - according to interviews with voters, polls and candidate platforms - have been wide-ranging.

Rising crime and inflation have been immediate, top-of-mind concerns for Marylanders all year. Education and transportation infrastructure dominated conversations about the state's long-term prosperity. Abortion, guns and the environment, meanwhile, leapfrogged to the top of the list in recent weeks after a string of related U.S. Supreme Court rulings.

Jockeying to tackle all those issues in the governor's mansion are nine Democrats and four Republicans - a crowded field of well-funded candidates with lengthy resumes who are hoping to succeed Republican Gov. Larry Hogan, who will finish the second of his two four-year terms in January.

Polls have pointed to a neck-and-neck race on both sides.

Comptroller Peter Franchot, former U.S. Labor Secretary Tom Perez and former nonprofit leader Wes Moore lead a Democratic field looking to secure the party's control of both the executive and legislative branches in Annapolis for the first time in eight years. Former state Commerce Secretary Kelly Schulz and Del. Dan Cox, representing different factions of the Republican electorate, are fighting to continue Hogan's legacy as a check on a General Assembly with a supermajority of Democrats.

Voting so far

Candidates and voters have seen multiple curveballs along the way.

Redistricting - the once-a-decade process in which all kinds of geographical boundaries are redrawn based on population changes - forced many people into new voting districts. Lawsuits and accusations of gerrymandering complicated that process, even delaying the primary itself, from June 28 to Tuesday.

Meanwhile, people who may have voted by mail for the first time at the height of the coronavirus pandemic in 2020 could choose to return to in-person voting, either voting early or on primary day, or cast a mail ballot.

About 9.2% of all eligible voters - mostly Democrats and Republicans in Maryland's closed primary process - had voted by mail or through in-person early voting, according to state data updated through July 15.

Those numbers, by all accounts, appeared sluggish, considering 29% of registered Democrats and 22% of Republicans turned out in the last gubernatorial primary in 2018. Hogan was unopposed in the primary that year, while Democrats faced a more heated contest in selecting their nominee. In the 2020 presidential primary, 42% of Maryland voters cast ballots.

If in-person voting also remains low on primary day, all eyes will turn to the remaining mail-in ballots, which election workers can't begin counting until 10 a.m. Thursday. Just about 500,000 people requested mail-in ballots. So, with the 165,000 already returned, there could be hundreds of thousands more that voters either mail or place in drop boxes by the time polls close at 8 p.m. Tuesday.

Though the State Board of Elections reported a few thousand voters had received incorrect mail-in ballots in June, such issues were not widespread.

Governor

In the highest-profile race of the year, advertisements have flooded the airwaves, fundraising dollars have poured in and the candidates have traded barbs for months.

Franchot was the first candidate to jump in the race, announcing in January 2020 that he would forgo trying to win a fifth four-year term as comptroller and instead seek the governorship.

Eleven Democrats joined him, though Baltimore-based entrepreneur Mike Rosenbaum dropped out in December 2021 and former Anne Arundel County Executive Laura Neuman left the field before a candidate deadline in April. Former Prince George's County Executive Rushern Baker, the runner-up in the last gubernatorial primary, quit in June after he struggled to keep up with fundraising. His name will still appear on the ballot.

The remaining field includes Moore, Perez, former U.S. Education Secretary John King, former state Attorney General Doug Gansler, former Clinton White House official Jon Baron, former Obama White House official Ashwani Jain, former registered socialist Jerome Segal and educator Ralph Jaffe.

Months of campaigning, stump speeches and debates and forums stretching back to last year revealed the Democrats largely agree on how to address major issues like crime, education, transportation and the environment. But they've differed on some specific plans, and some animosities have boiled to the surface.

In April, Moore's campaign filed a complaint with state elections officials about a political dossier circulating behind the scenes that accused him of intentionally encouraging a false perception of childhood ties to Baltimore. Then, in an early June debate, Moore targeted Franchot's integrity over accepting campaign donations from companies that received state contracts while Franchot served on the Board of Public Works, which approves such spending. Also, Moore and Perez traded barbs over their records of public service, while King went after Moore for his involvement in an online for-profit college.

The attacks have been even sharper on the Republican side, where Hogan has supported Schulz, who he appointed to two cabinet positions over his two terms, while criticizing Cox as a "conspiracy-theory-believing QAnon whack-job."

A first-term legislator from Frederick County, Cox won the endorsement of former President Donald Trump after supporting Trump's false claims of election fraud in 2020 and attending the Jan. 6 rally outside the White House before the attack on the Capitol. Cox's campaign has focused on eliminating COVID-19 pandemic measures, outlawing abortion, limiting gun control laws and targeting transgender issues in schools.

Schulz has called those positions unelectable in a November race against a Democratic nominee, in which the winner will need the support of some Democrats and moderate Republicans. Her campaign has largely focused on giving parents more control over their children's education, reducing crime and repealing a state law that links the gas tax to inflation - which she dubbed the "inflation tax."

Former lawyer and lower-tax advocate Robin Ficker, a frequent candidate for office, and lawyer Joe Werner are also on Republican ballots.

Schulz is seeking to become the first woman elected governor in Maryland, which has also never elected a Black or Hispanic candidate to the office.

Attorney General

Attorney General Brian Frosh announced in October that he would not seek a third term, capping a 35-year career in Maryland politics.

Before he became the state's top prosecutor, Frosh spent 20 years in the state Senate - 12 as the chair of the chamber's Judicial Proceedings Committee - and eight years in the House of Delegates.

Upon his announcement, the political scene was atwitter about who would offer themselves as a replacement. The Democratic Party floated Senate Judicial Proceedings Committee Chair William C. Smith Jr. and U.S. Rep. Anthony Brown as potential candidates.

Smith decided to sit the race out, opting to campaign to keep his seat in the Senate, while Brown announced his candidacy four days after Frosh said he would not seek reelection.

In a surprising twist, Baltimore District Judge Katie Curran O'Malley decided to enter the race in late November against Brown, who served as lieutenant governor during the gubernatorial administration of her husband, Martin O'Malley.

Either candidate would be a historic first, as either the first Black person or woman to hold the office. Curran O'Malley could also become one of the first women directly elected statewide in Maryland to a state-level post.

Recent polls have shown the race is close.

Starting from nothing, Curran O'Malley gave Brown a literal run for his money when campaign finance reports were filed in January. She reported being just $1,200 shy of Brown's cash on hand.

The pair have sparred over who has the most relevant experience for the job in candidate forums and, most recently, TV ads.

The winner of Tuesday's primary will face off against the winner of the Republican race, where attorney Jim Shalleck is running against Michael Anthony Peroutka.

Comptroller

Franchot is giving up the seat he has held for 15 years, opting to try his luck to be the Democrat candidate to replace Hogan.

Baltimore Del. Brooke E. Lierman and Bowie Mayor Tim Adams are vying over the now-vacant seat. The winner of Tuesday's primary will face Republican Harford County Executive Barry Glassman, who is unopposed for his party's nomination.

The comptroller oversees state income tax collection; imposes state taxes on gasoline, alcohol and tobacco, and has a seat on the three-person Board of Public Works.

History would be made if either Democrat comes out on top in November: Lierman could one of the first woman elected as comptroller and directly elected by voters to a state-level seat, while Adams would be Maryland's first Black comptroller.

Lierman, an attorney, announced her candidacy in December 2020. She has received overwhelming support from members of the General Assembly and has been a fundraising machine, besting Adams when campaign finance reports came out in mid-June.

Adams, a Department of Defense contractor who announced his candidacy in March 2021, has run a largely self-funded campaign. According to his July 8 campaign finance report, Adams has lent his campaign $3.3 million.

While many voters remain undecided, recent polls show Lierman leading Adams ahead of the primary.

Baltimore State's Attorney

The race for Baltimore state's attorney is a heated one.

Incumbent Democrat **Marilyn Mosby** was indicted by a federal grand jury in January and charged with two counts of perjury and two counts of making false statements on loan applications to purchase properties in Florida.

Mosby has pleaded not guilty to the charges and, at first, requested that her trial be held ahead of the primary while calling the indictment a "political ploy" to disrupt her reelection campaign. She later requested, however, that the trial be postponed. It was moved from May 2 to Sept. 19.

U.S. District Judge Lydia Griggsby last month denied Mosby's motion to dismiss the charges, although Mosby doubled down in a legal filing July 11 on her arguments to dismiss. A hearing those issues is scheduled for Sept. 14.

Meanwhile, Mosby faces another court date as she prepares to try Keith Davis Jr. for the fifth time in a homicide case.

Last month, a judge ruled there was a "presumption of vindictiveness" based on the decision of Mosby's office to charge Davis with attempted murder after he won a new trial in the unrelated murder case.

Also, Mosby has been accused twice of allegedly violating a gag order that prohibits her from publicly discussing the case. Mosby is set to appear in court in August to address those allegations.

Mosby is facing off against defense attorney Ivan J. Bates, who announced his candidacy in November, and former Deputy Attorney General Thiru Vignarajah.

In the campaign's final month, Vignarajah faced reports of verbal abuse and harassment against former staff members and subordinates at the state attorney general's office and the city prosecutor's office when he worked for those agencies. Vignarajah's political director Anthony McCarthy said the allegations were a "coordinated political effort."

The winner of Tuesday's primary will face former Assistant State's Attorney Roya M. Hanna, who is running as an unaffiliated candidate in the general election.

Copyright (c) 2022 The Baltimore Sun Company

Record Number: BS0124774236

Daily Record, The (Baltimore, MD)

July 18, 2022

Section: News

Topics:

**Index Terms:**
General news

**In-person voters now get their say in governor's race, scores of other primaries**

Author: *Staff and Wire Reports*

Article Text:

Maryland voters go to the polls Tuesday for primary elections that will determine the major parties' nominees for governor and other statewide offices, whether Baltimore's embattled prosecutor has lost the confidence of voters, and who will challenge the state's lone Republican congressman.

Given what appears to be a high number of mail-in votes ballots that may not be all counted for several days after Tuesday results in tight races might not be known on election night.

While they have not attracted much attention, party nominations for scores of other elected offices school board seats, circuit court judgeships and state legislative races among them are also up for voters to decide.

RELATED: What to watch in governor, congressional races

The Republican race for Maryland governor in Tuesday's primary election pits a candidate backed by outgoing Gov. Larry Hogan against a rival endorsed by Donald Trump. It's an early showdown on Hogan's home turf as he weighs a 2024 White House bid, potentially against the former president.

Kelly Schulz is running as Hogan's hand-picked successor to carry on his legacy. Schulz served as a labor secretary in Hogan's administration and later as the head of the state's commerce department. She is a former state legislator from Frederick County.

Schulz, the only woman in the field, would be Maryland's first female governor if she were to win in November. She contends she is the only Republican in the primary who could tap into Hogan's unusual political success in a heavily Democratic state.

She is running against Dan Cox, a state legislator who has been endorsed by Trump. Early in the pandemic, Cox sued over Hogan's stay-at-home orders and regulations,

saying they were unconstitutional. The lawsuit was later dismissed by a judge, who said that Hogan had a duty as governor to protect public health.

Cox also helped organize busloads of protesters to go to Washington for the "Stop the Steal" rally that preceded the Jan. 6 U.S. Capitol insurrection. Cox has said he didn't march to the Capitol afterward, and he condemned the violence.

On the Democratic side, the crowded candidate field includes the former head of the national Democratic Party, a bestselling author, the current state comptroller and a former U.S. education secretary.

Democrats are eager to win back the governor's office. Hogan is a rare two-term Republican governor in a state where Democrats outnumber Republicans 2-1.

The race appears to be a three-way race among former U.S. Labor Secretary Tom Perez, who previously served as chair of the Democratic National Committee; author Wes Moore, who held a virtual fundraiser with Oprah Winfrey; and state Comptroller Peter Franchot, who had wide margins of victory in his four terms as state tax collector.

RELATED: Maryland Democrats eager to break GOP's hold on governor's office

Voters are casting ballots with the potential for history to be made in November: Moore or former U.S. Education Secretary John King could become the state's first Black governor, and Perez could become the first Latino chief executive in the state.

In the City of Baltimore, State's Attorney **Marilyn Mosby** has shrugged off a federal indictment in connection with her finances and seeks to fend off two familiar challengers criminal defense attorney Ivan Bates and former federal and state prosecutor Thiru Vignarajah. It's the same matchup from four years ago, when Mosby won her second term.

The state will have a new comptroller, with Franchot seeking the governorship, and a new attorney general, as incumbent Brian E. Frosh is retiring. Seeking to succeed Frosh on the Democratic side are U.S. Rep. Anthony Brown and Katie Curran O'Malley, a former judge who is the daughter of a former attorney general and the wife of a former governor. Whoever captures the primary nod will be a heavy favorite in November.

For the comptroller's race, Democrats Tim Adams and Del. Brooke Lierman are competing to see who will face Republican Barry Glassman, who is stepping down as Harford County executive.

U.S. Sen. Chris Van Hollen is facing a primary challenge as he seeks a second term following a stroke. Van Hollen first won election to the chamber in 2016, replacing retiring Sen. Barbara Mikulski, who was then the longest-serving woman in congressional history.

Van Hollen suffered a minor stroke in May but said doctors had told him there would be no long-term effects or damage. He said he experienced lightheadedness and acute neck pain while delivering a speech and sought medical care once he returned home.

Van Hollen has just one challenger in his Democratic primary: Michelle Smith, a Freedom of Information Act policy analyst with the U.S. Agency for International Development.

Ten Republicans are seeking the GOP nomination, including Chris Chaffee, who ran unsuccessfully against U.S. Rep. Steny Hoyer in 2014.

The state has eight congressional districts but only one open seat this cycle.

With Brown's departure, former Rep. Donna Edwards, who held the 4th Congressional District seat from 2008 to 2017, is running to get her job back representing the Black-majority district in the suburbs of the nation's capital. She will face former county prosecutor Glenn Ivey.

Democrats Heather Mizeur and David Harden are battling to see who will challenge the state's lone GOP congressman, Rep. Andy Harris, in the state's 1st Congressional District.

Brian Witte of The Associated Press contributed to this story.

Copyright © 2022 BridgeTower Media. All Rights Reserved.

Copyright, 2022, The Daily Record (Baltimore, MD)

Record Number: 316033

Sun, The (Baltimore, MD)

July 19, 2022

Edition: First Generic
Section: Main
Page: 1

**Witness previously called actions 'dumb'**

**Revelation comes after Mosby and prosecutors reveal experts scheduled to testify at trial**

**mosby perjury and mortgage fraud trial**

Author: *Lee O. Sanderlin and Alex Mann*

Article Text:

An expert witness hired by Baltimore State's Attorney **Marilyn Mosby** to help her defense at her upcoming perjury and mortgage fraud trial previously called her actions "quite dumb."

Mosby's lawyers plan to call Eric Forster, a California-based professional mortgage fraud witness, to provide insight into the two-term Democrat's purchase of two Florida homes in 2020, according to court filings. The defense expects him to testify that the lenders should have scrutinized Mosby's mortgage applications more carefully.

Federal prosecutors are seeking to prevent Forster and another witness, Marcia Wagner, from testifying. Prosecutors also are asking the defense to provide more information about Mosby's third witness, forensic accountant Jerome Schmitt.

The government is paying for Mosby's witnesses, at least in part, after a judge found she likely cannot afford them. Expert witness testimony can cost more than $10,000. Her trial is scheduled for Sept. 19.

Mosby's defense team, led by attorney A. Scott Bolden, filed motions to prevent the government from calling its witnesses: an FBI accountant and an IRS officer who are supposed to speak to her finances.

Bolden, in court filings, is asking U.S. District Court Judge Lydia Kay Griggsby to ban those witnesses because Bolden says prosecutors didn't properly disclose their experts' testimony.

The city's elected prosecutor is charged with two counts of perjury and two counts of making false statements on loan applica

tions. Publicly available documents suggest Mosby misled her lenders about her finances and her plans for two Florida homes she bought - an eight-bedroom rental near Disney World and a condo on the Gulf Coast.

The reason people do that, according to several experts, is to get more favorable loan terms.

In a March interview with The Baltimore Sun, Forster discussed Mosby's indictment at length, saying her alleged ploy to save on interest and down payments was commonplace. Forster did not respond to a request for comment Monday afternoon.

"I didn't see anything very clever done on her part," he said in March. "Actually, I saw a number of things that were quite dumb. But the point is that I've seen people do it all the time."

Prosecutors, in court filings, said Forster's proposed testimony would be too technical and "any probative value it may have is outweighed by the danger that it will confuse the jury and waste their time."

When Mosby purchased the home near Disney World, she signed a document promising she would not hire a management company or rent it our for at least a year, according to publicly available mortgage filings. Mortgages for investment homes are typically more expensive, with banks requiring higher interest rates and a 20% down payment compared to the 10% needed for second homes.

However, prosecutors claim that a week before closing, Mosby signed a contract with a management company, giving it control over renting the home, a violation of her mortgage terms.

"When you sign a loan application, just above your signature, there is this verbiage that you're certifying that everything above is true and correct and bad things can happen to you if you are defrauding the lender," Forster said. "Obviously, she knew that."

Many people who lie about a vacation home that's an investment property aren't caught because federal prosecutors can't keep up with the number of mortgage fraud complaints sent their way, Forster said.

"If it was Joe Schmo, there wouldn't have been any indictment here," Forster said about the vacation home agreement.

Mosby and her lawyers previously sought to have the indictment against her dismissed on the grounds of prosecutorial vindictiveness. They argued the charges, which they alleged to be unique, were solely the product of federal prosecutors' prejudice for Mosby and her policies as state's attorney. The government vehemently rejected those allegations; Griggsby denied the defense's request, finding it was problematic.

In addition to Mosby's alleged indiscretions related to the so-called "second home rider," federal prosecutors say she lied about her debts on the mortgage application for the Kissimmee home, hence the need for the IRS officer and FBI accountant at trial.

At the time of her application, Mosby and her husband faced a $45,000 federal tax lien. Mosby claimed she didn't know about the lien because her husband, Democratic Baltimore City Council President Nick Mosby, handled their taxes.

Mosby's defense team is offering Wagner, a lawyer with a focus on employee retirement plans, as an expert on the CARES Act and Mosby's retirement withdrawals. The government wants her barred because the presiding judge is the only person who's supposed to tell the jurors how to apply the law.

Mosby used the money she withdrew from her city retirement account, about $90,000, to purchase the Florida homes, according to the indictment. Under the CARES Act, the first pandemic relief bill, Congress allowed government workers to make early withdrawals from their retirement accounts if they claimed - under penalty of perjury - that they suffered adverse financial consequences as a result of the pandemic or if a business they owned lost money.

Prosecutors say Mosby suffered no such financial hardship in 2020, when she made the withdrawals, pointing out that her salary actually increased over the previous year.

Mosby's defense hasn't offered a concrete explanation for the withdrawals and have filed a motion seeking to block prosecutors from telling a jury how Mosby spent the money she took out of her retirement account.

The decision to spend the money as down payments on vacation homes is irrelevant to the case, Bolden wrote, and would only serve to paint Mosby in a bad light to jurors.

Griggsby is expected to rule Sept. 14 on all of the motions in Mosby's trial.

Baltimore Sun reporter Giacomo Bologna contributed to this article.

Caption:
Mosby

Copyright (c) 2022 The Baltimore Sun Company

Record Number: BS0124805309

Sun, The (Baltimore, MD)

July 19, 2022

Edition: First Generic
Section: Main
Page: 1

**Primary questions as voters head to the polls**

**Election 2022**

Author: *Hannah Gaskill and Sam Janesch*

Article Text:

With nearly every consequential political seat across Maryland up for grabs, the 2022 primary election is poised to be one for the books.

But there are loose ends to tie as Maryland voters prepare to cast their ballots during this unusual July primary election.

Like you, The Baltimore Sun has questions. Here's what we're asking ahead of Tuesday's action.

What flavor of Democrat are Maryland voters hankering for?

Maryland, often described as "deep blue" on the political spectrum, has a wide field of Democratic gubernatorial candidates to choose from this election season.

Voters will pick from nine State House hopefuls representing the whole spectrum of leftist ideology, from the Democratic Socialist lean of Jerome M. Segal to the party establishment politics of Comptroller Peter Franchot.

Polls have shown Dems are running close, suggesting a three-way race between Franchot, former U.S. Department of Labor Secretary Tom Perez, an Obama-era Democrat, and first-time

political candidate Wes Moore, who has a progressive lean.

Though Maryland's legislature, comptroller and attorney general have characteristically leaned Democratic, Republicans have won three of the last five gubernatorial races, counting Hogan twice and Gov. Robert L. Ehrlich in 2002. But the state's GOP seems split now between a Trump-endorsed of Del. Dan Cox or Hogan-endorsed Kelly M. Schulz.

Is Maryland ready to put a Democrat back in the governor's mansion, or will the variety of candidate choices fracture the party's palate when the general election rolls around? Only time will tell.

Can Larry Hogan's popularity rub off on his hand-picked successor?

Four years after Hogan made an unlikely return as the first Republican reelected to the governor's office in six decades, can his brand of old-school conservatism still win the day?

Hogan has thrown his political capital behind Schulz, a former delegate he twice elevated to cabinet-level positions - and he remains popular among both Republicans and Democrats.

Whether Schulz can capture that popularity remains an open question.

Both parties will be waiting to see how Maryland Republicans split their votes between Schulz - representing what some are calling a third Hogan term - and Cox, representing the Trump wing of the party.

The results could influence not just the next few years of Maryland Republican politics, but whether Hogan ultimately challenges Trump for the party's presidential nomination in two years.

Will **Marilyn Mosby** remain the Baltimore state's attorney or will her political career sunset as she prepares for trial?

While she has strong pockets of support, Baltimore City State's Attorney **Marilyn Mosby** faces a battle Tuesday to maintain her office.

Mosby was indicted by a federal grand jury in January and charged with two counts of perjury and two counts of making false statements on loan applications to purchase properties in Florida. Her federal trial, originally scheduled to occur ahead of the primary election, is set for Sept. 19. She has pleaded not guilty to all charges.

Mosby appears to have ruffled at least parts of her electorate, too, facing harsh criticism as she prepares to prosecute Keith Davis Jr. in a homicide case for the fifth time.

In a rare move, a judge found a "presumption of vindictiveness" based on Mosby's decision to charge Davis with attempted murder after he won a new trial in the unrelated murder case. Defense attorneys for Davis also allege Mosby twice violated a gag order prohibiting her from speaking publicly about the case. She will address those allegations before a judge in August.

Mosby has been a lightning rod. But has her image suffered enough to cost her career, or will her opponents, defense lawyer Ivan Bates and former Deputy Attorney General Thiru Vignarajah, again split the votes against her as they did in 2018.

Vignarajah, endorsed by Republican Gov. Larry Hogan, has been battling his own negative publicity after allegations of abuse and harassment toward staff at the State's Attorney and Attorney General's offices surfaced this summer.

Who will be running against Congressman Andy Harris?

U.S. Rep. Andy Harris, a Trump Republican who discussed derailing 2020's presidential election results, is running uncontested in the primary race. But Maryland's lone Republican congressman will face off against two competitors in November.

Libertarian candidate Daniel Frank Thibeault will appear alongside Harris on the general election ballot. It's up to District 1 Democrats to decide Tuesday whether they'll be joined by former state Del. Heather Mizeur or former Foreign Service Officer R. David Harden.

Mizeur, who lives in Kent County, was a two-term representative of Montgomery County in the Maryland House of Delegates, served as a legislative assistant for multiple members of Congress, was a Takoma Park City Council member and campaigned to be the Democratic nominee for governor in 2014. She lost to Congressman Anthony Brown, who served as lieutenant governor during former Gov. Martin O'Malley's second term.

Brown, who lost the State House to Hogan in 2014, is running against former Baltimore City District Court judge Katie Curran O'Malley - his former running mate's wife - to be be the Democratic candidate for state attorney general.

Mizeur's campaign priorities revolve around bolstering the economic stability of the Eastern Shore and Baltimore and Harford Counties, farmer-friendly climate policy and expanding affordable access to health care.

Harden is a Senate-confirmed, Obama-era nominee to the Bureau of Democracy, Conflict and Humanitarian Assistance at the U.S. Agency for International Development, and received the Presidential Award for Distinguished Service under the Trump administration.

Harden's platform is rooted in job creation and economic growth, expanded access to health care, bay conservation and bipartisan immigration reform, among other issues.

How many - and which kinds - of voters will turn out Tuesday?

Political observers are on the edge of their seats over whether even a quarter of Maryland voters will cast ballots in a delayed primary that comes while many voters have paid little attention to the races and are on vacation.

Eight days of early voting ended last week with fewer voters turning out than in 2018 - about 182,000 compared to 222,000.

But another 500,000 voters had requested ballots by mail and 165,000 of them already had returned them by week's end. With those ballots not able to even start being counted

until Thursday, the types of voters who turn out in-person versus by mail also could influence how the votes change as the counting drags on.

For instance, some observers say Cox's supporters - aggrieved by false perceptions of mail-in ballot fraud - could come out in stronger numbers on Tuesday, giving him a leg up in the results that are initially reported. But Schulz's supporters may trust mail-in voting more, meaning her her vote total would grow through days of counting. In a neck-and-neck race, those late ballots could make all the difference.

Caption:
Lily Mitchell, right, of Roland Park, casts her ballot with assistance from poll worker Millie Thomas on the first day of voting at the Public Safety Training Center. Amy Davis/baltimore sun

Copyright (c) 2022 The Baltimore Sun Company

Record Number: BS0124805297

Sun, The (Baltimore, MD)

July 20, 2022

Edition: First Generic
Section: Main
Page: 3

**Election fraught with big questions about Baltimore**

**COMMENTARY**

Article Text:

Just a few minutes after the polls opened for Maryland's midsummer primary, the Baltimore Police Department released year-to-date data on the violent loss of life across the city.

By primary day, there had been 198 homicides in Baltimore, nine more than last year at the same time. There had been 296 nonfatal shootings by Tuesday morning, 20 more than last year.

At this rate, Baltimore will record its eighth consecutive year of 300-plus homicides.

It's sickening, heartbreaking and exhausting, a terrible indicator of the level of rage and callousness in our midst, and a measure of the availability of guns.

Our city - with its sparkling waterfront and tree-lined streets, with its great institutions and resilient neighborhoods, with its good people and earnest civic leaders - remains one of the most violent, per capita, in a violent nation. It's as if we have a chronic illness, treatable and even curable, but not getting better.

And so on primary election day, Baltimoreans walked through the July heat to nominate Democratic and Republican candidates - mostly Democrats - for various offices, from governor to school board. But the keenest interest was down ballot, in the three-way battle for Baltimore State's Attorney.

The choices were Ivan Bates, Thiru Vignarajah and the incumbent **Marilyn Mosby**.

That choice is as close a Baltimore voter could come to effecting a change in current trends.

We've had elections amid violence before, going back to Kurt Schmoke's mayoralty in the 1990s, when the crack epidemic sparked a shocking level of killings.

But the 2022 primary arrived at a moment fraught with higher tensions and big, existential questions about the city.

Baltimore feels like a hot cauldron of new and festering problems, gripes, rivalries, animosities and accusations. All related to crime.

The Fraternal Order of Police continues to criticize Police Commissioner Michael Harrison, as the union has from the start of his tenure. I hear Gov. Larry Hogan and business leaders knock Mayor Brandon Scott for taking too soft an approach to crime.

I hear Baltimoreans decry a lack of urgency about problems, and I hear people with only fleeting interest in the city speak of it in the ugliest terms, as if they had nothing invested in seeing Baltimore thrive again.

The fatal shooting of a man who raised a bat to squeegee guys on the grand boulevard near the city's waterfront ignited another round of squeegee hatred and calls for Scott to take a hard, once-and-for-all line on the boys and young men who offer motorists a service - windshield cleaning - that probably most don't want. Some of the letters I've received from readers reflect a level of fear and anger bordering on hysteria.

The mayor answers with a vow to work with different groups, including the police, to offer the boys and young men a way to a better livelihood, and I hear that approach sarcastically condemned and dismissed.

Not by everyone, of course. Tuesday morning, at his polling place in Locust Point, Bates said he agreed with the mayor's plan but wants to see the squeegee crews warned off the corners, then cited if they continue and sent to a special "community court."

If elected, Bates says he plans to establish the community court to handle some of the low-level, nonviolent offenses that Mosby decided not to prosecute at all.

Mosby, meanwhile, continues to hold herself up as a progressive prosecutor - and as someone who gets blamed for things over which she has no control.

On Thursday, she tweeted a horribly amateurish video lampooning the always-bashing-Baltimore Fox 45, suggesting that the TV station's news coverage holds her responsible for everything, including the loss of the city's first NFL team, the Colts, in 1984.

What exactly was Mosby trying to say with this not-funny video? That she bears no responsibility for the state of the city?

She has been the chief prosecutor since 2015, and there have been 2,528 homicides during her tenure.

She ran for office complaining that the incumbent state's attorney, Greg Bernstein, was responsible for an increase in homicides. There were 197 of them in 2011, Bernstein's first year in office. The toll climbed to 235 in 2013, and then dropped to 211 in 2014, the year Mosby upset Bernstein in the city primary.

To the extent that any state's attorney in Baltimore or a Maryland county is responsible for the level of violence in that jurisdiction, Mosby should have been in real trouble going into the Democratic primary this year - especially when you factor in the very big problems she faces from a federal indictment charging her with perjury and making false statements on mortgage applications.

For a time her top challenger was Bates, a defense attorney with genuine leadership qualities who ran against her in 2018 and finished second. If Baltimoreans were looking for an alternative to Mosby, Bates seemed like an obvious and sound choice.

But Vignarajah, the former federal and state prosecutor, got into the race again, and so the easy prediction became a repeat of the outcome from four years ago, with Bates and Vignarajah splitting the fed-up-with Mosby vote and Mosby sailing to another win.

That could happen again; we won't know the final tally until mail-in votes are counted. But, alas, if it does, the story won't end there. Mosby is scheduled for trial in federal court in September.

That unfortunately guarantees even more distractions from the most serious and complicated challenge of making Baltimore a safer city, something the citizens want, deserve and voted for.

Copyright (c) 2022 The Baltimore Sun Company

Record Number: BS0124821244

Sun, The (Baltimore, MD)

July 20, 2022

Edition: First Generic
Section: Main
Page: 1

**Bates jumps to lead against indicted incumbent Mosby**

Author: *Alex Mann and Lee O. Sanderlin*

Article Text:

While there are too many votes left to be tabulated to declare a winner, defense attorney Ivan Bates has a sizable lead in the three-way race to be Baltimore's next top prosecutor.

Although most precincts have reported, there are at least 20,000 mail-in ballots to be counted in the race between incumbent Baltimore State's Attorney **Marilyn Mosby**, Bates and former prosecutor Thiru Vignarajah.

Bates leads all candidates with 42% of the vote with 81% of precincts reporting as of 11:15 p.m. Mosby is in second with 32%, and Vignarajah is in third with about 27%. About 39,000 ballots have been counted so far, including 13,100 early votes. Bates' lead remained constant throughout Tuesday night as returns continued to flow in.

"We don't really know the outcome, but let's just go ahead and live in the moment and know that we worked hard to get us to the point," Bates told supporters

Tuesday night. "No matter what, we ran a really amazing race and we did it together as a team."

Election officials mailed nearly 44,000 Democratic primary ballots in Baltimore City, and about 28,000 people had voted on election day as of 6:30 p.m., according to city election officials. Turnout appears to be lower than in 2018 when 80,000 people voted. At least 20,000 mail-in ballots had been returned as of Tuesday morning. Those ballots cannot be counted until Thursday under Maryland law.

The winner of the primary will face attorney Roya Hanna, who dropped out of the Democratic race to run as an independent, in November's general election.

Though the candidates for the Democratic primary are unchanged compared to four years ago, the circumstances are different: Mosby is under federal indictment.

She is charged with perjury and making false statements on mortgage applications for a pair of properties in Florida - an eight-bedroom house near Disney World and a condo on the Gulf Coast.

Prosecutors allege Mosby exploited the federal CARES Act when she withdrew about $90,000 from her city retirement savings under the guise of suffering financial hardship because of the coronavirus. They say she used the money for down payments on the Florida homes, but she did not disclose a federal tax lien on a loan application and lied about her intentions for the other property to lock in a lower interest rate.

The incumbent has rallied support on the campaign trail behind the idea that she was being prosecuted for disrupting the status quo.

Mosby continued to tout her policies of ending the prosecution of certain low-level offenses, creating a unit to review the sentences of people who have served lengthy terms behind bars and pouring resources into services for crime victims.

"We have been through way too much as a city to go backwards," Mosby said on social media as an election day appeal to voters. "We have to continue to go forward. We cannot go back to an era of zero-tolerance policing, which led to mass incarceration and police abuse."

At Melba's Place on Greenmount Avenue, dozens of Mosby's supporters wore her red campaign shirts Tuesday night. Mosby was supposed to speak to supporters Tuesday night but had not been seen as of 11:15 p.m.

West Baltimore resident Kevin Jones, 37, said he supports Mosby's decision to stop certain arrests. He said he appreciates the state's Attorney's efforts to be present in communities.

"She does a lot for the city. She is for the people," Jones said. "She don't tolerate unnecessary arrests - it's got to make sense; she don't just throw people in prison."

Bates and Vignarajah spent the campaign focusing on the persistent violence in the city.

Baltimore has surpassed 300 homicides every year throughout Mosby's tenure, which began in 2015. Homicides and nonfatal shootings this year are outpacing 2021.

The challengers distinguished themselves from Mosby, denouncing many of her policies. Both said they would begin to prosecute the types of cases Mosby stopped, such as drug possession and trespassing - if only to connect those arrested with treatment and support.

Mosby won the 2018 Democratic primary with nearly half the vote.

Bates and Vignarajah also point to the vacancies in Mosby's office - The Baltimore Sun reported in June the shortage of prosecutors might threaten public safety - as proof her leadership is ineffective. Bates said it will take a decade to return the office to prominence.

Bates announced his candidacy in November and has hammered Mosby for the violence in the city throughout her tenure. In March, he unveiled a crime plan that featured beefed-up gun prosecutions.

Vignarajah joined the race in March, bringing plans tailored to particular issues. His timelines are ambitious: three months to get squeegee workers off busy intersections; two years to bring down the murder rate.

The former deputy attorney general for Maryland boasts an impressive resume, but revelations about how he treated women who worked for him and other subordinates clouded his campaign.

The Sun reported he abused and harassed staff at the attorney general's office and when he was a prosecutor at the state's attorney's office, going so far as threatening to destroy one person's career.

Vignarajah did not address any of the specific accusations of misconduct but said in an interview Monday that he has grown as a manager.

"Like every manager, like every person, I have made mistakes and learned from them," Vignarajah said. "I think that I am a better manager for it."

Caption:
Ivan Bates talks to a reporter about his campaign for Baltimore state's attorney at an election night event at the Village Learning Place in Charles Village. ALEX MANN/BALTIMORE SUN

Copyright (c) 2022 The Baltimore Sun Company

Record Number: BS0124821550

Sun, The (Baltimore, MD)

July 21, 2022

Edition: First Generic
Section: Main
Page: 1

**Mosby faces uphill battle in quest for third term**

**Bates takes significant lead into mail-in ballot count**

Author: *Alex Mann, Lee O. Sanderlin and Emily Opilo*

Article Text:

Baltimore State's Attorney **Marilyn Mosby** faces an uphill battle to overcome a nine-point deficit to defense attorney Ivan Bates in the Democratic primary for the city's top prosecutor.

Mosby, who is vying for a third term in office, needs a substantial amount of the mail-in ballots to go her way and for Bates and former prosecutor Thiru Vignarajah to split the remaining votes.

With 95% of precincts reporting as of Wednesday, Bates' 41% of the vote topped Mosby's 32%. Vignarajah had garnered 27% of the vote.

"It looks as if Ivan Bates has earned enough votes through early voting and election day voting - it's not guaranteed - but he's carved himself a path to victory," said Mileah Kromer, director of the Sarah T. Hughes Center for Politics at Goucher College. "For him to put up the numbers he had with early voting and election day voting, he's put himself in a good position to win."

More than 47,000 ballots have been counted so far, including 13,100 early votes.

The tallies from 12 Baltimore precincts remain to be returned after in-person voting concluded, as officials look for flash drives that weren't turned in from some polling places Tuesday night, Baltimore Election Director Armstead Jones said.

Final results hinge on the mail-in ballots that elections officials are slated to begin counting Thursday morning. So far, they have received 22,000 of the 44,000 ballots that were sent out.

Bates and Vignarajah are challenging Mosby for the second time, having lost handily to her in the 2018 primary. This time, Bates is out to an early and sizable lead. He described himself as "cautiously optimistic" in a phone interview Wednesday.

"I'm just really thankful and humbled for the outpouring of support from so many of our citizens of Baltimore," Bates said.

Jones said his crew of up to 25 people will tally votes until 6 p.m. Thursday. It could take several days to know the final results: the Baltimore City Board of Elections will determine whether officials continue to tally votes into the weekend, said Jones, who added that he was considering recommending Saturday, but not Sunday.

"Everyone is tired," Jones said.

At separate campaign events Tuesday night, Bates and Mosby also expressed a sense of exhaustion. Neither claimed victory or conceded.

"We don't know the outcome," Bates told supporters at an event in Charles Village. "It's clearly in God's hands."

The crowd, filled with people wearing navy-blue Bates' campaign T-shirts, shouted back: "We got this!"

"I don't count my chickens before they hatch," Bates said. "What I do know is this: If we are blessed enough to win, we have a lot of work to do for the city. We made a lot of promises and plans."

About a mile away from Bates' event, Mosby addressed supporters and reporters at Melba's Place, a nightclub in Baltimore's Abell neighborhood, around 11:40 p.m.

"It's going to be a while before we know who won this race," Mosby said. "But what we do know is that this race is not over."

Her supporters chimed in, shouting: "You won!"

"I never thought that this was going to be an easy race," Mosby continued. "It's never been easy. And when you are trying to implement change, there's always going to be resistance."

Mosby deferred comment to a campaign spokesperson.

"There are still thousands of votes to be counted, and we will fight until every single vote from every single precinct has been accounted for," said Robyn Murphy, a spokesperson for the campaign.

Kromer said the early voting and election-day returns showed Mosby still has a solid base, saying the percentage of votes she garnered reflected the 30% approval rating she earned in survey conducted for the online news site The Baltimore Banner by the Goucher College Poll.

"The question is 'how many more votes are out there for her?' " Kromer said.

Mosby's campaign has been clouded by her federal indictment on perjury and mortgage fraud charges. Federal prosecutors allege she lied about having suffered financially from the coronavirus to withdraw $90,000 from her retirement savings under the CARES Act and used the money to make down payments on two properties in Florida. Federal prosecutors say she also lied on loan applications for those homes.

Despite the early and election day returns not going the way Vignarajah's team wanted, he said Wednesday that his campaign is holding out hope.

"We are obviously behind, but there are somewhere between 20 and 40,000 votes left to be counted," Vignarajah said in an interview. "We do see a path to victory - none of this was ever going to be easy. We remain hopeful."

Baltimore Sun reporter Emily Opilo contributed to this article.

Caption:
**Marilyn Mosby**, campaigning to keep her job as Baltimore City state's attorney, appers at The League for People with Disabilities on primary day. Amy Davis/Baltimore Sun

Ivan Bates shares a laugh with members of his team outside the William Pace Elementary voting location Tuesday. Kevin Richardson/Baltimore Sun

Thiru Vignarajah, a Democratic candidate for Baltimore state's attorney, campaigns at Hampden Elementary-Middle School on primary day. Amy Davis/Baltimore Sun

Copyright (c) 2022 The Baltimore Sun Company

Record Number: BS0124839145

Daily Record, The (Baltimore, MD)

July 21, 2022

Section: News

Topics:

**Index Terms:**
General news

**Mail-in ballots continue to favor Bates in Baltimore state's attorney race**

Author: *Madeleine O'Neill*

Article Text:

Though thousands of mail-in ballots remain to be counted in the Democratic primary for Baltimore state's attorney, early returns Thursday favored defense attorney Ivan Bates, who also came out ahead of two-term incumbent **Marilyn Mosby** in Election Day and early voting.

Baltimore Board of Elections staff began canvassing mail-in ballots Thursday morning, launching a process that is likely to take several days as staff members laboriously tally more than 20,000 ballots sent in by city voters.

As of the early afternoon, when the Board of Elections reported its first totals, about 1,600 ballots had been counted. Bates won 658 votes, more than doubling Mosby's 311 votes. He also came out ahead of Thiru Vignarajah, a former deputy attorney general who won 536 mail-in ballots as of Thursday afternoon.

The early tally did not bode well for Mosby, who needs a significant number of mail-in ballots to make up for Election Day's results.

With all precincts reporting, Bates had 41% of the Election Day and early vote, while Mosby had 32% and Vignarajah lagged behind with 26%. Mosby needs about half of the mail-in ballots to go her way in order to secure a victory, a prospect that began to look less likely as Thursday's canvass got underway.

As of Thursday morning, more than 22,000 Democratic mail-in ballots had been returned, or just over 50% of those sent out to voters. It is difficult to predict how many ballots are likely to return in the coming days, given the changes in voting patterns that took place during the pandemic.

In 2018, for example, the statewide return rate on mail-in ballots was about 70%, but in 2020, it was nearly 90% as more voters chose not to cast ballots in person due to COVID-19.

"It's hard to know what our new normal is," said Nikki Charlson, deputy state elections administrator.

The race for state's attorney has been among the most closely watched in a busy campaign season as Mosby sought a third term as Baltimore's top prosecutor. Already a controversial figure, Mosby was also federally indicted in January on charges of perjury and false statements on mortgage applications.

Mosby has pleaded not guilty and her trial is set for September. She faces allegations that she falsely claimed pandemic-related financial hardships in order to withdraw money from her city retirement account and failed to disclose an IRS lien when she applied for mortgages on two Florida vacation homes.

Mosby's popularity has also flagged as she faced widespread criticism for her handling of violent crime in the city and her management of the state's attorney's office.

Mosby's campaign did not return a request for comment Thursday.

Vignarajah's campaign faced a late challenge when allegations surfaced that he wasabusive toward subordinates at previous positions, including at the Baltimore State's Attorney's Office and the Maryland Attorney General's Office.

Bates ran on a platform of addressing repeat violent offenders while avoiding criminalizing poverty. He told reporters Thursday that the ballot-counting process was similar to waiting for a jury to deliberate.

"I'm a trial lawyer, and this process reminds me of a jury," Bates said.

If Bates wins, he will face off against Roya Hanna, a former Baltimore assistant state's attorney who dropped out of the Democratic race to run as an independent in November's general election.

Daily Record government reporter Bryan Sears contributed to this story.

Copyright © 2022 BridgeTower Media. All Rights Reserved.

Copyright, 2022, The Daily Record (Baltimore, MD)

Record Number: 316594

Sun, The (Baltimore, MD)

July 22, 2022

Edition: First Generic
Section: Main
Page: 3

**Nobody picked Bates to do so well vs. Mosby**

**COMMENTARY**

Article Text:

Nobody asked me, but any bystander who says they saw Ivan Batesleading **Marilyn Mosby** in the Democratic primary for Baltimore State's Attorney going into the final countis a big liar-liar-pants-on-fire kinda liar. All predictions I heard had the incumbent drawing about the same level of support that she drew in 2018, with Bates and Thiru "Third Time's A Bomb" Vignarajah splitting the rest. Bates' showing is a welcome surprise.

Nobody asked me, but, however disappointed, Mosby should feel relief with a loss in the primary. That outcome would allow her todevote her full attention to beating the federal rap.

Nobody asked me, but, before he starts gearing up for the next campaign, somebody should tell Vignarajah about the three-time loser rule.

Nobody asked me, but Wes Moore's showing in Maryland's Democratic gubernatorial primary is also a stunner. And it brings to mind an award-winning film, "The Candidate," released 50 years ago this summer. The movie is about modern campaigning and the power that celebrity provides a political novice seeking office. Robert Redford, at his 1970s handsomest, plays a charismatic Senate candidate who pulls off a surprising win. In the movie's final scene, an angst-ridden Redford pulls aside his campaign consultant and asks, "Marvin, what do we do now?" I suspect there's something like that going around the Moore camp today.

Nobody asked me, but political junkies are speculating that Moore's ambition is really the White House, and that serving as Maryland governor would provide a path toward that goal. If such a thing were to happen, it would be an extraordinary first. While Larry Hogan has flirted with the idea,Martin O'Malley was the last Maryland governor to launch a presidential campaign, and, well, he didn't make the playoffs.

I could go on, but before I do ...

Note that, when he had the opportunity, Wes Moore passed up a chance to run for mayor of Baltimore, his adopted hometown. I thought he could have won in either 2016 or 2020, and really given the city a boost. But mayor of Baltimore is the toughest job in Maryland - ask O'Malley or any of the six living former mayors - and, in fact, politicians make jokes about how you have to be loco to seek that office. On the other hand, being a Democratic governor in blue Maryland, with Democrats in the legislative majority, is relatively easy. (And the Department of Natural Resources takes you fishing any time you want!) So, slick move by Moore: Skip City Hall and set sights on Annapolis.

One more thing: I still don't understand why Doug Gansler ran for governor again.

Nobody asked me, but we should not overlook the fact that the Republican gubernatorial primary winner, Dan Cox, comes with a running mate. On the Trump-endorsed ticket is Gordana Schifanelli, an Eastern Shore attorney whose photograph I keep as a screen saver. In it, she's posing with her left hand on her left hip, the other hand gesturing toward a huge banner that says, "Trump Won, Save America." Schifanelli is every bit the MAGA disciple that Cox is. She claims to be running for office to save us from the "evils of communism creeping into our schools" and to keep Marylanders "free from invasion of their bodily integrity."

I could go on, but before I do ...

Note that Schifianelli is the woman who established the Kent Island Patriots Facebook group to go after Andrea Kane, the first Black superintendent of Queen Anne's County schools, because Kane had called for dialogue on racism and voiced support for Black Lives Matter following the death of George Floyd. The controversy that Schifanelli fomented led, in part, to Kane filing a racial discrimination complaint with the Equal Employment Opportunity Commission against the county's all-white school board. Kane's complaint says, among other things, that the board refused to support her advocacy for racial equity. The case is still being investigated by the EEOC, according to Kane's attorney, Timothy Maloney. Kane resigned from her post in June 2021 and now has a professorship at the University of Pennsylvania. Facebook banned the Kent Island Patriots last fall, according to the New York Times.

Nobody asked me, but now that the Democrats got what they wanted - Cox as the Republican nominee for governor - maybe they could throw some cash behind Heather Mizeur's effort to unseat Rep. Andy "Dr. Dolittle" Harris in the 1st District.

Somebody - it was the Baltimore distiller named Len Louthan - asked me how Maryland Republicans could pick the far-right Michael Peroutka as the party's nominee for Maryland Attorney General. It's not just that he's conservative, he has a history with white supremacy, and Louthan found Peroutka's ideas in conflict with Maryland laws he would be expected to enforce. "I listened to his interview [on the radio] a couple of weeks back," Louthan said. "I was appalled at what he said and that he could even be a candidate ... How did we get here?" How? I think it was by escalator, in Trump Tower, June 16, 2015.

Nobody asked me, but, as bad as things seem around here, with the constant Baltimore bashing, we should feel good about two things: The Baltimore Symphony Orchestra just made a big splash by giving the 29-year-old Jonathan Heyward the baton previously held by Marin Alsop and the Orioles are the best last-place team in baseball. Go, BSO! Go, Os!

Copyright (c) 2022 The Baltimore Sun Company

Record Number: BS0124858370

Sun, The (Baltimore, MD)

July 23, 2022

Edition: First Generic
Section: Main
Page: 1

**Bates beats embattled Mosby in Dem primary**

**Defense attorney says he'll work hard for a safer Baltimore**

Author: *Alex Mann and Lee O. Sanderlin*

Article Text:

Defense attorney Ivan Bates has won the Democratic primary for Baltimore's top prosecutor, defeating incumbent State's Attorney **Marilyn Mosby**, who will leave the office after two terms.

Associated Press called the race Friday evening in favor of Bates.

Bates, 53, led the election the entire way, winning 39.8% of the vote as of Friday. Former prosecutor Thiru Vignarajah is in second with 30.4% of the vote. Mosby is in third, with 29.8%.

"I just thank the citizens of Baltimore," Bates told The Baltimore Sun on Friday night. "I'm truly humbled to have this opportunity. I will work twice as hard. I will work harder than I ever had so that we can have a safer city. It's not just about my daughter now, it's about all the children in the city."

Bates said repeatedly on the campaign trail he was running in part to make the city safer for his 6-year-old daughter.

His victory is a reversal from the 2018 primary, which featured the same candidates but saw Mosby trounce Bates and Vignarajah for her second term.

In his second bid to become state's attorney, Bates moves on to face defense attorney and former

prosecutor Roya Hanna in the general election. Hanna dropped out of the Democratic primary to run as an independent in November. Baltimore has elected a Democrat to the office in every election since 1920. The position pays about $248,000 annually.

Mosby's campaign said she will be making a statement Saturday. Vignarajah did not respond to a request for comment Friday evening.

But this time was different. Mosby, 42, came into this election vulnerable after being indicted on federal criminal charges in January.

While mounting a highly public legal defense against perjury and mortgage fraud charges, she managed an office battered by prosecutor attrition and launched a late campaign against opponents who raised more money than she did.

When first elected, Mosby was part of a new wave of progressive prosecutors who sought to address the systemic racial inequities in America's criminal justice system. She quit prosecuting minor offenses like drug possession, trespassing and prostitution - which disproportionately impacted poor Black residents. She significantly bolstered resources for crime victims.

In many respects, Bates promised on the campaign trail to roll back some of those changes. He promoted a tough-on-crime prosecution plan and vowed to undo all of Mosby's prosecutorial policies on his first day in office, if only to revive diversion programs in the courts for the low-level offenders Mosby chose not to prosecute. He said he would rebuild law enforcement partnerships that he accused Mosby of eroding.

"It's not going back to the days of tough on crime, it's being smart on crime," Bates said. "We have to hold people accountable."

Mosby took office in 2014 at 34 years old, winning in a shocking upset over incumbent Gregg Bernstein despite never having prosecuted a rape or murder case.

Mosby made national headlines in 2015 when she charged six Baltimore police officers for the in-custody death of Freddie Gray - none of those prosecutions resulted in convictions.

Warren Brown, a prominent defense attorney and loyal Mosby supporter, said he views Mosby as a courageous leader who challenged the status quo of law enforcement but became a "lightning rod" because of it, facing backlash almost from the outset. He disagreed with her decision to charge officers involved in Gray's death, and believes Mosby was never able to crawl out of the shadow of that choice.

Still, he said, he admires "her steel."

"If you stop, as she did, to challenge some of the underpinnings of the law enforcement and criminal justice system, you become a pariah, you become persona non grata, anathema to the establishment," Brown said in an interview.

"She's been under attack now since three months after she was first elected," he added.

Mosby unseated Bernstein by promising to bring down murders in Baltimore, only to see the city's homicide rate skyrocket during her tenure. There have been more than 300 homicides every year Mosby has been in office, with the city on pace to mark that morbid milestone for the eighth year in a row. Lately, she has said she can't be judged by

violence on the streets, only her office's performance in the courtroom after a crime is committed.

Though Mosby faces criminal charges, she had the advantage of being an incumbent elected prosecutor, who "rarely face opposition and rarely lose when they do," said Roger Hartley, dean of the University of Baltimore's College of Public Affairs.

He added that well-funded campaigns like Bates' and Vignarajah's mitigate some of the advantages of facing an incumbent.

He expects persistent violence hurt Mosby's chances.

"Voters [were] clearly looking for change," Hartley said in a text message.

Vignarajah ran on a similar platform to Bates, but brought his trademark detailed plans for different crime issues: carjackings, murders, squeegee workers. Though Vignarajah brought name recognition to his third bid for public office in four years - twice for state's attorney, once for mayor - Hartley said his campaign may have been derailed when The Baltimore Sun reported July 6 he abused and harassed subordinates, most of them women.

Brown said Bates has a lot of work to do to make good on his campaign promises.

"My condolences really go out to him," Brown said. "He's the dog that caught the car. OK, now what are you going to do?"

Bates made plenty of promises on the campaign trail, though he stayed away from the ambitious timelines Vignarajah tied to his pledges.

If elected in November, Bates will inherit a state's attorney's office down 70 prosecutors compared to 2018 staffing levels. He has said it could take up to a decade to restore the office, long viewed among the most prestigious in Maryland, to prominence.

Defense attorney and Bates supporter Latoya Francis-Williams said Bates' considerable legal experience will help him hire talented lawyers.

"Hopefully under the Bates administration we will have trained line prosecutors and people who are willing to come back to the realm of public service," Francis-Williams said.

Baltimore Sun librarian Paul McCardell contributed research to this article.

Copyright (c) 2022 The Baltimore Sun Company

Record Number: BS0124873398

Sun, The (Baltimore, MD)

July 24, 2022

Edition: First Generic
Section: Main
Page: 1

**Mosby's years of adversity added up**

**Attacks, missteps spell electoral loss for state's attorney**

Author: *Lee O. Sanderlin*

Article Text:

In 2014, Baltimoreans, frustrated with violent crime, elected a 34-year-old insurance attorney who had never tried a homicide or rape case to be the city's top prosecutor.

Eight years and more than 2,500 homicides later, the city's Democratic voters ousted **Marilyn Mosby** as Baltimore state's attorney, choosing defense attorney Ivan Bates in Tuesday's primary.

Mosby's campaign declined an interview request. In a statement, Mosby conceded and said she called Bates on Saturday morning to congratulate him.

"I am grateful to my family and my colleagues in the state's attorney's office for their commitment to our city and all their hard work on behalf of the citizens of Baltimore," Mosby said. "We have so much to be proud of and I am forever indebted to so many for their love, support, and partnership over these past eight years."

Her time in office was polarizing, and will be remembered for her progressive prosecution policies and prosecution of police officers as much as for the investigations into her conduct. A litany of reasons exist for why individual voters chose not to nominate Mosby to a third term, but supporters and detractors alike pointed to her frayed relationships with other city and state agencies, an inability to reduce violent crime and perceived vindictiveness toward those who disagreed with her.

The fact that she was under federal indictment also hurt her campaign, supporters said. Mosby was charged in January with two counts each of perjury and mortgage fraud; she has denied the allegations.

"I hope no public official ever has to go through what Marilyn went through, because there's only so much a human being can take before it starts having a negative effect on your performance, your attitude," said William H. "Billy" Murphy, a prominent criminal defense attorney and Mosby supporter, about the criticism Mosby faced through her

tenure.

"It all added up," he said.

From the beginning of her tenure as state's attorney, Mosby clashed with the Baltimore Police Department. In 2015, she made national headlines when she announced her office was charging all six officers involved in the death of Freddie Gray, a 25-year-old man from Sandtown-Winchester in West Baltimore. None of the officers were convicted and the Baltimore City Fraternal Order of Police, the police union, has attacked her repeatedly since then.

Her prosecutorial policies, specifically a decision to quit prosecuting simple drug possession, prostitution and trespassing, were hailed by progressive pundits and lambasted by the city's business community and the FOP. Prosecution of minor offenses disproportionately impacts poor and Black people, and Mosby sought to fix systemic inequities in the criminal justice system.

"The white community hasn't supported Marilyn, for the most part, from the beginning of her tenure," Murphy said.

Some took issue less with the substance of the policy change than how it was rolled out. Former prosecutors told The Baltimore Sun in June that they regularly found out about office developments from the media, rather than from Mosby herself. Police Commissioner Michael Harrison also has said Mosby did not tell him in advance that her office would no longer prosecute drug possession.

Her 2014 primary victory, a shocking upset over incumbent Gregg Bernstein, was the product of an aggressive, grassroots campaign focused on bringing down crime in the city. Living in West Baltimore's Reservoir Hill community, she endeared herself to an electoral base of working-class Black voters fed up with what was going on in their neighborhoods.

"When you live in West Baltimore and crime is plaguing your community, you become outraged," Mosby told The Sun then.

But homicides skyrocketed under her tenure. In 2014, Bernstein's last full year in office, Baltimore recorded 211 homicides. There have been 202 homicides in the city so far this year, and in every year of Mosby's tenure, the city exceeded 300 homicides.

And as the killings continued, Mosby's office deteriorated. In 2018, more than 200 prosecutors worked there, according to city salary records. As of June, there were fewer than 140 prosecutors on staff. Her administration cited the COVID-19 pandemic and salaries as reasons why people left. In contrast, former attorneys told The Sun in June that grueling hours, large caseloads and depleted morale drove them out. What's more, the staffing levels were so low they likely posed a threat to public safety, they said.

Like Mosby in 2014, Bates and Thiru Vignarajah, the third candidate in Tuesday's primary, pledged to reduce violent crime as part of their campaigns. With Bates likely to

be elected to the post in November - Baltimore has elected a Democrat as state's attorney every year since 1920 - the pressure will be on for him to make good on his promises.

But Mosby's supporters are skeptical about a prosecutor's ability to drive down murder rates.

"Much of the criticism of a prosecutor is unfair, because prosecutors can't prosecute if police don't make the cases," Murphy said.

"If the police are laying down on the job, and there's ample evidence of that because arrests are way down, what are they going to do now?" Murphy said. "Will they start making arrests because we have a new prosecutor? I hope they will."

The department remains under a federal consent decree established in 2017 after a U.S. Department of Justice investigation found a pattern of unconstitutional policing - particularly in poor, predominantly Black neighborhoods.

Mosby campaign supporter and defense attorney Warren Brown said it's likely that the people who became fed up with Mosby and supported Bates will grow impatient with him next.

"When things don't turn around, you'll have to cast that anger somewhere," Brown said.

The federal case against her cast a shadow of uncertainty over her campaign, limiting her ability to raise money and to mobilize support among her usual base, supporters said.

Prosecutors, in court documents, say Mosby lied about her financial circumstances to make early withdrawals from her retirement account to buy two Florida vacation homes: an eight-bedroom house near Disney World and a condo on the state's Gulf Coast. Prosecutors also say she lied on the mortgage applications about where she was living, her plans for the Disney home and about a tax lien the IRS placed on her and her husband, Democratic City Council President Nick Mosby. He is not charged with anything.

**Marilyn Mosby** has vowed to fight the charges vigorously. Her trial is set for Sept. 19.

"That cut down on advertising," Brown said. "You had a lot of people who were reluctant to come out and voice support for her because they don't want to be in the crosshairs of the feds. Add in the ill feelings about the power dynamics of her husband being president of the City Council - people don't like that."

Bates and Vignarajah, a former prosecutor, significantly outraised Mosby throughout the election.

What Mosby did have was an ability to relate to everyday Black Baltimoreans in the communities most affected by gun violence. She regularly would make overtures to members of those communities at news conferences, community meetings and on social media, promising to fight for them.

East Baltimore resident Jessica Waters, 30, volunteered for Mosby's campaign after making a personal connection with the state's attorney. Waters said Mosby reached out to her after she saved a child from a burning home. Waters said Mosby's efforts to exert a positive influence on city youths was valiant. Mosby regularly hosted events for children and teens.

"Having someone like **Marilyn Mosby** that can lead these youths and teach them different things, I feel like that takes away from crime," Waters said.

Mosby remains popular on social media, and regularly receives messages of support from her followers.

Kelly Davis is arguably Mosby's biggest critic, and even she recognizes Mosby's political skill. Mosby's office is attempting to try Davis' husband, Keith Davis, for murder for a fifth time. Mosby once gave the middle finger to a Keith Davis supporter and later denied doing so, despite being caught on camera.

"She's so good at making you think she's a relatable figure," Davis said. "She's a masterful politician, I just don't think she's a very good prosecutor."

Baltimore Sun reporter Alex Mann contributed to this article.

Caption:
Baltimore State's Attorney **Marilyn Mosby** speaks before supporters and campaign workers at Melba's Place on primary election night. VINCENT ALBAN/BALTIMORE SUN

Copyright (c) 2022 The Baltimore Sun Company

Record Number: BS0124890784

Daily Record, The (Baltimore, MD)

July 25, 2022

Section: News

Topics:

**Index Terms:**
General news

**Bates asks for patience as he prepares to 'rebuild' Baltimore state's attorney's office**

Author: *Madeleine O'Neill*

Article Text:

Ivan Bates, the Democratic nominee for Baltimore state's attorney, pledged at a news conference Monday to prosecute gun cases more aggressively but also asked for patience as he prepares to take over the job of top prosecutor from two-term incumbent **Marilyn Mosby**.

Bates, a 53-year-old criminal defense attorney, is favored to win the general election in November after his victory in the Democratic primary last week. There is no Republican candidate in the race, though Bates will face Roya Hanna, an independent candidate who originally filed to run as a Democrat.

Bates defeated Mosby, Baltimore's polarizing top prosecutor who is herself facing criminal charges, by more than 10 points after a drawn-out ballot-counting process.

At a news conference Monday at his campaign headquarters on Reisterstown Road, Bates said he would work to rebuild the State's Attorney's Office, which under Mosby has lost dozens of prosecutors and faced criticism from both sides of the aisle for its handling of crime.

Surrounded by local elected officials who supported his campaign, Bates pledged to pursue mandatory minimum prison sentences for people caught with illegal handguns.

"We're not going to go back to mass incarceration, but there will be accountability at all levels," Bates said. "That includes me. I ask for your patience and I ask for your support. At the end of the day, we will have a safer city."

Bates said he will reverse Mosby's non-prosecution policy for low-level offenses, including prostitution and drug possession. The controversial policy was celebrated by criminal justice reform advocates, but also faced criticism from business owners and police leaders who said they were not notified of the change in advance.

"A lot of it is just going to be attitude and making sure that we enforce the law," Bates said of his approach.

Bates said he wants to institute a "community court" in Baltimore's district courts where citations for low-level offenses will be handled. He also reiterated his position that squeegee workers should not be working on the city's streets, a topic that has been in the spotlight after a man who swung a bat at squeegee workers downtown was fatally shot earlier this month.

A 15-year-old boy has been charged as an adult with first-degree murder in the shooting.

Bates said that while he does not want to prosecute squeegee workers, that will be an option if they decline services and diversion programs.

He said his office will also take more cases to trial and will work with Baltimore police to make sure cases are strong before bringing charges. Bates said he will work with federal prosecutors to put additional pressure on people caught with illegal guns.

"We are putting the criminal element on notice," Bates said. "There's no more probation. We win, you will go to prison, and for a significant amount of time."

Mosby's relationships with law enforcement have been strained for years, in part because she pursued criminal charges against six police officers in the death of Freddie Gray, a Black man who suffered a spinal injury after police handcuffed, shackled and placed him headfirst into a van. His death in 2015 triggered riots and protests. None of the officers was convicted.

Mosby is also under federal indictment. She faces two counts each of perjury and making false statements on loan applications, to which she has pleaded not guilty. Her trial is set for September.

The indictment alleges that Mosbyfalsely claimed to have suffered pandemic-related financial harm so that she could withdraw $90,000 from her city retirement account. She is also accused of making several false statements when she applied for mortgages on two Florida vacation homes.

Mosby first won the job of state's attorney in 2014, when she pulled off an upset against incumbent Gregg Bernstein.

Bernstein supported Bates during the campaign and celebrated his win at Monday's news conference.

"There is much work to be done, and it's going to take time and effort to accomplish the kinds of things that Ivan has set out to do," Bernstein said. "These are intractable problems that are not going to be solved overnight, and we need to be patient and we need to let him build his team to start the process of turning this ship around."

The Associated Press contributed to this report.

Copyright © 2022 BridgeTower Media. All Rights Reserved.

Copyright, 2022, The Daily Record (Baltimore, MD)

Record Number: 317063

Baltimore Brew (MD)

July 25, 2022

Section: Accountability

**Council to vote on charter amendment that would change makeup of Inspector General Advisory Board**

Author: *Fern Shen*

Article Text:

A measure that takes oversight of Baltimore's Inspector General away from elected officials and gives more control to the City Council comes before the Council today with a deadline looming:

The bill would have to receive both preliminary and final approval at tonight's meeting in order to go before voters in the November general election in the form of a charter amendment.

Resolution 22-0238, introduced by Councilwoman Odette Ramos, establishes a new way to choose members of the advisory board that oversees the work of the Office of Inspector General, Baltimore's watchdog for government waste, fraud and abuse.

The board currently is composed of elected officials or their designees, plus the city solicitor and two law school deans.

Since the measure was introduced in May, amendments have tweaked Ramos proposed method of re-configuring the board.

Under the bill, recently amended and approved by the Rules and Oversight Committee, the 11-member board would consist of:

A group of seven people from the community drawn at random from names submitted by the 14 City Council members.

One person chosen by the Maryland Chapter of the Association of Certified Fraud Examiners.

One person chosen by the Maryland Association of Certified Public Accountants.

The dean of the University of Maryland Law School or a designee.

The dean of the University of Baltimore School of Law or a designee.

Discussing the measure at a committee work session last week, Ramos reiterated its central tenet:

"There would be no elected officials, no employees of the city, as well as anybody doing business with the city that would be allowed on the board," she said.

UPDATE: The bill was approved tonight by a vote of 12-1, with Council members Ramos and Antonio Glover absent. (Ramos said earlier in the day she would not be attending the in-person meeting at City Hall because she has tested positive for Covid).

Councilman Ryan Dorsey voted against the bill, saying an 11-member advisory panel would potentially be "unwieldy."

Dorsey, who introduced the voter-approved 2018 measure that separated the inspector general from the mayor's office and established the requirement for the advisory panel, also said it was premature to change the structure of the advisory panel.

"The advisory board has met exactly once," he noted.

Dorsey also said he was concerned the bill could be illegal, observing that the city "may not have the authority to name ex-officio members from outside city government to serve on the board."

Political Flashpoint

The issue of conflicts of interest on the board arose – and became a political flashpoint – last year after Inspector General Isabel Mercedes Cumming produced a report critical of State's Attorney **Marilyn Mosby**, wife of City Council President Nick Mosby.

At a subsequent Council budget hearing and an advisory oversight meeting, Nick Mosby's designees on the board, along with City Solicitor Jim Shea, were critical of Cumming, questioning her job performance and budget requests.

"The public should never wonder if a report is biased or fully accurate because the subject of an investigation . . . is a member of this board" – Inspector General Isabel Cumming.

Cumming, meanwhile, has called for the city to correct the "flaw" in the advisory board's composition, saying it must be freed from political influence or the appearance of influence.

"The public should never wonder if a report is biased or is fully accurate because the subject of an investigation sits on or is influenced by a member of this board," she said, addressing the advisory board last August.

"No citizen of Baltimore should be concerned whether a future inspector general has the fortitude to stand up to, or investigate, their own board," she added.

Caption:
Above: Councilwoman Odette Ramos discusses her bill to change the composition of the advisory board for the Baltimore Office of the Inspector General. (CharmTV)

Entrance to the OIG Office in City Hall. (Mark Reutter)

Copyright © 2022 Baltimore Brew LLC, All rights reserved.

Record Number: f8e9668e9b8c6b861d525e286ef46b8e3f1be

Sun, The (Baltimore, MD)

July 26, 2022

Edition: First Generic
Section: Main
Page: 3

**Inspector general measure to be on ballot**

**Baltimore City Council OKs going to voters about board**

**election 2022**

Author: *Emily Opilo*

Article Text:

A proposed charter amendment that would change the composition of the board that oversees Baltimore's inspector general was approved Monday by Baltimore City Council, assuring the measure will appear on ballots this fall.

The amendment, proposed by Democratic Councilwoman Odette Ramos, would remove elected officials from the board, which is supposed to convene annually to review the performance of the inspector general, Baltimore's watchdog for waste, fraud and abuse.

Council members approved the bill 12-1 with Ramos and Councilman Antonio Glover absent. Councilman Ryan Dorsey voted against the measure on its second reading, arguing it was premature. Ramos was absent with COVID.

The board currently includes multiple elected officials or their designees, the city solicitor and, on an optional basis, the deans of two law schools.

Ramos's proposal calls for council members to each select a nominee. From that pool, seven board members would be selected at random. Four additional members would be selected at random from the Association of Certified Fraud Examiners or the Association of Certified Public Accountants. The deans of the two law schools or their designees would remain on the board.

The City Council advanced the measure under a rule that allows the group to fast-track legislation by taking two votes on it in one night. Amendments, approved during a committee meeting last week, increased the number of board members to 11 and adjusted the number of members that would be selected by the City Council and the independent associations.

The composition of Baltimore's inspector general advisory board came into question last year when it convened for the first time to review Inspector General Isabel Mercedes Cumming. Cumming objected to the board's makeup, sending a letter to board members ahead of a July 2021 meeting arguing that multiple members had a conflict of interest because they've been subject to her investigations.

"For these same individuals to sit on a board tasked with evaluating the Inspector General's performance at the very least creates an appearance of bias, and could hinder the OIG from doing its job with the specter of improper political pressure," Cumming wrote at the time.

Baltimore's inspector general office has been under the authority of the oversight panel since 2018, when an amendment to the city's charter created the board and removed authority from the mayor. At the time, the City Council voted to put the amendment on the ballot out of concern for the office's independence.

By law, the oversight board is made up of at least five people: the mayor or his designee, the City Council president or his designee, the comptroller or his designee, the city solicitor or an appointed member of the city law department, and a member of the City Council appointed by the council president. If the mayor and council president agree, two additional members take seats: the deans of the law schools at the University of Maryland and the University of Baltimore.

Under Ramos's proposal, board members would have to be city residents and have a background in ethics, law, accounting or familiarity with the office of the inspector general. City and state employees would be barred from holding the positions, as would elected officials and their relatives.

The current board would be dismissed if voters approve the charter amendment, Ramos said.

Dorsey, who sponsored the 2018 legislation that created the current advisory board structure, argued Monday that it is too early to tell if the board has been effective. He also said an 11-member board would be "bordering on unwieldy."

"The advisory board has met once, one cycle. I think that's a premature scale for judging that it's not working somehow," he said. "I think this would be better left for the next ballot in 2024, when we have had more of a chance to show how the board can function."

Dorsey voted against the measure on a second reading, but voted with the majority for final passage.

Although the current board structure has been in place since 2018, the board never convened until 2021, when Cumming was the target of criticism for an investigation she conducted into Democratic State's Attorney **Marilyn Mosby**. The results of the seven-month probe, conducted at Mosby's request, were released in February 2021 and focused on Mosby's travel. The report showed Mosby spent 144 days away from Baltimore in

2018 and 2019 - or more than one workday a week; Mosby's office has disputed the number of days.

The inspector general also faulted Mosby for not asking approval from the city's spending panel for more than a dozen trips in 2018 and 2019. Nonprofit groups flew her to conferences in destinations such as Kenya, Scotland and Portugal. Private attorneys for Mosby argued that because the nonprofits - not taxpayers - paid for her trips, Mosby had no obligation to request approval.

City Solicitor Jim Shea reviewed the matter and concluded Mosby was not required to seek approval because the city's administrative policies are unclear.

Copyright (c) 2022 The Baltimore Sun Company

Record Number: BS0124917901

Daily Record, The (Baltimore, MD)

July 29, 2022

Section: News

Topics:

**Index Terms:**
General news

**Independent candidate drops out of Baltimore state's attorney's race, leaving Bates as next top prosecutor**

Author: *Madeleine O'Neill*

Article Text:

Roya Hanna, an independent candidate for Baltimore state's attorney, dropped out of the race Friday to endorse Ivan Bates, the winner of the Democratic primary.

Hanna said she joined the race to enact change in the State's Attorney's Office and voters had chosen change by electing Bates.

"There is no time to waste in the work that must be done to rebuild the State's Attorney's Office," she said at a news conference Friday.

"I have made the decision to suspend my campaign for Baltimore City state's attorney so that the city can move forward."

Last week, Bates defeated two-term incumbent **Marilyn Mosby** and another primary challenger, Thiru Vignarajah, leaving only Hanna between Bates and the job of top prosecutor.

Hanna originally entered the race as a Democrat but later withdrew to run as an independent, a move that guaranteed she could participate in the general election. In heavily Democratic Baltimore, the winner of the Democratic primary is almost certain to win in the general.

Bates and Hanna appeared together at Friday's news conference. Bates said he will use the time between now and the election, time he otherwise might have spent campaigning, to prepare for the transition into the office.

Bates, a defense lawyer known for representing several people who were targeted by members of the corrupt Gun Trace Task Force, again emphasized his two main goals: to aggressively prosecute violent crime and to rebuild the office, which under Mosby has lost dozens of prosecutors.

"Those are huge tasks," Bates said. "We can't do everything day one, but I can begin to work with folks on those tasks."

Mosby faced growing criticism as violent crime pummeled Baltimore during her tenure. She is also under federal indictment for perjury and making false statements on loan applications. She has pleaded not guilty and is scheduled to face trial in September.

Now a defense lawyer, Hanna spent 12 years as a prosecutor in the Baltimore State's Attorney's Office, including four years focusing on homicide cases.

Hanna said Friday that she would like to see Bates expand the office's central booking unit and make more effective charging decisions.

"I think oftentimes we see people get charged and the State's Attorney's Office has taken the position of, 'We'll figure it out later,'" Hanna said. "Well, that really means that people have to sit in jail for six months, nine months, a year, 18 months, and their families lost out on their support."

Bates said Hanna's idea was a good one that he would consider as he prepared to take office.

He also said he is optimistic that he will receive cooperation from current members of the State's Attorney's Office, and he plans to have conversations about what is and isn't working in the office before he is sworn in.

"We have to get together and start doing work Day One, and so for us, that now means that we have the opportunity to sit, to talk, meet with the electeds, meet with the leaders," he said.

Copyright © 2022 BridgeTower Media. All Rights Reserved.

Copyright, 2022, The Daily Record (Baltimore, MD)

Record Number: 317825

Baltimore Brew (MD)

August 2, 2022

Section: Crime & Justice

**Prosecutors: Mosby knew about the tax lien she claimed her husband lied and said was paid**

Author: *Mark Reutter and Fern Shen*

Article Text:

In a February legal filing, Baltimore State's Attorney **Marilyn Mosby** blamed her husband, City Council President Nick Mosby, for her statement on a mortgage application that failed to disclose a $45,000 IRS lien.

Defending herself against false statement charges in her federal indictment, Mosby said her husband had lied – telling her the tax lien had been paid off when it hadn't been.

Now federal prosecutors are saying, in a motion filed prior to next month's trial, that **Marilyn Mosby**'s claim to be an "innocent spouse" is a lie.

They say that in January 2021 Mosby's personal lawyer sent to the Maryland Attorney Grievance Commission an installment agreement with the IRS covering the debt the couple jointly owed for unpaid taxes.

Mosby was copied on the letter, part of the back-and-forth over the commission's confidential investigation into Mosby's finances.

Yet just eight days later, Mosby was signing a mortgage document for a $476,000 condominium at Longboat Key, Florida, in which she said she did not owe any federal debt.

"Far from believing that her husband had paid everything off, the Defendant's counsel's statements . . . show the Defendant was well aware of the tax debt she and her husband owed the IRS and the existence of a plan to repay it," prosecutors wrote in a filing last Friday before U.S. District Judge Lydia Kay Griggsby.

The payment plan called on the Mosbys to make monthly payments of $776 to the IRS starting in February 2019. This followed years of letters from the IRS calling on the couple to pay taxes owed from years 2014, 2015 and 2016.

Mortgage Timelines

Only a single $669 payment was made by Nick Mosby before the IRS slapped a lien on their property on March 3, 2020, prosecutors said.

Four months later, in July 2020, Mosby signed a purchase contract, in her name alone, for a sprawling $545,000 house in Kissimmee, Florida. On a subsequent mortgage application form, she answered "no" to the question: "Are you presently delinquent or in default on any federal debt or any other loan, mortgage, financial obligation, bond or loan guarantee?"

In October 2020, the Mosbys' outstanding tax bill and property lien was disclosed by The Baltimore Sun.

Nick Mosby, then running as the Democratic Party candidate for City Council president, promised the issue would be "resolved in the coming days," while his wife said she was "unaware" of the lien and declined to discuss the matter further.

After winning the Council presidency in November, Nick Mosby announced that the debt was fully paid. In a response to her indictment, **Marilyn Mosby**'s lawyer claimed that her husband had "lied" to her about the repayment of the debt.

Court records show that the $45,000 tax lien was finally paid off in June 2021.

That happened four months after Mosby had filed a second mortgage application – to buy the Longboat Key condominium – that she said was not encumbered by any federal debt.

Mosby's defense lawyers are seeking to block the admission of her counsel's statements to the Attorney Grievance Commission, among other matters.

Her trial, on two counts of perjury and two counts of making false statements in connection with the purchase of the Florida properties, is scheduled to start before Judge Griggsby on September 19.

Caption:
Above: State's Attorney **Marilyn Mosby** speaks at a June budget hearing. (Fern Shen)

Copyright © 2022 Baltimore Brew LLC, All rights reserved.

Record Number: a8d2e8389836397e5f7aa1169aab3e7a4c6a6b98

Sun, The (Baltimore, MD)

August 13, 2022

Edition: First Generic
Section: Main
Page: 1

**Mosby held in contempt of court**

**Judge fines state's attorney $1,500 for public comments**

**KEITH DAVIS JR. MURDER TRIAL**

Author: *Alex Mann*

Article Text:

Baltimore State's Attorney **Marilyn Mosby** violated a court order last month when she commented about Keith Davis Jr.'s controversial criminal cases on social media, a judge ruled Friday, holding the city's top prosecutor in contempt of court.

Circuit Court Judge John Nugent fined Mosby $1,500 but said she could avoid that fee if she abided by a more restrictive "gag order" for 90 days. Rather than restraining from comments intended to sway public opinion, as Nugent's first order required, Mosby would not be allowed to say anything about the case at all under the judge's proposed mandate.

Mosby, a Democrat in her second term as state's attorney, did not take the witness stand during Friday's hearing. She observed arguments from the audience.

Nugent issued the original gag order June 7 as public discourse about the case approached a crescendo with Davis' fifth murder trial looming and Mosby seeking a third term in office.

The order, which Mosby's prosecutors requested, barred attorneys and legal staff from making comments outside of court "intended to influence public opinion regarding the merits of the cases."

Davis was charged with murder after a fatal shooting in 2015 and with attempted murder in 2021 following an alleged jail fight. He has been tried four times for the homicide, with his supporters decrying the repeated prosecutions

and becoming a thorn in Mosby's side. She vowed to secure a conviction for Kevin Jones, the Pimlico Race Course security guard who her office says Davis killed.

"I am trying, by issuing the gag order, to ensure there is a fair trial for everyone," Nugent said Friday.

Davis' attorneys accused Mosby of violating the order within about an hour of it taking effect. That morning, the two-term prosecutor went on the Baltimore public radio station WYPR-FM's "Midday" program and responded to a question from host Tom Hall about her office's repeated prosecutions of Davis. The defense asked Nugent to dismiss Davis' charges and to hold Mosby in contempt.

Despite his making "clear the gag order was immediately effective and in no uncertain terms applied to State's Attorney Mosby," Nugent said he was giving Mosby the "benefit of the doubt" for speaking about the case on the radio because he had not yet written the order by the time she spoke, only voiced his ruling in court.

But a few weeks after Mosby's radio appearance, the defense brought attention to a comment Mosby made on social media and accusing her of violating the gag order again. The popular Instagram account @murder_ink_bmore posted a video July 3 about Davis' case. One person commented on the post that Mosby lost her vote because of the repeated prosecutions of Davis.

With the Democratic primary set for July 19, Mosby responded that the person "shouldn't believe everything you read."

Nugent said he viewed Mosby's social media post differently than her radio appearance because she surely had an opportunity to view the order. He said he believed it was intended to sway public opinion about the case.

"I cannot see the social media comments on Instagram as anything other than a willful violation of this court's gag order," he said.

Erin Murphy, chief counsel for the State's Attorney's Office, argued in court on Mosby's behalf. While she conceded Mosby's response on social media was "unwise," Murphy said that the comment was about her election rather than Davis' case.

"Why would you possibly go on that website with a gag order in place and the contempt issue pending?" said Nugent, noting that Davis' lawyers already had accused Mosby of violating his order.

Public defender Deborah Katz Levi described the comments by Mosby, who she described as the foremost law enforcement authority in the city, amounted to an assault on Davis' presumption of innocence.

She urged Nugent to dismiss the cases or to hand down one or more of her proposed penalties: A $10,000 fine held in escrow until the case is concluded, a public apology by Mosby made "on the steps of the courthouse with the press surrounding" or additional questions during jury selection about whether prospective jurors had heard Mosby's remarks.

"There was a clear violation of this court's order ... there must be a sanction," Levi said.

Davis' wife, Kelly, cheered Nugent's ruling after court alongside several supporters and activists who have persistently called on Mosby to "Free Keith Davis Jr."

"I'm happy that today a judge decided that his presumption of innocence was more important than an elected official or them believing they are above the law," Kelly Davis said.

Though Nugent did not dismiss either of Davis' pending cases, there already were questions about what will happen to them under state's attorney-to-be Ivan Bates.

Mosby finished in last place in the Democratic primary, with Bates, a defense attorney, winning by a comfortable margin. Nobody is slated to challenge him on the ballot in November. On the campaign trial, he vowed to drop Davis' charges. A fifth murder trial for Davis was recently scheduled for May.

The back-and-forth over Mosby's comments has added fuel to a contentious legal saga spanning seven years.

Over that time, Mosby has engaged in heated exchanges with Davis' supporters and pushed back on calls to drop his charges.

Comments by Mosby and some of her deputies served as part of the foundation for the defense's argument that Davis is being prosecuted again and again because of Mosby's animus for him. They asked for Davis' charges to be dismissed.

Mosby's prosecutors refuted those claims.

But, in a ruling rarely issued in the courts, Nugent found the defense had shown that a "presumption of vindictiveness" underlaid the attempted murder case against Davis. He stopped short of dismissing that case, but expressed concerns about the timing of the charges: Mosby's office filed them about a year after an alleged jail fight and less than two weeks after Davis won a fifth murder trial.

Nugent's order requires that prosecutors turn over potential evidence of animus to the defense. It's unclear when that legal matter will come up in court.

Davis' four previous murder trials went like this: His first, in 2017, resulted in a hung jury. After his second trial the same year ended with a conviction, a judge threw it out, finding prosecutors had withheld information from the defense. A jury deadlocked in his third murder trial. His fourth, in 2019, resulted in a guilty verdict that later was reversed.

Under Mosby, prosecutors filed murder charges against Davis a week after he was mostly absolved in an attempted armed robbery case stemming from an incident later in the same day Jones was killed.

Suspecting Davis of robbing an unlicensed cabdriver and alleging he was armed, police chased him into an auto garage and fired 32 rounds at him, striking him three times. It was the first shooting by officers since the death of Freddie Gray in police custody. Police said they found a handgun in the garage.

At a trial on armed robbery charges, a jury acquitted Davis on every count save being a prohibited person in possession of a firearm. Police and prosecutors say the handgun was used to shoot Jones, though the testimony of the firearms examiners who claimed the ballistics matched is facing criticism.

Aside from Friday's finding that Mosby violated an order in Circuit Court, she is facing federal perjury and mortgage fraud charges. She was indicted in January and is scheduled to stand trial in September.

Copyright (c) 2022 The Baltimore Sun Company

Record Number: BS0125190349

Daily Record, The (Baltimore, MD)

August 17, 2022

Section: News

Topics:

**Index Terms:**
General news

**Judge sets hearing schedule for final weeks before Mosby trial**

Author: *Madeleine O'Neill*

Article Text:

The federal judge handling Baltimore City State's Attorney **Marilyn Mosby**'s criminal case has scheduled a final set of hearings to deal with outstanding legal issues ahead of the trial that starts Sept. 19.

In an updated scheduling order filed this week, U.S. District Judge Lydia Kay Griggsby set two pretrial hearings for Sept. 7 and Sept. 14.

Mosby faces two counts each of perjury and making false statements on loan applications. The indictment, which came down in January, loomed over the Democratic primary for Baltimore state's attorney for months as Mosby sought reelection.

She ultimately lost, placing third out of three candidates, and will be out of office early next year. But for now, Mosby remains Baltimore's top prosecutor and will face trial during her final months in office.

RELATED NEWS: Bates asks for patience as he prepares to 'rebuild' state's attorney's office

There are a host of disputes to deal with before the trial can begin, including a pending motion to dismiss two of the four counts against Mosby.

Griggsby will consider motions in limine, which deal with what evidence can be presented at the trial, at the first pretrial hearing on Sept. 7.

Federal prosecutors have asked Griggsby to block the defense from telling jurors that Mosby is the victim of a vindictive prosecution. Mosby's lawyers previously tried to have the case thrown out on that basis, claiming that the government targeted Mosby for prosecution out of personal animus or other improper bias. Griggsby rejected that argument.

"The only reason to advance these categories of evidence or argumentother than generating public attentionwould be to confuse jurors or to encourage jury nullification," prosecutors wrote in their motion in limine.

RELATED NEWS: Mosby granted court funding to hire expert witnesses

The defense and prosecution have also sparred over expert witnesses. Mosby's team claims the government is seeking to admit improper expert testimony from witnesses who will explain her finances and the amount of taxes she owed to the IRS.

The indictment alleges that Mosby falsely claimed financial hardship during the COVID-19 pandemic in order to withdraw money from her city retirement account. She is also accused of failing to disclose a $45,000 IRS lien and making a series of other false statements when she applied for mortgages on two vacation properties in Florida.

Mosby has asked Griggsby to block prosecutors from using the terms "financial hardship" or "hardship withdrawal" during the trial, and from telling jurors she used the retirement money to help pay for vacation homes. Her defense team has argued that jurors might become unfairly prejudiced against Mosby if prosecutors can present that information.

Griggsby will consider a motion to dismiss both perjury charges at the second pretrial hearing on Sept. 14. Defense lawyers have argued that Mosby's self-certification that she suffered a COVID-19-related hardship in order to withdraw money from her retirement account does not qualify as perjury.

The motion to dismiss also claimed that the phrase "adverse financial consequence," which Mosby had to have experienced in order to qualify for the early retirement withdrawal, is too vague to be the basis for criminal charges.

Griggsby's decision at the Sept. 14 pretrial hearing will determine what charges go forward for Mosby's trial, which begins the following Monday.

Copyright © 2022 BridgeTower Media. All Rights Reserved.

Copyright, 2022, The Daily Record (Baltimore, MD)

Record Number: 320629

Sun, The (Baltimore, MD)

August 23, 2022

Edition: First Generic
Section: Main
Page: 3

**If she's guilty, feds plan to seize Mosby condo in Fla.**

Author: *Lee O. Sanderlin*

Article Text:

Federal prosecutors said in court filings that the government plans to try to seize Baltimore State's Attorney **Marilyn Mosby**'s Florida Gulf Coast vacation condo if she's convicted of perjury and mortgage fraud.

The city's top prosecutor is charged with two counts of perjury and two counts of mortgage fraud related to early withdrawals from her city retirement account and the purchase of two Florida homes: an eight-bedroom home near Disney World and the two-bedroom condo in Longboat Key.

Prosecutors have said in court filings Mosby lied about experiencing adverse financial consequences to make early withdrawals from her retirement account under the CARES Act, and then lied about her finances and plans for the Florida properties to get better loan terms.

Mosby and her lawyers have maintained her innocence, claiming the charges are politically motivated and that vindictive and racist prosecutors are leading the case against her.

Her trial is set for Sept. 19. The two-term Democrat lost the July 19 primary and is slated to leave office in January.

Prosecutors did not file notice of plans to seize the Disney-area home because Mosby sold it to a Baltimore County resident in November 2021 for a $150,000 profit. She bought the home for $545,000.

Mosby still owns the condo, according to online property records, which she bought for $476,000 in February 2021.

A listing on Zillow for the property values it now at $747,500.

While Friday's court filings marked the first time prosecutors specifically said they would try to seize the condo, they had said in March filings they would seek forfeiture of "property constituting or derived from" her alleged criminal offenses.

A. Scott Bolden, Mosby's lead defense attorney, said the government has "major hurdles" and questioned whether it was proper to seize a home she purchased with her own money.

While prosecutors contend Mosby did not legally have a claim to make an early withdrawal from her retirement account, which she used for the down payment, there is no dispute that the money in the account was her own.

"It is nothing more than overkill, over-zealousness and over-prosecution of my client," Bolden said. "Nevertheless, I look forward to vigorously and successfully defending Ms. Mosby in September against the government's overreach."

Prosecutors have taken issue with Mosby's purchase of the condo because of her use of retirement funds to make the down payment and because of assertions she made to her lender when being approved for a mortgage. Unlike retirement accounts for private-sector employees, government employees cannot access their retirement accounts before retiring unless they stop working for the government or experience an "unforeseeable emergency."

Congress temporarily loosened those provisions under the CARES Act, the first pandemic relief bill, allowing people to make withdrawals from 457(b) accounts if they suffered adverse financial consequences as a result of COVID-19, or if a business they owned had closed or suffered a loss. Mosby's salary actually increased in 2020, the year she made the withdrawal and the first year of the pandemic, and she said in the summer of that year the businesses she owned existed in name only.

Mosby needed $35,699.15 by Feb. 19, 2021, to close on the condo. As of Jan. 25, 2021, Mosby had just over $31,000 in her bank account, according to the indictment.

The Zillow listing describes the condo as an "enviable address" a "stone's throw away from the shoreline" with wrap-around decks offering views of a landscape designed by a master gardener that is celebrated for its "outdoor radiance."

A few thousand dollars short, Mosby wrote a letter to her lender, saying her husband would give her $5,000 at closing, according to the indictment. Known as a gift letter, people often submit these when they are short on down payment funds and can get the money from a family member. Gifts have to come from the donor and can't be something the recipient has to pay back.

But prosecutors allege City Council President Nick Mosby didn't actually give his wife $5,000. Instead, **Marilyn Mosby** wired $5,000 to her husband right before she got her next paycheck, which, had she waited for it, would have covered what she needed for the down payment. Nick Mosby then transferred the money into his savings account before

putting it back in another account and sending it to the loan agent, according to the indictment of his wife. Nick Mosby has not been charged with any crimes.

Mosby also neglected to note a 2020 tax lien against her or her husband on this mortgage application, according to the indictment. They paid off the $45,000 lien later that year.

Copyright (c) 2022 The Baltimore Sun Company

Record Number: BS0125339110

Baltimore Brew (MD)

August 26, 2022

Section: Front Page

**Two decades later, Ed Norris demands his city pension**

Author: *Edward Ericson Jr.*

Article Text:

He did his time. Now Ed Norris wants the pension money former Mayor Martin O'Malley promised him 20 years ago as he left the Baltimore Police Department to become superintendent of the Maryland State Police.

Norris says his lawyer, a trustee for the fund, told him several years ago he could take over the trust as he neared retirement age.

"It was supposed to be a transfer of paperwork with my attorney, then somebody stopped it," says Norris, now 62 and a radio personality who co-hosts 105.7 FM The FAN.

City officials said in 2004 they would claw the money back in light of Norris's conviction in federal court for misusing the proceeds of another trust fund.

Norris filed a lawsuit in Baltimore City Circuit Court last week against two trustees of "The Rabbi Trust Agreement" and GE Capital Assurance, seeking access to an annuity created for him in September 2002 as an "Individual Flexible Premium Deferred Annuity Contract."

He estimates its value at about $200,000.

According to the complaint, the two trustees – former City Solicitor Ralph Tyler and Norris' ex-lawyer, Jeffrey H. Scherr – have ignored his requests for the money. Neither they nor Norris's current lawyer, Richard Grason IV, returned messages from The Brew.

Norris, a star New York City cop and protege of Bill Bratton, moved to Baltimore in 2000 to become commissioner under O'Malley, where he took credit for reducing the city's murder count to less than 300.

He left to become the state police superintendent in 2003. Then a year later, he was federally indicted.

Stealing from Cop Welfare Fund

Norris was accused of taking money from a trust fund originally set up as the Police Athletic Fund and later used to supplement the incomes of destitute Baltimore cops and their families.

Shortly after he was hired as police commissioner, Norris directed the obscure fund to sell about $160,000 worth of stock.

He used the proceeds to pay for luxury hotels, expensive meals, clothing and gifts to finance sexual encounters with different women, according to the indictment.

He was also charged with lying on a mortgage application by paying back his father $9,000 that had been characterized as a gift – a charge famously called "the head shot" in an episode of The Wire, where Norris made appearances as "Detective Edward Norris."

In 2004, Norris pleaded guilty to federal corruption and tax charges. He was sentenced to six months in federal prison and has since maintained that he is innocent and that the charges were politically motivated.

Days after Norris's guilty plea in 2004, Baltimore officials announced they were clawing back his pension and severance, sending a letter to his then-lawyer Scherr demanding return of the $137,000 severance package and saying the city would stop its annual $6,850 payments into his trust fund because he had not abided by the regulations that govern the police department.

"It's not about friendship or pity," Mayor O'Malley told the Baltimore Sun then. "It's a simple matter that the people of Baltimore don't owe him these dollars under the terms of his contract."

Shades of future scandals connected to other Baltimore bigwigs.

O'Malley characterized Norris's pension trust as a "sweetheart deal" and said he regretted it.

Then City Council President Sheila Dixon supported O'Malley's effort, saying, "We should get it back. That's a simple answer."

Dixon would succeed O'Malley as mayor, then resign amid her own corruption scandal, which involved misappropriating gift cards meant for needy children.

As part of her deal to resign, Dixon preserved her own city pension – $88,000 a year at the time of her resignation and considerably more today.

Norris: "I just want an answer"

Norris filed his complaint as the city suffers its seventh consecutive year of more than 320 murders and State's Attorney **Marilyn Mosby** faces her own federal charges for allegedly lying on pension withdrawal forms and on mortgage applications to buy two Florida houses.

Norris' complaint demands specific performance under the trust agreement. It's not clear what happened to the money in his account after the 2004 letters, but Norris says Scherr sent him statements indicating substantial funds.

The mayor's office and City Solicitor Jim Shea did not return messages.

"I have so little knowledge about what's going on here," Norris said in an interview.

"I went to prison and then got out. Got a call like five years ago [from Scherr] about this fund. I was assured this was easy to get.

"I just want someone to tell me if I can get it. Tell me the black letter law. I just want an answer, that's all."

Caption:
Above: Ed Norris as newly appointed Baltimore police commissioner in 2000. (YouTube)

Copyright © 2022 Baltimore Brew LLC, All rights reserved.

Record Number: 8f1cbdfca0b82d6608da5ec2012d6f5f9d56efe

Sun, The (Baltimore, MD)

August 31, 2022

Edition: First Generic
Section: Main
Page: 17

**In defense of Marilyn Mosby**

Article Text:

A lot of people don't like **Marilyn Mosby** simply because she's a Black woman.

There. I said it. And I wrote this column for you.

Yet, I know that you don't want to hear it or acknowledge it or consider it. And you certainly will never accept it.

No, you will insist, it's because she is a liar, a cheat and incompetent to boot. Race has nothing to do with it.

But I'm here to point out that it has everything to do with it.

I'm not saying you are racist because you don't like Ms. Mosby. Calling names, dishing out labels or even telling anyone whom to admire is beside the point.

Mine is to explain the why, as I see it.

Why you click on every headline that features her name. Why you comment on every social media post about her. Why you leave vitriolic voicemails for her from other states. Why your attention is glued to every move she makes.

I'm saying you don't like Ms. Mosby because she is everything a Black woman is not supposed to be: She is proud, confident, arrogant, intelligent, successful and unbending. She does not suffer fools greatly, and for the most part, Ms. Mosby has walled off any outward reaction to your putrid death threats and puny indictments and petty critiques and pointed arrows. They do not reach her because she has decided they won't. She will not wear your sackcloth and ashes.

Now, she has been soundly voted out of office as Baltimore's States Attorney, and still that is not enough for some. She must be cast out with neither shelter nor good reference.

When Ms. Mosby arrives at court to face those who judge and prosecute her, she is still the subject of mass scrutiny. Her quick-changing hair. Her expensive purse. Her steely smile. Her attitude.

Would you like it better if she cried tears of remorse and begged your forgiveness? I believe you would. But she won't let you break her soul.

And you know that.

Because she is everything a Black woman is not supposed to be. At least not in the public sphere.

She is not Michelle Obama, who is refined grace, soothing wisdom, modulated tones and elegant words that soar high while everyone around her sinks deep into bigotry.

But even with all of Ms. Obama's skilled effort, she was demeaned, demonized and degraded. Simply because she was a Black woman in a white house with a green garden, ripe for picking and poking. An interloper in a space never before occupied by anyone like her who was not the help.

Yet race had nothing to do with it. Her detractors will point out she force-fed vegetables to schoolkids, took fancy vacations using Air Force One, and spent too much time sculpting her arms into smooth curves of envy.

Ms. Mosby is a Black woman in the black house. That is how majority-minority Baltimore City is viewed, especially from the outside. She has put in no effort to make herself small enough to fit within the expectations allowed for a woman like her in a position like that. She has instead upset the proverbial apple cart, spilling ripe fruit throughout the city with her push for fewer prosecutions of minor crimes, her demand for police accountability, and her bold plans for reversing trends that have incarcerated Black and brown citizens of Baltimore for decades.

Then came the rot.

She had the temerity to bring charges against the Baltimore Police officers she alleged were responsible in the death of Freddie Gray. She ultimately failed to convict any of the cases but not before a self-serving stint in Vogue magazine.

Ms. Mosby will not be forgiven for stepping outside the tiny circle of influence that was drawn for her future at birth. By doing so, she has misstepped greatly, providing her critics with ample opportunity to box her in.

She did not need a property or two in Florida. Black women do not own multiple homes. She did not need to withdraw money from her retirement fund, whether it was hers or the taxpayers, since Black women have been taught to make do with less. She did not need to challenge her betters in the federal prosecutors' office with such directness about the vicious nature of the charges against her. Black women are accustomed to attempts to humiliate and shame and must remain strong - and silent.

But you see, Ms. Mosby is everything a Black woman is not supposed to be. And she will likely pay for that as many have who came before.

I share this with you not because I am a friend of Ms. Mosby - I have met her only once - but because as a Black woman I know what I am supposed to be.

I am soft-spoken in the face of challenge, I am self-deprecating of any success and always kind in the face of racism. My anger is carefully calibrated to a low simmer that never breaks through to create surface tension. I do not raise my voice or make you uncomfortable even when discomfort should be your only choice.

We are both Black women, but I am not like Ms. Mosby.

Sometimes I wish I was.

Michelle Deal-Zimmerman is senior content editor for features and an advisory member of The Sun's Editorial Board. Her column runs every fourth Wednesday. She can be reached at nzimmerman@baltsun.com.

Copyright (c) 2022 The Baltimore Sun Company

Record Number: BS0125470678

Daily Record, The (Baltimore, MD)

September 7, 2022

Section: News

Topics:

**Index Terms:**
General news

**Judge denies several motions to exclude evidence in Mosby trial**

Author: *Madeleine O'Neill*

Article Text:

A federal judge denied the majority of pretrial motions brought by Baltimore State's Attorney **Marilyn Mosby** at a hearing Wednesday, potentially hurting Mosby's defense at her upcoming trial on charges of perjury and mortgage fraud.

U.S. District Judge Lydia Kay Griggsby ruled against Mosby on a number of issues, including her request to block federal prosecutors from telling jurors that Mosby used money she withdrew from her city retirement account to pay down payments on vacation homes in Florida.

Mosby's defense team filed the motions in limine in July. The motions sought to exclude prosecution witnesses as improperly disclosed experts and to exclude other issues that the defense claimed would unfairly prejudice jurors against Mosby.

Mosby faces two counts each of perjury and making false statements on loan applications. She is accused of falsely claiming financial hardship during the COVID-19 pandemic in order to withdraw money from her city retirement account. She is also charged with failing to disclose a $45,000 IRS lien and making a series of other false statements when she applied for mortgages on two vacation properties in Florida.

RELATED NEWS: Mosby fined $1,500 for 'willful violation' of gag order in Davis case

The defense argued that telling jurors that Mosby put the money she withdrew from her retirement account toward down payments on the Florida properties would prejudice the jury against Mosby.

"The government intends to paint Ms. Mosby in a negative light by arguing that the purchase of two lavish vacation homes, which they were not, is somehow dispositive," said Rizwan Qureshi, one of Mosby's defense lawyers.

Griggsby disagreed: "The government makes a persuasive argument that evidence about how these funds were used is relevant to key issues in this case about whether the defendant suffered adverse financial consequences due to the coronavirus," the judge said.

Qureshi also argued that Griggsby should block the government from using the word "hardship" to describe the intended purpose of COVID-19-related withdrawals that were permitted under the CARES Act. The key question, he argued, is whether Mosby suffered "adverse financial consequences," nor hardship.

Griggsby denied that request for now, and said she will address it further at a hearing next week on a still-pending motion to dismiss charges ahead of Mosby's trial.

Griggsby also denied defense requests to exclude government witnesses as experts. The witnesses will simply provide summaries of complex or voluminous information, not expert opinions, she found.

The judge granted one defense motion, which asked to block prosecutors from presenting evidence of previous investigations into Mosby by state bar counsel and the Baltimore City Inspector General's Office. The defense argued those investigations, which largely found no wrongdoing by Mosby, would prejudice jurors against Mosby.

Griggsby will consider a motion to dismiss both perjury charges at the second pretrial hearing on Sept. 14. Defense lawyers have argued that Mosby's self-certification that she suffered a COVID-19-related hardship in order to withdraw money from her retirement account does not qualify as perjury.

RELATED NEWS: Judge sets hearing schedule for final weeks before Mosby trial

The motion to dismiss also claimed that the phrase "adverse financial consequence," which Mosby had to have experienced in order to qualify for the early retirement withdrawal, is too vague to be the basis for criminal charges.

Mosby's criminal indictment loomed over her campaign for reelection as Baltimore state's attorney. She came in third place in the July Democratic primary and is set to leave office when her term ends in January.

Mosby will face trial beginning Sept. 19. As Mosby entered the federal courthouse in Baltimore Wednesday, her lawyer, A. Scott Bolden, said she would take the case to trial.

Wednesday's hearing is still ongoing. Federal prosecutors will soon argue in favor of their motions in limine, which include a request to block defense evidence or argument claiming Mosby is the victim of a vindictive or biased prosecution.

Copyright © 2022 BridgeTower Media. All Rights Reserved.

Copyright, 2022, The Daily Record (Baltimore, MD)

Record Number: 323626

Sun, The (Baltimore, MD)

September 8, 2022

Edition: First Generic
Section: Main
Page: 1

**Mosby's trial rules tightened by judge**

**Prosecutors can't mention past investigations of her**

Author: *Lee O. Sanderlin*

Article Text:

A federal judge barred prosecutors Wednesday from mentioning any of the previous investigations into Baltimore State's Attorney **Marilyn Mosby** at her perjury and mortgage fraud trial later this month, making it harder for the government to introduce Mosby's previous comments about her side businesses.

U.S. District Judge Lydia Kay Griggsby said during the first of two pretrial hearings that any mention of previous investigations into Mosby would be "very prejudicial" at trial, meaning it could influence jurors into thinking she was guilty.

Statements Mosby made in those investigations, specifically statements that businesses she owned were inoperable, could help her prosecution, so making it harder to introduce those statements at the Sept. 19 trial was a small win for the embattled Democrat.

While Griggsby granted Mosby's motion to exclude evidence of past investigations, she did deny three other defense motions: a motion to stop an FBI accountant and IRS revenue officer from testifying, a motion to preclude prosecutors from using the term "financial hardship" as it relates to her COVID-19 retirement withdrawals, and a motion to prevent prosecutors from telling jurors how she spent the money she with

drew.

Griggsby also granted prosecutors' motions placing limits on what Mosby's experts could say at trial and prohibiting the defense from entering previously disproven evidence of personal and racial animus on the government's behalf.

Mosby's lead defense attorney, A. Scott Bolden, said before the hearing his client would not take a plea deal in the case.

"We're going to trial," he said.

Charged with two counts of perjury and two counts of mortgage fraud, prosecutors have claimed Mosby lied about experiencing adverse financial consequences as a result of COVID-19 to make two early withdrawals from her city-managed retirement account. Under the CARES Act, the first pandemic-relief bill Congress passed, government workers could draw those funds if they claimed - under penalty of perjury - a business they owned had closed or taken a loss.

She made her first retirement account withdrawal under the CARES Act rules in May 2020.

Around that same time, Mosby, under fire for frequent out-of-state travel, asked the Baltimore inspector general for an investigation into her travel and consulting businesses to prove they existed in name only. The inspector general later found Mosby deducted $5,000 in business expenses on her federal taxes for losses associated with the travel business.

"I ask that you verify that I have not taken on a single client for these companies, nor have I taken in any money," Mosby wrote in a July 2020 letter to the inspector general. "Any insinuation to the contrary is false, misleading, and unethical."

In January, Bolden suggested something to the contrary in an appearance on Roland Martin's YouTube show.

"Remember, **Marilyn Mosby** has businesses, if you will," Bolden said then, referencing LLCs she registered in the travel and consulting sectors. "And so, those businesses were in the travel space and they were affected by [the coronavirus] and her accountant urged her to take that money."

In court Wednesday, another of Mosby's defense attorneys, Kelley Miller, said one of Mosby's expert witnesses, forensic accountant Jerome Schmitt, will testify at trial that Mosby suffered business losses during the pandemic.

The government is paying for Mosby's witnesses, at least in part, after a judge found she likely cannot afford them. Expert witness testimony can cost more than $10,000.

Lead prosecutor Leo Wise pointed out that Mosby and her previous attorneys' statements about her businesses being inoperable are at odds with this new line of defense, suggesting that this is a defensive ploy to sway jurors.

While prosecutors are banned from discussing the previous investigations into her taxes and travel, Griggsby left the door open for them to introduce "sanitized" versions of the statements that keep the parts about her businesses without mentioning investigations.

Those versions would require defense counsel approval and have to be entered into the record as stipulations - a legal term for a fact both sides agree upon. Should the defense not agree, prosecutors said Wednesday they already have subpoenaed Mosby's previous attorneys and are prepared to call them to testify if Griggsby allows it.

Prosecutors made their own pretrial motion to prevent Mosby's lawyers from accusing them of racial and personal animus against the state's attorney, Bolden's original defense to the charges.

Griggsby ruled in favor of the government, banning Mosby and her defense from presenting the same arguments they did in April when they tried to have the case thrown out on grounds of racism and vindictiveness. Griggsby ruled then there was no objective evidence prosecutors were acting out of any animus toward Mosby.

Mosby's two perjury charges are based on her withdrawal of about $81,000 from her retirement account on two separate occasions in 2020 to purchase two Florida properties: An eight-bedroom home near Disney World and a condo on the state's Gulf Coast.

Should the government win at trial, prosecutors have filed notice of plans to seize the condo. Mosby sold the Disney home in November 2021 for a $150,000 profit.

Assistant U.S. Attorney Sean Delaney said how Mosby spent the money she withdrew speaks to whether she suffered adverse financial consequences at all.

"If the defendant had adverse financial consequences, presumably she would use the funds to address the adverse financial consequences that caused that withdrawal," Delaney said.

When Mosby purchased the home near Disney World, she signed a document known as a second home rider promising she would not hire a management company or rent it out for at least a year, according to publicly available mortgage filings. Mortgages for investment homes are typically more expensive, with banks requiring higher interest rates and a 20% down payment compared to the 10% needed for second homes.

However, prosecutors claim that a week before closing, Mosby signed a contract with a management company, giving it control over renting the home, a violation of her mortgage terms and grounds for one of the fraud charges.

Miller, in court, did not deny the existence of the agreement, but said instead prosecutors have mischaracterized it and that Mosby did not believe it would remove the property from her control.

Prosecutors also filed a motion to stop Mosby's hired expert witnesses from testifying. Griggsby granted that motion in part, setting limits on what the experts could testify about while also requiring the defense to disclose more details about the experts' opinions ahead of trial.

Caption:
Nick, left, and **Marilyn Mosby** arrive at the Edward A. Garmatz U.S. Courthouse for a pretrial hearing on a few motions in her perjury case. Lloyd Fox/Baltimore Sun

Copyright (c) 2022 The Baltimore Sun Company

Record Number: BS0125629637

Baltimore Brew (MD)

September 8, 2022

Section: Accountability

### Marilyn Mosby's private businesses will be a key element at her upcoming trial

Author: *Fern Shen*

Article Text:

**Marilyn Mosby**'s attorneys have suggested it publicly for months. Yesterday in court they confirmed it:

Mosby will argue that her private businesses were "negatively impacted by the Covid-19 pandemic" as she defends herself against federal perjury charges for claiming financial hardship in order to access retirement funds.

"Her net worth at the time of withdrawal was less than it had been before," defense attorney Kelley C. Miller said at the motions hearing ahead of the September 19 trial of Baltimore's state's attorney on charges of perjury and lying on mortgage documents.

Prosecutors, meanwhile, are primed to introduce evidence at trial directly contradicting this defense, including statements from Mosby's lawyers and representatives saying the businesses were "not operational."

The statements are meaningful because "they weren't made off-handedly. They weren't made blithely or accidentally," prosecutors said at the pre-trial hearing in U.S. District Court in Baltimore.

But Mosby's lawyers argued that mention of these investigations should be barred as "highly prejudicial" because those statements came in the context of other "unrelated" investigations – by the Maryland Bar Counsel and by the Baltimore Inspector General.

"It's back door evidence meant to show propensity," argued Rizwan Quereshi. "The jury should not be confused with this concept that this person has always been under investigation."

U.S. District Judge Lydia Kay Griggsby agreed, ruling in favor of Mosby on this motion.

"The Court shares some of these concerns," Griggsby said. "There would need to be some context – that opens the door to it."

Most Motions Rejected

It was the only setback for the prosecution at this preliminary hearing in advance of the jury four-count indictment charging her with perjury and false statements on mortgage documents.

And the case, Mosby's defense team assured the media yesterday, will be resolved in the courtroom.

"No plea deal. We're going to trial," attorney A. Scott Bolden said outside the courthouse, in answer to a reporter's question.

Griggsby denied other defense motions, including a motion to prevent an FBI accountant and an IRS officer from testifying and another motion that would have prohibited prosecutors from telling jurors how Mosby spent the money she withdrew from her retirement account.

Prosecutors say she used it to buy two Florida vacation properties.

In addition to the perjury allegations, Mosby is charged with lying on mortgage applications for these properties by failing to disclose a federal tax lien against her and her husband, and by saying one of the properties would be a second residence for her family when she already had planned to rent it to vacationers.

Griggsby yesterday also denied a motion that would have prohibited the defense from using the term "financial hardship" and barred the defense from making the argument that the prosecutors harbored personal and racial animus towards her.

The judge pointed out that she had previously ruled she found "no evidence" to back up that claim.

Griggsby also granted a prosecution motion setting limits on what Mosby's experts could testify about and requiring them to disclose more details about what their testimony would be at trial.

Two Mosbys?

What emerged from the proceeding, after several hours of sparring, was the importance of Mosby's side businesses to the case the government is bringing against her.

Prosecutors hope to undermine the claims she will be making in court about suffering losses from the companies by highlighting her earlier statements that these entities were not yet operating.

The jury will have to determine "if the **Marilyn Mosby** who said it then is credible, or the **Marilyn Mosby** who's saying it now," Assistant U.S. Attorney Leo Wise said.

At the heart of **Marilyn Mosby**'s perjury charges, the web of words she wove about her travel company (1/16/22)

As The Brew first disclosed, Mosby formed a group of travel and legal consulting businesses in May 2019 – Mahogany Elite Enterprises LLC and two affiliates, Mahogany Elite Enterprises and Mahogany Elite Consulting.

Mosby responded at the time through her spokeswoman that the businesses were "a long-term venture," and that she would not start them up until she was out of public office.

"There are no clients and she has not received a single cent in revenue," communications director Zy Richardson said in an email about the businesses' status.

Mosby's personal attorneys have also said on multiple occasions that the businesses have not functioned as such.

Prosecutors were hoping to cite two letters discussing the Mahogany Elite businesses by Mosby's then attorney, David J. Shuster.

Shuster had been tasked with responding to the Baltimore Inspector General's investigation that Mosby herself requested following The Brew's story about her international travels and private businesses.

They were also hoping to show the jury statements made by others on Mosby's behalf responding to the Maryland Bar Counsel's investigation into Mosby's tax issues.

Surprise Subpoenas

Despite Griggsby's ruling prohibiting prosecutors from mentioning the other investigations at trial, however, they still hope to craft a "sanitized" version of the statements about Mosby's businesses that does not mention the other probes.

Asked about that possibility, Griggsby said the two parties could work on mutually agreed-upon language.

And if they fail to reach agreement on acceptable ways to present the statements, the prosecution revealed, the government has another strategy prepared.

They have already, with Justice Department approval, issued subpoenas to Mosby's attorneys to appear in court and testify.

"Statements they made to third parties," assistant U.S. attorney Aaron Zelinsky asserted, "are not protected."

Caption:
Above: **Marilyn Mosby** leaves the courthouse after a judge rules prosecutors can't mention previous investigations at her upcoming trial but rejects her other motions. At left, her husband Nick Mosby. At right, attorney A. Scott Bolden. (Fern Shen)

**Marilyn Mosby** and her attorney, A. Scott Bolden, leave U.S. District Court in Baltimore after the pre-trial hearing. (Fern Shen)

Assistant U.S. attorneys Sean Delaney, Aaron Zelinsky and Leo Wise leave the U.S. District courthouse after a pre-trial hearing in the **Marilyn Mosby** case. (Fern Shen)

Copyright © 2022 Baltimore Brew LLC, All rights reserved.

Record Number: 55e87e583b2a97cfdada89571d27c0deca35a3

Afro-American, The (Baltimore, MD)

September 12, 2022

Section: Baltimore Community

Topics:

**Index Terms:**
Baltimore Government, Baltimore News, News, News, Politics, Politics

**Who is Ivan Bates?: Democratic nominee for Office of Baltimore City State's Attorney speaks with the AFRO**

Author: *Special to the AFRO*

Article Text:

By Tashi McQueen, AFRO Political Writer,

Report For America corps member,

tmcqueen@afro.com

Many know Ivan J. Bates as the Baltimore City State's Attorney candidate, but that's not all he is. He is the doting father of a 6-year-old daughter, London, and a husband to wife Lana Bates Ph.D.

As Bates avidly expressed, his wife and daughter are the main factors for his state's attorney bid.

"I want to create a safer Baltimore for not only myself, but my daughter's future," said Bates to the AFRO in an endorsement interview.

Bates beat incumbent **Marilyn Mosby** in the July 19 Democratic primary. He went up against Mosby in 2018 but lost. Mosby won with 39,766 votes to Bates' 22,619.

This time, Bates made a comeback with 34,684 votes compared to Mosby's drop to 24,415.

Scandals and indictments hampered Mosby's run months before the primary. Mosby faces two federal accounts of perjury and making false mortgage applications. This likely gave Bates the edge he needed to win.

He explained how he grew up as a "hard-headed" child, and by applying to the U.S. Army at 17. He gained essential life skills while serving with the 32nd Air Defense Artillery Command in Europe.

"It changed my demeanor," said Bates. "I learned leadership, discipline, and hard work – that's what I stand for."

After the Army, Bates went to Howard University and graduated with Honors. Inspired by Justice Thurgood Marshall, he went to the William and Mary Law School and clerked for the NAACP Legal Defense and Education Fund in Los Angeles.

He moved to Baltimore in 1995 to take care of his aunt, who lived on W 20th St.

"I started my law firm practice from scratch," said Bates. "I do state and federal cases all around the United States."

He was a law clerk for Judge David Mitchell and worked as a prosecutor under Patricia C. Jessamy, from the City's state's attorney office.

Bates has 25 years of experience as a Lawyer. Bates and Garcia is the firm he founded upon leaving Jessamy's leadership. He has led his own team for 15 years.

Bages said he plans to repeal Mosby's "no prosecution" initiative due to his claims that prosecution is about accountability.

He also said he will take action against wayward law enforcement officers found violating their oath and the law.

"I have and will continue to fight against police corruption like I did against the Gun Trace Task Force, removing those in law enforcement who have violated their duty and positions of trust," said Bates in a candidate statement.

He plans to focus on illegal gun ownership, users, and traffickers, as he claims illegal guns significantly contribute to violent crimes in Baltimore.

Bates said he understands that creating a safer Baltimore is a long-term feat, so as state's attorney, he plans to urgently convict "violent repeat offenders" for a tangible difference.

The rebuilding of great collaboration between "public safety partners," eradicating vacant homes, and alternatives to incarceration are also key concerns for Bates.

Mosby posted her admission to defeat on Instagram in July.

"This morning I called @ivanjbates to congratulate him on his victory in the Democratic primary for Baltimore City State's Attorney," said Mosby. "My office is completely prepared to facilitate a smooth and orderly transition to the new administration."

**Marilyn Mosby** did not respond to AFRO's attempts for comment.

Early voting ahead of the Nov. 8 Election Day will be from Oct. 27 to Nov. 3.

Help us Continue to tell OUR Story and join the AFRO family as a member – subscribers are now members! Join here!

© Copyright 2022 The Afro-American Newspaper Company All Rights Reserved.

Record Number: 25f69fdd289f83c1d4dc1e16abaebf607c578514

Baltimore Brew (MD)

September 13, 2022

Section: Front Page

### Prosecutors push to show jury Marilyn Mosby's response to 2020 Brew story that first disclosed her travel company

Author: *Mark Reutter*

Article Text:

Federal prosecutors seek to use **Marilyn Mosby**'s written responses to The Brew, which confirmed the existence of her private travel business, as the centerpiece of next week's trial of Baltimore's state's attorney on perjury and false statement charges.

Mosby's 2020 statement to The Brew – asserting that Mahogany Elite Enterprises had "no clients" and that she had "not received a single cent in revenue" – contradicts her planned defense that the business was undergoing financial hardship due to the Covid-19 pandemic, permitting her to legally withdraw $90,000 from her city retirement account to buy two vacation properties in Florida.

"The defendant argues she is innocent of perjury charges in 2022 because she lied in 2020 and 2021," prosecutors said in a court filing last night, adding that she should not be allowed to invoke attorney-client privilege "to keep her prior statements out of court."

U.S. Attorney Erek Barron has proposed a "sanitized" version of the July 15, 2020 statement issued by Mosby's office to The Brew to comply with Judge Lydia Kay Griggsby's ruling that the government cannot introduce other investigations of Mosby at the trial.

Those investigations – by Baltimore Inspector General Isabel Mercedes Cumming and Maryland Attorney Grievance Commission Bar Counsel Lydia Lawless – came after this website disclosed Mosby's previously unreported travel company and her sponsored trips to Africa, Europe and elsewhere that took her out of the office for at least 85 days in 2018 and 2019.

During those investigations, Mosby and her attorneys repeated that Mahogany Elite Enterprises was "non-operational," and Mosby did not report any income on her state and federal tax returns.

Mosby herself asked Cumming to investigate her travel company and out-of-state trips to prove to the public that The Brew's July 16, 2020 story was "misleading and erroneous."

Prosecutors now want a redacted version of her letter to Cumming to be introduced at trial. It would leave only the following paragraph:

In the redacted portion of the above letter, Mosby wrote to Cumming:

I am confident that I have always abided by the ethical rules and regulations and have been fully transparent about any gifts, travel or other financial activity. I am therefore asking you – an independent authority – to investigate my financial disclosures and travel. I am willing to share with you any and all documentation you request, including bank account statements, credit card statements and inner-office financial ledgers. The people of Baltimore have endured far too many corruption scandals and need to know what is and is not illegal.

Prosecutors also hope to introduce a letter from one of her attorneys, David Shuster, acknowledging that Mosby amended her state financial disclosure form to include her travel business three weeks after the form was due in June 2020.

"If she was lying then, she used her attorneys to perpetuate a crime and a fraud" – U.S. Attorney Erek Barron.

Barron wrote that introducing these and several other documents at trial "are vital to the government's case and, given the asserted defense, have immense probative value."

"These statements either were made by the defendant herself. . . or were made by the defendant's authorized agents and therefore qualify as an exception to hearsay under Federal Rule of Evidence 801," he argued.

They include a letter to Cumming from Erin Murphy, chief counsel for the Baltimore state's attorney's office, and a letter to Lawless from Greenbelt attorney William C. Brennan Jr.

Barron argues that "the defendant should not be allowed to argue that her earlier false statements are covered by privilege because if she is correct – and she was lying then – she used her attorneys to perpetuate a crime and a fraud."

Mosby's defense lawyers have not replied to the government's motion and, according to Barron, have signaled they will not make a counter proposal.

A hearing on the motion is scheduled tomorrow before Judge Griggsby, and jury selection is scheduled to start on Thursday.

Caption:
Above: Part of the "sanitized" version of **Marilyn Mosby**'s response to The Brew's questions that prosecutors want to introduce at trial. (U.S. Attorney's Office)

Proposed redacted version of **Marilyn Mosby**'s request to Inspector General Cumming that she investigate The Brew's July 16, 2020 article about her travels and travel company. (U.S. Attorney's Office)

The story that first disclosed Mosby's extensive trips and private travel company.

Copyright © 2022 Baltimore Brew LLC, All rights reserved.

Record Number: 3d7596bd518d476751c3e954772d5c7d2c5ee8

Sun, The (Baltimore, MD)

September 14, 2022

Edition: First Generic
Section: Main
Page: 1

**Trial could face delay**

**Last-minute filings from prosecution in response to potential expert testimony**

**MARILYN MOSBY CASE**

Author: *Alex Mann and Lee O. Sanderlin*

Article Text:

A flurry of last-minute filings from federal prosecutors in the case against Baltimore State's Attorney **Marilyn Mosby** has cast doubt on whether the trial will begin next week as scheduled.

The legal papers filed Monday night and Tuesday come as the government seeks to respond to a developing legal strategy from Mosby's defense: She is not guilty of perjury, her lawyers argue, because her personal businesses suffered during the coronavirus pandemic.

Federal prosecutors asked U.S. District Judge Lydia Kay Griggsby to either bar Mosby's forensic accountant from testifying about how nascent businesses in the travel sector, like Mosby's, were impacted by the coronavirus pandemic or to postpone the trial so that the government can hire its own expert in the field.

Jury selection is slated to begin Thursday for Mosby's case, with the trial set to begin Monday.

The government wrote that it was presenting these remedies for the judge to consider both because Mosby's lawyers missed the deadline Griggsby set for the defense to disclose its experts' opinions and because the experts' opinions overstepped what they were allowed to testify about in court.

Originally, Mosby's attorneys were supposed to disclose all expert testimony in the case by July 1, but failed to do so. Griggsby then informed them

last Wednesday to finish their disclosures by last Friday, and Mosby's lawyers emailed the disclosures to prosecutors just after 11 p.m. that day, according to court filings.

Andrew I. Alperstein, a defense attorney who is not involved in the case, said Griggsby is likely to consider the government's right to a fair trial along with the potential future ramifications of barring the defense expert's testimony on the grounds of timing.

"If the court were to prohibit Mosby's expert's opinion from being used in the case because the defense did not disclose it in a timely manner, then you run the risk of a claim of ineffective assistance of counsel by Mosby's lawyers, which could possibly lead to a new trial being ordered if she were convicted," Alperstein said.

Mosby's lawyers had not responded to the prosecutors' recent filings as of 5 p.m. Tuesday. Her lead attorney, A. Scott Bolden, did not respond to a request for comment. Griggsby likely will have to rule on prosecutors' request for a continuance before jury selection begins Thursday.

David Jaros, faculty director of the University of Baltimore School of Law's Center for Criminal Justice Reform, predicted Griggsby would postpone the trial.

"Above all, the judge is going to prize the integrity of the trial and want both sides to present their cases fully developed," Jaros said.

Both sides are due back in court at 2 p.m. Wednesday for a second pretrial hearing on whether Mosby's two perjury charges should be dismissed.

Federal prosecutors also were asking Griggsby to allow them to introduce at trial what they describe as "vital" evidence to combat Mosby's claims that her personal businesses suffered because of the pandemic. They asked Griggsby to approve six segments from statements Mosby and her previous attorneys made in response to probes into her travel and taxes in 2020 and 2021.

"The defendant argues she is innocent of perjury charges in 2022 because she lied in 2020 and 2021," federal prosecutors wrote in a filing late Monday night.

Their 11th-hour push follows Griggsby's decision last week to bar the prosecution from mentioning previous investigations targeting Mosby. Griggsby's decision covered probes conducted by Baltimore Inspector General Isabel Cumming - launched at Mosby's request - and Maryland Bar Counsel Lydia Lawless.

It's proper for judges to bar mentions of previous investigations from trial under the rules of evidence because jurors tend to associate being investigated with being guilty, Alperstein said.

However, when facts in those investigations are relevant to the current cases, there are ways to admit them to trial, Alperstein said.

"The government still has an interest in that content and the way around it is, one, a stipulation of the facts between the two parties, or, two, a statement that is sanitized of reference to any investigation but still leaves the content for the jury to consider," Alperstein said.

Though Griggsby has prohibited prosecutors from bringing up prior investigations, she left the door open to the government introducing "sanitized" statements if the two sides could not reach agreement on a stipulation. In legal terms, a stipulation is a binding agreement on the facts between the defense and prosecution.

Prosecutors say the statements Mosby or her lawyers made in response to those probes are highly relevant to its prosecution of Mosby and that they should be allowed to introduce redacted versions of those statements at trial.

Last week, Mosby's defense team revealed for the first time they plan to argue in court, through the testimony of a forensic accountant, that she suffered business losses and a decrease to her personal net worth at the onset of the pandemic.

Mosby faces two counts of perjury and two mortgage fraud charges.

Federal prosecutors say she lied about suffering financial hardship during the coronavirus to obtain early and penalty-free withdrawals from her city retirement savings account. Then, according to Mosby's indictment, she used the approximately $80,000 on two vacation homes in Florida. Prosecutors say she misled lenders on mortgage applications for both properties.

Mosby checked a box on a form requesting the retirement saving withdrawals under the federal CARES Act, Congress's first pandemic relief package, claiming that she suffered an "adverse financial consequence" as a result of being furloughed or laid off, having reduced work hours, being unable to work due to a lack of child care, or if a business she owned had closed or taken a loss.

Should Griggsby allow the defense's forensic accountant, Jerome Schmitt, to testify, he plans to offer opinions on Mosby's net worth and investment portfolio and how COVID-19 negatively effected them. Schmitt also plans to testify about the travel industry as a whole, and how Mahogany Elite Enterprises LLC, would have struggled to make revenue as a new company during the early days of the pandemic.

During previous investigations, Mosby said her businesses, including travel company Mahogany Elite Enterprises LLC, were inoperable.

"I ask that you verify that I have not taken on a single client for these companies, nor have I taken in any money," Mosby wrote in a July 2020 letter to Cumming.

Now, her lawyers are hinging their defense for Mosby's perjury charges on those businesses.

Defense attorney Kelley Miller said last week in court the defense planned to introduce "expert testimony regarding the losses suffered by many travel businesses in 2020 and the ability of an early-stage travel-related company, like Mahogany Elite Enterprises LLC, to generate revenue in 2020 after the COVID-19 pandemic began."

The proposed evidence includes three correspondences from 2020: an email from Mosby to State's Attorney's Office spokeswoman Zy Richardson, the letter from Mosby to Cumming and a letter sent by one of Mosby's attorneys at the time, David Shuster, to Cumming.

Prosecutors also asked to introduce redacted copies of three letters sent in 2021: one by Erin Murphy, chief counsel for the state's attorney's office, to Cumming; another from a different lawyer representing Mosby, William Brennan, to the state bar counsel; and another letter from Shuster to Cumming.

"The proposed six accompanying statements are vital to the government's case and, given the asserted defense, have immense probative value. They should be admitted in their sanitized state as proposed," prosecutors wrote Monday.

Prosecutors also have issued subpoenas to Murphy, Shuster and Brennan, setting up the possibility they are called to testify at trial. Should any of them take the stand, prosecutors wrote in their filing that no mention of prior investigations would arise from their lines of questioning.

It is possible Mosby's attorneys will seek to quash the subpoenas and the admission of those letters by attempting to claim those communications are subject to attorney-client privilege, a legal principal that keeps all discussions between a person and their hired lawyer private.

Because the letters were written to a third party they aren't subject to that privilege and are fair game in court, Alperstein said.

"When your lawyer speaks to a third party and offers your position they're acting as an agent of the client," he said. "They're a spokesperson for the client."

In addition to the statements about her businesses, prosecutors are asking Griggsby to admit a February 2021 statement where former Mosby attorney Brennan writes about the tax liens against her and her husband, Baltimore City Council President Nick Mosby.

Prosecutors have said Mosby failed to disclose the tax liens in her mortgage applications for the two Florida homes and **Marilyn Mosby** has previously said she didn't know about the debts because Nick Mosby handled their taxes and did not tell her about them.

Copyright (c) 2022 The Baltimore Sun Company

Record Number: BS0125770119

Daily Record, The (Baltimore, MD)

September 14, 2022

Section: News

Topics:

**Index Terms:**
General news

**Judge postpones Mosby's trial, citing last-minute expert disclosures from defense**

Author: *Madeleine O'Neill*

Article Text:

The federal trial against Baltimore City State's Attorney **Marilyn Mosby** has been delayed again, just a day before jury selection was set to begin in the case.

U.S. District Judge Lydia Griggsby "regretfully" postponed the trial at a final hearing Wednesday, pointing to filings from the defense that revealed only days ago that one of Mosby's expert witnesses would testify her personal travel business could have suffered financial losses because of the coronavirus pandemic.

"This is a central part of the case, and there's just no realistic way to proceed, given what the government has raised as its concerns," Griggsby said. "The court really doesn't have a choice."

Griggsby did not set a new trial date. The defense and prosecution will meet again Thursday at 2 p.m. to decide on a schedule.

Prosecutors said they needed additional time to hire witnesses who could assess the defense's expert testimony.

The defense, however, blamed federal prosecutors for being unprepared to confront Mosby's expert witnesses.

"They made a strategic decision ... and represented to this court that they are not going to call an expert," said Rizwan A. Qureshi, one of Mosby's lawyers.

Mosby's defense is likely to hinge on whether her personal businesses were affected financially when the pandemic hit in early 2020. She is accused of lying about suffering a COVID-related financial hardship when she made two withdrawals totaling $90,000 from her city retirement account in 2020.

The CARES Act allowed for expedited withdrawals from retirement accounts because of the economic turmoil caused by the pandemic. Mosby was only required to self-certify that she suffered a pandemic-related loss in order to withdraw her retirement money a statement that federal prosecutors allege was a lie.

In new filings this week,prosecutors said they had just learned of the opinions that Mosby's experts will present in court if called to testify. One of those witnesses, a forensic accountant named Jerome Schmitt, is expected to testify about COVID-19's impact on the stock market and on Mosby's investments.

Schmitt would also testify about "the ability of an early-stage travel-related company, like Mahogany Elite Enterprises, LLC, to generate revenue in 2020 after the COVID-19 pandemic began."

Mahogany Elite Enterprises is one of three personal businesses that Mosby set up in 2019. She claimed repeatedly that those companies were inoperable in a series of statements that prosecutorsare also seeking to introduce at her trial as evidence of a discrepancy.

Mosby's defense lawyers revealed more of their plan for the trial at Wednesday's hearing. Attorney Kelley C. Miller said that under the financial disclosure Mosby provided to make her retirement withdrawals, Mosby only needed to show that she owned a business that suffered a loss, not that the business was actually operating.

Mosby spent money in order to launch the business, Miller said, and travel businesses in general suffered enormous financial losses during the pandemic.

Griggsby on Wednesday also denied a motion to dismiss the perjury charges against Mosby. The judge was not convinced by the defense's argument that the phrase "adverse financial consequences" was unconstitutionally vague or that Mosby's self-certification of a pandemic-related loss was not a "material" statement under federal perjury law.

Mosby faces two counts each of perjury and making false statements on mortgage applications. In addition to the COVID-19 retirement withdrawals, Mosby is accused of failing to disclose a $45,000 IRS lien and making other false statements when she applied for mortgages on two Florida vacation properties.

Copyright © 2022 BridgeTower Media. All Rights Reserved.

Copyright, 2022, The Daily Record (Baltimore, MD)

Record Number: 324631

Baltimore Brew (MD)

September 14, 2022

Section: Crime & Justice

**Marilyn Mosby trial, again postponed, not likely to get underway until next year**

Author: *Mark Reutter*

Article Text:

The trial of **Marilyn Mosby**, expected to start next Monday, has been delayed a second time by the judge, this time to allow prosecutors time to prepare for a late-disclosed witness for the defense.

U.S. District Court Judge Lydia Kay Griggsby sided with the prosecution at a hearing this afternoon – just one day before jury selection was to start for the highly anticipated trial of Baltimore's state's attorney on perjury and false statement charges.

Saying she was "disappointed" but "we are where we are," Griggsby agreed that an expert witness that the defense disclosed last Friday did not give prosecutors enough time to review and potentially rebut with their own expert.

Griggsby stressed that she was delaying the trial "ultimately in fairness to the defense" because Mosby's attorneys would not have time to prepare for a government witness, which could "cause a mistrial."

She estimated that the Mosby trial would take three weeks and noted in passing that another trial would take place in early December, suggesting that she expected a new trial date sometime in 2023.

She announced a hearing tomorrow with prosecutors and defense to determine a trial date.

The trial was originally scheduled for early May, but was delayed to September 19 at Mosby's request to allow time for a proper defense.

Having lost her bid for a third term in the Democratic primary in July, Mosby will leave as Baltimore's top criminal prosecutor in January.

Seeking Profit from Company

During today's hearing, defense and federal prosecutors traded barbs, with Griggsby admonishing the defense several times for straying from other pre-trial motions and trying to litigate the case.

In addressing the judge, defense attorney Kelley Miller revealed that Mosby had planned income-producing "events" in 2020 through her side business, Mahogany Elite Enterprises – something Mosby repeatedly denied after the company's existence was revealed by The Brew.

Mosby originally said she set up Mahogany Elite to help underserved Black families vacation throughout the world at discount prices.

Miller said Mosby had developed a website design and business plan after she formed the LLC, which contradicts statements made by Mosby and her previous lawyers at Kramon & Graham that the company was a "long-term venture" that had no clients and produced no income.

Mosby told The Brew – and later repeated to other news outlets and to Baltimore Inspector General Isabel Mercedes Cumming – that she set up the company "to help underserved Black families who don't usually have the opportunity to travel outside of urban cities, so they can vacation at various destinations throughout the world at discount prices."

Her plans, however, were thwarted by the same Covid pandemic that struck Walt Disney World and other travel and entertainment conglomerates, "causing incredible volatility in the industry and a dramatic drop in stock prices," Miller said.

Mosby claimed business expenses – $5,000 in her 2020 federal taxes – connected to Mahogany Elite that were never recovered, Miller added.

In her four-count indictment, Mosby is accused of lying on application forms about suffering a financial hardship when withdrawing $90,000 from her city retirement account in 2020, noting that her income as state's attorney had advanced by nearly $10,000 (to $248,000) that same year.

Odd Balance Sheet

The defense revealed to prosecutors last Friday that Jerome B. Schmitt, a forensic accountant from Pittsburgh, would testify that Mosby did suffer financial hardship based on his finding that her net worth dropped from $39,270 on December 31, 2019 to $34,796 on March 31, 2020.

Surprisingly, Schmitt's "balance sheet" shows that Mosby's net worth bounced back to $70,334 on May 27, 2020.

That was one day after she had applied to make the first withdrawal of retirement funds without penalty based on "adverse financial consequences" permitted by the federal CARES Act.

The balance sheet shows that, despite six years of a $225,000-plus-a-year government salary, Mosby had substantial debts coming into the pandemic.

The balance sheet shows that, despite six years of a $225,000-plus-a-year government salary, Mosby had substantial debts coming into the pandemic.

Debts at the end of 2019 included $30,697 in outstanding student loans, almost $28,000 owed on her BMW, and $26,441 in credit card debt.

Over the next five months, as Covid exploded into a national scourge, Mosby drew down her credit card debt to under $4,000 and also made a sizable dent in her car payments.

Regarding the impact of Covid on her Mahogany Elite business, Schmitt's financial summary has nothing to say. He leaves the company's assets and liabilities blank, explaining in a footnote:

As a private business, Mahogany Elite Enterprises, LLC does not receive or provide account statements; as such, the values on this schedule remain blank.

Mosby now says she applied for the retirement account withdrawal because she experienced financial hardship as a result of "the closing or reduction of hours of a business I own or operate," as allowed under the law.

The withdrawn funds, used to make down payments on two Florida vacation homes worth $1 million, constitute part of the first and third counts of perjury.

Griggsby today rejected a motion by Mosby's lawyers to dismiss these charges on the grounds that the phrase "adverse financial consequences" is constitutionally vague and the description of the charges in the indictment is ambiguous and subjective.

This was the third time the defense has tried to convince the judge to dismiss the perjury counts.

Caption:
Above: U.S. District Judge Lydia Kay Griggsby was appointed to the Maryland bench last year. (ali.org)

**Marilyn Mosby**, with her husband, City Council President Nick Mosby, denounces the federal indictment at a campaign rally for supporters outside her Reservoir Hill home. (Instagram)

Balance sheet of **Marilyn Mosby**'s net worth, as prepared by defense expert witness Jerome B. Schmitt. (Document 111-2, U.S. v. Marilyn J. Mosby)

Copyright © 2022 Baltimore Brew LLC, All rights reserved.

Record Number: 5bf394c5d4702b32b562f016123bf4e5d19bfe5

Sun, The (Baltimore, MD)

September 15, 2022

Edition: First Generic
Section: Main
Page: 1

**Mosby's trial postponed**

**Judge: 'It's regrettable that we are in the position we are in'**

Author: *Lee O. Sanderlin and Alex Mann*

Article Text:

U.S. District Court Judge Lydia Kay Griggsby ordered a postponement Wednesday of Baltimore State's Attorney **Marilyn Mosby**'s upcoming perjury and mortgage fraud trial in part because of Mosby's delayed disclosure of expert testimony.

Mosby, who will leave office in January, was scheduled to begin trial Monday and the postponement comes after the defense failed to disclose the details of its expert witness testimony by Griggsby's mandated July 1 deadline. Mosby's defense sent its last disclosure, at Griggsby's direction, to prosecutors late Friday night.

Instead of selecting jurors for what would have been a three-week-long trial, the parties will reconvene at 2 p.m. Thurs

day to try and hash out a trial date for the third time.

"It's regrettable that we are in the position we are in," Griggsby said when announcing the postponement. "We are where we are."

A. Scott Bolden, Mosby's lead defense attorney, said in and outside of court that a new trial needs to be scheduled as quickly as possible so she can get on with her life "good, bad or ugly."

"My client's been under investigation by the United States government for over 200 days," Bolden said. "She's got a family. She's lost an election. She needs income after January 6 [when she leaves office], as you all well know. She's ready for trial. She's been ready for trial."

Mosby, who was accompanied by husband, Baltimore City Council President Nick Mosby, declined to comment.

Federal prosecutors say Mosby lied about suffering financial hardship during the coronavirus pandemic to obtain early withdrawals from her city retirement savings account. According to Mosby's indictment, she used the approximately $80,000 on two vacation homes in Florida and then misled lenders about her finances and plans for the properties on her mortgage applications.

Separately, Griggsby denied Mosby's second attempt at having the perjury charges against her dismissed on the grounds the indictment against her was deficient. Griggsby said their arguments were not persuasive in terms of obtaining a dismissal and would be more appropriate for a jury at trial. Griggsby denied Mosby's April attempt at having all the charges tossed on the claim that her prosecution was racially and personally motivated.

At issue Wednesday was the testimony of Mosby's hired forensic accountant, Jerome Schmitt, who was expected to testify about Mosby's personal businesses, her finances and the impact COVID-19 had on both the financial markets and Mosby's personal travel and consulting businesses.

The defense said Schmitt would testify about how stock prices of large travel and hospitality companies, like Disney, had suffered during the early days of the pandemic, and then extrapolate that analysis to apply to Mosby's Mahogany Elite Enterprises LLC, a fledgling, supposedly inoperable travel company she formed before 2020.

Lead prosecutor Leo Wise, in court, said the defense "ambushed" prosecutors with their late disclosure about Schmitt's testimony, calling the idea the government could proceed to trial without preparing "ridiculous."

Prosecutors sought to either ban Schmitt's testimony in its entirety, something Griggsby seemed disinclined to agree with, or to get a postponement and hire their own expert for rebuttal. Wise said the government would need time to recruit and procure its own expert but did not offer a timeline.

Normally, the defense in a criminal case does not have to disclose what a witness will say in trial, but expert witnesses are different because they offer opinions, so the prosecution is supposed to be given a chance to prepare. Expert disclosures in the case were due July 1, per Griggsby's order, but Schmitt's full disclosure wasn't sent to prosecutors until Friday, 10 days before trial.

Prosecutors, in court filings, had asked the defense for more extensive disclosures since July but had been met with opposition.

Griggsby said the defense's 11th-hour disclosure created a conundrum, and even if the government could find a witness in time for next week, Mosby would not have time herself to prepare for that testimony. The postponement, Griggsby said, was done to ensure the outgoing state's attorney is given as fair a trial as possible.

Bolden disagreed with the characterization that the defense didn't disclose testimony in a timely manner, but declined to say why he disagreed with the judge.

Schmitt's opinions and testimony go to the heart of Mosby's perjury defense and are central to the case, because he will testify the pandemic hurt Mosby's businesses.

Mosby checked a box on a form requesting the retirement saving withdrawals under the federal CARES Act, Congress's first pandemic relief package, claiming that she suffered an "adverse financial consequence" as a result of being furloughed or laid off, having reduced work hours, being unable to work due to a lack of child care, or if a business she owned had closed or taken a loss.

She made her first retirement account withdrawal under the CARES Act rules in May 2020.

Around that same time, Mosby, under fire for frequent out-of-state travel, asked the Baltimore inspector general for an investigation into her travel and consulting businesses to prove they existed in name only. The inspector general later found Mosby deducted $5,000 in business expenses on her federal taxes for losses associated with the travel business.

"I ask that you verify that I have not taken on a single client for these companies, nor have I taken in any money," Mosby wrote in a July 2020 letter to the inspector general. "Any insinuation to the contrary is false, misleading, and unethical."

Caption:
Defense lawyer A. Scott Bolton, right, claims his client **Marilyn Mosby**, center, is innocent after leaving federal court with her and her husband, Nick Mosby. KENNETH K. LAM/BALTIMORE SUN

Copyright (c) 2022 The Baltimore Sun Company

Record Number: BS0125795010

Daily Record, The (Baltimore, MD)

September 15, 2022

Section: News

Topics:

**Index Terms:**
General news

**Mosby's federal trial moved to March, when she will be out of office**

Author: *Madeleine O'Neill*

Article Text:

Baltimore State's Attorney **Marilyn Mosby** will be out of office before she faces trial on federal charges of perjury and mortgage fraud.

U.S. District Judge Lydia Kay Griggsby set a new trial date of March 27 at a hearing on Thursday. Mosby's trial was supposed to start on Monday, but had to be postponed at the last minute Wednesday because of an ongoing dispute over expert witnesses.

Mosby lost her campaign for a third term as Baltimore state's attorney, which took place under the cloud of her pending criminal trial. She placed third in the July Democratic primary and is set to leave office when her term ends in January.

The defense at first pressed for a quick trial that could take place before the primary, but asked for a continuance in the spring. Mosby's lawyers blamed the request on the voluminous discovery and a "lack of clarity" from prosecutors regarding expert witnesses.

Prosecutors said they did not intend to call any expert witnesses at the trial. On Wednesday, however, Assistant U.S. Attorney Leo Wise said his office would need to hire experts in order to combat expert testimony from the defense. He said the defense delayed filing expert witness disclosures until the last minute, making it difficult for the prosecution to prepare for trial.

A frustrated Griggsby agreed and postponed the trial just a day before jury selection was set to begin.

Prosecutors plan to challenge Mosby's expert witnesses, who are expected to testify about her personal finances and those of her side business, Mahogany Elite Enterprises, LLC. Mosby said repeatedly in past statements that her travel company was not operational, but her defense seems likely to hinge on whether the company suffered losses because of the pandemic.

RELATED: Judge postpones Mosby's trial, citing last-minute expert disclosures from defense

Prosecutors are also seeking a gag order to block defense lawyers and other parties to the case from making statements to the media and the public that could prejudice potential jurors.

The motion came shortly after Mosby's lead defense lawyer, A. Scott Bolden, said on the courthouse steps Wednesday that the government's arguments are "bulls--t" and that state and federal employees and African-American politicians like Mosby are at risk of being targeted for prosecution.

The motion notes that prospective jurors, who answered a questionnaire in preparation for the September trial date, said they are watching media coverage of the case closely. Many said they had already made up their minds about the case based on media coverage, Wise wrote.

"Defense counsel's use of the courthouse steps as a platform and prop for his inflammatory statements to potential jurors presents particular concern, because of the large presence of media there whenever there are hearings in this case, and the use of the courthouse as a backdrop in an attempt to legitimize his comments," Wise wrote in the motion.

Mosby faces two counts each of perjury and making false statements on mortgage applications. She is accused of falsely claiming a pandemic-related financial loss in order to withdraw $90,000 from her city retirement account in 2020. She put the money toward down payments on two vacation properties in Florida.

She is also accused of failing to disclose a $45,000 IRS lien and making other false statements when she applied for the mortgages on those two Florida properties.

Copyright © 2022 BridgeTower Media. All Rights Reserved.

Copyright, 2022, The Daily Record (Baltimore, MD)

Record Number: 324857

Baltimore Brew (MD)

September 15, 2022

Section: Crime & Justice

**Pushed-back trial date gives Marilyn Mosby four more months on the job**

Author: *Fern Shen*

Article Text:

**Marilyn Mosby** left court today on what was originally scheduled to be the first day of jury selection.

Instead, she walked away with a six-month reprieve – her trial on federal perjury and mortgage fraud charges now scheduled for March 27, 2023.

For those keeping track of the saga of Baltimore's embattled state's attorney, this means her day in court has been pushed back nearly a year from its original start which was to be May 2, 2022.

Today's news means that Mosby, who lost her bid for a third term as Baltimore's top prosecutor in the July primary, will be able to fill out the final four months of her job, which translates into about $75,000 in income.

Federal prosecutors and her attorneys arrived at the new trial date after U.S. District Judge Lydia Kay Griggsby floated five potential dates in February and March, with the parties finally settling on the last proposed date.

Factors influencing the rescheduling, Griggsby said, included her trial obligations and other matters as well as jury availability.

Amid continued squabbling between prosecutors and the defense over witness disclosures and other matters, Griggsby sought to strike an upbeat note during the afternoon hearing.

"We have a schedule. That is good news," she reminded them.

Wrangling over a Witness

But the pushed-back schedule served only to prolong a distracting controversy for a city beset with violent crime and prompted yet another round of courtroom finger-pointing, with the government and the defense blaming each other for the delay.

Prosecutors had argued for months that the defense needed to provide more information about its expert witnesses. They missed a July 1 deadline that Griggsby set to submit those details.

But it wasn't until last week that Griggsby took up the issue, directing the defense to elaborate on expected testimony from its experts. Today the two sides wrangled again over witness testimony, focusing on Mosby's "forensic accountant" Jerome B. Schmitt.

The prosecution complained that Mosby's lawyers' explanation of what Schmitt planned to say to the jury – disclosure that is required of expert witnesses – continued to be inadequate.

Plucking out an example from Schmitt's planned testimony about the financial impact of Covid-19 on the travel industry, Assistant U.S. Attorney Leo Wise was particularly withering.

"I have no idea how Walt Disney World is comparable to Mahogany Elite Travel," Wise said, referring to Mosby's Mahogany Elite travel business that, according to previous disclosures, produced no income either before or during the pandemic.

Wise repeatedly referred to it as "not operational."

In the end, Mosby's attorney Kelley Miller offered to produce the information Wise sought by October 7.

Over Wise's objections ("that's three weeks from now for information they already have") Judge Griggsby ordered the defense to produce the disclosures by that date.

Wise was then given until December 1 to identify and hire the experts he said he would need to rebut them.

Profanity and More

Another question that hovered over today's proceeding was how Griggsby would respond to the prosecution's motion, filed earlier in the day, for a gag order to be imposed on the defense after Mosby's attorney, A. Scott Bolden, uttered a barnyard epithet and made other "inflammatory" and "unprofessional" remarks outside the courthouse yesterday.

U.S. Attorney Erek L. Barron said in his motion that the attorney's remarks could prejudice jurors against the prosecution, noting that Bolden "offered this 'warning' to federal and state employees: 'If you're in the federal government, you're in the state government, you're an African-American politician working for the government, you are at risk because of the U.S. Attorney's Office for the City of Baltimore.'"

Defense apologizes for saying "bullshit," but not for repeating racial animus allegation.

Similar allegations that white prosecutors are out to get a progressive Black public official have repeatedly been made by Mosby and her legal team since her indictment, despite the fact that Barron is Black.

Griggsby had previously considered – and denied – a defense motion to throw out the federal case against Mosby based on "racial animus" by prosecutors. Here again the allegation was made, this time before the media gaggle.

The prosecution's motion for a gag order, however, was never mentioned or addressed by the judge, who at at the end of today's proceedings asked Bolden, "Is there anything else you wish to say to the court?"

Bolden apologized only for saying "bullshit."

"It's been reported. . . that I used a profanity. That was inappropriate. I own it," Bolden said. "I apologize to the court."

To which Griggsby replied before the hearing was adjourned, "Thank you very much, Mr. Bolden. The court certainly accepts and appreciates your apology."

Caption:
Above: **Marilyn Mosby** leaves federal court with lead attorney A. Scott Bolden. (Fern Shen)

Copyright © 2022 Baltimore Brew LLC, All rights reserved.

Record Number: df42c265ffe3b13499ca3eda5943f95ae82bf81

Sun, The (Baltimore, MD)

September 16, 2022

Edition: First Generic
Section: Main
Page: 1

**Mosby's trial is set for March after latest delay**

**Prosecutors want gag order before jury selection begins**

Author: *Lee O. Sanderlin and Alex Mann*

Article Text:

Baltimore State's Attorney **Marilyn Mosby**'s federal perjury and mortgage fraud trial is now set to begin March 27, more than a year after she was originally indicted and months after she will have left office.

U.S. District Judge Lydia Kay Griggsby ordered the new trial date Thursday, a day after postponing Mosby's trial for a second time. The two-term Democratic prosecutor was scheduled to start trial Monday.

The second postponement came after the defense failed to adequately disclose the details of its expert witness testimony by Griggsby's mandated July 1 deadline. Mosby's defense sent its last disclosure, at Griggsby's direction, to prosecutors late last Friday night - 10 days before the trial was supposed to begin. The defense asked for the first continuance in April after saying the prosecution had not turned over discovery fast enough for them to prepare for a May trial.

Lead prosecutor Leo Wise said Thursday that final disclosure by the defense was still insufficient, and is asking Griggsby to order Mosby's attorneys to fully comply with the rules of evidence.

At issue is the testimony of Mosby's hired forensic accountant, Jerome Schmitt, who will testify about Mosby's personal businesses, her finances and the impact COVID-19 had on both the financial markets and Mosby's personal travel and consulting businesses.

Normally, the defense in a criminal case does not have to disclose what a witness will say in trial, but expert witnesses are different because they offer opinions, so the prosecution is supposed to be given

a chance to prepare. In Mosby's case, the defense needs to supply the rationale behind Schmitt's opinions.

Defense attorney Kelley Miller said in court that Schmitt would testify about how stock prices of large travel and hospitality companies, like Disney, had suffered during the early days of the pandemic, and then extrapolate that analysis to apply to Mosby's Mahogany Elite Enterprises LLC, an allegedly inoperable travel company she formed in 2019. Miller compared Disney, as well as other large hospitality companies like MGM Resorts, to Mosby's business.

"I have no idea how Walt Disney World is comparable to Mahogany Elite Enterprises and I have no idea why Mr. Schmitt thinks that," Wise said.

Wise said Wednesday that the defense "ambushed" prosecutors with their late disclosure about Schmitt's testimony, calling the idea the government could proceed to trial without preparing "ridiculous." Miller said she felt her side had disclosed plenty, and pointed to a spreadsheet that offered limited details about the state of Mosby's finances during the pandemic's nascent days.

There is no publicly available information about the finances of Mahogany Elite Enterprises LLC, but Miller said Wednesday that Mosby had a business plan and a website developed. Schmitt is expected to testify that COVID-19 would have severely hampered Mahogany Elite Enterprises LLC's ability to earn any revenue.

However, Mosby made statements in 2020 and 2021 that she never planned to operate the company while in office and had not taken on any clients. Her lawyers are seeking to suppress those statements from being introduced as evidence when she goes to trial.

Prosecutors had sought to either ban Schmitt's testimony in its entirety, something Griggsby seemed disinclined to agree with, or to get the postponement and hire their own expert for rebuttal. Wise said the government would need time to recruit and procure its own expert, and Griggsby ordered prosecutors to finish that process by Dec. 1.

In a separate motion Wednesday morning, prosecutors asked Griggsby to issue a gag order prohibiting attorneys in the case from making out-of-court comments aimed at influencing potential jurors.

In the motion, prosecutors raised concerns about seating an impartial jury for Mosby's trial, citing extensive media coverage. Responses to a questionnaire sent out to prospective jurors for Mosby's trial showed the jury pool was familiar with the case because of what they'd read, watched or listened to, according to the government's motion.

"[A] substantial portion of the individuals indicated they had already made up their mind about the case based on press coverage," prosecutors wrote about the questionnaire.

Prosecutors criticized lead Mosby attorney A. Scott Bolden for his comments to reporters on the courthouse steps after Mosby's trial was delayed on Wednesday.

Bolden warned government employees to be wary of federal prosecutors, repeating unsubstantiated claims that the case against Mosby is the product of racial and personal animus the U.S. Attorney's Office harbors against her.

Prosecutors said Bolden's comment would taint the jury pool in Mosby's favor.

"This case should be tried inside the federal courthouse, not on its steps," prosecutors wrote.

In court Thursday, Bolden apologized to Griggsby for calling the postponement of Mosby's trial "bull****" outside of the federal courthouse.

"I was very frustrated. I apologize again. It will never happen again. I am very disappointed in my choice of words," Bolden told Griggsby.

As he led Mosby to her motorcade, Bolden said the defense attorneys planned to file a legal response to prosecutors' request for a gag order.

Caption:
Baltimore State's Attorney **Marilyn Mosby** leaves federal court with her husband Nick Mosby, left, and lawyer A. Scott Bolden, right, on Thursday. Lloyd Fox/Baltimore Sun

Copyright (c) 2022 The Baltimore Sun Company

Record Number: BS0125811228

Sun, The (Baltimore, MD)

September 17, 2022

Edition: First Generic
Section: Main
Page: 1

**Judge sets up
hearing on Syed**

**After 23 years in prison, it's possible 'Serial' subject is freed by Monday afternoon**

Author: *Alex Mann and Lee O. Sanderlin*

Article Text:

Adnan Syed, the Baltimore man serving life in prison for a murder he says he did not commit, could have his conviction overturned as soon as Monday afternoon.

Baltimore Circuit Judge Melissa Phinn set a hearing for 2 p.m. Monday to consider a request from prosecutors to vacate Syed's conviction in the 1999 killing of Hae Min Lee.

After 23 years in prison, it's possible Syed is freed Monday.

Prosecutors asked Phinn to release Syed, 41, while the Baltimore State's Attorney's Office determines how to proceed in light of the revelation of two "alternative suspects," who were referred to in court papers that argued for the guilty verdict to be thrown out.

Maryland law says prosecutors generally have 30 days after a conviction is vacated to decide whether to drop the charges or to retry the case, according to a motion filed by prosecutors in Syed's case.

Legal experts interviewed by The Baltimore Sun said they anticipate Phinn will vacate Syed's conviction because the motion from prosecutors came with the support of Syed's attorney, Assistant Public Defender Erica Suter.

If the judge takes that step, it would be up to embattled State's Attorney **Marilyn Mosby** to consider whether to drop the charges or face the daunting prospect

of retrying a decades-old homicide.

In a further twist, if Mosby decides this fall to retry the case, the court would likely schedule it for trial after she leaves office next year. She lost the Democratic primary in July and is fighting federal mortgage fraud and perjury charges.

"Since the inception of my administration, my prosecutors have been sworn to not only aggressively advocate on behalf of the victims of crime, but in the pursuit of justice - when the evidence exists - to correct the wrongs of the past where doubt is evident," Mosby said in a statement Wednesday.

In the motion Mosby's office's filed Wednesday, prosecutors wrote the decision to go forward with a new trial or drop the charges will hinge upon "ongoing investigative efforts."

Legal experts told The Sun it would be exceedingly difficult for prosecutors to bring the case back to court.

"Memories fade, witnesses disappear, physical evidence deteriorates, other evidence gets stale or lost," said David Jaros, faculty director of the University of Baltimore's Center for Criminal Justice Reform.

According to the prosecutors' motion, an approximately yearlong investigation they conducted alongside Suter revealed information about the alternative suspects. Information about those people was known to authorities before Syed's trial, but they did not tell Syed's attorney about it, the motion said. Prosecutors said this week that the fact that the information was withheld prevented Syed from receiving a fair trial.

"The state is not asserting at this time that the defendant is innocent. However, for all the reasons set forth below, the state no longer has confidence in the integrity of the conviction," wrote Becky Feldman, chief of the Sentencing Review Unit in Mosby's office, in the motion.

Feldman wrote that the joint investigation revealed two other suspects known to investigators looking into Lee's killing who were cleared improperly. The court papers explain why prosecutors consider each person a suspect, but do not distinguish between the two people's actions.

One suspect threatened to kill Lee and make her disappear, information that was in prosecutors' trial file, but not disclosed to Syed's attorney, the court documents say. Lee's car was found near a homewhere one of the suspects lived the year she disappeared. One suspect, prosecutors now say, is a convicted serial rapist. The suspects had other convictions of violence against women.

Mosby's office and Suter agreed not to identify either of the alternative suspects out of concerns revealing their names would jeopardize the ongoing investigation, according to the court papers.

The motion from prosecutors also cited unreliable evidence that was presented at Syed's trial. Cellphone location evidence of a now-antiquated type was inaccurate and would no longer stand up in court. That evidence was among the most critical pieces of the state's case in convicting Syed.

Baltimore Police said Friday that they are reinvestigating Lee's death.

Suter, the director of the Innocence Project clinic at the University of Baltimore School of Law, filed a legal response in support of prosecutors' request to vacate Syed's conviction.

Syed has maintained he was innocent in the face of disturbing allegations: Authorities at the time believed the 17-year-old struggled with his former Woodlawn High School sweetheart in a car and strangled her. Her body was discovered in a shallow grave in Baltimore's Leakin Park. Lee was 18.

Syed stood trial twice for the homicide, with the first ending in a mistrial. A jury found him guilty in 2000 of murder, kidnapping and robbery. The judge gave him life, plus 30 years, in prison. Appeal after appeal came up short.

Suter began working with Mosby's office last year in light of a new state law enabling those convicted of crimes before they turn 18 to petition the court for a sentence modification. She and Feldman examined the case closely, working on it until the motion was filed Wednesday. Andrew I. Alperstein, a defense attorney and former prosecutor, said there is a strong likelihood a judge will order a new trial because the prosecution and defense agreed about that.

If the judge vacates the conviction at prosecutors' initiation, "it's hard to imagine they're going to come back and prosecute him," said defense attorney Warren Brown.

The defense attorneys and former prosecutors who spoke to The Sun questioned whether Baltimore police have the bandwidth to vigorously investigate a decades-old murder. The city is on pace to surpass 300 killings for the eighth year in a row, and the department continues to grapple with a shortage of officers.

"This one's high profile. If they're genuine with their intent to pursue the case, they'll assign people to it," said Patrick Seidel, who was a prosecutor for about a dozen years in New York City and Baltimore, where he eventually led the Major Investigations Division of the state's attorney's office before switching to private practice.

"Obviously, the elephant in the room is if this was all a publicity stunt to avoid writing about her trial a day ago, then this will be a one-day headline and it will go on a shelf somewhere," he said.

Feldman, who works for Mosby, filed the Syed motion the day before jury selection was slated to begin in Mosby's trial in federal court on charges relating to her withdrawing money from her retirement fund and buying real estate. A videographer documented Feldman's trip to court, although it's unclear who that person works for. Syed's case has been the subject of podcasts, books and a documentary series.

A judge Wednesday delayed Mosby's trial until March.

After another hearing Thursday, Mosby declined to answer questions about Syed's case as she left the federal courthouse.

Baltimore Sun reporter Jessica Anderson contributed to this article.

Caption:
Syed

Copyright (c) 2022 The Baltimore Sun Company

Record Number: BS0125836421

Baltimore Brew (MD)

September 22, 2022

Section: Accountability

**Remember the new travel policy that was enacted in the wake of Marilyn Mosby's overseas trips?**

Author: *Mark Reutter*

Article Text:

In the first months of Brandon Scott's administration, the question of whether Baltimore State's Attorney **Marilyn Mosby** should have gotten Board of Estimates approval for her travels to Europe, Africa and the United Kingdom preoccupied his top aides and others.

Mosby, married to incoming City Council President Nick Mosby, insisted that a report by Inspector General Isabel Mercedes Cumming saying she should have disclosed her trips to the spending board was dead wrong.

In one Twitter post, Mosby wrote, "It is deeply disturbing that the IG has publicly criticized me. . . and applied an ambiguous administrative rule related to travel reimbursements."

After Comptroller Bill Henry sought clarification, City Solicitor Jim Shea came to the conclusion that the travel rules in the city's AM (Administration Manual) were inexact, making it unclear whether Mosby was in violation.

The new travel policy settles the matter of advanced notification "once and for all," Scott said in 2021.

So at the mayor's request, Shea and City Administrator Christopher Shorter convened a Travel Rule Work Group. Following three months of study, the panel came up with new procedures designed "to ensure [that] all public officials receive clear and consistent guidance when it comes to travel and notification policy once and for all," Scott declared in a May 19, 2021 press release.

The key change required that any travel undertaken by city employees costing over $800 (or $100 if paid by a third party) must be disclosed and OKed ahead of time by the Board of Estimates.

Travel overseas and trips covering one or more weekend days also needed advanced approval by the board.

The rules covered both elected officials and salaried city personnel. Shea hailed them as "consistent with Mayor Scott's pledge to bring transparency and accountability to City government."

A Bumpy Enactment

A vote to approve the new policy, however, did not go smoothly.

Nick Mosby twice asked the board to delay action on the changes. Then, at a tempestuous meeting on June 9, 2021, he abstained, pointedly noting that the rules only applied to the 17 elected officials at City Hall.

As The Brew then noted:

"Missing from the lineup was his wife's position. Was Nick Mosby suggesting that the state's attorney was exempt? Neither the mayor nor lawyer Shea challenged Mosby's statements. Later, Scott said the new policies would cover 18 elected positions, including the state's attorney, and would become effective immediately."

After the vote, **Marilyn Mosby** claimed credit for the new travel policy.

The revised rules were approved that day by Scott, Shea and Deputy DPW Director Matthew Garbark. After failing to table the measure, Henry voted no.

After the vote, **Marilyn Mosby** claimed credit for the new travel policy. She released a statement saying, "As I have always disclosed all my work-related travel, I am in support of the board's decision to require city elected officials to formally do the same."

New travel rules approved as **Marilyn Mosby** haunts a Board of Estimates meeting (6/9/21)

What Travel Rules?

In light of this background, consider what happened at yesterday's BOE:

A request for $9,000-plus in travel costs incurred by Nick Mosby's chief of staff – a salaried position covered by the new rules – was presented to the board two weeks after the aide attended a week-long education course at Oxford University in Oxford, England.

Shea and Shorter (the latter acting in place of Mayor Scott) voted to approve the travel request, along with DPW director Jason Mitchell.

Comptroller Henry abstained, saying that he would not vote on "an expenditure from a component of an elected official's budget."

Mosby offered no statement at all. Instead, it was announced at the start of the meeting that Mosby would abstain from the agenda page that contained the travel request.

Thus, Anderson's $9,144.77 trip to England was retroactively approved yesterday.

And neither Shea, Shorter nor an absent Mayor Scott explained why they chose to abandon the "clear and consistent" new policy they had championed a year before.

Caption:
Above: Nick and **Marilyn Mosby** from The People for Mosby Facebook page created in 2021.

May 19, 2021 press release announcing the new travel rules. (https://mayor.baltimorecity.gov)

Traveling to Oxford on the taxpayer's dime: Nick Mosby's chief of staff, Lawrence Rashad Anderson. (@politiCreative)

Copyright © 2022 Baltimore Brew LLC, All rights reserved.

Record Number: c5afedade9c6af8f9f9398ef223875350d99a69

Sun, The (Baltimore, MD)

September 25, 2022

Edition: First Generic
Section: Main
Page: 1

**Laws paved way for release**

**Syed's case aided by state's
shifts in youth sentences and faulty convictions**

Author: *Lea Skene*

Article Text:

Even as Adnan Syed amassed an enormous following after the wildly popular "Serial" podcast raised a slew of questions about the evidence against him, multiple attempts to appeal his 2000 murder conviction failed, leaving many supporters wondering if justice would ever prevail.

Their hope was restored this week after a Baltimore judge vacated his conviction and an unshackled Syed descended the courthouse steps downtown, surrounded by a crowd of cheering supporters, and went home to his parents after 23 years behind bars.

Public support, media attention and advocacy likely contributed to that outcome, which many considered long overdue.

But a pair of relatively new Maryland laws paved the way for his release: One softened sentencing practices for children convicted of serious crimes and the other created a process for prosecutors to vacate faulty convictions.

The legislative changes - which have received relatively little attention compared with even the minute details of the case against Syed - came amid a nationwide push to reconsider life sentences for juvenile defendants and provide more robust remedies for victims of police misconduct and prosecutorial errors. They changed everything for Syed.

Advocates hope his case will increase public awareness about the power of criminal justice reform measures to address historic wrongs and flaws within the system, which has started moving away from some "tough on crime" policies enacted decades ago.

"But this case is one in a million" - not because the conviction rested on

questionable evidence, but because efforts to expose those problems ultimately resulted in Syed being freed, said Ashley Nellis, senior research analyst for The Sentencing Project, a national nonprofit that studies sentencing laws.

Such positive outcomes are still rare.

"It takes an extraordinary confluence of events for that to happen," Nellis said. "The reality is there are many more people serving inappropriately long sentences whose cases deserve the same level of scrutiny."

Policies at play

After Syed spent decades trying unsuccessfully to prove his innocence in the 1999 killing of Hae Min Lee, the process that restored his freedom unfolded relatively quickly.

First, his lawyer Erica Suter contacted the office of Democratic State's Attorney **Marilyn Mosby** in October and asked prosecutors to review the case under Maryland's recently enacted Juvenile Restoration Act, which allows people accused of crimes as children and teens to appeal their sentences after serving 20 years.

Mosby's office agreed.

In an interview this week, the city prosecutor touted the work of her Sentencing Review Unit, created in December 2020 to consider such requests. Forty people have been released to date and almost 100 other cases are under active review, according to data from Mosby's office.

Mosby had hired a former longtime public defender, Becky Feldman, to head the new division. Most of the cases granted review involve juvenile defendants; they have to convince a court that they've changed for the better in the decades since their convictions.

State Sen. Chris West, a Baltimore County Republican who sponsored the Juvenile Restoration Act, said he considered it common-sense legislation that would save the state money by releasing people from prison when they no longer pose a public safety concern. The law requires a court to find "clear and convincing evidence" that such a decision would serve the interest of justice.

"There is something called redemption," said West, who had never heard of Syed or "Serial" until his case appeared in back in the headlines this month. "I mean goodness gracious, people can change."

Mosby said Syed seemed like a good candidate for release under the law. He was 17 when his ex-girlfriend and Woodlawn High School classmate was found dead in Leakin Park. After a guilty verdict, he was sentenced to life plus 30 years. He had served 22 years when his attorney applied for sentence review.

While prosecutors poured over 17 boxes of court documents, however, they made some alarming discoveries, including alternative suspects, disclosure issues and unreliable evidence used at trial, according to court filings.

Mosby said those discoveries sent the case to her Conviction Integrity Unit, which investigates innocence claims and potentially wrongful convictions. It was established in 2015 and has freed 12 people so far, not including Syed - 11 exonerations and one vacated conviction.

Further review led to a motion to vacate Syed's conviction, which prosecutors filed last week. They stopped short of proclaiming his innocence.

That motion - which ultimately won Syed his freedom following a hearing Monday - was possible thanks to a bill approved by the Maryland House of Delegates in 2019.

Lawmakers passed the legislation largely in response to the Baltimore Police Department's Gun Trace Task Force corruption scandal, which left thousands of potentially faulty convictions in its wake. Baltimore prosecutors had run into obstacles trying to get such cases vacated because some judges denied their requests, saying there was no existing legal basis for such findings.

Then-Del. Erek Barron, a Prince George's County Democrat later appointed U.S. attorney for Maryland, sponsored the measure. He called it a no-brainer at the time, saying it simply codified the obligation of any prosecutor to correct past wrongs.

Before a conviction can be vacated, the law requires newly discovered evidence or other information that "calls into question the integrity" of the conviction. It also says the decision must be "in the interest of justice and fairness."

Mosby pushed hard for the bill, even as the vast majority of her counterparts in Maryland's counties opposed it. During a 2019 legislative hearing, Caroline County State's Attorney Joseph Riley, a Republican, expressed concern that the legislation could lead to inconsistent annulments of convictions and a politicized decision-making process.

"This bill is far more broad than the true issue, which is the Gun Trace Task Force," said Riley, adding that prosecutors would be "empowered with greater control over cases than we've ever had before, and it is a power that we are not asking for currently."

Mosby said getting the legislation passed - and then seeing it used in the Syed case - was incredibly rewarding, what she called a full-circle moment in her pursuit of "justice over convictions."

Mosby has joined a relatively small group of so-called progressive prosecutors across the country making headlines in recent years for their reform efforts. Prosecutors in other cities, including San Francisco, Philadelphia and New Orleans, have similarly focused on addressing excessive sentences and wrongful convictions.

"We've already been doing that work," Mosby said.

What's next?

Syed was released from custody pending further investigation, but he still faces a murder charge. Baltimore Circuit Judge Melissa Phinn set a deadline of 30 days from her ruling Monday for prosecutors to decide whether to retry him. They also could investigate and seek charges against one of the alternative suspects mentioned in recent court filings.

Mosby, who lost to challenger Ivan Bates in the July primary, said her office is awaiting the results of more DNA testing, which she hopes will come back before her term ends in January.

Some critics have questioned the timing of the motion to vacate, in part because it coincided with developments in an ongoing federal perjury case against Mosby.

She pushed back strongly against those claims: "The concept that I'm attempting to distract from these bogus charges against me ... is ridiculous."

Steve Kelly, an attorney representing the Lee family, said the process was rushed - the hearing Monday was announced on the afternoon of the Friday before - and the court proceeding seemed like a charade. He said both prosecutors and the judge treated the victim's family as an afterthought.

Young Lee, the victim's brother, testified via video conference during the hearing after the judge refused to postpone it a week so he could travel to Baltimore from California. He said he felt blindsided because prosecutors spent the past two decades saying his sister's killer was off the streets - only to reverse course and free Syed.

The law to vacate convictions requires victims to receive advance notice and the opportunity to participate in such hearings. Kelly said the Lee family may file an appeal arguing their rights were violated, though the only possible remedy likely would be another hearing.

Immediately after Monday's hearing, Mosby stood outside the courthouse, surrounded by reporters and television cameras, and proclaimed her commitment to creating a more equitable justice system.

"I said this four months following the death of Freddie Gray and I'm saying it four months before the end of my term: Justice is always worth the price paid for its pursuit," she said.

Arduous process

Syed spent years filing appeals, to no avail.

In 2016, he was granted a new trial after claiming ineffective assistance of counsel - two years after "Serial" was released. But the state's highest court reversed the decision.

The Maryland Attorney General's Office, not the Baltimore State's Attorney's Office, had been handling the appellate filings, which is standard procedure in Maryland. Baltimore prosecutors did nothing to challenge the conviction during that time; Mosby said she didn't listen to "Serial" or review the case until recently because a different office was handling the proceedings.

But in recent days, she slammed Attorney General Brian Frosh, saying he should "speak to his office's willful decision to sit on exculpatory evidence for the last seven years."

That was after Frosh released a statement Monday denying any failures to disclose evidence and claiming "other serious problems" with Mosby's motion to vacate the conviction.

Frosh's office also offered Syed a plea deal in 2018 that would have given him a 2022 release date. But Syed turned it down; he has always maintained his innocence.

"The type of deal that they'd be offering me, it's like I'd be exchanging one prison for another," he said in the finale of an HBO documentary series released in 2019.

Experts said the case illustrates the nearly insurmountable hurdles defendants often face when seeking post-conviction relief because the justice system is generally reluctant to acknowledge past mistakes.

But they said prosecutors and judges are inching toward a tendency to self-correct, in some cases.

Whether those improvements will ever be enough to address a potentially massive backlog of failures remains to be seen.

"The problem is there are a lot of Adnan Syeds out there," said Brian Saccenti, director of the Maryland Office of the Public Defender's Decarceration Initiative. "There are a lot of people who would benefit from that kind of close review."

Caption:
Baltimore State's Attorney **Marilyn Mosby** discusses the release of Adnan Syed after his conviction was overturned, as Syed's mother, Shamim Syed, right, looks on with another son standing behind Mosby. Amy Davis/Baltimore Sun

Copyright (c) 2022 The Baltimore Sun Company

Record Number: BS0126005424

Sun, The (Baltimore, MD)

September 26, 2022

Edition: First Generic
Section: Main
Page: 8

**The release of Adnan Syed from prison: Justice done - or undone?**

**Baltimore Sun readers weigh in on the stunning development for the subject of the 'Serial' and 'Undisclosed' podcasts**

Article Text:

Sun editorial board correct about questions in Syed case, just not which ones to ask

If all you've read are the headlines, and all you've listened to is "Serial," then, yes, .there are too many questions about his release to have a celebration ("Adnan Syed's release: Too many questions remain for celebration," Sept. 20). However, if you've taken a deep dive into this case and followed the "Undisclosed" podcast, you'd see that the questions are whether two police officers and one prosecutor teamed up to falsify evidence and coach a witness - whose story changed about 10 times as the police theory evolved - to help their case.

Long before the Gun Trace Task Force created, out of thin air, "guilty" citizens who had done nothing wrong, the police officers in the Adnan Syed case were ignoring evidence of others who were more likely to have committed the crime and putting a kid behind bars for 23 years.

So, while I agree that there are questions, the questions I'm asking are: When do we prosecute the dirty cops? When do we prosecute the corrupt prosecutor? Maryland Attorney General Brian Frosh was nowhere to be seen in this case, so why is he commenting now? These are the weighty questions that those who have deep-dived into this case are asking today.

- Michael Smith, Towson

Don't be so quick to judge Syed innocent - or deserving of a new trial

I was an investigative paralegal in the Baltimore City State's Attorney's office when former Baltimore Sun reporter Sarah Koenig asked to inspect our file on Adnan Syed under the Maryland Public Information Act. I was assigned to read the file and redact it appropriately, withholding only identifying information about the witnesses and the families. My work was reviewed and approved by my superiors in the Conviction Integrity Unit of the state's attorney's office.

I do not recall any police report in the file that could reasonably amount to exculpatory information that pointed away from the mountain of evidence against Syed. I cannot be absolutely sure of this, of course, because the file is not currently available for inspection by outsiders.

After two trials, two post-convictions, review by the Court of Special Appeals, and what should be the last word from the Court of Appeals, there is little doubt in my mind that Syed killed Hae Min Lee ("War of words: Maryland AG Brian Frosh, **Marilyn Mosby** spar over evidence that led to Adnan Syed's release," Sept. 21).

I am strongly persuaded that the timing of the hearing that resulted in Syed's release on Sept. 19 had everything to do with Baltimore City State's Attorney **Marilyn Mosby**'s own predicament. If Judge Lydia Kay Griggsby had not unexpectedly postponed the federal trial, the government would have been calling witnesses in Ms. Mosby's trial on the very day that Judge Melissa Phinn released Syed.

Syed was allowed his freedom in order to suit Ms. Mosby's purposes and help her solicit the support of the Syed lobby and she tries to defend her own case. She paints herself as the heroic progressive prosecutor more interested in justice than in convictions and for which the federal government has prosecuted her. Up go her chances for a hung jury next year.

Maryland Attorney General Brian Frosh issued the following statement after Syed's release on Monday:

"Among the other serious problems with the motion to vacate, the allegations related to Brady violations [exculpatory evidence] are incorrect.

Neither State's Attorney Mosby nor anyone from her office bothered to consult with either the assistant state's attorney who prosecuted the case or with anyone in my office regarding these alleged violations. The file in this case was made available on several occasions to the defense."

Mosby now has 30 days from Monday, Sept. 19 to charge Syed and prepare to try him again. It is entirely in her hands. There is little doubt that she will simply drop the case forever.

Thus, **Marilyn Mosby** trades the life of Hae Min Lee for Syed's 23 years in custody and lets him falsely add his name to the list of defendants wrongly convicted and imprisoned.

- Hal Riedl, Baltimore

Syed has already served more time than most, do not retry him

The release of Adnan Syed ("Conviction of Syed overturned," Sept. 20) has finally brought to light what many have been concerned about for years. The numerous questionable aspects of the case of the horrible murder of Hae Min Lee - including, apparently, the existence of two other credible alternative suspects - meant Syed never

got a fair trial. Quite possibly an innocent man has spent over two decades of his life behind bars. And, nearly as disturbingly, the truly guilty party went free and continued to threaten and possibly harm the public.

Let us however now hope that the authorities have the wisdom, the sense of justice and the simple humanity not to try Syed yet another time. Not only are facts of the Syed conviction in serious doubt, but according to the U.S Bureau of Justice Statistics, the average time spent in state prisons for murder is less than 18 years. Syed has already been imprisoned for 23 years. There can be no reasonable justification for wasting additional time, money, and resources on a retrial of Syed, no justification for torturing the Syed and Lee families by putting them through the agonizing ordeal again.

We've seen politicians grandstanding and scoring political points on the issue of Syed's conviction for years. If the authorities are sincere in wanting to get to the bottom of Hae Min Lee's tragic murder, they must turn the focus onto one or both of the alternative suspects. And ask themselves why these suspects were not investigated more thoroughly in the first place.

- Bradley Alger, Baltimore

Add your voice: Respond to this piece or other Sun content by submitting your own letter.

Copyright (c) 2022 The Baltimore Sun Company

Record Number: BS0126025359

Daily Record, The (Baltimore, MD)

September 30, 2022

Section: News

Topics:

**Index Terms:**
General news

**Judge threatens to sanction Mosby defense lawyers over confidential juror information**

Author: *Madeleine O'Neill*

Article Text:

The judge handling the federal criminal case against Baltimore State's Attorney **Marilyn Mosby** threatened to sanction the defense team Friday because Mosby's lawyers quoted confidential juror questionnaires in a court filing.

The filing quoted statements potential jurors made that showed bias against Mosby. Her lawyers included the statements as evidence that a gag order against the defense, which prosecutors requested two weeks ago, was not necessary.

U.S. District Judge Lydia Kay Griggsby ordered the filing stricken from the court record and directed the defense to re-file the document without violating local court rules.

Griggsby also went further, requiring the defense to explain why they should not be penalized for publicizing the confidential juror information.

The defense filing referenced potential jurors' numbers and quoted four juror questionnaires. One prospective juror wrote, ""I have already determined (Mosby's) guilt. I have been following this case from the very start of the indictment," according to the filing.

Another juror concluded an "otherwise revolting racist statement" with the comment that Mosby is "guilty as sin." The defense also wrote that two-thirds of the potential jurors had heard of the case and nearly one-third had already formed an opinion about the case that would prevent them from serving on a jury.

The filing claimed these responses showed that out-of-court comments by the defense stood no chance of swaying jurors in favor of Mosby.

Prosecutors sought a gag order earlier this month in an effort to block defense lawyers from making statements to the media and the public that could taint the jury pool.

The request came one day after Mosby's lead defense attorney, A. Scott Bolden, said on the courthouse steps that the government's arguments are "bulls--t" and that state and federal employees and African American politicians like Mosby are at risk of being targeted for prosecution.

"These statements and others like it are likely to interfere with the ability to seat a fair and impartial jury in this case," prosecutors wrote in their motion.

The prosecution's motion for a gag order also referenced the juror questionnaires, but did not quote from them directly or use juror numbers.

The kerfuffle over the defense filing also hinted at a rift among Mosby's attorneys. Not all of the members of her defense team signed the document that quoted from the juror questionnaires.

Bolden and several members of his legal team from Washington, D.C., firm Reed Smith signed the filing, but prominent defense lawyer Lucius Outlaw, who is also defending Mosby, did not. Nor did Gary Proctor, a Baltim0re-based defense attorney, or Kelley Miller, a lawyer with Reed Smith.

Copyright © 2022 BridgeTower Media. All Rights Reserved.

Copyright, 2022, The Daily Record (Baltimore, MD)

Record Number: 327243

Sun, The (Baltimore, MD)

October 1, 2022

Edition: First Generic
Section: Main
Page: 1

**Judge could punish defense**
**Sanctions could come for including juror information in perjury, fraud case filing**

**MARILYN MOSBY TRIAL**

Author: *Alex Mann*

Article Text:

A federal judge could sanction Baltimore State's Attorney **Marilyn Mosby** because her attorneys included prospective juror information in a filing in her perjury and mortgage fraud case.

Mosby's attorneys were responding Thursday evening to a request from federal prosecutors to instate a gag order in the case prohibiting suggestive out-of-court comments from lawyers involved in the case. In that filing, her attorneys cited specific responses to a questionnaire sent out to prospective jurors in the case as evidence that the jury pool already was prejudiced against Mosby.

On Friday, U.S. District Judge Lydia Griggsby ordered the defense filing removed from the record, saying Mosby's lawyers broke court rules that establish juror questionnaires and responses to them as confidential.

Griggsby wrote in the filing that a violation of that rule "may be treated as a contempt of court and may subject the violator to the disciplinary action of the court."

According to Griggsby's order, Mosby's lawyers have until Monday to file a response compliant with the rules and until Friday to explain to Griggsby why they should not be penalized. The local rule for the U.S. District Court for Maryland that Griggsby cited does not outline a specific penalty for infractions.

Mosby's lawyers wrote in the defense filing Thursday that about 30% of prospective jurors who responded to the questionnaire said they had made up their minds about the case. The defense

did not say whether those respondents believed Mosby was guilty or not.

Baltimore's outgoing elected prosecutor is charged with two counts each of perjury and making false statements. Federal prosecutors say she lied about suffering financial hardship because of the coronavirus to make two penalty-free, early withdrawals from her retirement savings under the CARES Act, Congress' first pandemic relief package.

Mosby utilized the roughly $81,000 for down payments on a pair of properties in Florida: An eight-bedroom house near Disney World and a condo on the state's Gulf Coast, according to her indictment. Prosecutors also accused her of misleading mortgage lenders by obfuscating her intentions for the house to secure a lower interest rate, and by failing to disclose a federal tax lien levied against her for unpaid taxes.

The Democrat's criminal case has sparked extensive media coverage, with her attorneys and federal prosecutors arguing about the ramifications of the attention to different effects.

The defense filing Thursday said that approximately 65% of prospective jurors who responded to the questionnaire indicated they'd heard about the case.

Mosby's lawyers argued that the media coverage about her case has been negative, and as a result tainted jurors against her.

But federal prosecutors asked for the gag order, in part, because of comments Mosby and her attorneys made to reporters on the courthouse steps.

Last month, after Griggsby postponed Mosby's trial until March 27, attorney A. Scott Bolden expressed his frustrations about the judge's ruling. He cursed the delay and repeated the defense's claims that Mosby's criminal prosecution is the result of prosecutors' disdain for her and her politics.

The government argued Bolden's press conferences amounted to an attempt to sway the jury pool in her favor.

"This case should be tried inside the federal courthouse, not on its steps," prosecutors wrote.

Bolden apologized in court the day after using profanity in his remarks.

The proposed gag order would prohibit Mosby, her lawyers and prosecutors, along with their official support staff, from making comments intended to influence prospective jurors.

A Baltimore Circuit judge in August held Mosby in contempt of court, finding that she violated a gag order in the murder case of Keith Davis Jr. The judge's ruling allowed Mosby to choose between a $1,500 fine or a more restrictive order barring Mosby from talking about Davis' case at all. It's unclear which option the two-term prosecutor selected.

Copyright (c) 2022 The Baltimore Sun Company

Record Number: BS0126125289

Baltimore Brew (MD)

October 5, 2022

Section: Politics

### EXCLUSIVE: Maryland gubernatorial candidate Wes Moore owes $21,000 in delinquent Baltimore City water bills

Author: *Mark Reutter*

Article Text:

Maryland Democratic gubernatorial candidate Wes Moore owes Baltimore City $21,200, having failed to pay any water and sewage charges over the last 18 months, online records show.

Reached tonight, Moore's campaign spokesman, Brian Adam Jones, did not dispute the accuracy of the bills.

"We're looking into this and will make sure it's resolved as soon as possible," he said.

MOORES PAY THE BILL

UPDATE 10 p.m.: Three hours after this report was posted, the campaign announced that "the Moores have paid the current balance out of an abundance of caution while they review the accuracy of the charges."

The payments are due on a 8,000-square-foot house that Moore and his wife, Dawn Flythe Moore, purchased five years ago for $2.35 million.

Overlooking Sherwood Gardens in Baltimore's Guilford neighborhood, the Colonial Georgian residence features a heated outdoor swimming pool as well as six bedrooms and seven bathrooms.

The Brew is not publishing the address of the property for security reasons.

Online records (see below) show that the couple's last water payment – for $2,000 – was recorded on March 31, 2021, or shortly before Moore announced his campaign for governor.

The inspirational bestselling author and former nonprofit executive had never before run for elective office, but handily won the Democratic Party primary last July. Polls show him significantly ahead of his Republican opponent, Dan Cox, in the November general election.

As governor, Moore says he will direct more state resources to Baltimore and will partner with Mayor Brandon Scott to fight crime.

Last spring, Moore faced questions in the media about assertions he made in his book "The Other Wes Moore" and in television interviews about his close connections to Baltimore while growing up, even though he had spent his childhood and teen years elsewhere.

This report is the first disclosure of Moore's delinquent water bill.

It should be noted that the candidate is current on his Guilford property tax bill. Records show he paid $13,625 in property taxes for the first half of the year, with a second installment due by December 31.

Primary Residence

By law, outstanding water bills must be paid before a house is sold, so the Moores faced no delinquent bills when they purchased the Guilford property in February 2017.

In March 2019, they received a homestead tax credit by vouching that the property was their primary residence.

Outside of the information listed online, the Department of Public Works (DPW) does not comment on customer water bills, so there is no public record about how the account became so delinquent.

Two months ago, the account was $20,698.94 in the red. After a September 14 reading, the balance was adjusted upward to $21,200.26.

No payments were made by the latest September 26 due date.

No System to Collect Overdue Bills

On its bills, DPW includes this warning to customers: "Failure to make timely payment may result in penalties and discontinuance of service."

But City Auditor Josh Pasch noted earlier this year that DPW does not have systems in place to collect delinquent bills.

Although the high-tech UMAX billing system generates a monthly report that lists all outstanding bills, the agency does not act to collect the delinquent funds, Pasch wrote.

It does not mail out late notices to customers whose bills grow more and more overdue. Nor does it forward the delinquent bills to the law department or a collection agency to collect the debt.

Last February, The Brew reported that City Council President Nick Mosby and his wife, Baltimore State's Attorney **Marilyn Mosby**, failed to pay multiple water bills at their Reservoir Hill residence.

The debt was paid shortly after the article was published.

Caption:
Above: Wes Moore's colonial stone house with a built-in swimming pool. (YouTube)

Water billing history at Moore's Guilford residence as of October 5, 2022. (baltimorecity.gov/water)

Wes Moore campaign photo. (wesmoore@com)

Copyright © 2022 Baltimore Brew LLC, All rights reserved.

Record Number: 29a74a6a92b88147f2254c2d2c87cbecc860839d

Baltimore Brew (MD)

October 5, 2022

Section: Politics

**Maryland gubernatorial candidate Wes Moore owes $21,000 in delinquent Baltimore water bills**

Author: *Mark Reutter*

Article Text:

Maryland Democratic gubernatorial candidate Wes Moore owes Baltimore City $21,200, having failed to pay any water and sewage charges over the last 18 months, online records show.

Reached tonight, Moore's campaign spokesman, Brian Adam Jones, did not dispute the accuracy of the bills.

"We're looking into this and will make sure it's resolved as soon as possible," he said.

MOORES PAY THE BILL

UPDATE 10 p.m.: Three hours after this report was posted, the campaign announced that "the Moores have paid the current balance out of an abundance of caution while they review the accuracy of the charges."

The payments are due on a 8,000-square-foot house that Moore and his wife, Dawn Flythe Moore, purchased five years ago for $2.35 million.

Overlooking Sherwood Gardens in Baltimore's Guilford neighborhood, the Colonial Georgian residence features a heated outdoor swimming pool as well as six bedrooms and seven bathrooms.

The Brew is not publishing the address of the property for security reasons.

Online records (see below) show that the couple's last water payment – for $2,000 – was recorded on March 31, 2021, or shortly before Moore announced his campaign for governor.

The inspirational bestselling author and former nonprofit executive had never before run for elective office, but handily won the Democratic Party primary last July. Polls show him significantly ahead of his Republican opponent, Dan Cox, in the November general election.

As governor, Moore says he will direct more state resources to Baltimore and will partner with Mayor Brandon Scott to fight crime.

Last spring, Moore faced questions in the media about assertions he made in his book "The Other Wes Moore" and in television interviews about his close connections to Baltimore while growing up, even though he had spent his childhood and teen years elsewhere.

This report is the first disclosure of Moore's delinquent water bill.

It should be noted that, as expected, the candidate is current on his Guilford property tax bill.

Records show that JP Morgan Chase Bank, which collects property taxes as part of its $1.9 million mortgage on the house, paid $13,625 for the first half of the year. A second property tax installment is due by December 31.

Primary Residence

By law, outstanding water bills must be paid before a house is sold, so the Moores faced no delinquent bills when they purchased the Guilford property in February 2017.

In March 2019, they received a homestead tax credit by vouching that the property was their primary residence.

Outside of the information listed online, the Department of Public Works (DPW) does not comment on customer water bills, so there is no public record about how the account became so delinquent.

Two months ago, the account was $20,698.94 in the red. After a September 14 reading, the balance was adjusted upward to $21,200.26.

No payments were made by the latest September 26 due date.

No System to Collect Overdue Bills

On its bills, DPW includes this warning to customers: "Failure to make timely payment may result in penalties and discontinuance of service."

But City Auditor Josh Pasch noted earlier this year that DPW does not have mechanisms in place to collect delinquent bills.

Although the high-tech UMAX billing system generates a monthly report that lists all outstanding bills, the agency does not attempt to collect the delinquent funds, Pasch wrote.

It does not mail out late notices to customers whose bills grow more and more overdue. Nor does it forward the delinquent bills to the law department or a collection agency to collect the debt.

Last February, The Brew reported that City Council President Nick Mosby and his wife, Baltimore State's Attorney **Marilyn Mosby**, failed to pay multiple water bills at their Reservoir Hill residence.

The debt was paid shortly after the article was published.

Caption:
Above: Wes Moore's colonial stone house with a built-in swimming pool. (YouTube)

Water billing history at Moore's Guilford residence as of October 5, 2022. (baltimorecity.gov/water)

Wes Moore campaign photo. (wesmoore@com)

Copyright © 2022 Baltimore Brew LLC, All rights reserved.

Record Number: 5b1bba3ffb7d73cfe3a25d4b7bb7c319363e6c3a

Sun, The (Baltimore, MD)

October 9, 2022

Edition: First Generic
Section: Main
Page: 3

**Defense contends it's not in contempt**

**Attorneys: Quoting juror questionnaires does not violate rules**

**MARILYN MOSBY CASE**

Author: *Jessica Anderson*

Article Text:

A defense attorney for State's Attorney **Marilyn Mosby** said Friday that a contempt of court finding is "unwarranted" because quoting from jury questionnaires would not interfere with a fair trial, given the pretrial publicity around the case.

Attorney A. Scott Bolden's response comes after U.S. District Judge Lydia Kay Griggsby asked the defense why she shouldn't hold them in contempt of court for revealing confidential juror information in a recent filing that included information from juror questionnaires.

In a previous filing in opposition to a gag order, Bolden cited jury questionnaires that said about 30% of prospective jurors have made up their minds about her case. Bolden said in the latest filing that the information did not identify jurors, and argued that the jury pool already was tainted because of the extensive media coverage of the case.

The filing did not say whether the respondents who said their mind was made up thought Mosby was guilty or innocent.

Mosby, who unsuccessfully ran for a third term as the city's top prosecutor this year, is charged with two counts each of perjury and making false statements on loan applications. Her trial was postponed until March.

Bolden is accused of violating Rule 204, which states that an attorney "shall not directly or indirectly release ... any information or opinion concerning any imminent or pending criminal litigation" if it could result in an unfair trial. The rule also says that counsel "shall not give or authorize any extra-judicial statement or interview, relating to the trial or the parties or issues in the trial, for dissemination by any means of public communication."

Bolden said in Friday's filing that he used quotations from the juror questionnaires "both to respond to the government's contentions, analysis, and interpretations about the same juror questionnaires and to illustrate that a problem already existed; namely, that pretrial publicity had already tainted the jury pool for these proceedings."

Bolden's response said that the government's filings also "disclosed information about and drew conclusions from the juror questionnaires. This, in turn, supports the conclusion that nothing in the rule suggested that the use of information gleaned from the juror questionnaires could run afoul of Local Rule 204."

Federal prosecutors asked for a "gag order" in the case last month after Bolden complained when Mosby's trial was postponed to March while addressing media on the courthouse steps.

Prosecutors argued his comments amounted to an attempt to taint the jury pool by repeating the defense's discredited claims that the case against Mosby is the result of prosecutors' disdain for her.

"This case should be tried inside the federal courthouse, not on its steps," prosecutors wrote.

They allege that Mosby lied about suffering financial hardship from the coronavirus pandemic to withdraw money early and without penalty from her city retirement savings account. She used the approximately $81,000 to purchase a pair of properties in Florida: an eight-bedroom rental near Disney World and a condo on the state's Gulf Coast, according to her indictment.

Bolden said in Friday's filing that there are not specific rules prohibiting the "use of anonymized references to juror questionnaires." He cited the District of Maryland Jury Plan, which only prohibits the release of "identifying information," such as names, addresses and employment.

The filing concludes that "both the government and the defense referred to the juror questionnaires and discussed substance of those questionnaires, without disclosing any 'identifying information.' "

Copyright (c) 2022 The Baltimore Sun Company

Record Number: BS0126279852

Sun, The (Baltimore, MD)

October 12, 2022

Edition: First Generic
Section: Main
Page: 6

**Feds: Mosby attorney trying to taint jury pool**

**Prosecutors: Comments on courthouse steps prohibited**

Author: *Jessica Anderson*

Article Text:

Federal prosecutors accuse **Marilyn Mosby**'s legal team of attempting to taint the jury pool through regular comments to the media on the courthouse steps, according to a motion filed Tuesday.

The prosecutors argued that since January, when Mosby was federally indicted, her team has made regular statements that are prohibited by local court rules, and they have asked the court to order Mosby's defense team not to give future press conferences outside the federal courthouse.

"Defense counsel has repeatedly and flagrantly violated this Court's Local Rules governing attorney conduct since the day the Grand Jury returned an indictment in this matter," they wrote. "In order to protect due process and the dignity of the Court, this Court should order all counsel to cease giving press conferences on the courthouse steps."

In Tuesday's motion, assistant U.S. attorneys Leo J. Wise, Sean R. Delaney and Aaron S.J. Zelinsky wrote that one of Mosby's attorneys, A. Scott Bolden, has repeatedly made such statements to the press outside the courthouse and on local and national broadcasts, which "show a consistent pattern: defense counsel has violated the Local Rules in an attempt to bias the jury pool, and has used the courthouse steps to do so."

Mosby, who unsuccessfully ran for a third term as the city's top prosecutor, is charged with two counts each of perjury and making false statements on loan applications.

The perjury charges are based on Mosby's use of federal coronavirus relief law to withdraw about $81,000 without penalty from her city retirement account on two separate occasions in 2020.

She used the money to purchase two Florida properties: An eight-bedroom home near Disney World and a condo on the state's Gulf Coast.

Mosby is accused of misleading the mortgage lenders by signing a document promising the house would serve as a second home - and thus be able to lock in a lower interest rate - when she'd already signed a contract with a company to operate the home as a rental, according to the indictment filed against her. Mosby also neglected to disclose on the loan applications a federal tax lien placed against her for unpaid income taxes, the indictment said.

After Mosby's latest court appearance, Bolden expressed frustrations to the media about the trial being postponed, cursing during his remarks, and later apologizing to the court for his public comments.

"The next day, in the same spot, he told the press that he regretted nothing that he said the day before," prosecutors said.

Rule 204 states that attorneys can be held in contempt of court for making certain statements related to an ongoing case, including information about witnesses, the possibility of a guilty plea, or opinions as to the merits of the case.

Last week, Bolden wrote in a separate filing that he should not be held in contempt of court for violating the rule. He argued that the case has garnered extensive publicity, which he said already has tainted the jury pool.

In the filing, Bolden said he used responses from jury questionnaires to "illustrate the existence of pre-existing bias against State's Attorney Mosby in the potential jury pool in Baltimore, given the pervasive negative news coverage about these proceedings."

Mosby's lawyers said in a previous filing that about 30% of prospective jurors already have made up their minds about her case. The defense filing was in response to prosecutors' request for an order in the case prohibiting those involved from commenting about the case.

Bolden wrote in a filing Friday that "the risk of an unfair trial existed long before counsel provided the statements from the juror questionnaires."

The rule also prohibits lawyers in a case from making statements about the "accused's guilt or innocence or as to the merits of the case," according to the prosecutors' motion. They included several quotes that Bolden has made over the course of the case, including when Bolden called the charges in the case "bogus" and "rooted in personal, political, and racial animus."

Her trial is scheduled for March.

Copyright (c) 2022 The Baltimore Sun Company

Record Number: BS0126337290

Sun, The (Baltimore, MD)

October 12, 2022

Edition: First Generic
Section: Main
Page: 1

**Charges dropped**

**Baltimore prosecutors exonerate Adnan Syed as last-ditch DNA tests exclude him
Baltimore state's attorney commits to identify, prosecute Hae Min Lee's killer**

Author: *Alex Mann and Lee O. Sanderlin*

Article Text:

Adnan Syed, whose legal saga rose to international renown because of the hit podcast "Serial," is free.

In an abrupt move Tuesday morning, Baltimore prosecutors dropped Syed's criminal case stemming from the 1999 killing of Hae Min Lee.

Syed's conviction was overturned last month, but he remained charged with murder, kidnapping and robbery in Lee's death while Baltimore State's Attorney **Marilyn Mosby**'s office considered whether to try him again or to dismiss the case.

Mosby said Tuesday afternoon that her decision to drop the charges against Syed was based on never-before-tested DNA from Lee's shoes. The DNA test results, which Mosby's office received Friday, showed DNA from four different people on the shoes. None of them are Syed, Mosby said.

"Finally, Adnan Syed is able to live as a free man," Syed's attorney, Erica Suter, said in a statement. "The DNA results confirmed what we have already known and what underlies all of the current proceedings: that Adnan is innocent and lost 23 years of his life serving time for a crime he did not commit."

Suter, who is also the director of the Innocence Project Clinic at the University of Baltimore School of Law, participated alongside city prosecutors in a yearlong investigation. Together, the attorneys discovered two people they now consider alternative suspects in Lee's death. Both suspects were known to the authorities all along, but at least one was not disclosed to Syed's defense, they said.

Mosby, who leaves office in January and is under the cloud of a federal indictment, said Syed's exoneration is not about her legacy but about achieving justice.

"As the administrator of the criminal justice system, it's my duty to ensure that justice is not delayed, justice is never denied, but justice be done," Mosby said. "Today, justice is done."

Mosby on Tuesday reiterated her commitment to identifying and prosecuting Lee's killer. Though she would not disclose any details about the ongoing investigation, Mosby said her office's homicide division chief, Michael Dunty, is assigned to the case.

"With regard to Mr. Syed, the case is finished," Mosby said.

The revelation of alternative suspects led Mosby's office to move to vacate Syed's conviction, with her prosecutors saying they'd lost faith in his guilty verdict. On Sept. 19, Baltimore Circuit Judge Melissa Phinn tossed out Syed's conviction and set a 30-day deadline for Mosby's office to decide what to do about Syed's case.

Mosby said last month that her decision on Syed's case hinged on pending DNA testing being conducted on evidence of Lee's killing. Before the last round of DNA tests in the case, the results of which were discussed for the first time Tuesday, the analysis of genetic

matter collected during the investigation of Lee's death had been largely inconclusive.

At the request of Suter and Mosby's prosecutors, several pieces of evidence were sent in March to a California lab for touch-DNA analysis, which seeks to test genetic matter left behind when someone comes into contact with something, and another type of test that aims to identify male profiles. Those analyses were not available around the time of her death.

Mosby's prosecutors conceded in court papers last month that the tests hadn't yielded much, but they were hoping to analyze a few more pieces of evidence. Mosby said Tuesday those items were pantyhose, a skirt and shoes. Police found the clothing on Lee's body, which had been exposed to the elements, but investigators recovered the shoes from her car, according to court documents.

Only the black dress shoes, which were dusted for prints in 1999 but not analyzed further, had DNA on them, Mosby said. She declined to say whether the DNA samples from the shoes had been entered into law enforcement DNA databases.

One of the alternative suspects in Lee's death has a history of sexual abuse of men and is incarcerated in a federal facility after a string of assaults in the Washington, D.C., area, meaning his DNA profile is available for comparison. It's not clear if the DNA of the second suspect is available for comparison.

Mosby has said she would be prepared to formally certify Syed's innocence, making him eligible to apply for wrongful conviction compensation from the state, if the DNA testing came back inconclusive or pointed to another suspect.

It's up to Syed and Suter to spearhead the process of certifying his innocence, Mosby said Tuesday.

Suter said Tuesday she'd begin the process "as soon as possible."

If Syed's innocence is certified, he will be eligible for significant financial benefits from the state for being wrongfully incarcerated for 23 years. Under the Walter Lomax Act, Syed would receive roughly $2.2 million for the years he served in prison - compensation determined bya formula using Maryland's median household income and the specific number of days Syed was incarcerated.

He also is entitled to free tuition and five years of health care and housing, according to state law.

In September, Phinn scheduled a court date for Oct. 19, exactly a month after she tossed Syed's guilty finding. The hearing in reception court Tuesday morning was not docketed in online court records.

After Syed's conviction was overturned, Lee's family appealed, arguing Mosby's office neglected to provide them adequate notice to attend the hearing. The family asked the Maryland Court of Special Appeals to pause the proceedings in Circuit Court while the court considered their appeal.

Just last week, Maryland Attorney General Brian Frosh joined Lee's family in asking the state's intermediate appellate court to put a hold on Syed's case in the trial court.

After his office represented the state for Syed's repeated appeals, Frosh has been critical of Mosby's recent handling of the case. Frosh cast doubt on the basis that city prosecutors presented in support of overturning Syed's conviction.

It's unclear what Tuesday's development means for the family's appeal, although Mosby declared the appellate matter "moot" in her remarks.

"There's no more appeal," she said.

Frosh declined to comment through a spokesperson.

Attorney Steve Kelly, who represents the Lee family, criticized Mosby's decision to dismiss the charges.

"By rushing to dismiss the criminal charges, the state's attorney's office sought to silence Hae Min Lee's family and to prevent the family and the public from understanding why the state so abruptly changed its position of more than 20 years," Kelly said. "All this family ever wanted was answers and a voice. Today's actions robbed them of both."

Mosby apologized to the Lee family for their loved one's death, but dismissed the claim her office had neglected them, instead blaming Kelly.

"I think it's unfortunate, that, you know, you have certain attorneys that try to exploit families," Mosby said.

Lee, 18, was strangled to death and buried in a clandestine grave in Leakin Park. A man discovered her body about three weeks after she was last seen at the high school. At the time, police and prosecutors suspected Syed killed Lee because he was distraught over their breakup.

Syed stood trial twice, once in 1999 and again in 2000. The state's case relied on witness testimony, cellphone call records and Syed's own statements; little, if any, physical evidence connected him to the killing. A jury found him guilty of murder, kidnapping, robbery and false imprisonment after the second trial. The judge sentenced him to life plus 30 years in prison.

Arrested at 17, Syed had been behind bars for 23 years before being unshackled and walking out of the Elijah E. Cummings Courthouse last month. He was placed on GPS monitoring pending prosecutors' decision on how to proceed with his case.

On Friday, Syed was elated about spending time with his family and friends sans an ankle monitor, Suter said. Looking forward, she said, he is committed to finishing his college degree and dreams of going to law school.

At Syed's family home in Baltimore County, relatives felt relief Friday, his younger brother, Yusuf, told reporters. Yusuf Syed said the exoneration was especially meaningful to their mother.

"All these years, people have been saying her son's a killer," Yusuf Syed said. "Now, Adnan gets back all the respect he lost."

Baltimore Sun reporter Lea Skene contributed to this story.

Caption:
Baltimore State's Attorney **Marilyn Mosby** announces that her office has dropped charges against Adnan Syed. Jerry Jackson/Baltimore Sun

Syed, center, exits the Cummings Courthouse a free man after a judge overturned his 2000 murder conviction last month. jerry jackson/baltimore sun

Hae Min Lee

A collage of photographs of Hae Min Lee on display at her memorial service March 11, 1999. Baltimore Sun FILE

Copyright (c) 2022 The Baltimore Sun Company

Record Number: BS0126337865

Sun, The (Baltimore, MD)

October 14, 2022

Edition: First Generic
Section: Main
Page: 3

**Mosby off base with jab at family's lawyer**

**COMMENTARY**

Article Text:

"I think it's unfortunate that, you know, you have certain attorneys that try to exploit families," Baltimore State's Attorney **Marilyn Mosby** said, clearly a swipe at the lawyer representing the relatives of the late Hae Min Lee, the teenager who for 23 years was the affirmed victim of Adnan Syed, but now no longer.

It apparently wasn't enough for Mosby to enjoy the national spotlight again, this time for her lead role in "Serial" Syed's release from prison. Baltimore's outgoing (and federally indicted) chief prosecutor could not resist a cheap shot at Steve Kelly, the attorney for Lee's relatives, who feel they were treated as an afterthought once Mosby decided that Syed's 1999 murder conviction should be vacated.

Mosby dismissed claims that her office had neglected Lee's family by failing to give Lee's brother, for one, enough time to get from California to Baltimore for the September hearing that led to Syed's release. Kelly is taking the Lee family's grievance to the Maryland Court of Special Appeals. Though that effort is probably futile at this point, if you were his client - given terse and short notice that the man convicted of killing your sister was suddenly having his conviction vacated - you'd probably claim foul as well.

But, back to Mosby's cheap shot: "I think it's unfortunate that ... you have certain attorneys that try to exploit families."

In fact, Kelly is a longtime victims rights advocate, going back to his days at C. Milton Wright High School in Bel Air, where he established a program in crime prevention and victims rights and helped start a crime victim's support organization for Harford County residents. He learned as much as he could about victim's rights. As an attorney, he's represented victims, pro bono, for years. He's trained other attorneys in the statutory rights of crime victims and their relatives.

So, despite what Mosby says, it doesn't appear that Steve Kelly is "exploiting" Lee's survivors. They're not paying him, for one thing. He's doing what he has done countless times for years - representing a crime victim's relatives pro bono, meaning free of charge.

Kelly's reasons for doing this go back to the late 1980s, when his 28-year-old sister, Mary Kelly, was the victim of a still unsolved murder. At the time, Steve Kelly was 14. He felt police detectives and Harford's chief prosecutor treated his family poorly, though he used another adjective when we spoke. Investigators, he says, exhibited class bias against his family and did not pursue the case with vigor. He and his brothers became consumed with anger and, according to a 2009 profile of Kelly in The Daily Record, they thought about killing the lead suspect.

But by 1992, according to an account in The Sun, Kelly had established at his high school a life-skills class in both avoiding crime and helping victims. He spent a summer as an intern with the National Crime Prevention Council. He told The Sun that he hoped to pursue a career in law. He went to college and took a job working with low-income crime victims for the Stephanie Roper Foundation, named for the young Maryland murder victim whose mother became the state's leading advocate for victims rights.

So that's Steve Kelly, the man Mosby accused of "exploiting" Hae Min Lee's family.

When we spoke, Kelly could not say whether his appeal to the state's intermediate appellate court would go anywhere. Mosby said this week she would not retry Syed for Hae Min Lee's murder, so her family's appeal might very well be moot.

Kelly was more concerned with what Mosby's decision to vacate Syed's conviction reveals about a new element in state law that grants prosecutors the power to seek to vacate convictions gained years earlier by their predecessors. The law, passed in Annapolis in 2019, resulted from the disgusting abuses of Baltimore's Gun Trace Task Force, empowering prosecutors to review previous convictions and seek to have a court vacate any of questionable integrity.

The law provided a remedy for prosecutors who previously had no legal way to ask a judge to revisit a conviction and overturn one that prosecutors believe to have been wrongfully reached.

It sounds good, but what if the elected state's attorney in Baltimore or any of the Maryland counties acts out of some political interest or racial bias? And who represents the victim or, say, the original prosecution team when a prosecutor presents a conviction for vacatur?

The vacating of Syed's conviction, Kelly points out, occurred without any deep inquiry by the presiding judge and with an acceptance of the state's conclusion that Syed's conviction was flawed. It might have been right, but it all seemed rushed.

A short time later, Mosby reported that she would not pursue a retrial of Syed, suggesting that the lack of DNA evidence on the victim's shoes somehow exonerated him. No one was around to offer a counter claim that it might not have mattered. (Syed was convicted without consequential DNA evidence.)

Kelly's complaint is that the law, while intended to correct past wrongs, leaves the victims and survivors out of the process. The law requires "that a certain victim or

victim's representative be notified of a certain hearing," but notifying and explaining are two very different things. "Her brother [Young Lee] viewed the state's attorney all this time as his family's lawyer," Kelly says.

Not anymore.

Copyright (c) 2022 The Baltimore Sun Company

Record Number: BS0126382683

Daily Record, The (Baltimore, MD)

October 21, 2022

Section: News

Topics:

**Index Terms:**
General news

**Mosby wants change of venue for federal perjury trial**

Author: *Madeleine O'Neill*

Article Text:

Baltimore State's Attorney **Marilyn Mosby** plans to ask for a change of venue for her federal criminal trial on perjury and mortgage fraud charges, a new filing revealed Friday.

Details of the request are not available because it was filed under seal. But U.S. District Judge Lydia Kay Griggsby filed a scheduling order Friday that identified the filing as a motion for leave to file for a change of venue. The defense must file its motion today.

Mosby's federal trial is scheduled for March, when she will be out of office. She came in third place in the Democratic primary for the job of Baltimore's top prosecutor.

Her lawyers have claimed the jury pool is seriously biased against Mosby. In a previous filing, Mosby's lawyers included details from juror questionnaires that had been filled out by potential jurors her trial was originally set for September before it was moved at the last minute because of a dispute over expert witnesses.

One prospective juror wrote, ""I have already determined (Mosby's) guilt. I have been following this case from the very start of the indictment," according to the defense filing.

Another juror concluded an "otherwise revolting racist statement" with the comment that Mosby is "guilty as sin." The defense also wrote that two-thirds of the potential jurors had heard of the case and nearly one-third had already formed an opinion about the case that would prevent them from serving on a jury.

Mosby's lawyer, A. Scott Bolden, is facing a potential court sanction for including confidential information from juror questionnaires in the filing. But the issue of juror bias is likely to be part of the defense's request for a change of venue.

Mosby faces two counts each of perjury and making false statements on mortgage applications. She is accused of falsely claiming a pandemic-related financial loss in order

to withdraw $90,000 from her city retirement account in 2020. She put the money toward down payments on two vacation properties in Florida.

She is also accused of failing to disclose a $45,000 IRS lien and making other false statements when she applied for the mortgages on those two Florida properties.

Copyright © 2022 BridgeTower Media. All Rights Reserved.

Copyright, 2022, The Daily Record (Baltimore, MD)

Record Number: 330553

Sun, The (Baltimore, MD)

October 22, 2022

Edition: First Generic
Section: Main
Page: 1

**Mosby wants venue change**

**Outgoing state's attorney asks judge to move federal criminal trial out of city**

Author: *Lee O. Sanderlin*

Article Text:

Outgoing Baltimore State's Attorney **Marilyn Mosby** is asking the judge presiding over her federal perjury and mortgage fraud case to move her upcoming trial out of the city.

Mosby's attorneys filed a document under seal Thursday, and U.S. District Judge Lydia Kay Griggsby issued a scheduling order Friday asking the government to respond to Mosby's request to have the trial moved. It is scheduled to begin March 27.

Because Mosby's filing is under seal, the public cannot read it and does not know specifically what arguments she is making. Prosecutors have until Nov. 4 to respond.

Previously, Mosby's attorneys had argued that many of the potential jurors in her case were prejudiced against her because of prosecutors' actions and local media coverage. Prosecutors have denied any wrongdoing, and in turn accused her of trying to sway jurors in her favor by misrepresenting facts of the case and developments in court.

It's not clear where Mosby or her attorneys want the trial to take place - the U.S. District Court in Maryland is divided into the northern and southern divisions and jurors for trials in either division are selected from the counties that comprise them.

For example, a federal trial held at the Greenbelt courthouse would select

jurors from Calvert, Charles, Montgomery, Prince George's and St. Mary's counties, according to the court's publicly available jury plan. It is also possible the trial could move to another state. If the trial is moved, the judge gets to decide where.

Normally, attorneys request to change venue for an upcoming trial because their client has received so much negative publicity that they genuinely believe they can no longer get a fair and impartial jury, defense attorney and former prosecutor Andrew I. Alperstein told The Baltimore Sun.

However, he said, attorneys also will make the request when they think a jury from a different region may be more sympathetic to their client because of the area's political leanings.

"Normally it's because you might have a more conservative or liberal pool," Alperstein said. "If it were to go to Greenbelt, I don't know that it's more likely you'd get one type of juror versus another [compared to Baltimore]."

Alperstein said judges do not regularly grant these motions, and often wait to do so until after failing to seat enough jurors who say they can review the facts and evidence in a case with impartiality.

Mosby is charged with two counts each of perjury and mortgage fraud. The perjury charges are based on Mosby's withdrawal of more than $80,000 from her city-managed retirement account in 2020 under the CARES Act, the first coronavirus pandemic-relief bill Congress passed.

Prosecutors say she lied about experiencing adverse financial consequences during the pandemic in order to make the withdrawals. She used that money to purchase two Florida vacation properties: an eight-bedroom house near Disney World and a condo on the Gulf Coast. Prosecutors say she misled lenders by misrepresenting the state of her finances on both mortgages - she failed to disclose a tax lien, according to the indictment against her - and misled the bank about her plans for the Disney-area home.

The two-term Democrat has vigorously maintained her innocence while repeatedly claiming the prosecution is racially and politically motivated. In an April hearing, Griggsby found there was no objective evidence of vindictive or racist prosecution, but Mosby and her defense have continued to maintain the opposite.

Mosby was scheduled to stand trial last month but the case was continued on the eve of jury selection after the prosecution said the defense had not properly disclosed expert testimony they were planning to use.

A jury pool was formed, and about 65% of people who responded to the preliminary questionnaire said they had at least heard about the case, according to a filing from A. Scott Bolden, Mosby's lead defense attorney.

Also in September, prosecutors asked Griggsby to issue a gag order in the case to stop attorneys from holding news conferences on the courthouse steps. The request came after Bolden made remarks to news reporters outside the courthouse following the most recent postponement where he cursed and expressed frustration with Griggsby's decision to continue the case again. Bolden apologized to the judge the next day.

In response to the request for a gag order, Bolden wrote that about 30% of prospective jurors in the case had their minds made up, according to a review of juror questionnaires, and cited examples of racially charged language used by some prospective jurors. Bolden did not say in his filing how many of the 30% thought his client was guilty.

Juror questionnaires are supposed to be confidential, and Griggsby on Sept. 30 ordered Bolden and the rest of Mosby's defense team to explain why she shouldn't sanction them for disclosing protected information.

Caption:
Outgoing Baltimore State's Attorney **Marilyn Mosby** is accused of perjury and mortgage fraud in a federal criminal case that is set to go to trial March 27.

Copyright (c) 2022 The Baltimore Sun Company

Record Number: BS0126523654

Sun, The (Baltimore, MD)

October 26, 2022

Edition: First Generic
Section: Main
Page: 3

**Renovating city's arena, reusing olive oil can, other really random stuff**

**Commentary**

Article Text:

Nobody asked me, but the major renovation of Baltimore's downtown arena, now named
CFG Bank Arena, affirms what many said or had to admit after years of debate: There's
no better location for this venue than "where it's been at" since 1962.

Nobody asked me, but the request by **Marilyn Mosby**'s lawyers to move her federal trial
out of Baltimore sounds like desperation, and I doubt it will work. A judge would only
agree to a change of venue in the unlikely event that she could not find 12 potential jurors
(plus alternates) who affirm that they can consider evidence fairly. However futile, the
motion for a change will give Mosby's lawyers, in voir dire, a better feel for jurors'
attitudes, and that's more than what attorneys might get in more routine cases.

Nobody asked me, but Mayor Brandon Scott might want to let more of us know about
"the renaissance taking place in Charm City." He used that expression the other day, the
second time in two weeks. At an event in Johnston Square in July, he also referred to
"Baltimore's renaissance." The phrase and the idea it suggests - the city rising above its
serious problems and attracting new residents, businesses and investment - has not been
invoked much, other than in mockery, in years. The elements are there - the Penn Station
renovation, the $200 million investment in the arena, the new Lexington Market,
Harborplace finally in competent hands - but they are overshadowed by daily violence,
losses from the pandemic and a drop in population. I hear people say the city suffers from
a lack of leadership and continues to decline. Both a Baltimore developer and an attorney
asserted recently that "the city is dying." That's hyperbole, but some would say the same
of "renaissance" because not enough people feel safe enough to believe it (or because
they get their local news only from Fox 45). Even so, it's good for the civic spirit to hear
of a "renaissance" from the mayor of Baltimore again; being a cheerleader for the city is
part of the job.

Nobody asked me, but today would be a good day for the chief of the Baltimore Fire
Department to finally speak to Lynn Weisberg, who continues to have serious questions
about how emergency medical personnel treated her 44-year-old son, Jeremy Davidson,

in the last 90 minutes of his life in October 2020. Weisberg isn't looking to sue anyone; she just wants the results of the department's investigation of how her son was treated.

Nobody asked me, but it's an outrage that millions of Americans who have served their time in prison still cannot vote. Several states, including Maryland, made felons eligible once they completed their sentences. But the nonprofit Sentencing Project estimates that 4.6 million citizens with felony convictions are ineligible to vote this fall because of state prohibitions. Florida is the worst when it comes to this, with more than 1.1 million people banned from voting, according to a Sentencing Project report released Tuesday. (One of its authors is Robert Stewart, an assistant professor of criminology at the University of Maryland.) It makes no sense to further disenfranchise people who've served their time and want to regain their footing as citizens - unless, of course, you're into voter suppression, and there's a lot of that going around.

Nobody asked me, but, if you want to try your hand at adaptive reuse, do what I do: Go to Trinacria Foods on Paca Street and buy a colorful can of Mamma Mia olive oil. When it's empty, remove the top with a can opener, soak up the remaining oil with a paper towel, fit a glass or plastic jar inside and use it as a flower vase. It's a thing of kitschy beauty.

Nobody asked me, but Trey Mancini's playoff struggles with the Houston Astros have been tough to watch. Baltimore still loves the guy. It's not as if he asked to be traded from the Orioles. We're rooting for him. It's great that he's on a team in the World Series - given his cancer diagnosis in 2020, it's great that he's alive and healthy - but he's not hitting, and it's like watching Roy Hobbs after he hooked up with Memo. Here's a mighty wish that Boomer breaks through.

So that I am not constantly repeating the phrase, "Nobody asked me, but," please assume that those four words of self-conscious pontificating apply to the following bulleted statements:

London broil rocks.

The best place to see "Black Adam" is on the big screen at the Senator Theatre.

Fuji apples are better than Honeycrisp, and a lot cheaper.

No Hollywood actor ever made a better, cooler exit from a car than John Travolta's Chili Palmer in "Get Shorty." Check it out. Happens in the first 10 minutes of the film.

Weber's Cider Mill Farm in Parkville sells a superb apple butter, certainly the best I ever tasted.

Nincompoop is one of the world's greatest but underused words.

Helen Mirren is the Meryl Streep of the U.K.

So far this season - this weird NFL season - Patrick Ricard is the most effective Raven.

It would be lovely to see the Ravens get a 23-0 lead at the half and, not only keep it, but build it to something like 42-7. If I can't fantasize in this space now and then, what's the point?

Caption:
Adaptive reuse at home: This colorful can of Mamma Mia olive oil has been repurposed as a flower vase. Staff

Copyright (c) 2022 The Baltimore Sun Company

Record Number: BS0126594172

Sun, The (Baltimore, MD)

October 26, 2022

Edition: First Generic
Section: Main
Page: 4

**Judge sets hearing date for Mosby's request to move trial**

Author: *Lee O. Sanderlin*

Article Text:

A federal judge will hear arguments from prosecutors and Baltimore State's Attorney **Marilyn Mosby**'s lawyers Dec. 15 about whether Mosby's criminal perjury and mortgage fraud trial should be held in Baltimore.

U.S. District Judge Lydia Kay Griggsby issued a scheduling order Tuesday in Mosby's case setting the Dec. 15 hearing, when she will also hear arguments about whether there should be a gag order in the case, and about why Griggsby should or should not sanction Mosby's attorneys for divulging secret juror information in a late September filing.

Mosby is charged with two counts each of perjury and mortgage fraud. The perjury charges are based on Mosby's withdrawal of more than $80,000 from her city-managed retirement account in 2020 under the CARES Act, the first coronavirus pandemic-relief bill Congress passed.

Prosecutors say she lied about experiencing adverse financial consequences during the pandemic in order to make the penalty-free withdrawals and then used that money to purchase two Florida vacation properties: an eight-bedroom house near Disney World and a condo on the Gulf Coast.

Prosecutors say she misled lenders by misrepresenting the state of her finances on both mortgages - she failed to disclose a tax lien, according to the indictment against her - and misled the bank about her plans for the Disney-area home.

The two-term Democrat has vigorously maintained her innocence while repeatedly claiming the prosecution is racially and politically motivated. In an April hearing, Griggsby found there was no objective evidence of vindictive or racist prosecution, but Mosby and her defense have continued to maintain the opposite.

The specific reasons why Mosby wants her trial moved are unknown to the public because her lawyers asked the judge to seal their request, and the document is hidden from public view until Griggsby decides whether it should be public.

Previously, Mosby's attorneys had argued that the potential jurors in her case were prejudiced against her because of local media coverage. Prosecutors have denied that claim, and instead accused her of trying to sway jurors in her favor by misrepresenting facts of the case and developments in court during news conferences.

If the trial is moved, it still could be held in the state at the federal courthouse in Greenbelt. The U.S. District Court in Maryland is divided into the northern and southern divisions and jurors for trials in either division are selected from the counties that comprise them.

For example, a federal trial held in Greenbelt would select jurors from Calvert, Charles, Montgomery, Prince George's and St. Mary's counties, according to the court's publicly available jury plan. If the trial is moved, the judge gets sole discretion on deciding where.

In September, the federal prosecutors asked Griggsby to issue a narrowly-tailored gag order for all attorneys in the case to prevent them from holding press conferences or talking to reporters about the case while directly outside the courthouse. The request came after Mosby's lead defense attorney, A. Scott Bolden, disparaged the government's arguments in the case and used profanity following Griggsby's decision to postpone the case a second time.

Bolden apologized in court the next day, but prosecutors with the U.S. Attorney's Office in Maryland continue to insist Bolden and Mosby are working to taint the jury pool.

In response to the government's request for a gag order, Mosby's lawyers wrote that about 30% of prospective jurors already had made their minds up regarding Mosby's innocence, citing a review of juror questionnaires.

Also included in Mosby's filing was a claim that at least one juror had made a "revolting racist statement" about Mosby, but her attorneys did not include what that statement was. The filing did not say how many of the 30% thought Mosby was guilty.

Juror questionnaires are supposed to be confidential, and Griggsby on Sept. 30 ordered Bolden and the rest of Mosby's defense team to explain why she shouldn't sanction them for disclosing protected information.

It's not clear what punishment Mosby's attorneys could face. The rule Griggsby cited for a possible reason to sanction them does not include potential punishments.

Copyright (c) 2022 The Baltimore Sun Company

Record Number: BS0126594145

Baltimore Brew (MD)

October 26, 2022

Section: Politics

**Term limits, cannabis possession and more coming before voters on November 8**

Author: *Fern Shen*

Article Text:

If well-worn patterns repeat themselves, most of the 15 questions Baltimore voters will see on the 2022 ballot in the November 8 General Election will be approved.

Many are pretty routine.

There are, for example, bond issues (Questions A. B, C and D) to authorize the city to borrow millions for new school construction and for building upgrades, affordable housing, blight elimination, libraries, cultural programs, etc.

There are constitutional amendments as well, including Question 1, which would rename Maryland's two appellate courts to make clear which outranks the other. (Changing "The Court of Appeals" to "The Supreme Court of Maryland" should do the trick.)

But mixed in are a number of interesting referendum questions for city voters.

They include sleepers like Question E, prohibiting the sale of the city's underground conduit system to a private entity, and high-profile proposals like Question K, which would place term limits on local officeholders.

Former Mayor Jack Young recently resurfaced to warn against allowing the city's 700 miles of underground pipes – used for phone, electric and fiber-optic cables – to fall into private hands. (The Baltimore Gas & Electric Co. tried unsuccessfully to buy the system in 2015.)

At a Board of Estimates meeting, Young spoke out against a telecom consulting contract, proposed by Mayor Brandon Scott's administration, that appeared to pave the way for such a sale.

Scott argued that maintenance costs far outweighed the income derived from the conduit system, but City Council President Nick Mosby sided with Young and tabled the contract.

Voter approval of Question E would ban selling off the conduits and render the issue moot.

Sinclair's "pet project"

Battling it out in the spotlight, replete with lawn signs, opeds and social media messaging, is Question K, which proposes term limits for city elected officials.

This match-up features the campaign's chief funder, Sinclair Broadcast Group majority owner David Smith, and a host of opponents led by University of Maryland Law Professor Larry S. Gibson.

Smith, who lives in Baltimore County, has spent $525,000 of his own money to promote Question K, according to campaign finance reports.

Opponents have highlighted that massive personal spending by the man behind Sinclair's conservative flagship station WBFF-TV (Fox 45), whose coverage of the city has been aggressive and relentlessly negative.

An analysis by Maryland Matters of the station's coverage of Question K not only found it one-sided, but often failing to disclose that Smith is leading the term-limits campaign.

The article quoted a journalism professor calling the coverage "disturbing," saying it's not considered ethical for journalists to cover "the pet editorial project" of management without providing the full story.

Smith declined to talk to Maryland Matters.

What Question K Does

This ballot measure would amend the city charter to limit the mayor, council members, council president and comptroller to two terms of four years each.

The cap would not be imposed until 2024. And the count of terms would start that year.

Officials could serve in different offices over the course of their careers, but they would be constrained by a two-term limit for each office.

K Proponents: Break up the logjam of politicians keeping their seats through incumbency.

Standing in front of City Hall last month, supporters of the measure said term limits would bring in fresh leadership by breaking up the logjam of city officials holding tight to their seats through the power of incumbency.

"There are people sitting on the sidelines, waiting for the opportunity to be engaged and be involved," Rev. Al Hathaway said. "Term limits allow that to happen."

"Electing the same people over and over again and expecting the same results is insanity," said West Baltimore community leader Marvin L. "Doc" Cheatham.

Opponents, meanwhile, say citizens already have the power to unseat officials at the ballot box. They argue that it takes time to develop expertise and carry out ambitious government initiatives.

K Opponents: Term limits are a ploy designed to serve special interests.

Mayors Thomas D'Alesandro Jr., William Donald Schaefer, and Kurt Schmoke all served more than two terms, noted Gibson, who was Schmoke's chief political advisor.

"Imposing structural term limits is paternalistic and insulting to the citizens, who should be free to retain officials they like and believe are doing important work," Gibson said in an op-ed.

Local Democratic Party leaders have also come out against Question K.

"The idea of permanently limiting whom voters can elect is a ploy designed to serve special interests, not voters," said a statement released yesterday by the Baltimore City Democratic State Central Committee (BCDSCC).

"Prominent Black churches, city and state workers' unions, the NAACP and elected officials" are expected to join the BCDSCC tomorrow (Thursday) for an anti-Question K event.

Also on the Ballot

Question 2 would tighten the eligibility requirement for the office of state senator or delegate. Under this constitutional amendment, a person would be required to have both resided in and maintained a primary residence in the district the person has been chosen to represent for at least six months preceding the date of the person's election.

Question 3 would allow legislation to be enacted to limit the right to a jury trial in a civil proceeding, in which the amount in controversy is not more than $25,000. The limit is currently set at no more than $15,000 in the Maryland Constitution.

Question 4 would legalize the possession of cannabis in Maryland. If passed, those 21 years and over will be able to legally possess up to 1.5 ounces of cannabis and grow two marijuana plants out of public view beginning July 1, 2023. (The sale of marijuana remains a crime in Maryland under a law passed earlier this year.)

Question F would create a fund to be used to supplement rewards leading to the arrest and conviction of criminal suspects.

Question G allows for the creation of a fund to promote pre-apprenticeship programs and other workforce development programs in Baltimore's public secondary schools and community colleges.

Question H changes the charter so that the Baltimore Police Department is no longer a state agency, a change whose effect would not be major. The mayor already has control

over the budget and appoints the commissioner. This amendment would make officers city rather than state employees, allow the city to set the boundaries of police districts and to dictate policies for residency, take-home vehicles and other matters.

Question I would reconfigure the board overseeing the Office of the Inspector General, the city's corruption watchdog, to eliminate members with a potential conflict of interest. It would ensure that the 11-member group does not include "elected officials, candidates for office or lobbyists." The issue became a political flashpoint last year after Inspector General Isabel Mercedes Cumming produced a report critical of State's Attorney **Marilyn Mosby**, wife of Council President Nick Mosby.

Question J takes Accounts Payable away from the Finance Department and moves it to the City Comptroller. Approval of the measure would expand the role of Comptroller Bill Henry over a city function that's long been criticized for late payments.

Caption:
Spiniello workers cut into Greenmount Avenue in 2019 as part of an overhaul of Baltimore's underground conduits. (Fern Shen)

Spiniello workers cut into Greenmount Avenue in 2019 as part of an overhaul of Baltimore's underground conduits. (Fern Shen)

The late, lamented City Paper was known to devote a whole issue to marijuana.

Copyright © 2022 Baltimore Brew LLC, All rights reserved.

Record Number: 537b79fdae62be9143a13fbe8f88f1b49cc5ffc8

Sun, The (Baltimore, MD)

October 29, 2022

Edition: First Generic
Section: Main
Page: 1

**Syed judge defends verdict**

**Retired justice maintains that substantial evidence supported the conviction**

Author: *Lee O. Sanderlin*

Article Text:

Substantial evidence supported the jury's finding in 2000 that Adnan Syed was guilty of murdering Hae Min Lee, according to an affidavit from the retired judge who presided over the trial.

Wanda Keyes Heard, Baltimore's former top circuit court judge who retired from the bench in 2019, submitted the affidavit Thursday on behalf of the Lee family, who claim their rights as crime victims under Maryland law were violated last month when a different judge overturned Syed's conviction and freed him from prison.

"A reading of the trial transcript will show that the jury verdict was supported by substantial direct and circumstantial evidence," Heard wrote in her affidavit.

Heard kept 100 pages of typed notes from the trial and wrote that she was submitting the sworn affidavit at the Lee family's request and "in the interest of justice."

"I heard the evidence and all the testimony," she wrote. "The verdict and the swift manner of the verdict being reached made it clear to the court that the jury weighed the credibility of the witnesses who testified and were subject to cross examination."

Baltimore Circuit Judge Melissa Phinn freed Syed from prison Sept. 19 after prosecutors in Baltimore State's Attorney **Marilyn Mosby**'s office claimed to have discovered evidence suggesting Syed's innocence that was never disclosed to his original defense attorney. Syed was convicted of killing Lee, his

ex-girlfriend and Woodlawn High School classmate.

Specifically, Mosby's office claimed in its motion to vacate Syed's conviction that it found two handwritten notes from Kevin Urick, the original prosecutor in the case, that suggest someone close to Syed had threatened to kill Lee.

Prosecutors identified one other "alternative suspect" during their reinvestigation with Syed's defense counsel - a man who was improperly cleared during the original investigation, according to the motion to overturn Syed's conviction.

Young Lee, Hae Min Lee's brother, is appealing the decision that freed Syed because he said he was not given proper notice about the Sept. 19 court hearing in order to attend in person and to properly prepare. Young Lee gave a brief statement via video-conference to the court after his lawyer, Steve Kelly, unsuccessfully asked Phinn for a seven-day postponement so that Young Lee could travel from the West Coast, where he lives.

"Here, the voices of the Lee family were silenced. Prosecutors went out of their way to evade the [Maryland] Constitution's absolute requirements," Kelly wrote in an appellate filing submitted to the Maryland Court of Special Appeals. "They provided the Lee family with barely any notice and no meaningful opportunity to appear and comment on the evidence."

Mosby, who lost her bid for reelection and will leave office in January as she waits for her federal perjury and mortgage fraud trial to begin, has said her office followed the proper procedures for notifying victims.

In a statement, Baltimore State's Attorney spokeswoman Emily Witty said the office empathizes with the Lee's plight, but lays the blame for their pain at the feet of other prosecutors.

"Our office truly empathizes with the family of Hae Min Lee, which is why all along we've attempted to keep them apprised of each step of the legal process," Witty said. "As we've already conveyed to the victim's attorney, we remain committed to offering counseling services, detailing our investigation, and keeping open lines of communication with this family, who have clearly been re-victimized by the misdeeds of prior prosecutors."

Young Lee was told about the Monday, Sept. 19 hearing the Friday before, giving him less than one full business day to make arrangements. In an email, Assistant State's Attorney Becky Feldman told Young Lee he and his family could "watch" the hearing, but did not say he had a right to speak.

In the days following Young Lee's appeal, Mosby said her office received new DNA test results from Hae Min Lee's shoes that excluded Syed. Her office decided to drop the pending murder charge against Syed, and Mosby said she believes there is no evidence linking Syed to Hae Min Lee's murder.

Because Syed's criminal case no longer exists, a three-judge panel in the Maryland Court of Special Appeals ordered the Lees to explain why their appeal should continue.

The Lee family is arguing it should continue because future hearings to overturn convictions likely will run into the same victims' rights issues.

Even if the appellate judges decide to allow the case to continue, the Lee family is not seeking to have Syed sent back to prison, according to a statement Kelly issued late Thursday.

Instead, the family is seeking an evidentiary hearing in the case, which Kelly claims was not done earlier, so they can better understand the evidence that led to Syed being freed.

Heard, the judge who presided over Syed's trial, wrote in her affidavit that she is not sure how DNA evidence from Hae Min Lee's shoes was sufficient to exonerate Syed, because she cannot recall any evidence then that suggested Syed ever touched the shoes. Heard campaigned for incoming Baltimore State's Attorney Ivan Bates, who is expected to take office when Mosby leaves.

"The absence of touch DNA on her shoes would seem to be an unusual basis to eliminate Mr. Syed as Ms. Lee's killer in the face of other overwhelming and riveting testimony of the eyewitness of Jay Wilds, who testified that he assisted Mr. Syed in the burial of her body," Heard wrote.

Mosby's office has since said Wilds' testimony is no longer credible because of inconsistent statements about what happened that he madein the years after the trial.

Joining the Lee family's side is Maryland Attorney General Brian Frosh, whose office filed its own papers in the case earlier this week.

Mosby has repeatedly accused Frosh and members of his office of intentionally withholding the original prosecutors' handwritten notes in order to keep Syed in prison. Frosh denies the claim, calling it unfounded.

Frosh's office said Urick's handwritten note, which supposedly states that an alternative suspect made a threat against Lee's life, is difficult to read and "subject to multiple interpretations." Mosby's office never contacted Urick during its investigation, and has not spoken to him about the note, according to the attorney general's filing.

The threat does not specifically mention Lee by name, and the person who relayed the threat to Urick did not take it seriously, according to the attorney general's office. The remainder of the note also includes statements that suggest Syed's guilt.

Frosh's office declined to share the full contents of the note, citing Mosby's ongoing investigation into the two alternative suspects.

Caption:
Ex-judge Wanda Keyes Heard submitted an affidavit on behalf of the family of Hae Min Lee. BALTIMORE SUN FILE 2019

Copyright (c) 2022 The Baltimore Sun Company

Record Number: BS0126646293

Daily Record, The (Baltimore, MD)

November 2, 2022

Section: News

Topics:

**Index Terms:**
General news

**News organizations ask to unseal Mosby's request for change of venue in federal trial**

Author: *Madeleine O'Neill*

Article Text:

A group of Baltimore news organizations are asking a federal judge to unseal Baltimore State's Attorney **Marilyn Mosby**'s request to move her criminal trial out of the city.

The Daily Record, The Baltimore Sun and The Baltimore Banner joined a motion arguing that the public has a right to know why Mosby is seeking a change of venue for her federal trial on perjury and mortgage fraud charges.

Mosby filed a document under seal late last month, as she has a few times throughout her criminal case. U.S. District Judge Lydia Kay Griggsby followed that document with a scheduling order that identified the filing as a motion for a change of venue.

It is not clear whether Mosby's lawyers will oppose unsealing the motion for a change of venue. In a previous court filing, her lawyers claimed that the jury pool is biased against Mosby and blamed media coverage of the case.

Mosby's lead attorney, A. Scott Bolden, included responses to juror questionnaires in that filing to prove his point.

One prospective juror wrote, "I have already determined (Mosby's) guilt. I have been following this case from the very start of the indictment," according to the defense filing. (Bolden is facing a possible court sanction for including confidential information from juror questionnaires in the filing.)

Details of why Mosby wants to move her trial out of Baltimore remain uncertain, however, because she filed the motion under seal.

The news outlets wrote that Griggsby would have to find a "substantial probability" that unsealing the motion for a change of venue would prejudice Mosby's right to a fair trial.

"It is difficult to imagine how allowing the public and the press access to defendant's motion to change venue could possibly reach this threshold," wrote Hugh J. Marbury, one of the lawyers for the news organizations.

"Moreover, even if defendant could make that showing, the court would still need to find that sealing the motion would somehow prevent that prejudice, and that is inconceivable, given the already highly publicized nature of this case."

Under an earlier court order, interested parties can object to documents being filed under seal in the case. The news outlets have objected previously, and Griggsby unsealed some court filings in May after Mosby's defense team agreed they could be made public. Mosby objected to unsealing a second document, and Griggsby allowed it to remain private.

Mosby's lawyers have 14 days to respond to the latest objection from the news outlets.

Mosby faces two counts each of perjury and making false statements on mortgage applications. She is accused of falsely claiming a pandemic-related financial loss in order to withdraw $90,000 from her city retirement account in 2020. She put the money toward down payments on two vacation properties in Florida.

She is also accused of failing to disclose a $45,000 IRS lien and making other false statements when she applied for the mortgages on those two Florida properties.

Copyright © 2022 BridgeTower Media. All Rights Reserved.

Copyright, 2022, The Daily Record (Baltimore, MD)

Record Number: 332439

Sun, The (Baltimore, MD)

November 4, 2022

Edition: First Generic
Section: Main
Page: 1

**Balto. Co. Council race shaping up to be tight**

**District 6 candidates share similar views, money totals**

Author: *Christine Condon*

Article Text:

During a recent forum, the candidates running for one of two open seats on the Baltimore County Council presented similar visions for the future.

Democrat Mike Ertel and Republican Tony Campbell, running to represent the district that includes Parkville and Towson, agreed that the County Council ought to be expanded by at least two members to account for a rise in population. Both shared similar ideas for addressing poor school performance, a lack of affordable housing and food insecurity.

Among the few differences were their approaches to a question on crime. Campbell took aim at Baltimore City State's Attorney **Marilyn Mosby**, blaming her for a rise in county crime. Ertel focused his answers on community policing.

But by the end of the forum, both Ertel, a longtime Towson community leader, and Campbell, a Towson University political science professor, acknowledged their commonalities.

"Unlike other council races, I think

both of us would be excellent council members for our district," Campbell said.

Campbell and Ertel are vying for the council seat left open by longtime member Cathy Bevins, who announced in March that she didn't plan to run for reelection.

The district's boundaries were changed during the redistricting process following the 2020 census, bringing in downtown Towson. The change moved Ertel, who previously ran unsuccessfully for the District 5 seat, into the sixth.

The race is shaping up to be among the tighter contests for the council this year - at least based on fundraising. The two each had about $20,000 on hand in August; and, between

late August and late October, Ertel raised about $25,000 and Campbell raised about $35,000, according to recently filed campaign finance reports.

In many of the other races, big fundraising gaps separate the incumbents and their challengers. The race for the council's other open seat in the county's southwest pits Democratic state Del. Pat Young against relative political newcomer Al Nalley, a Republican former small business owner.

At the Oct. 25 forum hosted by the Randallstown NAACP and Baltimore County League of Women Voters, Ertel touted his 17 years volunteering for the Towson Communities Alliance, and eight years on the board of trustees for the Community College of Baltimore County.

"I feel like I have just a little more hands-on experience with dealing with a lot of the issues we deal with on the County Council," Ertel said.

Campbell, on the other hand, touted his political experience in federal, state and local government. Campbell served in President George W. Bush's administration, worked for the State Highway Administration and served on Baltimore County's charter commission and school board nominating committee.

"It comes down to voice. It comes down to representation," he said. "I understand what the role of local government is supposed to be. I understand the partnerships."

Campbell previously ran unsuccessfully for Ben Cardin's U.S. Senate seat, in addition to Baltimore County executive and Baltimore City Council president.

When asked about crime in the 6th District, which abuts the northeastern corner of Baltimore City, Campbell took a different tack than Ertel, jabbing at Mosby.

"The way that Mrs. Mosby was doing her job was in direct correlation with the rise of crime in Baltimore County," he said.

Last year, the county surpassed a record for homicides set in 2019. More than 50 people were killed in the county, including in two mass shootings - one in Woodlawn and the other beginning in Phoenix before ending in Essex.

In 2020, Mosby announced her office would stop prosecuting certain lower-level crimes such as drug possession and prostitution. Researchers from the Johns Hopkins University conducted a 14-month study of the policy and found no corresponding uptick in resident complaints or threats to public safety.

In this year's Democratic primary, Mosby, who is facing a trial for federal perjury charges, was unseated by defense attorney Ivan Bates. Running unopposed in heavily Democratic Baltimore City, he is the presumptive winner.

In his responses about public safety Tuesday night, Ertel didn't mention Mosby. He called himself a proponent of "community policing," adding that the county must address the "root causes" of crime, including by strengthening neighborhoods.

"The other thing I see a lot of as I'm in the neighborhoods is - and I think COVID has not helped us here - there's not the sense of community we've had before," he said. "One of the things we can do as council people is community building. I've been a community association person."

Campbell, for his part, spoke about bolstering education as a means of reducing recidivism. For him, calling for more transparency from the county school board was a focus during Tuesday night's debate.

"Fifty-one percent of our property tax dollars goes to BCPS," he said. "And the bureaucracy has been totally tone-deaf."

For instance, Campbell said the public hasn't received enough information about the cost of the ransomware attack that befell the school system in late 2020. The district has estimated the attack will cost the county more than $7 million. Officials have said no personal information was stolen but haven't disclosed details about the extent of the attack or any ransom demands.

Ertel also spoke about a need for the County Council to start "ringing the bell" on failures within the school system, including lagging test scores.

On affordable housing, the duo agreed that the county's vacant homes should be put to use to add housing stock. Ertel added that affordable housing units shouldn't be segregated, but rather integrated within communities with more expensive offerings.

And on expanding the County Council, the pair spoke about working together in previous years as part of a group of concerned citizens hoping to expand the council. Proponents have suggested the idea could improve diversity on the council, which stands to include only men for the first time in more than a decade if all incumbents are reelected. Two female challengers remain in the race.

But Campbell went a step further, arguing that his time on the county's charter review commission, when he proposed a council expansion, showed him a "corrupt" side of the county.

"Sitting in that room with a bunch of Towson lawyers who really pull the levers in Baltimore County, I realized how corrupt Baltimore County actually is, how much of a pay-to-play system Baltimore County is," he said. "It's important for leaders, members of the County Council, to shine light on this."

Copyright (c) 2022 The Baltimore Sun Company

Record Number: BS0126765400

Sun, The (Baltimore, MD)

November 5, 2022

Edition: First Generic
Section: Main
Page: 1

**Lee family appeal can proceed**

**Three-judge panel rules that motion can continue as victim's relatives, backed by state AG Frosh, seek evidentiary hearing**

**ADNAN SYED CASE**

Author: *Lee O. Sanderlin*

Article Text:

The Maryland Court of Special Appeals determined the appeal Hae Min Lee's family filed protesting the court proceedings that freed Adnan Syed can continue.

A three-judge panel ordered the parties in the case - the Lees, Syed and the Maryland Attorney General's Office - to file their arguments as to whether the appeal is moot, whether the court should issue an opinion in the case regardless of mootness, and if enough notice was given before the hearing.

Convicted in 2000 for killing Lee, 18, Syed was freed from prison Sept. 19 after prosecutors in Baltimore State's Attorney **Marilyn Mosby**'s office claimed they found evidence suggesting Syed's innocence that was never disclosed to his original defense attorney.

Syed's case became known internationally after the podcast "Serial" documented his legal saga.

The Lee family filed an appeal in late September claiming their rights as crime victims had been violated because they were given insufficient notice about the court hearing where Syed's murder conviction was overturned.

Emails between Hae Min Lee's brother, Young Lee, and Assistant Baltimore State's Attorney Becky Feldman show Feldman alerted the Lees about the hearing on Friday, Sept. 16, the same day Baltimore Circuit Judge Melissa Phinn scheduled it for the following Monday. Young Lee lives on the West Coast and could not attend in person.

Maryland law does not specifically say how much notice must be given.

However, when no time frame is provided it is expected that whatever notice is given should be "reasonable." Young Lee did participate at the hearing, albeit virtually, after the judge refused a request by Young Lee to postpone it for seven days so he could travel to Baltimore.

Baltimore State's Attorney **Marilyn Mosby** exonerated Syed last month, dismissing the murder charge against him.

Erica Suter, Syed's current attorney, has argued in her own filings that the Lees' appeal is moot because the underlying criminal case against her client no longer exists.

The Lees, led by Young Lee, have said they are not seeking to have Syed return to prison, and instead are hoping to establish that their rights as crime victims under Maryland law were violated and for a new hearing to be scheduled where they can fully participate.

"Hae Min Lee's family is thrilled with today's ruling," their attorney, Steve Kelly, wrote in a statement Friday. "All they are seeking is what the law requires - a full evidentiary hearing in which they can meaningfully participate and one that makes public the relevant evidence."

The court did not order an evidentiary hearing, although Kelly has repeatedly asked for one. He is expected to ask again in his next court filing, due Dec. 9.

Maryland Attorney General Brian Frosh's office has joined in supporting the Lees, going against Mosby's office.

Both Frosh and Mosby's offices declined to comment on Friday's ruling.

Suter, in a statement, noted the appeal is not about Syed's innocence.

"As the court's order makes clear, it is simply about whether the victim received proper notice of the vacatur hearing and whether the dismissal of all charges prevents the appeal from going forward," Suter wrote. "We look forward to briefing these issues before the court and remain confident in the outcome."

But recent revelations in the case have raised questions about the evidence cited to overturn Syed's conviction.

In the motion to overturn Syed's murder conviction, Mosby's office said it found a handwritten note from original prosecutor, Kevin Urick, that showed another person, someone close to Syed, had threatened to kill Lee.

More than two decades ago, Urick scribbled the following sentence on a yellow legal pad, along with information about a man prosecutors are now labeling an alternative suspect in Lee's death.

"He told her that he would make her disappear," Urick wrote. "He would kill her."

Had Cristina Gutierrez, Syed's defense attorney at trial who died in 2004, known about the threat, she may have used it to defend her client, Feldman argued in the motion to vacate Syed's conviction. Suter and Feldman said in separate court filings that the note, or any mention of it, doesn't appear in Gutierrez's files, and that none of Syed's appellate attorneys knew about it either.

The note is poorly written and hard to read. Urick, in a footnote to a transcription of the note he recently made for the attorney general's office, now says Mosby's office misinterpreted the note.

Urick wrote that the threat present-day prosecutors are attributing to an alternative suspect was actually made by Syed, according to people familiar with the transcription but who are not authorized to speak publicly. The note has not been released publicly, and Frosh's office has not stated publicly whether it agrees with Urick's transcription.

In an appellate filing in Syed's case last week, lawyers for Frosh wrote that the note is subject to "multiple" interpretations but did not attribute the threat to Syed.

Mosby has repeatedly accused Frosh, as well as lawyers who worked for him and handled Syed's previous appellate cases, of intentionally hiding the note from public view in order to keep Syed in prison, one of the most serious accusations that can be made against a lawyer.

Suter, in a statement last week, accused Frosh's office of attempting to "undermine Mr. Syed's innocence" and of engaging in what she considers a continual coverup of the failure to disclose evidence helpful to her client.

"What makes Mr. Syed's case unique is its public platform, not the misconduct that resulted in his unjust conviction and 23 years of wrongful incarceration," Suter said then.

Frosh has denied the claims repeatedly, calling the accusations "unfounded" in a court filing.

Despite the public feud between Frosh and Mosby, neither Democrat will be in office by the time the Maryland Court of Special Appeals hears arguments in the case in February. Both leave office in January.

Mosby lost her bid for a third term to defense attorney Ivan Bates and likely will be preparing for her upcoming federal perjury and mortgage fraud trial, slated to begin in March. Prosecutors charged Mosby earlier this year with lying about her finances in order to make early, penalty-free withdrawals from her retirement fund under the CARES Act, and then using that money to purchase two Florida vacation properties.

Frosh did not run for reelection, and it is likely Democratic Congressman Anthony Brown will replace him. Brown is facing Republican Michael Peroutka in the general election, and Maryland has not elected a Republican as attorney general in over 100 years.

Caption:
Adnan Syed had his murder conviction overturned and was released after prosecutors raised doubts about his guilty finding because of the revelation of alternative suspects in the homicide and unreliable evidence used against him at trial. Lloyd Fox/Baltimore Sun

Copyright (c) 2022 The Baltimore Sun Company

Record Number: BS0126783259

Sun, The (Baltimore, MD)

November 6, 2022

Edition: First Generic
Section: Main
Page: 6

**We're not any closer to truth about Hae Min Lee's murder**

**COMMENTARY**

Article Text:

The Adnan Syed case has delivered us to a strange place: A chief prosecutor, who happens to be under federal indictment for perjury, suddenly asks a judge to overturn the conviction of a man in a high-profile murder case from 23 years ago. Defending her decision, the prosecutor accuses a respected state attorney general of intentionally covering up evidence of the convicted man's possible innocence. Taken aback, the AG questions the prosecutor's decision to move ahead and drop the murder charge, setting the man free. The original prosecutor also raises a serious question about the decision to throw out the conviction. Then the judge who presided at the trial says the guilty verdict was solid.

All this in public - at news conferences, in court filings - while the rest of us watch and scratch our heads, wondering, yet again, what the truth is about Hae Min Lee's murder.

What a confusing spectacle.

The Syed case has received so much attention, ever since the "Serial" podcast raised questions about his conviction for the murder of his former high school girlfriend, that none but troglodytes should have missed it.

We know the players:

**Marilyn Mosby** is the outgoing Baltimore state's attorney who, as a self-styled progressive prosecutor, came recently to believe that Syed was deprived of a fair trial in 1999 because his defense was never made aware of other suspects in the case. That assertion got a judge to vacate Syed's conviction.

On the other side is Brian Frosh, the Maryland attorney general who has never been indicted and, more than that, is widely respected for his integrity. Even when he was a member of the Maryland Senate, he enjoyed the high opinion of his peers. Frosh is widely regarded as a liberal and, given that, it seems implausible that he would be a party to intentionally keeping a truly innocent man in prison.

Both he and Mosby are lame ducks.

They both exit the public stage in a couple of months: Frosh chose not to run for reelection; Mosby lost her bid for a third term as the city's top prosecutor.

The last few weeks have been unseemly, with Mosby throwing shade at Frosh, suggesting that he and his staff, through the appeals process, prevented disclosure of the other suspects in the Syed case. Frosh countered by saying that accusation was unfounded and by questioning the basis for Syed's release.

He's not the only one with questions about this hasty process.

We learned that Syed's defense attorney, now deceased, represented one of the other suspects in the case before a grand jury (and her firm later handled his divorce). It's hard to believe that attorney was not aware at some point that someone other than Syed might be suspected of the murder.

It was also weird to learn from Frosh that Kevin Urick, the original prosecutor of Syed, had not been interviewed during Mosby's review of the case.

Since then, Urick has come forward to say his old notes about one of the other suspects in the case were misinterpreted, suggesting that Syed's release from a life sentence might have been based on a mistake.

If that wasn't unsettling enough, Wanda Heard, the retired judge who presided at Syed's trial, said the conviction was good, that the "jury verdict was supported by substantial direct and circumstantial evidence."

Syed's side answers that the trial judge has no business in the post-conviction process and that all matters regarding Syed are now moot, because Mosby dismissed the charges against him.

But the story doesn't end there. Frosh's office believes the victim's family was not given sufficient notice, as a matter of law, of Mosby's intention to have Syed's conviction vacated. What if, as unlikely as it seems, the decision to vacate does not stand? Wouldn't that be totally weird, after Syed's release and his triumphant exit from the courthouse?

Over the years - and more so recently, partly because of Mosby's Conviction Integrity Unit - we've seen several guilty verdicts overturned after they were determined to have been wrongful. Usually these determinations are made after long and diligent review and DNA tests.

But, however exhaustive the review of the Syed case was, it still sparked questions.

And it's difficult to separate all these developments from the fact that Mosby is facing federal charges. She's been accused of criminal dishonesty in obtaining financial relief during the pandemic. Given that, she might have seen Syed's release not only as a matter

of justice for him but as positive pretrial publicity for her. That's speculation, of course, but the circumstances - and the personality - invite it.

Usually, in wrongful convictions, the news media does not question the decision to let an innocent person go. It's even more odd to hear a legal authority - in the Syed case, the Maryland Attorney General - challenge, on any basis, a determination of a wrongful conviction.

As I said, we've been delivered to a strange place, no closer to the truth about Hae Min Lee's murder.

It reminds me of a wrongful conviction case in Anne Arundel County 30 years ago. Witnesses against a man accused of armed robbery and murder admitted to having lied in court at the behest of a police detective. When the defendant was released from prison after 14 years, the chief prosecutor refused to say the man was innocent, suggesting that, despite the perjured testimony, he was the real killer. It was hard to know what to believe. Truth remained forever elusive.

Copyright (c) 2022 The Baltimore Sun Company

Record Number: BS0126815577

Daily Record, The (Baltimore, MD)

November 8, 2022

Section: News

Topics:

**Index Terms:**
General news

**What an Ivan Bates victory means for the Baltimore State's Attorney's Office**

Author: *Madeleine O'Neill*

Article Text:

Ivan Bates will be Baltimore's next top prosecutor after officially winning the race for city state's attorney, a post he has been widely expected to secure since his victory in a tough three-way primary this summer.

Bates was unopposed in the general election. Early returns Tuesday night showed he was reaping 98% of the vote against a write-in option.

He had defeated two-term incumbent **Marilyn Mosby**, who has been a magnet for controversy, in the Democratic primary this July.

Bates' victory marks a major change in the city's approach to crime. Bates contrasted himself from Mosby by pledging to restart prosecutions of low-level crimes, which Mosby halted during the pandemic, and to pursue jail time in all illegal gun possession cases.

The primary showed that voters were ready for change, said Roger Hartley, the dean of the University of Baltimore's College of Public Affairs.

"It was an extraordinary victory," Hartley said. "I think it was based on an interest in change in the workings of the office."

Bates, Hartley said, has a "major opportunity is to restore a sense of legitimacy and exciting purpose to the office for those who were looking for change."

Mosby, who first took office in a 2014 upset, framed herself as a "progressive prosecutor" who would look for alternatives to incarceration in certain cases. For example, her office stopped prosecuting low-level offenses, such as drug possession and prostitution, during the pandemic.

A 2021 study found there were few rearrests for more serious crimes after the policy was implemented, but business owners and some residents criticized the policy as encouraging lawlessness.

Bates has said he will reverse the nonprosecution policy and seek jail time in all illegal gun possession cases. He also wants to begin pursuing charges against squeegee workers, who often approach vehicles in traffic to offer a window cleaning, if they don't accept services and stop the practice.

Hartley said Bates will have to work quickly to build the political capital to make difficult choices.

"Fulfilling those promises that he made on the campaign trail will bring legitimacy, but it will also bring conflict," he said.

Heather Warnken, the executive director of the University of Baltimore School of Law's Center for Criminal Justice Reform, warned that using incarceration more extensively could have painful consequences for the city's most vulnerable people.

"We have to have humility about the limits of the criminal justice system in addressing these public safety challenges," Warnken said. "Taking such a hard line about, for example, gun possession equals jail, fails to take into consideration the very real reasons why people feel vulnerable and possess guns in the first place."

Bates has said he supports alternatives to incarceration in some cases squeegee workers, for example, might be offered a warning and an opportunity to enter a diversion program before facing more serious consequences. Bates also wants to institute a "community court" to handle low-level offenses and offer resources.

Warnken said tying social services to legal consequences can still harm vulnerable people by putting them into the criminal justice system.

"I think we have to be honest about what the system can and cannot accomplish, and we have a very long way to go in building up the services and infrastructure of care for these same residents that he's talking about," she said.

Bates will also have to rebuild the State's Attorney's Office, which under Mosby faced persistent staffing problems, and contend with his predecessor's legacy. Mosby was a polarizing figure from early in her first term, when she brought charges against the police officers who were involved arresting Freddie Gray, who died from injuries sustained in police custody in 2015.

Mosby is now under indictment in federal court on charges of perjury and mortgage fraud. Prosecutors allege that Mosby lied about suffering a coronavirus-related financial setback in order to withdraw $90,000 from her city retirement account in 2020. She is also accused of failing to disclose a $45,000 IRS lien and making other false statements when she applied for mortgages on two Florida vacation homes.

Mosby also sparred with other elected officials, especially Gov. Larry Hogan, a Republican. Bates is likely to have an easier relationship with Wes Moore, a Democrat who won the race for Maryland governor.

"There's a massive opportunity for Ivan Bates to build strong ties with the new governor, who will almost definitely have a different perspective on Baltimore," Hartley said.

Voters will expect Bates to be visible and active in the fight against violent crime, Hartley said. Warnken said Bates has a mandate to address Baltimore's crime problem but that doesn't necessarily mean turning to more incarceration.

"I think that's a mandate to be serious about addressing and reducing crime in this city, especially violence, and I think really doing that means having the courage to look at the evidence about what we know works, and that's not relying on incarceration as the answer to this problem."

Copyright © 2022 BridgeTower Media. All Rights Reserved.

Copyright, 2022, The Daily Record (Baltimore, MD)

Record Number: 333323

Daily Record, The (Baltimore, MD)

November 18, 2022

Section: News

Topics:

**Index Terms:**
General news

**Mosby wants criminal trial moved to Greenbelt, citing pretrial publicity**

Author: *Madeleine O'Neill*

Article Text:

Baltimore State's Attorney **Marilyn Mosby** wants her federal trial moved to the Greenbelt Division of the District of Maryland to combat negative pretrial publicity, according to newly unsealed court records.

Mosby first asked for a change of venue last month in a sealed filing. Subsequent filings by Mosby's defense team and the government were unsealed Friday following an order from U.S. District Judge Lydia Kay Griggsby.

The documents shed light on Mosby's request to move her trial to Greenbelt, a Washington, D.C., suburb in Prince George's County. Mosby's lead attorney, A. Scott Bolden, wrote that the change was necessary because many potential jurors in Baltimore have already formed opinions about the case.

"State's Attorney Mosby's motion to transfer this case to a courthouse a mere 30 miles away in the same judicial district offers a pragmatic solution to the problem of public animus in and around Baltimore stirred up by the near-constant flow of publicity surrounding these proceedings and State's Attorney Mosby more generally," Bolden wrote.

The federal indictment against Baltimore's top prosecutor has generated extensive publicity. More than two-thirds of potential jurors in Baltimore reported they had heard of the case, and nearly one-third said they had already formed an opinion.

Mosby's request for a change of venue references dozens of articles, including in The Daily Record and The Baltimore Sun, about Mosby's case.

"That coverage has been so pervasive and so negative, that this Court can presume that any jury selected in the Baltimore Division will be prejudiced against State's Attorney Mosby," Bolden wrote.

The Daily Record, The Baltimore Sun and The Baltimore Banner objected to Mosby's request to seal her motion for a change of venue, which led to Griggsby's order unsealing the motion. Portions of the motion are redacted to protect confidential juror information.

Federal prosecutors oppose a change of venue and argued that voir dire, or the process by which jurors are questioned before being picked for a jury, is enough to protect Mosby's right to a fair trial.

The government's response notes that 70% of potential jurors had not formed an opinion about the case, and more than one-third had never even heard of it.

"At its base, the Defendant's motion is a request for special treatment for her, different from any other defendant, which is particularly inappropriate because Defendant and her counsel have generated much of the media coverage about which she now complains," prosecutors wrote.

Griggsby has scheduled a hearing on the request for Jan. 17.

Mosby faces two counts each of perjury and making false statements on mortgage applications. She is accused of falsely claiming a pandemic-related financial loss in order to withdraw $90,000 from her city retirement account in 2020. She put the money toward down payments on two vacation properties in Florida.

She is also accused of failing to disclose a $45,000 IRS lien and making other false statements when she applied for the mortgages on those two Florida properties.

In the request for a change of venue, Bolden also argued that there is "little connection to Baltimore in terms of the location where these alleged crimes took place." The homes are in Florida, Mosby's lenders are in Michigan and North Carolina, and her retirement plan administrator is based in Ohio.

Bolden also proposed that the court could choose jurors from Greenbelt but still try the case in Baltimore.

Copyright © 2022 BridgeTower Media. All Rights Reserved.

Copyright, 2022, The Daily Record (Baltimore, MD)

Record Number: 335117

Sun, The (Baltimore, MD)

November 19, 2022

Edition: First Generic
Section: Main
Page: 1

**Defense wants case moved to Greenbelt**

**State's attorney cites pretrial publicity in hometown Baltimore**

**MOSBY trial**

Author: *Alex Mann*

Article Text:

Baltimore State's Attorney **Marilyn Mosby** wants her federal perjury and mortgage fraud trial moved to the federal courthouse in Greenbelt, according to recently unsealed court documents.

Mosby moved in October to have her trial transferred out of Baltimore, but that motion and the records associated with her request had been kept under seal.

The original motion is being kept under seal because it contains juror information, but Mosby's attorneys filed a redacted version Friday at the direction of U.S. District Judge Lydia Kay Griggsby. The document explains for the first time why Mosby, who is nearing the end of her second and final term as Baltimore's top prosecutor, wants to be tried away from the city where she was elected and lives.

Lawyers for the outgoing Democratic state's attorney argued she cannot receive a fair trial in Baltimore because

of excessive pretrial publicity surrounding her criminal case.

"A transfer of venue for trial in this matter is required because the pervasive negative pretrial publicity of this case has irreparably tainted the public's opinion of State's Attorney Mosby and the resulting prejudice against her is so great that no jury picked in the Baltimore Division will give State's Attorney Mosby a fair and impartial trial," the defense attorneys wrote.

Mosby's redacted motion cited responses to a questionnaire sent to prospective jurors, saying a substantial proportion of the people who responded already had decided whether she is innocent or guilty. More than 60% of those who responded to the questionnaire

indicated they'd heard of the case, while about 30% said they'd formed an opinion on her culpability.

Federal prosecutors said the traditional jury selection process is adequate to weed out potentially biased jurors to seat a panel to decide her case. Her trial is scheduled to begin March 27.

The newly unsealed records show Mosby is not asking for her case to be moved out of Maryland, but for it to be held at the U.S. District Court in Greenbelt. That court pools jurors from five counties: Calvert, Charles, Montgomery, Prince George's and St. Mary's.

The federal courthouse in Baltimore composes juries of residents from the city and all other counties in the state - from Western Maryland to the Eastern Shore.

Mosby's lawyers said in their motion that there were many more articles bearing her name on the website of The Baltimore Sun than that of The Washington Post, arguing that was evidence of how local media "unfairly maligns" her.

Prosecutors described the argument as "unavailing" in their response.

"The vast majority of the Baltimore Sun articles that appear in such a search do not pertain to this prosecution; rather they are a collection of articles about the Defendant's job as the highest ranking prosecutor in the city of Baltimore - no wonder there are more search results than in a paper with international circulation based out of Washington, D.C.," prosecutors wrote.

Mosby's lawyers filed a reply to the government Monday, saying her argument pertained not only to news reports but to campaign ads and social media posts. They attached digital campaign fliers disseminated in the Republican primary race for Harford County State's Attorney, which portrayed Mosby negatively.

"The point is that the pervasive news coverage of State's Attorney Mosby - good, bad, or indifferent - keeps her in the public's eye and ensures that the readers of that coverage will have formed an opinion of her," the defense lawyers wrote. "Whether that opinion is of her alleged criminal conduct (which is invariably mentioned even in news reports that could otherwise be considered 'good' for her), or simply how she performed as State's Attorney, there is an opinion."

Mosby is charged with two counts of perjury and two counts of making false statements on loan applications for a pair of vacation properties.

Federal prosecutors say she lied about suffering financial hardship because of the coronavirus in order to make early withdrawals from her city retirement savings account under Congress' first pandemic relief package, the CARES Act. She used the roughly $80,000 to make down payments on an eight-bedroom house near Orlando, Florida and a condo on the state's Gulf Coast, according to her indictment.

Mosby allegedly misled lenders by signing papers claiming the house near Disney World was her second home, when she'd already arranged for a property management company to operate it as a rental - a move that allowed her to secure a lower interest rate, according to the indictment. She also allegedly neglected to disclose on the mortgage applications that their was a federal lien against her for unpaid taxes.

Had Mosby not lied about suffering financial hardship, federal prosecutors say, she wouldn't have been able to buy the properties. With the cost of her legal defense accruing, Mosby sold the eight-bedroom rental for a profit last November.

The mortgage lenders Mosby allegedly duped are located in Michigan and North Carolina, while Nationwide, the administrator of the city's retirement plan, is headquartered in Ohio, Mosby's lawyers said.

"There are few facts that actually require this case to be heard in Baltimore," the defense lawyers wrote.

Federal prosecutors countered the crime Mosby is charged with occurred in the city and, as such, she should be tried here.

Caption:
Baltimore State's Attorney **Marilyn Mosby** wants her federal trial to be held at the U.S. District Court in Greenbelt. Lloyd Fox/Baltimore Sun

Copyright (c) 2022 The Baltimore Sun Company

Record Number: BS0127062920

Baltimore Brew (MD)

November 21, 2022

Section: The Drip

**Nick Mosby gets 2-month reprieve to find a lawyer in ethics case**

Author: *Mark Reutter*

Article Text:

Last June, Baltimore City Council President Nick Mosby appealed an ethics board ruling that he had violated gift solicitation rules through his involvement in a legal defense fund set up for himself and his wife, indicted State's Attorney **Marilyn Mosby**.

Mosby filed the motion for a court hearing pro se, meaning on his own behalf. Today the electrical-engineer-turned-politician told a judge that in the nearly six months since then, he's been unable to find a lawyer to represent him.

"I thought I was really close, but it fell through. A conflict of interest with the city. I'm going to have to go outside this area, to southern Maryland or maybe even D.C.," Mosby explained to Circuit Court Judge Lawrence Fletcher-Hill today.

Lack of a lawyer has meant, among other things, that Mosby blew a September court deadline for producing a memorandum explaining why he was protesting the ethics board order to return $5,100 collected by the defense fund from "controlled donors," or persons doing business with the city.

"A delay frustrates the board's ability to follow through on its administrative order," said the panel's counselor, Sarah M. Hall.

Busy 2023 for Mosbys

Hall argued that "the court's and the board's time should not be squandered further," noting that Mosby had waited until last Thursday to file an emergency motion to postpone the hearing.

Over her objections, Fletcher-Hill granted Mosby a new hearing date of January 10, 2023.

"Try to get counsel before the winter holiday," the judge advised, saying his case was "important" and required proper legal representation.

"I hear you loud and clear," Mosby replied.

Thanks to postponements, 2023 will bring other scheduled court dates for the Mosby family.

**Marilyn Mosby** will be out of office in early January, but will be facing her own trial on perjury and false statement charges that, twice postponed from May 2022, is now set to start on March 27, 2023.

FOR THOSE SEEKING MORE:

Nick Mosby violated city ethics law on gift solicitations (5/12/22)

A publicist and two lawyers are behind the Mosbys' legal defense fund (5/13/22)

Mosby legal defense fund was on a collision course with the IRS (5/18/22)

Nick Mosby challenges Ethics Board ruling that he engaged in improper fundraising (6/13/22)

Caption:
Above: Nick Mosby presiding at a recent City Council meeting. (CharmTV)

The online defense fund, set up for the Mosbys after they came under federal investigation, raised $14,352.55. It is currently inactive and on maintenance mode.

Copyright © 2022 Baltimore Brew LLC, All rights reserved.

Record Number: bef1c97bcc881deca9624543c3bf75f6b7c897

Sun, The (Baltimore, MD)

November 24, 2022

Edition: First Generic
Section: Main
Page: 3

**Nick Mosby fails to obtain lawyer; ethics case delayed**

Author: *Emily Opilo*

Article Text:

After Baltimore City Council President Nick Mosby failed to obtain a lawyer, a judge
agreed to delay a hearing on an ethics dispute that found Mosby violated the city's ethics
ordinance by collecting money for a legal-defense fund.

Mosby is disputing the ruling by Baltimore's Board of Ethics, which called on him to
cease fundraising for a legal-defense fund in his name and turn over a list of donors. The
ruling, issued in May, found Mosby violated the city's ethics ordinance by indirectly
soliciting for the fund that took donations from at least two city contractors.

Mosby initially said he would comply with the order but in June took the issue to court,
filing a two-page motion challenging the board's findings without the help of an attorney.

Days before a hearing scheduled for Monday, Mosby filed an "emergency" motion
requesting a postponement because he was "unable" to get a lawyer.

During a virtual hearing Monday, Baltimore Circuit Judge Lawrence Fletcher-Hill
granted Mosby's request for a postponement, extending the hearing date until Jan. 10.
Although the judge said Mosby had "no good excuse" for not filing his postponement
request earlier, he called the case "important" and said Mosby should have the benefit of
an attorney to make an argument in court.

Mosby already has missed the deadline to submit a written argument in the case, but
Fletcher-Hill said he would entertain a request from a lawyer, if Mosby is able to retain
one, to submit a memo making an argument. He declined to set a deadline for such a
request.

Mosby, a Democrat who has been serving as council president since December 2020,
said he had been unable to find a lawyer because of the unique nature of the ethics case.
Local attorneys he has consulted had conflicts of interest, he said.

"I thought I was really close but unfortunately the conflict of interest thing kind of happened again," Mosby said when asked if he was close to getting counsel. "I believe I'm going to have to go outside this area."

The dispute arose from a fund established for the legal defense of the council president and his wife, Baltimore State's Attorney **Marilyn Mosby**, as they faced a federal criminal investigation last year into their financial dealings. Although Nick Mosby has not been charged with anything, **Marilyn Mosby** was charged this year with perjury and making false statements related to the withdrawal of funds from her city retirement account and the purchase of two Florida houses. Her trial, postponed multiple times, is set for March.

In its order, the Board of Ethics called on the council president to accept no payments from the fund and to ask the fund to cease fundraising on his behalf. Nick Mosby also was ordered to request that a list of all donors and donations to the fund be provided to the ethics board. The deadline to comply with the order was in June.

According to the Board of Ethics, the Mosby's legal defense fund received $5,000, its largest individual contribution, in August 2021 from the "resident agent" for a contractor that is a city-certified minority- or woman-owned business. The business was a subcontractor on a deal considered in 2020 by the city's spending board on which Mosby sits, the board reported.

It also received a $100 donation from the executive director of a nonprofit organization that was awarded a multi-thousand dollar grant by the city in March.

Copyright (c) 2022 The Baltimore Sun Company

Record Number: BS0127173685

Baltimore Brew (MD)

November 29, 2022

Section: Front Page

**Saying it may violate the law, Baltimore's ethics board asks Mayor Scott to delay signing pension bill**

Author: *10:29 am*

Article Text:

In an unprecedented move, the Baltimore City Board of Ethics is calling on Mayor Brandon Scott to delay signing a controversial pension bill that was approved by the City Council last week.

In a letter to the mayor released this morning, the board says the bill appears to violate two provisions of the City Ethics Code:

"Prohibited participation" by public servants in matters that "might reasonably be expected to" personally benefit them (Article 8, Section 6-6).

"Prohibited employment" in which public servants are "employed by or have a financial interest in any person that is subject to the authority of that public servant" (Article 8, Section 6-11).

"Bill 22-0292 intends to change city policy so that current and future Council members and elected officials would obtain a considerable financial benefit to which they are presently not otherwise entitled," the letter says.

"Importantly," the letter continues, "the bill benefits current Council members and elected officials, not members of the general public. The intent of the Ethics Law is not only to preclude the use of government to advance personal and/or private financial and economic interests, but also to preclude the appearance of the use of government in furtherance of such interests." (Italics in the letter.)

The measure will allow the 14 members of the City Council – plus the Council President, Comptroller and Mayor – to become eligible for full pensions after serving for just eight years, down from the current 12 years.

"The Board believes that certain provisions of Bill 02-0292 do not appear to be impartial or a product of independent judgment, and that the appearance of or lack of impartiality could undermine – and may have already undermined – public confidence in the execution of city governance."

Fast-Tracked by Mosby

The bill was fast-tracked by Council President Nick Mosby, who claimed a shortened vesting period for elected officials was necessary after Baltimore voters approved Question K earlier this month, which limits elected city officials to two four-year terms in the same office.

Noting that his office "was not asked to weigh in" on the bill, Ethics Board Chair Stephan Fogleman told Scott that the board "believes that, as written, the bill is inconsistent with the intent of the Baltimore City Code" by shortening the vesting period "for the grandfathered Council members from 12 to 8 years."

The Council approved the bill last Monday night by a vote of 8 to 5, with two abstentions. Fogleman asks the mayor to delay implementation of the bill "until such time as the Ethics Board is able to provide an advisory opinion."

Increased pressure on Scott not to sign the bill.

The letter increases pressure on Scott not to sign the bill.

The mayor has not taken a public stand on the measure. So far today, his office has not issued a statement or responded to questions from The Brew about his intentions.

The ethics board consists of five members who are appointed by the mayor, with one member nominated by the City Council President and another by the City Comptroller. Currently, one of the seats is vacant.

Two years ago, the board's administrative functions were taken over by the Office of the Inspector General, which has led to increased activity by the board, including its current court battle with Mosby over the establishment of a secretive legal defense fund for himself and his wife, indicted Baltimore State's Attorney **Marilyn Mosby**.

Criticism by Ex-Mayor Dixon

Last week, former Mayor Sheila Dixon popped into the picture and spoke out against the bill.

She noted that voters had approved a charter amendment in 2006 that took salary and benefits proposals for elected officials away from the City Council and placed them in the hands of a compensation committee.

Referring to Mosby, Dixon told Fox45 News, "Someone in finance and retirement should have, when the bill was introduced – and I don't know whether or not that happened – should've shared with him that this commission is in place.

"President Mosby," she continued, "he just seemed adamant on getting this passed, and that raises some questions when you have this commission."

Latest Update

One of the strongest critics of the bill, First District Councilman Zeke Cohen, launched a new attack on Mosby in the wake of the Ethics Board letter.

Tweeting this afternoon that "President Mosby's bill creates a clear conflict of interest," Cohen asserted that "the Council President has further eroded public trust with his rushed, ethically questionable bill."

Prior Brew Coverage:

On tonight's Council agenda: Mosby's pension bill shortening the vesting period for elected officials (11/7/22)

Close reading of Mosby's pension bill shows it could benefit him – and hurt Scott (11/21/22)

Mosby's pension bill approved amid objections it was rushed and smacks of self-dealing (11/21/22)

Nick Mosby and Zeke Cohen fact-check each other on Council's past employee pension cutbacks (11/22/22)

Caption:
Above: Ethics Board Chairman Stephan W. Fogleman.

Nick Mosby after the City Council narrowly passed the pension bill last week. (CharmTV)

Zeke Cohen

Copyright © 2022 Baltimore Brew LLC, All rights reserved.

Record Number: 7e6fdce45a93ea797af7726071db482059a0ce94

Baltimore Brew (MD)

November 29, 2022

Section: Accountability

**Marilyn and Nick Mosby each report $0.00 in their campaign bank accounts**

Author: *Mark Reutter*

Article Text:

Two of Baltimore's most prominent and controversial officials report that their campaign committees have gone bust.

Indicted State's Attorney Marilyn J. Mosby and her husband, City Council President Nick Mosby, each filed reports last week to the State Board of Elections saying their campaign bank accounts had $0.00 in funds, even though, elsewhere in the same reports, cash surpluses are listed by a computer-generated program.

Coming off her loss to Ivan Bates in the Democratic primary, **Marilyn Mosby**'s "Friends" committee reported $12,874.79 in cash in its bank account on August 23.

Two months later, on October 23, the committee said it had no money at the Harbor Bank of Maryland account.

This statement – which Mosby vouched under the penalty of perjury as "true to the best of my knowledge, information and belief" – came despite the fact that the campaign listed no expenditures between the August and October dates.

Last week, in a post-gubernatorial report to the Elections Board, "Friends of **Marilyn Mosby**" again reported $0.00 in the bank, even though the computer-generated program calculated that the committee had $12,874.79 in cash.

Update

We have added screenshots (see below) of the $12,874.79 reported in her campaign bank account as of August 23, 2022.

No money was reported in the account on November 15, 2022, even though the campaign reported no expenditures in November and, before that, no expenses in September and October:

Previous Errors

The Brew has repeatedly pointed to errors and inconsistencies in **Marilyn Mosby**'s previous reports to the Elections Board, including citing her long-dead grandfather as a campaign contributor and listing wrong addresses for staff at the state attorney's office who made donations.

Mosby has never been subjected to an investigation by the State Prosecutor's Office for campaign finance violations. Instead, she has been allowed to amend her reports to correct the errors.

Recently, however, her committee was fined $935 by the Elections Board for filing late reports.

Giving from the grave? **Marilyn Mosby**'s dead grandfather contributed to her and her husband's campaigns (3/23/22)

**Marilyn Mosby** amends report that falsely attributed contribution to her dead grandfather (3/30/22)

Mosby's campaign finance report is riddled with mismatched names and addresses (2/17/21)

Mosby amends her finance report, adding $19,223.61 to her campaign account (2/18/21)

Wes Moore and Deluxe Checks

Filing separately, Nick Mosby said his "Friends of Nick Mosby" had $4,200.66 in Harbor Bank as of October 23.

But the report was subsequently amended to say nothing was in the account after $3,000 was spent on a fundraiser for Democratic gubernatorial candidate Wes Moore.

This was followed by a report saying that $1,163 was actually in the bank. On the same day, however, the bank amount was changed back to $0.00.

The latest report says that the committee made a single expenditure between late October and November – $37.44 for checks from the Deluxe Corp.

The nation's premier producer of bank checks, Deluxe has long been headquartered at 3680 Victoria Street North in Shoreview, MN.

Last year, Deluxe moved to downtown Minneapolis with a new corporate address at the 801 Marquette Building. Mosby's November 22 report lists the company's former Shoreview address as the place where it sent the campaign funds.

No Response from Mosbys

Neither Marilyn or Nick Mosby – nor their campaign treasurers, Sharif Small and Erika Dorsey – have responded to written questions from The Brew about the discrepancies in their campaign reports.

Jared DeMarinis, director of campaign finance at the State Elections Board, said, "I will never hypothesize" about potential campaign violations until his unit completes audits of the 2022 campaign reports, which won't get underway until 2023.

If an error is found, the committee is given time to amend the report; if criminal violations are suspected, DeMarinis says the matter is referred to the State Prosecutor.

Unlike most parts of the finance report, which are generated by a computer based on receipts and expenditures submitted by the campaign, a committee must manually put in the amount of cash it holds in a bank account.

DeMarinis said the longtime rule is that a candidate's "bank account balance" should be the same – or very nearly the same – as the "calculated cash balance" generated by the computer.

"But sometimes candidates forget to do that," he said in a phone interview today.

Until the October and November reports were filed, **Marilyn Mosby**'s campaign showed identical bank and calculated cash balances. So did Nick Mosby's reports when they covered the immediate period after he was elected president of the City Council in 2020.

But beginning in 2021, Nick Mosby's bank balances were consistently about $13,000 less than the computer-generated balances. This began during a period when Mosby said he raised $72,755, but spent over $87,000.

So far in 2022, Nick Mosby reports raising just $500. That came from a single contribution from the Constellation Energy Corp. Employee PAC last July.

**Marilyn Mosby** reports no campaign donations since August following her election loss.

To reach this reporter: reuttermark@yahoo.com

Caption:
Above: Nick and **Marilyn Mosby** outside the Garmatz Federal Courthouse in Baltimore where a six-month delay to her criminal trial was approved in September. (Fern Shen)

As chair of "Friends of **Marilyn Mosby**," the state's attorney of Baltimore affirms that her November campaign report was "true" to the best of her knowledge and belief.

**Marilyn Mosby**, with her two daughters and husband, at Melba's Place after she lost the state's attorney's primary race to Ivan Bates last July. (Fern Shen)

**Marilyn Mosby**, with her two daughters and husband, at Melba's Place after she lost the state's attorney's primary race to Ivan Bates last July. (Fern Shen)

**Marilyn Mosby**, with her two daughters and husband, at Melba's Place after she lost the state's attorney's primary race to Ivan Bates last July. (Fern Shen)

Copyright © 2022 Baltimore Brew LLC, All rights reserved.

Record Number: 286b4bd60b639b94ea92a08e64f9e1f2a03edb

Baltimore Brew (MD)

December 15, 2022

Section: Politics

### City Council lauds Marilyn Mosby for "eight years of distinguished service"

Author: *Fern Shen*

Article Text:

Baltimore's indicted State's Attorney **Marilyn Mosby** was honored today by her husband, City Council President Nick Mosby, and nine other members of the Council.

They approved a resolution "recognizing the Honorable **Marilyn Mosby**, State's Attorney for Baltimore City, for her eight years of distinguished service to the City of Baltimore."

The felony charges pending against Mosby, who lost her bid for a third term in the July primary, were never directly mentioned.

Council Vice President Sharon Green Middleton alluded to the charges by saying, "You hold you head up high and you keep moving and doing good things for your city and throughout our nation."

Even the lone member of the body voting against the resolution – Councilman Zeke Cohen – never explicitly referenced the federal criminal charges.

**Marilyn Mosby** indicted for perjury and filing false loan applications (1/13/22)

Instead, Cohen said it would be wrong to take such a vote on an elected official who is still in office.

"I believe it is inappropriate for us to vote on a resolution in either support or dismissal of her," the First District representative said.

"It is our job to hold both her and her office accountable as well as partner with her in those instances where we can advance her mission to reduce violent crime," Cohen declared.

"I believe it is inappropriate for us to vote on a resolution in either support or dismissal of her" – Councilman Zeke Cohen.

Mosby, for his part, rebuked Cohen heatedly for getting wrong the new date for incoming State's Attorney Ivan Bates to be sworn.

(The ceremony will take place on the morning of January 3 at the War Memorial Building.)

Mosby then went on to defend the resolution – that he introduced on his spouse's behalf as she looked on from the audience.

"Marilyn is my wife, that is not a secret," he said. "But I, too, can honor a strong Black woman in the city who stood steadfast to move our city in the right direction."

Arguing that today's action was in keeping with Council tradition, Mosby pointed out that two staffers, Avery Aisenstark and Matt Stegman, were honored while still employed by the Council.

"I, too, can honor a strong Black woman in the city who stood steadfast to move our city in the right direction" – Nick Mosby.

The fact that his wife "has maybe two weeks left in office provides no additional concerns as it relates to us properly honoring her," he asserted.

Mosby and the other lawmakers present in the chamber then proceeded to vote "yes" on Resolution 22-0147:

Voting yes: Nick Mosby, Danielle McCray (2d), Mark Conway (4th), Isaac "Yitzy" Schleifer (5th), Sharon Green Middleton (6th), James Torrence (7th), Kristerfer Burnett (8th), John Bullock (9th), Robert Stokes (12th) and Odette Ramos (14th).

Not present for the vote: Eric Costello (11th), Ryan Dorsey (3rd), Antonio Glover (13th) and Phylicia Porter (10th).

"Come up right here"

**Marilyn Mosby** faces two counts of perjury and two counts of making false statements on mortgage applications.

She has pleaded not guilty and is scheduled for trial on March 27. She recently asked for the trial to be moved to Greenbelt, in Prince George's County, saying she cannot get a fair trial because of negative publicity in Baltimore.

Today she stepped up to the president's dais at her husband's invitation.

"You can come up right here," he coaxed, directing her to the spot where he presides over the legislative body.

"People don't understand the sacrifice that it takes to be a public servant in a city where you raise your children" – **Marilyn Mosby**.

"The past eight years has not been easy, but – I don't know why I'm so emotional, I usually don't get emotional," she began.

"People don't understand the sacrifice that it takes to be a public servant in a city where you raise your children, a city that you love so much," Mosby said.

"And the one thing I can say from the bottom of my heart," she continued, "is that being the state's attorney for Baltimore City has been the greatest joy of my life."

The Council also approved a resolution honoring Sheriff John Anderson, who was defeated by Sam Cogen in the July primary.

Anderson, who had angered some Council members by failing to appear for a June budget hearing, held the office for the last 33 years.

Mosby said Anderson was invited to today's meeting but did not show up.

Caption:
Above: State's Attorney **Marilyn Mosby** speaks after her husband, City Council President Nick Mosby, introduces a resolution honoring her. (CharmTV)

Copyright © 2022 Baltimore Brew LLC, All rights reserved.

Record Number: 78dc384e3e6a13fef2a9966ae0ed6edde49e858

Sun, The (Baltimore, MD)

December 16, 2022

Edition: First Generic
Section: Main
Page: 3

**Baltimore City Council recognizes Marilyn Mosby**

**State's attorney on way out after election loss, faces federal charges**

Author: *Emily Opilo and Alex Mann*

Article Text:

Baltimore City Council recognized the city's embattled outgoing State's Attorney **Marilyn Mosby** on Thursday, approving a resolution at the behest of her husband, Council President Nick Mosby.

The pro forma measure, approved by a 10-1 vote, honored the state's attorney's eight years of "distinguished service" to Baltimore. The city's top prosecutor, who is facing federal criminal charges, lost a hotly contested primary election in July. She is due to leave office Jan. 2.

**Marilyn Mosby** was federally indicted in January on perjury and mortgage fraud charges. Federal prosecutors say she lied about enduring financial struggles because of the coronavirus pandemic to make early withdrawals from her city retirement savings under the CARES Act, Congress' first pandemic relief package. She used the roughly $80,000 in withdrawals to make down payments on a pair of vacation properties in Florida: an eight-bedroom house near Disney World and a condo on the state's Gulf Coast.

According to her indictment, the Democratic state's attorney duped lenders by claiming the Orlando-area house was a second home, to secure a lower interest rate, when she'd already arranged for a company to run it as a rental. Federal prosecutors say she also neglected to disclose she owed the government unpaid taxes.

**Marilyn Mosby** has pleaded not guilty and is scheduled to stand trial March 27. She has asked to have her case transferred out of Baltimore.

The state's attorney appeared in City Council chambers Thursday for the recognition. Most members stood to applaud, and the charges against her went unmentioned as several members sang her praises.

Council Vice President Sharon Green Middleton called **Marilyn Mosby** a strong woman who has broken barriers for other women in the city.

"You hold your head up high and you keep moving and doing good things for your city and throughout our nation," Middleton said.

Councilman Zeke Cohen was the only member of the 11 present to vote against the measure. He said he felt it was inappropriate to vote for the measure while the state's attorney remains in office. Council is charged with holding her and her office accountable, Cohen said.

Councilmembers Phylicia Porter, Ryan Dorsey, Eric Costello and Antonio Glover were absent from the meeting. All members of the council are Democrats.

Honorary resolutions in council chambers are commonplace. The council recognized staff member Matt Stegman with a resolution last month as he departed for a new position, and in June, Avery Aisenstark, the outgoing director of the Department of Legislative Reference, was recognized. The council also honored school paraprofessionals with a resolution in October and park and recreation employees in July.

Nick Mosby said he felt it was appropriate to honor the state's attorney as the second woman elected to the position. Patricia Jessamy, who served from 1995 to 2011, was the first.

"We've honored two white men on the floor while they were still serving us," he said. "I think providing the same opportunity for the second female elected state's attorney for the city, regardless of that being my wife, is appropriate for us."

On Thursday, City Council also approved a resolution recognizing Sheriff John Anderson, the city's sheriff of 33 years, who left office earlier this month. Anderson was defeated in the July primary by Sam Cogen, a former deputy in his office.

The council, which has sparred publicly with Anderson this year over his practice of posting eviction notices on shared and exterior doors and cut his budget, approved the measure by a 11-0 vote. Anderson was not present for the meeting.

**Marilyn Mosby** has been a polarizing figure during her time in the office. She made a name for herself nationally as a progressive prosecutor, charging six officers in the death of Freddie Gray ( though none were convicted) and decriminalizing drugs and other low-level offenses.

Locally, her years have been marked by controversy, however, including questions over her office's effectiveness and her own temperament. The city's bloodshed, which she had blamed on prosecutors and vowed to fix, is higher than ever. The average number of murders annually has jumped since she took office.

Some believe **Marilyn Mosby** has been refreshingly bold, attuned to the needs of an overpoliced Black community and single-handedly standing up to a racist criminal justice

system. Others say she has been soft on crime and "waging war" on cops. Still others say she's not liberal enough, masquerading as a progressive while maintaining a heavy hand.

During brief remarks Thursday, the state's attorney said she found herself uncharacteristically emotional.

"People don't understand the sacrifice that it takes to be a public servant in a city where you raise your children, in a city that you love so much," she said. "And the one thing that I can say from the bottom of my heart is that being the state's attorney for Baltimore City has been the greatest joy of my life."

Copyright (c) 2022 The Baltimore Sun Company

Record Number: BS0127622592

Sun, The (Baltimore, MD)

December 18, 2022

Edition: First Generic
Section: Main
Page: 3

**Nobody asked me about Navy football, Mosbys or meat**

**COMMENTARY**

Article Text:

Nobody asked me, but the firing of Navy's all-time winningest football coach, Ken Niumatalolo, right after the double-overtime loss to Army last weekend was low and cold. The Midshipmen struggled in recent seasons, but if you believe Vice Admiral Sean Buck, the Naval Academy superintendent, Niumatalolo had a "huge impact" on his players. "He has led our football team to many successful seasons," said Buck. "But, more importantly, he has developed resilient leaders of character for our Navy and Marine Corps." Excuse me, but if that part of coaching at Annapolis is "more important," then why was Niumatalolo fired? Sounds like priorities are skewed. What's the Naval Academy for, building leaders or winning football games?

Nobody asked me, but Baltimore City Council President Nick Mosby honoring his wife, outgoing Baltimore State's Attorney **Marilyn Mosby**, with a resolution in the council chamber suggests one of the following: Nick is oblivious to how many citizens feel about his federally indicted/defeated-for-reelection wife or he's developed a full martyrdom complex or he has no concern for what could appear to be a conflict. I vote for all of the above.

Nobody asked me, but I hope next season the Orioles go easy on salutes to the 1983 team that won the World Series. Instead of giving us warm nostalgic feelings, they will serve as cold reminders that it's been 40 years since the team even got to the series.

Nobody asked me, but I'll never understand the billionaire who, empowered to do gobs of good, works 24-7 to build a legacy as one of the world's biggest jerks. Instead of tweeting juvenile comments from my couch, I'd spend all my days flying around the country writing checks to do-gooders and bringing excellent sandwiches to caregivers.

Nobody asked me, and I don't have a vote, but the 311-pound fullback Patrick Ricard should be a candidate for Ravens' Most Valuable Player of 2022. Ricard blocks and protects his teammates, he runs and catches. He's generally fun to watch in his bull moose role, and now, eating large portions of food in a Pizza Boli TV commercial, he's the complete football player.

Nobody asked me, but there's nothing wrong with ordering a chicken entree in a fine restaurant. Some people think it's a waste - that, when you splurge on dinner in a place with linen tablecloths, you ought to order a seafood dish, beef or lamb or duck. Chicken? Why order something you have too often at home? But I like to see what a chef can do with poultry. I've raved about the sizzling roasted chicken at Marie-Louise Bistro in Mount Vernon and recently chose grilled chicken breast for lunch at the Milton Inn in Sparks, reopened last summer under Foreman Wolf ownership. Allow me to salute Executive Chef Chris Scanga for the excellent achievement: The thinnest layer of skin as crispy as the white meat was tender, served with butternut squash and green beans. It was perfect.

Nobody asked me, but, even if you're not a vegetarian, there are certain dishes involving meat that you probably seldom eat. For any number of reasons - health concerns, environmental considerations and financial constraints - there are dishes that, if anything, have been reduced to something like annual treats. I put in that category spaghetti alla carbonara, fried chicken livers, expensive cuts of beef or lamb, and scrapple. The latter, of course, is a Pennsylvania Dutch concoction of pork scraps, flour and cornmeal. It's sold as a loaf. You slice off a piece and crisp it in a pan or on a griddle, usually for breakfast. Some people love it, some abhor it. Scrapple is now the subject of a documentary by Kurt Kolaja, a former WBAL-TV videographer and old friend of mine who lives on the Eastern Shore. Kolaja went on a quest to learn scrapple's culinary and cultural history. He journeyed with camera from Maryland through Delaware and into Pennsylvania, along what he calls "Scrapple Road," the title of his amusing and informative doc. Warning: The film shows scrapple being made; even lovers of the stuff might not want to see that.

Nobody asked me, but outgoing Gov. Larry Hogan doesn't leave much of a political legacy. It's not exactly his fault, with Donald Trump mostly to blame for the mess that is the Republican Party. Still, in blue Maryland, you'd think Hogan's consistently high popularity would rub off on candidates or spark a surge in new Republicans. But it didn't happen. Since Hogan took office eight years ago, the GOP saw a net growth of 5,000 new party members per year; new Democrats averaged 26,000 per year.

Nobody asked me for one, but here's a musical suggestion for the day before the day before the day before Christmas: Find a video or recording of Beethoven's Choral Fantasy, listen and be spellbound for 20 minutes. It's a stunning masterpiece that hints at the composer's great work ahead, his Ninth Symphony. The Choral Fantasy for piano, orchestra, soloists and chorus was first performed as the finale of a benefit concert on Dec. 22, 1808 in Vienna, with Beethoven conducting from the piano. The program that evening included the premiers of Beethoven's Fifth and Sixth Symphonies and his Fourth Piano Concerto. Imagine that. When they come up with time travel, that's where I'd want to be - in Theater an der Wien, Vienna, on that day before the day before the day before Christmas.

Copyright (c) 2022 The Baltimore Sun Company

Record Number: BS0127653289

Sun, The (Baltimore, MD)

December 21, 2022

Edition: First Generic
Section: Main
Page: 14

**The ABCs of 2022 in Maryland and beyond: The news year remembered**

Article Text:

A is for Adnan Syed, who served more than 20 years in prison for the killing of Hae Min Lee in 1999, the focus of the groundbreaking podcast "Serial." He was released in September, his conviction vacated and Baltimore's top prosecutor ultimately deciding not to pursue further charges. Yet questions still linger, including over the treatment of the victim's family, who would like a redo of the hearing that led to Syed's release.

B is for Baltimore City Fire Department and the loss of three firefighters in a Jan. 24 blaze in a vacant house on South Stricker Street. The community mourned the loss of Paul Butrim, Kelsey Sadler and Kenny Lacayo, and the tragedy already has spurred reforms in how empty dwellings - potential tinderboxes - are tracked, as well as raised questions about whether stations are adequately equipped. Fire Chief Niles R. Ford resigned from office with the release of a 182-page report critical of the city's performance.

C is for COVID. Sorry, but it's still out there, as shown by a recent rise in hospitalizations in Maryland and elsewhere from the coronavirus, as well as the "tripledemic" contributors of flu and RSV. But there's good news, too: A recent Yale School of Public Health study argues that more than 3.2 million American lives have been saved by COVID vaccines since the pandemic began.

D is for Baltimore's Department of Public Works or possibly the Disgraced Performances to Watch. You name the job, and DPW likely failed at it in 2022 from pollution at the Back River Wastewater Treatment Plant to scandals like the department employee who used a city truck to attempt to steal an automated teller machine in Owings Mills. Let's hope for a better 2023 (as we hoped for a better 2022, 2021, 2020 and so on).

E is for error. On Feb. 18, The Baltimore Sun Editorial Board apologized for this newspaper's historic support for policies that disadvantaged African Americans. As we noted, this newspaper "sharpened, preserved and furthered the structural racism that still subjugates Black Marylanders." We remain committed to atoning for this mistake and working toward building a more diverse, more equitable, more culturally competent newspaper and community.

F is for freedom, the reproductive kind. The U.S. Supreme Court's June 24 decision in Dobbs v. Jackson Women's Health Organization to overturn reproductive health protections provided by Roe v. Wade left a handful of states, including Maryland, as shelters for women as they have abortion rights explicitly provided by law.

G is for gun violence. It was another bad year for Baltimore with more than 300 fatal shootings for the eighth year in a row.

H is for Hogan, Larry. The outgoing Maryland governor, the first two-term Republican since former Baltimore Mayor Theodore McKeldin held the post between 1951 and 1959, leaves a mixed legacy. Among his major failures: an inability to help any fellow GOP candidate successfully capture any statewide office.

I is for Ivan Bates, Baltimore's incoming state's attorney who unseated **Marilyn Mosby** after two terms in office. Bates has pledged to prosecute gun cases more aggressively than his predecessor.

J is for the James Webb Space Telescope which continues to send breathtaking images of outer space to its handlers at the Space Telescope Science Institute in Baltimore. Maryland may not be the center of the universe, but we can see it from here.

K is for the Kalashnikov semi-automatic rifle and efforts by morally challenged gun advocates to repeal Maryland's ban on such weapons with military features (aka "assault weapons") in light of recent U.S. Supreme Court rulings. That the effort coincides with the 10th anniversary of the Newtown massacre, during which 20 children and six adults were killed, makes it all the more shameful.

L is for the legal bills facing **Marilyn Mosby**, Baltimore's outgoing state's attorney who faces a federal perjury and mortgage fraud trial for allegedly misrepresenting her financial circumstances when she withdrew money from her retirement account and filled out loan applications to invest in two Florida properties.

M is for Moore, as in Wes Moore, the 44-year-old Democrat who cruised to victory in the Nov. 8 election to become Maryland's governor-elect. Running on a pledge to "leave no one behind," Moore and his running mate, former Del. Aruna Miller, 58, made U.S. history becoming the first Black man and first South Asian American to be elected Maryland governor and lieutenant governor, respectively.

N is for new investments. Baltimore saw no shortage of new development (and redevelopment) projects lift off including the renovation of the city-owned Baltimore Arena, the new T. Rowe Price headquarters at Harbor Point, the redevelopment of Penn Station, and a host of projects aimed at boosting economically challenged neighborhoods from Mondawmin to Perkins Homes.

O is for the Orioles, as in: How did a team go from a 52-110 record in 2021 to finish with 83 wins against 79 losses in 2022? It helped to have Brandon Hyde, who finished second place in the voting for American League Manager of the Year, and Adley Rutschman, the rookie catcher voted Most Valuable Oriole by the Baltimore media.

P is for Pelosi. Baltimore does not forget that Nancy D'Alesandro Pelosi, the first woman to hold the office of speaker of the U.S. House of Representatives and arguably the most powerful female politician in U.S. history, is a favorite daughter. She will step down from her post, along with another Maryland, U.S. Rep. Steny Hoyer, her second-in-command, when new members are sworn in on Jan. 3.

Q is for queer. Say it proudly despite continuing efforts to discriminate against the LGBTQIA+ community, including the banning of the gay pride flag from Carroll County schools.

R is for recession. Maryland's economy faced much uncertainty this year but, while inflation was high, unemployment remained relatively low. Rising interest rates suggest next year will prove much, much more challenging with a genuine recession likely to finally arrive.

S is for sexual abuse and the bombshell 456-page report by Maryland's attorney general that identified 158 priests in the Baltimore Archdiocese accused of sexually and physically abusing more than 600 victims over 80 years across Maryland. Whether to publicly release the report has turned into a legal tussle that remains ongoing.

T is for taxes, specifically efforts to amend Baltimore's charter to force a reduction in property taxes. The petition to referendum failed to collect enough votes - the proposed 6-year, 40%-plus reduction went too far - but the underlying problem of too-high property taxes in the city deserves further attention.

U is for United States v. Donald Trump. With the House select committee investigating the events of Jan. 6, 2021, voting on Monday to refer Trump for criminal charges, the likelihood that the 45th President of the United States will finally face justice for inciting the attack on the U.S. Capitol for the purposes of overturning the 2020 election results reached a new and historic, if profoundly sad, height.

V is for vice as in online sports wagering. Approved by voters two years ago, it was finally launched while Marylanders also gave the nod to adult recreational use of marijuana in 2023.

W is for "We Own This City," the crime drama based on the book regarding Baltimore's disgraced Gun Trace Task Force written by former Baltimore Sun reporter Justin Fenton premiered on April 25 on HBO.

X is for X-factor. Who knew that the guards at the Baltimore Museum of Art had such a wonderful appreciation of their surroundings? That much was made obvious by the exhibit, "Guarding the Art," curated by 17 of the BMA's 45-person security detail, featuring everything from pre-Columbian sculpture to a 2021 protest painting.

Y is for young people cleaning windshields for tips at traffic intersections in Baltimore. City officials are attempting to limit squeegee work, provide alternative employment and make corners safer in light of the July 7 fatal shooting of Timothy Reynolds, for which a 15-year-old is now charged with first-degree murder.

Z is for Gen Z who defied the pundits and turned out in droves this election cycle to cast votes and make their voices heard, giving the country the second highest showing for a midterm from this demographic in three decades.

Caption:
Governor Elect Wes Moore and his son, James, followed by his wife Dawn and daughter Mia, make their way up the walk. Maryland Governor Larry Hogan and First Lady Yumi Hogan gave Governor Elect Wes Moore, and his family, a tour of Government House, the governors mansion the Moore's will move into next month.

Paul W. Gillespie | Capital Gazette

Clockwise from top left: Adnan Syed leaves the Cummings Courthouse a free man; a woman in Atlanta protests the Dobbs v. Jackson ruling; Gov.-elect Wes Moore and family tour Government House; and pages of the Jan. 6 committee's executive summary. Baltimore Sun and AP file

A woman holds a sign to protest the Supreme Court's decision in the Dobbs v Jackson Women's Health case on June 24, 2022, in Atlanta, Georgia.

Pages of the executive summary from the House select committee investigating the Jan. 6 attack on the U.S. Capitol, are photographed Monday, Dec. 19, 2022, in Washington. The committee is urging the Justice Department to bring criminal charges against former President Donald Trump, delivering what it calls a "roadmap to justice" in response to the violent 2021 Capitol insurrection.(AP Photo/Jon Elswick)

Jon Elswick | AP

Copyright (c) 2022 The Baltimore Sun Company

Record Number: BS0127705477

Sun, The (Baltimore, MD)

December 21, 2022

Edition: First Generic
Section: Main
Page: 1

**Nick Mosby could be penalized $1K per day**

**Baltimore ethics board seeks action on noncompliance over legal defense fund**

Author: *Emily Opilo*

Article Text:

Baltimore's Board of Ethics has filed a motion asking a judge to force City Council President Nick Mosby to comply with an order that the board issued earlier this year demanding he release the names of donors to a legal defense fund in his name.

The motion, filed last week, asks a Baltimore Circuit Court judge to begin penalizing Mosby for his noncompliance, arguing that he has "failed to take any actions" in the seven months since he challenged the order against him and "seeks only to delay." A fine of up to $1,000 per day can be imposed for failing to comply with a city ethics order.

Mosby, a Democrat who has been serving as council president since December 2020, is disputing an ethics board ruling that called on him to cease fundraising for a legal defense fund in his name and turn over a list of donors. The ruling, issued in May, found Mosby violated the city's ethics ordinance by indirectly soliciting for the fund that took donations from at least two city contractors.

Mosby initially said he would comply with the order but in June took the issue to court, filing a two-page motion challenging the board's findings without the help of an attorney.

In November, Baltimore Circuit Judge Lawrence Fletcher-Hill granted an "emergency" request from Mosby to postpone a scheduled hearing on the order after the council president argued he was unable to get a lawyer.

Although the judge said Mosby had "no good excuse" for not filing his postponement request earlier, he called the case "important" and said Mosby should have the benefit of an attorney to make an argument in court. The next hearing date is currently set for Jan. 10.

By the November hearing, Mosby already had missed the deadline to submit a written argument outlining his objections to the Board of Ethics order. Fletcher-Hill said he

would entertain a request from a lawyer, if Mosby is able to retain one, to submit a memo making such an argument.

In its most recent filing, the Board of Ethics, represented by attorney Sarah Hall, argued the board never issued a stay on the penalty against Mosby when he failed to comply with its order and instead took the issue to court - a move permitted under the city's ethics ordinance.

"Instead, the board, in good faith, has not yet sought enforcement of its administrative order during the pendency of the judicial review process," the filing states. "It is in the public interest that his compliance is not delayed any longer."

A spokeswoman for Mosby did not respond to a request for comment.

The dispute arose from a fund established for the legal defense of the council president and his wife, Baltimore State's Attorney **Marilyn Mosby**, as they faced a federal criminal investigation last year into their financial dealings. Although Nick Mosby has not been charged with anything, **Marilyn Mosby** was charged this year with perjury and making false statements related to the withdrawal of funds from her city retirement account and the purchase of two Florida houses. Her trial, postponed multiple times, is set for March.

In its order, the Board of Ethics called on the council president to accept no payments from the fund and to ask the fund to cease fundraising on his behalf. Nick Mosby also was ordered to provide a list of all fund donors and donations to the ethics board. The deadline to comply with the order was in June.

According to the Board of Ethics, the Mosby's legal defense fund received $5,000, its largest individual contribution, in August 2021 from the "resident agent" for a contractor that is a city-certified minority- or woman-owned business. The business was a subcontractor on a deal considered in 2020 by the city's spending board on which Mosby sits, the board reported.

It also received a $100 donation from the executive director of a nonprofit organization that was awarded a multi-thousand dollar grant by the city in March.

Caption:
Baltimore City Council President Nick Mosby is disputing an ethics board ruling that called on him to cease fundraising for a legal defense fund in his name and turn over a list of donors. Jerry Jackson/Baltimore Sun

Copyright (c) 2022 The Baltimore Sun Company

Record Number: BS0127705077

Afro-American, The (Baltimore, MD)

December 31, 2022

Section: Baltimore Community

Topics:

**Index Terms:**
Baltimore Government, Baltimore News, News, News, Politics, Politics

**AFRO review: A look at Baltimore's 2022 highlights**

Author: *AFRO Staff*

Article Text:

Baltimore has experienced a variety of highs and lows this year. From hosting the HBCU basketball teams involved in CIAA to the launch of the guaranteed income pilot, the year has offered a plethora of eye-catching headlines. Read below and take a walk down 2022's memory lane. Where were you when some of these events took place? Find us on Facebook, IG and Twitter to let us know how you weathered the ups and downs of 2022 in Baltimore!

**Marilyn Mosby** indicted

* On Jan. 13, U.S. Attorney for the District of Maryland Erek Barron indicted Baltimore State Attorney **Marilyn Mosby** on federal charges of perjury and making false mortgage applications.The state attorney allegedly violated the Coronavirus Aid, Relief and Economic Security Act (CARES Act) to preemptively withdraw money from her retirement account in order to purchase vacation homes in Florida. Although her husband, Baltimore City Council President Nick Mosby, is mentioned in the indictment for money-shifting, he has had no charges brought against him.

* Baltimore hosts the CIAA Basketball Tournament

* Between Feb. 22 and Feb. 26, Baltimore hosted the 2022 Central Intercollegiate Athletic Association (CIAA) Basketball Tournament at its Royal Farms Arena. Teams from Historically Black Colleges and Universities up and down the East Coast all competed at the championship. On Feb. 26, Fayetteville State University of North Carolina won the bracket for the men's basketball championship, while the women's basketball team of Lincoln University of Pennsylvania took home the trophy. This was the first time the CIAA was hosted in Charm City since 1952. The competition will return in 2023.

Mask mandates lifted for Baltimore City Public Schools staff and students

* On March 14, 2022, Baltimore City Public Schools (City Schools) made masks and face coverings optional for students, faculty, staff and visitors. Individuals were only required to wear a mask if they were exposed to COVID-19, recovering from the virus or if they displayed associated symptoms while at school.

* May Brandon Scott launches the guaranteed income pilot program

* Mayor Brandon Scott launched the Baltimore Young Families Success Fund (BYFSF) on April 20 to reduce poverty and increase households' financial security. The new guaranteed income pilot program will provide 200 young parents between the ages of 18 and 24 with a monthly cash payment of $1,000 over two years.

* HBO series, "We Own This City" spotlights corruption in Baltimore City Police Department

* Following the success of Baltimore-centric media like "The Wire" and "The Slow Hustle," HBO released "We Own This City" on April 25, a limited TV series examining the rise and fall of the Baltimore City Police Department's disreputable Gun Trace Task Force. Jon Bernthal played Sgt. Wayne Jenkins, the double-dealing leader of the task force, and Jamie Hector played Detective Sean Suiter, who was mysteriously found dead in West Baltimore a day before he was set to testify before a grand jury on the corruption within the Gun Trace Task Force. The show was largely praised by critics.

* Former Mayor Catherine Pugh breaks her silence after being released from prison (AFRO Exclusive)

* In an exclusive sit-down with the AFRO on May 12, former Mayor Catherine broke her silence and discussed her time in federal prison for conspiracy to commit wire fraud, wire fraud, conspiracy to defraud the U.S. and tax evasion with her "Healthy Holly" books. The interview came after Pugh's quiet return to Charm City. During it, the politician disclosed that while serving time she became a prison cook, taught piano and helped other imprisoned women achieve their GEDs.

Trevor White killed

On June 19 co-owner of the popular soul food restaurant, Trevor White, was shot and killed outside of his East Baltimore home.

* Freeman Hrabowski retires as president of University of Maryland, Baltimore County

* After 30 years of serving as president of University of Maryland, Baltimore County (UMBC), education champion Freeman Hrabowski stepped down from his post on June 30. The Alabama native, who went to jail with Martin Luther King as a child, turned the school into a Research One university and the country's top producer of Black graduates who go on to earn M.D.s and Ph.D.s.

* Baltimore officials react to broad daylight murder involving squeegee boys

* Before the Baltimore Orioles took to the pitch to play the Los Angeles Angels on July 7, an altercation broke out at a Downtown intersection between Timothy Reynolds and a squeegee crew fixed at the corner of Conway and Light Streets. The altercation resulted in the shooting and death of the 48-year-old and a 14-year old charged with murder. The Baltimore Police Department reported that Reynolds exited his vehicle with a baseball bat to attack the workers, and one of the squeegee boys fired a gun in response. The perpetrator, now 15, is being tried as an adult.

* West Baltimore residents forced to boil water after E.coli is found

* On Sep. 5, the Department of Public Works (DPW) detected E.coli bacteria in West Baltimore water while conducting routine testing. Residents were advised to boil water for at least one minute before use. DPW set up water distribution locations to help families cope with the contamination.

* AFRO celebrates 130th anniversary

* On Aug. 13, the AFRO celebrated its 130th anniversary! The news organization, known as the 'Black Media Authority,' held a celebratory gala at Martin's Crosswinds in Greenbelt, Md. with special guests in attendance, including Congressman Kweisi Mfume and host Tommy Davidson. During the celebration, AFRO publisher Frances "Toni" Draper, a direct descendant of the Murphy family, physically received her publisher of the year award from the National Newspaper Publishers Association (NNPA), which announced the honor earlier in the year.

* Lexington Market has soft opening

* Lexington Market, the oldest continually-operating market in the country, held its soft opening for its newly renovated Arcade building on Oct. 24. The $45-million redevelopment of the South market building, led by Baltimore-based Seawall, began in January 2020. The revamped space can host more than 45 merchants and now includes a public plaza with green spaces.

* Larry Young holds retirement party in honor of 20 years on the radio

* After 25 years on the air, Baltimore native Larry Young commemorated his impressive career in radio with a celebration at Martin's West on Oct. 27. The host of award-winning Larry Young Morning Show on Radio One's WOLB 1010 AM enjoyed the event with guests, including Cathy Hughes, founder and chairman of Urban One, Gov.-Elect Wes Moore and Rev. Al Sharpton.

* Tyree Colion Moorehead, Baltimore City anti-gun activist, shot to death by police

* Baltimore anti-gun violence activist Tyree Colion Moorehead died on Nov. 6 after being shot nearly 13 times by Baltimore City police. After responding to a 911 call, officers witnessed Moorehead assaulting a woman at knifepoint in West Baltimore. The activist was known for creating "No Shoot Zones" throughout the city, memorializing the victims of gun violence, and was 46 when he died.

\* The Reginald F. Lewis Foundation holds essay contest, gifts $5M to Obama Foundation

\* The Baltimore foundation created by the late Black business mogul, Reginald F. Lewis used funds this year to support Baltimore youth and the Obama Foundation. The Reginald F. Lewis Foundation held an essay-writing competition in November for Baltimore City Public School students to learn more about Lewis' legacy and awarded top prizes of $3,000, $2,000 and $1,000 to the first, second and third place winners. Each of the victors also received $1,000 for the school they attend.

\* On Dec. 7, the foundation granted $5 million to the Obama Foundation, which works to inspire and empower the world's next generation of leaders.

Father Donald Sterling retires

On Christmas Day Father Donald Sterling, of New All Saints Roman Catholic Church, preached his last sermon before heading into retirement.

© Copyright 2022 The Afro-American Newspaper Company All Rights Reserved.

Record Number: 611e2dc3b8d6f6d2db7a16a67ccf5c7a53794f

Baltimore Brew (MD)

January 3, 2023

Section: Accountability

**Nick Mosby files last-minute rebuttal to ethics charges, suggesting next week's court hearing will be delayed**

Author: *Mark Reutter*

Article Text:

City Council President Nick Mosby has finally found a lawyer.

After telling a judge he'd have to search as far away as "southern Maryland or even D.C." to retain counsel, Mosby has hired a local legal fixture, Robert Fulton Dashiell, to combat charges that he violated the city's gift solicitation rules.

A 26-page memo that Dashiell filed last week in Circuit Court – or four months after Mosby blew past an earlier deadline for submissions – is likely to spur a fresh delay to a judicial review of the Ethics Code violations pending against Baltimore's second highest elected official.

Sources tell The Brew that the Board of Ethics will ask Judge Lawrence Fletcher-Hill to reschedule the January 10 administrative hearing, so the panel can address Mosby's last-minute objections to the order.

Recently, the ethics board asked the judge to penalize Mosby for noncompliance, saying he "is seeking only to delay" the proceedings. A fine of up to $1,000 a day can be imposed for failing to follow a city ethics order. Fletcher-Hill has not ruled on the motion.

The increasingly acrimonious dispute involves a legal defense "trust" set up in 2021 by Baltimore publicist Robyn Murphy as Mosby and his wife, Baltimore State's Attorney **Marilyn Mosby**, faced a federal criminal investigation into their financial affairs.

Many Twists and Turns

**Marilyn Mosby** was indicted last January on four counts of perjury and making false statements.

But following multiple trial delays, Mosby served out her term as state's attorney and was replaced yesterday by Ivan Bates, who defeated her in the July primary.

Now set to go on trial in March 2023, Mosby is asking for her case to be moved to a courtroom outside of Baltimore.

Nick Mosby was not charged in the federal indictment, but was cited last May by the ethics board as part of its own investigation of the legal defense fund.

Using the names, credentials and pictures of the Mosbys, the fund raised over $14,000, including $5,100 from "controlled donors," or persons doing business with Baltimore City.

Last May, the board ordered Nick Mosby to "disclaim" any beneficiary interest in the fund, release the names of all donors and return money given by controlled donors. (Governed by state ethics rules, **Marilyn Mosby** was not part of the case, even though one of her defense lawyers, Kelley C. Miller, set up the fund with Murphy.)

He refused, filing for a judicial review last June pro se, or without the help of an attorney.

Days before the November 21 hearing on his appeal, Mosby filed an emergency motion to postpone, telling Fletcher-Hill that he had been unable to secure legal counsel because of "conflicts of interest" involving his role as City Council President.

Last Tuesday, Dashiell notified the court that he and his partner, Senchal Dashiell Barrolle, would serve as Mosby's counsel.

A well-known procurement attorney, Dashiell regularly appears before the Board of Estimates, which Mosby chairs, on behalf of city contractors.

Mystery Trustee

In arguing that Mosby knew nothing about the fund created in his name and has received no financial benefits from it, the memo provides a few new details.

It says that around the time Robyn Murphy was questioned about the fund in late 2021, she relinquished her role as trustee to Derek Simms.

In an interview with The Brew, Dashiell said he had no information on Simms other than his name. A Derek Simms, of Upper Marlboro, gave $500 to Nick Mosby's campaign committee in 2020, according to State Elections Board records.

Simms is currently listed as a senior gift officer at the Smithsonian's National Museum of African American History & Culture in Washington.

He has not responded to phone messages and an email query from The Brew.

Rules Misapplied

Dashiell argues that the ethics board misapplied ethics rules and prohibitions against gifts to elected officials to ensnare Mosby.

"The record as a whole lacks substantial evidence that Petitioner 'consented' to the Mosby Trust's formation or operations or engaged in 'facilitation' of solicitation of public contributions," it concludes.

Mosby did not list contributions to the fund as "gifts" on his annual financial disclosure statement because he never received any money from the fund, the memo says.

"Petitioner does not have any vested legal or equitable interest in the money held by the Mosby Trust unlike a 401k with his name on it," the memo further says.

"Maybe all the donations will be distributed to **Marilyn Mosby**. Perhaps no distribution would be made during Petitioner's tenure as a public servant at all, which would render the issue moot."

In its report last May, the ethics board concluded that Mosby had "a social relationship with the trustee" (Robyn Murphy) but made a "conscious effort to obfuscate his knowledge of the affairs of the Mosby Trust."

Over a period of six months, it said, Mosby refused to cooperate with the board's investigation of contributors – whose names still remain unknown – or take steps to assure that donations were not being made by contractors whose projects came up – or would come up – for approval by the Board of Estimates he chairs.

FOR THOSE SEEKING MORE:

Nick Mosby violated city ethics law on gift solicitations (5/12/22)

A publicist and two lawyers are behind the Mosbys' legal defense fund (5/13/22)

Mosby legal defense fund was on a collision course with the IRS (5/18/22)

Nick Mosby challenges Ethics Board ruling that he engaged in improper fundraising (6/13/22)

Nick Mosby gets 2-month reprieve to find a lawyer in ethics case (11/21/22)

Caption:
Above: Nick Mosby poses with former legal defense fund trustee Robyn Murphy at the 2022 Preakness in Baltimore. (Facebook)

The Mosby Defense Fund raised over $14,000 online before it was taken down. (mosbydefensefund.com)

Robyn Murphy (left) attends a luncheon with Nick and **Marilyn Mosby** (center) in October 2021 while the Mosby Trust was raising money online. Also pictured from left: Baltimore NAACP President Kobi Little, **Marilyn Mosby**'s chief defense lawyer A. Scott Bolden, publicist Devon Brown, and attorneys Ben Crump and J. Wyndal Gordon. (Facebook)

Copyright © 2023 Baltimore Brew LLC, All rights reserved.

Record Number: d23f42b7fad911873ab9715bf5c8f2434bcaa29b

Sun, The (Baltimore, MD)

January 5, 2023

Edition: First Generic
Section: Main
Page: 1

**Mosby battles ethics charges**

**City Council president argues defense fund donations weren't gifts**

Author: *Emily Opilo*

Article Text:

Months after city ethics charges were leveled against him, Baltimore City Council President Nick Mosby is defending himself against the allegations in a filing that the city's ethics board argues came too far past the deadline.

In a memorandum filed Dec. 27, attorney Robert Dashiell argued that Mosby, his client, didn't seek donations for a legal-defense fund established in his name and that of his wife, former Baltimore State's Attorney **Marilyn Mosby**. The memorandum further argues donations to the fund should not count as gifts to the Democratic council president because he never received them.

The Mosby 2021 Trust was created that summer to solicit donations for the political power couple in the midst of a federal investigation into their finances. **Marilyn Mosby** is charged with perjury and making false statements related to the withdrawal of funds from her city retirement account and the purchase of two Florida houses. Nick Mosby is not

charged with anything.

In a May ruling, the ethics board found that Nick Mosby violated the city's ethics ordinance by indirectly soliciting for the fund, which accepted donations from at least two city contractors. The order called on him to stop fundraising and turn over a list of fund donors.

The council president said he would comply with the order. But in June, he took the issue to court, challenging the board's findings.

The matter has languished in court since, once delayed by attorneys for the ethics board and again postponed in November when Mosby argued he couldn't find an attorney without a conflict of interest. Baltimore Circuit Judge Lawrence Fletcher-Hill noted that Mosby had "no good excuse" for filing the last-minute request, but granted the delay.

A hearing is scheduled for next Tuesday on the matter.

Dashiell, a regular presence at City Hall, notified the court last week that he would represent Mosby. In his memo, Dashiell argued Nick Mosby should not have been required to disclose the legal defense fund on his annual ethics filing with the city because the trust was not a business entity, as the ethics board said it was.

Additionally, the council president's awareness of the legal defense fund was not enough to establish that he indirectly solicited money, Dashiell wrote.

The ethics board investigation noted the trust was established by two people who have a "social relationship" with Nick Mosby. IRS filings revealed the initial trustee to be Robyn Murphy, a friend of the Mosbys and a supporter of the couple. Murphy appeared in a Baltimore Sun photo at the 2021 Preakness Stakes with the council president and in another photo posted by **Marilyn Mosby** in 2021 with Nick Mosby and a group of their supporters.

Murphy told The Sun in May that she was no longer the trustee. She declined to say who the new trustee was.

In his memo, Dashiell said someone named Derek Simms took the reins as trustee at some point before December 2021. The Baltimore Sun could not identify and therefore reach Simms.

"There is no evidence that Petitioner and Trustee Murphy discussed the Mosby Trust at the Preakness, and there is not a photograph that shows Ms. Murphy was identifiable as 'Mosby Trust Trustee,' " Dashiell argued. "Moreover, there is no evidence of even a social tie between Petitioner and Trustee Simms; there are no findings about the trust's alleged activities and donations made under Murphy's term as trustee versus Simms' term as trustee."

The ethics board has asked the judge to dismiss the memo, arguing it was filed months after the court's Sept. 12 deadline.

During a November hearing on the issue, Fletcher-Hill noted that Mosby had blown the deadline, but said he would entertain a request from an attorney to file a memo.

Attorney Sarah Hall, representing the ethics board, said the council president had not proved "excusable neglect" for failing to file the memo on time or get an attorney. Hall said the timing of Dashiell's memo, filed 14 days before Tuesday's hearing and over the holidays, left inadequate time for the ethics board to respond.

The board "wishes to reemphasize that postponing the hearing yet again, to accommodate the Petitioner's untimely and unauthorized memorandum, should be a last resort," Hall wrote. "The Board is the sole public agency charged with safeguarding the important public interest in ensuring that Baltimore City public officials comply with the city ethics law."

Last month, the ethics board filed a motion asking the judge to compel the council president to comply with its order. A fine of up to $1,000 per day can be imposed for failing to comply with a city ethics order. Fletcher-Hill has not ruled on the motion.

During the last hearing on the issue, Mosby described his trouble finding an attorney.

"I thought I was really close but, unfortunately, the conflict of interest thing kind of happened again," the council president said. "I believe I'm going to have to go outside this area."

Dashiell, however, is not only Baltimore-based but a fixture at meetings of the Baltimore Board of Estimates, which Nick Mosby chairs. His website touts his "numerous appearances" before the board and says he is "regarded as an expert" in city procurement matters. Since Nick Mosby took office two years ago, Dashiell has appeared before the city spending board multiple times regarding two contracts.

Dashiell did not respond to a request Wednesday for comment.

Copyright (c) 2023 The Baltimore Sun Company

Record Number: BS0127879458

Sun, The (Baltimore, MD)

January 8, 2023

Edition: First Generic
Section: Main
Page: 12

### Can new leaders prevent another year of more than 300 homicides?

Article Text:

Baltimore closed the books on 2022 with 334 homicides, little changed from the 338 recorded the previous year. It was the eighth year in a row with at least 300 murders, making Charm City not only among the most dangerous major urban centers in the United States (second to St. Louis, according to the most recent FBI crime data), but its residents among the most long-suffering.

It did not take long for 2023 to record more of the same, with police reporting the shooting death of a 17-year-old girl on North Glover Street in East Baltimore less than four hours into the new year. Just three days later, 16-year-old student Deanta Dorsey was killed after he and four classmates at Edmondson-Westside High School were shot while standing outside the Edmondson Village Shopping Center. So far, the new year looks depressingly familiar.

A day before the Edmondson Village mass shooting, Ivan Bates assumed the job of Baltimore City state's attorney, promising to make the city safer for all. On that same day, former U.S. Rep. Anthony Brown was installed as Maryland's incoming attorney general who, among other things, supports state prosecution of police wrongdoing. On Jan. 18, Wes Moore, who has pledged to address crime through greater cooperation among the city and state, will be sworn in as governor.

All three have demonstrated a depth of understanding of the issues facing Baltimore - from too many guns to too few economic opportunities associated with systemic racism to a culture of violence and despair. And they seem willing to team with Baltimore Mayor Brandon Scott and Commissioner Michael Harrison. We hope that, together, these five men can make a difference. Provided, that is, they keep the focus on the issues and the residents, rather than their relationship squabbles, as was seen between Mayor Scott and outgoing Gov. Larry Hogan, or personal problems, like outgoing State's Attorney **Marilyn Mosby**, who faces a federal trial on charges of perjury and mortgage fraud.

Mayor Scott has recorded some improvement in the Western District from his group violence reduction pilot program, with fewer shootings and homicides in that region. But it is far too early to celebrate, given how the city's overall gun violence numbers remain high. The efforts in the district - reducing the number of guns on the street, providing

better job training and opportunities, pursuing constitutional policing with appropriate oversight - require greater investments in resources and public outreach. This is where elected leaders must have a preeminent role.

Many of the city's toughest challenges - including concentrated poverty, the legacies of racism and the damage done by substance abuse and personal trauma - were inherited by the Scott administration. They are long-standing and similar challenges afflict many other U.S. communities. But the city's ability to continue to weather these body blows is not unlimited. If the mayor and police commissioner expect to stay employed in their current posts, they need to deliver.

In 2021, Scott promised an annual 15% reduction in gun violence for the next five years. He is nowhere near reaching that goal, and there is a sense of great frustration in the air. Progress is slim, and patience is wearing thin. There is no bigger challenge facing Baltimore. Not today. Not tomorrow.

Five years plans are nice. But we need real demonstrable change now and all hands working toward it - with no opportunity for crime fighting left behind.

Caption:
A crime lab technician documents the shooting scene outside Popeyes at Edmondson Village on Wednesday afternoon where five youths were shot. Jerry Jackson/Baltimore Sun

Copyright (c) 2023 The Baltimore Sun Company

Record Number: BS0127924345

Baltimore Brew (MD)

January 10, 2023

Section: Accountability


**Nick Mosby's Ethics Board case is again delayed**

Author: *Fern Shen*

Article Text:

Baltimore City Council President Nick Mosby's late filing in his ethics case has won him another delay, with the hearing date now postponed to February 13.

That means the hearing in Baltimore Circuit Court will be taking place nearly eight months after Mosby first appealed an Ethics Board's finding against him – and nearly three months after his appeal was supposed to have been heard.

Mosby got a reprieve in November from Circuit Court Judge Lawrence Fletcher-Hill after saying he'd been unable to find a lawyer.

Today, bolstered by a lawyer who had filed a 26-page memorandum two days after Christmas, Mosby was back before the judge.

After a 20-minute hearing, Fletcher-Hill decided to allow the late memorandum, but not without a note of exasperation.

"When I delayed it back in November, I was quite clear that I intended to hear the merits today," Fletcher-Hill complained.

"Incredibly late filing"

Mosby's attorney, Robert Fulton Dashiell, said he had needed time to formulate his arguments brought to him on short notice.

"Our office was just contacted just a few weeks ago near the middle of December. I was actually away on vacation at the time," Dashiell said.

A lengthy memorandum was needed to lay out arguments ahead of a precedent-setting decision, he explained.

"We think this is a very important case – not just important to Mr. Mosby, but to all of the elected officials of this city because we believe it to be a case of first impression."

Sarah Hall who represents the Ethics Board, argued that Dashiell purposely filed the memo in the midst of the holiday season as "a tactic" intended "to deprive the board of its full right under the rules" to respond.

Seeking, unsuccessfully, to have Dashiell's memo stricken, Hall argued that Mosby had "made no factual proffer or offered any real reason for his incredibly late filing."

Legal Defense Fund

The dispute with the ethics board involves a legal defense "trust" set up in 2021 as Mosby and his wife, Baltimore State's Attorney **Marilyn Mosby**, faced a federal criminal investigation into their financial affairs.

**Marilyn Mosby** was indicted last January on four counts of perjury and making false statements. Now set to go on trial in March 2023, she is asking for her case to be moved to a courtroom outside of Baltimore.

Nick Mosby was not charged in the federal indictment, but was cited last May by the city Ethics Board as part of its own investigation of the legal defense fund.

Using the names, credentials and pictures of the Mosbys, the fund raised over $14,000, including $5,100 from "controlled donors," or persons doing business with Baltimore City.

Ordered to release donors' names and return money given by those doing business with the city, Mosby has refused.

Last May, the board ordered Nick Mosby to "disclaim" any beneficiary interest in the fund, release the names of all donors and return money given by controlled donors, or those doing business with the city.

He refused and filed for a judicial review pro se, or without the help of an attorney.

Recently, the ethics board asked the judge to penalize Mosby for noncompliance, saying he "is seeking only to delay" the proceedings. A fine of up to $1,000 a day can be imposed for failing to follow an ethics order.

Fletcher-Hill noted today that he has not yet ruled on that motion, which remains pending.

Caption:
Above: Nick Mosby in his office at City Hall. (Office of the City Council President)

Copyright © 2023 Baltimore Brew LLC, All rights reserved.

Record Number: 7dec368c5baaa2a74b6bdb1c7dcfa90c4ce7

Sun, The (Baltimore, MD)

January 11, 2023

Edition: First Generic
Section: Main
Page: 7

**Judge gives board more time on Nick Mosby case**

Author: *Emily Opilo*

Article Text:

A hearing to decide whether Baltimore City Council President Nick Mosby violated city ethics law has been postponed once again, this time to give the city Board of Ethics more time to respond to Mosby's defense.

Baltimore Circuit Judge Lawrence Fletcher-Hill elected Tuesday to postpone the hearing after Sarah Hall, an attorney for the board, argued she had not been given sufficient time to craft a legal argument. The board asked for additional time to respond to a 26-page memorandum filed by Mosby's attorney, Robert Dashiell, in late December. The memo argued the council president had not violated ethics law because he didn't seek donations to a legal-defense fund, even indirectly.

Court rules require opposing parties to have 30 days to respond to such memorandums. A new hearing has been set for Feb. 13.

The delay is the latest of several in a case that became public last May. Mosby, a Democrat, is disputing a ruling by the board that called on him to cease fundraising for the legal-defense fund in his name and turn over a list of its donors. The ruling found Mosby violated the city's ethics ordinance by indirectly soliciting for the fund, which took donations from at least two contractors doing business with the city.

Mosby initially said he would comply with the order, but in June took the issue to court. He filed a two-page motion challenging the board's findings without the help of an attorney. In November, a hearing on the matter was delayed after Mosby said he hadn't been unable to find a lawyer who did not have a conflict of interest.

Dashiell, a Baltimore attorney who makes frequent appearances at city public meetings, signed on Dec. 27 to the case and that same day filed the memorandum in Mosby's defense. The deadline for Mosby to file such a memo passed in September.

Fletcher-Hill said Tuesday that he'd hoped to avoid further postponements of the case after giving Mosby an "indulgent opportunity" to secure a lawyer. But it would be

"profoundly unfair" to expect the board to file a memorandum of its own without giving it sufficient time.

In his memo, Dashiell also argued donations to the fund shouldn't count as gifts because Mosby never received them.

The dispute is centered on the fund, which opened for donations in mid-2021 and was established for the legal defense of the council president and his wife, then-State's Attorney **Marilyn Mosby**, as they faced a federal criminal investigation into their financial dealings. Nick Mosby is not charged with anything, while **Marilyn Mosby** is charged with perjury and making false statements related to early withdrawals from her city retirement account and the purchase of two Florida houses. Her trial is set for March. **Marilyn Mosby**, who left office this month, is also a Democrat.

In its order, the Board of Ethics called on the council president to accept no payments from the fund and ask it to cease fundraising on his behalf. Nick Mosby also was ordered to request that a list of all donors and donations to the fund be provided to the ethics board. The deadline to comply was in June.

The list of donors would be the first public accounting of donations to the legal-defense fund. Prominent supporters and community leaders encouraged people to contribute, posting on Facebook and appearing at news conferences to promote it. But **Marilyn Mosby** reported no gifts to the fund during her most recent ethics disclosure statement, which she filed in April. Nick Mosby's last ethics disclosure, filed in January 2022, does not list the legal-defense fund as a business affiliation or detail any gifts.

According to the Board of Ethics ruling, the fund had received $14,352 in donations as of March 15 from 135 individual donors.

Copyright (c) 2023 The Baltimore Sun Company

Record Number: BS0127976826

Sun, The (Baltimore, MD)

January 11, 2023

Edition: First Generic
Section: Main
Page: 1

**Claim tripled wealth, feds say**

**Prosecutors assert ex-state's attorney's worth ballooned after getting pandemic aid**

**Marilyn Mosby case**

Author: *Alex Mann and Lee O. Sanderlin*

Article Text:

**Marilyn Mosby**'s financial circumstances improved over the same time period she claimed under penalty of perjury to have suffered losses due to the coronavirus pandemic, said a forensic accountant hired by federal prosecutors.

The government expert's opinion, made public during a flurry of Monday night filings in the federal criminal case against the former Baltimore state's attorney, responds to the question underlying Mosby's perjury charges: whether she qualified for early withdrawals from her retirement savings because of financial consequences caused by the COVID-19 crisis.

Claims Mosby, a Democrat, made to that effect, namely that she had suffered financial losses, allowed her to take out approximately $80,000 from her city-managed retirement account in 2020 that she used on down payments for a pair of Florida vacation homes.

By the government's accounting, Mosby's net worth tripled from the end of 2019 to the end of 2020.

Mosby, 42, is charged with two counts of perjury and two counts of mortgage fraud, related to the withdrawals and home purchases. Her trial is scheduled for mid-March but has been postponed twice before.

Her lawyers - and experts they've hired to testify in her defense - claim the legal language Congress adopted for its first coronavirus relief package, the CARES Act, was vague, and that her claims of "adverse financial consequences" had no determination on whether she qualified for an early withdrawal. Mosby's defense team said in court filings that her retirement savings portfolio, net worth and potential business income decreased during the pandemic.

Prosecutors hired Joshua A. Johnston, a certified public accountant with expertise in financial forensics and accredited business valuation, to review Mosby's financial records and the opinion of one of the experts retained by her defense, Jerome Schmitt.

"There is no indication that Ms. Mosby suffered the specific adverse financial consequences of the COVID-19 pandemic ... that would qualify her to receive distributions from her [retirement savings account]," Johnston wrote.

Despite the market value of her retirement plan declining for the first three months of 2020, her retirement account balance bounced back to pre-pandemic levels by the time she made her first request for a withdrawal under the CARES Act, Johnston's disclosure said.

Schmitt, Mosby's hired expert accountant, performed a similar analysis of her net worth, but did not include the spring rebound.

The CARES Act does not designate a decline in net worth as a permissible consequence to make a coronavirus-related retirement account withdrawal.

"Based on my experience in reviewing the personal financial statements of individuals, utilizing retirement plan withdrawals to invest in real estate are not the financial decisions and actions of an individual experiencing financial adversity, particularly the specific adverse cash flow consequences cited in the CARES Act," Johnston said.

Federal prosecutors used Johnston's disclosure to argue why they believe U.S. District Judge Lydia Kay Griggsby should bar the testimony of Mosby's experts at trial.

In their own filings, Mosby's lawyers renewed several legal arguments Griggsby previously rejected. They also asked Griggsby to prevent the government's experts from testifying.

Expert witnesses, and concerns about their testimony, have been a theme of Mosby's criminal trial to date. The government asked for the case's second postponement in September after Mosby's defense failed to disclose all of its expert testimony.

The defense lawyers argue the government should be prevented from being able to tell the jury how Mosby spent the money she withdrew from her retirement under the CARES Act, something Griggsby rejected in September.

"How Ms. Mosby spent the money has no bearing whatsoever on whether or not she experienced a situation contained in the definition of adverse financial consequences," her attorneys wrote.

Mosby spent the $80,000 on down payments for an eight-bedroom house near Disney World and a condo on the Gulf Coast. Federal prosecutors say she duped mortgage lenders by disguising her intention for the vacation house to secure a lower interest rate, and by neglecting to disclose a federal tax lien against her to lenders.

For the eight-bedroom home, which Mosby has since sold for a profit, she signed what's known as a "second home rider" that prevents her from immediately using the property as a vacation rental, according to publicly available mortgage documents. However, prosecutors claim Mosby already had hired a rental management company, which would be a violation of the rider.

Mosby's attorneys do not deny a management company was hired, but instead claim the management agreement did not violate the terms of her mortgage.

Attorneys for Mosby also say the government hasn't disclosed to them evidence that could indicate her innocence, which is commonly referred to as Brady material. This is the second time Mosby's lawyers raised the argument, with the government countering they don't need to point out what parts of the evidence are beneficial to the defense's case.

Now, Mosby's lawyers are asking for Griggsby to impose sanctions on the government. They proposed dismissing the indictment against Mosby.

Monday's deluge of filings are the first in Mosby's case since she left office Jan. 3 after two terms as Baltimore's top prosecutor.

The parties are due in court again Jan. 17 to address whether Mosby's defense should be held in contempt of court for revealing confidential juror information, whether Mosby's trial should be moved to Greenbelt and if a limited gag order should be applied to lawyers in the case while directly outside of the courthouse.

Caption:
Former Baltimore State's Attorney **Marilyn Mosby** is charged with two counts of perjury and two counts of mortgage fraud, related to the withdrawals and home purchases. Jerry Jackson/Baltimore Sun

Copyright (c) 2023 The Baltimore Sun Company

Record Number: BS0127976451

Baltimore Brew (MD)

January 17, 2023

Section: The Drip

**Judge turns down Marilyn Mosby's request for a change of venue**

Author: *Brew Editors*

Article Text:

**Marilyn Mosby** took it on the chin today when U.S. District Judge Lydia Kay Griggsby denied her attorney's motion to move her upcoming corruption trial to Greenbelt.

Baltimore's former state's attorney, who left office January 3 following her electoral defeat by Ivan Bates, sought to have her case moved from Baltimore, saying people have preconceived notions about her.

After noting that a federal jury pool draws from the Eastern Shore as well as the western part of Maryland, Griggsby said there is no evidence indicating there would be less pretrial publicity for a Greenbelt jury pool.

Notoriety alone is not enough to justify transferring venue, she ruled.

The judge also granted a limited "gag order" sought by prosecutors, who had accused Mosby's chief counsel, A. Scott Bolden, of uttering profanities and making a veiled threat in front of the courthouse after a hearing last September.

Griggsby directed the defense not to make comments to the press about the prosecution being motivated by racial or political animus, saying she had previously ruled there was "no evidence to support those statements."

Baltimore's ex-top prosecutor was charged last January with two counts of perjury and two counts of making false statements. Prosecutors say she lied about a financial hardship in order to illegally access thousands of dollars from her city retirement account, then lied on paperwork related to the purchase of two Florida homes.

The trial, twice postponed, is scheduled for March 27.

She was accompanied to today's hearing by her husband, City Council President Nick Mosby.

Caption:
Above: State's Attorney **Marilyn Mosby** speaks last month before the Baltimore City Council at the invitation of her husband, City Council President Nick Mosby. (CharmTV)

Copyright © 2023 Baltimore Brew LLC, All rights reserved.

Record Number: b6b1416994166fecff938ff2daabbab2e5aac84

Sun, The (Baltimore, MD)

January 18, 2023

Edition: First Generic
Section: Main
Page: 1

**Mosby trial won't be moved**

**Judge threatens to hold lead defense attorney in criminal contempt of court**

Author: *Lee O. Sanderlin*

Article Text:

A federal judge on Tuesday issued a gag order and threatened to hold A. Scott Bolden, the lead defense attorney for former Baltimore State's Attorney **Marilyn Mosby**, in criminal contempt of court, potentially removing him from the case.

U.S. District Judge Lydia Kay Griggsby blocked lawyers for the prosecution and the defense from making statements about the perjury and mortgage fraud case, or releasing information with the intent to prejudice jurors. More specifically, Griggsby prohibited Mosby's attorneys from claiming the case against the Democratic former prosecutor is racially motivated.

Griggsby also denied Mosby's motion to have her trial moved out of Baltimore, to Greenbelt, citing a lack of evidence for needing to do so. However, she left the door open for attorneys to try again if they are unable to seat an impartial jury ahead of the trial scheduled for late March.

Mosby's attorneys wanted the trial moved to the federal court's southern division in Maryland because they felt the Baltimore-area juror pool was prejudiced against her, with many having made their minds up about the two-term prosecutor's innocence based on local news

coverage and her notoriety.

"Notoriety alone is not enough to justify a transfer of venue," Griggsby said.

The gag order comes after prosecutors asked for one in September, immediately following Bolden's profane comments about prosecutors' request for a continuance.

On Sept. 14, the eve of trial, Griggsby postponed the case because Mosby's lawyers did not turn over expert witness information in a timely fashion, leading prosecutors to request a delay.

Bolden, standing on the courthouse steps, called the government's request and subsequent postponement "bulls---," while also suggesting that the U.S. Attorney's Office in Maryland was targeting African American government employees for prosecution.

He apologized for the profanity in court the next day.

Griggsby said Tuesday that the comments were "hurtful" not only to her, but to court staff and the institution itself.

Bolden's September remarks were the latest in a series of claims that Assistant U.S. Attorney Leo Wise's prosecution of the former Baltimore state's attorney was racially motivated.

"The court issued a ruling that found there was no evidence to support those statements," Griggsby said Tuesday, referencing an April hearing where she denied Mosby's request to dismiss her charges on the grounds she was being prosecuted for racist and vindictive reasons.

Bolden has until Jan. 31 to explain, in writing, why Griggsby should not hold him in criminal contempt of court for using profanity in criticizing the court, why he divulged confidential juror information in a court filing and why he filed court papers without a Maryland lawyer signing on with him.

Because the Washington, D.C.-based attorney is not licensed to practice in Maryland, Bolden needs to co-file all papers with someone who is, per the court's rules of attorney conduct.

Walking out of court Tuesday, neither Mosby nor Bolden offered comment, with Mosby only nodding yes when asked if she was confident about her upcoming trial.

Bolden's antics may have an impact on the trial itself, and Mosby may not believe she is getting a fair trial if the judge is mad at her lead attorney, said Andrew I. Alperstein, a prominent local defense attorney and former CNN legal analyst.

"Certainly **Marilyn Mosby** is entitled to a fair trial," said Alperstein, adding that she might want to change lawyers, which could postpone the case for a third time.

"I've seen it happen, where a client loses confidence in their lawyer because of [contempt] findings against them," he said.

Because he may be held in criminal contempt, Bolden is afforded due process, meaning he is able to hire a lawyer to represent him and will have a hearing. If he is found in criminal contempt, the severity of penalties vary: He could be removed from the case, prohibited from practicing in Maryland, referred to the U.S. Attorney's Office for prosecution or even made to spend time in jail.

Bolden apologized again Tuesday, saying his actions to date were never meant to offend or violate any rules, while also conceding that in zealously representing his client he likely had stepped out of bounds.

"It certainly was not my finest hour," he said.

Bolden said the gag order Griggsby issued was sufficient, and that he would not offend again.

A hearing date for his potential contempt has not been set and would be separate from Mosby's criminal proceedings.

The cursing, while regrettable, is a byproduct of a "frustrated" lawyer under "a lot of stress," Alperstein said.

However, the court filing without a Maryland lawyer's signature - a response to the government's request for a gag order in which Bolden and fellow D.C.-based attorney Anthony Todd divulged confidential juror responses to a pretrial questionnaire - presents a procedural issue for the court.

Griggsby had the filing removed from the court record, and Alperstein said the lack of other lawyers' signatures is "telling" about how they may have viewed the filing's content.

"I find it curious that the other four lawyers who are on the other pleadings didn't sign on to that specific one," Alperstein said.

Bolden, in remarks to Griggsby, said the defense is unified and while the other lawyers' signatures were missing, they were still a part of it.

Mosby herself was previously subject to a gag order and was subsequently held in contempt of court.

In August, a Baltimore Circuit Court judge held her in contempt of court, finding that she violated a gag order in the controversial murder case of Keith Davis Jr.

Newly sworn-in Baltimore State's Attorney Ivan Bates dismissed Davis' charges last week - he had been tried four times for the same murder - citing what he called Mosby's vindictive prosecution of him over the years.

Caption:
Former Baltimore City State's Attorney **Marilyn Mosby** leaves court following a motions hearing ahead of her perjury trial in March. Jerry Jackson/Baltimore Sun

Former Baltimore City State's Attorney **Marilyn Mosby** leaves federal court with her lawyer A. Scott Bolden following a motions hearing. Bolden has until Jan. 31 to explain, in writing, why Judge Lydia Kay Griggsby should not hold him in criminal contempt of court. Jerry Jackson/Baltimore Sun

Copyright (c) 2023 The Baltimore Sun Company

Record Number: BS0128092476

Dundalk Eagle (MD)

January 19, 2023

Section: News
Page: 16

**Perjury trial looms for Baltimore's former top prosecutor**

**Indictment alleges that Marilyn Mosby made false statements in mortgage application**

Article Text:

With a March trial date quickly approaching in the federal perjury case against Baltimore's former top prosecutor **Marilyn Mosby**, a series of rulings Tuesday created significant new hurdles for her defense team, including the possibility of criminal contempt charges against her lead attorney.

Mosby left office earlier this month after serving two terms as Baltimore state's attorney - a tenure defined by several high-profile decisions, including prosecuting the police officers involved in Freddie Gray's 2015 death and dismissing the charges against Adnan Syed, whose case was featured on the hit podcast "Serial." Mosby, who frequently touted her progressive policies, was defeated in a Democratic primary last year after federal prosecutors accused her of lying about experiencing pandemicrelated financial hardship in order to make early withdrawals from her retirement account. She used the money to buy two Florida vacation properties.

Her lead defense attorney, A. Scott Bolden, has also violated several court rules in recent months, U.S. District Court Judge Lydia Kay Griggsby said during a pretrial hearing Tuesday.

The violations include statements he made to news reporters outside the Baltimore courthouse following a September court appearance, when Bolden used profanity and suggested the prosecution had racial animus.

He publicly apologized the following day.

Griggsby also issued a limited gag order in the case Tuesday, largely in response to the statements from Bolden and other missteps from the defense team. She said the main goal is protecting the integrity of the upcoming jury selection process.

"We should be talking about the information in the public record - the facts," she said.

The gag order forbids lawyers involved in the case from making statements to the media and releasing any information that has "a reasonable likelihood" of creating prejudice or unfairness.

In requesting the gag order, prosecutors accused Bolden of spewing falsehoods from the courthouse steps. Bolden said he never intended to break the rules or jeopardize the integrity of the proceeding.

"It came from my heart and not my head," he told the judge. "Clearly, it was not my finest hour." Mosby's trial is scheduled to begin March 27 in Baltimore.

She faces two counts each of perjury and mortgage fraud.

Copyright © 2023 Dundalk Eagle, Chesapeake Publishing Group (Adams Publishing/APGMedia). All rights reserved.

Record Number: 180f55266bad222dc9ff8181fc18b6dd

Sun, The (Baltimore, MD)

January 20, 2023

Edition: First Generic
Section: Main
Page: 1

**Mosby's lawyers seek to quit**

**All 6 on former state's attorney's defense team make request**

Author: *Alex Mann and Lee O. Sanderlin*

Article Text:

The six defense attorneys representing former Baltimore State's Attorney **Marilyn Mosby** against federal mortgage fraud and perjury charges asked Thursday to be removed from her case.

Mosby's lead attorney, A. Scott Bolden, and three others from his firm - Rizwan Qureshi, Kelley Miller and Anthony Todd, all of Reed Smith LLP - said that an order from U.S. District Judge Lydia Kay Griggsby that found Bolden violated the Maryland rules governing attorney conduct created a conflict of interest for them.

At a pretrial hearing Tuesday, Griggsby ordered Bolden to explain in writing by Jan. 31 why she shouldn't hold him in criminal contempt of court for using profanity to criticize the court, why he divulged confidential juror information in a legal motion, and why he filed that same motion without a Maryland lawyer's signature. Based in Washington, D.C., Bolden is not licensed to practice in Maryland and needs to co-file all papers with someone who is, per the court's rules of attorney conduct.

Reached by phone, Bolden declined to comment Thursday evening.

Mosby did not return phone calls or text messages seeking comment.

Mosby, a Democrat who served two, four-year terms as state's attorney ending earlier this month, is charged with two counts of perjury and two counts of making false statements on loan applications for down payments on a pair of properties in Florida.

Her attorneys said in the filing she consented to their withdrawing from her defense. Griggsby has to approve the lawyers' request to withdraw from the case.

Attorneys Lucius Outlaw and Gary Proctor, who joined the defense team over the summer, also asked Griggsby for permission to back out of the case. The filing said Outlaw and Proctor, who each operate their own law practices, joined Mosby's defense in

support roles and are not able to accommodate being lead defense lawyers in her case. Outlaw is also a full-time law professor at Howard University.

"The motion does not change my belief in **Marilyn Mosby**'s innocence," Outlaw told The Baltimore Sun.

Proctor declined to comment.

Outspoken from the onset of Mosby's case, Bolden aggressively defended his client's innocence - claiming she was the target of racist and political prosecution - and has admitted he's over-zealous at times. His representation reached its zenith in mid-September, when moments after the case was postponed for a second time, he stood on the courthouse steps and called the delay "bulls***," while also suggesting that the U.S. Attorney's Office in Maryland was targeting African American government employees for prosecution. He apologized for the profanity in court the next day.

Defense attorney Warren Brown, who is not involved in the case but has decades of courtroom experience, said he thinks Bolden's personality overshadowed Mosby's legal dilemma, and possibly hurt her with potential jurors.

"I don't think he's been strategic in the manner in which he's met the public, through the press, about this case," Brown said. "The bombast, the flowered lapel pins - he becomes the focus and that's not really helpful."

The reason Bolden would withdraw from the case is because he may no longer feel he can properly represent his client with possible criminal punishment hanging over his own head, said David Jaros, faculty director of the University of Baltimore School of Law's Center for Criminal Justice Reform.

"While it's not an inherent conflict, there are reasons to be concerned, and you certainly wouldn't want the attorney to be reluctant to challenge the decisions of the judge and argue on behalf of their client because they didn't want to further anger the judge," Jaros said. "We don't want the attorney to be thinking about what the judge thinks about them at trial. We want the attorney to be focused on the best defense for their client."

In their filing, Mosby's attorneys said they discussed their request to withdraw from the case with Federal Public Defender for the District of Maryland James Wyda, and that Wyda said his office was prepared to take up Mosby's defense if called upon.

The current defense team asked Griggsby to appoint the federal public defender to represent Mosby.

Wyda did not return a message left with the federal public defender's office Thursday afternoon.

Outlaw, a former federal public defender in Maryland, said he has "full faith and confidence that the federal defender, if appointed, will provide her with top quality representation and if they need any help from me, all they need to do is ask."

Public defenders typically represent people accused of crimes who cannot afford attorneys. Mosby, who spent eight years as state's attorney, left office making approximately $250,000 annually. However, she is under some sort of financial duress, having been granted government funds to pay expert witnesses in her case.

Federal prosecutors have yet to respond in support of, or against, the defense's request. The U.S. Attorney's Office typically does not comment on pending legal matters.

Mosby's trial is slated for late March, but her attorneys asked Griggsby to suspend all deadlines for filings in the case until Mosby finds legal representation.

There's no guarantee Griggsby will grant Mosby's lawyers' request to withdraw from the case, said defense attorney Andrew Radding, a former federal prosecutor who practices in state and federal courts and is not involved in Mosby's case.

Bolden and the other lawyers with his firm cited several rules of professional conduct for attorneys in their request to Griggsby.

Radding said Griggsby will consider how those rules apply to the circumstances in Mosby's case, and whether Mosby's attorneys' "ability to defend Mosby is really impacted" by Griggsby's findings regarding Bolden's behavior. The judge, Radding said, also will have to consider the impact of a wholesale defense attorney change on the schedule of Mosby's case.

He said the case likely would be postponed a third time if Mosby gets new lawyers. Indicted over a year ago, Mosby originally demanded a speedy trial before asking for a postponement in April amid her failed campaign for a third term as state's attorney.

"It's two months from a trial that's been litigated over months and months and months," said Radding, noting a continuing contentious debate between Mosby and the government over expert witnesses. "To bring in completely new counsel is going to delay this trial months or a year, and I think that's going to weigh on [Griggsby] too."

Caption:
Former Baltimore City State's Attorney **Marilyn Mosby** leaves federal court following a motions hearing on Tuesday ahead of her perjury trial in March. JERRY JACKSON/BALTIMORE SUN

Copyright (c) 2023 The Baltimore Sun Company

Record Number: BS0128133873

Sun, The (Baltimore, MD)

January 23, 2023

Edition: First Generic
Section: Main
Page: 1

**Request for team to withdraw opposed**

**Prosecutors argue Mosby's lawyers have failed to show good cause to be removed**

**marilyn mosby case**

Author: *Emily Opilo*

Article Text:

Federal prosecutors are opposing a request from former Baltimore State's Attorney **Marilyn Mosby**'s attorneys to leave her defense team.

In a motion filed Saturday, prosecutors argued that Mosby's lawyers, all of whom filed a motion to withdraw from the case earlier last week, have not shown good cause to be removed.

"The practical effect of the withdrawal of all the lawyers who have worked on this case will be to necessitate yet another continuance, the third one defense counsel would have caused," Assistant U.S. Attorney Leo Wise wrote.

On Thursday, Mosby's lead attorney, A. Scott Bolden, and three others from his firm - Rizwan Qureshi, Kelley Miller and Anthony Todd, all of Reed Smith LLP - said that an order from U.S. District Judge Lydia Kay Griggsby that found Bolden violated the Maryland rules governing attorney conduct created a conflict of interest for them.

The attorneys have been defending Mosby against federal mortgage fraud and perjury charges stemming from her early withdrawal of retirement funds and loan applications she made for a pair of properties in Florida. The Democrat, who served two four-year terms as state's attorney, left office earlier this month after losing her bid for reelection. She has pleaded not guilty and is due to stand trial in March.

At a pretrial hearing Tuesday, Griggsby ordered Bolden to explain in writing by Jan. 31 why she shouldn't hold him in criminal contempt of court for using profanity to criticize the court, why he divulged confidential juror information in a legal motion, and why he filed that same motion without a Maryland lawyer's signature. Based in Washington, D.C., Bolden is not licensed to practice in Maryland and needs to co-file all papers with someone who is, per the court's rules of attorney conduct.

Attorneys Lucius Outlaw and Gary Proctor, who joined the defense team over the summer, also asked Griggsby for permission to back out of the case. The filing said Outlaw and Proctor, who each operate their own law practices, joined Mosby's defense in support roles and are not able to accommodate being lead defense lawyers in her case. Outlaw is also a full-time law professor at Howard University.

On Saturday, prosecutors said they do not object to Bolden's withdrawal "in light of his unprofessional and uncivil behavior" in the case, but that they opposed the exit of Mosby's other five attorneys.

Bolden has publicly claimed Mosby is the target of racist and political prosecution. In September, he stood on the court

house steps and called a delay in the case "bulls--," while suggesting that the U.S. Attorney's Office in Maryland was targeting African American government employees for prosecution. He apologized in court the next day for the profanity.

"The government is confident that the matter would be handled in a more professional and civil matter by any of the other five attorneys that represent the defendant," prosecutors wrote in their motion.

None of the attorneys involved, however, have a conflict in the case, prosecutors argued. The court's orders have been specific to Bolden.

"There is no reason, let alone a 'present risk' why their representation of the defendant would be materially limited by the contempt proceeding against Mr. Bolden," prosecutors wrote.

Prosecutors also argued Mosby's attorneys have not shown good cause for their withdrawal, dismissing Outlaw's argument that he is too busy to serve as lead counsel.

"Mr. Proctor is an extremely experienced trial lawyer who has tried a number of complex and serious cases in this district," prosecutors wrote. "The fact that Mr. Proctor can't serve as 'lead counsel,' is not good cause to withdraw. He doesn't have to become 'lead counsel'; he can continue in the role he is in and Mr. Qureshi or Ms. Miller, both of whom are partners, like Mr. Bolden at Reed Smith, can become lead counsel."

While Mosby consented to her attorneys withdrawing, Griggsby is not obligated to grant the request. Observers said the judge will consider how Mosby's defense would be impacted by a withdrawal and the likelihood of a schedule change.

In their filing, Mosby's attorneys said they discussed their request to withdraw from the case with Federal Public Defender for the District of Maryland James Wyda, and that Wyda said his office was prepared to take up Mosby's defense if called upon.

Public defenders typically represent people accused of crimes who cannot afford attorneys. Mosby, who spent eight years as state's attorney, left office making

approximately $250,000 annually. However, she is under some sort of financial duress, having been granted government funds to pay expert witnesses in her case.

Baltimore Sun reporters Alex Mann and Lee O. Sanderlin contributed to this article.

Caption:
Former Baltimore City State's Attorney **Marilyn Mosby** arrives at the Edward A. Garmatz Courthouse with her lawyer A. Scott Bolden, left, and husband, Nick Mosby, for a motions hearing ahead of her perjury trial in March. Jerry Jackson/Baltimore Sun

Copyright (c) 2023 The Baltimore Sun Company

Record Number: BS0128187054

Daily Record, The (Baltimore, MD)

January 23, 2023

Section: News


Topics:

**Index Terms:**
General news

**Mosby defense lawyers can't quit case now, prosecutors argue**

Author: *Staff and Wire Reports*

Article Text:

Federal prosecutors want most of the lawyers for former Baltimore State's Attorney **Marilyn Mosby** to stay on the case even though the entire defense team filed a request last week to withdraw.

In a Saturday filing, government lawyers argued that five of the six attorneys representing Mosby should stay on so that her perjury and mortgage fraud trial is not delayed for a third time. The trial is set for March 27 in federal court in Baltimore.

"The practical effect of the withdrawal of all the lawyers who have worked on this case will be to necessitate yet another continuance, the third one defense counsel would have caused," Assistant U.S. Attorney Leo Wise wrote.

RELATED: Will Mosby get a public defender? Here's what that process looks like

The defense team made its withdrawal request after the judge overseeing the case, U.S. District Judge Lydia Kay Griggsby, threatened Mosby's lead attorney with criminal contempt. The lawyer, A. Scott Bolden, responded by asking to leave the case.

Mosby has five other lawyers, including three from Bolden's D.C. firm, Reed Smith. All three asked to withdraw on the basis that Bolden's possible contempt charges created a conflict for the entire firm.

Mosby's other two lawyers, Gary E. Proctor and Lucius Outlaw, also asked to be excused from the case. They argued that their appearances in the case were always meant to be limited and that their other professional obligations prevented them from taking over as lead counsel to Mosby.

In updated motions filed Monday, Proctor and Outlaw renewed their requests to leave the case. Proctor wrote that he is too busy with his usual legal work, which involves representing indigent defendants facing the death penalty across the United States.

Outlaw wrote that he is unable to continue representing Mosby because of his full-time job as a professor at the Howard University School of Law. Both men agreed to assist on the case pro bono.

In Saturday's filing, Wise said the government would not object if Bolden withdrew because of his behavior during the case, but that the other defense lawyers could take over instead.

"The Government is confident that the matter would be handled in a more professional and civil matter by any of the other five attorneys that represent the Defendant," Wise wrote.

Griggsby ruled last week that Bolden violated several local court rules in recent months, including when he used profanity on the courthouse steps, disclosed confidential juror responses and filed a motion without a Maryland law license.

"The Government is confident that the matter would be handled in a more professional and civil matter by any of the other five attorneys that represent the Defendant," prosecutors wrote in their motion.

RELATED: Mosby trial will remain in Baltimore, judge rules

Mosby recently left office after serving two high-profile terms as Baltimore state's attorney. She was defeated in a Democratic primary last year after federal prosecutors accused her of lying about experiencing pandemic-related financial hardship in order to make early withdrawals from her retirement account. She used the money to buy two Florida vacation properties and now faces two counts each of perjury and mortgage fraud.

Her defense lawyers said they have discussed the case with the Office of the Federal Public Defender for Maryland, which could take over if the six original lawyers are allowed to withdraw.

Griggsby will decide whether the lawyers can withdraw and if Mosby qualifies for a federal public defender. The judge will hold a status conference on the withdrawal request this Friday.

In 2020, Mosby submitted requests for one-time withdrawals of $40,000 and $50,000, respectively, from Baltimore's deferred compensation plans, according to her indictment. Prosecutors allege Mosby falsely certified that she experienced financial hardship because of the coronavirus, but she actually received her nearly $250,000 salary in 2020.

Her attorneys have argued that COVID-19 had an impact on both financial markets and Mosby's personal travel and consulting businesses. They have accused prosecutors of having racial or political motives for pursuing the case, though Griggsby previously rejected their assertion of vindictive prosecution.

Daily Record legal affairs reporter Madeleine O'Neill and Lea Skene of The Associated Press contributed to this story.

Copyright © 2023 BridgeTower Media. All Rights Reserved.

Copyright, 2023, The Daily Record (Baltimore, MD)

Record Number: 344821

Sun, The (Baltimore, MD)

January 26, 2023

Edition: First Generic
Section: Main
Page: 1

### Mosby's attorney has own legal woes

### Bolden says he can't represent ex-state's attorney because he might be in trouble, too

Author: *Alex Mann*

Article Text:

A. Scott Bolden, the lawyer leading former Baltimore State's Attorney **Marilyn Mosby**'s federal criminal defense, can no longer represent her because he might soon be in legal trouble too, he said in a court filing Wednesday explaining why he wants off the case.

Last Thursday, all six attorneys representing Mosby asked to be removed from the case and to have the city's former top prosecutor represented by the federal public defender.

Federal prosecutors said they're fine with Bolden withdrawing from the case but argued the remaining five attorneys - including three from Bolden's firm, Reed Smith LLP - should remain on the case to avoid another postponement of Mosby's trial, slated for March.

U.S. District Judge Lydia Kay Griggsby scheduled a video hearing Friday to determine whether she'll allow the defense attorneys to quit the case. Griggsby also ordered Maryland's federal public defender, James Wyda, appear at the hearing.

The development comes after Griggsby threatened Jan. 17 to hold Bolden in criminal contempt of court for violating court rules, like divulging confidential juror information in public legal paper and filing motion without the signature of a Maryland attorney, as Bolden is not licensed to practice in the state. Griggsby also took exception to Bolden's use of profanity to criticize the second postponement of the case, calling it "bulls---" on the courthouse steps.

In separate filings this week, Mosby's lawyers offered differing reasons for why they wanted off the case, pushing back on prosecutors' objections.

Bolden said it would be unfair for him to continue representing Mosby because his interests are now divided between defending Mosby and himself. The other lawyers from

his firm - Rizwan Qureshi, Kelley Miller and Anthony Todd - said they shared Bolden's conflict of interest.

Bolden and his colleagues at Reed Smith said in the filing Thursday that they are now preparing for trial "under the shadow of a threatened criminal contempt hearing."

"Preparation for his own defense means that Mr. Bolden cannot spend as much time as would typically be expected and required of lead defense counsel in the business of managing a trial," Bolden, Qureshi, Miller and Todd wrote. "Far more importantly, it would be unconscionable to insist that Ms. Mosby receive legal advice and representation that she might reasonably imagine is colored by Mr. Bolden's desire to seek the Court's favor in his own proceeding."

Griggsby ordered Bolden to explain by Jan. 31 why she should not refer him to the U.S. Attorney's Office for criminal prosecution for contempt.

In its opposition, the government disputed that there is a conflict at all, arguing the issue of whether Bolden will be held in contempt of court is separate from Mosby's criminal case. But if there is a conflict, federal prosecutors said, it applies to Bolden and not to any of the other lawyers from his firm.

Attorneys Gary Proctor and Lucius Outlaw joined Mosby's defense more recently - free of charge - and said they did so with the understanding they'd only play supporting roles, not those of lead lawyers.

In his own filing, Outlaw said his responsibilities as a professor at Howard University School of Law mean he couldn't lead a defense team at trial.

Proctor, meanwhile, said he wasn't even planning to attend Mosby's trial - and that Mosby knew this - because he had previously planned and paid for international travel for a family gathering.

Both Outlaw and Proctor said they'd be willing to continue to defend Mosby in secondary roles if Griggsby reschedules her trial.

Mosby, a Democrat who left office in January after two terms, is charged with two counts of perjury and two counts of making false statements on loan applications for a pair of properties in Florida: An eight-bedroom house near Disney World and a condo on the state's Gulf Coast.

Federal prosecutors say Mosby falsely claimed to have experienced "adverse financial consequences" because of the coronavirus pandemic to make her eligible for two early withdrawals from her city retirement account. She used the roughly $80,000 from obtained from her savings through the CARES Act, Congress' first pandemic relief package, to make down payments on the Florida properties.

To secure a lower interest rate on her mortgage, Mosby claimed the house near Orlando was a second home when she'd already lined up management company to run it in a

rental, according to her indictment. She also neglected to tell lenders that she owed the federal government money for unpaid taxes.

In their filing Saturday, prosecutors said any one of the six lawyers could defend Mosby on their own because "the charges and the evidence in this case are not complicated."

"This is not a case involving sophisticated financial transactions, multiple defendants or complex charges," prosecutors wrote. "It is a case of single defendant lying on four separate occasions about her personal finances in order to buy two houses in Florida."

Baltimore Sun reporter Lee O. Sanderlin contributed to this article.

Caption:
Former Baltimore State's Attorney **Marilyn Mosby** leaves federal court with her husband, Nick Mosby, and lawyer, A. Scott Bolden, in September. Lloyd Fox/Baltimore Sun

Copyright (c) 2023 The Baltimore Sun Company

Record Number: BS0128233788

Daily Record, The (Baltimore, MD)

January 27, 2023

Section: News

Topics:

**Index Terms:**
General news

**Judge allows Mosby defense team to withdraw from perjury case**

Author: *Madeleine O'Neill*

Article Text:

Former Baltimore State's Attorney **Marilyn Mosby**'s entire defense team received permission to withdraw from her federal perjury and mortgage fraud case Friday because her lead attorney faces possible criminal contempt charges.

U.S. District Judge Lydia Kay Griggsby found there was good cause for all six lawyers to leave the case and appointed the Office of the Federal Public Defender to represent Mosby moving forward.

Mosby's trial, currently set for March 27, will likely be postponed. The lawyers now on the case have until Feb. 3 to suggest how they would like to proceed.

Mosby said she understands the change will almost certainly mean delaying her case for a third time.

"I want to rebuild my life, but I do understand and recognize that any new counsel would have to get up to speed," Mosby said.

Assistant U.S. Attorney Leo Wise opposed the defense team's request to withdraw and questioned why one of the other lawyers couldn't take over for Mosby's lead attorney, A. Scott Bolden.

"The public obviously has an interest in a speedy trial," Wise said. "This is the third time the conduct of defense counsel has caused that interest to essentially be case aside."

The defense team sought to leave after Griggsby threatened to hold Bolden in criminal contempt because of his handling of the case.

Griggsby cited a a news conference in September where Bolden stood outside the federal courthouse and said it was "bulls---" that prosecutors blamed the defense for another postponement of Mosby's trial.

Bolden also said at the news conference that state and federal employees and African American politicians were at risk of being targeted for prosecution if they withdrew money from their retirement accounts under emergency pandemic rules, like Mosby did.

Griggsby said Bolden's statements violated local court rules related to what lawyers can say about pending cases. He also violated the rules when he quoted confidential juror questionnaires in a Sept. 29 court filing that argued the jury pool was biased against Mosby, Griggsby said. The filing also did not include the signature of any Maryland defense lawyers in another violation of local rules.

RELATED: Judge threatens Mosby defense lawyer with criminal contempt

Griggsby told Bolden last week that she is considering holding him in criminal contempt and may refer his case to the U.S. Attorney's Office for possible prosecution or revoke his admission to district court in Maryland. He has until Jan. 31 to respond to Griggsby's allegations.

By the end of last week, Mosby's entire defense team had asked to leave the case. Bolden said he could not continue representing Mosby because the threat of criminal contempt would be a distraction and create a conflict of interest.

The defense team also argued that the other lawyers from Bolden's firm, Reed Smith LLP, also had a conflict of interest that prevented them from staying on the Mosby case.

"As a general matter, the possibility of criminal sanctions against Mr. Bolden and the divided loyalties that it creates do not only affect Mr. Bolden, but the other Reed Smith attorneys as well," Bolden wrote in a filing this week.

"Even though they are not subject to the same potential criminal sanctions, any or all of them may be called to act as a witness in Mr. Bolden's case, as they were involved in the facts giving rise to the Court's order."

The other Reed Smith attorneys are Rizwan A. Qureshi, Kelley Miller and Anthony R. Todd.

Two other Mosby lawyers, Gary E. Proctor and Lucius Outlaw, also asked to leave the case. Both said they never intended to play a major role in the defense and could not take over as lead counsel because of scheduling conflicts. Outlaw is a professor at Howard University School of Law and Proctor represents indigent defendants facing the death penalty across the United States, the lawyers wrote in court papers.

Griggsby did not find there was a conflict of interest preventing the defense lawyers from representing Mosby, but found there is good cause in each case to allow the lawyers to withdraw.

She also determined that Mosby is indigent and eligible for representation by a public defender. The Federal Public Defender for the District of Maryland, James Wyda, declined to comment.

Griggsby did not detail how she determined Mosby is eligible for a taxpayer funded lawyer. As the city's top prosecutor, Mosby made nearly $250,000 per year.

Federal judges do not use a specific income cutoff to determine if a defendant qualifies for a public defender. Local court guidelines required Griggsby to consider "the cost of providing the person and his or her dependents with the necessities of life, the cost of securing pretrial release, asset encumbrance, and the likely cost of retained counsel."

Mosby left office at the beginning of the year after serving two high-profile terms as Baltimore's state's attorney. She lost her campaign for reelection when she placed third in the Democratic primary last year.

The indictment against Mosby accuses her of lying about suffering a pandemic-related financial loss in order to make hardship withdrawals from her city retirement account. She put the $90,000 she withdrew from the account toward down payments on two Florida vacation properties, federal prosecutors say, and made several false statements when she applied for mortgages on the homes.

Mosby faces two counts each of perjury and mortgage fraud.

Copyright © 2023 BridgeTower Media. All Rights Reserved.

Copyright, 2023, The Daily Record (Baltimore, MD)

Record Number: 347528

Baltimore Brew (MD)

January 27, 2023

Section: Crime & Justice


**Judge lets Marilyn Mosby's legal team quit, likely leading to a third trial delay**

Author: *Fern Shen*

Article Text:

Already twice delayed, the trial of **Marilyn Mosby** is about to be delayed another time.

Details on just how lengthy this delay will be won't be available until after, well, another delay.

An extra week is now needed, the parties agreed today, to talk over the schedule implications of the latest twist in the case.

U.S. District Judge Lydia Kay Griggsby granted all six of Mosby lawyers – her entire defense team – permission to withdraw from the mortgage fraud and perjury case brought by a federal grand jury last January.

For now, the trial of Baltimore's former top prosecutor is still scheduled for March 27. (The case had been initially set for last May, then it was to be in September.)

At today's virtual hearing, Griggsby concluded that the defense had shown that there was a possibility of a conflict of interest – and distraction for all of the lawyers representing her – given the pending contempt-of-court charges that lead attorney A. Scott Bolden faces for, among other things, a profanity-laced tirade on the courthouse steps in September.

Mosby told Griggsby she no longer wishes to be represented by the lawyers from Reed Smith, including Bolden, Rizwan Qureshi, Kelley Miller and Anthony Todd.

"I feel like their interests are clearly now adverse to my interests, and I need conflict-free counsel," Mosby said.

"I want to rebuild my life, but I do recognize any new counsel would have to get up to speed on this case" – **Marilyn Mosby**.

Pro-bono lawyers Gary Proctor and Lucius Outlaw, who said they were brought on in an advisory capacity, were also excused, saying they would suffer a financial hardship if compelled to take over Mosby's case.

Mosby, who last year declared her desire for a speedy trial, was asked about the virtual certainty that the change in legal team would drag her case out further.

She said she was okay with it.

"I want to rebuild my life, but I do understand and recognize any new counsel would have to get up to speed on this case," Mosby told the judge.

Prosecutors Object

Meanwhile the prosecutors, who opposed the legal team's efforts to quit, reacted to the likely delay with exasperation.

"This will obviously destabilize everything," said assistant U.S. attorney Leo J. Wise.

"To go from what was an astonishingly large defense team down to zero, we don't see how it doesn't necessitate pushing out all the dates, further delaying the trial," he said.

"This will obviously destabilize everything" -Prosecutor Leo J. Wise.

Wise continued to maintain, as he has in court filings, that Bolden's looming contempt-of-court charges do not implicate the other Reed Smith lawyers.

"The remarks on the courthouse steps were made by him alone. . . They are related to his own behavior," Wise said. "These are not overlapping matters."

He was scornful of Outlaw's claim that representing Mosby would jeopardize his job as a Howard University law professor.

"Respectfully, I do not believe that if Mr. Outlaw had to miss a class or two he would be fired," Wise said, prompting a protest from Outlaw that his professorial duties are extensive.

Declaring that Mosby, who served two terms as Baltimore state's attorney and earned nearly $250,000 a year, is "indigent," Griggsby declined to disclose the material she reviewed that led her to that conclusion.

Court guidelines direct judges to consider a number of factors, including personal and family expenses, legal bills and "asset encumbrance."

Mosby has sold one of the houses she bought in Florida, the eight bedroom, six bathroom vacation property near Orlando.

She still owns the condominium near Sarasota that she purchased for $476,000 in 2020.

Griggsby directed Wise and Federal Public Defender James Wyda to confer about the next steps in the case.

A February 3 hearing was scheduled to discuss the future trial schedule.

Caption:
Above: **Marilyn Mosby** and her attorney, A. Scott Bolden, leave the U.S. District Court
in Baltimore after a pre-trial hearing in September. (Fern Shen)

Copyright © 2023 Baltimore Brew LLC, All rights reserved.

Record Number: 66b7a7ca9bb4b81d2278d0dd23b3e097c42add7

Baltimore Brew (MD)

January 27, 2023

Section: Crime & Justice


**Judge lets Marilyn Mosby's legal team quit, likely leading to a third trial delay**

Author: *Fern Shen*

Article Text:

Already twice delayed, the trial of **Marilyn Mosby** is about to be delayed another time.

Details on just how lengthy this delay will be won't be available until after, well, another delay.

An extra week is now needed, the parties agreed today, to talk over the schedule implications of the latest twist in the case.

U.S. District Judge Lydia Kay Griggsby granted all six of Mosby lawyers – her entire defense team – permission to withdraw from the mortgage fraud and perjury case brought by a federal grand jury last January.

For now, the trial of Baltimore's former top prosecutor is still scheduled for March 27. (The case had been initially set for last May, then it was to be in September.)

At today's virtual hearing, Griggsby concluded that the defense had shown that there was a possibility of a conflict of interest – and distraction for all of the lawyers representing her – given the pending contempt-of-court charges that lead attorney A. Scott Bolden faces for, among other things, a profanity-laced tirade on the courthouse steps in September.

Mosby told Griggsby she no longer wishes to be represented by the lawyers from Reed Smith, including Bolden, Rizwan Qureshi, Kelley Miller and Anthony Todd.

"I feel like their interests are clearly now adverse to my interests, and I need conflict-free counsel," Mosby said.

"I want to rebuild my life, but I do recognize any new counsel would have to get up to speed on this case" – **Marilyn Mosby**.

Pro-bono lawyers Gary Proctor and Lucius Outlaw, who said they were brought on in an advisory capacity, were also excused, saying they would suffer a financial hardship if compelled to take over Mosby's case.

Mosby, who last year declared her desire for a speedy trial, was asked about the virtual certainty that the change in legal team would drag her case out further.

She said she was okay with it.

"I want to rebuild my life, but I do understand and recognize any new counsel would have to get up to speed on this case," Mosby told the judge.

Prosecutors Object

Meanwhile the prosecutors, who opposed the legal team's efforts to quit, reacted to the likely delay with exasperation.

"This will obviously destabilize everything," said assistant U.S. attorney Leo J. Wise.

"To go from what was an astonishingly large defense team down to zero, we don't see how it doesn't necessitate pushing out all the dates, further delaying the trial," he said.

"This will obviously destabilize everything" -Prosecutor Leo J. Wise.

Wise continued to maintain, as he has in court filings, that Bolden's looming contempt-of-court charges do not implicate the other Reed Smith lawyers.

"The remarks on the courthouse steps were made by him alone. . . They are related to his own behavior," Wise said. "These are not overlapping matters."

He was scornful of Outlaw's claim that representing Mosby would jeopardize his job as a Howard University law professor.

"Respectfully, I do not believe that if Mr. Outlaw had to miss a class or two he would be fired," Wise said, prompting a protest from Outlaw that his professorial duties are extensive.

Declaring that Mosby, who served two terms as Baltimore state's attorney and earned nearly $250,000 a year, is "indigent," Griggsby declined to disclose the material she reviewed that led her to that conclusion.

Court guidelines direct judges to consider a number of factors, including personal and family expenses, legal bills and "asset encumbrance."

Mosby has sold one of the houses she bought in Florida, the eight bedroom, six bathroom vacation property near Orlando.

She still owns the condominium near Sarasota that she purchased for $476,000 in 2020.

Griggsby directed Wise and Federal Public Defender James Wyda to confer about the next steps in the case.

A February 3 hearing was scheduled to discuss the future trial schedule.

Caption:
Above: **Marilyn Mosby** and her attorney, A. Scott Bolden, leave the U.S. District Court in Baltimore after a pre-trial hearing in September. (Fern Shen)

Copyright © 2023 Baltimore Brew LLC, All rights reserved.

Record Number: 66b7a7ca9bb4b81d2278d0dd23b3e097c42add7

Sun, The (Baltimore, MD)

January 28, 2023

Edition: First Generic
Section: Main
Page: 1

**Judge allows defense to quit**

**Lead attorney had violated court rules, others on team had conflicts of interest**

**MARILYN MOSBY TRIAL**

Author: *Lee O. Sanderlin*

Article Text:

U.S. District Judge Lydia Kay Griggsby allowed all six of **Marilyn Mosby**'s criminal defense lawyers to withdraw from her perjury and mortgage fraud case, issuing her ruling Friday morning.

Griggsby's decision comes after all of Mosby's defense attorneys asked to withdraw from the case earlier this month after Griggsby found lead defense attorney A. Scott Bolden had violated court rules and procedures. Griggsby threatened Bolden with criminal contempt of court, including a possible criminal referral to the U.S. Attorney's Office in Maryland.

The other members of Bolden's firm- Rizwan Qureshi, Kelley Miller and Anthony Todd, all of Reed Smith LLP - also asked to withdraw, claiming Bolden's disciplinary hearing also created a conflict of interest for them, and that they would not be able to give Mosby their full attention in the runup to her March trial. Mosby had two pro bono lawyers, Lucius Outlaw and Gary Proctor, who also both asked to be removed because they would not be available for the trial dates and were only acting in a supporting capacity to begin with.

Griggsby did not find a formal conflict of interest existed for the Reed Smith team, but determined one could exist and that a distracted defense team would present challenges. Griggsby ruled that the lawyers had demonstrated good cause to be removed from the case.

Mosby, who rarely speaks about her case or her lawyers, said in court she no longer believes the Reed Smith team could provide her constitutionally sufficient representation.

"I feel like their interests are clearly now adverse to my interests, and I need conflict-free counsel," Mosby said.

Qureshi, who spoke on behalf of the Reed Smith attorneys, said the decision to withdraw from the case has nothing to do with Mosby's innocence. Bolden did not speak during the hearing. The three other Reed Smith lawyers maintain they are conflicted out because they have to serve as witnesses to Bolden's contempt issue.

"We maintain Ms. Mosby's innocence and the motion is regrettable," Qureshi said.

Mosby, the former two-term Baltimore state's attorney, is charged with two counts each of perjury and mortgage fraud. Federal prosecutors claim she lied about experiencing adverse financial conditions in 2020 as a result of the coronavirus pandemic in order to make two early withdrawals from her city-managed retirement account. The money she withdrew, about $80,000, was used to make down payments on two Florida vacation properties: An eight-bedroom rental near Disney World and a condo on the Gulf Coast.

Prosecutors claim Mosby failed to disclose a federal tax lien against her and her husband on either mortgage application, lied about her intended use for the Disney-area home, and lied about having lived in Florida when purchasing the condo. The reason for doing so would be to get more favorable loan terms, prosecutors have said in court fillings.

Griggsby appointed the Federal Public Defender's Office to represent Mosby, which is what Baltimore's former top prosecutor had requested. To appoint a public defender, Griggsby had to find Mosby is indigent. Before leaving office at the end of 2022, Mosby was receiving roughly a quarter-million-dollar annual salary as state's attorney. Griggsby previously approved government funds for Mosby to hire expert witnesses, finding she could not afford them otherwise.

Federal prosecutors asked Griggsby to only remove Bolden from the case, meaning one of the other Reed Smith lawyers would head the defense. Mosby said Friday that her relationship with Reed Smith was always predicated on Bolden serving as her lead defense lawyer.

Mosby's trial appears to be headed for its third postponement, something she said she is aware of.

"I want to rebuild my life, but I do understand and recognize any new counsel would have to get up to speed on this case," Mosby said.

Griggsby asked Federal Public Defender James Wyda and Assistant U.S. Attorney Leo Wise to confer about the next steps in the case. The next hearing is set for Feb. 3 where a decision on whether to keep the current trial schedule is anticipated.

"A delay is certainly not something this court would welcome," Griggsby said.

As for Bolden, he has until Jan. 31 to explain to Griggsby why she shouldn't punish him for using profanity to criticize the court, why he divulged confidential juror information in a legal motion, and why he filed that same motion without a Maryland lawyer's signature. Based in Washington, D.C., Bolden is not licensed to practice in Maryland and needs to co-file all papers with someone who is, per the court's rules of attorney conduct.

The contempt proceedings against Bolden are separate from Mosby's criminal case.

Caption:
Former Baltimore State's Attorney **Marilyn Mosby** faces federal perjury and fraud charges. Julio Cortez/AP FILE

Copyright (c) 2023 The Baltimore Sun Company

Record Number: BS0128270638

Sun, The (Baltimore, MD)

January 29, 2023

Edition: First Generic
Section: Main
Page: 1

**Defense overhaul may alter case's tone**

**New attorney, gag
order likely to end
contentious battles**

**MARILYN MOSBY FEDERAL TRIAL**

Author: *Lee O. Sanderlin*

Article Text:

Just before noon Friday, U.S. District Judge Lydia Kay Griggsby allowed **Marilyn Mosby**'s lead defense attorney, A. Scott Bolden, to quit her perjury and mortgage fraud case, likely putting an end to the always contentious and often personal battle between Bolden and federal prosecutors.

Griggsby granted the requests of Bolden and the five other defense attorneys to withdraw their appearances, and appointed the federal public defender for Maryland as the new lawyer for the former Baltimore state's attorney.

The change in attorneys, from what Assistant U.S. Attorney and lead prosecutor Leo Wise called an "astonishingly large" defense team to likely just one lawyer means Mosby's case, slated for trial in late March, probably will be delayed a third time. Griggsby asked Wise and Federal Public Defender James Wyda to submit a status report by Friday to determine if the trial schedule needs to be altered, something Wise said in court is likely.

It likely also means that the tenor of the proceedings, whenever they resume, will now more resemble those of other criminal cases heard in the federal courthouse in downtown Baltimore.

That's because since her indictment last January, Bolden and Mosby opted to wage war on against Wise and U.S. Attorney Erek Barron on multiple fronts. They repeatedly alleged racism and vindictiveness on the prosecutors' parts in public statements and at news conferences.

The federal public defender's office, which Wyda has headed for 25 years, is unlikely to retread that ground.

For one thing, it will be subject to a recently imposed gag order.

For another, Mosby no longer is battling outside the courtroom to win votes and keep office. When she was indicted on Jan. 13, 2022, she was in the last year of a second, four-year term. But she lost the Democratic primary in July and left office at the start of this month.

Mosby made an annual salary of about $250,000 when stepped down. Her husband, Democratic City Council President Nick Mosby, draws $135,093 a year.

But Griggsby, who has reviewed confidential financial disclosures **Marilyn Mosby** submitted to the court, approved in July the use of government funds to pay for expert defense witnesses, determining she would otherwise be unable to afford them. Now, the judge has found Mosby cannot afford to retain an attorney.

Bolden's departure is expected to mark the end of an often-chaotic defense strategy. He originally demanded a speedy trial, only to later request a delay; asserted it wasn't possible to commit perjury on a document signed under penalty of perjury; warned Black government employees that they might be the next targets of a prosecutor gone rogue, and disclosed confidential juror information in a public court filing.

Early in the case, Bolden claimed Barron was out to get Mosby, filing a declaration from a woman who said she heard Barron make disparaging remarks about Mosby when Barron served as a Democratic delegate in Annapolis. The author of the declaration worked as a top adviser at City Hall for Nick Mosby at the time it was filed.

Prosecutors rarely held back in their responses to Bolden and Mosby's claims, calling the legal arguments "Orwellian," comparing Mosby's behavior to that of former Republican President Donald Trump and accusing her of inventing "a tale of victimhood" to sway public opinion.

"It's all a plan to delegitimize anyone who has the temerity to question her behavior," Wise said in court April 14 about Mosby and Bolden's defense strategy. "It's just like what Trump did."

Wise's comments came during a hearing where Bolden argued the charges against his client ought to be dismissed because of what he called an unfair prosecution.

One of the most telling exchanges in the saga came in that hearing, when Griggsby asked Bolden for evidence that Wise was a racist prosecutor.

"Are you aware of any evidence that shows Mr. Wise has prosecuted someone because of their race? Black official or not?" Griggsby asked Bolden that day.

"I am not," he replied.

Despite her lawyer's admission, Mosby then stood on the courthouse steps and said otherwise.

"Leo Wise has a history of racial animus-based prosecution that predates me and has been seen in the city of Baltimore since his existence here," she said.

There were other missteps that seemed avoidable. One of the expert witnesses Bolden's team hired had earlier described Mosby's alleged mortgage fraud to The Baltimore Sun as "quite dumb," a published statement that appeared to slip through any vetting process.

Bolden's provocations culminated in September after Griggsby ordered the trial delayed a second time because the defense refused to comply with her directions to turn over its expert witness testimony. On what was supposed to be the eve of jury selection, a frustrated Bolden stood again outside the courthouse. He told reporters the delay was "bull----."

He apologized in court the next day, but the damage was done. Prosecutors sought a gag order following that news conference. Griggsby issued it earlier this month, the same day she issued findings that Bolden violated numerous Maryland rules governing attorney conduct.

Specifically, Griggsby's gag order prohibited defense lawyers from claiming there were racist or political motives behind the prosecution.

Describing his use of profanity as "hurtful" to herself, court staff and the institution, Griggsby's ruling set the table for Bolden to face charges of his own if she ultimately rules to hold him in criminal contempt of court.

"It certainly was not my finest hour," a chastened Bolden said in court that day.

Caption:
A judge has allowed **Marilyn Mosby**'s lead defense attorney, A. Scott Bolden, to leave her perjury and mortgage fraud case. Kevin Richardson/Baltimore Sun

Copyright (c) 2023 The Baltimore Sun Company

Record Number: BS0128288667

Sun, The (Baltimore, MD)

February 1, 2023

Edition: First Generic
Section: Main
Page: 3

**Angelos Agonistes, Marilyn Mosby and the stuff of Shakespeare**

**Commentary**

Author: *Dan Rodricks*

Article Text:

The Shakespeare canon would not exist had the deeds of its many characters - mad kings, rivalrous offspring, treacherous lords, treasonous courtiers - never been exposed or imagined. We would be deprived of understanding much of human nature had Shakespeare's storytelling been restricted, by some supernatural force, to the fanciful and Arcadian, that is, no hatred, no tragedy, no "fall of man."

But, as the bard said, "All the world's a stage," and the thing that animated any of Shakespeare's tragic plays - jealousy, prejudice, love, revenge, egomania, lust for power - remains alive right here in 21st century Baltimore. For evidence look no further than to spectacles playing out in our courts: Angelos Agonistes and the **Marilyn Mosby** matter.

Let's first address the latter.

Mosby, who lost her bid for a third term as Baltimore State's Attorney, faces federal charges of perjury and mortgage fraud. She's accused of falsely claiming financial hardship during the COVID-19 pandemic to obtain funds from her retirement account that she used to buy homes in Florida. At the time, Mosby was making nearly $250,000 a year as Baltimore's top prosecutor. She's also accused of making false statements on mortgage applications.

When the indictments were first reported a year ago, it sounded to me like an ordinary paper trail case - not exactly a who-dun-it. All defendants are entitled to the presumption of innocence, but the nature of the charges made me wonder how Mosby was going to defend herself. The case against her was the kind that frequently comes through the federal court in Baltimore - white-collar in nature, frequently ending with a plea agreement and a relatively snappy resolution.

Instead, Mosby declared she was "built for" the fight - like Henry V at the breach: "Stiffen the sinews, summon up the blood," and all that.

Her first act was to claim she was the victim of racism, that prejudiced prosecutors were using minor violations of federal law to hound her out of office. Mosby hired an outspoken attorney, A. Scott Bolden, to make that case, and the two of them went on MSNBC to claim that Mosby was the victim of a racist vendetta.

Bolden continued to push that losing theme right into a potential contempt charge. And now, in Act 2, he and five other attorneys have pulled out of the case, leaving Mosby to be represented by the federal public defender here, James Wyda.

The decision by U.S. District Judge Lydia Kay Griggsby to grant Mosby the benefit of a taxpayer-funded defense suggests that, despite her handsome salary as state's attorney and her real estate investments, she already has burned a lot of money; she doesn't have enough to afford an adequate defense. (Her husband, Nick Mosby, is the Baltimore City Council president, but his $135,000-a-year salary does not count in the calculation, under the federal guidelines for determining if you get a public defender.)

So Mosby is in a position of poor prospects. Her state's attorney career is over. Her new attorney, Wyda, will play straight with her; I doubt we'll see him grandstanding on the courthouse steps. If there's a trial, Mosby risks being found guilty and maybe spending time away from her family.

Methinks the lady hath protested too much, but let's see what happens in the next act.

As for Angelos Agonistes, I must ask: Is litigation the only solution to a problem these brothers learned from their now-incapacitated, high-powered attorney father?

I have asked before and will ask again: Don't you fellas like baseball?

Here are the sons of Peter Angelos, majority owner of the Baltimore Orioles, in an ugly public fight over the team and the father's law practice. They appear to be blowing - or have already blown - the opportunity to spend the rest of their lives in the blissful ownership of a baseball team. They've involved their mother in the struggle. And they've done this at a time when the team appears to be on the cusp of a new era of success.

Trust me, friends, I understand families. I have one myself. You can pick friends, but not brothers and sisters. And when money is involved - and no amount is too small for a petty fight, according to judges who've presided over disputes over estates - anything can happen. Brother turns against brother, daughters betray an addled father (see King Lear). Life can blow up on the front page of your hometown newspaper.

So I return to a lifelong bafflement: I have never understood the man or woman who, through hard work or privilege, attains a certain status - wealth, career accomplishments, celebrity, the high opinion of peers - and then loses one or all of those things because they let anger, greed or vanity consume them. And the good first impression presented to the public dissolves into unfortunate notoriety.

Cassio in Othello: "Reputation, reputation, reputation! Oh, I have lost my reputation! I have lost the immortal part of myself, and what remains is bestial."

Just as it takes courage to admit wrongdoing and ask for forgiveness, it takes a strong heart to say, "I beg your pardon, dear brother." Such would be, as Shakespeare put it, "an overture of peace." That's a phrase from "All's Well That Ends Well," and would that it could for the feuding Angeloses.

Copyright (c) 2023 The Baltimore Sun Company

Record Number: BS0128330004

Daily Record, The (Baltimore, MD)

February 1, 2023

Section: News

Topics:

**Index Terms:**
General news

**Mosby's ex-defense attorney hires Arnold Weiner to handle contempt case**

Author: *Madeleine O'Neill*

Article Text:

A. Scott Bolden, the prominent D.C. defense lawyer who until last week represented former Baltimore State's Attorney **Marilyn Mosby** in federal court, has turned to a well-known Baltimore attorney for help as he faces potential criminal contempt charges.

Bolden hired Arnold M. Weiner, a trial lawyer with decades of experience and a history of representing high-profile clients, to handle upcoming criminal contempt proceedings stemming from Bolden's actions during the Mosby case.

Weiner and several other lawyers from his firm, Rifkin Weiner Livingston LLC, entered appearances in Bolden's criminal contempt case last week, court records show.

The lawyers also asked for more time to respond to findings that U.S. District Judge Lydia Kay Griggsby made against Bolden two weeks ago. Griggsby has granted the extension.

Weiner declined to comment for this story except to say that his team will file Bolden's response by the new deadline of Feb. 10.

Bolden withdrew as Mosby's lead defense attorney along with the rest of the defense team last week after Griggsby notified him that he could face criminal penalties for violations of local court rules during Mosby's high-profile perjury and mortgage fraud case.

Griggsby pointed to a September news conference where Bolden stood on the steps of the federal courthouse and warned that state and federal employees and African American politicians were at risk of being targeted for prosecution if they withdrew money from their retirement accounts under emergency pandemic rules, as Mosby did.

Bolden also said it was "bulls" that prosecutors blamed the defense for another postponement of Mosby's trial. Griggsby said the statements violated local court rules that govern what lawyers can say about pending cases.

Bolden also quoted confidential juror questionnaires in a Sept. 29 court filing that did not include the signature of any Maryland defense lawyers, which Griggsby cited as another local rule violation.

Criminal contempt proceedings are relatively rare. Unlike civil contempt, which is used to force compliance with a court order, criminal contempt is aimed at punishing violations of court mandates.

Civil contempt can be avoided by doing what the court wants, such as turning over discovery materials or agreeing to testify after first refusing. Criminal contempt follows a different process.

A judge can summarily punish direct criminal contempt, which occurs in the presence of the court, under the federal rules of criminal procedure. When the contempt takes place out of the court's presence, the judge is required to give notice so the defendant take steps like hiring a lawyer and preparing a defense.

The judge must also ask a prosecutor to handle the contempt case or appoint another attorney. People facing criminal contempt are entitled to a trial before they can face penalties like jail time or fines.

Griggsby's notice to Bolden gave him an opportunity to explain why she shouldn't hold him in criminal contempt or refer his case to the U.S. Attorney's Office for potential prosecution.

Weiner is no stranger to complex and high-profile cases.

He served as the lead defense attorney for former Maryland Gov. Marvin Mandel, whose 1977 conviction for mail fraud and racketeering was ultimately overturned a decade later, and former U.S. Rep. Edward Garmatz, who faced federal bribery charges that were dropped in 1978 because a key prosecution witness falsified evidence.

Weiner also represented former Baltimore Mayor Sheila Dixon in 2009 when she was found guilty of one count of embezzlement in a gift card-theft scandal.

He is also currently representing another lawyer in trouble: Stephen L. Snyder, the prominent medical-malpractice attorney who is facing a federal attempted extortion charge. Snyder's case is on hold while a sealed dispute goes before the 4th U.S. Circuit Court of Appeals.

Mosby is now represented by Federal Public Defender James Wyda. Her trial, which was set to begin March 27, will likely be postponed for a third time because of the change in her defense team.

Mosby faces two counts each of perjury and mortgage fraud. Federal prosecutors allege that she lied about suffering a pandemic-related financial loss in order to withdraw money from her city retirement account under emergency COVID-19 rules.

Mosby put the $90,000 she withdrew from her account toward down payments on two vacation homes in Florida, the government claims. The indictment also accuses her of failing to disclose a $45,000 IRS lien and making other false statements when she applied for the mortgages.

Mosby has maintained her innocence. Her previous defense lawyers appeared poised to argue that she suffered a financial setback when her plans to launch a travel company in 2020 were scrapped because of the pandemic.

Copyright © 2023 BridgeTower Media. All Rights Reserved.

Copyright, 2023, The Daily Record (Baltimore, MD)

Record Number: 347564

Sun, The (Baltimore, MD)

February 4, 2023

Edition: First Generic
Section: Main
Page: 1


**inside**

Article Text:

Mosby's trial likely to be delayed once again

**Marilyn Mosby**'s federal perjury and mortgage fraud trial likely will be delayed a third time, according to a court filing. Federal Public Defender James Wyda determined he would not be able to be ready for trial until June 6 at the earliest. Mosby's trial, already delayed, was scheduled to begin March 27. Page 3

Int venda ni demolorum ium vollit dolore arum intiurem que susant int iur, tem quim intiurem que susant int iur, tem quim intiurem que susant i quiatur? Page 00

Copyright (c) 2023 The Baltimore Sun Company

Record Number: BS0128379057

Sun, The (Baltimore, MD)

February 4, 2023

Edition: First Generic
Section: Main
Page: 3


**Mosby trial will likely be delayed**

Author: *Lee O. Sanderlin*

Article Text:

**Marilyn Mosby**'s federal perjury and mortgage fraud trial likely will be delayed a third time, according to a court filing Friday.

Federal Public Defender James Wyda met with prosecutors and determined he would not be able to be ready for trial until June 6 at the earliest, according to the filing. Mosby's trial was scheduled to begin March 27.

Given the filing, U.S. District Judge Lydia Kay Griggsby is expected to set a scheduling conference and pick a new trial date.

Griggsby appointed Wyda to represent Mosby on Jan. 27 after allowing her entire six-attorney defense team to quit the case. The public defender's office is appointed when a criminal defendant is found to be indigent, meaning they cannot afford to hire legal counsel on their own.

Mosby's former lead defense attorney, A. Scott Bolden, left the case because Griggsby found he had violated the Maryland rules governing attorney conduct and procedures, and threatened to hold Bolden in criminal contempt of court. That still-pending issue is separate from Mosby's criminal case.

Baltimore state's attorney for eight years, Mosby left office at the end of 2022 making an annual salary of about $250,000. However, Griggsby determined over the summer Mosby qualified for government assistance to help afford expert witness testimony, ordering her to pay it back over time.

Prosecutors charged Mosby with two counts each of perjury and mortgage fraud. Federal prosecutors claim she lied about experiencing adverse financial conditions in 2020 as a result of the coronavirus pandemic in order to make two early withdrawals from her city-managed retirement account. She used the money she withdrew, about $80,000, to make down payments on two Florida vacation properties: An eight-bedroom rental near Disney World and a condo on the Gulf Coast.

Prosecutors claim Mosby failed to disclose a federal tax lien against her and her husband on both mortgage applications, lied about her intended use for the Disney-area home, and lied about having lived in Florida when purchasing the condo.

Mosby has always maintained her innocence and claimed she is the target of a racist and politically vindictive prosecution. Griggsby issued a gag order in January that prohibited any of Mosby's lawyers from making those claims, with Griggsby writing that she had found no evidence to support them during an April 2022 hearing on the subject.

While a new trial date has not been set, a postponement is imminent. In April 2022, the defense asked for a continuance on the grounds that too much evidence had been turned over close to the start of trial, and they could not be prepared, despite demanding a speedy trial.

In September, prosecutors asked for their own postponement, citing the defense's failure to fully turn over expert witness testimony under a timeline Griggsby established. That continuance prompted Bolden to use profanity on the courthouse steps when speaking at a news conference, and is part of why Griggsby is seeking to hold him in criminal contempt.

Copyright (c) 2023 The Baltimore Sun Company

Record Number: BS0128379052

Sun, The (Baltimore, MD)

February 7, 2023

Edition: First Generic
Section: Main
Page: 3

**Lead Attorney Grievance Commission lawyer resigns**

Author: *Lee O. Sanderlin*

Article Text:

The Maryland Attorney Grievance Commission will have to search for a new lead attorney after Bar Counsel Lydia Lawless submitted her resignation last Tuesday.

Lawless, who has held the role since being appointed in 2017, will leave office March 17, the commission announced Monday.

"I am confident that I brought a fresh perspective to the role of bar counsel and that I have accomplished the goals that I set for myself and the office," Lawless is quoted as saying in a news release from the commission. "I know that my successor will find ways to continue to improve upon the important work of the office and am grateful for having had the privilege of serving the Commission and the people of Maryland."

Asked what she would do after leaving the grievance commission, Lawless said in a text message she is "exploring opportunities." In a statement, Lawless said she believes bar counsel is a position that should have a "limited term" for whoever is appointed.

As bar counsel, Lawless investigated claims of attorney misconduct and acted as prosecutor during disciplinary proceedings. Each year, Lawless' office receives about 2,000 complaints against attorneys, according to the Attorney Grievance Commission website.

The Attorney Grievance Commission is composed of nine lawyers who appoint the bar counsel. The Supreme Court of Maryland then has to approve the nominee.

Attorney Grievance Commission Chair Linda Lamone, who is also the Maryland elections administrator, issued a statement thanking Lawless for her service.

"During her tenure, Lydia has made substantial improvements to the Office of Bar Counsel, all for the betterment of the people of Maryland," Lamone said.

While much of the bar counsel's work is private, Lawless' public actions often made news.

In the now-settled public battle between Louis and John Angelos over their family's assets, including the Baltimore Orioles, Lawless recommended last week that the white-collar lawyer William J. Murphy be appointed conservator of the Angelos family law firm. Baltimore County Circuit Judge Keith Truffer accepted Lawless' recommendation.

Tasked with upholding the rules of professional conduct, Lawless has the power to recommend a lawyer's license be stripped, and in some cases, restored.

Over the summer, she asked the Supreme Court of Maryland to suspend Kenneth Ravenell's law license after he was convicted of money laundering in federal court.

Lawless at one point investigated former Baltimore State's Attorney **Marilyn Mosby**, having probed her finances. Charged federally with two counts of perjury and mortgage fraud, Mosby revealed what Lawless was seeking in an effort to have her charges dismissed. After requesting Mosby's taxes for 2014 through 2019, Lawless filed a request for documents substantiating Mosby's charitable donations for those years, as well as business records for Monumental Squared, a business owned by Baltimore City Council President Nick Mosby.

Documents included in the filing show **Marilyn Mosby** refused the request, arguing it was overly broad and amounted to an audit of Mosby's taxes, which Lawless was not authorized to perform.

A 2007 graduate of American University's Washington College of Law, Lawless joined the commission as an assistant bar counsel in 2011.

Copyright (c) 2023 The Baltimore Sun Company

Record Number: BS0128428942

Daily Record, The (Baltimore, MD)

February 10, 2023

Section: News

Topics:

**Index Terms:**
General news

**Mosby trial likely to be pushed to September or later after defense's withdrawal**

Author: *Madeleine O'Neill*

Article Text:

The federal trial for former Baltimore State's Attorney **Marilyn Mosby** will likely be postponed until the fall because of scheduling issues after her entire defense team quit last month.

A new trial date has not been chosen, but during a status conference Friday it was clear that the complex jury selection process and busy schedules of the lawyers and judge will not make a trial possible until September or October at the earliest.

U.S. District Judge Lydia Kay Griggsby gave the defense and prosecution two weeks to confer and propose a schedule moving forward.

Mosby's new defense lawyer, Federal Public Defender James Wyda, said he also has not received the court file from Mosby's previous defense team, which has made it difficult to assess his next moves.

"Ms. Mosby is anxious to put this matter behind her as quickly as possible, so we're trying to move promptly for her sake and also for the court," Wyda said. "But in all candor, while we're working in good faith with prior counsel, we don't yet have the file. I'm still operating a little bit in the dark."

All six of Mosby's former defense lawyers withdrew last month after Griggsby threatened Mosby's lead attorney, A. Scott Bolden, with criminal contempt because of his behavior during the case.

Bolden is now facing separate criminal contempt proceedings in federal court.

The indictment against Mosby accuses her of lying about suffering a pandemic-related financial loss in order to make hardship withdrawals from her city retirement account. She put the $90,000 she withdrew from the account toward down payments on two

Florida vacation properties, federal prosecutors say, and made several false statements when she applied for mortgages on the homes.

Mosby faces two counts each of perjury and mortgage fraud. She lost the job of Baltimore's top prosecutor in January after placing third in the Democratic primary last year.

Friday's status conference brought a change in tone to a case that has been marked by animosity between the defense and prosecution. Mosby's former defense team argued that the indictment was politically motivated by prosecutors who had animus against Mosby because of her high-profile and controversial tenure as state's attorney.

Bolden led the charge, and said at a news conference outside the federal courthouse in September that state and federal employees and African American politicians were at risk of being targeted for prosecution if, like Mosby, they withdrew money from their retirement accounts under emergency pandemic rules.

Bolden also said it was "bulls---" that prosecutors blamed the defense team for another postponement of Mosby's trial in September, though the delay was caused by incomplete expert witness disclosures from the defense.

As a result, the tenor of the case was often fraught culminating last month when Griggsby said Bolden could face criminal penalties for his repeated violations of local rules, including his statements in September. Bolden and the rest of the defense team quickly withdrew, citing a conflict of interest that would make it impossible for them to continue representing Mosby as Bolden defends against a criminal contempt finding.

Bolden argued in a new filing Friday evening that he cannot be prosecuted for criminal contempt based on violations of local court rules. Judges can only hold lawyers in contempt for local rule violations if there has been a specific directive ordering the lawyer to follow a rule that he then breaks, Bolden's lawyers wrote.

The response also claims that Bolden cannot be held in contempt for including information from confidential juror questionnaires in a public filing, citing a 2009 case in which another Maryland federal judge allowed for hundreds of disqualifying juror questionnaire answers to be filed publicly.

Griggsby is weighing whether to hold Bolden in criminal contempt or refer his case to the U.S. Attorney's Office for possible criminal prosecution. Bolden's lawyers asked the judge to consider sparing Bolden "the shame of referral and/or possible conviction for criminal contempt" as an act of "judicial grace."

In a personal statement included in the filing, Bolden said the Mosby case "evoked themes that struck some of my core beliefs and may very well have colored my perceptions and caused me to react emotionally and inappropriately."

He continued: "I have already received widespread criticism for the contentiousness that accompanied my defense of Ms. Mosby and for the antagonisms that were engendered by

that defense. That criticism will not only have a profound effect upon my career going forward, but it will also cause other lawyers to exercise restraint in their own conduct under similar circumstances."

Friday's status conference in Mosby's case was cordial, in contrast to earlier proceedings that involved Bolden. When Wyda proposed a meeting with the prosecution to hash out a schedule, Assistant U.S. Attorney Leo Wise said he would be happy to have a discussion.

"I like to meet and talk to Mr. Wyda, so that's never an issue," Wise said.

Mosby's former defense team repeatedly sparred with prosecutors over proposed expert witnesses, and several motions are currently pending. Wyda said he needs to review the case file before he can decide what motions he will pursue as the case moves forward.

Copyright © 2023 BridgeTower Media. All Rights Reserved.

Copyright, 2023, The Daily Record (Baltimore, MD)

Record Number: 347655

Baltimore Brew (MD)

February 10, 2023

Section: The Drip


**Marilyn Mosby trial not likely to begin until the fall**

Author: *Fern Shen*

Article Text:

Conferring with prosecutors and the new lawyer representing **Marilyn Mosby** today, U.S. District Judge Lydia Kay Griggsby first floated a July date for her federal trial.

But after the attorneys reviewed their calendars with Griggsby, it was apparent that was not to be.

"We're looking at some time in the fall, then, if July is not going to work," Griggsby said at the morning status conference.

"We're looking at September and possibly into October," she added.

Griggsby said she needed to check with the officials who manage jury selection before proposing a specific date.

Prosecutors and Mosby's attorney, federal public defender James Wyda, said they would confer and be ready to discuss the schedule with the court.

Griggsby asked if they could they return in a week, but Wyda said that wouldn't be possible.

"Ms. Mosby is anxious to put this matter behind her as quickly as possible. We're trying to move promptly for her sake as well as the court," Wyda said.

"In all candor, while we're working in good faith with prior counsel, we don't have the file," Wyda continued. "I'm still operating a little bit in the dark."

Wyda explained that he had not been given the case file by Mosby's prior defense attorneys.

Six Lawyers Quit

Baltimore's former two-term state's attorney had been scheduled to go on trial on March 27 for perjury and making a false claim on a loan application.

But last month, Griggsby allowed Mosby's entire defense team to withdraw from the case for various reasons.

Her lead attorney, A. Scott Bolden, faces contempt of charges for, among other things, a profanity-laced tirade on the courthouse steps in September.

The others – Rizwan Qureshi, Kelley Miller and Anthony Todd – said they might be called as witnesses in Bolden's case and had, therefore, a conflict of interest.

Pro-bono lawyers Gary Proctor and Lucius Outlaw were also excused after saying they would suffer a financial hardship if compelled to take over Mosby's case.

Fourth Trial Date

Mosby was indicted on January 13, 2022 on charges she lied on applications for mortgages to buy Florida condominiums and lied to gain access to tax-deferred retirement money. There are four counts in the indictment.

**Marilyn Mosby** indicted for perjury and filing false loan applications (1/13/22)

The case had been initially set for last May. Then it was postponed to September, followed by a March 2023 date.

With that date now scratched from the calendar, Mosby's exact trial date remains up in the air.

Griggsby said she would schedule another status conference in two weeks in hopes of finally settling the matter.

Mahogany Elite Returns

Meanwhile, now that Mosby is out of office (she lost in the July Democratic primary to Ivan Bates), she appears to be retooling her resume.

Her LinkedIn was just updated today with a new entry:

"Managing partner, Mahogany Elite Consulting, LLC, Jan. 2023 to the present."

A company description characterizes the business as a "Legal, Political, and Entertainment Consulting Company."

Mahogany Elite Consulting (and two other for-profit entities Mosby created in 2019, Mahogany Elite Travel and Mahogany Elite Enterprises) figured prominently in the ethics charges and investigation that was followed by her January 2022 indictment by the Maryland U.S. Attorney's Office.

When The Brew first disclosed the existence of the companies in 2020, Mosby said Mahogany Elite Travel was "a long-term venture" that was not operational, did not have clients and was not open for business.

Later, her lawyers said she suffered pandemic-related adverse financial consequences related to the business, arguing they accounted for the hardship distribution she took from her deferred compensation account in 2020.

The Peripatetic Prosecutor: **Marilyn Mosby** took 23 trips in 2018 and 2019, accepting $30,000 in reimbursements (6/16/20)

**Marilyn Mosby** answers few questions about her travel company (7/21/20)

**Marilyn Mosby**'s private businesses will be a key element at her upcoming trial (9/8/22)

Caption:
Above: After a hearing in her federal perjury trial last year, **Marilyn Mosby** exits the courthouse. (Fern Shen)

**Marilyn Mosby**'s LinkedIn is updated with current job description: Managing Partner, Mahogany Elite Consulting, LLC. (LinkedIn)

Copyright © 2023 Baltimore Brew LLC, All rights reserved.

Record Number: 50a5b72eca9f24aa38b122b864a5543eb3911871

**Sun, The (Baltimore, MD)**

February 11, 2023

Edition: First Generic
Section: Main
Page: 3

**Mosby trial likely delayed until the fall**

Author: *Lee O. Sanderlin*

Article Text:

The wait for former Baltimore State's Attorney **Marilyn Mosby**'s federal perjury and mortgage fraud trial will continue until at least the fall.

Mosby, who spent eight years as the city's top prosecutor and left office at the end of 2022, had her trial delayed a third time after her six-lawyer defense team asked to quit the case last month. Her trial was most recently slated to begin March 27.

Now represented by Federal Public Defender James Wyda, scheduling conflicts between Wyda and federal prosecutors have left Mosby without a trial date. Neither side is available at the same time until at least September, they said in court Friday.

U.S. District Judge Lydia Kay Griggsby directed Wyda and Assistant U.S. Attorney Leo Wise to propose a new trial date by Feb. 24. Complicating matters for Wyda is that Mosby's former lead defense attorney, A. Scott Bolden, has not turned over the defense case file. Without it, Wyda cannot begin preparation for the case or file and argue motions on Mosby's behalf.

"We'd like to lay eyes on the file," Wyda said in a virtual hearing Friday morning.

Bolden faces trouble of his own, having been ordered to explain why Griggsby should not hold him in criminal contempt of court after he violated numerous portions of the rules governing attorney conduct in Maryland. Bolden said his own legal issues created a conflict of interest in Mosby's case, making it impossible for him or the three other members of his firm to represent her.

Griggsby appointed Wyda to represent Mosby on Jan. 27. The public defender's office is appointed when a criminal defendant is found to be indigent, meaning they cannot afford to hire legal counsel on their own. Mosby was making an annual salary of about $250,000 when she left office at the end of 2022. However, Griggsby determined over the summer Mosby qualified for government assistance to defray the cost of expert witness testimony, ordering her to pay it back over time.

Prosecutors charged Mosby with two counts each of perjury and mortgage fraud. Federal prosecutors claim she lied about experiencing adverse financial conditions in 2020 as a result of the coronavirus pandemic in order to make two early withdrawals from her city-managed retirement account. She used the money she withdrew, about $80,000, to make down payments on two Florida vacation properties: An eight-bedroom rental near Walt Disney World Resort and a condo on the Gulf Coast. Mosby has since sold the eight-bedroom home but retains ownership of the condo.

Prosecutors claim Mosby failed to disclose a federal tax lien against her and her husband on both mortgage applications, lied about her intended use for the Disney-area home and lied about having lived in Florida when purchasing the condo.

Mosby has always maintained her innocence and said she is the target of a racist and politically vindictive prosecution. Griggsby issued a gag order in January that prohibited Mosby's lawyers from making those claims, with Griggsby writing that she had found no evidence to support them during an April 2022 hearing on the subject.

The case's first postponement came in April 2022 when the defense said they could not be prepared for trial because too much evidence had been turned over close to the start of trial. The request for a postponement came despite Mosby's initial demands for a speedy trial.

In September, prosecutors asked for their own postponement, citing the defense's failure to fully turn over expert witness testimony under a timeline Griggsby established. That continuance prompted Bolden to use profanity on the courthouse steps when speaking at a news conference, and is part of why Griggsby is seeking to hold him in criminal contempt.

Baltimore Sun reporter Angela Roberts contributed to this article.

Caption:
**Marilyn Mosby**, pictured last year, is facing two counts each of perjury and mortgage fraud. Jerry Jackson/Baltimore Sun

Copyright (c) 2023 The Baltimore Sun Company

Record Number: BS0128497398

**Baltimore Brew (MD)**

February 13, 2023

Section: Accountability

**Judge rules City Council President Nick Mosby violated ethics laws through his legal defense fund**

Author: *Fern Shen*

Article Text:

A judge today concluded that City Council President Nick Mosby violated Baltimore's ethics law by indirectly soliciting donations for a legal defense fund in his name and by failing to disclose the fund on his annual ethics filing.

"He could have formally disclaimed membership interest," Circuit Court Judge Lawrence Fletcher-Hill said. "But he did not do that."

Fletcher-Hill rejected a third ethics charge that Mosby accepted gifts from "controlled donors," or people who seek to do business with city government.

The evidence in support of that alleged violation was "weak," Fletcher-Hill said at the virtual hearing.

His ruling was a major juncture in the nearly year-long case, but it left unclear what penalty, if any, Mosby faces for the two ethics violations.

Fletcher-Hill left the decision of a possible fine to the board, noting that Mosby as well as the board have the option of appealing his decision.

Over $14,000 Raised

The ethics charges centered on a legal defense trust set up two years ago as Mosby and his wife, then-Baltimore State's Attorney **Marilyn Mosby**, faced a federal criminal investigation into their financial affairs.

**Marilyn Mosby** was indicted last year on four counts of perjury and making false statements. (Her trial, most recently scheduled to take place next month, was delayed and is now likely to be placed on the court's calendar in the fall.)

Nick Mosby was not charged in the indictment, but was cited last May by the city Ethics Board as part of its own investigation of the legal defense fund.

Using the names, credentials and pictures of the Mosbys, the fund raised over $14,000, including $5,100 from controlled donors.

The board ordered the City Council president to "disclaim" any beneficiary interest in the fund, release the names of donors and return money given by controlled donors.

Mosby refused and filed for a judicial review pro se, or without the help of an attorney, last June.

After saying he was unable to find a lawyer, Mosby found one and was to go before Fletcher-Hill last month with attorney Robert Fulton Dashiell.

The ethics board said it needed more time to response to Dashiell's arguments, which prompted Fletcher-Hill to grant another delay before today's hearing.

_____

Previous Brew Coverage:

Nick Mosby challenges Ethics Board ruling that he engaged in improper fundraising (6/13/22)

Nick Mosby gets 2-month reprieve to find a lawyer in ethics case (11/21/22)

Nick Mosby files last-minute rebuttal to ethics charges, suggesting next week's court hearing will be delayed (1/3/23)

Caption:
Above: Baltimore City Council President Nick Mosby presides over a committee hearing. (CharmTV)

Copyright © 2023 Baltimore Brew LLC, All rights reserved.

Record Number: ff1cb5883328b3ab48e2d9fb849f90f4e22e36

**Sun, The (Baltimore, MD)**

February 14, 2023

Edition: First Generic
Section: Main
Page: 3

**Mosby's ex-attorney apologizes again for missteps on his part**

**Hoping to avoid 'stain' of criminal contempt**

Author: *Lee O. Sanderlin*

Article Text:

Staring down the possibility of criminal punishment, **Marilyn Mosby**'s former lawyer apologized again to U.S. District Judge Lydia Kay Griggsby in court papers filed Friday, at least the third time he's done so.

Washington D.C.-based attorney A. Scott Bolden submitted a personal statement to the court as part of his attorney's lengthy filing that argued against punishing Bolden further for his various missteps during his representation of the former Baltimore state's attorney.

"I have already received widespread criticism for the contentiousness that accompanied my defense of Ms. Mosby and for the antagonisms that were engendered by that defense," Bolden wrote. "That criticism will not only have a profound effect upon my career going forward, but it will also cause other lawyers to exercise restraint in their own conduct under similar circumstances."

Worried about "the dark stain" on his reputation that comes with being held in criminal contempt of court, Bolden used his personal statement to explain why he acted the way he did during his yearlong tenure as Mosby's defense attorney in her fight against federal perjury and mortgage fraud charges.

Griggsby threatened Jan. 17 to hold Bolden in criminal contempt of court for violating court rules, including divulging confidential juror information in public legal papers and filing a motion without the signature of a Maryland attorney, as Bolden is not licensed to practice in the state. Griggsby also took exception to Bolden's use of profanity to criticize the second postponement of the case, calling it "bulls--" on the courthouse steps.

On Sept. 14, the eve of trial, Griggsby postponed the case because Mosby's lawyers, including Bolden, did not turn over expert witness information in a timely fashion, leading prosecutors to request a delay. In addition to his profane remark, Bolden suggested that the U.S. Attorney's Office in Maryland was targeting African American

government employees for prosecution. He apologized for the first time in court on Sept. 15.

On Jan. 17, Griggsby called those comments "hurtful," both personally for her and for the court as an institution. Bolden apologized a second time then, saying the moment was not his finest hour.

Since then, Bolden and the five other private attorneys on Mosby's case have quit, with Bolden's looming potential punishment as the impetus. In court filings, Bolden said he and three other members of his firm couldn't stay on the case because his contempt battle created a conflict of interest. Two other attorneys had scheduling conflicts and said they never planned to be present for the March 27 trial, which has since been delayed again.

Griggsby appointed Federal Public Defender James "Jim" Wyda to represent Mosby after ruling that she was indigent and could no longer afford private counsel. Wyda, at a status conference Friday, told the court he had yet to receive Mosby's defense file from Bolden, hampering his ability to prepare for her case.

If Bolden is found in criminal contempt, the severity of penalties varies: He could be removed from the case, prohibited from practicing in Maryland, referred to the U.S. Attorney's Office for prosecution or even made to spend time in jail.

The son of a former judge, Bolden wrote in his personal statement that he was raised to respect the law and its institutions. He also admitted that the Mosby case brought him great stress, but wrote that stress alone did not justify for his actions.

"I have only the greatest respect for this Court and the entire judicial system, and I am profoundly distressed by the thought that I would ever willfully or contumaciously engage in conduct that would be an affront to this or any other court," he wrote.

The rest of Bolden's filing, authored by attorney Arnold Weiner, stresses that the case was highly contentious on both sides, with prosecutors and defense attorneys trading barbs throughout the process. Weiner asked Griggsby to accept Bolden's apology as sufficient reprimand, and to not take the contempt proceedings any further.

A hearing date in Bolden's case has not been set.

Caption:
Attorney A. Scott Bolden, left, apologized to a U.S. District Court judge to avoid contemt of court charges . Kevin Richardson/Baltimore Sun

Copyright (c) 2023 The Baltimore Sun Company

Record Number: BS0128550725

**Sun, The (Baltimore, MD)**

February 14, 2023

Edition: First Generic
Section: Main
Page: 1

**City Council president violated city's ethics law, judge rules**

**Ruling brings to close monthslong dispute over solicitations from city contractors for Nick Mosby's legal-defense fund**

Author: *Emily Opilo*

Article Text:

Baltimore City Council President Nick Mosby violated Baltimore's ethics law by indirectly soliciting donations for a legal-defense fund in his name and by failing to disclose the fund's existence on his annual ethics filing, a Baltimore City Circuit Court judge ruled Monday.

Judge Lawrence Fletcher-Hill, who upheld two of three pieces in a Board of Ethics ruling, found the board erred, however, when it found that Mosby accepted gifts from controlled donors - people who seek to do business with certain government officials or entities. The evidence there was "weak," Fletcher-Hill found, and did not prove Mosby or his attorneys ever received money from the fund.

Fletcher-Hill's ruling brings to a close a nine-month dispute over Mosby's involvement with the legal-defense fund that opened for donations in mid-2021 and was established for the legal defense of the council president and his wife, then-State's Attorney **Marilyn Mosby**, as they faced a federal criminal investigation into their financial dealings.

The Board of Ethics issued a ruling in May that Nick Mosby had violated the law by indirectly soliciting for the fund that took donations from at least two city contractors. Mosby challenged the ruling in June, taking the issue to court.

Ruling from the bench Monday, Fletcher-

Hill backed the Board of Ethics on its assertion that Nick Mosby raised money for the fund indirectly. Records in the ethics dispute showed the Democratic council president was aware of the fund's existence by at least August 2021 when the board raised concerns to him about the fundraising effort.

Fletcher-Hill said Nick Mosby made no effort to publicly disavow the fundraising effort.

"It is significant in my mind that there was no action taken by him in that time to disclaim the efforts made by the Mosby Trust on his behalf," he said.

Fletcher-Hill also said there was clear evidence that Mosby should have disclosed the trust on his annual ethics filing made to the city. Such filings require candidates and city employees to disclose business entities with which they do business. Mosby's attorney, Robert Dashiell, had argued the trust should not be considered a business entity.

"He could have formally disclaimed that membership interest," Fletcher-Hill said. "He could have said 'I do not want to be a beneficiary. I do not want to receive any proceeds from this trust.' But he did not do that. In the absence of having done that, I find that he had an ownership in the trust."

Nick Mosby did not speak during Monday's virtual hearing, and neither party had any immediate response to the decision before the proceeding concluded. Fletcher-Hill noted that the council president and the ethics board have the right to appeal the decision.

Neither Mosby nor his attorney responded to a request for comment.

Fletcher-Hill also struck down a request from the Board of Ethics to begin to penalizing Nick Mosby for not complying with the ruling. Baltimore's ethics ordinance allows for fines of up to $1,000 per day to be imposed for failing to comply with a city ethics order. The judge said it was more appropriate for the board to consider what disciplinary actions are appropriate.

Stephan Fogleman, chairman of the Board of Ethics, said the board will "discuss moving forward on compliance."

"This was a great win for ethics in the city because the judge affirmed the board's decision that the ethics law soliciting restrictions are very broad and an official cannot get around those restrictions by allowing third parties to fundraise on their behalf," Fogleman said.

A website for the legal-defense fund went blank in May, days after the Board of Ethics released its ruling and order calling on the council president to accept no payments from the fund and to ask the fund to cease fundraising on his behalf. Nick Mosby also was ordered to request that a list of all donors and donations to the fund be provided to the ethics board. The deadline to comply with the order was in June.

While the fund was launched to assist the political power couple with a federal criminal investigation into their finances, Nick Mosby has not been charged with anything. **Marilyn Mosby** is charged with perjury and making false statements related to early withdrawals from her city retirement account and the purchase of two Florida houses. Her trial has been delayed until at least the fall. **Marilyn Mosby**, who left office last month, is also a Democrat.

According to the Board of Ethics, the Mosby's legal defense fund received $5,000, its largest individual contribution, in August from the "resident agent" for a contractor that is

a city-certified minority- or woman-owned business. The business was a subcontractor on a deal considered by the city's spending board in 2020, the board reported.

It also received a $100 donation from the executive director of a nonprofit organization that was awarded a multi-thousand dollar grant by the city in March.

The ruling did not name the donors or further identify their connections to the city, but the board said both are considered "controlled donors" under the city's ethics law, which bars elected officials from receiving contributions from such donors, solicited or otherwise.

The list of donors Mosby was ordered to provide would be the first public accounting of donations to the legal defense fund.

Prominent supporters and community leaders have encouraged contributions, posting on Facebook and appearing at news conferences, but **Marilyn Mosby** reported no gifts to the fund during her most recent ethics disclosure statement filed in April. Nick Mosby's 2022 ethics disclosure does not list the legal defense fund as a business affiliation or detail any gifts.

According to the Board of Ethics ruling, the fund received $14,352 in donations as of March 15 from 135 individual donors.

Caption:
City Council President Nick Mosby challenged a Board of Ethics ruling in May that he violated the law. Amy Davis/Baltimore Sun

Copyright (c) 2023 The Baltimore Sun Company

Record Number: BS0128550884

**Baltimore Brew (MD)**

February 14, 2023

Section: Front Page

**Mayor Scott announces his next communications director**

Author: *10:45 am*

Article Text:

Cal Harris was on the job for 10 months, while Monica Lewis lasted half a year.

Yesterday Mayor Brandon Scott announced his third director of communications, Cirilo Reyes Manego III.

A political consultant and voter rights advocate, Manego will head an office notable for its staff turnover, as Scott faces a number of pressing issues at the midpoint of his term.

In addition to Harris and Lewis, four other press officers and acting spokespersons have come and gone since Scott assumed office in December 2020.

The latest shuffle occurred when Lewis headed off to the office of City Council President Nick Mosby, becoming his spokeswoman days before a judge upheld an Ethics Board ruling that Mosby violated the city ethics code by lending his name to a legal defense fund set up for himself and his wife, indicted former Baltimore State's Attorney **Marilyn Mosby**.

Jack French, Scott's public face during an early phase of the BGE conduit flap, has joined the Mayor's Office of Neighborhood Safety and Engagement (MONSE).

And last month, on-and-off spokesman James E. Bentley II jumped ship to run the communications shop for Ivan Bates, the new state's attorney.

New Orleans Native

In assuming the hot seat, which paid $160,000 a year when Harris was around, Manego was praised yesterday by Scott for his "proven track record of success."

"He is highly equipped to enhance the visibility of Baltimore's equity initiatives and bring much needed attention to the city's efforts to improve the lives of its residents and communities," the mayor said in a press release.

The mayor's office, replying after deadline, confirmed that Manego's salary will be $160,000 and said his start date is February 21. He previously lived in Washington D.C. and now resides in Federal Hill.

Manego is the founder of The Manego Group, a small Washington-based consultancy, and served as the chief strategic partner and advocacy officer for Black With No Chaser (BWNC), a multimedia and digital communications company.

At BWNC, he said he partnered with Participant Media on Descendant and Lowndes County films to tell "authentic, culturally relevant, intersectional and community-based" stories of African-American history, according to the press release.

A New Orleans native, Manego spent nearly three years as a consultant at The Hub Project, a progressive advocacy group.

Earlier, after receiving a law degree from the Mississippi College School of Law, he interned at the House of Representatives Committee on Homeland Security.

"Pivotal moment"

Manego says he will help the mayor bring to life his vision of "a more equitable, transparent and informative" city government.

"This is a pivotal moment in Baltimore's history, and I am honored to ensure that all communication efforts are cohesive, effective and consistent with his overall vision."

He is scheduled to start work at City Hall next week.

Caption:
Above: Cirilo Manego III takes over as Mayor Brandon Scott's director of communications. (Baltimore Mayor's Office)

Then-mayoral spokeswoman Monica Lewis (right) speaks with Christina Flowers at a homeless persons' rally at City Hall. Last week Lewis joined Nick Mosby's office. (Fern Shen)

Copyright © 2023 Baltimore Brew LLC, All rights reserved.

Record Number: f7b859b3f4138149739d989958e7ca22cce

Sun, The (Baltimore, MD)

February 16, 2023

Edition: First Generic
Section: Main
Page: 10

### Nick Mosby, Wes Moore present contrast in ethics

Article Text:

A college professor could scarcely have designed a better lesson on ethics than the one demonstrated this week by Baltimore City Council President Nick Mosby and Gov. Wes Moore. On Monday, the former got slapped down by a circuit court judge for unethical behavior related to the legal defense fund established to help him and his wife, **Marilyn Mosby**, the former city state's attorney facing federal mortgage fraud and perjury charges. Two days later, the latter recused himself from voting, as one of three members of the state Board of Public Works, on a contract that would benefit Under Armour, the Baltimore-based company on whose board he once served. Not only has the governor pledged to remove himself from any decision where he has a financial stake (in this case as a UA shareholder), but he is in the process of setting his investments in a blind trust so he will have no knowledge of what he owns or does not own, the trust manager having the power to buy and sell.

Such behavior matters. It matters quite a bit. No doubt there are still supporters of Council President Mosby who see a legal defense fund as a benign thing - and for average people, asking others to donate to help pay their legal bills could well be. But serving in elected office is different. There are rules to be followed, some of them sensitive to the opportunity to curry favor with people in power. Is it difficult to believe a government contractor, for example, might not see this as a chance to get in a council president's good graces with a hefty check? Perhaps even to steer a lucrative contract their way sometime in the future? Maryland politics are rife with examples. And one doesn't have to look particularly far given the travails of former Mayor Catherine Pugh who wrapped up her time in federal prison just one year ago on conspiracy, perjury and tax evasion charges related to her self-dealing "Healthy Holly" children's book scheme.

It is one thing to be unaware of how such rules work. It is quite another to fight the city's ethics board tooth and nail once it has ruled that you violated the rules as the council president has. On Monday, Baltimore City Circuit Court Judge Lawrence Fletcher-Hill concluded that Mosby had, in fact, violated city ethics laws including failing to report the legal defense fund's existence on his disclosure forms. And while paperwork can s be challenging, let us not forget that those who serve in high office have access to lawyers with all kinds of legal expertise. Not certain about what you have to disclose? Whether at City Hall or the Maryland State House, you can simply pick up a phone (or even walk

down the hall) and find someone who probably wrote a doctoral dissertation on the subject. In many cases, if the legal question concerns matters within the scope of your duties, tax dollars can even be used to pay for outside counsel. Such are the advantages of running a government with thousands of employees spending billions of tax dollars.

If "Caesar's wife must be above suspicion," as the proverb goes, shouldn't a couple like the Mosbys with dual public roles have taken extraordinary precautions? This remains one of the vexing questions of their circumstances. Whatever the outcome of the former state's attorney's trial - whenever that finally happens and whoever ends up representing her - there's surely a cautionary tale here in incautious behavior. And, by the way, that's not to give Governor Moore a free pass simply because he's taken this relatively modest and expected first step early in his administration, especially after talking so much about transparency and avoiding conflicts of interest during the campaign. Maryland has seen its share of governors fail to follow the straight-and-narrow path including Spiro Agnew and Marvin Mandel. Avoiding taxes on corrupt kickbacks and manipulating racetrack values for friends are proven pitfalls. Let us hope that those days are past.

Ultimately, ethics comes down to accountability. Following ethics rules ensures that elected officials are performing the duties of their office with integrity and in the manner their constituents have a right to expect.

Even the appearance of impropriety matters. The governor gets this. Perhaps after this week, the City Council president will too.

Caption:
Baltimore City Council President Nick Mosby, from left, Lt. Gov. Aruna Miller and Gov. Wes Moore listen to speakers at the grand opening ceremony for the new Lexington Market last month. In recent weeks, Moore and Mosby have followed different paths on ethics rules. Amy Davis/Baltimore Sun

Copyright (c) 2023 The Baltimore Sun Company

Record Number: BS0128586071

**Daily Record, The (Baltimore, MD)**

February 21, 2023

Section: News

Topics:

**Index Terms:**
General news

**Mosby's former attorney did not commit criminal contempt, judge rules**

Author: *Madeleine O'Neill*

Article Text:

The former lead defense lawyer for ex-Baltimore State's Attorney **Marilyn Mosby** will not face criminal penalties for his behavior during the high-profile case, a federal judge decided Tuesday.

The judge found that attorney A. Scott Bolden did not commit criminal contempt, though he admonished Bolden for his lack of civility in comments made about the Mosby case in September.

"You allowed yourself to be caught up in all the noise and the rhetoric that we see in the other branches of government," U.S. District Judge Richard D. Bennett said. "You and I both know you're better than that."

Bennett said the violations of local court rules that Bolden committed did not rise to the level of criminal contempt.

"This is not a criminal matter," the judge said as he closed out the case.

Bolden, of the D.C. law firm Reed Smith LLP, appeared emotional in court as he asked Bennett to spare him a criminal contempt finding.

"If I could take back every statement I've made in this case that brought me here, I would," Bolden said. "Anger and frustration got the best of me."

The side case against Bolden came after the judge handling Mosby's trial, U.S. District Judge Lydia Kay Griggsby, announced in court last month that Bolden had violated a number of local court rules and faced a possible criminal contempt finding.

RELATED: Mosby trial likely to be pushed to September or later after defense's withdrawal

She pointed to a news conference in September where Bolden stood on the steps of the federal courthouse and said that state and federal employees and African American politicians were at risk of being targeted for prosecution if, like Mosby, they withdrew money from their retirement accounts under emergency pandemic rules.

(Griggsby had already found that Mosby's prosecution was not politically or racially motivated.)

Bolden also said it was "bulls" that prosecutors blamed the defense team for another postponement of Mosby's trial in September, though the delay was caused by incomplete expert witness disclosures from the defense.

Bennett said Tuesday the use of a profanity on the courthouse steps seemed to be "unprecedented."

"I don't believe that in my experience in this court that I've ever seen a lawyer on the courthouse steps opine in such a fashion," Bennett said.

Bolden also submitted a filing that was not signed by any local Maryland attorneys, in another violation of local rules. The filing included anonymized quotes from confidential juror questionnaires that Bolden included in an effort to show that the jury pool had been poisoned against Mosby ahead of her trial.

Griggsby sharply rebuked Bolden in court last month and said he could face criminal contempt for the local rule violations, including the inclusion of confidential juror responses in a public filing.

She asked Bolden to explain why he should not be held in contempt or, alternatively, why his case should not be referred to the U.S. Attorney's Office for criminal prosecution.

Bolden and the rest of the defense team quickly withdrew from Mosby's case, citing a conflict of interest that would make it impossible for them to continue representing Mosby as Bolden defends against a criminal contempt finding.

Mosby is now being defended by federal public defender James Wyda. The criminal contempt case against Bolden was reassigned from Griggsby to Bennett.

No government lawyers were present at Bolden's hearing Tuesday. Bennett made clear during a status call last week that he did not feel the U.S. Attorney's Office had a role to play in the criminal contempt proceedings.

Bolden and his lawyer, Arnold Weiner, walked a short distance away from the federal courthouse before addressing the media after the hearing.

"I'm just very thankful, grateful, and appreciate the judge's full consideration and balance of the issues," Bolden said. "Very humbling, but I just want to get back to practicing law and defending my clients."

William H. "Billy" Murphy Jr., a major figure in Baltimore's legal community, also attended Tuesday's hearing in a show of support for Bolden.

"Judges very often forget that they have the power to forgive, and that's what Judge Bennett did today, he exercised the power to forgive," Murphy said after the hearing. "And also, he ruled correctly that this was not a criminal contempt."

Weiner argued in court and in a lengthy legal brief that violations of local court rules could not provide a basis for criminal contempt.

Bennett agreed, though he also told Bolden that the comments in the Mosby case were reckless. Lawyers have a particular obligation to follow rules of civility, the judge said, especially as other branches of government have become less collegial.

"The court system has stood above the fray," Bennett said.

In an earlier court filing, Bolden's lawyers included a personal statement in which Bolden apologized and asked to be spared the "dark stain" of criminal contempt.

"I have already received widespread criticism for the contentiousness that accompanied my defense of Ms. Mosby and for the antagonisms that were engendered by that defense," Bolden said in the statement. "That criticism will not only have a profound effect upon my career going forward, but it will also cause other lawyers to exercise restraint in their own conduct under similar circumstances."

The indictment against Mosby accuses her of lying about suffering a pandemic-related financial loss in order to make hardship withdrawals from her city retirement account. She put the $90,000 she withdrew from the account toward down payments on two Florida vacation properties, federal prosecutors say, and made several false statements when she applied for mortgages on the homes.

Mosby faces two counts each of perjury and mortgage fraud. She lost the job of Baltimore's top prosecutor in January after placing third in the Democratic primary last year.

Copyright © 2023 BridgeTower Media. All Rights Reserved.

Copyright, 2023, The Daily Record (Baltimore, MD)

Record Number: 349700

**Sun, The (Baltimore, MD)**

February 22, 2023

Edition: First Generic
Section: Main
Page: 4

**Judge admonishes Mosby's ex-lawyer**

**But he found that criminal contempt was not warranted**

Author: *Lee O. Sanderlin*

Article Text:

Things seemed out of place Tuesday in U.S. District Judge Richard D. Bennett's courtroom.

The prosecutor's table was empty, and on the defense side, Washington, D.C.-based attorney A. Scott Bolden sat in the chair normally reserved for defendants.

"I'm in a very different space right now," Bolden told the federal judge in Baltimore.

"This is strange grounds for me as well," Bennett replied.

In his 20 years on the federal bench, Bennett said he could not recall a time he presided over criminal contempt of court proceedings for an attorney.

Bolden and his legal team appeared before Bennett to explain why his conduct during his defense of former Baltimore State's Attorney **Marilyn Mosby** did not warrant criminal contempt charges, and to ask Bennett to dismiss the case against him.

Ruling from the bench, Bennett admonished Bolden but found that criminal contempt was neither warranted nor permissible under the law and dismissed the case.

"You're better than this," Bennett said to Bolden, who was outwardly emotional during the proceedings. "A person of your experience should never find himself in this position."

Having represented Mosby since she was federally indicted on charges of perjury and mortgage fraud in January 2022, Bolden's zealous defense of his client created legal jeopardy for himself. U.S. District Judge Lydia Kay Griggsby, who presides over Mosby's case, determined Jan. 17 that Bolden had violated several of the court's local rules governing attorney conduct and procedures, and ordered him to explain why his conduct did not warrant a criminal referral to the U.S. Attorney's Office in Maryland.

Griggsby allowed Bolden and Mosby's five other attorneys to withdraw from the case last month, finding the contempt proceedings likely amounted to a distraction and would potentially hamper their ability to adequately represent her going forward. Federal Public Defender James Wyda was appointed as Mosby's new attorney.

Bolden's conduct - divulging confidential juror information in public legal papers; filing a motion without the signature of a Maryland attorney; using profanity to criticize the second postponement of the case and calling it "bulls--" on the courthouse steps - violated the court's local rules and was unwarranted, conceded his attorney, Arnold Weiner.

Bennett described Bolden's actions, specifically the use of profanity when reacting to Griggsby's Sept. 14 decision to postpone the case, "abhorrent."

Bolden has apologized repeatedly for that outburst, privately to Griggsby and publicly in open court, to news reporters and in court filings.

However, Weiner said, there is no standing under the law to move forward with criminal contempt proceedings because violating local rules does not rise to the merit of criminal charges.

Had Bolden directly violated a judge's order, like breaking the gag order Griggsby issued in the case, that would have given rise to the contempt charges, Weiner said.

Bennett agreed.

"We think the judge made an absolutely correct ruling as a matter of law," Weiner, a longtime Baltimore attorney, said afterward.

Weiner said his client was a man of "high integrity," and that he would continue practicing law in the future "honorably."

Renowned Baltimore attorney William "Billy" Murphy attended the hearing as a spectator, and credited Weiner's brilliance as part of why Bolden was able to avoid further punishment. Asked about Bolden's conduct, Murphy said he believes Bolden is an "exemplary" lawyer.

"Stuff happens," Murphy said. "We're all mortal beings."

Bolden, who sounded as if he was holding back tears when addressing Bennett, said the contempt proceedings had him feeling as if he was standing at the "precipice" of his career. A lawyer for 36 years and the son of a former judge, Bolden described himself as a lawyer's lawyer and that he wishes he could take his actions back.

Bennett said he believed going forward Bolden would not reoffend.

"You're above that and I'm convinced of that," he said.

Copyright (c) 2023 The Baltimore Sun Company

Record Number: BS0128695800

**Daily Record, The (Baltimore, MD)**

February 27, 2023

Section: News

Topics:

**Index Terms:**
General news

**Mosby trial rescheduled for November after defense team's withdrawal**

Author: *Madeleine O'Neill*

Article Text:

The federal criminal trial for ex-Baltimore State's Attorney **Marilyn Mosby** has been rescheduled for November.

U.S. District Judge Lydia Kay Griggsby, who is overseeing the case, ordered jury selection to begin on Oct. 31 and testimony in the trial to start two days later, on Nov. 2.

The new date was the earliest that the schedules of the lawyers and judge aligned after Mosby's entire entire defense team withdrew from the case last month.

Mosby is now represented by federal public defender James Wyda. Her previous lawyers left the case after Griggsby threatened the lead defense attorney, A. Scott Bolden, with criminal contempt for his behavior during the high-profile case.

Another judge found last week that Bolden did not commit criminal contempt, though the D.C. lawyer received an informal rebuke from the court for comments he made at a press conference in September and for other violations of local court rules.

The indictment against Mosby accuses her of lying about suffering a pandemic-related financial loss in order to make hardship withdrawals from her city retirement account.

She put the $90,000 she withdrew from the account toward down payments on two Florida vacation properties, federal prosecutors say, and made several false statements when she applied for mortgages on the homes.

Mosby faces two counts each of perjury and mortgage fraud. She lost the job of Baltimore's top prosecutor in January after placing third in the Democratic primary last year.

Copyright © 2023 BridgeTower Media. All Rights Reserved.

Copyright, 2023, The Daily Record (Baltimore, MD)

Record Number: 350709

**Sun, The (Baltimore, MD)**

February 28, 2023

Edition: First Generic
Section: Main
Page: 3

**Judge sets new trial date for former State's Attorney Mosby**

Author: *Lee O. Sanderlin*

Article Text:

Former Baltimore State's Attorney **Marilyn Mosby**'s federal perjury and mortgage fraud trial is set for Nov. 2, barring another postponement.

U.S. District Judge Lydia Kay Griggsby ordered the trial date Monday after both prosecutors and Federal Public Defender James Wyda said that the two sides did not have mutual availability until the fall.

Mosby's trial, most recently slated to begin March 27, has been postponed three times. Most recently, Mosby's trial was delayed because her entire defense team asked to quit the case, citing Griggsby's attempt to hold her ex-lead attorney, A. Scott Bolden, in criminal contempt of court.

A separate federal judge, Richard D. Bennett, admonished Bolden but found criminal contempt was not warranted.

Wyda was appointed to defend Mosby after Griggsby determined she was indigent, meaning she could not otherwise afford to hire a defense attorney.

Charged with two counts of perjury and two counts of mortgage fraud, the Democratic former prosecutor has maintained her innocence.

Federal prosecutors claim she lied about experiencing adverse financial conditions in 2020 as a result of the coronavirus pandemic in order to make two early withdrawals from her city-managed retirement account. She used the money she withdrew, about $80,000, to make down payments on two Florida vacation properties: an eight-bedroom rental near Disney World and a condo on the Gulf Coast.

Mosby has since sold the property near Disney World.

Prosecutors claim Mosby failed to disclose a federal tax lien against her and her husband on both mortgage applications.

Copyright (c) 2023 The Baltimore Sun Company

Record Number: BS0128818708

**Sun, The (Baltimore, MD)**

March 16, 2023

Edition: First Generic
Section: Main
Page: 4

**City Council President Nick Mosby will seek reelection**

**Spokesperson says his plans to be revealed 'at a later time'**

Author: *Emily Opilo*

Article Text:

In the midst of his first term as Baltimore City Council president - which has seen him pitted against Mayor Brandon Scott, the Baltimore Board of Ethics and federal investigators - Nick Mosby said Wednesday he will seek reelection next year.

The Democrat, who has been at the helm of the City Council since December 2020, addressed his bid for another four years in office with little fanfare. Mosby's spokeswoman, Monica Lewis, said Wednesday in a statement that Mosby will talk more about his reelection plans "at a later time."

"For now, his focus remains on leading City Council, working with the Scott administration, and showing up each and every day to support and serve the people of Baltimore," she said.

Mosby's campaign decision comes just ahead of a planned announcement Sunday by Councilman Zeke Cohen. The Democrat formed an exploratory committee in January to seek input about a possible run for council president. Cohen also has not ruled out a run for mayor. He had no comment Wednesday in response to Mosby's announcement.

Speculation had grown about whether Mosby would run for office again, as his campaign coffers almost ran dry last year and because his wife, Democrat **Marilyn Mosby**, lost her 2022 reelection campaign as Baltimore state's attorney.

Nick Mosby's most recent campaign finance report, filed in January, shows $14,539 in his campaign account.

As council president, Mosby is paid an annual salary of $135,093.

Cohen, by contrast, reported a $372,351 balance in his campaign account in January.

The council president, who previously served as a state delegate and a member of the City Council, has had a tumultuous first two years in office.

Mosby and his wife faced a federal criminal investigation into their financial dealings. Nick Mosby has not been charged with anything, but **Marilyn Mosby** is charged with perjury and making false statements related to early withdrawals from her city retirement account and the purchase of two Florida houses. Her trial has been delayed until at least the fall.

During the federal investigation a legal-defense fund was set up on behalf of the political power couple. The fund itself resulted in an investigation by the Baltimore Board of Ethics, which found in May that Nick Mosby violated city ethics law by indirectly soliciting donations to the fund and failing to disclose its existence on his annual ethics filing.

The council president challenged the ruling, kicking off a prolonged fight in court. Last month a Baltimore Circuit Court judge upheld the majority of that decision, confirming Mosby violated the law. He had until Wednesday to decide whether to appeal the decision to a higher court.

Absent an appeal, Mosby must comply with the order, which calls for him to provide a list of all donors and donations to the fund to the ethics board or face a fine of $1,000 a day.

Mosby also has squared off several times so far in 2023 with the Democratic mayor.

He led a charge against a multimillion-dollar deal pushed by Scott to have Baltimore Gas and Electric Co. take over maintenance of the city's conduit system. A vocal critic of the contract, Mosby convened an investigative committee to look into it. But ultimately he was defeated when Scott forced an unconventional vote of the Board of Estimates without Mosby present.

Last week members of the Mosby-led council struck down Scott's nomination of Faith Leach for city administrator. After Scott and his staff spent the weekend lobbying the council, the council committee reversed course Monday and the council as a whole unanimously approved Leach.

Mosby insisted afterward that the council was not trying to send a message to the Scott administration, while also saying the vote was never about Leach's qualifications.

"It was about ensuring the second floor and the administration took the appropriate process of working with the council and engaging the council," he said, referring to the mayor's office, which is on the second floor of City Hall.

Caption:
Baltimore City Council President Nick Mosby is shown at City Hall on June 23, 2022. Amy Davis/baltimore sun

Copyright (c) 2023 The Baltimore Sun Company

Record Number: BS0129128935

**Sun, The (Baltimore, MD)**

March 20, 2023

Edition: First Generic
Section: Main
Page: 3

**Councilman Cohen enters council president race**

**baltimore**

Author: *Emily Opilo*

Article Text:

Baltimore City Councilman Zeke Cohen will run for council president, setting up the first competitive matchup for a top city office in 2024.

"Fundamentally, I believe Baltimore deserves better," Cohen said last week during an interview at The Baltimore Sun. "We can have equity and effective delivery of basic city services. For too long, we've been asked to choose."

Cohen, who has been open about his interest in the council presidency and formed an exploratory committee earlier this year,made his bid official Sunday afternoon at an event with supporters and family at Baltimore Center Stage.

Cohen joins incumbent Council President Nick Mosby in the Democratic primary in April 2024.

Speaking before supporters Sunday at the Mount Vernon theater, Cohen touted his record on the council and spoke optimistically of turning Baltimore into the "next great American comeback city."

"We need to reject mediocracy," Cohen said, joined onstage by family, fellow politicians and partners. "We are more than a TV show. We are better than a slogan on a bench."

A Massachusetts native, the sophomore councilman has represented the 1st District, which includes Canton, Fells Point and Highlandtown, since 2016.

Cohen has been a liberal voice on the all-Democrat body, championing legislation to strengthen lobbyist disclosures, to create an abortion fund and to mandate gender-inclusive restrooms. His hallmark legislation, the Healing City Act, required training in trauma-informed care for city employees - teaching them practices that reduce, rather than exacerbate, harm - to serve a population that has suffered trauma due to violence, poverty and other societal forces.

Cohen said the political climate in Baltimore and across Maryland represents an enormous opportunity for the city. The state's top offices are filled with city residents and Baltimore has yet to spend all of the $641 million in American Rescue Plan funds it received from the federal government during the coronavirus pandemic.

"If we can't get it right in this moment, we have only have ourselves to blame," Cohen said. "What I fear in so many of our communities is that our leadership has become [an] impediment to our success."

Cohen's bid for office comes at a moment when the incumbent is potentially vulnerable. Mosby, who has served in the position since December 2020, has been dogged by several investigations during the first half of his term.

A federal probe into the financial dealings of Mosby and his wife, former State's Attorney **Marilyn Mosby**, was revealed within the council president's first few months in office. Nick Mosby has not been charged with anything, but **Marilyn Mosby** is charged with perjury and making false statements related to early withdrawals from her city retirement account and the purchase of two Florida houses. Her trial is set for Nov. 2 in Baltimore.

Last year, the Baltimore Board of Ethics found Nick Mosby violated city ethics law in connection with a legal-defense fund set up on behalf of the political power couple. The board found and a Baltimore Circuit Court judge upheld that Mosby indirectly solicited donations to the fund and failed to disclose its existence on his annual ethics filing.

Also, the council president has failed to raise any campaign money since taking office, a potential signal of political weakness. A January report showed his campaign had $14,539 in the bank.

Cohen did not mention his opponent by name during his Sunday remarks. He jabbed at "repeated ethics investigations" on the council, stating that the city is too often "asked to settle for less," and adding that the council needed a president who would be focused on improvement rather than "causing chaos and picking pointless fights."

Mosby has announced his intention to seek a second four-year term. He told reporters about his plans Wednesday as Cohen's scheduled announcement neared.

No one else has announced a bid for the citywide post, and no candidates have formally filed. The filing deadline is Jan. 19.

The council president's annual salary is $135,093. Council members earn $78,577 a year.

Mosby's campaign acknowledged Cohen's plans in a statement, saying the council president "looks forward to a campaign season where the two will focus on the issues impacting the people of Baltimore and sharing their visions of moving the city of Baltimore forward."

Under Mosby's leadership, the City Council has had an increasingly contentious relationship with Democratic Mayor Brandon Scott, a point of criticism for Cohen. The two branches of government sparred recently over Scott's push to give management responsibilities for the city's conduit system to utility giant Baltimore Gas and Electric Co. A council committee responded by rejecting Faith Leach, Scott's selection for city administrator - although the committee reversed its decision several days later.

Cohen said a "healthy tension" should exist between the legislative and executive branches so the mayor is held accountable. But the councilman was critical of what he said have been personal attacks on agency heads during Mosby's tenure and of the need for a revote on the city administrator nomination.

"It is one thing to feel frustration with the Brandon Scott administration, but to take it out on Faith Leach, the city administrator, just seemed inappropriate to me," he said. "I thought it was an example of a needless fight the council and the administration got into."

Cohen also was critical of what he called "rhetoric" by the council president, particularly over the mayor's veto of a security deposit alternative bill. Nick Mosby called the veto "modern-day redlining," a term that refers to a practice of companies that outlined in red on maps areas where they wouldn't issue mortgage loans or insurance Black people needed to buy homes.

Cohen called the statement "deeply inappropriate."

Still, Cohen said, he wouldn't pull punches against the administration if he's elected. He said he would activate the legislative investigations committee, recently launched in response to the conduit dispute, on a full-time basis.

"It shouldn't take a crisis, like the BGE deal, for us to be effectively investigating city agencies," Cohen said. "It shouldn't be a gotcha tool. But it is a way to say that communities in Baltimore expect their legislators, their City Council members to really be holding city agencies accountable."

"He is so dedicated to his community, I always see him talking to people in the community, addressing their concerns," Judy Daley, a Highlandtown resident who worked with Cohen's office on concerns regarding a neighbor, said at the Sunday campaign event. "God only knows we need people like that in office these days, the way things are."

Caption:
Democratic City Councilman Zeke Cohen discusses his 2024 election plans. Cohen will run for council president, setting up the first competitive matchup for a top city office in 2024. Jerry Jackson/Baltimore Sun

Copyright (c) 2023 The Baltimore Sun Company

Record Number: BS0129197438

**Sun, The (Baltimore, MD)**

March 22, 2023

Edition: First Generic
Section: Main
Page: 1

**Mosby follows ethics order**

**Council president complies with ruling on fundraising for his legal-defense fund**

**Baltimore City**

Author: *Emily Opilo*

Article Text:

Baltimore City Council President Nick Mosby closed a nearly yearlong saga over a legal-defense fund formed in his name by complying with a Board of Ethics order.

The order, issued in May after the board found Mosby violated city law, directed the council president to accept no payments from the fund and ask organizers to stop raising money on his behalf. Mosby also was ordered to request from the fund a list of all donors and donations for the ethics board.

A statement released Tuesday by the Board of Ethics said the board was "confident" Mosby had complied with the order "within the time frame set by the board."

Last month a Baltimore Circuit Court judge upheld the ethics board's findings that Mosby violated city ethics law by indirectly soliciting donations for the fund and failing to disclose its existence on his ethics filing in 2022, which covered activity in 2021.

That ruling kicked off a 30-day window for the council president to appeal the decision to a higher court; he chose not to take the case further.

After that, the Board of Ethics gave Mosby five days to comply or face penalties of up to $1,000 a day. Monday was the deadline for compliance.

Mosby's office did not respond Tuesday to a request for comment.

The fund was established for the legal defense of the council president and also

his wife, former Baltimore State's Attorney **Marilyn Mosby**, as federal authorities investigated their financial dealings.

Nick Mosby was not charged, but **Marilyn Mosby** is facing charges of perjury and making false statements related to early withdrawals from her city retirement account and the purchase of two Florida houses. Her trial has been delayed until at least the fall.

**Marilyn Mosby** lost her 2022 reelection bid and left office in January. Last week Nick Mosby announced he will seek a second four-year term as council president in 2024. Both are Democrats.

The Board of Ethics found that Nick Mosby raised money for the fund indirectly. Both direct and indirect fundraising are prohibited by the city's ethics ordinance. Records showed the council president was aware of the fund's existence by at least August 2021, when the board raised concerns with him about the fundraising effort.

The board also found Mosby should have disclosed the trust on his annual ethics filing with the city. Such filings require candidates and city employees to disclose entities with which they do business. Mosby's attorney, Robert Dashiell, had argued the trust should not be considered a business entity.

Circuit Judge Lawrence Fletcher-Hill sided with the Board of Ethics on both of those findings.

"He could have formally disclaimed that membership interest," Fletcher-Hill said of Nick Mosby. "He could have said, 'I do not want to be a beneficiary. I do not want to receive any proceeds from this trust.'

"But he did not do that. In the absence of having done that, I find that he had an ownership in the trust."

Fletcher-Hill sided against the Board of Ethics regarding its third finding: that the council president accepted gifts from controlled donors. Those are people who seek to do business with certain government officials or entities.

According to the Board of Ethics, the Mosbys' legal defense fund received $5,000, its largest individual contribution, in August 2021 from the "resident agent" for a contractor that is a city-certified minority- or woman-owned business. The business was a subcontractor on a deal considered by the city's spending board in 2020, the board reported.

It also received a $100 donation from the executive director of a nonprofit organization that was awarded a multithousand- dollar grant by the city in March 2022.

The ruling did not name those donors or further identify their connections to the city, but the ethics board found both to be "controlled donors" under city ethics law, which bars elected officials from receiving contributions from such donors, solicited or otherwise.

The list of donors Nick Mosby was ordered to request would be the first public accounting of donations to the legal-defense fund. Such funds are not covered by

campaign finance laws, which require detailed reporting of donors to campaign committees.

Prominent supporters and community leaders encouraged contributions to the fund, posting information about it on Facebook and appearing at news conferences to promote it. According to the Board of Ethics ruling, the fund received $14,352 in donations as of a year ago from 135 individual donors.

The list has not yet been supplied to the Board of Ethics.

Caption:
The city's Ethics Board found in May that Mosby violated city ethics law by indirectly soliciting donations for a legal-defense fund formed in his name and failing to disclose its existence on his ethics filing in 2022. Amy Davis/Baltimore Sun

Copyright (c) 2023 The Baltimore Sun Company

Record Number: BS0129224088

**Sun, The (Baltimore, MD)**

March 23, 2023

Edition: First Generic
Section: Main
Page: 4

**Board releases list of Mosby donations, without names**

**Some question reason why information was redacted**

Author: *Emily Opilo*

Article Text:

A long-anticipated list of donors to a legal-defense fund established to benefit Baltimore political power couple Nick and **Marilyn Mosby** became public Wednesday - minus the names of the more than 130 donors.

The list, which was released by a public information officer for the Baltimore Board of Ethics, was expected to offer a public accounting of who donated to the fund. It was established in 2021 to benefit the Mosbys in the midst of a federal investigation into their financial dealings. Nick Mosby wasn't charged; his wife is awaiting trial.

The fund was at the center of a Board of Ethics ruling last year against Nick Mosby, the Baltimore City Council president and a Democrat. The board found he violated the city's ethics ordinance by indirectly soliciting for the fund and by failing to include it on his annual ethics disclosure form.

After contesting the ruling for nearly a year, Mosby complied Monday with an order from the board to provide information about the fund.

The donor list the board released Wednesday, however, sheds no light on who gave to the Mosbys. The names, emails and addresses of each donor were blacked out on the seven-page document.

Left visible was the amount of each donation, the bank or financial institution of each donor and their ZIP codes. The majority of the $14,352 raised was received from people living in Maryland, although payments also came in from out-of-state locales such as Georgia, Louisiana and Ohio. Someone gave $3, while the biggest gift was $5,000.

City ethics officials offered a brief explanation for the redaction in response to The Baltimore Sun's Maryland Public Information Act request for the donor list.

The names constitute "information about the finances of an individual," said Maura Romo, the board's public information officer.

Romo cited a provision in state law that protects portions of a record that "contains information about the finances of an individual, including assets, income, liabilities, net worth, bank balances, financial history or activities, or creditworthiness."

Baltimore's Law Department often advises city agencies on public information requests, but Solicitor Ebony Thompson said the department was not consulted regarding the donor list.

Baltimore attorney Jerry Martin, who specializes in white-collar criminal cases, questioned the financial argument for the redaction.

"It's really not an ethics question. It's a question of common sense," he said. "None of that applies."

"The whole idea was to let people know who contributed," Martin said. "I don't understand why anybody who has a brain would redact this stuff, other than being under pressure from someone."

Martin likened the defense fund donations to those made to political candidates. Such donations are publicly disclosed in state campaign finance filings that list donors, their addresses and the amount each contributed.

"If I contribute to **Marilyn Mosby**'s campaign, that becomes public knowledge. Why is this different?" Martin asked.

But the fund is not governed by state campaign finance law.

Under city law, a contribution to such a fund can count as a gift to a public official. In some cases, such gifts aren't permitted. In others, they must be disclosed in the annual ethics report.

Among the gifts that are barred under Baltimore's ethics ordinance are those from "controlled donors." Public officials also can't solicit gifts for such funds, whether directly or indirectly.

In the case of Nick Mosby, controlled donors are anyone who seeks to do business with council, the council president's office, the Board of Estimates or any city governmental or quasi-governmental entity the council president is affiliated with. Also included are subcontractors doing business with or seeking to do business with the above groups, and those who engage in activities regulated or controlled by those groups.

The Board of Ethics found Mosby received at least two donations from controlled donors, including the largest gift of $5,000, which it said was from the "resident agent" for a contractor that is a city-certified minority- or woman-owned business. The business was a

subcontractor on a deal considered by the city's spending board in 2020, the board reported.

Baltimore Circuit Court Judge Lawrence Fletcher-Hill struck down that finding last month, however, while upholding two other findings: that Mosby illegally raised money for the fund on an indirect basis and that he failed to disclose the fund on his annual ethics filing in 2022.

Mosby was ordered to accept no payments from the fund and to ask organizers to stop raising money on his behalf. The council president also was ordered to request from the fund a list of all donors and donations for the ethics board.

Mosby complied with the order late Monday, a deadline set by the Board of Ethics before the group would impose fines of up to $1,000 per day.

The fund was created in 2021 to benefit Mosby and his wife, who was then Baltimore state's attorney. **Marilyn Mosby** is facing charges of perjury and making false statements related to early withdrawals from her city retirement account and the purchase of two Florida houses.

Copyright (c) 2023 The Baltimore Sun Company

Record Number: BS0129239585

**Sun, The (Baltimore, MD)**

March 28, 2023

Edition: First Generic
Section: Main
Page: 8

**By hiding Mosby donors, ethics board fails its mission**

Article Text:

Baltimore's Board of Ethics has been entrusted with the important mission of guarding "against improper influence or even the appearance of improper influence, and to ensure public trust" in city government. It's not complicated. They are the watchdogs. They are the folks who, to use a common expression in our line of work, "follow the money" to make sure Elected Official A isn't taking envelopes stuffed with cash from Contractor B - or any of the multitude of other potential forms of public corruption. It's not always fun. They probably won't find themselves invited to all the best City Hall parties. But they are expected to be advocating for transparency and the public disclosure of potentially compromising financial information that may point toward corruption. Disclose, disclose, disclose. If they aren't pushing for that, why do they even exist?

This is precisely the question raised by the board's indefensible decision to release the list of donations to the legal defense fund established to assist Nick and **Marilyn Mosby** - with the names and street addresses of all 130 donors blacked out. All that is left visible is the dollar amount, how it was paid (usually by credit or debit card) and the donor's ZIP code. That's useful if the reader's goal is to figure out which ZIP code is most politically aligned with the former city state's attorney (**Marilyn Mosby**) or the current Baltimore City Council president (Nick Mosby) or judge the popularity of the Venmo digital wallet app perhaps but not much else. As a tool to ferret out potential corruption, it is worse than useless. It is a nondisclosure disclosure. Is this really what was at stake last month when the ethics board convinced a Circuit Court judge to order Council President Mosby to hand over the list?

Here's where it gets really embarrassing. The only explanation to date is that the board felt constrained by state law, presumably the Public Information Act that speaks to the right of individuals to keep their finances in confidence. It's why, for example, a reporter can't just look up any person's tax returns. But it's not clear that it's at all applicable. After all, campaign finance reports routinely give full names and addresses for even modest donations. And one can argue that a legal-defense fund donation is a far more powerful tool to curry favor from a public official. It's one thing to collect enough outside money to afford a billboard or direct mail campaign, it's quite another to underwrite a legal defense that keeps a spouse out of a federal correctional facility, which is hardly beyond

the realm of possibilities for Mrs. Mosby whose federal perjury and mortgage fraud trial is now slated for November.

What if the hidden donors are just average folks with no ties to city government who perhaps felt obliged to donate at the behest of a friend or perhaps pastor of civic group? Providing those names allows everyone, especially Mr. Mosby's constituents, to have faith in the system. When everything is out in the open, trust is easier to grant. Did this even occur to members of this ethics board? To their staff? To any lawyers who might have advised them? We don't know. But we would note that we don't hear anyone connected with the ethics board screaming from the rooftops. Surely, the redaction should have at least justified a formal opinion from the city law office - along with a full disclosure of that opinion.

No doubt it's unhelpful that two of the five seats on the ethics board have been unfilled for months, and we would urge Mayor Brandon Scott to fill those positions as soon as possible. But we would respectfully request that the current three members rethink this decision and move toward full disclosure as soon as possible. Mr. Mosby ought to seek that as well. It is, after all, the absence of full disclosure that continues to hurt the council president's standing in the court of public opinion. This is a city that has seen enough money passing into the hands of elected officials, including by way of children's books and gift cards, to be suspicious when public records are withheld and money can't be followed.

Caption:
Nick Mosby, left, leaves federal court in September after a hearing involving his wife, **Marilyn Mosby**. Lloyd Fox/Baltimore Sun

Copyright (c) 2023 The Baltimore Sun Company

Record Number: BS0129316065

**Sun, The (Baltimore, MD)**

March 29, 2023

Edition: First Generic
Section: Main
Page: 1

### US attorney demotes prosecutor

### Wise had butted heads with boss over staffing

### MARILYN MOSBY CASE

Author: *Lee O. Sanderlin*

Article Text:

Leo Wise, the federal prosecutor who took down former Mayor Catherine Pugh, a squad of corrupt Baltimore cops, an ex-police chief, two state lawmakers, and is currently prosecuting former State's Attorney **Marilyn Mosby**, has been demoted and was temporarily removed from Mosby's case, The Baltimore Sun has learned.

Maryland U.S. Attorney Erek Barron removed Wise as chief of the Maryland U.S. Attorney's Office's Public Corruption and Fraud Unit on March 21, announcing the move in an office-wide memo sent the next day.

Wise, 46, remains a line prosecutor in the unit he most recently led, with Assistant U.S. Attorney Harry Gruber being named the new chief. Gruber most recently led a task force investigating COVID-19 fraud cases, an initiative Barron and other U.S. attorneys have pushed in recent months.

A spokeswoman for Barron's office confirmed the change but declined to comment further. Reached by phone, Wise also declined to comment.

As the U.S. Attorney in Maryland, Barron has full authority to determine who leads what units in his office.

The decision to remove Wise as the unit chief came after he

and Barron butted heads in recent months over staffing decisions and the Mosby case, according to people familiar with the decision but who were not authorized to speak publicly.

When Barron demoted Wise, he also decided to remove him from the Mosby case, the sources said. Barron reversed course shortly thereafter and reinstated him to the case

before the week was up. Mosby is charged with two counts each of perjury and mortgage fraud.

Federal prosecutors allege the Baltimore Democrat lied about experiencing adverse financial conditions in 2020 as a result of the coronavirus pandemic in order to make two early withdrawals from her city-managed retirement account. She used the money, about $80,000, to make down payments on two Florida vacation properties - an eight-bedroom rental near Disney World and a condo on the Gulf Coast - and allegedly also misled the lenders.

Longtime defense attorney Warren Brown said the zealousness with which Wise investigated and prosecuted cases was bound to rub some people the wrong way.

"The spotlight that goes with those types of cases can have unintended consequences of people focusing a lot of their time and attention on you and that gives them opportunity to find issues they are concerned about," Brown said.

Wise and Barron previously clashed over Mosby's case in September when Wise and the other prosecutors on the case asked U.S. District Judge Lydia Kay Griggsby on Sept. 13 to either ban her expert witnesses from testifying or to continue the case so that the government could hire its own rebuttal witnesses, the sources said. Prosecutors, in the motion to continue or exclude experts, said the late disclosure of expert testimony by Mosby's defense put them at a disadvantage.

Barron, sources said, wrote a late night email to his prosecutors ordering them to withdraw the motion for continuance and to hold the trial as scheduled.

Wise and his fellow prosecutors refused, with Wise threatening to withdraw from the case if the request for a postponement was withdrawn, sources said. Griggsby ordered the case delayed Sept. 14, and it has since been delayed again after all of Mosby's lawyers quit the case. It is now scheduled to start Nov. 2.

A Harvard Law School graduate and member of the U.S. Attorney's Office since 2010, Wise has developed a reputation as a high-profile prosecutor willing to take on public officials and community leaders, no matter how prominent. Wise led the prosecution of Pugh, who resigned and pleaded guilty amid the Healthy Holly scandal, and of Police Commissioner Darryl DeSousa, who failed to file his taxes.

Wise also brought the federal cases against members of Baltimore Police's Gun Trace Task Force and the 80-defendant Eastern Correctional Institute racketeering case.

Greenbelt attorney William Brennan represented former Maryland Del. Cheryl Glenn in her federal bribery case, which Wise prosecuted, and said he thought Wise was "honest, honorable and straightforward" in his dealings. Glenn pleaded guilty in 2020.

Wise has made his fair share of enemies in Maryland legal circles. His December 2021 prosecution of well-respected attorneys Kenneth Ravenell and Joshua Treem rankled members of the defense bar who found Wise to be overzealous in how he pursues cases.

A jury convicted Ravenell of one count of money laundering, for which he was sentenced to nearly five years imprisonment. Treem, charged with obstruction of justice, was acquitted.

"The prosecution of Josh Treem was an utter failure of judgment by the U.S. Attorney's Office in Maryland," Treem's attorney Robert Trout said after the verdict.

As part of the investigation into Treem, prosecutors sought a search warrant for the Brown, Goldstein and Levy law firm. The materials seized from the firm, which were likely subject to attorney-client privilege, were supposed to be reviewed by a "filter team" of prosecutors before reaching those handling the Treem case. The Fourth Circuit Court of Appeals found that was improper, and that such a team was an example of the executive branch performing a judicial function.

Mosby and her former attorney, A. Scott Bolden, are some of Wise's most vocal critics, accusing him of mounting a racist, politically motivated investigation against her and her husband, City Council President Nick Mosby. Nick Mosby has not been charged with a crime. Reached by phone, Bolden declined to comment for this article.

A judge found there was no evidence either Wise or the U.S. Attorney's Office was acting with racial or political vindictiveness in **Marilyn Mosby**'s case.

The Congressional Black Caucus also accused the Office of Congressional Ethics of targeting its members when Wise served as the first chief ethics investigator for the U.S. House of Representatives from 2008 to 2010.

President Joe Biden appointed Barron, a former member of the Maryland General Assembly, as U.S. Attorney for Maryland in October 2021.

Caption:
Leo Wise, left, the federal prosecutor who took down former Mayor Catherine Pugh and is prosecuting former State's Attorney **Marilyn Mosby**, has been demoted. Kim Hairston/Baltimore Sun

Copyright (c) 2023 The Baltimore Sun Company

Record Number: BS0129332404

**Baltimore Brew (MD)**

March 29, 2023

Section: Accountability

**Baltimore Ethics Board: Don't make a mockery of Maryland's Public Information Act**

Author: *David A. Plymyer*

Article Text:

A Baltimore City agency has once again denied the public access to information that it has the right to know.

The Board of Ethics released a list of more than 130 donations to a legal defense fund set up for City Council President Nick Mosby and his wife, former Baltimore State's Attorney **Marilyn Mosby**.

But the ethics board redacted the names of all of the donors.

It claims that failure to do so would have revealed information about the "finances" of the donors in violation of the Maryland Public Information Act (MPIA).

The legal argument is unconvincing, and it flies in the face of common sense.

The board concluded that Nick Mosby violated the city ethics law by soliciting donations to the fund from "controlled donors," meaning people who seek to do business with the city.

Nick Mosby violated city ethics law on gift solicitations (5/12/22)

A Baltimore Circuit Court judge concurred, and Mosby was ordered to turn over a list of all donors to the fund.

But all the public is entitled to is a listing of dollar amounts with no names attached?

That tells city residents nothing and makes a mockery of the MPIA.

Financial vs Political Activities

The legal defense fund was set up as a tax-exempt political organization named "The Mosby 2021 Trust." As such, it's governed by Section 527 of the Internal Revenue Code.

In my opinion, donations to Section 527 political organizations formed for the benefit of specific candidates for local or state office – like the Mosby 2021 Trust – are not protected from disclosure by the MPIA.

Section 4-336 of the MPIA generally prohibits the disclosure of information about "the finances of an individual, including assets, income, liabilities, net worth, bank balances, financial history or activities or creditworthiness."

The prohibition is conditioned on the provision "unless otherwise provided by law" in Section 4-328 of the MPIA.

Here we have case law: In Kirwan v. The Diamondback (1998), the Maryland Supreme Court clarified that not every type of expenditure by an individual constitutes protected "financial activity," and each type of expenditure must be evaluated to determine if it bears on an individual's "finances" within the intent of the statute.

The court held that payment of fines, for example, does not.

The General Assembly has made crystal clear that the public has an absolute right to know who is providing financial support for political candidates.

Legislators have made it clear that the public has an absolute right to know who is providing financial support for political candidates.

The Maryland legislature never intended voluntary donations to political candidates or political organizations formed to support those candidates to constitute financial activity within the scope of section 4-336.

Long story short, while your contributions to your IRA are protected from disclosure by Section 4-336, your contributions to political candidates or to ballot initiative committees are not.

The latter are listed on an online database maintained by the Board of Elections and are governed by a complex series of state laws and regulations aimed at assuring the transparency of campaign financing.

The organizers of the Mosby Trust described its purpose as "the prevention of any attempt to influence the selection, nomination, election or appointment of any individuals to any federal, state or local public office(s)."

The description is an adaptation of the language in Section 527 that limits the tax exemption for an organization to income derived from "the function of influencing or attempting to influence the selection, nomination, election or appointment of any individual to any Federal, State or local public office."

The organization's website identified its specific purpose as helping to pay for the Mosbys' legal defenses during a federal criminal investigation.

Donors to Section 527 organizations have no categorical right to nondisclosure of their donations under federal law.

In fact, a Section 527 organization is required by law to report to the IRS all contributors who donate an aggregate amount of $200 or more to the organization during any given calendar year.

That information – including the names of the donors – is made available on the IRS website for public inspection.

What FOIA Says

If the list in question were in the hands of a federal regulatory agency rather than a city one, there is no doubt that it would be made available to the public.

Under the federal Freedom of Information Act (FOIA), the names of donors would be withheld only if disclosure constituted "a clearly unwarranted invasion of personal privacy" determined by "balancing the privacy interest that would be compromised by disclosure against any public interest in the requested information."

Assuming that individuals have a privacy interest in their donations to the Mosby Trust, it is far outweighed by the interest of city voters in knowing who contributed money to "influence or attempt to influence" the elections for City Council president and state's attorney.

The ethics board had ample reason to conclude that a donation to the Mosby Trust was not the type of expenditure protected from disclosure by Section 4-336 of the MPIA.

Fixing a Mistake

In his email to The Brew explaining the decision to redact the names from the list, Ethics Board Director J. Christoph Amberger quotes a Maryland Supreme Court case, Immanuel v. Comptroller of Maryland (2016).

It points out that the purpose of the MPIA is "to allow Marylanders to learn about what their government is doing, not to permit unfettered access to information that the government holds about individual citizens."

But first of all, Immanuel involved access to information about abandoned property reported to the State Comptroller.

Public interest in learning about campaign financing is far more compelling than its interest in finding out about abandoned property.

Secondly, obtaining an unredacted list will allow Baltimoreans to determine for themselves how well Amberger's agency is doing in protecting them against unethical behavior by Mosby.

Which is exactly the type of thing the MPIA was enacted to do.

Donations Over $200

Finally, Immanuel indicates that, at best, the board was wrong to redact the names of donors who gave $200 or more in 2021 or 2022.

The court held that the value of abandoned property constitutes information about an asset that is generally protected from disclosure by Section 4-336.

Because state law requires the comptroller to publicize certain information about property valued at $100 or more, however, there is no privacy interest regarding information about ownership of these properties.

Similarly, donors who contribute a total of at least $200 to a Section 527 political organization in any given calendar year have no privacy interest in those donations under federal law, even if it is assumed that smaller donors do.

So, even under the ethics board's own interpretation of the MPIA, there was no justification for redacting their names.

One donor gave $5,000 to the Mosby Trust. With the name blacked out, we don't know who that was.

A look at the redacted list the board released shows donations of hundreds of dollars at a time were not uncommon, with some even higher.

On August 24, 2021, for example, a "controlled donor" gave the Mosby Trust $5,000.

With the person's name blacked out, all we know is that the issuing bank in that case was the State Employees Credit Union of Maryland and the donor used a 21128 zip code, the Perry Hall area.

The unnamed donor was the resident agent of a city-certified minority or woman-owned business, the ethics board's report said.

Does the ethics board really want to take the position that the pubic has no right to know who gave that much in support of two powerful elected officials?

The ethics board should reconsider its decision that donations to the Mosby Trust constituted financial activity protected from disclosure by Section 4-336.

At the very least, the board should release a new list with the names of the donors who gave $200 and more.

_____

David. A. Plymyer retired as Anne Arundel County Attorney after 31 years in the county law office. To reach him: dplymyer@comcast.net and Twitter @dplymyer.

Caption:
Above: Some of the donations – one for $5,000 – to the Mosby Legal Defense Fund released by the Baltimore City Board of Ethics – all with the names redacted. (Baltimore Ethics Board)

State's Attorney **Marilyn Mosby** speaks to the Baltimore City Council in December after her husband and Council President Nick Mosby introduced a resolution honoring her. (CharmTV)

Copyright © 2023 Baltimore Brew LLC, All rights reserved.

Record Number: bee7746690af261c4ca2f2f95ce0a0e2eb8864cf

**Baltimore Brew (MD)**

March 31, 2023

Section: Front Page

**Scott's nominee for Ethics Board misses committee hearing**

Author: *11:16 am*

Article Text:

A routine City Council committee hearing, held last night to move mayoral appointments forward, came off according to script except for one glaring absence.

The Rules and Oversight Committee approved six people to open seats on the Commission for Women and the Baltimore Hispanic Commission after hearing from the nominees about why they want to serve.

But Mayor Brandon Scott's nominee for the Board of Ethics – poised to fill one of two vacancies – was a surprise no-show.

Instead of an appearance by John A. McCauley, a partner at the blue-chip law firm Venable, a staffer from the mayor's office addressed the committee.

"John McCauley will not be able to attend today," she said. "We'll have to be rescheduling his attendance."

Committee Chairman Isaac "Yitzy" Schleifer appeared taken aback by the disclosure.

"Doesn't his nomination need to be heard before the next Council meeting?"

"We have him on the list here for tonight," Schleifer continued. "I mean if he wants the nomination, he's got to show up for the hearing."

The staffer promised to work on a new date for McCauley to appear, saying the administration's "deadline" is April 17 when McCauley's nomination would presumably be up for final approval by the full Council.

"We apologize, but he has informed us ahead of time that he for personal reasons is not able to make it," the staffer said.

Messages left for McCauley and for Scott's communications director have not been returned.

The Brew also asked J. Christoph Amberger, director of the board, if McCauley's absence indicated a problem with his nomination.

We have not yet received a reply.

Longtime Vacancies

If confirmed by the City Council, McCauley would join a body that is chaired by former Liquor Board chairman Stephan W. Fogleman and includes attorney Melodie Hengerer and real estate broker Arnold Sampson.

That means the board, which has been at the center of a controversy involving City Council President Nick Mosby, only has enough members to constitute a quorum.

One seat has been open for more than a year, and the other since January. Meanwhile, the board has been tasked with critical decisions and lately drawing fire for them.

Last year, the board ruled that Nick Mosby violated city ethics rules by accepting cash from "controlled donors" – persons doing business with the city – through a legal defense fund set up for himself and his wife, **Marilyn Mosby**, former Baltimore state's attorney now under a federal indictment.

A Baltimore Circuit Court judge concurred, last month ordering Mosby to turn over a list of all donors to the fund.

But when the board finally released the list, the names of the more than 130 donors were blacked out.

Baltimore Ethics Board: Don't make a mockery of Maryland's Public Information Act (3/29/23)

Amberger said the redactions were proper under an exception in the Maryland Public Information Act barring disclosure of the "finances" of individuals.

The board's action has been criticized in editorials and by op-ed writers, who said its explanation does not hold up to legal scrutiny.

"Guard against improper influence"

The Mosby defense fund was set up in 2021 after the couple became targets of a federal criminal investigation.

**Marilyn Mosby** is now scheduled to stand trial next November on two counts of perjury and two counts of making false statements on a loan application.

Nick Mosby was not indicted, but was cited in the indictment as aiding his wife in falsifying the origins of a $5,000 gift she used to buy a condominium near Sarasota, Florida.

The ethics board is charged with overseeing and enforcing Baltimore's Public Ethics Law, which is intended "to guard against improper influence or even the appearance of improper influence, and to ensure public trust in the government."

Each board member must be "of known personal integrity" and possess "recognized knowledge and interest in government and civics" – and none may be a lobbyist, government official or candidate for elected office.

Of the five members, one is nominated by the City Council president, one by the comptroller and three by the mayor.

The members serve staggered, five-year terms and annually elect their own chairman.

Caption:
Above: Attorney John McCauley, Brandon Scott's choice to fill a vacancy on the Baltimore City Board of Ethics. (venable.com)

Copyright © 2023 Baltimore Brew LLC, All rights reserved.

Record Number: 938bc55c64e886adadde5cfce79ccb3e74ef5

**Sun, The (Baltimore, MD)**

April 2, 2023

Edition: First Generic
Section: Main
Page: 4

**Speed cams, Trump, Lamar, other things nobody asked me**

**COMMENTARY**

Article Text:

Nobody asked me, but there should be no hesitation about deploying more speed cameras on highways - and not just in work zones.

From what I see in my travels, there is little police presence out there. If speed cameras are used on city and suburban streets, why not on interstates? Put them on overpasses, trained on the traffic below.

"I don't know about you, but I see insane driving every day on the roadways around Baltimore," wrote Sun reader Jim Gammie in an email after the horrific Beltway crash March 22 that killed six road workers. "

"If they can nail me for doing 59 mph on the Jones Falls Expressway, why can't we have 'reckless driving cameras' and get the crazies doing 90 /100 mph weaving in and out of traffic?"

Nobody asked me, but commentators on cable who previously criticized Donald Trump should refrain from expressing sadness that he's been indicted, that it's a dark day for America, blah blah blah.

We're glad someone has finally decided to hold this guy accountable for his actions. And there's hopefully a lot more accountability to come.

As for die-hard fans of the former president who think his critics suffer from Trump Derangement Syndrome, I gotta ask: Why are you still clinging to this guy? Maybe you suffer from Trump Fetish Syndrome.

One more thing about the never-ending Trump saga: A crustaceous old reporter once told me there were two things about prominent people that a newspaper should never predict - indictments and deaths. A newspaper should never use the word imminent about the eminent, he said, because both Grim Reaper and grand jury are unpredictable and fickle.

Of course, if the subject of an investigation tells you he expects to be arrested, you've got to go with the story, even if said subject is known for exploiting every situation for personal gain. In Trump's case, he was off by 10 days, but, hey, no harm, no foul.

Nobody asked me, but John Angelos' claim in a radio interview to be "as transparent as transparent gets" by offering to show reporters the Orioles' books - then refusing to do so while criticizing The Baltimore Sun for asking about it - strikes me as Trumpian.

How many times did the former president claim he would one day release his tax returns, as all presidents since Jimmy Carter have done? Trump danced around that subject for years until the Supreme Court put an end to the farce by rejecting Trump's effort to keep Congress from seeing how little he paid into the U.S. Treasury over the years. ... If Angelos, the Orioles' chairman and CEO, is unhappy about being asked to open the team's books, he has no one to blame but himself.

He led with his chin, offering to take reporters into the warehouse and treat them to the financials. It was a remarkable offer, so unusual we probably never should have expected Angelos to follow through. Next time, we won't for sure.

Nobody asked me, but things would have gone a lot better for Lamar Jackson, the unhappy Ravens quarterback, had he hired an agent experienced in complex contract negotiations with NFL teams. Didn't he see "Jerry Maguire"?

Jackson could have concentrated on his football fitness and tweeting skills and left all the financials to some shark in Ray-Bans. Jackson could have logged into his bank account once a day and watched his balance grow, giving him enough money to survive the zombie apocalypse. Instead, he's pouting in Palookaville, stranded on the other side of a burned bridge. It didn't have to be this way.

Jackson's regrettable predicament brings to mind a line from "Jerry Maguire," delivered by Tom Cruise in the title role: "Twenty-four hours ago, man, I was hot! Now ... I'm a cautionary tale."

Somebody - it was a man from Perryville - asked me, so I told him where I live: Baltimore. "Can you outrun the bullets?" he asked, shaking his head. He was referring, of course, to all the shooting and wounding and killing that happens in the city.

I hear that sort of thing frequently, especially from people in suburban and rural areas. But these days, given the massacre of children inside a Nashville school - given all the shootings that occur daily throughout the country - I shake my head that so many Americans see gun violence as an urban problem and not a national affliction.

By the way, data collected and analyzed by the National Safety Council show that we are more likely to die by gunshot (intentional or not) than by motor vehicle accident. Suicide is right up there with death by gun.

A Harvard study showed that guns are used in more than half of suicides, making clear that America has a serious, self-inflicted problem. But you knew that.

Nobody asked me, but I don't think we shall ever see Roy McGrath again. And given that the former Maryland official's fraud trial had to be postponed because of McGrath's fugitive status, couldn't the trial of former Baltimore State's Attorney **Marilyn Mosby** be pushed up from November? Ridiculous.

The U.S. District Court in Baltimore obviously has no one in charge of programming.

Copyright (c) 2023 The Baltimore Sun Company

Record Number: BS0129399665

**Baltimore Brew (MD)**

April 4, 2023

Section: Front Page

**Baltimore Inspector General announces reconfigured advisory board**

Author: *12:16 pm*

Article Text:

Following the requirements of a voter approved charter amendment aimed at eliminating potential conflicts of interest, the Baltimore Office of the Inspector General (OIG) has announced that a new Advisory Board has been convened to review its work.

As a result of Question I, favored in November by 86% of city voters, the board now includes nine city residents who are not elected officials, City employees, candidates for office, or lobbyists.

The board previously has been composed of elected officials or their designees, the city solicitor and the deans of two law schools.

For Baltimore's watchdog for government waste, fraud and abuse, the new configuration is a critical reform, the OIG said in a news release.

The change makes the Board "independent of possible conflicts of interest that may arise among those who are subject to the IG's investigative jurisdiction," the statement continued.

The issue of conflicts of interest on the board arose – and became a political flashpoint – in 2021 after Inspector General Isabel Mercedes Cumming produced a report critical of State's Attorney **Marilyn Mosby**, wife of City Council President Nick Mosby.

At a subsequent Council budget hearing and an advisory oversight meeting, Nick Mosby's designees on the board, along with City Solicitor Jim Shea, had been critical of Cumming, questioning her job performance and budget requests.

Ramos Resolution

The charter amendment, supported by Cumming, was the result of a resolution that City Councilwoman Odette Ramos pushed through the council last year.

Council to vote on charter amendment that would change makeup of Inspector General Advisory Board (7/25/22)

"The public should never wonder if a report is biased or is fully accurate because the subject of an investigation sits on or is influenced by a member of this board," Cumming said at a hearing of the previous board, calling its composition "a flaw."

"No citizen of Baltimore should be concerned whether a future inspector general has the fortitude to stand up to, or investigate, their own board," she added.

Unique Process

Under the new configuration, the deans of the University of Baltimore Law School and the University of Maryland law school are still members of the 11-member Independent Advisory Board.

But the others serving on this first-ever city body were chosen through a unique process.

From the 56 citizens who applied to serve on the Board, a group of 14 were nominated by City Council members from their respective districts.

From this group, seven Board members were chosen at random as the final selection by the Chairman of the Board of Ethics.

The other two members are city residents chosen from professional groups: Certified Public Accountants and Certified Fraud Examiners.

The new Board Members' first meeting will include a training session scheduled for April 18 at 5:00 P.M. The session will be open to the public virtually.

Advisory Board Members

The new members are:

Gary Williams, Michael Dowd, Nicole Brehon, Ralph Salvador-Brisueno, Brittany Banks, Gayle Guilford, Lauren DiMartino, James Godey (CPA), Raymond White (CFE), Dean Ronald Weich and Dean Renée McDonald Hutchins.

Caption:
Above: In City Hall, the Office of the Inspector General, Baltimore's watchdog for government waste, fraud and abuse. (Mark Reutter)

Copyright © 2023 Baltimore Brew LLC, All rights reserved.

Record Number: 94c4469ebc27759ceaf2e796f354379eebb8

**Baltimore Brew (MD)**

April 17, 2023

Section: Front Page

**With no questions asked, City Council greenlights Ethics Board nominee**

Author: *6:51 pm*

Article Text:

"Tough crowd," quipped attorney John A. McCauley after Baltimore Council members raised not a single question or observation today before approving his nomination to the Board of Ethics.

The three-minute-long hearing, delayed after McCauley had failed to turn up at an earlier hearing, meant that his nomination was unanimously confirmed tonight by the full Council.

McCauley will fill one of two vacancies on the five-member panel, which is charged with enforcing the city's ethics code for appointed and elected officials.

Nominated for the final vacancy is Noelle W. Newman, who served as deputy to former Baltimore State's Attorney **Marilyn Mosby** in her final year in office.

The present three-member board has come under criticism for "blacking out" the names of donors to a legal defense fund set up for Mosby and her husband, City Council President Nick Mosby.

After **Marilyn Mosby** was indicted on federal criminal charges last year, the ethics board ruled that Nick Mosby had violated ethics rules by accepting cash from "controlled donors" – persons doing business with the city – through the defense fund. (As a state employee, **Marilyn Mosby** was not beholden to the city rules.)

After losing his appeal, Nick Mosby was ordered by a Circuit Court judge to turn over the list of donors to the ethics board, which proceeded to release the list with all 130 donor names redacted.

The six Councilmen attending today's Rules and Legislative Oversight hearing – all of them appointed by Nick Mosby (see below) – did not ask McCauley about the ethics board redactions, which have been faulted in editorials and by op-ed writers as a misreading of the state's Public Information Act.

Baltimore Ethics Board: Don't make a mockery of Maryland's Public Information Act (3/29/23)

Venable Partner

A longtime partner at Venable LLC who represents pharmaceutical and other companies in product liability cases, McCauley today pledged to uphold a "rigorous ethics law and rigorous ethics enforcement."

"You can't have good government without good ethics. It just doesn't work," he told the Council committee today.

He said he has "a history of some public service" as a volunteer lawyer for the Charles Village Community Benefits District and a board member of the Baltimore Urban Debate League. He is the son of the late John Andrew McCauley, onetime chief of the Baltimore Housing Authority.

Online campaign records show that McCauley has contributed $7,000 to Mayor Brandon Scott, who nominated him to the ethics board, and an additional $6,000 to Jim Shea, the former chairman of Venable who ran for Maryland governor in 2018 with Scott, then a city councilman, as lieutenant governor.

The Shea-Scott team won few votes in the 2018 Democratic primary. But two years later, Scott was elected Baltimore's mayor, and he made Shea city solicitor.

Last January, Shea handed over the law office to two young lawyers he had recruited from Venable – now acting city solicitor Ebony Thompson and deputy solicitor Stephen Salsbury.

Mosby Contributor

Newman was formally nominated today by Mayor Scott as a fifth member of the ethics board.

Since leaving the state's attorney's office in January when Ivan Bates took office, Newman has worked as a litigator at PK Law, a Towson-based firm.

Newman has been a loyal supporter of both Mosbys, according to Elections Board records.

For example, she gave $425 to Nick Mosby during his short-lived campaign for mayor in 2016, and has given more since.

While a member of the state's attorney's office, she donated more than $4,000 to **Marilyn Mosby**'s campaign committee under her name and under Noelle Winder.

Nick Mosby tonight assigned her nomination to the Rules and Legislative Oversight Committee for a future hearing.

_____

The Council members approving McCauley were Issac "Yitzy" Schleifer (chair), Kristerfer Burnett, Mark Conway, Eric Costello, Odette Ramos and James Torrence.

Caption:
Above: Attorney John McCauley will fill one of two vacant seats on the Baltimore Ethics Board. (venable.com)

Some of the donations to the Mosby Legal Defense Fund, released by the Baltimore City Board of Ethics with the names redacted. The second top entry represents a $5,000 contribution.

Noelle Newman, former deputy state's attorney, has been nominated as the fifth ethics board member. (pklaw.com)

Copyright © 2023 Baltimore Brew LLC, All rights reserved.

Record Number: dac51b423e4bb6036337773ca9dfd30fb4ef4fe

**Daily Record, The (Baltimore, MD)**

May 8, 2023

Section: News

Topics:

**Index Terms:**
General news

**The Daily Record receives 18 awards in MDDC press association contest**

Author: *Daily Record Staff*

Article Text:

The Daily Record was recognized with 18 awards from the Maryland-Delaware-D.C. Press Association annual journalism competition.

The paper earned 10 first-place awards, seven second-place awards and one Best of Show, which is chosen from all the first-place winners in a specific category.

Legal affairs reporter Madeleine O'Neill won first and second place in the breaking news category for her coverage of the report on abuse by priests in the Archdiocese of Baltimore and for Baltimore State's Attorney **Marilyn Mosby** being indicted on federal charges. She also won first and second place in investigative reporting.

"The awards recognize the outstanding journalism our team does, day in and day out, and how we strive to serve the public," said Thomas Baden Jr., editor of The Daily Record.

The awards covered work published in 2022, with news organizations competing in 85 categories across seven divisions based on audience size and frequency of publication. Best in Show category awards included entries in all divisions.

The Daily Record awards are:

Best of Show:

Bryan P. Sears in online blog commentary for the Eye on Annapolis blog

First Place

Bryan P. Sears in state government for issues with a state contractor that struggled with payments on claims for mental health and substance abuse treatment program.

Bryan P. Sears in online blog commentary for the Eye on Annapolis blog.

Madeleine O'Neill in breaking news for coverage of the report naming 158 Catholic priests accused of abuse in the Archdiocese of Baltimore.

Madeleine O'Neill in general news story for coverage of the Joshua Treem case leading the U.S. attorney to have new rules for monitoring attorney communications.

Madeleine O'Neill in investigative reporting for crime log backlogs after Baltimore prosecutors were pushed to test every gun.

Patrick Brannan, Bryan P. Sears and Daily Record staff in news-driven special section for Eye on Annapolis 2022 Summit.

Patrick Brannan, Cammie Collier, Angelyn Nye in custom publication for Way To Be 2022.

Patrick Brannan and Daily Record staff for advertising-driven special publication - standalone for Homegrown Harford 2022.

Sloane Brown in best use of interactive media for the Women's Perspectives Podcast.

Sloane Brown in features video for her Off the Record with Sloane Brown: Diane Bell-McKoy, Associated Black Charities.

Second Place

Bryan P. Sears in best use of interactive media for the Eye on Annapolis webinar series.

Bryan P. Sears in news-driven multimedia storytelling for the Eye on Annapolis Summit.

Joy Tyler and Daily Record staff in news-driven special section for Doing Business in Maryland: Outlook 2023.

Madeleine O'Neill in breaking news for coverage of Baltimore State's Attorney **Marilyn Mosby** being indicted on federal charges.

Madeleine O'Neill in investigative reporting for coverage of a Chicago law firm that collected $7.3 million in defending Baltimore police offices in wrongful convictions.

Patrick Brannan and Daily Record staff for advertising-driven special section in-paper product for Power 100 & the 2022 Power Lists.

Patrick Brannan and Daily Record staff for advertising-driven special publication-standalone for Harford County Growth Report 2022.

Copyright © 2023 BridgeTower Media. All Rights Reserved.

Copyright, 2023, The Daily Record (Baltimore, MD)

Record Number: 359264

**Baltimore Brew (MD)**

May 8, 2023

Section: Media & Technology

### Baltimore Brew wins top MDDC honors in four accountability reporting categories

Author: *Brew Editors*

Article Text:

Baltimore Brew received 14 Maryland, Delaware, District of Columbia (MDDC) Press Association prizes for work published in 2022 at a ceremony in Annapolis on Friday.

The Brew's award-winning work included top honors for reporting in four categories that reflect the website's focus on accountability journalism.

As "Best of Show" winners in land use reporting, series reporting, election coverage and local government coverage, The Brew's two-person newsroom was judged against submissions by the region's major print and online news media, including The Baltimore Sun, The Baltimore Banner, (Delaware) News Journal, Capital Gazette and other organizations.

Two veteran Brew contributors, op-ed writer David Plymyer and photojournalist Joe Giordano, were also honored for their work.

This year's entries included more than 1,400 submissions across 85 categories. They were judged by the Louisiana Press Association.

Announcing the winners, MDDC Executive Director Rebecca Snyder said the contest is part of the organization's mission to support and strengthen news organizations, citing the vital role they play in the community.

"We believe a strong news media is central to a strong and open society," Snyder said.

Best of Show: Land Use Reporting

Taking top honors in this category was a pair of stories by Mark Reutter about the waterfront project, Port Covington, which was granted unprecedented public (TIF) Tax Increment Financing.

Ousted as Port Covington's developer, Marc Weller leaves behind a $660 million "game changer" in search of occupants (5/19/22) was a look at the much-ballyhooed project whose uncertain future had set off alarm bells at Goldman Sachs, its biggest private investor.

It's official: Kevin Plank's Port Covington is rebranded as "Baltimore Peninsula" (11/15/22) again examined the project as its first phase of construction neared completion with few commercial leases in place and new promoters hired to buff it up with a fresh name.

Best of Show: Series Reporting

This winning entry consisted of two stories by Fern Shen and Mark Reutter that uncovered an Annapolis connection to a local controversy.

Community anger grows over planned sale of Grove Park Elementary School to an Ohio nursing home chain (12/20/22) described how city officials favored an out-of-state company over a proud Black neighborhood.

Nursing home company showers Maryland Democrats – and governor-elect Wes Moore – with campaign cash (12/20/22) documented contributions by the company, CommuniCare, ranging from $7,500 to Councilman Yitzy Schleifer to $223,000 to state elected officials, candidates and political parties, including $59,000 to then-governor-elect Wes Moore.

Best of Show: Election Coverage

These stories, again by Mark Reutter, were the result of detailed investigative reporting ahead of the 2022 primary.

The stories came out of a close reading of the campaign contribution reports of then-Baltimore State's Attorney **Marilyn Mosby** and her husband, City Council President Nick Mosby.

Reutter uncovered payments of nearly $50,000 from **Marilyn Mosby**'s campaign account to lawyers defending her as she faced a federal criminal probe – this despite Maryland law prohibiting such expenditures.

Other reporting by Reutter in the run-up to the election documented campaign payments made in the name of Prescott Thompson, **Marilyn Mosby**'s grandfather, written after his death.

**Marilyn Mosby** used campaign funds to pay her defense attorneys (1/20/22)

Giving from the grave? **Marilyn Mosby**'s dead grandfather contributed to her and her husband's campaigns (3/23/22)

Mosbys say they mistakenly listed deceased grandfather as campaign contributor (3/24/22)

Documents related to the "ghost" contributions from **Marilyn Mosby**'s dead grandfather (3/25/22)

**Marilyn Mosby** amends report that falsely attributed contribution to her dead grandfather (3/30/22)

Best of Show: Local Government

Northeast Baltimore residents have for years been lobbying for, debating and holding lengthy meetings about replacing the aging Harford Road Bridge with a broader, stronger and safer structure.

In 2022, they finally got their wish.

But after the bridge, costing considerably more than originally bid, was opened to traffic, a much anticipated pedestrian tunnel had residents scratching their heads.

On the south side of the bridge, the path ended abruptly in front of a steep, weed-choked embankment. Joggers and women pushing strollers found themselves backtracking through a graffiti-tagged passageway or clambering past odd boulder piles.

How did this happen? Mark Reutter dug into the details.

Welcome to "The underpass to nowhere" 20 years after it was planned (11/28/22)

Divisional Awards

Local Column: Critical Thinking – First Place, David A. Plymyer

In 2022, City Council President Nick Mosby introduced a pension bill, pushing it through the legislative process with urgency. It would have slashed from 12 to 8 the years of service required for current and future elected officials to vest in the right to receive pension benefits at age 55.

Supporters said it was a nod to fairness in light of the recently approved charter amendment, Question K, that set term limits for local elected officials. Plymyer, the former Anne Arundel County Attorney, honed in on the real reason:

"Its primary intent was to protect certain members of the Council, including Mosby, from loss of future pension benefits if they lose at the polls before vesting in those benefits," he wrote. "It also appeared to target Mayor Brandon Scott for a dramatic reduction of his future pension benefits."

Close reading of Mosby's pension bill shows it could benefit him and hurt Scott (11/21/22)

Breaking News: First Place, Fern Shen

A showdown loomed at a homeless person's encampment under the Jones Falls Expressway: police were going to clear the encampment at midnight.

The Brew was there to chronicle the moment, including what happened after one encampment dweller poured gasoline around his tent, went inside and lit a cigarette. As our video showed, officers moved in, shot him with tasers and tackled him to the ground – one of them kicking the cigarette out of the way.

Homeless camp clearing ends with splashed gas, a flame and a tasing (10/9/22)

General News Photo: First Place, J.M. Giordano

As they have for years at the Annual Taxpayers Night, residents pleaded with Baltimore officials to cut the police budget and shift funding to jobs, housing, health care, education, substance abuse treatment and other needs.

One man described his thought process after being held up at gunpoint a few months earlier, robbed "down to my shoes and socks."

"Policing does not make us safer," he said. "Those guys that robbed me – the police came after the fact."

The man Giordano depicted [above] in his winning photograph from that night had his own modest ask: he pleaded for officials to lower his water bill and "just return some phone calls once in a while."

Photo Series: First Place, J.M. Giordano, Fern Shen

The rally, which took place in the far South Baltimore community of Curtis Bay, was held to mark a grim anniversary:

Nearly a year had passed since an explosion at the CSX coal terminal sent terrified residents diving to the floor as windows shattered and black soot rained down on their streets and cars.

Shen's photos captured the determination of the marchers that day. Giordano's, taken over multiple visits, conveyed the long-term toll it taken on residents living so close to a fading, but still dangerous, industrial waterfront.

After a century of industrial accidents and toxic exposures, Curtis Bay residents say they've had enough (12/5/22)

Land Use Reporting: Second Place, Mark Reutter

In this analysis piece, Mark Reutter pointed out the mixed message from City Hall as a headline-grabbing document was released.

The Bureau of the Budget and Management Research released a report saying the city should cap and even curtail overly generous tax breaks to developers.

At the same time, Mayor Brandon Scott and the City Council were expanding and lengthening the life of some of city government's biggest subsidies.

How did elected officials explain the breaks, which the budget office said were much more generous than those extended by other Maryland jurisdictions? Trickle-down economics, Reutter explained.

Mayor and City Council are sweetening developer tax credits that are already out of control, budget office says (8/15/22)

Other Divisional Wins

Fern Shen and Mark Reutter: "Community anger – and loads of campaign cash – as a former city school goes up for sale," First Place in Series.

Mark Reutter: "Giving from the grave, paying lawyers with campaign funds," First Place in Investigative Reporting.

Mark Reutter: "Welcome to 'The underpass to nowhere' 20 years after it was planned," First Place in Local Government.

Mark Reutter: "Giving from the grave, paying lawyers with campaign funds," First Place Election Coverage.

Mark Reutter: "Field of Dreams" (Port Covington stories), First Place in Growth & Land Use Reporting.

Caption:
Above: At Baltimore 2022 Taxpayers' Night, Sam Snowden gets a fist bump after his plea to city officials to lower his water bill and "just return some phone calls once in a while." J.M. Giordano's MDDC award-winning photo.

A worker walks past the massive coal pile at the CSX transfer terminal in Curtis Bay. (J.M. Giordano)

ABOVE: Visible beyond this Curtis Bay street, the CSX coal silo damaged in a December 30, 2021 explosion. (J.M. Giordano) BELOW: Shashawnda Campbell, of the South Baltimore Community Land Trust, leads protest last year against CSX coal operations in Curtis Bay. She is flanked by Meg Chow and youth leader Carlos Sanchez. (Fern Shen)

Shashawnda Campbell, of the South Baltimore Community Land Trust, leads protest against CSX coal operations in Curtis Bay. She is flanked by Meg Chow and youth leader Carlos Sanchez. (Fern Shen)

Copyright © 2023 Baltimore Brew LLC, All rights reserved.

Record Number: 893448de2226c7c1818cdd5131362e9e1d9d23d4