# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

|  |  |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Criminal Case No. 22-cr-00007-LKG |
| ) | |
| MARILYN J. MOSBY, ) | Dated: July 12, 2023 |
| ) | |
| Defendant. ) | |
| ) | |

## AMENDED SCHEDULING ORDER

The Court, with the assistance of the parties, **MODIFIES** the Scheduling Order, dated February 27, 2023, as follows:

| | |
|---|---|
| Consolidated response to defendant's motion to dismiss; defendant's motion for a bill of particulars; and defendant's motion to disqualify counsel. | **March 11, 2022** |
| Consolidated reply in support of defendant's motion to dismiss; defendant's motion for a bill of particulars; and defendant's motion to disqualify counsel. | **March 25, 2022** |
| Hearing on pre-trial motions and first pre-trial status conference. | **April 14, 2022, at 2 p.m., in Courtroom 1A of the Edward A. Garmatz Building, 101 West Lombard Street, Baltimore, Maryland 21201**. |
| Meet and confer regarding expert witnesses and pre-trial motions. | **May 1, 2023** |
| The parties' expert disclosures. | **June 30, 2023** |
| Pre-trial motions and supplemental expert disclosures. | **June 30, 2023** |
| Responses to pre-trial motions, except motion to transfer venue. | **July 14, 2023** |

| | |
|---|---|
| Replies to pre-trial motions, except motion to transfer venue. | **July 21, 2023** |
| Response to motion to transfer venue. | **August 11, 2023** |
| Reply to motion to transfer venue. | **August 18, 2023** |
| Pre-trial status conference and hearing on motion(s) to exclude and to supplement. | **September 8, 2023, in Courtroom 3D of the Edward A. Garmatz Building, 101 West Lombard Street, Baltimore, Maryland 21201.** |
| Motion(s) *in limine*; proposed voir dire; revised proposed jury instructions; and a proposed jury verdict form. In preparing proposed voir dire, proposed jury instructions, and a proposed jury verdict form, counsel shall meet and confer and, to the fullest extent possible, make a joint submission. Counsel shall identify any matters of disagreement through supplemental filings. | **September 15, 2023** |
| Responses to motion(s) *in limine*. | **September 29, 2023** |
| Replies to motion(s) *in limine*. | **October 6, 2023** |
| Pre-trial status conference and hearing on motion(s) *in limine*. | **October 23, 2023, in Courtroom 3D of the Edward A. Garmatz Building, 101 West Lombard Street, Baltimore, Maryland 21201.** |
| Final pre-trial status conference. | **October 30, 2023, in Courtroom 3D of the Edward A. Garmatz Building, 101 West Lombard Street, Baltimore, Maryland 21201.** |
| Jury selection. | **October 31, 2023, in Courtroom 3D of the Edward A. Garmatz Building, 101 West Lombard Street, Baltimore, Maryland 21201.** |

| | |
|---|---|
| Jury trial. | **November 2, 2023, in Courtroom 3D of the Edward A. Garmatz Building, 101 West Lombard Street, Baltimore, Maryland 21201.** |

**IT IS SO ORDERED.**

<u>s/ Lydia Kay Griggsby</u>
LYDIA KAY GRIGGSBY
United States District Judge
