United States District Court for
the District of Maryland

**United States**

v.

**Marilyn Mosby**

No. 1:22-cr-7-LKG

**Motion for Leave to File Reply Brief
in Excess of the Page Limit**

Marilyn Mosby respectfully seeks leave to file a reply brief in excess of the normal page limit for replies.

On June 30, 2023, Mrs. Mosby filed (1) a Motion for Early Determination of CARES Act Jury Instructions (ECF 206), (2) a Motion to Sever Counts One and Three From Counts Two and Four (ECF 207), and (3) a Motion to Strike Allegations Regarding Mrs. Mosby's Use of Funds from Counts One and Three of the Superseding Indictment (ECF 211). On July 14, 2023, the government filed an omnibus response opposing these motions.

Rather than writing separate replies in support of each motion, Mrs. Mosby has written an omnibus reply that addresses the government's arguments in a single filing. She hopes that consolidating the replies in this way will make it easier for the Court to keep track of the briefing, and will avoid the need to repeat certain arguments that are relevant to more than one motion.

Mrs. Mosby's reply is 32 pages long, 12 pages longer than the limit for reply briefs under this Court's local rules. *See* Dist. Md. L. R. 105(3) (limiting replies to 20 pages). The total page length, however, is well below the total number of pages (60) to which Mrs. Mosby would be entitled if she broke up the replies into separate filings. Consolidating her replies into a single filing is simply an effort to facilitate the Court's review of Mrs. Mosby's motions, not an attempt to evade the page limit applicable to reply briefs.

Mrs. Mosby therefore respectfully requests leave to file an omnibus reply brief that is 32 pages in length.


Respectfully submitted,

| | |
|---|---|
| /s/ James Wyda | /s/ Lucius Outlaw |
| James Wyda | Lucius Outlaw |
| Federal Public Defender | Outlaw PLLC |
| Office of the Federal Public Defender | 1351 Juniper Street, NW |
| 100 South Charles Street | Washington, DC 20012 |
| Tower II, 9th Floor | Phone: (202) 997-3452 |
| Baltimore, MD 21201 | loutlaw3@outlawpllc.com |
| Phone: (410) 962-3962 | |
| jim_wyda@fd.org | |


/s/ Maggie Grace
Maggie Grace
Assistant Federal Public Defender
Office of the Federal Public Defender
100 South Charles Street
Tower II, 9th Floor
Baltimore, MD 21201
Phone: (410) 962-3962
maggie_grace@fd.org