United States District Court for
the District of Maryland

| | |
|---|---|
| United States<br><br>v.<br><br>Marilyn Mosby | No. 1:22-cr-7-LKG |

**Motion for Leave to File Reply Brief
in Excess of the Page Limit**

For the reasons stated in Mrs. Mosby's Motion for Leave to File Reply Brief in Excess of the Page Limit, it is this __ day of July 2023,

ORDERED that Mrs. Mosby's Motion for Leave to File Reply Brief in Excess of the Page Limit is GRANTED.

_____
Honorable Lydia Kay Griggsby
United States District Judge

1