IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) ) | |
| v. | ) ) | Criminal Case No. 22-cr-00007-LKG |
| MARILYN J. MOSBY, | ) ) | Dated:  August 1, 2023 |
| Defendant. | ) ) ) | |

### ORDER ON DEFENDANT'S MOTION FOR
### EARLY DETERMINATION OF CARES ACT-RELATED JURY INSTRUCTIONS

On June 30, 2023, Defendant filed a motion for an early determination of CARES Act-related jury instructions.  ECF No. 206.  The Government opposes the motion and the motion is fully briefed.  *See generally,* ECF Nos. 206; 215; 217.  No hearing is necessary to resolve the motion.  *See* L.R. 105.6 (D. Md. 2021).

At the request of the Defense, and for good cause shown, the Court **GRANTS** the Defendant's motion for an early determination of CARES Act-related jury instructions.  The parties shall adhere to the following briefing schedule for addressing proposed CARES Act-related jury instructions:

| | |
|---|---|
| The parties shall **FILE** proposed CARES Act-related jury instructions and any supportive briefing. | **August 14, 2023** |
| Responsive briefs. | **August 28, 2023** |
| Pre-trial status conference and hearing on motion(s) to exclude, to supplement, and on the proposed CARES Act-related jury instructions. | **September 8, 2023, in Courtroom 3D of the Edward A. Garmatz Building, 101 West Lombard Street, Baltimore, Maryland 21201.** |

1

The Court's July 12, 2023, Scheduling Order shall be **MODIFIED** accordingly.

**IT IS SO ORDERED.**

<u>s/ Lydia Kay Griggsby</u>
LYDIA KAY GRIGGSBY
United States District Judge
