IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| **v.** | * | **CRIMINAL NO. LKG-22-007** |
| | * | |
| **MARILYN MOSBY,** | * | |
| | * | |
| **Defendant.** | * | |
| | ******* | |

# ORDER

The Defendant's Motion for Intra-District Transfer, ECF 212, is hereby DENIED.

_____                                              _____
         Date                                                                                    Hon. Lydia K. Griggsby
                                                                                                     United States District Judge