United States District Court for
the District of Maryland

| | |
|---|---|
| **United States**<br><br>v.<br><br>**Marilyn Mosby** | **No. 1:22-cr-7-LKG** |

**Unopposed Motion for Extension of Time to File Reply
in Support of Renewed Motion for Transfer**

Marilyn Mosby respectfully seeks a three-day extension of time (from this Friday until next Monday) in which to file a reply brief in support of her Renewed Motion for Intra-District Transfer to the Southern Division.

Mrs. Mosby filed her motion on June 30, 2023, and the government responded in opposition on August 11, 2023. ECF 212, 222. Under the current scheduling order, Mrs. Mosby's reply brief is due this Friday, August 18, 2023. ECF 220 at 2. Only a brief extension is requested to Monday, August 21, 2023. A hearing is scheduled for September 8, 2023, on this and other matters. It is undersigned counsel's hope that the brief extension will not disturb the Court's preparation time for the September 8th hearing.

Mrs. Mosby's transfer motion relied on a media survey and telephone poll conducted by Bryan Edelman, Ph.D., the co-founder of Trial Innovations, Inc., a "national full-service

1

jury research firm." ECF 212 at 5. The motion also cited a declaration in which Dr. Edelman described and synthesized the results of his research, which show that (1) the Northern Division has been saturated with prejudicial media coverage and (2) Southern Division jurors are less predisposed to judge Mrs. Mosby guilty. In its response, the government argues Dr. Edelman's research is unreliable and therefore does not justify transferring Mrs. Mosby's case. The government relies on a declaration prepared by John Frehse, a consultant who opined that Dr. Edelman's survey and poll suffer from numerous methodological flaws. ECF 222 at 10-17.

In her reply, Mrs. Mosby needs and intends to address the government's criticism of Dr. Edelman's methodology and conclusions. Doing so requires consulting with Dr. Edelman. Given Dr. Edelman's schedule (including a focus group he was attending earlier this week), drafting and filing a reply brief by this Friday will be impossible. Mrs. Mosby therefore respectfully requests a modest three-day extension of her reply deadline, until Monday, August 21, 2023.

Defense counsel have spoken to counsel for the government, who advised that the government does not oppose this request.

Mrs. Mosby therefore respectfully requests the Court grant a three-day extension of the deadline for filing a reply brief in support of her Renewed Motion for Intra-District Transfer to the Southern Division. A proposed order is attached.

Respectfully submitted,

| | |
|---|---|
| /s/ James Wyda | /s/ Lucius Outlaw |
| James Wyda | Lucius Outlaw |
| Federal Public Defender | Outlaw PLLC |
| Office of the Federal Public Defender | 1351 Juniper Street, NW |
| 100 South Charles Street | Washington, DC 20012 |
| Tower II, 9th Floor | Phone: (202) 997-3452 |
| Baltimore, MD 21201 | loutlaw3@outlawpllc.com |
| Phone: (410) 962-3962 | |
| jim_wyda@fd.org | |

/s/ Maggie Grace
Maggie Grace
Assistant Federal Public Defender
Office of the Federal Public Defender
100 South Charles Street
Tower II, 9th Floor
Baltimore, MD 21201
Phone: (410) 962-3962
maggie_grace@fd.org