**United States District Court for
the District of Maryland**

**United States**

    **v.**

**Marilyn Mosby**

**No. 1:22-cr-7-LKG**

**Order**

      The Court having considered Marilyn Mosby's Unopposed Motion for Extension of

Time to File Reply in Support of Renewed Motion for Transfer, and good cause having been

shown, it is this _____ day of August, 2023, HEREBY ORDERED that the motion is

GRANTED. Mosby's reply shall be due August 21, 2023.

_____
Hon. Lydia Kay Griggsby
United States District Judge