# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| v. | ) Criminal Case No. 22-cr-00007-LKG |
| MARILYN J. MOSBY, | ) Dated:  August 16, 2023 |
| Defendant. | ) |

## ORDER

On August 16, 2023, defendant filed an unopposed motion for extension of time until August 21, 2023, to file a reply in support of defendant's renewed motion for intra-district transfer (ECF No. 224).

In light of the foregoing, and for good cause shown, the Court **GRANTS** defendant's unopposed motion for an enlargement of time.  Defendant's reply is due on **August 21, 2023**.

**IT IS SO ORDERED.**

s/ Lydia Kay Griggsby
LYDIA KAY GRIGGSBY
United States District Judge