United States District Court for
the District of Maryland

**United States**

v.

**Marilyn Mosby**

No. 1:22-cr-7-LKG

**Unopposed Motion to Bifurcate Reply in Support of
Renewed Motion for Transfer**

Marilyn Mosby's reply in support of her Renewed Motion for Intra-District Transfer to the Southern Division is due today, Monday, August 21, 2023. Upon further reflection and preparation for today's deadline, counsel requests leave to file her reply in two phases: an initial reply brief, filed today (August 21st), addressing all issues other than the government's criticisms of the media survey and phone poll cited in Mrs. Mosby's motion; and a supplemental reply brief, filed this Wednesday (August 23rd), addressing those criticisms. The government does not oppose this request.

Mrs. Mosby filed her transfer motion on June 30, 2023, and the government responded in opposition on August 11, 2023. ECF 212, 222. Mrs. Mosby's motion relied on a media survey and telephone poll conducted by Bryan Edelman, Ph.D., the co-founder of Trial Innovations, Inc., a "national full-service jury research firm." ECF 212 at 5. The motion

1

also cited a declaration in which Dr. Edelman described and synthesized the results of his research, which show that (1) the Northern Division has been saturated with prejudicial media coverage and (2) Southern Division jurors are less predisposed to judge Mrs. Mosby guilty. In its response, the government argues Dr. Edelman's research is unreliable and therefore does not justify transferring Mrs. Mosby's case. The government relies on a declaration prepared by John Frehse, a "labor and operations strateg[ist]," who opined that Dr. Edelman's survey and poll suffer from numerous methodological flaws. ECF 222 at 10-17; *see* ECF 222-1 at 3.

Mrs. Mosby's reply was initially due on August 18, 2023. ECF 220 at 2. On August 16, 2023, she moved for a three-day extension of her reply deadline, until August 21, 2023. ECF 224. Mrs. Mosby explained that addressing the government's criticism would require consulting with Dr. Edelman about his methodology and conclusions, a process that would take several additional days. *Id.* at 2. The Court granted Mrs. Mosby's motion. ECF 225.

After speaking with Dr. Edelman on August 17th, it is apparent to defense counsel that replying fully to the government's arguments will take longer than initially anticipated. In response to a discovery demand, the government informed defense counsel that Mr. Frehse has no experience at all designing or administering *telephone* polls specifically, and his criticisms of Dr. Edelman's poll reflect that fact.[1] Dr. Edelman reports that Mr. Frehse's critique is misplaced in numerous and substantial respects. In discussing Dr. Edelman's poll, Mr. Frehse committed basic methodological errors that would have been apparent to anyone experienced with phone surveys (e.g., badly miscalculating the response rate), and levied

---

[1] According to the government, Mr. Frehse's "favored technique[]" for "assessing sentiment" is "in person surveys."

criticisms that are inconsistent with well-accepted professional standards governing the phone-survey field. Dr. Edelman, who has many years of experience with all aspects of phone polling, is preparing a detailed declaration that responds to Mr. Frehse's errors. But given the extent and fact-intensive nature of those errors—and given other obligations on Dr. Edelman's schedule—the declaration will not be ready to submit to the Court before August 23, 2023.

Mrs. Mosby thereby proposes bifurcating her reply briefing into two phases. An initial reply brief, which will be ready for filing by the current deadline of August 21, 2023, would address all issues in the government's response *other than* those identified by Mr. Frehse. Since the parties agree on the standard applicable to intra-district-transfer motions (whether, "all relevant things considered, the case would be better off transferred to another division," *see* ECF 212 at 16), Mrs. Mosby believes the Court can resolve Mrs. Mosby's motion even without getting into disputed methodological expert issues. The arguments in Mrs. Mosby's initial reply would allow the Court to do so. But for purpose of completing the record and responding to the government's methodological criticisms, a supplemental reply brief, which will rely on Dr. Edelman's forthcoming declaration and which will be ready for filing by August 23, 2023, would address only the issues identified by Mr. Frehse.

Mrs. Mosby has worked diligently to gather, as quickly as possible, all the materials relevant to her reply. Unfortunately, working with expert witnesses sometimes requires more time than simply briefing legal issues—as reflected in the additional four weeks the government received to respond to Mrs. Mosby's transfer motion. *See* ECF 220 at 1-2. Mrs. Mosby realizes her current request will delay the Court's consideration of some of the parties' arguments concerning intra-district transfer. As she mentioned above and will

explain fully in her proposed initial reply, however, the Court can resolve her transfer motion even without wading into the dispute between Dr. Edelman and Mr. Frehse. Even if all of Mr. Frehse's criticisms were valid, Mrs. Mosby believes her initial reply brief will still provide the Court with all the information it needs to grant a transfer. It is therefore Mrs. Mosby's hope that any delay in the Court's preparation for the September 8, 2023 motions hearing would be minimal.

Defense counsel have spoken to counsel for the government, who advised that the government does not oppose this request.

Mrs. Mosby therefore respectfully requests the Court permit her to bifurcate her reply briefing into two phases: (1) an initial reply, due today (August 21, 203), addressing all issues other than those in Mr. Frehse's declaration, and (2) a supplemental reply, due Wednesday, August 23, 2023, addressing only the issues in that declaration. A proposed order is attached.

Respectfully submitted,

| | |
|---|---|
| /s/ James Wyda | /s/ Lucius Outlaw |
| James Wyda | Lucius Outlaw |
| Federal Public Defender | Outlaw PLLC |
| Office of the Federal Public Defender | 1351 Juniper Street, NW |
| 100 South Charles Street | Washington, DC 20012 |
| Tower II, 9th Floor | Phone: (202) 997-3452 |
| Baltimore, MD 21201 | loutlaw3@outlawpllc.com |
| Phone: (410) 962-3962 | |
| jim_wyda@fd.org | |

<u>/s/ Maggie Grace</u>
Maggie Grace
Assistant Federal Public Defender
Office of the Federal Public Defender
100 South Charles Street
Tower II, 9th Floor
Baltimore, MD 21201
Phone: (410) 962-3962
maggie_grace@fd.org