United States District Court for
the District of Maryland

| | |
|---|---|
| **United States**<br><br>v.<br><br>**Marilyn Mosby** | **No. 1:22-cr-7-LKG** |

**Order**

The Court having considered Marilyn Mosby's Unopposed Motion to Bifurcate Reply in Support of Renewed Motion for Transfer, and good cause having been shown, it is this _____ day of August, 2023, HEREBY ORDERED that the motion is GRANTED. Mosby's initial reply shall be due August 21, 2023, and her supplemental reply shall be due August 23, 2023.

_____
Hon. Lydia Kay Griggsby
United States District Judge