United States District Court for
the District of Maryland

| | |
|---|---|
| **United States**<br><br>v.<br><br>**Marilyn Mosby** | No. 1:22-cr-7-LKG |

### Marilyn Mosby's Motion for Leave to File Reply in Support of Requested CARES Act Jury Instructions

Marilyn Mosby respectfully seeks leave to file a reply brief in support of her requested CARES Act jury instructions.

On June 30, 2023, Mrs. Mosby filed a motion asking the Court to resolve certain CARES Act-related jury instructions in advance of trial. ECF 206. The Court granted that order on August 1, 2023, and directed both parties to file "proposed CARES Act-related jury instructions and any supportive briefing" by August 14, 2023. ECF 221. The Court's order set an August 28, 2023 deadline for filing responsive briefs. *Id.*

On August 14th, Mrs. Mosby filed a brief requesting seven proposed jury instructions. ECF 223. The government did not file a brief of its own. Instead, on August 28th the government filed a response in opposition to Mrs. Mosby's requested jury instructions. ECF 231.

1

Because the government did not submit a filing at the original August 14th deadline, it has responded to Mrs. Mosby's arguments regarding CARES Act-related jury instructions, but Mrs. Mosby has not had a similar opportunity to respond to the government's position. She therefore respectfully seeks leave to file a reply brief that addresses the arguments in the government's August 28th filing.

A copy of Mrs. Mosby's proposed reply is attached to this motion as Exhibit A. A proposed order is attached as Exhibit B.

Respectfully submitted,

| | |
|---|---|
| /s/ James Wyda | /s/ Lucius Outlaw |
| James Wyda | Lucius Outlaw |
| Federal Public Defender | Outlaw PLLC |
| Office of the Federal Public Defender | 1351 Juniper Street, NW |
| 100 South Charles Street | Washington, DC 20012 |
| Tower II, 9th Floor | Phone: (202) 997-3452 |
| Baltimore, MD 21201 | loutlaw3@outlawpllc.com |
| Phone: (410) 962-3962 | |
| jim_wyda@fd.org | |

/s/ Maggie Grace
Maggie Grace
Assistant Federal Public Defender
Office of the Federal Public Defender
100 South Charles Street
Tower II, 9th Floor
Baltimore, MD 21201
Phone: (410) 962-3962
maggie_grace@fd.org