United States District Court for
the District of Maryland

| | |
|---|---|
| United States<br><br>v.<br><br>Marilyn Mosby | No. 1:22-cr-7-LKG |

Order

The Court having considered Marilyn Mosby's Motion for Leave to File Reply in Support of Requested CARES Act Jury Instructions, and good cause having been shown, it is this _____ day of _____, 2023, HEREBY ORDERED that the motion is GRANTED. Mosby's proposed reply is accepted for filing.

_____
Hon. Lydia Kay Griggsby
United States District Judge