IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>v. )<br>)<br>MARILYN J. MOSBY, )<br>)<br>Defendant. )<br>) | Criminal Case No. 22-cr-00007-LKG<br><br>Dated: September 5, 2023 |

# ORDER

The Court has scheduled a hearing on Defendant's motion to transfer venue; to sever Counts 1 and 3 from Counts 2 and 4 of the Superseding Indictment; and the parties' briefing on CARES Act jury instructions, to be held on **September 8, 2023**. The parties shall adhere to the following time allocations for the presentation of oral arguments for each of these matters:

    Opening arguments, **10** minutes each;

    Responses, **10** minutes each; and

    Rebuttal, if any, **5** minutes each.

**IT IS SO ORDERED.**

                                                                            s/ Lydia Kay Griggsby
                                                                            LYDIA KAY GRIGGSBY
                                                                            United States District Judge