United States District Court for
the District of Maryland

| | |
|---|---|
| **United States**<br><br>v.<br><br>**Marilyn Mosby** | No. 1:22-cr-7-LKG |

**Consent Motion for Permission to Allow Mrs. Mosby to Attend the September 8 Hearing by Video or Telephone Or, Alternatively, to Waive Her Appearance at the Hearing**

Marilyn Mosby, through undersigned counsel, requests that the Court allow her to attend the upcoming September 8, 2023 motions hearing by video or telephone or, alternatively, to waive her appearance. In support of the motion, Mrs. Mosby states as follows:

1. The Court has scheduled a motions hearing on September 8, 2023 on the following pending motions: motion to transfer venue; motion to sever Counts 1 and 3 from Counts 2 and 4 of the Superseding Indictment; the parties' briefing on CARES Act jury instructions; and the motion to strike allegations regarding use of funds from Counts 1 and 3 of the Superseding Indictment.

2. Mrs. Mosby has an urgent out of town family emergency to attend to, which – with the Court's permission – will result in her physical absence at the September 8 hearing. Given the private, sensitive nature of the emergency, Mrs. Mosby is providing additional details under seal in Exhibit A.

3. Given this urgent family matter, Mrs. Mosby requests that she be permitted to attend the hearing by video or telephone. If Mrs. Mosby's appearance by video or telephone cannot be accommodated, she respectfully requests that the Court allow her to waive her appearance at the hearing.

4. Federal Rule of Criminal Procedure 43(b) allows the Court to conduct a hearing on a question of law without the presence of the defendant. Fed. R. Crim. P. 43(b). The pending motions that will be heard on September 8 raise such legal questions.

5. Undersigned counsel has advised Mrs. Mosby of her right to appear at the September 8 hearing. Mrs. Mosby knowingly and voluntarily waives her appearance at that hearing as provided in the signed waiver attached as Exhibit B.

6. Counsel for the Government does not oppose Mrs. Mosby's request to attend the hearing by video or telephone or, alternatively, to waive her appearance at the hearing.

For these reasons, Mrs. Mosby requests that the Court grant the relief requested in this motion.

Respectfully submitted,

| | |
|---|---|
| /s/ James Wyda | /s/ Lucius Outlaw |
| James Wyda | Lucius Outlaw |
| Federal Public Defender | Outlaw PLLC |
| Office of the Federal Public Defender | 1351 Juniper Street, NW |
| 100 South Charles Street | Washington, DC 20012 |
| Tower II, 9th Floor | Phone: (202) 997-3452 |
| Baltimore, MD 21201 | loutlaw3@outlawpllc.com |
| Phone: (410) 962-3962 | |
| jim_wyda@fd.org | |

/s/ Maggie Grace
Maggie Grace
Assistant Federal Public Defender

Office of the Federal Public Defender
100 South Charles Street
Tower II, 9th Floor
Baltimore, MD 21201
Phone: (410) 962-3962
maggie_grace@fd.org