United States District Court for
the District of Maryland

| | |
|---|---|
| **United States**<br><br>v.<br><br>**Marilyn Mosby** | No. 1:22-cr-7-LKG |

### Waiver of Appearance

I, Marilyn Mosby, have been advised of my right to appear at the hearing scheduled for Friday, September 8, 2023, on the following pending motions: motion to transfer venue; motion to sever Counts 1 and 3 from Counts 2 and 4 of the Superseding Indictment; the parties' briefing on CARES Act jury instructions; and the motion to strike allegations regarding use of funds from Counts 1 and 3 of the Superseding Indictment. I knowingly and voluntarily waive my appearance at the September 8, 2023 hearing.

Signed: _____
Marilyn J. Mosby

Date: 9/6/23