United States District Court for
the District of Maryland

| | |
|---|---|
| **United States**<br><br>v.<br><br>**Marilyn Mosby** | No. 1:22-cr-7-LKG |

### Notice of Correction to Dr. Bryan Edelman's Supplemental Declaration

In advance of tomorrow's hearing on her Renewed Motion for Intra-District Transfer to the Southern Division (ECF 212), Marilyn Mosby submits the attached correction to the supplemental declaration written by Bryan Edelman, Ph.D.

In his supplemental declaration, Dr. Edelman wrote that his phone poll used a sample of 44,000 phone numbers. ECF 229-1 at 6. In fact, as Dr. Edelman notes in the attached correction, the poll used 25,733 phone numbers. Ex. A.

1

Respectfully submitted,

/s/ James Wyda
James Wyda
Federal Public Defender
Office of the Federal Public Defender
100 South Charles Street
Tower II, 9th Floor
Baltimore, MD 21201
Phone: (410) 962-3962
jim_wyda@fd.org

/s/ Lucius Outlaw
Lucius Outlaw
Outlaw PLLC
1351 Juniper Street, NW
Washington, DC 20012
Phone: (202) 997-3452
loutlaw3@outlawpllc.com

/s/ Maggie Grace
Maggie Grace
Assistant Federal Public Defender
Office of the Federal Public Defender
100 South Charles Street
Tower II, 9th Floor
Baltimore, MD 21201
Phone: (410) 962-3962
maggie_grace@fd.org