## VI. SAMPLE BREAKDOWN

The sample across both the Northern and Southern divisions of the District of Maryland was composed of 25,733 sample pieces (i.e., phone numbers), of which 85% were cell phone and 15% were landline records. Every phone number in the sample was called at least one time and the maximum number of dials to a respective phone number without an answer or final disposition code was seven.