IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|  |  |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>v. )<br>)<br>MARILYN J. MOSBY, )<br>)<br>Defendant. )<br>) | Criminal Case No. 22-cr-00007-LKG<br><br>Dated:  September 8, 2023 |

## ORDER

On September 8, 2023, the parties participated in a pre-trial hearing on the Defense's pre-trial motions.  ECF Nos. 207, 212, 223.  For the reasons stated during the hearing, and in the Court's memorandum opinion, the Court:

1. **GRANTS** the Defendant's renewed motion to transfer venue (ECF No. 212);

2. **GRANTS** the Defendant's motion to sever (ECF No. 207);

3. **DENIES-as-MOOT** the Defendant's motion to strike (ECF No. 211);

4. **GRANTS** the Defendant's motion to seal (ECF No.208); and

5. **GRANTS** the Defendant's motions for leave to file an *ex parte* supplement (ECF No. 210 and 218).

**IT IS SO ORDERED.**

s/ Lydia Kay Griggsby
LYDIA KAY GRIGGSBY
United States District Judge