# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v.           ) | Criminal Case No. 22-cr-00007-LKG |
| ) | |
| MARILYN J. MOSBY,    ) | Dated:  September 11, 2023 |
| ) | |
| Defendant.    ) | |

## PRELIMINARY ORDER ON CARES ACT-RELATED JURY INSTRUCTIONS

On September 8, 2023, the parties participated in a pre-trial hearing to address, among other things, the jury instructions related to the Cares Act for the trial in this criminal matter. For the reasons stated during the pre-trial hearing, the Court sets forth below proposed jury instructions related to the CARES Act.

The parties shall **MEET AND CONFER** and **FILE** any proposed modifications to these CARES Act-related jury instructions **on or before September 25, 2023**.

## CARES Act (Proof Of Perjury)

For Mrs. Mosby to be guilty of perjury, the government must prove beyond a reasonable doubt that she did not suffer "adverse financial consequences" stemming from the coronavirus or COVID-19, as a result of either:

- being quarantined, being furloughed or laid off or having work hours reduced due to such virus or disease,
- being unable to work due to lack of childcare due to such virus or disease, or
- closing or reducing hours of a business owned or operated by the individual due to such virus or disease,

according to how she understood this term at the time she submitted her withdrawal requests.

## CARES Act (Definition Of Adverse Financial Consequences)

"Adverse financial consequences" means an unfavorable or negative outcome related to money,"

**CARES Act (Withdrawal Amount And Number)**

You have heard evidence regarding both the amount of funds Mrs. Mosby withdrew from her 457(b) plan, and how she used those funds.

The CARES Act limits the amount of aggregate distributions from as coronavirus-related distribution to no more than $100,000.  If a 457(b) Plan enrollee qualifies for a coronavirus-related distribution under the CARES Act, she could make more than one withdrawal so long as the total amount withdrawn did not exceed $100,000.

There is no requirement under the CARES Act for an individual who has experienced adverse financial consequences stemming from the coronavirus and COVID-19 to limit the amount of the funds withdrawn to the amount of funds needed arising from the coronavirus or COVID-19

      **IT IS SO ORDERED.**

                                                s/ Lydia Kay Griggsby
                                                LYDIA KAY GRIGGSBY
                                                United States District Judge