**Marilyn Mosby**
**Summary of Net Inflows and Net Outflows**
**For the Years 2019 and 2020**

|  | 2019 | 2020 | Difference |
|---|---|---|---|
| **Total Inflows** | 154,948 | 256,542 | 101,594 |
| **Less: Total Outflows** | 154,652 | 210,379 | 55,727 |
| **Net Inflow** | **296** | **46,163** | **45,867** |



**Marilyn Mosby**
**Summary of Inflows**
**For the Years 2019 and 2020**

|  | 2019 | 2020 | Difference |
|---|---|---|---|
| **Payroll - Mayor and City** | 141,450 | 151,268 | 9,818 |
| **Miscellaneous** | 13,498 | 24,274 | 10,776 |
| **Nationwide Retirement** | 0 | 81,000 | 81,000 |
| **Total Inflows** | 154,948 | 256,542 | 101,594 |



**Marilyn Mosby**
**Summary of Net Outflows**
**For the Years 2019 and 2020**

| | 2019 | 2020 | Difference |
|---|---|---|---|
| **Cash Withdrawals** | 1,329 | 658 | (671) |
| **Credit Card Payments** | 68,032 | 70,066 | 2,034 |
| **Loans** | 51,009 | 29,353 | (21,656) |
| **Miscellaneous** | 34,282 | 30,482 | (3,800) |
| Subtotal | 154,652 | 130,559 | (24,093) |
| **Kissimmee, FL House** | 0 | 79,820 | 79,820 |
| **Total Outflows** | **154,652** | **210,379** | **55,727** |

**Marilyn Mosby**
**Credit Card Summary**
**For the Years 2019 and 2020**

|  | 2019 | 2020 | Difference |
|---|---|---|---|
| **Beginning Balance** | $ 23,526 | $ 26,441 | $ 2,915 |
| Purchases | $ 68,697 | $ 43,899 | $ (24,798) |
| Less: Payments | $ 65,782 | $ 69,938 | $ 4,156 |
| **Ending Balance** | $ 26,441 | $ 402 | $ (26,039) |

