United States District Court for
the District of Maryland

| | |
|---|---|
| **United States**<br><br>v.<br><br>**Marilyn Mosby** | No. 1:22-cr-7-LKG |

**Consent Motion for Extension of Time to File Proposed Voir Dire, Revised Proposed Jury Instructions, and a Proposed Jury Verdict Form**

The parties respectfully seek a one-week extension of time (until September 22) in which to file proposed voir dire, revised proposed jury instructions, and a proposed jury verdict form. In support thereof, the parties state as follows:

The Court's most recent scheduling order requires the filings of motions *in limine*, as well as proposed voir dire, revised proposed jury instructions, and a proposed jury verdict form by today, September 15, 2023.  *See* ECF No. 220.  During the hearing on Friday, September 8, 2023, the Court issued oral rulings that potentially impact voir dire, jury instructions, and the proposed jury verdict form.  The parties request an additional week to review prior proposed jury instructions, proposed voir dire, and proposed verdict form, *see* ECF Nos. 166, 167, & 168, and to meet and confer to file any revisions to those proposals.  The next hearing in this case is scheduled for October 23, 2023.  It is the parties' hope that a one-week extension

1

will not impose on the Court's time to review these proposed filings and be prepared for the October 23 hearing.

Respectfully submitted,

/s/ James Wyda
James Wyda
Federal Public Defender
Office of the Federal Public Defender
100 South Charles Street
Tower II, 9th Floor
Baltimore, MD 21201
Phone: (410) 962-3962
jim_wyda@fd.org

/s/ Lucius Outlaw
Lucius Outlaw
Outlaw PLLC
1351 Juniper Street, NW
Washington, DC 20012
Phone: (202) 997-3452
loutlaw3@outlawpllc.com

/s/ Maggie Grace
Maggie Grace
Assistant Federal Public Defender
Office of the Federal Public Defender
100 South Charles Street
Tower II, 9th Floor
Baltimore, MD 21201
Phone: (410) 962-3962
maggie_grace@fd.org