United States District Court for<br>the District of Maryland

| | |
|---|---|
| **United States**<br><br>v.<br><br>**Marilyn Mosby** | No. 1:22-cr-7-LKG |

**Proposed Order**

For the reasons stated, the Motion for Extension of Time to File Proposed Voir Dire, Revised Proposed Jury Instructions, and a Proposed Jury Verdict Form is GRANTED. It is hereby ORDERED that the parties shall file proposed voir dire, revised proposed jury instructions, and a proposed jury verdict form by September 22, 2023. In preparing proposed voir dire, proposed jury instructions, and a proposed jury verdict form, counsel shall meet and confer and, to the fullest extent possible, make a joint submission. Counsel shall identify any matters of disagreement through supplemental filings.

Date: _____

_____
Hon. Lydia Kay Griggsby
United States District Judge