United States District Court for
the District of Maryland

| | |
|---|---|
| **United States**<br><br>v.<br><br>**Marilyn Mosby** | No. 1:22-cr-7-LKG |

**Proposed Order**

For the reasons stated in Marilyn Mosby's Motion in Limine to Prohibit Government from Cross-Examining Mrs. Mosby About Mortgage Fraud Allegations at the Perjury Trial, it is hereby ORDERED that the Government is prohibited from cross-examining Mrs. Mosby in the perjury trial about any of the allegations involved in the mortgage fraud counts.

Date: _____          _____
                                                                                Hon. Lydia Kay Griggsby
                                                                                United States District Judge