**United States District Court for
the District of Maryland**

|  |  |
|---|---|
| **United States** | |
| **v.** | **No. 1:22-cr-7-LKG** |
| **Marilyn Mosby** | |

**Proposed Order**

For the reasons stated in Marilyn Mosby's Motion in Limine to Prohibit Government Argument Regarding the Size of "Adverse Financial Consequences", it is hereby ORDERED that the Government is prohibited from arguing to the jury that "adverse financial consequences" do not authorize a coronavirus related distribution unless they meet a certain size requirement.


Date: _____     _____
　　　　　　　　　　　　　　　　　　　Hon. Lydia Kay Griggsby
　　　　　　　　　　　　　　　　　　　United States District Judge

1