**United States District Court for
the District of Maryland**

| | |
|---|---|
| **United States** | |
| **v.** | **No. 1:22-cr-7-LKG** |
| **Marilyn Mosby** | |

**Proposed Order**

For the reasons stated in Marilyn Mosby's Motion in Limine to Exclude Testimony that

Reveals Attorney-Client Privileged Information and to Require the Government to Add Certain

Information to a "Sanitized Statement," it is hereby ORDERED that the Government is precluded

from presenting evidence that violates the attorney-client privilege at both the perjury trial and

mortgage fraud trial (i.e., that Mrs. Mosby reviewed each statement in full, approved them, and

directed her attorney to send the statements to the relevant third party).  It is further ORDERED

that the Government is required to amend proposed statement #4 to add information regarding Mr.

Mosby's provision of information to Mr. Brennan.


Date: _____        _____
                                    Hon. Lydia Kay Griggsby
                                    United States District Judge

1