United States District Court for
the District of Maryland

| | |
|---|---|
| **United States**<br><br>v.<br><br>**Marilyn Mosby** | **No. 1:22-cr-7-LKG** |

**Proposed Order**

For the reasons stated in Marilyn Mosby's Motion in Limine to Exclude Government's Proposed Summary Charts and Related Testimony, it is hereby ORDERED that the Government is precluded from presenting evidence regarding inflows to and outflows from her bank accounts during 2019 and 2020—including, but not limited to, summary exhibits prepared for the government by FBI forensic accountant Jenna Bender.

Date: _____                    _____
                                              Hon. Lydia Kay Griggsby
                                              United States District Judge