UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MARILYN J. MOSBY<br><br>Defendant. | CRIMINAL NO. LKG-22-7 |

## VERDICT FORM

How do you find the defendant, **MARILYN J. MOSBY**, as to **as to the first count of perjury, relating to the withdrawal form she submitted to Nationwide in May 2020** / **COUNT ONE of the Indictment**?

Guilty _____    Not Guilty _____


How do you find the defendant, **MARILYN J. MOSBY**, as to **the second count of perjury, relating to the withdrawal form she submitted to Nationwide in December 2020** / **COUNT TWO of the Indictment**?

Guilty _____    Not Guilty _____


The foregoing constitutes the unanimous verdict of the jury.


_____         _____
FOREPERSON                                                            DATE

**The Defense requests the language in red bold text. The Government requests the language in blue bold text.**

**Defense position: The Court has already indicated that the Superseding Indictment will not be provided the jury.  Accordingly, a short description identifying the relevant charge will provide better guidance to the jury in reaching a verdict than specific reference to particular counts.**

**Government position: This is essentially what was previously agreed to by prior counsel for the Defendant. The counts have been amended to reflect that there are only two counts at issue in the case, so there will be no reference to other counts. There is no need for a summary that only contains a portion of the charged counts. With only two counts, the jury will be able to discern the difference.**