# EXHIBIT A

| | |
|---|---|
| **From:** | Marilyn Mosby |
| **Sent:** | Wednesday, July 15, 2020 5:49 PM |
| **To:** | Zy Richardson |
| **Cc:** | Jeneffer Haslam;Michael Collins |
| **Subject:** | Re: Questions from Brew to Ms. Mosby |

I changed it to reflect the responses from Zy and added the part Jenn referenced. Tell me your thoughts before we send.


We strongly believe that our city needs to reform its criminal justice system. Every time the State's Attorney has traveled, it has been to deepen her knowledge of alternative approaches to criminal justice. She traveled to Portugal and Germany, with a large group of fellow reform-minded prosecutors, and then testified before the state legislature on the need for safe consumption spaces. Our office now does not prosecute drug possession, partly because of what the State's Attorney saw in Portugal. She has never sought to hide her travel or the lessons learned from it, publishing this information in our office's annual report, and has been fully transparent with her ethics obligations. The vast majority of trips came at no expense to taxpayers. In fact, in the course of 3 years, the only cost to tax payers has been approximately $5300.

1) Why have you been out of town so much in 2019? What have you gained as Baltimore's prosecutor from the conferences and site visits - such as in Germany and the trip to Kenya?

The State's Attorney has gained first-hand knowledge of alternative approaches to criminal justice. In Germany, she visited prisons and learned about the conditions of confinement where they treat people more humanely than we do here in the United States. In Portugal, she learned of the benefits of drug decriminalization and safe consumption spaces in effect. Since coming back, we have not only implemented our own policies in Baltimore in those areas but that trip inspired the State's Attorney to arrange for a tour of the State's prison facilities for her Executive team to see first hand the practices and structural issues facing our prisons and their staff. Such a view has allowed the office to begin exploring ways to help reform the criminal justice system in collaboration with other agencies and to continue to increase our combined efforts to ensure the health and well-being of those confined. This was illustrated when the State's Attorney became the first elected official to call on the Governor to establish a decarceral comprehensive plan for those confined in jails and in prisons during this global pandemic.

2) What do say to those you think the trips take you away from the "crime crisis" in Baltimore?

These trips have inspired the State's Attorney to implement new policies here in the city aimed at reducing mass incarceration and improving public safety. Public officials should always take opportunities to learn about how other cities and countries handle these issues. When she wasn't working remotely from those locations, her Deputies, who collectively have hundreds of years of legal experience stepped in to ensure proper supervision over the 217 prosecutors in my office.

3) what was/is the purpose of setting up Mahogany Elite Enterprises LLC?

The idea was to set up a travel company to help underserved black families who don't usually have the opportunity to travel outside of urban cities, so they can vacation at various destinations throughout the world at discount prices. This is a long-term venture, hence the reason why there are no clients and she has not received a single cent in revenue. There are no plans to operate the company while she is State's Attorney.

4) What "traveling hospitality services" and "consulting and legal services" are they providing?

None.

5) who are the clients? (Yourself? Others?)

None.

6) Have these entities received any revenues or reimbursements? If so, from what sources?

No.

7) Regarding the gifts you reported, how are they disposed? Do you keep them, donate them?

The majority of the gifts the State's Attorney has received and reported are donated to the BCSAO auction during our Winter Solstice celebration, where we raise money for victims of crime.

8) Do you plan to continue traveling to the same extent, post-Covid?

If the State's Attorney believes the travel represents an opportunity to learn something that will improve the lives of people in this city at little or no cost to them, then she will.


Sent from my iPhone


> On Jul 15, 2020, at 5:32 PM, Zy Richardson <zrichardson@stattorney.org> wrote:
>
> Are the responses final? Their asking me for them.
>
> Sent from my iPhone
>
>> On Jul 15, 2020, at 5:03 PM, Jeneffer Haslam <jhaslam@stattorney.org> wrote:
>>
>> I would add to number 1 about how - this trip inspired you to arrange for a tour, for yourself and the executive team, of the State's prisons including Baltimore City, to see first hand the practices and structural issues facing our prisons and their staff. Such a view has allowed the office to begin exploring ways to help reform the criminal justice system in collaboration with other agencies and to continue to increase our combined efforts.
>>
>> Get Outlook for Android
>>
>> ---
>> **From:** Marilyn Mosby <MMosby@stattorney.org>
>> **Sent:** Wednesday, July 15, 2020 4:54:15 PM
>> **To:** Michael Collins <MCollins@stattorney.org>

25