# EXHIBIT B



**STATE'S ATTORNEY**
Marilyn J. Mosby

**OFFICE** *of the* **STATE'S ATTORNEY** *for* **BALTIMORE CITY**
120 East Baltimore Street | Baltimore, Maryland 21202

July 20, 2020

Isabel Mercedes Cumming
Inspector General of Baltimore City
Office of the Inspector General
City Hall, Room 635
100 North Holliday Street
Baltimore, Maryland 21202

Dear Inspector General Cummings:

    I am writing to request that you open a full investigation into my travel and financial disclosures to determine if there has been any ethical or legal wrongdoing on my part as the elected State's Attorney for Baltimore City.

    As you may be aware, the Baltimore Brew published an article last week on my travels and financial disclosures while I have been in office. The article presents a misleading picture of my finances and travel to readers. The initial headline accused me of "pocketing $30,000 in travel reimbursements."[1] After my office contacted the publication, they changed the headline four hours later to "accepting $30,000 in travel reimbursements." Neither of those statements is true. I have been reimbursed directly for certain out-of-pocket travel-related expenses such as meals, but that figure of approximately $3000 is far short of the $30,000 the Baltimore Brew accuses me of "pocketing." The $3000 reimbursement is also legal.

    Approximately 90 percent of the travel and accommodation has been paid for directly by organizations and not the taxpayers of this city. As State's Attorney, I have been asked to speak hundreds of times at conventions, universities, and corporations and have never accepted an honorarium or monetary compensation.

    The reality is that I have always been transparent and fully disclosed all information in accordance with my ethical obligations. Indeed, the only reason the Baltimore Brew was able to write a story is because I identified and published the costs associated with every trip I have gone on, every hotel I have stayed in, every gift I have received – complete with dollar amounts. I have never sought to hide my travel or the lessons learned from it, publishing this information in our office's annual report, in op-eds, discussing it before the state legislature, and in press interviews. Since the start of my administration, I've been fully transparent with my ethics obligations. In a 2015 article the Baltimore Sun, noted that "Jennifer Bevan-Dangel of the watchdog group Common Cause Maryland said Mosby appeared to be going above and beyond what was necessary in disclosing the trips."[2]

    The misleading and erroneous statements in the Baltimore Brew article and subsequent Fox 45 stories have caused a lot of confusion for the general public. I have read messages from members of the public telling me to give the money back, or to stop using taxpayers' money. As you will see, these messages represent a

---

[1] Baltimore Brew, (July 16, 2020) M. Reuter and I. Round. *The Peripatetic Prosecutor: Marilyn Mosby took 23 trips in 2018 and 2019, accepting $30,000 in reimbursement.* Found at https://baltimorebrew.com/2020/07/16/the-peripatetic-prosecutor-marilyn-mosby-took-23-trips-in-2018-and-2019-pocketing-30000-in-reimbursements/.

[2] Baltimore Sun, (June 3, 2016) J. Fenton. *Mosby's newfound popularity made her a sought-after national speaker in 2015.* Found at https://www.baltimoresun.com/news/investigations/bs-md-ci-mosby-expenses-20160603-story.html.



**STATE'S ATTORNEY**
Marilyn J. Mosby

OFFICE *of the* STATE'S ATTORNEY *for* BALTIMORE CITY
120 East Baltimore Street | Baltimore, Maryland 21202

profound misunderstanding of who pays for the travel and what money I received. Again, I have never accepted any honorarium for my involvement or speeches and the $30,000 referenced is the accumulation of the airfare and hotel costs – covered by other organizations - which I calculated and disclosed on my ethics forms for the public.

I also encourage you to contact any of the entities that organized my travel to verify what is in my ethics forms. As far as I am aware, the Baltimore Brew contacted all of the organizations I listed and they all affirmed that they paid for my travel and accommodations directly, without me "pocketing" a penny. Miriam Krinsky, Executive Director of Fair and Just Prosecutions (FJP) told the Baltimore Brew – in a statement they did not publish in its entirety - that "All travel (including hotel, food and transportation/airfare) associated with these convenings is paid for by FJP to ensure elected prosecutors across the country have the ability to access the best evidence, knowledge and new thinking to advance reforms aimed at promoting stronger, healthier and safer communities. No compensation is provided to the elected prosecutors who have the opportunity to attend our gatherings."

The article also mentions companies that I created. As I told the Baltimore Brew, the idea was to set up a travel company to help underserved black families who don't usually have the opportunity to travel outside of urban cities, so they can vacation at various destinations throughout the world at affordable rates. I ask that you verify that I have not taken on a single client for these companies, nor have I taken in any money. Any insinuation to the contrary is false, misleading, and unethical.

I am confident that I have always abided by the ethical rules and regulations and have been fully transparent about any gifts, travel, or other financial activity. I am therefore asking you – an independent authority – to investigate my financial disclosures and travel. I am willing to share with you any and all documentation you request, including bank account statements, credit card statements, and inner-office financial ledgers. The people of Baltimore have endured far too many corruption scandals and need to know what is and is not illegal.

Sincerely,

*Marilyn Mosby*

Marilyn J. Mosby
State's Attorney for Baltimore City