# EXHIBIT C

**STATE'S ATTORNEY**
Marilyn J. Mosby

**OFFICE** *of the* **STATE'S ATTORNEY** *for* **BALTIMORE CITY**
120 East Baltimore Street | Baltimore, Maryland 21202

January 21, 2021

Isabel Mercedes Cumming
Inspector General of Baltimore City
Office of the Inspector General
City Hall, Room 635
100 North Holliday Street
Baltimore, Maryland 21202

Dear Inspector General Cummings:

I am writing to you in my capacity as Chief Counsel for the Office of the State's Attorney for Baltimore City. I am looking forward to working with you as the point of contact to coordinate investigations between our offices going forward.

As you are aware, the Office of the State's Attorney for Baltimore City, is a law enforcement agency that is comprised of over 217 attorneys and 403 employees overall. We represent the interests of over 600,000 residents and on average prosecute over 30,000 cases a year.

Our office takes seriously our responsibility to break down barriers of distrust among law enforcement and communities in our pursuit of justice for those victimized by crime. Since the inception of her administration, State's Attorney Marilyn Mosby, has made a commitment to openness and transparency in the operations of the State's Attorney Office.

Trust is critical to the functioning of this agency, which is why six months ago, the State's Attorney, reached out to you and requested that your office open an investigation into her work-related travel and financial disclosures following misleading media assertions and allegations of wrongdoing. As the State's Attorney noted in the letter she sent to you in July of 2020 requesting a thorough and speedy investigation, the people of Baltimore have endured far too many scandals and allegations of corruption by too many elected officials in recent history. The people of Baltimore need and deserve to know the truth as it relates to the actions of its political leaders.

Having accepted the State's Attorney's request to investigate her work-related travel and financial disclosures, it is my understanding that the State's Attorney as well as her staff have been fully cooperative with you and have devoted considerable time and energy in responding promptly and in detail to each and every request that you have made, producing an enormous amount of information spanning several years, including but not limited to:

- A listing of dates, locations, and event names of every work-related trip taken by the State's Attorney in the past 3 years;
- The direct contact information for every organization that coordinated the State's Attorney's travel;
- More than 4,000 office e-mails responsive to nearly 200 search terms provided by your office;
- Travel receipts for every work-related trip;
- Every expense report ever submitted for the State's Attorney's work-related travel;
- Office Policies/Annual Reports that highlighted the State's Attorney's work-related travel;

OIG-000262



**STATE'S ATTORNEY**
Marilyn J. Mosby

**OFFICE** *of the* **STATE'S ATTORNEY** *for* **BALTIMORE CITY**
120 East Baltimore Street | Baltimore, Maryland 21202

- Work calendars, files, and agency fiscal ledgers pertaining to the State's Attorney's travel;
- A forensic image of the State's Attorney's mobile work phone (you're still in possession of);
- The State's Attorney's personal tax returns for 2019;
- Proof of tax deductions made on the State's Attorney's taxes;
- A year's worth of the State's Attorney's personal bank statements;
- The State's Attorney's personal credit card statements;
- Articles of Organization for the State's Attorney's inoperable businesses;
- A full identification of all gifts received by the State's Attorney since 2018;
- A listing of items (with pictures of the items) that were "slated" or intended to be auctioned to benefit victims of crime;
- Written responses to every one of your requests for clarity and information;
- Offer to interview the State's Attorney via Zoom to provide context and clarity for any outstanding concern (not yet availed);

It's fair to deduce that the State's Attorney has gone above and beyond to voluntarily provide you with what you need to conclude this investigation. The longer your investigation continues without any indication of a resolution in sight, detracts from the important work of our office and erodes the public's confidence in State's Attorney Mosby and our office.

I'm reaching out to you to assess where you are in your investigation and to ascertain when the people of Baltimore can expect a summation of your findings. If there is any information that you desire from our office or from State's Attorney Mosby specifically, please illuminate and enumerate what it is so we can work to get that information to you.

Believing that your investigation would be expeditious, this office has denied several media inquiries, which would have refuted allegations of wrong doing on the part of the State's Attorney months ago. Furthermore, as you're aware, the State's Attorney has been in direct communication with the Maryland State Ethics Commission and was verbally advised following their audit/investigation that the State's Attorney did not engage in any improper conduct regarding her travel, the gifts that she reported and received, nor her business. Is there a timeframe in which we should expect resolution of your investigation?

The State's Attorney's Office and the citizens of this city deserve resolution of this matter so that there are not misconceptions that undermine the trust that our office has worked so hard to build in the very important work that we do on behalf of the people we represent.

Thank you for your time and consideration.

*Erin Murphy*

Erin Murphy
Chief Counsel
Baltimore City State's Attorney's Office

OIG-000263