# EXHIBIT D

# BRENNAN McKENNA & LAWLOR, CHTD



ATTORNEYS AT LAW

_____

6305 IVY LANE, SUITE 700
GREENBELT, MARYLAND 20770
TELEPHONE (301) 474-0044
FAX (301) 474-5730

WILLIAM C. BRENNAN, JR.*
WBRENNAN@BSM-LEGAL.COM

*ADMITTED IN MARYLAND & D.C.

January 6, 2021

Lydia E. Lawless, Esq.
Bar Counsel, Attorney Grievance
   Commission of Maryland
200 Harry S. Truman Parkway, Suite 300
Annapolis, MD 21401-7479

      Re:   BC Docket No. 2020-1450
              Respondent: Marilyn J. Mosby
              Complainant: Bar Counsel

Dear Ms. Lawless:

    Pursuant to your request I am enclosing the following documents. Thank you for extending the time for me to respond.

- Copy of a voided check from the checking account of Nicholas J. Mosby with the MECU Credit Union. (Nicholas J. Mosby is the *sole* signatory on the account. Marilyn Mosby is *not* a signatory on the account. This account was used by Nicholas J. Mosby to conduct his financial affairs.)

- Tax Information Authorization (IRS Form 8821). (The outside tax relief firm – Optima Tax Relief, LLC was retained *solely* by Nicholas J. Mosby. Marilyn Mosby did *not* retain this firm and had no knowledge of this transaction.)

- Installment Agreement (IRS Form 433-D). (The installment agreement with the IRS was entered into *solely* by Nicholas J. Mosby. Only his social security number is referenced on the agreement. Marilyn Mosby was *not* a party to the installment agreement. Her social security number does *not* appear on the agreement.)

- Annual Installment Agreement Statement. (This statement was sent *solely* to Nicholas J. Mosby and *only* his social security number is referenced. Marilyn Mosby did *not* receive these statements.)

    I received these documents from Nicholas J. Mosby. He has advised me that these are the copies of documents that he has retained concerning his IRS problems.

    Please feel free to contact me should you desire to discuss this further. I am,

BAR-000098

Lydia E. Lawless, Esq.
January 6, 2021
Page 2 of 2

                                                         Very truly yours,

                                                        *W. C. Brennan, Jr.*

                                                      William C. Brennan, Jr.

WCB

cc:    Marilyn J. Mosby, Esq.

Enc:   MECU Credit Union voided check.
        Tax Information Authorization (IRS Form 8821)
        Installment Agreement (IRS Form 433-D)
        Annual Installment Agreement Statement