**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Criminal Case No. 22-cr-00007-LKG |
| | ) | |
| MARILYN J. MOSBY, | ) | Dated:  October 16, 2023 |
| Defendant. | ) | |
| | ) | |

## <u>ORDER</u>

The Court has scheduled a pre-trial hearing on the parties' motions *in limine*, to be held on **October 23, 2023**.  The parties shall adhere to the following time allocations for the presentation of oral arguments for each of these matters:

For the Government's motions:

> Opening arguments, **10** minutes each;

> Responses, **10** minutes each; and

> Rebuttal, if any, **5** minutes each.

For the Defense's motions:

> Opening arguments, **15** minutes each;

> Responses, **15** minutes each; and

> Rebuttal, if any, **5** minutes each

**IT IS SO ORDERED.**

s/ Lydia Kay Griggsby
LYDIA KAY GRIGGSBY
United States District Judge