# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | )   Criminal Case No. 22-cr-00007-LKG |
| | ) |
| MARILYN J. MOSBY, | )   Dated:  October 24, 2023 |
| | ) |
| Defendant. | ) |
| | ) |

## <u>ORDER</u>

On October 23, 2023, the parties participated in a pre-trial hearing on, among other things, the Defendant's unopposed motion to continue trial in the above-captioned case.  ECF No. 291.  For the reasons stated during the hearing, the Court **DENIES** the Defendant's motion to continue trial.

**IT IS SO ORDERED.**

<u>s/ Lydia Kay Griggsby</u>
LYDIA KAY GRIGGSBY
United States District Judge