# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**MARILYN MOSBY,**<br><br>Defendant. | **CASE NO: LKG-22-007** |

## MOTION FOR PROTECTIVE ORDER GOVERNING DISCLOSURE OF MARYLAND STATE ETHICS COMMISSION MATERIAL

Pursuant to Rule 16(d) of the Federal Rules of Criminal Procedure, United States hereby moves for entry by this Court of a protective order that will ensure the confidentiality of Protected Personal Identity and Ethics Advice Information (collectively, "Protected Information"), which is included within the evidence in this case.

Entry of a protective order restricting the use, dissemination and disposition of documents containing Protected Information is essential to permit the parties to disclose discovery while protecting the Protected Information of in this case.

The United States conferred with counsel for Defendant regarding a draft protective order proposed by the United States (the "Proposed Protective Order") and the parties have reached an agreement with respect to all of the provisions contained therein.

A copy of the Proposed Protective Order is attached.

Respectfully submitted,

Erek L. Barron
United States Attorney


By: _____/s/_____
Sean R. Delaney
Aaron S.J. Zelinsky
Assistant United States Attorneys