CASE NUMBER: 1:22-cr-7-LKG
CASE NAME: USA v. Marilyn J. Mosby

WE HAVE REACHED A UNANIMOUS VERDICT.

JUROR NUMBER: 1

DATE: 11/9/23
TIME: 2:20 PM

For Court Use Only:
Recv'd by: BEY
DATE: 11/9/23
TIME: 2:27 pm
Court Exhibit #: 1

Jury Note (Rev. 2/2009)

CSO Wood
1422 hrs
11/9/23