UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED ___ ENTERED
LOGGED ___ RECEIVED

NOV 09 2023

CLERK, U.S. DISTRICT COURT
BY ___ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | CRIMINAL NO. LKG-22-7 |
| MARILYN J. MOSBY | |
| Defendant. | |

### VERDICT FORM

How do you find the defendant, MARILYN J. MOSBY, as to the first count of perjury, relating to the withdrawal form she submitted to Nationwide in May 2020?

Guilty ___✓___        Not Guilty _____

How do you find the defendant, MARILYN J. MOSBY, as to the second count of perjury, relating to the withdrawal form she submitted to Nationwide in December 2020?

Guilty ___✓___        Not Guilty _____

The foregoing constitutes the unanimous verdict of the jury.

**REDACTED**

11/9/23
DATE