# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>MARILYN J. MOSBY,<br><br>    Defendant. | )<br>)<br>)<br>)    Criminal Case No. 22-cr-00007-LKG<br>)<br>)    Dated:  November 10, 2023<br>)<br>)<br>)<br>) |

## ORDER

The parties shall participate in a telephone conference on **Monday November 13, 2023, at 3:00 p.m. Eastern Time**.

The telephone conference will be held *via* AT&T Teleconferencing.  The Court will provide the parties *via* email with a call-in number, an access code, and a security code. Participating on the call will be counsel of record for each party.

For Government:    **Leo Joseph Wise**
Office of the United States Attorney
36 S Charles St Fourth Fl
Baltimore, MD 21201
410-209-4909
Email: Leo.Wise@usdoj.gov

**Aaron Simcha Jon Zelinsky**
US Attorney's Office
District of Maryland
36 S Charles St
Baltimore, MD 21201
410-209-4928
Email: Aaron.Zelinsky@USDOJ.gov

**Sean R Delaney**
US Attorney's Office
36 S Charles St., 4th Fl
Baltimore, MD 21201
410-209-4913
Email: Sean.Delaney@usdoj.gov

**Stephanie Williamson**
United States Attorney's Office
36 S. Charles St. 4th Fl.
Baltimore, MD 21201
410-209-4922
Email: stephanie.williamson@usdoj.gov

For Defendant:  **James Wyda**
Office of the Federal Public Defender
100 S Charles St Ste 900 Tower 2
Baltimore, MD 21201
410-962-3962
Email: jim_wyda@fd.org

**Maggie Grace**
Office of the Federal Public Defender
100 S Charles St, Tower II, 9th Floor
Baltimore, MD 21201
410-962-3962
Email: maggie_grace@fd.org

**IT IS SO ORDERED.**

s/ Lydia Kay Griggsby
LYDIA KAY GRIGGSBY
United States District Judge