United States District Court for
the District of Maryland

**United States**

v.

**Marilyn Mosby**

No. 1:22-cr-7-LKG

**Motion to Seal Exhibits A and B to Motion to Exclude Testimony About the Content of the Internal Revenue Manual**

Ms. Marilyn Mosby, through her attorneys, hereby respectfully moves to place under seal Exhibits A and B to her Motion to Motion to Exclude Testimony About the Content of the Internal Revenue Manual. Exhibit A is a government letter sent to prior defense counsel regarding the testimony of IRS Revenue Officer Matthew Lopes. Exhibit B is the government's proposed summary chart of IRS documents. The first exhibit is correspondence between the parties that is not customarily docketed publicly. The second exhibit is taken from discovery produced to Ms. Mosby by the U.S. Attorney's Office and thus covered by Standing Order 2020-01. Standing Order 2020-01 bars Ms. Mosby from publicly disclosing these exhibits.

For this reason, Ms. Mosby requests that the Court grant her motion to place Exhibits A and B under seal.

1

Respectfully submitted,

/s/ James Wyda
James Wyda (#25298)
Federal Public Defender

Cullen Macbeth (#810923)
Maggie Grace (#29905)
Sedira Banan (#804827)
Assistant Federal Public Defenders
Office of the Federal Public Defender
100 South Charles Street
Tower II, 9th Floor
Baltimore, MD 21201
Phone: (410) 962-3962
jim_wyda@fd.org
cullen_macbeth@fd.org
maggie_grace@fd.org
sedira_banan@fd.org