United States District Court for
the District of Maryland

| | |
|---|---|
| **United States**<br><br>v.<br><br>**Marilyn Mosby** | No. 1:22-cr-7-LKG |

**Motion to Seal Exhibit A to Motion to Exclude Evidence Relating to Ms. Mosby's CARES Act Withdrawals and Alleged Perjury**

Ms. Marilyn Mosby, through her attorneys, hereby respectfully moves to place under seal Exhibit A to her Motion in Limine to Exclude Evidence Relating to Ms. Mosby's CARES Act Withdrawals and Alleged Perjury. Exhibit A is a letter from the government to defense counsel. Correspondence between counsel is not customarily docketed publicly.

For this reason, Ms. Mosby requests that the Court grant her motion to place Exhibit A under seal.

Respectfully submitted,

/s/ James Wyda
James Wyda (#25298)
Federal Public Defender

Cullen Macbeth (#810923)
Maggie Grace (#29905)
Sedira Banan (#804827)

1

Assistant Federal Public Defenders
Office of the Federal Public Defender
100 South Charles Street
Tower II, 9th Floor
Baltimore, MD 21201
Phone: (410) 962-3962
jim_wyda@fd.org
cullen_macbeth@fd.org
maggie_grace@fd.org
sedira_banan@fd.org