United States District Court for
the District of Maryland

**United States**

v.

**Marilyn Mosby**

No. 1:22-cr-7-LKG

**Motion to Seal Exhibits A and B to Motion in Limine to Admit Out-of-Court Communications**

Ms. Marilyn Mosby, through her attorneys, hereby respectfully moves to place under seal Exhibits A and B to her Motion in Limine to Admit Out-of-Court Communications. Exhibit A is a screenshotted text exchange between Ms. Mosby and G.B., her mortgage broker. Exhibit B is a memorandum of interview of J.H., a commercial banker. These exhibits are taken from discovery produced to Mrs. Mosby by the U.S. Attorney's Office and thus covered by Standing Order 2020-01. Standing Order 2020-01 bars Ms. Mosby from publicly disclosing these exhibits.

For this reason, Ms. Mosby requests that the Court grant her motion to place Exhibits A and B under seal.

Respectfully submitted,

/s/ James Wyda
James Wyda (#25298)
Federal Public Defender

Cullen Macbeth (#810923)
Maggie Grace (#29905)
Sedira Banan (#804827)
Assistant Federal Public Defenders
Office of the Federal Public Defender
100 South Charles Street
Tower II, 9th Floor
Baltimore, MD 21201
Phone: (410) 962-3962
jim_wyda@fd.org
cullen_macbeth@fd.org
maggie_grace@fd.org
sedira_banan@fd.org