United States District Court for
the District of Maryland

| United States | |
|---|---|
| v. | No. 1:22-cr-7-LKG |
| Marilyn Mosby | |

**Unopposed Motion to Modify Pre-trial Schedule Due to Holidays and Briefing Volume**

The Defense moves to modify the pre-trial schedule to provide the parties sufficient time for responsive motions in limine and likewise ensure that the Court has sufficient time to review and digest the parties' filings. The Government does not oppose the relief Ms. Mosby requests.

The Court is highly familiar with the procedural posture of this case. Trial on the two perjury counts concluded on November 9, 2023. Dkt. No. 318. Following a telephonic conference with the parties on November 15, 2023, the Court issued a pre-trial scheduling order. *See* Dkt. No. 322. The Court scheduled trial for January 16, 2024. The current schedule is as follows:

| Date | Event |
|---|---|
| December 15, 2023 | Motions in limine |
| December 22, 2023 | Responses to motions in limine |

1

| December 29, 2023 | Replies to motions in limine; proposed voir dire; revised proposed jury instructions; and proposed jury verdict form. |
|---|---|
| January 5, 2024, at 2:00 p.m. | Pre-trial status conference and hearing on motions in limine |
| January 12, 2024, at 2:00 p.m. | Final pre-trial status conference |
| January 15, 2024, at 9:30 a.m. | Jury Selection |
| January 18, 2024 ,at 9:30 a.m. | Jury Trial |

The parties filed respective motions in limine on December 15, 2023. The Government filed one motion. Dkt. No. 339. The Defense filed eight motions in limine. *See* Dkt. Nos. 339-353. This was more motions in limine than the Defense originally anticipated. Following completion of the trial on the perjury counts, the Defense began in earnest preparations for the trial on the mortgage fraud counts. Those preparations, including reviewing voluminous discovery, prompted the Defense to file eight motions in limine, several of which are complex.

In consideration of the number and complexity of the motions filed, as well as the timing of the Christmas holiday within the pre-trial schedule, the Defense respectfully requests to modify the remaining filing deadlines and the first pre-trial status conference. The parties conferred on the modification proposal with the goal of ensuring the parties have sufficient time to brief the issues and the Court has sufficient time to review the briefing, while not disturbing the date on which trial is scheduled to begin.

With input and no opposition from the Government, the Defense requests the following modification:

| Date | Event |
| --- | --- |
| December 28, 2023 | Responses to motions in limine |
| January 3, 2024 | Replies to responses to motions in limine; proposed voir dire; revised proposed jury instructions; and proposed jury verdict form. |
| January 8, 2024 | Pre-trial status conference and hearing on motions in limine |
| All following dates remain. | |

The above schedule permits both parties to have several days for responsive pleadings. The Defense anticipates that the number and length of the pleadings will diminish at the reply stage. The Defense anticipates that not all motions in limine will require substantive responses or replies by either party. The Defense respectfully proposes that the above schedule is a modest adjustment to the preexisting schedule that provides adequate time to the parties to complete the briefing over the holiday period while also ensuring that the parties and Court have sufficient time to prepare for the pre-trial conferences and trial.

Wherefore, with no opposition from the Government, the Defense moves to modify the pre-trial schedule as requested.

Respectfully submitted,

/s/ James Wyda
James Wyda (#25298)
Federal Public Defender

Maggie Grace (#29905)
Sedira Banan (#804827)
Cullen Macbeth (#810923)

Assistant Federal Public Defenders
Office of the Federal Public Defender
100 South Charles Street
Tower II, 9th Floor
Baltimore, MD 21201
Phone: (410) 962-3962
jim_wyda@fd.org
maggie_grace@fd.org
sedira_banan@fd.org
cullen_macbeth@fd.org