IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Criminal Case No. 22-cr-00007-LKG |
| ) | |
| MARILYN J. MOSBY, ) | Dated:  January 2, 2024 |
| ) | |
| Defendant. ) | |
| ) | |

### AMENDED PRE-TRIAL SCHEDULING ORDER

The Court, with the assistance of the parties, establishes the following schedule for trial and pre-trial proceedings:

| | |
|---|---|
| Motion(s) *in limine* due | **December 15, 2023** |
| Responses to motion(s) *in limine* | **December 22, 2023** |
| Replies to motion(s) *in limine*; proposed voir dire; revised proposed jury instructions; and a proposed jury verdict form. In preparing proposed voir dire, proposed jury instructions, and a proposed jury verdict form, counsel shall meet and confer and, to the fullest extent possible, make a joint submission. Counsel shall identify any matters of disagreement through supplemental filings | **December 29, 2023** |
| Pre-trial status conference and hearing on motion(s) *in limine* | **January 5, 2024, at 1:00 pm, in Courtroom 4C of the U.S. District Court, Southern Division, 6500 Cherrywood Lane, Greenbelt, MD 20770** |
| Final pre-trial status conference | **January 12, 2024, at 2:00 pm, in Courtroom 4C of the U.S. District Court, Southern Division, 6500 Cherrywood Lane, Greenbelt, MD 20770.** |

| | |
|---|---|
| Jury selection | **January 16, 2024, at 9:30 am, in Courtroom 4C of the U.S. District Court, Southern Division, 6500 Cherrywood Lane, Greenbelt, MD 20770.** |
| Jury trial | **January 18, 2024, at 9:30 am, in Courtroom 4C of the U.S. District Court, Southern Division, 6500 Cherrywood Lane, Greenbelt, MD 20770.** |

**IT IS SO ORDERED.**

s/ Lydia Kay Griggsby
LYDIA KAY GRIGGSBY
United States District Judge