✓ FILED ___ ENTERED
____ LOGGED _____ RECEIVED
8:51 am, Jan 18 2024
AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY ____R.C.____ Deputy

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | CRIMINAL NO. LKG 22-CR-007 |
| MARILYN J. MOSBY | * | |
| Defendant. | * | |

******

## ORDER

Pursuant to 28 U.S.C. § 1871(e), the Court finds it necessary to partially sequester the jurors in this case and directs the Clerk to provide meals for their convenience and comfort. Accordingly, it is hereby

ORDERED that, pursuant to 28 U.S.C. § 1871(e), all jurors are to be kept together and not to separate each day while on jury duty in this Courthouse for their safety and security; and it is further

ORDERED that the Clerk shall procure such meals as necessary to sustain the jurors during the course of trial.

Date: 1-17-2023

_____
LYDIA K. GRIGGSBY
United States District Judge