UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MARILYN J. MOSBY | CRIMINAL NO. LKG-22-7 |

**Defense Renewed Request For Verdict Form**

At the January 12, 2024 pretrial conference, the Court invited the defense to provide a different formulation of its original proposed verdict form. *See* ECF 380. The defense provides the proposal attached.  The variations from the original proposal are marked in red. The Government objects.

Respectfully submitted,

/s/ James Wyda
James Wyda (#25298)
Federal Public Defender

Maggie Grace (#29905)
Sedira Banan (#804827)
Assistant Federal Public Defenders
Office of the Federal Public Defender
100 South Charles Street
Tower II, 9th Floor
Baltimore, MD 21201
Phone: (410) 962-3962
jim_wyda@fd.org
maggie_grace@fd.org
sedira_banan@fd.org

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**MARILYN J. MOSBY** | **CRIMINAL NO. LKG-22-7** |

## VERDICT FORM

(1) How do you find the defendant, MARILYN J. MOSBY, as to as to the first count of mortgage fraud, relating to the purchase of a home in Kissimmee, Florida?

_____  Not Guilty          _____  Guilty

(A) If the answer to No. 1 is "Guilty," which **particular** statement **or statements** do you unanimously find was knowingly false and made with the purpose to influence a mortgage lending business?

\_\_\_\_\_  Ms. Mosby did not disclose under the "Liabilities and Pledged Assets" section of the mortgage paperwork that she owed federal taxes.

\_\_\_\_\_  Ms. Mosby indicated "no" in response to the question, "Are you presently delinquent or in default on any Federal debt or any other loan, mortgage, financial obligation, bond, or loan guarantee?"

\_\_\_\_\_  Ms. Mosby signed a second home rider in which she agreed to "maintain exclusive control over the ownership of the property, including short-term rentals, and [to] not subject the Property to any . . . agreement that requires the Borrower either to rent the Property or give a management firm or any other person or entity any control over the occupancy or use of the Property."

2

(2) How do you find the defendant, MARILYN J. MOSBY, as to as to the second count of mortgage fraud, relating to the purchase of a condominium in Long Boat Key, Florida?

    _____ Not Guilty      _____ Guilty

(A) If the answer to No. 2 is "Guilty," which **particular** statement **or statements** do you unanimously find was knowingly false and made with the purpose to influence a mortgage lending business?

  \_\_\_\_\_ Ms. Mosby stated on the December 10, 2020 letter that she "spent the past 70 days" living in Florida.

  \_\_\_\_\_ Ms. Mosby did not disclose under the "Liabilities and Pledged Assets" section of the mortgage paperwork that she owed federal taxes.

  \_\_\_\_\_ Ms. Mosby indicated "no" in response to the question, "Are you presently delinquent or in default on any Federal debt or any other loan, mortgage, financial obligation, bond, or loan guarantee?"

  \_\_\_\_\_ Ms. Mosby stated in a February 2021 letter that her husband "made a gift of $5,000 to be transferred AT CLOSING."

The foregoing constitutes the unanimous verdict of the jury.

_____        _____
FOREPERSON                                        DATE