IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **UNITED STATES OF AMERICA** )<br>)<br>**v.** )<br>)<br>**MARILYN J. MOSBY,** )<br>)<br>**Defendant** )<br>) | **Criminal No. 1:22-cr-00007-LKG** |

# ORDER

Upon consideration of The Baltimore Banner's Motion to Intervene and to Unseal or, in the Alternative, in Opposition to Defendant's Motion to Seal, it is HEREBY ORDERED that Defendant's Motion to Seal is unsealed.

SO ORDERED.

January __, 2024

_____
Lydia Kay Griggsby
United States District Judge