IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | Criminal No.  22-cr-007-LKG |
| | : | |
| **MARILYN MOSBY** | : | |
| | : | |
| **Defendant** | : | |

## MOTION TO SEAL

Marilyn Mosby, through undersigned counsel, hereby moves pursuant to Local Rule 105.11 to file a letter dated January 26, 2024 regarding a sensitive matter under seal.

Respectfully submitted,

/s/
James Wyda (#25298)
Federal Public Defender

Maggie Grace (#29905)
Sedira Banan (#804827)
Assistant Federal Public Defenders
Office of the Federal Public Defender
100 South Charles Street
Tower II, 9th Floor
Baltimore, MD 21201
Phone: (410) 962-3962
jim_wyda@fd.org
maggie_grace@fd.org
sedira_banan@fd.org