**IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **Criminal No.  22-cr-007-LKG** |
| | : | |
| **MARILYN MOSBY** | : | |
| | : | |
| **Defendant** | : | |

---

## ORDER

The Court, having considered Ms. Mosby's Motion to Seal, and good cause having been shown, it is this _____ day of January 2024, ORDERED, that the motion is GRANTED.  The Clerk is directed to place the January 26, 2024 correspondence under seal.

_____
Hon. Lydia Kay Griggsby
United States District Judge