IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Criminal Case No. 22-cr-00007-LKG |
| MARILYN J. MOSBY | Dated: January 29, 2024 |
| Defendant. | **HEARING REQUESTED** |

**MOVANTS' REQUEST FOR A HEARING ON THE MOTION TO QUASH
SUBPOENAS TO REED SMITH ATTORNEYS,
OR IN THE ALTERNATIVE, FOR A PROTECTIVE ORDER**

Reed Smith, LLP, Rizwan A. Quereshi, Esquire ("Qureshi"), Anthony R. Todd, Esquire ("Todd") and Shayna A. Jackson, Esquire ("Jackson"), respectfully request a hearing on their Motion to Quash Subpoenas to Reed Smith Attorneys, or in the Alternative, for a Protective Order.

Dated: January 29, 2024

                                            /s/
Arnold M. Weiner, Bar No. 01605
aweiner@rwllaw.com
Stuart A. Cherry, Bar No. 28012
scherry@rwllaw.com
RIFKIN WEINER LIVINGSTON LLC
2002 Clipper Park Road, Suite 108
Baltimore, MD 21211
Phone: (410) 769-8080
Fax:    (410) 769-8811

*Attorneys Reed Smith, LLP, Rizwan A. Qureshi, Esquire, Anthony R. Todd, Esquire and Shayna A. Jackson, Esquire, Movants*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY, that on this 29th day of January 2024, copies of the within Movants' Request for a Hearing on the Motion to Quash Subpoenas to Reed Smith Attorneys, or in the Alternative, for a Protective Order, were served on all parties of record via ECF.

/s/
Stuart A. Cherry, Bar No. 28012