# RWL | RIFKIN WEINER LIVINGSTON LLC
### ATTORNEYS AT LAW

Alan M. Rifkin
M. Celeste Bruce (MD, DC)
Stuart A. Cherry
Michael T. Marr (MD, DC, VA, NC)
Edgar P. Silver (1923-2014)
†Of Counsel
††Retired Emeritus

Arnold M. Weiner
Charles S. Fax (MD, DC, NY)†
Brad I. Rifkin
William A. Castelli
Laurence Levitan††

Scott A. Livingston (MD, DC)
Jamie Eisenberg Katz (MD, DC, NY)
Camille G. Fesche (MD, DC, NY, NJ)
Geoffrey W. Washington

Michael V. Johansen
Barry L. Gogel
Michael D. Berman (MD, DC)†
Devon L. Harman
Lance W. Billingsley††

Joel D. Rozner (MD, DC)
Liesel J. Schopler (MD, DC)
Madelaine Kramer Katz (MD, DC, VA)
Michael A. Miller†

John C. Reith (Nonlawyer/Consultant)
Matthew Bohle (Nonlawyer/Consultant)
Obie L. Chinemere (Nonlawyer/Consultant)

January 29, 2024

**HAND-DELIVERED**

Hon. Lydia K. Griggsby
United States District Court
 for the District of Maryland
6500 Cherrywood Lane, Suite 400
Greenbelt, Maryland 20770

      Re:    *United States of America v. Marilyn J. Mosby,*
              *Criminal No. LKG-22-CR-007*

Dear Judge Griggsby:

Enclosed please find courtesy copies of the following that were filed today in the above-referenced matter:

1. Entry of Appearance – Arnold M. Weiner, Esq.
2. Entry of Appearance – Stuart A. Cherry, Esq.
3. Motion to Quash Subpoenas to Reed Smith Attorneys, or, in the Alternative, for a Protective Order; and proposed Order
4. Movants' Request for a Hearing on the Motion to Quash Subpoenas to Reed Smith Attorneys, or in the Alternative, for a Protective Order

                            Very truly yours,

                            /s/
                          Stuart A. Cherry

SAC/emk
Enclosures
cc:    Arnold M. Weiner, Esq.
        Aaron Zelinsky, Assistant U.S. Attorney
        Sean Delaney, Assistant U.S. Attorney
        James Wyda, Esq.
            (w/o enclosures)

225 Duke of Gloucester Street, Annapolis, Maryland 21401
410.269.5066 | 410.269.1235 fax

2002 Clipper Park Road, Suite 108, Baltimore, Maryland 21211
410.769.8080 | 410.769.8811 fax

4800 Hampden Lane, Suite 820, Bethesda, Maryland 20814
301.951.0150 | 301.951.0172 fax

www.rwllaw.com