**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Criminal Case No. 22-cr-00007-LKG |
| | ) | |
| MARILYN J. MOSBY, | ) | Dated:  January 29, 2024 |
| | ) | |
| Defendant. | ) | |
| | ) | |

### <u>ORDER ON MOTION TO UNSEAL</u>

On January 26, 2024, Defendant, Marilyn J. Mosby, filed under seal a motion to seal certain correspondence with the Court.  ECF No. 422.

On January 28, 2024, proposed intervenor, the Baltimore Banner, moved to intervene in this matter for the purpose of seeking to unseal Defendant's motion to seal.  ECF No. 429.

On January 29, 2024, Defendant filed the motion to seal on the Court's public docket. ECF No. 430.

On January 29, 2024, the proposed intervenor filed a response in opposition to Defendant's motion to seal.  ECF No. 437.

In addition, on April 14, 2022, the Court entered an Order setting forth the procedures for non-parties to raise objections to the sealing of pleadings, motions, exhibits, or other documents in the matter.[1]  *See generally* ECF No. 52.

In light of the foregoing, the Court:

(1) **GRANTS** the proposed intervenor's motion to intervene;

(2) **DENIES AS MOOT** the intervenor's motion to unseal Defendant's motion to seal, ECF No. 429; and

---

[1] The Court's April 14, 2022, Order may also be found on the Court's website at: https://www.mdd.uscourts.gov/sites/mdd/files/22cr7SealingProcedures.pdf.

(3) **DIRECTS** that any further briefing related to this matter adhere to the briefing procedures set forth in the Court's April 14, 2022, Order.

**IT IS SO ORDERED.**

s/ Lydia Kay Griggsby
LYDIA KAY GRIGGSBY
United States District Judge