# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| vs. | * | Case No.: **22-cr-00007-LKG** |
| **MARILYN J. MOSBY** | * | |
| Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ENTRY OF APPEARANCE

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

Enter my appearance as counsel in this case for William C. Brennan, Jr. (Movant).

I certify that I am admitted to practice in this court.

January 30, 2024

/s/
_____
Michael E. Lawlor
Brennan, McKenna & Lawlor, Chtd.
Bar Number 459767
6305 Ivy Lane, Suite 700
Greenbelt, Maryland 20770
301-474-0044 (telephone number)
301-474-5730 (facsimile number)
mlawlor@verizon.net