# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | No. LKG-22-0007 |
| | : | |
| MARILYN MOSBY | : | |
| | : | |
| Defendant. | : | |

## MOTION TO SEAL

Movant William C. Brennan, Jr., Esq., by and through his attorneys, Michael E. Lawlor, Adam C. Demetriou, and Brennan, McKenna & Lawlor, Chartered, respectfully requests that his Motion to Quash Subpoena be filed under seal for the following reasons:

1. The Motion addresses matters related to Mr. Brennan's legal representation of Defendant Marilyn Mosby in a confidential attorney grievance proceeding.

**WHEREFORE**, Mr. Brennan respectfully requests that the Motion to Quash Subpoena be filed under seal.

Date:  January 29, 2024            Respectfully submitted,

/s/
_____
Michael E. Lawlor
Adam C. Demetriou
Brennan, McKenna & Lawlor, Chtd.
6305 Ivy Lane, Suite 700
Greenbelt, Maryland 20770

1

301.474.0044

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on January 29, 2024, a copy of the foregoing was electronically filed under seal, with a copy sent to the United States Attorney's Office for the District of Maryland and counsel for Defendant Marilyn Mosby.

/s/
_____
Michael E. Lawlor