Case 1:22-cr-00007-LKG   Document 473   Filed 02/07/24   Page 1 of 3

FILED ___ ENTERED
___ LOGGED ___ RECEIVED

8:13 am, Feb 07 2024
AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY ___R.C.___ Deputy

CASE NUMBER: LKG-22-7
CASE NAME: USA v. Marilyn Mosby

We need help filling out the Jury form!

JUROR NUMBER: Juror Number.

DATE: Date
TIME: Time.

For Court Use Only:
Recv'd by: ___RWC___   DATE: __2/6/24__   TIME: __2:07 pm__
Court Exhibit #: ___1___

Jury Note (Rev. 2/2009)

___ FILED   ___ ENTERED
___ LOGGED  ___ RECEIVED

8:13 am, Feb 07 2024
AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____R.C._____ Deputy

To the Members of the Jury:

The Court is in receipt of the Jury's note requesting help filing out the verdict form. The Court has instructed the Jury on the verdict form. The Jury is instructed to refer to the Court's Jury Instruction number 40.

Court ex. 2
LKG-22-7
USA v. Mosby
Received 2/6/24

Case 1:22-cr-00007-LKG   Document 473   Filed 02/07/24   Page 3 of 3

FILED ✓ ENTERED
LOGGED ___ RECEIVED
8:13 am, Feb 07 2024
AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY ___R.C.___ Deputy

CASE NUMBER: LKG-22-7
CASE NAME: USA v. Marilyn Mosby

We the Jury has reached a verdict

JUROR NUMBER: 10

DATE: 2-6-24
TIME: 4:35 pm

For Court Use Only:
Recv'd by: _____   DATE: _____   TIME: _____
Court Exhibit #: _____

Jury Note (Rev. 2/2009)