UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MARILYN J. MOSBY | CRIMINAL NO. LKG-22-7 |

✓ FILED   ___ ENTERED
___ LOGGED   ___ RECEIVED

8:13 am, Feb 07 2024
AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY ____R.C.____ Deputy

## VERDICT FORM

(1) How do you find the defendant, MARILYN J. MOSBY, as to the first count of making a false statement to a mortgage lending business relating to the Kissimmee property?

    __X__ Not Guilty          _____ Guilty

(A) If the answer to No. 1 is "Guilty," on which particular statement or statements do you unanimously find?

_____ Ms. Mosby did not disclose in the "Liabilities and Pledged Assets" section of the mortgage application that she owed federal taxes.

_____ Ms. Mosby falsely stated in the "Declarations" section of the mortgage application that she was not presently delinquent or in default on any federal debt.

_____ Ms. Mosby falsely stated in the second home rider that she would "maintain exclusive control over the ownership of the property, including short-term rentals, and not [to] subject the Property to any . . . agreement that requires the Borrower either to rent the Property or give a management firm or any other person or entity any control over the occupancy or use of the Property."

1

(2) How do you find the defendant, MARILYN J. MOSBY, as to as to the second count of making a false statement to a mortgage lending business relating to the Long Boat Key property?

\_\_\_\_\_ Not Guilty          \_\_✓\_\_ Guilty

(A) If the answer to No. 2 is "Guilty," on which particular statement or statements do you unanimously find?

\_\_\_\_\_ Ms. Mosby falsely stated in the December 10, 2020 letter that as of that date she had "spent the past 70 days" living in Florida.

\_\_\_\_\_ Ms. Mosby did not disclose in the "Liabilities and Pledged Assets" section of the mortgage application that she owed federal taxes.

\_\_\_\_\_ Ms. Mosby falsely stated in the "Declarations" section of the mortgage application that she was not presently delinquent or in default on any federal debt.

\_\_✓\_\_ Ms. Mosby falsely stated in a February 2021 letter that her husband "made a gift of $5,000 to be transferred AT CLOSING."

The foregoing constitutes the unanimous verdict of the jury.

_____          2-6-2024
FOREPERSON                       DATE