IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|  |  |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Criminal Case No. 22-cr-00007-LKG |
| ) | |
| MARILYN J. MOSBY, ) | Dated: February 7, 2024 |
| ) | |
| Defendant. ) | |
| ) | |

## SCHEDULING ORDER

On January 24, 2024, Defendant, Marilyn J. Mosby, filed a motion for judgment of acquittal. ECF No. 416.

In light of the foregoing, the parties shall adhere to the following schedule for the briefing of Defendant's motion for judgment of acquittal:

| | |
|---|---|
| Government's supplemental reply brief. | **February 15, 2024** |
| Hearing on Defendant's motion for judgment of acquittal | **February 16, 2024, at 10:30 a.m., in Courtroom 4B of the U.S. District Court for the District of Maryland, Southern Division, 6500 Cherrywood Lane, Greenbelt, Maryland 20770** |

**IT IS SO ORDERED.**

s/ Lydia Kay Griggsby
LYDIA KAY GRIGGSBY
United States District Judge