IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Criminal Case No. 22-cr-00007-LKG |
| | ) | |
| MARILYN J. MOSBY, | ) | Dated:  February 7, 2024 |
| | ) | |
| Defendant. | ) | |

# ORDER

On January 26, 2024, Defendant, Marilyn J. Mosby, filed under seal certain correspondence to the Court and a motion to seal.  ECF Nos. 422, 423 and 430.  On January 29, 2024, Intervenor, the Baltimore Banner, filed, among other things, a response in opposition to the Defendant's motion to seal ECF 423.  ECF No. 437.  The parties have informed the Court that neither party opposes the unsealing of ECF No. 423.

In light of the foregoing, the Court **DIRECTS** the Clerk of the Court to **UNSEAL** ECF No. 423.

**IT IS SO ORDERED.**

                                                                                   s/ Lydia Kay Griggsby
                                                                                   LYDIA KAY GRIGGSBY
                                                                                   United States District Judge