IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>MARILYN J. MOSBY,<br><br>  Defendant. | )<br>)<br>)<br>)<br>) Criminal Case No. 22-cr-00007-LKG<br>)<br>) Dated:  February 13, 2024<br>)<br>)<br>) |

## ORDER

The Court has scheduled a hearing on Defendant's motion for judgment of acquittal to be held on **February 16, 2024**.  The parties shall adhere to the following time allocations for the presentation of oral arguments for this matter:

Opening arguments, **20** minutes;

Responses, **20** minutes; and

Rebuttal, if any, **15** minutes.

**IT IS SO ORDERED.**

s/ Lydia Kay Griggsby
LYDIA KAY GRIGGSBY
United States District Judge