UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| UNITED STATES OF AMERICA | |
|---|---|
| v. | CRIMINAL NO. LKG-22-007 |
| MARILYN J. MOSBY | |

## EXHIBIT LIST

| Exhibit | Description |
|---|---|
| 1 | Letter from Ms. Jima Chester |
| 2 | Letter from Ms. Monica Brockman |
| 3 | Letter from Ms. Taylor-Omaree Smith |
| 4 | Letter from Ms. Brittany Johnson |
| 5 | Letter from Mr. Alan Wright |
| 6 | Letter from Ms. Jasmine Collins |
| 7 | Letter from Mr. Shalik Fulton |
| 8 | Letter from Ms. Becky Feldman |
| 9 | Letter from Mr. Michael Collins |
| 10 | Letter from Mr. Michael Schatzow |
| 11 | Letter from Ms. Michelle Lee |
| 12 | Letter from Mr. De'Von Brown |
| 13 | Letter from Mr. Bruce Brown |
| 14 | Letter from Ms. Caron Watkins |
| 15 | Letter from Mr. J. Wyndal Gordon |
| 16 | Letter from Professor Brian Johnson |
| 17 | Letter from Mr. Anthony Muhammad |
| 18 | Letter from Mr. Eric Simmons-Forrest |
| 19 | Letter from Professor Sherrilyn Ifill |
| 20 | Letter from Mr. George J. Hazel |
| 21 | Letter from Mr. Kurt L. Schmoke |
| 22 | Letter from Mr. Doug Colbert |
| 23 | Letter from Ms. Tiffany Maclin |
| 24 | Letter from Ms. Tracy Estep |
| 25 | Letter from Ms. Catonya Lester |
| 26 | *Under Seal* |
| 27 | Affidavit from Dr. Jill McCorkel |
| 28 | Letter from Reverend Kevin A. Slayton, Sr. |
| 29 | Letter from Win With Black Women |

| | |
|---|---|
| AA | Dana Goldstein, "Jonathan Kozol Fought School Inequality for Decades. Here's One Final Plea," *New York Times* (Mar. 14, 2024) |
| BB | Zachary R. Dowdy & Michele McPhee, "Boston Officer's Stepson Slain Over Sneakers," *The Boston Globe* (Aug. 20, 1994) |
| CC | Traci Grant, "Mistaken ID Faulted in Slaying of Boston Officer's Stepson," *The Boston Globe* (Aug. 22, 1994) |
| DD | Luke Broadwater, "Mosby to Run for City's Top Prosecutor" *The Baltimore Sun* A2 (June 25, 2013) |
| EE | Luke Broadwater, "A Look Back, A Look Ahead," *The Baltimore Sun* A1 (June 26, 2014) |
| FF | 2013 Best of Baltimore, *City Paper* E54 (Sept. 18, 2013) |
| GG | Luke Broadwater Ian Duncan, "Mosby Beats Bernstein in State's Attorney Race," *The Baltimore Sun*, A1, A10 (June 25, 2014) |
| HH | The Mosby Effect: The Inauguration of Baltimore's New State's Attorney Was a Godly Rebuke of Her Critics," *City Paper* T10 (Jan. 14, 2015) |
| II | Stephanie Cornish, "Justice for All Emphasized by New Baltimore City State's Attorney Mosby at Inauguration," AFRO (Jan. 9, 2015) |
| JJ | "Marilyn Mosby Sworn In As Baltimore City State's Attorney," WBALTV 11 (Jan. 9, 2015) |
| KK | WMAR Staff, "State's Attorney Mosby Hosts Final Bmore Popup for Youth on Inner Harbor Cruise," WMAR ABC-2 (Aug. 26, 2022) |
| LL | WJZ News Segment on the Junior State's Attorney Program **(Physical Exhibit)** |
| MM | Christina Loscar, "Santa Luke, Mosby Visit Schools to Deliver Christmas Gifts," WBALTV11 (Dec. 19, 2019) |
| NN | Jacquelyn L. Rivers & Lenore Anderson, "Back on Track: A Problem-Solving Reentry Court," Bureau of Justice Assistance (Sept. 2009) |
| OO | Alison Knezevich, "A Second Chance for Nonviolent Offenders" *The Baltimore Sun* A2 (May 15, 2015) |
| PP | Timothy Williams, "'Your Mission Is Justice': A Prosecutor on Why She Helped Free 3 Men," *New York Times* (Nov. 27, 2019) |
| QQ | WJZ New Segment on Conviction Integrity Unit **(Physical Exhibit)** |
| RR | SAO Factsheet regarding the Sentence Review Unit |
| SS | Tim Prudente, "'Worthy of Mercy': Maryland's Longest-Serving Woman Behind Bars Wins Her Freedom Amid Coronavirus Concerns," *The Baltimore Sun* (Dec. 14, 2020) |
| TT | Report of the Baltimore Event Review Team on *State of Maryland v. Malcolm J. Bryant,* Quattrone Center for the Fair Administration of Justice (Nov. 2018) |
| UU | Brian D. Johnson *et al.*, Final Report on Racial Justice in Prosecution in Baltimore (Feb. 2022) |
| VV | Kevin Rector, "Charges Dropped, Freddie Gray Case Concludes with Zero Convictions Against Officers," *The Baltimore Sun* (July 27, 2016) |
| WW | Steve Lash, "For Second Chance Act, Backers Hope 4th Time Will Be The Charm," *The Daily Record* (Feb. 19, 2015) |
| XX | Letter to Senator Will Smith from State's Attorney Marilyn J. Mosby (Feb. 19, 2020) regarding Support for Criminal Procedure – Partial Expungement |

| | |
|---|---|
| YY | Letter to Senator Will Smith from State's Attorney Marilyn J. Mosby (Feb. 19, 2020) regarding Support for SB534 Courts – Discovery – In-Custody Witness Testimony |
| ZZ | Juvenile Restoration Act (HB409/SB494) |
| AAA | Lulu Garcia-Navarro, "Baltimore State's Attorney Will No Longer Prosecute Marijuana Possession Cases," NPR (Feb. 3, 2019) |
| BBB | Phillip Jackson & Tim Prudente, "Baltimore State's Attorney Mosby to Stop Prosecuting Drug Possession, Prostitution, Other Crimes Amid Coronavirus," *The Baltimore Sun* (Mar. 18, 2020) |
| CCC | Letter to Hon. Larry Hogan from State's Attorney Marilyn J. Mosby (Mar. 23, 2020) |
| DDD | Juliana Battaglia, "Baltimore Will No Longer Prosecute Drug Possession, Prostitution and Other Low-Level Offenses" CNN (Mar. 27, 2021) |
| EEE | ***Under Seal*** |
| FFF | "State of the State's Attorney Race: Mosby's Hungry, Vague; Bernstein's Confident. Will His Record Undo Him?" *City Paper* T12 (June 18, 2014) |