**The Honorable Lydia K. Griggsby**
United States District Judge
c/o Office of the Federal Public Defender
100 South Charles Street, Tower II, 9th Floor
Baltimore, Maryland 21201

Greetings,

    My name is Taylor-Omaree Smith, a former intern, employee, and mentee of Mrs Mosby. I began my relationship under the Mosby Administration in the State's Attorney's Office in 2016, a 17-year old girl headed to college with dreams of being an attorney. Mrs. Mosby gave me a chance! I was the youngest and only intern that the office had and I was eager to learn the legal profession through and through. Over the next five years, I would intern throughout my Undergraduate education and eventually land a job within the office upon graduation. I worked six summers straight, gladly, with no pay because I was taken care of so well. I had finally met someone who not only cared enough to teach me about the legal profession, but also mentored me through my life challenges and successes alike. Mrs. Mosby always provided me with a shoulder and listening ear. She provided me with the most honest professional advice, paired with the most genuine love and support.

    Even though we didnt work together professionally anymore following the change in administration, Mrs. Mosby remained a pivotal part of my educational and professional journey. She wrote my recommendation letters for both Graduate and LAw school and mentored me through every experience.

    Mrs. Mosby is one of the most trailblazing, selfless women that I have come in contact with. Her genuine desire to teach and provide justice for those who cannot for themselves is admirable and what I aspire to do, one day. The irony of her always being an advocate and voice for others, and now needing that as well, is a no brainer. Beyond being a prosecutor, former State's Attorney, and more, Mrs. Moby is a partner, mother, friend, sister, monitor, daughter, cousin, and confidant. She is the glue that holds her family together. She is the supermom that can do no wrong in the eyes of her daughters, and she is the pioneer in the eyes of people like me, who she didn't have to give a chance, but made a promise almost ten years ago to be of support. She has never let any of us down and I pray that the system does not let her down.

    Regardless of the naysayers, protestors, and opposers, Mrs. Mosby has continued to operate in grace. She has been professionally and personally threatened and targeted and still stands firm in her work and womanhood. I know that this process has been a hard one as well, but even through the humiliation and fabrication, she has remained true to herself and that speaks volume to her work ethic and character. I welcome any opportunity to further discuss Mrs. Mosby and all she has done for me. Wishing her well!

Best,
Taylor-Omaree Smith, MLS.