Alan Wright

███████████████

█████████ Ma, ███

████████████

██████

5/8/2024

The Honorable Lydia K. Griggsby

United States District Judge

c/o Office of the Federal Public Defender

100 South Charles Street, Tower II, 9th floor

Baltimore, Maryland 21201

Dear Judge Griggsby,

I hope this letter finds you in good health. I am writing in regard to my sister Marilyn Mosby, who is currently facing sentencing before Your Honor. I wanted to shed a brief insight into who miss Mosby is beyond the confines of the court if I may.

Marilyn Is my older sister and someone that I have always looked up to. Marilyn being the older sister has always been honest, loving, and compassionate even while showing her stern side to make sure that if I was wrong, she corrected me in a way that didn't belittle me, but rather fostered a corrective pattern to be made sure I understood what I did and didn't do it again.

Marilyn has always been an example to me of what hard work was. Despite the death threats, and hate mail, Marilyn still managed to find a way to do what she loved and that was working for the city of Baltimore.

Compassion- Marilyn even in the mist of her troubles still found a way to shield me from hurt. You may ask what I mean by that, an example that I want to give you is her trial. Marilyn, even with the unknown as to what was happening at her trial, still found the courage to shield her brother from seeing her hurt. As a sibling(brother) you are supposed to be able to help and protect and Marilyn despite her needing me by her side still chose to protect her sibling(brother) from seeing her hurt. Marilyn also recently lost two siblings (Brian) and (Jasmine) and during that time she never missed a beat doing what she needed to do with work. As we know, losing a sibling is one of the hardest things anyone will ever endure but the compassion that Marilyn holds in her pushes her to still do good.

Mother- Marilyn is a mother to two beautiful little girls who adore her and look up to her. Marilyn is an amazing mother doing anything and everything she can for them. My Niece just recently announced that she wants to become a prosecutor and that's all due to her Mother Marilyn. My daughter Marilyns niece has now become an intern for the court here in Massachusetts. I say this to say that Marilyn has given young people a voice to say that they want to make a difference as well.

Lastly Your Honor as you have heard if Marilyn even thought for one bit that she did anything wrong with said charges it would not have occurred.

Thank you for taking the time to read this.

Sincerely Yours,

Alan Wright