George J. Hazel

The Honorable Lydia Kay Griggsby
United States District Court of Maryland
6500 Cherrywood Lane, Suite 400
Greenbelt, MD 20770

Your Honor:

    I still remember my first interactions with Marilyn Mosby. I was the new Chief Deputy State's Attorney at the Baltimore City State's Attorney's Office. She was an Assistant State's Attorney in the General Felony section. In an effort to get to know the office, I was making the rounds and having lunch with different felony level attorneys. I invited Marilyn to lunch and suggested she include a colleague. Rather than bringing a peer as most did, she brought a very junior misdemeanor assistant, someone who was much less likely to have the opportunity for an audience with the Front Office.

    I immediately gained a sense of her as a leader and mentor to younger attorneys. She impressed me with her many ideas for the office. I, of course, had no idea at the time she would very soon be in position to implement them herself as the elected State's Attorney. I remember her presentation of an idea that would later become the Winter Solstice, an event designed to increase morale by recognizing the hard work of the attorneys in the office and contributions from citizens in the community. She cared deeply about Baltimore and the State's Attorney's Office.

    Nonetheless, I don't write this letter as an unabashed fan. She defeated my mentor and dear friend to become State's Attorney. She ran against a record I had an integral part in building. But she won and then she was re-elected. And with all respect to the current State's Attorney, whom I support and admire, she likely would still be State's Attorney but for the indictment that ultimately led to her pending sentencing. Indeed, it is fair to consider that part of the price she has already paid.

    There is certainly a lot of noise that has surrounded Marilyn since those days many, many years ago when I got to know her personally. Many incredible highs and lows. Some of each perhaps of her own creation. She has undoubtedly had to grow a tremendously thick skin to deal with it all.

    But there will come a moment soon when the noise of outside voices and even the lawyers involved in the case will cease and it will just be the Court and Marilyn. Not the Marilyn Mosby seen on television or on social media. It will be the mother who is undoubtedly terrified by the thought of being separated from her children. The real person already faced with a lost election, possible loss of bar license and an uncertain professional future to state only the most public repercussions she has already encountered.

    She is fortunate to have a judge that recognizes that humanity in people. A judge who will balance the harm done as a result of the crimes for which a jury found her guilty, with the harm that the sentence likely sought by the government will have on her and her family.

    My greatest professional regret is that it took me too long to realize that as a society we are much too comfortable with incarceration as the solution to all things. As much as I disagreed with some of Marilyn's policies, I respect that much of her time in office was directed towards reducing the prison population. It was the ultimate demonstration of mercy by one who wielded tremendous power in the criminal justice system.

    With her power already taken away, she will now seek what she has given.

    Respectfully Submitted,

    George J. Hazel