

May 6, 2024

The Honorable Lydia K. Griggsby
United States District Judge
c/o Office of the Federal Public Defender
100 South Charles Street, Tower II, 9th Floor
Baltimore, MD 21201

Dear Judge Griggsby:

I write on behalf of and in support of Marilyn Mosby, a person whom I've known for nearly twenty years.

For context of my comments, I provide this summary of my career. I have served as an Assistant United States Attorney, States Attorney for Baltimore City, Mayor of Baltimore City, Dean of the Howard Law School and currently President of the University of Baltimore.

I first met Ms. Mosby when she was a student at Tuskegee University. I served as a trustee of that university for several years. One day I was approached by two student leaders who indicated that their plan was to return to Baltimore to pursue careers in public service. Those two students were Nick and Marilyn Mosby. After talking to them for a while, I was impressed with their commitment, and I offered to assist them if the opportunity presented itself. That opportunity arose when Ms. Mosby contacted to me tell me that she intended to seek the office of States Attorney for Baltimore City. I provided financial support to her campaign, and I was honored to speak at the ceremony when she was sworn in as the city's chief prosecutor.

From time to time during her tenure in office, Ms. Mosby and I spoke about issues that confront big city prosecutors. In my view, she was an effective States Attorney, firm but fair in carrying out her duties. Some of her policies were considered controversial by some because she sought change in the criminal justice system while others were comfortable with the status quo. The community rewarded her by re-electing her to a second term. I believe she would have been elected for a third term had not the issues arose which bring her before your court today.

In addition to my interaction with Ms. Mosby on professional matters, I've known her informally because she and my wife belonged to the same chapter of the Links, Inc. Through that organization she engaged in a range of civic activities to improve the lives of people living in some of the hard pressed areas of Baltimore City. Also, I watched with pleasure as she raised her daughters to be confident and intelligent young women. It is my hope that the Court will consider the importance of continuing the close connection between Ms. Mosby and her daughters as sentencing is contemplated.

Thank you for considering this letter. I would be pleased to appear before the court if you would like me to elaborate on my views of Ms. Mosby.

Sincerely,

*Kurt Schmoke*

Kurt L. Schmoke
President

Office of the President    UNIVERSITY OF BALTIMORE    1420 N. Charles St.
                                                          Baltimore, MD 21201-5779
                           ubalt.edu