To Whom This May Concern:

I am writing in support of Madam State's Attorney, Marilyn Mosby. I still refer to her as Madam State's Attorney because she changed the way I view prosecutors and their roles in the criminal justice system and for that she will always have my highest respect. As a change agent, she has brought to light matters that have deeply impacted my beloved Baltimore. Not only has she brought issues to the forefront – quality of life crimes is a major highlight – but she has offered solutions that do not include increasing the prison population for people of color. Baltimore is a better place because of her and I am grateful for her leadership for 8 years as our State's Attorney.

On a more personal note, I have a fond memory that lingers in my mind when I think about her current circumstances. In 2015, I received my Bachelor of Criminal Justice from the University of Baltimore. With no experience in criminal justice, I applied and interviewed for a number of positions that I did not qualify for, however despite that I continued to apply. When Marilyn took office I was a proud resident of Baltimore and thought that would be a good office/person to work for and decided to apply for a community liaison position at the State's Attorney's Office. Skip to the interview for this role and I had the privilege to interview with Marilyn. It was something empowering and a little intimidating for me to experience because here is, this strong, black woman about my age making headlines – there was no jealousy, only a desire to support her. And while all this sounds nice, I did not get the position. Ironically, I left the interview feeling motivated, not rejected. I do not recall an interview resulting in rejection being as uplifting as that one. Marilyn spoke positive words over me while maintaining what was required for her office. Never once did she speak down to me about my inexperience, or my lack of community engagement, she just encouraged me to get involved and come back! Since then, I've been involved in my community, I encourage others to get involved, and my children also take active roles in being apart of their community. The importance of community is a huge jewel that Marilyn laid upon me, and I've never put it down.

To this day, this memory is one of my favorites of Marilyn - how she treated me as candidate, employee (eventually), and former employee has been nothing but stellar and laced with respect and love. I return all of that to the world because she so graciously gave it to me.


Sincerely,


Tiffany Maclin