UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| UNITED STATES OF AMERICA | |
|---|---|
| v. | CRIMINAL NO. LKG-22-007 |
| MARILYN J. MOSBY | |

## NOTICE OF SPEAKERS

At sentencing on May 23, 2024, Ms. Mosby may offer brief remarks from the following speakers from the podium:

| Name | Synopsis of Anticipated Remarks |
|---|---|
| Daphne Alston | Ms. Alston, a friend, will offer remarks about Ms. Mosby's professional work, including her support of Ms. Alston's organization Mothers of Murdered Sons and Daughters, as well about Ms. Mosby's character and the impact of this case on her daughters. |
| Janice Bledsoe | Ms. Bledsoe, Ms. Mosby's Deputy at the State's Attorney's Office (SAO), will offer remarks about Ms. Mosby's professional accomplishments while State's Attorney. |
| Retired Lt. Colonel Tyrone Bost | Retired Lt. Colonel Bost, a professional acquaintance, will offer remarks about Ms. Mosby's professional accomplishments, including the work Ms. Mosby did for the community in holding police officers accountable. |
| Latosha Brown | Ms. Brown, the co-founder of Black Voters Matter, will offer remarks about Ms. Mosby's character and professional values, role in the community, and the impact of any separation from her children. |
| Jima Chester | Ms. Chester, a former participant in Ms. Mosby's Junior State's Attorney (JSA) program, will offer remarks about Ms. Mosby's mentorship and the JSA program. |
| Michael Collins | Mr. Collins, Ms. Mosby's former SAO Policy Director, will offer remarks about Ms. Mosby's professional accomplishments (particularly, her legislative work), character, and mentorship. |
| Becky Feldman | Ms. Feldman, Ms. Mosby's former SAO colleague, will offer remarks about Ms. Mosby's professional accomplishments (particularly, the Sentence Review Unit), character, and mentorship. |

1

| Shalik Fulton | Mr. Fulton, Ms. Mosby's former SAO colleague, will offer remarks about Ms. Mosby's professional accomplishments (particularly, youth-centered programs), character, and mentorship. |
|---|---|
| Brittany Johnson | Ms. Johnson, Ms. Mosby's younger sister, will offer remarks about Ms. Mosby as a sister, mentor, and mom. |
| Michelle Lee | Ms. Lee, Ms. Mosby's former SAO colleague, will offer remarks about Ms. Mosby's professional accomplishments (particularly, engagement with witnesses and victims) and character. |
| A.M. | Ms. Mosby's daughter wishes to address the Court about her mother. We defer to the Court on how the Court would like to hear from Ms. Mosby's daughter considering she is a minor. |
| N.M. | Ms. Mosby's daughter wishes to address the Court about her mother. We defer to the Court on how the Court would like to hear from Ms. Mosby's daughter considering she is a minor. |
| Anthony Muhammad | Mr. Muhammad, who was released through Ms. Mosby's Sentence Review Unit after serving nearly 30 years, will offer remarks about Ms. Mosby's professional accomplishments, character, and impact on his life. |
| Lindsay Richardson | Ms. Richardson, Ms. Mosby's former SAO colleague, will offer remarks about Ms. Mosby's professional accomplishments, character, and mentorship. |
| Michael Schatzow | Mr. Schatzow, Ms. Mosby's Chief Deputy at SAO, will offer remarks about Ms. Mosby's professional accomplishments. |
| Reverend Kevin Slayton | Reverend Slayton, Senior Pastor at the Northwood-Appold United Methodist Church, will offer remarks about Ms. Mosby's role in the community and as a mother, as well as her character. |
| Eric Simmons | Mr. Simmons, who was released through Ms. Mosby's Conviction Integrity Unit after nearly 25 years, will offer remarks about Ms. Mosby's professional accomplishments, character, and impact on his life. |
| Taylor-Omaree Smith | Ms. Smith, a former SAO intern and employee, will offer remarks about Ms. Mosby's character and mentorship. |
| Alan Wright | Mr. Wright, Ms. Mosby's younger brother, will offer remarks about Ms. Mosby as a mother and sister. |

Additionally, Mr. Ben Crump, a nationally-recognized trial lawyer, may offer remarks. Counsel has not spoken personally with Mr. Crump, but are informed from a third-party proffer that he would offer remarks pertaining to his knowledge of Ms. Mosby's career, with a focus on her contributions to equal justice, and the harmful message an incarceration sentence would

send to the civil rights community. If counsel speaks with Mr. Crump and learns of additional information to proffer for his sentencing statements, counsel will inform the Court.

If individuals are not able to attend in person, Ms. Mosby may request permission to play their previously-recorded remarks through the courtroom technology. Ms. Mosby's sentencing presentation will last no longer than three hours.

Respectfully submitted,

/s/ _____

James Wyda (#25298)
Federal Public Defender

Maggie Grace (#29905)
Sedira Banan (#804827)
Assistant Federal Public Defenders
Office of the Federal Public Defender
100 South Charles Street
Tower II, 9th Floor
Baltimore, MD 21201
Phone: (410) 962-3962
jim_wyda@fd.org
maggie_grace@fd.org
sedira_banan@fd.org
