**OFFICE OF THE FEDERAL PUBLIC DEFENDER**
**DISTRICT OF MARYLAND**
NORTHERN DIVISION
TOWER II, NINTH FLOOR
100 SOUTH CHARLES STREET
BALTIMORE, MARYLAND  21201-2705
TEL: (410) 962-3962
FAX: (410) 962-3976
TOLL FREE: (855) 213-8450

JAMES WYDA
FEDERAL PUBLIC DEFENDER

May 10, 2024

Honorable Lydia Kay Griggsby
United States District Judge
United States District Court – Greenbelt
6500 Cherrywood Lane
Greenbelt, MD 20770

      Re:    *United States v. Marilyn Mosby*, No. 22-cr-007
             Appellate Clarification Correspondence

Dear Judge Griggsby:

      In an abundance of caution, we herein modify the last sentence of the second full paragraph on page 53 of ECF 514 (Ms. Mosby's sentencing memorandum) to the following: "To be clear, Ms. Mosby acknowledges the Court's finding that there has been no vindictive or selective prosecution, and counsel does not seek to relitigate that issue." We make this clarification in order to ensure that Ms. Mosby preserves all potential appellate claims, issues, and arguments through sentencing.

      Respectfully,

      /s/ James Wyda
      James Wyda (#25298)
      Federal Public Defender

      Cullen Macbeth
      Assistant Federal Public Defender
      Appellate Division

      Office of the Federal Public Defender
      100 South Charles Street
      Tower II, 9th Floor
      Baltimore, MD 21201
      Phone: (410) 962-3962
      jim_wyda@fd.org
      cullen_macbeth@fd.org