IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA

v.                                                                                           Crim. No. LKG-22-0007

MARILYN J. MOSBY

\* \* \* \* \* \* \* \* \*\*\* \* \* \* \* \* \* \*

## MOTION FOR PERMISSION TO TRAVEL

Defendant Marilyn J. Mosby, through her attorney, James Wyda, Federal Public Defender for the District of Maryland, hereby asks that this Court modify her conditions of release to allow her to travel to Boston, Massachusetts to attend to and be with her grandmother, Marilyn Thompson, who has stopped eating and is in hospice care. This travel will delay the implementation of the electronic monitor condition of supervised release until no earlier than June 7, 2024. Assistant United States Attorneys Sean Delaney and Aaron Zelinsky do not object to this request in deference to probation. United States Probation Officer Rachel Snyder does not object to this request. In support of this motion, undersigned counsel states as follows:

1. Marilyn J. Mosby was charged by indictment with two counts of perjury in violation of 18 U.S.C. § 1621, and one count of false statement on a loan application, in violation of 8 U.S.C. § 1014.

2. Sentencing was held on May 23, 2024, and Ms. Mosby was sentenced to time served as to Counts 1, 3, and 4, with three years of supervised release, Ms. Mosby was also placed on home detention for a 12-month period and is restricted to her residence at all times except for employment, education, religious services, medical, substance abuse, child care or other activities approved by the probation officer.  Monitoring shall be in the form of electronic monitoring

3. Ms. Mosby seeks permission to travel to Boston, Massachusetts to be with and attend to her grandmother who has stopped eating and is in hospice care, and to attend the funeral services. This travel will result in the delay of the implementation of the electronic monitor condition of supervised release until no earlier than June 7, 2024. An itinerary will be provided to probation.

4. Undersigned counsel has contacted government counsel, Assistant United States Attorneys Sean Delaney and Aaron Zelinsky who do not oppose this request in deference to probation. United States Probation Officer Rachel Snyder does not object to this request.

**WHEREFORE,** undersigned counsel respectfully requests that this Court permit Marilyn Mosby to travel to Boston, Massachusetts to attend to her grandmother who has stopped eating and is in hospice care and to attend the funeral services. A proposed order is attached.

Respectfully submitted,

JAMES WYDA
Federal Public Defender

_____/s/_____
JAMES WYDA (#25298)
Office of the Federal Public Defender 100
South Charles Street
Tower II – Ninth Floor
Baltimore, Maryland   21201
Telephone:   (410) 962-3962
Facsimile:   (410) 962-3976
Email:   jim_wyda@fd.org