IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES** | : | |
| | : | |
| | : | |
| v. | : | Case No. LKG-22-0007 |
| | : | |
| **MARILYN J. MOSBY** | : | |
| | : | |
| **Defendant** | : | |

## MOTION FOR PERMISSION TO EXTEND TRAVEL

Defendant Marilyn J. Mosby, through her attorney, James Wyda, Federal Public Defender for the District of Maryland, hereby asks that this Court to modify her conditions of release to allow her to extend her travel by one-week to Boston, Massachusetts so that she can attend to the affairs of her grandmother, Marilyn Thompson, who died on June 2, 2024. This travel will delay the implementation of the electronic monitoring condition of supervised release until June 20, 2024.[1] Assistant United States Attorneys Sean Delaney and Aaron Zelinsky do not object to this request in deference to probation. Likewise, United States Probation Officer Rachel Snyder does not object to this request. In support of this motion, undersigned counsel states as follows:

1.  Marilyn J. Mosby was convicted of two counts of perjury in violation of 18 U.S.C. § 1621, and one count of making a false statement on a loan application in violation of 8 U.S.C. § 1014.

2.  On May 23, 2024, this Court sentenced Ms. Mosby to time served as to Counts 1, 3, and 4, with three years of supervised release. Ms. Mosby was also placed on home detention for a 12-month period and is restricted to her residence at all times except for employment, education, religious services, medical, substance abuse treatment, child care, or other activities approved by the probation officer. Monitoring shall be in the form of electronic monitoring.

---

[1] June 19th is a federal holiday; therefore, electronic monitoring cannot be implemented that day.

3. On May 28, 2024, Ms. Mosby sought permission to travel to Boston, Massachusetts so that (1) she could be with her grandmother, who at the time had stopped eating and was in hospice care, and (2) she could attend funeral services after her grandmother's expected death. ECF No. 535. This Court granted Ms. Mosby's motion and modified her conditions of release to permit her to travel to Boston between May 28, 2024, and June 11, 2024. ECF No. 536. Along with this grant, the Court also modified Ms. Mosby's supervised release conditions by delaying the implementation of electronic location monitoring until June 12, 2024. ECF No. 536.

4. Ms. Mosby now asks this Court to further modify her conditions of release to permit her to travel to Boston one-week beyond June 11, 2024—specifically, between June 11, 2024 and June 20, 2024. She asks for this Court's permission to do so to allow her to attend to her grandmother's affairs after the funeral service, which is scheduled for June 8th. Ms. Mosby needs some time after that date to assist her family with her grandmother's estate and attend family meetings relating to that matter. This travel will result in the delay of the implementation of the electronic monitoring condition of supervised release until June 20, 2024. An itinerary will be provided to probation.

5. Undersigned counsel has contacted government counsel, Assistant United States Attorneys Sean Delaney and Aaron Zelinsky, who do not oppose this request in deference to probation. United States Probation Officer Rachel Snyder does not object to this request.

**WHEREFORE,** undersigned counsel respectfully requests that this Court permit Marilyn Mosby to extend her travel to Boston, Massachusetts between June 11, 2024 and June 18, 2024, which will delay the implementation of electronic monitoring until June 20, 2024. A proposed order is attached.

Respectfully submitted,

JAMES WYDA
Federal Public Defender

_____/s/_____
JAMES WYDA (#25298)
Office of the Federal Public Defender 100 South Charles Street
Tower II – Ninth Floor
Baltimore, Maryland   21201
Telephone:   (410) 962-3962
Facsimile:   (410) 962-3976
Email:        jim_wyda@fd.org