## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA

v.

MARILYN J. MOSBY,

        Defendant.

Case No. 1:22-cr-00007-LKG

**NOTICE OF APPEAL**

PLEASE TAKE NOTICE that defendant Marilyn J. Mosby hereby appeals to the United States Court of Appeals for the Fourth Circuit from the judgment entered in this case on May 23, 2024 [Dkt. 532], including any and all preceding orders and rulings subsumed within the judgment.  To the extent not covered by the prior sentence, defendant Marilyn Mosby also hereby appeals to the United States Court of Appeals for the Fourth Circuit from this Court's preliminary forfeiture order entered on May 23, 2024 [Dkt. 529].

Dated:  June 6, 2024

Respectfully submitted,

*/s/ Daniel S. Volchok*

James Wyda (#25298)
OFFICE OF THE FEDERAL PUBLIC DEFENDER
100 South Charles Street
Tower II – Ninth Floor
Baltimore, Maryland 21201
(t) (410) 962-3962
(f) (410) 962-3976
jim_wyda@fd.org

Daniel S. Volchok (*pro hac vice*)
WILMER CUTLER PICKERING
  HALE AND DORR LLP
2100 Pennsylvania Avenue, NW
Washington, DC  20006
(t) (202) 663-6000
(f) (202) 663-6363
daniel.volchok@wilmerhale.com