**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND**
**(BALTIMORE)**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| Plaintiff | |
| v. | Case No. 1:22-CR-00007-LKG |
| **MARILYN J. MOSBY** | |
| Defendant | |

### PETITION FOR HEARING TO ADJUDICATE LEGAL INTEREST IN PROPERTY ORDERED FORFEITED TO THE UNITED STATES

NOW COMES, United Wholesale Mortgage, LLC (hereinafter "Petitioner"), by and through its attorneys, Richard J. Rogers and Cohn, Goldberg and Deutsch, LLC, in accordance with Federal Rule of Criminal Procedure 32(c)(1)(a) and Title 21 of the U.S. Code, § 853 (n)(2), and does hereby assert a legal interest in Asset ID no. 22-FBI-007064, the subject property that has been ordered forfeited to the United States in the above cited case.

WHEREAS, Petitioner holds a legal interest in the real property commonly known as 2934 Gulf of Mexico Drive, Unit 2934, Longboat Key, Florida 34228 (the "Property") in the form of a Mortgage and Note on the Property with an outstanding balance in the amount of $398,750.90, as of June 27, 2024.  See the copy of the Mortgage, the copy of the Note, and Payoff Statement which documents are attached hereto as Exhibits 1, 2, and 3, respectively.

ACCORDINGLY, the Petitioner respectfully requests a hearing to adjudicate the Petitioner's interest in the Property.

Respectfully submitted,

__/s/ Richard J. Rogers_____
Richard J. Rogers
COHN, GOLDBERG & DEUTSCH, LLC
1099 Winterson Road, Suite 301
Linthicum Heights, MD  21090
(410) 296-2550 x3011
rrogers@cgd-law.com
Federal Bar No. 01980

## CERTIFICATE OF SERVICE

I hereby certify that, on June 17, 2024, the foregoing and the accompanying memorandum were filed electronically through the Court's CM/ECF system.  Participants in the case who are registered CM/ECF users will be served by the Court's CM/ECF system.

I further certify that, on June 17, 2024, the foregoing document and the accompanying memorandum were mailed to the following parties by U.S. mail:

Leo J. Wise
Office of the United States Attorney
36 S. Charles St. Fourth Floor
Baltimore, MD 21201

James Wyda
Office of the Federal Public Defender
100 S Charles St. Suite 900 Tower 2
Baltimore, MD 21201
Lead Counsel for Marilyn J. Mosby

Michael E. Lawlor
Brennan, McKenna & Lawlor, Chartered
6305 Ivy Ln. Suite 100
Greenbelt, MD 20770
Counsel for William Brennan, Jr.

Steward A. Cherry,
Rifkin Weiner Livingston, LLC
2002 Clipper Park Rd. Suire 108
Baltimore, MD 21211
Counsel for Shayna Jackson, Rizwan Qureshi, Reed Smith LLP, Anthony Todd

Hugh J. Marbury
Cozen O'Connor
1200 19th St. NW
Washington, DC 20036
Counsel for The Baltimore Banner, The Baltimore Sun, The Daily Record


                                                                  /s/ Richard J. Rogers
                                                                   Richard J. Rogers