IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Criminal Case No. 22-cr-00007-LKG |
| ) | |
| MARILYN J. MOSBY, ) | Dated:  June 27, 2024 |
| ) | |
| Defendant. ) | |
| ) | |

### ORDER

On June 27, 2024, Defendant, Marilyn J. Mosby, through her attorneys, filed a motion for permission to travel for employment purposes, seeking the Court's permission to travel to New Orleans, Louisiana.  ECF No. 558.  Defendant sates that the purpose of this travel is to attend the Essence Festival of Culture on July 6 and 7, 2024, and that she has been offered a paid contract position to serve as a legal contributor covering the Essence Community Impact Hub program during the festival.  *Id*. at 2.

The United States Probation Office for this District objects to Defendant's motion, because the local policy in this District prohibits travel within the first 60 days of an individual's supervision and Defendant has not completed 60 days of supervision.  *Id*. at 1.  The Government also opposes Defendant's request to travel, in deference to the views of the Probation Office.  *Id*.

For the foregoing reasons, the Court **DENIES** Defendant's motion for permission to travel (ECF No. 558).

**IT IS SO ORDERED.**

s/ Lydia Kay Griggsby
LYDIA KAY GRIGGSBY
United States District Judge