IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA

v.                                                                Crim. No. LKG-22-0007

MARILYN J. MOSBY

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**UNOPPOSED MOTION FOR PERMISSION TO TRAVEL FOR EMPLOYMENT PURPOSES**

Defendant Marilyn J. Mosby, through her attorney, James Wyda, Federal Public Defender for the District of Maryland, hereby asks that this Court to permit her to travel between Maryland and California from September 29, 2024 to October 6, 2024, for employment purposes—specifically for required training and orientation with her prospective employer, whose headquarters is based in Livermore, California.

Both United States Probation Officer Rachel Snyder and the United States Attorney's Office consent to this request. In support of this motion, undersigned counsel states as follows:

1.   Ms. Mosby was convicted of two counts of perjury in violation of 18 U.S.C. § 1621 (Counts One and Three), and one count of false statement on a loan application in violation of 18 U.S.C. § 1014 (Count Four).

2.   On May 23, 2024, this Court sentenced Ms. Mosby to time served on these counts, with three years of supervised release. As a condition of her supervised release, Ms. Mosby was also placed on home detention for a 12-month period—except for (as relevant here) "employment." Judgment at p. 5. And as of June 20, 2024, Ms. Mosby was put on 24-hour electronic monitoring. She has been fully compliant with the home detention condition as well as all other conditions of supervised release. She has not had a single violation, despite being on restrictive conditions for

1

approximately 70 days.

3. This Court's judgment further states (p. 4) that Ms. Mosby may travel outside this judicial district upon receiving "permission from the court." Ms. Mosby thus now seeks permission to travel for employment purposes. Specifically, she has received a tentative job offer—the details of which have been provided to Probation and the United States Attorney's Office—from an employer based in California. Although the headquarters of the company is in California, Ms. Mosby will be stationed in Maryland and will be required to travel to various locations within the District of Maryland on a routine basis.

Nonetheless, before the offer is finalized, Ms. Mosby's prospective employer is requiring her to travel to Livermore, California for orientation, training, and in-person meetings with leadership. During this visit, Ms. Mosby's employer will determine whether to move forward with an official offer of employment and, if so, will finalize Ms. Mosby's title, salary, and performance metrics. This visit (upon which Ms. Mosby's employment is contingent) is scheduled to occur during the first week of October. Therefore, Ms. Mosby will need to travel between Maryland and California for employment purposes from September 29, 2024 through October 6, 2024. Because this travel is a necessary requirement of her employment, Ms. Mosby requests that this Court approve this out-of-district travel. If this motion is granted, Ms. Mosby will provide a travel itinerary to the Probation Office.

**WHEREFORE,** undersigned counsel respectfully requests that this Court permit Ms. Mosby to travel between Maryland and California for employment purposes on September 29, 2024 through October 6, 2024. A proposed order is attached.

Respectfully submitted,

JAMES WYDA
Federal Public Defender

_____/s/_____
JAMES WYDA (#25298)
Office of the Federal Public Defender
100 South Charles Street
Tower II – Ninth Floor
Baltimore, Maryland   21201
Telephone:	(410) 962-3962
Facsimile:	(410) 962-3976
Email:	jim_wyda@fd.org