IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA

v.                                                                Crim. No. LKG-22-0007

MARILYN J. MOSBY

* * * * * * * * * * * * * * * *

**MOTION FOR PERMISSION TO TRAVEL FOR EMPLOYMENT PURPOSES
AND FOR A COURT APPEARANCE**

Defendant Marilyn J. Mosby, through her attorney, James Wyda, Federal Public Defender for the District of Maryland, hereby makes two requests. *First*, she moves this Court to permit her to travel between Maryland and New York City from September 5, 2024 through September 7, 2024, for employment purposes—specifically, so that she can serve as a paid speaker at the "Mental Health = Mental Wealth" Summit scheduled for September 6, 2024 in New York City. *Second,* she moves this Court to permit her to travel between Maryland and Boston from September 22, 2024 through September 24, 2024 so that she can attend a court probate proceeding scheduled on September 23, 2024 in Boston involving her late grandmother's estate—a proceeding to which she is a party.

United States Probation Officer Rachel Snyder consents to both of these requests. Ms. Snyder informed undersigned counsel of her consent after verifying both the New York event and the Boston court date. However, counsel does not know the position of the United States Attorney's Office on this matter. Undersigned counsel sent an email this morning to Assistant United States Attorneys Sean Delany and Aaron Zelinsky in which he sought their position. But counsel has not heard back from them yet. Nonetheless, counsel files this motion due to the fast-approaching September travel dates. Due to these upcoming dates, counsel respectfully requests that this Court resolve this motion quickly. In support of this motion, counsel states as follows:

1

1. Ms. Mosby was convicted of two counts of perjury in violation of 18 U.S.C. § 1621 (Counts One and Three), and one count of false statement on a loan application in violation of 18 U.S.C. § 1014 (Count Four).

2. On May 23, 2024, this Court sentenced Ms. Mosby to time served on these counts, with three years of supervised release.  As a condition of her supervised release, Ms. Mosby was also placed on home detention for a 12-month period—except for (as relevant here) "employment," "court appearances" and "court-ordered obligations."  Judgment at p. 5.  And as of June 20, 2024, Ms. Mosby was put on 24-hour electronic monitoring.  She has been fully compliant with the home detention condition as well as all other conditions of supervised release.  She has not had a single violation, despite being on restrictive conditions for 70 days.

3. This Court's judgment further states (p. 4) that Ms. Mosby may travel outside this judicial district upon receiving "permission from the court."  Ms. Mosby thus now seeks permission to travel out-of-district for employment and court-related purposes.

4. *First,* Ms. Mosby seeks permission to travel to the "Mental Health = Mental Wealth" Summit that will be presented by A Beautiful Heart Ministries (an organization that provide services for formerly incarcerated women and girls) at John Jay College in New York City on September 6, 2024.  Ms. Mosby has been offered a contract as a paid speaker there—specifically to present on the topic of mental health—which will generate a source of income for her and potentially connect her to other speaking engagements that will do the same.  This opportunity for employment (which again is a recognized exception in the Court's judgment to the home detention condition) is particularly critical because Ms. Mosby does not currently have any steady source of income necessary to pay her bills.  Although she has received a tentative job offer, that offer has not yet been finalized and, in any event, that job does not start until October 2024.

5.      *Second,* Ms. Mosby seeks permission to travel to Boston for a probate hearing involving the estate of her late grandmother, Marilyn Joyce Thompson. That hearing is scheduled on for September 23, 2024 in the Suffolk Probate and Family Court. Ms. Mosby is a party to that proceeding, and therefore, has been ordered to appear in court with her counsel (which again is a recognized exception in the Court's judgment to the home detention condition).

6.      If this motion is granted, Ms. Mosby will provide a travel itinerary to the Probation Office.

**WHEREFORE,** undersigned counsel respectfully requests that this Court permit Ms. Mosby to travel (1) between Maryland and New York City for employment purposes from September 5, 2024 through September 7, 2024, and (2) between Maryland and Boston for court-related purposes from September 22, 2024 through September 24, 2024. A proposed order is attached.

Respectfully submitted,

JAMES WYDA  
Federal Public Defender

_____/s/_____  
JAMES WYDA (#25298)  
Office of the Federal Public Defender  
100 South Charles Street  
Tower II – Ninth Floor  
Baltimore, Maryland   21201  
Telephone:   (410) 962-3962  
Facsimile:   (410) 962-3976  
Email:        jim_wyda@fd.org