**OFFICE OF THE FEDERAL PUBLIC DEFENDER**
**DISTRICT OF MARYLAND**
SOUTHERN DIVISION
6411 IVY LANE, STE. 710
GREENBELT, MARYLAND 20770
TEL:   (301) 344-0600
FAX:   (301) 344-0019

JAMES WYDA                                                                                    PARESH S. PATEL
FEDERAL PUBLIC DEFENDER                                        ASSISTANT FEDERAL PUBLIC DEFENDER

September 3, 2024

The Honorable Lydia Kay Griggsby
United States District Court
6500 Cherrywood Lane
Greenbelt, Maryland 20770

      Re:    *United States v. Mosby*, Criminal No.: LKG-22-0007
             Joint Status Report

Dear Judge Griggsby:

      On August 20, 2024, this Court denied Ms. Mosby's motion to stay the Court's preliminary forfeiture order pending appeal.  ECF No. 571.  Upon denying the stay motion, the Court ordered the parties to file a joint status report relating to further proceedings with respect to the forfeiture order.  *Id.*  However, on August 27, 2024, Ms. Mosby filed another motion—this time with the Fourth Circuit—to stay this Court's forfeiture order pending appeal along with a request for an immediate administrative stay of forfeiture proceedings pending final resolution of the forfeiture stay motion.  ECF No. 26 (Fourth Circuit Case No. 24-4304).  Although the government opposes the motion to stay forfeiture, the government consented to the administrative stay.  *Id.*  Because these forfeiture matters are still pending in the Fourth Circuit, the parties agree that the most efficient course of action is for the Court to refrain from issuing a final forfeiture order until the Fourth Circuit resolves the forfeiture stay motion.

                                                Sincerely,

                                                _____/s/_____
                                                Paresh S. Patel
                                                Assistant Federal Public Defender

cc:    Sean Delany Esq., Aaron Zelinsky, Esq., Tamera L Fine, Esq. (Assistant United States Attorneys)