FILED: October 11, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-4304
(1:22-cr-00007-LKG-1)
_____

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

MARILYN J. MOSBY

    Defendant - Appellant

_____

O R D E R
_____

Upon consideration of the submissions relative to appellant's motion for stay forfeiture pending appeal, the court grants the motion and stays the district court's forfeiture order.

Entered at the direction of Judge Wynn with the concurrence of Chief Judge Diaz and Judge Wilkinson.

For the Court

/s/ Nwamaka Anowi, Clerk