# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v.     ) | Criminal Case No. 22-cr-00007-LKG |
| ) | |
| MARILYN J. MOSBY,   ) | Dated: October 15, 2024 |
| ) | |
| Defendant.   ) | |

## ORDER

On October 11, 2024, the Defendant, Marilyn J. Mosby, filed a motion for modification of home detention conditions, seeking to modify her conditions of supervised release to remove the home detention condition and to replace that condition with a curfew that allows her to leave home anytime between 6:00 a.m. and 9:00 p.m. ECF No. 580. The Defendant states that she seeks this modification so that she can more freely travel within the District of Maryland for employment purposes. *Id*. at 1.

The Government and the United States Probation Office for this District oppose the Defendant's motion. *Id*. In this regard, the United States Probation Office informs the Court that it has requested certain information from the Defendant to define the role and duties of her new position as the Director of Global Strategic Planning, to better understand the nature of the Defendant's work, specific responsibilities and goals.

The United States Probation Office also informs the Court that it seeks additional information from the Defendant regarding this employment opportunity to rule out any third-party risk concerns, because the Defendant's job description indicates that her position involves collaboration with finance and operations teams to develop and manage budgets and drive strategic partnerships with state, local and communal stakeholders, which requires routine travel.

The Court understands that, to date, the Defendant has not provided the requested information to the United States Probation Office. Given these concerns, the Defendant has not shown that the requested modification of the conditions of her supervision is warranted.

And so, the Court **DENIES** the Defendant's motion for modification of home detention conditions (ECF No. 580). The current conditions of the Defendant's supervision shall remain in effect.

**IT IS SO ORDERED.**

s/ Lydia Kay Griggsby
LYDIA KAY GRIGGSBY
United States District Judge