**OFFICE OF THE FEDERAL PUBLIC DEFENDER**
**DISTRICT OF MARYLAND**
SOUTHERN DIVISION
6411 IVY LANE, SUITE 710
GREENBELT, MARYLAND 20770
TEL: (301) 344-0600
FAX: (301) 344-0019

JAMES WYDA                                                                                                      PARESH S. PATEL
FEDERAL PUBLIC DEFENDER                                                     ASSISTANT FEDERAL PUBLIC DEFENDER

December 10, 2024

The Hon. Lydia Kay Griggsby
United States District Court
6500 Cherrywood Lane, Suite 400
Greenbelt, Maryland 20770

Re:   *United States v. Marilyn Mosby,* Case No. 22-0007

Dear Judge Griggsby:

      I am writing in relation to Ms. Mosby's pending motion to travel for employment purposes (ECF No. 589). Specifically, I am informing the Court that Probation Officer Rachel Snyder called Ms. Mosby this morning asking for more information relating to her employment-related travel request. Ms. Mosby promptly provided this information to Ms. Syder via an email response that she sent to her at 10:16 am. In that email, Ms. Mosby repeated the specific reason for the travel, and why it is part and parcel of her job responsibilities. Additionally, Ms. Mosby answered three specific questions that Ms. Snyder had for Ms. Mosby. To be clear, this is in addition to the nine other questions that Ms. Mosby answered about the travel request in her email response to Ms. Snyder on December 6, 2024. Because Ms. Mosby has fully answered all of Probation's questions about Ms. Mosby's travel request, and the travel is essential to fulfilling her job responsibilities, she respectfully requests that this Court expeditiously grant her pending motion. I thank the Court for its attention to this matter.

                                                                                Sincerely,

                                                                                /s/

                                                                   Paresh S. Patel
                                                                   Assistant Federal Public Defender

CC: Sean R. Delaney, Aaron Simcha Jon Zelinsky (Assistant United States Attorneys)