# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| v. | ) | Criminal Case No. 22-cr-00007-LKG |
| MARILYN J. MOSBY, | ) | Dated: December 11, 2024 |
| Defendant. | ) | |

## ORDER

On December 10, 2024, the Defendant, Marilyn J. Mosby, filed a motion for permission to travel for employment purposes, seeking the Court's permission to travel to Levelland, Texas between December 15, 2024, and December 18, 2024, to tour a facility that her company is considering acquiring. ECF No. 589. On December 10, 2024, the United States Probation Office for this District informed the Court that, among other things, the Defendant has not provided her probation officer with an itinerary or daily schedule for the proposed travel.[1]

In light of the foregoing, the Court:

(1) **DIRECTS** the Defendant to provide her probation officer with an itinerary and daily schedule of her proposed travel **on or before December 11, 2024, at 5:00 p.m.** The Defendant shall provide a courtesy copy of these documents to the Court; and

(2) **HOLDS-IN-ABEYANCE** the Defendant's motion for permission to travel for employment purposes, pending receipt of the aforementioned information.

**IT IS SO ORDERED.**

s/ Lydia Kay Griggsby
LYDIA KAY GRIGGSBY
United States District Judge

---

[1] The Defendant did not provide this information in her motion, nor did she provide information regarding the dates and specific location of her proposed travel in her motion. *See* ECF No. 589.