**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Criminal Case No. 22-cr-00007-LKG |
| | ) | |
| MARILYN J. MOSBY, | ) | Dated:  December 12, 2024 |
| | ) | |
| Defendant. | ) | |
| | ) | |

## ORDER

On December 10, 2024, the Defendant, Marilyn J. Mosby, filed a motion for permission to travel, seeking the Court's permission to travel to Levelland, Texas between December 15, 2024, and December 18, 2024, for employment purposes.  ECF No. 589.  Specifically, the Defendant states that the requested travel is necessary so that she may tour a facility that her company is considering acquiring and participate in local meetings in furtherance of this potential acquisition.  *Id*. at 3.  On December 11, 2024, the Defendant provided the Court and the United States Probation Office for this District with a daily schedule for her proposed travel. The United States Probation Office takes no position on the Defendant's motion.

In light of the foregoing, the Court:

(1) **GRANTS** the Defendant's motion for permission to travel (ECF No. 589);

(2) **MODIFIES** the Defendant's conditions of supervised release to permit her to travel to Levelland, Texas **between December 15, 2024, and December 18, 2024**.  Under the location monitoring condition of home detention, the Defendant shall adhere to the daily schedule provided to the Court and the United States Probation Office on December 11, 2024, and not to exceed a daily return time of 9:00 p.m. local time to her hotel room;

(3) **DIRECTS** the Defendant to provide her flight and hotel information to her Probation Officer **on or before December 13, 2024, at 5:00 p.m.**

(4) All other conditions of supervision shall remain in effect.


**IT IS SO ORDERED.**


s/ Lydia Kay Griggsby
LYDIA KAY GRIGGSBY
United States District Judge