**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) ) | |
| v. | ) ) | Criminal Case No. 22-cr-00007-LKG |
| MARILYN J. MOSBY, | ) ) | Dated:  June 17, 2025 |
| Defendant. | ) ) ) | |

**ORDER**

On June 16, 2025, the Defendant, Marilyn Mosby, filed a motion for return of her passport and a motion for waiver of her location monitoring fee. ECF Nos. 605 and 606. The Defendant surrendered her passport as a condition of her pre-trial release. *See* ECF No. 492. As a condition of her supervised release, the Defendant was sentenced to 12 months of home detention on June 20, 2024. *See* ECF No. 532. In support of her motion for return of her passport, the Defendant states that her home detention will be complete on June 20, 2025, and United States Probation has advised the Defendant that it will file a motion for early termination of the Defendant's supervised release upon the completion of her home detention. ECF No. 605 at 1. Given this, the Defendant requests that her passport be returned to her so that she can use it as an identification document and for international travel. *Id*. at 2. In addition, the Defendant states that United States Probation and the Government have no objection to this request. *Id*.

As a condition of the Defendant's supervised release, the Defendant must pay all costs associated with location monitoring as directed by her probation officer. *See* ECF No. 532. As of June 11, 2025, the location monitoring fee is $1,447.23. ECF No. 606. In support of her motion for waiver of the location monitoring fee, the Defendant states that "she has been financially devasted over the course of her prosecution in this case," that "her savings were depleted… so much that she became indigent and required the services of the Office of the Federal Public Defender" and that she is "a single mother of two children with limited resources and many bills to pay." *Id*. at 2. And so, the bill for location monitoring "is too much of a financial constraint on Ms. Mosby at this time." *Id*. Lastly, the Defendant states that United States Probation consents to the motion and the Government defers to the Court. *Id*.

In light of the foregoing, the Court:

(1) **GRANTS** the Defendant's motion for return of passport and motion for waiver of her location monitoring fee (ECF Nos. 605 and 606);

(2) **ORDERS** that the Clerk of the Court shall return the Defendant's passport to her on **June 20, 2025**; and

(3) **WAIVES** the Defendant's location monitoring fee.

**IT IS SO ORDERED.**

                                                    s/ Lydia Kay Griggsby
                                                    LYDIA KAY GRIGGSBY
                                                    United States District Judge