

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**
OFFICE OF THE CLERK

Catherine M. Stavlas, Clerk of Court
Reply to Southern Division Address                                    David E. Ciambruschini, Chief Deputy

July 9, 2025

**RECEIPT FOR RETURN OF PASSPORT**

USDC - GREENBELT
'25 JUL 9 AM 10:08  cm

Re:   UNITED STATES OF AMERICA vs. "Marilyn J. Mosby"
      Case No. 1:22-cr-00007-LKG

I hereby acknowledge receipt from the Clerk of one Passport ending with 9569 issued by the United States of America which is being returned pursuant to the Court's Order.

July 9, 2025
Date

_____
Signature of Defendant or Counsel

Marilyn J. Mosby
Printed Name

(617) 633-8328
Telephone Number

Receipt for Return of Passport (2/2023)

Northern Division • 4228 U.S. Courthouse • 101 W. Lombard Street • Baltimore, Maryland 21201 • 410-962-2600
Southern Division • 200 U.S. Courthouse • 6500 Cherrywood Lane • Greenbelt, Maryland 20770 • 301-344-0660

Visit the U.S. District Court's Website at www.mdd.uscourts.gov