Prob Form 35
(MDP 7/19)

Report and Order Terminating Probation/
Supervised Release
Prior to Original Expiration Date

# UNITED STATES DISTRICT COURT
## for the
## District of Maryland

UNITED STATES OF AMERICA

vs.                                              Crim. No.: 0416 1:22CR00007-001

Marilyn J Mosby

On May 23, 2024, the defendant was sentenced to a time-served imprisonment disposition followed by Supervised Release for a period of 36 months. The term of supervision commenced on May 23, 2024. She has complied with the rules and regulations. Accordingly, it is recommended that she be discharged from supervision.

Respectfully submitted,

*[signature]*

Rachel Snyder
Senior U.S. Probation Officer

*[signature]*

John D. Stagg
Supervisory U.S. Probation Officer

## ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from Supervised Release and that the proceedings in the case be terminated.

Signed this __16th__ day of __July__, 20__25__.

*[signature]*

The Honorable Lydia K. Griggsby
U.S. District Judge