**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| v. | ) | Criminal Case No. 22-cr-00007-LKG |
| MARILYN J. MOSBY, | ) | Dated: October 14, 2026 |
| Defendant. | ) | |

**ORDER**

On October 14, 2026, the Government filed a consent motion for dismissal of count four and entry of amended judgment. ECF No. 614.

In light of the foregoing, the Court **ADOPTS** the Government's proffer of the reasons as presented therein, and so the Court Orders as follows:

(1) The Government's motion to dismiss is **GRANTED** (ECF No. 614);

(2) Count Four of the Indictment in this matter is hereby **DISMISSED WITH PREJUDICE**; and

(3) The Court will enter an Amended Judgment on the docket reflecting the mandate issued by the United States Court of Appeals for the Fourth Circuit in this matter.

**IT IS SO ORDERED.**

s/ Lydia Kay Griggsby
LYDIA KAY GRIGGSBY
United States District Judge